IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
COLORADO

MAY 20 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. __92-N-870 (OES)__
(To be supplied by the court)

__Jesse (Jesus) Montez__, Plaintiff, EL AL

v.

__Bill Owens, EL AL__

_____, Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is: I am a claimant in this class action case and I need an attorney to represent me in the hearing that is held pursuant to the settlement agreement.

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

No Assets — 0 —

No money in inmate account

Monthly income $ 9.60

5. Are you in imminent danger of serious physical injury?

___ Yes  _X_ No  (CHECK ONE). If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  5-15-05
(Date)

(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                     2

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was placed in the U.S. Mail, postage prepaid, and addressed as follows on the ~~15th~~ 18th day of May, 2005.

United States District Court For
The District of Colorado
Alfred A Arraj US Courthouse
901 19th Street
Denver, CO 80294

Karen Mahlman Gerash # 18904
Gerash Toray & Gerash PC
1700 Broadway Ste 1006
Denver Co 80290

Ms Paula Greisen
Mr David Miller
Counsel for the Class
King & Greisen, LLP.
1670 York Street
Denver, CO 80206

Mr James X Quinn
Mr Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Co 80203

By: [signature]