In The United States District Court
For The District of Colorado

Civil Action No 92-N-870 (OES)
(Consolidated For All Purpose with Civil Action No 96-N-343)

Jesse (Jesus) Montez, et al, Plaintiff

Vs

Bill Owens, et al, Defendent

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 20 2005
GREGORY C. LANGHAM
CLERK

---

Claim Number 03-133
Claimant: José-Luis Dole #109864
Address of Claimant: HCCC (CCA) 304 Ray Sandoval Street
Walsenburg, CO 81089-8535

Prisoners Motion

## Motion For Appointment Of Counsel

Pursuant To 28 U.S.C. § 1915 (e)(1) Plaintiff José-Luis Dole, Moves For An Order Appointing Counsel To Represent him in the Settlement Agreement Approved by the Court. In Support Of This Motion, Plaintiff states,

1. Plaintiff is unable to Afford Counsel. he has requested leave To Proceed in The Forma Pauperis.

(1)

2. Plaintiff's imprisonment will greatly limit his ability to represent himself in this hearing. The issues involved in this hearing are complex, and will require professionals that are familiar with law and medicine. Plaintiff has limited access to the law library and has no knowledge of the law or medicine.

3. Plaintiff has been getting help from Jailhouse lawyers to this point and has no funds to pay for their services.

4. Plaintiff has made repeated efforts to obtain a lawyer and has not been successful.

Wherefore, Plaintiff, Jose-Luis Dole, requests that the court appoint Karen Mahlman Gerash, a member of the Colorado Bar #18904, as counsel in this case. Ms Gerash is at Gerash, Toray and Gerash, P.C., 1700 Broadway, Ste 1006, Denver CO 80290. (303) 830.0630. This request is pursuant to the requirement of Special Master in this case that states "At this hearing you are entitled to be represented by an attorney, but you are responsible for finding your own attorney if you want legal representation." Plaintiff has found Ms Gerash to represent him. However, if she is

(2)

No Available The Court Can Find Another Attorney To Represent The Plaintiff.

Sincerely

*[signature]*

5/15/05
Date

José-Luis Dole #109864
HCCC (CCA)
304 Ray Sandoval Street
Walsenburg CO 81089