# *LRC* Legal Resolution Center _____

7907 Zenobia Street
Westminster, Colorado 80030
   303-426-7365
   303-426-7714 (FAX)
   1-888-881-7365 (Toll-Free)
   RMLRC @ AOL.COM
   www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Philip F. Roan
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Wyoming
Nebraska

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2005

GREGORY C. LANGHAM
CLERK

June 17, 2005

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Court House
901 - 19th Street
Denver, CO 80294

     RE:   ***Montez, et al. V. Owens, et al.***
           Civil Action No. 92-N-870 (consolidated with 96-N-343)

Dear Ms. Shaw:

    Enclosed are the following:

**Thomas McNeely, Claim No. 01-091**
Original letter dated 5-20-05 from Thomas McNeely, received May 24, 2005
Original and one copy of Order of Special Master dated June 1, 2005

**Scott W. Gilbert, Sr., Claim No. 01-170**
Returned Order of Dismissal, received back January 10, 2005 (we have no other address)

**Edward Elspas, Claim No. 01-194**
Original letter dated 4/28/05 from Edward Elspas, received May 2, 2005
Original and one copy of Order of Special Master dated May 2, 2005

**Todd R. Vester, Claim No. 02-100**
Returned Order of Dismissal, received back May 18, 2005 (we have no other address)

**Robert Newton, Claim No. 02-183**
Returned Order of Dismissal, received back May 18, 2005 (we have no other address)

Ms. Gail Shaw                                    - 2 -                          June 17, 2005
Docket Supervisor
U.S. District Court
Denver, Colorado


**Kevin Michael McGovern, Claim No. X-010**
Returned Order of Dismissal, received back March 11, 2005 (we have no other address)

**Michael Costa, Claim No. X-055**
Returned Order of Dismissal, received back April 11, 2005 (we have no other address)

**James Austin, Claim No. X-059**
Returned Order of Dismissal, received back June 16, 2005 (we have no other address)

**Larry L. Ford, Claim No. X-061**
Returned Order of Dismissal, received back March 11, 2005 (we have no other address)

**Michael Glenn Cortez, Claim No. X-080**
Returned Order of Dismissal, received back June 16, 2005 (we have no other address)

**Richard A. Malisheski, Claim No. X-085**
Original Motion To Object to Order of Dismissal of Special Master Pursuant to
F.R.C.P. 53(g)(2), received June 8, 2005

Please include these documents in the appropriate closed folders previously delivered to the
Court.

Thank you!

Sincerely,

Margie Dykstra
Special Assistant to Special Masters


Enclosures