IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 1 2005

GREGORY C. LANGHAM
CLERK

Claim Number 02-554
Category II
Claimant: Fernando H. Barron, #97352
Address of Claimant: Deceased

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. The Colorado Department of Corrections (CDOC) advised the office of the Special Masters that Claimant died on November 9, 2004. The Special Master sent an order to the last known next-of-kin: Joe and Pablo Barron, Collyen Haiten, #218, Longmont, CO. The order was returned as undeliverable. There is no way to contact any next-of-kin to allow this claim to proceed.

IT IS HEREBY ORDERED that this claim is dismissed without prejudice.

SIGNED this 13th day of June, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 13th day of June, 2005 to the following:

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra