IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 2 1 2005**

**GREGORY C. LANGHAM**
CLERK

---

Claim Number 03-084
Category III
Claimant: Joseph Jordan, #86011
Address of Claimant: Deceased

---

### ORDER OF SPECIAL MASTER

     THIS MATTER comes before the Special Master on his own motion. The Colorado Department of Corrections (CDOC) advised the office of the Special Masters that Claimant died on February 23, 2005.

     CDOC records reflected that next-of-kin is Ms. Evelyn Howard, 4406 Morrison Road, Denver, CO 80219. The Special Masters sent an order to the address noted. It came back as undeliverable. There is no way to contact Ms. Howard. There is no one who can pursue the claim.

     IT IS HEREBY ORDERED that this claim is dismissed without prejudice.

     SIGNED this _13th_ day of June, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this *13th* day of June, 2005 to the following:

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203