IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 1 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-082
Category: Untimely Filed Claim
Claimant: Richardo Lujan, #47558
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the claim of Richardo Lujan. In the claim, Mr. Lujan indicated that he has a lower left elbow that has nerve damage. He detailed the problems that he has had with it and in trying to obtain medical treatment.

Since it appeared that this claim might not fall under the provisions of the settlement agreement, a show cause order was issued to Claimant. A response was filed by Claimant. It does not deal with whether his claim is covered. He has indicated that he has had emotional problems related to his father's death.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. The settlement agreement defines mobility disability as being permanently wheelchair bound or having a lower extremity problem.

Claimants left elbow condition is not covered by the settlement agreement. Claimant may have the right to pursue a separate lawsuit as to this condition. He cannot pursue a claim under the settlement agreement.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 7, 2005.**

SIGNED this 14th day of June, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 14th day of June, 2005 to the following:

Mr. Richardo Lujan
#47558
CCCF
6564 State Highway 96
Olney Springs, CO 81062

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____