IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et.al.

    Plaintiffs

V.

BILL OWENS, et.al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-079
Catagory: Untimely Filed Claim
Claimant: Kenneth Lujan, #100336
Address of Claimant: KCCC, P.O. Box 2,000, Burlington, Co. 80807-2000

---

### MOTION IN OBJECTION TO DISMISSAL OF SPECIAL MASTER

---

Claimant, Kenneth Lujan, in pro se capacity, having been granted leave to litigate as an indigent before the Special Master of this Court in the above and entitled cause of action, moves this Honorable United States District Court, Tenth Circuit, for relief in this instant claim number X-079 by and through the extended time frame within which to answer of July 29, 2005 pursuant to F.R.C.P., Rule 53(g)(2) and, as cause therefor, presents the following:

On June 6, 2005, the Special Master of this Court generated an Order To Dismissal of Special Master based primarily upon a limitation of a general catagory that, in and of itself, is not limited.

The four (4) catagories named by the settlement in the above and entitled cause of action are mobility disabilities; hearing disabilities; vision disabilities; and, disabilities related to diabetes.

This Court has identified that this Claimant presently experiences a

diagnosed left wrist injury and that staff of KCCC are refusing to treat this injury. By even the most simplest of observations, this left wrist injury <u>is</u> clearly a mobility disability as stated in the above catagories because a disability is defined as "An objectively measureable condition of impairment, <u>physical</u> or mental." <u>See</u>: Black's Law Definition. Further, a physical disability is defined as "An incapacity caused by a <u>physical defect</u> or infirmity, or by bodily imperfection or mental weakness." <u>See</u>: Black's Law Definition. This Claimants' left wrist injury clearly qualifies in both these definitions that obviously qualify in the major catagory of mobility disability as described above.

WHEREFORE, as relief to this instant motion, this Claimant moves this Honorable Court to include this Claimant as a member of the above and entitled cause of action and to receive the benefits thereof.

This Claimant disposes and says that all of the above is true and correct to the best of this Claimants' knowledge and belief.

Respectfully submitted this 24 day of June, 2005.

Kenneth Lujan, Claimant

P.O. Box 2,000 Unit CB219
Burlington, Colorado 80807

## CERTIFICATE OF MAILING

This is to certify that the enclosed copies of a Motion In Objection To Dismissal Of Special Master were placed in the United States Mails, postage prepaid and addressed to the following:

Clerk Of The Court
United States District Court
Tenth Circuit
901 19th Street
Denver, Colorado 80294

6-24-05
Date

Kenneth Lyjan
Claimant