IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

## ORDER APPOINTING ADDITIONAL SPECIAL MASTERS

THIS MATTER comes before the Court on the Second Report and Recommendation of the Special Masters. The Court determines that the request for appointment of two additional special masters to help resolve the resolution of pending claims is appropriate and necessary.

IT IS HEREBY ORDERED that Richard C. Davidson and Donald E. Abram are appointed as additional Special Masters to adjudicate claims filed pursuant to Section XXXII of the Remedial Plan.

SIGNED this _____ day of _____, 2005.

BY THE COURT:

By:_____
United States District Judge