```
                                    FILED
                           UNITED STATES DISTRICT COURT
                                DENVER, COLORADO

                                  JUL 6 - 2005

                              GREGORY C. LANGHAM
                                     CLERK
```

US DISTRICT COURT OF THE STATE OF COLORADO

JESSIE MONTEZ et, aL.
    Plaintiff

CASE # ? G2-N-870-0S
due to the folling facts stated below

vs.

BILL OWENS et, al.
    DEFENDANT

---

JAMES SMITH DOC #112593  Petitioner & claimet
adderss: Box 1000 Unit #4-142A
    Fort Lyon, Colorado 80138

---

## PETITION FOR INLARGEMENT OF TIME

Comes now Petitioner & claimet James Smith, while in Boulder County jail and with out any documents or papper work to pull information from and with out anything other then papper and pincel make this requist for inlargment of time bassed on the following stated focts.

(1) On monday june 24/05 at 8:AM the cell house gard of building #4 at Fort Lyon came to my room and told me to "pack it up" with out saying why or were I was going.

(2) When I asked were I was going he said "for a ride"! and don't ask. I had 15 mennets to be rady all though he said 10 men.

(3) I arived at Boulder county jail at 5:pm, with out my diebedit meds even though I had brought this to the attion of the Fort Lyon staff before leaving there.

(4) I had only brakfast that day because the Fort Lyon staff did not send along any of my meds nor did thay send along my records.

(5) Bolder county jail would not believe me about needing pancreeses pills to eat nor about the diebetic meds I take. I got a sack lunch late that evening.

(6) It took 2 full days before I finley receved any diebedic meds and altogather 3 days before my meds was strighened out and was able to eat properly, but by then I was and am verry week and shakey. I have been in bed all this

Time exsept for the Time at court and the Time it takes me to come out and eat.

(7) As I wright this Petition one of the sargents has come in and informed me He is not shoure when I will be transported back to Fort Lyon prison, for several reasons none of which has anything to do "with me"

(8) I was given untell July 8th 05 to have all my documents into court for the "Jessie Montez action." There is no way I can now meet that dead line & this is of no failt of my own, nor of any of my doing, or advance knowledage.

(9) Therefore claimet respectfully request this court to allow claimet untell the end of July in which to get all the documents into the court. Claimet will not request any addishenal time beond that unless some unforseeable event may arise totlely out of my (claiments) controll like, solder not get me back to Fort Lyon, or because of claimet's health I should have another strok or other acts of Yhwh (God).

I James Smith state that all the facts stated within the fore going are true, correct, not meant to misslead, deceve in anyway or to cost this court any time or undue problums. That this request is made soley for the fairness of this situation which has arissed with out the knowledege of eather party. That an exstenchen of time will not hender the attorney General rather allow time in which to take some prasher off their binessay scegule.

June 29/05
w/out prudj. UCC 1-207
James Smith