IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]


JESSE (JESUS) MONTEZ, *et al.,*

      Plaintiffs,

v.

BILL OWENS, *et al.,*

      Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The Petition for Inlargement [sic] of Time (Document 959) filed July 6, 2005 by James Smith is hereby referred to the special masters and will be copied and sent by the clerk to the special masters along with a copy of this order. The special masters will file their orders resolving these motions with the clerk or otherwise notify the clerk of their actions, so that the clerk can keep accurate records.

Dated: July 7, 2005