# LRC *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM
www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Philip F. Roan
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Cheyenne, Wyoming
Scottsbluff, Nebraska

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 5 2005

GREGORY C. LANGHAM
CLERK

June 30, 2005

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Court House
901 - 19th Street
Denver, CO 80294

RE: *Montez, et al. V. Owens, et al.*
Civil Action No. 92-N-870 (consolidated with 96-N-343)

Dear Ms. Shaw:

Enclosed are the following:

**Jolene C. Moon, Claim No. 02-181**
Original letter dated 6-23-05 from Jolene C. Moon, received June 28, 2005
Original and one copy of Order of Special Master dated June 30, 2005

**Fred F. Franzone, Claim No. 03-081**
Copy of Exhibit 4 received at the hearing and inadvertently omitted from the file delivered to you (the originals were returned to Mr. Franzone at Judge Borchers' request). This should be included with the other "Hearing Exhibits" in the file.

Please include these documents in the appropriate closed folders previously delivered to the Court. Thank you!

Sincerely,

Margie Dykstra
Special Assistant to Special Masters

Enclosures