IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-181
Category II
Claimant: Jolene Moon, #46373
Address of Claimant: CWCF, P.O. Box 500, Canon City, CO 81215-0500

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter of June 23, 2005. This claim was dismissed on the motion of Defendants when Claimant absconded from parole. The Special Masters sent an order to Claimant that was returned, as she had not provided an up-to-date address.

Defendants' motion was granted. Claimant has the right to object to dismissal of her claim, but that will need to be filed with Judge John Kane of the United States District Court for the District of Colorado on or before July 15, 2005.

IT IS HEREBY ORDERED that Claimant may file an objection to the dismissal of her claim with Judge Kane on or before **July 15, 2005.**

SIGNED this 30th day of June, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 30th day of June, 2005 to the following:

Ms. Jolene Moon
#46373
c/o ComCor
3808 North Nevada Avenue
Colorado Springs, CO 80907

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Defestra