IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 7 - 2005

GREGORY C. LANGHAM
CLERK

Case #92-n-870
Jesse Montez vs. Bill Owens (et al)
Consolidated with: Case #96-N-343
Claim #02-488

**AFFIDAVIT from Joseph Crespin**

COMES NOWI, Joseph Crespin who states that I am over the age of 21 and competent to make this Affidavit of the facts within my personal knowledge.

I have been an inmate at the Territorial Correctional Facility (C.T.C.F.) with Jimmy Bulgier from 1994 to 1997 when he was discharged. Mr. Bulgier is legally blind.

Mr. Bulgier frequently had problems getting D.O.C. staff and Officers to read their Written Communications to him. I would frequently read appointment slips (lay-in passes), responses to Inmate Communications forms and other types of D.O.C. Communications.

I feel it was the responsibility of D.O.C. staff to provide this type of service in accordance with the Americans with Disabilities Act, Title II.

END OF STATEMENT.

I, Joseph Crespin do hereby swear under penalty of perjury that I have read the foregoing Affidavit and I swear again under penalty of perjury that the above facts are true and correct.

Dated on this 4 day of June, 2004.

Signature: _____
Joseph Crespin  D.O.C. #_____

Signed before me on this _____ day of _____, 2004.

Signature: _____

My commission expires on _____, _____.