iREC'D JUL - 7 2005

# AFFIDAVIT

STATE OF <u>TEXAS</u>
COUTNY OF <u>ERATH</u>

BEFORE ME, the undersigned, personally appeared (Custodian)
_____Kristi Behrens_____
Who, being by me duly sworn, deposed as follows:

    I, the undersigned, am over eighteen (18) years of age, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated and do state that the facts in this Affidavit are true and correct.

    I am the custodian of records for Stephenville Medical and Surgical Clinic, P.A. and it practitioners.  Attached hereto are _____ pages of records concerning **Jim Bulgier**.  These said records are kept in the regular course of business at 150 River North Blvd. Stephenville, TX., and it was in the regular course of business at such address for an employee, or representative, or a doctor, with personal knowledge of the act, event, condition, opinion, or diagnosis recorded to make the memorandum of records or to transmit information hereof to be included in such memorandum or record, and the memorandum or records was made at or near the time of the act, event, condition, opinion, or diagnosis, or reasonable thereafter. The records attached hereto are the originals or exact copies of the originals and nothing has been removed from the original file before making these true and correct copies.

_____
SIGNATURE OF CUSTODIAN

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this the ___8___ day of __June_____, 2005.

NOTARY PUBLIC_____
In and for the state of _Texas_
My commission expires: __2-9-08__

SANDRA NOEL
Notary Public, State of Texas
My Commission Expires
February 09, 2008

Dr. Ashmore   Fax 1-512-888-7136 Fax
Spawn Medical   Ph# 1-512-888-5318
Clinic   **PATIENT HEALTH/HISTORY FORM**   CHART # _____

NAME _Jim Bulgier_   SS# 523944820   DATE 10-18-97
ADDRESS   PO Box 1221 Premont TX 78375   OCCUPATION ___
HOME PHONE 646-2172   WORK PHONE _____   DATE OF BIRTH 6-5-57

CHIEF COMPLAINT BY PRIORITY   1. _Stone in bladder_
                              2. _____
                              3. _____

DRUG ALLERGIES _No_
MEDICINE INTOLERANCE _No_
ALLERGIES _hayfever_

| LIST ALL MEDICATIONS THAT YOU ARE NOW TAKING, INCLUDE OVER THE COUNTER Rx. | NAME | STRENGTH | HOW OFTEN | NAME | STRENGTH | HOW OFTEN |
|---|---|---|---|---|---|---|
| | Urised | | 2 tab. every 4-6 hrs | | | |
| | SMZ/TMP DS 800-160 | | 1 tab x2 daily | | | |
| | Cipro | 250 mg | 1 tab x2 daily | | | |
| | Cephalexin | 250 mg | 1 cap x4 daily | | | |

PAST HOSPITALIZATION/SURGERIES:   (Indicate year admitted to hospital and reason)

| YEAR | ILLNESS OR SURGERY | YEAR | ILLNESS OR SURGERY |
|---|---|---|---|
| 75 | Cysto | | |
| 82 | eye surgery | | |
| | | | |
| | | | |

FAMILY HISTORY:

| PATERNAL | ALIVE & WELL | DECEASED | FOLLOW THE LINES ACROSS THE PAGE AND MARK THE APPROPRIATE BOX / CAUSE OF DEATH (AGE) | HIGH BLOOD PRESSURE | HEART DISEASE | EPILEPSY | DIABETES | CANCER | ASTHMA | HAYFEVER | ARTHRITIS | KIDNEY DISEASE | GLAUCOMA | STROKE | MIGRAINE | MENTAL ILLNESS | ALCOHOLISM | BLEEDS EASILY | ANEMIA | PSORIASIS | ECZEMA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FATHER | | | | | | | | | | | | | | | | | | | | | |
| GRAND-PARENTS | | | | | | | | | | | | | | | | | | | | | |
| UNCLES, AUNTS | | | | | | | | | | | | | | | | | | | | | |
| BROTHERS, SISTERS | | | | | | | | | | | | | | | | | | | | | |
| MATERNAL | | | | | | | | | | | | | | | | | | | | | |
| MOTHER | | | | | | | | | | | | | | | | | | | | | |
| GRAND-PARENTS | | | | | | | | | | | | | | | | | | | | | |
| UNCLES, AUNTS | | | | | | | | | | | | | | | | | | | | | |
| BROTHERS, SISTERS | | | | | | | | | | | | | | | | | | | | | |

IMMUNIZATIONS:                     DATE:       HAVE YOU EVER HAD?

FLU VACCINE              no       MUMPS _no_        MEASLES _yes_
HEPATITIS B             no       RUBELLA _yes_     TETANUS _no_
PNEUMONIA               no       DIPHTHERIA _no_   PERTUSSIS _no_
DIPHTHERIA/TETANUS BOOSTER   yes

Form # 11095                                    (Turn to Reverse Side)

