FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 7 - 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Colorado

Case #92-n-870
Jesse Montez vs. Bill Owens (et al)
Consolidated with: Case #96-N-343
Claim #02-488

---

### AFFIDAVIT from Nick Zamora

COMES NOWI, Nick Zamora who states that I am over the age of 21 and competent to make this
Affidavit of the facts within my personal knowledge.

I have been an inmate at the Territorial Correctional Facility (C.T.C.F.) with Jimmy Bulgier from
1994 to 1997 when he was discharged. Mr. Bulgier is legally blind.

Mr. Bulgier frequently had problems getting D.O.C. staff and Officers to read their Written
Communications to him. I would frequently read appointment slips (lay-in passes), responses to Inmate
Communications forms and other types of D.O.C. Communications.

I feel it was the responsibility of D.O.C. staff to provide this type of service in accordance with the
Americans with Disabilities Act, Title II.

END OF STATEMENT.

I, Nick Zamora do hereby swear under penalty of perjury that I have read the foregoing Affidavit and I
swear again under penalty of perjury that the above facts are true and correct.

Dated on this 24th day of MARCH , 2004.

Signature: _Nick Zamora_
Nick Zamora  D.O.C. #_____

Signed before me on this _____ day of _____, 2004.

Signature: _____

My commission expires on _____,_____.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Colorado

Case #92-n-870
Jesse Montez vs. Bill Owens (et al)
Consolidated with: Case #96-N-343
Claim #02-488

## AFFIDAVIT from Nick Zamora

COMES NOW I, Nick Zamora (D.O.C. #_____) who states that I am over the age of 21 and competent to make this Affidavit of the facts within my personal knowledge.

I have been an inmate at the Territorial Correctional Facility (C.T.C.F.) with Jimmy Bulgier from 1994 to 1997 when he was discharged. Mr. Bulgier is legally blind.

I was assigned to the school in the Family Life Skills class under the supervision of Mr. Frank Sarek. Mr. Bulgier was assigned to the class after he had already completed the class previously.

During this class, Mr. Bulgier was not provided any one to assist him in reading or completing his assignments. Instructor Frank Sarek said it would not be necessary for Mr. Bulgier to perform the class assignments because he had already completed the class successfully.

Several months later, Mr. Bulgier was re-assigned to the Family Life Skills were I was assigned to help him complete the class assignments. Mr. Bulgier completed the class successfully again.

I feel that staff (such as case manager (Renee Murphey)) did not want to provide Mr. Bulgier with a job due to his blindness and kept assigning him to the school class. This is in violation of his rights under the Americans with Disabilities Act, Title II.


Dated on this 24th day of MARCH, 2004.

Signature: _Nick Zamora_
Nick Zamora D.O.C. # _____
j


Signed before me on this _____ day of _____, 2004.

Signature: _____

My commission expires on _____, _____.