FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUL 7 – 2005

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

---

**Request for Court to Order**
**Clerk to Provide and make Photocopies of Documents**

COMES NOW, I Jimmy Bulgier (Plaintiff) acting Pro-se in the above cause do hereby request this Honorable Court to Order the Clerk of this Court to make and provide Photocopies of the attached documents for the following grounds:

➢ Plaintiff Bulgier is totally indigent and does not have moneys to purchase or hire a copy service to make copies of attached documents. The Texas Dept. of Criminal Justice-Institutional Division (TDCJ-ID) does not permit their prison inmates to have access to ANY PHOTOCOPING EQUIPMENT.

➢ Plaintiff Bulgier is not able to make specific documents available to the U.S. Assistant Attorney General (James X. Quinn) for the reasons stated above.

Plaintiff Bulgier requests this Honorable Court to ORDER the Clerk of this Court to make copies of the attached (See Enclosures documents for the following parties;)

➢ This Court,
➢ Plaintiff Bulgier (see address below) and
➢ Defendant's Counsel (James X. Quinn).

And mail them to the following parities;

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

Mr. James X. Quinn
    Assistant Attorney General
    Litigation Section
    1525 Sherman Street, 5th Floor
    Denver, Colorado  80203

Defendant's Counsel:

Respectfully submitted on this 24th day of June, 2005.

Signature: _Jim Bulgier_

Jim Bulgier  TDCJ #902732

**Enclosures:**
➢   **Grievances :**

| Grievance #: | Dates: | Step # |
|---|---|---|
| 95/96-139 | 01-03-96 | 3#1 |
| *(hand written)* | | |
| 95/96-139(A) | 01-10-96 | #2 |
| *(hand written)* | | |
| 95/96-139 (A) | no date | #2 |
| *(type written)* | | |
| 94/95-266 | 03-24-95 | #1 |
| 95-092 | 05-16-95 | #1 |
| 93-225 | 12-07-93 | #1 |
| 95-164 | 09-12-95 | #1 |
| 95/96-249 | 03-20-96 | #1 |
| 93-145 | 07-26-93 | |

➢   **Time Computation Report (3 pages)**

➢   **Medical Report, Descriptions etc. from Dr. Avi Deshmukh.  (42 pages)**

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado  80294-3589

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
 Denver, Colorado  80203

Respectfully submitted on this 31st day of May, 2005.

Signature: _____

**Jim Bulgier TDCJ #902732**

**264 FM 3478 / Estelle Unit**

**Huntsville, Texas  77320-3322**

**Enclosures:**

➢  **Grievances :**

| Grievance #: | Dates: | Step # |
|---|---|---|
| 95/96-139 | 01-03-96 | 3#1 |
| *(hand written)* | | |
| 95/96-139(A) | 01-10-96 | #2 |
| *(hand written)* | | |
| 95/96-139 (A) | no date | #2 |
| *(type written)* | | |
| 94/95-266 | 03-24-95 | #1 |
| 95-092 | 05-16-95 | #1 |
| 93-225 | 12-07-93 | #1 |
| 95-164 | 09-12-95 | #1 |
| 95/96-249 | 03-20-96 | #1 |
| 93-145 | 07-26-96 | |

➢ **Time Computation Report (3 pages)**

➢ **Medical Report, Descriptions etc. from Dr. Avi Deshmukh. (42 pages)**