FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 6 - 2005

GREGORY C. LANGHAM
CLERK

7-5-05

Dear, Chief Justices; Nottingham and Kane.

I'm writing you this letter with regards to the Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343 Jesse Montez vs Bill Owens.

I am a claimant under the Montey class action Category II claim Number 02-768

Back in March of this year I wrote a letter to Judge Richard M Borchers Special Master of the Legal Resolution center. This letter contained a detail discription of areas at the Fort Lyon Correctional facility that contain Asbestos materials or Fry. This legal letter contained a baggie of Asbestos pipe wrap Never the less in the Facilities A.D.A. Compliance and remodeling the old V.A Hospital Buildings into a prison. Many inmates such as myself who have Licenses and Skilled trades have found them-selves pretty much exploited for 60¢ a-day and were not given even any extra earned time off of there sentences. For Building the Facility a Two Million Dollar Double Security Fence to the two Hundred and fifty thousand Dollars worth of plumbing, Steam Repair and H-V-A-C work i have done in that Single facility. My point being besides being exploited that we the Maintence Workers of the facility have had to work with, around and have even removed without the proper equipment (not offered) Asbestos Tyles, Asbestos siding, Asbestos insulation and Asbestos Cieling tiles. Now i don't Know if your Special masters recieved that letter of package. I do Know that the fort Lyon Mail Room Red flagged and didn't mail a letter i wrote to Jame Sokolove @ 707 Berkshire Blvd P.O. B 521 East Alton Il 62024 which also Contained a baggie of Asbestos in it.

I now have found myself exiled to the

Sterling Correctional Facility. The farthest most facility in the state from Fort Lyons.

In my letter i offered as a State Licensed Master Plumber to take the Both of you and some specialized company able to detect air borne Asbestos and Fry. Thru the Fort Lyons Facility as i know about 10 different places where there is Asbestos and where inmates are exposed to it. The Facility just as they do in there Medical treatment of the inmates also treat this Asbestos Contamination with deliberate Indifference.

I have contacted a Lawyer in Colorado Springs Mike McDivit 19 East Cimarron Street Cols Springs 80903. Because My Arthridic Shoulder (R) and tore Rotator cuff and the Crippling and worst Disability of the Crushed padding and Disc between my L-4 and L-5 that even though im imprisoned and a ward of the State D.O.C. Refuses to fix. They have left me to walk around all hunched over in extream pain with total indifference and this Asbestos issue.

I figured that sence Fort Lyons is using Montez Money for their Remodeling and A.D.A. requirements that they should be made to remove all of the Asbestos as well, Because it is a health hazard!

Thank You!

Riggin N. Keyes 56804
S.C.F CH-4-B-1-3
P.O. Box 6000
Sterling Colorado
80751

P.S. I arrived here at Sterling on 6-16-05. I have my L-4 L-5 disc out which is a crippling disability. I can barly get to the chow hall or med line, but after 3