IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 7 – 2005

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

REQUEST FOR COURT TO ACCEPT INDIVIDUAL DAMAGE CLAIM FORMS
AS AN "OUT OF TIME" FILING

- COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby request this Honorable Court to accept these 8 Individual Damage Claim forms even though they are submitted in an "OUT OF TIME" period.
- Plaintiff Bulgier has submitted to this Honorable Court his WRITTEN REQUEST FOR 120-DAY EXTENSION OF TIME on March 31, 2005, which was filed and documented with this Court in a timely manor. (See attached request)
- Apparently the Clerk of this Honorable Court has not placed Plaintiff Bulgier's Request for Extension of Time in the Court's Records and presented the request for hearing or some other mishap has occurred. This Honorable Court to this date still has not responded to Plaintiff's request for Extension of time.
- Therefor, Plaintiff Bulgier respectfully requests this Honorable Court to accept and place in to the Court Record of the receipt and filing of these 8 Individual Damage Claims.
- 

Respectfully submitted on this 24th day of June 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado 80294-3589

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Respectfully submitted on this 24th day of June, 2005.

Signature: _____

**Jim Bulgier TDCJ #902732**

**264 FM 3478 / Estelle Unit**

**Huntsville, Texas 77320-3322**

<u>Enclosures:</u>
1. Request for 120 Day Extension of Time
2. Plaintiff's Second Written Request for this Court to Consider and Rule on Plaintiff's "Request for 120 Day Extension of Time" and Plaintiff's Request for Subpoena of documents in discovery".
3. Request for ORDER for subpoena for Documents in Discovery.