# Attachment  A

# Harris Methodist
# Erath County



CONTINUATION

411 N. Belknap / Stephenville. Texas 76401 / 817-965-3115

NAME:      JIM BULGIER
REPORT:    HISTORY AND PHYSICAL   11/14/97

RESPIRATORY SYSTEM: Vesicular breath sounds.  Good air entry.
CARDIOVASCULAR SYSTEM: Normal heart sounds.  Pulses are well felt.
ABDOMEN: Soft, nontender. No masses.  The patient has tenderness in the suprapubic site.
GENITALIA: Penile shaft, testes, epididymis are normal except the patient has phimosis and chronic posthitis.  Both the testis are normal.
MUSCULOSKELETAL SYSTEM: Patient has arthritis.  No joint swelling.
CENTRAL NERVOUS SYSTEM: No significant sensory deficits except for optic deficit.
LYMPHATIC SYSTEM: No edema.
SKIN: No lesions.

ADMITTING DIAGNOSIS:                1.  Bladder stone.
                                    2.  Phimosis.

PLAN: Cystolithotomy, circumcision.
8613

RECEIVED NOV 1 8 1997

D   11/13/97 @ 08:26 PM
/ meh  T   11/14/97 @ 07:49 AM                    AVI T. DESHMUKH, M.D.

NOV 2 0 1997

```
NAME          BULGIER, JIM                    HARRIS METHODIST-ERATH CO
AGE/SEX        40 YRS    M                     P.O. BOX 1399
LOCATION       COUR                            STEPHENVILLE              72555-1
PAT. I.D.     (0511)0094057                   TX  764010000
DR. NAME      DESHMUKH, AVI T. MD                                       72551-1
```

```
COLLECTED: 24OCT97 1618            RESULTS          UNITS    (REFERENCE)
      STONE ANALYSIS              NOTE      f
STONE ANALYSIS. 24OCT97  1618
   MAGNESIUM AMMONIUM PHOSPHATE HEXAHYDRATE                    35%
   CALCIUM PHOSPHATE (CARBONATE FORM)                          31%
   PROTEIN (PROTEIN AND BLOOD)                                 4%
   MAGNESIUM HYDROGEN PHOSPHATE TRIHYDRATE MgHPO4,
   3H2O NEWBERYITE                                             30%

STONE ANALYSIS (25JUN96 -- Current)
```

```
            Chemical Name                        Mineralogical Name
------------------------------------------        --------------------
Calcium Oxalate Monohydrate                       Whewellite
Calcium Oxalate Dihydrate                         Weddellite
Magnesium Ammonium Phosphate Hexahydrate          Struvite
Calcium Phosphate   (Carbonate Form)              Carbonate Apatite
Calcium Phosphate   (Hydroxyl Form)               Hydroxyl Apatite
Calcium Hydrogen Phosphate Dihydrate              Brushite
Urid Acid
Cystine
Sodium Acid Urate
Tricalcium Orthophosphate                         Whitlockite
Ammonium Acid Urate
Protein
```

RECEIVED NOV 10 1997

```
Legend:
P = Footnote
```

**TEST REPORT #2**

99-011 (Rev 6/97)

```
PRINT DATE  06NOV97    TIME:  0503    END OF REPORT                PAGE:    1
```

**Hendrick**
REGIONAL
LABORATORIES

1150 North 18th, Ste. 100, Abilene, TX 79601  •  1242 North 19th, Abilene, TX 79601
(915) 670-2835      (800) 792-0044      Fax (915) 675-5008

PATIENT IDENTIFICATION:                    40,06/05/57    MALE
PO BX 1221

PREMONT, TX  78375                         72551-1

HARRIS METHODIST ERATH C       DESHMUKH,AVIE
PO BOX 1399
STEPHENVILLE, TX  76401

1818 Pine, Suite 123
Abilene, Texas 79601

# Clinical Pathology Associates

28 OCT 97   15 33

ACCESSION NO:  OS97-10807      SPECIMEN DATE: 10/24/97
                               DATE RECEIVED: 10/24/97

## S U R G I C A L   P A T H O L O G Y   R E P O R T

**SPECIMEN SOURCE:**

NOV 0 4 1997

BLADDER STONE

**GROSS:**

Received labeled bladder stones are multiple soft friable, chalky
calculi estimated at 1.5-2 cc in total volume. No sections are
submitted.
JID/da

**DIAGNOSIS:**

BLADDER: CALCULI, MULTIPLE (GROSS ONLY)
10/27/97

By:          James I. Duff, M.D.
             (Electronic Signature)

*** FINAL REPORT ***

ORIGINAL

RECEIVED OCT 3 1 1997

ACCESSION NO:  OS97-10807
PAGE:   1                              ***  END OF REPORT  ***

# Harris Methodist
# Erath County

411 N. Belknap / Stephenville, Texas 76401 / 817-965-3115

Department of Radiology
X-ray Report

# 72551-1

NAME: JIM BULGIER
X-RAY NO: 029709
STATUS: INPATIENT

DOCTOR: AVI T. DESHMUKH
DOB: 06/05/57
DATE OF EXAM: 10/24/97
TIME OF EXAM: 01:55 PM

HISTORY: Bladder stone.

