IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

Request for 120 Day Extension of Time.

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby respectfully request an 120 Day Extension of Time based on the following grounds:

1. Plaintiff Bulgier is legally blind and attends a special class called Adaptive Resources within the Texas Dept. of Criminal Justice-Institutional division (TDCJ-ID) at the Estelle Prison Unit. Adaptive Resources is an A.D.A. Accommodation provided to the blind inmates at the Estelle Unit. From March 21st to the 25th, 2005 the Estelle unit was on Administrative Lockdown/Shakedown. During lockdown all of Plaintiff Bulgier's legal documents pertaining to this case were deleted off of the computer, Plaintiff Bulgier was authorized to use. (See affidavit of Mr. Thomas Goodson (the employee in charge of Adaptive Resources) and affidavit from inmate Ricardo Serna (TDCJ #761226) who had been assisting Plaintiff Bulgier for the past several months with typing and proof reading documents.

2. Plaintiff Bulgier has made several written requests to the Colorado Dept. of Corrections Main office C.T.C.F. Unit for documents in discovery. To this date the Colorado Dept. of Corrections has provided Plaintiff Bulgier with **No documents or very few at all**. The defendants **have not provided Plaintiff Bulgier any medical documents, or any requested inmate to staff communications**. The very limited documents, which D.O.C. has provided, have been incomplete. All Grievances provided either have the Step #1 grievance and not the Step #2 or have the Step #2 grievance and not the Step #1.

3. Plaintiff Bulgier has provided to this honorable court Certified documentation proving that he is indigent and has no moneys or any source of moneys in which to pay for requested documents during discovery. Plaintiff Bulgier cannot present a complete claim without all requested documents.

Plaintiff Bulgier was appointed legal counsel (Paula Griesen) who was indicated in her letter that she will no longer represent Plaintiff Bulgier during the individual Damage Claim phase of this case. After attorney Griesen has **Won the Settlement last year, her office has apparently abanded her clients and will no longer represent Plaintiff Bulgier with the remainder of this case. Due to Plaintiff Bulgier Being severally blind, it is near impossible for Plaintiff Bulgier to provide this court with properly filed and timely filed motions.**

28 C.F.R. 35.190 (?) provides for legal counsel to appointed when a disabled individual's disability is as sever as Plaintiff Bulgier's.

Plaintiff Bulgier respectfully requests that this honorable court grant his Motion for 120 Day Extension of Time.

Respectfully submitted on this 31st day of March, 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322