IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens
Consolidated with: Case #96-N-343
Individual Damage Claim #-2-488

Plaintiff's ?Second Written Request
For this Court to Consider and Rule on
Plaintiff's "Request for 120 Day Extension of Time" and
Plaintiff's "Request for Order and Subpoena of Documents in Discovery"

COMES NOW, I, Jimmy Bulgier, Acting Pro-se in the above cause do hereby RESPECTFULLY REQUEST that this Honorable Court review and consider three (3) REQUESTS which Plaintiff Bulgier mailed to this Court on March 31, 2005 and April 6, 2005. Plaintiff feels that perhaps the Court Clerk overlooked these filings and perhaps they were not brought to this Court' attention. Plaintiff respectfully requests this court to respond to Plaintiff's three (3) written Requests within a reasonable amount of time.

Plaintiff's requests were as follows:

1. **Request for 120 day Extension of Time:**
2. On March 31, 2005, Plaintiff Bulgier filed via ail his Request for 120 Day Extension of Time for the following reasons as stated in the request.

A: All of Plaintiff Bulgier's "Individual Damage Claim forms were typed in to the computer. During a routine shake-down and lock-down, all of Plaintiff Bulgier's legal documents were deleted from the computer by prison staff. This fact was supported by two Affidavits from Thomas Goodson (the Manager of Adaptive Resources where the computers are) and by Ricardo Sirna (an inmate who has been assisting Plaintiff Bulgier since he cannot see the computer screen).

Plaintiff Bulgier needed the Extension of Time in order to retype the Individual Damage Claim forms back in to the computer and needed time to revise any errors.

Time to gather documents from the Colorado Dept. of Corrections in order to provide dates, times locations and their information which the Court requires on the Individual Damage Claim forms. (See items 2 and 3 below.)

3. **Plaintiff's Request for Order and Subpoena of Documents in Discovery**

On March 31, 2005, Plaintiff Bulgier Requested this Honorable Court to ORDER and Subpoena Documents from the Colorado Dept. of Corrections in order for Plaintiff Bulgier to provide an accurate and true Individual Damage Claim form. Such items as dates, times and accurate information is required on these forms.

Plaintiff Bulgier did state that he is INDIGIENT AND CANNOT PAY FOR ANY REQUESTED DOCUMENTS as per the Courts

Order of December 2004. Plaintiff requests that this Honorable court Order the Colorado Dept. of Corrections to send to Plaintiff the following documents:

a) Medical documents pertaining to his surgery at the Colorado State Hospital in 1996.
b) Medical documents pertaining to his burn on his hand from C.T.C.F. in 1996.
c) Education Records from C.T.C.F. which reflects he dates and times that Plaintiff Bulgier attended "Family Life Skills" class three (3) times from 1993 through 1996.
d) An Sworn Affidavit from C.T.C.F.'s "Family Life Skills" class Instructor Frank Sarek reflecting that Plaintiff Bulgier was placed in Family Life Skills" three times because C.T.C.F. staff refused to provide jobs for blind inmates. And Frank Sareks statement stating that he refused to admit Plaintiff Bulgier to "Family Life Skills" class for a forth (4th) time.
e) All Step 1 and Step 2 grievances which Plaintiff Bulgier documented with D.O.C. in several Written letters and of which copies where filed with this court.
f) All Inmate to Staff Communications forms which Plaintiff filed with C.T.C.F. staff from 1993 through 1997 pertaining to A.D.A. Accommodations, medical, Mental Health, Law Library, etc.

4. **Plaintiff's Request for Order and Subpoena of Documents in Discovery:**

On April 6, 2005, Plaintiff Bulgier filed his request to this Court "Request for Order and Subpoena of Documents in Discovery" against Dr. Avi Deshmukh in Stevenville, Texas in order to obtain MEDICASL DOCUMENTS in support of Plaintiff's Individual Damage Claim and injury while in C.T.C.F. / Freemont Facility 8n 1994 through 1996. Defendant Jerry Kimbrel knowingly had Plaintiff Bulgier moved to a more violent facility where Plaintiff Bulgier was savagely attacked. The Colorado State Hospital in Pueblo, Colorado claimed they performed surgery to remove a piece of plastic from Plaintiff Bulgier's bladder. Plaintiff Bulgier requested the Medical records from Dr. Avi Deshmukh who performed corrective surgery and such documents will prove to this court that Plaintiff Bulgier under gone pain and suffering for several years while in C.T.C.F. and Plaintiff Bulgier had to get Dr. Deshmukh to correct the problem after his discharge in 1997. Plaintiff has most of the needed documents from Dr. Deshmukh's office, however, Plaintiff Bulgier requires the following from Dr. Deshmukh and seeks this Courts Order to Dr. Deshmukh for release of the documents in support of Plaintiff Bulgier's Individual Damage Claim:

a) Lab Report showing that a piece of plastic was found in side of the Kidney Stone and the Kidney stone was formed as a result of the presence of plastic in Plaintiff Bulgier's bladder.
**b)** An Affidavit from Dr. Deshmukh stating that a piece of plastic was found in side of the Kidney Stone and the Kidney Stone was formed as a result of the presence of the plastic in Plaintiff Bulgier's bladder.
**c)** That the size of the Kidney Stone and plastic found in Plaintiff Bulgier's bladder did cause considerable pain and suffering as well as trouble in urination.

**Plaintiff's Indigent Status**

Plaintiff Bulgier is totally indigent and has no moneys or funds in order to pay D.O.C. for any documents. Plaintiff Bulgier requests this Honorable Court to wave the requirements for Plaintiff Bulgier to pay for documents from D.O.C. (See Plaintiff Bulgier financial statement filed with this court in 2003 or 2004.)

Plaintiff Bulgier is NOT EDUCATED IN THE LAW and does not know how to properly word his written Requests for Documents. It is Plaintiff Bulgier's intent to ask this Honorable Court to Order the Defendants (Colorado Dept. of Corrections and Instructor Fran Sarek) for the above requested documents. To ask this Honorable Court to Order Dr. Avi Deshmukh to release the above requested Medical documents.

Plaintiff asks this Honorable Court to order these parties to release these documents and to send them to Plaintiff Bulgier so he may complete his Individual Damage Claim forms in an accurate and true manner. Plaintiff Bulgier is not educated in Civil Law and asks this court to ORDER the parties either by a Subpoena or by any other means necessary in order to comply with Plaintiff Bulgier's requests for Documents.

Respectfully submitted on this 31st day of May, 2005.

Signature: _Jim Bulgier_

Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322