IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

Request for ORDER FOR SUBPEONNA
FOR DOCUMENTS IN DISCOVERY

COMES NOW, I, Jimmy Bulgier (Plaintiff) Acting Pro-se in this civil matter do hereby request this Honorable Court to order the Clerk of the Court to submit to the Defendants (via U.S. Postal Mail) an Order and Subpeonna requesting documents based on the following grounds:

1. Plaintiff Bulgier has requested documents which show the dates of when he started and completed t"Family Life Skills" class (3 classes completed) from 1993 through 1997.
2. An Affidavit from "Family Life Skills" class instructor (Mr. Frank Sareik) stating:
   a. That Plaintiff Bulgier was repeatedly placed in "Family Life Skills" class 3 times because his counsleor (Renee Murphey) and D.O.C. staff would not provide Plaintiff Bulgier with a job due to his blindness.
   b. When Remee Murphey attempted to place Bulgier in "Family Life Skills" class for a forth time, Mr. Sarek protested and refused to accept Plaintiff Bulgier as a student because he needed the class space for other sutdents who were on the waiting list and havd not taken "Family Life Skills".
   c. That Mr. Sarek feels that there is no need for Plaintiff Bulgier to repeate Family Life Skills" after he had completed all 3 classes successfully.
3. That Mr. Frank Sarek be ordered to be availible to the Court in the event that this court requests additional information and be availible to appear in court to testify.

Respectfully submitted on this 31st day of March 2005.

Signature: _Jim Bulgier_

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322