IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

---

Request #3
For Court Order for Defendants to release requested documents

---

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to staff "Request Inmate Communications" between Mental Health staff (Becky Rhomano and Glynett Smith) pertaining to Plaintiff's complaint of his removal from the Mental Health program.

- Any Inmate to Staff "Request for Inmate Communications" to Lt. Renee Murphy (Plaintiff's Case Manager) pertaining to his being removed from Mental Health program.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005) (*hereto attached*).

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
   Litigation Section
   1525 Sherman Street, 5th Floor
   Denver, Colorado  80203

Respectfully submitted on this 24th day of June, 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

*Name of claimant:* Jimmy Bulgier
*Claim #* 02-488

Bulgier vs Becky Rhomano & Glynett Smith (B): (Retalliation/Denial of Reasonable Accommodation/employment Discrimination)

1. *Describe your vision problems:*

*I* am legally blind from birth due to Retinal Linticular Fiberplasia (R.L.F.). There is no cure for R.L.F. My vision is less than 95% and depends on others to read typewritten and hand written text for me.

2. Describe how your vision disability affects your life in D.O.C.:

I *am not able to read print and depend on others to read for me. I use a white cane for mobility. I use Braille (Grade 2) as my PRIMAREY FORM of reading and writing.*

3. *IF you are claiming damages because for an accommodation (such as eye glasses, a cane, a porter, Braille or Large Print books, tape recorder, special assistance with classes, programs, or jobs, etc.) for your disability and were denied or you did not receive your accommodation in a timely manner, please describe (additional pages may be attached):*

After Becky Rhomano and Glynett Smith kicked me out of Mental Health programs, I was **RETALLIATED AGAINST (See attached Individual Claim form) by Becky Rhomano and Glynett Smith who was in charge of ALL handicapped employment at the Tab Plant. Becky Rhomano and Glynett Smith entered the Tab Plant and called me in to the office. They then demanded that I move my workstation from the front of the Tab Plant to the farthest back corner of the Tab Plant away from all other inmates. I then objected stating due to my blindness that it would be very dangerous and difficult for me to navigate all the pallets of boxes and supplies in order to find my way (with a white cane) in order to locate the exit. They still refused. I refused their demands and was immediately terminated from the Tab Plant. Becky Rhomano and Glynett Smith were the ones who had it set up with the Plant manager (Dave) for me to be located at the closest work station for my safety and ease of exiting during an emergency or fire. Plant Manager (Dave) agreed with my reasoning and objections but he said he had to follow the orders of Becky Rhomano and Glynett Smith.**

4. Describe the harm that you allege D.O.C. has caused you because of your disability. Please be specific and provide dates and names and attach any relevant documents (additional pages may be attached):

After my termination from the Tab Plant I was punished by a loss of Good Time and Work Time credits. I also later on lost my single cell status. (See attached Individual Claim for against Sgt. Holden and Nard Claar).

5. *If your disability has become worse since your incarceration and you believe this has happened as a result of D.O.C.'s conduct, describe how your condition has worsened and what conduct by D.O.C. you believe caused this:*

Not applicable. Blind from birth.

6. If you are claiming damages because you had been denied a job or participation in vocational or educational classes or any other program (such as recreational, chapel, dining or visiting privileges, etc.) because of your disability, please describe in detail, explaining what and when you were denied, who made the denial, the facility at issue and any evidence supporting this claim:

When I was first hired at the Tab Plant I asked for a better lighting system so I could see my supplies with my limited vision. Becky Rhomano, Glynett Smith and Plant Manager (Dave) all agreed that this was a good idea and agreed to provide this accommodation. This accommodation was never provided. My work progress improved from stuffing 2 boxes (400 envelopes per box) per day up to 7 & ½ boxes per day. Staff for my good work and reasonable progress and improvements regularly complemented me. My dismissal was pure retaliation. Becky Rhomano and Glynett Smith labeled me a troublemaker.

7. Please list each and every grievance you have filed regarding the harm you are claiming, specifying the date of the grievance and a brief two or three sentence description of the complaint, and the D.O.C. response (attach copy of the grievances and responses if possible):

(See Grievance #95/96-139(a) (Step 2) no date. Step 1 grievance was not provided to Plaintiff by D.O.C.
(See also affidavits from Kenneth Endsley (D.O.C. #) dated August 27, 2004

8. What remedy are you requesting? Please be specific (example, money, and Accommodation, etc.):

Up to $100,000.00 for the first A.D.A. offense and up to $50,000.00 for each subsequent A.D.A. offense. (See 28 C.F.R. 35.19)) Awards to prevailing party.

_____
Claimant

Date: June 24, 2005

Jim Bulgier #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322