IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

---

Request #4
For Court Order for Defendants to release requested documents

---

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** WRITTEN REQUEST for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to staff "Request Inmate Communications" between Tab Plant (Becky Rhomano and Glynett Smith) pertaining to Plaintiff's complaint of his removal from the Tab Plant.

- Any Inmate to Staff "Request for Inmate Communications" to Lt. Renee Murphy (Plaintiff's Case Manager) pertaining to his being removed from Tab Plant program.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005) (*hereto attached*).

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado  80203

Respectfully submitted on this 24th day of June, 2005.

Signature: _____

Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

*Name of claimant:* <u>Jimmy Bulgier</u>
Claim # <u>02-488</u>

*Bulgier vs. Annette Porter:* (DENIAL OF REASONABLE ACCOMMODATION)

1. *Describe your vision problems:*

*I* am legally blind from birth due to Retinal Linticular Fiberplasia (R.L.F.). There is no cure for R.L.F. My vision is less than 95% and depends on others to read typewritten and hand written text for me.

2. Describe how your vision disability affects your life in D.O.C.:

I *am not able to read print and depend on others to read for me. I use a white cane for mobility. I use Braille (Grade 2) as my PRIMAREY FORM of reading and writing.*

3. *IF you are claiming damages because for an accommodation (such as eye glasses, a cane, a porter, Braille or Large Print books, tape recorder, special assistance with classes, programs, or jobs, etc.) for your disability and were denied or you did not receive your accommodation in a timely manner, please describe (additional pages may be attached):*

Prior to March 24, 1995 I had been requesting an assistant to read, write and research law books for me since I am legally blind. Due to the nature of my case that I wished to file an appeal on was of a very confidential nature, I had requested reader assistance from a person (Harold Graham) and was denied his assistance. Harold Graham and Annette Porter had been having on going personality conflicts and this was part of the reason I feel I had been denied assistance. The porter at the Law Library was an enemy of mine and had been herassing me and steeling from me. I especially did not feel comfortable with the assistance from this porter.

4. Describe the harm that you allege D.O.C. has caused you because of your disability. Please be specific and provide dates and names and attach any relevant documents (additional pages may be attached):

I had just returned to C.T.C.F. from the Adams County District Court. I had just lost my request for a Reconsideration Hearing and was given a very limited time period in which to file Notice of Appeal. By the time this grievance had been answered and I had filed a complaint with the U.S. Dept. of Justice under the A.D.A. my Criminal Appeal had become **<u>Time Barred</u>**. Also the period for filing an "Out of Time Appeal" had also expired.

5. *If your disability has become worse since your incarceration and you believe this has happened as a result of D.O.C.'s conduct, describe how your condition has worsened and what conduct by D.O.C. you believe caused this:*

Not applicable. Blind from birth.

6. If you are claiming damages because you had been denied a job or participation in vocational or educational classes or any other program (such as recreational, chapel, dining or visiting privileges, etc.) because of your disability, please describe in detail, explaining what and when you were denied, who made the denial, the facility at issue and any evidence supporting this claim:

Title 2 of the A.D.A. requires a Public Entity like D.O.C. and its staff to provide to a blind person assignment of a person to assist them in reading, writing and research of Legal books in such areas like the Inmate Law Library. On March 24, 1995 my Step 1 grievance was denied by Annette Porter (Law Library Secretary) at C.T.C.F. denied my request for assistance. She further denied my request to provide or to permit me to provide a person whom I felt comfortable with working with on very sensitive matters.

7. Please list each and every grievance you have filed regarding the harm you are claiming, specifying the date of the grievance and a brief two or three sentence description of the complaint, and the D.O.C. response (attach copy of the grievances and responses if possible):

(See Grievance #94/95-266 (Step 1) dated March 24, 1995.) Note: Step 2 not provided by D.O.C. and was requested many times by Plaintiff.

8. What remedy are you requesting? Please be specific (example, money, and Accommodation, etc.):

Up to $100,000.00 for the first A.D.A. offense and up to $50,000.00 for each subsequent A.D.A. offense. (See 28 C.F.R. 35.19)) Awards to prevailing party.

_____
Claimant

Date: June 24, 2005

Jim Bulgier #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322