IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

### Request #5
### For Court Order for Defendants to release requested documents

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** **WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to Staff "Request for Inmate Communications" between Plaintiff Bulgier and Annette Porter (C.T/C/F/ Law Library Secretary) pertaining to his request for assistance **as a blind/handicapped** person with his **CRIMINAL APPEAL** and preparing filings for court and research.

- Any written response to Plaintiff Bulgier's above request for assistance in the Law Library.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005) (*hereto attached*).

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado  80203

Respectfully submitted on this 24th day of June, 2005.

Signature: *[signature: Jim Bulgier]*
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322



Name of claimant: <u>Jimmy Bulgier</u>
Claim # <u>02-488</u>

Bulgier vs Reed: (SAFETY & ACCOMMODATION)

1. *Describe your vision problems:*
*I* am legally blind from birth due to Retinal Linticular Fiberplasia (R.L.F.). There is no cure for R.L.F. My vision is less than 95% and depends on others to read typewritten and hand written text for me.

2. Describe how your vision disability affects your life in D.O.C.:
I *am not able to read print and depend on others to read for me. I use a white cane for mobility. I use Braille (Grade 2) as my PRIMAREY FORM of reading and writing.*

3. *IF you are claiming damages because for an accommodation (such as eye glasses, a cane, a porter, Braille or Large Print books, tape recorder, special assistance with classes, programs, or jobs, etc.) for your disability and were denied or you did not receive your accommodation in a timely manner, please describe (additional pages may be attached):* On December 7, 1993 and prior to this date I had been requesting reader assistance in the Education Department at C.T.C.F. Case managers Lt. Jerry Kimbrel and Lt. Renee Murphy and Captain Bill Reed refused my requests for readers at Education as well as in the cell house for the purpose of reading D.O.C. Communications provided to my by staff.

4. Describe the harm that you allege D.O.C. has caused you because of your disability. Please be specific and provide dates and names and attach any relevant documents (additional pages may be attached): Because staff wou8ld not provide me with reader assistance in school and in the cell house, I was not able to attend school nor did I even know that I was required to attend Education due to staffs failure to properly inform me verbally or in writing. As a result I was denied pay during this period of time and was punished by refusing me inmate pay.

5. *If your disability has become worse since your incarceration and you believe this has happened as a result of D.O.C.'s conduct, describe how your condition has worsened and what conduct by D.O.C. you believe caused this:*
Not applicable. Blind from birth.
\

6. *If you are claiming damages because you had been denied a job or participation in vocational or educational classes or any other program (such as recreational, chapel, dining or visiting privileges, etc.) because of your disability, please describe in detail, explaining what and when you were denied, who made the denial, the facility at issue and any evidence supporting this claim:*

I was denied my rights under Title 2 of the A.D.A. when staff refused to provide me with reader assistance in the cell house as well as at educational classes. This occurred from May 1993 (the month I was assigned to C.T.C.F.) through my discharge on August 17, 1997. Even after filing a complaint with the U.S. Dept. of Justice and with this court, D.O.C. staff (Lt. Jerry Kimbrel, Lt. Renee Murphy, Sgt. Holden, Glynett Smith, Becky Rhomano, Annette Porter, Major Nard Claar, Captain Reed and other case managers, the Warden, Assistant Warder, etc. would not provide reader assistance in the cell house, Law Library, Mental Health or at Education.

7. *Please list each and every grievance you have filed regarding the harm you are claiming, specifying the date of the grievance and a brief two or three sentence description of the complaint, and the D.O.C. response (attach copy of the grievances and responses if possible):*

(See Grievance #93-225 (Step 1) dated December 7, 1993. No Step 2 grievance was provided to Plaintiff by D.O.C.

(See affidavit from Benny Padilla (D.O.C. #82117).

8. *What remedy are you requesting? Please be specific (example, money, and Accommodation, etc.):*

Up to $100.000.00 for the first A.D.A. offense and up to $50,000.00 for each subsequent A.D.A. offense. (See 28 C.F.R. 35.19)) Awards to prevailing party.

_____
Claimant *[signed: Jim Bulgier]*

Date: June 24, 2005

Jim Bulgier #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322