IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

---

Request #7
For Court Order for Defendants to release requested documents

---

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** **WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All documents from C.T.C.F. Education Dept. pertaining to Plaintiff Bulgier's enrollment in Family Life Skills class, (ONLY THE DOCUMENTS WHICH INDICATES ENROLLMENT AND COMPLETION DATES).
- Affidavit from Family Life Skills class instructor (Frank Sarek) in support of the fact that C.T.C.F. staff kept enrolling Plaintiff Bulgier in Family Life Skills class rather than providing Plaintiff Bulgier with **EMPLOYMENT**.

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado  80203

Respectfully submitted on this 24th day of June, 2005.

Signature: _____

Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

*Name of claimant:* <u>Jimmy Bulgier</u>
*Claim #* <u>02-488</u>

*Bulgier vs Sgt. Holden & Major Nard Claar: (Retalliation/Denial of Reasonable Accommodation)*

1. *Describe your vision problems:*

   *I* am legally blind from birth due to Retinal Linticular Fiberplasia (R.L.F.). There is no cure for R.L.F. My vision is less than 95% and depends on others to read typewritten and hand written text for me.

2. Describe how your vision disability affects your life in D.O.C.:

   I *am not able to read print and depend on others to read for me. I use a white cane for mobility. I use Braille (Grade 2) as my PRIMAREY FORM of reading and writing.*

3. *IF you are claiming damages because for an accommodation (such as eye glasses, a cane, a porter, Braille or Large Print books, tape recorder, special assistance with classes, programs, or jobs, etc.) for your disability and were denied or you did not receive your accommodation in a timely manner, please describe (additional pages may be attached):*

   **<u>Retaliation due to Job Discrimination:</u>** *I was denied "single cell" housing because Officer Sgt. Holden said I did not have a job or was not in any education program. The fact was I did have a job working in the kitchen and had obtained the job 3 days previous to Sgt. Holden's removing me from "single cell" status. (See Question 8 below.)*

4. *Describe the harm that you allege D.O.C. has caused you because of your disability. Please be specific and provide dates and names and attach any relevant documents (additional pages may be attached):*

   On **December 27, 1995** I was removed from my "single cell" because Sgt. Holden claimed that I did not have a job. The fact was I had been hired in the kitchen on **December 23, 1995**. Staff routinely would not provide employment for blind inmates.

5. *If your disability has become worse since your incarceration and you believe this has happened as a result of D.O.C.'s conduct, describe how your condition has worsened and what conduct by D.O.C. you believe caused this:*

   \Not applicable. *Blind from birth.*

6. *If you are claiming damages because you had been denied a job or participation in vocational or educational classes or any other program (such as recreational, chapel, dining or visiting privileges, etc.) because of your disability, please describe in detail, explaining what and when you were denied, who made the denial, the facility at issue and any evidence supporting this claim:*

*On December 27, 1995, I had obtained employment in the kitchen at C.T.C.F. I had been requesting this employment since October 13, 1995. Staff (Renee Murphy (case manager)) kept placing me in "Family Life Skills" because staff did not want to provide employment for blind inmates. "Family Life Skills" instructor (Frank Sarek) refused to accept me in to his class on the forth attempt by Lt. Renee Murphey to force me to attend "Family Life Skills" class again.*

7. Please list each and every grievance you have filed regarding the harm you are claiming, specifying the date of the grievance and a brief two or three sentence description of the complaint, and the D.O.C. response (attach copy of the grievances and responses if possible)

See Grievance #95/96-139 (Step 1) dated December 28, 1995. Grievance #95/06-139(a) (Step 2) dated January 10, 1996) Step 1 Response was denied claiming I was dismissed from the Tab Plant two weeks prior to this grievance. The facts I stated in the grievance was that I had been looking for employment since Oct 13, 1995. Kitchen Captain Condi had officially notified me that I was hired on **December 23, 1995** and had been working in the kitchen starting on December 23, 1995. I was removed from "Single cell" status on December 27, 1995. Lt. Renee Murphy's and Major Nard Claar's response claiming that I was given a two-week grace period was nullified when I obtained employment on December 23, 1995. (See affidavit from Benny Padilla (D.O.C. #82117) dated August 23, 2004

8. What remedy are you requesting? Please be specific (example, money, and Accommodation, etc.):
   **Unspecified Compensatory and Punitive Damages at the desecration of the Court.** Relief requested: Up to $100,000.00 for the first A.D.A. offense and up to $50,000.00 for each subsequent A.D.A. offense. (See 28 C.F.R. 35.19)) Awards to prevailing party.

*[signature]*
Claimant

Date: June 24, 2005

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322