IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #02-488

Request #8
For Court Order for Defendants to release requested documents

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** **WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- Documentation from C.T.C.F. kitchen Captain which documents the start date of Plaintiff Bulgier's EMPLOYMENT WITH THE C.T.C.F. KITCHEN.

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado 80203

Respectfully submitted on this 24th day of June, 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado 80294-3589

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Respectfully submitted on this 31st day of May, 2005.

Signature: *[signed] Jim Bulgier*

**Jim Bulgier TDCJ #902732**

**264 FM 3478 / Estelle Unit**

**Huntsville, Texas 77320-3322**

**Enclosures:**
1. 8 Separate Individual Damage Claim forms.
2. 8 Separate Requests for Court ORDER to Defendants to Release documents.

➢ **Grievances :**

| Grievance #: | Dates: | Step # |
|---|---|---|
| 95/96-139 (hand written) | 01-03-96 | 3#1 |
| 95/96-139(A) (hand written) | 01-10-96 | #2 |
| 95/96-139 (A) (type written) | no date | #2 |
| 94/95-266 | 03-24-95 | #1 |
| 95-092 | 05-16-95 | #1 |
| 93-225 | 12-07-93 | #1 |
| 95-164 | 09-12-95 | #1 |
| 95/96-249 | 03-20-96 | #1 |
| 93-145 | 07-26-96 | |