IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 7 - 2005

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez (et al) vs Owens (et al)
Consolidated with:  Case #96-N-343
Individual Damage Claim #02-488

## INMATE DECLAIRATION
### From Kenneth Endsley

I, Kenneth Endsley (D.O.C. #74690 do hereby certify that the following statements are true and accurate and are made to the best of my ability.  I, Kenneth Endsley do hereby certify that I am over the age of 21 years and am confident and fully able to appear before this Honorable Court if and when called upon to do so.

I make these statements of my own free will and am able to remember these facts from 10 years in the past to the best of my ability.

I was an inmate at the Territorial Correctional Facility (C.T/.C.F.) with Mr. Bulgier in the early 1990s. Mr. Bulgier and I was enrolled in to a Mental Health Program in 1995/1996.  Becky Rhomano and Glynett Smith were in charge of the program at that time.

The entire group of inmates who attended the Mental Health programs at C.T.C.F. were informed that we all were permitted **one unexcused absence during the entire program**.  I recall clearly that Mr. Bulgier is legally blind and cannot read printed materials.  He had to get other inmates to read his lay-in passes (appointment slips) to him.

In 1996 Mr. Bulgier missed one class session and was called in to a following group meeting.  At the meeting Mr. Bulgier explained to the entire group that he could not read the lay-in pass and had to find someone to read it for him.  The inmate who read the pass to him lied and told Mr. Bulgier that the class for that day had been canceled.  This class did in fact meet that day.

Mr. Bulgier was called in and during the group session, we group members voted (at the instructions of Becky Rhomano and Glynett Smith) to permit Mr. Buolgier to continue in the classes.  Becky Rhomano and Glynett Smith disagreed with the entire group and dismissed Mr. Bulgier and gave him an unexcused absence and terminated him from all future groups.

I feel that the decisions of Becky Rhomano and Glynett Smith were wrong and unfair to Mr. Bulgier's disability.

I, Kenneth Endsley (D.O.C. #74690) do hereby certify that the forgoing statements are true and accurate and I fully understand that I am subject to Court sanctions under the penalty of law.

Respectfully submitted and signed on this 27th the day of August, 2004.

Signature: Kenneth Endsley