IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 7 - 2005

GREGORY C. LANGHAM
CLERK

RE: Case #92-N-870
Jesse Montez vs Bill Owens (et al)
Consolidated with: Case #92-N-345
Jimmy Bulgier vs. Bill Reed

### AFFIDAVIT of Benny Padilla

1. My name is Benny Padilla and I am over the age of twenty-one and competent to make an affidavit of the following facts within my personal knowledge.

2. I Benny Padilla (D.O.C. #82114) currently housed within the Territorial Correctional Facility in Canon City, Colorado, do hereby swear under penalty of law to the following facts.

3. From 1995 through August of 1997, I was housed with inmate Jimmy Bulgier, a co-Plaintiff in the here above said case. Plaintiff Bulgier and I are both legally blind. Both Plaintiff Bulgier and I would have to depend on other inmates to read communications (written forms) issued to us by the Colorado Department of Corrections (Territorial Facility). It was very rear occasions that Mr. Bulgier and I would be able to get a staff member to read any communications (such as appointment slips) to us.

4. Plaintiff Bulgier and I found from experience that we could not always depend on inmates to read such communications to us.

I Benny Padilla do hereby swear under penalty of law that the above statement and facts have been read to me and I adopt said work as my own product. I further swear under said oath that the above stated facts are true and correct, are true and accurate. End of statement.

Respectfully submitted on this 23th day of August, 2004.

Signature: *Benny Padilla*
Benny Padilla DOC #82114
P.O. Box 1010
Canon City, Colorado 80214-1010