IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The Request for Court to Accept Individual Damage Claim Forms as an "Out of Time" Filing (Document 970) filed July 7, 2005 by Jimmy R. Bulgier is hereby referred to the special masters and will be copied and sent by the clerk to the special masters along with a copy of this order. The special masters will file their orders resolving these motions with the clerk or otherwise notify the clerk of their actions, so that the clerk can keep accurate records.

Dated: July 8, 2005