IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated
with Civil Action No. 96-N-343)

Jesse (Jesus) Montez, et al
                    Plaintiffs,

v.

Bill Owens et al
                    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -8 2005

GREGORY C. LANGHAM
CLERK

(I)

Claim Number 03-029
Category III
Claimant: David Paul Wolf #100219 - #465145 TX.
Address 2400 Wallace Pack Rd. Navasota TX. 77869

Response To Final Order of Special Master

On June-6-05 the hearing was conducted in regards to the above plaintiff claim number at this hearing two witnesses for the state were allowed to give testimony as to the condition of plaintiff & his accessibility to programs and activity on the Territorial, Fremont & Buena Vista units these witnesses testimony was only in part heard because of the phone cutting out, and when this was brought to the attention of the special master on (4) four occasions it was still allowed to continue

(1)

Plaintiff also brings to this Honorable Courts attention that these (2) witnesses Shames & Vigil are virtually New to this Situation and the changes that were given testimony to Now bear no Resembelance to how the D.O.C. was when this action was filed

### (2)

Plaintiff David Paul Wolf was placed in the Categories of damages #(3) which state, Damages due to actual NON-Severe Physical injuries or non-nominal emotional injuries.

Plaintiff brings to this Courts attention the allegation that because of "WRITE-UPs" Plaintiff was not "allowed" to use programs available on the Territorial Facility; in Response, the Special master makes this sound as Plaintiff was a constant problem, in fact, Plaintiff was only placed in Solitary "because of his Disibility" not for any other Reason, and the person who was hired to assist Plaintiff was not able to push a wheelchair up (2) two fleghts of stairs to enter Game Room's "over" the mess hall, and the Reason a pusher was needed was because (2) Step's were covered with cement to allow access for wheelchairs into the mess-hall, and they were to steep to get up unless someone helped.

Plaintiff was not won allowed to use a wheelchair until Plaintiff "after numerous falls because of severe muscle loss from back surgery & Polio" fell injuring his neck where he had to undergo a fusion & plates & screw's were placed in his neck causing permanent & irreparable dammage, and his ③ ankle was fused for the ③rd time but this was not brought to the Courts attintion, in fact the entire category covers up the extent of Plaintiff disibility caused by callous disregard of a Protected Right, Plaintiff is not trained in this field and Ms. Paula Greisen nor Mr. David H. Miller "Counsel for the Class" has chosen to disregard my attempts to contact them on this matter, even when I wrote to the special masters Requesting their assistance in contacting them I was told nothing could be done.

Plaintiff fuels that the Counsel for the Class has "sold out" those who gave their trust in a fair Repersinative & I beg this Courts understanding that he was not allowed oppurtunity to be-coached- as the witnesses were to bring out specific fact's, & can only tell the Truth as to the facts of this Case.

(4)

The Special Master has made the conclusion, that Based on criteria established by the Rehabilitation act the ADA and the Remedial Plan, that claimant is in fact disabled in the conclusion of Law. Paragraph (a) then he challenges the fact that Plaintiff was though disabled should not eat, without waiting, should not be allowed access to a 12x12 Fenced in area because he can not manover a wheelchair where a 1200 LB weight machine, (3) exercise Bikes (2) weight Bench seat's and anyone "walking" who cares to use the inside Gym, because of "No Room" excuse me but it just Dont work. then claims that I have failed to Prove I have been discriminated against- needless to say, this man has never experienced a wheelchair in a walkers world.

It took Plaintiff's filing of this action to get Adequate & meaningful medical care, then only after three years suffering because of a callous disregard of a Right to be free of Pain & suffering, and now the Special Master states that even though I am disabled I am not Protected by the Constitution because I was a Prisoner and NOT QUALIFIED ??

In the investigation, the special Masters Report states that, proper wheelchair accessable Location's when viewed in their entirety were accessible by Persons with disabilities, this is and has been untrue through this action, these areas were only made available "AFTER" this action was filed.

