FILED
UNITED STATES
DENVER

JUL 11 2005

GREGG

Honorable Judge Kane

7-6-05

I'm writing to ask that the dismissal of my claim in Montez suit be reinstated. I had family problems and no longer live at the address the Courts had. I was never told about mail from the Court.

My parole officer Chuck Cuadill at 719-269-4155 can verify this.

I was reinstated on parole and am in treatment because I relapsed due to those family problems.

I will not leave the Court unnotified of my whereabouts agian.

Please give me this chance. Cause I've suffered teemenosly while at D.O.C.

I'm asking the Court to grant Nerve Block Shots and pain + suffering help.

I have a new MRI at St. Mary Corwin in Pueblo that shows spinal stenosis a very painful injury of the spine. Should I send a release so the court can obtain this MRI?

I thank you for your time and concern.

I await your decission on this matter.

c/o ComCorr WRP

Jolene C. Moon
3808 N. Nevada Ave
Colo. Springs, Co
80907

719-636-5200 Ext 3

Case Manager
Michelle Monzino

2