# *LRC* *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM
www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Philip F. Roan
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Cheyenne, Wyoming
Scottsbluff, Nebraska

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

July 7, 2005

JUL 1 1 2005

GREGORY C. LANGHAM
CLERK

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Court House
901 - 19th Street
Denver, CO 80294

    RE:    *Montez, et al. V. Owens, et al.*
             Civil Action No. 92-N-870 (consolidated with 96-N-343)
             **Claim No. 03-081, Fred F. Franzone, #96944**

Dear Ms. Shaw:

    Enclosed is the original of a letter dated July 1, 2005, received from Mr. Franzone on July 6, 2005.

    Please include this letter and envelope in Mr. Franzone's closed folder previously delivered to the Court. Thank you!

                                    Sincerely,

                                    Margie Dykstra
                                    Special Assistant to Special Masters

Enclosure