IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendants shall respond document entitled "Response to Final Order of Special Master", filed July 8, 2005 by David Paul Wolf, (doc # 978) on or before July 28, 2005.

Dated: July 13, 2005