IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with Civil Action NO. 96-N-343)

JESSE MONTEZ, et al.
          Plaintiffs,

-vs.-

BILL OWENS, et al.
          Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2005

GREGORY C. LANGHAM
CLERK

## APPLICATION FOR IMMEDIATE INJUNCTIVE RELIEF

   COMES NOW, Claimant, George Charles, Knorr, proceeding In *Propria Persona* (Pro se), Claim Number: 02-278.
   Claimant respectfully requests the immediate injunctive relief because he is in fear for his life.
   Claimant has repeatedly requested his medically prescribed diabetic diet, timely re-newal of medications, corrections of over-dosage of medications, medical appliances (Wedge Pillow), for acid-reflux, and has consistently been denied in a manner which could be construed as **indifferent & maliciously** by the medical and kitchen staffs at the Arkansas Valley Correctional Facility (**A.V.C.F.**), and been charged in excess of the amounts which he should have been charged for medical care (**Co-Pay**).
   Claimant was transferred to the **A.V.C.F.** following the riot at the Crowley County Correctional Facility (**C.C.C.F.**) even though he was **NOT** a participent in the riot. Claimant is one of the prisoners who were locked in the facility's library and maintained an environment of calm and tried to reassure the librarian.
   Since my transfer **from** the **C.C.C.F.**, FIRST TO THE **Y.O.S.** in Pueblo, CO and then to the **A.V.C.F.** wherein claimant now resides, claimant has not been able to receive the **continuity of care** he was receiving at the **C.C.C.F.** and is now in fear for his life because of this **indifferent** lack of proper medical care as set forth in the settlement agreement.
   Claimant is somewhat incapacitated, in that he has problems standing, bending & sitting. He has requested that hand rails (handicap) be placed in the shower units at this facility to accommodate his needs and the needs of similarly situated prisoners. The general staff refuses to place any form of request for said accommodations and Claimant & others have had to suffer and take risks of falling while in the showers.
   There are no **NON-SKID** floor coverings when exiting the showers and Claimant, along with other similar situated prisoners have to deal with walking on **slick & wet** floors of concrete in shower-shoes which are pron to slipping on these types of floors.
   Claimant has addressed these issues with medical staff, kitchen staff & housing staff at the Arkansas Valley Correctional Facility without benefit of positive results.
   Claimant believes that there has been no proper training of the medical staff at this facility or elsewhere in the C.D.O.C. to accommodate diabetics or those seriously ill from other medical complications. There is **NO** medical staff on duty at this facility after the hour of **22:30 (10:30)P.M.** and people who have been prescribed (**As Needed Medications**) must now suffer between the hours of **10:30 P.M.** and **06:15 A.M.** e.g. persons with migrains, diabetic seizures, heart attacks, broken legs, stc.

( 1 )

The continuity of care at the Arkansas Valley Correctional Faciliity **falls** extremely short of medical care standards and places the lives of prisoners in eminent danger.

Claimant has filed several grievances against the medical conditions (staff), (medications)-(prescribed) & (discontinued) for no apparent reason, other than it is either outside formulary or because no-one has bothered to read the medical charts or just on a whim of the medical staff.

Claimant suffers from re-ocuring pulmonary embolisims; diabetes, has un-set fractures of the Tibia Plateau (knee); Asthma; both feet have suffered fractures (never set) of the metatarcils of both feet; spurs on both heels; at least Two (2) hernias of the intestins; back problems (lower); sight is failing rapidly; & hearing loss; & requires multiple surgeries to correct.

The only concession being offered as treatment is overdosage of blood-thinners, to help prevent re-occurance of the pulmonary embolisims, inhalers for the asthma, continuous changes of diabetic medications (NO DIET-NO SNACKS) to control blood-sugar levels, prescribed (incorrectly) insulin, If I were to suffer a diabetic seizure I could only do this between the hours of 06:15A.M. & 10:15P.M. because there is no nursing staff available at this facility other than between these hours. In otherwords, I must time any emergency to accommodate the staff of this facility.

I have had medical appliances taken away since arriving at this facility for no apparent logical reason, and not replaced.

At the C.C.C.F. I had a medical cell assignment, but upon transfer I can no longer have a medical cell assignment at A.V.C.F.

**WHEREFORE,** Claimant respectfully requests injunctive relief in the nature of an **immediate transfer** back to the facility at which he was receiving the proper care for his medical ailments and where there is a medical staff on duty Twenty Four hours a day to accommodate medical emergencies when the arrise.

Without this injunctive relief Claimant fears for his continued life be cause of the improper care and treatment he is currently receiving at his current housing facility. the medical staff at C.C.C.F. are diabetics themselves, Ms.Del LeCount (HSA) & Mr. Randy McGowen (P.A.) for that facility specifically, who know how to properly treat diabetics. Claimant has received **NO** proper diabetic diet since his transfer and the diet he was on was cancelled along with the Two (2) snacks which maintained his blood-sugar levels while he was housed at Crowley County Correctional Facility. Claimant also received proper dosages of blood-thinning medications and testing at C.C.C.F. which he does NOT receive at his current housing assignment.

Inclosed, please find past grievances which Claimant has filed at A.V.C.F. to correct his medical care, one has a response and the other has yet to be responded to and Claimant feels that he may have to seek punitive and monetary damages in further litigation of his medical care in the very near future.

RESPECTFULLY SUBMITTED

George/Charles, Knorr
45154
A.V.C.F.   Unit # 1 - C
P.O.Box 1000
Crowley, Colorado   81034-0001

CERTIFICATE OF SERVICE
Via
UNITED STATES POSTAL SERVICE

I, **George Charles, Knorr;** proceeding Propria Persona **(Pro se),** hereby **CERTIFY** that a true and correct copy of the foregoing **Request for Injunctive Relief** was placed in the institution's mail at the Arkansas Valley Correctional Facility and addressed to the following concerned parties on this _Eighth_ day of **July, 2005.**

Attorney General for Colorado
Civil Litigation Division:
1525 Sherman Street
Denver, Colorado    80203

Judge  Richard M.Borchers
SpecialMaster for the U.S.District Court
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado
                         80030-4444

Judge John Kane Jr./
Edward W.Nottingham
U.S.District Courthouse
901   19Th. Street
Denver, Colorado   80294

David Miller
Greisen, King & Miller
1670 York Street
Denver, Colorado   80206

Respectfully
_/s/ George Charles Knorr_
George Charles, Knorr
45154
A.V.C.F.    Unit 1 - C
P.O.Box 1000
Crowley, Colorado   81034-0001

( 3 )