IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2005

GREGORY C. LANGHAM
CLERK

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs

v.

BILL OWENS, et al.,
Defendants

Claim Number 03-37
Category III
Claimant: James Martinez, # 56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, Colorado, 80751-0600

CLAIMANT'S MOTION TO THE COURT AND SPECIAL MASTER - OBSTRUCTION OF JUSTICE, THEFT OF EVIDENCE, AND FAILURE TO PRODUCE EVIDENCE PURSUANT TO F.R.C.P 16 DISCOVERY

Come Now Claimant James Martinez #56997 and states to the Court that he is trying to comply with the Order of the Court to produce records. Claimant Martinez is also trying to comply with Title 18 U.S.C. section 4 " Whoever having knowledge of the actual commission of a felony cognizable by a Court of the United States, conceals and does not as soon as possible

make Known to some Judge or other person in Civil or Military authority under the United States is guilty of the Federal Crime of Misprison of Felony." Claimant Martinez is hereby reporting the following crimes to the Federal Magistrate and Special Master, it has been reported to officials here but to no avail.

I, Claimant Martinez have been looking for; sending kites to, and questioning medical personnel about the disappearance of my medical files. Natalie from medical has told me that after 10 years they are destroyed, and therefore I could not get the copies that I requested to be used as evidence in this Montez case.

On the 11th day of June 2005 at about 9:45 a.m. I went to medical amd was talking to Madeline, and she told me that there were several more medical files in the back that Natalie was not showing to me, Madeline also stated that she had glanced at them and had seen something about my right foot.

Natalie did by prior willful knowing and intentional acts by Commission and acts of omissions commit the crime of misrepresentation, perjury, and fraud, and extortion.

I sent another kite to medical see Exhibit 1 and got an appointment to see all my medical files. On the 13th day of June 2005 I went to medical and they showed me all my files. The records that I had requested pursuant to the first court order were in these medical files that mysteriously reappeared. This was witnessed by officer Walker. Now medical wants a $1.10 per page to copy these files the ones that I saw that were most crucial to my case would cost $13.00. Personnel in medical have conspired to deprive me of equal and due protection of the law by hiding records they know prove what the claimant has told the Court. This is misrepresentation and extortion.

Misrepresentation: "Any manifestation by words or other conduct by one person or another that, under the circumstances, amounts to an assertion not in accordance with the facts, an untrue statement of fact, an incorrect or false representation, that which accepted, leads the mind to an apprehension of a condition other and different from that which exists, colloqually it is understood to mean, a statement made to Deceive or Mislead, as amounting to legal fraud consistent of material misrepresentation of present existing or past facts, made with the knowledge of its fallaciousness and intention that the other party rely thereon resulting in reliance by that party to his detriment." Jewish Center of Sussex County vs Whale, 86 N.J. 619 423, A2d. 521, 524.

Furthermore on the 27th day of June 2005 officers Hill and Ferguson shook down the cell that I live in with my cell mate Sauzo #53636. The two officers took my meal tickets that come with my meal trays three times a day. I saved these tickets for over a month and a half and had denoted on numerous tickets that it was either one dirty tray, two dirty trays, whether I got my snack or what ever else may have been applicable. In addition it also denoted which Correction officer I told about the complaint. These tickets were on my back shelf of my closet rubber banded together and marked as evidence Montez lawsuit, for my hearing in September. After the shakedown when we were allowed to return to our cells this evidence was missing see Exhibit 2. This is tampering with evidence, obstruction of Justice, disallowing due process of law, conspiracy to deprive equal access to the courts.

This shows that there is a conspiracy to take and destroy evidence which again backs up claims made by this Claimant. It seems as if the Staff at Sterling Correctional Facility

are attempting to cover up, destroy, and abase the claims of the claimant. Again this facility and their staff knew or should have known this is a federal crime.

"All persons are presumed to know the general public laws of the STATE and COUNTRY where they reside and the effects of their acts" Purcha vs Department of Motor Vehicles, 170 N.W. 2d 75, 80 172 Nebr., 415.

Failure to produce evidence F.R.C.P 16 as they "concealed, meaning to hide or withdraw from utterance or declaration, to cover up or keep from sight, to hide or withdraw from observation, or prevent discovery of." People vs Eddington, 201 Cal. App. 2d 574, 20 Cal. Rptr. 122-124.

Mr. Justice Brandeis noted that a Court will not redress a wrong when he who invokes it and has unclean hands, Colmstead vs U.S., 277 U.S. 438, 471-485, 72 L. Ed. 944 48 S. Ct. 564, 66 ALR 376. Also see Clean Hand Doctrine.

"The Constitution does not protect the sovereignty of States for the benefit of States or State Governments as abstract political entities or even for the benefit of the public officials Governing the States. To the contrary, the Constitution divides authority between Federal and State Governments for the protection of individuals" New York vs U.S., 11 S. Ct. 2408 at 431 (1992).

Dishonor occured by the State of Colorado when they failed to follow the Uniform Commercial Code § 1-203, § 1-205 and § 9-501 Filing office as they and the Department of Corrections were required to be filed with the Federal Court as the State of Colorado is defacto in form with no filing on its Corporate status, therefore the Colorado Department of Corrections is defacto in nature as a State Agency (ies) did not have a copyright, patent, trademark, or trade name filed which would enable them to do business in a

republican Form of Government. This caused fraudulent documents to be filed with the Federal Court in violation of Title 18 U.S.C. section 2071 and Rule 60 Fraud upon the Court, with Attorney General Suthers and his staff (Jess A. Dance) to be engaged in deceptive trade practices.

Claimant Martinez asks that the Court sanction the Attorney General and his staff because they have failed to supervise their clients about LAWFUL CONDUCT and FOLLOWING THE LAW. This facility has been served with a copy of the Courts Orders. This is CONTEMPT of a FEDERAL COURT ORDER.

Claimant further asks the Court to Order Warden Gary Golder and his staff at Sterling Correctional Facility to personally pay for the cost of copying ALL of Claimants medical file so that Claimant may have proper time for equal access to records before the hearing. Claimant asks that they personally pay for this so that the Warden and his Staff do not peculate public funds and squander tax payer money for negligence that they caused.

Since Staff and personnel at Sterling Correctional Facility committed perjury, obstruction of justice, misrepresentation, fraud, and extortion, I, Claimant James Martinez hereby report these crimes pursuant to Title 18 U.S.C. section 4 and ask that the Staff and personnel responsible for this misrepresentation and breach of fiduciary responsibility be dealt with according to the law and the wisdom of the Special Master and Federal Magistrate.

This document respectfully submitted this 8th day of July 2005, Under Penalty of Perjury.



James Martinez #56997

# Certificate of Mailing

I certify that I served a copy of this Claimant's Motion to the Court and Special Master - Obstruction of Justice, Theft of Evidence, and Failure to Produce Evidence Pursuant to F.R.C.P. 16 Discovery upon all parties listed below by placing a copy of same in the United States mail, postage prepaid, at Sterling, Colorado, 80751-0600, this 8 day of July 2005

Office of the Attorney General
% Jess A. Dance
1525 Sherman Street 5th Floor
Denver, Colorado, 80203-1760

United States District Judge
Edward W. Nottingham
% United States Clerk of Court
Federal Court house
19th & Stout Street
Denver, Colorado, 80203

Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United States District Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado, 80030-4444

James Martinez 56997
James Martinez #56997