KHALID N. WAHAB
P.O. Box 2,000 Unit CB106
Burlington, Colorado
80807

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2005

GREGORY C. LANGHAM
CLERK

Clerk Of The Court
United States District Court, Tenth Circuit
901 19th Street, Room A105
Denver, Colorado 80294-3589

July 11, 2005

Re: Order in 92-N-870 dated June 21, 2005.

Dear Clerk:

    Recently received was the above and entitled Order Granting Special Masters' Seventh Application For Payment of Fees and Costs dated June 21, 2005. A review of this Order seems to indicate that a monetary award was granted to the counsels compensating their operational costs. this raises a question of what potentially has or may be awarded above and beyond these operational costs? Please reply indicating what potential compensation may be awarded to those such as this Claimant. Thank you.

Respectfully,

Khalid N. Wahab, Claimant

P.O. Box 2,000 Unit CB106
Burlington, Colorado 80807

cc: File Copy