IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

   Plaintiffs,

v.

BILL OWENS, *et al.,*

   Defendants.

# ORDER

The Application for Immediate Injunctive Relief (#984) is DENIED.  (1) It is not clear that applicant is a member of the class in this case.  If he is, he can file a claim for damages for consideration by the special masters.  (2) If applicant is alleging a violation of the other terms of the Remedial Agreement providing for prospective relief, he must call that to the attention of class counsel for consideration.  The court believes it is inconsistent with the terms of the Remedial Plan to allow every aggrieved prisoner to pursue, pro se, allegations that the prospective provisions of the Remedial Plan have been violated.  (3) If applicant's claim does not fall under (1) or (2), it is not properly a part of this case and must be pursued as a new, separate lawsuit.

SO ORDERED.

Dated this  20  day of July, 2005.

                                              BY THE COURT:

                                              s/Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge