IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO 92-N-870 (OES) CONSOLIDATED
FOR ALL PURPOSES WITH CIVIL ACTION # 96-N-343

JESSE MONTEZ et al.,
    PLAINTIFFS,

-VS-

BILL OWENS et al.
    DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 26 2005
GREGORY C. LANGHAM
CLERK

CLAIM NUMBER 02-820
CATEGORY II
CLAIMANT: TERRY RAY BALLARD # 123593

NOTICE OF CHANGE OF ADDRESS
OF THE CLAIMANT / BALLARD

THIS NOTICE HEREBY INFORMS THE COURT AND ANY INTERESTED PARTIES; THE FOLLOWING ADDRESS OF TERRY RAY BALLARD IS AS FOLLOWS:

TERRY RAY BALLARD # 123593
ACC - UNIT C
PO BOX ACC-300
CANON CITY COLORADO
81215