IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

> Plaintiffs,

v.

BILL OWENS, *et al.,*

> Defendants.

### MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

A hearing regarding the Special Masters' Second Report and Recommendation (Document 946) filed June 30, 2005 and Defendants' Response / Partial Objection (Document 988) filed July 27, 2005 is scheduled for Friday, **September 9, 2005** commencing at 4:15 o'clock p.m.

Dated: July 27, 2005