IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 JUL 28  PM 2: 24

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

CLERK

BY_____ DEP. CLK

JESSE MONTEZ, et al.

        Plaintiffs,

-vs.-

BILL OWENS, et al.

        Defendants.

---

## SPECIAL MASTERS' EIGHTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

        Richard M. Borchers and Bruce D. Pringle, the Special Masters in the above captioned matter, hereby submit the following Eighth Application for Payment of Fees and Costs. This application is for work done from May 16, 2005 to July 15, 2005, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

        1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

        2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed as Special Masters to adjudicate all individual damage claims.

        3. Counsel for the parties advised the undersigned that all fees and costs related to work by

the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers and Bruce D. Pringle both work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Margie Dykstra is the primary administrative person assigned to handle all claims and orders issued. Ms. Dykstra spent 304.50 hours for this time period on work directly related to the processing of claims and subsequent orders. No additional administrative work has been done over this time period by Lynda Rowe and Judy Olive. A copy of the time involved is attached as Exhibit A.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 64.90 hours working on case reviews and drafting of documents for the Special Masters.

7. Richard M. Borchers expended 11.25 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 10.50 hours of time during this period for administrative matters related to the claims process. This time  is reflected in Exhibit C.

8. Richard M. Borchers additionally spent 64.15 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. He also had travel time of 24.50 hours and expenses for lodging for hearings of $401.55. This is reflected in Exhibit E.

      9. Bruce D. Pringle additionally spent 42.75 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit F.

      8. Legal Resolution Center agreed to pay for copy and mailing costs out of its percentage from the work billed. At this date, postage and copy costs involve several thousand dollars.

      9. The total fees being sought for the time period ending July 15, 2005 is as follows:

      a. Richard M. Borchers      75.40 hrs. @ $175.00 per hr. = $13,195.00

      b. Richard M. Borchers(travel)24.50 hrs.  @ $ 75.00 per hr. = $ 1,837.50

      c. Bruce D. Pringle      56.50 hrs.  @ $175.00 per hr. = $ 9,887.50

      d. Margie Dykstra      304.50 hrs. @ $25.00 per hr.  = $ 7,612.50

      e. Larry Dean Valente      64.90 hrs @ $75.00 per hr.  = $ 4,867.50

      f. Lodging for hearings      = $   401.55

      TOTAL FEES:    $ 37,801.55

      10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, and staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

      11. Richard M. Borchers, Bruce D. Pringle, Margie Dykstra, Lynda Rowe, Judy Olive and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Dykstra, Ms. Rowe , Ms. Olive, and Mr. Valente  have been paid by Legal Resolution Center for the work that they have done to date in this case.

      WHEREFORE, the Special Masters request that the Eighth  Application for Payment of Fees be granted in the amount of $37,801.55 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____

Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
   303-426-7365

EXHIBIT A

## *Montez administrative hours - Margie*
### *5/16/05 thru 7/15/05*

| | | |
|---|---|---|
| 5/16/05 | 8.00 | hrs |
| 5/17/05 | 7.50 | hrs |
| 5/19/05 | 9.50 | hrs |
| 5/20/05 | 6.00 | hrs |
| 5/23/05 | 8.50 | hrs |
| 5/24/05 | 9.00 | hrs |
| 5/26/05 | 7.50 | hrs |
| 5/27/05 | 9.00 | hrs |
| 5/31/05 | 8.00 | hrs |
| 6/1/05 | 8.00 | hrs |
| 6/2/05 | 8.00 | hrs |
| 6/3/05 | 7.00 | hrs |
| 6/6/05 | 11.00 | hrs |
| 6/7/05 | 9.00 | hrs |
| 6/9/05 | 10.00 | hrs |
| 6/10/05 | 9.00 | hrs |
| 6/13/05 | 13.00 | hrs |
| 6/14/05 | 7.00 | hrs |
| 6/16/05 | 6.50 | hrs |
| 6/17/05 | 9.00 | hrs |
| 6/20/05 | 11.00 | hrs |
| 6/21/05 | 13.00 | hrs |
| 6/23/05 | 13.00 | hrs |
| 6/24/05 | 14.00 | hrs |
| 6/27/05 | 8.00 | hrs |
| 6/28/05 | 10.00 | hrs |
| 6/30/05 | 7.50 | hrs |
| 7/1/05 | 7.50 | hrs |
| 7/5/05 | 8.50 | hrs |
| 7/6/05 | 6.50 | hrs |
| 7/7/05 | 7.00 | hrs |
| 7/11/05 | 8.00 | hrs |
| 7/12/05 | 7.50 | hrs |
| 7/13/05 | 5.50 | hrs |
| 7/15/05 | 7.00 | hrs |

