IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CLAIMANT WOLF'S "RESPONSE TO FINAL ORDER OF SPECIAL MASTER"**

Defendants, through the Colorado Attorney General respectfully request an enlargement of time to file their response to Claimant Wolf's "Response to Final Order of Special Master."

1.   Pursuant to the Terms of the Remedial Plan entered and approved by the Court, Claimant, David Paul Wolf, filed a claim for damages with the Special Master. His claim was heard by Special Master Bruce Pringle on June 6, 2005.

2.   On June 14, 2005, the Special Master issued a Final Order with respect to Wolf's claim.

3.   On July 8, 2005, pursuant to the Remedial Plan, Wolf filed his "Response to Final Order of Special Master" seeking review of the Order with this Court. Pursuant to the terms of the Remedial Plan, the Order of the Special Master "may be appealed on an abuse of discretion review to the Honorable Judge Kane." See Remedial Plan at p. 29. The Court issued a Minute Order on July 13, 2005, giving the Defendants to and including July 28, 2005, to respond to Wolf's submission

4. The record of the proceedings before the Special Master was submitted to the Court on an audio compact disk. In order to assist the Court with its review of this matter, the undersigned has undertaken to have the compact disk transcribed, making it easier for the Court to review this matter.

5. As a result of the delay associated with obtaining copies of the compact disks and the transcription of the record, the undersigned needs an additional seven (7) days to finalize Defendants' response.

6. This request is not for the purpose of delay and neither party will be prejudiced by an extension.

7. Pursuant to D.C.COLO.LCivR 7.1, the undersigned Counsel was unable to confer with the Claimant before filing this motion because Claimant is currently incarcerated in the State of Texas.

WHEREFORE, Defendants request an enlargement of time up to an including August 4, 2005 to file their response.

                                    JOHN W. SUTHERS
                                    Attorney General

                                  s/ James X. Quinn
                                  JAMES X. QUINN, 21729*
                                  Assistant Attorney General
                                  Civil Litigation and Employment Law Section
                                  Attorney for Defendants
                                  *Counsel of Record

                                  1525 Sherman Street, 5th Floor
                                  Denver, Colorado  80203
                                  Telephone: (303) 866-4307
                                  FAX: (303) 866-5443

## CERTIFICATE OF SERVICE

I certify that on July 28th 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Greisen, Esq.<br>David Miller, Esq.<br>DavidMiller@KingGreisen.com<br>Counsel for the Class<br>King & Greisen, LLP<br>1670 York Street<br>Denver, CO  80206 | Honorable Richard M. Borchers<br>dborchers@legalres.com<br>Legal Resolution Center<br>707 Zenobia Street<br>Westminister, Colorado 80030 |

I further certify that I have mailed or served the foregoing Motion for Enlargement of Time upon the following party by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 28th day of July, 2005 addressed as follows:

David Paul Wolf, #112819; #468145-TX
2400 Wallace Pack Road
Navasota, TX 77869

s/ Michelle DeVivo