IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendants' Motion for Extension of Time to File a Response to Claimant Wolf's "Response to Final Order of Special Master", (doc. #993), filed July 28, 2005, is **GRANTED** up to and including August 4, 2005.

Dated: July 29, 2005