IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2005

GREGORY C. LANGHAM
CLERK

Claim Number 02-511
Category II
Claimant: Paul Andrew Farrell, #116495
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211-2017

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. Upon review of the claim filed by Claimant, it appeared that the claim might not be cognizable under the Remedial Plan approved by the Court. A show cause order was entered and Claimant was granted up to and including March 15, 2005 in which to respond. Claimant did not respond to the show cause order.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. Mobility disability is defined as being permanently wheelchair bound or have a lower extremity condition. The Special Masters can only adjudicate claims that are filed and have no authority over anything else that may involve the prison system.

The claim of Paul Andrew Farrell only states that he has a arm and hand condition. This claim is not covered by the Remedial Plan. Claimant may seek relief through a separate lawsuit under the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2005.**

SIGNED this 28th day of July, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 28th day of July, 2005 to the following:

Mr. Paul Andrew Farrell
#116495
BVCF
P.O. Box 2017
Buena Vista, CO 81211-2017

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margje Dykstra