IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT

AUG - 1 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-084
Category: Untimely Filed Claim
Claimant: Dwayne E. Potts, Sr., #101535
Address of Claimant: 2619 Unitah, #D, Colorado Springs, CO 80909

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER came before the Special Master on April 11, 2005 on the claim of Dwayne E. Potts, Sr. In his claim, he indicated that he has a right shoulder impingement. Since it appeared that this claim might not be covered by the Remedial Plan, a show cause order was issued to Claimant. Despite being granted up to and including May 31, 2005 in which to respond to the order, Claimant has filed nothing.

    The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. Mobility disability is defined as being permanently wheelchair bound or having a lower extremity condition. An upper extremity condition is not part of the settlement.

    Claimant's condition is not covered by the settlement in this case. If he believes that his rights under the ADA and Rehabilitation Act have been violated, Claimant's remedy is to commence a separate lawsuit.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 9, 2005.**

SIGNED this 21st day of July, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 21st day of July, 2005 to the following:

Mr. Dwayne E. Potts, Sr.
2619 Uintah, #D
Colorado Springs, CO 80909

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra