IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-094
Category: Untimely Filed Claim
Claimant: Timothy Quintana, #107375
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 81211-2005

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on April 20, 2005 on the claim of Timothy Quintana. This claim was signed on April 17, 2005. Since it appeared that the claim was filed late, Claimant was directed to show cause why his claim should not be dismissed. Claimant was granted up to and including June 10, 2005 in which to file a response and to provide some basis for his late filing. Claimant did not respond to the show cause order.

    The settlement agreement was approved by Judge Nottingham on August 27, 2003. The settlement agreement provides, in part, in Paragraph XXXII as follows:

> Damage claims must be filed within 90 days of receipt by the inmate of the Damage Claim Forms. However, if a claim arises during the compliance period, then the inmate may amend his/her claim to request compensation for additional damages. No additional claim for damages will be allowed during the monitoring period, but any individual who has a claim for damages which arises after the compliance period may bring their claim in any court of competent jurisdiction regardless of the on-going jurisdiction exercised by the federal court in this case. The Special Master may only extend the time limits for filing a damage claim upon a showing that the class member was prevented from, or incapable of filing within the specified time period.

The claim forms and instructions sheets were prepared by the Special Masters and provided to DOC inmates and former inmates on March 23, 2004. Copies of the forms and instructions were provided to DOC officials at the same time. Distribution began at that time by DOC officials to inmates and to libraries in DOC facilities. The ninety-day period for filing of claims began at that time. Over twelve months have elapsed since the forms and instruction sheets were distributed to DOC inmates and/or made available to all potential claimants.

The Special Master issued General Informational Order #2 in February, 2005. This order required all claims to be filed on or before April 14, 2005. After that date, good cause must be shown as to why the claim was not timely filed. Claimant has not filed anything indicating why he could not have filed his claim earlier.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 9, 2005.**

SIGNED this 21st day of July, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

    I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 21st day of July, 2005 to the following:

Mr. Timothy Quintana
#107375
BVMC
P.O. Box 2005
Buena Vista, CO 81211-2005

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____