IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number X-101
Category: Untimely Filed Claim
Claimant: Alice Joyce Johnson, #125342
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the claim of Alice Joyce Johnson. In her claim form, she indicated that she came into the custody of the Colorado Department of Corrections (CDOC) on February 22, 2005. Since it appeared that Claimant might not be part of the class, a show cause order was sent to her on May 16, 2005. Claimant was given up to and including June 20, 2005 in which to respond to the show cause order. She did not file a response.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was defined. Individuals who were in CDOC custody or had been incarcerated in a CODC facility prior to that date where members of the class. The class members were granted the right to file claims pursuant to Section XXXII of the Remedial Plan. Non-class members were and are precluded from filing claims.

Claimant is not part of the class. She came into CDOC custody on February 22, 2005. She has the right to file a separate lawsuit if she believes that her rights under the ADA and Rehabilitation Act have been violated. She is not covered by the Remedial Plan and her claim must be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 9, 2005.**

SIGNED this 19th day of July, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 19th day of July, 2005 to the following:

Ms. Alice Joyce Johnson
#125342
DWCF
P.O. Box 392005
Denver, CO 80239

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra