OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, CO
AUG 1 2005

ATTEMPTED
UNKNOWN

92-cv-870-EWN #987

H F Roberts
Denver County Jail
P.O. Box 1108
Denver, CO 80201

RETURN TO SENDER
Better Address
Not Found

7/8/05