IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION TO "FINAL ORDER OF SPECIAL MASTER" REGARDING CLAIM OF STEVEN PAUL WALKER, #114350 (03-051)**

---

Defendants, through the Colorado Attorney General, respectfully request an enlargement of time to file their "Objection to 'Final Order of Special Master' Regarding Claim of Steven Paul Walker, #114350 (03-051)."

1.      Claimant Steven Paul Walker filed a claim for damages with the Special Master as part of the Montez class action.  His claim was heard by Special Master Borchers on May 24, 2005.  The Special Master issued a Final Order with respect to Walker's claim on June 13, 2005.

2.      Special Master Borchers' Final Order gave both parties up to and including August 8, 2005 to file an objection in U.S. District Court.

3.      Pursuant to the terms of the Remedial Plan, the Order of the Special Master "may be appealed on an abuse of discretion review to the Honorable Judge Kane."  See Remedial Plan at p. 29.

4.      The record of the proceedings before the Special Master was submitted to the

Court on an audio compact disk.  In order to assist the Court with its review of this matter, the

undersigned has undertaken to have the compact disk transcribed, making it easier for the Court

to review this matter.

5.      As a result of the delay associated with obtaining copies of the compact disks and

the transcription of the record, the undersigned needs an additional ten (10) days to finalize

Defendants' Objection.

6.      This request is not for the purpose of delay and neither party will be prejudiced by

an extension.

7.      Pursuant to D.C.COLO.LCivR 7.1, the undersigned Counsel was unable to confer

with the Claimant before filing this motion because Claimant is currently incarcerated.

WHEREFORE, Defendants request an enlargement of time up to and including August

18, 2005 to file their response.

JOHN W. SUTHERS
Attorney General


S/ Jess A. Dance
JESS A. DANCE, 35803*
Attorney
Civil Litigation and Employment Law Section
Attorney for Defendants
*Counsel of Record

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone: (303) 866-4307
FAX: (303) 866-5443

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 8th 2005, I electronically filed the foregoing with the Clerk of Court

using the CM/ECF system which will send notification of such filing to the following e-mail

addresses:

Paula Greisen, Esq.                              Honorable Richard M. Borchers
David Miller, Esq.                               dborchers@legalres.com
DavidMiller@KingGreisen.com                      Legal Resolution Center
Counsel for the Class                            707 Zenobia Street
King & Greisen, LLP                              Westminister, Colorado 80030
1670 York Street
Denver, CO  80206


I further certify that I have mailed or served the foregoing Motion for Enlargement of

Time upon the following party by depositing copies of same in the United States mail, first-class

postage prepaid, at Denver, Colorado, this 8th day of August, 2005 addressed as follows:

Steven Paul Walker, #114350
FLCF, Unit 4
P.O. Box 1000
Fort Lyon, CO 81038

<u>S/ Michelle DeVivo</u>