IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendants' Motion (doc. #1009) for Extension of Time to File Objection to "Final Order of Special Master" Regarding Claim of Steven Paul Walker, #114350 (03-051), filed August 8, 2005, is **GRANTED** up to and including August 18, 2005.

Dated:  August 8, 2005