OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Better Address
Not Found

ATTEMPTED
UNKNOWN

AUG - 9 2005
GREGORY C. LANGHAM
CLERK

Howell F Roberts
Denver County Jail
P.O. Box 1108
Denver, CO 80201

#441 BWN
90487D

7/8/05

Released

JUL 26 05 DENVER CO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.*,

   Plaintiffs,

v.

BILL OWENS, *et al.*,

   Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

A hearing regarding the Special Masters' Second Report and Recommendation (Document 946) filed June 30, 2005 and Defendants' Response / Partial Objection (Document 988) filed July 27, 2005 is scheduled for Friday, **September 9, 2005** commencing at 4:15 o'clock p.m.

Dated: July 27, 2005