IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

BILL OWENS, *et al.,*

    Defendants.

_____

**REQUEST TO THE HON. JOHN L. KANE FOR STATUS CONFERENCE AND REQUEST TO STAY PROCEEDINGS**
_____

    The Plaintiff Class, through counsel of record, Paula D. Greisen, David H. Miller, and Patricia Bellac of the Law Firm of KING & GREISEN, LLP, submits the following Request to The Honorable Judge Kane for a Status Conference and to Stay Proceedings. The grounds for this request are as follows:

1. On February 23, 2005, undersigned counsel filed a Motion Directed to the Honorable Judge Kane for Clarification Regarding Discovery Costs from a previous ruling by this Court regarding which parties shall bear the costs of certain discovery.  To date, the Special Master has required claimants to bear their own costs of certain requested items and it is the position of class counsel that this is contrary to this Court's previous rulings.  As a result, class members who are participating in the damage claim process are not able to obtain necessary documents in a timely fashion to proceed with their claims because they cannot afford the copying charges imposed by DOC.  Thus, class counsel is seeking a

stay of all proceedings until this issue is resolved in order to ensure that claimants are not prejudiced during the damage claims process.

2. In addition, class counsel will be intervening in the Claim of Joseph Lovato (03-085) in which the Special Master found that the Tenth Circuit's recent decision in *Fitzgerald v. Corrections Corp. of America,* 403 F.3d 11134 (10th Cir. 2005) precludes the Special Master from awarding damages to claimants for the Defendants failure to provide medical care and treatment for their disabilities, despite the clear terms of the Settlement Agreement.  It is the position of the Plaintiffs in this case that legal rulings which occurred after the date of the Settlement in this case cannot bar the damage claims already agreed to by the parties.  The Special Master has already relied on the *Fitzgerald* case to bar damage claims in at least ten decisions to date.  As the Special Master's reliance on *Fitzgerald* will have a substantial and prejudicial impact on the entire damage claim process, Class counsel requests a stay of all further proceedings and appeal deadlines until this issue has been resolved.

3. These issues are having a substantial cumulative impact on the damage claims process.  Accordingly, Class Counsel requests a status conference with this Court to request a stay of proceedings and if appropriate, to set any necessary hearings to resolve these issues.

4. Undersigned counsel has discussed these issues with Beth McCann, counsel for the Defendants.  Ms. McCann has indicated her clients will oppose the stay of proceedings.  Ms. McCann has stated she is available for a status conference at 10:00 a.m. on September 8, 2005, which is one of the dates provided by the Court

as an available date for a status conference.  Undersigned counsel is also available at that time for the conference.

RESPECTFULLY SUBMITTED this 16th day of August, 2005.

~s/ David H. Miller_____
David H. Miller
King & Greisen LLP
1670 York Street
Denver, CO 80206
Phone:  (303) 298-9878
Fax:  (303) 298-9879
E-mail: miller@kinggreisen.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of August 2005, I electronically filed the foregoing **REQUEST TO THE HON. JOHN L. KANE FOR STATUS CONFERENCE AND REQUEST TO STAY PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses. via U.S. Mail, addressed to:

Beth McCann, Esq.
James X. Quinn, Esq.
Assistant Attorney General
Civil Litigation and Employment Law Section
1525 Sherman St., 5th Floor
Denver, CO 80203
james.quinn@state.co.us

Hon. Richard M. Borchers
Legal Resolution Center
707 Zenobia St.
Westminister, CO  80030
dborchers@legalres.com


  ~s/ David H. Miller
David H. Miller