DISTRICT COURT: FOR ~~COUNTY~~, COLORADO
of the United States Courts
Special Master — Claimant 03030

J. Montez, et al
Plaintiffs

v.

Gov. Bill Owens, et al.
Defendants

Appearing Pro Se  L.R. Moore 47702
Box 777 CSP E34
Cañon 81215
No Phone

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2005

GREGORY C. LANGHAM
CLERK

▲COURT USE ONLY▲

Case No. 92-N-870
Div./Ct.Rm. LRC

Addendum to Motion To Suppress.

Claimant adds new information to his Motion To Suppress For Perjury, submitted 9 Aug 05. Later that date he received a written and oral message from Lynn Erickson, head of CSP Clinical Services, who stated, at the 15 July 05 hearing that a replacement wheelchair had arrived at CSP for claimant. In motion Claimant points out this was perjury as Erickson knew this to be false. The new information confirms this.

Ms Erickson replied to his request/ demand that any replacement be a true replacement, not some salvaged bargain. That is either same model or its equivalent. He asked her for catalogs as unsure of what brands

Colo DOC currently allows, and what their current lines are; it has one that McCall stole was not to be replaced by same make and model.

Her reply was that there would be no replacement, that she was "going forward" thus would not again reply on this subject. That was her written reply. The oral reply, via nurse delivering written, was "Get up and walk."

Again this illustrates the depth of the problem Claimant has in effectively communicating with those, including Special Master Borcher, who refuse to base their @ judgements on facts versus fantasy. Note that Master Borcher stated as fact that a replacement wheel-chair had arrived in his Final Order, using this fantasy, now officially one, as excuse to dismiss some claims.

THEREFORE Claimant respectfully requests this Court to note that both CSP refused to @ accept that he is paralyzed due to spinal severation,

PAdd – 3 –

(versus some milder paralysis), and that ~~bath~~ Erickson lied about replacing claimant's wheelchair ~~and so~~ Master Borchers wrongly dismissed claims based on ~~these~~ lies.

Respectfully submitted this 11 day of August 2005 by Claimant without copy to Attorney General per his statement at hearing.

L R Moore

At Letter to and from Erickson

L.R. Moore 47702
E 311      9 Aug 05

Lynn Erickson
Clinical Services, CSP

You need to stop returning my letters unopened or kiting lack room for essential details. You gave impression, which Borcher claims is already done ("chair here"), that you had budgeted a replacement for 'chair stolen by McCall, a replacement at least as good'. As such, must be all air with tire pump & snake bellies, made to measure. Maj Medina knows my 'chair as was at AVCF where he gave me a maintenance drawer for pump tools. Anything less unacceptable. Quad-a made it for me - and can duplicate it from their records. Or I'll accept another of equal value from catalogs. Unless your provider covers theft, I doubt provider will approve.

If you refuse to so replace, state so. Meanwhile, repair your 'chairs including one in E311.
RSVP soon.

L R Moore

Mr. Moore - I do not know anything about your previous chair - or McCall. I am moving forward and will not respond to anymore letters

Regarding your old wheelchair.

Chuck
8/9/05