1                          FEDERAL COURT HEARING

2                    FORT LYON CORRECTIONAL FACILITY

3                  STEVEN PAUL WALKER – CLAIM 03-051

4                              MAY 24, 2005

5

6    SM:    This is Claim 03-051.  The claim is Steven Paul Walker.  It is May 24, 2005.

7           We're located at Fort Lyon Correctional Facility in Fort Lyon, Colorado

8           schedule for Hearing on this particular claim.  Mr. Walker's present, he's

9           representing himself.  Could I have those of you who are in attendance please

10          clearly state your names so since we are making the compact disk, somebody

11          has to do the transcription and they may not recognize the name from the

12          list…would you go ahead and start?

13   JD:    Jess Dance for the Attorney General. D-A-N-C-E.

14   JQ:    James Quinn also with the Attorney General's Office Q-U-I-N-N.

15   CS:    Dr. Cary Shames, Chief Medical Officer, Colorado Department of

16          Corrections.

17   CH:    Cathie Holst, Manager, Office of Correctional Legal Services, Department of

18          Corrections.

19   SM:    Thank you very much.  Mr. Walker I had sent out an order (inaudible) did you

20          get that?

21   SPW:   Yes sir.

22   SM:    Okay…what I'd like to do is I'd like to ask you some questions if I can so I

23          can get some things straightened out.  I've gone through your file three

                                        1

1        times…twice yesterday so I (inaudible)  I have a duty to ask you to take look

2        (inaudible) testimony you are about to give will be truthful, the whole truth

3        and nothing but the truth?

4    SPW: Yes I do.

5    SM:  Sir could you please state your full name for record so that somebody will be

6        able to recognize your voice in transcription.

7    SPW: Steven Paul Walker.

8    SM:  Mr. Walker I'd like to run through some things that I'm going to give you a

9        complete opportunity to (inaudible)additional exhibits you want to submit

10       (inaudible) I want to make sure that I'm not confused.  You indicated in your

11       claim that you had been incarcerated in the Adams County Jail for

12       approximately six months before you came into DOC (inaudible)

13   SPW: Yes sir.

14   SM:  When were you incarcerated at the Adams County Jail?

15   SPW: I was incarcerated in Adams County Jail from uh… I'd say April 2002 uh to

16       August…it was probably less than six months.

17   SM:  August of 2002?

18   SPW: Yes.

19   SM:  Was it shortly thereafter that you came into DOC custody?

20   SPW: Yes, it was.

21   SM:  Do you recall the exact date, if you don't that's fine just tell me (inaudible)?

22   SPW: Uh, in either late August or early September I was in DRDC and from there I

23       continued on to Limon Correctional Facility.

1    SM:    I understand you spent several months in Adams County?

2    SPW:   Yes sir, I spent seven to eight months at Adams Correctional Facility.

3    SM:    Mr. Walker I just want to make sure…based upon your letter submitted to me

4           in writing you indicated that you lost your leg as a result of your (inaudible)

5    SPW:   Yes sir.

6    SM:    When did you lose your leg?

7    SPW:   I lost my leg uh in April of 2002.

8    SM:    April 2002?

9    SPW:   Yes sir.

10   SM:    You had surgery…where did that take place?

11   SPW:   Denver General Hospital.

12   SM:    From that point forward, uh did you have at any time uh prosthesis prior to

13          coming into DOC custody?

14   SPW:   No sir I did not.

15   SM:    And how were you getting around …were you in a wheelchair at that time?

16   SPW:   Yes sir.

17   SM:    You told me in the written documents that when you arrived at DRDC that it

18          was some effort when they fitted you for the prosthesis…can you tell me about

19          that.

20   SPW:   Yes sir, uh I met with a gentleman from Abilities Unlimited named Bill

21          Beiswanger and uh he fitted me for a prosthesis with a multi-access response

22          ankle with a uh…a skeletal uh…I forget what the proper name for the top part

1   of the prosthesis…it's a prosthesis where you would have a movable ankle…I

2   actually have the name of the prosthesis…

3 SM: I think you included that in (inaudible)

4 SPW: Yeah, I believe I did.

5 SM: How long were you at DRDC?

6 SPW: Uh, I believe it was about a month and a half.

7 SM: You did not receive any prosthesis during the time that you were there is that

8   correct?

9 SPW: No sir.

10 SM: How did you get around?

11 SPW: Uh, in the wheelchair…I'd push myself around.

12 SM: And you got transferred according to what you told me…transferred to Limon

13   is that correct?

14 SPW: Yes sir.

15 SM: Did you have a prosthesis while you were at Limon?

16 SPW: Uh, no I did not and when I was…when I got to Limon, I waited and waited

17   and I asked medical about it over and over and reminded medical that I did see

18   Bill at DRDC about getting a prosthesis.  Finally months later, they brought

19   another gentleman out named Jeff Ostermiller from Denver Prosthetic I

20   believe it is and he then reevaluated my prosthesis and then they…I don't

21   know, I would say…if I understand it…there was a budget crunches and all

22   this stuff…they then decided that they were going to build me a cheaper

23   prosthesis, which would not have any multi-access ankle movement or

1        anything in the regular…at all which (inaudible) Bill and I originally proposed

2        to build for me.

3    SM:    Okay…Again I apologize…how long were you at Limon?

4    SPW:  Seven months…roughly seven to eight months.

5    SM:    In your written documents to me, you indicated you were spending some

6        significant (inaudible)…could you describe those…tell me about those?

7    SPW:  Yes sir…while at Limon…incarcerated at Limon, the shower was a very

8        difficult situation for me and  it's my number one issue and I did grieve this

9        issue to the Step-Three Grievance…unsuccessfully lost three votes.  Uh, I was

10      explaining in my grievance and I'm sure you've read them I believe

11   SM:    I have…

12   SPW:  and uh …what the shower is…there's a ramp that goes up into the shower,

13      which I couldn't access in my wheelchair because I would tip over if I tried to

14      go up the ramp.  Limon Correctional Facility…the medical staff gave me a

15      small plastic shower chair about two feet tall and maybe a little taller uh with

16      handles on the side with no wheels.  Uh, I only have one leg.  When I go up to

17      the shower I have to hop on one leg while sliding this shower chair up into the

18      shower.  Uh, usually the floor is wet and I'm in some sort of a shower shoe

19      uh…it's very dangerous.  There's no hand rails in the shower.  Uh there's

20      nothing to hang on to so… with this shower chair that they provided me with

21      you know…it's rather embarrassing situation on top of it because while doing

22      this you have to do in front of everybody in the pod and I'm hopping on one

23      leg up into the shower with this shower chair that's not stable…it's like…it's

1        just a little piece of plastic chair…it's not…anyways while getting in the

2        shower, there's nothing to hold onto…there's no handrails again I say there's

3        no way to possibly turn around in the shower cause there's nothing to hold on

4        to.  Uh, making it really a life threatening situation for me, because if I fall say

5        I hit my temple you know it could cause death or permanent injury to myself

6        and uh I had to do this everyday while I was at Limon.  Um, I felt like I was

7        put in a rather bad situation because in knowing that DOC does have other

8        facilities that house inmates at with shower…with these hand railings and they

9        would not house me at another facility and I know that other people have been

10       (inaudible) in house like these other facilities because of their medical issues

11       and they decided to house me there even though I didn't grieve this to respect

12       the grievance they did deny me and they did ignore me and uh I guess that will

13       be all with that issue.  The next issue would be the yard is inaccessible for

14       wheel chairs.  It's a dirt track with gravel and there's a baseball field in the

15       middle of the yard which I couldn't access in my wheelchair cause I couldn't

16       make it through the dirt.  I never was assigned a pusher.  I never was asked if I

17       needed a pusher.  Uh, I didn't know this coming to DOC…is it my job to

18       ask…do I have to assign myself a pusher, am I not supposed to be assigned a

19       pusher?  I was never offered one.  Uh, the music room was not available to

20       handicapped individuals because it was upstairs and I'm not welcome

21       upstairs…that's not a fairly major issue to me but it is an issue.  I would like to

22       of uh been able to enjoy you know as other inmates have…are able to access

23       this music room that they have at Limon.  Uh, really that's about all the issues

6

1          I have and I would just want to put emphasis on the first issue which would be

2          the shower.

3   SM:   This deals with Limon?

4   SPW:  Yes sir.

5   SM;   and what (inaudible) would be the transfer here at Fort Lyons, correct?

6   SPW:  After doing seven months (inaudible)

7   SM:   Here at Fort Lyon, have you had problems?

8   SPW:  Uh, no not really…I'm not complaining about this facility at all really.

9   SM:   I notice that your wheelchair is (inaudible) problems (inaudible)

10        prosthesis…where are you as far as the prosthesis?

