Grievance Number C-FL04/05-029 STEP (Circle One) ① 2  3    ADA? Yes ☐ No ☒  (Medical)

NAME Steven Paul Walker | DOC NO. 114350 | FACILITY FLCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: (Dorothy Pearcey) My Grievance is that Dorothy Pearcey sent my Step 1 Grievance to Cathie Holst at Headquarters, Grievance #c-FL03/04-212. I filed a Informal Resolution and under subject of Grievance it states: (Prosthesis Device Medical), so my Grievance started as a Medical Grievance and still is. Dorothy Pearcey Fowarded my Grievance to Cathie Holst because she claims that I stated it was a ADA issue on 6/11/04. On 6/11/04 Dorothy Pearcey signed my Step 1 Grievance under Receipt it states; I acknowledge receipt this date of a complaint from the above offender in the regard to the following subject (medical), See Step 1 Grievance #C-FL03/04-212. I never stated this was an ADA issue at anytime. Never stated this was an ADA issue in my INformal Resolution or in my Step 1 Grievance. Because Dorothy Pearcey fowarded my Step 1 Grievance I have spoken to My Case Manager and he has informed me to just go to a Step 2 Grievance. I still request that Medical would answer my Step 1 Grievance. By no means should this mistake of Dorothy Pearcey put me out of the time frame of the grievance process. My Infomal Res.-----was answered by K. Herrell, RNIII, she stated that the denial was a non-grievable issue, but my grievance was Prosthesis Device. My Step 1 Grievance was channeled off to Cathie Holst without informing me of doing so. Never stated anything about my Grievance being a ADA issue nor does it state that anywhere in grievances. I would ask Medical to properly answer my Step 1 Grievance and to move through this Grievance process by the rules. I feel that Medical is trying to side-track or disway me of my Grievance process. I would like that Medical can give a real response to these grievances.

DATE: 8/24/04 | OFFENDER SIGNATURE Steven Paul Walker
DATE RECEIVED 8/25/04 | RESPONDING STAFF SIGNATURE & ID: Dorothy Pearcey Dorothy Pearcey 11028

RESPONSE According to the criteria I had been given regarding ADA grievances, I sent your Step 1 grievance C-FL 03/04-212 to the Office of Correctional Legal Services. Upon receiving your grievance at headquarters, they began the ADA process. (They sent a memo to you stating they were tolling the time for response pending your request and release and screening.) I have contacted the Office of Correctional Legal Services concerning the Step 1 grievance C-FL03/04-212 and discussed the situation with them regarding the fact that you did not want this to be considered an ADA grievance. The Office of Correctional Legal Services has sent your Step 1 grievance back to me and Clinical Services personnel will respond to it without any time penalty for you. I apologize for any delay this may have caused. **GRIEVANCE RESOLVED.**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 09/03/04 | SIGNATURE/PRINT NAME & Staff ID # Dorothy Pearcey  Dorothy Pearcey 11028
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

DATE: 8/25/04 | SIGNATURE/PRINT NAME & Staff ID # Dorothy Pearcey Dorothy Pearcey 11028
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 9-18-04 | OFFENDER SIGNATURE/PRINT NAME & DOC # Steven Paul Walker

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1