IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

FILED
UNITED STATES DISTRICT COURT

AUG 1 8 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-771
Category II
Claimant: Cassandra Haynes, #122153
Address of Claimant: 41 Cortez Street, Denver, CO 80221

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on his own motion. Upon review of the claim form, it appeared that Claimant did not enter the custody of the Colorado Department of Corrections (CDOC) until June 11, 2004. This was after the approval of the Remedial Plan by Judge Nottingham on August 27, 2003. It appeared that Claimant was not part of the class and, therefore, could not pursue a claim under the Remedial Plan.

A show cause order was issued to Claimant. Despite being given up to and including June 20, 2005 in which to file a response, Claimant filed nothing. It will be accepted that she was not incarcerated in CDOC until June 11, 2004.

The class was set by approval of the Remedial Plan on August 27, 2003. In order to pursue a claim, an individual had to have been in CDOC custody on or before that date. Claimant came into custody after that date and is not part of the class. She may pursue separate litigation if she believes her rights were violated under the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the

Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 22, 2005.**

SIGNED this 25th day of July, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 25th day of July, 2005 to the following:

Ms. Cassandra Haynes
#122153
41 Cortez Street
Denver, CO 80221

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Margie Dykstra_