IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-851
Category II
Claimant: Edward Hudson, #125068
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. Claimant has responded to the previous order concerning the date when he came into CDOC custody. He states in his papers that he was injured in 2004 while in the custody of the Denver Sheriff Department. He has been seeking medical care since the accident. There is no question that Claimant came into CDOC custody in 2005.

The approval of the Remedial Plan by Judge Nottingham on August 27, 2003 established the class. In order to file claim, an individual had to have been in CDOC custody on or before that date. Claimant was not in CDOC custody on that date. He may pursue a separate lawsuit. He cannot pursue a claim, as he is not part of the class and is not covered by the Remedial Plan as to damages.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2005.**

SIGNED this /s/ day of August, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

2

## CERTIFICATE OF MAILING

     I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /s/ day of August, 2005 to the following:

Mr. Edward Hudson
#125068
LCF
49030 State Highway 71
Limon, CO 88026

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra