IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-073
Category III
Claimant: Andrew T. Aguilar, #62167
Address of Claimant: Unknown

---

**ORDER OF DISMISSAL OF SPECIAL MASTER**

---

THIS MATTER comes before the Special Master on his own motion. A hearing was scheduled on this claim for August 22, 2005. All mail to Claimant has been returned as undeliverable. He has failed to provide a mailing address at which he may be reached. He is unaware of the hearing date. More importantly, he has not complied with the Special Masters' order to keep them apprised of a appropriate mailing address.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2005.**

SIGNED this 15th day of August, 2005.

BY THE COURT:

Richard M. Borchers - Special Master

**CERTIFICATE OF MAILING**

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 1st day of August, 2005 to the following:

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

[signature]