IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT

AUG 1 8 2005

GREGORY C. LANGHAM
              CLERK

---

Claim Number X-103
Category: Untimely Filed Claim
Claimant: Forrest Shunn, #125130
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the claim of Forrest Shunn. In his claim, he indicated that he was first incarcerated in CDOC custody in November, 2004. A show cause order was issued to Claimant to show cause why he was part of the class.

Claimant has responded to the show cause order. He has attached a number of documents, many from the Arapahoe County Detention Facility and with dates from 2005. The only documents from CDOC reflect 2005 dates. Claimant was not in CDOC custody on or before August 27, 2003.

The Remedial Plan established the class as of August 27, 2003. Claims for damages could be filed by inmates or former inmates who were in CDOC custody or before that date. Claimant was not in CDOC on that date and is not be part of the class. Claimant would have the right to pursue his claims in a separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2005.**

SIGNED this 2nd day of August, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2nd day of August, 2005 to the following:

Mr. Forrest Shunn
#125130
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____