IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-116
Category: Untimely Filed Claim
Claimant: Loren E. Dennis, #75927
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of Loren E. Dennis. On his claim form, Claimant indicated that he came into CDOC custody on July 16, 2004. Since it appeared that Claimant might not be part of the class, a show cause order was sent to him. He has now responded.

Claimant has detailed his concerns about medical care while in CDOC custody. He submitted a letter from his physician that is dated April 20, 2004. This letter was given the district judge who heard Claimant's criminal case. From the materials provided by Claimant, he was sentenced in 2004. The class was defined by Judge Nottingham on August 27, 2003. An inmate had to have been in custody of CDOC on or before that date. Claimant has indicated that he was not in custody on or before that date, and he is not a member of the class.

In addition, Claimant's concerns are with the quality of medical care he has received. The United States Court of Appeals for the Tenth Circuit ruled on April 11, 2005 that the American with Disabilities Act and Rehabilitation Act are not to be used in the context of medical negligence and malpractice. *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134 (10th Cir. 2005). Such claims must be filed under the Eighth Amendment or under state statutes.

Claimant retains all of his right to commence a separate lawsuit. He is not part of the class

that was set on August 27, 2003 and cannot pursue a claim under the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 14, 2005.**

SIGNED this _9h_ day of August, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _9th_ day of August, 2005 to the following:

Mr. Loren E. Dennis
#75927
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Margie Dykstra_