IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

AUG 18 2005

GREGORY C. LANGHAM
CLERK

---

Letter to the Clerk

---

I, Jimmy Bulgier (Plaintiff) do hereby request you (the Clerk of the court) to forward the enclosed TWO (2) documents to the Honorable Richard M. Brochures  (Special Master) in Westminster.

Enclosures:

1. "Request for Information"
2. "Request for Document Verifying that Court's Address is a Legal Address"


Respectfully submitted on this 12th day of August, 2005.

Signature: _____

Jim Bulgier  TDCJ #902732