IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2005

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

Request for Document
Verifying this Courts Address as a Legal Address of the Court

Comes Now, I, Jimmy Bulgier, acting Pro-se in this here above Civil Action do hereby request this Honorable Court to Order the Clerk of this Court to release provide to Plaintiff Bulgier a document or letter which verifies this Court's address in Westminster **AS A LEGAL AND LEGITIMATE ADDRESS OF THIS court.**

Plaintiff Bulgier is an inmate confined within the Texas Department of Criminal Justice-Institutional division (TDCJ-ID) in Huntsville, Texas. Any time Plaintiff Bulgier sends out legal mail to this Court, the Estelle Law Library and Estelle Mail Room staff verifies ALL addresses on ALL legal mail. If any address is NOT in the TDCJ database that letter cannot be sent out as legal mail and must remain open for inspection. This violates Plaintiff Bulgier's right to maintain privacy and confidentiality with ALL LEGAL MAIL.

TDCJ's Inmate Law Library (Lt. Robert Quada), Estelle Mail Room staff (Mrs. Blackburne) and the TDCJ "Mail Service Compliance Panel" (M.S.C.P.) all have standing policies which are currently prohibiting Plaintiff Bulgier from sending documents to:

U.S. district Court for the District of Colorado
Legal Resolution Center
Judge Richard M. Borchers (Special Master)
7907 Zenobia Street
Westminster, Colorado 80030-4444

**AS LEGAL MAIL** and prohibiting him from sealing the envelopes and allowing them to be made available for inspection by TDCJ staff. Plaintiff Bulgier must currently reroute all his legal mail through the Denver branch of this Court and thus slowing down the filings of plaintiff Bulgier's case. TDCJ staff (Inmate Law Library, Mail Room and M.S.C.P.) further slow down the filing of Plaintiff Bulgier's case by a long and drawn out verification process which has taken as long as **FIVE (5) TO seven (7) DAYS TO VERIFY THIS ABOVE ADDRESS.** This excessive delay could lead to Plaintiff Bulgier being "Time barred" with future filings with this Court.

Relief Requested:
Plaintiff Bulgier has made this request previously to this Court and the Clerk has NOT taken any action to this date. Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Clerk of this Court to provide Plaintiff Bulgier with **WRITTEN DOCUMENTATION** verifying that the above Westminster address is a **legal address of this Court.** Plaintiff Bulgier respectfully requests that the Clerk provide Plaintiff Bulgier with THREE (3) copies of the requested document; (one for Plaintiff Bulgier, one for the Estelle Law Library and one for the "Mail Service Compliance Panel").

Optional Request for Relief:
Plaintiff Bulgier requests that this Honorable Court put TDCJ on notice that the excessive delay in order to verify all legal addresses is causing an unnecessary delay and could lead to a violation of Plaintiff Bulgier's filing his documents within a timely manor. A FIVE (5) to SEVEN (7) day delay is unreasonable and violates Plaintiff Bulgier's **ACCESS TO THE COURT".**

Respectfully submitted on this 12th day of August, 2005.

Signature: *Jim Bulgier*

Jim Bulgier  TDCJ #902732

P.S.: Plaintiff respectfully request that this issue be addresssed by Judge Richard M. Borchers (Special Master).