IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

AUG 18 2005

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

---

### Request for Information

Comes Now, I, Jimmy Bulgier, acting Pro-se in this here above Civil Action do hereby request this Honorable Court to Order the Clerk of this Court to release to the Plaintiff (Bulgier), this Court's phone number.

Plaintiff Bulgier has requested the Clerk of this Court to release and send to him this Court's phone number and to this date the Clerk of this Court has not complied with Plaintiff Bulgier's request.

Grounds for Request:
Plaintiff Bulgier is an inmate confined within the Texas Department of Criminal Justice-Institutional Division (TDCJ-ID) in Huntsville, Texas. TDCJ has required Plaintiff Bulgier to fill out a required facility Administrative form in order for Plaintiff Bulgier to posses and maintain legal documents (which are in the name other than the Plaintiff (i.e. Montez vs Owens)) in his locker box. In order for TDCJ to verify that Plaintiff Bulgier is a Certified Class Action member of the Montez case, Plaintiff Bulgier is required to provide this Court's phone number in order for TDCJ staff to contact this Court and verity the facts listed on the locker box form.
**TDCJ has a standing Administrative Policy where they have the right to seize and take any legal documents which their inmates have possession of and cannot verity the are the rightful owner of.** Seizure of any or all of Plaintiff Bulgier's documents by TDCJ would seriously hamper and limit plaintiff Bulgier's *ACCESS TO THIS court* and is a violation of Plaintiff Bulgier's rights under the Americans with Disabilities Act and other federal laws.

Relief Requested:
It is the request of Plaintiff Bulgier that this Honorable Court ORDER the Clerk of this Court to release and send to Plaintiff Bulgier the phone number of this Court for the purpose to verify that Plaintiff Bulgier is a Certified Class Action member of the above Civil Action.
Also Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Clerk of this Court to send to Plaintiff Bulgier **TWO (2) COPIES** of a letter to Plaintiff Bulgier which Certifies in writing that Plaintiff Bulgier is a Certified Class Action member of this above Civil Action and for the purpose of documenting with the Estelle Unit Inmate Law Library files.

Respectfully submitted on this 12th day of August, 2005.

Signature: _Jim Bulgier_

Jim Bulgier  TDCJ #902732

P.S.: Plaintiff respectfully request that this issue be addresssed by Judge Richard M. Borchers (Special Master).