DISTRICT COURT: *FOR* ~~_____~~, COLORADO
U.S. Courthouse, Denver

To Montez, L.R. Moore, et al

Plaintiffs,

v.

Gov. Bill Owens, et al.

Defendants.

Appearing Pro Se Claimant 03030
L.R Moore 47202
Box 777 CSP E 34
Cañon CO 81215-0777
No Phone

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 2 2005

GREGORY C. LANGHAM
CLERK

▲COURT USE ONLY▲

Case No. 92-N-870-OES

Div./Ct.Rm. _____

## Addendum Showing Continuing Discrimination

Claimant adds proof of continuing discrimination against him as a paraplegic by ColoDOC staff at CSP, this time by Librarian Marta, supported by Lts Richter and Cooper and G P V Burbank. This act began via Marta's claim that as a cripple, he was unable to comprehend calculus, thus library would no longer lend him such books. Richter and Cooper penalized his protest and Burbank denied his appeal, exhausting ~~his~~ administrative remedies.

Claimant attaches documents related to this act and intends to add more as these become available.

Lib Add — 2 —

On 22 July 05, Marta, who at that time insisted she need not supply prisoner with her name nor that of her supervisor (Marta gleaned later from write up) was at E311 and asked what had happened to Rainville's Elementary Differential Equations as this book had been twice marked (last week and this) as NIL (not in library) yet had been turned in a month previously in perfect condition. That is, twice NIL consecutively seemed to eliminate possiblity NIL was erroneous. This written on Claimant's Library Request (aka kite) as returned to him.

Marta claimed first that no one ever checked out this book. Claimant pointed out he not only frequently did so, often keeping it thru maximum allowed renevals, but had just turned it in due to max expiring thus wanted to recheck it out as it was slow going as he needed help by mail with its problems (this can be proven by correspondence with KTSC's Homework Hotline). He had a

Lib Add ← 4c

pedian missing articles), being checked out more than most, and being a timeless classic, that she had done so because he so frequently used it. In her anger, she told the truth.

He demanded her name and that of her Library Supervisor for his grievance. She refused & she pointed out refusal violates Staff Code of Conduct AR. She said that AR did not apply to non-uniformed staff and stomped off, without delivering new AR nor picking up old. She left an unrequested book, not only unrequested but specifically stated as such on Kite due to her prior screw up.

Another staffer (Mendec? Noel? one of these 2) had more business with Claimant and immediately replaced her. The gave this staffer the unwanted book, pushing it out the door's slot. She gave it to Marta. Marta wrote him up secretly, dropping his Level yet not hearing nor copy allowed,

Lib Add - 3 -

ways to see in the book. Then
she claimed it was in bad shape.
He said he doubted this as it was
in perfect shape when he turned
it in and was a hardback, printed
on archival paper. Then she said
it was "too old". Again he doubted,
asking her if this meant Library
was discarding all classics such
as Shakespeare and Bible for being
old. She said "yes, as new
translations replace old" as if
Shakespeare were Greek to her
(likely). He asked what had replaced
Rainville as he saw nothing in best
catalog which still listed Rainville.
        Finally she admitted that she
did not feel this book appropriate
for Claimant, as that he was using it
as window dressing rather than
actually doing the problems. She
called him a "retarded cripple"
as if the two were intrisically
related. That is, she had sold or
otherwise disposed of this book
despite it being in perfect
condition (unlike many in Library
especially illustrated ones having
pictures clipped out and encyclo-

Lib Add —5—

thus still no name.

On 29 July, Marta returned to E3 Day Hall. She totally ignored Claimant as if deaf, despite now ~~due~~ due books and ARc And new kite sent ~~his~~ later on 22 July, along with a letter that she later admitted reading.

On 5 August, Marta again returned to E3, again told him that retarded cripple ~~don~~ can't use calculus books. This time she picked up old AR but refused to pick up old books and any other services. She called his 22 July letter "disgusting" and stomped off. Then she wrote him up to the letter and for his 5 Aug protests. These 2 write ups were not secret but scheduled to be heard 16 Aug.

She called his letter and oral protests "abusive" and said that writing him up "caused a facility disruption". Lt Cooper agreed. She still refused to answer his letter, to address his protests. He still lacked name of her supervisors and any other rational

Lib Add   — 6 —

explanation to Rainville's disappearance other than her classing him as a retarded cripple.

Rainville is not the only missing classic. Cat On A Hot Tin Roof and all 5 donated copies of Silko's Ceremony are missing, altho listed in latest catalog. Surely there are others. These reflect only what Claimant is sure of via double N1½'s recently. Thus he does not claim that Marta only takes books he uses a lot, but that the only rational reason she gave to taking Rainville was that she considers him a retarded cripple. Why she took the other classics he can only speculate that these taken as easiest to sell. The doubt books in high demand such as hardback Rainville (new ~$100) are trashed.

He immediately, on 5 Aug, sent her a verbatim of their dialog of that date lest it

Lib. Add —7—

' later become misrecalled. the
asked her to reply amending
any dialog she felt was
incorrectly recorded. She has
not other than to use this as
proof of the Claimants protest
of her acts which she calls
verbally abusive, especially
the concern that she was
selling classics from Library.
    That is, she stated she
felt his protest (grievance
(planned — still lacked names)
required Cooper and Richter
as Hearing Staff, to
retaliate, and successfully asked
them to. Grievance sent for
external xerox (as internal banned)
10 Aug. and has not returned as
this sentence written.
    On 12 Aug write ups
delivered (except secret one),
stating hearing 16 Aug. Same
day, Claimant sent written requests
for Inmate Rep (Burbank) and Staff
Witnesses. Both denied by
Richter.
    On 22 July, after Marta
←, C/o Bell informed Claimant

LibAdd —8—

of level drop, refusing to state why or who. Drop confirmed by Graveyard same day (Bell lacks credibility), but they lacked record access to answer who or why. Claimant asked many, including C/m DeFusco. Only C/o Anderson replied. She said record "erased", thus neither who nor why to be found in Logs. She does not dispute that level was dropped as a penalty, only that there need be a record of such and there is not ~~that~~ in the level Log or in Chron Log. There may be such in IR Log but she lacked access to this "secret log".

