| DISTRICT COURT: **FOR** ~~~~, COLORADO<br>U.S. Courthouse, Denver | |
|---|---|
| J. Montez, L.R. Moore, et al<br>Plaintiff,<br><br>v.<br><br>Gov. Bill Owens, et al.<br><br>Defendant. | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>AUG 22 2005<br><br>GREGORY C. LANGHAM<br>CLERK |
| Appearing Pro Se Claimant 03030<br>L R Moore 47702<br>Box 777 CSP E 311<br>No Phone   Cañon CO 81215 | ▲COURT USE ONLY▲<br><br>Case No. 92-N-870-OES<br><br>Div./Ct.Rm. _____ |
| Request For Copy of Final Orders & Record | |

Claimant requests that he be given access to all of the Special Master's Final Orders in this class actions. Also to the digital CD record of his hearing of 15 July 05. Both of these requests have been denied by Special Master without any explanation.

He states that his agent, R.M. Hubbell, was allowed to observe the hearing but forbidden to record. While he'd rather have immediate direct copy of the disks, and a machine to play them (at his expense), perhaps the disks can be sent to Hubbell if direct access impossible.

CMs - 2 -

Claimant claims he will be greatly harmed if he cannot compare his Final Order with others who may have made similar claims to same Special Master. He alleges that Final Orders are public records under Colorado statutes, that this Court has a duty to provide him access; or at least immediately deny this request so he may immediately appeal to both state and federal courts. He believes that any such denial would be accompanied by an explanation.

THEREFORE Claimant respectfully requests this Court to order some means of access to both his hearing record and all this class action's Final Orders/Recommendations issued by Special Master.

Respectfully submitted this 18 August, 2005 by Claimant pro se undersigned.

L R Moore