IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff Class's Request to Hon. John L. Kane for Status Conference and Request to Stay Proceedings (doc. #1027), filed August 16, 2005, is **GRANTED IN PART**. A Status Conference is scheduled for September 8, 2005 at 10:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: August 25, 2005