1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO

2

Civil Action No. 92-N-870
3    JESSE (JESUS) MONTEZ, et al.,

4        Plaintiffs,

5    Vs.

6    BILL OWENS, et al.,

7        Defendants.

8    _____

9                    REPORTER'S TRANSCRIPT
                     STATUS CONFERENCE

10   _____

11           Proceedings before the HONORABLE EDWARD W.
     NOTTINGHAM, Judge, and the HONORABLE JOHN L. KANE, Senior
12   Judge, United States District Court for the District of
     Colorado, commencing at 9:01 a.m., on the 27th day of October,
13   2004, in Courtroom 14, United States Courthouse, Denver,
     Colorado.

14
                          APPEARANCES

15
     For the Plaintiffs          PAULA GREISEN, ESQ.
16                               ALISON BUTLER DANIELS, ESQ.
                                 King & Greisen
17                               1670 York Street
                                 Denver, Colorado

18
     For the Defendants          ELIZABETH H. MCCANN, ESQ.
19                               JAMES X. QUINN, ESQ.
                                 Colorado Attorney General's Office
20                               Litigation Section
                                 Denver, Colorado

21
     Also Appearing             H. EARL MOYER, ESQ.
22                              Moyer Beal and Vranesic
                                1401 Saulsbury Street
23                              Lakewood, Colorado

24           THERESE LINDBLOM, Official Reporter
             901 19th Street, Denver, Colorado 80294
25        Proceedings Reported by Mechanical Stenography
             Transcription Produced via Computer

1    substantive hearings, nothing at all.  The only conferences

2    we've had are on the claim forms, what they're going to look

3    like.  And we had a couple of discovery issues, the breadth of

4    discovery that's going to be and who is going to pay for it.

5    So there haven't been any determinations --

6            JUDGE NOTTINGHAM:  Well, my point is this:  There is a

7    broad area of grievance, as you predicted on some of these

8    things.  Both sides seem to have a procedure in mind which if

9    applied, and if applied correctly, will weed out what you've

10   characterized as the medical malpractice claims or the Eighth

11   Amendment claims, because these are -- these are disability

12   claims, not Eighth Amendment claims.

13           And if the Special Master had heard what we're hearing

14   today, they, and I think it was both of them, might not have

15   sought clarification.

16           MS. GREISEN:  I think that's true, Judge.  We -- we --

17   he asked us to brief these issues.  And before we had a

18   briefing on it or hearing on it, he just referred it over.  And

19   I agree that I think some of these issues could have been

20   cleared up if we had sat down and had a hearing with him.  I

21   think it's premature to anticipate what some of the future

22   difficulties may or may not be.

23           I will agree that I think that there is a

24   misunderstanding -- maybe there is a disagreement between the

25   parties as to whether Eighth Amendment claims can be heard.  We

1   take the additional step of saying, I am a disabled person.

2              MS. GREISEN:   Well --

3              JUDGE NOTTINGHAM:   And I must say that I -- I don't

4   understand your contention that an Eighth Amendment claim

5   without a disability is something that has to be adjudicated by

6   the Special Master, in light of your position that they have to

7   prove they have a disability.

8              MS. GREISEN:   Well, being a diabetic is one of the

9   disabled class members in this case.   I mean, that's one of the

10  four class members, are people with diabetes.   So it may be --

11             JUDGE NOTTINGHAM:   But there is more to being disabled

12  than that, Ms. Greisen.   You have to have diabetes, you have to

13  make a showing that it -- it affects one of your major life

14  activities.

15             MS. GREISEN:   Sure.

16             JUDGE NOTTINGHAM:   And you have to make some

17  additional showings.   And what I'm seeing in some of these

18  things -- and I'm using diabetes as an example -- is somebody

19  saying, I've got diabetes, and I'm not getting my medication.

20             MS. GREISEN:   Sure.

21             JUDGE NOTTINGHAM:   That's not enough.

22             MS. GREISEN:   That may be a problem in the claim form,

23  that we didn't ask them specifically for that information.   I

24  mean, that may be true, and I'd have to look.   I don't

25  remember -- the claim forms were for all four disabilities --