IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

## ORDER

---

Kane, J.

Mr. L.R. Moore moves to dismiss Special Master Richard Borchers from his appointment "for egregious bias against claimants as shown in his many fictions in his Final Order (FO)." and "to immediately stop payment to Special Master." The motion (doc. #1052), filed August 24, 2005, is denied. Recusal or disqualification of a judicial officer such as a special master can only be obtained for acts and statements made outside of and beyond the exercise of the judicial function and then only upon affidavit setting forth facts rather than conclusions or opinions showing bias, prejudice or misconduct. For any acts or statements made in the decisional process of case adjudication, the remedy is to file an objection to the findings of the special master in full accordance with the order appointing the special master.

Dated this 30th day of August, 2005.

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT