IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-EWN-OES

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    -vs-

BILL OWENS, *et al.*,

    Defendants.

---

Claim Number 03-051
Category III
Claimant: Steven Paul Walker, #114350
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

### NOTICE OF CLASS COUNSEL'S INTERVENTION REGARDING THE SPECIAL MASTER'S FINAL ORDER

    Paula Greisen and Patricia S. Bellac, of King & Greisen, LLP, hereby give notice of their intent to intervene in the captioned matter as Class Counsel, for the purposes of filing a brief in response to Defendants' objection to the Special Master's order of June 30, 2005. King & Greisen intends to intervene on behalf of the class only, and not as counsel for Mr. Walker. It is Class Counsel's understanding that the parties agreed to a 30-day period for response to objections. Defendants filed their objection on August 18, 2005, and Class Counsel requests permission to file a response by September 23rd, 2005.

    RESPECTFULLY SUBMITTED this 30th day of August 2005.

1

KING & GREISEN, LLP

*Patricia S. Bellac*
_____
Patricia S. Bellac, Of Counsel
KING & GREISEN, LLP
4845 Pearl East Circle, Suite 101
Boulder, CO 80301
(303)442-5111
psblawfirm@comcast.net


KING & GREISEN, LLP
Paula D. Greisen
David H. Miller
1670 York Street
Denver, CO 80206
(303) 298-9878
(303) 298-9879 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2005, I served the foregoing **NOTICE OF CLASS COUNSEL'S INTERVENTION REGARDING THE SPECIAL MASTER'S FINAL ORDER** via electronic mail, and for Mr. Walker, via United States Mail, in a properly sealed, postage prepaid envelope to:

James Quinn
Jess Dance
Assistant Attorney General
1525 Sherman Street, 5`h Floor
Denver, Colorado 80203

Steven Paul Walker, #114350
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Hon. Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminister, CO 80030

*Patricia S. Bellac*

_____