DISTRICT COURT: FOR ~~~~~~~, COLORADO
U.S. Courthouse, Denver

J. Montez, L.R. Moore, et al
Plaintiffs

v.

Gov. Bill Owens, et al
Defendants.

Appearing Pro Se ~~Motion~~ Claimant 03030
LR Moore 47702
Box 777 CSP E34
No Phone Cañon City 81215

Motion For Unlimited Time Extension To File Opening Brief Due To Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 1 2005

GREGORY C. LANGHAM
CLERK

▲COURT USE ONLY▲

Case No. 92-N-870

Div./Ct.Rm. _____

Claimant moves for unlimited time extension due to refusal of Defendants to sell or otherwise allow him ink pens or other means of writing except on very brief loan. Defendants claim Canteen is out of (security) flexpens and they will allow no other means of writing. This problem may take a couple months, or longer (rationing due to demand when new supply obtained) before pens suffice to write opening brief. Contraband charcoal is not to be a substitute altho now and here is.

-2-

Claimant would prefer to have pens versus extension but special Master (15 July) refused to so order, saying this Court lacked jurisdiction.

Respectfully submitted this 1 September 2005

L R Moore

Simultaneously copy sent Mr Morscher, Colo Atty General, 1525 Sherman D-5th Fl., Denver 80203