In The United States District Court
For The District of Colorado

Civil Action No 92-N-870 (OES)
(Consolidated For all purposes with Civil Action 96-N-343

JESSE MONTEZ, et al

-vs-

BILL OWENS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 2 2005

GREGORY C. LANGHAM
CLERK

Claim Number 02-768
Category II
Claimant: REGGIE NEIL KEYES No. 56804
Address of Claimant: S.C.F. PO Box 6000 Sterling Co 80751

Motion To The United States District Court and Special Masters To Up-Grade Category And Claim

Now Comes the Claimant Reggie Neil Keyes in his Request that Claimants Category Be Reconsidered to A Higher Category III or above.

(A) Because the original Category Claim Rating was based on Claimants Arthredic Right Shoulder / With Torn Rotator Cuff. Causing The Claimant extream pain and suffering and loss of Mobility and use of the Shoulder and arm.

(B) Now in addition to that Claim an 1987 Back injury of The L-4 and L-5 Vertabras, have rendered the Claimant unable to Stand up streight or to walk properly. Claimant lives in Constant pain and discomfort due to this degenerative Back Condition. Without proper Surgery claimant will Never work or walk again. Because D.O.C. has Refused the Claimant this Surgery or a Wheel Chair and has made the Claimant Walk and or Crawl ect. This Condition may no longer be Repairable.


Page 2  MOTION TO UPGRADE CLAIM AND SETTLEMENT

① Additionally the Claimant has encountered Severe and abusive Medical Neglect and Discrimination. All of the Claimants Medical Requests and Needs have either been Denied or ignored by both the Fort Lyons Correctional Facility and the Sterling Medical Departments.

Namely: P.A. Ron Petterson and Doctor Patty BeeCroft of the Fort Lyons Medical Department. As my inability to Stand up and to walk Started on a degenerative Cycle in March of 2005. Doctor Patty BeeCroft was the one who informed me that the Department of Corrections denied my Ortho Request for the Repair Surgery on my Back. I walked around that facility all hunched over, all of March, April thru May 18th 2005 and thru several medical appointments concerning my Back at $5.00 and $10.00 each accomplishing nothing.

Sence my arrivel here at the Sterling Facility 6-16-05 and after several Doctor visits i've accomplished absolutely nothing Medically. As Doctor J.G. Fortunata has Stonewalled and Stood in the way of my every Need, Medication, Request or evaluation. With deliberate indifferance Doctor Fortunata has ignored my obvious pain and hunched over physical condition as will as my documented Medical files.

Issued Denied: ① Doctor J.G. Fortunata Refuses to give the Claimant a pain relieving, quallity of life improving "wheel chair" ② Refuses to grant Claimants requested 1st floor Bottom Bunk Restriction. ③ Refuses to change the Claimants Medical Rating to an M-4, Even though its obvious Claimant Cant work and that his injury is degenerative to a degree of crippled and imobile. ④ Refused to grant claimant a cell permit for the Vel Crow Button up Shirts Ortho Surgon Thomas Eskastrand ordered in 2003 due to Claimants inability to raise his Right arm over his head. Eskastrand orders 2-12-03  6-30-04

Page 3  Motion To up-Grade Claim and Settlement

Issues Continued: ⑤ Claimant has also requested and was denied a referal to see an Orthopedic Surgeon "Doctor" For a Scope of my Right Shoulder and Ex-Rays and MRI of my Back and hopefull Surgical Repair.

These refusals have forced the claimant to Walk futher injuring and worstening my current questionably repairable Back Condition "Since 3-15-05 to present"

Futher harm was done to me by Doctor Fortunata, when he purposely, downplayed and denied in an obvious attempt to void my D.O.C. A.D.A. requests and injury claims. In his A.D.A eval done 7-20-05 Submitted to Kathy Holst, AIC of 2862 So Circle Drive Colorado Springs Colorado 80906

Ⓐ The Claimant Reggie Neil Keyes, Now Moves that his Claim be up-Graded to a Category III or better Because the Claimant is a dependant Ward of the State of Colorado. These denials and Medical Negligance and deliberate unwarrented punishments and Suffering. Their refusal of treatment and proper Surgery are Criminal in nature. Because Claimant Was forced to keep walking he may now be rendered unable to ever walk or to physically work. Claimant now expects to be wheel chair bound for the remainder of his life.

Ⓑ The Claimant also Moves that his Claim for Damages be up-Graded to the Sum of <u>Two Million Dollars</u>. Re: Perminate disability, pain and needless Suffering beyond the imposed and intended Sentence of the Court.

Claimant also prays that the Court will also order the State of Colorado/Department of Corrections to Provide and pay for all of the Claimants Medical and Surgical Costs and also the Re-habilitation of the Claimants Back and Right Shoulder.

Signed This 1st day of September 2005
Claimant: Reggie Neil Keyes #56804

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Motion To upgrade The Claimant Category and Claim, This 1st day of September 2005, To the following

Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for The United States District Court
Legal Resolution Center, 7907 Zenobia Street
Westminster, Colorado 80030-4444

Ms. Paula Greisen
Mr. David H Miller
Counsel For The Class
King & Greisen, LLP
1670 York Street
Denver, Colorado 80206

Mr. James X Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver Colorado 80203

Judges Nottingham and Kane
United States District Court
1929 Stout Street
Denver Colorado 80294-3589

Claimant: Reggie Neil Keyes
Signed This 1st day of September 2005