OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS
SENDER
ATTEMPTED UNKNOWN
AUG 25 '05
Released
7/8/05
owell F Roberts
Denver County Jail
P.O. Box 1108
Denver, CO 80201
UNITED STATES DISTRICT COURT
CLERK
CANNOT LOCATE
92-cv-870 EWN
#1049
80201+1108-08