IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-EWN-OES

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

-vs-

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-085
Category III
Claimant: Joseph P. Lovato, #60329
Address of Claimant: 1010 Jamaica St., Aurora, CO 80010

Claim Number 03-002
Category III
Claimant: Joe Eubanks, #64033
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 81211-2005

---

**NOTICE OF INTERVENTION AND REQUEST FOR EXTENSION**

---

Class Counsel King & Greisen, LLP, intervenes in the individual damage claims of Joseph P. Lovato and Joe Eubanks, objecting to certain Conclusions of Law contained in the Lovato[1] and Eubanks decision.

1. It is our position that the Remedial Plan does provide damages for failure to provide reasonable medical care, and deliberate indifference to medical needs. The

---

[1] Joseph Lovato's hearing was held on Monday, July 11, 2005, and the Final Order of Special Master was filed on August 1, 2005. Lovato is one of an estimated 30 claimants who have been denied damages for inadequate medical care on the basis of the *Fitzgerald* decision, or due to the erroneous belief that all the Eighth Amendment claims were dismissed in *Montez v. Owens,* 32 F. Supp. 2d 1235 (D. Colo. 1999). This objection is intended to apply to all such similarly-situated Claimants.

availability of such damages is evident in the express language of the Remedial Plan, Judges Kane and Nottingham's Order of November 23, 2004, and based on established principles of contract law. The objection will include argument that *Fitzgerald v. Corrections Corporation of America, infra,* was erroneously applied to preclude this type of damage award. Prompt resolution of this issue is vital to the Class' Interests.

2. The deadline for objection in the Lovato case was September 2, 2005. Due to unforeseen circumstances in Class Counsel's schedule, Class Counsel requests permission to file its objection by September 7, 2005.

3. I attempted to contact James Quinn, counsel for Defendants, to confer regarding this motion. According to his voicemail message, he is out of the office until Tuesday, September 6, 2005.

RESPECTFULLY SUBMITTED on this 2nd day of September, 2005.

KING & GREISEN, LLP

*Patricia S. Bellac*
Patricia S. Bellac, Of Counsel
KING & GREISEN, LLP
4845 Pearl East Circle, Suite 101
Boulder, CO 80301
(303)442-5111
psblawfirm@comcast.net

KING & GREISEN, LLP
Paula D. Greisen
David H. Miller
1670 York Street
Denver, CO 80206
(303) 298-9878
(303) 298-9879 (fax)
greisen@kinggreisen.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2005, I served the foregoing **NOTICE OF INTERVENTION AND REQUEST FOR EXTENSION** via electronic mail, and for Mr. Lovato and Mr. Eubanks, via United States Mail, in a properly sealed, postage prepaid envelope to:

James Quinn
Jess Dance
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Mr. Joseph Eubanks, 64033
BVMC
P.O. Box 2005
Buena Vista, CO 81211-2005

Joseph P. Lovato, No. 60329
1010 Jamaica St
Aurora, CO 80010

Hon. Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminister, CO 80030

*Patricia S. Bellac*
_____