IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-051
Category III
Claimant: Steven Paul Walker
Address of Claimant: FLCF, Unit 4, P.O. Box 1000, Fort Lyon, CO 81038

---

### DEFENDANTS' OBJECTION TO CLASS COUNSEL'S REQUEST TO INTERVENE ON BEHALF OF THE CLASS

Defendants, through the Colorado Attorney General, respectfully submit the following Objection to Class Counsel's Request to Intervene on Behalf of the Class.

On or around August 18, 2005, Defendants filed an appeal regarding the Special Masters' award of damages to claimant Steven Paul Walker. On August 30, 2005, Class Counsel filed a "Notice of Class Counsel's Intervention Regarding the Special Master's Final Order." They specifically noted that they "intend[] to intervene on behalf of the class only, and not as counsel for Mr. Walker." (Notice of Class Counsel's Intervention).

The Remedial Plan provides that "Plaintiffs' Class Counsel may or may not represent individual class members with respect to their individual damage claims. Class Counsel does not have an obligation to represent any individual with respect to their

individual damage claim." (Remedial Plan, § XXXII).  Nothing in the Remedial Plan allows Class Counsel to file motions or briefs or otherwise intervene regarding a specific inmate's claim without first entering their appearance for that specific inmate.

The Special Masters have pointed out that Class Counsel has entered their appearance on less than ten claims out of over 1,300 claims that have been filed.  (See Special Order # 2, p. 1).  In response to prior motions by Class Counsel, the Special Masters held that

> As to those claims [for which Class Counsel has entered their appearance], counsel may file any necessary motions, and they will be resolved.  As to any other claim in which an <u>entry of appearance has not been filed</u>, <u>class counsel have no legal standing to appear</u> and argue any generic issue.  Class counsel sought to be relieved of the responsibilities to individual claimants on their claims, and that was approved by Judge Nottingham.

(Special Order # 2, p. 2) (emphasis added).  Class counsel has not entered their appearance on behalf of Walker (in fact, they specifically note that they do <u>not</u> represent Walker); therefore, they have "no legal standing" to intervene on his claim.

Defendants speculate that Class Counsel wishes to challenge Defendants' arguments regarding the status of medical malpractice claims and who bears the burden of proof on the four questions laid out in the November 23, 2004 Order.  Similar issues arose in other claims and Class Counsel responded by entering their appearance (*e.g.,* Joseph Lovato, 03-085, and Joe Eubanks, 03-002).  If Class Counsel wishes to intervene on Walker's behalf, they must enter their appearance and represent <u>him</u>.

Furthermore, at Class Counsel's request a hearing has been set for Thursday, September 8, 2005, before Judge Kane to discuss various issues, including the status of medical malpractice claims.

2

WHEREFORE, Defendants request that Class Counsel's request to intervene in Walker's claim "on behalf of the class only, and not as counsel for Mr. Walker" be denied.

Respectfully submitted this 6th day of September 2005.

        JOHN W. SUTHERS
        Attorney General


        s/ Jess A. Dance
        JESS A. DANCE, 35803*
        Attorney
        Corrections Unit
        Civil Litigation and Employment Law Section
        Attorney for Defendants
        *Counsel of Record

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Greisen, Esq. | Honorable Richard M. Borchers |
| David Miller, Esq. | dborchers@legalres.com |
| DavidMiller@KingGreisen.com | Legal Resolution Center |
| Counsel for the Class | 707 Zenobia Street |
| King & Greisen, LLP | Westminister, Colorado 80030 |
| 1670 York Street | |
| Denver, CO  80206 | |

I further certify that I have mailed or served DEFENDANTS' OBJECTION TO CLASS COUNSEL'S REQUEST TO INTERVENE ON BEHALF OF THE CLASS upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 6th day of September, 2005 addressed as follows:

Steven Paul Walker, # 114350
Fort Lyon Correctional Facility, Unit 4
P.O. Box 1000
Fort Lyon, CO 81038

*Courtesy Copy To:*

Cathie Holst

s/ Jess Dance