IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Adam B. Wiens, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants.

Respectfully submitted this 7th day of September 2005.

JOHN W. SUTHERS
Attorney General

s/Adam Wiens

>ADAM WIENS, 36357*
>Attorney
>Corrections Unit
>Litigation Section
>Attorney for Defendants
>*Counsel of Record
>
>1525 Sherman Street, 5th Floor
>Denver, CO  80203 **(DC Box 20)**
>Telephone:  (303) 866-5165

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 7th day of September, 2005 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst
_____