IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

**MINUTE ORDER**

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

The "Motion to the United States District Court and Special Masters to Up-Grade Category and Claim" filed by Reggie Neil Keyes on September 2, 2005 is hereby referred to the special masters and will be copied and sent by the clerk to the special masters along with a copy of this order. The special masters will file their orders resolving these motions with the clerk or otherwise notify the clerk of their actions, so that the clerk can keep accurate records.

Dated: September 7, 2005