IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: September 8, 2005        Reporter: Darlene Martinez
                               Deputy Clerk: Deborah Hansen

Civil Action No.   92-cv-00870-EWN-OES

JESSE MONTEZ, et al.,          Paula Greisen
                               Patricia S. Bellac
Plaintiffs,

v.

BILL OWENS, et al.,            James Quinn
                               Jess Dance
Defendants.                    Elizabeth McCann

_____

**COURTROOM MINUTES**
_____

STATUS CONFERENCE

10:00 a.m.    Court in Session

Court's comments

Counsel requested this status conference

Argument by Ms. Greisen - re they disagree with the magistrate judge's order regarding discovery costs in this case.

Argument by Ms. McCann

ORDERED:  Matter taken under advisement

Court's comments

The Court is not going to stay any of the hearings.

Discussion re deadline on compliance.

Ms. Greisen states that they do not yet have any reports.

Court's further comments

The Court will have to look at the reports as to whether there was substantial compliance as of August 27th, 2005.

Court's further comments

Further Arguments by Ms. Greisen and Ms. McCann

10:48 a.m.    Court in Recess
                Hearing Concluded
                Time: 48 minutes