**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No: 92-N-870 (OES)(Consolidated for All Purposes with Civil Action No: 92-N-343)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2005

GREGORY C. LANGHAM
CLERK

Jesse (Jesus) Montez et, al.,
Claim No: 03-034 William Gilmore
    PLAINTIFF

v.

Bill Owens et, al.,
    DEFENDANTS.

Motion to Stay Hearing set for Sept 9, 2005 until Dept. of Corrections can demonstrate in writing that it has never paid any money to a Doctor Pohlman or to Jacob Patterson for services rendered to inmates.

Comes now Plaintiff William Gilmore and respectfully asks Judge Nottingham to consider this matter. As grounds he states the following for his or Judge Kane's consideration

1. On April 14 2005 Plaintiff filed a motion to introduce supporting documentation, which was accepted by the court. In this documentation Plaintiff showed reports done by the same Dr. Jacob Patterson who has already treated Plaintiff on another occasion, see Attachment 5 and 9

2. On July 31, 2003 Access Correctional Care denied an MRI request submitted by the same Dr Pohlman it now says never treated Plaintiff Gilmore. See Attachment 2

3. On April 6 2004 MRI's were preformed on both of Plaintiff's ankles this time requesting doctor was Brian Webster. This was the same test that was denied when ten monthes earlier submitted by Dr. Pohlman. See Attachment 3 and 4

4. Defendants are obviously attempting to use semantics to confuse the issue of DOC employee. So we should attempt to read between the lines. "If any person has recieved any monies from the DOC either directly or paid to a shell company for their services they should be considered a employee or at the very least a contracter to CDOC. So if a doctor comes into any CDOC facility and treats it's inmates thease people must be free to be called as witnesses as to there own treatment of patients. And diagnosis.

5. The Plaintiff has shown by the documents obtained in his correnT DOC File that the Defendant has shown bad faith in the matter of Plaintiff's witness list. And in fact the Colorado Department does in fact have a Doctor Pohlman treating inmates

At the Sterling Facility and a Doctor Patterson running the Orth Clinic at Colorado Territorial Correctional Facility.

6. If this honorable court wishes to question these doctors they can be found also through their private practice. Dr. Pohlman in the phone book for Sterling Colorado and Dr. Patterson, Jacob, in the phone book for Pueblo Colorado.

7. The plaintiff feels that the special master in this matter has issued orders pre-maturely by not even allowing plaintiff the chance to respond to the defendants objection.

IN CONCLUSSION:

The plaintiff respectfolly ask your honor to issue a summons to Dr. Pohlman and to Dr. Patterson or at the very least to direct the Department of Corrections to make them both available for the purposes of this hearing. The plaintiff only seeks to have the truth come to light about his problem with the DOC and there illigal nature. These witnesses will testify that they have treated Mr. Gilmore and they will testify that their reccomendation and orders were not followed. They will testify that according to the most recent tests done on the plaintiff he still needs treatment. They will testify that they were directed not to issue certain orders and not to reccomend certain treatment.

Thease doctors are considered experts in their own respective fields and their testimony will be expert in nature and that is the whole reason the D.O.C. is Lying about their very existence, but the D.O.C.'s wishes to avoid Future Litigation should not be allowed in this matter to permit them to hide the very people who have already treated the Plaintiff SEVERAL times in there custody. The Plaintiff asks that this Judge either order the Department of Corrections to produce thease Orthopedic Doctors for this hearing or Summon them Directly, or order the Department of Corrections to prove in writting that they have never paid any monies to thease Doctors Directly, formerly to them or indirectly to them or a shell company of theirs.

IF the CDOC needs yet another continuance to comply in this matter the Plaintiff will not object. Note that this information should also include Proof that thease Doctors are not active in the D.O.C. in any maner including treating any inmates. Plaintiff would supply this court to current Phone numbers but is denied access to local phone books.

Respectfully Submitted

William Sihron

9-1-05