*ATTACHMENT 2*

ACCESS CORRECTIONAL CARE DENIAL
NOT MEDICALLY NECESSARY

ATE:July 31, 2003                                   CONFIDENTIAL

ROVIDER: Sterling Regional Medical Center
TTENTION:Admiting
DDRESS: 615 Fairhurst St
› Box 3500
erling, CO 80751-1106


FFENDER NAME: Mr. William Gilmore
FFENDER ID:63549
EFERENCE#: 01-073003-900-70
ENIAL DATE:07/31/03

RVICES REQUESTES: MRI bilateral ankles

ter careful review of the information provided to us, it have been determined these services do not appear to be
dically necessary and are denied for the following reason(s):

› documentation of failed trial of conservative management,including NSAIDS and P.T.

appeal of this denial may be requested. Request for appeal must be received within sixty (60) days of receipt of this
ter and must be submitted in writing with any additional documentation to the address listed below.

ase call Clinical Support Services at 1-888-380-3726 or 720-744-5120 if you have any questions.

ank you for participating in our prior authorization program.

cerely,

cess Correctional Care, Clinical Support Services


 ACC FILE
 DR POHLMAN
 MEDICAL DEPARTMENT
 CENTRAL SCHEDULING
 DR MARK DIAMOND