# BANNER HEALTH COLORADO
### Department of Medical Imaging
Sterling Regional Medical Center
615 Fairhurst Street
Sterling, CO 80751

**MEDICAL IMAGING REPORT**

*Attachment 3*

\# 63549

| | |
|---|---|
| Name: GILMORE, WILLIAM | Physician: WEBSTER, BRIAN RALPH |
| MRN: 80651 | Pt. Type: O |
| Floor: XRA | DOB: 07/25/1968 | 
| Room #: | Acct: 42267849 | EXAM#: 5B-040604 |
| | Sex: M   Age: 35y | Exam Date: 04/06/2004 |

**Clinical Data:** MULTIPLE INJECTIONS OVER THE YEARS SPURS REMOVED UNSTABLE LIGAMENTS UNRESPONSI

**Exam:** MRI LOWER EXT JOINT WO CONT-RT

**MRI OF THE RIGHT ANKLE:**

**HISTORY:** Pain, injury, and surgery.

**FINDINGS:** There is a small osteochondral defect with cartilage loss, cortical irregularity and subcortical cyst formation in the lateral aspect of the talar dome. There is edema in the talus at the subtalar joints anteriorly and posteriorly. There may be mild cartilage narrowing and erosion. There are dorsal irregularities on the talus apparently from previous surgery. There is degenerative change of the talonavicular joint with cysts in the navicular. There is also evolving degenerative change between the navicular and the cuneiforms.

Medially, the deltoid ligament is intact. There is abnormal signal at the insertion of the posterior tibial tendon to the navicular and there is an associated accessory os naviculare. The tendon is intact, however. The remaining medial tendons are unremarkable. The Achilles tendon is normal. The plantar fascia is unremarkable.

Laterally, the anterior and posteroinferior tibiofibular ligaments are intact but mild strain is seen anteriorly. The anterior talofibular ligament is strained and partially torn. There is strain to the posterior talofibular ligament. The calcaneofibular ligament appears intact but strained, as well.

There is only minimal fluid signal at the distal tibiofibular synchondrosis and interosseous ligaments which appear intact.

There is significant fluid identified in association with the talocalcaneal interosseous ligaments consistent with a strain.

Small cystic changes are seen in the anterior aspect of the tibia from degenerative change. There are also internal osteophytes seen off the talus and the medial malleolus.

**IMPRESSION:**

1. Osteochondral lesion lateral aspect of talar dome.

2. Degenerative change tibiotalar joint early and also degenerative change of

*BRW 4-15-04*

**RECEIVED**
APR 15 2004
**SCF Clinic**

Final Report

Page 1 of 2