**BANNER HEALTH COLORADO**
Department of Medical Imaging
Sterling Regional Medical Center
615 Fairhurst Street
Sterling, CO 80751

ATTACHMENT 4

**MEDICAL IMAGING REPORT**

Name: GILMORE, WILLIAM
MRN: 80651
Floor: XRA
Room #:
DOB: 07/25/1968
Acct: 42267849
Sex: M   Age: 35y
Physician: WEBSTER, BRIAN RALPH
Pt. Type: O
EXAM#: 5A-040604
Exam Date: 04/06/2004

Clinical Data: **MULTIPLE INJECTIONS OVER THE YEARS SPURS REMOVED UNSTABLE LIGAMENTS UNRESPONS]**

Exam: MRI LOWER EXT JOINT WO CONT-LT

HISTORY: Ankle pain. Multiple injuries. Previous spur removal.

PROCEDURE: Standard protocol is used.

FINDINGS: Normal signal is seen from the tibia and the fibula. There is an area of subcortical cystic change and cartilage loss over the talar dome laterally on the central weightbearing surface. There is also a reactive cyst or other less typical lesion in the calcaneus at the calcaneocuboid joint. There is some cartilage narrowing at this level. The navicular and cuneiforms have normal signal as does the cuboid.

There is some irregularity of the calcaneus superior to the calcaneocuboid joint, question previous surgical site. This could be assessed better with CT scanning for bony detail.

The deltoid ligament is intact. There may be mild strain. The medial tendons appear within normal limits. The Achilles tendon is normal. The plantar fascia is unremarkable.

The peroneal tendons are identified. The brevis is unremarkable. There does appear to be a mild strain of the peroneus longus as it courses under the calcaneus but it remains intact.

There is scarring, thinning, and irregularity of the anterior talofibular ligament which appears to be chronically strained. There is some attachment identified both at the fibula and talus. The tendon has a grossly abnormal appearance, however, I am uncertain if there was surgery at this level. There is strain of the posterior talofibular ligament. The calcaneofibular ligament is identified and appears intact with only mild strain at its insertion to the calcaneus. More superiorly, there is marked thickening and signal change question previous surgery at the anterior inferior tibial fibular ligament. The posterior inferior tibiofibular is intact. There is significant fluid identified at the distal tibiofibular ligament consistent with loss of the interosseous membrane. There appears to have been surgery at this level, as well.

There is a small joint effusion present. The extensor tendons are unremarkable.

IMPRESSION:

Final Report

Page 1 of 2

RECEIVED
APR 14 2004
SCF Clinic