Attachment 5          DOB

**GILMORE, WILLIAM**                    #63549                                              CCF

**ORTHOPAEDIC CLINIC (9-4-96):** Mr. Gilmore is status post arthrotomy of the left ankle for removal of loose body and spur. He has a similar problem in his right ankle. This is a premature degenerative process. He is serving a long sentence. He complains of inability to dorsiflex the ankle, squat or climb stairs. He also has pain.

**EXAMINATION:** Range of motion is $10-30°$. He has pain with attempted forced dorsiflexion of the ankle. It is clinically stable.

**X-RAYS:** Show a large spur on the anterior distal tibial lip.

**IMPRESSION:** He is doing well on the left. He has a similar impingement and loss of motion on the right.

**RECOMMENDATIONS:** Spur excision. This can be done as an outpatient at State Hospital. I have discussed risks and benefits of surgery with the patient. He understands and agrees to proceed.

_____
Jacob Patterson, M. D.
Orthopaedic Consultant

pendency

T:  9-5-95/mg



9/16/96