*Attachment 9*

GILMORE, WILLIAM                       63549                                    AVCF

**ORTHOPAEDIC CLINIC (1-10-01)**
He is status post surgery on both ankles. He has significant DJD. He is doing okay on the right after arthroscopy and he has had a debridement done. On the left he has now had some locking symptoms, catching. The ankle feels unstable. It feels as though there is something floating around in there. He is wearing tennis shoes and knee sleeves.

**EXAMINATION:** His range of motion on the right is -5 to 40, on the left is 0-35. Both ankles are fairly stable. He has a slight effusion on the left. Neurovascularly intact.

No current x-rays available.

**IMPRESSION:** Significant mechanical symptoms of the ankle consistent with loose bodies.

**RECOMMENDATION:** Arthroscopy left ankle. This has been very successful right. Will have repeat x-rays mailed to me in the meantime. I have ordered ankle sleeves for him. Follow-up at that time.


Jacob Patterson, M.D.
Orthopaedic Consultant


T: 1-11-01/mp

RECEIVED  DATE 1-17-01

CERTIFICAT OF MAILING.

I WILLIAM Gilmore CERTIFY that on this 1ST DAY OF Sept. 2005 I placed in the US mail postage pre-paid one motion to comply with Special Master and one motion to Stay hearing. Addressed to:

: MR JESS A. DANCE
Office of the Attorney General
1525 Sherman Street 5th FLOOR
DEN. CO. 80203

: Judge Richard M. Borchers
Special Masters for the United States District
Court for the District of Colorado
7907 Zenobia ST
Westminster, Co. 80030-4444

: United States District Court  ATTN Judge Nottingham
Alfred A. Arraj Courthouse
901 - 19th Street Room A-105
Denver Co. 80294-3589

SUBMITTED

William Gilmore

9-1-05