IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

> Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

v.

BILL OWENS, *et al.,*

> Defendants.

## ORDER CONCERNING MISCELLANEOUS PENDING MATTERS

> ***"Motion to Expunge Verdicts of Unheld COPD Hearings"*** filed September 12, 2005 by L.R. Moore (**#1069**)

This prolix submission appears to be a collateral attack on certain disciplinary proceedings which were allegedly considered in some unspecified way by the special master during the course of ruling on Moore's disability claim. Such an attack is far beyond the scope of this lawsuit. The motion is therefore DENIED.

> ***"Motion to Suppress Testimony for Perjury"*** filed August 15, 2005 by L.R. Moore (**#1029**)

Moore asks the court for "suppression but not erasure of" certain allegedly-perjured testimony given at his hearing. Moore has had a full and fair opportunity to challenge testimony

in proceedings before the special masters and to persuade the special masters that any witness giving testimony was lying. That is all he is entitled to. The motion is DENIED.

***"Motion to Extend Time"*** filed July 6, 2005 by James Smith (**#959)**.

The motion seeks an extension of time for filing claims, on the ground that claimant was moved from his CDOC facility to the Boulder County Jail and lacked the wherewithal to file his claim. The motion asks for an extension until July 31, 2005. In view of the circumstances, the motion is GRANTED.

Dated this  12th  day of September, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge