

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 12 2005
GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870 EWN
#1062, 1064 + 1067

RETURN TO SENDER
ATTEMPTED UNKNOWN

Howell F Roberts
Denver County Jail
P.O. Box 1108
Denver, CO 80201

Released
9/1/05