IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-111
Category III
Claimant: Leon Silkwood, #119546
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on August 19, 2005 for hearing on Defendants' motion to dismiss. Present were the following: Claimant and Matthew Grove, attorney for Defendants.

Defendants' motion to dismiss is solely premised upon the allegation that Claimant came into the custody of CDOC after the class was defined on August 27, 2003. Claimant verified that he was not in CDOC custody on or before August 27, 2003. As result, he is not part of the class. Claimant is entitled to pursue any and all legal remedies he might have, including commencing a new lawsuit. Claimant is not part of the class and cannot pursue his claim in this matter.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that the hearing set for August 25, 2005 at 11:00 a.m. is vacated; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 21, 2005.**

SIGNED this 22nd day of August, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 22nd day of August, 2005 to the following:

Mr. Leon Silkwood
#119546
FCF
P.O. Box 999
Canon City, CO 81215-0999

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra