IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

## ORDER

This motion (#1070) is both frivolous and beyond the issues remaining in this lawsuit. It is therefore DENIED.

Dated this 12th day of September, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge