IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]


JESSE (JESUS) MONTEZ, *et al.,*

      Plaintiffs,

v.

BILL OWENS, *et al.,*

      Defendants.

---

**ORDER**

---

This motion (#1071), being both frivolous and moot, is DENIED.


Dated this  12th  day of September, 2005.


                              BY THE COURT:


                              s/Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge