# IN THE UNITED STATES OF DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Edward W. Nottingham

Bernique Abiakam, Deputy Clerk                           Date: September 9, 2005
Therese Lindblom, Court Reporter

Criminal Action No. 92-cv-00870-EWN-OES

*Parties:*                                               *Counsel:*

JESSE F. MONTEZ, et al.,                                 Paula Dee Greisen

    Plaintiffs,

v.

BILL OWENS, et al.,                                      Elizabeth H. McCann
                                                         Jim Quinn
    Defendants.                        Jess Dance

---

## COURTROOM MINUTES

---

**Hearing on Partial Objection to Second Report and Recommendation**

**4:31 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding appointing a Special Master.

**ORDERED:** Counsel shall decide on or before **September 19, 2005**, the names of two Special Masters to be appointed.

Discussion regarding compensibility of damages claim for medical care.

Discussion regarding various class wide issues.

**ORDERED:** Counsel shall decide which issues should be handled by this Court and those issues to be handled by Judge Kane on or before **September 14, 2005.**

**4:42 p.m.     Court in recess.**

Time in court - 00:11 minutes.
Hearing concluded.