IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 N 870 - EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

## DEFENDANTS' LIST OF PENDING MATTERS AS OF SEPTEMBER 14, 2005

Defendants, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado Attorney General's office, submit the following list of pending matters with docket numbers and defendants' suggestion as to which judge should decide these matters.

1. **Plaintiffs' Motion re: Discovery Costs and Defendants' Response** - **#811**, **#845,** and **#864** - fully briefed - although directed to Judge Kane, we suggest that Judge Nottingham resolve this matter because the issue affects all class members.

2. **Issue regarding the applicability of the <u>Fitzgerald v. Corrections Corp. of America</u>, 403 F.3d 1134 (10th Cir. 2005) case to the damages claims in this case.** This is raised by Plaintiffs' counsel in two appeals involving the Special Masters' orders in <u>Lovato</u>, (the order is **#1000**) and <u>Eubanks</u> (the order is **#1036**). It was discussed in the Plaintiffs' motion for a status conference and for a stay of proceedings **- #1027** and Defendants' response thereto **#1050** and was raised in Plaintiffs' motion to intervene in the two appeals, **#1065**. (Eubanks' individual

appeal, filed without counsel is **#1045**). Defendants have not yet responded to #1065 which was filed 9/7/05 but will respond shortly. This issue should be decided by Judge Nottingham because the ruling will affect more than the individual claimants' appeals.

3. **Issue regarding the extent to which individual inmates can recover for 8th Amendment Section 1983 medical malpractice claims in the damages portion of the settlement**. This issue is raised in the same documents referenced in number 2 above. This issue should be decided by Judge Nottingham because the ruling will affect several class members.

4. **Motion to intervene filed by Plaintiff Class Counsel in the <u>Walker</u> damage claim**. The order of the Special Master is **#956.** Defendants appealed that order in **#1031**. Plaintiff Class Counsel moved to intervene on behalf of all class members, but specifically not on behalf of Walker in **#1056**. Defendants objected to this intervention in **#1061**. Defendants suggest that consideration of this issue should be split. Judge Nottingham should decide the issue of intervention because it could affect other claimants **(#1056 and 1061)**. Judge Kane should decide the actual appeal of the Special Master's order **(#956 and 1031)**.

5. **The many appeals and motions of L.R. Moore**. He has been filing multiple motions which Judge Nottingham has been addressing. The Special Masters' order was **#1019** and Mr. Moore's latest brief is **#1072**. Technically, these motions are probably in the nature of an appeal and could be heard by Judge Kane but given his workload, Defendants suggest that Judge Nottingham continue to rule on the filings by L.R. Moore.

6. **There are two other appeals filed by inmates contesting the orders of the Special Masters**: <u>Leach</u> (**#1021** Order; **#1055** appeal - Defendants have not yet responded)

<u>Wolf </u>(**#950** Order; **#978** appeal; **#1006** Defendants' objection)

These should be handled by Judge Kane.

Once the Court rules on the issues that could affect several class members, we anticipate that the individual appeals from the Special Masters' orders will be handled by Judge Kane.

7. **Compliance with the Remedial Plan (#1028** and **#1051**). This should be handled by Judge Kane as provided in the Remedial Plan. This matter is not fully briefed by either party. We anticipate that more pleadings will be filed in the next month.

Respectfully submitted this 14th day of September 2005.

JOHN SUTHERS
Attorney General


s/ Elizabeth H. McCann
ELIZABETH H. MCCANN 5834
Deputy Attorney General
Civil Litigation and Employment Law
Section

JAMES X. QUINN, 21729*
Assistant Attorney General
Corrections Unit, Litigation Section

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Fax: (303) 866-5443
Email: beth.mccann@state.co.us
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 14th day of September, 2005, I electronically filed the foregoing **DEFENDANTS' LIST OF PENDING MATTERS AS OF SEPTEMBER 14, 2005** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen  
David Miller  
miller@kinggreisen.com  
pgreisen@comcast.net  
Counsel for the class  
King and Greisen, LLP  
1670 York St.  
Denver, Co. 80206  

Patricia S. Bellac  
psblawfirm@comcast.net  
4845 Pearl East Circle Suite 101  
Boulder, Colorado 80301  

Honorable Richard M. Borchers  
dborchers@legalres.com  
Legal Resolution Center  
707 Zenobia St.  
Westminster, Colorado 80030  

      s/Elizabeth H. McCann  
      Elizabeth H. McCann  
      Attorney for Defendants  
      Colorado Attorney General's Office  
      1525 Sherman St.  
      Denver, Co. 80203  
      303-866-3261  
      Fax: 303-866-5443  
      beth.mccann@state.co.us