RECEIVED
SEP 7 2005
BY: 03-007 closed

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 16 2005
GREGORY C. LANGHAM
CLERK

Timothy Moses
107837
Po Box 1010

Special Resolution Cntr
ATT: Honorable Richard Borchers
7907 Zenobia
Denver, CO 80030

CASE# 03-007
RE: Medical Restrictions

Your Honor,

I have been recently denied medical necessity's due to change in D.O.C. policy. I was released from ~~C.M.C.L~~ C.T.C.F on Parole on 2-25-05 I have since returned on a Parole Violation, Medical things I had before I left such as an Extra Mattress Egg Crate, and Wedge Pillow. Which D.O.C had previously said was a medical need. Now they have changed their policies and said Due to Policy Change I know longer meet the criteria. I have Chronic Progressive M.S. and literally have to have someone help me sit up in bed every morning because I am in such pain from the thin mattress D.O.C provides. The Nurse Practitioner and DR have stated that I am in need of these items

But D.O.C. will not allow them to order them for me. When I seen N.P. Batson she suggested I write you to see what if any thing can be done for me to receive these items again, as well as a wheelchair that is big enough for me. Due to my being 6'5" inches my knees sit way above my hips, causing my hips to slide in and out of place causing a great deal of pain.

Sincerly
Timothy Moses
Timothy Moses

epartment Of Corrections
Thy Moses
107837

o Box 1010
Canon City, CO
81215

RECEIVED
SEP 7 2005
BY:

Special Resolution Crm
ATT: Honorable Richard Borchers
7907 Zenobia
Denver, CO 80030

80030-4444