Judge: Richard M. Borchers
Special Masters To The
United States District Court
for The District of Colorado
Legal Reselotion Center
7907 Zenobia Street
West mister, Colorado.
80030-4444

RECEIVED
SEP 7 2005
BY: 03-013 closed

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 16 2005
GREGORY C. LANGHAM
CLERK

# 53(G)-(2) Montez Claim
Claim # 03-013 catagory 3
Claimant: John Rain # 112327
FCF, P.O. # 999, Canon City
81215-0999

① Please send me my papers I left in your desk on as my evidence and my exibits please. ~~Papers dated~~ July 29, 2005.

② Ojection to this order Persuant to federal Rule of of Civil procedures 53(6)(2) Montez claim.

③ I cannot and will not accept your offer of 100.00 for Damages, I Believe I am intitled to more.

④ I had to and still am having to endure pain and suffering Becouse of the medical staff at the Freemont. Would not address my issues even they were aware of my medical issues, such as Diabetes, vision Becouse of Diabete feet problems. and my fainting spells, These havent Been issved yet, Proper medication for my Back pain, those were taken from me on April of 02-02

Colorado Department Of Corrections
Name: Johnnie Ramirez
ister Number: 112327
t 2  D-9B
Number: 999
State, Zip: Canyon City
Colorado, 81215-0999

RECEIVED
SEP 7 2005
BY:




Judge: Richard M Borcher:
Special masters To The United
States District, Of Colorado
Legal resolution Center
7902 Zenobia Street
Westminster, Colorado
~~800-4404~~

FCF 9-4-05
**FACILITY** / **DATE REC'D**

Erps 5128 JC
**STAFF LAST NAME** / **ID#** / **INT**

112327 Ramirez JR
**DOC #** / **OFFENDER LAST NAME** / **INT**