IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2005

GREGORY C. LANGHAM
CLERK

_____

Claim Number 03-013
Category III
Claimant: Johnnie Ramirez, #112327
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

### ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on the letter of Claimant. In the letter Claimant requests that he be allowed to object to the Final Order and to obtain the return of his exhibits.

Claimant is advised that his claim file is now at the United States District Court. His letter will be forwarded to Judge John L. Kane, Jr., who is the appellate judge pursuant to the Remedial Plan. Claimant will need to leave his exhibits with the Court for the immediate future to allow Judge Kane to review the objection. If Claimant still wants the return of his exhibits, then he may contact this office again and a request will be made for return of the file from the Court. Claimant needs to remember that Judge Kane cannot consider his exhibits if they are not part of the official claim file.

IT IS HEREBY ORDERED that Claimant's letter will be treated as an Objection filed pursuant to F.R.C.P., 53(G)(2) and will be forwarded to Judge John L. Kane, Jr. at the United States District Court for the District of Colorado.

SIGNED this 12th day of September, 2005.

BY THE COURT:

By: _____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 12th day of September, 2005 to the following:

Mr. Johnnie Ramirez
#112327
FCF
P.O. Box 999
Canon City, C 81215-0999

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____