IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-768
Category II
Claimant: Reggie Neil Keyes, #56804
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for upgrade of claim to Category III. This motion will be deferred pending review of documents submitted by Defendants. The Special Masters will review this claim after the submission of those documents to determine if a higher category is appropriate.

IT IS HEREBY ORDERED that Claimant's motion to upgrade claim is deferred.

SIGNED this 6th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 6th day of September, 2005 to the following:

Mr. Reggie Neil Keyes
#56804
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra