SEPTEMBER 12, 2005

US FEDERAL DISTRICT COURT
ATT: CLERK MR. LANGHAM
901-19th ST. Room A 105
DENVER, CO  80294- 3589

MR. FRED F. FRANZONE
CITIZEN CO. #96974
POBox 6000
Sterling, CO  80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 4 2005

GREGORY C. LANGHAM
CLERK

REF: MONTEZ v. Governor Owens   Case # CIVIL ACTION No. 92-N-870 (OES)

Dear Mr. Langham,

On August 1, 2005 I have loged a legal mail trough S.C.F. # unit 21 concerning my DIRECT APPEAL of this case to the 10th Curcuit court of our Fedral Judical system through your district court for an approoval to procced on my appeal The case were before honorable federal district judge Notthingham to settle this case through the special masters.  In my case I had a direct hearing with judge Richard M. Borcher on June 17, 2005.  He unexpectedly déniad my rightfull claim and my search to found justice in Colorado!  He deniad my ver-very merrited case since I was denid  9 MONTHS of any MEDICAL HELP at the Arkansas Valley Corr. Facility even do I have at that time uncontrolled insulin dependence!  A.V.C.F. would have liked me to day then, give me my required doctor orovided INSULIN!!!  This is not CHINA, this is one of the continues state of the United States of America, where my disability is not my own making, but caused by incarceration, illegal lock downs, medium facilities very I never classified due to my minimum points and total disregard to any humanity at this DOC facility! I have not heard any repply from any court on this issue!  So I would like to get an update how long do I have to wait to procced in with this appeal against the governor and et at.  Please inform my as soon as possible on this case, and send necesary paperwork to procced on the 10th Curcuit Court of our great nation!

Thank you in advence, with respect,

*Fred F. Franzone* (signature)

citizen Fred F. Framzone

cc

P.S. IN MAIL IN LAST LETTER WAS ENCLOSED A $0.00 CERTIFIED INMATE TRUST ACCOUNT STATEMENT TO PROCCED FORMA P. I ALSO SUING MY US. BANK, GRAND JUNCTION BRANCH WHERE I HAVE OVER $4,000.00!

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01447-OES

FRED F. FRANZONE,

    Plaintiff,

v.

STATE OF COLORADO, et al,
GOV. OWENS, State of Co.,
AVCF, CAPT. GARCIA, Kitchen,
SERGENT HARRIS, ACC Case Mgr.,
LT. HALE, ACC Case Mgr.,
AVCF TED LAWRANCE, P/A,
AVCF LUT. [sic] SCRUGGS, Case Mgr.,
FCF LT. JESSE MEDINA,
C/O NYLBERG, A.C.V.F.,
COMMENDOR PARKER, A.V.C.F.,
CASE MGR., SCHAFFER, A.C.C.,
C/O HARDICK, A.C.C.,
DR. HOCKER, S.C.C.F., and
DR. BERLIN, Grand Junction, Colorado,

    Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff Fred F. Franzone has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about the plaintiff's financial status, the court finds that the plaintiff is able to pay an initial partial filing fee of $19.00 pursuant to § 1915(b)(1). Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted.  Plaintiff shall be required to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.  It is

FURTHER ORDERED that the plaintiff shall pay an initial partial filing fee of $19.00.  Plaintiff shall have **thirty (30) days from the date of this order** in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no means by which to pay the designated initial partial filing fee.  In order to show cause, the plaintiff must file a current certified copy of his trust fund account statement.  It is

FURTHER ORDERED that the clerk of the court shall provide the plaintiff with two copies of this order.  Plaintiff is directed to make the necessary arrangements to have one copy of this order attached to the payment in the amount of the designated initial partial filing fee.  It is

FURTHER ORDERED that the court will not review the merits of the Prisoner Complaint until the initial partial filing fee is paid or the plaintiff shows cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee.  It is

FURTHER ORDERED that, after payment of the initial partial filing fee, the plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed above why he has no assets and no means by which to make the monthly

payment. Plaintiff is directed to make the necessary arrangements to have each monthly payment identified by the civil action number on this order. It is

FURTHER ORDERED that if within the time allowed the plaintiff fails to have the designated initial partial filing fee or monthly payments sent to the clerk of the court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED at Denver, Colorado, this 26 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01447-OES

Mr. Fred F. Franzone
Reg. No. 96944
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed **two copies of the ORDER** to the above-named individuals on  8-26-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

**DEPARTMENT OF CORRECTIONS REQUEST FOR MONEY ORDER**  DC 200-7B

Offender Number: 96944  
Offender Name: FRED F. FRANZONE  
Amount Requested: $ 19.00  
Offender Signature: Fred F. Franzone  
Money Order Fee: $ .75  
Facility: S.C.F.   Unit: 23  
Total: $ 19.75   *For Your* / *Referral*  
Date: 9- -2005  
To: Name: Mr. Clerk  U.S. Federal District Court Civil  
Address: 901 - 19 TH ST. Room A 105  
City: Denver   State: CO   Zip Code: 80294-3589  
Reason: Case No # 05-CV-01447-OES Payment

Approved _____  
------ Office Use Only ------  
PLEASE THERE ARE TWO SEPARATE ISSUES HERE!  
Need Approval ___ Insufficient Funds ___ Money Order Number: ___  
Need Reason ___ Other ___ Date Request Received: ___  
20034(R8/00)

## CERTIFICATE OF MAILING

I, FRED F. FRANZONE CERTIFY THAT ON THIS DAY I PLACED THIS MOTION TO PROCCED FORMA PAUPERIS THE BANKS PAYS OUT OF MY ACCOUNT AT US BANK GRAND JUNCTION, CO 81501 BRANCH, SO I CAN PAY $250.00 TO THE U.S. DIST. COURT A.S.A.P. ON THIS DAY OF SEPTEMBER 12, 05 70 U.S. FEDERAL DISTRICT COURT, DENVER, CO 80294-3589

CITIZEN  Fred F. Franzone

IN CO # 96944