IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 N 870 - EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

### STATUS REPORT RE: ADDITIONAL SPECIAL MASTERS
---

Defendants, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado Attorney General's office, submit the following suggestions for additional special masters to hear the individual damages claims in this case:

1. **Judge Richard C. Davidson -** Defendants withdraw their objection to Judge Davidson after clarification of his relationship with Plaintiff Class Counsel's prior law firm.

2. **Judge Donald E. Abram -** member of Legal Resolution Center suggested by Judge Borchers and Judge Pringle.

3. **Judge Philip Roan -** member of Legal Resolution Center; former Colorado District Court judge.

Plaintiff Class Counsel has not agreed to these suggestions. Unfortunately, Plaintiffs' and Defendants' counsel have not been able to agree regarding additional special masters. Defendants are agreeable to Judge Nottingham selecting additional special masters.

Respectfully submitted this 19th day of September 2005.

          JOHN SUTHERS
          Attorney General


          s/ Elizabeth H. McCann
          ELIZABETH H. MCCANN 5834
          Deputy Attorney General
          Civil Litigation and Employment Law Section


          JAMES X. QUINN, 21729*
          Assistant Attorney General
          Corrections Unit, Litigation Section

          Attorneys for Defendants

          1525 Sherman Street, 5th Floor
          Denver, Colorado  80203
          Telephone:  (303) 866-3261
          Fax: (303) 866-5443
          Email: beth.mccann@state.co.us

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 19th day of September, 2005, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Greisen | Honorable Richard M. Borchers |
| David Miller | dborchers@legalres.com |
| miller@kinggreisen.com | Legal Resolution Center |
| greisen@kinggreisen.com | 707 Zenobia St. |
| Counsel for the class | Westminster, Colorado 80030 |
| King and Greisen, LLP | |
| 1670 York St. | |
| Denver, Co. 80206 | |

                                                                                    s/Elizabeth H. McCann

                                                                                    Elizabeth H. McCann
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us