IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
(Consolidated with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.
Plaintiffs,

v.

BILL OWENS, et al.,
Defendants.

## REPORT BY PLAINTIFF RE:  ADDITIONAL SPECIAL MAASTERS

The Plaintiff Class, through undersigned class counsel, pursuant to the Court's Order of September 9, 2005, hereby submits a report regarding the appointment of additional special masters:

1.  Plaintiffs' counsel has reached agreement with defense counsel regarding the appointment of one special master:  Judge Richard Davidson of Legal Resolution Center.

2.  Plaintiffs' counsel provided the defense with the following list of additional individuals, all of whom are qualified to serve as a special master in this case:

> **Judge Kenneth Plotz** – member of Legal Resolution Center; former Chief Judge for the Eleventh Judicial District in Colorado
>
> **Judge Michael R. Enwall** – member of Legal Resolution Center; former Colorado District Court Chief Judge
>
> **Judge Robbie Barr** -- member, Judicial Arbiter Group; former appellate Court Judge
>
> **Bruce Sattler** – former partner at Fagre & Benson; practice focused on defense of employers in ADA, Title VII and other discrimination allegations

>   **Kathryn E. Miller**—of Miller & Steiert, P.C.: practice focus on prosecution and defense of discrimination claims and serves as mediator
>
>   **Joe Epstein** – JAMS/Endispute; mediator and arbitrator
>
>   **Steve Berkowitz** – JAMS/Endispute:  mediator and arbitrator
>
>   **Dan Himelspach** -- Dispute Management;  mediator and arbitrator

3.  The defense has not agreed to any of the above individuals.  It is the Plaintiffs' position that the appointment of a special master is a material term of the settlement reached in this case and that no additional special masters can be appointed without the agreement of both parties.

DATED this 19th day of September, 2005.

>   Respectfully submitted,
>
>   KING & GREISEN, LLP
>
>    s/ Paula Greisen
>   Paula Greisen
>   1670 York Street
>   Denver, Colorado 80206
>   (303) 298-9878
>   (303) 298-9879 (fax)

## CERTIFICATE OF SERVICE

2

      I hereby certify that a true and correct copy of the foregoing **STATUS REPORT BY PLAINTIFF CLASS ON PENDING ISSUES** was placed in the United States mail, first-class postage prepaid, this 14th day of September 2005, to the following:

Elizabeth H. McCann, Esq.
James X. Quinn, Esq,
Attorney Generals Office
Civil Litigation and Employment Law Section
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
beth.mccann@state.co.us
james.quinn@state.co.us

Hon. Richard M. Borchgers
Legal Resolution Cenbter
707 Zenobia Street
Westminister, CO 80030
dborchers@legalres.com

                                                  s/Paula Greisen