FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

L R Moore 47702
Box 777 CSP E311
Cañon 81215-0777

Judge ~~Nottingham~~ MasterBorchers
U.S Dist Court 7907 Zenobia
Denver 80294  Westminster 80030
Paula Griesen / David Miller
1670 York, Denver 80206

15 Sept 05

Your Honors
 A Holst Rule cover sheet to finish letter as over 5 pages, thus p 6 & 7 with this.

## David Miller -

 I do not know why you are (or Paula) on Certificate of Service as it is my understanding y'all dropped out 6 mnths ago. I showed up at Hearing despite heavy Defense presence. As expected, they lied their asses off. What I do expect was Borchers to encourage this, and deny all claims I made (one "granted" I never made). Tell me if you are still of counsel in this matter

do. I've heavy doubts and will soon formally complain if you don't reply.

L R Moore

PS I moved for a trial date. I must have answered whether torture is acceptable. Such was a question of Jesse Montez that was dodged by his death. A few sadists accuse us of faking, then use abuse to make us "walk" etc. Such was stated at hearing along with sadists claiming I can walk, that they saw what no one else has, what X-rays of spine show is NOT possible.

Either support bid for trial or state immediately that you won't.

#92 N 870

Certificate of Service

On 8 September, 2005 Plaintiff pro se sent Colorado Attorney General 1525 Sherman 5th Floor Denver 80203, copy of Motion to Set Trial Date or xeroxed by Attorney General's client, Cathie Holst/Jason Young. I.E. semi-illegibly. L R Moore Plaintiff

LRMoore 47702
Box 777
Cañon 81215