IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action, File No. 92 N 870 (claim #03030)
(To be supplied by the Court)

LR Moore
#47202
Box 777 CSP
Canon 81215
, Plaintiff(s)

vs.

Gov. Bill Owens, et al
, Defendant(s)

## Motion To Expedite Ruling For Appeal

Plaintiff moves this Court to rule quickly on his Motions, Briefs, and Objections so he may appeal denials. This matter has drug on 15 years so far without any real attempt at resolution of the core claims. The recent hearings were mockeries obfuscating these claims, thus claims remain. Hayes v. Marriott 6 Fed Apx 744 and 194 F 3d 1320.

-2-

Fifteen years is too long. If this Court is to uphold Special Master's refusal to enforce 42 USC 12101(b)(3) by ordering the return of Plaintiff's wheelchair and cessation of abuses designed to make him walk altho such physically impossible, then Plaintiff insists he has a right to appeal soon, perhaps after 60 days of mailing this Motion.

Respectfully submitted on September 2005 by

L R Moore