LR Moore 47702
Box 777, CSP E 311
Cañon City, 81215

Judge Nottingham          Master Borchers
U.S. Dist Ct.             7907 Zenobia
Denver 80294              Westminster 80030

Paula Greisen, David Miller,
1670 York, Denver 80206

15 Sept 05

Your Honors,
Re Borchers Perjury Order
of 1 Sept. 05, Rec'd 7 Sept 05

Once again Master Borchers abets Defendants' perjury and deception. As he stated he is unable to order them to actually do anything, all this order does is tell them to lie better.

The problem, as stated at hearing and in claims, of wheelchair has several parts and solutions; all of which Defendants reject, and lie about.

A) CSP'n McCall stole my wheelchair.

B) ALC Holst lied at hearing about this, was told she was lying by CSP

-2-

staff presents, yet persists.
C) CSP refuses to recover my chair (my = personal, not state)
D) My chair meets CSP's claimed "security needs" as is (fixed footrests — nonremovable)
E) Current chair does not due to removable arm & footrests (footrests taken but not arm)
F) CSP Clinical Services (CS) Erickson (head) claims to be unable to read a chair-parts catalog and unable to allow me to order parts at my expense from my catalog
G) Current chair's back is split and arm pads are worn out. This was admitted by Erickson at hearing.
H) E Pod has a new chair that meets "security needs" (these are a caprice as not actually existent) yet is refused to allow me to use

-3-

it more than once a week, I use it thus.

I) CS claims to have a new chair that they ordered knowing it would NOT meet "security needs," and wants me to sign an agreement to vandalize it to so meet.

J) CS refuses to allow me copy of agreement.

K) Agreement is false and absurd, yet CS refuses to correct it, Erickson writing in reply, that correction is "inappropriate"

L) Agreement confuses right and left, thus unquestionably wrong.

M) Agreement is to leave one footrest + arm rest removable while welding other, claiming removable can be used as a weapon. That is 4 can be used as weapons but 2 can't be. Absurd.

N) On 5 Sept, in response to Boncher, Agreement first came to me, thus CS had Ø intent before 5 Sept

-4-

to even pretend to deliver chair Borcher falsely claimed was delivered 15 July.

O) CS refuses to first deliver chair so I can see if it will work, before I sign.

P) Grapevine says Borchers granted almost all Hearing Claimants $500 regardless of claims, no more, no less. That is, he heard the claims as if deaf with a dead battery hearing aid, that he refused to order any actual remedies, but gave reasons to not order, even when admitting remedy needed.

Q) Erickson has a history of lying. She lied from January 05 to July 05 on delivering me another prisoner's glasses she claimed were mine. Just prior to Hearing, she finally delivered mine — refused was a Hearing Claim thus

-5-

invoiced, then she double billed me for both glasses and Rx record used to prove error. Actually triple billed me (so far) on records. I grieved and she denied on basis that she did this so many times it was not a "single subject" on received by grievance rules!

———

Thus CG + Erickson are corrupt. They declare worn out $10 pads on making chairs "destroyed" "unrepairable" so they can haul them home as scrap. I do not doubt they ordered a new chair using my name, that it was delivered to CGP before 15 July 05; Nor do I doubt that this chair has gone the route mine went — home with staff. Nor that they enjoy kick backs, thus did not order model that met "security

~~needs~~ but one that met kickback needs. Nor that refusal to let me use Pod chair more than once a week is deliberate to anger me. Likewise double billing.

Now that Borchers has no intent on even attempting to enforce ADA nor do any but splay token awards, to justify his ~~so~~ fees, while pleasing Defendants.

I was NOT sent copy of what Nottingham wrote Borchers which latter return to, and which I need. Borchers refuses me copy of ~~leaving~~ ~~CDm~~ after stating I could have such. He also refuses me Final Order copy of others. as if not a ~~pr~~ public record. I've asked he be removed.

Therefore I repeat REMOVE BORCHERS. As I do not like ex parte communications, ~~I'm~~

-7-

asking Defendant Holst/ Young to copy, at my expense, this for Colo. Atty General. Refusal likely. If so, will send AG the denial form by Holst/Young.

Meanwhile, the best answer is give back my chair. Second best, 7 immediately let me use, 7/7, the Pod chair (and order new pads, multiply for this model to replace those in other pods worn out) and to have same when these do). Least desirable is continue the perjury re new chair abetted by Bordens at Hearing, in Final Order, and in 1 Sept Order.

There is Ø point in asking a liar why she lies unless first liar stops lying. Erickson, as proven in her Response # 64/05 529(2) and Kite she signed 6 Sept 05, has not stopped 6 or more