92N870 L R Moore
Box 777 SHE 211
Cañon 81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 19 2005
GREGORY C. LANGHAM
CLERK

Judge Nottingham
U.S. District Court
Denver 80294

15 Sept 05

Your Honor

On 7 Sept 05, I received an Order copy from Master Borchers referring to a note you sent him in response to my Perjury Motion, in case 92 N 870 - aka Montez.

If possible, I would like copy of your note as I doubt that Master Borchers, having already claimed he can't order CSP to produce torture records, despite my listing dates and logs, is sincere in his Order re wheelchair.

Again I ask he be removed or replaced.

L R Moore

PS Is David Miller still class counsel?

**REQUEST FOR SICK CALL**

NAME: LR Moore   NUMBER: 47702

DATE: 8 Sept 05   LIVING UNIT: E311

WORK ASSIGNMENT: _____

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

Prescription Number: _____

X Other: Records

Explain your need for request: Copy of CS Response to 1 Sept 05 Borcher Order

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

2005

---

**REQUEST FOR SICK CALL**

NAME: LR Moore   NUMBER: 47702

DATE: 8 Sept 05   LIVING UNIT: E311

WORK ASSIGNMENT: _____

**Offender needs to be seen by: (CHECK ONLY ONE)**

Erickson Ambulatory asked to sign Sept is wrong. I ask expungement

____ Physician Assistant/Nurse Practitioner
____ Dentist
____ Nurse
____ Mental Health
____ Self Medication: Refill Name: _____
Prescription Number: _____
____ Other: _____

Explain your need for request: _____

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

---

**REQUEST FOR SICK CALL**

NAME: LR Moore   NUMBER: 47702

DATE: 5 Sept 05   LIVING UNIT: E311

WORK ASSIGNMENT: _____

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner
____ Dentist
____ Nurse
____ Mental Health
____ Self Medication: Refill Name: _____
Prescription Number: _____
X Other: Lynn Erickson — today arrived your omissary why can't tell left foot from right, this confused the 2, Got a Quikie w/ Ericks footrests!!

Explain your need for request: _____

**Offender's request was received at Dispensary:**

Date: 9/6/05   By: Q roday (illegible) Erickson

Action Taken: Referenced orthographist (illegible)

20053 Distribution: White Copy-Dispensary    Canary Copy-Medical    Pink Copy-Offender