L R Moore 47702
Box 777 CSP E
Cañon 81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

Judge Nottingham
U.S. Dist Ct., Denver 80294

Re Montez Class — 92 N 870 -OES

Your Honor,
I ask to be totally informed.
The problems are always of
process, of deliberate obstruc-
tion and willful ignorance by
staff of DOC, etc.
DO you agree with Master
Borchers that process can't be
improved by appointing an AIC
desiring to solve problems
rather than obstruct! (viz
latest AIC obstruction in
attached correspondence w/
AIC). The process is corrupt.
If it weren't, there'd be no
class action. Even Borchers admits
this. Twelve years is too long.
If you agree with Borchers
that he court lacks
power to enforce ADA other
than as Defendants wish.
(such as Using ADA Funds at
LCF for flower beds instead
of removing needless chair
barriers poured AFTER
protests not to), then please
state so to me.
If you so agree, please
either allow me my "day in court"
in front of a jury, or to appeal
to 10th circuit.

—2—

the instant problem of CSP's refusal to replace parts expected to wear out is akin to scrapping a car cuz tires are bad. A new car, as an answer, fails to address problem. And new chair still undelivered.

Further CSP still refuses to even explain what they did with my own chair.

Borchers allows CSP to get away without addressing these and other problems. the refusal to address any of the claims I raised seriously. Instead he cited the flower bed diversion as why ADA was enacted — as if to plant flowers versus actually remove barriers.

The lack of response direct to me (class counsel failed to show at hearing and told me over a year ago that CSP was NOT part of their interest, has since NOT replied etc) by your court, etc, tells me that CSP is covered only by lip service. That is, any serious claims will be, and were blindly rejected.

I do not claim to predict a jury. I do claim a right to present my claims to such, not so much for damages but

— 3 —

to compel DOC to agree to curb process corruption in lieu of damages.

I suggest this is the same right, albeit for much less, as a wrongful death police shooting. The need is for Plaintiffs — the actual claimants — to appoint AIC. Or for all grievance and hearing officers to be Dept of Admin "law judges" as in other Colo State Depts. The total dependency of current grieve officers on one year contracts makes them more dependent on DOC than if they were directly DOC staff.

ADA was enacted, not as Borchers claims, but to "negotiate" (or otherwise) for reasonable accomodations. Not for flower beds, nor for obstructionists like Holst, delighting in fabricating libelous reasons to deny relief (viz her libelous Memo she blames on case manager)

Doing the right thing is simple, thus ~~I ju~~ I doubt I'd have trouble convincing jurors what should have been done. If you doubt this, let me risk trial. Obviously jurors can grant relief for the "Theft" by CSP of my chair.

—4—

And for C/O Lusk dropping
me on floor to see if I
could walk.(Borchers calls
this "vague"— would a jury?)
And for being so constrained
as to deliberately force
urination and defecation
on self, both here and at
SCCF.

Ⓐ I feel I have met the
standard of claims for
which relief can be
granted by both court
order and jury award.

Ⓑ I feel I deserve
serious consideration for
one or the other.

I feel, that if you
disagree, I am entitled
to immediately appeal.

Ⓒ Finally I feel there
must be significant improve-
ment in Legal Access
at CSP/CCF by providing
pens, staplers, more xerox
(there via Law Library at
prisoner expense) and curbs
on staff destruction of
legal mail and files, and
provisions to obtain torture
records, etc.

I respectfully request
you to tell me to either
appeal immediately or that
your court will soon try to resolve
A or B or C or all   L R Moore

—5—

PS I would greatly appreciate no more than 10 minutes by phone devoted solely to Legal Access problems encountered by me in these Munter Claims. Me, Holst, you, CSP Mailroom. I ask "why not" the essentials other than records. I think we can come to agreements an I think Holst will curb her obstructionism for a few minutes. No attorneys. Include CSP Custody/Control Manager an over MR, etc...

I should not have to write letters using charcoal like I'm doing here.

Thank You

L R Moore

PPS Some letters, etc I must send out to be xeroxed and hope they return OK. This an Holst claims internal xerox interfere with "tracking", a claim Borden blindly accepted. Makes Ø sense.