IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N9870 (OES)(Consolidated for all purposes with Civil Action No. (6-N-343)

JESSE MONTES, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-002
Category III
Claimant: Joe Eubanks, #64033
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 81211-2005

---

SUPPLIMENT TO MY OBJECTION TO JUDGE BORCHERS FINAL ORDER

---

## I

I wish to supplement my objection to the final order issued by Judge Borchers. On page 5 of Judge Borchers final orders, he states as follows: "This condition is painful and one that can limit the ability of an individual to walk or work. – [I]nmates who do not require a wheelchair but who have a permanent lower extremity mobility impairment that substantially limits walking…" and, "The settlement agreement further requires that an inmate have "a permanent disability/impairment which substantially limits his or her ability to perform a major life activity."

He goes on to state: "The testimony of claimant establishes that he is able t walk. He testified that he will walk around the track in the yard for exercise. He sometimes does not walk when his feet hurt. He is limited in the work that he can do, with no heavy physical labor."

## II

The CDOC does not provide me with physical therapy (PT), nor do they have any equipment such as stationary bikes for exercise. I have no guidance for PT nor is their proper equipment available. This leaves me no alternative but to try to get some exercise as numerous doctors have told me. As I testified, my walking is substantially limited, especially when compared to other people. I cannot walk consistent lengths without stopping or quitting all together. I am not wheelchair bound and the settlement provides for non-wheelchair mobility impairments. Judge Borchers opinions don't prove a limitation of a major

1

life activity anyhow. *Toyota manufacturing, Kentucky, Inc. v. Williams, 534 U.S. 184 (2002)* provides for manual tasks performed over a short period of time, such as my short walks I call exercise. With this short term of manual tasks there is the darker side of it with an expansive range that substantially limits walking, standing and anything that goes along with the use of my feet. The *Toyota* case states:

> "The fact that William can perform a range of isolated non-repetitive manual tasks performed over a short period of time or household chores does not effect a determination that her impairment substantially limits her ability to perform a range of manual tasks associated with an assembly line job."

Here Williams was able to do a range of other tasks such as other jobs that were provided her. My case is much different in the aspect of manual tasks. I cannot do a wide range of manual tasks with my feet as I mentioned earlier. I believe this severely diminished what manual tasks I can do which further the truth of my claim.

## III

The next extremely important substantial limitation is work, which was never answered, in Judge Borchers final order. My trade was in the concrete construction industry, which encompasses the ability to complete manual tasks all day long. I have to walk, stand and lift. The concrete industry is a physically demanding trade and was my livelihood. I also have a wide proficiency of other construction trades that I can no longer do because I cannot walk or stand for prolonged periods of time as opposed to other people. I know I cannot do that type of work anymore, not even for twenty minutes. Just because I am incarcerated does not mean this is not a major life's activity. One day I will have t look for work when I leave prison, what then when I cannot work. Even in DOC I cannot do any type of physical work where I am required to be on my feet. All you have to do is have a look at the defendants exhibit H, which will be included. But, I will tell you what I can do and that is sit behind a desk, with future hopes of less pay upon freedom. This type of job is in a single class all by itself as opposed to the expansive class of jobs I use to do. Those jobs were of central importance to my life and are definitely long term.

## CONCLUSSION

I have submitted evidence in the form of medical documents. I have testified with complete honesty, and I have been denied testimony of key witnesses. These abuses by Judge Borchers have left me contending with this constant indifferent medical care. The CDOC are aware of my substantial limitations and have issued medical restrictions that follow my path of work. I have said before that my manual tasks directly affect my ability to perform tasks at work and just as before the *Toyota* case provides for this and states:

> "The court states that "the plaintiff must show that her manual disability involves a "class" of manual activities affecting the ability to perform tasks at "work" in order to be disabled—To defeat summary judgment as to the existence of a disability, Williams must demonstrate a genuine issue of material fact her impairment substantially limits the major life activity at either "working" or "performing manual tasks".

Williams did not meet these standards and I object to Judge Borchers use of the *Toyota* case as it relates to my disability, for his review of my case was incomplete and the use of the *Toyota* case should be non

allowable for I have proven my disability. And my final request would be that for the time being I would like to remain at the Buena Vista Minimum Center because at this time I have a decent job.

Respectfully Submitted,

Joe Allen Eubanks, #64033
BVMC
P.O. Box 2005
Buena Vista, CO 81211-2005

CERTIFICATE OF MAILING

3

I hereby certify that I have mailed a copy of the foregoing Supplement to My Objection to Judge Borchers Final Order this 14th day of September , 2005 to the following:

Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Clerk of the United States District Court
901 19th Street
Denver, CO 80294

