IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

## ORDER

The motion to set trial date (#1096) is DENIED as meritless.  The motion to expedite rulings for appeal (#1099) is GRANTED.  The following L.R. Moore materials (##1100—1103) are DENIED as meritless.

Dated this  20th  day of September, 2005.

                                        BY THE COURT:

                                        s/Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge