FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO   2005 SEP 20  PM 2: 45

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

GREGORY C. LANGHAM

BY_____ 7AP _DEP. CLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

## SPECIAL MASTERS' NINTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers and Bruce D. Pringle, the Special Masters in the above captioned matter, hereby submit the following Ninth Application for Payment of Fees and Costs. This application is for work done from July 16, 2005 to September 15, 2005, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed as Special Masters to adjudicate all individual damage claims.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by

the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers and Bruce D. Pringle both work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Margie Dykstra is the primary administrative person assigned to handle all claims and orders issued. Ms. Dykstra spent 254.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Judy Olive of a total of 12.00 hours. A copy of the time involved is attached as Exhibit A.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 50.20 hours working on case reviews and drafting of documents for the Special Masters.

7. Richard M. Borchers expended 5.50 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 3.75 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit C.

8. Richard M. Borchers additionally spent 143.25 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. He also had travel time of 38 hours and expenses for lodging for hearings of $627.94. This is reflected in Exhibit E.

9. Bruce D. Pringle additionally spent 33.00 hours of time on individual claims that now have

2

been dismissed or adjudicated. This is reflected in Exhibit F.

8. Legal Resolution Center agreed to pay for copy and mailing costs out of its percentage from the work billed. At this date, postage and copy costs involve several thousand dollars.

9. The total fees being sought for the time period ending September 15, 2005 is as follows:

| | | |
|---|---|---|
| a. Richard M. Borchers | 148.75 hrs. @ $175.00 per hr. | = $26,031.25 |
| b. Richard M. Borchers(travel) | 38 hrs.  @ $  75.00 per hr. | = $ 2,850.00 |
| c. Bruce D. Pringle | 36.75 hrs.  @ $175.00 per hr. | = $ 6,431.25 |
| d. Margie Dykstra & other staff | 254.50 hrs. @ $25.00 per hr. | = $ 6,362.50 |
| e. Larry Dean Valente | 50.20 hrs  @ $75.00 per hr. | = $ 3,765.00 |
| f. Lodging for hearings | | $   627.94 |

TOTAL FEES:     $46,067.94

10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, and staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

11. Richard M. Borchers, Bruce D. Pringle, Margie Dykstra, Lynda Rowe, Judy Olive and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Dykstra, Ms. Olive, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date in this case.

WHEREFORE, the Special Masters request that the Eighth Application for Payment of Fees be granted in the amount of $46,067.94 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

3

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____
Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
    303-426-7365

EXHIBIT A

## *Montez administrative hours - Margie*
### *7/16/05 thru 9/15/05*

| | | |
|---|---|---|
| 7/18/05 | 5.00 | hrs |
| 7/19/05 | 5.50 | hrs |
| 7/21/05 | 6.00 | hrs |
| 7/22/05 | 6.50 | hrs |
| 7/25/05 | 8.50 | hrs |
| 7/26/05 | 7.00 | hrs |
| 7/28/05 | 7.00 | hrs |
| 7/29/05 | 10.00 | hrs |
| 8/1/05 | 7.00 | hrs |
| 8/2/05 | 7.00 | hrs |
| 8/5/05 | 8.50 | hrs |
| 8/8/05 | 12.00 | hrs |
| 8/9/05 | 10.00 | hrs |
| 8/11/05 | 11.00 | hrs |
| 8/12/05 | 6.50 | hrs |
| 8/15/05 | 7.00 | hrs |
| 8/16/05 | 12.00 | hrs |
| 8/18/05 | 8.00 | hrs |
| 8/19/05 | 8.50 | hrs |
| 8/22/05 | 4.50 | hrs |
| 8/24/05 | 4.50 | hrs |
| 8/25/05 | 10.00 | hrs |
| 8/26/05 | 9.50 | hrs |
| 8/31/05 | 11.00 | hrs |
| 9/1/05 | 10.00 | hrs |
| 9/2/05 | 9.00 | hrs |
| 9/6/05 | 8.00 | hrs |
| 9/8/05 | 7.50 | hrs |
| 9/9/05 | 8.00 | hrs |
| 9/12/05 | 9.00 | hrs |
| 9/13/05 | 7.00 | hrs |
| 9/15/05 | 3.50 | hrs |

