Reg. #90353
6564 State Highway 96
Olney Springs, CO 81062-8700
September 16, 2005

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2005

GREGORY C. LANGHAM
CLERK

Office of the Attorney General
Attn: Mr. Jess A. Dance
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

RE: Montez v. Owens, et al.,
Civil Action No. 92-CV-870
-EWN-OES, and Claimant
Howell F. Roberts, III.

Dear Mr. Dance;

I am writing to you because I am a Claimant in the above referenced **Montez v. Owens, et al**. case, and as of this date, I have NOT had anyone from any legal entity keep me apprised of any hearings, nor any resolutions. I sent letters to Ms. Paula Greisen and the Special Masters in Westminster and NONE of these professionals gave me the courtesy of a return letter.

Please let me know about any resolution in this case as it pertains to me, and if there have been any settlement offers made.

Thank you very much for your time and cooperation in this matter. I look forward to hearing from you very shortly.

Sincerely,

Howell F. Roberts, III
Claimant

xc: file
  Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030
  Ms. Paula Greisen, 1670 York Street, Denver, CO 80206
  U.S. District Court of Colorado, 901-19th Street, Denver, CO 80294