IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N9870 (OES)(Consolidated for all purposes with Civil Action No. (6-N-343)

JESSE MONTES, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

Claim Number 03-002
Category III
Claimant: Joe Eubanks, #64033
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 81211-2005

## SUPPLIMENT TO MY OBJECTION TO JUDGE BORCHERS FINAL ORDER

### I

I wish to supplement my objection to the final order issued by Judge Borchers. On page 5 of Judge Borchers final orders, he states as follows: "This condition is painful and one that can limit the ability of an individual to walk or work. – [I]nmates who do not require a wheelchair but who have a permanent lower extremity mobility impairment that substantially limits walking..." and, "The settlement agreement further requires that an inmate have "a permanent disability/impairment which substantially limits his or her ability to perform a major life activity."

He goes on to state: "The testimony of claimant establishes that he is able t walk. He testified that he will walk around the track in the yard for exercise. He sometimes does not walk when his feet hurt. He is limited in the work that he can do, with no heavy physical labor."

### II

The CDOC does not provide me with physical therapy (PT), nor do they have any equipment such as stationary bikes for exercise. I have no guidance for PT nor is their proper equipment available. This leaves me no alternative but to try to get some exercise as numerous doctors have told me. As I testified, my walking is substantially limited, especially when compared to other people. I cannot walk consistent lengths without stopping or quitting all together. I am not wheelchair bound and the settlement provides for non-wheelchair mobility impairments. Judge Borchers opinions don't prove a limitation of a major

1

life activity anyhow. *Toyota manufacturing, Kentucky, Inc. v. Williams, 534 U.S. 184 (2002)* provides for manual tasks performed over a short period of time, such as my short walks I call exercise. With this short term of manual tasks there is the darker side of it with an expansive range that substantially limits walking, standing and anything that goes along with the use of my feet. The *Toyota* case states:

> "The fact that William can perform a range of isolated non-repetitive manual tasks performed over a short period of time or household chores does not effect a determination that her impairment substantially limits her ability to perform a range of manual tasks associated with an assembly line job."

Here Williams was able to do a range of other tasks such as other jobs that were provided her. My case is much different in the aspect of manual tasks. I cannot do a wide range of manual tasks with my feet as I mentioned earlier. I believe this severely diminished what manual tasks I can do which further the truth of my claim.

### III

The next extremely important substantial limitation is work, which was never answered, in Judge Borchers final order. My trade was in the concrete construction industry, which encompasses the ability to complete manual tasks all day long. I have to walk, stand and lift. The concrete industry is a physically demanding trade and was my livelihood. I also have a wide proficiency of other construction trades that I can no longer do because I cannot walk or stand for prolonged periods of time as opposed to other people. I know I cannot do that type of work anymore, not even for twenty minutes. Just because I am incarcerated does not mean this is not a major life's activity. One day I will have t look for work when I leave prison, what then when I cannot work. Even in DOC I cannot do any type of physical work where I am required to be on my feet. All you have to do is have a look at the defendants exhibit H, which will be included. But, I will tell you what I can do and that is sit behind a desk, with future hopes of less pay upon freedom. This type of job is in a single class all by itself as opposed to the expansive class of jobs I use to do. Those jobs were of central importance to my life and are definitely long term.

### CONCLUSSION

I have submitted evidence in the form of medical documents. I have testified with complete honesty, and I have been denied testimony of key witnesses. These abuses by Judge Borchers have left me contending with this constant indifferent medical care. The CDOC are aware of my substantial limitations and have issued medical restrictions that follow my path of work. I have said before that my manual tasks directly affect my ability to perform tasks at work and just as before the *Toyota* case provides for this and states:

> "The court states that "the plaintiff must show that her manual disability involves a "class" of manual activities affecting the ability to perform tasks at "work" in order to be disabled—To defeat summary judgment as to the existence of a disability, Williams must demonstrate a genuine issue of material fact her impairment substantially limits the major life activity at either "working" or "performing manual tasks".

