IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

                    -vs-

BILL OWENS, *et al.,*

                    Defendants.
_____

Claim Number 03-0351
Category III
Claimant:  Steven Paul Walker, #114350
Address of Claimant:  FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

And all Similarly Situated Claimants Who are Affected by the Medical Issues Raised Herein

**━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━**

**PLAINTIFF CLASS RESPONSE TO "DEFENDANTS' APPEAL DIRECTED TO THE HONORABLE JUDGE JOHN KANE REGARDING DAMAGES AWARD"**
_____

        The Plaintiff Class hereby files this Class Response to the Appeal filed by the

Defendants in the above matter on the limited issue of whether *Fitzgerald v. Corrections*

*Corporation of America, Inc, et. al.* , 403 F.3rd 1134 (10th Cir. 2005) applies to damage

claims as follows:

        1.    Claimant Steven Walker had his right leg amputated just prior to his

incarceration in the Department of Corrections.  The Special Master issued a Final Order

with respect to his damage claims on June 30, 2005.  In that Order, the Special Master

found that Mr. Walker was a member of the class, was otherwise qualified to participate

1

in the programs and services at DOC, was discriminated against by DOC because of his disability, and that DOC's conduct caused Mr. Walker harm.[1]   As a remedy for the damage suffered by Mr. Walker, the Special Master ordered that he receive a new prosthesis.

2.   In their Appeal of the Special Master's Final Order in the claim filed by Steven Paul Walker, Defendants argue, in pertinent part, that the Special Master abused its discretion by awarding Mr. Walker a new prosthesis.  According to the Defendants: "Whether an inmate receives a prosthesis and if so what kind is a medical decision based on 'what is medically necessary'."  Defendant's Brief, Section V, page 13.  The defense goes on to argue that whether to provide a prosthesis is an issue of medical care and that, under *Fitzgerald v. Corrections Corporation of America, Inc, et. al.*, 403 F.3rd 1134 (10th Cir. 2005), the claimants cannot challenge the quality of their medical care.[2]   Thus, according to Defendants, the recent decision in *Fitzgerald* prohibits the Special Master from addressing whether the claimants have appropriate medical accommodations for their disabilities.

3.   The Plaintiff Class filed an appeal on this issue entitled "Plaintiff Class Appeal Regarding The Availability Of Damages For Denial Of Medical Care" on September 7, 2005.  Plaintiff Class specifically incorporates herein the arguments made in that brief and in any reply filed by the Plaintiff Class on this issue.

---

[1] These are the four criteria this Court previously established for claimants to prevail during the damage claim process.  See Order, November 30, 2004.

[2] Plaintiffs disagree with the characterization of the remedy provided by the Special Master.  The new prosthetic was awarded by the Special Master as compensation for the damages that the DOC caused Mr. Walker – not because it was "medically necessary."

RESPECTFULLY SUBMITTED on this 22nd day of September, 2005.

KING & GREISEN, LLP


*/s Paula Greisen*
Paula D. Greisen
1670 York Street
Denver, CO  80206
(303) 298-9878
(303) 298-9879 (fax)
greisen@kinggreisen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September 2005, I served the foregoing, **PLAINTIFF CLASS RESPONSE TO "DEFENDANTS' APPEAL DIRECTED TO** via electronic mail, and for Mr. Walker, via United States Mail, in a properly sealed, postage prepaid envelope to:

James Quinn, Esq.
Jess Dance, Esq.
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado   80203
James.Quinn@state.co.us
jess.dance@state.co.us

Steven Paul Walker, #114350
FLCF, P.O. Box 1000
Fort Lyon, CO 81038-1000

Hon. Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminister, CO  80030
dborchers@legalres.com


*Paula Greisen*

3