IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-096
Category: Untimely Filed Claim
Claimant: John Sandoval, #522
Address of Claimant: KCCC, P.O. Box 2000, Burlington, CO 80807-2000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant failed to provide information concerning his dates of incarceration in CDOC over the years. In order to be part of the class, Claimant had to have been in CDOC custody on or before August 27, 2003. Claimant only provided information indicated that he was placed into CDOC custody on August 24, 2004. Claimant was granted up to and including August 29, 2005 in which to respond to the show cause order. He has filed nothing.

He is not part of the class and may not pursue a claim. He may pursue separate litigation if he believes that his rights under the ADA and Rehabilitation Act were violated.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 14, 2005.**

SIGNED this 13th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 13th day of September, 2005 to the following:

Mr. John Sandoval
#522
KCCC
P.O. Box 2000
Burlington, CO 80807-2000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra