IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-105
Category: Untimely Filed Claim
Claimant: Nathan Spencer, #124932
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of Nathan Spencer. In his claim, he indicated that he is confined to a wheelchair.

Claimant stated in his claim that he came into the custody of the Colorado Department of Corrections (CDOC) on January 24, 2005. The order of Judge Nottingham approving the settlement was entered on August 27, 2003. It was on this date the class was defined. In order to be part of the class, an claimant had to be in CDOC custody on or before that date.

It appeared that Mr. Spencer is not part of the class, as he was not in CDOC custody on August 27, 2003. He was granted up to and including August 8, 2005 in which to respond to the show cause order. He has filed nothing.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 14, 2005.**

SIGNED this 13th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 13th day of September, 2005 to the following:

Mr. Nathan Spencer
#124932
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____