IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SEP 1 9 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-108
Category: Untimely Filed Claim
Claimant: Carl T. Giadone, #103099
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of Carl Giadone. In his claim form, he indicated that he has grand and petite mal seizures. He also indicated that he has severe migraine headaches. He checked the categories of mobility and vision impaired.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. It appears that this claim may not fall under the provisions of the Remedial Plan approved on August 27, 2003.

Claimant was granted up to and including July 18, 2005 in which to respond to a show cause order. He has failed to file anything. His claim is for seizures and is not covered by the Settlement Agreement. Claimant may pursue separate litigation for his condition.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the

Clerk of the United States District Court, 901 19ᵗʰ Street, Denver, CO 80294 **on or before November 14, 2005.**

SIGNED this *13th* day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _13th_ day of September, 2005 to the following:

Mr. Carl T. Giadone
#103099
CCF
P.O. Box 600
Canon City, CO 81215-0600

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203