IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-117
Category: Untimely Filed Claim
Claimant: Ahasuerus Bildad, # 115660
Address of Claimant: TCF, P.O. Box 2001, Trinidad, CO 81082

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the letter of Ahasuerus Bildad. In the letter, he indicated that he may have a claim. A claim form and informational sheet were forwarded to Mr. Bildad. He was directed to file his claim by August 29, 2005. He failed to file a claim form.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. The Special Masters can only adjudicate claims that are filed and have no authority over anything else that may involve the prison system.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 14, 2005.**

SIGNED this 13th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /3th day of September, 2005 to the following:

Mr. Ahasuerus Bildad
#115660
TCF
P.O. Box 2001
Trinidad, CO 81082

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Margie Dykstra_