Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

**RECEIVED**
SEP 21 2005
BY: X-117

Mr. Ahasuerus Bildad
#115660
TCF
P.O. Box 7001
Tri

NIXIE    806    0 1            00 09/20/05
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

Doc # 1117
92-N-870

02 1P
0002555617
MAILED FROM ZIP CODE 80030
$ 000.370
PITNEY BOWES
SEP 13 2005