IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 26 2005
GREGORY C. LANGHAM
CLERK

---

Claim Number 03-030
Category III
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 80215-0777

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. By minute order on August 18, 2005, Judge Nottingham referred back to the Special Masters a motion filed by Claimant and denominated "Motion to Suppress Testimony for Perjury." This motion was assigned electronic number #1029. The Special Master issued an order to Defendants to respond to one part of the motion, and that response is not yet due from Defendants.

On September 12, 2005, Judge Nottingham issued an order that deal with the motion assigned #1029. The motion was denied.

There is nothing for the Special Master to do on #1029. The previous order to Defendants is vacated.

IT IS HEREBY ORDERED that the Special Master will take no further action on the motion (#1029), as it has been denied by Judge Nottingham; and

IT IS FURTHER ORDERED that the previous order to Defendants to respond to part of the motion is vacated.

SIGNED this 16th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this  16th day of September, 2005 to the following:

Mr. L.R. Moore
#47702
CSP
P.O. Box 777
Canon City, CO 81215-0777

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____