IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-030
Category III
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the latest filing of Claimant. As with previous recent filings, Claimant spends most of his time attacking the Special Master and others associated with his incarceration.

Judge Nottingham ruled on the motion referred to the Special Master. As a result, there is nothing further for the Special Master to do. Claimant desires that the Special Master take no further action on his claim, and that is the case. Claimant's sole remedy is to file an appeal with Judge Kane at the Court. The Special Masters have no further jurisdiction in this matter.

IT IS HEREBY ORDERED that the Special Master will take no further action on the documents filed by Claimant, as his sole remedy is to file an appeal with Judge Kane from the final order issued in this matter.

SIGNED this 22nd day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 22nd day of September, 2005 to the following:

Mr. L.R. Moore
#47702
CSP
P.O. Box 777
Canon City, CO 81215-0777

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra