IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number 03-147
Category III
Claimant: Jimmy Ross Bulgier, #902732
Address of Claimant: 265 FM 3478/Estelle Unit, Huntsville, TX 77320-3322

___

### ORDER OF SPECIAL MASTER

___

THIS MATTER comes before the Special Master on the referral of various motions filed by Claimant. These motions were filed in 2004 with the Court, rather than with the Special Masters. The assigned District Judge has directed that these motions be resolved by the Special Master.

The Special Master would note that this claim now has been reassigned to Category III. Claimant will be receiving a hearing and his medical records will be produced for the hearing. All of the motions were filed with the wrong office. In light of the reassignment of this claim to Category III, a new scheduling order will be issued by the Special Master. These motions will be denied without prejudice. A separate scheduling order will be issued.

The motions filed by Claimant with the Court are as follows:

    #717   Motion to Compel
    #857   Motion for Extension of Time
    #858   Motion for Order
    #860   Motion for Order
    #861   Motion to Amend/Correct/Modify

These motions are either moot or will be denied without prejudice. Claimant may renew any motions

if he does not receive discovery that he believes is appropriate.

IT IS HEREBY ORDERED that the motions (717, 857, 858, 860, & 861) of Claimant Jimmy Bulgier are denied without prejudice.

SIGNED this 19th day of September, 2005.

BY THE COURT:

By: _____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 19th day of September, 2005 to the following:

Mr. Jimmy Bulgier
#902732
265 FM 3478/Estelle Unit
Huntsville, TX 77320-3322

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dyketu