IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-141
Category III
Claimant: William J. Destro, #117638
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the referral by Judge Nottingham of Claimant's motion to compel (#874) which was filed with the Court. This motion should have been sent to the Special Masters.

This claim has been reassigned to Category III. A hearing will be held. A new scheduling order has been issued. All discovery issues will be resolved pursuant to the new order. As a result, the motion to compel is moot.

IT IS HEREBY ORDERED that Claimant's motion to compel (#874) is denied as moot.

SIGNED this 19th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

     I hereby certify that I have mailed a copy of the foregoing Order of Special Master this __19th__ day of September, 2005 to the following:

Mr. William Destro
#117638
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra