IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-278
Category II
Claimant: George Charles Knorr, 45154
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81215-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the referral by Judge Edward Nottingham of two motions filed with the Court. These motions should have been filed with the Special Master.

Claimant requested in his motion (#869) that he receive an extension of time. The Special Master received a similar motion, and it was granted on April 21, 2005. Claimant's motion is moot, as it has been granted already by the Special Master.

IT IS HEREBY ORDERED that Claimant's motion for extension of time (#869) filed with the Court is denied as moot, as the relief he requested was granted by the Special Master on April 21, 2005.

SIGNED this 19th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _19th_ day of September, 2005 to the following:

Mr. George C. Knorr
#45154
AVCF
P.O. Box 1000
Crowley, CO 81034-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____