IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-137
Category III
Claimant: Travis Star Nelson, #116660
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

___

**ORDER OF SPECIAL MASTER**

___

THIS MATTER comes before the Special Master on the referral by Judge Nottingham of two motions that were filed with the Court. Both of these should have been filed with the Special Masters.

The Special Master would note that this claim was reassigned to Category III. A hearing has been set for April 11, 2006.

Claimant filed two motions with the Court. He filed a motion to compel (#718) and a second motion to compel (#769). The Special Master has reviewed the file, and several motions related to discovery have been filed since these two were sent to the Clerk of the Court. Both motions are moot, as the issues have been resolved in subsequent motions. Any further motions will need to be filed with the Special Masters.

IT IS HEREBY ORDERED that Claimant's motions to compel (#718 and #769) are denied as moot.

SIGNED this 19th day of September, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 19th day of September, 2005 to the following:

Mr. Travis Star Nelson
#116660
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____