IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-014
Category III
Claimant: James Smith, #112593
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, Colorado 81038

---

## ORDER OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on the referral of Judge Nottingham of Claimant's motion for extension of time. This motion (#959) was filed with the Court and should have been filed with the Special Masters.

    Claimant has received extensions in which to file additional documents and argument. He has filed additional materials and exhibits. The relief requested by Claimant has been granted.

    IT IS HEREBY ORDERED that Claimant's motion for extension of time (#959) is denied as moot.

    SIGNED this 19th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 19th day of September, 2005 to the following:

Mr. James Smith
#112593
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____