IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-509
Category II
Claimant: David Ward, #47095
Address of Claimant: 2456 Gray Street, Edgewater, CO 80214

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the referral from Judge Nottingham of Claimant's motion to compel. By separate order, the claim of David Ward has been dismissed, as he failed to allege any discriminatory conduct other that receiving inappropriate medical care. Under *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134 (10th Cir. 2005), the ADA and Rehabilitation Act cannot be used to attack the quality of medical care or to pursue a medical malpractice claim. Since the claim has been dismissed, this motion is moot.

IT IS HEREBY ORDERED that Claimant's motion to compel is denied as moot, as his claim has been dismissed.

SIGNED this 19th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _19th_ day of September, 2005 to the following:

Mr. David Ward
2456 Gray Street
Edgewater, CO  80214

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO  80203

_____