IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

**DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CLAIMANT LEACH'S "OBJECTION TO AUGUST 1, 2005 FINAL ORDER OF SPECIAL MASTER" DIRECTED TO JUDGE KANE**

Defendants, through the Colorado Attorney General respectfully request an enlargement of time to file their response to Claimant Leach's "Objection to August 1, 2005 Final Order of Special Master."

1.  Pursuant to the Terms of the Remedial Plan entered and approved by the Court, Claimant Duncan Leach filed a claim for damages with the Special Master. His claim was originally set for a one day hearing. On June 7, 2005, after a full day of presentation, Claimant had still not concluded presentation of his claim. Accordingly, an additional day of hearings occurred on July 25, 2005.

2.  The claim was heard by Special Master Bruce Pringle, who entered a Final Order on August 1, 2005. On August 30, 2005, pursuant to the Remedial Plan, Leach filed his "Objection to August 1, 2005 Final Order of Special Master" seeking review of the Order with this Court. Pursuant to the terms of the Remedial Plan, the Order of the

Special Master "may be appealed on an abuse of discretion review to the Honorable Judge Kane."  See Remedial Plan at p. 29.

   3. The hearing in this claim lasted two days.  Thus, the record of the proceedings before the Special Master is exceptionally lengthy, and additional time is needed to review the record.  In addition, undersigned counsel was out of town during the first part of September, and since his return has been involved in a matter before the Tenth Circuit.  Also, in order to assist the Court with its review of this matter, the undersigned will have to have the portions of the record transcribed, making it easier for the Court to review this matter.

   4. As a result of the above, the undersigned needs an additional twenty (20) days to finalize Defendants' response.

   5. This request is not for the purpose of delay and neither party will be prejudiced by an extension.

   6. Pursuant to D.C.COLO.LCivR 7.1, the undersigned Counsel conferred with Claimant's Counsel who does not oppose the requested extension.

   WHEREFORE, Defendants request an enlargement of time up to an including October 19, 2005 to file their response.

            JOHN W. SUTHERS
            Attorney General

            s/ James X. Quinn
            JAMES X. QUINN, 21729*
            Assistant Attorney General
            Civil Litigation and Employment Law Section
            Attorney for Defendants
            *Counsel of Record

                                     1525 Sherman Street, 5th Floor
                                     Denver, Colorado  80203
                                     Telephone: (303) 866-4307
                                     FAX: (303) 866-5443

<u>CERTIFICATE OF SERVICE</u>

I certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| H. Earl Moyer, Esq. | Honorable Richard M. Borchers |
| Mbv1@wt.net | dborchers@legalres.com |

                                           <u>s/ James X. Quinn</u>