Alan Mount,  
#56047,  
AVCF,  
Box 1000,  
Crowley, Co 81034

September 22, 2005

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM  
CLERK

Ms. Gail Shaw,  
Docket Supervisor,  
U.S. District Court,  
District of Colorado,  
U.S. Court House,  
901 19th St.,  
Denver, Co 80294

REF: Montez v. Owens, Civil Action, #92-N-870, :  
            Claim Number 03-060

Dear Ms. Shaw;

   I would request that all discovery that is contained in my file be returned to me, as my claim has been denied.

   Please return it to the above address at your earliest convience.

Sincerely,


Alan Mount

# *LRC* Legal Resolution Center

| | | |
|---|---|---|
| 7907 Zenobia Street<br>Westminster, Colorado 80030<br>303-426-7365<br>303-426-7714 (FAX)<br>1-888-881-7365 (Toll-Free)<br>RMLRC @ AOL.COM<br>www.legalres.com<br><br>Lynda Rowe, Administrator | Judge Richard M. Borchers<br>Judge Richard C. Davidson<br>Judge Philip F. Roan<br>Judge Donald E. Abram<br>Judge James N. Wolfe<br>Judge Michael R. Enwall<br>Judge Bruce D. Pringle<br>Judge Stephen L. Carter<br>Magistrate Sandra Franklin | Other Offices:<br>Denver<br>Denver Cherry Creek<br>Denver Tech Center<br>Boulder<br>Colorado Springs<br>Grand Junction<br>Cheyenne, Wyoming<br>Scottsbluff, Nebraska |

June 30, 2005

Mr. Alan Mount
#56047
AVCF
P.O. Box 1000
Crowley, CO 81034-1000

      Re:    *Montez v. Owens*, Civil Action No. 92-N-870
             **Claim No. 03-060, Alan Mount, #56047**

Dear Mr. Mount:

      Enclosed are your original exhibits submitted at the hearing on June 16, 2005.

      If you require any further information from your file, you will need to contact Ms. Gail Shaw, Docket Supervisor, U.S. District Court for the District of Colorado, United States Court House, 901 - 19th Street, Denver, CO 80294. When we closed your file we forwarded it to Ms. Shaw to be included in the Civil Action No. 92-N-870 *Montez v. Owens* case.

                                                   Sincerely,

                                                   Margie Dykstra
                                                   Special Assistant to Special Masters

Enclosures