IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-030
Category III
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 80215-0777

---

## ORDER OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on the referral by Judge Nottingham of Claimant's motion to suppress testimony for perjury. Judge Nottingham has directed that this motion be referred back to the Special Master for initial resolution.

    Defendants will be required to respond to the testimony given concerning a new wheelchair. Claimant alleges that he has not received a new wheelchair and that the testimony concerning the new wheelchair was false.

    IT IS HEREBY ORDERED that Defendants shall respond in writing on or before **September 30, 2005** to the issue concerning testimony related to the new wheelchair.

    SIGNED this /s/ day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /8/ day of September, 2005 to the following:

Mr. L.R. Moore
#47702
CSP
P.O. Box 777
Canon City, CO 81215-0777

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Margje Dykstra