IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 08 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-061
Category III
Claimant: David Montoya, #55220
Address of Claimant: BVCC, P.O. Box 2017, Buena Vista, CO 81211

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter which will be treated as a motion to amend final order. Claimant has requested that any money awarded to him pursuant to the Special Master's final order not be seized by CDOC or other authorities for restitution.

This issue is one that the Special Masters anticipated months ago. The Remedial Plan makes no provisions for this issue. The Special Masters have limited jurisdiction and cannot supersede other laws that may be in place. As a practical matter, the Special Master only have the authority to adjudicate claims that are file. Once the final order is entered, the Special Masters lose jurisdiction. There is an appellate process that exists through Judge Kane. It is unclear whether Judge Kane could rule on this issue.

Claimant's concern is legitimate. To spend time, energy and money to pursue a claim and see nothing does not appear to be fair. The problem is that the Remedial Plan does not provide to the Special Masters any power to deal with this issue. Claimant may wish to contact class counsel whose address is on the certificate of mailing. Claimant may wish to file a motion with the Court directly to deal with this issue.

IT IS HEREBY ORDERED that Claimant's motion to amend the final order to prevent any attachment for restitution is denied, as the Special Masters do not have jurisdiction pursuant to the

Remedial Plan to deal with this issue.

SIGNED this 18th day of August, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _18th_ day of August, 2005 to the following:

Mr. David Montoya
#55220
BVCF
P.O. Box 2017
Buena Vista, CO 81211-2017

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____