IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 08 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-025
Category III
Claimant: Charles L. Lane, #112551
Address of Claimant: Denver West Inn, 7150 West Colfax Avenue, #123, Lakewood, CO 80214

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. Claimant contacted the office of the Special Masters on August 18, 205 to indicate that he was now receiving mail at the above address.

Claimant was discharged from custody on April 18, 2005. He did not provide a mailing address until August 18, 2005. The claim was dismissed on May 12, 2005 as all letters sent to known addresses had been returned.

Claimant had a duty to keep the Special Masters advised of a current mailing address. Claimant failed to do that. The claim will remain dismissed.

IT IS HEREBY ORDERED that the previous order of dismissal remains the order of the Special Master.

SIGNED this /s/ day of September, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /s/ day of September, 2005 to the following:

Mr. Charles J. Lane
Denver West Inn
7150 West Colfax Avenue, #123
Lakewood, CO 80214

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra