UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLO.
Civil ACTION NO. 92-N-870 (OES)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 12 2005
GREGORY C. LANGHAM
CLERK

JESSE MONTEZ
Plaintiff
V
Bill OWENS
Defendants

Claimant: JOSEPH MARTINEZ #53960
Claim: # 03-062
Hearing Scheduled for October 16, 2005.

## NOTICE OF WITNESSES

I want all the following to Appear AS Witnesses or call in to testify, But I have NO address to NOTIFY them or a PHone Number to give them. Can you continue this hearing and ORDER A.V.CF MEDICAL to give ME the addresses of all the following; and Provide me with a PHoNE Number that they can call to testify? Plus Date and time please.

1. PA. Jasmiene Turrubate DRDC. She'll testify to takeing my MORIFine patch when I first was admitted in to D.O.C. Causing violant withdraw's

② DR BLOOR, D.R.D.C. Shell testify that she wanted me sent to A.V.C.F. to be treated for my Liver cirroBsosis and MORfine for my Back Pain. THey Have INTERfiron treatment Here.

③ Curtis Harlow M.D. will testify to the extent of Liver damage

④ P.A. McGafee Larimer County Detention Center will testify she sent all medical files to D.R.D.C. And a copy to me which I sent to Special Master. D.R.D.C. says they did not Receive Medical Files.

⑤ DON TURNER, he'll testify to my health before C.D.O.C. He put all the metal in my back.

⑥ Benjamin Martinez M.D. Denver Health Heart Specialist. He will testify to the damage my heart has sustained by takeing my morifine patch not once but twice and how it causes damage to heart, kidneys, back and the violent withdraws.

⑦ Glen Kelly M.D. Denver Health Back Specialist. Will testify to damage and what repairs my back needs.

⑧ DR. STACHLER, Denver Health, will testify to Hole in stomach and oporation Needed to fix it. Did stomach xrays and ordered operation, but D.O.C. Never followed through.

Dolores Mantoya, A.V.C.F. Clinical Team Leader. She will testify to times I was sent to outside medical facilities and what for all 17 times. And that she's told me since 12-04 I am scheduled for Surgurey.

DR Werner, A.V.C.F. told me he would not order anything nor would he do anything for me.

I Hope and pray this Honorable Court will grant this continuance, and ORDER A.V.C.F. to give me all Medical Facilities Address so I can communicate with medical staff to when and what time and phone # to call to testify at my hearing. MY Hearing is currently scheduled for OCtober 16, i do not NO the time or PHone # or where in the facility.
Has new special masters been appointed.

Sincerly
Joseph Marty 53960