IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

Upon consideration of the request for return of discovery (#1129) filed September 29, 2005, the court notes that it is not the duty of the clerk's office to act as a repository for discovery or to return discovery which it does not have. It is therefore ORDERED that the motion (#1129) be DENIED.

Dated: October 12, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343–EWN]

## CERTIFICATE OF MAILING

I hereby certify that a copy of the Order regarding the request for return of discovery signed by Judge Edward W. Nottingham on October 12, 2005 was served on October ___, 2005 by hand-delivery, where a "D.C." box number or asterisk (*) is indicated after the recipient's name, by electronic mail to the address specified where a double asterisk (**) is indicated after the recipient's name, or otherwise by depositing it in the United States mail, postage prepaid, addressed to the recipient:

| | |
|---|---|
| Magistrate Judge O. Edward Schlatter* | Paula Greisen, Esq.<br>David Miller, Esq.<br>Laura Schwartz, Esq.<br>King & Greisen<br>1670 York Street<br>Denver, CO 80206<br>*Attorneys for Plaintiffs* |
| Patricia S. Bellac, Esq.<br>King & Greisen, LLP<br>4845 Pearl East Circle, Suite 101<br>Boulder, CO 80301<br>*Attorney for Plaintiffs* | H. Earl Moyer, Esq.<br>Moyer, Beal and Vranesic<br>1401 Saulsbury Street, Suite 204<br>Lakewood, CO 80215<br>*Attorney for Plaintiff Duncan F. Leach* |
| Elizabeth H. McCann, Esq.<br>James X. Quinn, Esq.<br>Attorney General's Office<br>Litigation Section<br>**D.C. Box 20**<br>*Attorneys for Defendants* | Jennifer L. Veiga, Esq.<br>Hall & Evans<br>**D.C. Box 5**<br>*Attorney for Defendants* |

J.J. Fraser, III, Esq.
Irwin & Boesen, P.C.
501 South Cherry Street, #500
Denver, CO 80246
*Attorney for Claimant Clarence Leonhardt*

Richard M. Borchers
Bruce D. Pringle
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030

Brice A. Tondre, Esq.
1821 Blake Street, Suite 2C
Denver, CO 80202-1287
*Attorney for Claimant Phillip Carter*

GREGORY C. LANGHAM, CLERK

By_____
         Deputy Clerk or Secretary

3