IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

**DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO CLAIMANT LEACH'S "OBJECTION TO AUGUST 1, 2005 FINAL ORDER OF SPECIAL MASTER" DIRECTED TO JUDGE KANE**

Defendants, through the Colorado Attorney General respectfully request an enlargement of time to file their response to Claimant Leach's "Objection to August 1, 2005 Final Order of Special Master."

1.  Pursuant to the Terms of the Remedial Plan entered and approved by the Court, Claimant Duncan Leach filed a claim for damages with the Special Master. His claim was originally set for a one day hearing. On June 7, 2005, after a full day of presentation, Claimant had still not concluded presentation of his claim. Accordingly, an additional day of hearings occurred on July 25, 2005.

2.  The claim was heard by Special Master Bruce Pringle, who entered a Final Order on August 1, 2005. On August 30, 2005, pursuant to the Remedial Plan, Leach filed his "Objection to August 1, 2005 Final Order of Special Master" seeking review of the Order with this Court. Pursuant to the terms of the Remedial Plan, the Order of the

Special Master "may be appealed on an abuse of discretion review to the Honorable Judge Kane."  See Remedial Plan at p. 29.

3. Defendants previously requested an extension to and including October 18, 2005 to respond to Leach's Objection.  However, due to the length of the hearing in this case, additional time is needed.

4. The hearing in this claim lasted two days.  Thus, the record of the proceedings before the Special Master is exceptionally lengthy and consists of approximately six compact disks. In order to assist the Court with its review of this matter, the undersigned has undertaken to have portions of the compact disks transcribed.

5. As a result of the delay associated with obtaining copies of the compact disks, sifting through the record,  and the transcription of the record, the undersigned needs an additional  fourteen (14) days to finalize Defendants' response.

6. This request is not for the purpose of delay and neither party will be prejudiced by an extension.

7. Pursuant to D.C.COLO.LCivR 7.1, the undersigned Counsel conferred with Claimant's Counsel who does not oppose the requested extension.

WHEREFORE, Defendants request an enlargement of time up to an including November 1, 2005 to file their response.

JOHN W. SUTHERS
Attorney General

s/ James X. Quinn
JAMES X. QUINN, 21729*
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorney for Defendants
*Counsel of Record

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone: (303) 866-4307
FAX: (303) 866-5443

## CERTIFICATE OF SERVICE

I certify that on October 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| H. Earl Moyer, Esq. | Honorable Richard M. Borchers |
| Mbv1@wt.net | dborchers@legalres.com |

s/ James X. Quinn