IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## ORDER GRANTING DEFENDANTS' UNCONTESTED MOTION FOR ENLARGEMENT OF TIME

THIS MATTER is before the Court on Defendants' Uncontested Motion for Enlargement of Time to Respond to Claimant Leach's Objection to August 1, 2005 Final Order of Special Master. The Court, having duly considered the Defendant's request, hereby GRANTS said motion and ORDERS as follows: Defendants shall to file their Response to Leach's Objection to August 1, 2005 Final Order of Special Master on or before November 1, 2005.

BY THE COURT:

_____
JOHN L. KANE
United States District Court Judge