IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2005

GREGORY C. LANGHAM
CLERK

Claim Number 03-114
Category III
Claimant: Byron Cortez, #45627
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion for stay pending appeal. The Special Master has issued the final order as to this claim. Pursuant to the Remedial Plan negotiated and agreed to by Defendants, the sole remedy available to both Claimant and Defendants is to seek a review by Judge John L. Kane, Jr.

The Special Masters lose jurisdiction over the claim after a final award is entered. Defendants will need to file their motion with Judge Kane.

IT IS HEREBY ORDERED that Defendants' motion for a stay pending appeal is denied, as the Special Masters lost any jurisdiction over this claim once the final order was entered.

SIGNED this 17 day of October, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 17 day of November, 2005 to the following:

Mr. Byron Cortez
#45627
LCF
49030 State Highway 71
Limon, CO 80826

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203