IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-121
Category: Untimely Filed Claim
Claimant: Christopher M. Grosso, #125082
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the claim of Christopher M. Grosso. In his claim form, Claimant indicated that he came into CDOC custody on January 28, 2004. Since it appeared that Claimant may not be part of the class, a show cause order was issued to Claimant. He has filed a response.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was defined. In order to file a claim, an inmate or former inmate had to have been in CDOC custody on or before that date. Inmates who had filed claims relating to something that occurred on or before that date were allowed to file an amendment to the claim for something that occurred later. Individuals who came into CDOC custody after August 27, 2003 were not part of the class and could not file a claim. Those individuals retained the right to file a separate lawsuit.

Claimant does not dispute that he came into CDOC custody after the approval of the Remedial Plan. He argues that "[t]he fact that my claim does not fit a predetermined time period is irrelevant..." The Remedial Plan provides the only basis upon a claim may be filed and pursued. The time period is jurisdictional. The Special Masters and Court have no power to modify the Remedial Plan.

Claimant is not part of the class. He may file a separate lawsuit in state or federal court to

seek adjudication of his claims. He may not file a claim pursuant to the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 28, 2005.**

SIGNED this 5th day of October, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 5th day of October, 2005 to the following:

Mr. Christopher M. Grosso
#125082
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra