IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

Claim Number X-127
Category: Untimely Filed Claim
Claimant: Danny Riley, # 107043
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the motion to intervene of Danny Riley. In the motion, he indicated that he may have a claim. He was provided a claim form and informational sheet. He was directed to file his claim on or before September 19, 2005. He has filed nothing.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. The Special Masters can only adjudicate claims that are filed and have no authority over anything else that may involve the prison system. Absent a claim form being submitted, there is nothing that the Special Master can adjudicate.

IT IS HEREBY ORDERED that the motion of Danny Riley is dismissed and this file is closed, as Mr. Riley has failed to file a claim form; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before**

**December 12, 2005.**

SIGNED this 10th day of October, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 10th day of October, 2005 to the following:

Mr. Danny Riley
#107043
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____