IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

```
                                    FILED
                          UNITED STATES DISTRICT COURT
                             DENVER, COLORADO

                                OCT 17 2005

                          GREGORY C. LANGHAM
                                   CLERK
```

Claim Number X-128
Category: Untimely Filed Claim
Claimant: Kerry Michael Dyer, #110995
Address of Claimant: P.O. Box 2971, Bandera, Texas 78003

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the claim of Kerry Michael Dyer. In his claim form, Claimant indicated that he came into CDOC custody on October 31, 2004. Since it appeared that Claimant was not part of the class and could not pursue a claim, a show cause order was sent to him. He was granted up to and including October 3, 2005 in which to respond but has filed nothing.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was defined. In order to file a claim, an inmate or former inmate had to have been in CDOC custody on or before that date. Inmates who had filed claims relating to something that occurred on or before that date were allowed to file an amendment to the claim for something that occurred later. Individuals who came into CDOC custody after August 27, 2003 were not part of the class and could not file a claim. Those individuals retained the right to file a separate lawsuit.

Claimant is not part of the class. He may pursue a separate lawsuit in state or federal court, but may pursue a claim under the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 12, 2005.**

SIGNED this _14_ day of October, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 10th day of October, 2005 to the following:

Mr. Kerry Michael Dyer
#110995
P.O. Box 2971
Bandera, TX 78003

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____