IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-114
Category III
Claimant: Byron Cortez, #45627
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

## MOTION FOR STAY PENDING APPEAL
## (DIRECTED TO THE HONORABLE JUDGE KANE)

Defendants, through the Colorado Attorney General, respectfully submit the following Motion for Stay Pending Appeal.

1. Claimant Byron Cortez filed a claim in the <u>Montez v. Owens</u> class action. A hearing on his claim was held on September 2, 2005.

2. On September 27, 2005, the Special Master issued a Final Order on Cortez's claim. (Docket Entry 1148). The Special Master ordered Defendants to provide Cortez with special orthopedic shoes within 30 days

(by October 27, 2005) and to submit certification that Cortez has received the shoes by November 14, 2005.

3. Defendants intend to appeal the Final Order. The Special Master erred in finding that Cortez is disabled. In fact, the Special Master failed to undertake the proper analysis. While Cortez does have legitimate knee problems, he is able to walk, climb stairs, and otherwise move around the facility. Therefore, his impairment does not substantially limit a major life activity. Cortez is not disabled under the ADA or Rehabilitation Act. In addition, Cortez is not otherwise qualified to receive orthopedic shoes and he was never discriminated against because of his alleged disability.

4. The Final Order gave Defendants until December 5, 2005, to file an objection with the U.S. District Court. Under the Remedial Plan, damages awards may be appealed to the Honorable Judge Kane. (See Remedial Plan, § XXXII).

5. Defendants have been ordered to provide the awarded relief before they have been afforded the chance to appeal the Final Order.

6. Defendants request a stay of the Final Order pending appeal. Pursuant to Fed. R. Civ. P. 62(g), this court, sitting in an appellate capacity, has the authority to issue a stay "during the pendency of an appeal or to

make any order appropriate to preserve the status quo." A stay is necessary to preserve the status quo.

7. If a stay is not granted and Defendants win their appeal then the Department of Corrections will need to take away from Cortez the items now at issue. It is better for all parties to have the appeal decided before Defendants give Cortez the ordered items.

8. Pursuant to D.C.COLO.LCivR 7.1, the undersigned counsel was unable to confer with the Cortez before filing this motion because he is currently incarcerated.

WHEREFORE, Defendants request that this court stay the Final Order pending resolution of Defendants' appeal.

Respectfully submitted this 24th day of October, 2005.

        JOHN W. SUTHERS  
        Attorney General

        s/ Jess A. Dance  
        JESS A. DANCE, 35803*  
        Attorney  
        Corrections Unit  
        Civil Litigation and Employment Law Section  
        Attorney for Defendants  
        *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Honorable Richard M. Borchers
dborchers@legalres.com
Legal Resolution Center
707 Zenobia Street
Westminister, Colorado 80030

I further certify that I have mailed copies of the foregoing via the United States mail, postage prepaid, at Denver, Colorado, this 24th day of October, 2005 addressed as follows:

Byron Cortez, #45627
LCF
49030 State Highway 71
Limon, CO 80826

*Courtesy Copy To:*

Cathie Holst

s/ Darlene Hill