IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

Claim Number 03-114
Category III
Claimant:  Byron Cortez, #45627
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

### ORDER GRANTING DEFENDANTS' MOTION FOR STAY PENDING APPEAL

THIS MATTER is before the Court on Defendants' Motion for Stay Pending Appeal.  The Court, having duly considered the Defendants' request, hereby GRANTS said motion and ORDERS as follows: The portion of the Special Masters' Final Order ordering relief is stayed pending resolution of Defendants' appeal.

BY THE COURT:

_____
JOHN L. KANE
United States District Court Judge