IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et. al.,

Plaintiffs,

v.

BILL OWENS, et. al.,

Defendants.

---

Claim Number 01-092
Category I
Claimant: James Rudnick, #68432
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO  80826

---

**MOTION FOR STAY OF FINAL ORDER PENDING APPEAL**
**(DIRECTED TO THE HONORABLE JUDGE KANE)**

---

Defendants, through the Colorado Attorney General, respectfully submit the following Motion for Stay of Final Order Pending Appeal.

1.  On September 27, 2005, Special Master Borchers issued a Final Order directing CDOC to provide James Rudnick with a medical mattress, a heating pad, boots that fit his feet, custom made orthotics, and a chair and stool that accommodate his height and weight and adequately support his back and lower extremities.  It is the CDOC's position that denial of medical

appliances, equipment and the like might well be pertinent to a claim of deliberate indifference to medical needs under the Eighth Amendment and beyond the scope of this ADA/Rehabilitation Act case.

2. Defendants intend to appeal the September 27, 2005 Final Order as to mobility impairment on or before December 5, 2005 as provided for in the Special Master's Order. In the interest of preserving the status quo pending this appeal, Defendants request that the Court issue an order staying the Final Order until the appeal is resolved.

3. Pursuant to Fed. R. Civ. P. 62 (g), "…the provisions of this rule do not limit any power of an appellate court or of a judge…to stay proceedings during the pendency of an appeal…to make any order appropriate to preserve the status quo or the effectiveness of the judgment subsequently to be ordered."

WHEREFORE Defendants respectfully request that the Court issue an order which stays the final order pending the appeal of this matter.

Respectfully submitted this 24th day of October 2005.

                                      JOHN W. SUTHERS
                                      Attorney General

                                      s/ Adam Wiens_____
                                      Adam Wiens, #36357
                                      Attorney
                                      Corrections Unit
                                      Civil Litigation and Employment Law
                                        Section
                                      Attorney for Defendants
                                      *Counsel of Record

## CERTIFICATE OF SERVICE

      I certify that on October 24, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Honorable Richard M. Borchers
dborchers@legalres.com
Legal Resolution Center
707 Zenobia Street
Westminister, Colorado 80030


      I further certify that I have duly served the within Motion for Stay of Final Order Pending Appeal upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 24th day of October 2005, addressed as follows:

James Rudnick, #68432
Limon Correctional Facility
49030 State Highway 71
Limon, CO  80826

*Courtesy Copy To:*
Cathie Holst

                                s/Darlene Hill