IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et. al.,

Plaintiffs,

v.

BILL OWENS, et. al.,

Defendants.

---

Claim Number 01-092
Category I
Claimant: James Rudnick, #68432
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO  80826

---

**ORDER GRANTING DEFENDANT'S MOTION FOR STAY
OF FINAL ORDER PENDING APPEAL**

---

IT IS HEREBY ORDERED that the Final Order on September 27, 2005 as to the mobility impairment of James Rudnick is stayed pending appeal.  Pursuant to F.R.C.P. 53 (g)(2), Defendant's appeal must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO. 80294 on or before December 5, 2005.

SIGNED this _____ day of _____, 2005.

BY THE COURT:

_____
JOHN L. KANE
U.S. District Court Judge