IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Stay Pending Appeal (Directed to the Honorable Judge Kane) (doc. #1159), filed October 24, 2005, is **DENIED.** Defendants shall provide Claimant Byron Cortez with the special orthopedic shoes as provided in the Special Master's Final Order (doc. #1148).

Dated: October 25, 2005