IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Motion to Stay Pending Appeal (Directed to the Honorable Judge Kane) (doc. #1160), filed October 24, 2005, is **DENIED.** Defendants shall provide Claimant James Rudnick with the items specified in the Special Master's Final Order dated September 27, 2005 (doc. #1133).

Dated:  October 25, 2005