Thomas E. O'Hara
S.I.D. 4200028
2605 State Street
Salem, Oregon 97310

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2005

GREGORY C. LANGHAM
CLERK

United States District Court
U.S. Courthouse
1929 Stout Street
Denver Colorado 80294

92-cv-00870-EWN-OES

Re: 32 F.Supp 2nd 1235

October 25, 2005

Dear Sirs,

In November, of 2004 I was transferred from the Colorado Dept. of Corrections to the Oregon Dept of Corrections. From that action the Correction's officials lost or threw away most of property including my legal file containing all correspondance and notes in my participation as a class member in Montez v. Romer, 32 F.Supp 2nd 1235.

At the time of my transfer a master was supposed to be making a determination on awards to plaintiffs of the class. The last action of the Court was that I was aware of was that the State had objected to paying for the medical records to be copied. That the Court was going to make a determination of who and how the copies would be made and paid for by. I had requested

COPIES OF MY MEDICAL FILE AND RECORDS OF THE GRIEVANCES I HAD FILED W/ RESPONSES. FROM THE FACILITY I WAS HOUSED IN (ARKANSAS VALLEY CORRECTIONAL FACILITY). AND HAD BEEN REFUSED COPIES UNLESS I PROVIDED FUNDS AT $0.50 PER PAGE IN ADVANCE. AS STATED I LOST ALL MY RECORDS THROUGH NO FAULT OF MY OWN. THAT WAS THE STATUS OF THE CASE AT THE TIME OF MY TRANSFER.

THE REQUESTED RECORDS WOULD PROVE THAT I HAD ~~these~~ ORTHOTIC BUILT SHOES AND BRACE'S AT THE TIME OF MY ENTRANCE INTO THE COLORADO DEPT. OF CORRECTIONS SYSTEM AT D.R.D.C. FROM THE OREGON DEPT. OF CORRECTIONS AS AN OREGON INMATE TO BE HOUSED BY THE COLORADO DEPT. OF CORRECTIONS PER THE INTERSTATE CORRECTIONAL COMPACT. THAT UPON ENTRANCE TO D.R.D.C. MY ORTHOTICS WERE TAKEN FROM ME. THAT FOR THE NEXT TWO YEARS I PRESUED THE PROPER CHANNELS OF THE DEPT. IN RECEIVING MEDICAL CARE. AFTER SEEING NUMEROUS DOCTORS INCLUDING A TRIP TO SEE A SPECIALIST I FINALLY RECEIVED ORTHOTIC INSERTS FOR MY SHOE'S AND BRACES AND ALTHOUGH THE DOCTOR PROSCRIBED AND RECOMMENDED A CERTAIN TYPE OF SHOE THE DEPT. REFUSED TO PROVIDE THEM TO ME. APPROXIMATELY SIX MONTHS AFTER RECEIVING THE OTHOTIC INSERTS AND BRACES THEY WERE TAKEN FROM ME. UPON MY ASSIGNMENT TO C.S.P. I

WAS REFUSED IN ALL ATTEMPTS TO REGAIN THE PROPER MEDICAL OTHOTIC'S AND BRACES FROM THAT DAY FOWARD TO MY RELEASE AND TRANSFER BACK INTO THE PHYSICAL CUSTODY OF THE OREGON DEPT. OF CORRECTIONS.

THE RESULT OF THE DENIAL OF THESE MEDICAL ITEMS RESULTED IN CONSTANT PAIN. AT THIS MOMENT THE DOCTORS HERE AT THE OREGON STATE PENITENTIARY HAVE ME ON THE FOLLOWING MEDICAL RESTRICTION. NO STANDING. NO PROLONGED WALKING. BOTTOM TIER. BOTTOM BUNK. NO STAIRS. THE RESULT OF NOT HAVING THE PROPER ALIGNMENT HAS WORN THE CARTLEDGE AWAY ON BOTH KNEE JOINTS RESULTING IN ADDITIONAL PAIN AND THE EVENTUAL REPLACEMENT OF BOTH KNEE JOINTS. THIS IS IN ADDITION TO THE PAIN IN BOTH FEET AND ANKLES WHICH WAS THE ORIGINAL COMPLAINT THAT RESULTED IN MY BEING PROSCRIBED ORTHOTICS AND BRACES TO CORRECT THE CONDITION OF SPLAY FOOT AND CONGENETAL DEFORDATIES OF MY FEET AND ANKLE JOINTS.

I do NOT KNOW THE JUDGES NAME WHO WAS DECIDING THE CASE (MONTEZ V. ROMER) NOR DO I HAVE THE ADDRESS TO THE LAWYERS HANDLING THE CASE. I WAS ABLE TO FIND THE CASE IN THE RESEACH SECTION OF THE LEGAL LIBRARY HERE AT O.S.P., AND THE NAME OF THE FIRM FOR THE PLAINTIFF IS MILLER, LANE, KILMER AND GREISEN. HOWEVER I AM UNABLE TO GET THE ADDRESS FOR THEM

PLEASE FORWARD THIS LETTER TO THE JUDGE IN CHARGE OF Montez V. Romer 32. F.Supp. 1235 FOR INCLUSION OF THE RECORD.

I AM HOPING TO FIND INFORMATION WITH THE RESULT OF THE CASE AND ITS PRESENT STATUS. AND ANSWERS TO SEVERAL QUESTIONS I HAVE ABOUT THE CASE, SUCH AS:

1.) Am I STILL AN ACTIVE PLAINTIVE OF THE CLASS?

2.) CAN I GET THE COPIES OF MY MEDICAL AND GREIVENCE RECORDS WITH REGARDS TO THIS CASE ON ISSUES PRESERVED?

3.) Am I STILL ELIGIBLE FOR COMPENSATION?

4.) Am I STILL ELIGIBLE FOR MEDICAL RESPONSIBILITY COMPENSATION FROM THE DEFENDANT SINCE THEIR ACTIONS CAUSED DAMAGES WHICH WILL COST ME ALOT OF MONEY IN FUTURE MEDICAL BILL'S.

5.) How DO I PROCEED FROM THIS POINT TO BE AN ACTIVE PLAINTIFF IN MONTEZ V. ROMER.

6.) WHAT IS THE STATUS OF MONTEZ V. ROMER OFFICIALLY BEFORE THE COURT.

7.) DOES THE FIRM OF MILLER, LANE, KILMER AND GREISEN HAVE A LEGAL RESPONSIBILITY

TO ME IN REPRESENTATION BEFORE THIS COURT IN REGARD'S TO THE ISSUES OF MEDICAL ISSUES IN ~~&~~ THIS CASE?

Thank you, I hope to here from someone on the issues I've brought forth in this letter. A referal to the proper person would help as I'm in a prison without the access one would normally expect. And since I've been in prison most of my adult life (28 of the past 29 years) I dont have freinds or family to help me.

Thank you for your time

Sincerly

Thomas E. O'Heer

P.S., I was incarcerated in the Colorado Dept./Corrections from Oct. 1996 through Nov. 2004. By the Oregon Dept. of Corrections via the Interstate Corrections Compact. My Oregon D.O.C. number is: #4200028, My Colorado D.O.C. # was #91395.