IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

 Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

v.

BILL OWENS, *et al.,*

 Defendants.

---

# ORDER CONCERNING MISCELLANEOUS MOTION

---

This matter is before the court on an incomprehensible document (#1165) filed by James Smith.  To the extent that it is a motion, it is without merit and is thus DENIED.

Dated this 1st day of November, 2005.

BY THE COURT:

/s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge