ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-870(OES) ( Consolidated for all purposes with Civil Action No. 96-343)

JESSE MONTEZ, et al.

Plaintiffs'

Vs.

BILL OWENS, et al.

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 1 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-116
Categoey III
Claimant: JAMES R. DUNCAN # 41762
Address of Claimant: SCF, P.O.Box 6000, STERLING, COLORADO 80751-0600

OJECTION, UNDER RULE 53(g) (2)
MOTION FOR APPEAL

---

Claimant Duncan was given the idea that He could Appeal this Decision through His Honor Judge Kane?? Will attach a copy of said letter,

Appealing decision of FINAL ORDER OF SPECIAL MASTER, dated October 10,2005 and signed by Special Master Judge Richard M. Borchers.

In said decision Special Master Judge Borchers did not allow or use any of the evidence the plaintiff Duncan put forth in the Settlement Agreements that was provided by the plaintiff/claimant, and only used the evidence put forth by the Attorney General office!!!

Judge Borchers begains with VISION DISABILITY: under this its states:"category is limited to [i]nmates who are permonently blind or who have a vision empairment not correctable to central vision acuity of 20/200 or better, even with corrective lenses."

1) in the Claimants Duncans own testimony and this statment is on the"C.D." the claimants visional problem is that I see "all"letters and numbers "backwards"

page 1

this is a visional problem, IS it NOT?? and this cannot be corrected with "lenses" claimant believes that this is covered under the visional empairment in this class action?? as part thats uncorrectable at all??? There is NO opperation or corrective lenses that will correct the claimants visional empairment.

2) It is becouse of the visional empairment that the claimant has a learning disability, in the 57 years of life, the claimant has tryed to comply with the way "you all" see your world!!!And tell the claimant thats how "he's" support to see it too. Will claimant dose not see like you do!!! He see's it all backwards the claimant will give you an "EXAMPLE" ABJA3⁴JH ILYJM NO9 OR CTUVWX YS, IGEH2d58 P10   Timmy 9Quo2A n#HITd2

THIS is how the claimant really dose see these letters and/or numbers. Claimant has spent the last 57 years of his life trying to coped with your way of life and your way of writing, spelling, and counting!!!just to please your teachers and civil servants.

3) (( YES )) the claimant feels that he has been "DISCRIMINATED" against!!!! He diffantly has been discriminated against by this teacher SCF staff menber GILLILAND. THe one that refused to help the claimant in any way at all. and did fired the claimant from the programs, claimant did and had been asking this Gilliland for help,and each time he refused to even try to help the claimant after some weeks of this the claimant threatented to rat him out to the ACA auditors for refueing to work with the inmates and that he was lazy. So then he fired the claimant,when some one refuse to help or work with some one that has a learning disability and or dyslexica and this person is supports to be trained for this type of person or to work with them then thats discrimination against the handicapped!!!! When the school or progarms staff refuse to work with or even try to help a person like the claimant then"YES "thats discrimination Claimant feels that the Sterling programs staff and tearchers and all, and the Sterling mental health staff and even by the Judge that hurd this Settlement Agteement his honor Judge R.M.Borchers who to has failed to help the claimant!!! by denieding the fact that the claimant is dyslexica and that it is uncorrectable disability and is a

a visional empairment!!! and is a catagory that meets the A.D.A. standeads. and even meets the standeads under this action. So "YES" the claimant does feel that he is being discriminate against and believes that he has showen this to this court.

4) Mis. Ring even stated this in both her writen and verable statements to this courts that the claimant show signs of dyslexica - - - the Army Doctors and the COLORADO STATES PENITENTIARY DOCTOR- - - Doctor Donze even seen and stated that the claimant is dyslexica and told the C.S.P. staff about it and had the claimant placed in the carpenters shop were the claimant could work with out to many problems.

5) claimant has asked to have the Art progarms back and expecaly the painting part of it, and that he would have the GED overriden and after he graduated from the Art, painting class that he would be placed in the Hobbey shop !!!

Claimant would also like to have the biggest payable aloutment allowed to be granted to him !!! becouse of the discrimination against him by the DOC and the programs staff and all the discrimination that he'll have to go through for the rest of his his life!!! and has been going through for his past life in the DOC .

