IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-116
Category III
Claimant: James R. Duncan, #41762
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's motion. Claimant is advised that he will be granted the opportunity to cross-examine all witnesses called by Defendants. Claimant also may submit any additional documents he believes appropriate to support his case.

Claimant is advised further that there is an appeal process established by the Remedial Plan. The appeal is to Judge John L. Kane, Jr. of the Court.

IT IS HEREBY ORDERED that Claimant's claim will proceed to hearing on September 23, 2005.

SIGNED this 6th day of September, 2005.

BY THE COURT:

Richard M. Borchers
Special Master