*exhibit #2*

# STATE OF COLORADO

### DEPARTMENT OF CORRECTIONS

Sterling Correctional Facility
P. O. Box 6000
Sterling, CO 80751-6000
Phone: (970) 521-5010
Fax: (970) 521-8225

Bill Owens
Governor

## EDUCATIONAL REPORT

Joe Ortiz
Executive
Director

Re: James R. Duncan  #41762
    DOB: 4/01/1948
    PED: 4/2029    MRD: 5/2061

Date: June 21, 2004
Prepared by: Marteena L. Ring
             SCF Special Populations Coordinator

**NOTE: Amended December 3, 2004: After reviewing assessment results, it was noted that significant statistical information items had been transposed. Grade Equivalents (GE) had been inadvertently transposed between Picture Vocabulary 9.4 GE and Reading Vocabulary 6.5 GE, which affects the June 2004 AVERAGE of Subtests. My apology for the misreporting.**

HISTORICAL INFORMATION: Since December 2000, Mr. James Duncan has been assigned intermittently to ABE/GED classes, with higher than average work evaluations. During these times, he has reported being dyslexic. He has repeatedly requested vocational training, but CDOC Administrative Regulation 500-01 requires him to attend adult basic education instruction. In January 2004, it was verified, through records received, that he had completed school through the eighth grade.

On May 12, 2004, Mr. John Chapdelaine (SCF Education Manager) and Mrs. Marteena Ring (SCF Special Populations) met with Mr. Duncan in response to his request in pursuing the 2003 MONTEZ, et al. vs. OWENS, et al. class action lawsuit against the Colorado Department of Corrections. During this conference, Mr. Duncan signed a Permission for Assessment to complete cognitive and achievement assessments.

ASSESSMENT RESULTS: Woodcock-Johnson III Tests of Cognitive Abilities and Tests of Achievement (norms based on age 56):

Strengths:

**Cognitive Efficiency: 91 Standard Score; 27%tile; Average**
Visual-Spatial Thinking:  110 SS; 75%tile; Average
Auditory Processing:  109 SS; 74%tile; Average
Listening Comprehension:  101 SS; 53%tile; Average
Comprehension/Knowledge:  98 SS; 44%tile; Average
Oral Language:  95 SS; 38%tile; Average
Short-Term Memory:  94 SS; 34%tile; Average

Concerns:

Processing Speed:  89 SS; 23%tile; Low Average
Mathematics:  8.1 Grade Equivalent; 6.1-11.4 GE easy-difficult range; 88 SS; 22%tile; Low Average

2

Reading: 3.8 GE; 3.2-4.6 GE easy-difficult range; 61 SS; 0.5%tile; Deficient
Written Language: 3.9 GE; 2.8-5.4 GE easy-difficult range; 58 SS; 0.3%tile; Deficient

OBSERVATIONS/INTERPRETATION: This assessment was completed during nine 1-hour sessions, over a five week period. Mr. Duncan was always prompt, compliant and courteous. He appeared to be able to focus on the task at all times, even with distractions. This evaluator deems these results to be valid and reliable.

When compared to others at his age level, Mr. Duncan's overall cognitive performance is within the average range. His knowledge and ability to apply academic skills are both within the average range. Visual-Spatial Learning and Auditory Processing, which are <u>critical</u> to learning, are relative strengths. His achievement is significantly lower than predicted in the areas of reading and writing skills. The discrepancies between the predicted achievement and actual achievement are indicative of the presence of a learning disability.

Achievement comparisons of January 2001 partial assessment of reading skills with this assessment:

|  | January 2001 | June 2004 |
|---|---|---|
| Word Identification: | 3.8 GE | 3.3 GE |
| Passage Comprehension: | 8.3 GE | 6.8 GE |
| Reading Vocabulary: | 6.3 GE | 6.5 GE |
| Word Attack: | 1.3 GE | 2.4 GE |
| AVERAGE of Subtests: | **6.6 GE** | **4.8 GE** |

General reading progress has been nonexistent as measured by these 5 subtests, considering time spent in classrooms the past four years. It is unknown whether physical conditions (hearing and vision) have affected his reading performance.

Mr. Duncan continues to be a whole-word reader, although his phonemic awareness is within Superior range (122 SS; 93%tile). He was observed to frequently transpose <u>b</u>/<u>d</u>'s and <u>p</u>/<u>q</u>'s and misread words: bought/brought, price/piece, bouquet/banquet.

Some positive learning behaviors exhibited: subvocalizing through tasks, repetition of cues and using fingers as tactile mode to aid and organize comprehension.

If Mr. Duncan continues to attend educational programs, he needs:
   --hearing checked
   --vision checked
   --multi-sensory learning environment
   --extra time to complete assignments
   --additional rehearsal of skills