

# ACCOMMODATION RESOLUTION

| NAME | DUNCAN | DOC # 41762 | 41762  S |
|---|---|---|---|
| FACILITY | SCF | DATE RESOLVED | 3/30/04 |
| DISABILITY | MOBILITY, DYSLEXIA | PROVIDER | SINGH |

| REQUEST | 9/25/03 | Grievance #SF 03/04-132 |
|---|---|---|
| Offender has arthritis and wants handicapped cell, physical therapy, vocational rehabilitation, books on tape for dyslexia. ||| 
| ACCOMMODATION | 3/30/04 | |
| Offender is ambulatory therefore he does not qualify for a handicapped cell. He has medical restrictions in place which adequately meet his needs (first tier, lower bunk, no heavy lifting, no intensive labor, no heavy machinery), has the use of a cane if necessary, and is able to walk 3 – 5 miles per day. He has had consultations with orthopedic specialist and Abilities Unlimited, neither of which recommends physical therapy or vocational rehabilitation. He is seen in the chronic pain clinic for pain management. Offender does not meet the Montez criteria for a mobility disorder and does not require the accommodations he requests. Ms. Ring, SCF academics, has advised that there is no evidence this offender is dyslexic. He has been reading at a 6th grade level and further he writes correctly. She recommends he remain in GED class so that he qualifies for better jobs which require a GED. Since this offender does not meet the criteria established by Montez, he does not qualify for accommodations. |||

Signature: Provider    4/12/04 Date

Signature: AIC    3-30-04 Date



DEFENDANT'S EXHIBIT D