Exhibit G-2

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========= 07/02/2002 = Page 1
Doc No: 41762   Name: DUNCAN, JAMES R            SCF/UNIT03 PRES FACIL
===================================================================================
Medical Level: 2  Qual Code:   Desc:       Date Assigned: 06/29/1999
Dental Level: 4  Qual Code:   Desc:       Date Assigned: 06/25/1999
```

| Date Assgnd | Restriction | Qualifier | Date Assngd | Restriction | Qualifier |
|---|---|---|---|---|---|
| 06/29/1999 | LOWER BUNK | | 06/29/1999 | INTENSIVE | |
| 03/01/2000 | FIRST-TIER | | 06/29/1999 | NOHVY-MACH | |
| 03/01/2000 | OTR EQUIP | | 06/29/1999 | NOHVY-LIFT | |
| 03/01/2000 | LOWER BUNK | | 03/01/2000 | NO BENDING | |
| | | | 03/01/2000 | NOHVY-LIFT | |

Medical 6/29/99 LOWER BUNK WHILE AT DRDC           Comments 6/29/99 MEDICAL ASSIGNMENT CODE
S EFFECTIVE 3 MONTHS THEN RE-EVAL
        UATE 03.01.00 RESTRICTIONS AND WALKER X 4 WEEKS, THEN RE-EVAL, N
        O LIFTING > 10#

Diagnostic
Narrative:

INFORMATION AS OF 4/84:
 As indicated on his medical report issued April 9, 1984, James
was found healthy and without any physical limitations. According

7