G-3

# DENVER HEALTH MEDICAL CENTER

## Discharge Record / Instructions Page 1 of 2

(Multidisciplinary - To be completed by physician and nurse)

```
STWIED
2 10 89 S3
DUNCAN, JAMES
41589292              04/01/194?
A/D  02/09/00
PCP
```

Admission Date: 2/9   Discharge Date: 2/15/00

PCP: _____   Attending: Dwyer

Resident: Students   Intern: _____

Diagnosis: Spondylosis / HNP

**FOLLOW-UP PLAN:**

1. Follow Up Visit / Appointments: (Doctor, Site, Date)   Appts made ☐   Patient to call for appts. ☐

   1 month ortho spine
   1 week pcp

2. Medications: 1. Resume Regular meds.
   2. Percocet → Vicodin for pain   } see order sheet
   3. Valium prn

   O₂ to keep SATS > 90%. — especially at night.

3. Call Your Doctor: ORTHO ON CALL At _____ (Phone #) OR _____ (Phone #)

   **If you develop problems or have questions before your follow-up visit.**

4. Instructions (Diet, activity, wound care, exercise, etc.)

   Diet ☑ Regular ☐ Other _____   Activity Restrictions: ☐ None ☑ Lifting
   Brace when ambulating   No lifting / No Bending

   Incisions and Dressing Tubes/Drains: Instruction sheets provided
   Keep wound covered until staples are out.

5. Pending Labs or Procedures: _____

**These instructions have been explained and a copy has been given to me:**

Signatures: Patient / Significant Other _____   RN/LPN _____

Discharge Date: _____   Time: _____   Disposition: _____   With: _____

MAR-14-03  01:06  FROM-Correction' Care & Telemedicine  +303 436 3168  T-803  P.001/003  F-321

Page 1

## DENVER HEALTH MEDICAL CENTER

DATE OF SERVICE: 01/23/2003

exhibit (2)

HISTORY OF PRESENT ILLNESS: James attends spine clinic on 01/23/03. He was last seen 09/24/02, when it was recommended that he have an enhanced MRI. His past history includes surgery of 09/2000 of left L5-S1 decompression and PLIF instrumentation and usion. He continued left-foot numbness, and a CT scan of 04/02 indicated that the scar around left L5 and S1 nerve root and possible recurrent disk. The EMG of 06/02 shows a normal signal on the left of L5 and S1. MRI of 06 January 03 indicates changes without any new compressive pathology. The MRI reporting includes: "Do not see any definite enhancing scar tissue or definite displacement."

← look

CLINICAL IMPRESSION: Chronic back and leg pain and numbness status post L5-S1 posterior lumbar interbody (PLI) instrumentation and fusion of 09/00.

RECOMMENDATION: The MRI results were explained to the patient, particularly the fact that there is no continuing compressive element or need for further decompressive surgery. There is no surgical indication. We are recommending he see Dr. Nell in anesthesiology for consideration for nerve reblocks and epidural steroid injections.

cc: Lucille
    Allan R. Liebgott, M.D.

DICTATOR: Anthony P. Dwyer, M.D.         DUNCAN, JAMES
ATTENDING:                                MR#: 2108863  Outpatient
ORT    ORT                                HFC#: 62085113
                    ORTHOPEDIC OUTPATIENT ENCOUNTER
274\564263 D:01/24/03 11:52    T:01/24/03 16:26:24 R:  /  /

Signed by ANTHONY DWYER MD on 02-11-2003

Steriod Injections Denied by Colo access

9