



# H. Rai Kakkar, M.D.

Diplomate, American Board of Psychiatry and Neurology
Adult Neurology • Electroneurodiagnostics • Geriatric Neuropsychiatry

*exhibit O*

June 29, 2002

DOC/PCP Sterling Correctional Facility

Re:   JAMES DUNCAN

**ELECTRONEURODIAGNOSTIC REPORT:**

**REASON FOR TEST:** Numbness and tingling in the left foot on the inner aspect since 1998, before patient's lumbar surgery in 1998, with L5-S1 fusion seen on x-rays dated May 2000. The patient reports that surgery has not significantly benefitted his symptoms.

**PROCEDURE:**
1. Nerve conduction study left lower extremity, including H reflex.
2. Needle EMG left lower extremity.
3. Lumbosacral paraspinous muscles were not tested due to significant scarring due to surgery.

**FINDINGS:** Please see attached data.
1. Nerve conduction study: Left sural sensory response was absent. Conduction velocities were borderline abnormal, with minimal slowing of the left peroneal and left tibial nerve.
2. H reflex study on the left side was absent, and H reflex response was present on the right side. This indicates left S1 nerve root involvement. Acuteness or chronicity cannot be determined due to absent H reflex response, and such may be due to residual of old radiculopathy noted in 1998.
3. Needle EMG left lower extremity: Abnormal findings were noted in the long head of the biceps on the left side, lateral gastroc on the left side and extensor digitorum brevis muscle atrophy, with fibrillation and gapping noted.

**IMPRESSION:**
Abnormal study. Findings indicate radiculopathy in L5 and S1 supplied muscles. H reflex study was abnormal, which is S1 nerve root dependent. Findings do correlate with patient's symptomatology of left foot paresthesias, and it is likely secondary to radiculopathy rather than a peripheral nerve entrapment.

Further correlation is being deferred to Sterling DOC/PCP. An updated MRI scan study may be of significant value.

Thank you for requesting electroneurodiagnostic assessment of this patient.

Sincerely,

*H. Rai Kakkar*

H. Rai Kakkar, M.D.

HRK/aci.drb-19392

**RECEIVED**
JUL 2 2 2002
SCF Clinic  8/4/02

**ADVANCED NEUROLOGY of COLORADO**

14100 East Arapahoe Road, Suite 210, Centennial, Colorado 80112
1455 South Potomac, Suite 211, Aurora, Colorado 80012 — telephone: 303.750.8988 • fax: 303.750.8979

O1

6/29/2002

H. Rai Kakkar, M.D.

DOC 41762

## EMG Muscle Man



- ▨ Normal
- ▨ Myopathy
- ■ Chronic Neuropathy
- ▦ Acute Neuropathy
- ▨ Other

Chronic and substantial pain is proof of physical injury

Chronic and substantial pain indicate that a medical care is needed under Mcgakin v. Smith 974 F.2d at 1060

5

6/29/2002

H. Rai Kakkar, M.D.

DOC 41762

# EMG Findings

| Muscle (Innervation) | Interpretation | Ins.act. | Spontaneous act. | | | | Voluntary act. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fib | PSW | Fasc | CRD | Amp | Dur | Poly | Recruit |
| Left Lateral Gastroc (Tibial, S1 s2) | subacute rad. | Normal | + | ++ | + | 0 | Normal | Normal | Increase | Normal |
| Left Medial Gastroc (Tibial, S1 s2) | Normal | Normal | 0 | 0 | 0 | 0 | Normal | Normal | Normal | Normal |
| Left Peroneus longus (Superficial Peroneal, S1 l5) | Normal | Normal | 0 | 0 | 0 | 0 | Normal | Normal | Normal | Normal |
| Left EDB (Deep Peroneal, L5 s1) | subacute rad. | Normal | + | + | + | 0 | Decrease | Increase | Increase | Increase |
| Left Gluteus medius (Inferior Gluteal, l4 L5 s1) | Normal | Normal | 0 | 0 | 0 | 0 | Normal | Normal | Normal | Normal |
| Left Biceps fem cap brev (Peroneal, L5 s1) | subacute rad. | Normal | + | 0 | + | 0 | Normal | Normal | Increase | Normal |
| Left Vastus lateralis (Femoral, l2 l3 L4) | Normal | Normal | 0 | 0 | 0 | 0 | Normal | Normal | Normal | Normal |
| Left Rectus femoris (Femoral, l2 L3 l4) | Normal | Normal | 0 | 0 | 0 | 0 | Normal | Normal | Normal | Normal |
| Left Vastus medialis (Femoral, l2 l3 L4) | Normal | Normal | 0 | 0 | 0 | 0 | Normal | Normal | Normal | Normal |

| Muscle (Innervation) | Firing |
|---|---|
| Left Lateral Gastroc (Tibial, S1 s2) | Normal |
| Left Medial Gastroc (Tibial, S1 s2) | Normal |
| Left Peroneus longus (Superficial Peroneal, S1 l5) | Normal |
| Left EDB (Deep Peroneal, L5 s1) | SlowFire |
| Left Gluteus medius (Inferior Gluteal, l4 L5 s1) | Normal |
| Left Biceps fem cap brev (Peroneal, L5 s1) | Normal |
| Left Vastus lateralis (Femoral, l2 l3 L4) | Normal |
| Left Rectus femoris (Femoral, l2 L3 l4) | Normal |
| Left Vastus medialis (Femoral, l2 l3 L4) | Normal |

H. Rai Kakkar, M.D.