OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Discharged

CANNot LOCATE
92-CV-870 EWN
#1151

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 19'05

OCT 2 6 2005
GREGORY C. LANGHAM
CLERK

NIXIE   808   1   39 10/25
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151   *1120-03839-19-

8103471000
80294%2501