FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2005

GREGORY C. LANGHAM
CLERK

To who this may concern,

I Richardo Lujan is writing on civil action No, 92-N-870 (OES) (consolidated for all purposes with civil action, 96-N-343)

claim number X-082
Richardo Lujan 47558
address of Claimant; C.C.C.F. 6564 state Hwy. 96 onley Spring, Co 81062

I am writing on this medical system on treating me right in any all medical situations or to a person's Treatment or towards sent to any Hospital doe to pain sickness one is going through. And as 4 weeks straight I been mistreated wrongfully unprofessionaly towards my medical problems, and meds they don't have for me on pain, I been on A day to night pain stomach and back bones painful off and on And still bad sleep and eating for the following past month, I put in Medical kites and wrote to D.O.C. on this issue, had my family call to this facility on my problems, And they give me same as last 3 time I went in and still nothing helping my pain, I do feel at times I rather be Dead then go through the pain I been going through. I am not in any Mental Health to be seen on part of my words at times showing how I feel, please I wroten and aint Heard from yous before on my problems as to Medical Here, And Before hand at the county Jail in Colo. Springs Metro C.J.C. Facility's, please answer me on any help you may give to me or lead me on A good direction.

Thank you very much

Richardo Lujan