OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Discharged

CANNOT LOCATE
92-CW-870

RECEIVED #1162
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 – 2005

GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 03 2005

GREGORY C. LANGHAM
CLERK

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

NIXIE 808 1 99 11/02/05
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151 *1468-01191-02-28

80294%2501