IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

   Plaintiffs,

v.

BILL OWENS, *et al.,*

   Defendants.

# MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Defendants' Uncontested Motion for Enlargement of Time to Response to Claimant Leach's 'Objection to August 1, 2005 Final Order of Special Master' Directed to Judge Kane" (Docket No. 1128), filed on September 29, 2005, is GRANTED.

Dated: November 8, 2005