United States District Court
For The District of Colorado



ORIGINAL
RECEIVED
OCT 21 2005
BY: 03-026

Case No! 92-N-870 (OES) (Consolidated For All Purposes
With Case No! 96-N-343),

Jesse Montez, et. al.,
    Plaintiffs,

NOV 9 2005

V.

Bill Owens, et.al.,
    Defendants,

Claim Number 03-026
Category III
Claimant! Roy J. Main, #48337
Address! ScF, P.o. Box 6000, Sterling, Co. 80751-6000

Motion To Extend Time Limit To File My Objections

I Ask This Honorable Court To Extend The Deadline To File
Objections To The "Final Order Of Special Master", Filed on
Sept. 15, 05, And Recieved on 9-28-05 AT DROC. I Ask The
Court To Extend The Deadline From Nov. 15, 05 To Dec. 30, For
These Reasons As Follows: (see Att. #2)

1. I Have Been Here AT DROC Since September 15, 05, For An Eye-
Surgery, That I Never Recieved Because of Medical's Foul up
on The Time To Have Me AT The Hospital, Now This Surgery
Has To Be Rescheduled And I Wont Know That Date Until Its
Been Done. (See Attachment #1),

2 I Have No Access To Any Of My Legal Paperwork, It's All

AT STERLING FACILITY, Locked AWAY IN STORAGE.

3. I HAVE NO ACCESS TO THE LAW LIBRARY HERE AT DRDC. WE CAN ASK FOR DIFFERENT THINGS, BUT I WOULD NOT BE ABLE TO START TO REMEMBER ANY OF THE CASE LAW THAT I PLAN TO USE IN THESE OBJECTIONS.

4. AS I'VE SAID ABOVE, I DON'T EVEN KNOW WHEN THIS SURGERY WILL TAKE PLACE, AND THEN THERE IS THE TRIP BACK TO THE FACILITY AT STERLING, WHICH ONLY TAKES PLACE ON TUESDAY AND THURSDAY.

5. THEN I ALSO HAVE A "NOTICE OF APPEAL" OF MY CRIMINAL CASE THAT WILL BE DUE, WHEN I GET BACK TO STERLING, NOT TO MENTION ALL THE XTRA PAPERWORK THAT GOES WITH IT, INCLUDING THE "BRIEF".

6. I ALSO WILL BE HANDI CAPPED WITH MY LEFT EYE AFTER THE SURGERY ON IT'S MUSCLE, WILL HAVE A PATCH ON IT FOR ONE MONTH.

So FOR THESE REASONS, I PRAY THAT THIS COURT WILL GIVE ME THE EXTENSION THAT I HAVE ASKED THIS COURT TO GIVE M!

SUBMITTED ON THIS __16TH__ DAY OF __OCTOBER__, 2005.

_Dr. Roy J. Main_

DR. ROY J. MAIN, #48337

# Certificate of Mailing

I Hereby Certify THAT I HAVE MAILed A Copy OF THe FoReGoING "MoTION OF ExTeNSON of TiMe" THIS 19TH DAY oF OCToBer, 2005 To THe FoLLowING:

JudGe A. RICHARd M. BoRcHers
SPeCIAL MASTeRS For THe G.S.
DISTRICT CourT For THe DIST. OF Co.
LeGAL ReSoLUTIoN CeNTer
7907 ZeNoGIA ST.
WeST MINSTer, Co. 80030-4444

MR. AdAm WIeNS
OFFICe OF ATT. GeNeRAL
LITIGATION SecTIoN
1525 SHeRMAN ST., 5TH. FLooR
DeNVer, Co. 80203

ATTACHMENT #1

# REQUEST FOR SICK CALL

NAME: MAIN, ROY          NUMBER: 4?337

DATE: 9-16-05     LIVING UNIT: 2

WORK ASSIGNMENT: N/A          MAIN

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner

____ Dentist          YOUR NURSING STAFF HAS
MESSED UP + CAUSED ME TO

____ Nurse          MISS OUT ON MY SURGERY LAST
FRIDAY.

____ Mental Health

____ Self Medication: Refill Name: _____

Prescription Number: _____

✓ Other: SURGERY MIXUP
IF THIS EYE-SURG.

Explain your need for request: HAS NOT BEEN
RE-SCHEDULED FOR THIS COMING WEEK. THEN
SEND ME BACK TO SCF, WHERE PEOPLE DO
THEIR JOBS RIGHT. RIGHT.

**Offender's request was received at Dispensary:**

Date: 10/2/05     By: April

Action Taken: If you would like
to refuse the surgery, let us
know. Otherwise, wait to the
and wait your turn.



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.60°
02 1P
0002555617  SEP 19 2005
MAILED FROM ZIP CODE 80030

DRDC

(ATT. #2)

Mr. Roy J. Main
#48337

**PLEASE FORWARD TO:**
**DRDC**
**P.O. BOX 392004**
**DENVER, CO 80239-8004**

Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Recd 9/28/05

1181