OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
92-CV-870 EWN
#1169



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 8 2005

GREGORY C. LANGHAM
CLERK

UTF

Howell F. Roberts III #90353
6564 State Highway 96
Olney Springs, CO 81062-8700

NIXIE     808     1          39  11/06
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 80294250151       *0420-06103-01

81062+8700