IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 01-092
Category I
Claimant: James Rudnick, #68432
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's document entitled "Request for Court Issuance of Notice for Failure to Comply, Request for Sanctions and Protective Order, and Objection to Attorney General's Request for Stay." A final order has been entered by the Special Master. The Remedial Plan limits the jurisdiction of the Special Masters to adjudication of the claim. This motion will be referred to Judge Kane for action, as the Special Masters have no further jurisdiction as to this claim.

IT IS HEREBY ORDERED that Claimant's motion is forwarded to Judge Kane for action.

SIGNED this _____ day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 7th day of November, 2005 to the following:

Mr. James Rudnick
#68432
LCF
49030 State Highway 71
Limon, CO 80826

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____