IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-014
Category III
Claimant: James Smith, #112593
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's document entitled "By Special Appointment, etc." This will be treated as an objection pursuant to F.R.C.P. 53.

A final order has been entered by the Special Master. The Remedial Plan limits the jurisdiction of the Special Masters to adjudication of the claim. This motion will be referred to Judge Kane for action, as the Special Masters have no further jurisdiction as to this claim.

IT IS HEREBY ORDERED that Claimant's motion is forwarded to Judge Kane for action.

SIGNED this 7th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 7th day of November, 2005 to the following:

Mr. James Smith
#112593
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Margie Dykstra_