IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-103
Category: Untimely Filed Claim
Claimant: Forrest Shunn, #125130
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant. This claim was dismissed on August 2, 2005 because Claimant is not part of the class. He came into CDOC custody after the class was established. He has the right to pursue a new lawsuit, but not a claim in this case.

IT IS HEREBY ORDERED that the previous order of dismissal remains in effect.

SIGNED this __ day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 7th day of November, 2005 to the following:

Mr. Forrest Shunn
#125130
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra