```
                                                          FILED
                                                   UNITED STATES DISTRICT COURT
                              NOVEMBER 8, 2005        DENVER COLORADO
```

OFFICE OF THE CLERK                 MR. FRED F. FRANZONE           NOV 10 2005
UNITED STATES DISTRICT COURT        CITIZEN # 96944
901-19th ST. Room A 105             12101 HWY 61 Box 6000-3   GREGORY C. LANGHAM
Denver, Co  80294-3589              Sterling, Co  80751             CLERK

REF: Case # 92CV870  Requested in August 2005 to appeal to the US 10th Circuit Court
                                                                  CIRCUIT

Dear Us D.C. Clerk, Mr. Manspeaker,

    I am very disappointed in the above hold case and the handling of the case by your District Court and your Special Masters. They already recieved their $46.000.00. WE the claiments still received nothing! Do I have to sue GREISON's Lawfirm, to get any claim-money due to US??? I have appeal Special Master Judge Bochers detion of August 2005. His decition was outrageous, irrisponsible and NOT RIGHT! So I went to the oreginal judge of Honorable Notthingham, to approve my motion that I have filed in your office in August of 2005. So I can go to the U.S. 10TH District to continue this Class Action claim../! As of today I have not recieved a reply to my request. Please make sure I will be approved by Honorable Judge NOTTHINGHAM ONLY! A.S.A.P. NOW! Thanks. Second. I have filed a prisoner's civil right complaint to your court. The case was exepted by the court by Honorable judge (segnior) John L. Kane Jr., who had all needed documents to proceed, thet OUT THE BLUE in October 2005 I have received a LEGAL MAIL from Senior Judge Zita L. WEINSHIENKS who had nothing to do with my case a final letter that my case was trown out: DUE THAT I DID NOT SENT MY PRISON TRUST ACCOUNT;'s Balance statement, that was at Judge Kane Jr. office. So the US District Court approved to proceed and an out order judge rejected it. That was not right at all!!!!!!!!!!!!!!!!! So, I am requesting again the paperwork forms to statr the hole proccess all over again! State all required documents that you will need to procceed FORMA PAUPERIS, and PRO-SE. I hope I made myself clear, I will refile the case FRANZONE v. Governor OWENS and other D.O.C. Employeees. Looking forward to your response and your proffessional help!!!!

Sincerely,

*Fred F. Franzone*

CITIZEN  FRED F. FRANZONE

cc 4

ORIGINAL

OFFICE OF THE CLERK MR. MANSPEAKER　　　　NOVEMBER 8, 05
U.S. DISTRICT COURT　　　　　　　　　　　　MR. FRED F. FRANZONE
901 - 19TH ST. ROOM A 105　　　　　　　　　CITIZEN'S # 96944
DENVER, CO  80294-3589　　　　　　　　　　　12101 HWY 61 BOX 6000-3
　　　　　　　　　　　　　　　　　　　　　　STERLING, CO 80751

PLAINTIFF
　　CITIZEN FRANZONE    PRO-SE

V.
DEFENDANTS
　　GOV. BILL OWENS, et al,           DENVER, CO
　　MRS HARDICK,  C/O AT ACC UNIT C L (CHARLIE) CANON CITY, CO
　　SERGENT HARRIS   VISITING   ACC    CANON CITY, CO
　　C/O NYLBERG    A.V.C.F.    CROWLEY, CO   #UNIT 5
　　COMMENDER PARKER A.V.C.F.   CROWLEY, CO   OFFICE
　　CAPT. GARCIA     A.V.C.F.    CROWLEY, CO   KITCHEN
　　C/O MOSETEEN    S.C.F.     STERLING, CO   #UNIT 21
　　P/A. TED LAURANCE A.V.C.F.  CROWLEY, CO   MEDICAL

THIS IS A __MOTION__ TO FILE IN THE U.S. DISTRICT COURT; A __NOTICE__ THAT "FRANZONE" INTENT TO __SUE__ THESE ACCUSED VIOLATORS OF FRANZONE'S CIVIL RIGHT AS CIVIL ACTION, AND PRISENOR'S COMPLAINT, AS SOON AS I RECEIVE THE FORMS. I'M ALSO REQUESTING THIS HONORABLE DISTRICT COURT __NEVER__ TO GIVE FRANZONE'S — ONE AN ONLY — CLAIM TO HONORABLE SEGNIOR DISTRICT JUDGE ZITA WEINSHIEKS, DUE TO CONFLICT OF INTEREST!! I PRAY THAT THIS COURT WILL TAKE IT'S FEDERAL RESPONSILITY AND WILL NO LONGER PLAYS WITH MR. FRANZONE'S RIGHTS! I WILL PROCEED FORMA PAUPERIS AND PRO-SE! THANK YOU!

