Duncan Leach-1242458
Jester III Unit
Richmond, TX 77469

November 7, 2005

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2005

GREGORY C. LANGHAM
CLERK

Gregory C. Langham
Clerk of the United States District Court
Alfred A. Arraj Federal Courthouse
901 19th Street
Denver, Colorado 80202

re: Jesse (Jesus) Montez v. Bill Owens, Civil Action No. 92-N-870 (OES)
    Claimant Duncan Leach
    Claim No. 03-087

Dear Clerk,

An Objection to the August 1, 2005 final order of special master was filed on my behalf by my attorney. I am wondering if a decision has been made by the court regarding the objection?

Thank you for your assistance in this matter.

Sincerely,
Duncan Leach