IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 92-N-870 (OES) (Consolidated for all purpose with Civil Action No:96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

vs

BILL OWENS, et al.

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 01-076
Category 1
Claimant: Lawrence William Fitzgerald Jr, #66345
Address of Claimant: AVCF, P.O. Box 1000, Crowley, Co 81034

---

**AMENDED EXHIBITS TO SUPPORT OF MOTION FILED TO ALTER OR AMEND JUDGEMENT PURSUANT TO RULE 59(e), OR IN THE ALTERNATIVE RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

    **COMES NOW,** the above applicant, Lawrence William Fitzgerald Jr, being, pro-se, and respectfully moves this Honorable Court for relief of the judgement and Order, entered in the above-captioned civil action, and as grounds, therefore, states as follows:

1. On February 12, 2005, applicant, Lawrence William Fitzgerald Jr filed a Motion To Alter Or Amend Judgement Pursuant To Rule 59(e), Or In The Alternative, Rule 60(b) Of The Federal Rules Of Civil Procedure with support for Appointment Of Counsel was placed in the United States Mail addressed to this Honorable Court with **Order Of Special Master Richard M. Borchers Dated December 28, 2004.**

2. Applicant Lawrence William Fitzgerald Jr, has recieved some information from the medical department of Ordway Correctional Facility which needs to be amended in support of his claims that the VIOXX product caused his heart failure and he was i'll advised of the product and its history.

3. Applicant Fitzgerald, being indigent will be seriously disadavantaged of due process of law, regarding the health issue's which caused by the product VIOXX which has covered world wide news, and without counsel, Applicant-Claimant will be seriously disadvantaged resulting in denial of due process of law, as provided in Ross v. Moffitt, 417 U.S. 60 (1974) ; Norris v. Wainwright, 588 F. 2d 130 (5th Cir. cert, denied, 44 U.S. 846, and this Honorable Court is authorized to appoint counsel pursuant to 28 U.S.C. §1915(e)(1).

**Wherefore,** applicant prays this Honorable Court will allow this Amended Exhibits issues in support of other claims which are still pending before the Honorable Court at this time, furthermore that this Court Grant such other of further relief as may be deemed just and proper under the circumstances.

Dated November 10, 2005

Respectfully Submitted

Lawrence William Fitzgerald Jr

## CERTIFICATE OF MAILING

**I, Lawrence William Fitzgerald Jr,** placed a correct copy of the foregoing Motion To Amended Exhibits to support of motion filed to alter or amend judgement pursaunt to rule 59(e), or in the alternative rule 60(b) of the Federal Rules Of Civil Procedure was placed in the United States Mail, prepaid on this 10, day of November 2005 and was addressed as follows:

Clerk of Court
United States District Court
901 19th Street
Denver Colorado 80294

Lawrence William Fitzgerald Jr
Inmate Number 66345
Unit 3-C A.V.C.F.
P.O. Box 1000
Crowley, Colorado 81034

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 01-076
Category I
Claimant: Lawrewnce W. FitzGerald, #66345
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant, dated December 23, 2004. Claimant request that he be allowed to reopen his claim because he has been receiving VIOXX medication. The claim of Claimant has been dismissed.

Claimant may pursue a separate action through state or federal court. There is no basis for his claim to proceed under the settlement agreement on the claim he was prescribed VIOXX.

IT IS HEREBY ORDERED that the letter of Claimant Lawrence W. FitzGerald, being treated as a motion to reopen, is denied; and

IT IS FURTHER ORDERED that Claimant Denise Lawrence W. FitzGerald is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 14, 2005.**

SIGNED this 28 day of December, 2004.

BY THE COURT:

_____

Richard M. Borchers
Special Master

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

vs

BILL OWENS, et al.

    Defendants

---

Claim Number 01-076
Category 1
Claimant: Lawrence William Fitzgerald,#66345
Address of Claiment: AVCF,P.O.Box 1000,Crowley, Co 81034

---

MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e), OR IN THE ALTERNATIVE, RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURES

---

**COMES NOW,** the above applicant, Lawrence W. Fitzgerald, pro-se, and respectfully moves this Honorable Court for relief of the judgement and Order entered in the above-captioned civil action, and as grounds, therefore, states as follows:

1. On December 24, 2004, Claimant wrote a letter to Judge Richard Borchers asking for The Special Masters to reveiw some information which was newly discovered evidence regarding the product called VIOXX which claimant was taking, which also cause heart failer while in Limon Correctional Facility in 2002, see letter and exhibit.

