FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes
with Civil Action No. 96-N- 343)

Jesse (Jesus) Montez, et al.,
Plaintiffs,

V.

Bill Owens, et al.,
Defendants.

---

MOTION TO RESCHEDULE FINAL FILINGS
---
Claimant: JOSEPH MARTINEZ
C.D.O.C. No. 53960
CLAIMANT No. 03-062
---

COMES NOW, JOSEPH MARTINEZ, To Request this Honorable Court
to reschedule my deadline for filings for the special master
to consider for finalizeing my case.
On October 20, 2005 I meet with special master RICHARD BORCHERS
for my hearing at A.V.C.F. and he gave me till November 20,
2005 to file anything I want considered in his decision.

I have recruited help on the outside of prison walls to get
all the records I have not been able to get copies of before
now.
Mr Borchers can attest to the fact that my medical files were
not complete and the Special Master never got my list of
people to testify at the hearing.

Mr. Borchers was considerate and gave me a month to gather
records and get them to him. I have a DOCTOR, (TURNER) who
is trying to put together a legal brief like the one the
Attorney General's Representative had done by A retired Doctor
who said I was not DISABLED! I was drawing Disability before
I was arrested, SO I am disabled! The only thing remaining is
what I deserve for the Cruel and Unuesuall punishment.

DOCTOR TURNER is currently working on my brief to be filed
with all concerned partiessas soon as possible.
Defendant would be greatly prejudiced if not granted more
time for the Doctor TURNER to prepare this brief properly.

WHEREFORE, JOSEPH MARTINEZ, Request this Honorable Court to
GRANT A CONTINUANCE UNTIL AFTER THE FIRST OF 2006 TO COMPILE
andOrganize all the information and manufacture a Legal
BRIEF to present in my behalf.

*Joseph Martinez*
JOSEPH MARTINEZ # 53960

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within MOTION FOR ENLARGEMENT OF TIME upon all parties herein by depositing copies of same in United States mailroom here at A.V.C.F. postage prepaid, on this 11 day of November 2005 addressed as follows:

JUDGE RICHARD M. BORCHERS
SPECIAL MASTER for the United States District Court for the
District of COLORADO
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado   80030-4444

COLORADO ATTORNEY GENERALS OFFICE
LITIGATION SECTION
1525 SHERMAN Street Suit 500
Denver, Co. 80203-1760

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th St., ROOM A 105
DENVER CO 80294-3589

RESPECTFULLY SUBMITTED THIS 11 DAY OF NOVEMBER, 2005

_____
JOSEPH MARTINEZ # 53960
A.V.C.F 2-C-1-1
P.O. Box 1000
CROWLEY, CO. 81034