DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

Plaintiff exhibit A

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.: 
NAME: Armintrout, John
INMATE NO.: 63908
LIVING UNIT: FCF
DATE: 11/8/95
TIME: 1215pm

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

Trauma ® foot
Plantar fibroma

PROBLEM 1 2
PLAN / ORDERS:
1.) pt requires New Balance running shoes (12 EE). Please no substitutions

SIGNATURE NURSE: Cleer
P.E.:
PHYSICIAN: [signature]
Rx NO.:

ASSESSMENT:

---

PRICARE CODE NO.: 
NAME: Armintrout
INMATE NO.: 63908
LIVING UNIT: FCF
DATE: 10-31-95
TIME: 3J

SUBJECTIVE:
Diet Review

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

PROBLEM 1 2
PLAN / ORDERS:
Regular diet c̄
3000 cal diet
meatless dinner
pm & hs × 6 mo
Diet

SIGNATURE NURSE: [signature]
P.E.:
PHYSICIAN:
Rx NO.:

ASSESSMENT: Typed diet

11/1/95 Cancelled by transport RC
MHIP Eye Clinic 8-24-95 Cleer