*Plaintiff Exhibit I*

COLORADO DEPARTMENT OF CORRECTIONS
FACILITY TERRITORIAL
CANON CITY, COLORADO

PODIATRY CLINIC

FCF.

PATIENT: JOHN ARMINTROUT
DOC #63908

DATE: 11-29-95

The patient is seen in the clinic today for follow-up visit concerning his plantar pain. The patient was diagnosed as having traumatic fibroma and this was injected last time. The patient indicates that it is less painful today.

Today I examined it and note that the size of the fibroma has decreased by about one-third. Today this was re-injected with Marcaine, Lidocaine, Methylprednisolone acetate. Further, the patient has ulceration lateral left fifth metatarsal. This has all but healed. We need to protect this with U-shaped pad and Silvadene for at least another 10-14 days. Today all areas were debrided. U-shaped pad was applied. I will see him back in the clinic in four weeks for re-injection of the plantar fibroma left foot.

James Gremillion, D.P.M.
PT:sh

SCHEDULED 12/6/95 LC

12/1/95

RECEIVED DEC 07 1995