*Plaintiff Exhibit C*

MEMORANDUM

---

# EAST CANON CLINICAL SERVICES UNIT
David D. Holt, Ph.D., Administrator


TO:      John Armintrout
         DOC #63908 LU-2

FROM:    David D. Holt, Ph.D.     *David D. Holt*
         Clinical Administrator

DATE:    December 15, 1995

RE:      Medical Issues


I received your letter December 14, 1995 concerning your medical issues. I will take your issues under advisement as soon as I can, i.e. in relation to the tennis shoes. With regard to your records, Barbara Woodruff, Medical Records Clerk, will be getting in touch with you so you can come in and review your files to make sure you receive the copies you are requesting.

Thank you for your cooperation in this matter.

xc:  Health Record
     B. Woodruff
     File