*Plaintiff Exhibit D*

## CDOC CONSULTATION REPORT FORM

### OFFENDER INFORMATION

NAME: Armintrout   DOC#/FACILITY: 63908   DATE: 5/24/01

**PLEASE SEND ALL DICTATED REPORTS TO:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | AVCF | Clinical Services | P. O. Box 1000 | Crowley, CO | 81034 | Phone: 719-267-5074  Fax: 719-267-5079 |
| ☐ | BVCF | Clinical Services | P. O. Box 2017 | Buena Vista, CO | 81211 | Phone: 719-395-2404  Fax: 719-395-7235 |
| ☐ | CTCF | Clinical Services | P. O. Box 1010 | Cañon City, CO | 81212-1010 | Phone: 719-269-4089  Fax: 719-269-4092 |
| ☐ | DRDC | Clinical Services | P. O. Box 392004 | Denver, CO | 80239-8004 | Phone: 303-307-2307  Fax: 303-307-2308 |
| ☐ | LCF | Clinical Services | P. O. Box 10000 | Limon, CO | 80826 | Phone: 719-775-7657  Fax: 719-775-7651 |
| ☐ | SCCF | Clinical Services | P. O. Box 3 | Pueblo, CO | 81002 | Phone: 719-583-5556  Fax: 719-583-5560 |

DOB: 5-6-48   SS#:   GENDER: M  F   PED:

INSURANCE: Colorado Access for Colorado Department of Corrections

AUTHORIZATION #:   NUMBER VISITS AUTHORIZED:

Appointment is to be scheduled with Tele-medicine (Circle One):   YES   NO

### PROVIDER'S CONSULT TO SPECIALIST

HOSPITAL:   CLINIC:   SPECIALIST:

HOSPITAL #:   PRIORITY:  1  2  3  4  5

**DIAGNOSIS AND REQUESTED EVALUATION OR CARE:**

C/o re diet/snacks.

PROVIDER SIGNATURE:   FACILITY PHYSICIAN:

### SPECIALIST'S SUBJECTIVE/OBJECTIVE/ASSESSMENT/PLAN

S: I have been having low blood sugars in the morning off + on which causes my diabetes more out of control. Also, with my activity level I am able to select my own meals from the Regular line c̄ o problems. I've been a diabetic 31 yr & can select the correct goods in the diet, inmate states.

O: wt 4/01 189#  BMI-24   2400 ADA c̄ hs snak   HgbA1c 5/14/ 9.5

A: Inmate knows diet principles of diabetic diet + does choose to select from the Regular line. However have been some ↓ blood sugars in Am + perhaps snacks needs to be reinstituted as before.

Since diet ∆ by dietition 5/1/01

Recommend: Diet ∆ to Regular diet line c̄ Am snack + diet
Am SNACK: 2 oz cheese + 1 c. crackers
+ HS SNACK: 2 sl Bread, 2 oz cheese +2 Fruits  NO Apples

Please copy clinic notes & attach to this consult.   USE REVERSE SIDE FOR ADDITIONAL NOTES.

*DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER
*RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER

Specialist Signature: Carol Berends, RD   Date: 5/24/01

Print Name: Carol Berends, RD

31218 (11/99)   DISTRIBUTION:   Original - Medical Record   Canary - Scheduler