

*Plaintiff exhibit I*



Aristedes W. Zavaras
Executive Director

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**CONSULTING PHYSICIAN'S REPORT FORM**

Roy Romer
Governor

**RE:**    INMATE NAME  Armintrod, John

DOC#:  238909

DOB:  05-06-48

DATE:  08-11-98  12-08-98

Dear Dr:  Mrs Bost - Nutrition

We are asking that you evaluate the inmate for the condition stated below and give us your opinion regarding further evaluation or care.

IM requests discussion ē nutrition c/-
diet, registered dieces / diabetic

If the patient requires any further laboratory or radiologic testing, please contact us by telephone or by note on the reverse side for coordination as we have agreements with several different facilities for those services. If you feel the patient is in need of immediate hospitalization, please call and advise us.

We would appreciate your writing a legible brief note <u>on the back of this letter</u> regarding your evaluation, assessment and recommendations so it can be returned to our facility with the inmate and there is not a major delay in follow-up. Your detailed report, if applicable, may be sent later.

We recognize the doctor/patient relationship is very important : however, due to limitations we have regarding services that are provided by the DOC and also transportation issues, we ask that you not discuss withe the inmate specific types of care, recommendations of specific dates for follow-up . These can pose security problems for the system i.e., escape ,as well as set up expectations that may not be fulfilled. Please contact us directly to set up any follow-up appointments of you may contact us if you have any questions

PLEASE SEND THE FINAL REPORT TO:
**STATE OF COLORADO DEPARTMENT OF CORRECTIONS**
**MEDICAL TRANSPORT SCHEDULER**

Thank you very much for your assistance.

_____          _____
Department of Corrections Physician          Facility

Circle Scheduling Priority:   I       II     ( III )    IV       V

31218      Distr: White-Med. Rec.,     Canary-Conslt. Phys.,     Pink-Trans. Sched.