Plaintiff exhibit F

## CONSULTANT'S REPLY

SUBJECTIVE: _____

OBJECTIVE: NIL IDDM  6am insulin + 5pm insulin

ASSESSMENT: _____

PLAN: Recommend: a.m. snack of ½ slice cheese (no meat) ½ c crax
p.m. snack ½ slice cheese (2oz) 2 bread +² oranges or bananas.
when available

Mary Lee Bast, R.D.
Consultant Signature

5/7/99
Date of Consult

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/12/04**  ****  **8:30 AM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 Packs Graham**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/12/04**  ****  **6:30 PM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/13/04**  ****  **8:30**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 Packs Graham**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/13/04**  ****  **6:30**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/14/04**  ****  **8:30 AM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 Packs Graham**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/14/04**  ****  **6:30**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/15/04**  ****  **8:30**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 Packs Graham**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/15/04**  ****  **6:30 PM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

3-16-04
AM
no snack

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/16/04**  ****  **6:30 PM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

3-17-04
AM
no snack

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/17/04**  ****  **6:30 P**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/18/04**  ****  **8:30 AM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   ½ orange
**4 Packs Graham**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

3-18-04
PM
no snack

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/19/04**  ****  **8:30 AM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   No orange
**4 Packs Graham**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Inmate **Armintrout, John**
Cellhouse: 5   DOC # **63908**
**3/19/04**  ****  **6:30 PM**
NO APPLES
Sack Lunch 09/22/03 Dental

**No Milk**
**Orange**   No orange
**4 pkts Crackers**
The inmate whose name is attached to this bag is the only person authorized to consume its contents. The inmate is ORDERED to eat or dispose of these contents in 3 1/2 hours from time on label. Failure to dispose of the bag's contents in this time will result in COPD violation rule 25, Disobeying a Lawful Order

Plaintiff exhibit G



# Colorado Eye Associates, P.C.
### "See the Difference."™

2920 North Cascade Ave.
Colorado Springs, CO 80907
(719) 636-3937
FAX (719) 636-5053
1-800-873-8009

J. Gregory Baron, M.D.
Robert J. Foerster, M.D.
Scott M. Smetana, M.D.
D. B. Thatcher, M.D.
Jeffrey R. Tidswell, O.D.
Marta L. Walz, O.D.

498 15th Street
Burlington, CO 80807
(719) 346-8415
Fax (719) 346-7983

1500 S. Main
Lamar, CO 81052
(719) 336-0417
Fax (719) 336-0415

269 E. Avenue
Limon, CO 80828
(719) 775-2831
Fax (719) 775-9038

October 26, 2004

Dr. Bloor
Limon Correctional Facility
Limon, CO 80828

RE: JOHN ARMINTROUT
CEA #106092

Dear Dr. Bloor:

I saw a 56-year-old inmate named John Armintrout for an evaluation on October 21, 2004. He has a history of diabetic retinopathy and reported he had laser treatment for this on three or four occasions in the past. I believe his past treatments had been performed by Dr. Greenlee in Canon City, Colorado.

When evaluated, his best corrected functional acuity was found to be 20/60 on the right and 20/100 on the left. His vision could not be improved by a refraction. On funduscopic examination, he showed an early cataract formation in each eye. On funduscopic examination, he showed scattered retinal hemorrhages and cotton-wool spots in each posterior pole, and possible bilateral macular edema.

It appears he may require further laser treatment of his diabetic retinopathy, and I would recommend that he be seen in Denver for a retinal consultation.

Thanks very much for your attention to this matter, and thanks for asking me to see him.

With best regards,

*Dictated not read/Hannigan*

Robert J. Foerster, M.D.

RJF:ILW

*Plaintiff exhibit H*

**DEFENDANT'S EXHIBIT C**

Complete Family Eye Care • Laser Vision Correction • Diabetic Eye Care • Contact Lenses • Optical Shop
Outpatient Surgery Center • Cataract Surgery • Glaucoma Treatment and Surgery

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

CNIC CARE CLINIC
ge 1 of 1

Pr by: BLOOR, ANITA G
at: 09/13/2004 13:14:25
Encounter#: 871630

| 63908 | ARMINTROUT, JOHN C | Facility: LF | Living Unit: LCF/UNIT1 |

**SUBJECTIVE**
Active Medication(s): CAPOTEN - 25 MG; INSULIN N, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.175 MG; NAPROSYN - 500 MG; ZANTAC - 150 MG

Multiple issues.
1. Wants 2 snacks.
2. Needs referral to Ophthal for glasses.
3. Wants insulin sliding scale.
4. Says he has medical boots in his property. States he was given boots in 2001 for hammertoes.

