IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

## ORDER APPOINTING RICHARD C. DAVIDSON AS SPECIAL MASTER

THIS MATTER is before the Court on the Second Report and Recommendation of Special Masters Bruce Pringle and Richard Borchers. Both Special Masters have recommended that additional Special Masters be appointed to help with the processing of claims. A hearing was held, and both counsel for the Class and counsel for the Defendants agreed that additional Special Masters would be needed to process all claims that have been filed. The Court directed the parties to confer to determine if they could agree on individuals who could be appointed as Special Masters. The parties have submitted written statements and have agreed only on the appointment of Richard C. Davidson as a Special Master.

IT IS HEREBY ORDERED that Richard C. Davidson is appointed as a Special Master pursuant to Section XXXII of the Remedial Plan and shall exercise the powers and duties provided by that Section.

SIGNED this 14 day of November, 2005

BY THE COURT:

Edward W. Nottingham
United States District Judge