IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, *et. al.,*

      Plaintiffs,

BILL OWENS, *et. al.,*

      Defendants.

---

Claim Number 03-087
Category III
Claimant: Duncan Leach
Address of Claimant: c/o H. Earl Moyer, Attorney at Law, 1401 Saulsbury, #204, Lakewood, Colorado 80214

---

## NOTICE OF CHANGE OF ADDRESS

---

      PLEASE TAKE NOTICE that effective November 21, 2005, the Law Offices of Moyer, Beal and Vranesic, will have a new mailing address as follows:

    Moyer, Beal and Vranesic
    215 South Wadsworth Boulevard, Suite 520
    Lakewood, Colorado 80226-1566

    The telephone and facsimile numbers will remain the same.

Dated this *15th* day of *November*, 2005.

Respectfully submitted,

MOYER, BEAL AND VRANESIC

By: _____
H. Earl Moyer, #0060
215 S. Wadsworth Boulevard, Suite 520
Lakewood, Colorado 80226-1566
Phone Number: 303-237-5438
Fax Number: 303-232-5438
E-mail: mbv1@wt.net

ATTORNEYS FOR DUNCAN LEACH, CLAIMANT

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on November 15, 2005 a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by depositing same in the United States first-class mail, proper postage affixed, addressed to the following:

Gregory C. Langham
Clerk of the District Court
Alfred A. Arraj Federal Courthouse
901 19th Street
Denver, Colorado 80202

Paula Greisen, Esq.
David H. Miller, Esq.
King & Greisen, LLP
1670 York Street
Denver, CO 80206

James X. Quinn, Esq.
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203