CANNOT LOCATE
92-CV-870
#1169

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Discharged

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 6 2005

GREGORY C. LANGHAM
CLERK

NOV 01 '05
RETURNED TO SENDER

- ☐ AMK  Attempted – Not Known
- ☐ UTF  Undeliverable As Addressed
- ☐ IA   Insufficient Address
- ☐ ISN  No Such Number
- ☐ NSS  No Such Street
- ☐      
- ☐      
- ☐      
- ☐      
- ☐      
- ☐ TA   Temporarily Away
- ☐ UNC  Unclaimed
- ☐ VAC  Vacant

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

81034+1000