

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (consolidated with 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

v.

BILL OWENS, et al.,

      Defendants.

___

**ORDER IN RESPONSE TO REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTERS TO JUDGE JOHN L. KANE**

___

This matter was heard by U.S. District Court Judges Edward W. Nottingham and John L. Kane concerning the "Report and Recommendation of the Special Masters to Senior United States District Judge John L. Kane" filed July 9, 2004. After hearing and considering the matters presented, the Court rules as follows:

    1. The recommendation (#622) is accepted, and the Court will attempt to clarify the issues raised by the report.

    2. The Special Masters shall evaluate individual damage claims submitted in this case by considering the following questions:

        1. Is the claimant a disabled individual who is a member of the class?

        2. Was the claimant otherwise qualified to participate in the programs or receive the benefits or services offered by DOC?

        3. Was the claimant discriminated against by DOC because of his or her disability?

(*e.g.*, were accommodations requested and denied because of the disability?)

4. Did this conduct cause the claimant harm and if so, what is an appropriate remedy?

3. All claims are to be evaluated based solely upon the criteria in paragraph #1. The claims are limited to those that encompass a disability within the meaning of the Rehabilitation Act, provided, however, that a claimant need not prove intentional discrimination, an issue which was resolved by execution of the Remedial Plan. The Remedial Plan and, if necessary, case law concerning disabilities under the Rehabilitation Act and the Americans with Disabilities Act may be reviewed for assistance in applying the criteria.

4. Eleventh Amendment immunity, qualified immunity, and any other defense going solely to liability will not be raised as a defense to the claims.

5. Unless they meet the criteria established in paragraph #1, individual Eighth Amendment medical malpractice claims are not contemplated by the Remedial Plan.

6. The Special Masters may consider and grant future damages and/or injunctive relief in individual cases but only with respect to an individual claimant's situation. For example, a Special Master could order that credit be given to a claimant for earned time or that an inmate be provided a hearing aid or cane. However, the Special Masters may not order injunctive relief on a facility wide or system wide basis. All of those matters were resolved in the Remedial Plan.

7. Claimants may request copies of up to 10 pages of DOC documents free of charge for

use in presenting their claims. Further discovery may be allowed by the Special Masters only upon the filing of a motion showing good cause for the discovery.

Dated at Denver, Colorado this 23 day of November, 2004.

BY THE COURT:

_____
The Honorable Judge Edward W. Nottingham

_____
The Honorable Judge John L. Kane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
[Consolidated for all purposes with Civil Action No. 96-N-343]

### CERTIFICATE OF MAILING

I hereby certify that a copy of the Order In Response to Report and Recommendations of the Special Masters to Judge John L. Kane signed by Judges John L. Kane and Edward W. Nottingham on November 23, 2004 was served on November 23, 2004 by hand-delivery, where a "D.C." box number or asterisk (*) is indicated after the recipient's name, by electronic mail to the address specified where a double asterisk (**) is indicated after the recipient's name, or otherwise by depositing it in the United States mail, postage prepaid, addressed to the recipient:

| | |
|---|---|
| Magistrate Judge O. Edward Schlatter* | Paula Greisen, Esq. |
| | David Miller, Esq. |
| Judge John L. Kane* | Laura Schwartz, Esq. |
| | King & Greisen |
| | 1670 York Street |
| | Denver, CO 80206 |
| | *Attorneys for Plaintiffs* |
| H. Earl Moyer, Esq. | Elizabeth H. McCann, Esq. |
| Moyer, Beal and Vranesic | James X. Quinn, Esq. |
| 1401 Saulsbury Street, Suite 204 | Attorney General's Office |
| Lakewood, CO 80215 | Litigation Section |
| *Attorney for Plaintiff Duncan F. Leach* | **D.C. Box 20** |
| | *Attorneys for Defendants* |
| Jennifer L. Veiga, Esq. | Richard M. Borchers |
| Hall & Evans | Bruce D. Pringle |
| **D.C. Box 5** | Legal Resolution Center |
| *Attorney for Defendants* | 7907 Zenobia Street |
| | Westminster, CO 80030 |

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk or Secretary