CE OF THE CLERK
TES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
/ER, CO 80294-3589

FFICIAL BUSINESS

CANNOT LOCATE  EWN-OES
92-CN-870
#1186

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

Paroled
11/28/05

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

81215+0300-00294%2501

NIXIE          808    1          39 11/19/05
            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD

BC: 80294250151       *0420-04798-14-38