

ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

CANNOT LOCATE
92-CV-870
#1186

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

EWN-085

NOV 14 '05

REASON CHECKED
REFUSED
No Doc. Number
Not at this facility
Paroled

Reggie Neil Keyes 56805
PO Box 6000
Sterling, CO 80751