FFICE OF THE CLERK
TATES DISTRICT COURT
:D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
:NVER, CO 80294-3589

OFFICIAL BUSINESS

*History*

CANNOT LOCATE    EWN-OES
92-CV-870
#1174, #1176, #1186



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

NIXIE        808     1          39  11/18/05
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC:  80294250099      *0420-04681-14-38

81034+1000 80294Z2500

||..|.||....|.|||.|..|.|.|..|.|.||.|.||...||...|.|..|.|....|.||