'ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

FFICIAL BUSINESS

*Discharged*

CANNOT LOCATE EWN - OES
92-CV-870
#1191

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2005

GREGORY C. LANGHAM
CLERK

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

NIXIE 808 1 39 11/19/05
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151 *0720-05162-16-37