To: Clerk of the U.S. District Court

From: Mark Johnson Doc No 66287

Date: 22 Nov 05

Re: Civil Action No 92-870 (OES) Jesse Montez
vs
Bill Owens

Claim No 03-135
Category - III

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.
NOV 25 2005
GREGORY C. LANGHAM
CLERK

I am objecting the order of the special master pursuant to Federal Rule of Civil Procedure 53(g)(2)

I do not have access to a law library or typewriter because of this case ruling.

I am not recieving medical attention that was order because of this case ruling

I have now been transferred to a 24 hrs a day 7 days a week lock down situation
because of this case ruling

I do not have access to the required forms that need to be filed

Respectfully Submitted

Mark Johnson Doc No 66287
Claim No: 03-135