IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
TO JUDGE EDWARD W. NOTTINGHAM

CIVIL ACTION NO 92-CV-00870-EWN-OES
(CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO 96-CV-00343

JESSE (JESUS) MONTEZ, et al.,
FRED F. FRANZONE MEMBER OF CLASS #96944
PLAINTIFFS,

V.

BILL OWENS, et al.,
DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2005

GREGORY C. LANGHAM
CLERK

FILING MY OBJECTION BEFORE DECEMBER 15, 2005 AGAINST THE DECITION OF SPECIAL MASTER ORDER RE: CLAIM 3-026 BY INTERESTED PARTY FRED F. FRANZONE AGAINST RICHARD BORCHERS. I APPEAL MY CASE SINCE I DO HAVE MAJOR DISCRIMINATION AND CRUEL AND UNUSUAL PUNISHMENTS AGAINST D.O.C.'S ARKANSAS VALLEY CORRECTIONAL FACILITY DUE TO CLASS III CLAIM OF ENDANGERING MY LIFE DUE TO THEIR CARELESSNESS!

THIS MATTER IS BEFORE THE COURT AND HONORABLE JUDGE EDWARD W. NOTTINGHAM! I, HEREBY APPEAL AGAIN SPECIAL MASTER RICHARD BORCHERS AUGUST 25, 05 DECITION, OF DENY OF MY CLAIM! HIS DECITION IS OUTRAGEOUS AND DO NOT COMPLY WITH THE SET SETTLEMENT OPTIONS WITHIN THE U.S. DISTRICT COURT AND THE D.O.C. AGREEMENT IN FEDERAL COURT OF 2003! I'M A CLASS III CLAIMENT, AND I DEMAND JUSTICE AGAINST THE ACCUSED, FINANCIAL COMPENSATION FOR LIFE DAMAGES DUE TO THEIR CRUAL AND UNAMERICAN MEDICAL (NO) TREATMENTS!

DATED THIS 26TH DAY OF NOVEMBER, 2005.
BY THE PLAINTIFF RESPECTFULLY SUBMITTED,
MR. FRED F. FRANZONE
CITIZEN'S COLORADO NO 96944
12101 HWY #61
BOX 6000-3
STERLING, CO 80751

CC