OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT 92 CV-870

CANNOT LOCATE EWN-OES
#1191

NIXIE  809  1  39 11/25/05

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294250099   *0720-05093-16-37

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2005

GREGORY C. LANGHAM
CLERK

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

81215+0300

Cannot forward don't know

REF