IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 NOV 30  PM 4: 04

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

BY_____ _____ DEP. CLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

## SPECIAL MASTERS' TENTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

      Richard M. Borchers and Bruce D. Pringle, the Special Masters in the above captioned matter, hereby submit the following Tenth Application for Payment of Fees and Costs. This application is for work done from September 16, 2005 to November 15, 2005, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

      1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

      2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed as Special Masters to adjudicate all individual damage claims.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers and Bruce D. Pringle both work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Margie Dykstra is the primary administrative person assigned to handle all claims and orders issued. Ms. Dykstra spent 193.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Judy Olive of a total of 15.50 hours. Additional administrative work was done by Lynda Rowe during this period of time of 6.00 hours. A copy of the time involved is attached as Exhibit A.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 53.95 hours working on case reviews and drafting of documents for the Special Masters.

7. Richard M. Borchers expended 12.00 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 1.25 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit C.

8. Richard M. Borchers additionally spent 110.60 hours of time on individual claims that now

2

have been dismissed or adjudicated. This is reflected in Exhibit D. He also had travel time of 12.00 hours and expenses for lodging for hearings of $339.01. This is reflected in Exhibit E.

9. Bruce D. Pringle additionally spent 35.25 hours of time on individual claims. This is reflected in Exhibit F.

8. Legal Resolution Center agreed to pay for copy and mailing costs out of its percentage from the work billed. At this date, postage and copy costs involve several thousand dollars.

9. The total fees being sought for the time period ending November 15, 2005 is as follows:

| | | |
|---|---|---|
| a. Richard M. Borchers | 121.25 hrs. @ $175.00 per hr. = | $21,218.75 |
| b. Richard M. Borchers(travel) | 12 hrs.  @ $ 75.00 per hr. = | $   900.00 |
| c. Bruce D. Pringle | 37.00 hrs.  @ $175.00 per hr. = | $ 6,475.00 |
| d. Margie Dykstra & other staff | 215.00 hrs. @ $25.00 per hr.  = | $ 5,375.00 |
| e. Larry Dean Valente | 53.95 hrs.  @ $75.00 per hr.   = | $ 4,046.25 |
| f. Lodging for hearings | | $   339.01 |

TOTAL FEES:     $38,354.01

10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, and staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

11. Richard M. Borchers, Bruce D. Pringle, Margie Dykstra, Lynda Rowe, Judy Olive and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Dykstra, Ms. Olive, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date in this case.

WHEREFORE, the Special Masters request that the Tenth  Application for Payment of Fees

3

be granted in the amount of $38,354.01 and that the State of Colorado be directed to pay that amount

to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By:_____

Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

4

EXHIBIT A

## *Montez administrative hours - Margie*
### *9/16/05 thru 11/15/05*

| | | |
|---|---|---|
| 9/16/05 | 4.00 | hrs |
| 9/19/05 | 9.00 | hrs |
| 9/20/05 | 6.50 | hrs |
| 9/22/05 | 7.00 | hrs |
| 9/23/05 | 7.00 | hrs |
| 9/27/05 | 8.50 | hrs |
| 9/29/05 | 7.50 | hrs |
| 9/30/05 | 8.50 | hrs |
| 10/3/05 | 7.50 | hrs |
| 10/4/05 | 8.50 | hrs |
| 10/6/05 | 9.50 | hrs |
| 10/7/05 | 6.00 | hrs |
| 10/10/05 | 9.50 | hrs |
| 10/11/05 | 10.00 | hrs |
| 10/13/05 | 8.00 | hrs |
| 11/1/05 | 6.50 | hrs |
| 11/3/05 | 11.50 | hrs |
| 11/4/05 | 10.00 | hrs |
| 11/7/05 | 9.00 | hrs |
| 11/8/05 | 9.50 | hrs |
| 11/10/05 | 7.00 | hrs |
| 11/11/05 | 8.00 | hrs |
| 11/14/05 | 9.00 | hrs |
| 11/15/05 | 6.00 | hrs |

**Total**     | **193.50** | hrs |

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending November 15, 2005

| | | |
|---|---|---|
| 10/15/05 | Review of all open files to set hearing dates | 1.25 hrs. |
| 10/17/05 | Work on orders for enlargement of time and review of court pleadings | 1.50 hrs. |
| 10/18/05 | Meeting with Dino Valente on hearing docket | 1.25 hrs. |
| 10/23/05 | Review all files in Category III for docketing | 2.00 hrs. |
| 10/24/05 | Finish order on enlargement of time | 1.00 hrs. |
| 10/25/05 | Review for addresses that are unknown and reschedule cases for hearings | 1.75 hrs. |
| 10/26/05 | Review of schedule for hearings; talk to Judge Davidson | 1.40 hrs. |
| 10/28/05 | Prepare letter to Judge Nottingham and proposed order for appointment of Judge Davidson as special master | .50 hrs. |

TOTAL TIME:     10.65 hrs.

