IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OEW (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

        Plaintiffs,

v.

BILL OWENS, *et al*.,

        Defendants.
_____

**PLAINTIFFS'** ***UNOPPOSED*** **MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CLASS APPEAL REGARDING CATEGORY V DAMAGES**
_____

        Plaintiff Class, through counsel of record, hereby moves for an unopposed extension of time until December 9, 2005 within which to file their Reply concerning their pending Class Appeal Regarding Category V Damages.

        As grounds for this Motion, Plaintiffs state as follows:

        **Certification pursuant to D.C.Colo.L.Civ.R. 7.1**.  Undersigned counsel has conferred with counsel for Defendants and is authorized to state that they have no objection to the relief requested herein.

        1.      No prior extensions of time have been sought concerning the reply briefing of this Motion by the Plaintiff Class.  Plaintiffs' Reply is due on or before today, December 1, 2005.  Due to a family medical emergency, a member of the undersigned's firm is out on a long term basis, which has caused the other attorneys in the office to cover additional cases and deadlines.

Accordingly, counsel has been unable to yet prepare Plaintiffs' reply brief.

2. No party will be prejudiced by the modest extension sought hereby.

3. An appropriate form of Order is filed herewith.

WHEREFORE, it is respectfully requested that this Court grant this Motion and give leave to Plaintiffs to file their Reply on or before December 9, 2005.

DATED this 1st day of December, 2005.

                                                        Respectfully submitted,

                                                        KING & GREISEN, LLP

                                                       /s/ Julie C. Tolleson
                                                       _____
                                                       David H. Miller
                                                       Paula Greisen
                                                       Julie C. Tolleson
                                                       1670 York Street
                                                       Denver, Colorado 80206
                                                       (303) 298-9878
                                                       (303) 298-9879 (fax)

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CLASS APPEAL REGARDING CATEGORY V DAMAGES** was served via electronic mail to:

James Quinn, Esq.
Jess Dance, Esq.
Elizabeth H. McCann, Esq.
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado   80203
James.Quinn@state.co.us
jess.dance@state.co.us
beth.mccann@state.co.us

Hon. Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, CO  80030
dborchers@legalres.com


                                                /s/ Catherine E. Hoskins