IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OEW (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, *et al*.,

      Defendants.

_____

**ORDER GRANTING *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF CLASS APPEAL REGARDING CATEGORY V DAMAGES**

_____

      The Court, having reviewed Plaintiffs' *Unopposed* Motion for Extension of Time to Reply in Support of its Class Appeal Regarding Category V Damages, and being duly advised in the premises, hereby **GRANTS** the Motion.

      Plaintiffs must file their Reply on/or before December 9, 2005.

      Dated this ____ day of December, 2005.


                                _____
                                  District Court Judge