IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-EWN_OES

JESSE (JESUS) MONTEZ, et al.,

    PLAINTIFFS,

V.

BILL OWENS, et.al.,

    DEFENDANTS.

---

**MOTION FOR COURT ORDER FOR TRANSPORT TO
DEPARTMENT OF VETERANS AFFAIRS CLINIC**

---

Claim Number 02-483
Category II
Claimant: Terry Gibbens, # 69102
Address of Claimant: A.V.C.F. P.O. Box 1000, Crowley, Co. 81034

---

COMES NOW, TERRY GIBBENS, PRO-SE, INDIGENT, TO Move this Honorable Court to GRANT this motion to be transported by C.D.O.C. to the V.A. Hospital at 7750 COCHRANE CIRCLE, FORT CARSON.

9-2-05 I was notified of a scheduled appointment for DISABILITY EVALUATION to be conducted Sept, 29, 2005. I notified all of the Facility, WARDEN, ASSISTANT WARDEN, CHIEF OF SECURITY, UNIT CAPTAIN CASE MANAGER, of the date and time's and gave them the phone # to contact to change or alter appointment times, I was told to be paitent it would be taken care of. The appointment date came and went and I waited thinking it was rescheduled. Finally I requested to see the director of medical and two different Medical officers referred me to an AR=700-12 and it is just about woman who are pregnant. Has nothing to do with VETERANS, who are being re-evaluated, for thier disability."Please see attached letter" C.D.O.C. can call the V.A. and schedule the appointment for

( 1 )

( 2 )

Cont,- any time that will be convenient for transport to take me from Ordway, Co. to Colorado Springs and back all in one day. This medical department has told me for seven years they don't have M.R.I'S and don't recommend them either. Nor do they have medication for A.D.D. that I uesed to get medication for at other facilities. They have prescribed the same medication for an enlarged prostate, for five years. I seen the medical doctor who would not refer me to A specialist, she just wanted to try A different medication. Then she didn't order it at all, but made sure I was charged the $5.00 for the visit. A whole month's wages for me. It is very necessary for these evaluations the V.A. will provide to me cost free, so my son gets my DISABILITY while going to college, and for my Claims on the MONTEZ Civil Action that I am a Jointer. I came to prison 30% disabled and C.D.O.C. would give me no accommodation to help my back injury, just we don't do that. I have gotten quite deaf in the last thirteen years in prison but yet I don't have a hearing aid because C.D.O.C.say's I don't need one. See enclosed phone numbers that are toll free to verify this is necessary, and I allso need this before January 15, 2006 for my Montez claim.

SINCERELY,

*Terry Gibbens* (signature)

TERRY GIBBENS # 69102
A.V.C.F. 2-C-1-1
P.O.Box 1000
CROWLEY, CO.
81034

```
                                                            09/02/2005
                                                            G3796
```

TERRY D GIBBENS  
CROWLEY CORRECTIONAL FACILITIES  
P O BOX 1000  
#69102  
CROWLEY, CO  81034

Dear Mr. Terry D Gibbens,

The VA Regional Office has rquested that a disability evaluation be conducted in connection with your claim for benefits.

    PLEASE REPORT TO EVANS ARMY COMMUNTIY HOSPITAL AT  
    7750 COCHRANE CIRCLE, FORT CARSON, CO 80913  
    EENT CLINIC 2nd FLOOR, ROOM 2345.

        (PLEASE BRING THIS APPOINTMENT LETTER)

THURSDAY  SEP 29, 2005  1:00 PM COS C&P AUDIOLOGY Clinic

f you cannot keep this appointment, please call us to reschedule at 719) 327-5699 or TOLL FREE 1-800-278-3883 extension 5699. Your failure o report as scheduled, or to notify the clinic that you cannot report, ay result in your claim being denied for lack of medical evidence.

f you fail to notify us that you cannot keep this appointment, we will end the evaluation request back to the VA Regional Office and you will ave to re-file your claim for disability benefits. Any further contacts oncerning your claim should be directed to that office at 1-800-827-1000. 1e VA Regional Office make all decisions regarding service-connected ntitlements; eligibility for non-service connected pensions and etermines all percentages of disability. The VA Regional Office will dvice you of their decision with respect to your claim. Please make /ery possible effort to keep this appointment. Thank you for your )operation.

\ EASTERN COLORADO HEALTH CARE SYSTEM (11C-COS)  
)LORADO SPRINGS, CO 80905

Compensation and Pension is located in the **COLORADO SPRINGS VA SPECIALTY CLINIC at 329 EAST PIKES PEAK AVE.** It is on the southwest corner of the intersection of Pikes Peak and Wahsatch, downtown Colorado Springs, across the street from the Goodwill Store (northwest corner).

There is VA parking in the parking lot on west of the building. The front door is on the north side of the building.

For more information, please call **327-5699 or 667-4400**.

