IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]


JESSE (JESUS) MONTEZ, *et al.,*

        Plaintiffs,

v.

BILL OWENS, *et al.,*

        Defendants.

---

## ORDER

---

        This case is before the court on a "Motion for Court Order for Transport to Department

of Veteran Affairs Clinic" (#1207) filed December 2, 2005 by Terry Gibbens.  The court, having

reviewed the motion, concludes that the form of relief sought cannot be afforded in the current

procedural posture of the case and that it would improperly interject the court into decisions

regarding daily management of the prison system.  Accordingly, the motion (#1207) is DENIED.

        Dated this 5th day of December, 2005.

                                        BY THE COURT:


                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge