IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

        Plaintiffs,

v.

BILL OWENS, et al.,

        Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF CLASS APPEAL REGARDING
CATEGORY V DAMAGES**
_____

        The Court, having reviewed Plaintiffs= Unopposed Motion for Extension of Time to Reply in Support of its Class Appeal Regarding Category V Damages, and being duly advised in the premises, hereby **GRANTS** the Motion.

        Plaintiffs must file their Reply on/or before December 9, 2005.

        Dated this 5th day of December, 2005.

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge