RECEIVED

FEB 1 4 2005

Office of Correctional
Legal Services

# ACCOMMODATION RESOLUTION

| NAME     | RUDNICK, JAMES | DOC #     | 68432 |
|----------|----------------|-----------|-------|
| FACILITY | LCF            | PHYSICIAN | BLOOR |

**DISABILITY CLAIMED BY OFFENDER: VISION, MOBILITY**

**OFFENDER REQUESTS THE FOLLOWING ACCOMMODATIONS:**
1. Special eye glasses and contact lenses
2. Higher chair or chair lift
3. Mattress and drug therapy
4. Orthotics and foot pads

| QUALIFYING DISABILITY AS DETERMINED BY PHYSICIAN: | NONE |
|---|---|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

**1. NONE**

This offender was screened by the physician and is not disabled in any way. His vision is well within normal in spite of his claim of poorly made eyeglasses and he is completely capable of ambulating 100 yards in despite complaints of back, hip and foot pain.

All "accommodations" requested by this offender are in fact requests for medical treatment which the AIC cannot authorize. He must address these requests to clinical services and his provider will determine whether they are medically necessary.

**The offender has 30 days from the date this document is served upon him to file a grievance on any matter addressed in this Resolution.**

_____    2-8-05
Signature: Physician            Date
(A Bloor)

_____    2-22-05
Signature: AIC                  Date
(Cathie Holst)

Original – AIC
Copies: 1-Warden
        4-Warden for distribution to the following:

Copy given to Rudnick #68432
on 3/2/05
Michael McCallum CM I

**DEFENDANT'S EXHIBIT B**

# REQUEST FOR ACCOMMODATION

*(After completing Request portion of this form, Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

JAN 19 2005

## I. OFFENDER INFORMATION: *(Please print)*

| Offender Name: | JAMES RUDNICK | DOC #: 68432 | 68432 |
|---|---|---|---|
| Current Facility: | LIMON | Date: | 7-19-04 |

## II. CLAIMED DISABILITY: *(Check all that apply)*

| (Vision) | X | Hearing | | (Mobility) | X | Diabetes | | Other | |
|---|---|---|---|---|---|---|---|---|---|

## III. ACCOMMODATION REQUESTED: *(Be specific and brief. You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation)*

PLEASE SEE ATTACHED PAGE

A) VISION
B) MOBILITY
C) MOBILITY

*Signature*

*Offender: Do not write below this line*

# VERIFICATION OF DISABILITY

| Date of Evaluation: | 1-11-05 | Facility: | LF |
|---|---|---|---|
| Chief Medical Officer or Designee *(Please print)*: | | A. Bloor | |
| Title *(if designee)(Please print)*: | | M.D. | |

### I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES: *(Check each & attach disability-specific evaluation)*

| None | (Vision) | Hearing | Diabetes | (Mobility) |
|---|---|---|---|---|
| Other *(Please be specific)* | | | | |

Signature of Evaluating Chief Medical Officer/Designee  *ABloor*   Date 1-11-05

Original: AIC

Vision - Needs to have eyeglasses checked since he c/o poor visual acuity with the new glasses. Will refer to Optometry again. Mobility - Pain control is difficult because pt states ASA, Motrin & Naprosyn increase bleeding of the soles of his feet. Tylenol recommended to this pt. An adjustable stool is reasonable.

DEFENDANT'S EXHIBIT J

Rudnick 68432 (Continued)

Orthotics available from canteen.
He does not meet DOC criteria for
a medical mattress.

DOC LEGAL SERVICES    Fax:7192264249         Apr 5 '04  10:05    P.05

# MOBILITY SCREENING
*(applies to lower extremities only)*

PATIENT NAME  Rudnick, James

DOC #  68432                    DATE  1-11-05

1. Does the patient require the use of a wheelchair for more than 6 months?  Yes  (No)  N/A  (Circle one)
   *If yes, the patient automatically meets the Montez criteria and requires special placement in a handicapped cell at a designated facility unless he/she has "opted out" of special placement. Contact the AIC if the patient needs to be moved to another facility or into a handicap cell in the current facility.*

2. If yes, does the patient have upper body strength to compensate for disability?
   - Can he move from wheelchair to toilet?           Yes    No
   - Can he move from wheelchair to bunk?             Yes    No
   - Can he dress himself, get his meals, and attend programs, classes or recreation by himself?  Yes  No
   - Can he remain in a wheelchair all day?                                  Yes    No

3. Does this patient require the assistance of an inmate aide?     Yes    (No)
   What percentage of the time?       Full       Part
   To perform what duties?

