Name of Claimant: __James Rudnick__

Claim Number: __01-092__

RECEIVED
OCT 2 5 2004
BY: __01-092__

## SUPPLEMENTAL FORM FOR CLAIMANTS WHO ARE CLAIMING DAMAGES DUE TO MOBILITY IMPAIRMENT

Class Action Disability Suit of *Montez v. Owens*, Civil Action No. 92-N-870
United States District Court for the District of Colorado

Based upon the review of your initial claim form by the Special Master, it appears that you are making a claim due to mobility impairments. Please answer the following questions concerning your mobility impairment. Please submit your answers to these questions, along with any other documentation that you may have and that you wish to be considered by the Special Master.

1. Please describe your mobility problems (Additional pages may be attached):
   THERE ARE (2) MOBILITY PROBLEMS: [1] HIP + BACK CHRONIC PAIN DESCRIBED IN THE ATTACHED 'FILED' DOCUMENTS PAGE 3 PART II
   [2] FEET - ARTHRITIS, BUNIONS DESCRIBED IN THE ATTACHED SAME DOCUMENT PAGE 4 PART III

2. Describe how your mobility disability affects your life in DOC:
   PLEASE READ THE ATTACHED DOCUMENT PAGE 3 (HIP + BACK) AND PAGE 4 (FEET) DESCRIBING HOW THESE MOBILITY DISABILITY'S AFFECT MY LIFE. ISSUES COMBINE SHOWING DEFENDANTS PATTERN OF DENIAL OF TREATMENT ADDING TO PAIN + SUFFERING ALSO EMOTIONAL DESPAIR, AND SUFFERING WHEN MEDICAL DISABILITIES LEFT UNTREATED (SEE pg 5) ATTACHED DOCUMENT (INITIAL CLAIM)

3. If you asked DOC for an accommodation (such as accessible cells, restrooms, classrooms, job sites, special assistance with access around the facility, pushers, etc.) for your disability and were denied or you did not receive your accommodation in a timely manner, please describe (Additional pages may be attached):
   [1] HIP + BACK (AS DESCRIBED IN ATTACHED INITIAL CLAIM) HEATING PAD, MATTRESS PAD, HIGHER CHAIR, AND VIOXX WITH PHYSICAL THERAPY ARE PRESCRIBED BUT NOT PROVIDED.
   [2] FEET, ARTHRITIS (ALSO IN THE ATTACHED) ARCH SUPPORT ORTHOTICS NOT PROVIDED SHOE PADS (INSOLES) TOO NARROW FOR SHOES - INADEQUATE FOR USE.

4. If you are claiming damages for an emotional or physical injury by DOC because of DOC's alleged failure to provide an accommodation, please describe/explain the injury (Additional pages may be attached):

THIS MATTER IS ALSO DESCRIBED IN THE ATTACHED INITIAL CLAIM PAGES 3, 4, AND 5

MEDICAL VISIT REPORTS ARE ATTACHED AS EXHIBITS AND DESCRIBED.

X. If you have ever fallen or been injured at DOC because of physical structures that do not accommodate people with your disability, please describe how and when this happened and the injury received.

NOT AN ISSUE FOR THESE MOBILITY PROBLEMS

6. **What remedy are you requesting?** Please be specific (example, money, an accommodation, etc.):

1. WRITTEN DEMAND FROM THE COURT FOR "PROVIDING WHAT THE DOCTORS PRESCRIBED"!
2. DEMAND THAT CDOC (DEFENDANTS) GIVE WHAT SPECIALISTS RECOMMEND !
3. THAT NO CONDITIONS "THREATEN" ANY MEDICAL PROVISIONS !
4. THAT IF BY NO OTHER MEANS --- A DOOR IS OPENED TO ALLOW 'SELF-PURCHASE'
5. THAT ISSUES BE DOCUMENTED AS THEY WERE BROUGHT-UP IN MED. VISITS (NO OMMISSIONS)
6. APPROPRIATE MONEY FOR PAIN + SUFFERING CAUSED BY DEFENDANTS INDIFFERENCE. (MENTAL + PHYSICAL) CONSTANT LIMITATIONS DUE TO UNTREATED DISABILITIES. ($50/DAY)
7. RELEASE FROM CUSTODY BECAUSE UNABLE TO PROVIDE MEDICAL NEEDS.

Claimant

Date: 09/06/04