DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**PRICARE CODE NO.**

**NAME:** Rudnick, James

**OFFENDER NO.:** 68432

**LIVING UNIT:** LCF 3

**DATE:** 12/15/00  **TIME:** 1445

**SUBJECTIVE:** Eval
- c/o R hip pain off and on since 1984 MVA motorcycle accident. Had pin/plate + significant hematoma.
- X-Rays hypertrophic bone growth in R hip.

**OBJECTIVE:** Temp___ Pulse___ Resp___ B/P___/___
- Lumbar ROM min limited flexion + and limited extension. Reproduction of pain noted in flexion.
- Slump test nil B
- hip tests limited figure 4, but no ↑ pain.

**ASSESSMENT:** Appears to have significant L-S involvement — depends on Mid-Level
- Inmate requests higher chair and this seems appropriate as he has significant back pain.

**PLAN/ORDERS:**
- Home program: hip flexibility, prone extension, wall slides for strengthening.
- F/U 2 wks.

**SIGNATURE NURSE/P.E./PHYSICIAN:** [signature] 12-20-00

---

**PRICARE CODE NO.**

**NAME:** Rudnick, James

**OFFENDER NO.:** 68432

**LIVING UNIT:** LCF 3

**DATE:** 12/12/00  **TIME:** 1410

**SUBJECTIVE:**
- Patient c/o continued R hip & R lower back pain.

**OBJECTIVE:** Temp___ Pulse___ Resp___ B/P___/___
Requests:
1) Heating pad
2) Eye cut _____
3) Higher stool for sitting in cell _____
4) _____

**ASSESSMENT:** NOTE: If mobility & stiff not improved c therapy, will consider referral to ortho.

**PLAN/ORDERS:**
- May have contacts x one month, then needs to wear state issued glasses
- Physical therapy — _____
- _____ NSAID off canteen. Use regularly x 6 weeks

**SIGNATURE NURSE/P.E./PHYSICIAN:** [signatures] 12-13-00

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

DC Form 78 (2/93) / Old. No. 26
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.: 
NAME: Rudnick, James
OFFENDER NO.: 68432
LIVING UNIT: 3

SUBJECTIVE:
DATE: 2/26/01
TIME: 1030
PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

Clinical team leader Chris Petrey met w/ inmate Rudnick, James to obtain information regarding 12/14/00 letter he wrote concerning his receiving eye glasses/contacts (non-state issue). Writer indicated to I/M that he would research and disseminate written response citing DOC ARs & OMS. Inmate was agreeable to this.
— C. Petrey CTL

PLAN: CTL will respond in writing DOC/LCF policy regarding personal contacts — Rebecca C. Petrey CTL.

ASSESSMENT:

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.:

---

PRICARE CODE NO.: 
NAME: Rudnick, James
OFFENDER NO.: 68432
LIVING UNIT: LCF

SUBJECTIVE:
DATE: 2/07/01
TIME: 1345
PROBLEM 1 2
PLAN / ORDERS

Notes (R) hip remains sore and back remains stiff. Performing exercises regularly. Saw back surgeon — no Sx.

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

Trunk flexion very min limited c end range stiffness.

Leg length equal (B) at ASIS, Patella + med malleoli.

(R) hip test: limited Abd + Figure 4 on (R)

ASSESSMENT: Boney dysfunction (R) hip. Lumbar component difficult to assess due to (R) hip dysfunction.

PLAN:
1) Await results of consultation with hip specialist
2) If ordered would then pursue further therapy

SIGNATURE:
NURSE:
P.E.: P.J. [signature]
PHYSICIAN: [signature] MD
Rx NO.: 2-7-01

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201 Again request "booster" or block to elevate chair.

## CDOC CONSULTATION REPORT FORM

### OFFENDER INFORMATION

NAME: Rudnick, James    DOC#/FACILITY: 68432    DATE: 4/24/01

PLEASE SEND ALL DICTATED REPORTS TO:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | AVCF | Clinical Services | P.O. Box 1000 | Crowley, CO | 81034 | Phone: 719-267-5074  Fax: 719-267-5079 |
| ☐ | BVCF | Clinical Services | P.O. Box 2017 | Buena Vista, CO | 81211 | Phone: 719-395-2404  Fax: 719-395-7235 |
| ☐ | CTCF | Clinical Services | P.O. Box 1010 | Cañon City, CO | 81212-1010 | Phone: 719-269-4089  Fax: 719-269-4092 |
| ☐ | DRDC | Clinical Services | P.O. Box 392004 | Denver, CO | 80239-8004 | Phone: 303-307-2307  Fax: 303-307-2308 |
| ☑ | LCF | Clinical Services | P.O. Box 10000 | Limon, CO | 80826 | Phone: 719-775-7657  Fax: 719-775-7651 |
| ☐ | SCCF | Clinical Services | P.O. Box 3 | Pueblo, CO | 81002 | Phone: 719-583-5556  Fax: 719-583-5560 |

