1        CLAIM # 03-114

2        BYRON CORTEZ CLAIMANT

3   DB:  Dick Borchers, Special Masters

4   JD:  Jess Dance, Attorney General's Office

5   BC:  Byron Cortez

6

7   DB:  03-114 Claim number. The Claimant is Byron Cortez and is present. I'm
8        Dick Borchers one of the Special Masters appointed by the (inaudible) August
9        of 2003 at the Limon Correctional Facility. Could I have an appearance for
10       the Defense please?

11  JD:  Jess Dance, Attorney General's Office on behalf of the Department of
12       Corrections.

13  DB:  Mr. Cortez we talked a little bit off the record. Do you understand the
14       procedure for the (inaudible)?

15  BC:  Yes sir I do.

16  DB:  What I'd like you to do then is to take an oath or affirmation…do you
17       solemnly swear or affirm (inaudible) perjury that the testimony you are about
18       to give will be the truth, the whole truth and nothing but the truth?

19  BC:  Yes sir I do.

20  DB:  Please state your name?

21  BC:  Byron Cortez

22  DB:  Sir are you presently incarcerated here at the Limon Correctional Facility?

23  BC:  Yes sir I am.

1   DB:   Now, based upon what you provided to me in your claim form, you indicated

2         that you came into the Department of Corrections custody in May 4th, 1991, is

3         that correct?

4   BC:   Yes sir.

5   DB:   All right and you checked the box for mobility…that was the only box that

6         you checked.

7   BC:   Yes sir.

8   DB:   All right.  Uh, and you indicated that you had bad knees and you explained

9         that in your claim form but you also uh recently had knee surgery, is that

10        correct?

11  BC:   Yes sir.

12  DB:   Tell me a little bit about that and then I'll turn everything over to you and you

13        can tell me whatever you want me to consider.

14  BC:   I had uh total knee replacement and I believe it was June of this past year and

15        the uh right knee.  Uh, both my knees are really, really bad.  I've got seven

16        pins in the left one and uh new hardware from the new knee which they just

17        put in.  Uh, most of the specialists that they sent me to down in Denver Health

18        have uh asked the Department of Corrections to purchase me orthopedic shoes

19        or a better type of athletic shoe than what they have on the Canteen.  They say

20        it would be uh a great help to, to alleviate some of the pain that I've been in

21        and uh every time I've went to medical, they always tell me they couldn't do it

22        and I've seen them do it for other people and that's all I'm just tryin' to live

23        comfortable and a little bit and…

1  DB:  Okay…let me go back and ask you a couple follow up questions.  You

2       had…when you came into the Department of Corrections back in `91, were

3       your knees (inaudible) up then?

4  BC:  Yeah, they were (inaudible) then and uh my early surgeries were in the

5       Department of Corrections back in the `80s.  I had numerous surgeries to both

6       of my knees in the `80s and I was incarcerated then and uh over the years, the

7       situation got…keeps gettin' worse because they…there's no cartilage in either

8       knee…

9  DB:  Okay.

10 BC:  and it's bone on bone and I was deterioratin'.  Uh, the surgeries that I had

11      since I've been back here in the `90s have been to buy time before I would

12      need new knees and fortunately they did a surgery on my left knee, which they

13      opened it up so that the bones wouldn't rub to buy time for then to get to a new

14      knee.  Fortunately when they got to the right one, I suffered a very serious uh

15      staff infection and they tried to save the surgery, which they couldn't so they

16      took all the hardware out and my finger collapsed and I went back for another

17      surgery where they put the halo type of thing around my leg for six months

18      and I had to turn the screws uh every day three times a day and slowly

19      straighten it out and not on (inaudible) …it fixed the fracture and then after the

20      fracture fixed I couldn't bend my knee…I was straight legged and they

21      decided that they would give me the knee…the total right knee replacement

22      right after they knew that I didn't have any more infections on it and so they

23      did that and that's the one that I wrote to you about.

