IN THE UNITED STATES DISTRICT COURT
for the District of Colorado

Civil Action No 92-N-870 (OES) Consolidated for all purposes with
Civil Action No. 96-N-343

JESSE MONTEZ, et al.

   Plaintiffs

-vs-

BILL OWENS, et al

   Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 6 - 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-130
Category: Untimely filed Claim
Claimant: Alfonso R. Flores #119483
Address of Claimant: CSP P.O. Box 777, Canon City CO 81215-0777

---

## OBJECTION TO ODER OF DISSMISSAL OF SPecial MASTER

I am sending in this motion in regards to filing my claim during the time this claim was taking place I was in transit for surgery and for court due to lack of knowledge of law and procedures I was unable to do research or obtain legal assistance once I filed the claim I was in transit once again and could not respond to order to show cause due to my situation here at CSP I am locked down 23 hrs a day and cannot do research or obtain legal assistance the assistance that I can obtain is limited I am asking the Courts to please give the opportunity to take part

iN this Claim And to please take into Consideration that i am limited to legal assistance but can obtain some assistance i would like to thank you in advance for taking the time to allow me to file this claim

Respectfully yours
Alfonso R Flores #119483