Civil Action No 92-N-870 (OES) with Civil Action No. 96-N-343
Claim No 03-152   Claimant: ANTHONY Hernandez #83042

Jesse Montez, et al., Plaintiffs
v.
Bill Owens, et al., Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 6 - 2005
GREGORY C. LANGHAM
CLERK

## Request for time extention

I was removed from General population at the start of November. I have not been allowed to have my property. I have only this one piece of paper, one pen, 1 bar of soap, toothbrush + toothpaste. I have been informed that I may have to wait another 3 weeks before I am placed back in general population and have my property returned to me. Defendants have made it impossible for me to prepare for the hearing. All my information that I need is in my property. Futher, I need access to my property to enable me to determine who I will need to request for my witnesses.

Defendants are directly responsable for my inability to meet courts time limits.

I request that I be allowed to prepare a witness list.

Respectfully submitted
Anthony Hernandez

Anthony Hernandez 83042
C.T.C.F.  Transportation Unit 5
Box 1010
Canon City, CO 81215-1010