FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEC 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action, File No. 92-N-870 (DES) Consolidated for all Purposes
(To be supplied by the Court)
with Civil Action No. 96-N-343

Jesse Montez, et al.
_____, Plaintiff(s)

v.

Bill Owen, et al.
_____, Defendant(s)

Claim Number 03-114
Category III
Claimant: Byron Cortez #45627

## Motion To Modify Order of Special Master

The Claimant Byron Cortez hereby Requests the Special Master to Modify the Ruling Issued on September 27th 2005. An As Grounds the Claimant asserts:

1) The Claimant Agrees with all the Recommendations Suggested by the Special Master. Except the Failure to Provide the Claimant with Monetary Compensation. The Claimant believes that he is Entitled to Monetary Compensation, because of the Discrimanation, Pain and Suffering Caused by the Defendants.

(PAGE 1)

2) On November 23rd, 2004 Judges Nottingham and Kane issued an Order Regarding the Criteria which must be Utilized in Adjudicating a Claim in this Civil Action.

3) The Claimant asserts that he has met the Criteria Established by Judges Nottingham and Kane. An he has Proven his Claims by a Preponderance of the Evidence. Criteria Number (4) States Did this Conduct Cause the Claimant harm and if So, what is an Approdriate Remedy?

4) The Claimant states that he should be Given Two Thousand Five Hundred Dollars in Monetary Compensation for the Pain, Suffering, and Discrimanation he went through because of the Defendants. The Claimant also Requests Five Thousand Dollars in Punitive Damages as Punishment for the Willful and Wanton Conduct of the Defendants. Which is On Going and Continuous. Which is Shown by the Defendant's Refusal to Resolve this Matter in a Reasonable Manner.

The Claimant hereby Requests the Special Master to Grant his Motion and Modify his Order.

Respectfully Submitted

Byron Cortez

BYRON CORTEZ
REG No. 45627
49030 St. Hwy 71
Limon, Colorado
80826

(PAGE 2)

## Certificate of Service

I Byron Cortez Certify that Opposing Counsel was Served a Copy of the Motion To Modify Decree of Special Master. By Placing A Copy in the U.S. Mail on December 5th 2005. with Correct Postage.

Byron Cortez

## Copies Sent To

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman St. 5th Floor
Denver, Colorado
80203

(Page 3)