10/10/05

Civil Action N°: 92-N-870 (OES) (Consolidated for all purposes with Civil Action N°: 96-N-343) Jesse Monter, et al. V. Bill Owens, et al.

FILED - UNITED STATES DISTRICT COURT - DENVER, COLORADO - DEC 12 2005 - GREGORY C. LANGHAM CLERK

RECEIVED - OCT 12 2005 - BY: 02-371

Claim N°: 02-371
Category III
Claimant: Elizabeth Gardisani # 110041

**New** Address of Claimant
Gardisani Bruno e Elizabeth
302 Meadowood Dr. C1
Carbondale, Co 81623

Copy of document ORDER and Judgement of dismissal Response To Attorney's General and US District Court.

Your Honor

On May 23, 2005, Judge Richard Borchers Special Master, accepted my cases # 03CV00076 ZLW-OES and case # 04CV1270 ZLW-OES. I did no respond to your court order dated July 29, 2005, for two reasons, ① The Judge Richard Borchers had accepted my case and ② The order of Judgment and dismissal was not signed, making it an illegal document. On the order and Judgement of dismissal on the other case dated September 29, 2005, I did not respond for 2 reasons ① Judge Borchers had accepted my case and ② the order and Judgement

of dismissal was not signed, making it an illegal document.
 I found out any order, motion or announcement needs to be dated and signed in order to be a legal

Respectfully Submitted

_Elee Gardesani_ #110041



RECEIVED
OCT 1 2 2005
BY:

Dismiss Plaintiff's Complaint be granted and that Defendant Robert D. Anderson be dismissed without prejudice *sua sponte*. Plaintiff has filed no objections.

The Court after careful consideration, agrees with the Magistrate Judge's thorough and thoughtful analysis and conclusions, and hereby accepts and adopts the Magistrate Judge's findings and Recommendation. Therefore, it is

ORDERED that Defendants Owens, Ortiz, Shoemaker, And Dep. [sic] Of Corrections' Motion To Dismiss Plaintiff's Complaint is granted. It is

FURTHER ORDERED that the Amended Complaint [Doc. #7] and cause of action are dismissed with prejudice as to Defendants Bill Owens, Joe Ortiz, Dep. [sic] Of Correction, and Jean Shoemaker under Rule 12(b)(6) for failure to state a claim upon which relief can be granted. It is

FURTHER ORDERED that Amended Complaint [Doc. #7] and cause of action are dismissed *sua sponte* without prejudice as to Defendant Robert D. Anderson for failure to exhaust administrative remedies.

DATED at Denver, Colorado, this __29__ day of __September__, 2005.

BY THE COURT:

s/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

03-z-0076 OCS

FURTHER ORDERED that Plaintiff's Motion To Amend is granted as to the request to amend the caption of the case by naming Joe Ortiz in his individual capacity and John Does 1-20 in their individual capacities, and denied as to the request to name Governor Bill Owens as a defendant, and the caption shall be so amended immediately as set forth above. It is

FURTHER ORDERED that the Motion To Dismiss is granted as to all Defendants. It is

FURTHER ORDERED that Prisoner Complaint and cause of action are dismissed with prejudice as to Plaintiff's Eighth Amendment claim and to the extent Plaintiff seeks monetary damages against the CDOC or Joe Ortiz in his official capacity, and otherwise are dismissed without prejudice, the Court declining to exercise supplemental jurisdiction over Claim Three of Plaintiff's Prisoner Complaint . It is

FURTHER ORDERED that judgment is entered in favor of all Defendants and against Plaintiff, the parties to bear their own costs.

DATED at Denver, Colorado, this ___29th___ day of July, 2005.

BY THE COURT:

s/Zita L. Weinshienk

---

ZITA L. WEINSHIENK, Senior Judge
United States District Court

Colorado Department Of Corrections

Name: Graham L3
Register Number: 11004
Unit: 1-103
Box Number: 39005
City, State, Zip: Denver Co 80239

RECEIVED
OCT 12 2005
BY:

Legal Resolution Center
Judge Richard M. Borchers
Judge Bruce S. Pringle
Special Masters of US District
Court
1907 Zenobia Street
Westminster, Colorado 80030