IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-125
Category III
Claimant: Michael D. Suttmiller, #123119
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on December 1, 2005 at the Sterling Correction Facility, Sterling, Colorado. Present were the following: Claimant Michael D. Suttmiller and Aaron Atkinson, attorney for Defendants.

Defendants filed a motion to dismiss alleging that Claimant was not part of the class, as he entered into the custody of the Colorado Department of Corrections (DOC) after August 27, 2003. The Special Master received testimony from Claimant that he had come into the custody of DOC in 2004. He acknowledged that he was not part of the class. Claimant was advised that he could pursue his own separate lawsuit in state or federal court.

Claimant did request the return of supporting documents. That request was granted.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that his supporting documents and exhibits will be returned to him; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the

Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 24, 2006.**

SIGNED this _5th_ day of December, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 5th day of December, 2005 to the following:

Mr. Michael D. Suttmiller
#123119
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____