In the United States District Court for the District of Colorado.

Civil Action No. 92-N-870 (OES) Consolidated for all purposes with Civil Action No: 96-N-343.

Jesse Montez et, al. William Gilmore #63549
Plaintiff

v.

Bill Owens et, al.
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 12 2005
GREGORY C. LANGHAM
CLERK

Motion for Extension of Time to File Appeal in this Matter.

Comes now Plaintiff William Gilmore pro se- asking for a 30 day extension to file his Appeal in this matter as grounds he states the following.

1. Mr Gilmore was given untill Dec 7 to file and appeal to the Decision By Special Masters Borchers.

2.) Mr. Gilmore was hospitalized on Nov 3, 2005 and has been away from his facility and all of his legal work for 30 days

3) For this reason he asks for time to respond

Certificate of mailing.

I William Gilmore certify that on this 8th day of December 2005 I placed in the US mail postage pre paid one motion for extension addressed to.

William Gilmore

Office of the
Attorney General
1525 Sherman, 5th Floor
Denver, CO 80203