IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Brooke Meyer, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants in this case.

Respectfully submitted this 15th day of December, 2005.

                                                 JOHN W. SUTHERS
                                               Attorney General

                                               s/ Brooke Meyer
                                               BROOKE MEYER
                                               Corrections Unit
                                               Civil Litigation and Employment Law Section
                                               1525 Sherman, 5th Floor
                                               Denver, CO 80203
                                               (303) 866-4500
                                               brooke.meyer@state.co.us
                                               Attorney for the Defendants

CERTIFICATE OF SERVICE

   This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 15th day of December, 2005 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

                 s/ Brooke Meyer