OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

*Discharged*

CANNOT LOCATE  EWN
92-CV-870  OES
#1216



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2005

GREGORY C. LANGHAM
CLERK

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

NIXIE    808    1       39 12/14
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *1220-18503-09