

FILED
UNITED STATES DISTRICT COURT

DEC 1 9 2005

GREGORY C. LANGHAM
CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870 - OES
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

## PLAINTIFF BULGIER"s CONTACT INFORMATION
## AS PER COURTS ORDER OF NOVEMBER 28, 2005

COMES NOW, I Jimmy Bulgier Acting Prose in the above cause number hereby provides to this honorable court the following CONTACT INFORMATION in order for this court to set up and order a hearing via Telephone conference.

1.  Plaintiff Bulgier is an incarcerated inmate within the Texas Department of Criminal Justice-Institutional division (T.D.C.J.-I.D.). As a result of Plaintiff Bulgier's incarceration in the State of Texas, Plaintiff Bulgier is unable to appear before this court in person and hereby request a hearing to be conducted via Telephone Conference.

2.  Plaintiff Bulgier spoke to the Inmate Law Library staff to determine the procedures necessary for this court to set up the requested Teleconference. Lt. Robert Quada stated that plaintiff Bulgier would have to be scheduled with Telemed in the C.R.M.F. buliding because the Estelle Unit does not permit Teleconferencing in the Inmate Law Library(unless otherwise ordered by the court).

3.  Lt. Robert Quada informed Plaintiff Bulgier that this court would have to first contact the Estelle Unit Law Library in order to schedule and order such Teleconferences. The CONTACT PHONE NUMBER for the Estelle Unit is as follows;

Estelle Unit Law Library
    Phone #(936)-291-4200 Ext. #2216

Because Plaintiff Bulgier is legally blind and cannot read any printed documents, plaintiff respectfully requests this court to ORDER T.D.C.J.-I.D. to provide an Estelle Unit inmate (Randy Goodrum T.D.C.J. #1065104) to assist Plaintiff Bulgier at and during the Teleconference hearing. This will require an order from this court directed to T.D.C.J.-I.D. (Estelle Unit) as a "REASONABLE ACCOMMODATION" under the Americans with Disabilities Act Title II. Lt. Robert Quada has stated many times to Plaintiff Bulgier that the Estelle Unit DOES NOT PROVIDE "QUALIFIED READER ASSISTANTS" TO BLIND INMATES WITHIN T.D.C.J. It is clear that such refusal to provide "reader assistance to the blind" is a violation of the A.D.A., Rehabilitation Act , Civil Rights Act of 1964. It appears that an ORDER by this Court directed to T.D.C.J. is necessary and in order for

Plaintiff Bulgier to have a fair hearing and be able to read (or have read) his Damage Claim documents and other documents which he needs to refer to during this hearing.

(See Request for Special Accommodation during the damage Claim Hearing (hereto attached)).

Respectfully submitted on this 9th day of December 2005.

Signature: _____

Jim Bulgier  TDCJ #902732

**NOTE:**

T.D.C.J. employee Lt. Robert Quada will no longer be working at the Estelle Unit as of December 9, 2005.  Plaintiff Bulgier does not know the name of his replacement or any contact person who will be in charge of the Estelle Law Library as of December 9, 2005.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Consolidated with: Case #96-N-343
Individual damage Claim #03-147

---

### REQUEST FOR APPOINTMENT OF COUNSEL
### DURING SCHEDULED HEARING

---

COMES NOW, I, Jimmy Bulgier )Plaintiff) Acting Prose do hereby request this Honorable Court to

Appoint Plaintiff Bulgier with Legal Counsel during the Scheduled Hearing.

Plaintiff Bulgier has made many requests over the past 3 years to this court on the grounds that Plaintiff

Bulgier is legally blind and needs assistance in the following areas before and during the Scheduled

Hearing:

1) Assistance in obtaining previously requested documents from defendants and submit said requests as
   "Request for Further discovery of Documents".
2) To make sure that Defendants send copies of requested documents to the Plaintiff and the Court **prior
   to the Scheduled Hearing.**
3) To insure that the terms of the Settlement Agreement are upheld during the Scheduled Hearing.
4) To insure that Plaintiff's rights are upheld during the Scheduled Hearing.
5) To advise Plaintiff prior to and during the Scheduled Hearing.

