.IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870 -0 &
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2005

GREGORY C. LANGHAM
CLERK

## REQUEST #1 FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- Any and ALL Medical documents from the Colorado State Hospital in Pueblo, Colorado pertaining to Plaintiff's bladder surgery in 1996. These records may be held with the C.T.C.F. files.
- Mental Health records from Gary Smalley (Regional Mental Health Director) at the Freemont Facility pertaining to Plaintiff Bulgier reported assault against him and his subsequent move back to C.T.C.F. in 1994.

Plaintiff Bulgier has made several written requests to the Defendants (all of which have been sent to this court) and Defendants have either refused or flat out failed to comply with Plaintiff Bulgier's request.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005)

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

➢ This Court
➢ Plaintiff Bulgier (See address below).
➢ U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Respectfully submitted on this 9TH day of DEC, 2005.

Signature: _____
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

REQUEST #2  FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- Medical documents from C.T.C.F. pertaining to Plaintiff Bulgier's burn to his hand in 1996 or 1997.  Including hand drawn depiction by the doctor of the burn, the doctor's statement supporting that the nature of the burn is impossible to be self-inflicted and any other documents pertaining to this injury.
- Any reports or documentation from Cell House #7 staff at C.T.C.F. pertaining to this burn and injury. Plaintiff Bulgier has made several written requests to the Defendants (all of which have been sent to this court) and Defendants have either refused or flat out failed to comply with Plaintiff Bulgier's request.

Plaintiff Bulgier has made several written requests to this court to obtain these documents.  (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005)

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
   Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado  80203

Respectfully submitted on this 9TH day of DEC., 2005.

Signature: _____
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

### REQUEST #3  FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** WRITTEN REQUEST for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to staff "Request Inmate Communications" between Mental Health staff (Becky Rhomano and Glynett Smith) pertaining to Plaintiff's complaint of his removal from the Mental Health program.

- Any Inmate to Staff "Request for Inmate Communications" to Lt. Renee Murphy (Plaintiff's Case Manager) pertaining to his being removed from Mental Health program.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005)

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
   Litigation Section
   1525 Sherman Street, 5th Floor
   Denver, Colorado  80203

Respectfully submitted on this ~~24th~~ 9TH day of ~~June~~ DEC., 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

## REQUEST #4 FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** WRITTEN REQUEST for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to staff "Request Inmate Communications" between Tab Plant (Becky Rhomano and Glynett Smith) pertaining to Plaintiff's complaint of his removal from the Tab Plant.

- Any Inmate to Staff "Request for Inmate Communications" to Lt. Renee Murphy (Plaintiff's Case Manager) pertaining to his being removed from Tab Plant program.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005)

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado 80203

Respectfully submitted on this 9th day of DEC., 2005.

Signature: _____
Jim Bulgier   TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

## REQUEST #5 FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** WRITTEN REQUEST for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to Staff "Request for Inmate Communications" between Plaintiff Bulgier and Annette Porter (C.T/C/F/ Law Library Secretary) pertaining to his request for assistance **as a blind/handicapped** person with his **CRIMINAL APPEAL** and preparing filings for court and research.

- Any written response to Plaintiff Bulgier's above request for assistance in the Law Library.

Plaintiff Bulgier has made several written requests to this court to obtain these documents. (See "Request for Order and Subpoena of documents in discovery" dated March 31, 2005; "Request for Order and Subpoena of Documents in Discovery" dated May 31, 2005)

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
 Litigation Section
 1525 Sherman Street, 5th Floor
 Denver, Colorado  80203

Respectfully submitted on this 9TH day of DEC., 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

### REQUEST #6 FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** **WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All inmate to Staff "Request for Inmate communications" between Plaintiff Bulgier and Captian Bill Reed, Lt. Renee Murphey and Lt. Jerry Kimbrel pertaining to Cell House #7 conditions, safety hazards, etc.

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado  80203

Respectfully submitted on this 9th~~20th~~ day of DEC.~~June~~, 2005.

Signature: _____
Jim Bulgier   TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

REQUEST #7 FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- All documents from C.T.C.F. Education Dept. pertaining to Plaintiff Bulgier's enrollment in Family Life Skills class, (ONLY THE DOCUMENTS WHICH INDICATES ENROLLMENT AND COMPLETION DATES).
- Affidavit from Family Life Skills class instructor (Frank Sarek) in support of the fact that C.T.C.F. staff kept enrolling Plaintiff Bulgier in Family Life Skills class rather than providing Plaintiff Bulgier with **EMPLOYMENT**.

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado 80203

Respectfully submitted on this 9TH day of DEC, 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez vs Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

REQUEST #8  FOR FURTHER DISCOVERY OF DOCUMENTS

COMES NOW, I Jimmy R. Bulgier (Plaintiff) acting Pro-se in this above civil action do hereby make this **FORTH** **WRITTEN REQUEST** for this Honorable Court to Order the Defendants (Colorado Dept. of Corrections (D.O.C.)) to release to the Plaintiff and U.S. Assistant Attorney General (James X. Quinn) the following documents:

- Documentation from C.T.C.F. kitchen Captain which documents the start date of Plaintiff Bulgier's EMPLOYMENT WITH THE C.T.C.F. KITCHEN.

Plaintiff Bulgier respectfully requests this Honorable Court to ORDER the Defendants to make available three (3) copies of the above documents and send them to the following parties:

- This Court
- Plaintiff Bulgier (See address below).
- U.S. Assistant Attorney General (See address below).

Plaintiff:
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

U.S. Assistant Attorney General:
James X. Quinn
Assistant Attorney General
  Litigation Section
  1525 Sherman Street, 5th Floor
  Denver, Colorado  80203

Respectfully submitted on this 9th day of DEC., 2005.

Signature: _____
Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado 80294-3589

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Respectfully submitted on this 9th day of December, 2005.

Signature: _____

**Jim Bulgier TDCJ #902732**
**264 FM 3478 / Estelle Unit**
**Huntsville, Texas 77320-3322**

**Enclosures:**
1. 8 Separate Individual Damage Claim forms.
2. 8 Separate Requests for Court ORDER to Defendants to Release documents.