


**Joe Allen Eubanks, #64033**
**B.V.M.C.**
**P.O. Box 2005**
**Buena Vista, Colorado 81211-2005**

December 1, 2005

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 19th St., Room A 105
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2005

GREGORY C. LANGHAM
CLERK

Re: Damage Claim No. 03-002. (Civil Action No. 92-cv-EWN-OES)
92-cv-00870-EWN-OES

Clerk of the Court:

    I have appealed Judge Borchers final order (#1036), as well as file a suppliment to my original appeal (#1045 and #1103). Somewhere between these actions the Montez class counsel intervened on my behalf as well as Joseph Lovato's (Claim No. 03-085). The class counsels intervention is not personal representation of myself and i have not received a copy of the defendants response to these appeal(s) (#1107). I believe I am entitled to a copy, and I would like to request one from your office or please inform me how to go about getting a copy of this response.

Sincerely,

Joe Eubanks

*Need case number*