IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number 01-092
Category I
Claimant: James Rudnick, #68432
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' document entitled "Motion for Clarification of Special Master's Final Order." A final order has been entered by the Special Master. The Remedial Plan limits the jurisdiction of the Special Masters to adjudication of the claim. This motion will be referred to Judge Kane for action, as the Special Masters have no further jurisdiction as to this claim.

IT IS HEREBY ORDERED that Defendants' motion is forwarded to Judge Kane for action.

SIGNED this 12th day of December, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 12th day of December, 2005 to the following:

Mr. James Rudnick
#68432
LCF
49030 State Highway 71
Limon, CO  80826

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO  80203

_Margie Dykstra_