OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE #1209, #1216, #1216
92 CV-870  EWN-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 6 2005

GREGORY C. LANGHAM
CLERK

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

NIXIE    808    1    39 12/15/05
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *0420-01082-05-39