ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with CivilAction No. 96-N-343)

Jesse Montez, et al.

Plaintiffs,

VS.

Bill Owens, et al.
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-121
Category: Untimely filed Claim
Claimant: Christopher M. Grosso, # 125082
Address of Claimant: SCF, PO Box 6000, Sterling, Co.,80751-6000

---

MOTION TO ADOPT OR MODIFY

---

Your Honor, I bring this matter before you to show that DOC's policies are still being violated to this date despite the Montez Civil Action that is pending. I along with thousands of other inmates are at great disadvantages when trying to work within a health care system that has, and is failing on a daily basis. I ask that my claim be reconsidered due to the facts that DOC's administration does not follow the policies ment to govern their actions. Countless times I have Rights denied because staff does not follow policies. When working through the system trying to correct injustices through higher arch they again refuse to follow standards of policies. In basis DOC has no one to answer to, govnered by their own with no regard for policies they have become an Entity out of controll. I have enclosed letters of on going affairs to be settled with DOC, that are still unanswered. I have extensive documentation to prove these facts, and show the court that DOC does not follow policies ment to Govern it. I askfor my claim to be reconsidered to give me an equal oppertunity to receive proper health care which is my rights within said policies.

Signed this 16 day of December, 2005.

Respectfully Submitted By; Christopher M. Grosso

Christopher M. Grosso
#125082
SCF
P.O. Box 6000
Sterling, Co., 80751-6000

increse multitude prominent

The reasons for delay in filing the claim is based upon the untimely and lack of treatment by DOC Facility's. Since Jan. 28, 05 I have been a ward of the state. Arriving at Sterling CF on 4/7/05. At that time I was denied all of my medical supplies including; hand & wrist brace, ace bandages, hand ball, and physical therapy ball, also they denied my medical slip for bottom bunk restriction. After repeatedly trying to correct these problems and be changed by medical without nothing being done, to which I am still under going final grievances I was told to contact your office by inmate. 2 Since my arival at SCF my knees have given me extreme pain and suffering due to my condition, to which medical has been aware of since incarcera and was informed about in May 05. I have had 3 left knee surgeries and have been diagnosed with advanced arthritis in both knees and ~~prescribed~~ received Celebrex for this on out side facility. In May I informed medical that the boots I was made to wear were most likely makeing my condition worse. I am still figting to receive treatment of the condition of my knees and we are now in Sept with no-thing being done as my condition worsens every day. These are the reasons for my delay in filing; 1) at the time we were told that only fully disabilities could apply, 2) I was unaware of the total lack of proper Health Care at D.O.C. 3) Believeing that these issues could actually be solved by following proper procedures of D.O.C. 4) The time of my arival here at SCF are all factors for the delay in filing.

[Margin note:] All these things were under medical orders from Arapahoe County due to a broken left hand

[Margin note:] and that I couldn't be climbing in & out of a top bunk because of my knees it was too hard on my

DOC Health Care has denied me things that other ~~agencies~~ Health Care department (a ) have prescribed for medical reasons. I have provided copies of grievances showing how they discriminated against me by denicing any care what so ever for me including, braces, physical thereapy, medication, MRI's, further testing, or professional evaluation by specialist of that particular field. Denicing me property that was medically prescribed along with written restrictions for bottom bunk. My hand/wrist brace, physical thereapy equipment were not let in even though these items were gotten through medical while incarcerated, then I was told by medical staff that these items could be purchased through canteen. The fact that D.O.Cs Health Care refuses to provide any treatment or med care what so ever, but is quick to charge and take moneies, should at least be discrimination if not illegal.

possion

possession

pose

* Harm caused by the decisions of D.O.C include general inconveniences, loss of good time, access to programs, emotional damages, and severe physical injuries. Every day activities are filled with pain and suffering with no releif from medical staff due to their refusal of providing any health care. An accident occured on 6/6/05 where as I suffered severe head injuries and continue to have severe head & neck aches that were a direct result of DOC ignoring my bottom bunk restrictions. These injuries were not given proper medical attention and were not even addressed until more than 7 wk after the fact with nothing being done except me being charged for it. Due to these facts I am afraid to report any accidents and also afraid of have to get in and out of a top bunk, my emotional state of mine is not what it used to be. I also have had good time taken away because of this accident that D.O.C. claimed to be a fight. I have suffered

Governor Office

Dear Mr. Mike Nolan,

I, Christopher M. Grosso, am writing you in hopes of establishing a working relationship with you involving the policies that are ment to govern over D.O.C. administrations. Over the past eight months of dealing with D.O.C. staff at verious levels through written directives, they have failed to act within their own set policies, disregarding time frams, procedures, and general professionalism. There have been fifteen grievances that I have turned in to which not have been answered within the given time fram. On top of that the reason given for their tardy replys have nothing to do with any D.O.C policies. By not following said policies and making their own rules as they see fit in covering each others mistakes and unprofess-ionalism they have managed to turn D.O.C.'s administration into a mockery. The health care system is but a joke, as just the other day I was called to medical in which the doctor was first upset with me for filing an A.D.A. claim and demanded to know who informed me to file a claim. I refused to answer him, and then to the claim he answered the questions in a way that suited his means. Not even following policies of giving me a physical which are required, almost guaranteeing my claim be denied which was his specific objective. I have repeatedly been refused requests for medical items, stating that the budget for health care is in the neg-ative and then refusing to even put in a write request which is my right. The fact that medical staff chooses to put them selfs as judges over what is to be reviewed without an

equal oppertunity for review by administrations shows how they value D.O.C. policies. These problems grow worse by day, and the higher up you go seems the more they are apt. to cover for their own, showing once again D.O.C. polocies mean nothing. I am enclosing a letter to Mr. Tony Decesaro that I wrote showing the lack-adaisical attitude of said D.O.C administrations toward the following of their own polocies. I have extensive documentation to prove these facts that I have stated. My hope is that someone of your caliber and integrity will take the time to investigate these matters and try to correct these injustices. I thank you sir for your time and consideration into these matters.

Sincerely,

Christopher M. Grosso

Christopher M. Grosso
#125082
P.O. Box 6000
Sterling, Co., 80751-6000

DOC's Dirrector Colorado Springs

Mailed 12/14/05

Dear Mr. Tony Decesaro,

I, Christopher M. Grosso turned in five step number three grievances back on 9/13/05, that were supposed to have been answered on or before 10/28/05. I have been informed that your department is dirrectly responsible for two of the five grievances. The lack of professionalism your department has shown concerning these matters is appalling. There are an infinite number of rules and regulations that I along with thousand's of other inmates must follow to acquire answers when wronged. All these D.O.C. standards were put into effect by departments such as your own for the specific purpose of making all actions equil. During my time of filing all said grievances (step #1, #2, & #3), not one has been answered in the allotted time from set by D.O.C. standards. Given these facts I'm inclined to ask if there are any policy's or standard's that D.O.C. employee's are made to follow? D.O.C. policies are there for a purpose, and not one has been followed on any filings I have turned in. I expect an immediate reply on this matter, and the names of those responsible for this untimely delay.

Sincerely,

Christopher M. Grosso

Christopher M. Grosso