Reg. #90353
6564 State Highway 96
Olney Springs, CO 81062-8700
December 16, 2005

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2005

GREGORY C. LANGHAM
CLERK

Mr. Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, Colorado 80030

RE: Montez v. Owens, et al.,
Civil Action No. 92-CV-870- EWN-OES
-EWN-OES, and Claimant
Howell F. Roberts, III, Claim
#01-041.

Dear Mr. Borchers;

    I am writing to you because I am a Claimant in the above referenced **Montez v. Owens, et al**. case. On September 22, 2005, you issued an ORDER for the Defendants, through Attorney Jesse Dance of the Attorney General's Office, to file an answer on my claim, Claim #01-041. As of this date, three(3) months later, the Defendants have NOT resolve this issue nor have they filed an answer on my claim.

    Please issue a contempt on the Defendants or issue some Writ of Performance to get the Defendants to resolve my claim pursuant to your ORDER.

    Thank you very much for your time and cooperation in this matter. I look forward to hearing from you very shortly.

Sincerely,

Howell F. Roberts, III
Claimant
Claim #01-041

xc: file
    Attorney General, 1525 Sherman Street, Denver, CO 80203
    Ms. Paula Greisen, 1670 York Street, Denver, CO 80206
    U.S. District Court of Colorado, 901-19th Street, Denver, CO 80294