CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

Discharged

REF

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2005

GREGORY C. LANGHAM
CLERK

CANNOt LOCAtE
92-CV-870-EWN
#1209, #1243
#1240