IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER

DEC 1 9 2005

GREGORY C. LANGHAM
CLERK

---

Claim Number X-140
Category: Untimely Filed Claim
Claimant: David Armijo, #125878
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim of David Armijo. The Special Master reviewed the claim. Claimant indicated in his claim that he came into DOC custody in April, 2005. A show cause order was issued to Claimant, as it did not appear that he was part of the class.

Claimant has responded to the show cause order, but has not dealt with the issue of when he was incarcerated in DOC custody. He discusses in his response his medical condition.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. Individuals incarcerated after that date are not part of the class. In order to pursue a claim for an incident that arose after August 27, 2003, an individual had to have been in custody on or before August 27, 2003 and have a valid cause of action that occurred during that time. An individual who has a valid claim that predates August 27, 2003 may add claims for what occurred after that date.

Claimant is not part of the class. He was not incarcerated in DOC custody on or before August 27, 2003. He may bring a separate lawsuit under the Americans with Disabilities Act for what has occurred since his incarceration in DOC in April, 2005. He may not pursue a claim under the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 24, 2006.**

SIGNED this *19* day of December, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this $19$ day of December, 2005 to the following:

Mr. David Armijo
#125878
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203