Civil Action No 92-N-870
Jesse Montez et al.
v
Bill Owens et al.

12/21/05

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 23 2005

GREGORY C. LANGHAM
CLERK

Claim N.# 03-116
Category III
Claimant James R. Duncan #47621
Address SCF PO Box 6000 Sterling Co. 80751-0600

Admonment To Appeal

To show that after Medical got there paper work showing that claimant had been Turned down by the Montez judge medical review all of my Accommodation Resolution such as First Tear, Lower Bunk, No heavy lifting "And" "No Bendy"
I can not show you this because medical has been Refuseing to see me!! You see I was assaulted by SCF staff and was Removed to Segreation on Dec. 7 2005 and sence that time I have been Refused assistance in walking!! Thay Remove

A

my cane and refused me any other way of walking!!!
in do so they also refused me the Right to food -- I cannot walk there to get, without assistance!!
The Right to shower -- can't walk
The right to exercise -- They have refuse me a wheelchair - a walker or any way to make me mobility

I am sorry for the miss spelling or mis print for I am dyslexical!!

I also ask that you fonsive is my having to print this for I am also refused Law Library!! untell I get out of the bdu unit(5)

This proves that the medical staff and the unite 5 staff are and has been discrimunating against me and stell are!! This show there prejudios against the handicap person in SCF too!!

Its been 15 days sence I been seen by medical for the assault by staff, and I do not know

2

when I will be seen ???  >>> I have 4 medical kits in and no response!

On Dec. 21, 2005, officer Bade refused Duncan his meal -- when ask why Bade stated: medical says you can walk without your cane!! I can not walk without my cane or some type of assistance!!!

I hope this shows the prejudices and discrimination against me and other handicap person in DOC

I pray that Judge Kane lose order me both visional and mobility handicapped!!

Please grant this Admenment to appad. F Thank you for your time and help!!

James R. Duncan 4/7/62

James R. Duncan
DOC # 47762
claimant # 03-116

P.S. Marry X-Mass ☺