92- cv- 870 - EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2005

GREGORY C. LANGHAM
CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## LETTER TO THE CLERK

Enclosed you will find documents which need to be filed with the Court. These documents have a deadline of December 27th, 2005.

Would you please forward these documents to the Westminster Branch of the U.S. District Court? I have been trying to send documents to the Westminster Court however, the prison system does not recognize the Westminster Branch as a legal and properly registered court according to their data base.

I apologies for any inconvenience this may cause you but it is beyond my control.

Thank you for your assistance in this matter.

Sincerely: *[signature]*

Jim Bulgier  TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas  77320-3322