IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 22 2005**

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

### LETTER TO THE SPECIAL MASTER
(Judge Richard M. Borchers)

On October 27, 2005 you sent Lt. Robert Quada (and perhaps the Texas Dept. of criminal Justice-Institutional Division; "Mail service compliance Panel (M.S.C.P.)) by my request a letter informing them that I am a class Action Member of the Montez case. I have been having trouble with T.D.C.J. interfering with my ACCESS TO THE COURTS by not recognizing the Westminster Branch of the U.S. District Court "as a legal and legitimate address of this court".

Two weeks ago I spoke to Lt. Robert Quada and he refused to even speak with me about this matter, he said T.D.C.J. and the Estelle Unit WILL NOT RECOGNIZE THIS COURT'S ADDRESS **unless the T.D.C.J. Mail service Compliance Panel orders him to do so**. I Tried to show him a copy of your letter (see attachment A) but he refused to discuss it further and ordered me out of his Law Library.

As of December 9th, 2005 Lt. Robert Quada transferred to another Texas facility. Now a Ms. Kizzee is temporarily in charge of the Estelle Unit Law Library until a permanent replacement employee can be found.

However, even with new staff in place, Ms. Kizzee, Mrs. Harrison or Mr. Walt refuse to recognize this courts address as a legal and legitimate address and still **WILL NOT ALLOW ME TO SEND "SEALED LEGAL DOCUMENTS"** to the Westminster address.

Until such time that this Court **ORDERS** T.D.C.J. "Mail Service Compliance Panel (M.S.C.P.) and the Estelle Unit Law Library and Mail Room staff to comply with your letter and order. Until such ORDER is granted I am forced to continue to send all court documents and filings to the Denver Branch at 1929 Stout Street. I am sorry your Honor, I have no choice. The Law Library keeps sending all legal mail back to me that is addressed to the Westminster address.

I pray that this time the court will put its foot down and resolve this issue once and for all. Otherwise I will be forced to file "separate Legal Action" with this Court asking for a "Show Cause Order" and "Injunctive Relief". Such civil action would be an unnecessary and wasteful use of this Court's valuable time and resources. Especially when the Montez case is so near to its final conclusion.

I thank you for your time and any help which you can provide in this matter. I would also like to pass along my best wishes to you and the staff of this Court during this Holiday Season.

Respectfully submitted on this 15th day of December, 2005.

Signature: [signature]

Jim Bulgier  TDCJ #902732

***Note:***

A copy of your October 27th, 2005 letter to Lt. Robert Quada has been sent to the T.D.C.J. "Mail Service Compliance Panel" (M.S.C.P.).

A copy of this letter also has been sent to the T.D.C.J. "Mail Service Compliance Panel" (M.S.C.P.).

*Exhibit "A"*

# LRC  Legal Resolution Center

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM
www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Philip F. Roan
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska

October 27, 2005

Lt. Robert Quada
Texas Department of Criminal Justice
    Institutional Division
Law Library
Estelle Unit
264 FM 3478
Huntsville, TX 77320-3322

      RE: *Montez, et al. v. Owens, et al.*
          United States District Court for the District of Colorado
          Civil Action No. 92-N-870

Dear Lt. Quada:

    I am one of two Special Masters appointed by Judge Edward Nottingham in the case of *Montez, et al. v. Owens, et al.* This case was filed as a class action in 1992 pursuant to the Americans with Disabilities Act and Rehabilitation Act. The defendants were officials of the Colorado Department of Corrections and various state elected officials.

    As you may be aware, the United States Supreme Court held in 1998 in the *Yeskey* case that the ADA was applicable to correctional facilities, if those facilities received federal funds. As a result of the *Yeskey* decision and a desire by both sides not to be involved in a multi-month trial, a settlement was reached and then approved by Judge Nottingham on August 27, 2003. The settlement applies to anyone who served a sentence in the Colorado Department of Corrections between 1990 and August 27, 2003.

    One part of the settlement provided a process for inmates or former inmates to file claims for damages under the ADA and Rehabilitation Act. Adjudication of the damage claims was to be handled by special masters, rather than the court. Judge Bruce Pringle and I were appointed as the Special Masters. Since April 1, 2004 to the present, we have had over 1,350 claims filed. The United

Lt. Robert Quada
October 27, 2005
Page Two

States District Court did not want to deal with the volume of claims that have been filed.

One of your inmates, Jimmy Ross Bulgier - #902732, has filed a claim relating to the time that he was in custody in the Colorado Department of Corrections. He has filed a number of pleadings requesting that this letter be sent to you. It is my understanding that you have regulations governing legal mail. Further, legal mail is treated differently than regular mail, especially as to an indigent inmate.

Mr. Bulgier is one of only a few claimants who are incarcerated outside of Colorado. During the time that I have been a Special Master, I have dealt with other state correctional systems and the Federal Bureau of Prisons. I will be glad to assist you in any way to allow Mr. Bulgier to be able to send documents to me for his claim. If you need additional documentation, please call me at 1-888-881-7365. This is a toll-free number.

I would note that Judge Pringle and myself are acting as court officers in handling these claims. Once a claim is resolved, the entire file is placed in the Clerk's Office at the United States District Court in Denver. I hope that this letter will resolve any problems that may exist concerning mail to my office.

Sincerely,

RICHARD M. BORCHERS

cc: Jimmy Ross Bulgier