OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS
Discharged

CANNOT LOCATE EWN
92-cv-870
#1210
OES
REF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 3 2005

GREGORY C. LANGHAM
CLERK

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

81034+1000