OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Discharged

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

CANNOT LOCATE
92-CV-870-EWN
#1249



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 3 2005

GREGORY C. LANGHAM
CLERK