IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage claim #03-147

(AMENDED)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 DEC 23 PM 2:34

GREGORY C. LANGHAM
CLERK

_____ DEP. CLK

## PLAINTIFF Bulgier's LIST OF WITNESSES

I, Jimmy Bulgier (Acting Prose in the above Civil Action do hereby respectfully Request this Court to **order the following parties to appear** at the Scheduled Hearing.

### D.O.C. STAFF

1) Frank Sarek (Education employee at C.T.C.F. in 1994 – 1997).

2) David Burris (Tab Plant Manager) at C.T.C.F. in 1993 – 1997.

3)

### D.O.C. inmates

1) Benny Padila (#82114) at C.T.C.F.

2) Kenny Endsley (#74690) Ft. Lyons Correctional Facility

3) Joseph Crispin (#unknown) Former inmate at C.T.C.F. (1993 – 1997), Current Facility unknown.
Plaintiff Bulgier has requested D.O.C. several times to provide the location of Joseph Crispin.

### Defendants: (See Individual Damage Claims #03-147)

1) Annett Porter *(former Law Library Secretary)* at the C.T.C.F. Unit in 1993 – 1997

2) Bill Reed *Former Building captain at C.T.C.F. in 1993 –1997.*

3) Jerry Kimbrel *Format Lt. and Building counselor.*

4) Renee Murphy *Former Building counselor.*

5) Lt. Holden *Former Building Housing Officer.*

6) Becky Rhomano *Mental Health director at C.T.C.F. in 1993 – 1997.*

7) Glynett Smith *Assistant Mental Health at C.T.C.F. in 1993 – 1997.*

Respectfully submitted on this 15th day of December, 2005.

Signature: *[signature]*

Jim Bulgier   TDCJ #902732

IN THE
UNITED STATES COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage claim #03-147    (AMENDED)

## SYNOPSIS OF Anticipated Testimony

I, Jimmy Bulgier (Acting Prose in the above Civil Action do hereby submit this Synopsis of Anticipated Testimony of Witnesses at the Scheduled Hearing.

### D.O.C. STAFF

1) Frank Sarek (Education employee at C.T.C.F. in 1994 – 1997).

   To testify about Plaintiff Bulgier's dates of enrollment in his "Family Life Skills" class, dates of completion, success of completion and his conversations with Renee Murphy pertaining to their refusal to provide Plaintiff Bulgier with a job and keeping him in "Family Life Skills" class.

2) David Burris (Tab Plant Manager) at C.T.C.F. in 1993 – 1997.

   To testify as to Plaintiff Bulgier's performance at his employment at the Tab Plant.

### D.O.C. inmates

1) Benny Padila (#82114) at C.T.C.F.

   To testify concerning the discrimination which took place at C.T.C.F.

2) Kenny Endsley (#74690) Ft. Lyons Correctional Facility

   To testify concerning the discrimination which took place in Mental Health and to Plaintiff Bulgier's performance at the Tab Plant.

3) Joseph Crispin (#unknown) Former inmate at C.T.C.F. (1993 – 1997). Current Facility unknown.

   Plaintiff Bulgier has requested D.O.C. several times to provide the location of Joseph Crispin.
   To testify concerning the discrimination which took place at C.T.C.F.

### Defendants: (See Individual Damage Claims #03-147)

1) Annett Porter *(former Law Library Secretary) at the C.T.C.F. Unit in 1993 – 1997.*

2) Bill Reed *Former Building captain at C.T.C.F. in 1993 –1997.*

3) Jerry Kimbrel *Format Lt. and Building counselor.*

4) Renee Murphy *Former Building counselor.*

5) Lt. Holden *Former Building Housing Officer.*

6) Becky Rhomano *Mental Health director at C.T.C.F. in 1993 – 1997.*

7) Glynett Smith *Assistant Mental Health at C.T.C.F. in 1993 – 1997.*

All above Defendants made available for testimony, examination and cross examination (if needed).

Signature: *[signature]*

Jim Bulgier  TDCJ #902732

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado  80294-3589

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado  80203

Respectfully submitted on this 15th day of December, 2005.

Signature: *(signed)* Jim Bulgier

**Jim Bulgier TDCJ #902732**
**264 FM 3478 / Estelle Unit**
**Huntsville, Texas  77320-3322**

**Enclosures:**
1. 8 Separate Individual Damage Claim forms.
2. 8 Separate Requests for Court ORDER to Defendants to Release documents.