IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2005

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

## REQUEST FOR SPECIAL ACCOMMODATION
## FOR COURT ORDER DIRECTING T.D.C.J TO PROVIDE
## PLAINTIFF BULGIER WITH AN INMATE TO READ FOR HIM DURING THE SCHEDULED HEARING

COMES NOW, I Jimmy Bulgier Acting Prose in the above cause number hereby respectfully request an ORDER from this Honorable Court directed to the Texas Department of Criminal Justice-Institutional Division (T.D.C.J.-I.D.)for an inmate volunteer within the Estelle Unit to appear with Plaintiff Bulgier to act as his "reader assistant" due to Plaintiff Bulgier's being legally blind and unable to read any printed documents. T.D.C.J. Inmate Randy Goodrum (TDCJ #1065104)has agreed to act as a volunteer "reader Assistant" to plaintiff Bulgier during the pending Damage Claim Hearing scheduled before e this court.

Lt. Robert Quada (temporary employed) at the Estelle Unit has refused to provide Plaintiff Bulgier with this accommodation in violation of the Americans with Disabilities Act Title II, Rehabilitation Act and Civil Rights Act of 1964. 28 Estate Public Entity (such as T.D.C.J.) must provide "REASONABLE ACCOMMODATIONS", "reader assistance for the blind, etc based on the individuals handicapped needs. Reader Assistance is also pointed out in the Technical Assistance Manual A.D.A. Title II with regards to accommodations in State government facilities.

Therefore Plaintiff Bulgier Respectfully requests this Honorable Court (Special Master) to grant petitioners above request and direct the Clerk of this Court to send a written Court Order to the Texas Department of Corrections to provide inmate Randy Goodrum to appear along with Plaintiff Bulgier during the scheduled Hearing for the purposes of acting as Plaintiff Bulgier's "reader Assistant".

Respectfully submitted on this 15th day of December 2005.

Signature: _____

Jim Bulgier TDCJ #902732

**NOTE:**
T.D.C.J. employee Lt. Robert Quada will no longer be working at the Estelle Unit as of December 9, 2005. Plaintiff Bulgier does not know the name of his replacement or any contact person who will be in charge of the Estelle Law Library as of December 9, 2005.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case #92-N-870
Montez (et al) vs. Owens (et al)
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

---

Letter from Randy Goodrum
Volunteering as "reader Assistant
For Plaintiff Bulgier during the scheduled Hearing

---

I, Randy Goodrum (T.D.C.J #1065104), an inmate incarcerated at the Estelle Unit within the Texas Department of Criminal Justice-Institutional Division (T.D.C.J.-I.D.) I respectfully request to volunteer to assist Mr. Jimmy Bulgier (Plaintiff) in his scheduled Hearing as his "Qualified Reader Assistant".

For the past four years I have been assisting Mr. Bulgier with reading his mail (legal and personal), assisting him with his Criminal Appeals and looking up information in the Estelle Law Library for him. **I was not and am not appointed by T.D.C.J. or the Estelle Law Library to perform this reading task for Mr. Bulgier.**

I have spoken to Lt. Robert Quada (Manager of the Estelle Law Library) to attempt to set up a Teleconference or to obtain information to the procedures for a Teleconference for Mr. Bulgier. I also stated to Lt. Robert Quada that I am willing to assist Mr. Bulgier during the scheduled hearing. Lt. Robert Quada said my assistance will not be allowed.

I am willing and available in order to act as his "Qualified Reader Assistant" and perform the duties thereof. It is my understanding that an **ORDER FROM THIS Court is necessary** to directed to the Texas Department of Criminal Justice-Institutional Division (T.D.C.J.) in order to permit myself and Mr. Bulgier to be made available during this scheduled hearing.

I completely agree willingly to the terms and conditions of this court and the duties specified for a "Qualified Reader Assistant" as specified under 28 C.F.R. 35.104 "Qualified Interpreters", 28 C.F.R. 35.160 "Auxiliary Aids & services", "Effective Communications".

I fully understand and agree that I will not act as Mr. Bulgier's Legal council or Representative. I agree to provide "Effective Communications" for Mr. Bulgier who is unable to read printed materials.

Respectfully submitted on this 9th day of December 2005.

Signature: *Randy E. Goodrum*

Randy Goodrum T.D.C.J. #1065104
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

**NOTE:**
    T.D.C.J. employee Lt. Robert Quada will no longer be working at the Estelle Unit as of December 9, 2005. Plaintiff Bulgier does not know the name of his replacement or any contact person who will be in charge of the Estelle Law Library as of December 9, 2005.

Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have provided ALL necessary copies of the forgoing documents to the following parties:

U.S. District Court
For the District of Colorado
1929 Stout Street
Room 145
Denver, Colorado 80294-3589


Respectfully submitted on this 15th day of December, 2005

Signature: _____

**Jim Bulgier TDCJ #902732**
**264 FM 3478 / Estelle Unit**
**Huntsville, Texas 77320-3322**

**Enclosures:**
1. 8 Separate Individual Damage Claim forms.
2. 8 Separate Requests for Court ORDER to Defendants to Release documents.