IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

# ORDER
_____

       This matter comes before the court on a motion to expand the scope of the remedial plan filed by Claimant Jill Coit on December 21, 2005.  Upon review of the motion, the court finds and concludes that it states no ground which would justify any modification of he remedial plan which settled this litigation.  It is therefore

       ORDERED that the motion (#1256) be DENIED.

       Dated this 27th day of December, 2005.

                                             BY THE COURT:

                                             s/ Edward W. Nottingham
                                             EDWARD W. NOTTINGHAM
                                             United States District Judge