IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 02-225
Category II
Claimant: Kevin L. Appel, #119237
Address of Claimant: 412 East Oak Street, Lamar, CO 81052

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Upon review of the claim form, it appeared that Claimant did not enter the custody of the Colorado Department of Corrections (CDOC) until October, 2003. This was after the approval of the Remedial Plan by Judge Nottingham on August 27, 2003.

In order to file a claim, a claimant must have been in the custody of CDOC on or before August 27, 2003. It was on that date that the class was defined. Claimant is not be part of the class.

Claimant was granted up to and including June 10, 2005 in which to respond to the motion to dismiss. He has filed nothing.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 11th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

**CERTIFICATE OF MAILING**

   I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _11th_ day of November, 2005 to the following:

Mr. Kevin L. Appel
#119237
412 East Oak Street
Lamar, CO 81052

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_/s/ Margje Dykstra_