IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-217
Category II
Claimant: Robert Casey, #120859
Address of Claimant: P.O. Box 4182, Durango, CO 81302

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Defendants provided documentation indicating that Claimant did not come into CDOC custody until February, 2004. This was after the approval of the Remedial Plan by Judge Nottingham on August 27, 2003.

    In order to file a claim, a claimant must have been in the custody of CDOC on or before August 27, 2003. It was on that date that the class was defined.

    Claimant was granted up to and including June 10, 2005 in which to respond to the motion to dismiss. He has filed nothing. Claimant is not be part of the class.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 11th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _11th_ day of November, 2005 to the following:

Mr. Robert Casey
P.O. Box 4182
Durango, CO 81302

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203