IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) Consolidated with 96-N-343

JESSE MONTEZ, et al,

    Plaintiffs,

-vs.-

BILL OWENS, et. al,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 7 2005

GREGORY C. LANGHAM
              CLERK

---

Claim No. X-133
Category: Untimely Filed Claim
Claimant: Abad Martinez #102765
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

### ANSWER TO ORDER TO SHOW CAUSE OF SPECIAL MASTER

---

    COMES NOW, Abad Martinez, and through counsel Castelar Garcia, Colo. A.R. 7978, and makes his answer to the order to show cause heretofor entered in this matter.

    He asserts that his response was and is untimely filed because he is illiterate and cannot read or write the English language, and is limited in his education and ability to communicate in English.

    He asserts that he is eligible for relief through the "Montez care because, The Department of Corrections does not take into account his health condition "asthmatic and suffers from chronic pain," in his job assignments."

    Abad Martinez attaches as exhibit one a list of all the medications he is required to take daily.

Submitted this 22 day of December, 2005.

                                                   Castelar M. Garcia
                                                   Attorney for Abad Martinez

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Answer to the Order to Show Cause this 22 day of December, 2005 to the following:

Mr. Abad Martinez
#102765
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Lisa Reed*

OCT 1 8 2005 RECEIVED

Mr. Garcia,　　　　　　　　　　　　October, 16 2005

Enclosed is the information about my medication. 1,2,3,4 are for Asthma 5 is for pain.

1.) 1946867 Flovent HFA - 110 MCG
    Fluticasone Propionate     Glaxo Smith Kline (Manuf.)

2.) 1946869 Ventolin Inhaler - 90 MCG
    Albuterol INH              Dey Labs (Manu.)

3.) 194689 Ventolin Inhaler - 90 MCG
    Albuterol INH              Dey LABS

4.) 1865411 Theolair SR - 300 MG
    Theophylline SR            Schering

5.) 1946865 Feldene - 20 MG
    Piroxicam                  Novo Pharm

Also, I have been disabled since 1981.

[signature]

EXHIBIT 1