IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 7 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 92—870 (OES) Consolidated with 96—343

JESSE MONTEZ, et al,

      Plaintiffs,

-vs.-

BILL OWENS, et al,

      Defendants.

---

Claim Number X-133
Category: Untimely Filed Claim
Claimant: Abad Martinez #102765
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

## REQUEST FOR RELIEF PURSUANT TO MONTEZ, *et. al.*, vs BILL OWENS, *et. al.*

---

      COMES NOW, Abad Martinez, by and through his attorney Castelar Garcia, AR 7978, and requests that the D.O.C. be ordered pursuant to the terms of the court order to factor in his medical conditions in his job assignments and place him in a situation that would take into account his asthma, and chronic pain.

Submitted this 22 day of December, 2005.

                                                    Castelar M. Garcia

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Request for Relief Pursuant to Montez, et. al., vs Bill Owens, et. al. this 22 day of December, 2005 to the following:

Mr. Abad Martinez
#102765
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Lisa Reed_