IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

# ORDER
_____

The court has reviewed the request filed by Abad Martinez (#1303) filed December 27, 2005. The request is that the court order defendants to take certain action with respect to job assignments. The court concludes that this is not the type of damage claim which remains open for adjudication under the parties' settlement agreement. Accordingly, it is

ORDERED that the request be DENIED.

Dated this 27th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge