IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT

DEC 19 2005

GREG... M

---

Claim Number: 02-547
Category: II
Claimant: DeWayne Whitcher, #121811
Address of Claimant: Unknown

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. In the motion, Defendants allege that Claimant came into the custody of the Colorado Department of Corrections after August 27, 2003. Defendants move to dismiss the claim on the basis that Claimant is not part of the class as set by Judge Nottingham on that date.

When this motion was received, an order was issued to allow Claimant the opportunity to respond to the motion. Claimant had provided an updated mailing address of 370 North Murray Boulevard, #306, Colorado Springs, CO 80916. Claimant was granted up to and including November 28, 2005 in which to file a response to the motion. The order sent to Claimant has been returned as undeliverable. This is the only address that the Special Masters have for Claimant. There is no other way to contact him.

The information provided by CDOC reflects that Claimant came into CDOC custody on May 10, 2004 at the Denver Regional Diagnostic Center. Based upon the CDOC number assigned to Claimant, that date would be correct when examined in conjunction with similarly assigned numbers.

The approval of the Remedial Plan on August 27, 2003 defined and set the class. In order to be part of the class and, therefore, able to file a claim, an individual had to have been in CDOC custody on or before August 27, 2003. Individuals coming into CDOC custody after August 27, 2003

are not part of the class and may file a separate lawsuit seeking damages for their claims under the Americans with Disabilities Act and Rehabilitation Act. Claimant is not part of the class, as he came into CDOC custody after August 27, 2003.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 7th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 7th day of November, 2005 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margje Dykstra