IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-458
Category II
Claimant: Alfred Johnson, #121181
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81082-8700

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's response to Defendants' motion to dismiss. Claimant does not dispute that he came into the custody of CDOC after August 27, 2003.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was defined. Under the Remedial Plan, a claimant had to have been in CDOC custody on or before that date. Claimant came into CDOC custody in March, 2004. He is not part of the class. He may pursue his claim through his own lawsuit and has indicated that he will do so.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as he was not in CDOC custody on or before August 27, 2003; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 19, 2005.**

SIGNED this 7th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of November, 2005 to the following:

Mr. Alfred Johnson
#121181
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____