IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 02-320
Category: II
Claimant: Marilyn W. Harris, #107471
Address of Claimant: Unknown

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on his own motion. The file for this claim reflects that Claimant was released from custody. Claimant has failed to provide a new mailing address where she can be reached, and the Special Master has no way to contact Claimant at this point. The last mail sent by the Special Master was returned as undeliverable.

    All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. The claim will be dismissed.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

    SIGNED this 7th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of November, 2005 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Marjie Dykstra_