IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

Claim Number X-138
Category: Untimely Filed Claim
Claimant: John C. Johnsen, Jr., #124094
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion for reconsideration of John C. Johnsen, Jr. Claimant acknowledges that he was incarcerated in Indiana when his eye was hurt. He does not dispute that he was not in DOC custody on or before August 27, 2003. He is not part of the class and cannot pursue a claim. He may file a separate lawsuit in state or federal court.

IT IS HEREBY ORDERED that the motion for reconsideration filed by Claimant is denied; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 24, 2006.**

SIGNED this 15th day of December, 2005.

BY THE COURT:

Richard M. Borchers - Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 15th day of December, 2005 to the following:

Mr. John C. Johnsen, Jr.
#124094
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____