IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) Consolidated with 96-N-343

JESSE MONTEZ, et al,

    Plaintiffs,

-vs.-

BILL OWENS, et. al,

    Defendants.

---

Claim No. X-133
Category: Untimely Filed Claim
Claimant: Abad Martinez #102765
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

## ANSWER TO ORDER TO SHOW CAUSE OF SPECIAL MASTER

    COMES NOW, Abad Martinez, and through counsel Castelar Garcia, Colo. A.R. 7978, and makes his answer to the order to show cause heretofor entered in this matter.

    He asserts that his response was and is untimely filed because he is illiterate and cannot read or write the English language, and is limited in his education and ability to communicate in English.

    He asserts that he is eligible for relief through the "Montez care because, The Department of Corrections does not take into account his health condition "asthmatic and suffers from chronic pain," in his job assignments."

    Abad Martinez attaches as exhibit one a list of all the medications he is required to take daily.

Submitted this 22 day of December, 2005.

                                                                     _/s/ Castelar Garcia_
                                                                     Castelar M. Garcia
                                                                      Attorney for Abad Martinez

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Answer to the Order to Show Cause this _22_ day of December, 2005 to the following:

Mr. Abad Martinez
#102765
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Lisa Reed_