FROM : THE GARCIA LAW OFFICES

Case No. 1:92-cv-00870-CMA-MEH   Document 1336-1   filed 12/29/05   USDC Colorado   pg 1
PHONE NO. of 1195879209          Dec. 29 2005 12:26PM P1

OCT 1 8 2005

October, 16   2005

Mr. Garcia,

Enclosed is the information about my
medication. 1, 2, 3, 4 are for Asthma   5 is for pain.

1) 1946567  Flovent HFA - 110 MCG
   Fluticasone Prepionate     Glaxo Smith Kline (Branch)

2) 1946569  Ventolin Inhaler - 90 MCG
   Albuterol Kit                Dey Labs (Mano.)

3.) 194689  Ventolin Inhaler - 90 MCG
   Albuterol Inff              Dey LABS

4.) 1865411  Theolair SR - 300.MG              ''
   Theophylline SR                 Schering

5.) 1946865  Feldene -        20 ~~mgg~~ MG
   Piroxicam                    Neuc Pharm

Also, I have been disabled since 1981.

Albert Martinez

EXHIBIT

1