IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

___

Claim Number 01-017
Category I
Claimant: Robert J. Brantner, #83609
Address of Claimant: HCCC, 304 Ray Sandoval Street, Walsenburg, CO 81089-8583

___

## ORDER OF DISMISSAL OF SPECIAL MASTER

___

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant has responded to the motion.

Claimant in his response states that "I have lost 80% use of my left arm." He believes that this is a "major life activity" loss and that he should be covered by the claim provision of the Remedial Plan. There is no question that Claimant has a significant physical and health issue.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. Mobility disability is defined by the settlement agreement as being permanently wheelchair bound or having a lower extremity condition.

Claimant has a condition that would allow him to file a separate lawsuit in state or federal court. His condition is not one covered by the Remedial Plan. Claimant cannot pursue his claim, but can sue in a new civil action.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 15, 2005.**

SIGNED this 27th day of May, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _27th_ day of May, 2005 to the following:

Mr. Robert J. Brantner
#83609
HCCC
304 Ray Sandoval Street
Walsenburg, CO 81089-8583

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____