IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

Claim Number 02-592
Category II
Claimant: Mark A. Baumann, #119931
Address of Claimant: 2411 Dumas Drive, Deltona, FL 32738

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant has filed a response to the motion.

In his response, Claimant does not dispute that he was placed into DOC custody in December, 2003. His argument is that he was awaiting sentencing and then transferred to DOC. He had no control over when he was incarcerated.

The Remedial Plan was approved on August 27, 2003 by Judge Nottingham. On that date, the class was set. In order to file a claim, an individual had to have been in DOC custody on or before August 27, 2003. Anyone coming into DOC custody after that date is not part of the class. Such an individual may file a separate lawsuit, but cannot pursue a claim. The fact that an individual was awaiting sentencing is not relevant to whether that individual is part of the class.

Claimant is not part of the class. He is entitled to file his own separate lawsuit to seek relief. He may not pursue a claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 24, 2006.**

SIGNED this 8th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 8th day of November, 2005 to the following:

Mr. Mark Baumann
#119931
2411 Dumas Drive
Deltona, Florida 32738

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra