**ORIGINAL**

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO LEGAL RESOLUTION CENTER 7907 Zenobia Street Westminster, CO 80030-4444 | RECEIVED DEC 2 8 2005 FILED UNITED STATES DISTRICT COURT DENVER, COLORADO DEC 3 0 2005 GREGORY C. LANGHAM CLERK |
| Leroy Walter Baker Claimant 03-040  111 -v- Special Masters Judge Richard M. Borchers Judge Bruce D. pringle | ▲COURT USE ONLY▲ |
| Leroy Walter Baker # 82907 Sterling Correctional Facility 12101 Highway 61, P.O. Box 6000 Sterling, Colorado 80751-06000 Facility Phone 970-521-5010 | Case No: 03-040 92-CV-00870-EWN |
| Objection & Appeal of the Order of the Special Masters Pursuant to: F.R.O.C.P. Rule 53 | |

Objections: To Orders of the Special Masters and Notice of Appeal pursuant to F.R.O.C.P. Rule 53.

Comes now the Claimant <u>Leroy Walter Baker</u> pro:se and file his Objections to the ruling of the Special Masters Order of December 5, 2005. Concerning the Hearing held on the morning of September 15, 2005 here at S.C.F. The Claimant claims that the hearing held was in violation of his due process rights of equal protection. The Special Master himself said that the digital recording system had not been set up correctly? So we do not have any Transcripts of the first 3 tracks of Tape. How can a citizen of this country Appeal their case to any other court without a proper Transcript of the hearing held. In the claimant was told at the time this happened that "If the transcipt was not important we are just going through formalities. Now I find

that this simple crminal act, on the part of a Judge, hird as a Special Master, to disqualify claimants for a price. It is a violation of my right to make a proper appeal to the District Court without knowing what was on them tapes.

## Argument # 2

The only sorce of proof being used at the hearing for both the Attorney Generals Office, and myself was the Medical file made by D.O.C. sence I, the claimant has been lock-up. There is no outside opinion, If these records are the only source of information. What is in them must be accepted as true. Other than what is in these records there is no foundation for the Special Masters to make there judgement from. They have not had anyone examined by outside doctors. The Special Masters are hired hands, they are not even acting in there official capacity as Judges. Fixing of a Compensation is made by the prevailing party in a Settlement. Allocation: The court must allocate payment of the Master's compensation among the parties after considering the natrure and amount of the controversy ect.ect. al. Just as a off duty police can hire himself out as a guard at a supermarket; So a Judge can hire himself out as a Special Master. But the power of being a Judge does not go with the job of being a Special Master, as a Special Master he is hired to disqualify anyone who has a claim under the guide lines established those who won the out of Court Settlement in the Jesse Montez-v-bill Owens Civil action no: 92-N-870 (OES) (Consolidated for all purpose with Civil Action no: 96-N-343). Not from a Judgement based on proof, but from one based on what he is paid to do (Rule 53) the records will show that Mr. Baker was serving time at Centennial Correctional Facility and was transferred to B.O.P. at F.C.I.- Englewood, Colorado where he was diagnosed as being Diabetic with a Heart Condition. He was

also found to have hepatitis A, B, and C. Claimant had two heart attacks while at C.C.F. medical staff recommended that he receive medical shoes and special shirts. He was granted lower bunk status but it has not been renewed, none of Mr. Bakers special needs have been granted at Sterling Correctional Facility. Mr. Baker claims he had eyes when he first came into D.O.C. He was provided with glasses at C.C.F. They were broken when he was Assaulted in the yard at C.T.C.F. Those glasses were never been replaced, and his eyes has gotten worser since that time. These facts have been established as true by the only source of truth used both by the Judge and the District Attorney. these records prove that the disabilities claimed by Mr. Baker are the same as those that was agreed upon by the Court in setting the Jesse Montez case. that the Lawyers have added alot to the settlement putting a burden on the claimant to meet standards that are illegal in light of a class-action out of court settlement.

Respectfully Submitted

*Leroy W. Baker*

(3)

<u>CERTIFICATE OF MAILING</u>

I here by certify that on this **24th** day of **Dec** 2005 A true and correct copy of the fore going document was logged and deposited in the Institutional Mailing.

Judges: R.M. Borchers & B.D. Pringle
Special Masters for the United States District Court
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado, 80203-1760

Leroy W. Baker, #82907