IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

Claim Number 02-782
Category II
Claimant: Willie Joe Lewis, #66466
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant has filed a response to the motion.

In his response, Claimant discusses at length medical care he received on his second period of custody with DOC. This second period commenced on May 18, 2004. He questions the relevancy of the date of August 27, 2003. He argues that Defendants should be held accountable for their actions in 2004 and later.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. In order to file a claim, an individual had to have been in DOC custody on or before August 27, 2003. During the period of time ending on August 27, 2003, that individual must have been subjected to discrimination prohibited by the Americans with Disabilities Act and Rehabilitation Act.

Claimant has not alleged any discrimination occurring during his prior incarceration in DOC. All of his allegations relate to 2004 and forward. Claimant is not part of the class. Claimant may file his separate lawsuit to seek damages for his condition and treatment. He may not pursue this claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 24, 2006.**

SIGNED this 8th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _8th_ day of November, 2005 to the following:

Mr. WillieJoe Lewis
#66466
AVCF
P.O. Box 1000
Crowley, CO 81034-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margie Dykstra