IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 01-107
Category I
Claimant: Sandra A. Rosini, #120834
Address of Claimant: DWCF, 2-215, P.O. Box 392005, Denver, CO 80239-8005

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim of Sandra A. Rosini. Defendants filed a motion to dismiss on the basis that Claimant is not part of the class. An order was issued to Claimant to allow her to respond to the motion. That order was returned as undeliverable. Claimant has failed to provide a current mailing address. Claimant was granted up to and including December 19, 2005 in which to respond. Claimant has filed nothing.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. The Remedial Plan provides that a claimant must have been in DOC custody on or before August 27, 2003 in order to be able to file a claim. Any individual who came into DOC custody after that date cannot pursue a claim but may file a separate lawsuit. Claimant is not part of the class. Her remedy is to file a separate lawsuit. She cannot pursue a claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*[signature]*