IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number: 02-255
Category: II
Claimant: Jean R. Nelson, #03940
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

### ORDER OF DISMISSAL OF SPECIAL MASTER

_____

     THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

     IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

     SIGNED this 21 day of December, 2005.

          BY THE COURT:

          _____
          Richard M. Borchers
          Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _3/_ day of December, 2005 to the following:

Mr. Jean R. Nelson
#03940
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203