# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

Claim Number: 02-539
Category: II
Claimant: Carl Dixon, #59048
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

     THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

     IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

     SIGNED this 21 day of December, 2005.

     BY THE COURT:

     Richard M. Borchers
     Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _21_ day of December, 2005 to the following:

Mr. Carl Dixon
#59048
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203