IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

  Plaintiffs,

-vs.-

BILL OWENS, et al.

  Defendants.

---

Claim Number X-129
Category: Untimely Filed Claim
Claimant: Marvin Wilson,
Address of Claimant: P.O. Box 1108, Denver, CO 80201

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the letter of Marvin Wilson. It appeared that he was seeking legal advice. Legal Resolution Center is a company that does alternative dispute resolution. No one at Legal Resolution Center will be able to provide legal advice or representation concerning a criminal conviction.

Claimant was advised of the Remedial Plan and the right to file a claim. Claimant was granted up to and including October 12, 2005 in which to file a claim. He has not done so. The Special Masters have no jurisdiction except over a claim that is filed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 24, 2006.**

SIGNED this 14th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 14th day of November, 2005 to the following:

Mr. Marvin Wilson
P.O. Box 1108
Denver, CO 80201

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203