IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-075
Category: Untimely Filed Claim
Claimant: Muhammed, #117440
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. Claimant was granted time in which to file a claim. He requested and received an extension up to and including October 17, 2005. No claim form has been filed.

The Special Masters have no jurisdiction over anything except claims that are filed pursuant to the Remedial Plan. Conditions of confinement and other issues surrounding prisons are beyond what can be dealt with by the Special Masters. Claimant has not filed a claim form. There is nothing that the Special Masters can adjudicate pursuant to the Remedial Plan.

IT IS HEREBY ORDERED that the file of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 24, 2006.**

SIGNED this 14th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _14th_ day of November, 2005 to the following:

Muhammad
#117440
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____