IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-124
Category III
Claimant: Jack Reid, #122031
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 810211-2005

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Upon review of the claim form, it appeared that Claimant did not enter the custody of the Colorado Department of Corrections (CDOC) until March 28, 2004. This was after the approval of the Remedial Plan by Judge Nottingham on August 27, 2003.

In order to file a claim, a claimant must have been in the custody of CDOC on or before August 27, 2003. It was on that date that the class was defined. It appears that Claimant may not be part of the class.

Claimant was granted up to and including June 20, 2005 in which to show cause why this claim should not be dismissed. He has filed nothing.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of November, 2005 to the following:

Mr. Jack Reid
#122031
BVMC
P.O. Box 2005
Buena Vista, CO 81211-2005

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____