IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-123
Category III
Claimant: Mark Jay Schall, #120935
Address of Claimant: KCCC, P.O. Box 2000, Burlington, CO 80807

---

**ORDER OF DISMISSAL OF SPECIAL MASTER**

---

THIS MATTER comes before the Special Master on his own motion. The Special Master had reviewed the claim form and had a question as to the date that Claimant came into CDOC custody. His claim form indicated February 24, 2004. An order was sent to Claimant directing him to respond in writing and to indicate when he came into CDOC custody. Claimant has not responded to that order.

His father called the office of the Special Master and indicated that his son was not in custody prior to March, 2004. The father stated that he did not believe the date of incarceration was important in this case.

The Remedial Plan was approved on August 27, 2003 by Judge Nottingham. It was on that date that the class was set. Individuals in the custody of CDOC on or before that date were granted the right to file a claim. Indeed, those individuals were precluded from bringing a separate lawsuit under the Americans with Disabilities Act or Rehabilitation Act that related to acts of CDOC or its employees prior to August 27, 2003. Individuals incarcerated after August 27, 2003 were not part of the class and not bound by the settlement of the case.

Claimant has indicated in his claim form that he came into CDOC custody on February 24, 2004. When given an opportunity to provide additional information, Claimant did not do so. The

Special Master notes that the date that Claimant came into CDOC custody is after August 27, 2003. Claimant is not part of the class. He may pursue a separate action in federal or state court for any claims that he may have against Defendants. He is not able to pursue a claim in this case.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of November, 2005 to the following:

Mark Jay Schall
#120935
KCCC
P.O. Box 2000
Burlington, CO 80807

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margje Dykstra