IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

Claim Number 02-493
Category II
Claimant: Gustavo Osuna, #115940
Address of Claimant: Uknown

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant filed a claim pursuant to the settlement agreement approved by Judge Nottingham on August 27, 2003. Claimant alleged in his claim that he was a member of the class and was entitled to receive compensation or other relief from Defendants.

Claimant was released to a community placement. Defendants have advised the Special Masters that Claimant has absconded from his placement. A warrant has been issued for his arrest.

Federal courts have the authority to dismiss an appeal when a defendant becomes a fugitive. *Degen v. United States*, 517 U.S. 820 (1996); *United States v. O'Neal*, 453 F.2d 344 (10th Cir. 1972). A court does not need to invest its resources on an appeal where a defendant has chosen to absent himself. *Gonzales v. Stover*, 575 F.2d 827 (10th Cir. 1978).

The Special Master does not see any difference between the defendant who becomes a fugitive while his appeal is pending from the claimant who chooses to abscond from a community placement. The claim will be dismissed. If Claimant can establish good cause, the claim may be reinstated. The resources for processing of claims is limited and should not be abused by those who choose to abscond from supervision.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 17, 2006.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of November, 2005 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Margie Dijkstra_