Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -9 2006

GREGORY C. LANGHAM
CLERK

Re: Civil Action No. 92-cv-EWN-OES (Montez v. Owens); Damage Claim No. 03-002. 870

Dear Clerk of the Court;

I wish to inform you that my address has changed. Please mail any correspondences to the following address:

   Joe Eubanks, #64033
   SCCF
   P.O. Box 3
   Pueblo, CO 81003

Thank you

Joe Eubanks