IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-339
Category II
Claimant: Richard Walter Johnson, #96024
Address of Claimant: Unknown

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on his own motion. Claimant discharged his sentence on March 9, 2005 and was released by the Colorado Department of Corrections (DOC). Claimant was not placed on parole, but rather he finished his sentence.

    The Special Masters have no address for Claimant. The last mailing to Claimant was returned by the United States Postal Service. It was and is the duty of Claimant to provide his address to the Special Masters. Claimant has not done so, and further efforts as to this claim would be a waste of time.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 16, 2006.**

    SIGNED this _11th_ day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 11th day of November, 2005 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Margie Dykstra_