IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-818
Category II
Claimant: Craig Kenneth Duncan, #123270
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted an opportunity to respond up to and including May 31, 2005, but he has filed nothing.

The Remedial Plana was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. A claimant had to be in the custody of CDOC on or before that date in order to have the right to file a claim. Any individual who came into CDOC after that date retains all rights to pursue a separate lawsuit, but cannot pursue a claim under the Remedial Plan.

Claimant came into CDOC custody in August, 2004. He is not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of November, 2005 to the following:

Mr. Craig Kenneth Duncan
#123270
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____