IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 01-162
Category I
Claimant: Robin Taggart, #121460
Address of Claimant: 5600 West Colfax, #209, Lakewood, CO 80214

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. A show cause order was issued to Claimant to respond to the motion on or before December 12, 2005. The order has come back as non-deliverable at the only address that the Special Masters have for Claimant.

Claimant came into DOC custody on April 14, 2004. The class was set on August 27, 2003 when Judge Nottingham approved the Remedial Plan. In order to file a claim under the Remedial Plan, a claimant had to have been in custody of DOC on or before August 27, 2003. Claimant is not part of the class and may not pursue her claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 17, 2006.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of November, 2005 to the following:

Ms. Robin Taggart
#121460
5600 West Colfax, #209
Lakewood, CO  80214

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO  80203

_____
Margie Dijkstra