IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-847
Category II
Claimant: Wallace G. Wright, #121763
Address of Claimant: 1651 Kendall Street, Lakewood, CO 80214

---

### AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was mailed an order that granted him time to respond to the motion. The order was returned as undeliverable. He absconded and did not provide an address at which he could be reached. He has sent a letter with a new address.

Claimant came into DOC custody on May 5, 2004. He is not part of the class. In order to be part of the class, a claimant had to have been in DOC custody on or before August 27, 2003. Claimant may pursue any claims that he may have through a separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 17, 2006.**

SIGNED this *15th* day of December, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this $15th$ day of December, 2005 to the following:

Mr. Wallace G. Wright
1651 Kendall Street
Lakewood, CO 80214

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                                /s/ Margie Dykstra