IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-096
Category III
Claimant: Issiac J. Williams, #63433
Address of Claimant: Deceased

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant passed away on July 11, 2005. An order was sent to the only listed next-of-kin, Ruth Williams, advising of the pending claim. The order directed Ms. Williams or another heir to advise the Special Master in writing on or before September 22, 2005 if the claim would be pursued. No response has been received concerning this order from any heir or Ms. Williams.

IT IS HEREBY ORDERED that the claim of Issiac J. Williams is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

    I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of November, 2005 to the following:

Ms. Ruth Williams
1026 East Las Animas
Colorado Springs, CO 80903

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
Margi Dykstra