IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-065
Category III
Claimant: David W. Trujillo, #85374
Address of Claimant: c/o Sylvia Osborn, 2 Rheims Court, Grand Junction, CO 81503

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. A hearing had been scheduled for Claimant at the Colorado Territorial Correctional Facility in Canon City, Colorado for July 22, 2005. That date was vacated when it was discovered that Claimant had been discharged from his sentence.

On May 12, 2005, an order was issued directing Claimant to contact the Special Masters in writing with an updated mailing address. Claimant was given until June 3, 2005 to respond to the motion, and he has failed to do so. He was advised that his claim would be dismissed if he did not respond to the order.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this 29th day of November, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _29th_ day of November, 2005 to the following:

Mr. David W. Trujillo
#85374
c/o Sylvia Osborn
2 Rheims Court
Grand Junction, CO 81503

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____