IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-883
Category II
Claimant: Sherisse D. Pevey, #122154
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Review of the claim indicates that Claimant did not enter into CDOC custody until May, 2004. This was after the approval of the Remedial Plan by Judge Nottingham on August 27, 2003.

In order to file a claim, a claimant must have been in the custody of CDOC on or before August 27, 2003. It was on that date that the class was defined.

Claimant was granted up to and including July 19, 2005 in which to respond to a show cause order. She has filed nothing. Claimant is not be part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19ᵗʰ Street, Denver, CO 80294 **on or before December 27, 2005.**

SIGNED this *29th* day of November, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _29th_ day of November, 2005 to the following:

Ms. Sherisse D. Pevey
#122154
DWCF
P.O. Box 392005
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203