IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

UNITED STATES DISTRICT COURT

DEC 1 9 2005

GREGORY C. LANGHAM

---

Claim Number 02-849
Category II
Claimant: Ronald E. Barcalow, #124104
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted up to and including November 28, 2005 in which to respond to the motion. Claimant has not filed a reply.

Judge Nottingham approved the Remedial Plan on August 27, 2003. On that date, the class was certified for purposes of the claim process set forth in Paragraph XXXII of the Remedial Plan. In order to file a claim for damages, a claimant had to be in the custody of DOC on or before that date. Claimant came into DOC custody on November 19, 2004. Claimant is not part of the class and may not pursue a claim under the Remedial Plan. Claimant may file a separate lawsuit under the ADA and Rehabilitation Act.

IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 24, 2006.**

SIGNED this _5th_ day of December, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _5th_ day of December, 2005 to the following:

Mr. Ronald E. Barcalow
#124104
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203