IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number X-137
Category: Untimely Claim
Claimant: Victor A. Gonzalez, #125288
Address of Claimant: CCF, 6564 State Highway 96, Olney Springs, CO 81062-8700

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the response from Claimant. The Special Master required Claimant to provide the date on which he came into DOC custody. In his response, Claimant indicated that he came into DOC custody on February 10, 2005.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. Individuals incarcerated after that date are not part of the class. Claimant retains the right to file a separate lawsuit in state or federal court under the ADA and Rehabilitation Act. He does not have the right to pursue his claim, as he was incarcerated in DOC custody on or before August 27, 2003.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Victor A. Gonzalez
#125288
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Granna Dickerson*