IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 01-040
Category I
Claimant: Catherine Abrams, #119409
Address of Claimant: 3576 Olive Street, Denver, CO 80207

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. On a prior review, it appeared that Claimant may not be part of the class, as she may have been incarcerated after August 27, 2003. A show cause order was issued to Claimant, but she has not responded to it.

The class was defined by the approval of the Remedial Plan (Plan) on August 27, 2003 by Judge Edward Nottingham. In order to file a claim for damages under Section XXXII of the Plan, a claimant had to be in the custody of the Colorado Department of Corrections (CDOC) on or before August 27, 2003. Claimant came into CDOC custody on September 18, 2003.

Claimant has the right to bring a separate lawsuit in state or federal court. Claimant cannot pursue her claim, as she was and is not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Ms. Catherine Abrams
3576 Olive Street
Denver, CO 80207

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Galeena Dickerson*