IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 01-108
Category I
Claimant: Alfred Ray Boydston, #119921
Address of Claimant: Deceased

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the pending motion to dismiss. Claimant has died. His next-of-kin, Julia Maines, 6405 Hillview Avenue, Las Vegas, Nevada 80107, was granted time to respond to the motion and to indicate if she would pursue the claim. Ms. Maines was granted up to and including August 8, 2005 in which to file a response to the order. Nothing has been filed.

Defendants filed a motion to dismiss on the basis that Claimant was not a member of the class. He arrived in DOC custody on December 3, 2003. The Remedial Plan was approved by Judge Nottingham on August 27, 2003. The class was set on that date. In order to file a claim, a claimant had to have been in DOC custody on or before August 27, 2003. Claimant was not a member of the class. He could not have pursued the claim under the Remedial Plan. Claimant's heirs may have the right to bring a separate action concerning his death. The next-of-kin may not pursue the claim in light of the fact that Claimant was not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March**

**14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Ms. Julia Maines
6405 Hillview Avenue
Las Vegas, NV 89107

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Colleena Dickerson*