IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANG
CL...

---

Claim Number 01-197
Category I
Claimant: Daniel Martinez, #120983
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Upon review earlier of this claim, it appeared that Claimant might not be part of the class. As a result, a show cause order was issued to him to allow him to indicate why he was part of the class. Claimant was granted up to and including December 12, 2005 in which to respond to the show cause order. Claimant has filed no response to that order.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. The class was certified on that date. In order to file a claim pursuant to Article XXXII of the Remedial Plan, a claimant had to have been in DOC custody on or before August 27, 2003. An inmate who came into DOC custody after that date was not part of the class but had the ability and right to commence a separate lawsuit under the ADA and Rehabilitation Act.

According to the claim form, Claimant came into DOC custody on February 19, 2004. He is not a member of the class and may not pursue this claim. He may commence a separate lawsuit if he believes that he has been the victim of discrimination under the ADA.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

  I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Daniel Martinez
#120983
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Collena Dickerson*