IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLEF

---

Claim Number 02-262
Category II
Claimant: Lowell Williams, #118937
Address of Claimant: 1352 Syracuse Street, Denver, CO 80220

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. In review of the claim, it was noted that Claimant stated that he had entered into DOC custody in August 28, 2003. Since it appeared that he might not be part of the class, a show cause order was issued to him. Though granted up to and including December 19, 2005 in which to respond, Claimant has filed nothing.

The Remedial Plan was approved on August 27, 2003. It was on that date that the class was set. In order to pursue a claim under the Remedial Plan, a Claimant had to have been in custody on or before that date. A claimant who was placed into DOC custody after that date was not part of the class, but retrained the right to pursue a separate lawsuit.

Claimant came into DOC custody on August 28, 2004. He is not part of the class and may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _3rd_ day of January, 2006 to the following:

Mr. Lowell Williams
#118937
1352 Syracuse Street
Denver, CO 80220

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203