IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-306
Category II
Claimant: Grant A. Judd, #119075
Address of Claimant: 10201 Riverdale Road, Lot 199, Thornton, CO 80229-2917

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. In review of the claim, it was noted that Claimant stated that he had entered into DOC custody on September 15, 2003. Since it appeared that he might not be part of the class, a show cause order was issued to him. Though granted up to and including December 19, 2005 in which to respond, Claimant has filed nothing.

The Remedial Plan was approved on August 27, 2003. It was on that date that the class was set. In order to pursue a claim under the Remedial Plan, a Claimant had to have been in custody on or before that date. A claimant who was placed into DOC custody after that date was not part of the class, but retained the right to pursue a separate lawsuit.

Claimant came into DOC custody on September 15, 2003. He is not part of the class and may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March**

14, 2006.

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Grant A. Judd
#119075
10201 Riverdale Road, Lot 199
Thornton, CO 80229-2917

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Leeuwena Dickerson*