IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANG
CLER

---

Claim Number 02-331
Category II
Claimant: Brian Adrian Reed, #666693
Address of Claimant: CTC, 14485 East Fremont Avenue, Englewood, CO 80112

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim of Brian Adrian Reed. Claimant checked mobility disability on his initial claim form. He stated that he had a fractured jaw and could not eat. Since it appeared that his condition might not be covered by the Remedial Plan, a show cause order was issued to Claimant. Though granted up to and including September 29, 2005 in which to respond, Claimant has not filed a response.

The Special Masters in this case have a continuing duty to review claims that have been filed. The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. The settlement agreement defines mobility disability has being wheelchair bound or having a lower extremity condition.

Claimant may well have a separate cause of action that may be brought in a new lawsuit. Claimant's condition is not covered by the settlement agreement. He cannot pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

    SIGNED this 3rd day of January, 2006.

                BY THE COURT:

                Richard M. Borchers
                Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Brian Adrian Reid
#66693
CTC
14485 East Fremont Avenue
Englewood, CO 80112

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203