IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 02-333
Category II
Claimant: Ron Shelton, #48440
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim of Ron Shelton. In his claim and supplemental form, Claimant indicated that he suffered an injury to his left hand. This injury made his hand and arm of limited use to him. Claimant checked mobility disability on his initial claim form. Since it appeared that his claim might not fall under the Remedial Plan, a show cause order was issued to Claimant. He was granted up to and including February 14, 2005 in which to respond to the show cause order, but he has filed nothing.

The Special Masters in this case have a continuing to duty to review claims that have been filed. The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. The settlement agreement defines mobility disability has being wheelchair bound or having a lower extremity condition.

Claimant may well have a separate cause of action that may be brought in a new lawsuit. He does not have a disability covered by the Remedial Plan. He cannot pursue a claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Ron Shelton
#48440
AVCF
P.O. Box 1000
Crowley, CO 81034

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203