IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 02-748
Category II
Claimant: Raymond Rodriguez, #122733
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. In reviewing this claim, it appeared that Claimant may not be part of the class. As a result, a show cause order was issued on November 23, 2005. The order was returned as undeliverable, as Claimant has been discharged. He has not provided a current address as required by local court rules.

Claimant indicated in his claim that he came into DOC custody in July, 2004. The class was certified by Judge Nottingham on August 27, 2003 when the Remedial Plan was approved. A claimant had to have been in DOC custody on or before that date in order to pursue a claim. Claimant was not in DOC custody on that date. He may pursue a separate lawsuit under the ADA and Rehabilitation Act. He cannot pursue his claim, as he was and is not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

     I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____