IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 01-137
Category: I
Claimant: Melanie Peterson, #121994
Address of Claimant: DWCF, P.O. Box 392004, Denver, CO 80239

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted time in which to respond but has not filed any response to the motion.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. Individuals incarcerated after that date are not part of the class. In order to pursue a claim for an incident that arose after August 27, 2003, an individual had to have been in custody on or before August 27, 2003 and have a valid cause of action that occurred during that time. An individual who has a valid claim that predates August 27, 2003 may add claims for what occurred after that date.

Claimant is not part of the class. She was not incarcerated in DOC custody on or before August 27, 2003. She may bring a separate lawsuit under the Americans with Disabilities Act for what has occurred since her incarceration in DOC in May, 2005. She may not pursue a claim under the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the

Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 13, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2 day of January, 2006 to the following:

Ms. Melanie Peterson
#121994
DWCF
P.O. Box 392004
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

