IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 02-032
Category II
Claimant: Carlos H. DeLa Cruz, #21975
Address of Claimant: P.O. Box 160, Newcastle, WY 82701

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted up to and including December 12, 2005 in which to respond to the motion. He has filed nothing.

Claimant was placed at the Huerfano County Correctional Center (HCCC) by Wyoming Department of Corrections. HCCC is a private prison run by Corrections Corporation of America. Claimant is not a Colorado DOC inmate and, therefore, no covered by the Remedial Plan. Claimant cannot pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3d day of January, 2006 to the following:

Mr. Carlos H. De La Cruz
#21975
P.O. Box 160
Newcastle, WY 82701

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*[signature]*