IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

**FILED**
NITED STATES DISTRICT COUR
DENVER, COLORADO

**JAN 0 3 2006**

**GREGORY C. LANGHAM**
CLER''

---

Claim Number: 02-105
Category: II
Claimant: Thomas Kunz, #112045
Address of Claimant: 1600 Boulder Street, #23, Denver, CO 80211

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _3rd_ day of January, 2006 to the following:

Mr. Thomas Kunz
#112045
1600 Boulder Street, #23
Denver, CO 80211

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_Earlena Dickerson_