IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 02-148
Category II
Claimant: Julio Rodriguez, #90111
Address of Claimant: 105 N. Public Road, Lafayette, CO 80026

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim of Julio Rodriguez. In his claim, Claimant indicated that he suffers from frequent seizures and that he suffered injuries while in DOC custody. He described emotional issues and flash backs resulting from these injuries. Since it appeared that this condition might not be covered by the Remedial Plan, a show cause order was issued to Claimant. He was granted up to and including April 22, 2005 in which to respond. He has filed nothing.

The Special Masters in this case had a continuing to duty review claims that have been filed. The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. There is no category for seizures.

The settlement agreement defines mobility disability has being wheelchair bound or having a lower extremity condition. Claimant may well have a separate cause of action that may be brought in a new lawsuit. Claimant is not covered by the provisions of the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3d day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Julio Rodriguez
105 North Public Road
Lafayette, CO 80026

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203