IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

　　　　Plaintiffs,

-vs.-

BILL OWENS, et al.

　　　　Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-173
Category: II
Claimant: Armando Ybarra, #64763
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. The file for this claim reflects that Claimant was released from CDOC custody. Claimant has failed to provide a new mailing address where he can be reached, and the Special Master has no way to contact Claimant at this point. The last mail sent by the Special Master was returned as undeliverable.

All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. The claim will be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 13, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3d day of January, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203