IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-230
Category II
Claimant: Joseph Johnson, #117216
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim of Joseph Johnson. In his claim and supplemental form, Claimant indicated that he suffered an injury to his hand. This affected his ability to do any work at DOC facilities. Despite the injury, Claimant maintained that he has been denied jobs that he could physically do. Since it appeared that this injury was not covered by the settlement agreement, a show cause order was issued to Claimant. Claimant was granted up to February 14, 2005 in which to file a response, but has filed nothing.

The Special Masters in this case had a continuing to duty review claims that have been filed. The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. Claimant set forth in his claim that he had a mobility disability.

The settlement agreement defines mobility disability as being wheelchair bound or having a lower extremity condition. Claimant may well have a separate cause of action that may be brought in a new lawsuit. His condition is not covered by the settlement agreement, and he may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Joseph Johnson
#117216
CSP
P.O. Box 777
Canon City, CO 81215-0777

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203