IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 02-597
Category: II
Claimant: William Means, #121880
Address of Claimant: DRDC, P.O. Box 392004, Denver, CO 80239

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. The Special Masters are required to review periodically all claims. In review of this claim, it appeared that Claimant was incarcerated in CDOC in May, 2004. Since it appeared that Claimant may not be part of the class, a show cause order was issued to him. Though granted up to and including December 12, 2005 in which to respond, Claimant has filed nothing.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. Individuals incarcerated after that date are not part of the class. Claimant is not part of the class and may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. William Means
#121880
DRDC
P.O. Box 392004
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203