IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-766
Category II
Claimant: Philip A. Punk, Jr., #120656
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. The Special Master reviewed the file earlier and determined that Claimant may not have been in DOC custody on or before August 27, 2003. As a result, an order was issued to Claimant directing him to provide information on his date of transfer to DOC custody.

Claimant has provided a copy of his judgment of conviction. That document reflects that Claimant was sentenced on February 3, 2004. The date of offense was July 2, 2002, and date of conviction on the charge was July 7, 2003. The document reflects further that Claimant was received by DOC on February 6, 2004. He was assigned his DOC number on that date at DRDC, as reflected by the stamp and handwritten inmate number.

Claimant could not have been placed into DOC custody until after his sentencing. The judgment of conviction and sentence document reflects that he came into DOC custody after February 3, 2004.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was defined. A claimant had to have been in DOC custody on or before that date in order to file and pursue a claim. A claimant with a valid cause of action that existed on August 27, 2003 would be able to amend his claim to include that something that occurred after this date.

Claimants who were not in DOC custody on or before August 27, 2003 may not pursue a claim. Being in custody in a county jail, as was the case with Claimant, is not DOC custody. Claimant retains the right to file a separate lawsuit in state or federal court for violations of the ADA and Rehabilitation Act. Claimant cannot pursue his claim, as he is not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this ___ day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Philip A. Punk, Jr.
#120656
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*/s/ Celena Dickerson*