IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-777
Category II
Claimant: Robert R. Seamans, #119595
Address of Claimant: Deceased

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. The Colorado Department of Corrections (CDOC) has advised the office of the Special Masters that Claimant died on April 4, 2005.

CDOC records reflected that next of kin is sister Vicki Seamans, 1210 E. 6th Street, La Junta, CO 81050. An order was issued allowing Ms. Seaman or another heir to notify the Special Masters that they would pursue the claim. The order provided such notification had to be received on or before July 25, 2005. There has been no response from Ms. Seaman or any other heir.

IT IS HEREBY ORDERED that the claim is dismissed without prejudice; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Ms. Vickie Seamans
1210 East 6th Street
La Junta, CO 81050

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203