IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-825
Category II
Claimant: Cheryl A. Vassallo, #123467
Address of Claimant: BCF, 901 Industrial Park Road, Brush, CO 80723

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the response of Claimant to the order to provide a date when she came into DOC custody. Claimant has acknowledged that she came into DOC custody on October 28, 2004.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. The Remedial Plan provides that a claimant must have been in DOC custody on or before August 27, 2003 in order to be able to file a claim. Any individual who came into DOC custody after that date cannot pursue a claim but may file a separate lawsuit. Claimant is not part of the class. Her remedy is to file a separate lawsuit. She cannot pursue a claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 22 day of December, 2005.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 27 day of December, 2005 to the following:

Ms. Cheryl Vassallo
#123467
BCF
901 Industrial Park Road
Brush, CO 80723

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203