IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-721
Category II
Claimant: Chris Henderson, #119588
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master his own motion. A review of the claim indicated that Claimant came into DOC custody after August 27, 2003. A show cause order was issued to Claimant. Though granted up to and including December 19, 2005 in which to respond, Claimant has filed nothing.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. The Remedial Plan provides that a claimant must have been in DOC custody on or before August 27, 2003 in order to be able to file a claim. Any individual who came into DOC custody after that date cannot pursue a claim but may file a separate lawsuit. Claimant came into DOC custody in November, 2003. Claimant is not part of the class. His remedy is to file a separate lawsuit. He cannot pursue a claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this 3rd day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. Chris Henderson
#119588
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*/s/ Calleena Dickerson*