IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

  Plaintiffs,

-vs.-

BILL OWENS, et al.

  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number: 02-864
Category: II
Claimant: John P. Romero, #108451
Address of Claimant: 918 Rosita Avenue, #2, Trinidad, CO 81082

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

  THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

  IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

  SIGNED this _3_ day of January, 2006.

      BY THE COURT:

      _____
      Richard M. Borchers
      Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 3rd day of January, 2006 to the following:

Mr. John P. Romero
#108451
918 Rosita Avenue, #2
Trinidad, CO 81082

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Leeanna Dickerson*