IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-069
Category III
Claimant: Tomas Colon, #56020
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. This claim had been scheduled for a hearing on September 16, 2005, but that date was vacated as Claimant had been discharged from his sentence.

The claim filed by Mr. Colon indicated that the period of time of incarceration at issue was from October 16, 2003 to the date of discharge. The Remedial Plan which settled this case and established the claim process was approved on August 27, 2003. A claimant had to have been in custody on or before that date and had to have been subjected to discrimination as prohibited by the Americans with Disabilities Act. The claim of Mr. Colon deals with a time period that is not covered by the Remedial Plan.

Claimant was given an opportunity to respond to a show cause order issued on November 28, 2005. That order came back as undeliverable at the only address provided to the Special Masters.

Claimant may have been in custody in DOC at a time prior to August 27, 2003. Claimant has not provided any information that would indicate that he suffered any discriminatory conduct under the ADA and Rehabilitation Act during any period prior to August 27, 2003. As a result, he is not part of the class and may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

SIGNED this __3__ day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2 day of January, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203