IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

---

Claim Number X-139
Category: Untimely Filed Claim
Claimant: Kenneth Linden, #51039
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

---

### ORDER TO DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Upon review of the claim, it appeared that Claimant was alleging problems arising after February, 2005. The claim form indicated that he had come into CDOC custody in September, 2004. Since it appeared that he might not be part of the class, a show cause order was issued to Claimant. Despite being granted up to and including December 27, 2005 in which to respond, Claimant has filed nothing.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was defined. In order to file a claim, a claimant had to have been in CDOC custody on or before that date. Further, a claimant had to establish that a valid claim existed under the ADA and Rehabilitation Act for something that occurred before August 27, 2003. If a claimant had a valid claim relating to August 27, 2003 or before, then a claimant had the right to amend his claim and include something that happened after that date.

Claimant has alleged only incidents that occurred from February, 2005 on. He has not alleged anything that occurred on or before August 27, 2003. Claimant may file a separate lawsuit for what occurred from February, 2005 to the present. He may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as he is not part of the class; and

   IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2006.**

  SIGNED this 4th day of January, 2006.

            BY THE COURT:

            _____
            Richard M. Borchers
            Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 4th day of January, 2006 to the following:

Mr. Kenneth Linden
#51039
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

*Cellena Dickerson*