IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-101
Category III
Claimant: Robert E. Weightman, #104320
Address of Claimant: 1306 - 12 Road, Loma, CO 80524

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant was placed on parole in early 2005. He had been in custody at the Arkansas Valley Correctional Facility and a hearing had been set at that facility. That hearing was vacated when Claimant was released on parole.

Claimant was directed to provide to the Special Masters information concerning his mailing address and ability to travel to Denver for a hearing. That order was dated June 9, 2005 and requested a response by August 8, 2005. No response was received. A show cause order was issued on November 28, 2005 to the last address known to the Special Masters. Claimant was directed to respond by December 19, 2005, but he has not filed anything. This claim has been abandoned and will be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 3, 2006.**

SIGNED this _____ day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _11_ day of January, 2006 to the following:

Mr. Robert E. Weightman
1306 - 12 Road
Loma, CO 80524

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203