ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-870 (OES) ( Consolidated for all purposes with Civil Action No. 96-343)

JESSE MONTEZ, et,al.

Plaintiffs'

Vs.

BILL OWENS, et,al.

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2006

GREGORY C. LANGHAM
CLERK

Clain Number 03-116
Categoey III
Claimant: JAMES R. DUNCAN # 41762
Address of Claimant: SCF, P.O.Box 6000, STERLING, COLORADO  80751-0600

ADDICTION TO APPEAL /OR OJETION UNDER RULE
    RULE   53(g),(2).

Claimant JAMES R, DUNCAN Pro-Se asks this Court to Please Grant this : ADDICTION TO APPEAL OR/ OBJETION, TO RULE 53(g),(2). and now gives the reasons why;

Plaintiff Duncan; did send you a letter while he was in the (hole) unite 5, telling this court about how this DOC AND THE Medical Department Staff are /or did Lie to this court and to the Judges in the hole time this action has deen going on. I stated in that document that the SCF medical had reinststed the NO BENDING,  only after this court had DENIED  tha Plaintiff for the MONTEZ ACTION.!! this dose show that the Medical Department  did and are stell Lieing to this Court. this also shows that the Medical and DOC are PERJUDGOUS AND HAVE BEEN "DISCRIMINATEDING against the plaintiff Duncan in this action.

Please see atteachment knowen as # (1) one  in this document on the right side knowen as (PLANS/ORDERS) please see #7 it is stateing that they are reinstateing the NO BENDING order!!! hows that for proof???

Please see Attachment knowen as Document nember TOW/ or"(2) in this document it cleraly states:  ( DEGENERATIVE CHANGES OF THE ACHILLES TENDON INSERTION AND A PLANTAR SPUR NOTED. ) this clarely shows that this is not ARTHRETAS But never damage that is gitting WOREST NOT BETTER!!!   and all this time the SCF medical staff have been telling you that it was and is ARTHRETAS WITCH IS CLEARNLY A "lie"   and proof that the plaintiff was and is telling you the truth  about his condiction. this really shows that the DOC and the SCF medical staff are and always been DISCRIMINATING AGAINST THE PLAINTIFF and this court.

the medical staff are and have been (LIEING) to this court and to the plaintiff Duncan. This is the documents that the plaintiff had been talking about in that letter asking /Or telling about the lies that had been told to this court,

THEREFORE the plaintiff JAMES R. DUNCAN asks this court to please GRANT this: ADDICTION TO APPEAL /OR OBJECTION UNDER RULE 53(g),(2). and asks this court to please GRANT that both the VISIONALY AND MOBILITY INPAREED AND GRANT the claimant Duncan to the biggest allotment to the claimant Duncan in both categors???

JAMES R. DUNCAN DOC# 41762

CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the forgoing :ADDICTION TO APPEAL / OR OBJECTION UNDER RULE 53 (g),(2). On this dated 1/10/2006 to the following :

ATTORENT GENERAL OFFICE
1525 SHERMAN STREET, 5TH FLOOR.
DENVER, COLORADO 80203

JAMES R. DUNCAN DOC# 41762

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD
### APPOINTMENT
Page 1 of 1

Printed By: WEBSTER, BRIAN R
Printed at: 11/16/2005 14:47:56
Encounter#: 1098387

**41762   DUNCAN, JAMES R**   Facility: SF   LU: SCF/UNIT03   B 1 2 B

**SUBJECTIVE**
Active Medication(s): CAPOTEN - 25 MG; COLACE - 100 MG; K-DUR - 10 MEQ; LASIX - 40 MG; NAPROSYN - 500 MG; PAMELOR - 25 MG; ZANTAC - 150 MG
Kite to renew front closure shirts.
Also, "toes of Lt foot don't bend like they used to" x 18 mos.

Temperature: 94.7   Pulse: 86   Weight: 247
Respiratory: 16   BP: 133 / 86
Vitals Taken: PULSE OXSYM=98.00; HEIGHT=66.00;

**PLANS / ORDERS**

1. Allergies: No Known Allergies

2. X-Ray Lt Foot, both shoulders.

3. D/C - Rx#: 1934444  Drug Brand Name: PAMELOR - 25 MG  Alternate Name: NORTRIPTYLINE  Rx Date: 06/16/2005  Disc Date: 11/16/2005  Rx Instructions: ONE CAPSULE AT BEDTIME

4. NEW - Rx#: 1994584  Drug Brand Name: VITAMIN B-6 - 50 MG  Alternate Name: PYRIDOXINE  Rx Date: 11/16/2005  Disc Date: 11/11/2006  Rx Instructions: ONE TABLET DAILY

5. NEW - Rx#: 1994586  Drug Brand Name: PAMELOR - 25 MG  Alternate Name: NORTRIPTYLINE  Rx Date: 11/16/2005  Disc Date: 05/15/2006  Rx Instructions: 2 CAPS AT BEDTIME X 14 DAYS, THEN 4 CAPS AT BEDTIME, THEREAFTER...AS TOLERATED

6. Medical Housing Restrictions: Added: LOWER BUNK; NO STAIRS;

**OBJECTIVE**
Unable to flex toes. Passive r.o.m. of toes are dramatically reduced.

7. Medical Work Restrictions: Added: EXCERCISE; INTENSIVE;NO BENDING;NOHVY-LIFT - No lifting > 10 lbs.;WRK-CONSIS;

**ASSESSMENT**
Bilateral shoulder O.A. with impingement

Datetime: 11/16/2005 14:16   Providers: WEBSTER, BRIAN R

PA/NP/RD _Webster PAC_   PHYSICIAN ____   NURSE _Johnston_ LPN
Datetime: 11/16/2005 14:16   Provider: 5578   DateTime: 11-16-05  1505

\# 2

# COLORADO DEPARTMENT OF CORRECTIONS
# X-RAY REQUEST/REPORT

Sterling Correctional Facility
12101 Highway 61
Sterling, CO  80751

REGARDING:     James Duncan

BD:  04/01/48     #:  41762          Webster, PAC

EXAMINATION DATE:    12/01/05

EXAMINATION:    THREE VIEWS OF THE LEFT FOOT

INDICATION:    Pain.

FINDINGS:   Degenerative changes at the Achilles tendon insertion and plantar spur are noted.

Increased sclerosis in talus in the region of the tibiotalar joint and mild joint effusion in the ankle noted. This region is incompletely evaluated. If clinically appropriate, three views of the left ankle joint might be of help. No displaced fractures of the foot.

**IMPRESSION:**   **Sclerosis of the talus in the region of the tibiotalar joint, incompletely evaluated. Degenerative changes of the Achilles tendon insertion and a plantar spur noted. Small ankle joint effusion. If clinically appropriate, follow-up three views of the left ankle might be of help.**

INTERPRETED BY:  Edward Pinkus, M.D.
ki
#57

DD:  12/06/05     DT:  12/07/05