OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

*Discharged* REF



Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

CANNOT LOCATE
92-CV-870
#1349
EWN-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2006

GREGORY C. LANGHAM
CLERK