Timothy W. Moses
D.O.C.# 107837
PO BOX 1010
Canon City, CO 81215

92-cv-00870 EWN -OES January 6, 2006

United States District Court
ATTN: The Honorable Judge Kane
901-19th street
room 105
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2006

GREGORY C. LANGHAM
CLERK

RE: Montez V/s Bill Owens/ Appeal on claim # 03-007

Your Honor,
My name is Timothy W. Moses. My claim on the montez case was dismissed, because I went on the run from parole in March of 2005. My original hearing was not suppose to be untill June of 2005. Which I was already back in D.O.C. custody by then. I do understand that that since I went on the run from parole my previos claim was dismissed, But I still feel I am being discriminated against. I am in a wheelchair due to my having the progressive form of Multiple Sclerosis. Since my return to D.O.C. I have been denied multiple times by medical for medical appliances that I require due to my disability. All things that I had prior to my release on parole. Things such as a wheelchair designed for a person who is 6'5. I am currently in a wheelchair that is to small. In an attempt to to make it big enough the medical department lowered the legs so close to the ground causing the foot pegs to catch on the concrete causing me to be thrown out of my wheelchair. this has caused me to suffer a great deal of pain. Also prior to my release in Febuary 2005 I had medical orders for an egg crate mattress, wedge pillow, as well as an exta mattres. Theses were ordered to attempt to make me alittle more comfortable due to constant muscle spasms as a result of my disease. Due to cut backs in medical they say I due not qualify for them any more. I feel I need them more now due to my wheelchair being to small causing a great deal of low back pain. I have also been denied wheelchair gloves that are appropriate for the change in wheather. The gloves they currently provide are not designed to handle the cold wheather. I am asking the court to re-instate my original claim or allow me to file a new claim for the reasons stated above. They are scheduled to have hearings at this facility in Febuary 2006.

Sincerly,

Timothy W. Moses