IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

V.

BILL OWENS, et al.,

Defendants,

---

Claim Number: 03-054
Category III
Claimant: William Shaffstall, #58868
Address of Claimant: 6579 South Kit Carson St., Centennial, CO 80121

---

## OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER

---

Please forgive me your Honor and I do not mean any disrespect to this court, I am not too familiar with the layout of legal documents. (What comes first and so no)?

### OBJECTION

I William Shaffstall DOC # 58868 (Claimant) object to the following:

1.) The dates and locations are not correct.

2.) Mobility disability was cause by CDOC.

3.) Duration of impairment.

4.) Medical orders disregarded.

5.) Was not provided medical equipment.

6.) Cost of treatment.

1

1. FINAL ORDER OF SPECIAL MASTER, II. FINDINGS OF FACT, 4. The dates and locations of Claimant's CDOC custody are as follows:

| | |
|---|---|
| Dec. 7, 1998 to March 26,1999 | Fremont Correctional Facility |
| March 26,1999 to Dec. 12,1999 | Parole status |
| June 25, 2002 to July 3,2002 | DRDC |
| July 3, 2002 to Sept.19, 2002 | Buena Vista |
| Sept. 19, 2002 to Jan. 14, 2003 | Arrowhead |
| Jan. 14, 2003 to April 14, 2003 | Mtn. Park Halfway House |
| April 14, 2003 to May 8, 2003 | Williams House |
| Sept. 15, 2003 to March 25, 2004 | Intensive supervised parole |
| March 25, 2004 to Sept. 28, 2004 | Sterling Correctional Facility |
| Sept. 28,2004 to April 19, 2004 | Four Mile Correctional Center |
| August 3, 2005 | Paroled |

   A. This may be a typo, But it shows the time at Buena Vista to be in correct, Claimant was there a longer period of time and the time at Arrowhead, Mtn. Park Halfway House, and Williams House.

The corrections are as follows:

| | |
|---|---|
| Dec. 7, 1998 to March 26,1999 | Fremont Correctional Facility |
| March 26,1999 to Dec. 12,1999 | Parole status |
| June 25, 2002 to July 3,2002 | DRDC |
| <u>July 3, 2002 to Jan. 14, 2003</u> | Buena Vista |
| <u>Jan. 14, 2003 to April 14, 2003</u> | Arrowhead |
| <u>April 14, 2003 to May 8, 2003</u> | Mtn. Park Halfway House |
| <u>May 8, 2003 to Sept. 15, 2003</u> | Williams House |
| Sept. 15, 2003 to March 25, 2004 | Intensive supervised parole |
| March 25, 2004 to Sept. 28, 2004 | Sterling Correctional Facility |
| Sept. 28,2004 to April 19, 2004 | Four Mile Correctional Center |
| August 3, 2005 | Paroled |

2. FINAL ORDER OF SPECIAL MASTER, II. FINDINGS OF FACT, 5. At time he left FCF, he was able to walk with the assistance of arch supports and was able to negotiate stairs.

   A. Claimant did not have a mobility disability problem prior to arriving that Fremont Correctional Facility (FCF). In December of 1998, I arrived at (FCF) and Was told to wear a pair of DOC boot that were <u>bad</u> (medical file date 12/10/1998) and this was the start of my problems with plantar fasciitis. Because of CDOC neglect in providing a pair of properly fitting boots upon arrival at FCF. <u>Claimant was injured</u> by poorly fitted and worn out boots. "Factors that put extra stress on the feet, wearing shoes that are poorly cushioned, <u>do not fit well, or are worn out</u>." Claimant now has a disability that must be addressed by Claimant for the rest of his life to avoid flair-ups of his plantar fasciitis. This Treatment includes rest, ice, anti-inflammatory drugs, stretching exercises, shoe inserts (orthotics), or night splints. In some cases, steroid injections may be used to reduce inflammation.

