**Medical/Legal Pitfalls:**

- Failure to recognize, consider, or treat fractures, osteomyelitis, or other illnesses listed in the differential diagnosis list

- Steroid injections may cause Infection and fat pad atrophy

    ◊ Injections introduced through the plantar surface are more apt to cause infection.
    ◊ Excessive steroid in the fat pad area can result in fat pad atrophy and make the problem worse.

**Complications:**

- Fat pad atrophy

- Osteomyelitis

- Rupture of the plantar fascia from steroid injections

- In resistant or severe cases, the following may be used:

    ◊ Below-the-knee (walking) cast for 3-4 weeks

    ◊ Steroid injection (acute or subacute phase) consisting of 10 mg triamcinolone or 2.5 mg dexamethasone combined with 1 mL 1% lidocaine and 1 mL 0.5% Marcaine, with a medial approach in the superior aspect of fascia with a 25-gauge needle, avoiding the fat pad: This injection can be performed by palpating the area of maximal tenderness or, more precisely, by using ultrasonographic guidance (see Medical/Legal Pitfalls).

    ◊ Surgical release of medial plantar fascia with decompression of the abductor digiti quinti, with or without removal of bone spur if it is still symptomatic at 12 months: Approximately 90% of cases can be successfully managed without surgery. Of those that require surgery, 80-90% have good outcomes.

Leslie Milne, MD, Assistant Clinical Instructor, Department of Emergency Medicine, Harvard University School of Medicine

www.aafp.org

Plantar fasciitis is a common cause of heel pain in adults. The pain is usually caused by collagen degeneration (which is sometimes misnamed "chronic inflammation") at the origin of the plantar fascia at the medial tubercle of the calcaneus. This degeneration is similar to the chronic necrosis of tendonosis, which features loss of collagen continuity, increases in ground substance (matrix of connective tissue) and vascularity, and the presence of fibroblasts rather than the inflammatory cells usually seen with the acute inflammation of tendonitis.(1) The cause of the degeneration is repetitive microtears of the plantar fascia that overcome the body's ability to repair itself.

A

In general, plantar fasciitis is a self-limiting condition. <u>Unfortunately, the time until resolution is often six to 18 months,</u> which can lead to frustration for patients and physicians. Rest was cited by 25 percent of patients with plantar fasciitis in one study as the treatment that worked best.(3) Athletes, active adults and persons whose occupations require lots of walking may not be compliant if instructed to stop all activity. Many sports medicine physicians have found that outlining a plan of "relative rest" that substitutes alternative forms of activity for activities that aggravate the symptoms will increase the chance of compliance with the treatment plan.(4)

It is equally important to correct the problems that place individuals at risk for plantar fasciitis, such as increased amount of weight-bearing activity, increased intensity of activity, hard walking/running surfaces and <u>worn shoes</u>. Early recognition and treatment usually lead to a shorter course of treatment as well as increased probability of success with conservative treatment measures.(3,5,6 )

1) Khan KM, Cook JL, Taunton JE, Bonar F. Overuse tendinosis, not tendinitis: a new paradigm for a difficult clinical problem (part 1). Phys Sportsmed 2000;28:38-48.
2) Singh D, Angel J, Bentley G, Trevino SG. Plantar fasciitis. BMJ 1997;315:172-5.
3) Wolgin M, Cook C, Graham C, Mauldin D. Conservative treatment of plantar heel pain: long-term follow-up. Foot Ankle Int 1994;15:97-102.
4) Quillen WS, Magee DJ, Zachazewski JE. The process of athletic injury and rehabilitation. In: Zachazewski JE, Magee DJ, Quillen WS, eds. Athletic injuries and rehabilitation. Philadelphia: Saunders, 1996:3-8.
5) Reid DC. Sports injury assessment and rehabilitation. New York: Churchill Livingstone, 1992.
6) Martin RL, Irrgang JJ, Conti SF. Outcome study of subjects with insertional plantar fasciitis. Foot Ankle Int 1998;19:803-11.
7) Meyer HR. The female foot. Foot Ankle Int 1996; 17:120-4.

www.aafp.org

---

Plantar Fasciitis, Heel Spur, Heel Pain    www.hillspurs.com

Causes: The condition is usually caused by a change or increase in activities, <u>no arch support</u>, lack of flexibility in the calf muscles, being overweight, a sudden injury, <u>using shoes with little cushion on hard surfaces, using shoes that do not easily bend under the ball of the foot</u>, or spending too much time on the feet.

---

Symptoms usually resolve more quickly when the interval between the onset of symptoms and the onset of treatment is shorter.

---

The classic sign of plantar fasciitis (which is often called a "heel spur" because it's easier to pronounce) is heel pain with the first few steps in the morning (84% of our visitors). If this symptom is not present then the diagnosis of plantar fasciitis has to be checked more carefully.   The pain is usually in the front and bottom of the heel, but the definition of "plantar fasciitis" indicates it can be over any portion of the bottom of the foot where the fascia is located.  Patients often report that the pain "moves around." The pain can be mild or debilitating. <u>It can last a few months, become permanent, or come and go every few months or years for the rest of a patient's life with no obvious explanation</u>. Every year, about 1% of the population seeks medical help for this condition (one company claims it's 2.5%). The heel may hurt when it strikes the ground, but plantar fasciitis is not caused by the heel striking the ground. Some patients begin walking on the front of their foot because of heel pain. This may help if they have something other than plantar

B

fasciitis, but if they have plantar fasciitis, walking on the forefoot causes more tension in the plantar fascia (which pulls more on the heel) and it can make their condition worse. Unfortunately, it can take 12 to 36 hours after harmful activity before the pain increases, so it is not usually obvious what activity is causing an increase in pain. For example, a runner may not know if it was a recent change in shoes or changing to a terrain with hills that is causing an increase pain. But since a lack of flexibility in the calf muscles and/or excess weight are the causes of most cases, it is not usually a particular activity that can be blamed.

