IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
(Consolidated with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.
Plaintiffs,

v.

BILL OWENS, et al.,
Defendants.

## JOINT MOTION FOR HEARING

Plaintiffs, by and through their counsel of record and Defendants, by and through their counsel of record, respectfully move the Court for a hearing on the pending issues before this Court. As grounds for their Motion, the parties state the following:

1. As the Court is aware, the Remedial Plan signed by this Court provided for a damage claim process in which class members may seek compensation.

2. The damage claim process is ongoing. However, there are several issues that have arisen that are having a significant impact on the damage claim proceedings. Specifically, these issues are as follows:

    a. Whether *Fitzgerald v. Corrections Corp.*, 403 F.3d 1134 (10th Cir. 2005) applies to the damage claim process and the extent to which individual inmates can recover for Eighth Amendment Section 1983 claims. (Docket #1065 and related filings; Docket #1031 and related filings);

b. What damages are available to class members who died during the pendancy of the case (Docket #1149 and related filings); and,

c. Clarification regarding the costs of discovery (Docket #811 and related filings).

3. Because these issues affect almost every claim in the damage claim process, the parties respectfully request a hearing to resolve these matters as soon as practicable.

WHEREFORE, the Parties respectfully request that this Court grant a hearing on the above pending matters.

Respectfully submitted this 18th day of January, 2006

| KING & GREISEN, LLP | KEN SALAZAR |
| --- | --- |
| | Attorney General |
| *s/ Paula Greisen* | *s/ Elizabeth McCann* |
| _____ | _____ |
| Paula Greisen | Elizabeth McCann |
| David H. Miller | James Quinn |
| 730 17th Street, Suite 600 | Assistant Attorney General |
| Denver, Colorado 80202 | Attorneys for Defendants |
| (303) 534-6400 | 1525 Sherman Street, 5th Floor |
| greisen@kinggreisen.com | Denver, Colorado 80203 |
| miller@kinggreisen.com | Telephone: (303) 866-4307 |
| | beth.mccann@state.co.us |
| | james.quinn@state.co.us |
| Counsel for Plaintiffs | Counsel for Defendants |