COPY

92- cv-870 EWN -0E)

January 13, 2006

TO:    Paula Greisen & David Miller
       1670 York Street
       Denver, Colorado  80206

RE:    The litigation of action in Montez v. Owens, as regards contempt of
       Court mandate/Order pertaining to discrimination against those determined
       to be A.D.A.'s and medically unassigned, M-4 classification housed
       in an alleged medical facility:

FROM:  George Charles, Knorr
       # 45154
       Claim No. 02-278
       A.V.C.F.  Unit # 1-A
       P.O. Box 1000
       Crowley, Colorado  81034-0001

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2006

GREGORY C. LANGHAM
CLERK

Dear Dave & Paula,

I am writing to you as regards the practice of **discrimination** against
persons rated **M-4** and medically unassigned, in particular, myself.

During the last part of May, 2004 I came up for my single-cell assign-
ment at the Arkansas Valley Correctional Facility and was **passed over** due
to the fact that I was medically unassigned and apparently **black-balled** from
acquiring any form of job assignment.

I have placed applications for employment with the Laundry for position
of taylor, to the Hobby Shop for self-employment (doing art work), applied
for college courses (to old, to much time), and most recently I applied for
acceptance to the **new** Electronics class.

The application to the Laundry was made approximately **August 11-12,
2004** immediately following my transfer to this facility following the riot
at Crowley, following this I applied for College course approximately **September**
or **October 2004,** Then in or about the last of **April** or first of **May** I applied
for a position of **Self-employment** in the Hobby Shop.

I have had zero responses from any of these employable positions,
the officers running them or from my case manager, Mr. Richard Medina.

Again on the date of **January 06, 2006** I was rotated to the top of
the single-cell list and **again passed-over** due to my medical conditions which
keep me from being employed at this facility.

These **discriminatory practices** have gone on long enough without
being corrected by the District Court, in connection with the mandate of the
Court in the Montez matter.

The immediate personnel involved in this action of discrimination
are as follows:
       Ms. Sherry Hall Cptn. in charge of Housing Units 1,2 & 3;
       Mr. Hughbanks Lieutenant overseeing Housing Unit # 1;

COPY

Mr. Steve Hartley, Associate Warden A.V.C.F.;
Mr. Ron Leyba, Warden A.V.C.F.;
Sgt Vasquez, Housing officer for Unit #1;
Officers,
Tony Jarimillo    Unit #1;
? Ojida           Unit #1;
? Pickarill       Unit #1;

All of the above are responsible for the housing assignments of inmates housed at this facility and are directly responsible for the discrimination against myself and other similarly situated inmates at this facility.

Also it has recently been determined by the Medical Staff, Dr. Beecroft, that I am to get an oxygen machine for use in the housing unit and for the proper amount of space for a unit of this type I should be required to have a single-cell (medical) assignment, due to the amount of room this machine takes-up.

Second problem:
I have been at this facility since the date of **August 09, 2004**, after spending some 18 days at the Y.O.S. facility in Pueblo, following the riot at Crowley.

Since I was wearing my tennis shoes at the time of the riot, I was removed from Crowley **without** any State of Facility issued boots.

I had been ordered **Medical Boots** by the Medical Unit at Crowley and they were on order at the time of the riot, but not yet received by the Laundry Unit for disbursement to me.

Upon my transfer to Y.O.S. and from there to A.V.C.F. I was without any form of issued boots (footware issued), and **remain so** to this day. I have asked for state issued foot ware since my arrival at A.V.C.F. and have repeatedly been denied any accommodation, lately with the excuse that I am on some list for an **experimental boot**, which has yet to be delivered, this excuse was given over 60 days ago by the Sgt. of the Laundry unit at A.V.C.F.

Third problem:   (multiple issues)
Sometime before I was transferred to the C.C.C.F. (Crowley) private prison from F.C.F. Fremont, **July -August** of 2002, the Medical Unit at F.C.F., Ms. Connie Batson L.P.N. at that facility and the Doctor recommended that surgery be performed on numerous hernias which I have in my stomach (3) to my knowledge.

I have yet to have any surgery done in this area and am at risk of ruptures of these hernias.

