CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215



Paroled
No forward
address

CANNOT LOCATE
92-CV-870

#1349

EWN-
OES