①

92-cv-870 EWN OES

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2006

GREGORY C. LANGHAM
CLERK

I am a mobility disabled inmate (due to
my diabetic condition which severely inhibits
my movement) who is a member of the Montez
class action (claim #02-611) before your Honorable
Court. On my original release from CDOC on
this controling case/charge on Nov-16-04 I
was released on parole to the Crossroads —
Salvation Army shelter. However, Since CDOC
placed me in a shelter that could or would
not see to the needs of Diabetic Mobility
impaired inmate parolees such as myself
i was forced to place myself in voluntary —
comitment of Denver Health hospital Mental
Health ward because i became extremely
anxious, Suicidal and depressed over the
fact that DOC Knowingly placed me in a
shelter, even though they had medical records
evidence of my preexisting medical diabetic
ailments that could not (or simply would not)
attend to any of my medical requirements,
even though i remained an inmate, CDOC ward
of-the-State while on parole. As early as June
2005 i had implored to my Case manager
the dire importance of my being placed in a
proper diabeticly mobility impaired parolee
housing upon my up coming release on parole.
I explained, to no avail, To Case manager



O'Malley that i couldn't go back to Crossroad or any similar non-diabetic/mobility imp aired equiped shelter since they are not equiped to store insulin or deal with my verified medical (ADA) needs. Indeed, when case manager O'Malley called — Crossroads shelter they specificaly told her that they had no refridgerator and could not deal with diabetic/medical needs parolee's. Her suggestion (ie case manager O'Malley) was to seek alternative housing where i would not be discriminated against due to my medical impairment and reminded her that even while on parole i remained a CDOC inmate and was therefor intitled to all benifits of Montez remedial plan, ADA and national rehabilitation act rulings. Her rude reply to me was that it wasn't her job to find me parolee disabled/medical housing upon release, and that none of the above rules apply to CDOC parolees, which is a complete and utter lie. Since i was blatently disscriminated against by there (CDOC's) refusal to assist me in any way and because i did not want a repeat of the original disasterous parole of Nov-2004 (see first paragraph of this letter) I decided to refuse to sign my parole papers (They were going to release

③

me homeless even though they new they were placing me in a life threatening situation) sense CDOC remained in Transigent over obtaining medical parole housing (for over two months) for me. Therefor on my release date of Aug 4-2005 i was dressed out at CTCF in civilian clothes for release, and upon arrival at DRDC i was placed in the backseat of a parole officers car and taken straight to Arapahoe county jail. After ten days of detention there, my parole officer came to see me and had me sign papers to put me back into prison for another year. After approx. 30 days i asked a deputy at Arapahoe county jail to check my sentencing status in the computer. I was advised that i was given a 180 day turn around by the parole department. After yet another 30 days i was taken to Park County jail in Fairplay Colorado where i had to endure another 30 days and then sent to Territorial prison.

This period of nearly 3 months transient inter./jail custody severely aggravated by pre-existing medical diabetic conditions due to the continual piece meal and Temporary housing /medical attention given by county jails to state inmates such as myself that will be leaving for state custody in a short

④

period of time. There for these transient institutions (which i was forced to endure - solely do to CDOC's herrific negligance and willfull disrespect of the law) had little or no interest in looking after my essential long term levels of pain and complete emotional/psychological detecieration - and my medical needs vis-a-vie my diabetic ailments (peripheral nueropathy and limited mobility.

Even since my return here to Territorial Poison as my permanent facility in Nov-2005 I can only describe my medical care as mediocre and the level of attention as indifferent. Now i have yet another release date (on said 180 day turn around) looming for Feb-18-06 all of this ridiculous pattern of events is do to be repeated yet again, even though i have consistently attempted to have Cell house 3 case manager O'Malley and/or her supervisors arrang for proper medical housing upon this release so as to avoid a recurrence of this perpetual pattern, which is tantamount to medical A.D.A. mobility impaired discrimination and which thoarts my rehabilitation and re-integration to society in a blatently discriminatory manner.

⑤

Therefor, since i have exhausted all possible means at my disposal to remedy this via the CDOC chain of command i must now ask for your Honorable Courts intervention in this matter without delay. I respect — fuly ask the following.

1. That they Honorable Courts issue a written clarification that my Montez claim level be raised by review of these facts (proving intentional indifference, fear of death, etc.) To category III thereby entitling me to an open hearing befor the Court to expound upon these facts in detail.

2. That the Honorable Courts issue a written clarification/order official directive to CDOC case mgmt. staff here at CTCF that clarifies that under Montez remedial plan (which State atty. Gen. signed and agreed to) all disabled (mobility) prisoners released on parole still remain CDOC inmates and are therefor still under the rights and protection (as well as rules and limitations) of a State-ward-of-the-courts inmate prisoner parolee, which means Montez requirements that State agreed to for DOC inmates still apply to me as parolee - meaning they must still

(6)

medicaly care for me with my special
housing needs and that erg:

2. That a court-order be issued to CTCF
case management staff without delay
(due to the time factor of Feb-release
date 2-18-06 that they must arange for
appropriate medical parolee housing in
accordance with my disabled/diabetic
mobility psychological needs/requirements.

Respectfully Submitted
Jan 13-06.

Clint Crews.

Clint Crews 109270

**Colorado Department Of Corrections**

Name _Clint Crews_

Register Number _109270_

Unit _CH-3 B-1-2-7_

Box Number _1010_

City, State, Zip _Canon City Co_

_81215_

Judge Kane

United States District Court

901 19Th Street Room A105

Denver Co.

80294 - 3589

80294+0589x92-6644