IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2006

GREGORY C. LANGHAM
CLERK

## SPECIAL MASTERS' ELEVENTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

Richard M. Borchers, Bruce D. Pringle and Richard C. Davdison, the Special Masters in the above captioned matter, hereby submit the following Eleventh Application for Payment of Fees and Costs. This application is for work done from November 16, 2005 to January 15, 2006, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davdison has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Margie Dykstra has been the primary administrative person assigned to handle all claims and orders issued. Ms. Dykstra spent 242.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Judy Olive of a total of 10.90 hours and Lynda Rowe of 6.00 hours. Additional clerical work was done by Collena Dickerson during this period of time of 25.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 43.60 hours working on case reviews and drafting of documents for the Special Masters.

7. Richard M. Borchers expended 37.00 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 0.00 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit C. Richard C. Davidson expended 10.50 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit G.

8. Richard M. Borchers additionally spent 249.50 hours of time on individual claims that now

have been dismissed or adjudicated. This is reflected in Exhibit D. He also had travel time of 15.50 hours and expenses for lodging and miscellaneous items of $1,176.29. This is reflected in Exhibit E.

9. Bruce D. Pringle additionally spent 26.75 hours of time on individual claims. This is reflected in Exhibit F.

10. Richard C. Davidson did not spend any time on individual claims during this time period.

8. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from the work billed. At this date, postage and copy costs involve several thousand dollars.

9. The total fees being sought for the time period ending November 15, 2005 is as follows:

| | | |
|---|---|---|
| a. Richard M. Borchers | 286.50 hrs. | @ $175.00 per hr. = $50,137.50 |
| b. Richard M. Borchers(travel) | 15.50 hrs. | @ $ 75.00 per hr. = $ 1,162.50 |
| c. Bruce D. Pringle | 26.75 hrs. | @ $175.00 per hr. = $ 4,681.25 |
| d. Richard Davidson | 10.50 hrs. | @ $175.00 per hr.= $ 1,837.50 |
| d. Margie Dykstra & other staff | 284.40 hrs. | @ $25.00 per hr. = $ 7,110.00 |
| e. Larry Dean Valente | 43.60 hrs. | @ $75.00 per hr. = $ 3,270.00 |
| f. Lodging and Expenses | | $ 1,176.29 |

TOTAL FEES: $69,375.04

10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

11. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Collena Dickerson, Margie

Dykstra, Lynda Rowe, Judy Olive and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Dykstra, Ms. Olive, Ms. Rowe, Ms. Dickerson, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date in this case.

WHEREFORE, the Special Masters request that the Eleventh Application for Payment of Fees be granted in the amount of $ 69,375.04 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____

Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
   303-426-7365

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 19 day of January, 2006 to the following:

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203