# EXHIBIT A

Margie Dykstra

    Total Hours for Period                              242.50 hrs.

Judy Olive

    Total Hours for Period                              10.90 hrs.

Lynda Rowe

    Total Hours for Period                              6.00 hrs.

Collena Dickerson

    Total Hours for Period                              25.00 hrs.

                TOTAL HOURS:            284.40 hrs.

Larry Dean Valente

    Total Hours for Period                              43.60 hrs.