# EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending January 15, 2006

| Date | Description | Hours |
|---|---|---|
| 12/2/05 | Conference with Judge Davidson concerning the case and procedures | .75 hrs. |
| 12/5/05 | Meeting with Judge Davidson and Dino Valente concerning reassignment of claims | 2.00 hrs. |
| 12/12/05 | Travel to US District Court and deliver claims; Review files and issues presented in discovery motions. | 2.25 hrs. |
| 12/13/05 | Review all Category I and II cases for orders to show cause and motions to dismiss | 2.00 hrs. |
| 12/15/05 | Hearing on all discovery motions filed by King and Greisen | 1.50 hrs. |
| 12/19/05 | Work on files - review for hearings and to determine status of cases - prepare claims for court filing, etc. | 10.00 hrs. |
| 12/22/05 | General work on claims | 2.25 hrs. |
| 12/26/05 | Review of claims and general work to determine status | 4.00 hrs. |
| 12/18/05 | Work on claims | 1.50 hrs. |
| 12/31/05 | Work on general claim load | 2.00 hrs. |
| 1/1/06 | Work on claims | 1.00 hrs. |
| 1/7/06 | Work on files | 1.50 hrs. |
| 1/8/06 | Work on transfer of claims and hearings | 5.25 hrs. |
| 1/11/06 | Review of correspondence and loose pleadings | 1.00 hrs. |

TOTAL TIME:     37.00 hrs.