**EXHIBIT C**

Administrative Time of Bruce D. Pringle for Period ending January 15, 2006

No Time

|  |  |
|---|---|
| TOTAL HOURS: | 0.00 hrs. |