## EXHIBIT E

**Travel Time for Richard M. Borchers:**

| Date | Description | Hours |
|---|---|---|
| 11/30/05 | Travel from Denver to Sterling | 2.00 hrs. |
| 12/1/05 | Travel from Sterling to Denver | 2.00 hrs. |
| 12/22/05 | Travel from Denver to Canon City | 2.00 hrs. |
| 12/23/05 | Travel from Canon City to Denver | 2.00 hrs. |
| 12/28/05 | Travel from Denver to La Junta | 2.00 hrs. |
| 12/29/05 | Travel from La Junta to Fort Lyons and return | 1.25 hrs. |
| 12/30/05 | Travel from La Junta to Fort Lyons and return | 1.25 hrs. |
| 12/30/05 | Travel from La Junta to Denver | 3.00 hrs. |

Total Travel Time: 15.50 hrs.

15.50 hrs x $75.00 per hour = $1,162.50

**Lodging Expenses for Travel to CDOC Facilities for Hearing:**

| Date | Description | Amount |
|---|---|---|
| 11/30/05 | Best Western, Sterling, CO | $ 76.08 |
| 12/22/05 | Holiday Inn Express, Canon City, CO | $ 70.45 |
| 12/28-29/05 | Holiday Inn Express, La Junta, CO | $162.48 |

Total Lodging Expenses: $309.01

**Miscellaneous Expenses:**

| Date | Description | Amount |
|---|---|---|
| 12/08/05 | Copies of bulk documents | $764.16 |
| 12/12/05 | Copies of CDs | $103.12 |

Total: $867.28

1