EXHIBIT F

Time on Montez 11/16/05 through 1/15/06

### John Olivarez- 03-021

| | | |
|---|---|---|
| 11/16/05 | Legal research; review notes and exhibits; prepare draft of findings and conclusions on Olivarez claim | 3.25 hrs |
| 12/12/05 | Review final draft of Olivarez Order and Appendix | .50 hrs |

### Jill Coit

| | | |
|---|---|---|
| 11/20/05 | Review and revise second draft of Findings and Conclusions | 1.00 hrs |

### John Cerrone

| | | |
|---|---|---|
| 11/20/05 | Review notes; prepare initial draft of Findings and Conclusions | 2.25 hrs |
| 12/05/05 | Review final draft of Cerrone Order | .50 hrs |

### Barbara Freeman

| | | |
|---|---|---|
| 11/18/05 | Prepare for continuation of Freeman hearing; complete hearing on Freeman claim | 2.00 hrs |
| 12/12/05 | Review final draft of Freeman Order | .50 hrs |
| 11/21/05 | Review notes; prepare draft of Findings and Conclusions | 2.25 hrs |

### Charity Lehnert

| | | |
|---|---|---|
| 11/18/05 | Prepare for continuation of Lehnert hearing; complete hearing on Lehnert claim | 2.25 hrs |
| 12/12/05 | Review final draft of Lenert Order | .50 hrs |

### William Shaffstall

| | | |
|---|---|---|
| 11/20/05 | Review notes; prepare draft of Findings and Conclusions | 2.00 hrs |
| 12/05/05 | Review final draft of Shaffstall Order | .50 hrs |

### Clenteen Williams

| | | |
|---|---|---|
| 11/27/05 | Review and revise draft of Clenteen Williams Findings and Conclusions | .50 hrs |

### Richard Zamora

| | | |
|---|---|---|
| 11/28/05 | Prepare for Zamora hrg; conduct Zamora hearing | 4.00 hrs |
| 11/29/05 | Prepare draft of Zamora Findings and Conclusions | 1.75 hrs |
| 12/05/05 | Review final draft of Zamora Order | .50 hrs |

### Garnett

| | | |
|---|---|---|
| 11/28/05 | Review Motion to Dismiss; prepare for Garnett hrg.; legal research re Motion to Dismiss | 2.50 hrs |