## EXHIBIT G

### Work Done By Richard C. Davidson

Claims closed during the period ending January 16, 2006.

| Date | Description | Hours |
|---|---|---|
| 12/5/05 | Meet with Judge Borchers and Dino Valente to discuss procedures and cases | 3.00 hrs. |
| 1/9/06 | Review materials, orders, etc. in case | 2.50 hrs. |
| 1/9/06 | Meet with Judge Borchers and Dino Valente To schedule cases | 2.00 hrs. |
| 1/10/06 | Listen to record on Zamora to understand procedures | 3.00 hrs. |
| | TOTAL: | 10.50 hrs. |