IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      ON or before February 10, 2006, Defendants shall file a response to the Objection to Final Order of Special Master (doc.# 1554), filed by William Shaffstall (claim #03-054) on January 17, 2006.

Dated: January 20, 2006