IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with
Civil Action No. 96-N-343)

JESSE (JESUS) MUNOZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

Claim Number: 03-077
Category III
Claimant John Cerrone #58685
Address of Claimant: 6175 Sheridan Blvd, Arvada, CO 80003-5229

## MOTION TO PERMIT LATE FILING OF OBJECTION TO FINAL ORDER OF SPECIAL MASTER

The Claimant, John Cerrone, requests that the Court allow him to file late the objection to the Final Order of the Special Maste, dated December 6, 2005, in which the date to file objection was specified as January 19, 2006.

As grounds for this request claimant states as follows:

Claimant sought the help of a friend to prepare the objection, but the friend had a death in his family out of state, and therefore was not available to help claimant, and claimant had left the order of the Special Master with his friend.

John Cerrone, Claimant
6175 Sheridan Blvd.
Arvada, CO 80003-5229
Tel. No. (303) 424-8200

## CERTIFICATE OF MAILING

I certify that I mailed a copy of the above Motion to Permit Late Filing of Objection to Final Order of Special Master to the following on January 23, 2006.
Ms. Danielle Moore
Mr. Jess A. Dance
Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203