IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

  Plaintiffs,

v.

BILL OWENS, *et al.,*

  Defendants.

### MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

A status conference regarding the "Joint Motion for Hearing" (Document 1555, filed January 18, 2006) is scheduled for Thursday, **February 9, 2006**, at 10:45 o'clock a.m.

Dated: January 25, 2006