IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

_____

## ORDER
_____

      The motion to reinstate original claim (#1553) filed by Timothy Wayne Moses on January 13, 2006, is DENIED because the time for filing claims has long since passed, and Plaintiff states no good cause for the relief requested.

      Dated this 26th day of January, 2006.

      BY THE COURT:

      s/ Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      United States District Judge