IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al. and HECTOR FERNANDEZ

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants

---

Claim Number 03-006
Category III
Claimant: Hector Fernandez, #90853
Address of Claimant: 2301 Lawrence Street
Denver, Colorado
80205
Phone Number - (303) 294-0241