KING & GREISEN, LLP
ATTORNEYS AT LAW
1670 York Street
Denver, CO 80206
(303) 298-9878

Invoice submitted to:
Montez, et al.

October 31, 2005

Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/22/2003 - | PG | Call w/ McCann re meeting on response to objections and arbitration submissions and email re same. | 0.10<br>250.00/hr |  | ~~25.00~~ N/c |
| 8/25/2003 - | DHM | Research outstanding case issues for supplementation (Derdeyn/LA Co./10th Cir. cases/Newberg on client payment cases, etc.) Meeting w/ PG re same. | 2.00<br>300.00/hr |  | ~~600.00~~ N/c |
| - | PG | Review issues with settlement and conference w. McCann and Quinn re proposed changes. | 2.00<br>250.00/hr |  | 500.00 |
| - | PG | email from Holst re inmate issues and respond. | 0.10<br>250.00/hr |  | 25.00 |
| 8/26/2003 - | CKC | Call w/ inmates re settlement plan. | 0.30<br>85.00/hr |  | 25.50 |
| - | PG | Review defense proposed changes to remedial plan; Conference w/ DHM re same and email comments re proposed changes to Beth. | 1.30<br>250.00/hr |  | 325.00 |
| - | PG | Call w/ class member Bruce Peterson re:settlement. | 0.30<br>250.00/hr |  | 75.00 |
| - | PG | Research on issues for submission to Barr and conference w/ DHM re same. | 1.20<br>250.00/hr |  | NO CHARGE |
| 8/27/2003 - | CKC | Draft Order Approving Settlement | 0.70<br>85.00/hr |  | 59.50 |



Montez, et al.                                                                                     Page    2

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/27/2003 - | CKC | Call w/ inmates re settlment plan. | 0.20 85.00/hr | | 17.00 |
| - | CKC | Draft e-mail to Nottingham's chambers attaching proposed Order; Draft supplemental case law submission | 0.70 85.00/hr | | 59.50 |
| - | CKC | Attend final fairness hearing. | 2.00 85.00/hr | | NO CHARGE |
| - | PG | Preparation of order for settlement; Edits to Settlement and prepare for and attend fairness hearing. | 4.50 250.00/hr | | 1,125.00 |
| 8/28/2003 - | CKC | Revise supplemental submission. | 0.30 85.00/hr | | ~~25.50~~ N/C |
| - | CKC | Call w/ client Steven Marquiz re settlement plan. | 0.30 85.00/hr | | 25.50 |
| - | CKC | Call w/ inmate Terry Pike re settlement; Call w/ Johnathan Abrahmson re settlement plan | 0.50 85.00/hr | | 42.50 |
| - | PG | Research and prepare supplemental case law submission for Barr. | 3.20 250.00/hr | | ~~800.00~~ N/C |
| 8/29/2003 - | CKC | Call w/ inmate re settlement. | 0.20 85.00/hr | | 17.00 |
| - | DHM | Review submission to arbitrator and finish class representative case review. | 0.80 300.00/hr | | ~~240.00~~ N/C |
| 9/2/2003 - | CKC | Review client letters. | 2.00 85.00/hr | | 170.00 |
| - | CKC | Call w/ John Armintrout re settlement issues. | 0.30 85.00/hr | | 25.50 |
| 9/3/2003 - | CKC | Call w/ John Armintrout and other class members re settlement. | 0.50 85.00/hr | | 42.50 |
| - | CKC | Call w/ Judge Barr re: deadline for closing argument brief. | 0.20 85.00/hr | | NO CHARGE |
| - | CKC | File Review for supplemental case law submission; Fax to Beth McCann; Call from Darlene Hill re case cite | 0.60 85.00/hr | | NO CHARGE |
| 9/4/2003 - | CKC | Draft fax cover to Hill re supplemental case law cite; Fax to Hill. | 0.40 85.00/hr | | NO CHARGE |
| - | CKC | Call w/ inmates re settlement. | 0.30 85.00/hr | | 25.50 |

Montez, et al.                                                                                              Page    3

|  |  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 9/4/2003 - | CKC | Call w/ Terese Lindbloom re hearing transcript; E-mail to PG; Draft fax cover to Barr | | 0.40 85.00/hr | | NO CHARGE |
| - | CKC | Draft cover letter to court reporter re payment of hearing transcript. | | 0.20 85.00/hr | | NO CHARGE |
| - | DHM | Finish case review of defendants' cases for final argument; research plaintiffs' case law for class representative compensation award issue; begin draft of argument | | 1.80 300.00/hr | | ~~540.00~~ N/c |
| - | PG | Review case law submitted by defense to Barr; Prepare closing argument to Barr and conference w/ DHM re same; Review final remedial draft and email to Beth re same | | 1.40 250.00/hr | | ~~350.00~~ N/c |
| 9/5/2003 - | DHM | Finalize draft of representative award section; meetings w/ PG re: final argument; edit drafts for finalization | | 3.00 300.00/hr | | 900.00 |
| - | PG | Research on and prepare closing statement to Barr. | | 4.50 250.00/hr | | ~~1,125.00~~ N/c |
| 9/8/2003 - | CKC | Call w/ Duncan Leach re final settlement. | | 0.20 85.00/hr | | 17.00 |
| 9/9/2003 - | CKC | File Review and organize settlement files | | 1.50 85.00/hr | | 127.50 |
| - | PG | Revise final plan and motion for closure; Call to Beth and conference w/ CKC re same. | | 0.50 250.00/hr | | 125.00 |
| 9/10/2003 - | CKC | Review and finalize letter to Barr re objection to Defendants closing argument; Fax to Barr and McCann | | 0.40 85.00/hr | | 34.00 |
| - | CKC | Review Motion to Administrative Close case and Final Remedial Plan; Prepare for filing. | | 0.20 85.00/hr | | NO CHARGE |
| - | CKC | Call w/ inmate Fred Franzone re settlement, | | 0.20 85.00/hr | | 17.00 |
| - | CKC | File Review and organize settlement files | | 1.80 85.00/hr | | 153.00 |
| - | DHM | Review Defendants' supplemental closing and meeting w/ PG re: same; edit letter. | | 0.70 300.00/hr | | 210.00 |
| - | PG | Review defendants closing argument and prepare objection letter to Barr. | | 0.70 250.00/hr | | 175.00 |
| 9/11/2003 - | CKC | File Motion to Admin Close Case, pick up transcript and deliver book to Kahn. | | 0.50 85.00/hr | | NO CHARGE |

Montez, et al.                                                                                                              Page    4

| Date | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/11/2003 - | CKC | Call w/ inmates re settlement. | 0.20 85.00/hr | | 17.00 |
| 9/15/2003 - | CKC | Call w/ Joe Crespin re settlement. | 0.20 85.00/hr | | 17.00 |
| 9/16/2003 - | CKC | Call w/ Jim Quinn re final settlement plan; Fax final plan to C. Holst | 0.20 85.00/hr | | 17.00 |
| - | DHM | Call from Quinn re: transmitting final copy of settlement; draft email to CKC re: same. | 0.30 300.00/hr | | 90.00 |
| 9/19/2003 - | CKC | Call w/ Charles Parrish and John Armintrout re settlement. | 0.40 85.00/hr | | 34.00 |
| 9/23/2003 - | CKC | File Review for files for Damita Jo Wilcox. | 0.30 85.00/hr | | NO CHARGE |
| - | CKC | Call w/ Damita Jo Wilcox re files. | 0.20 85.00/hr | | NO CHARGE |
| - | CKC | Call w/ clients re settlement. | 0.30 85.00/hr | | 25.50 |
| 9/24/2003 - | CKC | Call w/ inmate re settlement. | 0.20 85.00/hr | | 17.00 |
| - | CKC | Call w/ Andrea Faley re Damita Jo Wilcox files; Call w/ J. Lucero re same; Left message. | 0.20 85.00/hr | | NO CHARGE |
| 9/25/2003 - | CKC | Review inmate letters and organize. | 2.00 85.00/hr | | 170.00 |
| 9/29/2003 - | CKC | email to PG and DHM re appeal issues; Conference w/ PG re same | 0.20 85.00/hr | | 17.00 |
| - | CKC | Research certificate of intersted party issue; File review for Appeal. | 0.80 85.00/hr | | ~~68.00~~ N/c |
| - | CKC | Call w/ inmates re settlement; Review client mail and organize | 0.40 85.00/hr | | 34.00 |
| 10/1/2003 - | CKC | Review inmate letters re: settlement. | 0.50 85.00/hr | | 42.50 |
| 10/3/2003 - | CKC | Call w/ PG re Montez settlement. | 0.40 85.00/hr | | 34.00 |
| - | CKC | Review inmate letters re: settlement. | 0.30 85.00/hr | | 25.50 |

Montez, et al.                                                                                                    Page     5

|            |     |                                                                              | Hrs/Rate        | Tax# | Amount    |
|------------|-----|------------------------------------------------------------------------------|-----------------|------|-----------|
| 10/6/2003 -| CKC | Call w/ inmate re settlement.                                                | 0.20 85.00/hr   |      | 17.00     |
| -          | CKC | Call w/ Dunan Leach re settlement.                                           | 0.20 85.00/hr   |      | 17.00     |
| 10/7/2003 -| CKC | Draft fax cover for fee decision and plan                                    | 0.20 85.00/hr   |      | NO CHARGE |
| -          | CKC | Call w/ JAG to get memoranum emailed.                                        | 0.20 85.00/hr   |      | NO CHARGE |
| -          | PG  | Review letter from and get call from client - Jim Bulgier.                   | 0.30 250.00/hr  |      | 75.00     |
| 10/8/2003 -| DHM | Email to/from Ed Kahn re: fees decision.                                     | 0.20 300.00/hr  |      | NO CHARGE |
| 10/10/2003-| CKC | Call w/ inmates re settlment; Calls w/ Jesse Montez family re same.          | 0.50 85.00/hr   |      | 42.50     |
| -          | CKC | File Review and organize.                                                    | 2.60 85.00/hr   |      | 221.00    |
| 10/13/2003-| CKC | File Review and organize.                                                    | 1.80 85.00/hr   |      | 153.00    |
| 10/14/2003-| CKC | Call w/ inmate David Bryan re settlement.                                    | 0.30 85.00/hr   |      | 25.50     |
| -          | CKC | Call w/ inmates Orlando Cortez girlfriend and Madeline Smith re settlement.  | 0.30 85.00/hr   |      | 25.50     |
| 10/15/2003-| CKC | Call w/ inmate Christopher Archuleta; Review inmate letters.                 | 0.30 85.00/hr   |      | 25.50     |
| 10/16/2003-| CKC | Review inmate letters re: settlement.                                        | 0.20 85.00/hr   |      | 17.00     |
| -          | PG  | Call from Duncan Leach re: case status and damages.                          | 0.60 250.00/hr  |      | 150.00    |
| 10/17/2003-| CKC | Call w/ Alex Valdez re settlement.                                           | 0.30 85.00/hr   |      | 25.50     |
| 10/20/2003-| PG  | Review appeal re: attorneys fees filed by defendant and begin draft response.| 1.60 250.00/hr  |      | 400.00    |
| 10/21/2003-| CKC | File Review for JAG letters.                                                 | 0.20 85.00/hr   |      | NO CHARGE |

Montez, et al.                                                                                                        Page    6

|  |  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 10/21/2003 | - | CKC | Review client mail re: settlement. | 0.20<br>85.00/hr | | 17.00 |
| | - | PG | Prepare response to Defendant's objections. | 1.70<br>250.00/hr | | 425.00 |
| 10/22/2003 | - | CKC | Review inmate letters re: settlement. | 0.20<br>85.00/hr | | 17.00 |
| | - | PG | Prepare response to objections to fees/costs. | 2.70<br>250.00/hr | | 675.00 |
| | - | DHM | Review DOC appeal; research issue of compensation to representative clients after conference w/ PG re: same: Cun & Bradstreet Credit services, Customer Litigation, In re: Southern Ohio Correctional Facility, Linda Ingram v. The Coca-Cola Co. and review Newberg/Conte re: same | 5.40<br>300.00/hr | | 1,620.00 |
| 10/23/2003 | - | CKC | Draft response to Defendants' objection to attorneys fees. | 1.30<br>85.00/hr | | 110.50 |
| | - | CKC | Meeting w. PG re response exhibits; File review for exhibits and arrange for copying | 0.40<br>85.00/hr | | 34.00 |
| | - | PG | Prepare reseponse to Defendant's objections to fees. | 5.60<br>250.00/hr | | 1,400.00 |
| 10/24/2003 | - | CKC | Preparation of exhibits for response to objection; Review and revise response to objection | 2.50<br>85.00/hr | | 212.50 |
| | - | CKC | File Review for response exhibits. | 0.30<br>85.00/hr | | 25.50 |
| | - | PG | Finalize response to defendant's objections to fees/costs. | 5.70<br>250.00/hr | | 1,425.00 |
| | - | DHM | Finalize drafting section on inmate representation section of response and meeting w/ PG re: same; revise and edit same. | 3.00<br>300.00/hr | | 900.00 |
| 10/26/2003 | - | DSK | Review and revise brief re: attorneys fees. | 0.90<br>275.00/hr | | 247.50 |
| 10/27/2003 | - | CKC | Finalize Response to Defendants' Objection to Attorney Fee Award. | 1.50<br>85.00/hr | | 127.50 |
| | - | CKC | Preparation of Response filing; file with court. | 1.40<br>85.00/hr | | 119.00 |
| | - | CKC | Review inmate letters; Phone call w/inmate James O'Banion | 0.40<br>85.00/hr | | 34.00 |

Montez, et al.  Page 7

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/27/2003 - | DSK | Review attorneys fees brief. | 0.50 275.00/hr | | 137.50 |
| 10/29/2003 - | CKC | Call w/ inmates re settlement. | 0.20 85.00/hr | | 17.00 |
| 10/30/2003 - | CKC | Call w/ David Bryan, mail final version of settlement to client; Email to PG re same. | 0.20 85.00/hr | | 17.00 |
| 11/3/2003 - | CKC | Call w/ inmate re settlment; Review inmate letters. | 0.30 85.00/hr | | 25.50 |
| - | CKC | Call w/ Kathie Holst office re contact infor for Linda Edwards. | 0.20 85.00/hr | | NO CHARGE |
| 11/4/2003 - | PG | Call w/ Kathy Holtz re: setting up meetings w/ experts re: budget issues; calls to/from Linda Edwards re: preparation of diabetic training program and requests for budget; call to Colorado Center for Blind re: meeting to develop program; call to Sign Language Network re: meeting to develop program | 2.40 250.00/hr | | 600.00 |
| 11/6/2003 - | PG | Calls to/from Sign Language Network re: problems for preparation for meeting re: budget issues; call to Kathy Holtz re: same. | 1.70 250.00/hr | | 425.00 |
| 11/7/2003 - | PG | Call from Alex Valdez re: settlement. | 0.50 250.00/hr | | 125.00 |
| 11/10/2003 - | CKC | Revise order regarding attorneys fees and costs. | 0.60 85.00/hr | | ~~51.00~~ N/c |
| - | PG | Call w/ Terri at Sign Language Network re: preparation of budget for settlement; call w/ Julie Deden re: preparation of overall plan to implement settlement agreement and preparation of estimated budget; call w/ Linda Edwards re: meeting w/ DOC personnel re: plan to implement settlement and preparation of budget; prepare for joint motion to open case for entry of judgment on attorneys' fees, costs and class member compensation | 2.20 250.00/hr | | 550.00 |
| 11/11/2003 - | CKC | Draft Motion for entry of judgement. | 0.50 85.00/hr | | 42.50 |
| 11/12/2003 - | CKC | Review inmate letters re: settlement. | 0.30 85.00/hr | | 25.50 |
| 11/17/2003 - | PG | Call from Peter Orleans re: structural review of Fort Lyons. | 0.20 250.00/hr | | 50.00 |

Montez, et al.   Page 8

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/18/2003 - | CKC | Review client mail re: settlement. | 0.20 85.00/hr | | 17.00 |
| 11/24/2003 - | PG | Call to Kathy Holtz re; scheduling of Peter Orleans and meeting w/ experts re; budget proposals. | 0.40 250.00/hr | | 100.00 |
| 12/1/2003 - | PG | Call from Peter Orelans re: review of facilities and email to Cathie Holtz re: same; read email form Orleans to Weems; read mail from clients and draft responses; call from client relative re: damage form | 1.00 250.00/hr | | 250.00 |
| 12/3/2003 - | PG | Prepare proposed order re: entry of judgment. | 0.20 250.00/hr | | 50.00 |
| 12/4/2003 - | PG | Emails to Beth and Jim re: filing of motion and order for entry of judgment; revise motion for entry of judgment after receipt of 7.1 position of defense. | 1.50 250.00/hr | | 375.00 |
| 12/8/2003 - | PG | Finalize motion for judgment. | 0.10 250.00/hr | | 25.00 |
| 12/15/2003 - | CKC | Arrange for Ft. Lyon trip. | 1.00 85.00/hr | | 85.00 |
| - | PG | Call to Court re: judgment; call to Cathie Holst re: Fort Lyon visits; call from Dick Borchers re: meeting re: hearings | 0.70 250.00/hr | | 175.00 |
| 12/16/2003 - | CKC | Call w/ Kathie Holst re tour time. | 0.20 85.00/hr | | 17.00 |
| - | CKC | File Review for number to C. Holst to verify time for tour. | 0.50 85.00/hr | | NO CHARGE |
| - | PG | Travel to Fort Lyons for tour. | 4.00 250.00/hr | | 1,000.00 |
| - | DHM | Travel to Fort Lyons w/ PG; meeting re: case status during trip. | 4.30 300.00/hr | | 1,290.00 |
| 12/17/2003 - | PG | Tour Fort Lyons facility and meetings w/ clients at facility; travel back to Denver | 10.20 250.00/hr | | 2,550.00 |
| - | DHM | Tour of Fort Lyons; conference w/ clients and meetings re: implementation of agreement; conference w/ PG on trip back to Denver | 10.20 300.00/hr | | 3,060.00 |
| 12/18/2003 - | CKC | Call w/ Margarita Moore Steven Marquiz Mother; left message. | 0.10 85.00/hr | | 8.50 |

Montez, et al.                                                Page   9

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/22/2003 | CKC | Review and finalize response to Def. objections and Reply to Motion for Entry of Judgement; Fax file and mail to parties. | 0.70 85.00/hr | | 59.50 |
| | PG | Research on good cause standard; prepare response to motion by defense to open for review. | 1.40 250.00/hr | | 350.00 |
| 1/5/2004 | PG | Review D's reply to motion to open and call court re hearing | 0.10 250.00/hr | | 25.00 |
| 1/6/2004 | PG | Review client files re problems; read letters from clients | 0.75 250.00/hr | | 187.50 |
| 1/7/2004 | CKC | Meeting w. PG re inmate letters. | 0.30 85.00/hr | | 25.50 |
| 1/8/2004 | CKC | Meeting w. Jo Willcott re: files. | 0.30 85.00/hr | | NO CHARGE |
| 1/13/2004 | CKC | Review inmate mail re: settlement. | 0.20 85.00/hr | | 17.00 |
| | CKC | Review inmate letters and draft mailing list. | 1.30 85.00/hr | | 110.50 |
| | PG | Call w/Judge Kane re outstanding issues. | 0.20 250.00/hr | | 50.00 |
| | DHM | Conference call w/Kane re outstanding issues. | 0.20 300.00/hr | | 60.00 |
| 1/14/2004 | CKC | Draft letter to Kenneth Garcia, Jr. re: settlement. | 0.20 85.00/hr | | 17.00 |
| 1/16/2004 | CKC | Review inmate letters and update mailing list. | 1.30 85.00/hr | | 110.50 |
| 1/20/2004 | CKC | Draft letters to named plaintiffs re settlement status and review file/records for current location. | 1.20 85.00/hr | | 102.00 |
| | CKC | Review inmate letters and update mailing list. | 2.30 85.00/hr | | 195.50 |
| | PG | Call w/Linda Edwards re preparation of training information for compliance period | 0.40 250.00/hr | | 100.00 |
| | PG | Call w/Cathy Holz re status of compliance period information | 0.10 250.00/hr | | 25.00 |
| | PG | Call w/David Bryant re compliance issues | 0.30 250.00/hr | | 75.00 |

Montez, et al.            Page 10

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/20/2004 - | DHM | Conference with PG re notice to clients. | 0.20 300.00/hr | | 60.00 |
| 1/21/2004 - | CKC | Draft letters to named plaintiffs re settlment status. | 0.20 85.00/hr | | 17.00 |
| - | LKJ | Review inmate letters re: settlement. | 1.40 85.00/hr | | 119.00 |
| 1/22/2004 - | CKC | Review inmate letters re: settlement. | 2.50 85.00/hr | | 212.50 |
| - | AMK | Review inmate letters re: settlement. | 1.20 55.00/hr | | 66.00 |
| - | PG | Call w/Alex Valdez re settlement issues | 0.40 250.00/hr | | 100.00 |
| 1/23/2004 - | CKC | Review inmate letters re: settlement. | 3.00 85.00/hr | | 255.00 |
| - | AMK | Review inmate letters re: settlement. | 1.50 55.00/hr | | 82.50 |
| 1/25/2004 - | LKJ | Review inmate letters re settlement. | 1.70 85.00/hr | | 144.50 |
| 1/26/2004 - | LKJ | Review letters form inmates re settlement. | 1.00 85.00/hr | | 85.00 |
| - | AMK | Review inmate letters re case. | 1.50 55.00/hr | | 82.50 |
| 1/27/2004 - | CKC | Call w/ John Roper re settlement. | 0.20 85.00/hr | | 17.00 |
| - | AMK | Review inmate letters re case | 2.00 55.00/hr | | 110.00 |
| 1/28/2004 - | PG | Research on diabetic care for compliance issues | 0.30 250.00/hr | | 75.00 |
| - | PG | Letter to client re status of case | 0.40 250.00/hr | | 100.00 |
| - | PG | Call from Cathy Holtz re compliance program | 0.10 250.00/hr | | 25.00 |
| 1/29/2004 - | CKC | Review and revise inmate letter. | 0.20 85.00/hr | | 17.00 |