Montez, et al.                                                                                                    Page    11

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/29/2004 - | PG | edit letter to client re: settlement. | 0.10<br>250.00/hr | | 25.00 |
| 2/1/2004 - | PG | Meeting w/ Linda Edwards re: diabetic training. | 0.50<br>250.00/hr | | 125.00 |
| 2/2/2004 - | CKC | Review inmate letters and update table. | 0.50<br>85.00/hr | | 42.50 |
| 2/3/2004 - | CKC | Call w/ Vanessa Hall. Call w/ Harold re: same. | 0.40<br>85.00/hr | | 34.00 |
| - | CKC | Draft letter to McCann and revise. | 0.30<br>85.00/hr | | 25.50 |
| 2/4/2004 - | CKC | Call w/ inmate re settlement. | 0.20<br>85.00/hr | | 17.00 |
| - | CKC | Fax letter to McCann re: Next of Kin Info, | 0.20<br>85.00/hr | | NO CHARGE |
| - | CKC | Review inmate letters; Update mailing list. | 0.30<br>85.00/hr | | 25.50 |
| 2/9/2004 - | CKC | Draft letters to named class members. | 0.60<br>85.00/hr | | 51.00 |
| 2/10/2004 - | CKC | Review and organize file. | 0.80<br>85.00/hr | | 68.00 |
| - | CKC | Call w/ inmate mother re settlement information. | 0.30<br>85.00/hr | | 25.50 |
| - | PG | Call to C. Holst re: compliance issues; read letter from client re: mobility and placement issues. | 0.10<br>250.00/hr | | 25.00 |
| 2/12/2004 - | CKC | Review inmate letters and update mail list. | 0.50<br>85.00/hr | | 42.50 |
| 2/13/2004 - | PG | Call to expert Edwards re: training memo and compliance issues. | 0.30<br>250.00/hr | | 75.00 |
| 2/16/2004 - | CKC | Call w/ Borchers office; Draft letter to Alex Valdez. | 0.30<br>85.00/hr | | 25.50 |
| - | CKC | Finalize letter to Alex Valdez re settlement issue. | 0.20<br>85.00/hr | | 17.00 |
| - | PG | Review diabetes plan from Alabama and email to Alabama attorney re: implementation of plan; obtain settlement in Alabama diabetes case and email to Edwards re: same. | 0.20<br>250.00/hr | | 50.00 |

Montez, et al.                                                                                           Page    12

|            |     |     |                                                                                      | Hrs/Rate          | Tax# | Amount    |
|------------|-----|-----|--------------------------------------------------------------------------------------|-------------------|------|-----------|
| 2/17/2004  | -   | CKC | Draft letter to Linda Edwards re Alabama DOC.                                        | 0.30<br>85.00/hr  |      | 25.50     |
|            | -   | PG  | Conference with DHM re: case status                                                  | 0.20<br>250.00/hr |      | 50.00     |
|            | -   | DHM | Meeting with PG re fees hearing, Kane and case status.                               | 0.25<br>300.00/hr |      | 75.00     |
| 2/19/2004  | -   | PG  | Review of experts information re: Alabama case for diabetes compliance issues.       | 0.70<br>250.00/hr |      | 175.00    |
| 2/23/2004  | -   | CKC | Review and add inmates to log.                                                       | 0.60<br>85.00/hr  |      | 51.00     |
| 3/3/2004   | -   | CKC | Call w/ inmates re settlement.                                                       | 0.30<br>85.00/hr  |      | 25.50     |
| 3/4/2004   | -   | PG  | Read letters from clients re case compliance issues; read letter from Holst re ADA grievance procedures | 0.50<br>250.00/hr |      | 125.00    |
| 3/9/2004   | -   | DHM | Review Holst letter and meeting with PG re fees, copy costs to clients de Defendants and grievance procedure. Conf with court / Kane. | 1.10<br>300.00/hr |      | 330.00    |
| 3/10/2004  | -   | CKC | File Review for posting.                                                             | 0.20<br>85.00/hr  |      | NO CHARGE |
| 3/11/2004  | -   | PG  | Call diabetic expert for Linda Edwards and review Alabama Settlement plan re diabetes and read general inmate letters re problems with settlement | 0.50<br>250.00/hr |      | 125.00    |
| 3/16/2004  | -   | PG  | Compliance issues: call to Linda Edwards; call to diabetic expert in Alabama; email to Linda re diabetes compliance information | 0.90<br>250.00/hr |      | 225.00    |
|            | -   | PG  | Call to Judge Barr re subpoena and conf with CKC re same                             | 0.10<br>250.00/hr |      | 25.00     |
| 3/19/2004  | -   | CKC | Draft subpoena to Barr re April hearing; File review for briefings, draft cover letter. | 1.80<br>85.00/hr  |      | 153.00    |
|            | -   | CKC | Call w/ inmate re settlement,                                                        | 0.20<br>85.00/hr  |      | 17.00     |
|            | -   | PG  | Call to Quinn re notices                                                             | 0.10<br>250.00/hr |      | 25.00     |
| 3/26/2004  | -   | DHM | Conference with PG re AG and Nottingham hearing.                                     | 0.20<br>300.00/hr |      | 60.00     |

Montez, et al.                                                                                           Page   13

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 3/26/2004 - | PG | return call from Quinn | 0.10<br>250.00/hr |  | 25.00 |
| 3/29/2004 - | PG | call from/to Jim Quinn re notices for forms and ADA grievance procedure | 0.10<br>250.00/hr |  | 25.00 |
| 3/31/2004 - | PG | E-mails to/from Linda Edwards re training on diabetes; call to Sign Language Network, call to Cathie Holst re SLN issues and Blind issues. | 0.40<br>250.00/hr |  | 100.00 |
| 4/1/2004 - | PG | Calls to/from Terri Rose at SLN. | 0.10<br>250.00/hr |  | 25.00 |
| 4/5/2004 - | PG | Call to Cathie Holst; call to Linda Edwards re: diabetic compliance issues; call to Terri at Sign Language Network re: compliance issues; call to Larissa at Sign on Sign re: compliance issues. | 0.70<br>250.00/hr |  | 175.00 |
| 4/6/2004 - | PG | Phone conference w/ Larissa McClune at Sign on Sign re: hearing impaired training issues. | 1.00<br>250.00/hr |  | 250.00 |
| 4/13/2004 - | PG | Call w/ Eugene Gilpin re: compliance issues. | 0.60<br>250.00/hr |  | 150.00 |
| 4/16/2004 - | PG | Return call to Beth McCann. | 0.10<br>250.00/hr |  | 25.00 |
| 4/19/2004 - | CKC | File Review and organize. | 4.50<br>85.00/hr |  | ~~382.50~~ N/c |
| - | PG | Call from / to Beth McCann. | 0.10<br>250.00/hr |  | 25.00 |
| 4/20/2004 - | PG | Conference with inmate (Clarence Leonhart) re: settlement issues. | 0.80<br>250.00/hr |  | 200.00 |
| 4/21/2004 - | PG | Call from Beth McCann re: compliance issues; emails to/from SLN re: training issues for hearing impaired. | 0.40<br>250.00/hr |  | 100.00 |
| 4/23/2004 - | ABD | Review inmate letters. | 3.80<br>175.00/hr |  | 665.00 |
| - | PG | Conference call w/ Larisa McClung re: compliance issues. | 0.60<br>250.00/hr |  | 150.00 |
| - | DHM | E-mail from CKC. Review list of inmates seeking claim forms and conf with PG re same. | 0.60<br>300.00/hr |  | 180.00 |
| 4/26/2004 - | PG | Call from AG's office; review hearing determinations. | 1.60<br>250.00/hr |  | 400.00 |

Montez, et al.  Page 14

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/26/2004 - | PG | Conference with Lariisa McClung re: hearing impaired issues. | 1.00 250.00/hr | | 250.00 |
| - | CKC | Meeting w. PG re inmate letters. | 0.20 85.00/hr | | 17.00 |
| - | ABD | Review inmate letters re: compliance issues. | 3.20 175.00/hr | | 560.00 |
| 4/27/2004 - | ABD | Review inmate letters re: compliance issues. | 3.40 175.00/hr | | 595.00 |
| 4/28/2004 - | PG | Prepare for attorney fees hearing. | 1.70 250.00/hr | | 425.00 |
| - | ABD | Review inmate letters re: compliance issues. | 6.20 175.00/hr | | 1,085.00 |
| 4/29/2004 - | PG | Call from client re: compliance issues. | 0.50 250.00/hr | | 125.00 |
| - | PG | Prepare for hearing on attorneys fees/costs. | 2.40 250.00/hr | | 600.00 |
| - | ABD | Review inmate letters re: compliance issues. | 3.50 175.00/hr | | 612.50 |
| 4/30/2004 - | PG | Attend court hearing on fees, costs, compensation issue. | 0.80 250.00/hr | | 200.00 |
| - | DHM | Preparation for fees hearing and argue inmate payment issues. Conf with PG re same, before and after. | 1.90 300.00/hr | | 570.00 |
| 5/4/2004 - | LKJ | Conference with PG, DHM, ABD, CKC, AMK re: case status, planning, division of labor, tasks to be done. | 1.40 85.00/hr | | 119.00 |
| - | AMK | Meeting re: compliance issues. | 1.30 55.00/hr | | 71.50 |
| - | PG | Group meeting re: compliance issues. | 1.40 250.00/hr | | 350.00 |
| - | ABD | Meeting with all staff working on case to go over status and work to be done. | 1.60 175.00/hr | | 280.00 |
| - | DHM | Meeting with litigation team concerning compliance issues and updates for status and call to Borchers re compliance process. | 1.20 300.00/hr | | 360.00 |
| - | CKC | Meeting re: compliance isues. | 1.30 85.00/hr | | 110.50 |

Montez, et al.                                                                                                Page    15

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 5/10/2004 - | DHM | E-mail from LKJ re info to/from inmates. Conf with PG re same | 0.10 300.00/hr | | 30.00 |
| 5/11/2004 - | LKJ | Review messages from class members; meet w/ABD and PJF re: task list. | 0.70 85.00/hr | | 59.50 |
| 5/12/2004 - | LKJ | Review PJF's TO DO list and revise same; finalize letter to Jim Quinn and fax and mail same. | 0.40 85.00/hr | | 34.00 |
| - | PG | Conference with PF re: Montez status. | 0.40 250.00/hr | | NO CHARGE |
| 5/17/2004 - | PG | Call to Linda Edwards re: training issues. | 0.10 250.00/hr | | 25.00 |
| 5/24/2004 - | PG | Call from Linda Edwards re: training issues. | 0.70 250.00/hr | | 175.00 |
| 5/27/2004 - | PG | Calls to experts re: payments. | 0.20 250.00/hr | | 50.00 |
| - | DHM | Meetings with PG and emails re distribution | 0.60 300.00/hr | | 180.00 |
| 5/28/2004 - | PG | Call to Jo Wolcott re: compliance issues; call from Peter Orleans re: compliance issues. | 0.80 250.00/hr | | 200.00 |
| 6/1/2004 - | DHM | Conference with PG re interest on judgment and controlling law | 0.30 300.00/hr | | 90.00 |
| 6/2/2004 - | PG | Telephone calls from Beth re: issuance of check; e-mail to Beth re: refusal to pay interest. | 0.30 250.00/hr | | ~~75.00~~ N/C |
| - | PG | Review letters from inmates re: problems; draft responses. | 1.20 250.00/hr | | 300.00 |
| 6/3/2004 - | PJF | Phone calls with inmates, family members re: settlement issues. | 0.50 85.00/hr | | 42.50 |
| - | PG | Research judgment. | 0.20 250.00/hr | | 50.00 |
| 6/8/2004 - | PG | Telephone call from David Bryan re: compliance issues; review information from Borchers re: claims filed. | 0.70 250.00/hr | | 175.00 |
| 6/15/2004 - | LKJ | Call to CTCF to set up phone call w/ Alex Valdez; call to Cathie Holst re: inability to set up phone conference; confer w/ DHM and PG re: same. | 0.30 85.00/hr | | 25.50 |
| 6/18/2004 - | PG | Telephone call from class member Jay Morre re: compliance issues; review material from Borchers. | 1.40 250.00/hr | | 350.00 |

Montez, et al.                                                                                                   Page    16

|            |     |                                                                                                              | Hrs/Rate          | Tax# | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------------------|------|----------|
| 6/19/2004 -| PG  | Telephone call to Cathie HOltz re: compliance issues.                                                        | 0.30<br>250.00/hr |      | 75.00    |
| 6/23/2004 -| PG  | Telephone call with client re: compliance issues.                                                            | 0.10<br>250.00/hr |      | 25.00    |
| 6/24/2004 -| LKJ | Review inmate letters re: settlement.                                                                        | 1.00<br>85.00/hr  |      | 85.00    |
| -          | PG  | Conference w/LKJ re: inmate correspondence re: compliance and damage issues; reivew inmate mail.             | 1.30<br>250.00/hr |      | 325.00   |
| 6/28/2004 -| PG  | Telephone call w/Linda Edwards re: compliance issues.                                                        | 0.40<br>250.00/hr |      | 100.00   |
| 6/29/2004 -| LKJ | Call from David Bryan re: facility issues.                                                                   | 0.30<br>85.00/hr  |      | 25.50    |
| 6/30/2004 -| DHM | Meeting with team re DOC efforts re: settlement requirements. Conf and assignments to each atty. Status memo. Discussion of research on payment of costs. | 0.80<br>300.00/hr |      | 240.00   |
| -          | PG  | Meeting with attorneys to discuss settlement status and assignments on compliance.                           | 0.50<br>250.00/hr |      | 125.00   |
| -          | ABD | Team meeting re: compliance issue.                                                                           | 0.50<br>175.00/hr |      | 87.50    |
| 7/6/2004 - | PG  | Call to Peter re: Orleans re: compliance issues.                                                             | 0.50<br>250.00/hr |      | 125.00   |
| 7/8/2004 - | DHM | Research survivability issues for meeting with PG                                                            | 3.50<br>300.00/hr |      | 1,050.00 |
| 7/9/2004 - | PG  | Review file for telephone conference; call with client.                                                      | 1.30<br>250.00/hr |      | 325.00   |
| -          | DHM | Conference with PG re new DOC call policy                                                                    | 0.40<br>300.00/hr |      | 120.00   |
| 7/14/2004 -| PG  | Conference with Pai re: compliance and case issues and communication with clients.                           | 0.50<br>250.00/hr |      | 125.00   |
| 7/26/2004 -| PG  | Telephone call from Linda Edwards re: compliance issues.                                                     | 0.30<br>250.00/hr |      | 75.00    |
| 7/29/2004 -| PG  | Draft letters to class members re: compliance issues.                                                        | 1.30<br>250.00/hr |      | 325.00   |
| -          | DHM | Conference with PG re monetary denial to inmates by Nottingham order and letter explaining same              | 0.20<br>300.00/hr |      | 60.00    |

Montez, et al.        Page 17

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/29/2004 - | DHM | Draft reply to AG memo on payment for discovery. Research same and revise | 5.25 300.00/hr | | 1,575.00 |
| - | PG | Meeting w/DHM re: compliance issues. | 0.20 250.00/hr | | 50.00 |
| 8/5/2004 - | PG | Sign letters to clients | 0.10 250.00/hr | | ~~25.00~~ N/C |
| 8/6/2004 - | PG | Letter to class members re case issues | 0.10 250.00/hr | | 25.00 |
| 8/27/2004 - | DHM | Meeting w/PG et al re outstanding issues. Work on response to state motion divided between attys. | 2.90 300.00/hr | | 870.00 |
| 9/1/2004 - | DHM | Meeting w/PG and ABD re case status and motions | 1.50 300.00/hr | | 450.00 |
| - | CPH | Meeting w/PG, DHM & ABD re: case status and motions. | 1.00 55.00/hr | | 55.00 |
| - | ABD | Meeting at office to go over issues in case and discuss strategy. | 1.00 175.00/hr | | 175.00 |
| - | PG | Meeting with DHM re: case status and motions. | 1.50 250.00/hr | | 375.00 |
| 9/8/2004 - | CPH | E-mail to PG/DHM/ABD re: T/C with Margie; e-mail re: discovery issues and deadlines to be decided by Kane & Nottingham. | 0.20 55.00/hr | | 11.00 |
| 9/10/2004 - | CPH | Call w/Duane Owens (inmate) who is in class action | 0.10 55.00/hr | | 5.50 |
| 10/7/2004 - | CPH | Index Montez class action file for response to issues re: case managment and discovery. | 1.30 55.00/hr | | 71.50 |
| 10/25/2004 - | PG | Call from court re hearing | 0.10 250.00/hr | | 25.00 |
| 11/3/2004 - | PG | E-mail to/from Beth re preparation of Order | 0.10 250.00/hr | | 25.00 |
| 11/4/2004 - | PG | prepare proposed order; review proposed order from Defendants; conf with ABD re same; call to court re proposed order and email to court and counsel | 1.80 250.00/hr | | 450.00 |
| 11/17/2004 - | PG | talk with Disability Center re inmate requests re representation | 0.50 250.00/hr | | 125.00 |

Montez, et al.                                                                                    Page    18

|            |     |                                                                                                    | Hrs/Rate          | Tax# | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------|-------------------|------|-----------|
| 11/30/2004 | PG  | Conference with DM re Nottingham order re damage issues                                            | 0.40 250.00/hr    |      | 100.00    |
| 12/6/2004  | PG  | Call from Peter Orleans re general compliance issues                                               | 0.20 250.00/hr    |      | 50.00     |
| 12/28/2004 | DHM | E-mail to/from PG re PSB references                                                                | 0.10 300.00/hr    |      | 30.00     |
| 12/29/2004 | DHM | Review inmate letters and meeting with CPH re inmates whose claims reflect on compliance vel non with settlement agreemetn | 0.75 300.00/hr    |      | 225.00    |
| 1/3/2005   | CPH | Review inmate letters re: settlement.                                                              | 0.30 55.00/hr     |      | 16.50     |
| 1/13/2005  | PSB | Review pleadings and individual files delivered by Pai.                                            | 1.00 180.00/hr    |      | 180.00    |
| 1/21/2005  | PSB | Call w/Pai re: documents                                                                           | 0.10 180.00/hr    |      | NO CHARGE |
| 1/24/2005  | PSB | Review prof. resp. rules re: proper designation of status.                                         | 0.15 180.00/hr    |      | NO CHARGE |
| -          | PSB | Preparation for conference call with Judge and DOC.                                                | 0.25 180.00/hr    |      | 45.00     |
| 1/28/2005  | PSB | Review various supreme court cases re: survival of 1983 claims when death is or is not cause by conduct; compare cases. | 0.60 180.00/hr    |      | 108.00    |
| 2/1/2005   | DHM | Conference with PG re meeting with PSB to develop process of monitoring                            | 0.10 300.00/hr    |      | 30.00     |
| -          | PG  | Meeting w/DHM re: monitoring process.                                                              | 0.10 275.00/hr    |      | 27.50     |
| 2/11/2005  | PSB | Correspondence regarding new rules on envelope labeling.                                           | 0.15 180.00/hr    |      | NO CHARGE |
| -          | PSB | Letter to LRC.                                                                                     | 0.15 180.00/hr    |      | NO CHARGE |
| 2/16/2005  | PG  | Conference and emails to/from DHM and PSB re: information on notice to class members.              | 1.50 275.00/hr    |      | 412.50    |
| 2/17/2005  | DHM | Telephone conference with Quinn/Colle re inmate locator refusal to cooperate. Forward list of c. 50 inmates with information re claims monitoring. | 1.30 300.00/hr    |      | 390.00    |

Montez, et al.                                                                                                      Page    19

|            |     |                                                                                                                                                                                                                       | Hrs/Rate          | Tax# | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|-----------|
| 2/17/2005 -| PSB | Review inmate mail re: settlement process.                                                                                                                                                                                              | 0.20<br>180.00/hr |      | 36.00     |
| 2/21/2005 -| PSB | E-mail correspondence to David re: Montez et al issues.                                                                                                                                                                                 | 0.20<br>180.00/hr |      | 36.00     |
| -          | PSB | Review and assemble files for return to King & Greisen.                                                                                                                                                                                 | 0.30<br>180.00/hr |      | NO CHARGE |
| 2/22/2005 -| PSB | E-mail correspondence to David Miller re: Montez et al issues.                                                                                                                                                                          | 0.20<br>180.00/hr |      | 36.00     |
| 2/23/2005 -| CPH | Call w/PB regarding Montez. Inmate letters and file organization.                                                                                                                                                                       | 0.20<br>55.00/hr  |      | 11.00     |
| -          | PSB | Prepare interview questions and summaries for prison visits re: compliance issues.                                                                                                                                                      | 0.65<br>180.00/hr |      | 117.00    |
| -          | DHM | Class issues: Conference with CPH re ILS response. Email to JXQ re 30b6 depo and SDT. Email response from Quinn and email reply to him                                                                                                   | 1.00<br>300.00/hr |      | 300.00    |
| 2/24/2005 -| PSB | Conference with Margie re: status conference.                                                                                                                                                                                           | 0.10<br>180.00/hr |      | NO CHARGE |
| 2/25/2005 -| PSB | Meeting with David re: prison interviews.                                                                                                                                                                                               | 0.10<br>180.00/hr |      | 18.00     |
| -          | DHM | Class: Call from Peter Orleans re inspection of San Carlos Facility and his belief that he was not originally shown the appropriate/reported handicapped cells. Discussion about possible fixes and new San Carlos addition. Draft memo re same and research agreement and review original report on San Carlos. Email to PG re same. | 1.30<br>300.00/hr |      | 390.00    |
| -          | PSB | E-mail to Quinn and inmate locator response.                                                                                                                                                                                            | 0.20<br>180.00/hr |      | 36.00     |
| 2/26/2005 -| PG  | Review email from DHM re: San Carlos compliance issues.                                                                                                                                                                                 | 0.20<br>275.00/hr |      | 55.00     |
| 3/8/2005 - | PSB | E-mails regarding visits, proposed obstruction and retaliation                                                                                                                                                                          | 0.80<br>180.00/hr |      | 144.00    |
| 3/15/2005 -| PSB | Meeting with DHM and Pai re: tasks and procedures.                                                                                                                                                                                      | 1.00<br>180.00/hr |      | 180.00    |
| 3/17/2005 -| PSB | Communication with Fort Lyons Correctional Facility re: attempting to bar visits                                                                                                                                                        | 0.50<br>180.00/hr |      | 90.00     |

Montez, et al.                                                                                                     Page    20

|            |     |                                                                                                                                                 | Hrs/Rate        | Tax# | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------|----------|
| 3/17/2005 -| PSB | Review inmate mail and DOC brief re: scope of settlement agreement                                                                              | 0.40 180.00/hr  |      | 72.00    |
| -          | PSB | Conference with DM re: scope of settlement agreement                                                                                             | 0.30 180.00/hr  |      | 54.00    |
| -          | DHM | Calls from Bellac, Steinbeck and numerous emails to/from Quinn, Spec Mstrs Borchers/Pringle, et al., re access to clients. Meeting with Bellac on class non-compliance issues and communications with clients | 2.30 300.00/hr  |      | 690.00   |
| -          | DHM | Numerous emails and conferences with PSB re monitoring trips and meetings with inmates re conditions in general. Calls to Legal Resolutions and emails re same with DOC | 1.30 300.00/hr  |      | 390.00   |
| 3/18/2005 -| PSB | E-mails and correspondence re visits, proposed obstruction, retaliation vs. inmates, etc                                                        | 0.80 180.00/hr  |      | 144.00   |
| 3/20/2005 -| PSB | Drive to Los Animas to meet with inmates; re: compliance issues.                                                                                 | 4.50 180.00/hr  |      | 810.00   |
| 3/21/2005 -| PSB | Meet with inmates re: compliance issues.                                                                                                        | 8.00 180.00/hr  |      | 1,440.00 |
| 3/22/2005 -| PSB | Drive to AVCF, negogiate with AVCF re: meeting with class members and meet with inmate re: compliance issues; drive back to Denver.             | 7.50 180.00/hr  |      | 1,350.00 |
| 3/23/2005 -| DHM | Meeting with Bellac re class issues.                                                                                                             | 1.80 300.00/hr  |      | 540.00   |
| -          | PSB | Meeting with DHM re: class compliance issues.                                                                                                    | 1.80 180.00/hr  |      | 324.00   |
| 3/29/2005 -| PSB | Telephone and fax correspondence with DOC and others re arranging compliance visits                                                              | 1.00 180.00/hr  |      | 180.00   |
| -          | PSB | E-mail to DOC and others arranging compliance visits                                                                                             | 1.00 180.00/hr  |      | 180.00   |
| -          | PSB | Update master list and draft letter regarding inmate visits.                                                                                     | 0.50 180.00/hr  |      | 90.00    |
| 3/30/2005 -| PSB | Arranging lodging; inmate correspondence; travel to Canon City; prepare for meetings with inmates re: compliance issues.                         | 2.00 180.00/hr  |      | 360.00   |
| 3/31/2005 -| PSB | Meeting with inmates re: compliance issues; travel from Canon City                                                                               | 4.50 180.00/hr  |      | 810.00   |