Montez, et al.                                                                                                          Page    21

|  |  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 4/4/2005 - | PSB | Meeting with D. Miller to discuss class issue. | | 1.50<br>180.00/hr | | 270.00 |
| - | DHM | Meeting with PSB re cases outstanding and compliance with settlement agreement | | 1.40<br>300.00/hr | | 420.00 |
| 4/5/2005 - | FKC | organize files | | 2.00<br>50.00/hr | | 100.00 |
| 4/7/2005 - | PSB | Review procedural issues, orders and history; review transcript of 10/27/04 hearing and draft suggestions | | 3.00<br>180.00/hr | | NO CHARGE |
| 4/8/2005 - | PSB | Arranging visits with inmates re: compliance. | | 0.60<br>180.00/hr | | 108.00 |
| 4/10/2005 - | FKC | organize files | | 4.00<br>50.00/hr | | 200.00 |
| 4/11/2005 - | PSB | Arranging inmate visits and preparing spreadsheet. | | 0.65<br>180.00/hr | | 117.00 |
| 4/12/2005 - | DHM | E-mails to/from CPH re visits to facilities to meet clients and monitor compliance. | | 0.30<br>300.00/hr | | 90.00 |
| 4/13/2005 - | PSB | Meeting with DM; set up future visits | | 0.80<br>180.00/hr | | 144.00 |
| - | DHM | Meeting with PSB re visits to facilities to assess conditions, compliance and meet with inmates | | 0.75<br>300.00/hr | | 225.00 |
| 4/14/2005 - | PSB | Call w/DM regarding various compliance issues | | 0.30<br>180.00/hr | | 54.00 |
| - | DHM | Call from PSB re compliance and enforcement issues | | 0.30<br>300.00/hr | | 90.00 |
| 4/20/2005 - | DHM | Review IC's re DOC ordering program administrators not to follow settlement agreement until ordered to. Conference with PSB re same conditions throughout different facilities. | | 0.50<br>300.00/hr | | 150.00 |
| - | FKC | organize files / copies / calls | | 4.00<br>50.00/hr | | 200.00 |
| 4/21/2005 - | PSB | Preparation for meeting with inmates; make arrangements for trip to Ft. Lyons | | 2.00<br>180.00/hr | | 360.00 |
| - | FKC | organize files | | 2.00<br>50.00/hr | | 100.00 |

Montez, et al.                                                                                                                    Page    22

|            |     |                                                                                                            | Hrs/Rate          | Tax# | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------|-------------------|------|--------|
| 4/24/2005 -| PSB | Travel to Ft. Lyons and preparation for meeting with inmates re: compliance.                               | 6.50 180.00/hr    |      | 1,170.00 |
| 4/25/2005 -| PSB | Meeting with inmates at Ft. Lyons re: compliance issues.                                                   | 2.00 180.00/hr    |      | 360.00 |
| -          | PSB | Travel to ACVF and meeting with inmates at AVCF re: compliance issues.                                     | 2.30 180.00/hr    |      | 414.00 |
| -          | PSB | Travel back to Denver from Ft. Lyons re: compliance issues.                                                | 6.00 180.00/hr    |      | 1,080.00 |
| 4/28/2005 -| DHM | Interview Robert Mahan on non-compliance issues at Sterling                                                | 1.40 300.00/hr    |      | 420.00 |
| 5/3/2005 - | FKC | organize files / calls                                                                                     | 5.00 50.00/hr     |      | 250.00 |
| 5/4/2005 - | PSB | Review and consider pleadings and orders.                                                                  | 0.50 180.00/hr    |      | 90.00  |
| -          | DHM | Review inmate letters re conditions, claims and settlement. Conference with CPH re declines to represent.  | 0.75 300.00/hr    |      | 225.00 |
| 5/5/2005 - | PSB | Arrange visits in Canon City to discuss compliance issues with class members.                              | 0.30 180.00/hr    |      | 54.00  |
| -          | PSB | Review files; correspond with DOC; file/calendar deadlines.                                                | 0.50 180.00/hr    |      | ~~90.00~~ N/c |
| -          | PSB | Arrange visits in Canon City with inmates re: compliance issues.                                           | 0.30 180.00/hr    |      | NO CHARGE |
| 5/6/2005 - | DHM | Review inmate letters re claims and non-compliance with settlement agreement.                              | 1.00 300.00/hr    |      | 300.00 |
| ~~5/8/2005 -~~ | ~~PSB~~ | ~~Review files; trip preparation; correspondence with LRC.~~                                           | ~~0.60~~ 180.00/hr |      | ~~108.00~~ deleted |
| 5/9/2005 - | PSB | Travel to Buena Vista; meet with inmate re: compliance issues; travel to Canon City; prepare for inmate meetings. | 9.70 180.00/hr |      | 1,746.00 |
| 5/10/2005 -| PSB | Meeting with inmates re: compliance issues; travel back to Denver.                                         | 4.50 180.00/hr    |      | 810.00 |
| 5/13/2005 -| PSB | Review and consider orders and pleadings; file and calendar.                                               | 0.40 180.00/hr    |      | NO CHARGE |
| 5/16/2005 -| PSB | Meeting with David Miller to discuss future visits re: compliance issues.                                  | 0.60 180.00/hr    |      | 108.00 |

Montez, et al.                                                                                                    Page    23

|  |  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 5/24/2005 - | PSB | Arrange Limon and Sterling visits re compliance issues. | | 0.20 180.00/hr | | 36.00 |
| - | PSB | Review inmate mail re: compliance issues. | | 0.60 180.00/hr | | 108.00 |
| - | FKC | organize files | | 2.00 50.00/hr | | 100.00 |
| 5/25/2005 - | PSB | Arrange Sterling visit re: compliance issues. | | 0.20 180.00/hr | | 36.00 |
| - | DHM | Meeting with Peter Orleans re mobility issues. Review all DOC documents and his review re same | | 2.10 300.00/hr | | 630.00 |
| - | PSB | Meeting with David Miller re: compliance and monitoring issues. | | 0.40 180.00/hr | | 72.00 |
| - | FKC | orgainze files | | 5.00 50.00/hr | | 250.00 |
| 5/26/2005 - | PSB | Call w/prisons re: visits - compliance issues. | | 0.40 180.00/hr | | 72.00 |
| - | PSB | E-mail to prisons re: visits for compliance issues. | | 0.20 180.00/hr | | 36.00 |
| - | FKC | organize files | | 4.00 50.00/hr | | 200.00 |
| 5/27/2005 - | PSB | Travel to and from Sterling. | | 5.60 180.00/hr | | 1,008.00 |
| - | PSB | Meeting with inmates re: compliance issues. | | 1.10 180.00/hr | | 198.00 |
| 5/28/2005 - | PSB | Review files and file maintenance. | | 0.25 180.00/hr | | NO CHARGE |
| 6/5/2005 - | DHM | Review of notes re Orleans and Edwards on compliance issues. Calls to hearing and sight experts. Memo re same. Email to Quinn after conference with PG re (non) compliance assertion and request for cooperative review process re monitoring and compliance review. | | 3.25 300.00/hr | | 975.00 |
| 6/10/2005 - | FKC | orgainze files / copies | | 3.00 50.00/hr | | 150.00 |
| 6/13/2005 - | PSB | Review inmate mail and update client lists. | | 0.75 180.00/hr | | 135.00 |

Montez, et al.  Page 24

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/13/2005 - | PSB | Call w/ David and Paula re: Montez el al issues. | 0.50 180.00/hr | | 90.00 |
| - | PG | Call w/DHM and PSB re: compliance issue and PLRA issue. | 0.50 275.00/hr | | 137.50 |
| 6/15/2005 - | DHM | E-mail from/to Quinn re compliance meeting. Conference with PG re availability | 0.20 300.00/hr | | 60.00 |
| - | PG | Call w/DHM re: meeting re: compliance review. | 0.10 275.00/hr | | 27.50 |
| - | FKC | organize files / copies | 2.00 50.00/hr | | 100.00 |
| 6/16/2005 - | FKC | organize files | 2.50 50.00/hr | | 125.00 |
| 6/17/2005 - | DHM | Call to JAG for available dates from Barr re: attorney fees. | 0.20 300.00/hr | | NO CHARGE |
| 6/20/2005 - | DHM | E-mail from PG re setting fees hearing date. Email to Quinn and McCann forwarding same. Email from McCann re compliance return email re 6/29 date | 0.25 300.00/hr | | 75.00 |
| 6/21/2005 - | DHM | E-mail to and from McCann re setting up compliance review meeting. | 0.40 300.00/hr | | 120.00 |
| 6/22/2005 - | DHM | E-mails t/from McCan re setting compliance meeting. Reschedule calendar changing meetings to meet their schedule. Emails re same and conference with CPH re setting conferences | 0.50 300.00/hr | | 150.00 |
| - | DHM | Calls to Colorado Center for the Blind and conference with Director re compliance and training for DOC. Memo re same. Call to Sign Language Network re same and conference with Director. Memo re same | 1.30 300.00/hr | | 390.00 |
| 6/23/2005 - | DHM | Confirm Edwards available for 6/27/05 meeting on compliance and 6/30 compliance meeting with DOC. Conference with CPH re same and emails to/from CPH/PG | 0.25 300.00/hr | | 75.00 |
| 6/24/2005 - | DHM | Calls to experts confirming meeting. Emails to/from McCan re same and call re same. Conference with PG re status and monitoring. | 1.30 300.00/hr | | 390.00 |
| - | PSB | Call w/ David, Pai, and Fran re: compliance issues; correspond with LRC re: hearing dates. | 0.45 180.00/hr | | 81.00 |
| - | PG | E-mail from and conference with DHM re: compliance issues and meeting with DOC. | 0.90 275.00/hr | | 247.50 |

Montez, et al.                                                                                                          Page    25

| Date | | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 6/27/2005 | - | DHM | Compliance issues. Meeting with Linda Edwards re diabetes care. | 1.60<br>300.00/hr | | 480.00 |
| | - | DHM | Meeting with PG re memo for AG meeting on compliance | 1.20<br>300.00/hr | | 360.00 |
| | - | PSB | Meetings with David, Paula and Linda Edwards re: compliance issues. | 1.00<br>180.00/hr | | 180.00 |
| | - | PG | Meeting w/Linda Edwards, DHM and PSB re: compliance issues on diabetic care. | 1.80<br>275.00/hr | | 495.00 |
| | - | PG | Meeting w/DHM re: compliance meeting with DOC. | 1.20<br>275.00/hr | | 330.00 |
| | - | FKC | organize files | 1.50<br>50.00/hr | | 75.00 |
| 6/28/2005 | - | PSB | Update and prepare Montez master list; prepare for meeting with inmates re: compliance issues. | 0.65<br>180.00/hr | | 117.00 |
| | - | DHM | Compliance cal to/from Julie Deden from Colo Center for the Blind. Email same re compliance trainings, curriculum development | 1.20<br>300.00/hr | | 360.00 |
| | - | FKC | organize files | 1.50<br>50.00/hr | | 75.00 |
| 6/29/2005 | - | FKC | organize files | 1.00<br>50.00/hr | | 50.00 |
| 6/30/2005 | - | PSB | Arrange visits to prisons re: compliance issues. | 0.40<br>180.00/hr | | 72.00 |
| | - | DHM | E-mails re compliance meeting and calls to experts re same. Review inmate letters re non-compliance issues | 1.90<br>300.00/hr | | 570.00 |
| | - | PSB | E-mail to Pai re: follow up on inmate call. | 0.25<br>180.00/hr | | 45.00 |
| | - | PSB | Arrange visits to prison re: visits with inmates on compliance issues. | 0.40<br>180.00/hr | | 72.00 |
| 7/2/2005 | - | PSB | Meeting with David Miller re: various class issues. | 0.50<br>180.00/hr | | 90.00 |
| 7/4/2005 | - | PG | E-mail to DHM re: class-wide damage issues that need to be addressed. | 0.80<br>275.00/hr | | 220.00 |
| 7/5/2005 | - | DHM | Email from PG re need to have Borchers address damages issue immediately. Set up immediate status conference with Quinn. Borchers decides that while no | 2.00<br>300.00/hr | | 600.00 |

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
|  |  | experts in cases so far (and no decision from Judge Kane on Class V damages cases) in pro se cases he has held Fitzgerald to mean he can not award &1983 damages. Email from PSB re hearings |  |  |  |
| 7/5/2005 - | FKC | organize files | 2.00 50.00/hr |  | 100.00 |
| 7/6/2005 - | PSB | Call w/David and Paula re: review and consider miscellaneous decisions entered. | 0.60 180.00/hr |  | 108.00 |
| - | PG | Conference with DHM and PSB re: damage issues/ | 0.60 275.00/hr |  | 165.00 |
| 7/7/2005 - | FKC | organize files / copies | 3.00 50.00/hr |  | 150.00 |
| 7/8/2005 - | DHM | E-mail from Quinn re compliance meeting. Email to PG re same. Confirm scheduling of fees arbitration with JAG | 0.70 300.00/hr |  | 210.00 |
| - | PG | E-mail from DHM re: compliance meeting and call w/DHM re: same. | 0.30 275.00/hr |  | 82.50 |
| 7/12/2005 - | DHM | Telephone conference with McCann re scheduling for compliance and fees issues | 0.50 300.00/hr |  | 150.00 |
| 7/20/2005 - | DHM | Preparation for meeting with McCann, Holst, et al. Conf re compliance vel non. Identify issues and requirements for review of same issue. | 1.70 300.00/hr |  | 510.00 |
| 7/29/2005 - | FKC | organize files | 2.50 50.00/hr |  | 125.00 |
| 8/1/2005 - | PSB | Meeting with DHM re various class issues. | 0.40 180.00/hr |  | 72.00 |
| 8/3/2005 - | DHM | E-mail from PSB and review of Lovato on class-wide issues of damages for individual med issue plaintiffs. | 1.30 300.00/hr |  | 390.00 |
| 8/4/2005 - | DHM | Review of 8/2 special master orders for classwide issue review. Emails to PG, PSB, CEH re same. | 1.40 300.00/hr |  | 420.00 |
| 8/9/2005 - | DHM | Review 8/9 special master orders for class wide issues and forward to PG, PSB, CEH re same | 0.80 300.00/hr |  | 240.00 |
| 8/10/2005 - | DHM | Conference and emails with PG re non-compliance and Springs meeting with state | 0.40 300.00/hr |  | 120.00 |

Montez, et al.                                                                                           Page    27

|            |     |                                                                                                                                                       | Hrs/Rate         | Tax# | Amount    |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------|-----------|
| 8/10/2005 -| DHM | Research/draft objection to Abram as special master. Conference with PG re same; Research/draft Notice of Non-Compliance for class issues. Conference with PG re same | 3.90 300.00/hr   |      | 1,170.00  |
| 8/11/2005 -| FKC | organize files                                                                                                                                        | 4.00 50.00/hr    |      | 200.00    |
| 8/12/2005 -| FKC | organize files                                                                                                                                        | 4.00 50.00/hr    |      | 200.00    |
| 8/16/2005 -| CEH | Email to PG re Revised documents; Revise Notice of Non-Compliance; email to and conference w/PG re Revised documents                                   | 1.50 95.00/hr    |      | 142.50    |
|      -     | DHM | Review email suggested changes to notice of non-compliance and objection to special master appointment; Conference with PG re same and edit/revise documents. | 1.25 300.00/hr   |      | 375.00    |
| 8/19/2005 -| DHM | Review 8/18 and 8/19 orders for class wide issues and forward to PG, CEH and PSB. Conference / emails re setting up compliance visit                   | 2.00 300.00/hr   |      | 600.00    |
| 8/22/2005 -| DHM | Review orders since 8/19 re class issues; Conf with PG re same                                                                                         | 0.50 300.00/hr   |      | 150.00    |
| 8/23/2005 -| DHM | Conference with PG on intervention and stay issues and review defendant's response re same.                                                            | 1.00 300.00/hr   |      | 300.00    |
| 8/24/2005 -| CEH | File Review w/PG                                                                                                                                      | 0.50 95.00/hr    |      | NO CHARGE |
| 8/31/2005 -| DHM | Review orders since 8/20 on class issues.                                                                                                             | 0.75 300.00/hr   |      | 225.00    |
|      -     | BP  | Filing and file maintenance for class pleadings.                                                                                                      | 2.00 50.00/hr    |      | 100.00    |
| 9/6/2005 - | FKC | organize files / copies                                                                                                                               | 2.00 50.00/hr    |      | 100.00    |
| 9/7/2005 - | PG  | Travel to/from Colorado Springs and meet with opposing counsel re compliance issues.                                                                  | 8.50 275.00/hr   |      | 2,337.50  |
|      -     | DHM | Compliance review meeting with defendants and their representatives in Colorado Springs.                                                               | 5.25 300.00/hr   |      | 1,575.00  |
|      -     | DHM | Drive to Colorado Springs and back to Denver for Compliance review meeting.                                                                            | 3.50 300.00/hr   |      | 1,050.00  |

Montez, et al.                                                                                              Page    28

|            |     |                                                                                                                                                                                 | Hrs/Rate       | Tax# | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|------|--------|
| 9/7/2005   | FKC | organize files                                                                                                                                                                        | 1.50 50.00/hr  |      | 75.00  |
| 9/8/2005   | FKC | organize files                                                                                                                                                                        | 4.00 50.00/hr  |      | 200.00 |
| 9/9/2005   | PG  | Prepare fee petition                                                                                                                                                                  | 1.10 275.00/hr |      | 302.50 |
| 9/12/2005  | DHM | Conference with PG re fees letter                                                                                                                                                     | 0.20 300.00/hr |      | 60.00  |
|            | PG  | Prepare fee petition and conference with Mike re same; Write letter to Beth re same.                                                                                                  | 1.50 275.00/hr |      | 412.50 |
| 9/13/2005  | PG  | Prepare status motion for court pursuant to Court Order.                                                                                                                              | 2.50 275.00/hr |      | 687.50 |
| 9/14/2005  | DHM | Conference with PG re Special Master addition issue. Research same and conference with PG re candidates. Review terms of appointment and last Special Master application for fees/costs and review Order re compliance for same. | 0.80 300.00/hr |      | 240.00 |
|            | PG  | Prepare status report to Judge.                                                                                                                                                       | 1.10 275.00/hr |      | 302.50 |
|            | PG  | Read Defendant's report re pending matters and email from Beth re same.                                                                                                               | 0.20 275.00/hr |      | 55.00  |
| 9/15/2005  | DHM | Conference with PG re proposed Special Masters and payment terms for Special Masters.                                                                                                 | 0.20 300.00/hr |      | 60.00  |
|            | PG  | Letter to McCann re fees and email to Beth re information re compliance issues.                                                                                                       | 0.20 275.00/hr |      | 55.00  |
|            | PG  | Conference with DHM re proposed special masters and payment Terms for special masters                                                                                                 | 0.20 275.00/hr |      | 55.00  |
|            | FKC | organize files                                                                                                                                                                        | 4.00 50.00/hr  |      | 200.00 |
| 9/16/2005  | DHM | Conference with PG re additional Special Masters. Teleconference with Borchers re Plotz and Davidson. Conference with PG/DSK re Satter and Katy Miller and JAG/JAMS possibilities. Conference re McCann position and AG names. | 0.60 300.00/hr |      | 180.00 |
| 9/19/2005  | DHM | Conference with PG re Davidson. Emails from PELA members re same and conference with PG re same.                                                                                      | 0.40 300.00/hr |      | 120.00 |

Montez, et al.                                                                                           Page     29

|            |     |                                                                                      | Hrs/Rate      | Tax# | Amount |
|------------|-----|--------------------------------------------------------------------------------------|---------------|------|--------|
| 9/22/2005 -| FKC | organize files                                                                       | 4.00 50.00/hr |      | 200.00 |
| 9/24/2005 -| FKC | organize files / copies                                                              | 6.00 50.00/hr |      | 300.00 |
| -          | FKC | organize files / copies                                                              | 3.00 50.00/hr |      | 150.00 |
| 9/26/2005 -| PG  | E-mail to Beth re documents for compliance and attorney fees issues.                 | 0.40 275.00/hr|      | 110.00 |
| -          | DHM | Conference with PG re fees scheduling and calendaring of same.                       | 0.20 300.00/hr|      | 60.00  |
| -          | PG  | Conference with DHM re fees scheduling and calendaring of same.                      | 0.20 275.00/hr|      | 55.00  |
| -          | DHM | Conference with PG re fees scheduling and calendaring of same.                       | 0.20 300.00/hr|      | 60.00  |
| 9/27/2005 -| FKC | organize files                                                                       | 4.00 50.00/hr |      | 200.00 |
| 9/28/2005 -| PG  | Call to JAG for fees arbitration date and email to Beth re same and obtaining compliance information and scheduling trip to Springs. | 0.20 275.00/hr|      | 55.00  |
| -          | FKC | organize files                                                                       | 4.00 50.00/hr |      | 200.00 |
| 9/29/2005 -| PG  | Call from Linda Edwards re compliance issues.                                        | 0.50 275.00/hr|      | 137.50 |
| -          | FKC | organize files/copies                                                                | 3.00 50.00/hr |      | 150.00 |
| -          | FKC | organize files                                                                       | 1.50 50.00/hr |      | 75.00  |
| 9/30/2005 -| FKC | organize files                                                                       | 3.50 50.00/hr |      | 175.00 |
| 10/3/2005 -| PG  | Respond to client mail.                                                              | 0.70 275.00/hr|      | 192.50 |
| -          | FKC | organize files                                                                       | 3.00 50.00/hr |      | 150.00 |
| -          | PG  | Respond to client mail.                                                              | 0.70 275.00/hr|      | 192.50 |

Montez, et al.                                                                                          Page   30

|            |     |                                                               | Hrs/Rate      | Tax# | Amount    |
|------------|-----|---------------------------------------------------------------|---------------|------|-----------|
| 10/5/2005  | PG  | Review documents provided by DOC to show compliance.          | 0.50 275.00/hr |      | 137.50    |
|            | PG  | Meeting with Peter Orleans re compliance issue                | 1.60 275.00/hr |      | 440.00    |
|            | PG  | Conference with L Edwards re compliance issues                | 0.20 275.00/hr |      | 55.00     |
| 10/7/2005  | PG  | Calls to/from Ed Kahn re arbitration information              | 0.20 275.00/hr |      | 55.00     |
|            | PG  | E-mail to M Koechner re preparation of fee petition           | 0.10 275.00/hr |      | 27.50     |
| 10/12/2005 | FKC | Filing                                                        | 2.00 75.00/hr  |      | NO CHARGE |
| 10/13/2005 | FKC | Filing                                                        | 4.00 75.00/hr  |      | NO CHARGE |
|            | PG  | Travel to Colorado Springs to review documents re compliance issues | 8.00 275.00/hr |      | 2,200.00  |
| 10/18/2005 | FKC | organize files                                                | 4.00 50.00/hr  |      | 200.00    |
| 10/20/2005 | FKC | organize files                                                | 6.00 50.00/hr  |      | 300.00    |
| 10/21/2005 | FKC | organize files                                                | 6.00 50.00/hr  |      | 300.00    |
| 10/24/2005 | FKC | organize files                                                | 6.00 50.00/hr  |      | 300.00    |
|            | PG  | Letter to Beth re compliance evidence.                        | 0.20 275.00/hr |      | 55.00     |
| 10/25/2005 | FKC | organize files                                                | 3.00 50.00/hr  |      | 150.00    |
|            | PG  | Prepare fee petition.                                         | 3.50 275.00/hr |      | 962.50    |
| 10/26/2005 | FKC | organizing filing                                             | 2.00 50.00/hr  |      | 100.00    |
| 10/27/2005 | FKC | organizing filing                                             | 2.00 50.00/hr  |      | 100.00    |