KING & GREISEN, LLP
ATTORNEYS AT LAW
1670 York Street
Denver, CO  80206
(303) 298-9878


Invoice submitted to:
Montez-Damages


October 31, 2005


Professional Services

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/19/2003 - | PG | Prepare draft damage claim forms; call to Borchers re: same. | 0.80<br>250.00/hr | | 200.00 |
| 11/24/2003 - | PG | Call to Judge Borchers re: damage claim forms. | 0.10<br>250.00/hr | | 25.00 |
| 12/18/2003 - | CKC | Call w/ inmate re damage claim forms. | 0.20<br>85.00/hr | | 17.00 |
| 12/23/2003 - | PG | Meeting w/ Borchers re: damage claims process. | 1.00<br>250.00/hr | | 250.00 |
| 1/7/2004 - | CKC | Review inmate letters for damage claim forms. | 2.40<br>85.00/hr | | 204.00 |
| 1/9/2004 - | PG | read letter from Borchers re damage claim procedures | 0.10<br>250.00/hr | | 25.00 |
| 1/12/2004 - | CKC | Call w/ inmates re damage forms; Review new letters. | 0.60<br>85.00/hr | | 51.00 |
| - | DHM | Conference with PG re damage claim form.  Revise same and meeting with PG re revisions. | 1.00<br>300.00/hr | | 300.00 |
| - | PG | read letter from Borchers; conf with DM; call to Borchers | 0.60<br>250.00/hr | | 150.00 |
| 1/15/2004 - | PG | Preparation of damage claim form | 0.40<br>250.00/hr | | 100.00 |

Montez-Damages                                                                Page      2

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/16/2004 | - | PG | Prepare damage claim form | 2.20<br>250.00/hr | | 550.00 |
| 1/20/2004 | - | PG | Review files on deceased inmates and research re: claims for deceased class members. | 3.40<br>250.00/hr | | 850.00 |
| | - | PG | Prepare letter to class members re appeal of Special Master decision and delay in obtaining payments; conf with CKC re same | 0.70<br>250.00/hr | | 175.00 |
| | - | CKC | Review inmate letters and update mailing list. | 2.30<br>85.00/hr | | 195.50 |
| 1/21/2004 | - | PG | Preparation of damage claim forms | 2.20<br>250.00/hr | | 550.00 |
| | - | DHM | Review damage claim form and meeting with PG on revisions | 0.75<br>300.00/hr | | 225.00 |
| 1/22/2004 | - | PG | Prepare damage claim form. | 1.60<br>250.00/hr | | 400.00 |
| 1/23/2004 | - | PG | Call w/judge Borchers re damage claim forms. | 0.60<br>250.00/hr | | 150.00 |
| | - | PG | Preparation of damage claim form and discussion with DK and DM re same. | 0.80<br>250.00/hr | | 200.00 |
| 1/27/2004 | - | CKC | Research file for deceased inmates. | 0.30<br>85.00/hr | | 25.50 |
| | - | CKC | Review inmate letters; Fax damage claim form to Borchers. | 0.70<br>85.00/hr | | 59.50 |
| 1/28/2004 | - | PG | Call to Impact Fund re information on damage claim forms | 0.50<br>250.00/hr | | 125.00 |
| | - | PG | Call to Judge Borchers re claim forms and procedures | 0.50<br>250.00/hr | | 125.00 |
| | - | PG | Research on procedures for damage claim forms | 0.90<br>250.00/hr | | 225.00 |
| 2/2/2004 | - | PG | Review and edit damage claim forms; conference w/ DHM and call to Borchers re: same. | 0.70<br>250.00/hr | | 175.00 |
| | - | DHM | Conference with PG after further revisions to inmate forms. Call to Borchers and meeting with PG re same. | 0.50<br>300.00/hr | | 150.00 |
| 2/4/2004 | - | PG | Revise damage claim form and claim information sheet. | 1.20<br>250.00/hr | | 300.00 |

Montez-Damages

Page    3

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/5/2004 - | PG | Edit damage claim form and info sheet and conf w/ DHM and call to Borchers. | 0.70 250.00/hr | | 175.00 |
| - | DHM | Review and revise claim forms and conf with PG re same | 0.40 300.00/hr | | 120.00 |
| 2/6/2004 - | PG | Call w/ Judge Borchers re: claim forms and review forms and call from Borchers office re: conference | 0.60 250.00/hr | | 150.00 |
| 2/10/2004 - | PG | Review revised damage form from Borchers and edit. | 0.30 250.00/hr | | 75.00 |
| 2/13/2004 - | PG | Prepare for and phone conference w/ Borchers and Beth and Jim and Cathy Holst re: damage claim forms and process; conf w/ Beth, Jim and Cathy re: possible revisions to settlement and ADA grievance process and meetings w/ experts. | 1.80 250.00/hr | | 450.00 |
| 2/16/2004 - | PG | Review of final damage claim form and call to Borchers re: changes; read letter from client re: damage claim forms and status and respond. | 1.00 250.00/hr | | 250.00 |
| 2/23/2004 - | PG | Review of final claim forms. | 0.10 250.00/hr | | 25.00 |
| 3/2/2004 - | CKC | Call w/ Borchers office re: Damage Claim forms; Email to PG re same. | 0.20 85.00/hr | | 17.00 |
| 3/8/2004 - | PG | Talk with Beth McCann re damage claim form issues; read letters from client re forms and compliance issues | 0.60 250.00/hr | | 150.00 |
| 3/9/2004 - | PG | Conference with DM re disputes re damage claim form and call to court to schedule meeting with Kane and call to Beth re same | 0.40 250.00/hr | | 100.00 |
| - | PG | Calls to/from Beth re conf and call to Borchers re damage claim forms | 0.70 250.00/hr | | 175.00 |
| 3/10/2004 - | PG | Meeting with DHM re conf call with court; conf with Court and Beth and Quinn re allocation of costs of damage claim form; changes to grievance procedure; changes to appeal procedure and discovery charges during damage process | 0.80 250.00/hr | | 200.00 |
| - | PG | Write Notice for Damage claim forms and conf with DM re same and write letter to Borchers and Beth | 1.50 250.00/hr | | 375.00 |
| 3/11/2004 - | CKC | Call w/ Margie from Judge Borchers Office re chart of inmates. | 0.20 85.00/hr | | NO CHARGE |
| 3/17/2004 - | CKC | Meeting w. class member Mark Johnson re damage claim form. | 0.40 85.00/hr | | 34.00 |

Montez-Damages

Page   4

| Date | | Initials | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 3/23/2004 | - | CKC | Call w/ Margie from Judge Borchers officer re: inmate list. | 0.20 85.00/hr | | NO CHARGE |
| | - | CKC | Draft email to Margie w/ Judge Borchers office re more inmates for mailing list | 0.20 85.00/hr | | NO CHARGE |
| | - | CKC | Draft new list of inmates requesting damage claim forms. | 0.80 85.00/hr | | 68.00 |
| 3/25/2004 | - | CKC | Call w/ inmate re damage claim forms. | 0.20 85.00/hr | | 17.00 |
| 3/29/2004 | - | CKC | Call w/ inmate re updated address for claim forms. | 0.20 85.00/hr | | 17.00 |
| | - | PG | Conference with CKC re: damage claims and letters. | 0.30 250.00/hr | | 75.00 |
| 3/30/2004 | - | CKC | Call w/ Margie in Judge Borchers office re inmate questions on Damage Claim forms. | 0.20 85.00/hr | | 17.00 |
| 4/5/2004 | - | CKC | Call w/ inmate re damage claim form. | 0.20 85.00/hr | | 17.00 |
| 4/7/2004 | - | CKC | Review inmate letters and draft Damage Claim form list; Email to Borchers. | 0.80 85.00/hr | | 68.00 |
| 4/13/2004 | - | PG | Review orders from Borchers and call to Borchers re: supplemental information form; conference w/ CKC re: same. | 0.30 250.00/hr | | 75.00 |
| | - | CKC | Call w/ inmates re DCF. | 0.30 85.00/hr | | 25.50 |
| 4/27/2004 | - | PG | Conference with Judge Borchers and Jim Quinn. | 0.60 250.00/hr | | 150.00 |
| 5/4/2004 | - | DHM | Conference with PG to return call to Brochers | 0.10 300.00/hr | | 30.00 |
| | - | PG | Call to Borchers re: general damage claim form issues regarding proper information to send to class members. | 0.50 250.00/hr | | 125.00 |
| 5/5/2004 | - | LKJ | Conference with DHM and PJF re: call w/ Judge Borchers; review emails re: same. | 0.30 85.00/hr | | 25.50 |
| 5/10/2004 | - | LKJ | Call w/ Cathy Holst at DOC re: obtaining signature logs for inmates who received claim forms and re: list of parolees or released inmates who were sent claim forms; internal email re: same. | 0.30 85.00/hr | | 25.50 |

Montez-Damages

Page    5

| Date | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 5/11/2004 - | PG | Call to Borchers re: hearing on discovery issues and talk to Margie re: information on claims filed; edit letter to AG re: list of parole/probation client addresses | 0.40 250.00/hr | | 100.00 |
| - | ABD | Meeting with Pam to go over case and tasks to be completed; worked on a to-do list to assign tasks to individuals. | 2.30 175.00/hr | | 402.50 |
| 5/12/2004 - | ABD | Reviewed issues with Pam and reviewed final draft of tasks to complete. | 0.80 175.00/hr | | 140.00 |
| 5/13/2004 - | PG | Conference with PF re: claims issues; edit letters to clients. | 0.80 250.00/hr | | NO CHARGE |
| 5/27/2004 - | PG | Conference with PF re: clients and claim process and respond to clients re: damage claim forms. | 0.90 250.00/hr | | 225.00 |
| - | PG | Call to Borchers re: forwarding of claim information and obtaining logs of sent forms and procedures. | 0.30 250.00/hr | | 75.00 |
| - | PJF | Review letters from inmates and draft responses; finalize letters to Judge Borchers forwarding supplemental claim forms and letters to inmates. | 5.00 85.00/hr | | 425.00 |
| 6/2/2004 - | ABD | Meeting with Montez plaintiff to assist in filling out damage claim form. | 1.00 175.00/hr | | 175.00 |
| 6/18/2004 - | LKJ | Conference with PG re: charts from Borchers office; review charts from Borchers office and logs from DOC facilities; organize info on damage claim forms. | 2.50 85.00/hr | | 212.50 |
| - | PG | Meeting w/LKJ re: organizing damage claim forms. | 1.10 250.00/hr | | 275.00 |
| 6/21/2004 - | PG | Draft letter to Borchers re: discovery issues. | 0.40 250.00/hr | | 100.00 |
| - | PG | Review damage claim forms. | 1.50 250.00/hr | | 375.00 |
| 6/22/2004 - | LKJ | Review list of claim forms picked up by inmates and facilities and create chart. | 1.60 85.00/hr | | 136.00 |
| - | PG | Review damage claim forms | 1.00 250.00/hr | | 250.00 |
| 6/23/2004 - | LKJ | Calls w/ Mary Alonzo; calendar 7/1/04 meeting. | 0.40 85.00/hr | | 34.00 |
| 6/24/2004 - | LKJ | Call w/ Margie from Judge Borchers' office re: their responses to emails and working on getting database to us. | 0.30 85.00/hr | | 25.50 |

Montez-Damages

Page     6

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/25/2004 - | LKJ | Call from David Bryan re: damage claim process. | 0.50 85.00/hr | | 42.50 |
| 6/27/2004 - | LKJ | Review letters from inmates re damage claim process. | 2.10 85.00/hr | | 178.50 |
| 6/28/2004 - | LKJ | Draft letter to Judge Borchers w/ pleadings from inmates; letters to inmates re: forwarding info to Borchers; confer w/ PG re: inmate letters. | 1.30 85.00/hr | | 110.50 |
| - | PG | Telephone conference with Beth and Mr. Quinn re: claims process. | 1.00 250.00/hr | | 250.00 |
| 6/30/2004 - | ABD | Meeting with Paula and David to discuss the order from the court and the meeting scheduled for tomorrow. | 1.00 175.00/hr | | 175.00 |
| - | ABD | Legal Research on areas discussed in meeting concerning available damages. | 1.40 175.00/hr | | 245.00 |
| - | PG | Review Order from Borchers re: response from AG on claims and burden of proof; conference w/ABD and DHM re: same. | 0.80 250.00/hr | | 200.00 |
| - | PG | Prepare motion for class member identities and for quality assurance documents. | 0.80 250.00/hr | | 200.00 |
| 7/1/2004 - | PG | Attend meeting at request of Judge Borchers re: class-wide discovery issues. | 2.00 250.00/hr | | 500.00 |
| - | PG | Research on costs of discovery issues. | 1.00 250.00/hr | | 250.00 |
| - | DHM | Meeting w/Judge Borchers on pending status.  Conf with PG post meeting and assign responses (DHM to do discovery issues) begin research re same. | 4.70 300.00/hr | | 1,410.00 |
| - | ABD | Court Appearance for Hearing with Paula and David on discovery issues. | 2.10 175.00/hr | | 367.50 |
| - | ABD | Legal Research on discovery issues. | 1.80 175.00/hr | | 315.00 |
| 7/2/2004 - | PG | Conference call with attorneys re: damage cases and medical issues. | 0.30 250.00/hr | | 75.00 |
| 7/6/2004 - | ABD | Review of DOC brief and court order; also reviewed complaint forms and case law. | 2.60 175.00/hr | | 455.00 |
| 7/7/2004 - | ABD | Review Remedial Plan. | 1.00 175.00/hr | | NO CHARGE |

Montez-Damages

Page     7

| Date | | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 7/8/2004 | - | ABD | Legal Research on 1983 claims re: damage claim process. | 2.50 175.00/hr | | 437.50 |
| 7/9/2004 | - | ABD | Legal Research on issues for re: damage claims process. | 2.60 175.00/hr | | 455.00 |
| 7/12/2004 | - | ABD | Begin drafting response to Order from Judge Borchers re: claims allowed during damage claim process. | 4.20 175.00/hr | | 735.00 |
| 7/13/2004 | - | ABD | Drafting and revising response to Order; follow-up legal research for response. | 4.70 175.00/hr | | 822.50 |
| 7/14/2004 | - | ABD | Meeting with Paula and David to discuss response and discovery issues. | 0.50 175.00/hr | | 87.50 |
| | - | PG | Review draft of response to claims allowed at damage phase. | 0.30 250.00/hr | | 75.00 |
| 7/15/2004 | - | PG | Review order from Borchers re: discovery issues. | 0.20 250.00/hr | | 50.00 |
| | - | ABD | Discuss Response with Paula; revise draft; additional legal research for Response to issue claims allowed during damage claim process. | 5.10 175.00/hr | | 892.50 |
| 7/16/2004 | - | ABD | Revise response; discuss Response with Paula; work on getting extension to file REsponse. | 1.50 175.00/hr | | 262.50 |
| | - | PG | Edit response to Judge's Order re: damage limitations; conference with Pai re: motion for extension; call to BOrchers re: extension. | 0.70 250.00/hr | | 175.00 |
| 7/19/2004 | - | PG | Preparation of response to Special Master order re: damages. | 0.60 250.00/hr | | 150.00 |
| 7/21/2004 | - | PG | Conference with David re: response on the issue of costs of discovery to class members; research issue; review inmate letters re: damage claim process and compliance issues. | 1.60 250.00/hr | | 400.00 |
| 7/22/2004 | - | DHM | E-mail from PG re discovery and begin work on response to same | 1.80 300.00/hr | | 540.00 |
| | - | PG | Review DOC's response on discovery and research reply. | 1.00 250.00/hr | | 250.00 |
| 7/23/2004 | - | ABD | Review status of discovery issue; check on status of brief regarding 1983 claims. | 0.50 175.00/hr | | 87.50 |
| 7/29/2004 | - | PG | Telephone call from counsel re: damage claim form process. | 0.30 250.00/hr | | 75.00 |

Montez-Damages

Page    8

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/2/2004 - | PG | Prepare reply re discovery issue briefs to special master | 0.70<br>250.00/hr | | 175.00 |
| 8/31/2004 - | PG | Call w/Linda Edward re training and compliance issues | 1.00<br>250.00/hr | | 250.00 |
| 9/1/2004 - | PG | meeting with DHM and ABD re status of damage issues that affect all class and strategy issues | 0.80<br>250.00/hr | | 200.00 |
| - | DHM | Meeting w/PG and ABD re: class damage issues. | 0.80<br>300.00/hr | | 240.00 |
| 9/2/2004 - | CPH | Call w/Margie at LRC; follow up re: discovery issues and deadlines. | 0.20<br>55.00/hr | | 11.00 |
| - | PG | conf w/Pai re status and read orders from Borchers and read client letters | 0.50<br>250.00/hr | | 125.00 |
| 9/8/2004 - | ABD | Court Appearance by phone with Paula, DOC and Judge Borchers to discuss discovery and possible stay; follow-up meeting with Paula to go over issues in case. | 0.80<br>175.00/hr | | 140.00 |
| - | PG | Conference with DHM and DSK re stay of all discovery and call to Quinn re same;  conf w/Brochers re stay | 1.60<br>250.00/hr | | 400.00 |
| 9/14/2004 - | ABD | Receive and review order from court on discovery and stay issues. | 0.20<br>175.00/hr | | 35.00 |
| 9/15/2004 - | CPH | Preparing and indexing all Montez damage filing - Special Masters Orders concernign class counsel re: discovery and management of class action. | 1.50<br>55.00/hr | | 82.50 |
| - | CPH | Organization and preparation of documents for class counsel's hearing on issues concerning discovery. | 2.70<br>55.00/hr | | 148.50 |
| - | CPH | Organizing damage claim forms. | 2.80<br>55.00/hr | | 154.00 |
| 9/17/2004 - | CPH | Organizing damage claim forms. | 2.00<br>55.00/hr | | 110.00 |
| 9/21/2004 - | ABD | Conference with Paula on status of cases; call with opposing counsel to discuss class discovery. | 0.30<br>175.00/hr | | 52.50 |
| 9/22/2004 - | ABD | Telephone call with opposing Attorney to discuss case; conf. with Pai and Paula. | 0.30<br>175.00/hr | | 52.50 |
| 9/24/2004 - | ABD | Review order from court re: status conference; telephone call with opposing Attorney to discuss status conference; discussion with Paula. | 0.60<br>175.00/hr | | 105.00 |

Montez-Damages

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/27/2004 - | ABD | Conference with Paula and Pai; worked on getting new status court date; call to court. | 0.60<br>175.00/hr | | 105.00 |
| 9/30/2004 - | ABD | Receive and review order from the court. | 0.20<br>175.00/hr | | 35.00 |
| 10/7/2004 - | PG | Research response to issue of claim preclusion during damage phase | 1.50<br>250.00/hr | | 375.00 |
| 10/12/2004 - | PG | Review list of dead inmates and conf with Pai re same | 0.10<br>250.00/hr | | 25.00 |
| 10/18/2004 - | PG | Review pleadings to prepare response re liability issues | 0.40<br>250.00/hr | | 100.00 |
| 10/19/2004 - | PG | Research on response to limitation of claims brief | 0.50<br>250.00/hr | | 125.00 |
| 10/20/2004 - | PG | Preparation of response to Special Master report concerning claim and damage issues | 6.80<br>250.00/hr | | 1,700.00 |
| 10/21/2004 - | PG | Prepare/edit response to Special Master Report | 9.10<br>250.00/hr | | 2,275.00 |
| - | DHM | Conference with PG re brief issue(s).   Research Westlaw re Ct. App. cases on burden / stnd of proof | 1.70<br>300.00/hr | | 510.00 |
| 10/22/2004 - | PG | Finalize response to Special Master Report | 6.30<br>250.00/hr | | 1,575.00 |
| - | ABD | Review and edit response to special master report. | 1.20<br>175.00/hr | | 210.00 |
| - | DHM | Edit response brief ad conf with PG re same | 1.10<br>300.00/hr | | 330.00 |
| 10/26/2004 - | PG | Preparation for hearing re: claim preclusion during damage claim process. | 2.50<br>250.00/hr | | 625.00 |
| - | PG | attend hearing re:same | 1.50<br>250.00/hr | | 375.00 |
| - | ABD | Court Appearance re: claim preclusion. | 1.80<br>175.00/hr | | 315.00 |
| 10/27/2004 - | DHM | Conf with PG re hearing on remedies and standard of proof | 0.20<br>300.00/hr | | 60.00 |
| 11/5/2004 - | PG | Review orders from special master | 0.50<br>250.00/hr | | 125.00 |