Montez-Damages                                                                                     Page    10

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/19/2004 - | CPH | Call w/Margie re: deceased inmates and who have died recently. | 0.60<br>55.00/hr | | 33.00 |
| 11/29/2004 - | ABD | Review orders (3) from Borchers sent to us. | 0.20<br>175.00/hr | | 35.00 |
| 12/22/2004 - | PG | read order from Borchers; read letters from clients | 0.50<br>250.00/hr | | 125.00 |
| 12/28/2004 - | PG | Review orders issued by Borchers | 0.20<br>250.00/hr | | 50.00 |
| 12/30/2004 - | PG | Call from client re: settlement process. | 0.30<br>250.00/hr | | 75.00 |
| 1/4/2005 - | CPH | Review letter from client for DOC hearing | 0.40<br>55.00/hr | | 22.00 |
| 1/8/2005 - | CPH | Preparation of documents for PB | 3.00<br>55.00/hr | | 165.00 |
| 1/11/2005 - | CPH | Call w/E. Moyer re: Duncan Leach; e-mail w/E. Moyer re: Duncan Leach for damage claim process. | 0.50<br>55.00/hr | | 27.50 |
| 1/13/2005 - | CPH | Organization of forms for damage claims process. | 3.50<br>55.00/hr | | 192.50 |
| - | PSB | Review pleadings and individual files delivered by Pai. | 1.00<br>180.00/hr | | 180.00 |
| 1/14/2005 - | CPH | Organization of forms for damage claims process. | 3.00<br>55.00/hr | | 165.00 |
| - | CPH | Draft letter to E. Moyer re: Duncan Leach | 0.20<br>55.00/hr | | 11.00 |
| - | PSB | Meet with Paula re: class discovery issues. | 1.00<br>180.00/hr | | 180.00 |
| - | PG | Meeting w/PSB re: damage claims process. | 1.00<br>275.00/hr | | 275.00 |
| 1/18/2005 - | CPH | Organization of forms for damage claims process. | 2.00<br>55.00/hr | | 110.00 |
| - | PSB | Research and review re: damages for wrongful death in 1983 cases. | 0.25<br>180.00/hr | | 45.00 |
| 1/19/2005 - | PG | Prepare for and meet with PB re damage claim process; conf w/Pai re discovery issues | 3.00<br>275.00/hr | | 825.00 |

Montez-Damages                                                                                                    Page    11

|            |     |     |                                                                                                                                   | Hrs/Rate         | Tax# | Amount    |
|------------|-----|-----|-----------------------------------------------------------------------------------------------------------------------------------|------------------|------|-----------|
| 1/19/2005  | -   | FKC | Organize damage claim forms.                                                                                                      | 6.00 50.00/hr    |      | NO CHARGE |
|            | -   | CPH | Organization of forms for damage claims process.                                                                                  | 4.70 55.00/hr    |      | 258.50    |
|            | -   | PSB | Review case with Paula; continue to review documents; begin file assembly and inventory; continue research re: damages for wrongful death in 1983 cases. | 2.00 180.00/hr   |      | 360.00    |
| 1/20/2005  | -   | CPH | re: Duncan Leach documents for Mr. Moyer; telephone call w/secretary                                                              | 0.20 55.00/hr    |      | 11.00     |
|            | -   | CPH | Organization of forms for damage claims process.                                                                                  | 4.70 55.00/hr    |      | 258.50    |
|            | -   | PSB | Review and research impact of state law and 1983 cases; review remedial plan; outline pleadings summary and discovery standards.  | 1.85 180.00/hr   |      | 333.00    |
| 1/21/2005  | -   | PG  | Call to/from PB re class-wide discovery issues                                                                                    | 0.30 275.00/hr   |      | 82.50     |
|            | -   | FKC | Organize damage claim forms.                                                                                                      | 2.00 50.00/hr    |      | 100.00    |
|            | -   | PG  | Conference with Pai re setting up conf with Brochers; email from Fran re organization of files                                    | 0.10 275.00/hr   |      | 27.50     |
|            | -   | PSB | Call w/Pai re: documents.                                                                                                         | 0.10 180.00/hr   |      | NO CHARGE |
|            | -   | PSB | Review additional expert documents and Wolcott depositions.                                                                       | 0.80 180.00/hr   |      | 144.00    |
| 1/24/2005  | -   | PG  | Review material for status conf w/Borchers and call to PB re same; talk to Pai re docs for status conference                      | 0.50 275.00/hr   |      | 137.50    |
|            | -   | PG  | status hearing with Borchers re: class-wide issues during damage claim process.                                                   | 2.00 275.00/hr   |      | 550.00    |
|            | -   | FKC | Organize damage claim forms.                                                                                                      | 3.00 50.00/hr    |      | 150.00    |
|            | -   | CPH | Organization of forms for damage claims process.                                                                                  | 6.20 55.00/hr    |      | 341.00    |
|            | -   | PSB | Preparation for conference call with Judge and DOC.                                                                               | 0.25 180.00/hr   |      | 45.00     |

Montez-Damages                                                                                              Page    12

|  |  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/24/2005 | - | PSB | Conference call with Judge and DOC; call with Pai. | 1.85<br>180.00/hr | | 333.00 |
| 1/25/2005 | - | PG | Conference with PB re status hearing and position re damages for deceased class members | 1.00<br>275.00/hr | | 275.00 |
| | - | PSB | Meeting with Paula re: damages for deceased class members. | 0.25<br>180.00/hr | | 45.00 |
| | - | PSB | Prepare master chart for follow up and review files of claimants alpha A-F. | 2.00<br>180.00/hr | | 360.00 |
| 1/26/2005 | - | PG | Call from counsel re status of damage claim process | 0.30<br>275.00/hr | | 82.50 |
| | - | PG | Call from PB re extension of time motions and discovery issues | 0.30<br>275.00/hr | | 82.50 |
| | - | CPH | Call w/PB re: damage claims process. | 0.30<br>55.00/hr | | NO CHARGE |
| | - | PSB | Draft extensions and letters of introduction. | 0.50<br>180.00/hr | | 90.00 |
| | - | PSB | Continue preparation of master chart and review/categorization of claimant files. | 2.00<br>180.00/hr | | 360.00 |
| 1/28/2005 | - | PSB | Review various supreme court cases re: survival of 1983 claims when claimant is deceased. | 0.60<br>180.00/hr | | 108.00 |
| 1/30/2005 | - | PSB | Research law on damages available for survival and wrong death claims under three federal statutes and the effect of state law; survey 10th circuit and Colorado cases on topic. | 4.60<br>180.00/hr | | 828.00 |
| 1/31/2005 | - | FKC | Organize damage claim forms. | 5.00<br>50.00/hr | | 250.00 |
| | - | PG | Call to Earl Moyer re stay on Class V claims pending damage determination; review/edit motion to stay | 0.70<br>275.00/hr | | 192.50 |
| | - | CPH | E. Moyer re: Duncan Leach's file | 0.10<br>55.00/hr | | NO CHARGE |
| | - | PSB | Draft motion for extension; draft summary and brief re: available damage for deceased class members; draft questions on management of claims process. | 1.80<br>180.00/hr | | 324.00 |
| | - | PSB | Continue research on damages available for survival and wrongful death claims under three federal statutes and the effect of state law. | 1.00<br>180.00/hr | | 180.00 |

Montez-Damages                                                                                           Page    13

| Date | | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 1/31/2005 | - | PSB | Prepare and send motion re: available damages. | 0.20 180.00/hr | | 36.00 |
| | - | PSB | Review files of individual claimants and create list for selection and follow-up analysis. | 1.00 180.00/hr | | 180.00 |
| 2/1/2005 | - | FKC | Work with PSB re: organize damage claim forms. | 1.00 50.00/hr | | NO CHARGE |
| | - | PSB | Conference with Pai re: management issues; follow-up with Margie re: pleadings. | 0.50 180.00/hr | | 90.00 |
| 2/2/2005 | - | PSB | Continue draft of brief and motion re: available damages. | 2.60 180.00/hr | | 468.00 |
| 2/3/2005 | - | FKC | Organize damage claim forms. | 4.00 50.00/hr | | 200.00 |
| | - | PSB | Continue draft and edit brief re available damages; entries of appearance. | 3.10 180.00/hr | | 558.00 |
| | - | PSB | Research available damages under ADA and Rehab act. | 1.50 180.00/hr | | 270.00 |
| 2/4/2005 | - | FKC | Organize damage claim forms. | 4.00 50.00/hr | | 200.00 |
| | - | PSB | Complete draft of brief re: available damages. | 1.80 180.00/hr | | 324.00 |
| | - | PSB | Review list of questions and follow-up re: documents and procedure with Pai. | 0.70 180.00/hr | | 126.00 |
| 2/7/2005 | - | FKC | Organize damage claim forms. | 4.00 50.00/hr | | 200.00 |
| | - | PSB | Correspondence with Fran and Pai regarding documents; questions for Paula. | 0.90 180.00/hr | | 162.00 |
| | - | PSB | Draft extenstion for brief re damages. | 0.30 180.00/hr | | 54.00 |
| 2/8/2005 | - | PSB | Meeting with Paula and David regarding brief on damages and management issues. | 0.80 180.00/hr | | 144.00 |
| | - | PSB | Draft and edit brief re: damages. | 1.20 180.00/hr | | NO CHARGE |
| 2/9/2005 | - | PSB | Research punitive damages availability. | 1.70 180.00/hr | | 306.00 |

Montez-Damages Page 14

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/9/2005 - | PSB | Finalize draft revision of brief; send to Paula and court. | 1.80 180.00/hr | | 324.00 |
| 2/10/2005 - | FKC | Work with PSB re: organizing damage claims forms. | 6.00 50.00/hr | | 300.00 |
| 2/11/2005 - | PSB | Correspondence regarding rules on envelope mailing. | 0.15 180.00/hr | | NO CHARGE |
| - | PSB | Letter to LRC. | 0.15 180.00/hr | | NO CHARGE |
| 2/14/2005 - | FKC | Work w/PSB re: organizing damage claims forms. | 0.50 50.00/hr | | 25.00 |
| - | PSB | Conference call with Judge and DOC; call with Pai. | 0.85 180.00/hr | | 153.00 |
| - | DHM | Meeting with PG re brief on damages. Conference with PSB re review filing correspondence reviewed by CPH and assign tasks | 3.50 300.00/hr | | 1,050.00 |
| - | PSB | Call w/ Paula and David re: motions to file and class management issues. | 0.80 180.00/hr | | 144.00 |
| - | PG | Conference w/Borchers re: damage claim process. | 0.50 275.00/hr | | 137.50 |
| - | PG | Meeting w/DHM and PSB re: brief on damages and edit same | 3.00 275.00/hr | | 825.00 |
| 2/15/2005 - | FKC | Work w/PSB re: organizing damage claim forms. | 4.00 50.00/hr | | 200.00 |
| 2/16/2005 - | DHM | Email from Bellac re damage claim inmates in database format. Call to Bellac re same. Email Thompson et al re creating universal database. Conference re same; | 2.00 300.00/hr | | 600.00 |
| 2/17/2005 - | FKC | Work w/PSB re: organizing damage claim forms. | 3.00 50.00/hr | | 150.00 |
| - | PSB | Meeting with Pai re: filing and tracking systems for claimant's documents. | 0.20 180.00/hr | | 36.00 |
| - | PSB | Review inmate mail re: concerns of inmates. | 0.20 180.00/hr | | 36.00 |
| 2/18/2005 - | DHM | Review updated database re inmates who have contacted us with information regarding settlement agreement and request for claim assistance | 0.25 300.00/hr | | 75.00 |

Montez-Damages                                                                                                              Page    15

| Date | | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 2/21/2005 | - | PSB | E-mail to David re: damages issues. | 0.20 180.00/hr | | 36.00 |
| 2/22/2005 | - | CPH | Reviewing Motion to clarify ruling drafted by PG to Judge Kane and prepare exhibits for filing. | 2.80 55.00/hr | | 154.00 |
| | - | PSB | Review and exchange documents on claimants. | 0.60 180.00/hr | | NO CHARGE |
| | - | PSB | E-mail correspondence to David Miller re: damages issues. | 0.20 180.00/hr | | 36.00 |
| | - | PSB | Meeting with David re: case management/class issues including motions for clarification of procedure and allocation of discovery costs. | 0.70 180.00/hr | | 126.00 |
| 2/23/2005 | - | CPH | Call w/Darlene at inmate locator regarding list sent 2/18 | 0.30 55.00/hr | | 16.50 |
| | - | CPH | Meeting with DHM regarding inmate locator not processing list sent. | 0.10 55.00/hr | | 5.50 |
| 2/24/2005 | - | PSB | Conference with Margie. | 0.10 180.00/hr | | 18.00 |
| 2/25/2005 | - | PSB | E-mail to Quinn and inmate locater response. | 0.20 180.00/hr | | 36.00 |
| 2/28/2005 | - | PSB | E-mail re: those who did not file claims and database of claimants. | 0.15 180.00/hr | | ~~27.00~~ N/C |
| 3/1/2005 | - | PSB | Meeting w/David and Pai re: Montez damage issues. | 0.50 180.00/hr | | 90.00 |
| | - | PSB | Review inmate mail and related documents; work on inmate database. | 1.00 180.00/hr | | 180.00 |
| 3/10/2005 | - | PSB | Consider and begin arrangement of visitation schedule for prisons. | 0.70 180.00/hr | | 126.00 |
| 3/15/2005 | - | PSB | Meeting w/DHM/CPH re tasks & procedures | 0.60 180.00/hr | | 108.00 |
| | - | DHM | Meeting with PSB and CPH re handling class claims and process re same | 1.20 300.00/hr | | 360.00 |
| 3/16/2005 | - | PSB | Review class pleading and documents | 1.30 180.00/hr | | 234.00 |

Montez-Damages                                                                                              Page   16

|            |     |                                                                                                                                                       | Hrs/Rate        | Tax# | Amount        |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|------|---------------|
| 3/17/2005 -| PSB | Communications with FLCF re attempting to bar visits; review inmate mail and forward or file; review and forward DOC brief re scope of settlement agreement (Kaneta) and conf with DHM re same | 1.20 180.00/hr |      | 216.00        |
| 3/20/2005 -| PSB | Collect, review and send inmate letters to Judge Borchers and email correspondence re same                                                            | 0.80 180.00/hr  |      | 144.00        |
| 3/23/2005 -| DHM | Meeting with PSB on damages cases                                                                                                                     | 1.10 300.00/hr  |      | ~~330.00~~ N/c |
| 3/28/2005 -| PSB | Review and consider response on Class V damages; outline reply; review and assemble earlier briefs and pleadings                                       | 1.20 180.00/hr  |      | 216.00        |
| 4/1/2005 - | PSB | Review and consider various orders of Borchers; create list of requests for hearing structure                                                         | 0.40 180.00/hr  |      | 72.00         |
| 4/4/2005 - | PSB | Review inmate mail and update master list and create task list                                                                                        | 0.80 180.00/hr  |      | 144.00        |
| 4/6/2005 - | CPH | Meeting with P. Bellac re: damage issues.                                                                                                             | 0.70 55.00/hr   |      | NO CHARGE     |
| 4/7/2005 - | CPH | E-mail to P. Bellac re: organization of forms for damage claims process.                                                                              | 0.10 55.00/hr   |      | NO CHARGE     |
| -          | CPH | Call w/Judge Nottingham's clerk re: court transcript                                                                                                  | 0.20 55.00/hr   |      | NO CHARGE     |
| -          | CPH | Spoke with Montez Claimant                                                                                                                            | 0.30 55.00/hr   |      | 16.50         |
| 4/8/2005 - | CPH | E-mail to P.Bellac re: status, and inmates                                                                                                            | 0.30 55.00/hr   |      | ~~16.50~~ N/c |
| 4/11/2005 -| CPH | E-mail to P. Bellac regarding Montez inmates                                                                                                          | 0.40 55.00/hr   |      | NO CHARGE     |
| 4/12/2005 -| PSB | Draft suggestions for hearing procedures                                                                                                              | 0.60 180.00/hr  |      | 108.00        |
| -          | PSB | Preparation for visit with inmate.                                                                                                                    | 0.50 180.00/hr  |      | 90.00         |
| -          | CPH | E-mails to DHM, PB, regarding visits and status                                                                                                       | 0.40 55.00/hr   |      | 22.00         |
| 4/13/2005 -| CPH | Went with PB Prison visit with inmate re: compliance.                                                                                                 | 3.70 55.00/hr   |      | NO CHARGE     |

Montez-Damages                                                                                              Page    17

|              |     |                                                                                   | Hrs/Rate         | Tax# | Amount      |
|--------------|-----|-----------------------------------------------------------------------------------|------------------|------|-------------|
| 4/14/2005 -  | PSB | Call w/Earl Moyer re: available damages and limits                                | 0.60 180.00/hr   |      | 108.00      |
| 4/19/2005 -  | PSB | Update spreadsheets, calendar deadlines, create files and filing systems.         | 1.00 180.00/hr   |      | NO CHARGE   |
| 4/26/2005 -  | CPH | Call w/Georgia re: Montez                                                         | 0.40 55.00/hr    |      | 22.00       |
| 4/27/2005 -  | PSB | Continue drafting reply brief re: available damages to class members.             | 2.50 180.00/hr   |      | 450.00      |
| 4/28/2005 -  | PSB | Finish draft of reply brief re: available damages to class members.               | 3.60 180.00/hr   |      | 648.00      |
| -            | PSB | Research re: damages in ADA and Rehab Act cases and settlement agreement intrepretation. | 2.00 180.00/hr |      | 360.00      |
| 4/29/2005 -  | PSB | Meeting with David Miller regarding brief; update and shepardize cases            | 2.20 180.00/hr   |      | 396.00      |
| -            | DHM | Review briefs on issue of damages. Research re same. Meeting with PSB re position in brief | 1.90 300.00/hr |   | 570.00      |
| -            | PG  | Review brief on damage issues and conference w/PSB same                           | 0.90 275.00/hr   |      | 247.50      |
| 5/2/2005 -   | PSB | Prepare exhibits to reply brief; meeting with DM and PG; file reply brief; prepare correspondence. | 2.60 180.00/hr | | 468.00      |
| -            | DHM | Review PSB reply re damages. Meeting with PG and PSB re same.                     | 1.50 300.00/hr   |      | 450.00      |
| 5/5/2005 -   | PSB | Review files; correspond with DOC; file/calendar deadlines.                       | 0.50 180.00/hr   |      | NO CHARGE   |
| 5/8/2005 -   | PSB | Review files; trip preparation; correspondence with LRC.                          | 0.60 180.00/hr   |      | 108.00      |
| 5/12/2005 -  | PSB | Letter to J. Quinn regarding discovery; review/consider magistrate letter and pleadings. | 1.00 180.00/hr |      | 180.00      |
| -            | PSB | Review and revise master list.                                                    | 0.20 180.00/hr   |      | 36.00       |
| 5/18/2005 -  | PSB | Review pleadings; update master list.                                             | 1.30 180.00/hr   |      | ~~234.00~~ N/c |
| -            | PSB | Review objection re: PLRA                                                         | 0.25 180.00/hr   |      | 45.00       |

Montez-Damages                                                                                          Page    18

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 5/19/2005 | PSB | Research DOC regulations and copy rates. | 1.00 180.00/hr | | 180.00 |
| - | PSB | Draft letter to JQ re: discovery and letter to J Borchers re: application of Fitzgerald. | 1.70 180.00/hr | | 306.00 |
| 5/23/2005 | PSB | Research on discovery issues and calendaring. | 3.00 180.00/hr | | ~~540.00~~ N/c |
| - | PSB | Letter regarding Fitzgerald decision and related research. | 0.80 180.00/hr | | 144.00 |
| 5/24/2005 | PG | Review Fitzgerald and conference w/PSB re: same | 0.80 275.00/hr | | 220.00 |
| 5/25/2005 | CPH | Meeting w. P. Bellac re: discussing inmates and organization of forms for damage claims process. | 0.20 55.00/hr | | 11.00 |
| - | PSB | Meeting with David Miller re: individual clients to represent, experts, compliance and monitoring issues. | 0.75 180.00/hr | | 135.00 |
| - | PSB | Call w/Jess Dance re: discovery procedures. | 0.40 180.00/hr | | 72.00 |
| - | PSB | Continue review of objection and related research; consider and outline response; motion for leave to reply. | 1.50 180.00/hr | | 270.00 |
| 5/26/2005 | PSB | Letter to J Borchers re: Fitzgerald case. | 0.50 180.00/hr | | 90.00 |
| 5/27/2005 | PSB | Meeting with Paula to outline brief arguments. | 0.40 180.00/hr | | 72.00 |
| - | PSB | Review and file pleadings. | 0.40 180.00/hr | | 72.00 |
| - | PG | Meeting w/PSB re: brief on damages and PLRA. | 0.40 275.00/hr | | 110.00 |
| - | PG | Conference w/DHM re: PLRA issues. | 0.60 275.00/hr | | 165.00 |
| - | PG | Review PLRA issue and research same | 2.00 275.00/hr | | 550.00 |
| 5/30/2005 | PSB | Research PLRA. | 2.00 180.00/hr | | 360.00 |
| 5/31/2005 | PSB | Continue research of PLRA. | 0.80 180.00/hr | | 144.00 |