Montez-Damages             Page 19

| Date | | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 5/31/2005 | - | PSB | Meeting with David re: PLRA and response to objections. | 0.50 180.00/hr | | 90.00 |
| | - | PSB | Draft letter to clients re: exhaustion. | 0.30 180.00/hr | | 54.00 |
| 6/1/2005 | - | PSB | Review PLRA cases. | 1.00 180.00/hr | | ~~180.00~~ N/C |
| 6/2/2005 | - | DHM | Review Fitzgerald case memo from PSB. Review cited cases including Craig et al. Revise letter re same | 3.00 300.00/hr | | 900.00 |
| | - | PSB | Complete research of PLRA. | 2.00 180.00/hr | | 360.00 |
| | - | PSB | Work on draft of response brief. | 5.00 180.00/hr | | 900.00 |
| | - | PG | Review/edit draft of PLRA brief. | 1.20 275.00/hr | | 330.00 |
| 6/3/2005 | - | DHM | Meeting with PSB re damage claimants. Supervise same | 0.40 300.00/hr | | 120.00 |
| | - | PSB | Complete draft of PLRA. | 2.00 180.00/hr | | 360.00 |
| | - | PSB | Review, revise and verify accuracy of citations of response brief re: PLRA. | 2.80 180.00/hr | | ~~504.00~~ N/C |
| 6/5/2005 | - | PG | Conference w/DHM re: PLRA issues and brief. | 1.50 275.00/hr | | 412.50 |
| 6/6/2005 | - | PSB | Additional case review re: waiver of PLRA; review and revise response brief. | 3.10 180.00/hr | | 558.00 |
| 6/7/2005 | - | PSB | Letter re: visits to review records. | 0.45 180.00/hr | | 81.00 |
| 6/13/2005 | - | PSB | Call w/ David and Paula re: damages issues. | 0.50 180.00/hr | | 90.00 |
| 6/14/2005 | - | CPH | E-mail to PSB re meeting with DHM | 0.20 55.00/hr | | NO CHARGE |
| 6/22/2005 | - | CPH | E-mails to Wolcott, DHM, LaBarre, PG Phone calls with McClean and Edward regarding Montez Experts meeting | 2.50 55.00/hr | | 137.50 |
| | - | CPH | E-mail to PSB obtaining medical files for inmates | 0.30 55.00/hr | | 16.50 |

Montez-Damages                                                                                   Page    20

|              |     |     |                                                                                                                                                                                 | Hrs/Rate          | Tax# | Amount     |
|--------------|-----|-----|---|---|---|---|
| 6/22/2005 -  | PSB | Arrange discovery visits; update and prepare master list and calendar hearings. | 0.60<br>180.00/hr |      | 108.00     |
| 6/23/2005 -  | CPH | Contacting experts in Montez to set expert meeting, e-mails to DHM, PG and PSB regarding same; contacting Quinn to confirm meeting and arbitration with Barr re: fees and costs and non-compliance meeting along with experts | 1.30<br>55.00/hr  |      | 71.50      |
| 6/24/2005 -  | CPH | E-mail to DHM regarding vision experts and hearing experts | 0.40<br>55.00/hr  |      | 22.00      |
| -            | PSB | E-mail to DOC re: visits and obtaining records. | 0.20<br>180.00/hr |      | 36.00      |
| 6/28/2005 -  | PSB | E-mail to Pai re: discovery, case management. | 0.20<br>180.00/hr |      | NO CHARGE  |
| 6/30/2005 -  | PSB | E-mail to Pai re: follow up with inmate call. | 0.25<br>180.00/hr |      | 45.00      |
| 7/1/2005 -   | DHM | E-mail from PSB re: class discovery issues during damage claim process and email PG re same | 0.10<br>300.00/hr |      | 30.00      |
| 7/8/2005 -   | DHM | Review ECF documents on damages claims and emails/conference with CPH re same | 0.60<br>300.00/hr |      | 180.00     |
| -            | DHM | E-mail from Quinn saying Holst cannot get documents together for 7/13 meeting on compliance. Suggests rescheduling (7/21 offered) | 0.25<br>300.00/hr |      | 75.00      |
| 7/25/2005 -  | PSB | Review miscellaneous inmate mail; review decision re: PLRA and discuss with David; discuss miscellaneous class issues with David and Paula | 1.20<br>180.00/hr |      | 216.00     |
| -            | PG  | Call w/PSB re: PLRA issue and recommendation of additional special masters; call to DHM re: same. | 1.10<br>275.00/hr |      | 302.50     |
| 7/26/2005 -  | DHM | Call from Bellac re PLRA decision and status of claims | 0.50<br>300.00/hr |      | 150.00     |
| 7/27/2005 -  | PSB | Call w/Paula re: various class issues; forward pleadings on proposed additional special masters. | 0.40<br>180.00/hr |      | 72.00      |
| -            | PG  | Call w/PSB re: special masters issues and class damage issues. | 0.40<br>275.00/hr |      | 110.00     |
| -            | DHM | Call from Bellac re experts and outstanding agreement enforcement issues. Conf with PG re same. | 0.80<br>300.00/hr |      | 240.00     |
| 7/29/2005 -  | PG  | Conference with DHM re: filing objection on special masters. | 0.30<br>275.00/hr |      | 82.50      |

Montez-Damages

Page 21

| | | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 8/1/2005 - | DHM | Meeting w/Bellac re Hone letter and amendment of same on Richard Allen. | | 0.50 300.00/hr | | 150.00 |
| - | DHM | Conference with PG re hearing on appt of special masters. | | 0.30 300.00/hr | | 90.00 |
| 8/2/2005 - | PSB | Review and consider Lovato decision and other orders issued by Special Master, emails and call to PG and DHM | | 1.30 180.00/hr | | 234.00 |
| 8/9/2005 - | DHM | Review of Richard Allen motion by PSB; Conference re same | | 0.50 300.00/hr | | ~~150.00~~ N/c |
| - | PSB | Receive and return call to Peter Orleans re questions; phone conference with PG re intervention on decisions and other matters; correspondence with PG and LRC re intervention | | 0.80 180.00/hr | | 144.00 |
| 8/10/2005 - | DHM | Conference / email re PSB motion on Allen review | | 0.20 300.00/hr | | ~~60.00~~ N/C |
| 8/11/2005 - | PSB | Draft notice of intervention | | 0.90 180.00/hr | | 162.00 |
| 8/15/2005 - | PSB | Revise, finalize and send notice of intervention | | 0.40 180.00/hr | | 72.00 |
| - | PSB | Revise and send letter to Lovato regarding meaning of intervention | | 0.40 180.00/hr | | 72.00 |
| 8/16/2005 - | CEH | File review; revise request for status cnf & to stay proceedings; email to PG re: revised documents; revise plaintiff's response to partial objection to 2nd report, etc.; email to PG re: revised documents. | | 5.00 95.00/hr | | 475.00 |
| - | PSB | Review recent decisions; draft notice of intervention. | | 0.80 180.00/hr | | 144.00 |
| 8/18/2005 - | PSB | Review correspondence from AG and Borchers. | | 0.80 180.00/hr | | 144.00 |
| - | PSB | Draft notice of intervention | | 0.40 180.00/hr | | 72.00 |
| - | PSB | Call w/PG re correspondence from AG and Borchers and notice of intervention. | | 0.40 180.00/hr | | 72.00 |
| 8/19/2005 - | PSB | Review track and consider various final orders on damage claims re possible intervention. | | 1.20 180.00/hr | | 216.00 |
| 8/23/2005 - | PSB | Begin draft of intervention/objection; related research; review additional final orders. | | 3.40 180.00/hr | | 612.00 |

Montez-Damages                                                                                       Page    22

|              |     |                                                                                                                                                                     | Hrs/Rate          | Tax# | Amount      |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|-------------|
| 8/25/2005 -  | PSB | Call w/PG re draft of intervention.                                                                                                                                 | 0.30 180.00/hr    |      | 54.00       |
| 8/26/2005 -  | PSB | Continuation of draft of intervention.                                                                                                                              | 2.20 180.00/hr    |      | 396.00      |
| 8/28/2005 -  | PSB | Continuation of research on settlement agreement/contract law.                                                                                                      | 2.10 180.00/hr    |      | 378.00      |
| -            | PSB | Finalize draft of brief, review, revise and send to PG.                                                                                                             | 3.40 180.00/hr    |      | 612.00      |
| 8/29/2005 -  | CEH | File Review                                                                                                                                                         | 1.00 95.00/hr     |      | NO CHARGE   |
| 8/31/2005 -  | PSB | File notice of intervention.                                                                                                                                        | 0.30 180.00/hr    |      | ~~54.00~~ N/c |
| 9/1/2005 -   | PG  | Review fee petition.                                                                                                                                                | 1.70 275.00/hr    |      | NO CHARGE   |
| 9/2/2005 -   | PSB | Review various decisions entered by Special Masters re damages for medical care and categorize damages                                                              | 2.80 180.00/hr    |      | 504.00      |
| -            | PSB | Prepare and send extension of brief for intervention.                                                                                                               | 0.40 180.00/hr    |      | 72.00       |
| 9/5/2005 -   | PG  | Edit brief re appeal on damages.                                                                                                                                    | 0.50 275.00/hr    |      | 137.50      |
| 9/6/2005 -   | PG  | Edit brief re appeal on damages; Calls to/from PSB re same and review final orders from Borchers to prepare brief on damages.                                       | 4.50 275.00/hr    |      | 1,237.50    |
| -            | PSB | Continue review fo all Special Maters decisions; final proofread of class appeal on damages for inadequate medical care and verify accuracy of citations; conference w/PG re various arguments and brief details. | 3.60 180.00/hr    |      | 648.00      |
| 9/7/2005 -   | CEH | Call w/Judge Nottingham's Clerk re: 9/09/05 hearing                                                                                                                 | 0.30 95.00/hr     |      | NO CHARGE   |
| -            | PSB | Finalize and file damages class appeal; review, assemble and scan exhibits.                                                                                         | 1.00 180.00/hr    |      | 180.00      |
| -            | BP  | File and index pleadings; e-filing.                                                                                                                                 | 2.60 50.00/hr     |      | 130.00      |
| 9/8/2005 -   | CEH | File Review                                                                                                                                                         | 1.50 95.00/hr     |      | NO CHARGE   |

Montez-Damages                                                                                              Page    23

|            |   |     |                                                                                                             | Hrs/Rate        | Tax# | Amount    |
|------------|---|-----|-------------------------------------------------------------------------------------------------------------|-----------------|------|-----------|
| 9/8/2005   | - | PG  | Prepare for and attend status conference with Judge Kane re damage claim process issues.                    | 1.50 275.00/hr  |      | 412.50    |
|            | - | PSB | Prepare and attend status conference before Judge Kane.                                                     | 1.80 180.00/hr  |      | 324.00    |
| 9/9/2005   | - | PG  | Prepare for and attend hearing on Special Master recommendations.                                           | 2.80 275.00/hr  |      | 770.00    |
| 9/13/2005  | - | CEH | File Review, including E-filed documents 9/14/2005                                                          | 1.00 95.00/hr   |      | NO CHARGE |
|            | - | PSB | Review recent decisions re damages conference; confer w/PG re same.                                         | 0.60 180.00/hr  |      | 108.00    |
| 9/14/2005  | - | CEH | File Review; Review & revise Status Report by Plaintiff Class of Pending Issues; E-file of revised Status Report to Court | 2.50 95.00/hr   |      | 237.50    |
|            | - | PG  | Conference with DHM re selection of new Special Masters for damage claim process.                           | 0.40 275.00/hr  |      | 110.00    |
| 9/15/2005  | - | PG  | Letter to Edwards re review of documents for remedial plan.                                                 | 0.20 275.00/hr  |      | 55.00     |
|            | - | PG  | Calls to locate new Special Masters; Email to Beth re proposed Special Masters.                             | 0.60 275.00/hr  |      | 165.00    |
|            | - | PG  | Read final orders of Special Masters.                                                                       | 0.50 275.00/hr  |      | 137.50    |
| 9/16/2005  | - | PG  | Calls to find new Special Master; Call from Borchers re duties of new Special Master; Emails to/from Beth re: same. | 1.30 275.00/hr  |      | 357.50    |
|            | - | PG  | Begin brief on appeal on denial of Class V damages.                                                         | 0.50 275.00/hr  |      | 137.50    |
| 9/19/2005  | - | CEH | Review & printing of Emails re: Documents filed w/Court; E-filed Plaintiffs' Report re: Additional Special Masters | 1.50 95.00/hr   |      | 142.50    |
|            | - | PG  | Research on proposed Special Masters and prepare status report for court re same.                           | 2.10 275.00/hr  |      | 577.50    |
| 9/20/2005  | - | CEH | Review & print E-filings                                                                                    | 0.50 95.00/hr   |      | NO CHARGE |
|            | - | PG  | Read Special Master final orders; Call from Epstein re Special Master positions.                            | 0.40 275.00/hr  |      | 110.00    |

Montez-Damages                                                                                        Page    24

|            |      |                                                                                   | Hrs/Rate          | Tax# | Amount    |
|------------|------|-----------------------------------------------------------------------------------|-------------------|------|-----------|
| 9/20/2005  | PSB  | Review and consider recent decisions; categorize and file.                        | 0.60 180.00/hr    |      | 108.00    |
| 9/21/2005  | CEH  | Review & pring E-filings                                                          | 0.50 95.00/hr     |      | NO CHARGE |
|            | PG   | Read Defendant's brief re recovery of damages and read accompanying transcript.   | 0.60 275.00/hr    |      | 165.00    |
|            | PG   | Prepare class appeal re medical damage issues.                                    | 2.00 275.00/hr    |      | 550.00    |
| 9/22/2005  | CEH  | Review, revise & E-file Class Appeal Re: medical damage issues                    | 1.00 95.00/hr     |      | 95.00     |
|            | PG   | Prepare response to Appeal on medical issues.                                     | 1.00 275.00/hr    |      | 275.00    |
| 9/27/2005  | PG   | Prepare apeal on Class V damages.                                                 | 1.50 275.00/hr    |      | 412.50    |
|            | BP   | File maintenance - pleadings and special master decisions.                        | 1.50 50.00/hr     |      | 75.00     |
| 9/28/2005  | CEH  | File Review re: Judge Nottingham's Order denying Prison Litigation Reform Act Defenses | 1.00 95.00/hr |   | NO CHARGE |
|            | PG   | Prepare appeal on Class V damages                                                 | 2.80 275.00/hr    |      | 770.00    |
|            | PSB  | Review defendant's brief re availability of medical damages; review files and send documents to PG. | 0.80 180.00/hr | | 144.00 |
| 9/29/2005  | CEH  | Review & print out E-filings                                                      | 0.50 95.00/hr     |      | NO CHARGE |
|            | PG   | Research and write appeal on Class V damages.                                     | 5.30 275.00/hr    |      | 1,457.50  |
| 9/30/2005  | PG   | E-mails to/from Beth re extension of time on Class V damages and call with PSB re same. | 0.20 275.00/hr |   | 55.00     |
| 10/4/2005  | CEH  | Review and print out of E-filings                                                 | 0.50 95.00/hr     |      | 47.50     |
| 10/7/2005  | CEH  | Preparation of letter to JAG re: Arbitration Fee                                  | 0.50 95.00/hr     |      | NO CHARGE |
|            | PG   | ~~Research on and write brief re Class V damages~~                                | ~~2.20~~ 275.00/hr |     | ~~605.00~~ *-deleted* |

Montez-Damages

Page 25

| Date | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/7/2005 - | PG | Research on and write brief re Class V damages. | 2.20 275.00/hr | | 605.00 |
| 10/10/2005 - | PSB | Review recent special masters decisions and consider for a variety of issues. | 0.65 180.00/hr | | 117.00 |
| 10/11/2005 - | CEH | Review and print out E-filings of 10/05/05 | 0.50 95.00/hr | | 47.50 |
| - | PG | Research and write brief on Class V damages | 2.00 275.00/hr | | 550.00 |
| - | PSB | Continue review of Special Masters decision. | 1.20 180.00/hr | | 216.00 |
| - | BP | Filing and file maintenance re damages pleadings. | 1.00 50.00/hr | | 50.00 |
| - | PG | ~~Research and write brief on Class V damages.~~ | ~~2.00~~ 275.00/hr | | ~~550.00~~ *deleted* |
| 10/12/2005 - | PG | Research and write brief on Class V damages | 4.40 275.00/hr | | 1,210.00 |
| - | DHM | Conference with PG re class V damages case adn brief re same. | 0.30 300.00/hr | | 90.00 |
| - | PG | ~~Research and write brief on Class V damages.~~ | ~~4.40~~ 275.00/hr | | ~~1,210.00~~ *deleted* |
| 10/13/2005 - | DHM | Meeting with PG on trip to Colorado Springs re review of inmate ADA Coordinator files; Review inmate files and conference with Holst and Quinn; Return to Denver and meeting with PG re same. | 8.10 300.00/hr | | 2,430.00 |
| 10/14/2005 - | ABD | Review and edit response to motion and go over with Paula. | 0.50 175.00/hr | | 87.50 |
| - | PG | Finalize brief on Class V damages. | 4.00 275.00/hr | | 1,100.00 |
| 10/17/2005 - | CEH | Review and revise Plaintiff Class Appeal of Order of Special Masters re: Category V Damages (Directed to Judge Nottingham & E-file of same | 2.00 95.00/hr | | 190.00 |
| - | ABD | Review and revise final draft of response; help with proper attachments. | 0.60 175.00/hr | | 105.00 |
| - | PG | Finalize brief. | 2.30 275.00/hr | | 632.50 |

Montez-Damages                                                                                              Page    26

|  |  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 10/18/2005 | - | CEH | Review E-filings | 0.25<br>95.00/hr | | 23.75 |
| | - | DHM | Conference with PG re review of inmate claims during the monitoring process and rmails re scheduling further file reviews at DOC. | 0.25<br>300.00/hr | | 75.00 |
| | - | PG | Read Order from Borchers requiring class counsel to determine if coercion is occurring during damage claims process and write letter to client re same. | 0.70<br>275.00/hr | | 192.50 |
| 10/20/2005 | - | CEH | Review E-filing of L. Moore Affidavit to Perjury Motion; research file for Order and Memorandum of Decision of Judge Nottingham | 0.80<br>95.00/hr | | 76.00 |
| 10/21/2005 | - | CEH | Review & printout Special Master Orders re: Several Inmates | 0.50<br>95.00/hr | | 47.50 |
| 10/24/2005 | - | CEH | Review & print-out Efiling of Defendant's Motion to Stay Appeal re: Inmates Cortez & Rudnick | 0.30<br>95.00/hr | | 28.50 |
| 10/25/2005 | - | CEH | Review & print out E-filed documents; preparation of fax to Atty General McCann re: Evidence Receipt re: Compliance | 0.60<br>95.00/hr | | 57.00 |
| | | | For professional services rendered | 526.45 | | $92,290.25 |