# KING & GREISEN, LLP
## ATTORNEYS AT LAW

Diane S. King
Paula Greisen

Alison Butler Daniels
Leslie K. Pagett

1670 YORK STREET
DENVER, COLORADO 80206

David H. Miller, *Of Counsel*
Margaret B. Funk, *Of Counsel*
Julie C. Tolleson, *Of Counsel*

November 9, 2005

**VIA FACSIMILE**

Judge Robbie Barr
Judicial Arbitor Group
1601 Blake Street, Suite 400
Denver, CO 80202

      Re: Supplemental fees in Arbitration of fees and costs
          in *Montez v. Owens*, 92-N-870

Dear Judge Barr:

      Attached is our supplemental fee billing that includes October 2005 time that was inadvertently omitted from our original petition and the time expended since October 31, 2005 that was not included in our original submission. The total time expended amounts to $18,505.00 and, after the exercise of billing judgment, is reduced to $16,252.50. Thus, the supplemental billing was reduced by $ 2,252.50. See Exhibit 1, Itemized billing records. It is anticipated that each attorney will spend 3 hours during the arbitration, for an additional $1,650.

      Most of the fees generated during this time were for the review of documents in Colorado Springs to determine if the ADA grievance procedure is in compliance with the Remedial Plan and the preparation for this arbitration. Again, Plaintiffs' counsels' detailed billing statements were contemporaneously kept and identify reasonable billable time worked on the case, a description of the actual work performed, and the applicable rates charged. All of the tasks identified in Plaintiffs' counsels' time records are properly chargeable and were conducted to monitor compliance with the Remedial Plan. Plaintiffs' counsel believe they used conservative billing judgment such that any time recorded represents time that was efficient and effective for the class.

      In addition, there were research costs that were inadvertently excluded from the original submission. These additional costs amount to Westlaw charges from 5/05 to 10/05 in the amount of $1,932.14. Other costs incurred since October 31, 2005 amounted to $537.60. After deducting delivery charges of $22.58, the total supplemental costs bill is $2,447.16. See Exhibit 2, itemized costs.

---

TELEPHONE: (303) 298-9878 ✧ FACSIMILE: (303) 298-9879 ✧ E-MAIL: greisen@kinggreisen.com

Judge Robbie Barr
November 9, 2005
Page Two

    Finally, Plaintiffs' expert, Mr. Ed Kahn has spent 3 hours to prepare for the arbitration and will spend 3 hours at the arbitration. Mr. Kahn's billing rate is $350.00. Thus, Mr. Kahn's expert fees for the arbitration are $2,100.

    In summary, Plaintiffs' respectfully request an award of attorneys' fees in the amount of $206,629.75 and costs of $12,418.29 for a total of $219,048.04. We look forward to meeting with you tomorrow.

                                Sincerely,
                                KING & GREISEN, LLP

                                Paula Greisen
                                David H. Miller

cc: Beth McCann
Enclosures

KING & GREISEN, LLP
ATTORNEYS AT LAW
1670 York Street
Denver, CO 80206
(303) 298-9878

Invoice submitted to:
Montez – Compliance

November 09, 2005

Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/18/2005 - | PG | Review fee petition to exercise billing judgement and meet with MCK re same. | 0.60<br>275.00/hr |  | NO CHARGE |
| - | PG | E-mail to/from Beth McCann re dates for compliance and possible settlement of attorney fee issue. | 0.10<br>275.00/hr |  | NO CHARGE |
| 10/19/2005 - | PG | Call from client re compliance issues. | 0.30<br>275.00/hr |  | 82.50 |
| - | PG | Review draft report from Orleans re ADDAG compliance. | 0.60<br>275.00/hr |  | 165.00 |
| - | PG | Prepare fee application to send to expert and Barr. | 1.00<br>275.00/hr |  | NO CHARGE |
| 10/26/2005 - | PG | Call from Ed Kahn re fee petition. | 0.20<br>275.00/hr |  | NO CHARGE |
| - | PG | E-mail to Beth re review of compliance files. | 0.10<br>275.00/hr |  | 27.50 |
| - | PG | Research on and prepare fee petition. | 5.20<br>275.00/hr |  | 1,430.00 |
| 10/27/2005 - | PG | Prepare fee petition and affidavit for time; research re same and review pleadings; call to Bellac re same. | 4.90<br>275.00/hr |  | NO CHARGE |
| 10/28/2005 - | PG | Preparation of fee petition. | 6.70<br>275.00/hr |  | 1,842.50 |

Montez - Compliance                                                                                   Page    2

|            |     |     |                                                                                                                                              | Hrs/Rate          | Tax# | Amount      |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|-------------|
| 11/1/2005  | -   | CEH | Review of Docket Report re: Documents needed for letter to JAG re: Arbitration of atty fees; review & revise ltr to JAG re: Arbitration of atty fees | 5.00<br>95.00/hr  |      | 475.00      |
|            | -   | PG  | Edit and finalize fee petition                                                                                                               | 7.50<br>275.00/hr |      | 2,062.50    |
|            | -   | DHM | Review fee petition and affidavit. Revise as per discussion with PG. Meeting with CEH re same.                                               | 2.10<br>300.00/hr |      | 630.00      |
| 11/2/2005  | -   | CEH | Preparation of exhibits, including binders re: Arbitration of attorney fees; revise letter to JAG re: same; review and print out E-filings of 10-/28/05 & 11/01/05 | 2.80<br>95.00/hr  |      | NO CHARGE   |
| 11/7/2005  | -   | PG  | E-mails to Beth re fee submission and set up phone calls with Claude Burton.                                                                 | 0.20<br>275.00/hr |      | NO CHARGE   |
|            | -   | PG  | Read class letters with questions re settlement and respond to same.                                                                         | 0.50<br>275.00/hr |      | 137.50      |
| 11/8/2005  | -   | LKP | Review files and meet re same; Mt w/PG/ABD/DHM to and from Colo Springs                                                                      | 8.25<br>150.00/hr |      | 1,237.50    |
|            | -   | PG  | Travel to Colorado Springs and review grievance documents for compliance review.                                                             | 8.25<br>275.00/hr |      | 2,268.75    |
|            | -   | DHM | Meeting with PG/ABD/LKP re case on trip down to Colorado Spring; Review files and meet re same; Return to Denver and discuss case review findings. | 8.25<br>300.00/hr |      | 2,475.00    |
|            | -   | ABD | Travel to Colorado Springs and review grievance documents for compliance review.                                                             | 8.25<br>175.00/hr |      | 1,443.75    |
| 11/9/2005  | -   | PG  | Read Defendants' submission to Barr.                                                                                                         | 0.50<br>275.00/hr |      | NO CHARGE   |
|            | -   | PG  | Meeting with expert re fees.                                                                                                                 | 1.00<br>275.00/hr |      | 275.00      |
|            | -   | PG  | Prepare response to Defendants' submission to Barr and supplemental fee petition.                                                            | 4.00<br>275.00/hr |      | 1,100.00    |
|            | -   | DHM | Review Defendants' submission re fees; Prepare for hearing on 11/10; Meeting with PG re same.                                                | 2.00<br>300.00/hr |      | 600.00      |
|            |     |     | For professional services rendered                                                                                                           | 78.30             |      | $16,252.50  |

Montez - Compliance                                                                                       Page    3

    Additional Charges :

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 10/13/2005 - | Delivery Cost | 1<br>7.35 |  | 7.35 |
| 10/20/2005 - | Delivery Cost | 1<br>7.95 |  | 7.95 |
| 10/21/2005 - | Delivery Cost | 1<br>7.28 |  | 7.28 |
| 10/31/2005 - | Copying cost | 1771<br>0.15 |  | 265.65 |
| - | Postage | 1<br>4.22 |  | 4.22 |
| 11/9/2005 - | Postage | 1<br>1.20 |  | 1.20 |
| - | Fax Charges | 2<br>0.25 |  | 0.50 |
| - | Copying cost | 1623<br>0.15 |  | 243.45 |
| - | Westlaw research from 5/1/05 to 11/9/05 | 1<br>1,932.14 |  | 1,932.14 |

    Total costs                                                                                            $2,469.74

| Attorney/Paralegal | Hours | Rate | Total |
|---|---|---|---|
| Paula Greisen | 34.15 | $275/hr | 9,391.25 |
| David Miller | 12.35 | $300/hr | 3,705.00 |
| Alison Butler Daniels | 8.25 | $175/hr | 1,443.75 |
| Leslie K. Pagett | 8.25 | $150/hr | 1,237.50 |
| **Paralegals** | | | |
| Hoskins | 5.00 | $95/hr | 475.00 |
| **Total** | | | **$16,252.50** |

| Costs | Amount |
|---|---:|
| Delivery Charges | 22.58 |
| Facsimile Charges | 0.50 |
| Research Charges | 1,932.14 |
| Photocopy Charges | 509.10 |
| Postage Charges | 5.42 |
| **Total** | **2,469.74** |

NOV 08 2005 17:24 KING AND GREISEN LLP 3032989879 P.9
Case No. 1:92-cv-00870-CMA-MEH Document 1567-7 filed 01/27/06 USDC Colorado pg 8 of 8

QuickView+ - Report                                                                                                Page 1 of 1

**Account:** KING & GREISEN LLP, DENVER CO (1000700872)
**Date Range:** May 01, 2005 - November 08, 2005
**Report Format:** Summary-Account by Client by User by Day (Targeted)

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account 1000700872 | | | | | | | | |
| Client MONTEZ | | | | | | | | |
| User Name GREISEN,PAULA (4689890) | | | | | | | | |
| Day 05/02/2005 | | | | | | | | |
| Totals for User Excluded | | 1 | 628 | | $27.98 | $0.00 | $0.98 | $28.96 |
| Totals for Day 05/02/2005 | | 1 | 628 | | $27.98 | $0.00 | $0.98 | $28.96 |
| Day 05/30/2005 | | | | | | | | |
| Totals for User Excluded | | 8 | 3,150 | | $192.51 | $0.00 | $6.74 | $199.25 |
| Totals for Day 05/30/2005 | | 8 | 3,150 | | $192.51 | $0.00 | $6.74 | $199.25 |
| Day 05/31/2005 | | | | | | | | |
| Totals for User Excluded | | 8 | 1,040 | | $154.65 | $0.00 | $5.41 | $160.06 |
| Totals for Day 05/31/2005 | | 8 | 1,040 | | $154.65 | $0.00 | $5.41 | $160.06 |
| Day 06/03/2005 | | | | | | | | |
| Totals for User Excluded | | 17 | 1,674 | | $150.09 | $0.00 | $5.25 | $155.34 |
| Totals for Day 06/03/2005 | | 17 | 1,674 | | $150.09 | $0.00 | $5.25 | $155.34 |
| Day 06/05/2005 | | | | | | | | |
| Totals for User Excluded | | 8 | 338 | | $258.33 | $0.00 | $9.04 | $267.37 |
| Totals for Day 06/05/2005 | | 8 | 338 | | $258.33 | $0.00 | $9.04 | $267.37 |
| Day 06/24/2005 | | | | | | | | |
| Totals for User Excluded | | 16 | 3,130 | | $323.36 | $0.00 | $11.33 | $334.69 |
| Totals for Day 06/24/2005 | | 16 | 3,130 | | $323.36 | $0.00 | $11.33 | $334.69 |
| Day 07/04/2005 | | | | | | | | |
| Totals for User Excluded | | 2 | 461 | | $64.14 | $0.00 | $2.24 | $66.38 |
| Totals for Day 07/04/2005 | | 2 | 461 | | $64.14 | $0.00 | $2.24 | $66.38 |
| Day 08/29/2005 | | | | | | | | |
| Totals for User Excluded | | 18 | 1,785 | | $417.23 | $0.00 | $14.61 | $431.84 |
| Totals for Day 08/29/2005 | | 18 | 1,785 | | $417.23 | $0.00 | $14.61 | $431.84 |
| Totals for User Name GREISEN,PAULA (4689890) | | 78 | 12,206 | | $1,588.29 | $0.00 | $55.60 | $1,643.89 |
| Totals for Client MONTEZ | | 78 | 12,206 | | $1,588.29 | $0.00 | $55.60 | $1,643.89 |
| Client MONTEZ-C | | | | | | | | |
| User Name GREISEN,PAULA (4689890) | | | | | | | | |
| Day 10/26/2005 | | | | | | | | |
| Totals for Included | | 4 | 277 | | $409.70 | $18.76 | $0.66 | $19.42 |
| Totals for Day 10/26/2005 | | 4 | 277 | | $409.70 | $18.76 | $0.66 | $19.42 |
| Totals for User Name GREISEN,PAULA (4689890) | | 4 | 277 | | $409.70 | $18.76 | $0.66 | $19.42 |
| Totals for Client MONTEZ-C | | 4 | 277 | | $409.70 | $18.76 | $0.66 | $19.42 |
| Client MONTEZ-D | | | | | | | | |
| User Name GREISEN,PAULA (4689890) | | | | | | | | |
| Day 09/29/2005 | | | | | | | | |
| Totals for Excluded | | 3 | 3,834 | | $156.19 | $0.00 | $5.47 | $161.66 |
| Totals for Included | | 27 | 2,949 | | $258.22 | $11.82 | $0.41 | $12.24 |
| Totals for Day 09/29/2005 | | 30 | 6,783 | | $414.41 | $11.82 | $5.88 | $173.90 |
| Day 10/11/2005 | | | | | | | | |
| Totals for Included | | 9 | 2,059 | | $1,042.32 | $47.73 | $1.67 | $49.40 |
| Totals for Day 10/11/2005 | | 9 | 2,059 | | $1,042.32 | $47.73 | $1.67 | $49.40 |
| Day 10/12/2005 | | | | | | | | |
| Totals for Included | | 28 | 999 | | $829.72 | $37.99 | $1.33 | $39.32 |
| Totals for Day 10/12/2005 | | 28 | 999 | | $829.72 | $37.99 | $1.33 | $39.32 |
| Day 10/14/2005 | | | | | | | | |
| Totals for Included | | 5 | | | $131.25 | $6.01 | $0.21 | $6.22 |
| Totals for Day 10/14/2005 | | 5 | | | $131.25 | $6.01 | $0.21 | $6.22 |
| Totals for User Name GREISEN,PAULA (4689890) | | 72 | 9,841 | | $2,417.70 | $103.55 | $9.09 | $268.84 |
| Totals for Client MONTEZ-D | | 72 | 9,841 | | $2,417.70 | $103.55 | $9.09 | $268.84 |
| Totals for Account 1000700872 | | 154 | 22,324 | | $4,415.69 | $122.31 | $65.35 | $1,932.14 |
| Report Totals - Included | | 73 | 6,284 | | $2,671.21 | $122.31 | $4.28 | $126.59 |
| Report Totals - User Excluded | | 78 | 12,206 | | $1,588.29 | $0.00 | $55.60 | $1,643.89 |
| Report Totals - Excluded | | 3 | 3,834 | | $156.19 | $0.00 | $5.47 | $161.66 |
| Report Totals | | 154 | 22,324 | | $4,415.69 | $122.31 | $65.35 | $1,932.14 |

https://www.quickview.com/Reports/UsageReportPrintable.aspx                                    11/9/2005