IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Plaintiffs shall respond to Defendants' Objections to Special Master's Recommended Award of Attorney Fees and Costs (doc. #1567), filed January 27, 2006, on or before February 6, 2006.

Dated:  January 30, 2006