## SOCIAL HISTORY:

MARITAL STATUS _Single_ DO YOU SMOKE? ___ YES ✓ NO HOW LONG? _____

IF YES, PACKS PER DAY _____ STRESS FACTORS: DO YOU DRINK COFFEE? _no_ CUPS DAILY _____

DO YOU DRINK ALCOHOL? ___ YES ✓ NO IF YES, HOW MUCH _____ HOW OFTEN _____

DO YOU EXERCISE? _no_ TYPE _____ FREQUENCY _____

## FOR WOMEN ONLY:   (Indicate date where appropriate)

LAST MENSTRUAL PERIOD _____ FLOW:   LIGHT _____ MODERATE _____ EXCESSIVE _____

DURATION _____ LAST PELVIC EXAM _____ MAMMOGRAM _____ BREAST LUMPS? _____

IF YES, EXPLAIN _____ BIRTH CONTROL METHOD _____

LAST PAP SMEAR _____ ANY HISTORY OF ABNORMAL PAP SMEAR? _____ IF YES, INDICATE DATE &

ABNORMALITY _____

# OF CHILDREN _____ # OF PREGNANCIES _____ # OF ABORTIONS _____ # OF MISCARRIAGES _____

## OTHER MEDICAL CONCERNS:

a) HAVE YOU HAD A BLOOD TRANSFUSION?     YES _____ NO ✓

b) HOMOSEXUAL RELATIONS?     YES _____ NO ✓

c) ARE YOU AN IV DRUG ABUSER?   YES _____ NO ✓ IF YES, WHICH DRUGS _____

d) DO YOU ABUSE OTHER DRUGS (Street or Prescription)?   YES _____ NO ✓ IF YES, WHAT TYPE _____

_____ HOW OFTEN _____

e) HAVE YOU HAD SEXUAL RELATIONS WITH AN IV DRUG USER?     YES _____ NO ✓

f) DO YOU HAVE A HISTORY OF HEPATITIS?     YES _____ NO ✓

## REVIEW OF SYSTEMS:     (Mark C for current problems. Check ( ✓ ) box for past symptoms/diseases)

| | | | |
|---|---|---|---|
| ☐ HEADACHE | ☐ LUNG DISEASE | ☐ PROBLEM WITH SEXUAL FUNCTION | ☐ CHRONIC RASH |
| ☐ WEIGHT LOSS | ☐ COPD | ☐ HISTORY OF SYPHILIS | ☐ SKIN, SPECIFY |
| ☐ CHILLS | ☐ BRONCHITIS | ☐ HISTORY OF GONORRHEA | ☐ OTHER PROBLEMS |
| ☐ EMOTIONAL PROBLEMS | ☐ PNEUMONIA | ☐ HISTORY OF HERPES | NOT SPECIFIED |
| ☐ DEPRESSION | ☐ COUGH | ☐ HISTORY OF JOINT PAIN | ABOVE: |
| ☐ BLURRING OF VISION | ☐ LUNG TUMOR | ☐ BACK PAIN | h. Hernia |
| ☐ EYE PAIN | ☐ OTHER | ☐ CHRONIC BONE INFECTION | |
| ☑ OTHER EYE PROBLEMS | ☐ ABDOMINAL PAIN | ☐ PROBLEMS WITH MUSCLES | |
| ☑ EAR ACHE | ☑ INDIGESTION | ☐ REPEATED CRAMPS | |
| ☐ EAR SECRETIONS | ☐ FREQUENT BELCHING | ☐ ARTHRITIS | |
| ☐ OTHER EAR PROBLEMS | ☐ ULCER | ☐ GOUT | |
| ☐ NOSE BLEED | ☐ VOMIT BLOOD | ☐ OSTEOARTHRITIS | |
| ☐ RUNNY NOSE | ☐ GALLBLADDER PROBLEMS | ☐ STROKE | |
| ☐ TROUBLE WITH SMELL | ☐ LIVER DISEASE | ☑ SEIZURES | |
| ☐ SORE THROAT | ☐ PANCREAS PROBLEMS | ☐ WEAKNESS ON ONE SIDE | |
| ☐ NECK PAIN | ☐ FREQUENT DIARRHEA | ☐ SWOLLEN GLANDS | |
| ☐ NECK MASS | ☐ BLOODY STOOL | ☐ DIABETES | |
| ☐ THYROID PROBLEM | ☐ CHANGE IN BOWEL HABITS | ☐ ANEMIA | |
| ☐ HIGH BLOOD PRESSURE | ☑ HEMORRHOIDS | ☐ BLEEDING | |
| ☐ HEART DISEASE | ☐ KIDNEY INFECTIONS | ☐ BRUISING | |
| ☐ PRIOR HEART ATTACK | ☑ BLADDER INFECTIONS | ☐ IMMUNE DISEASE | |
| ☐ CHEST PAIN | ☐ KIDNEY STONES | ☐ BLOOD FACTOR DIFICIENCY | |
| ☐ ABNORMAL EKG | ☐ PROSTATE PROBLEMS | ☐ ASTHMA | |
| ☐ IRREGULAR HEART BEAT | ☑ TROUBLE STARTING URINE | ☑ HAY FEVER | |
| ☐ OTHER | ☑ TROUBLE HOLDING URINE | ☐ CANCER | |

COMMENTS: _____

_____

SIGNATURE OF PATIENT _____ DATE _____

SIGNATURE OF PHYSICIAN REVIEWER _____ DATE _____

Jim Bulger                    72551-1                6-5-57

# UROLOGY

DATE _____ TIME _____ WT ____ AGE _____ LMP _____

PULSE _____ TEMP _____ RESP _____ BP _____ ALLERGIES _____

PROBLEM: _____

_____

(NURSE INITIALS)

*Jim Bulgier* — — 72551- — — 6-5-57

## UROLOGY

DATE 1-26-97  TIME 4:30  WT ✓  AGE 40  LMP X
PULSE 50  TEMP 981  RESP 16  BP 118/74  ALLERGIES WKDA

PROBLEM: _____

_____
(NURSE INITIALS)

Name:  Jim Bulgier                Birthday:  06/05/57            Chart#: 72551-1
Date Seen:  11/26/97

S-  Mr. Bulgier had a large stone in the bladder removed with cystolithotomy, comes in for
    follow-up.  Foley catheter was removed today, so was Penrose drain.  Patient voided
    well.  Surgical scar has healed well.  Staples were removed.

O-  **ABD:**  Soft, nontender.  No masses or organomegaly.  No bladder distention.  Surgical
    scar has healed well.  No epididymitis.

A-  Bladder stone.

P-  Follow-up prn.
    Follow-up 8 weeks.

DEC 2 4 1997

D- 11/26/97      T- 12/04/97      /jp          Avi T. Deshmukh, M.D.

*Jim Bulgier* 7255/-1 6-5-57

# Physician's Telephone Message

| Pt. Chart # | 72551-1 | | Call Recieved by (Initials) | |
|---|---|---|---|---|

| For Dr. Deshmukh | Date 11/18/97 | Time 8 35 am/pm | URGENT If urgent, leave reverse side up ■ | Please Call □ | : | am pm | Will Call Again □ | Returned Your Call □ |

| Caller's Name Diana/Lifeline | Relation to Patient | Caller's Phone # 5-9653 | Follow-up Completed □ | Date | Time : am pm | Initials |

| Patient's Name Jim Bulgier | Age | Weight | Allergies | Physician's Orders/ Follow-up Actions |

Message *He was wondering if he could get home health until his stitches come out*

NOV 19 1997

# Physician's Telephone Message

| Pt. Chart # | 72551-1 | | Call Recieved by (Initials) | |
|---|---|---|---|---|

| For Dr. Des | Date 12-2-97 | Time 407 am/pm | URGENT If urgent, leave reverse side up | Please Call □ | : | am pm | Will Call Again □ | Returned Your Call □ |

| Caller's Name Jerry/Lifeline | Relation to Patient | Caller's Phone # 5-9653 | Follow-up Completed ☑ | Date 12-2-9 | Time 5 30 am pm | Initials |

| Patient's Name Jim Bulgier | Age | Weight | Allergies | Physician's Orders/ Follow-up Actions |

Message *Sutures from circumcision pt. wanting them out. Should they stay in or be taken out, please call.*

*Jim Bulger*          *72551.1*          *6.5.57*

## Progress Note

| | Chart # *72551-1* | Documented By *JH* |
|---|---|---|

| Dr. *Deshmukh* | Date *10/20/97* | |
|---|---|---|
| Patient Name *Jim Bulgier* | DOB *6/5/57* | **OCT 23 1997** |

*Lab Only*
*Pre Op*
*EKG, CBC, ProTime, PT, Smac, Chest x-ray*
*Dx Bladder Outlet obstruction*

---

## UROLOGY

DATE *11/1/97*  TIME *11:58*  WT *X*  AGE *40*  LMP *X*

PULSE *X*  TEMP *X*  RESP *X*  BP *X*  ALLERGIES *NKDA*

PROBLEM: *(kidney stones) — Knob on arrival*
*S Om. Lvn.*
(NURSE INITIALS)

---

Name:  Jim Bulgier
Date Seen:  11/01/97                    Birthday: *6/5/57*                    Chart#: *72551-1*

S—  Mr. Bulgier had a large hen egg sized stone in the bladder which was blasted with
electrohydraulic lithotriptor, but the inner core of the stone is very hard, estimated
to be about 4 to 5 cm. in size or even larger and cannot be lithotripsed or crushed.
This will require cystolithotomy.  Patient also has significant phimosis with posthitis
and will undergo circumcision.

O—  **ABD:**  Soft, nontender, no masses or organomegaly, hernia.
**PELVIC:**  Shows phimosis with posthitis, indwelling Foley catheter.  Patient does have
stone in the bladder as recorded on x-ray.

A—  Bladder stone.
Phimosis.
Posthitis.

P—  Cystolithotomy.
Circumcision.

D— 11/01/97       T— 11/19/97       /jp                    Avi T. Deshmukh, M.D.

*Jim Bulgier*

72551-1

6-5-57

## UROLOGY

OCT 21 1997

DATE 10/18/97 _____ TIME _____ WT _____ AGE _____ LMP _____

PULSE 80 TEMP 98 RESP 20 BP 120/82 ALLERGIES N K A

PROBLEM: _____

_____ DT _____
(NURSE INITIALS)

Name:  Jim Bulgier                 Birthday:  6/05/57              Chart#: 72551-1
Date Seen:  10/18/97

S-  Mr. Bulgier has history of congenital blindness secondary to retinal degenerative
    disease with hyperoxygenation as a neonate. Pt has significant urethral stricture which
    was induced by a male rape situation by introduction of plastic material into the
    urethra. The patient underwent extraction of the piece of plastic in Colorado resulting
    into significant urethral stricture and now has great difficulty voiding with dribbling
    and very slow urinary flow. Pt denies any history of urinary tract infection recently
    but has had intermittent hematuria.
    I have reviewed his old records from Colorado. Pt denies any history of diabetes or
    urinary retention recently.
    **SURGICAL HISTORY:**  Pt has had cataract surgery on the eye with very poor vision and
    near blindness. Pt also has had urethral surgery and cystoscopy.
    **MED:**  Please see handwritten history and physical
    **SOCIAL HISTORY:**  Pt has moved from Colorado to live with his parents.
    **FAMILY HISTORY:**  No history of cancer.
    **SYSTEMIC REVIEW:**  No hypertension, angina, no stroke/TIAs, no bleeding disorders or
    fractures. No history of GI bleeding, peptic ulcer disease or diverticular disease.

O-  On PE: Pt is conscious, cooperative male in no acute distress.
    **HEENT:**  He is nearly blind.
    **NECK:**  No masses, adenopathy.  Pharynx-no inflammation.
    **CHEST:**  No lumps or deformities.
    **ABD:**  Soft, nontender, no masses or organomegaly, hernia.
    **GU:**  Penile shaft, testes and epididymis are normal. Pt has induration at the base of
    the urethra.
    **MSS:**  No bony deformities or joint swelling.
    **CNS:**  No deficits except for the blindness related to retinal degenerative disease.
    **LYMPHATICS:**  No lymphadenopathy.
    **SKIN:**  No lesions.

A-  Traumatic stricture of the urethra with symptoms.

P-  Endoscopy with related procedures at the hospital.

D- 10/18/97       D/MR- Tu/10/21/97      T- Sa/10/25/97  /mc   Avi T. Deshmukh, M.D.

```
BULGIER, JIM                   06/05/57
000094868-01 M(BULGIER, JIM        )

Xry:              Cht: 72551-1

BULGIER, JIM              10/18/97
PO BOX 1221
PREMONT          TX 78375
                    A 254-646-2178
E-
M-PH# IS PARENTS PH#

E-
I-1
I-
M-
SSN:  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
```

LABORATORY REPORT

*STV Med Surg*

*CA# 72551-1*

**S B SmithKline Beecham**
Clinical Laboratories

```
61727000 AREA/ROUTE/ST : 9999999
HENDRICK REGIONAL LABORATORIES
CHEMISTRY LAB
1150 NORTH 18TH ST  STE 100
ABILENE, TX  79601
```

*Deshmukh, Avi T. MD*

MICROFILM# 1119971000S

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| BULGIER, JIM | | 09000095179 | | | 40 | M | HENDRICK REGIONAL L |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0045089 | JF142901B | 3211264 | 11/17/97 18:43 | 11/18/97 | 12/03/97 | 8:35AM |

REMARKS
LOUIS HERRING

CENTRAL
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

```
A COPY OF THIS REPORT HAS BEEN SENT TO: HENDRICK REGIONAL LABORATORIES
                                        CHEMISTRY LAB
                                        1150 N. 18th STREET
                                        ABILENE TX 79601


CALCULUS ANALYSIS
  WITH PHOTO
  ANALYSIS
    SPECIMEN CONSISTS OF SEVERAL IRREGULARLY SHAPED CALCULUS FRAGMENTS,
    WEIGHING A TOTAL OF 557 MG.

    CALCULUS FRAGMENTS ARE COMPOSED OF INTIMATELY ADMIXED MASSES OF
    CRYPTOCRYSTALLINE TO ORTHORHOMBIC CRYSTALS OF MAGNESIUM AMMONIUM
    PHOSPHATE HEXAHYDRATE, ORTHORHOMBIC PRISMS OF MAGNESIUM HYDROGEN
    PHOSPHATE TRIHYDRATE AND MICROCRYSTALLINE CARBONATE APATITE, PARTIALLY
    ENCRUSTING SECTIONS OF FATTY VEGETABLE TISSUE.  BLOOD AND PROTEIN
    MATRICES ARE DEMONSTRATED.
MAGNESIUM AMMONIUM
    PHOSPHATE HEXAHYDRATE        26                  %
CALCIUM PHOSPHATE
    (CARBONATE FORM)           ' 28                  %
PROTEIN                                             %
    PROTEIN & BLOOD                  APPROXIMATE % = 4
    MAGNESIUM HYDROGEN PHOSPHATE TRIHYDRATE (MGHPO4-3H2O  NEWBERRYITE=
                                     APPROXIMATE % = 18
    FOREIGN BODIES (VEGETABLE TISSUE)   APPROXIMATE % = 40
         >> REPORT CONTINUED ON NEXT PAGE <<
```

DEC 27 1997

LABORATORY REPORT

161727000 AREA/ROUTE/ST : 9999999
HENDRICK REGIONAL LABORATORIES
CHEMISTRY LAB
1150 NORTH 18TH ST  STE 100
ABILENE, TX  79601



**SmithKline Beecham**
Clinical Laboratories

MICROFILMN 11199710805

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| BULGIER, JIM | | 09000095179 | | | 40 | M | HENDRICK REGIONAL L |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 0045089 | JF142901B | 3211264 | 11/17/97 18:43 | 11/18/97 | 12/03/97 | 8:35AM |

REMARKS

LOUIS HERRING

CENTRAL
TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

CALCULUS ANALYSIS
  WITH PHOTO (CONTINUED)


                    CHEMICAL NAME                          MINERALOGICAL NAME

      CALCIUM OXALATE MONOHYDRATE                    WHEWELLITE
      CALCIUM OXALATE DIHYDRATE                      WEDDELLITE
      MAGNESIUM AMMONIUM PHOSPHATE HEXAHYDRATE       STRUVITE
      CALCIUM PHOSPHATE (CARBONATE FORM)             CARBONATE APATITE
      CALCIUM PHOSPHATE (HYDROXYL FORM)              HYDROXYL APATITE
      CALCIUM HYDROGEN PHOSPHATE DIHYDRATE           BRUSHITE
      URIC ACID
      CYSTINE
      SODIUM ACID URATE
      TRICALCIUM ORTHOPHOSPHATE                      WHITLOCKITE
      AMMONIUM ACID URATE
      PROTEIN


                          *   Reference footnote #1


Footnote 1


            ASSAY PERFORMED BY:  LOUIS C. HERRING & CO.
                                 1111 S. ORANGE AVE
                                 ORLANDO, FL 32802


      >> END OF REPORT <<


DEC 27 1997

P. O. Box 2191
Orlando, Fla. 32802

Telephone
(407) 841-6770

# LOUIS C. HERRING AND COMPANY

*Analytical and Consulting Chemists*

1111 South Orange Avenue
ORLANDO, FLORIDA 32806

7255-1-1

**Laboratory Mark:** QL109816

**Date Completed:** 21 November 1997

**For:** SmithKline Beecham Clinical Labs.     Dallas, TX

**Patient's Name:** BULGIER, JIM
IF142901B

### Crystallographic Analysis of Urinary Calculi

Specimen consists of several irregularly shaped calculus fragments, weighing a total of 557 mg.

Calculus fragments are composed of intimately admixed masses of cryptocrystalline to orthorhombic crystals of magnesium ammonium phosphate hexahydrate, orthorhombic prisms of magnesium hydrogen phosphate trihydrate and microcrystalline carbonate apatite, partially encrusting sections of fatty vegetable tissue. Blood and protein matrices are demonstrated.

*Respectfully Submitted,*
*LOUIS C. HERRING & CO.*

by *B. W. Austin*

nm/bh+

## PRINCIPAL STONE COMPONENTS

| Chemical Name | Formula | Mineralogical Name | Approximate Percentage |
|---|---|---|---|
| Calcium Oxalate Monohydrate | $CaC_2O_4 \cdot H_2O$ | Whewellite | |
| Calcium Oxalate Dihydrate | $CaC_2O_4 \cdot 2H_2O$ | Weddellite | |
| Magnesium Ammonium Phosphate Hexahydrate | $MgNH_4PO_4 \cdot 6H_2O$ | Struvite | 26% |
| Calcium Phosphate (Carbonate form) | $Ca_{10}(PO_4 \cdot CO_3OH)_6(OH)_2$ | Carbonate Apatite | 20% |
| Calcium Phosphate (Hydroxyl form) | $Ca_{10}(PO_4)_6(OH)_2$ | Hydroxyl Apatite | |
| Calcium Hydrogen Phosphate Dihydrate | $CaHPO_4 \cdot 2H_2O$ | Brushite | |
| Uric Acid | $C_5H_4N_4O_3$ | | |
| Cystine | $(SCH_2CH(NH_2)-COOH)_2$ | | |
| Sodium Acid Urate | $NaH \cdot C_5H_2O_3N_4 \cdot H_2O$ | | |
| Tricalcium Orthophosphate | $Ca_3(PO_4)_2$ | Whitlockite | |
| Ammonium Acid Urate | $NH_4H \cdot C_5H_2O_3N_4 \cdot H_2O$ | | |
| Protein & Blood | | | 4% |
| Magnesium Hydrogen Phosphate Trihydrate | $(MgHPO_4 \cdot 3H_2O)$ | Newberyite | 10% |
| Foreign Bodies (vegetable tissue) | | | 40% |

DEC 27 1997

72551-1

# LOUIS C. HERRING AND COMPANY

POST OFFICE BOX 2191 • ORLANDO, FLORIDA 32802

## -PHOTOMICROSCOPY-



BULGIER, JIM                  (Lab Mark: QL109816)

Each Grid Division = 2mm          (Exterior)



BULGIER, JIM                  (Lab Mark: QL109816)

Each Grid Division = 2mm          (Interior)

STEPHENVILLE MEDICAL & SURGICAL
150 RIVER NORTH BLVD
STEPHENVILLE, TX. 76401

Patient Name: BULGIER JIM
ID: 72551-1            DRAWN 1002
Sex: M   Age: 40      D.O.B. 06/05/1957
Physician: DESHMUKH

Sample ID: 72551-1                    TECH MMC
COMMENT FASTING

| TEST | | RESULTS | | NORMAL RANGE | | |
|------|---|---------|---|------|---|---|
| GLUCOSE | | 79. | mg/dL | 75. | - | 110. |
| UREA NITROGEN | | 14. | mg/dL | 9. | - | 20. |
| CREATININE | | 1.4 | mg/dL | .8 | - | 1.5 |
| SODIUM | | 140. | mmol/L | 137. | - | 145. |
| POTASSIUM | | 4.0 | mmol/L | 3.6 | - | 5.0 |
| CHLORIDE | HI | 109. | mmol/L | 98. | - | 107. |
| CALCIUM | | 9.3 | mg/dL | 8.4 | - | 10.2 |
| PHOSPHORUS | | 3.0 | mg/dL | 2.5 | - | 4.5 |
| CHOLESTEROL | | 165. | mg/dL | 0. | - | 199. |
| TRIGLYCERIDES | | 89. | mg/dL | 0. | - | 199. |
| TOTAL PROTEIN | | 6.7 | g/dL | 6.3 | - | 8.2 |
| ALBUMIN | LO | 3.8 | g/dL | 3.9 | - | 5.0 |
| A/G RATIO | | 1.4 | | 1.2 | - | 2.2 |
| AST | | 26. | U/L | 17. | - | 59. |
| ALT | | 37. | U/L | 21. | - | 72. |
| LDH | | 389. | U/L | 313. | - | 618. |
| ALKP | | 92. | U/L | 38. | - | 126. |
| GGT | | 32. | U/L | 0. | - | 70. |
| TOTAL BILI | | .8 | mg/dL | .2 | - | 1.3 |
| GLOBULIN | | 2.8 | g/dL | 2.3 | - | 3.5 |

10:42:02

tested Oct 20 97
REPORTED 10/20/97   10:58:12



72551-|

SMSC
150 RIVER NORTH
STEPHENVILLE
TEXAS
76401

Patient Name: BULGIER,JIM

Sample ID: 02917

Doctor: DESHMUKH

Mode : CLOSED VIAL     Comment:

Date: 10/20/97

DOB:05/05/1957
Age: 40 Y
Sex:M

Profile: CBC+DIFF

Time: 09:43 AM

Code:_____ _____

Seq. No.:      16

Location:

WBC

| Results | | | Limits |
|---|---|---|---|
| WBC | 4.6 | x10^3/µL | 4.8 - 9.3 |
| RBC | 4.62 | x10^6/µL | 3.79 - 5.79 |
| Hgb | 14.2 | g/dL | 11.5 - 17.2 |
| Hct | 41.8 | % | 34.8 - 50.5 |
| MCV | 76.1 | fL | 81.0 - 103.0 |
| MCH | 30.6 | pg | 27.0 - 33.0 |
| MCHC | 34.0 | g/dL | 32.0 - 36.0 |
| RDW | 14.1 | % | 11.6 - 14.6 |
| Plt | 255 | x10^3/µL | 127 - 340 |
| MPV | 8.3 | L fL | 8.7 - 9.9 |
| LY | 24.7 | % | 17.5 - 48.2 |
| MO | 8.9 | % | 4.7 - 9.9 |
| GR | 66.4 | % | 47.1 - 75.6 |
| LY# | 1.2 | x10^3/µL | 1.1 - 2.7 |
| MO# | 0.4 | x10^3/µL | 0.1 - 0.6 |
| GR# | 3.1 | x10^3/µL | 2.0 - 5.7 |
| EO# | < 0.7 | x10^3/µL | |
| BA# | < 0.2 | x10^3/µL | |

|------WBC-----|

Suspect:

NORMAL WBC DISTRIBUTION

RBC

|----RBC-----|

Suspect:

NORMAL RBC DISTRIBUTION

Microscopic Examination
  Neutrophil............._____
  Band..................._____
  Lymphocytes.........._____
  Eosinophil..........._____
  Monocyte............._____
  Basophil............._____
  Metamyelocyte......._____
  Myelocyte.........._____
  Promyelocyte........_____
  Blast................_____
  Atypical Lymphocyte._____
  NRBC................_____

MORPHOLOGY:
  Anisocytosis........._____
  Hypochromia........._____
  Polychromasia......._____
  Poikilocytosis......._____
  Macrocytosis........_____
  Microcytosis........_____
  Target Cells........_____
  Baso Stip..........._____

|------PLT------|

Suspect:

Plt

ABNORMAL PLT DISTRIBUTION(?)

Comments:_____
_____
_____
_____
_____

Tech:

Jim Bulgier          72551-1

Bulgier, Jim
06-05-57   72551-1



| ALL PURPOSE | | Date Requested 10-20-57 | Tech. TR | Requested By Nesh |
|---|---|---|---|---|
| | ▬▬▬ | | (4 - 10 ᵁᴳ/ᴹᴸ ) | |
| 2 | ▬▬▬ | PTT 25.8 | (10 - 20 ᵁᴳ/ᴹᴸ ) | OCT 20'57 am13-53 |
| 4 | | | | OCT 20'97 am10:02 |
| 5 | ▬▬▬ | Control 27.2 | (10 - 20 ᵁᴳ/ᴹᴸ ) | |
| 6 | | | | |

Bulgier, Jim
06-05-57   72551-1



| ALL PURPOSE | | Date Requested 10-20-97 | Tech. TR | Requested By Nesh |
|---|---|---|---|---|
| | ▬▬▬ | | (4 - 10 ᵁᴳ/ᴹᴸ ) | |
| 2 | | PT 11.8 | | |
| 3 | ▬▬▬ | INR 1.0 | (10 - 20 ᵁᴳ/ᴹᴸ ) | OCT 20'97 |
| 4 | | | | |
| 5 | ▬▬▬ | | (10 - 20 ᵁᴳ/ᴹᴸ ) | |
| 6 | | | | |

```
BULBIER, JIM              94868 -1
06/05/57   AVI DESHMUKH, MD
Xray 18460              72551-1
11/01/97 747536   SINGLE VIEW ABDOMEN
```

```
BULGIER, JIM
06/05/57   Xray 18460
11/01/97
```

PERTINENT CLINICAL HISTORY:
PRELIMINARY X-RAY REPORT:
          Comment: KIDNEY STONES

X-RAY REPORT:

KUB:

Frontal view of the abdomen indicates normal lumbar spine and visible pelvis.  A pair of
bladder stones is noted, one measuring about 1 cm size and the second measuring 2 cm
size with a lucent center.  Portions of the kidneys are obscured by air and stool.

IMPRESSION:  Bladder stones.

T- 11/03/97    /bb            L. Keith Madison, M.D.

**LMP**

| I certify that to the best of my knowledge, I am not pregnant at this time. | **X** _____ Patient's Signature | **Stephenville** Medical and Surgical **Clinic,** PA          (817) 968-6051 150 RIVER NORTH BOULEVARD • STEPHENVILLE, TEXAS, 76401 |



PATIENT Bulgier Jim   NO.

DOCTOR Drahonski,   DATE 10/20/97 ECG. NO.

AGE 40 SEX M   HGT.   WGT.   BP

DRUGS.

RATE 76   PR 0.14

QRS 0.06   QT 0.36   I II III RLF GAIN

AXIS NL   V1 THRU V6 GAIN

INTERPRETATION

Sinus Rhythm
Rate 76

NL EKG

Bouchard

Bulgier, Jim
65-57
70551-L        Dr. Dosh
# 18460   100037

PERTINENT CLINICAL HISTORY:
PRELIMINARY X-RAY REPORT:

Chest IV    preop

X-RAY REPORT:

AP UPRIGHT CHEST:

PA view of the chest shows the lung fields to be clear with no evidence of active
inflammatory disease.  The cardiac silhouette appears normal with no evidence of chamber
enlargement.  The mediastinum, great vessels, pleura, diaphragm and bony thorax are
unremarkable.

IMPRESSION: Normal chest, PA view.

T- 10/20/97   /jmr              L. Keith Madison, M.D.

**LMP**

| I certify that to the best of my knowledge, I am not pregnant at this time. | **X**<br>_____<br>Patient's Signature |
|---|---|

**Stephenville** Medical and Surgical
**Clinic,** PA              (817) 968-6051
150 RIVER NORTH BOULEVARD • STEPHENVILLE, TEXAS, 76401

7255/-1

**PATIENT IDENTIFICATION:**
BULGIER, JIM       40,06/05/57    MALE
PO BX 1221

PREMONT, TX  78375

HARRIS METHODIST ERATH C      DESHMUKH, AVIE
PO BOX 1399
STEPHENVILLE, TX  76401

1818 Pine, Suite 123
Abilene, Texas 79601

# Clinical Pathology Associates

19 Nov 97   14 52

ACCESSION NO:  OS97-11630    SPECIMEN DATE: 11/15/97
DATE RECEIVED: 11/17/97

### S U R G I C A L   P A T H O L O G Y   R E P O R T

**SPECIMEN SOURCE:** BLADDER STONES

**GROSS:**

The specimen is designated bladder stones and consists of several hard
pieces of tan material grossly suggesting stone fragments, the two
largest of which each measure 1.5 cm in maximum dimensions.  No
sections are taken.
      BBG/sh

**DIAGNOSIS:**

SPECIMEN DESIGNATED BLADDER STONES:  CONSISTENT WITH URINARY CALCULI,
   PENDING CHEMICAL EXAMINATION, THE SPECIMEN WILL BE SUBMITTED FOR
   CHEMICAL ANALYSIS.
      11/18/97

**By:**       Bertram B. Geeslin, Jr., M.D.
      (Electronic Signature)

Slides were examined at 1242 N. 19th, Abilene, TX.
Medicare provider number: 45-0229.

      *** FINAL REPORT ***

RECEIVED NOV 2 4 1997

ORIGINAL

# Harris Methodist
# Erath County

# 72551-1

PAGE 1

411 N. Belknap / Stephenville, Texas 76401 / 817-965-3115

M.R. NO.:         091802
ROOM NO.:
NAME:           JIM BULGIER
REPORT:         DISCHARGE NOTE
ADMISSION:      11/14/97
DISCHARGE:      11/17/97
PHYSICIAN:      AVI T. DESHMUKH, M.D.

HISTORY OF PRESENT ILLNESS: The patient is a 40-year-old male with history of large bladder stone secondary to foreign body introduced through the urethra in the form of molestation when the patient lived in Denver. Now enters the hospital for cystolithotomy. The patient has a rather large stone. The cortical aspect of this stone was treated with lithotripsy. The core is very hard and impossible to treat with lithotripsy. The patient now comes in for cystolithotomy since the stone size is about 4 to 5 cm still. The patient also has significant phimosis resulting into pain as well as posthitis and desires circumcision as a part of procedure.

PAST SURGICAL HISTORY: The patient has had some retinal surgery as a child. He was born with hyper oxygen induced retinal damage and blindness which is congenital.

SOCIAL HISTORY: Doesn't smoke or drink.

FAMILY HISTORY: No history of cancer.

REVIEW OF SYSTEMS: No hypertension, angina. No strokes or transient ischemic attacks. No bleeding disorders or fractures. No history of arthritis. The patient's vision is limited to only dark and light and very few color perceptions.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: Conscious, cooperative, blind male.
VITAL SIGNS: Pulse 80, temperature 97.4, respirations 12, blood pressure 120/70.
HEENT: Eyes - Sclerae are white. The patient is blind.
NECK: No masses or adenopathy.
CHEST: No lumps or deformities.
RESPIRATORY SYSTEM: Vesicular breath sounds. Good air entry.
CARDIOVASCULAR SYSTEM: Normal heart sounds. Pulses are well felt.
ABDOMEN: Soft, nontender. No masses. The patient has tenderness in the suprapubic site.
GENITALIA: Penile shaft, testes, epididymis are normal except the patient has phimosis and chronic posthitis. Both the testis are normal.
MUSCULOSKELETAL SYSTEM: Patient has arthritis. No joint swelling.
CENTRAL NERVOUS SYSTEM: No significant sensory deficits except for optic deficit.

D   11/17/97 @ 07:51 AM
/ clf T   11/18/97 @ 12:27 PM

RECEIVED NOV 2 1 1997

AVI T. DESHMUKH, M.D.

NOV 2 4 1997

# Harris Methodist
# Erath County

#72551-1

CONTINUATION

411 N. Belknap / Stephenville. Texas 76401 / 817-965-3115

NAME:      JIM BULGIER
REPORT:    DISCHARGE NOTE   11/17/97

LYMPHATIC SYSTEM: No edema.
SKIN: No lesions.

LABORATORY & X-RAY FINDINGS: The patient's lab studies showed essentially normal findings.
BUN, creatinine and electrolytes were normal.

HOSPITAL COURSE: The patient underwent suprapubic cystolithotomy and circumcision.
Postoperatively, the wound was clean and dry with minimal drainage noticed.  Patient was afebrile.  Had
minimal spasms.

COMPLICATIONS: None.

CONDITION: Good.

RECOMMENDATIONS:

1. Patient will go home.
2. Keep the wound clean and dry at home.
3. Foley catheter is to be left in for seven to ten days.
4. Patient can shower.
5. Leg bag usage was explained to the patient.
6. Visiting agency to visit p.r.n.
7. Cipro 500 mg b.i.d. for five to seven days.
8. Darvocet-N 100 with #25 given, 1 q 4 h p.r.n. pain.

DISCHARGE DIAGNOSIS:

1. Bladder calculus.
2. Phimosis with posthitis.

COMORBID DIAGNOSIS:

1. Congenital blindness secondary to hyper oxygenation of retina.

PROCEDURE DONE:

1. Cystolithotomy.
2. Circumcision.

8782

RECEIVED NOV 2 1 1997

D   11/17/97 @ 07:51 AM
/ clf  T   11/18/97 @ 12:27 PM

AVI T. DESHMUKH, M.D.

NOV 2 4 1997

# Harris Methodist
# Erath County

411 N. Belknap / Stephenville, Texas 76401 / 817-965-3115

PAGE 1

72551 - 1

M.R. NO.:      091802
ROOM NO.:    252
NAME:          JIM BULGIER
REPORT:        OPERATIVE NOTE   11/15/97

PHYSICIAN:        SURGEON:   AVI T. DESHMUKH, M.D.

PREOPERATIVE DIAGNOSIS:          1.  Bladder stone, phimosis with posthitis chronic.

POSTOPERATIVE DIAGNOSIS:        1.  Bladder stone, phimosis with posthitis chronic.

OPERATIVE PROCEDURE:              1.  Cystolithotomy, circumcision.

COMPLICATIONS:   None.

CONDITION: Good.     Counts correct.

ANESTHESIA:   General.

DESCRIPTION OF OPERATION: The patient was taken to the operating room, placed under anesthesia then in supine position.   Foley catheter was put in and the area was prepped and draped in the usual fashion.   The bladder was filled to the capacity of 250 cc and clamped.   Suprapubic transverse incision was made through the skin and subcutaneous tissue and carried up to the fascia.   The fascia was incised in the midline.   Recti were separated and self retaining retractor was placed and bladder was opened in the anterior surface.   The stone was removed.  Irrigation of the bladder was performed.  The bladder was closed in three layers.   Mucosa was closed with 3-0 chromic in a running fashion, followed by muscle layer and then serosal with 0 chromic.  No leaking was noticed.   Drain was left in the retropubic space. The fascia was approximated with 0 Vicryl in a figure-of-eight fashion.  Skin was approximated, subcutaneous tissue was approximated with 4-0 Monocryl.   The skin was approximated with staples.  A drain was sewn in place.  A dressing was applied.  Circumcision was done in the following fashion.

Using surface marker the mucosa was incised in the circumferential fashion. Cuff of skin in the mucosa was excised at 6 o'clock and 12 o'clock position up to corona glandis.   Redundant skin was excised in a curvilinear fashion.  Bleeders were ligated with 4-0 chromic.   Small bleeders were fulgurated.   Skin was approximated in the mucosa using 4-0 Monocryl intermittent sutures without difficulty.   No bleeding was noticed.  Vaseline gauze dressing was applied and patient was taken back to recovery in a healthy condition.

RECEIVED NOV 2 0 1997

D   11/15/97 @ 02:50 PM
/ jad  T   11/17/97 @ 12:55 PM

AVI T. DESHMUKH, M.D.

NOV 2 0 1997

# Harris Methodist
# Erath County
❈

CONTINUATION

411 N. Belknap / Stephenville. Texas 76401 / 817-965-3115

NAME:       JIM BULGIER
REPORT:     OPERATIVE NOTE   11/15/97

8723

RECEIVED NOV 2 0 1997

D   11/15/97 @ 02:50 PM
/ jad  T   11/17/97 @ 12:55 PM                    AVI T. DESHMUKH, M.D.

72551-1

PAGE 1



# Harris Methodist
# Erath County

411 N. Belknap / Stephenville, Texas 76401 / 817-965-3115

| | |
|---|---|
| M.R. NO.: | 091802 |
| ROOM NO.: | |
| NAME: | JIM BULGIER |
| REPORT: | HISTORY AND PHYSICAL |
| ADMISSION: | 11/14/97 |
| | |
| PHYSICIAN: | AVI T. DESHMUKH, M.D. |

HISTORY:

HISTORY OF PRESENT ILLNESS: The patient is a 40-year-old male with history of large bladder stone secondary to foreign body introduced through the urethra in the form of molestation when the patient lived in Denver. Now enters the hospital for cystolithotomy. The patient has a rather large stone. The cortical aspect of this stone was treated with lithotripsy. The core is very hard and impossible to treat with lithotripsy. The patient now comes in for cystolithotomy since the stone size is about 4 to 5 cm still. The patient also has significant phimosis resulting into pain as well as posthitis and desires circumcision as a part of procedure.

PAST SURGICAL HISTORY: The patient has had some retinal surgery as a child. He was born with hyper oxygen induced retinal damage and blindness which is congenital.

SOCIAL HISTORY: Doesn't smoke or drink.

FAMILY HISTORY: No history of cancer.

REVIEW OF SYSTEMS: No hypertension, angina. No strokes or transient ischemic attacks. No bleeding disorders or fractures. No history of arthritis. The patient's vision is limited to only dark and light and very few color perceptions.

SOCIAL HISTORY: The patient lives with the mom and dad.

REVIEW OF SYSTEMS: No hypertension, angina. History of retinal degenerative disease. No history of bleeding disorders or fractures. History of arthritis.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: Conscious, cooperative, blind male.
VITAL SIGNS: Pulse 80, temperature 97.4, respirations 12, blood pressure 120/70.
HEENT: Eyes - Sclerae are white. The patient is blind.
NECK: No masses or adenopathy.
CHEST: No lumps or deformities.

RECEIVED NOV 1 8 1997

D   11/13/97 @ 08:26 PM
/ meh   T   11/14/97 @ 07:49 AM

AVI T. DESHMUKH, M.D.

NOV 2 0 1997