RETROGRADE PYELOGRAM: The scout film indicates a 53 mm stone surrounding a lucent 14 mm nidus. A cystoscopy tube was placed. Apparently, two stones are then discovered in the bladder, one measuring about 55 x 35 mm and the second measuring 22 x 15 mm, the latter containing the lucent nidus.

IMPRESSION:

1.  At least two large bladder stones noted.

D  10/26/97 @ 11:59 AM
/ clf  T  10/27/97 @ 09:17 AM

L. KEITH MADISON, M.D.

RECEIVED OCT 2 9 1997

NOV 0 3 1997



# X-RAY REPORT

# Harris Methodist
# Erath County



PAGE 1

411 N. Belknap / Stephenville, Texas 76401 / 817-965-3115

72551-1

| | |
|---|---|
| M.R. NO.: | 052394 |
| ROOM NO.: | |
| NAME: | JIM BULGIER |
| REPORT: | DISCHARGE NOTE |
| ADMISSION: | 10/24/97 |
| DISCHARGE: | 10/26/97 |
| PHYSICIAN: | AVI T DESHMUKH, M.D. |

NOV 0 3 1997

HISTORY OF PRESENT ILLNESS: The patient is a 40-year-old unfortunate male who has been congenitally blind because of retinal damage secondary to hyper oxygenation.  The patient was raped in Denver area with urethral instrumentation by rapist resulting into plastic material lodged in the urethra and stricture.  The patient had part of this plastic material removed but now has significant difficulty voiding with dribbling, urgency, frequency with negative urine cultures.  The patient obviously has obstruction in the urethra and comes in for endoscopy for further evaluation purposes and therapeutic purposes.  The patient had cystoscopy in 1995, hemorrhoidectomy in 1989, right cataract surgery in 1982, retinal surgery in 1960s and 1970s.

SOCIAL HISTORY: Doesn't smoke or drink.

FAMILY HISTORY: No history of cancer.

CURRENT MEDICATIONS: The patient presently takes Cephalexin and Septra.

REVIEW OF SYSTEMS: History of blindness.  No history of gastrointestinal bleeding, peptic ulcer disease, diverticular disease.  History of voiding dysfunction.  No history of kidney stones.  No history of fractures or injuries but history of neuropathy.  No history of emphysema, tuberculosis or pneumonia.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: Conscious, cooperative male who is legally blind.
NECK: No masses or adenopathy.
CHEST: No lumps or deformities.
RESPIRATORY SYSTEM: Vesicular breath sounds.  Good air entry.
CARDIOVASCULAR SYSTEM: Normal heart sounds.  Pulses are well felt.
ABDOMEN: Soft, nontender.  No masses or organomegaly or hernia.  No bladder distention clinically.
GENITALIA: Penile shaft is normal.  Tender in the bulbar site.  No epididymitis.
RECTAL: Prostate 20 grams, smooth, no nodules, nontender.
MUSCULOSKELETAL SYSTEM: The patient has peripheral neuropathy.  No bony tenderness.
CENTRAL NERVOUS SYSTEM: History of blindness.  No history of motor or sensory loss of the extremities otherwise.
LYMPHATIC SYSTEM: No lymphedema.

D   10/26/97 @ 01:10 PM
/ meh  T   10/28/97 @ 08:05 AM

RECEIVED OCT 2 9 1997

AVI T DESHMUKH, M.D.

# Harris Methodist
# Erath County



411 N. Belknap / Stephenville. Texas 76401 / 817-965-3115

CONTINUATION

72551-1

NAME:        JIM BULGIER
REPORT:      DISCHARGE NOTE    10/26/97

SKIN: No lesions.

LABORATORY STUDIES: Hemogram is normal.  The BUN and creatinine were normal.  Chloride 104, albumin marginally low at 3.8.  The PT and PTT were normal.

HOSPITAL COURSE: The patient underwent electro hydro lithotripsy of the bladder stone. The patient has inner core of the stone which is rather hard and will require open surgery.  Foley catheter was removed the next day a day after.  The patient voided well.  Had minimal dysuria.  No bladder spasms.

COMPLICATIONS: None.

CONDITION: Good.

RECOMMENDATIONS:

1.  Followup in my office in about 1-week with a KUB.
2.  Cipro 500 mg b.i.d.
3.  Continue previous medications.
4.  Urised 1 t.i.d.

DISCHARGE DIAGNOSIS:

1.  Bladder stone with significant bladder irritability symptoms.
2.  Retinopathy with blindness.

OPERATIVE PROCEDURE:
7398

1.  Electro hydro lithotripsy of bladder stone

RECEIVED OCT 2 9 1997

D   10/26/97 @ 01:10 PM
/ meh  T   10/28/97 @ 08:05 AM

AVI T DESHMUKH, M.D.

# Harris Methodis'
# Erath County
⊛

# 72551-1

411 N. Belknap / Stephenville. Texas 76401 / 817-965-3115

M.R. NO.:          052394
ROOM NO.:
NAME:             JIM BULGIER
REPORT:           OPERATIVE NOTE   10/24/97

NOV 0 3 1997

PHYSICIAN:        SURGEON:   AVI T. DESHMUKH, M.D.

PREOPERATIVE DIAGNOSIS:              1.  Bladder stone.

POSTOPERATIVE DIAGNOSIS:             1.  Large bladder stone, estimated to be about 10 cm
                                         x 6 to 7 cm in size, with multiple layers.

OPERATIVE PROCEDURE:                 1.  Electrohydrotripsy of the bladder stone with
                                         debulking.

COMPLICATIONS: None.

CONDITION: Good.

ANESTHESIA: General.

DESCRIPTION OF OPERATION:   Patient was taken to operating room, placed under anesthesia; then, in dorsal lithotomy position, the area was prepped and draped in the usual fashion.  A #25 scope was inserted under anesthesia. No strictures were noticed.  Prostatic urethra was 2 cm long.  Bladder showed a large stone, which was evident upon KUB.  Stone is estimated to be about 10 x 7 cm in dimension.  Large stone was noticeable with the endoscope.  Bladder mucosa showed no ulcerations, tumors; orifices could not be visualized well.  Then, using a standard pole for Electrohydrotripsy and SEMI hydro lithotripter generator, one was able to lithotripsy the stone systematically as much as possible, using multiple pulses at the energy level at 60.  I noticed that this stone has a soft shell, but the inner core of the stone is very hard, which could not be debulked with a probe.  As much debulking as possible was done; stone fragments were drained out, sent for analysis.  An #18 Foley catheter was left indwelling draining clear. Patient was taken back to recovery in a healthy condition.
7397

RECEIVED OCT 2 9 1997

D   10/24/97 @ 01:46 PM
/ cjk  T   10/25/97 @ 03:36 PM                    AVI T. DESHMUKH, M.D.

BULGIER, JIMMY                                          9-23-97

He went to the ER last Friday and was catheterized.  Said that made him feel better.
He was given a prescription for self catheters but he wasn't able to find any.  He comes
in today.  Urine looks a little bit better.  Brought in what looked like a small fragment
of a stone.  Passed a 16 Coude red rubber into the bladder and he had maybe 20 cc
residual.  I want him to stay on the antibiotics.  His infection is looking a little
better.  I also gave him a prescription for Urised to take.  Come back in 2 weeks.  At
that time we will talk to him about lithotripsy or just removing the stone.  If he calls
back and complains too much we can probably have him go to the ER and have them insert a
Foley and wear that constantly for 2 weeks.  AJA:mh


BULGIER, JIMMY                                          10-7-97

He is feeling better.  Still has a lot of cells int he urine.  Passing a few fragments.
Stay on the Bactrim, Keflex, Urised.  Come back next week.  I want to do cystoscopy to be
sure he doesn't have a stricture and then we will talk to him about taking the stone out.
Says he is having to hunt for housing and he is waiting until he gets Medicaid the 1st of
November.  He is staying with some man but he is going to have to move out and find other
housing.  We will see what his situation is next week at the time of cystoscopy.  He says
he is definitely feeling better.  Surgery----we will see.  AJA:mh



BULGIER, JIMMY
10-14-97:  Mr. Bert Perry called in for him.  He has been staying with him.  He said
           he was cancelling his appointment.  He did not reschedule at this time.  He
           said that Mr. Bulgier had gone to either North or East Texas to visit his
           parents and he didn't know if he would be coming back this way and if he
           did he didn't know when.  Leslie:bb
           ------------------------------------------------------------------------

NOV 15 1997

RELEASE AUTHORIZATION

Date of Authorization: _10-20-97_

TO: _Dr. Ashmore_
(Doctor or Department) _1311 General Cabazos Blvd. Suite B_
_Kingsville, Tx._
FAX: _78363_
_1-512-888-7136_

I hereby authorize the above individual to release items listed below to the following:

Name & Address of person or firm receiving items:

Stephenville Medical & Surgical Cinic, P.A.          _Dr. Avi_
150 River North Blvd.                                _Deshmukh_
Stephenville, Texas 76401

ITEMS BEING RELEASED:

_Send Copies of Records_

I hereby release Stephenville Medical and Surgical Clinic, P.A., their employees or representatives, from any liability due to this release, and acknowledge that this release is being made at my request and/or on my behalf, and that Stephenville Medical and Surgical Clinic cannot and does not assume any liability for the use or care of released items once it (they) leave the premises of SMSC.

_JIM BULGIER_                    _6-5-57_
Patient Name                     Birth Date

_P.O. Box 1221_
Patient Address

_PREMONT, TX. 78375_

_Jim Bulgier_                    NOV 15 1997
Signature

Witness

Form #33A

*72551-1*

### RELEASE AUTHORIZATION

Date of Authorization: _10-20-97_

TO: _Dr. Ashmore_
(Doctor or Department) _1311 General Cavazos Blvd. Suite B_
_FAX:_                              _Kingsville, Tx._
_1-512-888-7136_                              _78363_

I hereby authorize the above individual to release items listed below to the following:

Name & Address of person or firm receiving items:

Stephenville Medical & Surgical Clinic, P.A.
150 River North Blvd.
Stephenville, Texas 76401

_Dr Avi_
_Dishoukh_

ITEMS BEING RELEASED:

_Send Copies of Records_

I hereby release Stephenville Medical and Surgical Clinic, P.A., their employees or representatives, from any liability due to this release, and acknowledge that this release is being made at my request and/or on my behalf, and that Stephenville Medical and Surgical Clinic cannot and does not assume any liability for the use or care of released items once it (they) leave the premises of SMSC.

_Jim Bulgier_                              _6-5-57_
Patient Name                              Birth Date

_P.O. Box 1231_
Patient Address

_Fremont, Tx. 78325_

_Jim Bulgier_
Signature

Witness

Form #33A                              OCT 21 1997

72551-1

# **Stephenville** Medical and Surgical

# **Clinic,** PA     150 RIVER NORTH BOULEVARD   •   STEPHENVILLE, TEXAS 76401

**Avi T. Deshmukh, M.D.**
Diplomate of American Board of Urology
Practice Limited to Adult and Pediatric Urology

(Prostate Disease; Urologic Cancer, Infertility;
Lithotripsy; Impotence; Incontinence)

Hi,

I will be seeing you today for evaluation of your urinary problem.  I appreciate you and
your physician for choosing me as your urologist.  To facilitate treating your symptoms, I
need detailed information about your health.  Please take time to read the following
questions and answer them to your best knowledge.

Thank you very much for answering the questionnaire.  I will see you as soon as possible.
Again, I appreciate you selecting me for urology care and if you have any further
comments, you may write them on this paper.

Sincerely,

Avi T. Deshmukh, M.D.
Diplomate of American Board of Urology
Practice Limited to Adult and Pediatric Urology

ATD/ljg

## HISTORY SHEET

1. NAME _____ DATE _____

2. SEX:   MALE _____   FEMALE _____   AGE _40_

3. PLEASE LIST ALL CURRENT MEDICATIONS:

_____

_____

_____ *Childhood Blindness* _____

_____ *O₂ induced Rentinventrei Lenticular* _____

4. PLEASE LIST ALL PREVIOUS SURGERIES:   *fibroplasia*

_____ *1) Cystoscopy* _____

_____ *2) Eye Surgery* _____

_____

5. DID YOU HAVE A HEART ATTACK?                    YES _____     NO __✓__

6. DO YOU HAVE HIGH BLOOD PRESSURE?            YES _____     NO __✓__

7. DO YOU HAVE ANY ALLERGIES TO MEDICATIONS?   YES _____   NO __✓__

    IF YES, PLEASE STATE THE NAMES OF THE MEDICATIONS:

_____

_____

_____

8. HOW IS YOUR URINARY STREAM?  STRONG _____  MODERATE _____  WEAK __X__

9. HOW MANY TIMES TO YOU URINATE DURING THE DAY?  *12 to 15* _____ TIMES

10. DO YOU GET UP TO GO TO THE BATHROOM DURING THE NIGHT?  YES _____ NO _____

     IF YES, HOW MANY TIMES?  *19 'ER* TIMES

11. DO YOU HAVE DIFFICULTY STARTING TO URINATE?  YES _____  NO _____

12. IS YOUR URINARY STREAM CONTINUOUS OR DOES IT BREAK?  _____

******************\*\*\*\*FOR MALE PATIENTS ONLY*********************

# PROSTATE TEST

### FOR YOUR URINARY ACTIVITIES

Circle the appropriate number of times.

| | None | 1 time | 2 times | 3 times | 4 times | 5 or more times |
|---|---|---|---|---|---|---|
| 1. Over the last month or so, how many times did you most typically get up to urinate from the time you went to bed at night until the time you got up in the morning? | None | 1 time | 2 times | 3 times | 4 times | 5 or more times |

Please check the appropriate answer.

| | Not at all | Less than 1 time in 5 | Less than half the time | About half the time | More than half the time | Almost always |
|---|---|---|---|---|---|---|
| 2. Over the past month or so, how often have you had a sensation of not emptying your bladder completely after you finished urinating? | ___ | ___ | ___ | ___ | ___ | ___ |
| 3. Over the past month or so, how often have you had to urinate again less than two hours after you finished urinating? | ___ | ___ | ___ | ___ | ___ | ___ |
| 4. Over the past month or so, how often have you found that you stopped and started again several times when you urinated? | ___ | ___ | ___ | ___ | ___ | ___ |
| 5. Over the past month or so, how often have you found it difficult to postpone urination? | ___ | ___ | ___ | ___ | ___ | ___ |
| 6. Over the past month or so, how often have you had a weak urinary stream? | ___ | ___ | ___ | ___ | ___ | ___ |
| 7. Over the past month or so, how often have you had to push or strain to begin urination? | ___ | ___ | ___ | ___ | ___ | ___ |

Typed 03/21/96
wf

# NEW PATIENT INFORMATION

Date **10-18-97**   Doctor Being Seen _____ **25**

Who referred you to   (  ) friend         (  ) relative          (  ) yellow pages      ( ✓ ) other
our clinic?            (  ) newspaper      (  ) radio             (  ) Dr. _____
                       (  ) workmans comp. (  ) newborn           (  ) hospital follow-up
                       (  ) company physical                     (  ) college referral

## WHO IS RESPONSIBLE FOR PAYING THE BILL?

Name: **Jim Bulgier**                                    Date of birth: **6-5-57**

Address: **PO 1221**        **Premont**       **TX**    **78375**
          street            city              state      zip

Home Phone: (**254**) **646-2172**      Work Phone: ( ____ ) _____

Social Security #: **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**      Employer: _____

## WHO IS THE PATIENT TODAY?

Name: _____   Date of birth: _____

Address: _____
          street              city              state      zip

Patient's Phone:  Home ( ____ ) _____   Work ( ____ ) _____

Sex: **M**   Social Security #: _____   Drivers License #: **13608687**

Spouse's Name: **N/A**            D.O.B. _____ Spouse's Employer: _____

Dependent Children's Names: Name: **N/A** _____ D.O.B.: _____

                            Name: _____ D.O.B.: _____

                            Name: _____ D.O.B.: _____

In case of emergency contact:
Name **Edith or Ross Bulgier**              Phone **254, 646-2172**

Address **parents**     street        city        state       zip

## PATIENT INSURANCE INFORMATION

Do you have insurance?  No _____  Yes _____  If so, could we make a copy of your insurance cards or card.

**MK # pending & SSI disability.**

## OUR CLINIC POLICY

It is the policy of Stephenville Medical and Surgical Clinic to collect for charges incurred by the patient for services <u>at the time they are performed.</u>  Patients will be provided adequate documentation of the Clinic's services so they may receive reimbursement from individual insurance carriers, but the Clinic accepts no liability or responsibility in settling disputed claims with insurance companies, employers, or legal cases; and holds the patient or the guarantor of the patient's account totally liable for payment of all charges. We <u>do not</u> accept insurance as guarantor of your account.

X _____
Responsible Parties Signature

Form **#11185**

Dr. Deshmukh AVIT MD FACS          Jim Bulgier TDCJ #902732
150 River North Blvd.              264 FM 3478 / Estelle Unit
Stevenville, Texas                 Huntsville. Texas 77320-3322

April 6, 2005

Dear Dr. Deshmukh:

Enclosed is a document, which I mailed to the United States District Court in Colorado.  It pertains to your office **ONLY IN THE SENCE OF REQUESTING DOCUMENTS FROM YOUR OFFICE as I had previously requested from your office**.
**YOU ARE NOT A NAMED Defendant OR PARTY IN THIS SUIT**.  I HAVE REQUESTED SPECIFICATE Medical Documents and Affidavits (written statement) from your office for the purpose of submitting a Personal Injury Damage Claim with the Court.  Based on the fact that your office never did provide me with the requested documents and statements nor even responded to my letter, I have requested the Court to send to your office (via mail) a Order and Subpoena for the documents and statements which I need and had previously requested.

I suspect that since I am locked up in prison, your office may have assumed that I was some inmate who was attempting to steal the identity of Mr. Bulgier.  I assure you that I am truly Mr. Bulgier and the court has been receiving filings from me for the past 12 years.
Here is some information which will help prove that I am Mr. Bulgier and to help you locate my files.

At the time of my surgery in March or April of 1998, I was living (temporarily) with my parents in Lipan, Texas.  Immediately following surgery I moved to Granbury, Texas and immediately reported my address change to the main clinic or Patient Records Office in your building.

My previous address, which you still may have on file, is:

Jim Bulgier
510 N. Crockette Street
Apt. #6
Granbury, Texas  76048

My Medicare ansdd Social Security numbers are different and are as follows:

REF:  Medicare Claim #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-HC4
      Social Security #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

I would greatly appreciate your cooperation in this matter and hope that you will send to me the requested documents.

**Requested Documents:**

1.   All Medical documents which describe the type of surgery, what the forign object was which you removed from my bladder in March or April of 1998, any photographs of said forign object, etc.
2.   A written, signed, dated **NOTERIZED** Affidavit (written letter) from you stating any discription of the forign object which you removed, a description of the incision made in my abdomen, and any medications proscribed for pain (during and after surgery) and
3.   Any Home Health Care which you order for my recovery following surgery.

Respectfully submitted on this 6th day of April, 2005

Signature:  _____

**Jim Bulgier TDCJ #902732**
**264 FM 3478 / Estelle Unit**
**Huntsville, Texas 77320-3322**

4-19-05 ld
No charge
pt incarcerate

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

## Request for order to issue Subpoena
## For Documents in Discovery

COMES NOW I. Jimmy Bulgier. (Plaintiff) Acting Pro=-se do hereby respectfully request a
Motion for Appointment of Counsel based on the following grounds:

I Jimmy Bulgier (an inmate at the Texas Dept. of Criminal Justice-Institutional Division
(TDCJ-ID) Acting Pro-se do hereby request this Honorable Court to issue an Order of
Subpoena to be given to my Medical Doctor Deshmukh AVIT MD FACS.

Dr. Deshmukh is not a party of this suit, however, he has received a letter from me several
months ago requesting specific medical document in support of part of my Damage Claim
against Officer Lt. Jerry Kimbrel.

Mr. Bulgier was housed at the Territorial Correctional Facility from 1993 through 1997.  Mr.
Bulgier was housed at Territorial (C.T.C.F.) for reasons of his severe blindness and for his
safety.

One of his case managers (Lt. Jerry Kimberly) and Mr. Bulgier had a personality conflict.
Officer Kimberly had Mr. Bulgier moved to a more violent facility (Freemont Facility) in May
1994.

During his first few days at Fremont, Mr. Bulgier was violently attached by four unknown
inmates and a foreign object was placed in his penis.

Mr. Bulgier was moved back to Territorial in 1995.  Mr. Bulgier kept reporting pain and
discomfort in his bladder and medical doctors at the Colorado State Hospital saw him in
1996   The Colorado State Hospital doctors claimed they removed the foreign object from his
bladder, which was not true.

Mr. Bulgier was subsequently operated on by Dr. Deshmukh in March/April 1998 (after his
discharge from prison) and the foreign object was removed.

Mr. Bulgier requests this court to subpoena the medical documents he had requested from
Dr. Deshmukh's office so that he can prove the this court the extent of his injury, pain and
suffering and the fact that the Colorado State Hospital did not in fact remove the foreign
object from his bladder.

This part of Mr. Bulgier's Damage claim is based on his disability (severe blindness) and the
fact that he was housed at Territorial for reasons of his safety as a handicapped inmate.
It is imperative that Mr. Bulgier be granted this Order of Subpoena to show the extent of his
injury and pain during his incarceration at Fremont Facility.

## Certificate of Mailing

I, Jim Bulgier do hereby certify that I have provided all necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
**1929 Stout Street**
Room 145
Denver, Colorado 80294-3589

Mr. James X. Quinn
 Assistant Attorney General
**Litigation Section**
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

On this 31 day of March 2005.

Signature: _____

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

**COLORADO DEPARTMENT OF CORRECTIONS**     REC'D JUL - 7 2005

**OFFENDER GRIEVANCE FORM**

STEP 1                    94/95 - 266

NAME                          DOC No. 69812       FACILITY
Jimmy R. Bulgier              69180               C.T.C.F.

Instructions:    1)  Fill out identifying data legibly in space provided.  Re: Federal Statutes: of 1992
                 2)  Clearly state basis for grievance;         AND TITLE 2-3.2000,
                 3)  Describe the attempts made to resolve the problem;  AND TITLE 2-1.4200,
                 4)  State specifically what remedy you are requesting  AND TITLE 2-7.1100 & 7.1200.

REQUEST

Ms. ANNETTE PORTER, law Librian C.T.C.F.

ISSUE - Denial of rights, warranted by A.D. ACT of preference in reader and assistance
where subject is confidential matter to petitioner,

        TITLE I, sections 7-1100, 7.1200 granted a blind person the right of choice in
reader and assistant in preparation of legal documents, to a individual that he trusts
and is comfortable with.

        petitioner is not comfortable with reader and assistance that Ms. Porter wishes
to appoint, as subject matter is personal and family, and concerns a previous clerk who
broke trust and has harassed petitioner, wife and stole material objects from my
wife and I,

                    Relief requested,
        reader and assistance of my choice to help me prepare charges to D.A.

RE: Code of Federal Regulations: 28 U.S.C.R. 35.104, 35.130, 29 CFR, 28.101, 35.135   28 CFR 35.102(A)(1),
DATE  3/24/95             28 CFR 35.103, 35.104   29 CFR 35.008   35.104   OFFENDER SIGNATURE  Jim Bulgier

RESPONSE

I agree with Ms. Porter regarding this grievance.  She states she has made at least
two (2) individuals available to read to you.  Ms. Porter states you want to bring
in a person of your choice, which she states is not required.  The law clerks are
trained in confidentiality issues.  If you had a problem with another inmate, the
incident should be reported to your case manager for appropriate handling.

Grievance denied.

DATE   April 11, 1995          SIGNATURE   Gloria Masterson    Gloria Masterson, Administrative Services

RECEIPT

I acknowledge receipt this date of a complaint from the above inmate in regard to the following
subject:   wants to choose help in library

DATE  3/8/95               SIGNATURE   A. Wood

DISTRIBUTION
Department file,    Working case management file,    Superintendent,    Inmate

DC Form 20-a (Revised 8/93)

REC'D JUL - 7 2005

**RECEIVED**

MAY 2 2 1995

CLINICAL SCVS.
E. FISH

**COLORADO DEPARTMENT OF CORRECTIONS**

**OFFENDER GRIEVANCE FORM**

**STEP 1**

| NAME | DOC No. | FACILITY |
|------|---------|----------|
| JIM Bulgier | 69182 | C.T.C.F. |

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting

95-092

**REQUEST**

This is a EMERGENY GRIEVANCE to be answered 72 Hours.

AGAINST MEDICAL DEPARTMENT at C.T.C.F.

ISSUE— INADEQUATE MEDICAL TREATMENT, LEAVING ME IN PAIN without relief

PETITIONER Has Requested Medical treatment for EPADIDAMITUS CONDITION (Swelling of Testicles) P.A. Coellen ordered X-ray to determine if their is a foreign object in my pancreas. P.A. Rose canceled the X-ray, My Condition is aggravated by experiment of having to walk to med. line. It is very painful to walk, walking cause sharp pain.

PETITIONER NEEDS TO BE SEEN BY A Urologist, and Hospitalized until this Condition is cured, or pain Subliged to point that I can walk without Severe pain. PETITIONER FEEL like P.A. Rose demands was to rough and caused excessive pain in testicles, petitioner needs a wheel chair until Petitioner can walk again.

**Relief Requested**

Adequate medical treatment & Hospitalization to alleviate pain and Suffering. Visual inspection of pancreas with X-ray Remove probe to determine if any foreign objects exist. and please begin for Remove from assignment until this Condition is cured

*Court Exhibit*

DATE: 16 MAY 1995          OFFENDER SIGNATURE: *Jim Bulgier*

**RESPONSE**

You were seen by me, the Medical Officer for CTCF, on 5/18/22 and stated that you had pain "at the end of urination." You were ordered a specialist (urologist) consult, which is pending. You have been seen 5X in the last 12 days. You have had 3 kinds of pain medication. Your care has been proper and adequate so grievance is denied. You have abused the emergency grievance procedure.

DATE: 5/22/95          SIGNATURE: *M. O. Autry, Jr. M.D.*

**RECEIPT**

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: Medical Treatment

DATE: 5 pot5          SIGNATURE: *E. Fish*

**DISTRIBUTION**

**COLORADO DEPARTMENT OF CORRECTIONS**

REC'D JUL - 7 2005        **OFFENDER GRIEVANCE FORM**

93-225

STEP I

| NAME Bulgier, Vim | DOC No. 69812 | FACILITY CTCF |

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting

**REQUEST:**

Against Doc staff and school.

I am legally blind. After not receiving inmate pay I asked Mr. Webber and staff as to why I had not received inmate pay I am not able to read bulletins & notices such as me being reassigned to the school. I never received written or virble notice to report to the school. Refer to Title 2-7.0 to 7.3 of the Americans with Disabilities Act.

1. I requested a "reader" for all notices, for school, for library, etc.
2. I need all written class materials and handouts put on cassette tape.
3. Since DOC has failed to notify me in person that I was assigned to the school, I should be entitled to back pay.
4. I request a person be assigned to read to me at school and the library.
5. I again request all notices, e.g. sickline lists, rule changes, school notices, be read to me.
6. A school assignments must be recorded on tape, and including information the is on the blackboard or spoken by the instructor.
7. I request all items to be "typed" using a dark bold print on handwritten items.

DATE: December 7, 1993        OFFENDER SIGNATURE: Jim Bulgier Reg#69812

**RESPONSE**

This grievance brings up multiple issues and is being returned because it does not meet policy requirements. You should work with your case manager concerning this issue. A solution has been reached about a major part of this. A medically unassigned inmate will be assigned to work with you to help you get around and help you adjust. Your case manager will arrange this and present to classification.

Not processed as a grievance

DATE: 12/8/8        SIGNATURE: _____

**RECEIPT**

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: Failure to become unassigned by DOC and other ___

DATE: December ___        SIGNATURE: _____

**DISTRIBUTION**

Department file,   Working case management file,   Superintendent,   Inmate

DC Form 25-a (Revised 4/90)

**COLORADO DEPARTMENT OF CORRECTIONS**

**REC'D JUL - 7 2005**          **OFFENDER GRIEVANCE FORM**

STEP I                                    95/96-049

| NAME | DOC No. | FACILITY |
|------|---------|----------|
| J:M BULGIER | 69812 | C.T.C.F. |

Instructions:    1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting

**REQUEST**

CELLHOUSE SEVEN STAFF, and MAJOR WARD CLARK

ISSUE — UNSAFE HOUSING, Housed in CELLHOUSE, that does not meet A.D.A. Standards

Cellhouse three is to dark (IMPROPER lighting) to PERMIT petitioner to use what limited vision I have left.

Cellhouse has hazardous, without proper white cone guards, eg, ironing Boards, round steel metal plates, hip heights, HOT WATER HEATER, AT CHEST HEIGHT, various unknown obstacles in hallways, including hoses, Brackets etc, steel utility doors, inmates recieving threats from them, for bumping them with white cone, injured shins on bunk corner, Scalded face on hot water dispenser, etc.

Relief wanted

Single cell in Cellhouse 7 where petitioner is more ACCUSTOMED to, better lit, to allow maximum use of what vision I have left, to prevent unnecessary injury and harm.

DATE: 3/20/96                    OFFENDER SIGNATURE: _Jim Bulgier_

**RESPONSE**

Moved To CH-7 3/29/96

Per Medical request.

Grievance Satisfied.

DATE: 4/8/96          SIGNATURE: X Baum

**RECEIPT**

I acknowledge receipt this date of a complaint from the above inmate in regard to the following
subject: _Cellhouse assignment_

DATE: 3/22/96          SIGNATURE: Marti Nadeau

**DISTRIBUTION**

Department file,   Working case management file,   Superintendent,   Inmate

DC Form 25-a (Revised 4/90)                                        4/10/96

**COLORADO DEPARTMENT OF CORRECTIONS**

**OFFENDER GRIEVANCE FORM**

**STEP I**

93. 145

| NAME | DOC No. | FACILITY |
|------|---------|----------|
| Bulgier, Jimmy R | #69812 | Territorial (C-1, C-17, C-15) |

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting

**REQUEST**

A: I am legally blind. I am not totally blind. I blind at night, I need my guide cane, 54" to 57" with nylon tip. Other blind inmates are allowed their cane. I need my cane for safety at night, in dark areas and around steps.

B: I have also requested to be moved to cellhouse 1 where the light is better.

C: I also requested reading and writing assistance in a classroom.

D: I need facility appointed sighted guides around steps and areas that are unfamiliar to me. books and lengthy written assignments to be recorded on cassette tape. I do not know braille.

F: I need all classroom

3: I filed 2 written kites to get my cane without any results.
I have made many requests to my case worker, Mr. Edelstein.

4. I have not received any results from the above requests.

DATE: July 26, 1993.     OFFENDER SIGNATURE: Jimmy Bulgier

**RESPONSE**

A) You have received your cane, so this point is mute.
B) Your request to be moved will be presented to the Classification Committee.
C) School issue.
D) It was decided by the Classification Committee that a full time guide isn't practical.
F) School issue.

3.   You have received your cane.

   Items "C" and "F" need to be discussed by you with school staff or addressed on a separate grievance.

DATE: 2-9-95     SIGNATURE: Bill K___

**RECEIPT**

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: _____

DATE: _____     SIGNATURE: _____

**DISTRIBUTION**

Department file,   Working case management file,   Superintendent,   Inmate

DC Form 25-a (Revised 4/90)

REC'D JUL - 7 2005

**COLORADO DEPARTMENT OF CORRECTIONS**

**OFFENDER GRIEVANCE FORM**

STEP I

| NAME | DOC No. | FACILITY |
|------|---------|----------|
| JIM BULGIER | 69812 | C.T.C.F. 7 |

95-164

Instructions:
1) Fill out identifying data legibly in space provided;
2) Clearly state basis for grievance;
3) Describe the attempts made to resolve the problem;
4) State specifically what remedy you are requesting

AGAINST RHOMANO, BECKY  mental health,  REQUEST  L.t. Support Group.

ISSUE - Retaliation against a witness/Victim

The L.t. Support Group, when I joined was a Volunteer Group, anyone could exit the program at any time, ~~malice~~ was given denied

Now Becky has made the group mandatory, since I became a witness for attorney Scott Welker, in the Huston v. Romer tort litigation now in progress

By making the program mandatory, D.o.C. will now deny 3 days a month earned time, to me. (retaliation)

Said Conduct Violates C.R.S. 18-8-706, Retaliation against a Witness/Victim, a Class three felony offense.

Upon Reminding the program director that L.t. Support Group was a Voluntary program, and one of the conditions, was a person could quit program at any time. (Cont in appendix)

DATE: Sept. 12, 1995    OFFENDER SIGNATURE: Jim Bulgier

**RESPONSE**

Mr. Bulgier;

It is understood that until this grievance was submitted Ms. Romano was not aware of that you were/are involved in said litigation. Therefore your issue, or concern, about retaliation because of your involvement in the investigation is a mute point.

Also, please attempt to understand that Ms. Romano's recommendation, versus voluntary, that you participate in the Learning Problems Support Group is based on clinical opinion related to your day to day behaviors and inability to participate in other recommended mental health groups.

You may want to consider that Ms. Romano's opinions and actions could ultimately be in everyone's best interests - including your own.

Grievance Denied.

DATE: S 9/21/95    SIGNATURE: Fred Malock LCSW

**RECEIPT**

I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: Mental Health

DATE: 9/15/95  9/14/95    SIGNATURE: Mary O'Hanneman

**DISTRIBUTION**

Department file, Working case management file - Superintendent,   inmate

DC Form 25-a (Revised 4/90)

offender Grievance form, Step 1, appendix

Program director stated she did not have to comply with terms and the program was now mantory.

Since attorney Scott Hilker and his investigators were here and interviewed me, Mental health attitude toward me has reversed 100 percent, everything I do is now wrong, a reasonable person would view this type of conduct as retaliation

Relief Requested

allowed to resign from the program as requested with no earned time withheld for leaving program, and any earned time withheld restored, and no further retaliation taken against me.

Respectfully

Jim Bulgier

P.O. Box 1010
Canon City, CO 81215-1010