Also the special master has shown a callous and un-just attitude when states that I was placed in "wheelchair accessible Cell." it is important to note that throughout the special masters perception of this testimony by "both" Plaintiff & Defendants he has shown an extreme case of tunnel vision, he fail's to state that I brought to his attention the fact that even under a courts order signed on the 23 Day of April 2004, Defendents Refused to send any additional information to plaintiff, this was brought up at the hearing of June 6th 05 but it was disregarded as was the fact that I could not hear Testimony given, this was noted by (officer Sanchez) TDCJ officer Present at the time throughout hearing. Nor was I sent anything on this Settlement agreement, this was the first I had heard of "any" agreement by me!

Plaintiff David P. Wolf has not been Represented adequately in this action nor has he been allowed to Represent himself because of the facts shown, the improper service of important documents has in itself Blocked a given Right.

Prisoners Right under the Eighth Amendment are violated when he or she is subjected to an environment that poses an unreasonable Risk, and when plaintiff was subjected to this violation "placed in a 5x9 cell with another inmate" then forced to crawl down three step's to the "Hole" where he was held for over a week for no Reason, just to transfer to another facility where wheelchair Room's were available, but still denied for 11 month's prior to plaintiff's decision to enter this action with the one he previously filed on medical.

---

Disabled Prisoners may make claim's for Relief Based on the U.S. Constitution, either in addition to or insted of ADA/Rehabilitation act claim's.

The Eighth Amendment of the U.S. Constitution Prohibits any form of Cruel and unusual punishment FOR EXAMPLE, Federal or state Prison officials violate the Eighth Amendment when staff members are deliberately indifferent to the serious medical needs of Prisoners. Again, Plaintiff was a victim of callous disregard for proper medical care Leading to "permanent" dependency on wheelchair's when Adequate and meaningful medical was denied and Resulted in plaintiff falling, injuring his Leg and Neck that had to be fused creating further Disfigurement & inability to function properly.

Plaintiff also brought to the attention of Defendant that on Buena Vista Unit the only area for a wheelchair was (1.) one area level with the hall where I was placed, the cat-walk leading to the assigned cell was to small for a wheelchair and the day Room was "DOWN STAIRS" but the Special Master chose to Disregard this as he has "spot picked" through information given, also, how was Plaintiff to know how large cell-size was at that time when all information was to be collected by Ms. Paula Greisen, Counsel for class who neglected everything but a pay-check and still Refuses to Correspond with Plaintiff about her action's.

Throughout this action Plaintiff has been Disregarded as a member, Plaintiff David Wolf has not Received information under Courts Order, has not been Represented, and information I gave at the Telephone Confurnle on 6-6-05 was in itself a farce and only to the benifit of defence

The only area Bruce Pringle has shown a non-bias opinion in was the fact that I, the Plaintiff, is in fact disabled, he left out sensitive areas in Regards to (2) Seizure's that took three years to get done "AFTER" the insandent occured, leaving a permanent handicaped which from both areas then was Released with nawhere to go but to Texas.

(8)

Defendants in this action had prior knoledge that Plaintiff would not be able to live in Colorado on Parole Just being Released a short time after surgey still in a neck brace and a Leg brace, But still, as ritaliation for this action Plaintiff was forced to report 60 miles away "I think" from Canon City to Pueblo Co.

The local Parole officer was stated that I had no chance on Parole was after I discharged the sentence but had a extra supervisory years to complete.

Dammages in this action to plaintiff are so extreme that as plaintiff explained to Pringle at the time of the hearing, would be left up to the Court because plaintiff has no way to acces these dammages nor does plaintiff have the assistance of Counsel.

Plaintiff Request to this Court is that before this action be denied Plaintiff wishes opportunity to amend and collect information on his own behalf to present to this Honorable Court as King & Greisen L.L.P. Counsel for the class neglected to do under the pretense of Representation.

David Powel Wolf
468145 TX#
100219 CO#

I hereby certify that I have mailed a copy of the foregoing "Response to final orders by Bruce D. Pringle" of the Special Masters, to ---

James X Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street 5th floor
Denver Colorado. 80203

on this 5th day of July 2005

David Paul Wolf
#468145
Pack #1 Unit
2400 Wallace Pack Rd.
Navasota, Tx. 77869