**Total**      **304.50**   hrs

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending July 15, 2005

| Date | Description | Hours |
|---|---|---|
| 5/23/05 | Research on Category V damage issue | 2.50 hrs. |
| 6/16/05 | Work on issue of Category V damages and review claims | 2.25 hrs. |
| 6/20/05 | Meet with Judge Pringle on all pending matters | 1.00 hrs. |
| 6/24/05 | Work on report and recommendation to judges | 1.00 hrs. |
| 6/25/05 | Finish draft on Category V damage issue and related work | 2.00 hrs. |
| 6/30/05 | Finalize second report and recommendation | 1.00 hrs. |
| 6/30/05 | Travel to court to file report and recommendation | .75 hrs. |
| 7/5/05 | Telephone conference with class counsel and James Quinn | .75 hrs. |
|  | TOTAL TIME: | 11.25 hrs. |

# EXHIBIT C

Administrative Time of Bruce D. Pringle for Period ending July 15, 2005

| | | |
|---|---|---|
| 6/8/05 | Legal research re ADA and Rehab Act claims; review title II Administrative Regulations | 2.00 hrs. |
| 6/21/05 | Meeting with Judge Borchers concerning scheduling of Category II hearings; legal issues in Category III claims | 1.00 hrs. |
| 6/22/05 | Review Defendants' objection regarding application of the PLRA and Class counsel's response | 1.00 hrs. |
| 6/27/05 | Review proposed second report and recommendation re appointment of additional special masters; review briefs on Category V damages; review proposed order on Category V damages | 2.25 hrs. |
| 6/28/05 | Legal research on damages recoverable under Title II of ADA and Rehab Act; telephone conference with Judge Borchers on damages | 2.00 hrs. |
| 7/8/05 | Legal research re recoverability of non-economic loss in Montez claim hearings | 2.25 hrs. |

TOTAL HOURS:                     10.50 hrs.

## EXHIBIT D

### Work Done By Richard M. Borchers

Claims closed during the period ending July 15, 2005. Work done prior to September 15, 2004 has already been billed:

**01-010**   **Monico Castellano**

| | | |
|---|---|---|
| 12/22/04 | Review file and issue order | .25 hrs. |
| 5/2/05 | Review file & motion; issue order | .25 hrs. |
| 5/22/05 | Review motion and issue order of dismissal | .25 hrs. |
| | Total Time: | .75 hrs. |

01-139   Charles J. Shirley, Jr.

| | | |
|---|---|---|
| 12/23/04 | Review of file and issue order | .20 hrs. |
| 5/4/05 | Review motion and issue order | .20 hrs. |
| 6/4/05 | Review response to motion and issues order of dismissal | .25 hrs. |
| | Total Time: | .65 hrs. |

**02-039**   **Steve Johnson**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .15 hrs. |
| 5/3/05 | Review motion and issue order | .15 hrs. |
| 5/20/05 | Review motion & file; issue order of dismissal | .25 hrs. |
| | Total Time: | .55 hrs. |

**02-078**   **Daniel D. Giron**

| | | |
|---|---|---|
| 12/29/04 | Review file and check for address; issue order | .20 hrs. |
| 5/3/05 | Review file and motion; issue order | .25 hrs. |

1

| 5/25/05 | Review motion & file; issue order of dismissal | .25 hrs. |
|---------|-----------------------------------------------|----------|
|         | **Total Time:**                               | .70 hrs. |

**02-181**      **Jolene C. Moon**

| 1/1/05  | Review file and issue order            | .15 hrs. |
|---------|----------------------------------------|----------|
| 5/3/05  | Review motion & file; issue order      | .20 hrs. |
| 5/20/05 | Review file and issue order of dismissal | .25 hrs. |
|         | **Total Time:**                        | .60 hrs. |

**02-292**      **Dorothy Hetz**

| 1/5/05  | Review of file and issue order         | .15 hrs. |
|---------|----------------------------------------|----------|
| 6/22/05 | Review file and issue order of dismissal | .25 hrs. |
|         | **Total Time:**                        | .40 hrs. |

**02-482**      **David Edmiston**

| 1/30/05 | Review file and issue order                 | .15 hrs. |
|---------|---------------------------------------------|----------|
| 3/16/05 | Review motion and issue order               | .15 hrs. |
| 4/8/05  | Review file and issue order                 | .15 hrs. |
| 4/23/05 | Review motion and issue order               | .15 hrs. |
| 4/30/05 | Review motion and issue order               | .15 hrs. |
| 5/7/05  | Review motion and issue order               | .15 hrs. |
| 5/25/05 | Review motion and response; issue order     | .25 hrs. |
|         | **Total Time:**                             | 1.15 hrs. |

**02-554**      **Fernando Barron**

| 2/7/05  | Review file and issue order            | .15 hrs. |
|---------|----------------------------------------|----------|
| 5/19/05 | Review file and issue order            | .25 hrs. |

2

| | | | |
|---|---|---|---|
| 6/12/05 | Review file and issue order of dismissal | | .25 hrs. |
| | Total Time: | | .65 hrs. |

**03-112**   **Robert Louis Wirtz, Jr.**

| | | |
|---|---|---|
| 12/12/04 | Review file and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| | Total Time: | .50 hrs. |

**03-115**   **Frederique Klooster**

| | | |
|---|---|---|
| 12/12/04 | Review of file and issue order | .25 hrs. |
| 3/4/05 | Review file and issue order | .15 hrs. |
| 4/11/05 | Review file and issue order for hearing | .20 hrs. |
| 5/31/05 | Review of file for hearing | 1.00 hrs. |
| 6/1/05 | Review objection and issue order | .25 hrs. |
| 6/6/05 | Further review of file for hearing | .50 hrs. |
| 6/8/05 | Final review of file prior to hearing | .50 hrs. |
| 6/9/05 | Hearing | 2.00 hrs. |
| 6/19/05 | Work on final order | 1.00 hrs. |
| 6/19/05 | Additional work on final order | .50 hrs. |
| 6/20/05 | Complete final order | 1.75 hrs. |
| | Total Time: | 8.10 hrs. |

**03-025**   **Charles Lane**

| | | |
|---|---|---|
| 12/15/04 | Review of file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 5/11/05 | Review file and issue order | .20 hrs. |
| 5/20/05 | Review file and issue order of dismissal | .25 hrs. |
| | Total Time: | .95 hrs. |

**03-028**     **Frank Sanchez**

| | | |
|---|---|---|
| 12/15/04 | Review of file and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| | Total Time: | .50 hrs. |

**03-029**     **David Paul Wolf**

| | | |
|---|---|---|
| 12/15/04 | Review of file and issue order | .25 hrs. |
| 3/26/05 | Review motion and file; issue order | .25 hrs. |
| 4/1/05 | Issue order for hearing | .25 hrs. |
| 5/13/05 | Review motion and issue order | .25 hrs. |
| 5/27/05 | Review file and issue order | .20 hrs. |
| | Total Time: | 1.20 hrs. |

**03-444**     **Robert Weighard**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/11/05 | Review file and issue order for hearing | .20 hrs. |
| 6/12/05 | Review file and motion; issue order | .25 hrs. |
| 6/14/05 | Review file for hearing | .40 hrs. |
| 6/15/05 | Review of file for hearing and preparation of notes | .50 hrs. |
| 6/16/05 | Set up and hearing | 1.00 hrs. |
| 6/16/05 | Review file | .25 hrs. |
| 6/18/05 | Prepare final order and review of file | 2.00 hrs. |
| | Total Time: | 4.85 hrs. |

**03-045**     **Edward Avila**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |

| | | | |
|---|---|---|---|
| | 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| | | Total Time: | .50 hrs. |

**03-047**   **LeRoy S. Ruiz**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 5/18/05 | Review file and issue order of dismissal | .25 hrs. |
| | Total Time: | .75 hrs. |

**03-051**   **Steven Paul Walker**

| | | |
|---|---|---|
| 12/15/04 | Review of file and issue order | .25 hrs. |
| 3/8/05 | Review of file and issue order | .25 hrs. |
| 4/1/05 | Review file and objection to witness list; issue order | .50 hrs. |
| 5/10/05 | Review motion and issue order | .20 hrs. |
| 5/23/05 | Review of file for hearing | 1.25 hrs. |
| 5/24/05 | Hearing at FLCF | 2.75 hrs. |
| 5/30/05 | Begin drafting order and research | 2.00 hrs. |
| 6/1/05 | Work on final order | 1.00 hrs. |
| 6/3/05 | Work on order | .50 hrs. |
| 6/7/05 | Review final draft | .50 hrs. |
| 6/12/05 | Finalize order and proofread | 1.25 hrs. |
| | Total Time: | 10.45 hrs. |

**03-060**   **Alan Mount**

| | | |
|---|---|---|
| 12/16/05 | Review file and issue order | .25 hrs. |
| 4/6/05 | Review letter and issue order | .15 hrs. |
| 5/14/05 | Review response and motion; issue order | .20 hrs. |
| 5/26/05 | Review file and motion; issue order | .15 hrs. |
| 6/12/05 | Review file and issue order | .20 hrs. |
| 6/14/05 | Review file for hearing | .20 hrs. |

5

| 6/15/05 | Further review for hearing | .40 hrs. |
| 6/16/05 | Review of records and exhibits | 1.00 hrs. |
| 6/26/05 | Work on final order | 2.75 hrs. |
| 6/27/05 | Finalize and proofread order | 1.00 hrs. |
| | Total Time: | 6.30 hrs. |

**03-081**     **Fred F. Franzone**

| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/11/05 | Review file and issue hearing order | .20 hrs. |
| 6/12/05 | Review file and issue order | .25 hrs. |
| 6/14/05 | Review file for hearing | .25 hrs. |
| 6/16/05 | Final review for hearing | .50 hrs. |
| 6/17/05 | Hearing at ACC | 3.25 hrs. |
| 6/26/05 | Review of exhibits and file | .50 hrs. |
| 6/27/05 | Finalize order on case | 3.10 hrs. |
| | Total Time: | 8.25 hrs. |

**03-084**     **Joseph Jordan**

| 12/20/04 | Review file and issue order | .20 hrs. |
| 5/10/05 | Review file and issue order | .25 hrs. |
| 6/12/05 | Review file and issue order of dismissal | .25 hrs. |
| | Total Time: | .70 hrs. |

**03-092**     **Kevin Woodley**

| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/11/05 | Review file and issue hearing order | .20 hrs. |
| 6/1/05 | Review file and motion; issue order | .25 hrs. |
| 6/6/05 | Review file for hearing | .25 hrs. |
| 6/9/05 | Final review before hearing | .50 hrs. |
| 6/10/05 | Hearing | 2.00 hrs. |
| 6/12/05 | Review file and work on order | .75 hrs. |
| 6/18/05 | Work on final order | .50 hrs. |
| 6/19/05 | Draft final order | 2.00 hrs. |

|  |  |  |  |
|--|--|--|--|
| | 6/20/05 | Finalize order and proofread | 1.00 hrs. |
| | | Total Time: | 7.65 hrs. |

**03-110** **Lincoln Hower**

| | | |
|--|--|--|
| 1/3/05 | Review file | .15 hrs. |
| 1/5/05 | Prepare order | .10 hrs. |
| 4/13/05 | Review file and issue order | .25 hrs. |
| 4/28/05 | Review file | .10 hrs. |
| 5/20/05 | Review file and motion; issue order of dismissal | .25 hrs. |
| | Total Time: | .85 hrs. |

**X-054** **Floyd Woods, Jr.**

| | | |
|--|--|--|
| 1/25/05 | Review file and issue show cause order | .25 hrs. |
| 2/15/05 | Review response and issue order | .15 hrs. |
| 3/23/05 | Review letter and issue order | .10 hrs. |
| 6/4/05 | Review file and enter order of dismissal | .25 hrs. |
| | Total Time: | .75 hrs. |

**X-056** **Michael A. James**

| | | |
|--|--|--|
| 1/28/05 | Review claim | .10 hrs. |
| 2/3/05 | Issue order | .10 hrs. |
| 4/1/05 | Reissue order | .15 hrs. |
| 6/14/05 | Review file and issue order of dismissal | .25 hrs. |
| | Total Time: | .60 hrs. |

**X-059** **James Allen Austin**

| | | |
|--|--|--|
| 2/6/05 | Review letter and issue order | .15 hrs. |

7

|  |  |  |
|---|---|---|
| 2/27/05 | Review response and issue order | .15 hrs. |
| 3/18/05 | Review claim and issue order | .25 hrs. |
| 3/30/05 | Review motion and issue order | .20 hrs. |
| 6/4/05 | Review file and issue order of dismissal | .25 hrs. |

Total Time:                                                          1.00 hrs.

**X-067        Rick Vasquez**

|  |  |  |
|---|---|---|
| 3/4/05 | Review letter and issue order | .20 hrs. |
| 5/3/05 | Review file and issue order of dismissal | .35 hrs. |

Total Time:                                                          .55hrs.

**X-072        Charles A. Garrison**

|  |  |  |
|---|---|---|
| 3/18/05 | Review letter and issue order | .25 hrs. |
| 6/4/05 | Review file and issue order of dismissal | .25 hrs. |

Total Time:                                                          .50 hrs.

**X-073        James W. Steel**

|  |  |  |
|---|---|---|
| 3/18/05 | Review claim and issue order | .35 hrs. |
| 6/4/05 | Review file and issue order of dismissal | .25 hrs. |

Total Time:                                                          .60 hrs.

**X-077        James Brack**

|  |  |  |
|---|---|---|
| 3/26/05 | Review claim and issue order | .15 hrs. |
| 6/4/05 | Review file and issue order of dismissal | .25 hrs. |

|  |  | Total Time: | .40 hrs. |

**X-079**   **Kenneth Lujan**

| 3/29/05 | Review of claim | .25 hrs. |
| 6/4/05 | Review of file and issue order of dismissal | .25 hrs. |

|  | Total Time: | .50 hrs. |

**X-080**   **Michael Glenn Cortez**

| 4/1/05 | Review of claim | .10 hrs. |
| 4/2/05 | Issue order to show cause | .25 hrs. |
| 6/4/05 | Review file and issue order of dismissal | .25 hrs. |

|  | Total Time: | .60 hrs. |

**X-082**   **Ricardo Lujan**

| 4/8/05 | Review letter and issue order | .25 hrs. |
| 4/30/05 | Review claim and issue order | .25 hrs. |
| 6/14/05 | Review response and issue order of dismissal | .25 hrs. |

|  | Total Time: | .75 hrs. |

**X-099**   **Harold Bagsby**

| 5/7/05 | Review claim and issue order | .25 hrs. |
| 6/3/05 | Review response and issue order of dismissal | .25 hrs. |

|  | Total Time: | .50 hrs. |

9

## EXHIBIT E

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 5/23-24/05 | Travel from Colorado Springs to FLCF and return to Denver | 5.50 hrs. |
| 6/9-10/05 | Travel from Denver to FLCF and return | 7.00 hrs. |
| 6/16-17/05 | Travel from Denver to AVCF and then to ACC and return to Denver | 7.00 hrs. |
| 7/14-15-05 | Travel from Denver to CSP and return | 5.00 hrs. |

Total Travel Time:   24.50 hrs.

24.50 hrs x $75.00 per hour = $1,837.50

**Lodging Expenses for Travel to CDOC Facilities for Hearing:**

| | | |
|---|---|---|
| 5/23/05 | Holiday Inn Express, La Junta, CO | $ 79.11 |
| 6/8-9/05 | Holiday Inn Express, La Junta, CO | $158.22 |
| 6/16/05 | Holiday Inn Express, La Junta, CO | $ 79.11 |
| 7/14/05 | Quality Inn, Canon City, CO | $ 85.11 |

Total Lodging Expenses:   $401.55

1

# EXHIBIT F

## Work Done By Bruce D. Pringle

Claims closed during the period ending July 15, 2005. Work done prior to September 15, 2004 has already been billed:

**03-012**     **Robert Wirtz, Jr.**

| | | |
|---|---|---|
| 6/13/05 | Prepare for hearing; conduct short hearing; review findings, conclusions and order | 1.50 hrs. |

**03-017**     **Leonard Redwine**

| | | |
|---|---|---|
| 6/13/05 | Prepare for hearing; conduct short hearing; review findings, conclusions and order | 1.50 hrs. |

**03-028**     **Frank Sanchez**

| | | |
|---|---|---|
| 6/14/05 | Review summary of claim and claim form; legal research re Medical issues under ADA; conduct hearing | 2.50 hrs. |
| 6/17/05 | Review and revise final order | .75 hrs. |
| | Total Time: | 3.25 hrs. |

**03-029**     **David Paul Wolf**

| | | |
|---|---|---|
| 5/28/05 | Review case summary and claim | .50 hrs. |
| 6/6/05 | Prepare for hearing; conduct hearing; begin work on findings, conclusions, and order; conference with Dino Valente | 7.50 hrs. |
| 6/8/05 | Legal research and continued work on conclusions of law | 4.50 hrs. |
| 6/9/05 | Complete conclusions of law | 2.00 hrs. |
| 6/14/05 | Review and revise conclusions | 1.00 hrs. |

1

|  | Total Time: | 15.50 hrs. |
|---|---|---|

**03-032**   **William P. Dressler**

| 6/20/05 | Prepare for hearing; conduct short hearing; review findings, conclusions and order | 1.25 hrs. |
|---|---|---|

**03-045**   **Edward Avila**

| 6/21/05 | Prepare for hearing; conduct short hearing; review findings, conclusions and order | .75 hrs. |
|---|---|---|

**03-064**   **Bradley Clemens**

| 6/20/05 | Conduct telephone conference with Clemens and defense counsel | .25 hrs. |
|---|---|---|
| 6/28/05 | Abbreviated hearing and continuance | 1.50 hrs. |
|  | Total Time: | 1.75 hrs. |

**03-079**   **Richard Taylor**

| 7/11/05 | Prepare for hearing; conduct short hearing; review findings, conclusions and order | 1.00 hrs. |
|---|---|---|

**03-085**   **Joseph P. Lovato**

| 7/11/05 | Prepare for and conduct hearing | 3.75 hrs. |
|---|---|---|
| 7/12/05 | Prepare draft of findings of fact, conclusions of law, and order | 3.00 hrs. |
|  | Total Time: | 6.75 hrs. |

**03-087**   **Duncan Leach**

| 5/28/05 | Review claim summary and form | .50 hrs. |
|---|---|---|

| | | |
|---|---|---|
| 6/1/05 | Telephone conference with Dino Valente concerning claim | .50 hrs. |
| 6/3/05 | Telephone conference on motion to continue | .50 hrs. |
| 6/7/05 | Preparation for and conducting of hearing | 7.50 hrs. |
| | Total Time: | 9.00 hrs. |

**03-091**      **Walter D. Freishiem**

| | | |
|---|---|---|
| 7/12/05 | Prepare for hearing; conduct short hearing; review findings, conclusions and order | .50 hrs. |

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Eighth Application for Payment of Fees and Costs this 27th day of July, 2005 to the following:

Ms. Paula Greisen
Mr. David H. Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203