11  SPW:  Uh, I am definitely currently having problems here at this facility with my

12        prosthesis.  Uh, I…my prosthesis has been nothing but a problem since the

13        first one I got and I'd just kind like to start where I left where I ended off.  As I

14        came to this facility from Limon without a prosthesis still…Limon did

15        eventually get me a prosthesis but I did not get the prosthesis until I got to this

16        facility.  There was another gentleman at Limon Correctional Facility and I

17        believe I put it in my grievance uh his name was Danny Carr.   He received the

18        multi-access ankle and all the stuff that Bill from Abilities had first originally

19        decided to get…wanted to submit for me through Colorado Access and uh

20        mine was denied for what reasons I don't know…there was another inmate

21        that received the same leg as me…uh I… you know I had to uh end up paying

22        for this ankle, which cost me like $2200…my parents paid for and uh while

23        another inmate received it, which I don't know what the difference from that

1       inmate from me would be.  Uh, except for…it was his first prosthesis and this

2       is my first prosthesis…he received prosthesis through Bill Beiswanger.  Now

3       they have another pros…after I seen Bill I guess they decided that they didn't

4       want Bill to do my prosthesis so then they had Jeff Ostermiller from Denver

5       Prosthesis come out and the most that they was wanted to give me was a

6       beginner's prosthesis with no…it's basically bottom of the line prosthesis you

7       can buy.  There's no movement in the ankle or anything.  My problem with all

8       this is that I've had a knee operation years ago and uh I'm trying to get the

9       best prosthesis I can because of the fact that my…there's only two things that

10      move in your leg and it's your knee and it's your ankle.  Your other parts

11      aren't that functional.  I mean that's where your, your, joints…that's where

12      you have movement location you know in your leg and I was trying to get the

13      best prosthesis to be easier on my knee because I've had an operation here

14      years ago.  Anyway they did not want to get that prosthesis so they did make it

15      available for my parents to uh buy this prosthesis and it was through a form

16      which was the seven hundred uh…dash two that's through the.

17  SM:    Was it $2200 dollars that your parents…

18  SPW:  Yes, yes…$2200 dollars that you know…

19  SM:    Let me if I can…when did you apply for this prosthesis (inaudible) at Fort

20        Lyon (inaudible)

21  SPW:  Uh…nine months from the time I came from DRDC to the time that I received

22        it, it was here a Fort Lyons.

23  SM:    So about ten half months after you (inaudible)

1    SPW:   Actually it was due…it would be nine months including the time from DRDC.

2    SM:    You described in your documents (inaudible) are you still experiencing that?

3    SPW:   Yes sir I am…I'm still having issues as of now and uh I would just like to

4            explain the …after I did receive this multi-access ankle, the uh…they put it on

5            this other leg that broke that Bill built for me…I mean that uh excuse me I'm

6            sorry that Bill Beiswanger built for me.  The way he broke it…the ankle…it

7            fell apart from the ankle so then uh…DOC medical staff here a Fort Lyons

8            decided that they did not want to use Jeff Ostermiller at this time so they then

9            called Bill and then Bill (inaudible) had him come out which is the one that I

10           had originally.  He came out and built me a…put this ankle on a endo-skeletal

11           uh shaft, so that, which is a better shaft that…it's the one that broke…it's a

12           better shaft…they, they put that on there.

13   SM:    Now have you had some problems (inaudible) stump physically…did you

14           have problems that continue (inaudible)

15   SPW:   Yeah, it's constantly changing…the size of my stump and as of right now, I'm

16           needing a new socket and that's why I'm not wearing the prosthesis today and

17           this had been itchy for weeks now.

18   SM:    Tell me about that…I understand about the socket but what has been an

19           issue….not getting cooperation from staff here or is getting cooperation is just

20           the nature of what you're (inaudible) telling me (inaudible)?

21   SPW:   Uh…I'm trying to obtain the Flex-Foot for, which another inmate obtained

22           here at the DOC…his name's uh Mr. Carr…Ernest Carr and uh he uh received

23           this Flex-Foot through DOC medical staff which allows a person to be more

1     active and ever since he received this he's been able to work eight hours a day.

2     Uh, I tried to receive the same uh prosthesis and Colorado Access has denied

3     it.  Like this is what I've been through after three years.  I have been trying to

4     get the Flex-Foot modular three, Carbon X actofill but Colorado Access has

5     denied it two to three times.  Dr. Bill Beiswanger has submitted for this Flex-

6     Foot for me as he felt that it would meet my needs.  Dr. Becroft and the 12012

7     asked me to write down my needs and resubmit the request for the Flex-Foot

8     Modular three.  Two doctors have requested this Flex-Foot for my prosthesis

9     to meet my needs.  Uh, they just continue to deny this but at the same time,

10    there was another inmate that was here…just a little while back and uh he

11    received the same Flex-Foot and DOC medical paid for his and I'm just trying

12    to have the same opportunities you know that he has you know to have these

13    uh…I have the same goals that Mr. Carr does cause I want to work eight hours

14    a day and I'm a fairly active person and they've continued just to deny me and

15    now I've offered to even pay for this Flex-Foot…I'll just read on…since

16    Colorado Access did not approve this request, I would like to ask that DOC

17    Medical would allow me to pay for this Flex-Foot on my own.  I'm aware of

18    the DC Form 700-21 A & B.  I have used this form to upgrade the ankle on my

19    first prosthesis while incarcerated at Limon Correctional Facility.  After

20    receiving this multi-access dynamic response foot ankle part for my prosthesis,

21    DOC Medical has continued to be responsible for the socket and liners and

22    socks and we've been continued after this form to be responsible for my

23    prosthesis but (inaudible). You know I asked DOC if they would just allow me

1       to pay for this Flex-Foot modular 3X Carbon X actofil but they said if I pay

2       for…if I try to pay for this Carbon X actofil that I would have to have to

3       become fully responsible for the rest of…to pay for the rest of my prosthesis

4       needs.  Anything that happens to my prosthesis I would then be responsible for

5       the rest of my time incarcerated at DOC.  After I…the last time I paid for this

6       uh ankle…this multi dynamic ankle…response foot, uh DOC still paid for the

7       other liners and everything thereafter and uh everything to the prosthesis.  But

8       uh what I don't understand is I feel like I was forced into paying for these parts

9       because of the fact that DOC would not pay for them and uh you know at the

10      same time they're doing it for other inmates right around me.

11  SM:    Let me clarify something (inaudible) the first prosthesis broke, is that

12       correct…that's when you (inaudible) Jeff (inaudible)?

13  SPW:  Yes sir.

14  SM:    Okay…how long did you have that before (inaudible)

15  SPW:  Uh, let see it was uh…shhh…

16  SM:    Just give me your best estimate?

17  SPW:  I don't know roughly six to seven months.

18  SM:    How long have you had the (inaudible)

19  SPW:  I've had it ever, ever since until this present time.

20  SM:    It isn't, it doesn't work at the present time or doesn't work as well as you like

21       or problems with the  (inaudible)

22  SPW:  Well, the thing is, is that I uh because of the this previous knee operation that

23       I've had, I'm trying to get this Flex-Foot because it would be easier on my

1     knee because it provides flex in your step and I'm not wearing my prosthesis

2     right now because of the cup and that my knee is hurting from it and I have

3     filled out a kite (inaudible) just recently to medical and uh I believe it's going

4     to need to be X-rayed because of the fact that when I put my prosthesis on…I

5     was having an issue with the back of my new prosthesis where it was low, too

6     high in the back so when I bent my leg I couldn't bend down all the way so uh

7     Bill from Abilities came out and he uh lowered it down further in the back.

8     When he lowered the back part down further in the back, the front of the cup

9     with the socket was ramming into my knee cap so hard that it was pushing my

10    knee cap straight up in just hurting my knee basically…so I stopped wearing it

11    because it was hurting my knee to the point where I think I may have hurt my

12    knee and right now I'm at an issue where with medical I think that they might

13    need to X-ray my knee to see if something came you know apart in

14    there…I've got like a screw and a pin in my knee from this operation where I

15    got…I was trying to obtain this Flex-Foot a long time ago…from the

16    beginning, not from the very beginning but after I got to this facility uh to

17    make it easier because on this other foot…on this dynamic response foot, it

18    doesn't have no spring or give in it so every time I take a step it's jarring on

19    my knee.  It's a lot harder on my knee as a two-way foot that doesn't flex and I

20    was trying to obtain this Flex-Foot not for just this reason because my knee

21    was not really hurt at the time but now I can see that as time goes on that this

22    is going to definitely affect my knee because I had a previous operation and uh

23    it's just going to be a lot better in the long run to avoid all these problems for

1    me to get what better equipment that I need that way I can avoid having to

2    have maybe another knee surgery, which I really don't want to have to go

3    through in DOC.

4    SM:    Please (inaudible)

5    SPW:   Uh, my MRD is 2/20/18.

6    SM:    Did you have a job where (inaudible)

7    SPW:   Yes sir I did eventually…I was in…I took a GED class while I was there and

8    then I went into computers….computer class.

9    SM:    Were there…talk with us about the (inaudible) we have the programs that

10   allow you to participate in (inaudible) the prosthesis.

11   SPW:   Uh, no not really…I'm not thinking of any.

12   SM:    (inaudible)

13   SPW:   No. sir.

14   SM:    Okay…are there programs here (inaudible)

15   SPW:   Well yeah I mean I want to be able to work an eight hour day and to be able to

16   do so I need the proper prosthesis so I can be you know equal to other inmates

17   and I like to have the same opportunities as any other inmate would have and I

18   feel like if I can be uh you know…uh if I can have this prosthesis that I'm

19   trying to get—the Flex-Foot—I can get my full abilities out of it…to my

20   abilities that I'm capable of.  Without the proper equipment, I can't walk that

21   far in the prosthesis that I have at all.

22   SM:    Let me go back…you talked about the shower issue.  Were there other inmates

23   that (inaudible)

1    SPW:  Yes there was one other that I'm aware of.

2    SM:    Do you know how they got (inaudible) to the showers?

3    SPW:  Very difficultly.

4    SM:    The same problems that you have?

5    SPW:  Yes.

6    SM:    Mr. Walker, I think I've answered the questions (inaudible) I want to give you

7            the opportunity to (inaudible) testimony in addition (inaudible) tell us what

8            you're asking for (inaudible) anything else you want to tell me…?

9    SPW:  Uh, no that's all I want…

10   SM:    Cross-examination?

11   JD:     Yes…when you do have your prosthesis, are you able to walk with it?

12   SPW:  Uh, yes.

13   JD:     Okay…what specific jobs have you applied for here at Fort Lyon?

14   SPW:  Uh, I have…they don't have a lot of jobs that you can do in a wheelchair or

15           anything…my walking is pretty limited.  I've signed up for the computer class

16           that they've just started here as of three or four months ago…

17   JD:     Okay…

18   SPW:  That's about it…they haven't offered me any jobs since I've been here.

19   JD:     and but have you specifically applied for any?

20   SPW:  Uh, I don't know what job I would apply for because they don't have any here

21           for people in wheelchairs.

22   JD:     Okay…uh from December of 2003 through April of 2004, you worked for

23           clinical assistance…is that correct?

14

1    SPW:  Uh, no I was a volunteer…

2    JD:    Okay, what did you do as a volunteer?

3    SPW:  I occasionally went and got the uh newspapers or I pushed somebody in a

4           wheelchair once in a great, great while.

5    JD:    Okay…so ever since you got to DRDC…you've been in DOC custody, you've

6           either had your prosthesis or a wheelchair…is that correct?

7    SPW:  Yes.

8    JD:    Did you ever have problems with your wheelchair?

9    SPW:  Um, yeah, I'm over and over I'm still having problems with it…and they do

10          maintenance on it…

11   JD:    They would do maintenance on it?

12   SPW:  Yeah.

13   JD:    and when you had problems with your prosthesis the first time and it

14          broke…DOC replaced it and got you a new prosthesis?

15   SPW:  Yes they did.

16   JD:    And you did receive a shower chair while you were at Limon…is that correct?

17   SPW:  Uh, yeah it was a shower chair

18   JD:    Okay.

19   SPW:  I mean it wasn't a good shower chair…it was just a small …it's not like the

20          shower chairs with wheels and seats on it…it was just a piece of plastic with

21          four plastic…it was like a little stool…it was at the very minimum a shower

22          chair.

23   JD:    Okay.

1  SPW:  You know…

2  JD:  You said that you were interested in music, do you play an instrument?

3  SPW:  I mean I play the guitar.

4  JD:  Okay…but there are certain qualifications to be able to go to the music room

5  at Limon…do you know what those qualifications are?

6  SPW:  Uh, I think you have to have a job…uh have to be in a class of some sort.

7  JD:  Okay…do you know what class you have to be in?

8  SPW:  The music class maybe…

9  JD:  Uh huh.

10  SPW:  You have to sign up for it but it's not possible for me to uh get to it

11  anyway…so.

12  JD:  There were also…the music classes at Limon were available…there was a

13  music room but there were also music classes available in other parts of the

14  building…correct?

15  SPW:  No.

16  JD:  Not that you know of?

17  SPW:  Not that I never, ever…never was when I was there…the music classes…the

18  music room is upstairs over the gym.

19  JD:  And your parents…you said that your parents paid $2200 to give you an

20  upgrade?

21  SPW:  Yes sir they did.

22  JD:  And they have offered to upgrade again…to pay for another upgrade is that

23  what you just said?

1    SPW:   Uh huh.

2    JD:    Going back to while you were at Fort Limon…you said that you couldn't

3           move around the yard very well, is that correct?

4    SPW:   Yes sir.

5    JD:    I believe in your supplemental form…one of the forms…your claim forms you

6           submitted you said you could move over to the wait area…was that correct?

7    SPW:   Uh yes sir…uh when you first…could I just explain?

8    JD:    yes.

9    SPW:   When you first come out the door to go outdoors from the gym at Limon

10          there's an area maybe about half the…maybe about the size of this room that's

11          a concrete pad with a universal weights, but the whole yard is…the whole

12          entire yard is a dirt track and the baseball field where all the grass is and

13          everything is on the other side of this dirt track and uh it's a ways away from

14          this area so it's inaccessible.  The further it's out it's like this first area which

15          was there was nothing I could do there anyway so I mean…

16   JD:    but you could access the weights?

17   SPW:   I could access the weights but I wasn't trying to lift weights…I want to go out

18          to the yard, the baseball field and the grass.  You know there's stuff out in the

19          yard I had no place to exercise or to wheel around in my wheelchair.  I mean

20          you know like they have here like the track…I mean like (inaudible) people

21          there in that area at Limon are using the weights and when you come out the

22          door there's weights here so if you're not using the weights you're basically in

23          the way when there are two handball courts over here so here's the weights

1      and the handball courts and basically uh you know there's no where to go if

2      you're sittin in a wheelchair and if your not liftin weights or playing handball

3      which I'm not obviously doing them sitting in a wheelchair…there's no place

4      to go because the whole track's all soft gravel dirt and uh it's inaccessible to a

5      wheelchair.

6    JD:    You're currently on medical with some restrictions is that correct?

7    SPW:  I'm an M4.

8    JD:    Okay…do you know what that…wh

9      at your restrictions are?

10   SPW:  Uh, I can't walk or stand…I don't know what they have listed now.

11   JD:    Okay.

12   SPW:  I know what I can do…

13   JD:    Just read those two right there…

14   SPW:  Yeah no intensive labor, no prolong standing over specified time…

15   JD:    You filed a grievance in June of 2004 concerning your prosthesis is that

16      correct?

17   SPW:  Uh, yes I did.

18   JD:    Okay…is this a copy of that?

19   SPW:  Yes sir.

20   JD:    And this grievance summarizes one of your main concerns that you spoke

21      about today or please summarize what your grievance was…

22   SPW:  Uh my grievance is the prosthesis device…uh I was trying…my grievance and

23      this grievance is what I'm trying to obtain here is the Flex-Foot Modular 3

1       Carbon X Active Heel…that's what I've been trying to obtain in this

2       grievance.

3  JD:  Okay and do you know where your grievance was sent as in which department

4       at DOC received a copy of your grievance?

5  SPW: Yes sir, it was medical.

6  JD:  That's who you wanted it to be sent to medical?

7  SPW: That's who I was grieving.

8  JD:  Okay…you are aware that it became…it was sent to the AIC…to the ADA

9       administer…

10 SPW: Yes sir, I sure am.

11 JD:  and did you want it to be sent to the ADA Administer?

12 SPW: Yes and uh…no I did not…can I explain why?

13 JD:  Yes.

14 SPW: The reason why I did not want it to be sent to this ADA is because of the fact

15      that this was a medical grievance…if you read in my grievance it will state in

16      uh…lets see…this is what I wrote in my step-two grievance and I don't know

17      if you have that because I don't know if you ever received it but uh I did file a

18      step-two…tried to file a step-two grievance uh this is a medical

19      grievance…this is not a ADA grievance and this has been a medical grievance

20      starting with the informal resolution.  Uh…Dorothy Piercy sent me a message

21      from medical that states your grievance has been forwarded to Cathi Holst at

22      headquarters stating this is an ADA issue on 6/11/04…6/11/04 is this date that

23      Dorothy Piercy signed my step-one grievance.  Upon receipt it states…I

1      acknowledge receipt this date of complaint from the above offender in regard

2      to the following subject – medical.  If you look on the grievance it states it's a

3      medical grievance and the reason why it's a medical grievance is because of

4      the fact that medical is the one that's submitting this form or whatever they

5      submit to Colorado Access to have the prosthesis approved and what they did

6      for Mr. Carr was write a letter for him…Mr. Peterson the provider wrote a

7      letter for Mr. Carr on his behalf so he would be able to obtain the Flex-Foot

8      Modular 3 Carbon X Active Heel you know and Mr. Carr told me

9      himself…Mr. Peterson had noticed that he lost a lot of weight, that he was a

10      very active person and he would need this Flex-Foot 3 you to know to obtain

11      his goals and this is why I'm grieving medical on this procedure because they

12      made this possible for him…

13  JD:    So you wanted medical to deal with your prosthesis not the ADA

14      administrator?

15  SPW:  I didn't have a problem…I didn't say that… no, no sir I said this grievance is a

16      medical grievance…

17  JD:    Okay.

18  SPW:  as far as that goes…

19  JD:    Okay…submit two copies of the grievances…the first one is…the top one is

20      about the prosthesis and the second one is saying that he never wanted it to go

21      to ADA coordinator…he wanted it to be treated as a medical issue…

22  SM:    (inaudible) Mr. Walker do you have any objections to these papers?

23  SPW:  Yes I do.

1    SM:     What are they?

2    SPW:    My objection is this started off as a medical grievance and they chose to

3            channel it off to ADA, while I'm filing a medical grievance obviously I want it

4            to be a medical grievance.  They channeled it off to the ADA on their own and

5            I object to that completely because I did not file an ADA grievance…this was

6            a medical grievance.

7    SM:     I don't think that goes to whether the documents should be admitted…I

8            understand what your objection is and I appreciate that.  I'll admit A and B at

9            this point.

10   JD:     And it was Colorado Access that denied your request at least twice for the

11           higher qualify prosthesis?

12   SPW:    Three times.

13   JD:     Three times Colorado Access denied it?

14   SPW:    That I know of yeah.

15   JD:     Okay…may I have a moment your Honor?

16   SM:     Uh huh sure.

17   JD:     I just have a few more questions…did you…while you were at Limon, did you

18           apply to participate in the music program?

19   SPW:    No sir.

20   JD:     You didn't file an applic…okay…that's all we have.

21   SM:     Mr. Walker I have a couple of quick questions and I'll give you an opportunity

22           to (inaudible)  You talked about this flex 3 prosthesis…do you know from

23           talking with anybody…the people at medical or anybody at Colorado

1         Access…either of the programs…(inaudible) what's that prosthesis cost…do

2         you know?

3    SPW: Yes sir it's uh through DOC's insurance to upgrade the part that I'm asking for

4         is $4300 roughly $4000 dollars roughly…the uh ankle that I paid for was

5         $2200…basically that would be the only part that I would be needing… would

6         be the Flex-Foot…

7    SM:  Do you read Sports Illustrated…did you see last weeks Sports Illustrated about

8         the current Olympian with his Flex-Foot?

9    SPW: I read about stuff like that all the time.

10   SM:  He was running the hundred meters just slightly in excess of eleven seconds

11        (inaudible) prosthesis.

12   SPW: Yes…yeah.

13   SM:  Anything you'd like to reply to in terms of questions that were asked by Mr.

14        Dance…

15   SPW: Uh, while I guess I pretty much already did on this grievance.  I don't know if

16        you ever made this available to you…

17   SM:  I have copies of that…I understand what your position is.

18   SPW: Okay…uh I just wanted to make clear that this was you know…I have not

19        chose yet to file an ADA grievance at this time for this issue because of the

20        fact that medical was working with me and they stopped my grievance because

21        we…the reason why we stopped this grievance was because uh the uh Dorothy

22        Piercy, the MD, said we could resubmit this uh and tell Colorado Access my

23        needs and resubmit my uh Flex-Foot Modular 3…resubmit it and that's the

1       reason I stopped…or it would have made it to a step–three grievance.  The

2       reason why this didn't make it to a step-three grievance is because they

3       stopped the grievance to resubmit to Colorado Access for the Flex-Foot again

4       telling them my needs…when my needs of course would be to be able to be on

5       my feet longer and to do uh strenuous activities you know and to participate in

6       whatever kind of sports or what other inmates are able to do around here,

7       which you know I cannot do on the prosthesis I have because it is limited…it

8       is very limited for me cause all I can do maybe walk a couple laps around here

9       and it hurts you know and these other guys have got these prosthesis can work

10      eight hour days you know and run around and play softball and stuff and I just

11      want the same opportunities as what other inmates and I…I do have their

12      names and DOC members…I did put them in my….you know I've even

13      spoken to Bill from Abilities Unlimited and he says he done five or six of

14      these kinds of…these kinds of Flex-Foots and things for other inmates in DOC

15      and uh I don't feel for any situation that I should be treated any differently

16      than any inmate in DOC…I should be treated equally regardless of what

17      prosthesis they may have came into to DOC with or not…I never came into

18      DOC with a prosthesis period…so for them to base it on anything like that

19      would be ridiculous because the fact that I never had a prosthesis when I came

20      into DOC and I just really would like to be treated as an equal.  I feel like its

21      discrimination from one inmate to another to get one inmate you know a

22      prosthesis that he can help with kinds of uh…you know be able to work and

23      play baseball and whatever and everything else because he has a Flex-Foot and

1        do you know all kinds of strenuous activities and then when another inmate

2        asks for that same Flex-Foot they tell him no you can't have it because you

3        know for whatever reason they're denying it…I don't know…and then I'm

4        offering to pay for it which I really don't feel like we should have to pay for

5        any of this stuff…but I feel like it's my only option out of it because that's

6        how bad I want to obtain this equipment, but you know if they're doing this

7        for other inmates I just don't…I feel likes it…I just feel like it's discriminating

8        from inmate to another.

9    SM:    Okay.

10   SPW:  I mean that's really all I have.

11   SM:    Re-cross.

12   JD:    Yeah…very briefly…have you ever been denied earned time as a result of not

13        being able to work?

14   SPW:  Denied earned time…uh no.

15   JD:    Okay…and while you were at Limon you said that you were in a GED class…

16   SPW:  Yes sir.

17   JD:    and you completed that class?

18   SPW:  Yes.

19   JD:    And while you were at Limon you were also in a computer class?

20   SPW:  Yes.

21   JD:    And then here at Fort Lyon you were in a core class?

22   SPW:  A core curriculum class…I finished.

23   JD:    And you finished that program also?

1    SPW:   Yes.

2    JD:    Okay…I'd like to submit Defendant's Exhibit C, his earned time report and D

3           the stuff on programs and jobs.

4    SM:    Mr. Walker any objection to these being submitted…the weight to be given to

5           them if any,  is up to me…it's.

6    SPW:   No sir not at all.

7    SM:    Okay they are admitted.  Mr. Walker anything further?

8    SPW:   No sir.

9    SM:    Board Defendants…your first witness.

10   JD:    Call Dr. Cary Shames.

11   SM:    Solemnly swear or affirm the testimony your are about to give is to be the

12          truth, the whole truth and nothing by the truth?

13   CS:    I do.

14   SM:    Sir, please state your name.

15   CS:    Dr. Cary Shames.

16   SM:    Present business address and occupation.

17   CS:    Uh 2862 South Circle Drive, Colorado Springs.  Chief Medical Officer,

18          Colorado Department of Corrections and professorial lecturer at the University

19          of Colorado School of Medicine.

20   SM:    Thank you (inaudible)

21   JD:    Dr. Shames…who determines whether an inmate would receive a prosthesis or

22          any other accommodation for that matter?

1   CS:   Uh, the initial screening is uh done by the providers of the facility, and then

2             Colorado Access would have the determining say as it relates to what is

3             medically necessary and meets specific guidelines which are national set

4             guidelines and then ultimately I have the ability to uh make decisions on cases

5             that uh there are issues or problems.

6   JD:   What is Colorado Access?

7   CS:   Colorado Access is a Managed Care company for the State of Colorado and

8             does Medicaid as well as uh Colorado Department of Corrections, Managed

9             Care contracts them.

10  JD:   Are they a part of the Department of Corrections or not?

11  CS:   (inaudible)

12  JD:   and have you had an opportunity to review Mr. Walker's medical file?

13  CS:   I have.

14  JD:   Have you made your own determinations of what was medically necessary for

15           his condition?

16  CS:   I have.

17  JD:   and what is your opinion?

18  CS:   Well uh through Mr. Walker's course, it's clear that when he first came into

19           DRDC uh with the relatively new amputation that instead of having him stay

20           in a wheelchair due to being robust patient with uh activity levels and abilities

21           to be able to function more normally…the decision was made for him to have

22           a prosthesis.  Uh, and that was initially… uh he was sent over in order to have

23           that fitted for him, after which time  and the prosthesis that was fitted was

1    appropriate for the issues that we deal with which is medical necessity, safety,

2    ability to do programs and uh, uh he was in fact able to do that as never did in

3    the records…there's numerous times where uh an exam was done of the

4    patient and observations of the patient in which he was functioning well,

5    walking well, no limp, no complaints as it related to the prosthesis.  Some of

6    the issues regarding his obtaining the initial prosthesis was that right after

7    within in a two month period, after the uh the initial prosthesis was going to be

8    provided, uh he, the patient and his parents, decided that they wanted an

9    upgraded prosthesis which as per 700-21, as long as there is no security issues,

10   Chief Medical Officer has the ability to do that and at that time the Chief

11   Medical Officer did in fact, after getting the information and getting the

12   reports and so forth…making sure that everyone signed off that needed to, to

13   make sure that it was not issue…was able in fact to uh have the prosthesis for

14   this patient and through his stay…it is just over the past month that uh there is

15   any notes as it relates to uh going through 700-21 for another upgrade to the

16   prosthesis and the way that it's left…at least in the chart, is that the patient's

17   father needs to sign the release forms or the patient does so that way his father

18   would be able to get those for him…so that has not come to my desk as of yet.

19   JD:   The prosthesis that he currently has…does that meet his medical needs?

20   CS:   Yes it does.

21   JD:   Is the Flex-Foot or any of these upgrades…are they medically necessary?

22   CS:   No they're not.

1    JD:    and how has he…how has he been able to act and ambulate with the prosthesis

2          as he current has?

3    CS:    There's multiple notes in here throughout the course of his care uh that relates

4          to his abilities where a patient walks without limp, sits and rises without

5          apparent difficulty, uh patient with no problem with activities of daily living,

6          uh throughout and there are pages that are marked throughout here where in

7          fact the providers physician and nurse practioners have been able to observe

8          the patient with no problems, not even significant, but no problems at all as it

9          relates to the prosthesis, his ability to function normally with uh without a

10         limp, because if you would have pain with the prosthesis in fact you would be

11         limping because it would be painful.  It is not uncommon for a prosthesis for a

12         sockets to wear out or for them to need adjustment over periods of time

13         because the socket will shrink and it needs to be adjusted…that's quite

14         common and that process has occurred  with this patient over a period of time.

15         It is not the fault nor the way the prosthesis is made that would uh…that the

16         new prosthesis uh with its functioning joint would make any difference as it

17         relates to the socket and the way that that fits.

18   JD:    Mr. Walker has testified that he wishes to be able to work a full eight hour

19         day…would the upgrade that he is requesting allow him to work a full day?

20   CS:    Uh, I don't believe that there would be any difference in terms of the amount

21         of work that the patient would have to work.  Obviously depending on the type

22         of work that it is…with a prosthesis you would have to go on a case by case

23         basis, but for the most part and even with officer observation, it has not been

1        noted uh for this patient having any issues over periods of time with

2        ambulation.   Through the records you can see that he was seen in the morning

3        at times, seen in the afternoon, 5:00 pm, at other times and yet there were no

4        concerns or issues.  Physical exam showed no difference in terms of his

5        abilities, no complaints as related to pain or ambulation.

6    JD:   and how would a wheelchair meet his medical needs?

7    CS:   It would meet his medical needs uh though he may not be able to enjoin in

8        some of the activities, but for the most part a wheelchair would serve the needs

9        of in terms of safety programs for the facilities…(inaudible) facilities, the

10       ADA facilities.

11   JD:   Let's take you to the time that he was housed at Limon Correctional

12       Facility…who decides whether or not an inmate needs a pusher or gets a

13       pusher?

14   CS:   That would be a decision that is made by clinical, depending on the patient's

15       clinical abilities.  Mr. Walker has strong upper body, he has no issues as it

16       relates to arm strength as per the medical records and uh no evidence, any

17       neurologic or other problems which would interfere with his ability to be able

18       to use the wheelchair independently without the need for a pusher.

19   JD:   and to the best of you knowledge, is Limon Correctional Facility ADA

20       compliant?

21   CS:   yes…it's my knowledge that it is fully compliant for mobility.

22   JD:   and does that include the shower area?

23   CS:   Yes.

1   JD:   Would an inmate be able to wheel a wheelchair into the shower?

2   CS:   Yes…there are very specific construction guidelines as it relates to what the

3         pitch and grade must be…uh to be able to give a patient the ability to be able

4         to wheel into a shower and to be able to function in a shower.

5   JD:   In reviewing the medical file, is there any evidence of…how did DOC respond

6         if there were any problems with the wheelchair or with the prosthesis?

7   CS:   Uh, continually through the chart when there was any issues regarding the fit

8         or the wheelchairs, it's been addressed and taken care of on a quick time

9         basis…on a short term basis.  The wheelchairs are taken care of immediately.

10        The prosthesis a lot of times depending on what the abilities are of the

11        prosthetic company, sometimes need to go back to the company in order to

12        have it repaired there…that's what happened a few times.

13  JD:   and according to the…as you read the medical record…at all times that his

14        prosthesis was taken away for repairs or was otherwise unavailable…was he

15        provided a wheelchair?

16  CS:   Correct.

17  JD:   I have nothing further at this time.

18  SM:   Cross examination…if you'd like to ask the doctor some questions.

19  SPW:  Yes sir…uh (inaudible) how wide are these showers at Limon would you say?

20  CS:   I don't know exactly.

21  SPW:  Do you know how long the ramps are?

22  CS:   I don't have the exact dimensions of them…they can be provided.

1    SPW:    Okay…uh could we have those provided…I'd like to note that uh there's a

2            ramp that goes up into the shower that's maybe as wide as the wheelchair that

3            you cannot fit your wheelchair into the shower and turn it around…so uh as far

4            as the ramp goes, you would be on the ramp getting into the shower.

5    SM:     (inaudible) questions…give you a chance to rebut (inaudible)

6    SPW:    I'm sorry.

7    SM:     That's all right.

8    SPW:    You were saying uh…in my…what would be the definition of everyday

9            living?

10   CS:     Uh, ADLs are very specific and that's the ability to feed yourself, to dress

11           yourself, to be able to uh move around in a way to be able to take care of any

12           other needs, hygiene and so forth.

13   SPW:    Okay…would this prosthesis that I'm asking for, the Flex-Foot modular

14           3…would it be uh beneficial in aiding me to be able to do more as far as what

15           other inmates can do as far as physical activities…uh this Flex-Foot would it

16           allow me to do more?

17   CS:     There is a difference between what is medically necessary and what is

18           something that is a luxury.  There are cars that get you from place to place

19           which is what a vehicle should be and that is analogous to what's medically

20           necessary.  There's also Bentleys that have a lot of accessories that still get

21           you from place to place but they give it to you in more comfort…

22   SPW:    So are you saying that…I understand what you are saying…so are you saying

23           that I shouldn't be allowed to or have the same opportunities as other inmates

31

1          to uh, to uh be able to uh apply myself in all activities and every aspect of

2          what inmates may be able to do, or other inmates can do that if I had a chance

3          to do these things with an upgrade of a prosthesis device to allow me to say go

4          to uh a camp and work a strenuous eight hour day if I got my points down to

5          go to another facility to get my medical lowered down to an M2…are you

6          saying I wouldn't be…I shouldn't be allowed to a device to allow me to do so?

7   CS:   Your ability to be able to function is based on your physical needs and based

8          on uh medical necessity.  What we have to do is make sure that you are

9          available to be in programs for education, for work, uh make sure that your

10         ADLs are taken care of and addressed…not that you can play baseball along

11         with other athletes or basketball…that is not a function that I have to make

12         sure that you do.  Now I am not opposed to…as you have done previously

13         700-21, if in fact you would like the more advanced model, as long as it

14         doesn't fall into any security type of issues, uh that would not be problematic.

15  SPW:  Uh huh…can I ask you a question on what…if I did this 700-21 A & B, would

16         I be responsible thereafter for my liners, and socks and any problems that I had

17         with my leg…this including the Flex-Foot part that I paid for…would I be

18         responsible for the other parts if I did fill out this form?

19  CS:   Anything that is over and beyond the model that we would pay for…the

20         prosthesis that we cover that…yes you would have to pay for it.  Uh, so if any

21         of the accessories are different, you would be responsible for those and that is

22         actually in 700-21 that the responsibility lies in the care and maintenance of it

1    also because it's not the same as it would have been if in fact you had the one

2    that is medically approved through Colorado Access.

3    SPW:  Okay…so the socket and the shaft…endoskeleton shaft that comes…or not the

4    shaft but the socket wouldn't change and the liners wouldn't change and

5    neither would the suction cup socket change…so I would just be adding the

6    lower part to the prosthesis so would I become responsible for the socket?

7    CS:   Again, to reiterate, if it's something that is standard that you would already be

8    getting with your current prosthesis, that would be something that we pay for

9    cause we pay for the prosthesis uh with all inmates.  With this upgrade, if it

10   was something above and beyond because of this specific type of prosthesis,

11   you would be responsible for again as stated in 700-21.

12   SPW:  So you're saying that I would be responsible for the whole prosthesis basically

13   after I paid for this part…would I be responsible for the whole entire

14   prosthesis?

15   CS:   I, I can't tell you sitting here what parts are…I can tell you that the prosthesis

16   itself probably is significantly different based on the functionality of the

17   various moving parts to it.  As it relates to the socket and the parts there, if

18   there standard or not is something that we would be able to get addressed with

19   Abilities Unlimited for them to be able to state what are the, the socks or the

20   cups and so forth if they are the ones that we use…that would not be

21   problematic…we would pay for those.

22   SPW:  Okay…uh you said that uh an upgrade wouldn't be needed to play basketball

23   or sports or stuff like that but this upgrade would be for…basically for me in

1      the most important part would be for strenuous activities such as work and

2      everyday living as far as able to work an eight hour day…say if I went to a

3      camp or a different facility where they required me to work an eight hour day

4      or something later on and my time and maybe my points go down and I do

5      progress through the system to a different facility, wouldn't this prosthesis

6      help me to uh be able to work such a, such a you know do a strenuous eight

7      work day such as this?

8    CS:    No.

9    SPW:  Even though the leg provides flex because of the fact that uh…can I ask

10      you…are you a prosthesis doctor?

11    CS:    I am a family physician by training and osteopathic physician which means I

12      have additional training in the muscular/skeletal system…so can I answer your

13      question.

14    SPW:  Yeah…do, do

15    CS:    So the answer no and the rationale is that as long as it's fitted correctly, you

16      should be able to carry on as millions of people do that have this type of

17      prosthesis on the outside and they function well.  The patients that take on this

18      newer type of prosthesis with the fully motioning moving ankle joint is more

19      for athletics than anything else.

20    SPW:  No, it's just a walking ankle…so I don't think that you uh…

21    CS:    You walk with the other prosthesis without a limp and without any pain

22      behavior is that…

23    SPW:  That's not an athletic ankle just for the record but uh…that's all I have I guess.

1  SM:   Hang on just a moment… at some point you run out of space on this disk.

2        We're back on the record on Claim 03-051 – Steven Paul Walker…Mr.

3        Walker you said during the break when I was changing disks you had

4        something else that you wanted to ask the doctor is that correct?

5  SPW:  Yeah I just wanted to finish up on the…cause I had been told by Bill from

6        Abilities Unlimited that it's  completely opposite from what he's saying that

7        the prosthesis would entitle…it would allow more active things and this is

8        what he does by professional trade so…uh I just object to that.  Uh, as far as

9        uh a wheelchair pusher at Limon, uh you said that…who did you say was

10       supposed to assign you a wheelchair pusher?

11 CS:   Well, clinical if you have a (inaudible) or if you request a pusher, they will

12       determine if in fact you require that and/or housing can also come to clinical to

13       say this patient needs a pusher.

14 SPW:  Uh, you said that I had a stronger upper body and that I wouldn't need a

15       pusher because I could do things for myself basically because I do have a

16       stronger upper body and well so…whatever did you not?

17 CS:   Right, you have no…from the medical record, there's not… uh, show to be

18       any issues that would prevent you from being able to uh push your own

19       wheelchair as also noted in observations of you using the wheelchair by

20       clinical.

21 SPW:  Uh, what about if I was going to food service to get my tray…how would I

22       push my wheelchair and carry something at the same time…uh…there's all

23       kinds of instances uh…

1   CS:    Well it's my understanding and I've seen patients do this in wheelchairs that

2          they put them on their lap and they push the wheelchair.

3   SPW:   Well the tray will fall on the floor if you try to do that…I mean uh…

4   CS:    Well you asking me a question…the answer is that I have seen patients be able

5          to put it on their lap and to be able to maneuver it well without a pusher.

6          There are many patients in DOC that do not have pushers.

7   SPW:   So I…your food will spill all over you if you tried to do that or how would you

8          carry say a drink and your food tray…

9   CS:    On the tray...

10  SPW:   On the tray and put it on your lap?

11  CS:    Correct.

12  SPW:   and it's not going to spill on you?

13  CS:    Is that a rhetorical question?

14  SPW:   I'm asking you if it's possible that it would spill on you…I'm just asking you

15         if it's possible it would spill on you…

16  CS:    Anything is possible, but I see patients everyday that are able to be

17         independent, to be able to take their food, their trays, go over to a table, eat, be

18         able to bring the tray back with what's left on it and do it successfully day in

19         and day out.

20  SPW:   Uh, that wouldn't be making it hard for an individual…that would make it

21         harder for an individual on himself wouldn't it to have to balance a tray on his

22         lap and push his wheelchair around…I mean just say if you were put in that

23         situation…I was just curious wouldn't that be tough?

1   CS:   I believe that I would be able to function uh…

2   SPW:  I have no further questions.

3   SM:   Doctor just a couple, quick questions so I can clarify a couple things.  You

4         talked about this upgrade…are there some advantages to having the

5         upgrade…I don't know if it's between the "Ford Focus" prosthesis and the

6         "Bentley" prosthesis…what would be the plus of this specific one that we

7         talked about…what would that mean for Mr. Walker?

8   CS:   It would have more uh movement in different ranges of motion uh and

9         therefore uh more frequently with exercise, it is where that that type of

10        prosthesis is much more functional.  For everyday type of living and getting

11        around, being able to function uh with jobs, getting back and forth to

12        education, safety issues where you need to move from an emergency

13        situation…uh I do not believe that it would provide a lot more as it related to

14        uh the ability to be able to perform those functions.

15  SM:   Have you physically visited the Limon Correctional Facility?

16  CS:   The what facility:

17  SM:   Have you been to the Limon Facility:

18  CS:   I've been to Limon many times…I, I can't say that I've been to that shower

19        and know the exact dimensions but I have been there and it has been reviewed

20        uh by the appropriate personnel in order to deem it uh an ADA mobility

21        facility.

1   SM:   The testimony that I have today from Mr. Walker in the case of his fitting at

2         DRDC… (Inaudible) how long does it take to complete the construction of a

3         prosthesis?

4   CS:   Well it's my understanding that uh looking at the chart is that 8-29-02 the

5         patient was evaluated by Abilities Unlimited for the prosthesis and they were

6         getting that for him and then in beginning of February is when the family and

7         the patient stated that they wanted a different type of prosthesis…

8   SM:   Is was February of `03?

9   CS:   Correct…so it was in the process of getting fitted when the patient wanted to

10        go with a different prosthesis.  So it's approximately three months and that's

11        not unusual that it can take that period of time in order to obtain the prosthesis.

12  SM:   You said 8-29-02 was when he was fitted?

13  CS:   8-29-02 was when he was first seen at DRDC…awaiting approval…so he

14        wasn't fitted on that day…that's when it was approved…so it was sometime

15        and it doesn't have in the record specifically what date he was…uh the patient

16        was fitted for the prosthesis.

17  SM:   That would have been prior to or subsequent?

18  CS:   It would have been subsequent to that.

19  SM:   Approval would mean…approval by a Colorado Access?

20  CS:   Correct, correct.

21  SM:   Correct…now I'm confused…you've indicated that Colorado Access provides

22        managed care for Medicaid and Colorado Public Corrections.  Mr. Walker and

23        I assume others come to DOC without limbs or in this case

1   (inaudible)…would Colorado Access really deny somebody a prosthesis who

2   had (inaudible) and would then the department be bound to buy that?

3 CS: The department is not bound…ultimately it is my decision, so if because of

4   there being twenty thousand patients…unless a patient says you know I don't

5   agree with this uh I want to grieve this so that way it can come to me and we

6   can see whether or not something different needs to be done.  Other times

7   providers will say we don't agree with Colorado Access' decision and

8   therefore we'll discuss it and see what is the appropriate decision that needs to

9   be done…but Colorado Access tries to use national care guidelines…I believe

10   they use interqual guidelines at the current time for which they are able to

11   make decisions that are both quality as well as cost effective so there may be

12   times in which a prosthesis is not approved based on that patient's own

13   circumstances.

14 SM: (inaudible)

15 JD: Nothing at this time.

16 SM: Mr. Walker any questions based upon my questions to the doctor?

17 SPW: Uh…

18 SM: Again it's questions…I'll give you a chance to respond to rebuttal in just a

19   minute.

20 SPW: yeah I just have one question…uh you said during the time period from 8 of

21   August I was first seen to be evaluated by Bill from Abilities uh…wasn't…I

22   was then…uh, wasn't I then seen by another uh another doctor after they had

23   submitted one like the prosthesis that Bill had submitted?

1   CS:     So what is your question exactly?

2   SPW:    I'm just saying you said that from the time that Bill saw me at DRDC from

3           Abilities Unlimited …I'm just stating that…I'm just asking wasn't there

4           another gentleman that saw me in between that time

5   CS:     I have…

6   SPW:    and what was the decision for the reason why they changed from Bill to Jeff?

7   CS:     In the record I have 8-29-02 Dr. Bloor uh requested for you to be evaluated by

8           Abilities Unlimited for the prosthesis and that they were awaiting approval by

9           Colorado Access.  I have a …

10  SPW:    I was seen by Jeff Ostermiller after that… that's why I'm asking I

11          guess…wasn't I seen by Jeff Ostermiller after that fact…after Bill uh did

12          submit for the multi-access ankle foot…

13  CS:     I don't have that down in the record.  Uh, Jeff Ostemiller requests shrink

14          socket…Jeff Ostermiller, Denver Prosthetics will address and that was

15          02/03/03…so that's when they requested uh Jeff to come in to address the

16          socket.

17  SPW:    Well, I guess… I'm just saying Jeff Ostemiller came in after Bill…it should be

18          in there because he came in after Bill and…it started off with Bill and then Jeff

19          Ostemiller came in I guess is what I'm asking…is where did he come in to

20          the…cause he's the one that made the first prosthesis.  I mean you have a

21          statement there that says that Bill came in and did the first prosthesis but it was

22          Jeff Ostemiller that built the first prosthesis is why I was asking that question.

1   CS:     What it states in here is that on 8-29-02 that Abilities Unlimited was requested

2           to get approval to fit you for a prosthesis and there is a note on…

3   SPW:    When did he…

4   CS:     1/27 that asks Jeff Ostemiller to evaluate the uh the shrink socket.

5   SPW:    Did…on 8/29 did, did Phil build that prosthesis?

6   CS:     I can, I can tell that it states the patient evaluated by Abilities Unlimited for

7           prosthesis awaiting approval…costs from Colorado Access….please follow up

8           at permanent facility…so it does not have the actual persons name, just the

9           company.

10  SPW:    Denver Prosthetic.

11  CS:     Excuse me?

12  SPW:    Did you say Denver Prosthetics?

13  CS:     Abilities Unlimited…it was on… again on 1/27/03 is when it noted that on 2/3

14          Jeff Ostemiller from Denver Prosthetic and Orthopedics was going to assess

15          you.

16  SPW:    No further questions.

17  SM:     Okay…Mr. Walker you do have a right to uh (inaudible) finish with your

18          witness, handling of the initial exhibits, affidavits etc. (inaudible)

19  JD:     We'd like to submit the affidavit of Cathie Holst and (inaudible) as the AIC.

20  SM:     Okay…so you want exhibit (inaudible)…did you get a copy of this?

21  SPW:    Uh…no sir.

22  SM:     Why don't you take a look at it and then we'll go to break (inaudible)

23  SPW:    All right.

41

1   SM:   Have you had a chance to review the affidavit?

2   SPW:  Yes sir.

3   SM:   Any objections to (inaudible)

4   SPW:  Uh no sir.

5   SM:   Okay…That's all the exhibits at this point in time…

6   JD:   We would like you to take under consideration inventory record…we do not

7         have another copy but we can make one for you…

8   SM:   Let's go ahead and make one (inaudible)

9   JD:   Allow him to look at it to see if he has any objections.

10  SPW:  I actually did have….I'm sorry…could we back up a minute…actually I just

11        wanted to say again that that was never…it was never…it was a medical

12        grievance….that's all I wanted to say.

13  SM:   I understand.

14  JD:   Jim's going to make a copy…

15  SM:   Defendant's Exhibit E will be admitted (inaudible) to me.  We'll go ahead

16        with Exhibit F will be (inaudible).  This would be a time for you to provide

17        any rebuttal testimony that you like to rebut anything that (inaudible)

18  SPW:  I just…I'd like to say you know that, that wasn't…the grievance I filed was a

19        medical grievance and that uh even the doctor says that uh you know the uh

20        the uh prosth…the uh… excuse me while I catch my thought here…uh the

21        prosthesis uh…

22  SM:   Just lost your train of thought?

23  SPW:  I forgot what I was going to say…

42

1    SM:    That's all right…I do that all the time so don't worry about it…okay?  In my

2           case it's just because (inaudible) so don't worry about it.

3    SPW:   Uh…I wasn't really prepared for this…they woke me up this morning and I

4           didn't know this was going to be today…so.

5    SM:    Anything else you'd like to say.

6    SPW:   No sir that's fine.

7    SM:    I guess there's technically isn't any rebuttal (inaudible)…well what I'm going

8           to do at this point in time then is (inaudible).  Mr. Walker this would be a time

9           for argument…closing argument and this would be a time when I'd like you to

10          tell me what…the best of all worlds…if I resolve everything favorably to you,

11          what you would like.  You also get a chance to finding out any of the

12          evidence…you don't have to give a closing if you don't want to that's fine…if

13          you want to reserve your comments until after they make their closing

14          comments, you have the right to that too.

15   SPW:   Exactly what is this here?

16   SM:    This came out of your chart…medical chart as I understand it.  I think if you

17          look half way down it says objective…walks without limp and sits and rises

18          without any difficulty.

19   JD:    Also the subjective is the very top left.

20   SM:    Uh huh.

21   SPW:   Uh…I like to opt to let them go ahead first.

22   SM:    Okay…go ahead and do closing.

1    JD:    This case…the Montez case it is the Plaintiff's burden to prove four things in

2           order to obtain damages.  First is that he is a disabled individual who's a

3           member of the class, second that he was otherwise qualified to participate in

4           programs to receive the benefits or services offered by DOC, uh third, the

5           Claimant was discriminated against by DOC because of his disability…for

6           example were accommodations requested and denied because of the disability

7           and finally that DOC's conduct caused harm to the Claimant and if so what is

8           the appropriate remedy.  We concede the first element that Mr. Walker is a

9           disabled individual who's a member of the class.  However, he has failed to

10          prove the other three required prongs and is thus not entitled to any damages.

11          First, next he has to prove that he is otherwise qualified to receive to access

12          programs, benefits or have certain jobs.  He has provided no evidence that he

13          was ever denied a job or denied access to a program that he applied for.  He

14          was given…he has completed various programs, he was entitled…allowed to

15          get his GED…completed that program, completed I believe core requirements

16          class…completed that.  He was also was given a computer class.  He stated

17          that he had not applied for any specific jobs.  He also stated that while he was

18          interested in music that he never applied for the music

19          program…that's…applying for something is just one of the first steps

20          naturally being qualified for it therefore he was not otherwise qualified for

21          anything which he claims he was denied access to.  Throughout his entire

22          incarceration, the Department of Corrections has provided him

23          accommodations that provided him either a wheelchair or a prosthetic leg.

1        Heard testimony that when his prosthetic leg was on that he was able to walk,

2        that Exhibit F I believe it is, states that he was able to walk without a limp,

3        he's able to do his daily activities.  The Department of Corrections has quite

4        simply provided him what is medically necessary, provided him reasonable

5        accommodations.  Uh, many of his complaints arise from his time at…when

6        he was at Limon, in fact he states that he has no real complaints from his time

7        at Fort Lyon…he complains about the shower, however Limon shower facility

8        was ADA compliant as was the entire facility.  He complains about access to

9        the music room but he was not otherwise qualified to access the music room

10       because he was not a member of the music program and he claims that he was

11       denied a pusher, however we've heard testimony that he did not require a

12       pusher because he was able to move himself around.  There is no evidence that

13       he was denied anything because he was disabled…that is he was not

14       discriminated against because of his disability and he has not been harmed.

15       He says that he would like to be able to work, however we have heard

16       testimony that even if he did receive the leg that he wants, he still would not

17       be able to work a full eight hour day.  He has not been denied earned time, so

18       he has not been harmed in that aspect.  The Department of Corrections has

19       provided him accommodations, have given him a prosthesis, he received a

20       shower chair, he's had a wheelchair and are allowing his family if they go

21       through the proper paperwork to upgrade his prosthesis from beyond what is

22       medically necessary and finally the heart of his claim is wanting a higher

23       quality prosthetic limb.  He filed a grievance about it and then he explicitly

1       stated that he did not want his grievance treated as an ADA issue that he

2       viewed his complaint as a medical and clinical complaint and not an ADA

3       complaint.  As your Honor is aware…the ADA and remedial claim do not

4       provide a basis for challenging the quality of medical care and 8th Amendment

5       claims from this part are beyond the scope of this Montez case…therefore that

6       complaint is not encompassed within the Montez suit and because he was not

7       denied access to programs or benefits that he was otherwise qualified for, he's

8       not entitled to any damages.

9   SM:    Anything further?

10  JD:    No…thank you.

11  SM:    Mr. Walker, your chance to…for closing argument.

12  SPW:   Uh, I wasn't provided with uh proper shower accommodations even though

13      Limon claims that they might have been ADA approved when they opened the

14      facility, not having handrails or adequate space to move around showers I'm

15      sure would be an ADA requirement to have hand rails in the shower.  Uh, they

16      do not have them and there is not adequate space to move around in the

17      shower and the shower chair they provided me was not adequate and I had to

18      maneuver like I said the shower chair into the shower and hop on one leg and

19      move the shower chair into the shower which was very dangerous and really

20      it's my main issue because my life was put in jeopardy everyday I took a

21      shower at Limon because you know I suffered a lot of emotional pain from

22      that and uh even though I may not have actually fallen and hurt myself, I could

23      have and I…everyday I took a shower it was just a real scary experience for

1     me.  Uh, I did file a medical grievance and I was trying to get through the

2     medical grievance and it was intercepted.  My medical grievance was

3     intercepted and they answered it…they told me that I needed to file an ADA

4     grievance.  I was filing a medical grievance…I actually was going to file an

5     ADA grievance after I was through with the medical grievance and I never got

6     to this procedure yet…as of now because of the fact that medical here

7     has…was…did resubmit my leg and stopped my grievance process to resubmit

8     my leg or I would have made it to a step-three grievance.  So basically by

9     stopping my grievance and re…you know…and reissuing uh…or to Colorado

10    Access for approval for this leg, which was denied again, which means that I

11    will have to start my grievance process all over because my time limits are

12    therefore now out of guideline.  So, I feel like that was just to steer me off

13    course basically.  Uh, as far as that goes uh, the uh…even the doctors said that

14    the uh provider decides what they send into Colorado Access as far as uh when

15    they approve a prosthesis…uh he explained that what they…what the provider

16    and medical staff says that they send in the claim to Colorado Access so

17    depending on what the provider and medical says when they send this

18    uh…when they send this uh…when they submit or they send in to get this

19    approved through Colorado Access…depending on what they say for the

20    patient is going to be what gets the prosthesis approved or not and that is why

21    Ernest Carr's prosthesis was approved because Mr. Peterson here at medical

22    staff did write a special letter for him and Mr. Carr did tell me and this in his

23    own words and did…and they did approve his prosthesis for him through the

1    medical staff here and uh I tried to obtain a prosthesis through medical staff

2    and was denied over and over and over.   Even though I had two different

3    doctors including uh M.D. Beecroft, which is also a doctor for DOC, Fort

4    Lyons Medical Facility at the time did also say…ask you know stop my

5    grievance and resubmit for my leg…my prosthesis actually stating that and

6    maybe if we put down your needs they will approve it and uh Bill from

7    Abilities had said that I would need this leg to…if I wanted to perform you

8    know to participate in strenuous activities and be able to work an eight hour

9    day and be able to participate in what other inmates do around here in sports

10   and whatever activities other people that…what other inmates are able to do

11   you know.  I feel that I should be allowed to do as much as anybody else if

12   there's an opportunity to be made available for me as an inmate and they do

13   have the equipment to upgrade the prosthesis and I am capable of performing

14   these abilities.  I do not see why I should be denied my uh physical abilities to

15   do anything.  As an inmate here why I should be denied to do any of them

16   things when they are approving these prosthesis for other inmates and uh I

17   guess that's really all I have and those are my two main issues.  What I would

18   like to ask for is in compensation is that DOC would pay for these upgrades

19   and pay for the upgrade that my parents had to make already when they were

20   given these same prosthesis to another inmate the same time when I was at

21   Limon Correctional Facility…they gave this same prosthesis to a new inmate

22   with a new amputee…they gave him the multi-dynamic response ankle at the

23   same time wouldn't approve mine but they did approve his and that's in my

1    grievance.  Uh, in order to obtain that the only way that I was going to be able

2    to receive it was to pay for it myself and so we did…we felt like we were

3    forced me and my parents to have to fill out this form cause this is the only

4    way that DOC medical staff was going to allow us to pay for this prosthesis

5    device so we did fill out this form and we did pay for this ankle this say…now

6    they are suggesting that we do this again in order to pay for this device while

7    they've already done this for other…as I've said they've already done this for

8    other inmates but while they're doing this for other inmates they're requesting

9    that I pay for my device.  These other inmates that they've done this for I'm

10   sure that I'm equal to and I should not be treated really any differently.  I

11   would understand if they're going to do that for other inmates for whatever

12   reason they did it for them, I'm just asking for the same and equal treatment

13   and I'm asking that DOC medical would actually pay for this upgrade and uh

14   as far as the shower situation at Limon, I felt like I was in danger every time I

15   took a shower.  There's got to be some kind of compensational damages due to

16   my for the stress that I was put through…uh they claim that you know Limon

17   Correctional Facility is ADA approved but at the same time I haven't heard

18   them claim that there's any handrails in the showers and without handrails in

19   the showers it makes it dangerous for anybody with one leg or any kind of

20   handicap to take a shower and uh I was never provided with any kind of

21   adequate way to take a shower while at the facility without endangering my

22   life…so I would say that I would uh…the whole time I was there I was

23   endangered you know every time I took a shower so I'm…I would say that

1        I'm…uh some kind of compensation should be rewarded to me for what I was

2        put through because it was very stressful every time that I had to take a shower

3        at Limon and as far as you know the wheelchair pusher thing and that I was

4        never assigned a wheelchair pusher.  It's not my job to do their job, to do

5        medicals' job.  Here they assign you a pusher at this facility.  I do not know

6        why…I've never been to prison before.  I didn't know what to do or anything

7        like that.  I didn't know that you were allowed to have a pusher.  I don't know

8        why they didn't assign one to me because it made anything that I tried to do

9        difficult and carrying in food trays on your laps and spilling stuff all over

10       yourself is inadequate and anything that you have to carry…anything or if the

11       weathers bad or anything…if you…I just feel like that they should have made

12       a pusher available to me as they do at this facility.

13  SM:    Mr. Walker anything further?

14  SPW:  That's all I have.

15  SM:    Okay…let me just wrap up today by (inaudible). Since I'm sitting as a Special

16        Master, I ultimately will enter a court order, which is subject to appeal

17        pursuant to the remedial claim to Judge Kane.  I feel somewhat limited but

18        that's in (inaudible).  What I will do in this case and will do in every case that

19        I replace is simply date by which a (inaudible) has to filed… roughly forty-

20       five dates out.  Uh, I can't tell either side when I'm going to get this thing

21       done…hopefully by the end of June…hopefully a little sooner.  Mr. Walker

22       I'll try to get it done as quickly as I can…both sides are interested in getting

23       this resolved.  I have received over 1300 claims since the process started and

1          not everybody gets a hearing by the same token I feel some days like joining

2          the post office just shuffling mail, but I'll get this done as quickly as I can for

3          both sides.  Anything else we need to put on the records…Mr. Walker for you?

4     SPW:   No sir.

5     SM:    For the Defense?

6     JD:    No your Honor.

7     SM:    All right we can go ahead and go off the record then…Mr. Walker good luck.

8     SPW:   Thank you.