On 16 Aug, Cooper produced copies of 22 July letter but refused to read them in full and refused to give Moore copy. Thus she, as Defense client, has copy. Should Defense object to summary and cites from the letter made herein. I.E, Defense must produce full copy if it is to object.

Lib Add —a—

the letter protested the theft of library books by staff (Cooper says that there were "bartered [to cash by Marta]" versus "sold") and prior perjury by Marta which he has copy of, signed by her. And her claim that he is a "retarded cripple" having no other use for ~~check~~ repeatedly checking out the calculus book (Rainville) than to ~~falsely~~ impress staff, etc as if actually reading it. Moore's refutation is his correspondence with KTSC's Homework Hotline, Marta's Grievance Response, and fact that Rainville was more often checked out than most library books, was in perfect condition, is an expensive ~~text~~, ~~and~~ a timeless classic, and has not been replaced by another ~~it in~~ CSP Library. That is, every excuse Marta gives for Rainville is false, she has a ~~history~~ documented history of lying to prisoners, and he can prove he was doing the

LibAd — 10 —

problems in Rainville despite absolute inability of any of CSP Education staff to assist.

He also protected Marta's refusal to give him her name (She claims nonuniformed staff need not do so) nor the name of her lieu-any Supervisor. He still refuses both. Cooper gave him her name, but not Supervisor's which likely is unknown to Cooper altho readily available to her and part of letter which Cooper claims to have read completely. that is Cooper also refuses this name needed for correctly addressing a request for administrative remedy. Her refusal to read was "aloud" (on record).

On 16 Aug, ire-quested observer Dr R N Hubbell, who observed 15 July ADA hearing held at CSP next to COPD hearing room, was available and was denied entrance to hearing by Barbank.

On 16 Aug, at roughly 1030, Lit Karen Mae Cooper and Lit (H.O.)

Libadd —11—

'Billy Bob Richter (Cooper as D.O.) brought Claimant in on COPD CSP cases #25013q and 250148, both over the letter to Marta, both pre judged guilty on orders of Burbank.

139 stated that pointing out that Marta has a history of perjury and sells books is "abusive" thus exposer must suffer retaliation. 148 repeated this for exposer repeating letter in person to Marta two weeks later when she came to his cell.

The appeals point out that all of the rights given prisoners at COPD hearings by the COPD AR were denied Moore on basis that, according to Billy Bob, he was trying to "manipulate for an acquittal". That would be against orders given by Burbank above, thus Moore was forbidden to present any witnesses (including Marta) any documents (including Marta's prior perjury admission), and denied request for inmate

Exh Add - 12t

Representative, All these were
listed, per COPD, in his letter
to Cooper which she had at
hearing thus got. This angle
is also RS per COPD as on
Notice of Charges.

Thus from the start, the
hearing was a mockery. When
Moore tried to introduce the
perjury document, he was
ejected for disobeying order
to NOT present any defense,
to not even plead not guilty.
(He wasn't allowed to!).
All these clear from the
hearing tape but will be
lied about by Billy Bob on
his Disposition as such is
Billy Bob's interpretation of
his job duties. That is Billy
Bob will claim that Moore
did not request either witness
nor R.e.P. And will falsely
claim reason for removal of
Moore.

148 was cancelled then
lied about by Cooper and Billy
Bob. No reason to hold due to
prejudged guilty verdict,

Lib Add —13—

except on paper. The sanction
it requested (Marta) of not
allowing Moore access to ARr
for "maximum" time, is illegal
as there is no other possible
source of the CSP #14 part
of these essential to read
rules governing prisoners.
That is, available only from
library. Marta, due to
prejudged verdict, cut Moore
off 22 July. He began to
address this illegality but Billy
Bob forbade. this was at
start of 139 or 148 never
actually held.
Since verdicts both prejudged
by Burbank who also responds
to, but seldom answers,
appeals, Moore includes copy
of his appeals as proof of
exhaustion of admin remedies,
of Burbank's participation in
retaliation, and of truth of
his letter to Marta as Burbank
holds sufficient rank to end
the book thefts if he chose
to. thus these also prove discrim-
ination and retaliation against

LibAdd - 14 -

~~as~~ Claimant ~~as~~ both as such and as a cripple. And as exposer of ~~corruption~~ corruption. the team Borchein "you earned retaliation" ~~will~~ might continue to prevail, but hopes it does not.

The appeal will be rewritten on appeal form when such delivered by pef5aco who drags her feet. Likewise Moore will add Dispositions and Burbank's Responses when available. Billy Bob refused to tell him of verdict but, being prejudged, this is certain except for sanctions. This referral [180] violates COPD but will be "corrected" when Disposition delivered.

THEREFORE, Claimant has again proven that discrimination against paraplegics involved in Montez suit pervades CSP to where all aspects are biased against them, contrary to ~~it~~ conclusion in Final Order.

Respectfully submitted without Defense copy (per Defense request (9 July 05) by Claimant pro se on 18 August 2005    L R Moore

Notices 250, 139 + 148 attached