Hon. Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030

Patricia S. Bellac, Of Counsel
King & Greisen, LLP
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

```
= INMATE SCHED ======== QUERY OFFENDER PROGRAMS ========== 07/25/2005 = Page  1
Doc No: 64033   Name: EUBANKS, JOE A                    BVMC/GP     PRES FACIL

Current Custody Level: MINIMUM


Status   Facility    Program                         Start Date End Date
-------- ----------  ------------------------------  ---------- ----------
MPS/ASGN BVMC        LIFE SKILLS                     07/13/2005
MPS/HIST BVMC        UNA GRACZYK                     06/01/2005 07/12/2005
MPS/HIST BVMC        K-9 PROGRAM                     05/18/2005 05/31/2005
MPS/HIST BVMC        LIFE SKILLS                     04/14/2005 05/17/2005
MPS/HIST BVMC        GROUNDS 1                       04/11/2005 04/13/2005
MPS/HIST BVMC        UNA GRACZYK                     04/07/2005 04/10/2005
MPS/HIST BVMC        LABOR 3                         03/23/2005 04/06/2005
MPS/HIST BVMC        GROUNDS 1                       02/25/2005 03/22/2005
MPS/HIST BVMC        UNA PFALZGRAFF                  02/24/2005 02/24/2005
MPS/HIST TRINIDAD    COMPUTER INFO PROCESSING        11/11/2004 02/23/2005
MPS/HIST TRINIDAD    VOC JANITORIAL                  07/21/2004 11/10/2004
MPS/HIST TRINIDAD    UNA 1                           07/14/2004 07/20/2004
MPS/HIST FREMONT     VIDEO PRODUCTION TECH           07/05/2004 07/19/2004
MPS/HIST FREMONT     VO ED - VIDEO PROD SELFHELP     05/13/2004 07/04/2004
MPS/HIST FREMONT     U8 DGW UNA                      05/12/2004 07/04/2004
MPS/HIST FREMONT     VOC WELDING                     08/15/2003 05/11/2004
MPS/HIST FREMONT     AM FURNITURE SHOP               05/02/2003 08/14/2003
MPS/HIST FREMONT     VOC COMPUTER                    12/02/2000 05/01/2003
MPS/HIST FREMONT     VOC COMPUTER                    02/10/2000 12/01/2000
MPS/HIST FREMONT     VIDEO PRODUCTION TECH           02/09/2000 02/09/2000
MPS/HIST FREMONT     U8 DGW UNA                      02/08/2000 02/08/2000
MPS/HIST FREMONT     VOC COMPUTER                    01/11/2000 02/07/2000
MPS/HIST FREMONT     VOC COMPUTER                    09/22/1999 01/10/2000
MPS/HIST FREMONT     AM FURNITURE SHOP               11/01/1998 09/21/1999
MPS/HIST FREMONT     AM FURNITURE SHOP               10/01/1998 10/31/1998
MPS/HIST FREMONT     AM FURNITURE SHOP               07/27/1998 09/30/1998
MPS/HIST FREMONT     AM FURNITURE SHOP               07/25/1998 07/26/1998
MPS/HIST FREMONT     U7 ART UNA                      07/24/1998 07/24/1998
MPS/HIST FREMONT     VOC EQUP REPAIR/ELECTRONIC      05/22/1998 07/23/1998
MPS/HIST FREMONT     U7 ART UNA                      05/13/1998 05/21/1998
MPS/HIST FREMONT     PHYSICAL PLANT                  04/25/1998 05/12/1998
MPS/HIST FREMONT     U5 BAR UNA                      04/16/1998 04/24/1998
MPS/HIST FREMONT     UNA AVAILABLE                   04/15/1998 04/15/1998
MPS/HIST SAN CARLOS  TC STRUCTURE MTG.               08/14/1997 09/01/1997
MPS/HIST SAN CARLOS  TC THURS ABE/GED                05/29/1997 10/31/1997
MPS/HIST SAN CARLOS  TC FRIDAY ABE/GED               05/29/1997 03/15/1998
MPS/HIST SAN CARLOS  TC HORT 3-4                     05/01/1997 03/15/1998
MPS/HIST SAN CARLOS  TC MENTAL HEALTH                04/17/1997 06/27/1997
MPS/HIST SAN CARLOS  TC COM SKILLS II                04/01/1997 11/07/1997
MPS/HIST SAN CARLOS  TC 1 ART GRP B                  04/01/1997 10/10/1997
MPS/HIST SAN CARLOS  TC YARD/SUN                     01/01/1997 03/15/1998
MPS/HIST SAN CARLOS  TC YARD/SAT                     01/01/1997 03/15/1998
MPS/HIST SAN CARLOS  TC CONCEPT                      01/01/1997 03/15/1998
MPS/HIST SAN CARLOS  MEDICAL-PARA PRO                12/17/1996 01/31/1998
MPS/HIST SAN CARLOS  2ND SHIFT/FOOD SERVICE          12/01/1996 12/31/1996
MPS/HIST SAN CARLOS  TC 3 ABE/GED/LIFE SKILLS        12/01/1996 05/28/1997
MPS/HIST SAN CARLOS  1-LEFT COMPLIANCE               11/29/1996 04/14/1998
MPS/HIST SAN CARLOS  TC CLOSE OF HOUSE               11/28/1996 02/04/2000
MPS/HIST SAN CARLOS  TC YARD M-F                     11/28/1996 03/15/1998
MPS/HIST SAN CARLOS  1-LEFT UNASSIGNED               11/28/1996 11/28/1996
MPS/HIST SAN CARLOS  TC FAM FUN WED                  11/28/1996 03/15/1998
MPS/HIST SAN CARLOS  TC HORT 1-2                     11/28/1996 01/03/1997
MPS/HIST SAN CARLOS  TC AM MTG/LE                    11/28/1996 03/15/1998
```



DEFENDANT'S EXHIBIT

NO. H

```
MPS/HIST SAN CARLOS TC RFG                        11/28/1996 03/15/1998
MPS/HIST SAN CARLOS TC TACTICS                    11/28/1996 01/01/1997
MPS/HIST SAN CARLOS TC GAME                       11/28/1996 03/15/1998
MPS/HIST SAN CARLOS TC COG SKILLS II              11/28/1996 04/01/1997
MPS/HIST SAN CARLOS TC BASIC OT                   11/28/1996 02/01/1997
MPS/HIST SAN CARLOS TC LIFE CYCLE                 11/28/1996 03/15/1998
MPS/HIST SAN CARLOS TC MON PM ABE/GED             11/26/1996 05/28/1997
MPS/HIST SAN CARLOS 4-R UNASSIGNED                11/14/1996 11/27/1996
MPS/NOAC FREMONT    LIVING UNIT 8                 04/07/2003
MPS/NOAC FREMONT    FURNITURE SHOP                07/15/1998
MPS/NOAC FREMONT    RECREATION                    06/30/1998
MPS/NOAC SAN CARLOS VOC ED-JANITORIAL TRAINING PRG 01/23/1997
MH/WAITL BVMC       OSMI TX PLAN UPDATE           04/21/2005
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           07/28/2003
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           04/22/2003
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           01/24/2003
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           11/04/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           06/27/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           02/27/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           02/21/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           12/08/2000
MH/WAITL FREMONT    OSMI TX PLAN UPDATE           12/08/2000
MH/WAITL FREMONT    OSMI INITIAL TREATMENT PLAN   09/18/1998
MH/WAITL CENTENNIAL CHRONICALLY MENTALLYIILL MONITO 09/12/1996
MH/HISTR CENTENNIAL CHRONICALLY MENTALLYILL MONITO 06/21/1996 06/21/1996
MH/HISTR CENTENNIAL MH BASIC PROGRAM FOCN ANGER MG 05/01/1995 05/01/1995
MH/HISTR CTCF       GENERAL PSYCOTHERAPY GROUP WIT 01/04/1994 02/15/1994
MH/HISTR CENTENNIAL STRESS MANAGEMENT WITH FOCUS O 05/16/1995 08/01/1995
MH/HISTR LIMON CF   MH BASIC PROGRAM FOCN ANGER MG 11/13/1991 11/20/1991
MH/HISTR LIMON CF   MH BASIC PROGRAM FOCN ANGER MG 06/19/1991 07/31/1991
```

## COLORADO DEPARTMENT OF CORRECTIONS
Print Date: 02/18/2003
### PROGRESS ASSESSMENT SUMMARY
#### DATE OF PAS: 02/18/2003
#### STATUS: FINAL

Doc No: 64033   EUBANKS, JOE A.

Current Custody: MEDIUM

Facility: FREMONT
Case Manager: ORTIZ, S
Next PAS Date: 08/19/2003

---

| WORK LEVEL | INITIAL: 2 | CURRENT: 1 |
|---|---|---|

Eubanks has work experience as a backhoe and machine operator, and in all forms of cement masonry. He is assigned to Vocational Computers program. He receives outstanding work evals.

---

**ACADEMIC / VOCATIONAL   INITIAL: 3/3   CURRENT: 3/3**

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Subject claims he has received formal education through the 11th grade. He did receive a GED in 1985 while at the Job Corps. He is currently participating in Vocational Computers.

---

**MEDICAL / DENTAL   INITIAL: 3/1   CURRENT: 3/1**

Medical Level: Qualify        Date Assigned: 01/31/2000
Dental Level: Qualify         Date Assigned: 12/30/1991
Allergy: NKO   Medical Hold: N

| Medical Housing Restrictions | | | Medical Assignment Restrictions | | |
|---|---|---|---|---|---|
| Date Assigned | Restrictions | Qualifier | Date Assigned | Restrictions | Qualifier |
| 6/14/99 | LOWER BUNK | | 12/26/00 | NO PROLONGED STANDING OVER SPECIFIED TIME | |

Subject is assessed as an M-3 for medical needs. He has a housing restriction of lower bunk and work restrictions of no prolonged standing.

---

**SUBSTANCE ABUSE   INITIAL: 3   CURRENT: 3**

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| completed ARP | | | 01/01/1991 | Yes | | |

Eubanks completed ARP in 1991. He also completed programs offered in the Theraputic Community at SCCF. Continued recommendations are for AA and NA and random UA's.

---

**SEXUAL VIOLENCE   INITIAL: 1   CURRENT: 1**

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Subject has no needs in this area at this time.

---

**MENTAL HEALTH   INITIAL: 3   CURRENT: 3**

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Completed BMH

Attachment 30