**Total**   254.50  hrs

**Legal Resolution Center**
**Montez Ninth Application Hours for Larry Dean Valente and Judy Olive**

**July 17, 2005 through September 15, 2005**

Larry Dean Valente

| | |
|---|---|
| 8/30/05 | 1.0 |
| 8/22/05 | 1.0 |
| 8/17/05 | 1.0 |
| 8/16/05 | 1.6 |
| 8/14/05 | 3.0 |
| 8/11/05 | .5 |
| 8/9/05 | 2.0 |
| 8/2/05 | 5.3 |
| 8/1/05 | 6.4 |
| 7/31/05 | 2.2 |
| 7/28/05 | 2.0 |
| 7/26/05 | 7.2 |
| 7/25/05 | 8.5 |
| 7/19/05 | 3.5 |
| 7/18/05 | 5.0 |
| **Total** | **50.2** |

Judy Olive

| | |
|---|---|
| 9/4/05 | 1.5 |
| 8/24/05 | 1.5 |
| 8/19/05 | 1.5 |
| 8/11/05 | 1.5 |
| 8/4/05 | 1.5 |
| 7/27/05 | 1.5 |
| 7/23/05 | 1.5 |
| 7/17/05 | 1.5 |
| **Total** | **12.0** |

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending September 15, 2005

| | | |
|---|---|---|
| 8/21/05 | Review motion for status conference and issue order | 1.00 hrs. |
| 8/22/05 | Review of draft and finalization of order | .50 hrs. |
| 9/1/05 | Finalize Category V damages order | .50 hrs. |
| 9/9/05 | Hearing before Judge Nottingham (including travel and meeting with counsel after hearing) | 2.00 hrs. |
| 9/13/05 | Meeting with Dino Valente and Margie Dykstra concerning hearing schedules | 1.50 hrs. |
| | TOTAL TIME: | 5.50 hrs. |

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for Period ending September 15, 2005

| | | |
|---|---|---|
| 7/18/05 | Review order of District Court re: PLRA issue Raised by AG's Office; conference with Judge Borchers re: Category V damage claims | 1.00 hrs. |
| 8/17/05 | Telephone conference with Judge Borchers re Notice of Intent to Intervene | .50 hrs. |
| 8/29/05 | Telephone conference with Dino Valenta re: scheduling of various claims for hearing and issues related to class counsel's motion for stay | .25 hrs. |
| 8/30/05 | Legal research re Category V damage claims; review and revise draft of Category V damage order | 1.75 hrs. |
| 9/12/05 | Conference call with Judge Borchers re: hearings to be scheduled | .25 hrs. |
| | TOTAL HOURS: | 3.75 hrs. |

## EXHIBIT D

## Work Done By Richard M. Borchers

Claims closed during the period ending September 15, 2005. Work done prior to September 15, 2004 has already been billed:

**01-003**    **Paul E. Inman**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .25 hrs. |
| 5/2/05 | Review file and motion to dismiss; draft order | 2.50 hrs. |
| 5/3/05 | Finalize order | .50 hrs. |
| 5/27/05 | Review file and pleading | .15 hrs. |
| 6/3/05 | Review response and issue order | .25 hrs. |
| 8/2/05 | Review file, exhibits and pleadings; draft final order | 2.25 hrs. |
| 8/3/05 | Finish final order | .50 hrs. |
| | TOTAL: | 6.40 hrs. |

**01-015**    **Frank Vasquez**

| | | |
|---|---|---|
| 12/22/04 | Review of file and issue order | .20 hrs. |
| 5/2/05 | Review motion and file; draft order | .50 hrs. |
| 5/3/05 | Finalize order | .30 hrs. |
| 6/3/05 | Review response and issue order | .25 hrs. |
| 7/31/05 | Review file and prepare final order | 2.50 hrs. |
| | TOTAL: | 3.75 hrs. |

**02-511**    **Paul Andrew Farrell**

| | | |
|---|---|---|
| 2/12/05 | Review file and issue order to show cause | .15 hrs. |
| 7/27/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .40 hrs. |

1

**02-771**      **Cassandra Haynes**

| | | |
|---|---|---|
| 10/17/04 | Review claim | .10 hrs. |
| 11/10/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 5/14/05 | Review file and issue order | .20 hrs. |
| 7/24/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .80 hrs. |

**02-851**      **Edward E. Hudson**

| | | |
|---|---|---|
| 3/23/05 | Review claim | .10 hrs. |
| 3/25/05 | Issue order | .10 hrs. |
| 4/13/05 | Issue scheduling order | .15 hrs. |
| 7/16/05 | Review file and letter; issue order | .25 hrs. |
| 7/30/05 | Review file and enter order of dismissal | .25 hrs. |
| | TOTAL: | .85 hrs. |

**03-002**      **Joe Eubanks**

| | | |
|---|---|---|
| 12/13/04 | Review file and issue order | .25 hrs. |
| 1/10/05 | Review motion and issue order | .15 hrs. |
| 2/15/05 | Review motion and issue order | .15 hrs. |
| 2/27/05 | Review motion and issue order | .15 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 5/1/05 | Review motion and file; issue order | .50 hrs. |
| 5/13/05 | Review motion and issue order | .25 hrs. |
| 5/27/05 | Review file and motion; issue order | .20 hrs. |
| 6/18/05 | Review motion | .15 hrs. |
| 6/22/05 | Review file and issue order | .20 hrs. |
| 7/5/05 | Review file | .15 hrs. |
| 7/21/05 | Review file for hearing | .50 hrs. |
| 7/25/05 | Hearing | 3.25 hrs. |
| 8/3/05 | Draft final order and review exhibits | 2.00 hrs. |
| 8/7/05 | Finalization of order | .50 hrs. |
| | TOTAL: | 8.65 hrs. |

2

**03-003**       **Normand P. Roy**

| | | |
|---|---|---|
| 12/12/04 | Issue scheduling order | .15 hrs. |
| 4/13/04 | Review file and issue hearing order | .25 hrs. |
| 7/13/05 | Review file and issue order | .20 hrs. |
| 7/19/05 | Review file and preparation for hearing | .50 hrs. |
| 7/19/05 | Hearing | 2.00 hrs. |
| 8/1/05 | Work on final order | 1.75 hrs. |
| 8/3/05 | Complete final order | .50 hrs. |
| | TOTAL: | 5.35 hrs. |

**03-005**       **Roy J. Whitehead**

| | | |
|---|---|---|
| 12/13/04 | Review file and issue order | .15 hrs. |
| 12/24/04 | Review motion and issue order | .10 hrs. |
| 4/1/05 | Review file and motion; issue order | .25 hrs. |
| 4/17/05 | Review file and issue hearing order | .15 hrs. |
| | TOTAL: | .65 hrs. |

**03-011**       **Robert Van Allen**

| | | |
|---|---|---|
| 12/12/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/27/05 | Review file for hearing | .40 hrs. |
| 7/28/05 | Final review before hearing | .30 hrs. |
| 7/29/05 | Hearing | 1.25 hrs. |
| 7/30/05 | Draft and complete final order | 1.75 hrs. |
| | TOTAL: | 4.20 hrs. |

**03-013**       **Johnnie Ramirez**

| | | |
|---|---|---|
| 12/12/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/28/05 | Review file for hearing | 1.00 hrs. |
| 7/29/05 | Hearing | 2.00 hrs. |
| 8/3/05 | Work on final order | 1.95 hrs. |
| 8/4/05 | Complete final order | .75 hrs. |

3

|  |  | TOTAL: | 6.20 hrs. |
|---|---|---|---|

**03-019**    **Robert E. Hamilton, Jr.**

| 12/12/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 7/12/05 | Review file and issue order | .20 hrs. |
| 7/21/05 | Review file for hearing | .50 hrs. |
| 7/22/05 | Hearing | 1.00 hrs. |
| 7/23/05 | Work on final order | 1.00 hrs. |
| 7/30/05 | Complete final order | .75 hrs. |

|  |  | TOTAL: | 3.95 hrs. |
|---|---|---|---|

**03-020**    **Jeremy Molbert**

| 12/13/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 7/12/05 | Review objection and file; issue order | .25 hrs. |
| 8/13/05 | Review of file and issue order | .25 hrs. |
| 8/16/05 | Review motion and file; issue order | .20 hrs. |
| 8/17/05 | Preparation for hearing | .50 hrs. |
| 8/18/05 | Hearing | 2.00 hrs. |
| 8/18/05 | Review exhibits | .60 hrs. |
| 8/24/05 | Work on final order | 2.50 hrs. |
| 8/25/05 | Complete final order | .50 hrs. |

|  |  | TOTAL: | 7.30 hrs. |
|---|---|---|---|

**03-024**    **Laverne Carrigan**

| 12/15/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 4/1/05 | Review and issue order for hearing | .25 hrs. |
| 5/13/05 | Issue scheduling order | .15 hrs. |
| 6/18/05 | Review file | .10 hrs. |

|  |  | TOTAL: | .75hrs. |
|---|---|---|---|

4

**03-030**     **L.R. Moore**

| | | |
|---|---|---|
| 12/19/04 | Review of file and issue order | .25 hrs. |
| 4/13/05 | Review of file and issue hearing order | .25 hrs. |
| 6/4/05 | Review file and issue order | .25 hrs. |
| 6/23/05 | Review motions and issue order | 1.75 hrs. |
| 7/1/05 | Review response and issue order | .25 hrs. |
| 7/12/05 | Review file for hearing | 1.50 hrs. |
| 7/15/05 | Hearing | 5.75 hrs. |
| 7/21/05 | Work on final order | 2.25 hrs. |
| 7/24/05 | Complete final order | 1.00 hrs. |
| 9/1/05 | Referral of motion by Judge EWN | .75 hrs. |
| 9/15/05 | Review file and order; issue added order | .25 hrs. |

TOTAL:     14.25 hrs.

**03-041**     **Brendan Brewer**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/12/05 | Review objection and file; issue order | .25 hrs. |
| 8/18/05 | Review file and preparation for hearing | .75 hrs. |
| 8/19/05 | Hearing | 2.00 hrs. |
| 8/25/05 | Review file and exhibits; issue final order | 2.35 hrs. |

TOTAL:     5.85 hrs.

**03-042**     **Albert Gonzales**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 7/12/05 | Review objection and issue order | .25 hrs. |
| 8/22/05 | Issue order | .15 hrs. |
| 8/23/05 | Review file for hearing | .50 hrs. |
| 8/25/05 | Final review of file | .50 hrs. |
| 8/26/05 | Hearing | 2.75 hrs. |
| 9/5/05 | Work on final order | 1.25 hrs. |
| 9/6/05 | Complete final order | .50 hrs. |

TOTAL:     6.15 hrs.

**03-046**      **George Leslie**

| | | |
|---|---|---|
| 12/13/04 | Review file and issue show cause order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 6/23/05 | Review file and issue order | .15 hrs. |
| 7/5/05 | Initial review for hearing | .50 hrs. |
| 7/14/05 | Final review and preparation for hearing | 1.00 hrs. |
| 7/15/05 | Hearing | 1.50 hrs. |
| 7/17/05 | Begin work on final order | 1.00 hrs. |
| 7/20/05 | Work on final order | 1.00 hrs. |
| 7/21/05 | Complete final order | .75 hrs. |
| | TOTAL: | 6.40 hrs. |

**03-50**      **John Montoya**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 3/8/05 | Review file and issue order | .25 hrs. |
| 4/8/05 | Review motion and issue order | .15 hrs. |
| 5/1/05 | Review objection to witness list and issue order | .25 hrs. |
| 5/23/05 | Review of file for hearing | .75 hrs. |
| 5/27/05 | Reset hearing and issue order | .15 hrs. |
| | TOTAL: | 1.80 hrs. |

**03-056**      **David Navarro**

| | | |
|---|---|---|
| 12/15/05 | Review file and issue order | .25 hrs. |
| 7/5/05 | Review file and issue order | .25 hrs. |
| 7/21/05 | Review file for hearing | .35 hrs. |
| 7/25/05 | Hearing | 2.00 hrs. |
| 8/1/05 | Work on final order | 2.25 hrs. |
| 8/4/05 | Complete final order | .75 hrs. |
| | TOTAL: | 5.85 hrs. |

**03-061**      **David Montoya**

| | | |
|---|---|---|
| 12/16/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order | .25 hrs. |

| | | |
|---|---|---|
| 7/5/05 | Review file and issue order | .25 hrs. |
| 7/21/05 | Review file and documents for hearing | .75 hrs. |
| 7/25/05 | Hearing | 2.00 hrs. |
| 7/27/05 | Work on final order | 1.50 hrs. |
| 7/30/05 | Complete final order | 1.50 hrs. |
| | TOTAL: | 6.50 hrs. |

**03-064**      **Bradley Clemons**

| | | |
|---|---|---|
| 12/16/04 | Review file and issue order | .25 hrs. |
| 4/1/05 | Issue order for hearing | .25 hrs. |
| | TOTAL: | .50 hrs. |

**03-066**      **Alejandro Valdez**

| | | |
|---|---|---|
| 12/16/04 | Review file and issue order | .25 hrs. |
| 2/6/05 | Review motion and issue order | .15 hrs. |
| 2/15/05 | Review motion and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 7/12/05 | Review file and issue order | .20 hrs. |
| 7/19/05 | Review file and preparation for hearing | .50 hrs. |
| 7/22/05 | Hearing | 2.50 hrs. |
| 8/2/05 | Work on final order | 2.00 hrs. |
| 8/3/05 | Complete final order | .40 hrs. |
| | TOTAL: | 6.50 hrs. |

**03-073**      **Andrew Aguilar**

| | | |
|---|---|---|
| 12/20/04 | Review file | .10 hrs. |
| 12/22/04 | Issue order | .10 hrs. |
| 4/1/05 | Review file and issue order | .25 hrs. |
| 5/26/05 | Review motion and issue order | .20 hrs. |
| 7/20/05 | Review file | .15 hrs. |
| 7/30/05 | Review file and enter order of dismissal | .25 hrs. |
| | TOTAL: | 1.05 hrs. |

**03-079**      **Richard Taylor**

|            |                                      |          |
|------------|--------------------------------------|----------|
| 12/20/04   | Review file and issue order          | .20 hrs. |
| 4/1/05     | Review file and issue order for hearing | .25 hrs. |

                              TOTAL:                    .45 hrs.

**03-080**      **O.D. Woolsey**

|            |                                      |           |
|------------|--------------------------------------|-----------|
| 12/20/04   | Review file and issue order          | .20 hrs.  |
| 2/27/05    | Review file and issue order          | .15 hrs.  |
| 4/13/05    | Review file and issue order for hearing | .25 hrs. |
| 6/21/05    | Review motion                        | .10 hrs.  |
| 7/27/05    | Review file for hearing              | .50 hrs.  |
| 7/28/05    | Hearing                              | 2.50 hrs. |
| 7/30/05    | Complete final order                 | 2.25 hrs. |

                              TOTAL:                    5.95 hrs.

**03-085**      **Joseph Lovato**

|            |                                      |          |
|------------|--------------------------------------|----------|
| 12/20/04   | Review file and issue order          | .20 hrs. |
| 4/1/05     | Review file and issue order for hearing | .25 hrs. |

                              TOTAL:                    .45 hrs.

**03-087**      **Duncan Leach**

|            |                                         |          |
|------------|-----------------------------------------|----------|
| 12/22/04   | Review file and issue order             | .20 hrs. |
| 3/1/05     | Review motion and issue order           | .15 hrs. |
| 4/1/05     | Review file and issue order for hearing | .25 hrs. |
| 4/17/05    | Review file and objection; issue order  | .25 hrs. |
| 5/21/05    | Review file and issue order             | .15 hrs. |

                              TOTAL:                    1.00 hrs.

**03-091**      **Walter Freisheim**

|            |                           |          |
|------------|---------------------------|----------|
| 11/21/04   | Issue order as to attorney | .20 hrs. |

8

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| | | |
| | TOTAL: | .65 hrs. |

**03-099    Tino Roybal**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/27/05 | Review file and preparation for earing | .50 hrs. |
| 7/28/05 | Hearing | 1.75 hrs. |
| 7/28/05 | Work on final order | 1.50 hrs. |
| 7/30/05 | Complete final order | 1.25 hrs. |
| | | |
| | TOTAL: | 5.45 hrs. |

**03-109    Sharon Colbert**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 4/1/05 | Review file and issue order on hearing | .25 hrs. |
| 5/26/05 | Review motion and file | .25 hrs. |
| | | |
| | TOTAL: | .65 hrs. |

**03-111    Leon D. Silkwood**

| | | |
|---|---|---|
| 1/3/05 | Review file | .15 hrs. |
| 12/5/05 | Prepare order | .10 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 8/16/05 | Review motion and issue order | .20 hrs. |
| 8/18/05 | Review file for hearing | .35 hrs. |
| 8/19/05 | Hearing | .35 hrs. |
| 8/20/05 | Prepare order of dismissal | .25 hrs. |
| | | |
| | TOTAL: | 1.65 hrs. |

**03-113    Benjamin Ortiz, Jr.**

| | | |
|---|---|---|
| 1/2/05 | Review file | .10 hrs. |

| | | |
|---|---|---|
| 1/5/05 | Prepare and issue order | .10 hrs. |
| 3/30/05 | Review file and letter | .25 hrs. |
| 4/8/05 | Review letter and issue order | .15 hrs. |
| 4/17/05 | Review file and issue order | .15 hrs. |
| 5/4/05 | Review letter and issue order | .15 hrs. |
| | TOTAL: | .90 hrs. |

**03-115**     **Michael McCann**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .20 hrs. |
| 1/30/05 | Review pleading and file | .10 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 5/3/05 | Review motion and issue order | .20 hrs. |
| 7/27/05 | Review file for hearing | .50 hrs. |
| 7/28/05 | Final review before hearing | 1.00 hrs. |
| 7/29/05 | Hearing | 2.25 hrs. |
| 8/3/05 | Work on final order | 2.00 hrs. |
| 8/4/05 | Complete final order | .50 hrs. |
| | TOTAL: | 7.00 hrs. |

**03-121**     **Ronald Costa**

| | | |
|---|---|---|
| 2/16/05 | Review letter and issue order | .15 hrs. |
| 3/9/05 | Review claim | .15 hrs. |
| 3/11/05 | Issue order | .10 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 4/20/05 | Review documents from Claimant | .15 hrs. |
| 7/12/05 | Review objection and issue order | .25 hrs. |
| 8/24/05 | Review file and issue order | .20 hrs. |
| 9/1/05 | Review file for hearing | .50 hrs. |
| 9/2/05 | Hearing | 2.00 hrs. |
| 9/4/05 | Work on final order | 1.50 hrs. |
| 9/5/05 | Added work on final order | .50 hrs. |
| 9/6/05 | Complete final order | .50 hrs. |
| | TOTAL: | 6.25 hrs. |

10

**X-084**        **Dwayne Potts, Sr.**

|  |  |  |
|---|---|---|
| 4/17/05 | Review claim and issue OSC | .25 hrs. |
| 7/20/05 | Review file and issue order of dismissal | .25 hrs. |

|  | TOTAL: | .50 hrs. |
|---|---|---|

**X-090**        **Joseph Mendez III**

|  |  |  |
|---|---|---|
| 4/19/05 | Review claim and issue OSC | .25 hrs. |
| 7/20/05 | Review file and issue order of dismissal | .25 hrs. |

|  | TOTAL: | .50 hrs. |
|---|---|---|

**X-093**        **Anthony Barker**

|  |  |  |
|---|---|---|
| 4/22/05 | Review file and issue OSC | .30 hrs. |
| 7/20/05 | Review file and issue order of dismissal | .25 hrs. |

|  | TOTAL: | .55 hrs. |
|---|---|---|

**X-094**        **Timothy Quintana**

|  |  |  |
|---|---|---|
| 4/22/05 | Review of claim and issue OSC | .35 hrs. |
| 7/20/05 | Review file and issue order of dismissal | .25 hrs. |

|  | TOTAL: | .60 hrs. |
|---|---|---|

**X-096**        **John Sandoval**

|  |  |  |
|---|---|---|
| 4/30/05 | Review claim and issue OSC | .35 hrs. |
| 5/11/05 | Review file and issue order | .20 hrs. |
| 7/20/05 | Review file and issue order | .20 hrs. |
| 9/13/05 | Review file and issue order of dismissal | .25 hrs. |

|  | TOTAL: | 1.00 hrs. |
|---|---|---|

11

**X-101**      **Alice Johnson**

| | | |
|---|---|---|
| 5/10/05 | Review claim and issue OSC | .35 hrs. |
| 7/19/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .60 hrs. |

**X-103**      **Forrest Shunn**

| | | |
|---|---|---|
| 5/26/05 | Review of claim and issue order | .25 hrs. |
| 7/12/05 | Review of file and issue OSC | .25 hrs. |
| 7/30/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .75 hrs. |

**X-105**      **Nathan Spencer**

| | | |
|---|---|---|
| 5/26/05 | Review of pleading and issue order | .25 hrs. |
| 6/24/05 | Review of claim and issue order | .25 hrs. |
| 7/20/05 | Review letter and issue order | .20 hrs. |
| 9/13/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .95 hrs. |

**X-107**      **Willie Jones, Jr.**

| | | |
|---|---|---|
| 6/1/05 | Review claim and issue order | .25 hrs. |
| 9/13/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .50 hrs. |

**X-108**      **Carl Giadone**

| | | |
|---|---|---|
| 6/3/05 | Review of claim and issue OSC | .35 hrs. |
| 9/13/05 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .60 hrs. |

12

**X-111**      **Cory Olson**

|  | 6/18/05 | Review letter and issue order | .20 hrs. |
|  | 9/13/05 | Review file and issue order of dismissal | .25 hrs. |
|  |  |  | ———— |
|  |  | TOTAL: | .45 hrs. |

**X-114**      **Fabrizio Rosero**

|  | 6/25/05 | Review letter and issue order | .25 hrs. |
|  | 9/13/05 | Review file and issue order of dismissal | .25 hrs. |
|  |  |  | ———— |
|  |  | TOTAL: | .50 hrs. |

**X-116**      **Loren Dennis**

|  | 7/7/05 | Review claim and documents; issue order | .50 hrs. |
|  | 8/8/05 | Review response; issue order of dismissal | .50 hrs. |
|  |  |  | ———— |
|  |  | TOTAL: | 1.00 hrs. |

**X-117**      **Ahasuerus Bildad**

|  | 7/16/05 | Review letter and issue order | .25 hrs. |
|  | 9/13/05 | Review file and issue order of dismissal | .25 hrs. |
|  |  |  | ———— |
|  |  | TOTAL: | .50 hrs. |

**TOTAL TIME: 143.20 hours**

13

**EXHIBIT E**

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 7/21-22/05 | Travel from Denver to Canon City and return | 5.00 hrs. |
| 7/25/05 | Travel from Denver to Buena Vista and return | 4.50 hrs. |
| 7/28-29/05 | Travel from Denver to Canon City and return | 5.00 hrs. |
| 8/18-19/05 | Travel from Denver to Canon City and return | 5.00 hrs. |
| 8/25-26/05 | Travel from Denver to Canon City and then To Limon and return | 7.00 hrs. |
| 9/1-2/05 | Travel from Denver to Limon and return | 3.50 hrs. |
| 9/8-9/05 | Travel from Denver to Sterling and return | 4.00 hrs. |
| 9/14-15/05 | Travel from Denver to Sterling and return | 4.00 hrs. |

Total Travel Time: 38.00 hrs.

38.00 hrs x $75.00 per hour  = $2,850.00

**Lodging Expenses for Travel to CDOC Facilities for Hearing:**

| | | |
|---|---|---|
| 7/21/05 | Holiday Inn Express, Canon City, CO | $ 98.64 |
| 7/28-29/05 | Holiday Inn Express, Canon City, CO | $102.93 |
| 8/18/05 | Holiday Inn Express, Canon City, CO | $102.98 |
| 8/26/05 | Comfort Inn, Limon, CO | $ 77.24 |
| 9/2/05 | Comfort Inn, Limon, CO | $ 71.85 |
| 9/8/05 | Best Western, Sterling, CO | $ 87.15 |
| 9/14/05 | Best Western, Sterling, CO | $ 87.15 |

Total Lodging Expenses: $627.94

1

## EXHIBIT F

### Work Done By Bruce D. Pringle

Claims closed during the period ending September 15, 2005. Work done prior to September 15, 2004 has already been billed:

**03-005**  **Roy Whitehead**

| | | |
|---|---|---|
| 8/1/05 | Prepare for hearing; conduct hearing | 3.00 hrs. |
| 8/14/05 | Review and revise Findings, Conclusions, and Order | 1.50 hrs. |
| | TOTAL: | 4.50 hrs. |

**03-024**  **Lavern Carrigan**

| | | |
|---|---|---|
| 8/2/05 | Prepare for hearing; conduct hearing; prepare draft of Findings and Conclusions | 6.25 hrs. |
| 8/10/05 | Review final draft pf Findings, Conclusions and Order | .50 hrs. |
| | TOTAL: | 6.75 hrs. |

**03-050**  **John Montoya**

| | | |
|---|---|---|
| 7/26/05 | Prepare for hearing on claim; conduct hearing | 2.25 hrs. |
| 8/2/05 | Review and revise Findings and Conclusions | .75 hrs. |
| | TOTAL: | 3.00 hrs. |

**03-064**  **Bradley Clemens**

| | | |
|---|---|---|
| 7/28/05 | Prepare for hearing; conduct hearing | 2.00 hrs. |
| 8/22/05 | Review and revise Findings, Conclusions and Order | .75 hrs. |

1

|  | TOTAL: | 2.75 hrs. |
|---|---|---|
| **03-087** | **Duncan Leach** | |
| 7/25/05 | Prepare for conclusion of hearing; conduct hearing and begin to prepare findings and conclusions | 7.00 hrs. |
| 7/26/05 | Complete draft of findings and conclusions | 2.00 hrs. |
| 8/1/05 | Review and revise findings and conclusions | 1.00 hrs. |
|  | TOTAL: | 10.00 hrs. |
| **03-102** | **Charity Lehnert** | |
| 7/19/05 | Prepare for and conduct hearing | 3.50 hrs. |
| 8/22/05 | Review motion re: video tape and non-DOC doctor; e-mail instructions to D. Valente re: order on Lehnert motion | .50 hrs. |
|  | TOTAL: | 4.00 hrs. |
| **03-109** | **Sharon Colbert** | |
| 7/28/05 | Prepare for and conduct hearing | 2.00 hrs. |
|  | TOTAL: | 2.00 hrs. |

TOTAL TIME: 33 hours

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Ninth Application for Payment of Fees and Costs this 20th day of September, 2005 to the following:

Ms. Paula Greisen
Mr. David H. Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203