Williams did not meet these standards and I object to Judge Borchers use of the *Toyota* case as it relates to my disability, for his review of my case was incomplete and the use of the *Toyota* case should be non

2

allowable for I have proven my disability. And my final request would be that for the time being I would like to remain at the Buena Vista Minimum Center because at this time I have a decent job.

Respectfully Submitted,

*/s/ Joe Eubanks*

Joe Allen Eubanks, #64033
BVMC
P.O. Box 2005
Buena Vista, CO 81211-2005

CERTIFICATE OF MAILING

3

I hereby certify that I have mailed a copy of the foregoing Supplement to My Objection to Judge Borchers Final Order this 14th day of September, 2005 to the following:

Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Clerk of the United States District Court
901 19th Street
Denver, CO 80294

Hon. Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030

Patricia S. Bellac, Of Counsel
King & Greisen, LLP
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*[signature]*

4

```
= INMATE SCHED ======== QUERY OFFENDER PROGRAMS ========== 07/25/2005 = Page   1
Doc No: 64033    Name: EUBANKS, JOE A              BVMC/GP    PRES FACIL

Current Custody Level: MINIMUM

Status      Facility     Program                          Start Date End Date
---------   ----------   ------------------------------   ---------- ----------
MPS/ASGN    BVMC         LIFE SKILLS                      07/13/2005
MPS/HIST    BVMC         UNA GRACZYK                      06/01/2005 07/12/2005
MPS/HIST    BVMC         K-9 PROGRAM                      05/18/2005 05/31/2005
MPS/HIST    BVMC         LIFE SKILLS                      04/14/2005 05/17/2005
MPS/HIST    BVMC         GROUNDS 1                        04/11/2005 04/13/2005
MPS/HIST    BVMC         UNA GRACZYK                      04/07/2005 04/10/2005
MPS/HIST    BVMC         LABOR 3                          03/23/2005 04/06/2005
MPS/HIST    BVMC         GROUNDS 1                        02/25/2005 03/22/2005
MPS/HIST    BVMC         UNA PFALZGRAFF                   02/24/2005 02/24/2005
MPS/HIST    TRINIDAD     COMPUTER INFO PROCESSING         11/11/2004 02/23/2005
MPS/HIST    TRINIDAD     VOC JANITORIAL                   07/21/2004 11/10/2004
MPS/HIST    TRINIDAD     UNA 1                            07/14/2004 07/20/2004
MPS/HIST    FREMONT      VIDEO PRODUCTION TECH            07/05/2004 07/19/2004
MPS/HIST    FREMONT      VO ED - VIDEO PROD SELFHELP      05/13/2004 07/04/2004
MPS/HIST    FREMONT      U8 DGW UNA                       05/12/2004 07/04/2004
MPS/HIST    FREMONT      VOC WELDING                      08/15/2003 05/11/2004
MPS/HIST    FREMONT      AM FURNITURE SHOP                05/02/2003 08/14/2003
MPS/HIST    FREMONT      VOC COMPUTER                     12/02/2000 05/01/2003
MPS/HIST    FREMONT      VOC COMPUTER                     02/10/2000 12/01/2000
MPS/HIST    FREMONT      VIDEO PRODUCTION TECH            02/09/2000 02/09/2000
MPS/HIST    FREMONT      U8 DGW UNA                       02/08/2000 02/08/2000
MPS/HIST    FREMONT      VOC COMPUTER                     01/11/2000 02/07/2000
MPS/HIST    FREMONT      VOC COMPUTER                     09/22/1999 01/10/2000
MPS/HIST    FREMONT      AM FURNITURE SHOP                11/01/1998 09/21/1999
MPS/HIST    FREMONT      AM FURNITURE SHOP                10/01/1998 10/31/1998
MPS/HIST    FREMONT      AM FURNITURE SHOP                07/27/1998 09/30/1998
MPS/HIST    FREMONT      AM FURNITURE SHOP                07/25/1998 07/26/1998
MPS/HIST    FREMONT      U7 ART UNA                       07/24/1998 07/24/1998
MPS/HIST    FREMONT      VOC EQUP REPAIR/ELECTRONIC       05/22/1998 07/23/1998
MPS/HIST    FREMONT      U7 ART UNA                       05/13/1998 05/21/1998
MPS/HIST    FREMONT      PHYSICAL PLANT                   04/25/1998 05/12/1998
MPS/HIST    FREMONT      U5 BAR UNA                       04/16/1998 04/24/1998
MPS/HIST    FREMONT      UNA AVAILABLE                    04/15/1998 04/15/1998
MPS/HIST    SAN CARLOS   TC STRUCTURE MTG.                08/14/1997 09/01/1997
MPS/HIST    SAN CARLOS   TC THURS ABE/GED                 05/29/1997 10/31/1997
MPS/HIST    SAN CARLOS   TC FRIDAY ABE/GED                05/29/1997 03/15/1998
MPS/HIST    SAN CARLOS   TC HORT 3-4                      05/01/1997 03/15/1998
MPS/HIST    SAN CARLOS   TC MENTAL HEALTH                 04/17/1997 06/27/1997
MPS/HIST    SAN CARLOS   TC COM SKILLS II                 04/01/1997 11/07/1997
MPS/HIST    SAN CARLOS   TC 1 ART GRP B                   04/01/1997 10/10/1997
MPS/HIST    SAN CARLOS   TC YARD/SUN                      01/01/1997 03/15/1998
MPS/HIST    SAN CARLOS   TC YARD/SAT                      01/01/1997 03/15/1998
MPS/HIST    SAN CARLOS   TC CONCEPT                       01/01/1997 03/15/1998
MPS/HIST    SAN CARLOS   MEDICAL-PARA PRO                 12/17/1996 01/31/1998
MPS/HIST    SAN CARLOS   2ND SHIFT/FOOD SERVICE           12/01/1996 12/31/1996
MPS/HIST    SAN CARLOS   TC 3 ABE/GED/LIFE SKILLS         12/01/1996 05/28/1997
MPS/HIST    SAN CARLOS   1-LEFT COMPLIANCE                11/29/1996 04/14/1998
MPS/HIST    SAN CARLOS   TC CLOSE OF HOUSE                11/28/1996 02/04/2000
MPS/HIST    SAN CARLOS   TC YARD M-F                      11/28/1996 03/15/1998
MPS/HIST    SAN CARLOS   1-LEFT UNASSIGNED                11/28/1996 11/28/1996
MPS/HIST    SAN CARLOS   TC FAM FUN WED                   11/28/1996 03/15/1998
MPS/HIST    SAN CARLOS   TC HORT 1-2                      11/28/1996 01/03/1997
MPS/HIST    SAN CARLOS   TC AM MTG/LE                     11/28/1996 03/15/1998
```



DEFENDANT'S EXHIBIT NO. H

```
MPS/HIST SAN CARLOS TC RFG                                11/28/1996 03/15/1998
MPS/HIST SAN CARLOS TC TACTICS                            11/28/1996 01/01/1997
MPS/HIST SAN CARLOS TC GAME                               11/28/1996 03/15/1998
MPS/HIST SAN CARLOS TC COG SKILLS II                      11/28/1996 04/01/1997
MPS/HIST SAN CARLOS TC BASIC OT                           11/28/1996 02/01/1997
MPS/HIST SAN CARLOS TC LIFE CYCLE                         11/28/1996 03/15/1998
MPS/HIST SAN CARLOS TC MON PM ABE/GED                     11/26/1996 05/28/1997
MPS/HIST SAN CARLOS 4-R UNASSIGNED                        11/14/1996 11/27/1996
MPS/NOAC FREMONT    LIVING UNIT 8                         04/07/2003
MPS/NOAC FREMONT    FURNITURE SHOP                        07/15/1998
MPS/NOAC FREMONT    RECREATION                            06/30/1998
MPS/NOAC SAN CARLOS VOC ED-JANITORIAL TRAINING PRG        01/23/1997
MH/WAITL BVMC       OSMI TX PLAN UPDATE                   04/21/2005
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   07/28/2003
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   04/22/2003
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   01/24/2003
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   11/04/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   06/27/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   02/27/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   02/21/2002
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   12/08/2000
MH/WAITL FREMONT    OSMI TX PLAN UPDATE                   12/08/2000
MH/WAITL FREMONT    OSMI INITIAL TREATMENT PLAN           09/18/1998
MH/WAITL CENTENNIAL CHRONICALLY MENTALLYILL MONITO        09/12/1996
MH/HISTR CENTENNIAL CHRONICALLY MENTALLYILL MONITO        06/21/1996 06/21/1996
MH/HISTR CENTENNIAL MH BASIC PROGRAM FOCN ANGER MG        05/01/1995 05/01/1995
MH/HISTR CTCF       GENERAL PSYCOTHERAPY GROUP WIT        01/04/1994 02/15/1994
MH/HISTR CENTENNIAL STRESS MANAGEMENT WITH FOCUS O        05/16/1995 08/01/1995
MH/HISTR LIMON CF   MH BASIC PROGRAM FOCN ANGER MG        11/13/1991 11/20/1991
MH/HISTR LIMON CF   MH BASIC PROGRAM FOCN ANGER MG        06/19/1991 07/31/1991
```

COLORADO DEPARTMENT OF CORRECTIONS
PROGRESS ASSESSMENT SUMMARY
DATE OF PAS: 02/18/2003
STATUS: FINAL

Print Date: 02/18/2003

Doc No: 64033   EUBANKS, JOE A.
Current Custody: MEDIUM

Facility: FREMONT
Case Manager: ORTIZ, S
Next PAS Date: 08/19/2003

| WORK LEVEL | INITIAL: 2 | CURRENT: 1 |
|---|---|---|

Eubanks has work experience as a backhoe and machine operator, and in all forms of cement masonry. He is assigned to Vocational Computers program. He receives outstanding work evals.

| ACADEMIC / VOCATIONAL | INITIAL: 3/3 | CURRENT: 3/3 |
|---|---|---|

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Subject claims he has received formal education through the 11th grade. He did receive a GED in 1985 while at the Job Corps. He is currently participating in Vocational Computers.

| MEDICAL / DENTAL | INITIAL: 3/1 | CURRENT: 3/1 |
|---|---|---|

**Medical Level:** Qualify     Date Assigned: 01/31/2000
**Dental Level:** Qualify     Date Assigned: 12/30/1991
Allergy: NKO     Medical Hold: N

**Medical Housing Restrictions**

| Date Assigned | Restrictions | Qualifier |
|---|---|---|
| 6/14/99 | LOWER BUNK | |

**Medical Assignment Restrictions**

| Date Assigned | Restrictions | Qualifier |
|---|---|---|
| 12/26/00 | NO PROLONGED STANDING OVER SPECIFIED TIME | |

Subject is assessed as an M-3 for medical needs. He has a housing restriction of lower bunk and work restrictions of no prolonged standing.

| SUBSTANCE ABUSE | INITIAL: 3 | CURRENT: 3 |
|---|---|---|

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| completed ARP | | | 01/01/1991 | Yes | | |

Eubanks completed ARP in 1991. He also completed programs offered in the Theraputic Community at SCCF. Continued recommendations are for AA and NA and random UA's.

| SEXUAL VIOLENCE | INITIAL: 1 | CURRENT: 1 |
|---|---|---|

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Subject has no needs in this area at this time.

| MENTAL HEALTH | INITIAL: 3 | CURRENT: 3 |
|---|---|---|

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Completed BMH | | | | | | |

Progress Assessment Summary                Attachment 30                Page 1 of 3