6) Forceing the visional handicapped to do something that they know he/she connot do is discriimination qgainst the handicap!!! and that is just what the programs staff are doing by forcing the claimant Duncan to stay in G.E.D. class'se for the last (6) sixs years, and the claimant needs to say is that he would not be able to put this action befor you today if not for the other inmates and jailhouse lawyers that has helped the claimamt Duncan. the claimant would not be able to at ALL if the other offenders had not helped him. He was been the last (4) four years learning to tipe and memorize the keys so if something is missed spelled then the Claimant Duncan is sarry!! The claimant Duncan does believes that he has proven that the DOC programs staff and the SCF programs staff to have defently discriminated against the claimant in manity different ways!!

page 3

## "MOBILITY DISABILITY"

Again the claimant Duncan dose not understand why his honor Judge Borchers didnot use any of the claimant evidence????the claimant feels that this shows that his honor is discriminating against the claimant too!!!! His honor clearly use'ed the Attorney General evidence!!! and his honor Judge Brochers stated thing's that are not true!!! as in the claimant last sentence of the claimants testimony on page 6 of the FINAL ORDER OF SPECIAL MASTER, in all the evidence that the claimant put forth (( All evidence clearly shows that the claimant back problems "are" a lower extremity condition as set forth by the requirements set in this Settlement Agreementd !!!)) again this defently shows that the /or his honor Judge Borchers is clearly showing his discrimination against the claimant Duncan!!!!!

1) Please SEE exhibit "O" in this document please see Finding: (1),(2),(3) this shows that something in the claimants lower back is crippleing the claimant at the L5 and S1 area just above the buttoxs area and tha Denver surgon stated that one more opperation in that area would finish crippleing the claimant Duncan. And would put the claimant in a wheelchair for the rest of his life. the Surgon even stated that the claimant Duncan is CRIPPLED now!!! and should be in a wheelchair now!!! And the claimant is close to that !!!

✷ 2) Please See exhibits "O1 and O2" the E.M.G. muscle man, In O1 please see that on the left foot has a abnormal finding and the right leg the abnormal finding there!!! Claimant Duncan has given copys of this to this commity befor but he'll attached a copy to this one too. this to was one of the piceses of evidence the claimant had placed befor his honor Judge Borchers and this is on the C.D. of that hearing!! taken on Sept. 23.2005. - - -Please see exhibit O2 this is the finding of the E.M.G. muscle man.this shows the damage in the claimants lower back. the claimants lower back - -left and right legs and the damages in the claimants left foot. now why dident his honor Judge Borchers use this .????this even shows that the Judge Borchers was or is discriminating against the claimant!!!! Not useing the Claimants evidence.

The never damage in the claimants lower back has cosused the claimant to go numb in his left foot(( the frount part and in his toes to stiffen, as hard, as <u>STONE</u> and the claimant is unable to move the frount half of his foot and cannot move his tose at all!!)) the claimant Duncan did tryed to show this to the Attorney General - Attorney and to the Judge Borchers at the same time. you can see this in paragraph 6th on page 4 of the document knowen as FINAL ORDER OF SEPECIAL MASTER his honor Judge Borchers talks of this in that paragraph of the discoloration of the foot. apparently the judge did not understand this??? when the claimant steps down on the left foot it feels like he is stepping on a rock and becouse of his left foot is numb the claimant left leg -- -(( his lower back leg muscle and the upper frount muscle)) are giving him " muscle spams and cramps' when the pain medication begainst to wear off!!! Also becouse of the claimants Duncans back and never damages in his lower back, he cannot set at a table or desk for more than 10 to 15 minutes at a time - - -with out a back

brace,  now thats discrimination against the physically empaired by the DOC and

SCF staff . To further prove that  the DOCs medical is discriminating against the claimant Duncan look it the last 7 to 10 months medical"REQUEST FOR SICK CALL" the claimant Duncan have put one in a month and only gets called in once in every 6 months , this shows that the DOC medical staff are defently discriminating against the claimant Duncan.

3) Please see exhibits G2 and G3 both are stating the same thing and thats is <u>NO  BEBDING</u> !!! Now as the claimant understands this( according to the doctors in Denver) the orders on the top of the page of exhibit G2 are perment orders , and the ones at the bottom of the page are TEMPERARY one's  there for the  NO BENDING orders are  "<u>PERMINT ORDERS</u> " for the rest of the claimants life.!!!

4) In all oof the evidence the claimant has put befor this action "IT" all deals with has ablety to walk or his lower back!!!  ((<u>YES</u> )) the claimant  can walk to the chow hall and that's all he can do!!!  Now  5 years ago he could walk

3 Or 5 miles a day., - - -then 2 years ago he as only able to walk 1 and1/2 to 2 miles a day!!! - - - Now the claimant is doing good to walk 110 feet with out falling over!! His back and left leg has gotten wrose and the claimant cannot prove this " BECOUES", the DOC and the SCF medical staff have refused to send the claimant Duncan to Denver for an update on his condition or on his worsing conition!! the claimant believes that this shows most defently the discrimination against the claimants Duncan!!!

6) The claimant Duncan  tryed to "OBECTED" to this writen "AFFIDAVIT OF DOCTOR ORVILLE G. NEUFELD" defendants exhibit C  and his honor Judge Borchers refused to even hear my"ojection" this is a report from  someone thats has nerver seen the claimant physically and if you read the - ACCOMMODATION RESOLUTION - - Doctors Neufeld Affidavit is almost word for word of that report.  Put together by Dr. Singh and C. Holst - - - the document that both Mis. Holst and Dr. Singh illegally back dated!!!  This report is clearly shows as miss directed report Dr. Neufeld clealy states the same  as Dr. Singh did.!!!!  This Dr. Neufeld nerve seen the claimant or give him any physical examination  and this clearly shows that - - Dr. Singh did not send all of the claimants medical reports to Dr. Neufeld would not have came forward with the same exact thing that Dr, Singh did, word for word.!! and the Affidavitis clearly word for word as the accommodation resolution!!! This defently shows the discrimination against the claimant Duncan.!!!

7) Please see defendants exhibit "D" dated 3/30/04 this document clearly shows that Dr. Singh and Mis. Holst illegaly back dated this document, the reason the claimant states this is becouse Mis.Ring's  Educational report never came out untell 2 months after the ACCOMMODATION  RESOLUTION was sign and dated by Dr, Singh and Mis. Holst. Please see claimant Duncans exhibit #2 claimant will attached a copy of said document !!EDUCATIONAL REPORT dated June 21,2004  Now the claimant asks how can Mis. Holst and Dr. Singh could possable know what Mis. Ring would say 2months later??? This clearly shows that Dr, Singh and Mis. Holst had illegally backed

dated this document and the claimant asks this court to through out both document know as "1" AFFIDAVIT OF DOCTOR ORNEILLE G. NEUFELD AND ACCOMMODATION RESOLATION" dose Claimant have the right to ask this of this court???

A.D.A. and S.S,I. Claims ( on the out side)  would most defently be qualified as a individual with mobility disability s " with the same dasabilitys that the Claimant Duncan has". the claimant is not PRALIZED as yet. "but" is close to it!! becouse oof the neglect and malpartic of the medical staff at Denver Health and the medical staff of both DOC and SCF  and the medical staff at DRDC in Denver. Claimant Duncan feels thst becouse of the malpractic and medical neglect, that this proves both discrimination and prejudous against the claimant Duncan.

 On Oct. 10,2005 his honor Judge R. M. Borchers also showed his own discrimination and prejudous against the claimant Duncan by denieding the claimant.

8) At a normal pace ( of anyother inmate who has NO disability ) walks, the claimant cannot walk or even try to keep up the pace, - - - He cannot!!!- - - In order to walk even one hundred yards the claimant Duncan must stop and go - stop and go, per hundred FEET,  if that.?? and has not been able to for over 2 years now!!!! Claimant cannot climb a set of stairs without the aid of some other inmate, "AT ALL"!!  up or down, for the last 5 years!!! the claimant has proven that he has a lower back extremity and that proves that the claimant dose qualifiy, the claimant as a menber of this class action and dose not understand why his honor Judge Borchers did not use the claimants evidence as prove of his disability's Claimant Duncan feels that this board or commity has erred and has discrinimated against the said claimant this is showen very clearly in the FINAL ORDER OF "SPECIAL MASTER."

9) The DOC and SCF staff both have openly discriminated against the claimant Duncan First by denieding the claimant proper medical care and medication, but in the living unites also. Please see the "last exhibit" this shows the proper way to get in and out of bed. and the wrong way for an individual with a back problem as the claimants

PAGE 7

to get into and out of bed in a lower bunk like the claimants is in. or I should
state the tipe that the claimant is forced to live in. one is a non- handicap cell
and the other is a handicapped cell.in the non- handicap cell the person musted
heard himself to get into and out of bed and in the handicap cell how it is for
an handicap person as myself its made it easy and it is the proper way to get in
and out of bed.you can asks any real Doctor!!!

In the non-handicap cell the inmate with an physical condition as the claimants,,-
must and does hurt himself each time he gets in to or out of bed.!!! Claimant - -
must bend his back more than 55 t0 60%degrees in order to get in to or out of bed.
or even to get comforcable the claimant and others inmates must hurt themselfs
just to get in to bed!!!

This is most diffently there way of discriminating against the claimant Duncan and
"YES"the claimant must hurt himself and the DOC dose not care  nor dose medical!!!
again please see the last exhibit,,In the bottom part  shows the proper way for
someone with a LOWER EXTREMITY CONDITION as the claimants Duncans to get in to and
out of bed!!!  Becouse the claimant was ordered in to a NON-HANDICAPPED CELL: this
did couse the claimant HARM!!! each time  and each day sence his incarceration,
and this did couse the plaimant to hurt himself each and every time he had to
get innto or out of bed,this did couse him painnso grate that the claimant must
set for 25 0r 30 minutes befor the pain gos away and even today this stell couse'se
the claimant pain. 5years later. now thats both discrimination and prejudice on    !!
the DOC staff and the SCF staff and the medical staff also.

Also the stools that the claimant is forced to set on that has no back brace at all
the claimants back beagains to heard after only 10 to 15 minutes. this makes the
claimant back feel like someone has just walked up to and kicked the claimant
really hard in the spain erea,this is really hard on the claimants back and he
must move to keep from hurding himself or letting the pain get to much for him.
The claimants must keep moving to keep the pain away or from getting to grate.

page 8

The claimants back also beagains to heard when the claimant is walking only after 85 to 90 feet the claimant Duncan back beagains to heard and then after the next 20 feet the claimants back beagains to feel like someone has driven a wedge inbetween his spin and is standing on it and the more the claimant walks the worse it gets, it begains to feel like someone is jumping up and down on the wedges!!! the pain is so grate that the claimant must stop and give his back time to quot hurting.  The claimant Duncan did tryed to tell the Judge Borchers about this but must not have gotten the right way to tell him??? the claimant did try to explain his pain and surffering to were you'd understand it and I hope I have???   This is why the claimant says that the DOC(( HAS )) discriminated the claimant for the past 6 years and will contune to tell someone  ORDERS  him into a HANDICAPPED CELL!!! And to have a stool with a back drace on it or something thars will keep the claimants back from hurting at the tables and cells claimant dose not understand how the claimants back is not going to hurt while he is walking???? The claimant hopes that he has proven that the DOC and the SCF both along with the SCF medical staff has and stell is discriminsting and there prejudice against the claimant Duncan!!!

Claimant Duncan has proven the "NOT CORRECABLE"  part of his vision empairment and believes he has proven the discrimination and prejudice by the DOC and its programs staff!! and he is intitled to the biggest allotment favorable in this categery!!! Claimant Duncan believes he has proven his "LOWER EXTREMITYCONDITION" and that the DOCand its medical staff has been both prejudice and discrimination against the claimant Duncan and that he is intitled to the biggest allotment favorable in this category too!!!

   THEREFORE the claimant prays that this court throughs out the FINAL ORDER OF SPECIAL MASTRE and finds in the claimants behalf and orders that claimant Duncan  be found both VISIONAL AND MOBILITY DISABILITY EMPAIRED and GRANTS the claimants Duncans to the biggest allotment favorable to the claimant Duncan in both categorys???

*JAMES R. DUNCAN  DOC# 41762*

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ; OJECTION, UNDER RULE 53(g),(2), MOTION FOR APPEAL. On this date 10/27/2005 to the following:

Judge J. Kaine
UNITED STATES DISTRICT COURT,
901 19th Street,
DENVER, COLORADO 80294

ATTORENY GENERAL OFFICE
1525 SHERMAN STREET, 5th floor
DENVER, COLORADO 80203

JAMES R. DUNCAN
DOC# 41762

page 10