RESPECTFULLY SUBMITTED,
CITIZEN  *Fred F. Franzone*　　　　　　　　MR. FRED F. FRANZONE
12101 HWY 61    CITIZEN'S # 96944　　　　　PRO-SE
BOX 6000-3
STERLING, CO 80751


CC  1

① CERTIFICATE OF MAILING

I, FRED F. FRANZONE AN INMATE AT STERLING C.F.; I HAVE PLACED THIS LETTER UNDER CASE # 92 CV 870 AND A PRISINER'S REQUEST OF A CIVIL ACTION FORMS, AND THIS DAY OF NOVEMBER 8, 2005 THROUGH TO U.S. POSTAL SERVICE FROM STERLING, COLORADO

*[signature: Fred F. Franzone]*

② ADDITIONAL PAGE,
NOTICE INTENT TO SUE AT U.S. DISTRICT COURT NO SENIOR JUDGE WEINSHIEKS!
MAILED ON NOV. 8, 2005

*[signature: Fred F. Franzone]*

# Master Spelling List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| able | camera | easily | himself | obey | representative | Thursday |
| about | careless | echo | honestly | occasion | rewrite | tiniest |
| action | carried | ecology | hospital | ocean | rhyme | tired |
| actor | caution | electric | hour | off | rhythm | together |
| addition | celebrate | employ | house | office | roofs | tomorrow |
| address | certain | enact | hurried | official | rookie | tonight |
| addresses | characteristic | encyclopedia | I'll | often | rough | towel |
| administer | cherries | energy | I'm | oldest | roughest | trace |
| administration | children | enough | I've | once | route | trading |
| afraid | chocolates | environment | idea | one-way | royal | transport |
| again | choice | equation | illegal | only | ruin | traveling |
| agriculture | choose | equator | illegible | orchestra | sadness | tried |
| airmail | chute | especially | impatient | ordinary | scene | triumph |
| algebra | circle | everybody | imperfect | other | school | trophy |
| all right | city | everyone | impolite | ounce | scratch | trouble |
| allow | civilization | exactly | import | ourselves | second | truth |
| along | climb | example | important | outside | segment | truthful |
| aloud | clothes | exchange | improper | owner | semicircle | trying |
| already | clue | excitement | inactive | oxygen | several | Tuesday |
| although | collar | exciting | inconsiderate | oyster | shoes | two |
| always | color | explain | inconvenient | paragraph | should | umpire |
| amount | communicate | families | incorrect | partner | siege | unable |
| amphibian | concert | fault | infect | patience | signal | unaware |
| amusement | conclusion | favorite | infection | payment | silent | uncertain |
| angrily | constellation | fearless | inquire | peaceful | since | uncomfortable |
| animal | constitution | fences | instead | people | skiing | understood |
| annoy | copy | festival | instrument | person | skillful | ungrateful |
| another | cough | few | intersection | pharmacy | skis | universe |
| answer | could | fiction | island | photograph | sleigh | unknown |
| anything | couldn't | field | isle | physical | smiling | until |
| apply | countries | fierce | isn't | physician | smuggler | unusual |
| approach | country | fifteen | it's | pictures | somehow | urgent |
| April | cousin | figure | January | piece | something | useless |
| area | crews | finished | kindness | planned | special | usually |
| aren't | cruise | first aid | knapsack | please | speedily | variety |
| argument | cube | flashlight | knew | plentiful | spoil | vertical |
| arithmetic | currency | flies | knight | poem | spoken | very |
| arrangement | cute | fluid | knot | populate | sprout | wasteful |
| article | cyclone | followed | label | population | square | watches |
| assistant | dairy | force | laid | portable | stalk | we're |
| athletes | dancing | fourth | large | position | stare | weaker |
| atmosphere | dangerous | fragile | laughed | potato | station | weakness |
| attend | daring | freight | lawyer | predicament | straight | weapon |
| attention | darkness | frequency | leaves | prefix | studied | weigh |
| author | daughter | frequent | lecture | prehistoric | stuffed | weighs |
| autobiography | daybreak | Friday | legal | prejudice | stunt | where |
| autograph | decided | friendly | length | prevent | substitute | which |
| automatic | declare | friends | lessons | preview | successful | whistle |
| automobile | decorate | friendship | liar | principal | sudden | white |
| avoid | decoration | fuel | license | principle | sugar | who's |
| awful | describe | future | limb | program | sure | whole |
| awhile | description | generous | listen | punctuate | surprise | whose |
| awkward | design | genius | little | punctuation | surrounded | widest |
| awoke | destruct | geography | lives | puncture | swimming | women |
| baby-sit | destruction | geologist | lonelier | punishment | talking | won't |
| beautiful | diagram | geology | loneliness | purchases | teacher | wonder |
| because | dictionary | geometry | loose | purpose | technology | wonderful |
| been | didn't | glacier | loving | python | telegraph | worried |
| before | different | gloomy | lying | quarter | telephone | worries |
| began | disagree | goal | manufacture | question | telescope | worthless |
| beginning | disappear | goalkeeper | maybe | quickest | temperature | wrestle |
| belong | disappoint | good-bye | mayor | quiet | tension | write |
| beware | disapprove | government | misbehave | quite | terrible | writing |
| bicycle | disconnect | ground | misfortune | radio | their | wrong |
| biologist | dishonest | grudge | mission | raise | themselves | wrote |
| birthday | divide | guarding | misspell | ready | there's | you're |
| bodyguard | division | guesses | misunderstand | reappear | they | |
| boundary | doctor | half | misuse | rebuild | they're | |
| bragged | does | happen | moisture | recall | they've | |
| bridge | doesn't | happily | months | receive | thirsty | |
| briefly | dollar | happiness | mountain | receiving | though | |
| broken | don't | haul | multiply | reckless | thought | |
| brought | dough | haven't | musician | recover | thoughtful | |
| bulletin | drawn | having | myself | referee | thoughtless | |
| businesses | duty | height | neighborhood | region | thousand | |
| buy | eager | heir | neither | regular | threw | |
| byte | eagle | hello | nephew | reign | throat | |
| called | early | high school | nice | relation | through | |
| calves | earth | higher | o'clock | remember | thumb | |