2. On December 31, 2004, Claimant Fitzgerald recieved and Order Of Special Master's Judge Richard M. Borchers denied claimant's request to reopen his claim regarding Civil Action No. 92-N-870(EOS)(Consolidated for all purpose with Civil Action No. 96-N-343).

3. Judge Richard M. Borchers did state by Order Claimant Fitzgerald could file and objection to his Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, Co 80294 **on or before February 14, 2005,** this is the reply to such Order.

4. Claimant Fitzgerald asks this Honorable Court to amend the settlement agreement to include Claimant Fitzgerald on newly discovered evidence do to the fact the information regarding the issue's of Vioxx product being the main f-

actor of his heart failure which cause claimant's described conditions, for the reasons as set forth herein above, and that claimant is not an attorney, and is unable to adequate or efficiently prosecute or defend the over whelming complexity of dominant issues herein, claimant must, be appointed counsel pursuant to the U.S. Supreme Court decision that held the appointment of counsel is necessary for the attainment of due process of law, and without counsel, Claimant Fitzgerald being indigent will be seriously disadavantaged of due process of law, regarding the health issue's which was caused by the product vioxx which has covered world wide news, and without counsel, claimant will be seriously disadvantaged resulting in denial of due process of law as provided in Ross, v. Moffitt, 417 U.S. 60 (1974); Norris v. Wainwright, 588 F.2d 130 (5th, Cir.), cert. denied, 44 U.S. 846; and this Honorable Court is authorized to appoint counsel pursuant to 28 U.S.C.§1915(e)(1).

Furthermore, that this Court grant such other or further relief as may be deemed just and proper under the circumstances.

Dated February 12, 2005

Respectfully Submitted

Lawrence William Fitzgerald
Inmate Number 66345
A.V.C.F.
P.O. Box 1000
Crowley Colorado 81034

## CERTIFICATE OF MAILING

I, Lawrence William Fitzgerald, placed a correct copy of the foregoing Motion To Alter Or Amend Judgement Pursuant To Rule 59(e) Or In The Alternative, Rule 60(b) of the Federal Rules Of Civil Procedures was placed in the United States Mail, postage prepaid on this 12th day of February, 2005 and addressed as follows: & exhibits.

Clerk of Court
United States District Court
901 19th Street
Denver, Colorado 80294

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**NAME:** Fitzgerald, Lawrence
**OFFENDER NO.:** 66345
**LIVING UNIT:** LCF 2
**DATE:** 3-8-02
**TIME:** 0918

**SUBJECTIVE:** Needs refill for Kenalog. Uses on face + body when flareup of eczema. Wt 390

**OBJECTIVE:** Temp 97 Pulse 68 Resp 24 B/P 120/90
Reports not tolerant of Selsun.
Shoulder pain.
Mineral sclerin scalp, no erythema or lesions.
Scaly areas about nose + chs. Abduction shoulder to ~160° bilaterally.

**ASSESSMENT:**
1) Eczema ↑ pain c motion
2) Seborrhea
3) [illegible]

**PLAN/ORDERS:**
X-ray both shoulders
Pt to purchase Metamucil from canteen
Use Aveeno + natural soap from canteen for skin care
TAC cream 0.025 B.I.D to affected area x 6 mos
caution use sparingly on face
Neo[illegible] solution B.I.D. scalp prn x 6 mos

**SIGNATURE NURSE / PHYSICIAN:** [signatures illegible] Bloor MD

---

**NAME:** Fitzgerald, Lawrence
**OFFENDER NO.:** 66345
**LIVING UNIT:** LCF 2 0830
**DATE:** 3-13-02
**TIME:** 0830

**SUBJECTIVE:** Pt states the "water" here causes his gout and wants a medical reason to be transferred to another facility.

**OBJECTIVE:** Temp 98.4 Pulse 70 Resp 18 B/P 120/90
[illegible] foot + ankle from good [illegible] + post tibial pulses. Cap refill 3 sec. No edema or erythema. Gout [illegible] on allopurinol apparently.

**ASSESSMENT:**
[illegible]
↑ Gout

**PLAN/ORDERS:**
[illegible]
DC Disalcid
Vioxx 50 mg qd x 6 mos

CH/24-04

**SIGNATURE NURSE:** [signature] RN 3-13-02 0830
**PHYSICIAN / Rx NO.:** A. Bloor MD 3-14-02

'S BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

COLORADO DEPARTMENT OF CORRECTIONS
CLINICAL SERVICES
NURSING PROTOCOL AND STANDING ORDERS FOR:

# CHEST PAIN

NAME: Fitzgerald, Lawrence   DOC #: 66345   FACILITY: LCF
DATE & TIME: 5-14-02   WORK ASSIGNMENT: _____

**DEFINITION:** This chest pain protocol should be used when the patient has any or all of the following symptoms: *a pressing/squeezing/crushing pain, pain radiating to the arms (especially left), neck, jaw, or back, pain in chest brought on by exertion, diaphoresis, nocturnal pain, pain with dyspnea, pain with coughing, pain related to an infection or fever, pain related to eating or acid regurgitation, pain related to chest trauma*

Check all items below that are appropriate. If not applicable, please document.

Note: Chest pain can derive from the heart, respiratory tract, chest wall, digestive tract, and gall bladder. If the pain is cardiac in nature, *you have no time to waste*. Call for an ambulance for paramedic evaluation and ACLS. Refer to the Universal Protocol - Medical for immediate care. Symptoms of probable cardiac emergency are: crushing chest pain, diaphoresis, nausea, radiation of pain to jaw, inner left arm, anxiety. If patient is unconscious, use your basic assessment and CPR techniques as needed.

**HISTORY:**
1. Chief complaint: Pain in chest @ 8↑ continuing

2. History of present illness:
   Date of onset: _____
   Abrupt onset: N/Y
   Gradual onset: N/Y

Describe nature, severity, duration, location, radiation, aggravation, relationship to exertion: _____

3. Other signs and symptoms:
   ☐ diaphoresis (profuse sweating)   ☐ cool, clammy skin
   ☒ shortness of breath   ☒ dyspnea   ☐ restlessness
   ☐ anxiety   ☐ nausea or vomiting   ☐ extreme fatigue
   ☐ pain with coughing   ☐ pain related to eating or regurgitation   ☐ pain related to chest trauma   ☐ chills
   ☐ disorientation   ☐ fainting   ☐ recent history of cocaine use

4. Pertinent past history: _____

5. Provocative(s): walking
   (causative factors)
   Palliative _____
   (what makes it better)
   Quality (other) _____
   ☐ Burning   ☐ Sharp   ☐ Dull   ☒ Pressure
   ☐ Stabbing   ☐ Constant   ☐ Waxing/Waning
   Radiation: Lt arm - numb
   (where it extends to)
   Severity (other) _____
   Scale → 0  1  2  3  4  5  6  7  8  ⑨  10
   (0 = none → 10 = worst ever felt)
   Timing _____
   (of occurrence)

6. Associated with pregnancy:   N/Y
   Due Date: _____

7. Allergies: Codeine

8. Medications: Vioxx
   Albuterol

Copied
OCT 28 2005

31202-h

**Spectral**
DIAGNOSTICS INC.

CARDIAC STATUS® CK-MB/MYOGLOBIN/TROPONIN I CARD TEST

Patient name: Fitzgerald, Lawrence
Patient ID: 66345
Date/Time of Test: 05/14/02

| Qualitative Results | POS | NEG | |
|---|---|---|---|
| CON: (Control) | ☒ | ☐ | → INVALID RESULTS |
| MYO: (Myoglobin) | ☐ | ☒ | |
| CK-MB: | ☐ | ☒ | |
| TnI: (Troponin I) | ☐ | ☒ | |

Signature/Date: [signature] / 05/14/02

Copied

OCT 2 8 2005

CARDIAC STATUS™
CK-MB/Myoglobin
& Troponin I

Spectral

CON
MYO
CK-MB
TnI

P-L640-A

05/14/02
14u
1500

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**NAME:** Fitzgerald, Lawrence
**OFFENDER NO.:** 66345
**LIVING UNIT:** LCF
**DATE:** 05/14/02
**TIME:** 1435

**SUBJECTIVE:**
47yo ♂ – awakened c̄ pain @ 9am – ⊕ SOB, ⊕ Ⓡ numb arm, ⊕ N, ⊖ emesis, ⊕ dizzy, ⊕ blurred vision – "deep" pain – pain x 2 hrs 10/10 pain scale – took en ASA this am → ⊘ relief pain. Nitro x 2 gave HA – ⊘ relief pain. 300# 6'1"

**OBJECTIVE:**
FSBS – 154
O – A&Ox3 in NAD
Skin pink, W&D
CV – lungs CTA ⊕
chest nun, nl S1S2,
s̄ R
ankles ⊘ pitting edema
⊘ carotid bruits
chest wall – reproducible c̄ deep palp
150/90 – 103 – 18
EKG – NSR, ⊘ ischemia

F/H:
M – 86 yo ⊕ HTN
F – 87 yo healthy

Meds:
Vioxx
allopurinol
Zantac

H/o Hep A/B/C ⊕
trig 299 2/02
⊘ Hosp
⊘ surg
Soc H – marijuana
cocaine
Tob – occas
EtOH – ↑ cases x 15 yr

Risk Fxs:
47 yo ♂
⊕ cocaine/EtOH
⊕ FH
overweight

**ASSESSMENT:**
A – chest wall pain

**PLAN / ORDERS:** allergy: Indocin
1) DC Zantac
2) CXR
3) GXT
4) PFT Baseline
5) 2400 kcal ADA diet x 1 yr
6) Zocor 600mg po BID x 90 days
7) Rapid Troponin Test – con
8) Serum Glucose
9) Flu tube
10) HCTZ 25mg po QD x 90 days
11) ECASA 81mg QD x 90 days
12) ASA Protonix 40mg po QD x 90d

**SIGNATURE NURSE:** [signature]
**PHYSICIAN / Rx NO.:** [signature] 5/14/02

---

**NAME:** Fitzgerald, Lawrence
**OFFENDER NO.:** 64345
**LIVING UNIT:** LCF
**DATE:** 4/12/02

**SUBJECTIVE:**
The X-ray of your shoulder shows arthritis

**PLAN / ORDERS:** Copy to Pt.

**ASSESSMENT:** Copied  OCT 2 8 2005

**SIGNATURE NURSE:** [signature] 4/12/02 1625
**PHYSICIAN / Rx NO.:** [signature] 4-16-02

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

PATIENT: Fitzgerald, Lawrence
AGE: 47
SEX: M
DATE: 5/14/05

ADDRESS: 
HEIGHT: 
WEIGHT: 
ECG. NO.:

CASE NO.: 
ROOM NO.: 
MEDICATION: 
PATIENT I.D.:

DOCTOR(S):

[ECG strip labeled "SINUS TACHYCARDIA" / "ABNORMAL RHYTHM ECG", dated 08/30/66, 47 y/o Male, Chest lead, 25 mm/s]

5/14/05
other concerns
No D chest pain
running etc
2x/wk

5/14/05
ICU

Rhythm Reg.
R:R 110
P wave Yes
PRI .16
QRS .08
Axis Normal
Loop Small

Discussed c Pt & Also
no acute D/s

007036
Copied OCT 28 2005
Spacelabs burdick
500 Burdick Parkway, Deerfield, WI 53531
TEL (800) 777-1777 • (608) 764-1919 • FAX (608) 764-2394
http://www.burdick.com • info@burdick.com
PRINTED ON RECYCLED PAPER
PRINTED WITH SOY INK



COLORADO DEPARTMENT OF CORRECTIONS
NON-FORMULARY DRUG REQUEST

Patient Name: __Fitzgerald, Lawrence__ DOC# __66345__ Facility __LF__
              Last name       First Name

MEDICAL CONDITION being treated: __Gout; arthritis__

Previous Remedies, Canteen or Formulary Item(s) used (include length of time, dosage tried & compliance):
__Vioxx  Motrin  Disalcid__
__Reports hx allergy to Indocin__

Reason(s) a non-formulary drug is necessary or current standard of care does not apply (include/attach clinical documentation if needed): __Pt states Vioxx works better than other pain meds. He states no hx GI bleeds, but per chart hematochezia (⊕ Colonoscopy 2-20-01) ⊕ L sided diverticula.__

ORDER The Following Alternative Drug Treatment; *ensure all required RX information-* (1 year maximum)

Date: __6-13-02__

Drug/Strength: __Vioxx 50 mg po qd prn c food__

Sig/length(in days): __X 60 days__

Nurse signature _____ Date _____

PA/NP signature _____ Date _____

Printed name: _____

Facility physician signature: __A Blox__   Date: __6-13-02__

Printed name: __A Blox__

NOT A COVERED SERVICE
Utilize Formulary Options

Reviewer: __Does not meet criteria for R.__

[FAXED JUN 13 2002]

☐ Approved as is
☐ Modified to: _____
☒ Denied

Signature of Medical Officer _____ Date __6-19-02__

Fax to the appropriate officer:    Medical: 719-269-5192
                                   Psychiatrist: 719-226-4515
                                   OCT 2 8 2005
                                   Copied

P 31247 Rev 7-01

# REQUEST FOR SICK CALL

NAME: Siz Second  NUMBER: 635

DATE: 8/2/00  LIVING UNIT: 1-C-36

WORK ASSIGNMENT: _____

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner

____ Dentist

✓ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

____ Prescription Number: _____

____ Other: _____

RECEIVED AUG 22 2002

Explain your need for request: Troubles without heart + Blood pressure

Offender's request was received at Dispensary:

Date: _____  By: _____

Action Taken: _____

20053  Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

Stress mib

# TREADMILL EXERCISE TEST

NEW  EST  REF  INPT

Pgt of Corrections

**AURORA DENVER CARDIOLOGY ASSOCIATES, P.C.**

PATIENT'S PHONE NOS: | DAY | EVE.

NAME (LAST, FIRST, MI): Fitzgerald, Lawrence
DATE OF BIRTH: MONTH 6 DAY 10 YEAR 55
REFERRING PHYSICIAN: Colorado Access
PERFORMING PHYSICIAN: Polezzi

DATE OF EXAM: MONTH 10 DAY 24 YEAR 02
INDICATION: MI May 2002
CHEST SIZE: 60
SEX: M
HRS SINCE LAST FOOD: 12°
HRS SINCE LAST CIG.:
ALLERGIES: indocine

BASELINE EKG
WEIGHT: 305
HEIGHT: 6'2"

RISK FACTORS:
- SMOKING: NEVER___ QUIT (YRS)___ YES (PPD)___
- FM HX PREMATURE CAD: YES___ NO ✓
- CHOLESTEROL: 159  HDL 31  LDL___  TRIG 176
- HX OF HYPERTENSION: YES ✓  NO___
- DIABETES: YES___ NO ✓  TYPE I  II
- PREVIOUS CARDIAC PROBLEM: YES ✓  NO___  TYPE MI M
- ACTIVITY LEVEL: SEDENTARY ✓  MODER___  HIGH___
- HIGH STRESS LEVEL: JOB___  HOME___  NO___

| BASELINE | SYST | DIAST | HR | AGE | PREDICTED HEART RATE | | |
|---|---|---|---|---|---|---|---|
| | | | | | 70% | 85% | 100% |
| SITTING OR LYING | 128 | 100 | 69 | | 124 | 150 | 177 |
| STANDING | 140 | 100 | 82 | 47 | | | |

NUCLEAR: CARDIOLITE___ THALLIUM ✓ OTHER___  STRESS ECHO: (YES) NO

EXERCISE PROTOCOL: Bruce   HOLDING ON: (YES)/NO

| STAGE | MPH | GRADE | MIN. | SYST | DIAS | HR | RPE | COMMENTS | MEDICATIONS | DOSE | FREQUENCY | HOURS SINCE LAST DOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.7 | 10 | 3 | 146 | 100 | 123 | 2 | PVC's freq | Allopurinol | 300mg | qd | |
| 2 | 2.5 | 12 | 3 | 168 | 102 | 143 | 4 | | HCTZ | 25 | | |
| 3 | 3.4 | 14 | 1 | | | | 7 | | motrin | 800 | | 24° |
| 4 | | | | | | | | | Lopid | 600 | | |
| 5 | | | | | | | | | Toganant | 400 | BID | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |

RECOVERY:
| IMMEDIATE STANDING | | | 154 | |
| 1 MIN | 180 | 106 | 137 | |
| 2 MIN | | | 108 | PVCs/Trigeminy |
| 3 MIN | 130 | 106 | 104 | |
| 4 MIN | | | 95 | |
| 5 MIN | 160 | 102 | 99 | |

REASONS FOR TERMINATING:

PERFORMANCE RESULTS:
- TOTAL TIME (MIN): 7
- ESTIMATED METS/VO₂ CC/KG/MIN: 8/28
- % EST. MAX HR: 87%
- FITNESS CATAGORY FOR AGE: AVG
- MAX PERCEIVED EXERTION (0-10 OR 6-20): 7

TECHNICIANS:
EMERGENCY EQUIPMENT CHECKED: OK

**Indications--** MI 5/02, c/p lasting 2° NTG, ASA given, Rest, 1 Heart attack

**Findings:**
1. Baseline ECG-- SR, poor R wave progression, non specific STD
2. Symptoms-- ∅
3. Stopped because of-- leg fatigue
4. Ectopy-- freq PVC, trigeminy
5. Blood Pressure Response-- HTN
6. ST Changes-- ∅
7. HR Response-- WNL

**Impression--**
1. ∅ EKG, negative treadmill/asymptomatic
2. Average Fitness category/good effort
3. Await Nuclear Results

INTERPRETER

Copied  OCT 28 2005