**OBJECTIVE**
Right foot - Hammertoes 2nd and 3rd toes. Some bruising at 2nd toe DIP. Wearing tennis shoes

**ASSESSMENT**
1. DM - Asked pt to be compliant with fingersticks so that insulin can be adjusted.
2. Diet - Consult sent to Ms. Berends.
3. Needs Ophthal for cataracts and hx retinopathy
4. Insulin sliding scale ordered.

Temperature: 
Pulse: 84
Weight: 
Respiratory: 
BP: 125 / 80

**PLANS / ORDERS**
Allergies: No Known Allergies

Need to get medical boots fr. his property.

Nutrition consult entered in computer

Ophthalmology consult

See me 1 month

D/C - Rx#: 1807854  Drug Brand Name: INSULIN R, HUMAN - 100 U/ML  Alternate Name: HUMULIN-R  Rx Date: 08/13/2004  Disc Date: 09/13/2004  Rx Instructions: SLIDING SCALE

NEW - Rx#: 1820283  Drug Brand Name: INSULIN R, HUMAN - 100 U/ML  Alternate Name: HUMULIN-R  Rx Date: 09/13/2004  Disc Date: 12/12/2004  Rx Instructions: 250-300 2U, 301-350 4U, 351-400 6U, 401-450 8U, 451-500 10U, >500 CALL DR.
Medical Level: Assigned:

Plaintiff's exhibit (I)

Datetime: 09/13/2004 00:00
Providers: BLOOR, ANITA

PA/NP _____  PHYSICIAN _ABloor_  NURSE _____ 9/13/04
DateTime

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

FOLLOW-UP
Page 1 of 1

By: BLOOR, ANITA G
d at: 11/23/2004 13:47:12
Encounter#: 905105

**63908  ARMINTROUT, JOHN C**

Facility: LF  Living Unit: LCF/UNIT1

Temperature: 
Pulse: 
Weight: 197
Respiratory: 
BP: 135 / 95

### SUBJECTIVE
Active Medication(s): CAPOTEN - 25 MG; INSULIN N, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.175 MG; NAPROSYN - 500 MG; ZANTAC - 150 MG

Here at my request to discuss shoe issue. Security staff have seen pt's special boots and want to re-eval them again. Pt states he has had the shoes since 2001 and has had special shoes since 1996 for his foot problems. He has hammertoes bilat with right worse than left. He also has a chronic right arch nodule and neuropathy fr. diabetes.

### PLANS / ORDERS
☑ See me 1 month

☑ Blood press checks q wk x 4

### OBJECTIVE
Right foot - Hammertoes, and 2 cm nodularity right arch which is chronic per pt. Left foot with less prominent hammertoes. Decreased sensation to light touch on soles of feet.

### ASSESSMENT
1. Special shoes - Need to have security eval today.
2. DM - Pt states he wants no change in his insulin until his diet is correct. I told him that the nutritionist just approved a special snack for him and that it is in the computer.
3. HTN - Continue to monitor

Addendum by BLOOR, ANITA G at 11/23/2004 13:47:05 -
Received word from the Security staff that pt's special boots are not going to be approved for this facility due to their resemblance to officer's boots. Instead, pt will receive different shoes that accommodate his foot problems, from LCF.

*Plaintiff's exhibit T (J)*

Datetime: 11/23/2004 00:00
Providers: BLOOR, ANITA

PA/NP _____  PHYSICIAN  *ABloor*  NURSE *Heatih* RN
DateTime 11-23-04  1530

FOLLOW-UP
Page 1 of 1

**AMBULATORY HEALTH RECORD**

Printed By: BLOOR, ANITA G
Printed at: 12/17/2004 14:15:14

| 63908 | ARMINTROUT, JOHN C | | Encounter#: 917286 |
|---|---|---|---|
| | | Facility: LF  LU: LCF/UNIT1 | A 2 5 B |

**SUBJECTIVE**

Active Medication(s): CAPOTEN - 25 MG; INSULIN N, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.175 MG; NAPROSYN - 500 MG; ZANTAC - 150 MG

Here to be fitted with his new medical shoes.

Temperature: [ ]  Pulse: 86  Weight: [ ]
Respiratory: 16  BP: 167 / 101

**PLANS / ORDERS**
Allergies: No Known Allergies

**OBJECTIVE**

Bilat 2nd and 3rd toes with flexion deformities and small (approx 2-3mm) patch of erythema at the flex point of the joint.
Feet are clean with no open sores.
States he feels light touch on soles of both feet.

Repeat blood press by auscultation is 158/98.

**ASSESSMENT**

1. Fitted with new medical shoes. Brand is Ambulator Bio4000 purchased with p-card from Ruby Leather. Shoes cleared by Security and have been sent to them to be marked.
2. Discussed diet issues with pt. Showed him the consult that said "no apples." Talked with Food Service - Capt. Hubbard.
3. Asked pt to sign a refusal if he did not wish to do fingersticks. He did not wish to sign the refusal and stated maybe he would do a few fingersticks.
4. Labs reviewed with pt. He has a high HbA1c and abn 24 hr urines. Pt was urged to get better control of his sugars, even if it meant doing fingersticks.
5. Borderline HTN - Needs to be monitored. Has blood press checks ordered.

Plaintiff's Exhibit (K)

Datetime: 12/17/2004 00:00   Providers: BLOOR, ANITA

PA/NP _____
Datetime: 12/17/2004 00:00

PHYSICIAN _____
Provider: 2225

NURSE _Robinson_
DateTime: 12/17/04 1430

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

FOLLOW-UP
Page 1 of 1

Pri... by: BLOOR, ANITA G
at: 02/07/2005 14:57:55
Encounter#: 942479

| 63908 | ARMINTROUT, JOHN C | Facility: LF | LU: LCF/UNIT1 |

### SUBJECTIVE

Active Medication(s): CAPOTEN - 25 MG; INSULIN N, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.175 MG; NAPROSYN - 500 MG; ZANTAC - 150 MG

Here to review Ophthal. consult. He states that he has another follow up with Dr. Ciardella to discuss ps. eye surgery. I also reminded him that Dr. Foerster in Limon wanted to continue follow up visits for cataracts.

Temperature: | Pulse: | Weight: 196
Respiratory: | BP: 130 / 80

### PLANS / ORDERS

Allergies: No Known Allergies

See me 6-8 wks

Medical Housing Restrictions: Added: LOWER BUNK;

### OBJECTIVE

### ASSESSMENT

Informational visit
1. DM - Improving control noted on his fingerstick log.
2. Eye - Keep appt with Dr. Ciardella. Awaiting rec. on surgery.
3. Thyroid - Last TSH was in nl limits
4. Lipids - Labs good. Continues on lescol.
5. He has foot issues & needs to remain LB. He & I agreed that he does <u>not</u> need lower tier.

Plaintiff's exhibit (2)

Datetime: 02/07/2005 00:00
Providers: BLOOR, ANITA

PA/NP _____ PHYSICIAN _ABW_ NURSE _A Bath_ RN
Datetime: 02/07/2005 00:00  Provider: 2225  DateTime 2-7-05 1530

| FOLLOW-UP | DEPARTMENT OF CORRECTIONS | Printed by: BLOOR, ANITA G |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed: 06/09/2005 14:59:22 |
| | | Encounter#: 1010268 |
| 63908 | ARMINTROUT, JOHN C | Facility: LF   LU: LCF/UNIT1   C 3 9 B |

**SUBJECTIVE**

Active Medication(s): CAPOTEN - 25 MG; COLACE - 100 MG; INSULIN N, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.175 MG; MILK OF MAGNESIA (BTL) - N/A; PRED FORTE SUSP - 1%; ZANTAC - 150 MG

Post-op follow up after left cataract removal. Pt states he can see well from that eye. He reports that he has been out of eye drops and most meds x several days. He says he is back on all his meds once he returned to LF.

| Temperature: | 96.4 | Pulse: | 94 | Weight: | |
|---|---|---|---|---|---|
| Respiratory: | 18 | BP: | 136 / 84 | | |

**OBJECTIVE**

Left eye with mildly inflamed conjunctiva.
EOMI
Eye exam will be forwarded from Retinal Clinic.

**PLANS / ORDERS**

Allergies: No Known Allergies

See me 2-3 wks for CCC

D/C - Rx#: 1922647 Drug Brand Name: COLACE - 100 MG Alternate Name: DOCUSATE Rx Date: 05/18/2005 Disc Date: 06/09/2005 Rx Instructions: ONE OR TWO CAPSULES TWICE DAILY

D/C - Rx#: 1922649 Drug Brand Name: MILK OF MAGNESIA (BTL) - N/A Alternate Name: MILK OF MAGNESIA (BTL) Rx Date: 05/18/2005 Disc Date: 06/09/2005 Rx Instructions: 30 CC (TWO TABLESPOONSFUL) AT BEDTIME AS NEEDED

NEW - Rx#: 1931599 Drug Brand Name: NAPROSYN - 500 MG Alternate Name: NAPROXEN Rx Date: 06/09/2005 Disc Date: 09/07/2005 Rx Instructions: ONE TABLET TWICE DAILY WITH FOOD AS NEEDED

**ASSESSMENT**

1. Eye - Drops explained to pt. He states he does not have the pred forte yet. Bottle given to him by nursing staff.
2. HTN - Fair control. Cont. same meds.
3. DM - Pt is now back on his diabetes meds. Cont. fingersticks.
4. Discontinue colace and MOM at pt's request.
5. Abnl lipids - Cont. lescol
6. Thyroid dis - Cont. same tx.
7. Return to CCC at next visit.

Plaintiff's exhibit (M)

Datetime: 06/09/2005 00:00    Providers: BLOOR, ANITA

PA/NP _____ PHYSICIAN _____    NURSE _____
Datetime: 06/09/2005 00:00    Provider: 2225    DateTime 6-9-05 1700

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

CHRONIC CARE CLINIC
Page 1 of 1

Print By: BLOOR, ANITA G
Print t: 07/13/2005 13:03:13
Encounter#: 1027711

63908   ARMINTROUT, JOHN C   Facility: LF   LU: LCF/UNIT1

**SUBJECTIVE**
Active Medication(s): CAPOTEN - 25 MG; INSULIN N, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.175 MG; L-THYROXINE - 0.175 MG; NAPROSYN - 500 MG; PRED FORTE SUSP - 1%; ZANTAC - 150 MG

CCC for diabetes and related issues. States was just seen by the Eye Clinic and his surgerized left eye is at 20/20 vision. Wants tx for his left 3rd finger.

Temperature: 94.3   Pulse: 88   Weight: 198
Respiratory: 24   BP: 132 / 94

**PLANS / ORDERS**
Allergies: No Known Allergies

Splint to left 3rd DIP joint to keep finger extended. Pt received splint.

See me 3 wks

See me 3 wks

D/C - Rx#: 1930920 Drug Brand Name: PRED FORTE SUSP - 1% Alternate Name: PREDNISOLONE ACETATE Rx Date: 06/08/2005 Disc Date: 07/13/2005 Rx Instructions: ONE DROP(S) IN LEFT EYE FOUR TIMES A DAY

Outside Consultation#: 64404 - Level: UPTO 2 MNTHS - Request: ORTHOPEDIC - Location: DENVER HEALTH

Outside Consultation#: 64405 - Level: UPTO 2 MNTHS - Request: OPHTHALMOLOGY - Location: DENVER HEALTH

**OBJECTIVE**
Lungs - Clear
Car - RRR
Ext - Seen recently by foot clinic nurse. His feet are clean and there are no open sores.
Neuro - A and O, answers appropriately
Left 3rd finger with flexion involving DIP, able to passively move finger back to 180 degrees but finger returns to flexed state without support.
Mild tenderness and swelling over the DIP joint.

**ASSESSMENT**
1. Ortho - Splint finger with PIP joint freely moving for this mallet finger. Pt states he has had the problem x 2-3 yrs and wishes to get it fixed. Ortho referral done although injury is old. Pt told it may not be feasible to fix his finger at this point in time.
2. DM - Pt understands his sugars are labile and occasionally high, but he defers on insulin changes. He states he is increasing his exercising and does not want any diabetic med changes now. He says he is a type I diabetic and understands a C-peptide is being checked to confirm the dx. He reports being listed as a type I about 20 yrs ago. If glucose control does not improve by next visit, would strongly recommend that pt have an adjustment in insulin.
3. Thyroid - TSH is pending. Unclear why thyroid med is listed twice above, but pt only using his med qd as ordered.
4. Ophthal - I spoke with Retinal Clinic today. Per Dr. Prall, pt no longer needs predforte. He is to see Dr. Ciardella in 2 months.
Pt states Dr. Ciardella will discuss with Dr. Foerster(Ophthal in Limon) about cataract removal in the right eye.
5. HTN - Fair control on current medications
6. Abnl lipids - Remains on lescol.
7. Follow up in 3 wks to review labs and to renew meds. Pt states he may be moving to another facility.

*Plaintiff's exhibit (N)*

DEFENDANT'S EXHIBIT E

Datetime: 07/13/2005 00:00   Providers:

PA/NP _____ PHYSICIAN _____ NURSE _____
Datetime: 07/13/2005 00:00   Provider: 2225   DateTime 7/13/05 1330

COLORADO DEPARTMENT OF CORRECTIONS

# REQUEST FOR EXCEPTION
## TO
## STANDARD OF CARE

DATE  11-10-93

INMATE  John Armintrout  DOC# 63908
         (Name)

FACILITY:  FCF                               PED: _____

I REQUEST THAT THE ABOVE INMATE BE GRANTED AN EXCEPTION TO THE CURRENT STANDARD OF CARE. HIS/HER MEDICAL CONDITION IS Diabetes with peripheral Vascular disease - early ulcerations from friction / improper footwear

I FEEL THAT THE CURRENT STANDARD OF CARE DOES NOT APPLY IN THIS CASE BECAUSE  As Above

AND REQUEST THE FOLLOWING TREATMENT AS AN ALTERNATIVE  1 pair Soft Soled Shoe (Tennis or Walking) size 12E

Joseph T McGarry
PHYSICIAN FILING REQUEST

11-10-93
DATE

APPROVED ☑    DENIED ☐

_[signature]_
SIGNATURE

12-7-93
DATE

CS.MED.03 (04/92)

Plaintiff's Exhibit O