## EXHIBIT C

Administrative Time of Bruce D. Pringle for Period ending November 15, 2005

| | | |
|---|---|---|
| 10/19/05 | Review motions and objections filed by class counsel | 1.00 hrs. |
| 11/14/05 | Telephone conference with R. Borchers re ADA legal issues | .25 hrs. |
| | TOTAL HOURS: | 1.75 hrs. |

**EXHIBIT D**

**Work Done By Richard M. Borchers**

Claims closed during the period ending November 15, 2005. Work done prior to September 15, 2004 has already been billed:

**01-030**      **Michael R. Collins**

| | | |
|---|---|---|
| 12/22/04 | Review of file and issue show cause order | .25 hrs. |
| 10/12/05 | Review motion and issue order for dismissal | .25 hrs. |
| | | _____ |
| | TOTAL: | .50 hrs. |

**01-092**      **James Rudnick**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 6/1/05 | Review document and issue order | .20 hrs. |
| 9/1/05 | Review response and issue order | .15 hrs. |
| 9/24/05 | Review file and work on final order | 3.00 hrs. |
| 9/25/05 | Finalize order | .75 hrs. |
| | | _____ |
| | TOTAL: | 4.30 hrs. |

**02-509**      **David Ward**

| | | |
|---|---|---|
| 1/31/05 | Review of file and issue order | .15 hrs. |
| 7/14/05 | Review motion and attachments | .20 hrs. |
| 7/15/05 | Review in detail motion and file | .50 hrs. |
| 7/16/05 | Review file and issue order | .30 hrs. |
| 9/18/05 | Prepare order of dismissal after review of file | 1.00 hrs. |
| 9/19/05 | Finalize order | .50 hrs. |
| 9/19/05 | Issue order on motion for Judge EWN | .25 hrs. |
| | | _____ |
| | TOTAL: | 2.90 hrs. |

**03-014**      **James Smith**

| | | |
|---|---|---|
| 12/12/04 | Review file and issue order | .25 hrs. |
| 1/6/05 | Review letter and issue order | .25 hrs. |

1

| | | |
|---|---|---|
| 3/2/05 | Review motion and issue order | .15 hrs. |
| 3/5/05 | Review response and issue order | .15 hrs. |
| 3/14/05 | Review motion and issue order | .15 hrs. |
| 4/11/05 | Review file and issue order for hearing | .20 hrs. |
| 4/23/05 | Review motion and issue order | .25 hrs. |
| 5/5/05 | Review letter and issue order | .25 hrs. |
| 5/22/05 | Review file and witness list - issue order | .25 hrs. |
| 5/31/05 | Review of file | .50 hrs. |
| 6/1/05 | Review objection and issue order | .20 hrs. |
| 6/3/05 | Review motion and issue order | .25 hrs. |
| 6/6/05 | Review file for hearing | .50 hrs. |
| 6/8/05 | Final review before hearing | .50 hrs. |
| 6/9/05 | Hearing | 3.00 hrs. |
| 6/12/05 | Prepare order | .20 hrs. |
| 6/18/05 | Review motion and issue order | .25 hrs. |
| 6/24/05 | Review letter and issue order | .20 hrs. |
| 7/16/05 | Review letter and materials; issue order | .25 hrs. |
| 8/2/05 | Review letter | .15 hrs. |
| 9/1/05 | Review motion and issue order | .15 hrs. |
| 9/11/05 | Review motion and issue order | .25 hrs. |
| 9/16/05 | Review motion and issue order | .15 hrs. |
| 9/18/05 | Review notes and issue order for Judge EWN | .25 hrs. |
| 10/3/05 | Review notes and exhibits | .50 hrs. |
| 10/9/05 | Review file and exhibits; draft of order | 2.00 hrs. |
| 10/10/05 | Finalize final order | .50 hrs. |

TOTAL:                      11.70 hrs.

**03-022        Lorne Pick**

| | | |
|---|---|---|
| 12/12/04 | Review of file and issue order | .25 hrs. |
| 4/6/05 | Review letter and issue order | .15 hrs. |
| 4/13/05 | Review letter and issue order | .25 hrs. |
| 4/15/05 | Review letter and issue order | .25 hrs. |
| 8/24/05 | Review of file for hearing | .75 hrs. |
| 9/8/05 | Hearing | 2.75 hrs. |
| 9/16/05 | Work on final order | .50 hrs. |
| 9/19/05 | Review letter and prepare letter to consulate | .25 hrs. |
| 9/20/05 | Work on final order | 2.00 hrs. |
| 9/25/05 | Finalize order | .50 hrs. |

|  | TOTAL: | 7.75 hrs. |

**03-026**      **Roy Main**

| Date | Description | Hours |
|------|-------------|-------|
| 12/15/04 | Review of file and issue order | .25 hrs. |
| 1/25/05 | Review motion and issue order | .15 hrs. |
| 1/28/05 | Review motion and issue order | .10 hrs. |
| 4/13/05 | Review file and issue order | .25 hrs. |
| 5/7/05 | Review pleadings | .10 hrs. |
| 5/14/05 | Review documents and issue order | .20 hrs. |
| 5/27/05 | Review motions and issue order | .25 hrs. |
| 7/1/05 | Review motion and issue order | .15 hrs. |
| 9/4/05 | Review file | .25 hrs. |
| 9/8/05 | Review file for hearing | .50 hrs. |
| 9/9/05 | Hearing | 2.00 hrs. |
| 9/16/05 | Prepare draft of final order | 1.75 hrs. |
| 9/19/05 | Finalize order | .75 hrs. |
| 9/25/05 | Review motion and issue order | .25 hrs. |

|  | TOTAL: | 6.95 hrs. |

**03-034**      **William Gilmore**

| Date | Description | Hours |
|------|-------------|-------|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 3/14/05 | Review motion and documents; issue order | .15 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 4/22/05 | Review motion and issue order | .15 hrs. |
| 4/23/05 | Review response to discovery; issue order | .15 hrs. |
| 8/2/05 | Review witness list and motion; issue order | .25 hrs. |
| 8/24/05 | Review motion and issue order | .25 hrs. |
| 9/1/05 | Review pleadings | .15 hrs. |
| 9/4/05 | Review file | .35 hrs. |
| 9/8/05 | Final review before hearing; read motion | .40 hrs. |
| 9/9/05 | Hearing | 3.50 hrs. |
| 9/22/05 | Review exhibits and prepare final order | 2.10 hrs. |
| 9/25/05 | Finalize order | .50 hrs. |

|  | TOTAL: | 8.45 hrs. |

**03-070**  **Thomas Rush**

| | | |
|---|---|---|
| 12/16/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 7/21/05 | Review motion and issue order | .25 hrs. |
| 8/24/05 | Review motion and issue order | .20 hrs. |
| 9/8/05 | Review file for hearing | .50 hrs. |
| 9/14/05 | Final review before hearing of file | .25 hrs. |
| 9/15/05 | Hearing | 3.50 hrs. |
| 9/22/05 | Review notes and read exhibits; draft order | 2.75 hrs. |
| 9/25/05 | Finalize order | .50 hrs. |
| | | ———— |
| | TOTAL: | 8.20 hrs. |

**03-076**  **Steven Wilson**

| | | |
|---|---|---|
| 11/19/04 | Review of documents | .10 hrs. |
| 12/20/04 | Review file and issue order | .15 hrs. |
| 2/16/05 | Review motion and issue order | .15 hrs. |
| 2/20/05 | Review letter and issue order | .15 hrs. |
| 3/26/05 | Review motion and file; issue order | .15 hrs. |
| 4/13/05 | Review file and issue order | .25 hrs. |
| 4/28/05 | Review file and motion; issue order | .15 hrs. |
| 7/24/05 | Review list of witnesses and issue order | .25 hrs. |
| 8/24/05 | Review objection and issue order | .25 hrs. |
| 9/1/05 | Review file and issue order | .20 hrs. |
| 9/7/05 | Review motions | .20 hrs. |
| 9/11/05 | Review file and issue order | .20 hrs. |
| 9/14/05 | Initial review of file for hearing | .50 hrs. |
| 9/16/05 | Review file and issue order | .15 hrs. |
| 9/21/05 | Final review of file | .50 hrs. |
| 9/22/05 | Hearing | 4.00 hrs. |
| 9/27/05 | Review file and exhibits; prepare draft of order | 2.75 hrs. |
| 9/28/05 | Finalize order | .50 hrs. |
| | | ———— |
| | TOTAL: | 10.60 hrs. |

**03-098**  **Anthony Vaughn**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs, |

4

| 7/12/05 | Review file and issue order | .15 hrs. |
| 8/23/05 | Review of file for hearing | .50 hrs. |
| 8/25/05 | Hearing | 2.00 hrs. |
| 9/12/05 | Draft order and work on case | 1.00 hrs. |
| 9/16/05 | Additional work on order | 1.00 hrs. |
| 9/19/05 | Finalize order | .75 hrs. |

TOTAL: 5.85 hrs.

**03-114      Byron Cortez**

| 1/5/05 | Review file and prepare order | .15 hrs. |
| 3/29/05 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order on hearing | .25 hrs. |
| 7/12/05 | Review file and objection; issue order | .25 hrs. |
| 8/31/05 | Initial review of file for hearing | .50 hrs. |
| 9/1/05 | Final review of file for hearing | .50 hrs. |
| 9/2/05 | Hearing | 1.00 hrs. |
| 9/6/05 | Research on case | 1.10 hrs. |
| 9/21/05 | Review of exhibits and file | .50 hrs. |
| 9/22/05 | Further review of file | .35 hrs. |
| 9/26/05 | Research and draft final order | 3.10 hrs. |
| 9/27/05 | Finalize order | .50 hrs. |

TOTAL: 8.45 hrs.

**03-116      James R. Duncan**

| 1/2/05 | Review file | .10 hrs. |
| 1/5/05 | Issue order | .10 hrs. |
| 4/6/05 | Review letter and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 8/24/05 | Review objection and file; issue order | .25 hrs. |
| 9/3/05 | Initial review of file for hearing | .25 hrs. |
| 9/23/05 | Hearing | 3.00 hrs. |
| 10/1/05 | Review exhibits and notes | .35 hrs. |
| 10/8/05 | Draft order | 1.25 hrs. |
| 10/9/05 | Finalize order | .75 hrs. |

TOTAL: 6.45 hrs.

**03-120**        **Edward Kaneta**

| | | |
|---|---|---|
| 1/28/05 | Review pleading and issue order | .15 hrs. |
| 2/12/05 | Issue order | .15 hrs. |
| 2/27/05 | Review motion and issue order | .10 hrs. |
| 3/4/05 | Review motion and response | .25 hrs. |
| 3/9/05 | Review motion and issue order | .15 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 5/06/05 | Review file and motion; issue order | .25 hrs. |
| 9/14/05 | Initial review of file for hearing | .40 hrs. |
| 9/23/05 | Hearing | 1.50 hrs. |
| 9/27/05 | Review file and prepare draft of order | 1.50 hrs. |
| 9/28/05 | Finalize order | .75 hrs. |

                                    TOTAL:        5.45 hrs.

**03-140**        **Shawn Winkler**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .15 hrs. |
| 6/18/05 | Review letter | .15 hrs. |
| 6/22/05 | Review file and issue order | .25 hrs. |
| 6/25/05 | Issue order | .15 hrs. |
| 7/8/05 | Issue order | .15 hrs. |
| 7/24/05 | Review witness list and issue order | .25 hrs. |
| 8/16/05 | Review file and issue order | .25 hrs. |
| 9/1/05 | Review file for hearing | .75 hrs. |
| 9/2/05 | Hearing | 3.50 hrs. |
| 9/16/05 | Review notes and exhibits | .75 hrs. |
| 9/25/05 | Review filed and notes | .50 hrs. |
| 9/27/05 | Review entire file | .75 hrs. |
| 9/28/05 | Review exhibits and draft order | 3.00 hrs. |
| 10/3/05 | Finalize order | .75 hrs. |

                                    TOTAL:        11.75 hrs.

**03-142**        **James Wayne**

| | | |
|---|---|---|
| 4/22/05 | Review claim and issue order | .25 hrs. |
| 4/30/05 | Review file and forms; issue order | .20 hrs. |
| 5/10/05 | Review file and issue order | .20 hrs. |

| 5/14/05 | Review letter | .10 hrs. |
| 5/18/05 | Review supplemental forms and issue order | .25 hrs. |
| 6/18/05 | Review file | .15 hrs. |
| 6/22/05 | Review file and issue order | .25 hrs. |
| 7/14/05 | Review letter | .15 hrs. |
| 8/24/05 | Review file and witness list | .25 hrs. |
| 9/8/05 | Review file for hearing | .50 hrs. |
| 9/14/05 | Final review of file before hearing | .25 hrs. |
| 9/15/05 | Hearing | 1.50 hrs. |
| 9/22/05 | Review file and exhibits | .75 hrs. |
| 9/25/05 | Review notes and file | .50 hrs. |
| 9/26/05 | Prepare final order | 3.00 hrs. |
| 9/28/05 | Finalize order | .50 hrs. |

TOTAL:                8.80 hrs.

**X-121        Christopher Grosso**

| 8/13/05 | Review letter and issue order | .25 hrs. |
| 9/1/05 | Review file and issue order | .15 hrs. |
| 10/5/05 | Review response and file; issue order of dismissal | .40 hrs. |

TOTAL:                .80 hrs.

**X-126        Roger Snare**

| 8/17/05 | Review claim and issue OSC | .25 hrs. |
| 10/4/05 | Review motion and issue order of dismissal | .25 hrs. |

TOTAL:                .50 hrs.

**X-127        Danny Riley**

| 8/17/05 | Review claim and issue OSC | .25 hrs. |
| 10/9/05 | Review file and issue order of dismissal | .35 hrs. |

TOTAL:                .60 hrs.

7

**X-128**     **Kerry M. Dyer**

| | | |
|---|---|---|
| 8/17/05 | Review claim and issue OSC | .25 hrs. |
| 10/9/05 | Review file and issue order of dismissal | .35 hrs. |
| | **TOTAL:** | .60 hrs. |

TOTAL TIME: 110.60 hrs.

8

# EXHIBIT E

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 9/21-23/05 | Travel from Denver to Sterling and return | 4.00 hrs. |
| 10/19/05 | Travel to Limon | 1.50 hrs. |
| 10/20/05 | Travel from Limon to AVCF | 1.25 hrs. |
| | Travel from AVCF to La Junta | .50 hrs. |
| 10/21/05 | Travel from La Junta to Walsenburg | 1.50 hrs. |
| | Travel from Walsenburg to Denver | 3.25 hrs. |

Total Travel Time:  12.00 hrs.

12.00 hrs x $75.00 per hour  = $900.00

**Lodging Expenses for Travel to CDOC Facilities for Hearing:**

| | | |
|---|---|---|
| 10/21-22/05 | Best Western, Sterling, CO | $174.40 |
| 10/20/05 | Comfort Inn, Limon, CO | $ 84.45 |
| 10/21/05 | Holiday Inn Express, La Junta, CO | $ 80.16 |

Total Lodging Expenses:  $339.01

1

## EXHIBIT F

### Work Done By Bruce D. Pringle

Claims closed during the period ending November 15, 2005. Work done prior to September 15, 2004 has already been billed:

**03-021**  **John Olivarez**

| 11/14/05 | Prepare for Olivarez claim hearing; conduct claim hearing | 3.00 hrs. |
|---|---|---|
| | TOTAL: | 3.00 hrs. |

**03-053**  **Steven McCary**

| 11/15/05 | Prepare for McCary claim hearing; Hearing commenced but continued | .75 hrs. |
|---|---|---|
| | TOTAL: | .75 hrs. |

**03-054**  **William Shaffstall**

| 11/15/05 | Prepare for Shaffstall claim hearing; conduct claim hearing | 2.75 hrs. |
|---|---|---|
| | TOTAL: | 2.75 hrs. |

**03-077**  **John Cerrone**

| 11/14/05 | Prepare for Cerrone claim hearing; conduct claim hearing | 3.00 hrs. |
|---|---|---|
| | TOTAL: | 3.00 hrs. |

1

**03-105**        **Barbara Freeman**

        10/17/05        Prepare for Freeman claim hearing;        1.25 hrs.
                        begin claim hearing                        _____

                                TOTAL:                             1.25 hrs.

**03-129**        **Jill Coit**

        10/17/05        Prepare for initial portion of Coit hearing;        3.00 hrs.
                        Take testimony of Dr. Razzaghi
        10/18/05        Prepare order re Coit witness list                  1.00 hrs.
        10/31/05        Prepare for continuation of hearing;                7.25 hrs.
                        preside over continuation of hearing
        11/8/05         Prepare for continuation of Coit hearing            4.75 hrs.
                        Complete Coit hearing
        11/11/05        Review notes; begin preparation of Coit             3.00 hrs.
                        Findings and Conclusions
        11/14/05        Continue preparation of Coit Findings               2.50 hrs.
                        and Conclusions
        11/15/05        Complete preparation of Coit findings
                        & conclusions                                       2.25 hrs.
                                                                            _____

                                TOTAL:                                      23.75 hrs.

**03-167**        **Clenteen Williams**

        10/17/05        Prepare for Williams hearing; conduct        .75 hrs.
                        hearing                                      _____

                                TOTAL:                               .75 hrs.


                                TOTAL TIME:                          35.25 hrs.

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Tenth Application for Payment of Fees and Costs this 22 day of November, 2005 to the following:

Ms. Paula Greisen
Mr. David H. Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203