4. If the patient does not require the use of a wheelchair, can he walk 100 yards on a level surface or climb a flight of stairs without a pause?   (Yes)   No

※ 5. Does the patient require the use of other assistive devices (cane, walker, crutches, special clothing, footwear, or prosthetics, etc.)? If so, what?   (Yes)   No

6. Does the patient have a catheter?                 Yes   (No)
7. Does he require an assignment to a handicapped table?   Yes   (No)
   Is this patient assigned to a handicapped table in the chow hall?   Yes   No

8. Does he require a shower chair?                   Yes   (No)
   Is a shower chair available in his living unit?    Yes   No

※※ 9. Is this patient capable of attending class/programs/work for a full day?  Yes   No
   If no, how many hours per day is he capable of attending?  (8 hr)

10. Does the patient complain of any other problem(s) associated with the mobility impairment that have not been addressed?   (Yes)   No
    If yes, what are they?  Hip pain c radiation to back. Pt feels this is caused by old trauma; requests mattress/pad; chair/stool that is higher off the floor. Taking ASA, Motrin/Naprosyn cause ↑ bleeding so pt avoids taking these.

11. Is the patient's condition affected by the seasons or weather?   (Yes)   No
    Explain:  Morning stiffness & pain in hips/back are increased.

*If you have determined that this patient DOES have a mobility impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

※5) Pt has arthritis of feet c bunion. He is requesting an orthotic.
※※9) Cannot work on ladders for more than 4 hr due to foot pain. Jobs that require heavy footwork cause pain & blistering — pt can only tolerate 15 min. Otherwise, can work for 8 hr.

Signature & Title  a. Bloor MD

DOC LEGAL SERVICES    Fax:7192264249    Apr 5 '04  10:05    P.07

## VISION SCREENING

PATIENT NAME **Rudnick, James**
DOC # **6843**          DATE **1-11-05**

1. According to the Snellen chart, is the patient's **corrected central** visual acuity in the better eye more myopic than 20/200?        Yes   (No)   (Circle one)

2. Other than myopia, are there any problems which would interfere with his/her vision, e.g. cataracts or glaucoma?      Yes   (No)   (Circle one)

   If yes, what?

   *(If your answer to either of the above questions is No, this patient does not meet the Montez criteria for a vision disability and may not qualify for an accommodation)* See comments below.

   Does the patient wear glasses?                  (Yes)   No    (Circle one)
   Is the patient completely blind in both eyes?    Yes   (No)   (Circle one)
   If no, is the patient completely blind in one eye?  Yes  (No)  (Circle one)
   *("Blind" is defined to mean that the patient has NO SIGHT beyond distinguishing light and dark)*

3. Give Snellen values for **corrected** vision in each eye: R  20/20   L  20/20
   *(Also attach copy of results of patient's most recent exam conducted by eye clinic)*

4. Has the patient been prescribed any special home treatment (eye drops, compresses, etc), medication or exercises for his eye problem?   (Yes)  No   (Circle one)

   If yes, what? Does it appear that the patient is compliant with the treatment regimen?

   *If you have determined that this patient meets the Montez criteria, contact the AIC to discuss what accommodations, if any, are appropriate.*

   #4 States he wears contact lenses, but lenses are scratched + out of prescription. Has seen Dr Foerster in past. Requests re-measurement for contact lenses. New glasses from winter, 2004 do not have clear field of vision, need to check prescription. Requests new eval. of glasses against his current prescription. Glasses recommended 4-3-03 (Dr Foerster) + 6-03 Dr Obri MD. New state glasses received 6-04.

   Signature & Title

DOC LEGAL SERVICES    Fax:7192264249            Apr 5 '04  10:05    P.04

# HEARING SCREENING

PATIENT NAME __Rudnick, James__

DOC # __68432__                           DATE __1-11-05__

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication?    Yes  (No)  (Circle one)

   Is the impairment so severe that he/she cannot hear an emergency warning?  Yes  (No) (Circle one)

   Does the patient wear hearing aid(s)?            Yes   (No)   (Circle one)
   Is the patient completely deaf in both ears?     Yes   (No)   (Circle one)
   If not, is the patient completely deaf in one ear?  Yes   (No)   (Circle one)

2. Are there any other problems which would interfere with the patient's hearing?  Yes  (No)
   If yes, what?

*If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause?

3. Does the patient understand and use sign language? If so, which?

4. Is the patient English speaking?

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

_____A. Bloom M.D._____
Signature & Title

DOC LEGAL SERVICES    Fax:7192264249         Apr  5 '04   10:04    P.03

## DIABETES SCREENING

PATIENT NAME _Rudnick, James_

DOC # _68432_                              DATE _1-11-05_

1.  Does the patient have diabetes?                        Yes   (No)    (Circle one)

    *If your answer is NO, terminate the diabetes screening and sign below.*

    If yes:

    Is medication prescribed for this patient?             Yes    No     (Circle one)

    Is a special diet prescribed for this patient?         Yes    No     (Circle one

    Is the patient compliant with his treatment plan?      Yes    No     (Circle one

        If no, in what way?

2.  Does this patient have any other problems associated with the effects of diabetes (e.g., vision, sores, amputation, etc)?                              Yes    No     (Circle one)

    *If so, what? (Please complete proper form [vision, mobility, other] and attach)*

*If you have determined that this patient DOES have diabetes, contact the AIC to discuss what accommodations, if any, are appropriate.*

_____ M.D.
Signature & Title