DOB: 5/18/60    SS#:    GENDER: M    PED:

INSURANCE: Colorado Access for Colorado Department of Corrections

AUTHORIZATION #: A0215738    NUMBER VISITS AUTHORIZED: 1st of 2

Appointment is to be scheduled with Tele-medicine (Circle One):    YES    NO

### PROVIDER'S CONSULT TO SPECIALIST

HOSPITAL: DHMC    CLINIC: Ortho    SPECIALIST: Dr. Morgan

HOSPITAL #:    PRIORITY: 1  2 3mo  3 7/6/01  4  5

DIAGNOSIS AND REQUESTED EVALUATION OR CARE:

F/u per Dr Morgan
R Hip Heterotopic Ossification

RECEIVED JUL -6 2001

PROVIDER SIGNATURE: [signature] NP    FACILITY PHYSICIAN:

### SPECIALIST'S SUBJECTIVE OBJECTIVE ASSESSMENT PLAN

HO (R) HIP c ↓ ROM (R) HIP
R/re excision H.O. (R) HIP
Pt desires non-op mgt. Suggest
Cox 2 inhibitor also may need
raised chair to ↓ difficulty of

Please copy clinic notes & attach to this consult.    USE REVERSE SIDE FOR ADDITIONAL NOTES.
*DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER
*RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER

Specialist Signature: [signature] 7/4/01    Date: 7/6/01

Print Name: Morgan

31218 (11/99)    DISTRIBUTION:    Original - Medical Record    Canary - Scheduler

## CDOC CONSULTATION REPORT FORM

**OFFENDER INFORMATION**

NAME: Rudnick, James    DOC#/FACILITY: 68432    DATE: 1/21/02

PLEASE SEND ALL DICTATED REPORTS TO:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ AVCF | Clinical Services | P.O. Box 1000 | Crowley, CO | 81034 | Phone: 719-267-5074 | Fax: 719-267-5079 |
| ☐ BVCF | Clinical Services | P.O. Box 2017 | Buena Vista, CO | 81211 | Phone: 719-395-2404 | Fax: 719-395-7235 |
| ☐ CTCF | Clinical Services | P.O. Box 1010 | Cañon City, CO | 81212-1010 | Phone: 719-269-4089 | Fax: 719-269-4092 |
| ☐ DRDC | Clinical Services | P.O. Box 392004 | Denver, CO | 80239-8004 | Phone: 303-307-2307 | Fax: 303-307-2308 |
| ☒ LCF | Clinical Services | P.O. Box 10000 | Limon, CO | 80826 | Phone: 719-775-7657 | Fax: 719-775-7651 |
| ☐ SCCF | Clinical Services | P.O. Box 3 | Pueblo, CO | 81002 | Phone: 719-583-5556 | Fax: 719-583-5560 |

DOB: 5/18/60    SS#:    GENDER: M F    PED:

INSURANCE: Colorado Access for Colorado Department of Corrections

AUTHORIZATION #: A0215738    NUMBER VISITS AUTHORIZED:

Appointment is to be scheduled with Tele-medicine (Circle One):   YES   NO

**PROVIDER'S CONSULT TO SPECIALIST**

HOSPITAL: DUMC    CLINIC: ortho    SPECIALIST: N. Morgan

HOSPITAL #:    PRIORITY:   1   2   ③   4   5

DIAGNOSIS AND REQUESTED EVALUATION OR CARE:

Eval + mgmt of hip pain
Send X-ray

PROVIDER SIGNATURE: D. Walker, NP.    FACILITY PHYSICIAN:

**SPECIALIST'S SUBJECTIVE OBJECTIVE ASSESSMENT PLAN**

® Hip Heterotopic Ossification

Mild ADL Limitations

Rec: Motrin 600 PO QID   Heating Pad Prn
F/u 3 months                    Pad for Bedding
                                      4/164 change/for comfort
                                      Hip flexion > 90°
No relief then may consider excision
                                                                    4/28/02

Please copy clinic notes & attach to this consult.   USE REVERSE SIDE FOR ADDITIONAL NOTES.
*DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER
*RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER

[RECEIVED APR 23 2001]

Specialist Signature:    Date: 4/20/01

Print Name:

31210 (11/99)   DISTRIBUTION:   Original - Medical Record   Canary - Scheduler