1    DB:   How many surgeries have you had on your knees?

2    BC:   Uh…

3    DB:   To the best of your recollection?

4    BC:   I've probably had at last eight on the left knee and around that same number

5          on the right.

6    DB:   The right knee, the replacement…how's it feel?

7    BC:   Uh, I have enough days…the doctors got on me told me always gonna go bang

8          it up just like normal (inaudible) It doesn't hurt as much as it did

9          when…before it was done uh they uh…matter of fact I just probably about

10         two months ago, I went down to see him and told me they didn't want me in

11         no brace and wanted me not to use the cane that I have as much so I don't use

12         the cane and I haven't been puttin' the brace on it…it's gettin' stronger but uh

13         I'm just…I just need better shoes that what I have and basically that's all that

14         I'm trying to get done is to be able to live…live more comfortable that I have

15         been and what I am now.

16   DB:   Uh, let me follow up with that and you talked in your claim about wanting to

17         get orthopedic shoes and you know shoes that have been recommended by the

18         specialist.  Is that your primary concern?

19   BC:   Yeah and you know it's like I spoken with medical and I told you all don't

20         have to buy uh just give me a (inaudible) where I can buy em' and I'll have

21         my people buy em' and they put up a big fuss about it and so here we are.

22   DB:   Go ahead, anything else you'd like to share with my about your claim?

4

1  BC:   Uh, I think I sent you all the documents that I have pertaining to what the

2        specialist said and those things…and I don't have too much more unless you

3        have any questions of me.

4  DB:   (inaudible) forgot to ask you and I told you I was going to ask you (inaudible)

5        okay.  Everything you sent me, is it true and accurate to the best of your

6        knowledge?

7  BC:   Yes sir.

8  DB:   Okay.  I don't have any more questions at this point rather than…and you

9        clarified just for me just a minute ago where your concerns are (inaudible)

10       Cross-examination?

11 JD:   Excuse me.  How, how has the Department of Corrections discriminated

12       against you?

13 BC:   Uh, they're not, they're not allowing me to get the shoes that I'm sayin'…why

14       send me to the specialist who have recommended that I be given these shoes

15       and they don't follow up.

16 JD:   Is the…are these…are other inmates…oh no, let me rephrase.  In your

17       experience does the Department of Corrections policy to allow all inmates to

18       buy outside shoes?

19 BC:   Not all inmates but…

20 JD:   So this would be a special privilege?

21 BC:   Exactly and then there are inmates here that they have allowed to get shoes

22       and I don't see why they don't allow me to get em'.

23 JD:   That's a special privilege?

5

1   BC:   Well it's….I guess that's how you would say it a special privilege…uh I just

2         know that there are other inmates that have been allowed to uh get shoes.

3   JD:   And you said that you haven't been using your cane recently?

4   BC:   No, the doctors and specialist in Denver I went and saw probably in June, told

5         me that he didn't want me to use a cane, wants me to walk and for my leg to

6         get stronger.

7   JD:   And you've been able to do that?

8   BC:   Yeah, I've been able to do that.

9   JD:   And you can get around the facility okay?

10  BC:   I get around the facility and…like I was tellin' Mr. Borchers, I have my days

11        where sometime don't feel like gettin' up cause my legs feel dead and but I

12        manage…I get up because I ain't tryin' to jis lay around.  I'm not one of the

13        guys that are just trying to uh…just be here.  I have to keep myself busy and

14        you know keep my mind occupied.  I've uh…I'm one of the inmates here that

15        I've always maintained a job, uh my COPD history, I don't get in trouble, I

16        don't…I just kind of…just want to do my time as comfortable as possible.

17  JD:   and you said you've had jobs?

18  BC:   Yeah, yeah I've had jobs.

19  JD:   and have you been able to take classes or programs.  I know you've worked

20        quite a bit but…

21  BC:   Uh, I took all my programs when I first got here and they said I don't need any

22        other programs cause my PD date is so far off that…it doesn't do any good to

1     take any more classes. I've taken basic you know health and all that stuff

2     when I got here in `92, `93.

3 JD: Okay and you currently have a job?

4 BC: Yeah.

5 JD: Okay. So your claim is essentially that the Department of Corrections

6     discriminated against you by not giving you…by not allowing you to purchase

7     outside shoes?

8 BC: Yeah that were recommended by the specialist. Before the knee replacement,

9     I was in a wheelchair on and off and those were the hardest days.

10 JD: uh huh…but DOC did give you that total knee surgery on your right knee…

11 BC: Yeah…

12 JD: replacement?

13 BC: they told me I need another one but they're trying to hold off on the left one.

14 JD: Okay, I don't think I have any other questions.

15 DB: Anything further you'd like testify to in redirect?

16 BC: I'd like to ask Mr. Dance if he…did you get my letter?

17 JD: I've been out of the office…yeah.

18 DB: Hang on if you're going to talk about anything dealing with the settlement, I

19     can't be privileged to that, okay

20 BC: Oh, okay.

21 DB: but if you want to talk to him about that and you want me to adjourn and step

22     outside for a minute, I'll be glad to do that…

23 BC: Sure, can we do that?

1   JD:   I'd like…

2   DB:   I just can't be part of that.

3   BC:   Okay cause I understand.

4

5   END OF PART ONE - BREAK

6

7   DB:   Dick Borchers, Special Master

8   BC:   Byron Cortez

9   JD:   Jess Dance

10  ON:   Dr. Orville Nuefeld

11

12  JD:   Uh we're now here with Byron Cortez and we're at the third hearing of the

13        day…we didn't need you to testify for the second one…

14  ON:   Okay.

15  JD:   So I'll give you a moment to grab Cortez' file.

16  ON:   Here on Byron now.

17  JD:   Okay.

18  ON:   Okay

19  DB:   Dr. Nuefeld, this is Judge…

20  ON:   Are you utilizing uh…

21  JD:   I'm sorry, what was that?

22  ON:   Are you utilizing any of the affidavits you'd uh emailed me?

23  JD:   No, I mean we're going to uh…

1   ON:   Okay.

2   JD:   What we're going to have you testify live.

3   ON:   Okay…the only reason is that there was a little error in there so we pitched

4         that out.

5   JD:   Yeah.

6   ON:   Okay, I'm good.

7   DB:   Dr. Nuefeld, this is Judge Borchers again, I do need to ask you to take an oath

8         or affirmation.  Do you solemnly swear or affirm under the penalty of perjury

9         that the testimony you are about to give will be the truth, the whole truth and

10        nothing by the truth to the best of your knowledge?

11  ON:   Yes, I do.

12  DB:   and would you please state your name?

13  ON:   Dr. Orville Nuefeld.

14  DB:   and let me just run through a couple of things so we can get them out of the

15        way.  You have a license to practice medicine that is in good standing in the

16        State of Colorado, is that correct?

17  ON:   That is correct.

18  DB:   You are a graduate of the Kansas City College of Osteopathic Medicine with a

19        DO Degree.

20  ON:   That is correct.

21  DB:   and you also have a PhD from the University of Arkansas at Little Rock.

22  ON:   That is correct.

23  DB:   All right…your witness.

1  JD:  Dr. Nuefeld, I want to ask you about DOC's policy regarding shoes.

2  ON:  Okay.

3  JD:  and…well first off, have you reviewed the medical file of Mr. Cortez?

4  ON:  Yes I have.

5  JD:  Okay and did you copy certain documents from that…that you now have in
6       front of you?

7  ON:  Yes, I did.

8  JD:  Okay. In what circumstances will the Department of Corrections provide an
9       inmate shoes…will medical provide shoes?

10 ON:  Medical shoes uh by policy are given to somebody who has a true or need for
11      an orthotic…in other words he has a deformed foot, uh a short leg or
12      something that requires a specialty shoe uh to be issued so that he can walk.
13      Those are the conditions that we use.

14 JD:  and will the…is it common DOC policy to allow an inmate to purchase shoes
15      from an outside vendor?

16 ON:  No. Years and years back, there was a lot of issue about shoes and policy
17      became solidified so that outside shoes are not uh brought in for security
18      reasons cause they have to be (inaudible) and they are to be uniform so that
19      they can be identified by security.

20 JD:  Are there circumstances in…are there times when a specialist may recommend
21      something yet the Department of Corrections will not provide it?

22 ON:  That is possible because uh the outside specialists only give us
23      recommendations and it is up to the interpretation of the uh physician who is

10

1        in charge of the facility as to whether or not those recommendations are

2        followed.  Part of that is because not all specialists know exactly how things

3        are handled in the Department of Corrections and that is left up to the

4        discretion of the trained physicians who work with the inmates from day to

5        day in the facility.

6   JD:  Did…did the Department of Correction's providers ever make a

7        recommendation to Mr. Cortez regarding shoes?

8   ON:  Did the Department of Corrections…I think in the…going back, way back I

9        think maybe they bought him some…back in the past but the policy changed

10       uh a number of years ago and from that time forward they were to purchase

11       their own shoes…

12  JD:  In the past…when you say way in the past, you're talking like 1980's or…

13  ON:  I'm thinking possibly the late `80s.

14  JD:  Okay.

15  ON:  I don't know the exact date.

16  JD:  Okay.  Do you know whether recently DOC recommended whether or not he

17       could purchase shoes from the canteen?

18  ON:  From the Canteen I believe there was.

19  JD:  Okay and in your opinion, would the shoes available at the Canteen be

20       sufficient to meet his medical needs?

21  ON:  I believe so.

22  JD:  Is there any indication in the medical file that the shoes from the Canteen are

23       not medically sufficient?

11

1  ON:   No, I don't recall that for sure. From the notes that I have…I have no notes to
2        that effect.
3  JD:   Okay. Uh, that's all I have for now.
4  DB:   Mr. Cortez, cross examination of the doctor?
5  BC:   What's the doctor's name?
6  JD:   Nuefeld.
7  DB:   Dr. Nuefeld.
8  BC:   Oh…Dr. Nuefeld this is Mr. Cortez, have you had the opportunity to view my
9        X-rays?
10 ON:   Yes I have…
11 BC:   Have…
12 ON:   not, not looking at the X-ray itself. I've only looked at x-ray reports.
13 BC:   Okay. Have you yourself had an opportunity to examine me personally?
14 ON:   No.
15 BC:   I have no further questions.
16 DB:   Re-direct.
17 JD:   Uh, we've got nothing further at this time.
18 DB:   Thank you very much doctor…talk to you later.
19 ON:   Okay…am I dismissed at this time?
20 JD:   Yes, we're done with you for the day…thanks for you patience and help.
21 ON:   Okay…good enough…have a good…thanks.
22 JD:   Bye…okay.
23 DB:   Next witness.

1    JD:    Uh, defense rests.

2    DB:    Okay…Mr. Cortez…any (inaudible)…anything you'd like to (inaudible)

3          anything you'd like to say to me?

4    BC:    Oh, I would just like to say Judge that uh…I personally know people in my

5          environment that have been accommodated with shoe ware from the

6          Department of Corrections. Uh, I can't say that they have foot problems or

7          knee problems, but I know that it's been done and that's the only thing that

8          I'm askin' is that I be afforded the same opportunity to live comfortably as the

9          others. Uh, and that's about all I have.

10    DB:    Okay…cross.

11    JD:    No.

12    DB:    Okay. I said we'd reach a point where you'd get a chance to do argument.

13          You can do that at this point in time. If you said what you wanted to say

14          (inaudible)

15    BC:    Okay. I just uh in defense of the testimony I just heard uh, Dr. Nuefeld, he's

16          never examined me personally, uh he's going by my medical chart, which is

17          pretty much well true…you know, all the information in it. Uh, but I just

18          don't see how he can attest to my condition without having examined me

19          personally. Both my legs are…I'm bow legged now because of all the

20          surgeries and I wasn't born that way and the pressure on the outside of both

21          my legs from the calf to my knees hurt everyday, but I'm not a type of guy that

22          is gonna lie around here in the facility and do nothin'. I have to…I work and I

23          like to work and I just you know…I just don't lay around and because I'm

| | | |
|---|---|---|
| 1 | | gettin' around doesn't mean that I'm all right and I've told staff this time and |
| 2 | | time again and I've been through medical, I filed 88 grievances…only to be |
| 3 | | denied and I just hope that somewhere down the line they can accommodate |
| 4 | | me. |
| 5 | DB: | Okay. Your closing for the Defendants. |
| 6 | JD: | Uh, Mr. Cortez said it very succinctly that his issue is he only claim of |
| 7 | | discrimination…the only thing he wants is to be able to purchase shoes from |
| 8 | | an outside vendor, shoes that he feels are more medically appropriate for him, |
| 9 | | but that's not…disability, non-disability discrimination issue.  For him to go |
| 10 | | forward on his claim, for him to succeed, he has to prove four things that he |
| 11 | | has a qualifying disability and that's normally a three-step inquiry, does he |
| 12 | | have a permanent physical impairment that's substantially limits a major life |
| 13 | | activity.  We acknowledge that he has knee problems that…that's an |
| 14 | | impairment.  The Remedial Plan however gave us an objective definition of |
| 15 | | what it means to be substantially limited in major life activity and we have |
| 16 | | those objective criteria of:  able to walk a hundred yards and the ability to do |
| 17 | | stairs and he admits that he is able to get around without a cane, without any |
| 18 | | other assisted devices on his own, he is able to successfully go to work…so |
| 19 | | while he does have some legitimate medical concerns, his functionality is not |
| 20 | | so impinged that . . . he doesn't qualify as a mobility disabled.  Even if he did |
| 21 | | though, he must next show that he was denied something that he was |
| 22 | | otherwise qualified for and then third that the denial was discrimination |
| 23 | | against his mobility impairment and here what we have to choose is…he has |

| | | |
|---|---|---|
| 1 | | to show that he's otherwise qualified to be able to purchase shoes from an |
| 2 | | outside source…that's not the case because nobody's qualified to do that…it's |
| 3 | | not DOC policy to let in shoes from an outside vendor. You heard Dr. |
| 4 | | Nuefeld testify that may have been a policy in the past, that they did have |
| 5 | | some problems, that there were security concerns about outside shoes coming |
| 6 | | in, therefore disabled, not disabled, knee problems, no knee problems… |
| 7 | | everybody's treated equal, nobody's in theory is allowed to purchase shoes |
| 8 | | from an outside vendor. That policy's been uniform…there's no |
| 9 | | discrimination and it's not discrimination against his condition and because he |
| 10 | | can't successfully prove the first three elements, we don't need to get to harm. |
| 11 | | However he has been able to purchase shoes from the canteen and while they |
| 12 | | may not be ideal or everything that he wants, he does acknowledge that he's |
| 13 | | able to get around in them and it's…we got focus on his functionality…we |
| 14 | | don't dispute he's in pain but that, that is not enough to qualify he's disabled |
| 15 | | under the ADA or the Rehab Act. |
| 16 | DB: | You have the final say. |
| 17 | BC: | Uh, I beg to differ because I think I am being discriminated against by uh |
| 18 | | DOC medical. Uh, like I said before, I personally seen them uh authorize |
| 19 | | other inmates with leg problems, foot problems…uh shoes…when the shoes |
| 20 | | are not like the ones that are sold on the DOC Canteen and they walk around |
| 21 | | here nearly everyday and I have been told that from higher staff around here |
| 22 | | that it's a medical problem, that they can do if they want to and nobody seems |
| 23 | | to want to accommodate what the specialist have asked them for. It does me |

| | | |
|---|---|---|
| 1 | | no good to send me the specialist if they won't at least agree to some of the |
| 2 | | things that he saying. I know that the doctors down in Denver have never been |
| 3 | | in this environment but a lot of them…the doctors that I've dealt with…they |
| 4 | | know and they just…I just feel that they're discriminating me by not allowing |
| 5 | | me to purchase the shoes. I've even told them that I'd buy them myself and |
| 6 | | they will be shoes that are similar to the ones that are worn back here but just |
| 7 | | with a little bit more support in them and they've got guys here that have white |
| 8 | | shoes and that's all they ever say…they must be white…no color shoes and |
| 9 | | I'm not trying to be asked to be treated special, I just…want to live a little bit |
| 10 | | more comfortable on the old legs that I have. Uh, I'm due back to go to see |
| 11 | | the orthopedic people in Denver to talk about my left leg in a few more |
| 12 | | months…I don't know the exact date because they don't ever give us those but |
| 13 | | I do know that I have an appointment to go talk about the right leg. I got so |
| 14 | | much hardware in both knees that I can't even clear a metal detector like we |
| 15 | | spoke about and that's about all I have sir. |
| 16 | DB: | Okay. |
| 17 | JD: | I would like to respond to something and I'll so give it if that will work. |
| 18 | DB: | I'll give you…(inaudible) in the final say. |
| 19 | JD: | Okay regarding other inmates in access to shoes that are not available at the |
| 20 | | canteen…Dr. Neufeld did touch on that and said that in rare circumstances the |
| 21 | | medical department will provide inmates with shoes that are not available at |
| 22 | | the canteen and for those rare cases where there's a foot |
| 23 | | deformity…something like that. Uh, that's not what we have here and he does |

| | | |
|---|---|---|
| 1 | | not quality to receive free shoes instead we're talking about a different |
| 2 | | circumstance…the ability to get shoes from an outside provider and that's not |
| 3 | | DOC policy contrary to the other situation and it's not DOC policy and they're |
| 4 | | very hesitant if they ever do to make exceptions because there is an underlying |
| 5 | | security risk and the ADA and indeed the specifically the remedial plan that |
| 6 | | we're working under acknowledges that legitimate penological interests, |
| 7 | | security interests can trump even if there is a legitimate claim there and we're |
| 8 | | talking about this policy.  This policy is not discriminatory, however even if |
| 9 | | there was…even if he was somehow otherwise qualified to receive these |
| 10 | | shoes, which he's not because nobody can be, the security interest is ever |
| 11 | | present and that's all we have. |
| 12 | DB: | Okay |
| 13 | JD: | (inaudible) have the final word… |
| 14 | DB: | Uh, you get the final shot. |
| 15 | BC: | They say medical shoes…the doctor said orthopedic shoes and they gave |
| 16 | | me…they brought some shoes to me one day that they were like uh…like a |
| 17 | | guy with a broken foot…they had straps on them and they weren't what the |
| 18 | | doctor was talking about.  Uh, I'm not asking for them to give me anything |
| 19 | | special…they could buy the ones out of their own canteen if they want to and, |
| 20 | | and, and, I've seen them.  I've also seen them put extra rubber on and I'm not |
| 21 | | opposed to them giving me something from their own canteen as long as it will |
| 22 | | help my situation.  So, it's not just about trying to get something from the |
| 23 | | outside…I've, I've, I've went both routes, I told them I'd pay for them, I told |

1   them you guys can get them from your own canteen, but I still get…I get the

2   buck passed on me…go see such and such, go talk to such and such and in the

3   end they all give me the same answer, which comes back medical has to do

4   that and that's all.

5 DB: Okay I'll take the matter under advisement. (inaudible) I need to do an order in

6   writing so nothing's going to happen…

7 BC: Okay and yes, that's fine Judge.

8 DB: I've got a lot of claims…I'll try to get that in a couple of weeks.

9 BC: Okay.

10 DB: Anything else in the record for you?

11 BC: No sir.

12 DB: For the defense?

13 JD: No.

14 DB: (inaudible) Good luck sir.

15 END OF TRANSCRIPTION.

16