The last document which Plaintiff Bulgier received from this Court (dated November 28, 2005) states

that Plaintiff Bulgier has a **Right** to **Representation by Legal Counsel** during the Scheduled Hearing.

Plaintiff exercises this right and respectfully requests this Honorable Court to Appoint Legal Counsel

to Plaintiff Bulgier.

Respectfully submitted on this 9th day of December 2005.

Signature: _____

Jim Bulgier  TDCJ #902732

IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage claim #03-147

---

### PLAINTIFF Bulgier's LIST OF WITNESSES

I, Jimmy Bulgier (Acting Prose in the above Civil Action do hereby respectfully Request this Court to **order the following parties to appear** at the Scheduled Hearing.

**D.O.C. STAFF**

1) Frank Sarek (Education employee at C.T.C.F. in 1994 – 1997).

2) David Burris (Tab Plant Manager) at C.T.C.F. in 1993 – 1997.

3) 

**D.O.C. inmates**

1) Benny Padila (#82114) at C.T.C.F.

2) Kenny Endsley (#74690) Ft. Lyons Correctional Facility

3) *Joseph Crispin (#unknown) Former inmate at C.T.C.F. (1993 – 1997), Current Facility unknown.*

Plaintiff Bulgier has requested D.O.C. several times to provide the location of Joseph Crispin.


**Defendants: (See Individual Damage Claims #03-147)**

1) Bill Reed *Former Building captain at C.T.C.F. in 1993 –1997.*

2) Jerry Kimbrel *Format Lt. and Building counselor.*

3) Renee Murphy *Former Building counselor.*

4) Lt. Holden *Former Building Housing Officer.*

5) Becky Rhomano *Mental Health director at C.T.C.F. in 1993 – 1997.*

6) Glynett Smith *Assistant Mental Health at C.T.C.F. in 1993 – 1997.*


Signature: *Jim Bulgier*

---

Jim Bulgier  TDCJ #902732

IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage claim #03-147

---

SYNOPSIS OF Anticipated Testimony

I, Jimmy Bulgier (Acting Prose in the above Civil Action do hereby submit this Synopsis of Anticipated

Testimony of Witnesses at the Scheduled Hearing.

**D.O.C. STAFF**

1) Frank Sarek (Education employee at C.T.C.F. in 1994 – 1997).

To testify about Plaintiff Bulgier's dates of enrollment in his "Family Life Skills" class, dates of
completion, success of completion and his conversations with Renee Murphy pertaining to their refusal
to provide Plaintiff Bulgier with a job and keeping him in "Family Life Skills" class.


2) David Burris (Tab Plant Manager) at C.T.C.F. in 1993 – 1997.

To testify as to Plaintiff Bulgier's performance at his employment at the Tab Plant.


**D.O.C. inmates**

1) Benny Padila (#82114) at C.T.C.F.

To testify concerning the discrimination which took place at C.T.C.F.


2) Kenny Endsley (#74690) Ft. Lyons Correctional Facility

To testify concerning the discrimination which took place in Mental Health and to Plaintiff Bulgier's
performance at the Tab Plant.


3) *Joseph Crispin (#unknown) Former inmate at C.T.C.F. (1993 – 1997), Current Facility unknown.*
Plaintiff Bulgier has requested D.O.C. several times to provide the location of Joseph Crispin.
 To testify concerning the discrimination which took place at C.T.C.F.


**Defendants: (See Individual Damage Claims #03-147)**

1) Bill Reed *Former Building captain at C.T.C.F. in 1993 –1997.*

2) Jerry Kimbrel *Format Lt. and Building counselor.*

3) Renee Murphy *Former Building counselor.*

4) Lt. Holden *Former Building Housing Officer.*

5) Becky Rhomano *Mental Health director at C.T.C.F. in 1993 – 1997.*

6) Glynett Smith *Assistant Mental Health at C.T.C.F. in 1993 – 1997.*

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado  80294-3589

Respectfully submitted on this 9th day of December, 2005.

Signature: _____

**Jim Bulgier TDCJ #902732**

**264 FM 3478 / Estelle Unit**

**Huntsville, Texas  77320-3322**

**Enclosures:**
1.   8 Separate Individual Damage Claim forms.
2.   8 Separate Requests for Court ORDER to Defendants to Release documents.