Treatment may take <u>months or up to 18 months</u> to relieve heel pain but is usually successful in relieving the inflammation and pain of plantar fasciitis, <u>especially if started at the first sign of symptoms.</u>

      B.    Prior to leaving FCF in March of 1999, <u>no arch supports were given to Claimant</u> and he was <u>not</u> able to negotiate stairs. At the time, Claimant left FCF just two months after being diagnosed with Plantar Fasciitis. This may take months or up to 18 months to treat. Claimant was able to address his medical needs and get the shoe inserts to relieve the pain after leaving CDOC.

      3.    The duration to treat plantar fasciitis or a flair-up of plantar fasciitis. Treatment may take months or up to 18 months to relieve heel pain but is usually successful in relieving the inflammation and pain of plantar fasciitis, <u>especially if started at the first sign of symptoms.</u> (CDOC lack of supplying orthotics or arch supports prolonged the recover time.) If you do not rest the plantar fascia ligament, the inflammation and heel pain will get worse. Other conditions or aggravating factors, such as the repetitive stress of walking, standing, running, or jumping, will contribute to inflammation and pain. The inflamed <u>ligament may never heal completely</u> if you are not able to stop the aggravating activity (lack of arch supports in CDOC boots). If not treated, plantar fasciitis can cause constant heel pain while standing or walking. At BVCF in July of 2003, a flair-up of plantar fasciitis was in progress and the lack of promptness of treatment (arch supports or orthotics) caused the flair-up of plantar fasciitis to last a lot longer then just five months as stated. In late November I paid for and received ARCH SUPPORTS in the mail. However, <u>the pain did not just stop because I started using the arch supports</u> over time my feet started to recover. I was moved to Arrowhead (a work facility) and told I must work, this meant no more rest for my feet.

See Attachment 1

      4.    <u>FINAL ORDER OF SPECIAL MASTER, II. FINDINGS OF FACT, 6.</u>When he arrived at DRDC in June of 2002, he was given a first-tier/lower-bunk restriction by medical.(see medical file dated 6/26/2002)

      A.    If this restriction was followed by CDOC (that medical place on Claimant see medical file dated 6/26/2002) the flair-up of plantar fasciitis might not have been so severe. While at DRDC Claimant was assigned to the third floor, which made it difficult for him not only to get to the television room, but to and from the chow hall three times a day. At this time, Claimant was not aware of the ability to request a cane or a wheelchair and was waiting to be assigned a first-tier/lower-bunk.

      B.    If this restriction was place on Claimant and followed by CDOC, would the Claimant have been moved to a facility that has no first-tier/lower-bunks and has to negotiate stairs wherever he went? This would agitate plantar fasciitis and prolong the healing time.

      5.    Claimant should have been provided orthotics or arch supports in the treatment of this medical condition. This condition plantar fasciitis was caused by CDOC issuing old and poorly fitting boots to the Claimant.

6.  The Claimant had to pay for the arch supports and have them sent to him in CDOC. Now Claimant must buy shoes with the proper support and insoles and must continue with ice, anti-inflammatory drugs, stretching exercises all to stop the flair-up of plantar fasciitis for the rest of his life.

### Conclusion

The injury to the Claimant, plantar fasciitis was cause by CDOC poorly fitting boots. For this, they (CDOC) must be held accountable for the injury to the Claimant's feet and the cost of said injury. In addition, the pain and suffering the Claimant had to tolerant through the long and sometimes put off treatment by CDOC. The lack of, or very little treatment with far too much time between treatment, so that whatever medical gains were made, was than lost.

The cause of this injury and large continuing factor was never addressed or corrected (The boots themselves). How can you ever cure a problem when the cause is always there?

I would like to thank this court for its time and patience in the consideration of this matter.

William Shaffstall CDOC #58868
Claim Number: 03-054

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing **OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER** this 17 day of January, 2006 to the following:

Clerk of the United States District Court
901 19th Street
Denver, CO 80294

Mr. Jess A. Dance
Mr. J. Aaron Atkinson
Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

William Shaffstall   CDOC # 58868
Claim Number: 03-054

5