After successful treatment, how can I prevent plantar fasciitis from coming back?
To prevent the recurrence of plantar fasciitis after treatment, <u>proper fitting footwear is essential</u>. Many people use shoe inserts to relieve pressure over the tender area. Custom orthotics can also be made if there appears to be a problem with the mechanical structure of the foot. It is also important to continue the stretching and exercises. These simple exercises will help maintain the flexibility of the foot and prevent the plantar fasciitis pain from returning

C

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.: 
NAME: Shaffstall
INMATE NO.: 58868
LIVING UNIT: FCF

SUBJECTIVE: routine EKG

DATE: 12-12-98
TIME: 8:30 AM

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P 112/72
routine EKG

age – 37
wt – 201
height 6'4"

Sinus Rythm

SIGNATURE NURSE: Rose England RN
P.E.:
PHYSICIAN:
Rx NO.

ASSESSMENT:

---

PRICARE CODE NO.:
NAME: Shaffstall, William
INMATE NO.: 58868
LIVING UNIT: FCF

SUBJECTIVE: C/O bilat arch pain p̄ running in "bad shoes"

DATE: 12-10-98
TIME:

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___
PE – Tender ant. to heel bilaterally.

1) X-ray both feet
2) Motrin 600mg 1 TID prn c̄ food x 3mo.
3) Soft shoes x 6 mo prn & where security permits

SIGNATURE NURSE: A.C. Fay 12/10/98 1531hrs
P.E.: K Marsh NP
PHYSICIAN: Jayant MD
Rx NO.

ASSESSMENT: 1) Bilat Plantar fasciitis

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

DG.16

# STATE OF COLORADO--DEPARTMENT OF CORRECTIONS
## PHYSICAL EXAMINATION

| INMATE NO. | NAME | | | | | | DATE | | PURPOSE OF EXAM |
|---|---|---|---|---|---|---|---|---|---|
| 58868 | SHAFFSTALL, WILLIAM | | | | | | 6/24/02 | | INTAKE |

| TEMP. | PULSE | RESP. | B/P SITTING | HT. | WT. | EKG -DATE | CHEST X-RAY | TONOMETRY DATE | FACILITY |
|---|---|---|---|---|---|---|---|---|---|
| 98.6 (1) | 58 (2) | 16 (3) | 108/70 (4) | 64 (5) | 148 (6) | pend (7) | (8) RESULTS | DATE (9) | DRD |

| TINE TEST | | VDRL | | SICKLE dex | | PAP SMEAR |
|---|---|---|---|---|---|---|
| DATE 6-25-02 | RESULT ⊘ (10) | DATE (11) | RESULT | DATE N/A (12) | RESULT | DATE (13) RESULT |

| DISTANT VISION (14) | COLOR VISION (15) | HEARING (16) |
|---|---|---|
| WEARS GLASSES YES ( ) NO (X) | NORMAL ( ) | spoken RIGHT voice LEFT |
| R 20/30  CORR. to 20/ | ABNORMAL ( ) | NORMAL ( ) ABN. (X) pt report NORMAL (X) ABN. ( ) |
| L 20/30  CORR. to 20/ | TEST USED ( ) | HEARING AID YES ( ) NO (X) |
| | | AUDIO METRIC TEST NEEDED YES (X) NO ( ) |

(Leave blank is not examined)

| NORMAL | ABNORMAL | | NORMAL | ABNORMAL |
|---|---|---|---|---|
| 17. SKIN | (✓) | 25. THROAT | (✓) | 33. GENITALIA (✓) |
| 18. GAIT | (✓) | 26. MOUTH | (✓) | 34. SPINE (✓) |
| 19. SPEECH | (✓) | 27. NECK | (✓) | 35. RECTUM defer |
| 20. SCALP | (✓) | 28. CHEST | (✓) | 36. PELVIC N/A |
| 21. EYES | (✓) | 29. BREASTS defer | | 37. NEUROLOGICAL |
| 22. FUND defer ( ) | | 30. LUNGS | (✓) | 38. EXTREMITIES (✓) |
| 23. NOSE | (✓) | 31. HEART | (✓) | 39. LYMPH NODES (✓) |
| 24. EARS | (✓) | 32. ABDOMEN | (✓) | 40. MUSCULO-SKELETAL (✓) |
| | | | | 41. OTHER ( ) |

DIAGNOSTIC LABORATORY TESTS
List all abnormalities only:
CXR/UA/RPR

**ABNORMAL FINDINGS** (Refer to number above)

21. Vision test pend

30 & Some stiffness c̄ squatting - declines squat restriction
40 L knee - full ROM - discomfort c̄ flexion - ∅ obv. deformity
   crepitus c̄ flexion & ext

COMMENDATIONS/ FOLLOW/UP
See AHR & prob. list
LIMITATIONS YES (✓) NO ( ) #42
Lower/post tier
(Describe if yes)

SIGNATURE _Klucquist FNP_
White - Medical Record
Yellow - Voc. Rehab.
Pink - Data Coll...
DATE 6/24/02

pg. 27