I have spurs on my heels, dropped Metatarsus' of both feet, requiring special shoes. Dr. Sutton @ C.C.C.F. (Crowley) recomended & ordered casts made of my feet so that proper shoes could be made for me. This was denied by the D.O.C. and has yet to be corrected, or any form of treatment provided since my arrival in the D.O.C. on **January 14, 2002.**

I am also diabetic, which I believe was caused by the D.O.C. and their improper meals, portions of foods and **un-balanced** diet, and stemming from the (lock-down) meal provisions.

I have no history of diabetes in my family and was only diagnosed with this medical problem after being preped for surgery on my nasal passage at the State Hospital, some Two (2) years ago. Blood-sugar level of 407 while lying on the gurrney going into surgery. I was receiving proper treatment for this medical problem while at Crowley, but it has been denied to me since my arrival at A.V.C.F.. I have been denied any form of proper diet due to the fact that I refuse to sign any form of contract in violation of established ADMINISTRATIVE RULES (Class III Rules offense), and the diet at this facility falls well below any medical standards, and Medical refuses to issue any snack for me which I was receiving 2 of at Crowley, also 3000 calorie diet.

I wish to present these issues in the Federal District Court under Montez and also if possible, to proceed with additional legal tort action against the D.O.C. and the above named persons for violations of Const. Rights.

COPY

**I would agree** to your normal contingency fee for the litigation of a §1983 suit.

My current finances amount to some $25.00+ in the hole due to my direct appeal and related costs thereof.

In connection with the Montez issue, I would ask that Immediate Injunctive relief be requested for the Immediate transfer of my person to an appropriate Federal Bureau of Prisons facility **outside** the State of Colorado, hand written listing herein enclosed, because I am in fear for my life because of the wanton disregard for my medical condition and the D.O.C.'s deliberate and negligent disregard for my health, life and wellbeing.

I am taking this opportunity to (send NOTICE of INTENT) to the legal representation for the D.O.C. Ms. Elizabeth McCann of the A.G.'s office, which was supplied in the Notice of Proposed Class Action Settlement forms which David passed out when he visited Crowley in 2003.

I would appreciate a reasonably prompt response to this communication so that I might properly plan, in the eventuality that you refuse to represent me in this matter, or wish me to do the ground work for the litigation.

I am also sending a copy of this communication to the U.S. District Court, ATTN: Judge W.E. Nottingham, to enlighten him as to the conditions of my confinement at the A.V.C.F. Unit of the C.D.O.C.

I respectfully request that you contact me either by mail or in person at your earliest possible opportunity, And I wish to thank you for your time and consideration of this letter, at this time.

I would also inform you that I am fully resolved to pursue this matter to its ultimate outcome.

                              Respectfully,
                              George Charles, Knorr
                              Reg.# 45154
                              Claim # 02-278
                              A.V.C.F.    Unit # 1-A
                              P.O. Box 1000
                              Crowley, Colorado, 81034-0001

COPY

PO Box 26025          33720-6025

FCC of FCI   Beaumont P.O. Box 26045 Beaumont TX 33720-6015

FCI   Big Springs 1900 Simler Ave Big Springs TX 79720-7999

FMC   Fort Worth 3150 Horton Rd, Fort Worth TX 76119-5996

USP   Leavenworth   LVC PO Box 1000 1300 Metropolitan Leavenworth KS 66048

FCI   Oklahoma El Reno Hwy 66 W. PO Box 1000 El Reno OK 73036-1000

FCI   Terminal Island 1299 Seaside Ave Terminal Island CA 90731-0207

FCI   Lompoc 3600 Guard Rd, Lompoc, CA 93436

FPC   Boron

FCI   Victorville 13777 AirExpress Blud, Victorville CA 92394

FCI   Dublin 5701 8th St, Camp Parks Dublin, CA 94568

FCI   Bastrop PO Box 770 Hwy 95 Bastrop TX 78602

FMC   Carswell PO Box 27066 J. St Bldg, 7000 Fort Worth TX 96127

FDC   Houston 1700 Texas Ave PO Box 526245 Houston TX 77052-3505

Any and all of these facilities are outside the influence of the
Colorado Department of Corrections and would satisfy custody level
of the prisoner and the C.D.O.C., also the Federal Bureau of Prisons: