*original*

| Court Address:<br>US DISTRICT COURT<br>901--19 th Street<br>Denver, Co 80294 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JAN 27 2006<br><br>LANGHAM<br>CLERK |
|---|---|
| JESSE MONTEX, ET AL<br>Plaintiff,<br>BILL OWENS, ET AL<br>v.<br>Defendant(s). | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>JILL COIT # 86530<br>Claim number 03-129<br>P.O.Box 392005<br>Denver, Co 80239 | Case No.: 92-N- 870<br>Div/Ctrm: 96-N- 343 |
| MOTION TO EXPAND THE TIME FRAME TO RESPOND TO THE FINAL ORDER OF THE SPECIAL MASTER | |

Comes Now, Plaintiff pro se and wishes to petition the Court in the above captioned matter to give plaintiff more time to respond to the Final Order of the Special Master. For the reasons set forth below:

Plaintiff suffered a Stroke, TIA, and is recovering however she has not gotten the vision back in her left eye. Said TIA has severely limited her ability to see and read. Also Plaintiff's access to supporting information vis-a-vis prison law library has been delayed/cretailed.

Plaintiff has enclosed medical verification of TIA and eye/sight problems.

Wherefore, she prays that this Court will extend it's 30 day time frame for a response to 90 days. In the alternative, Ms. Coit request no less than a 30 day time extention.

Respectfully submitted,

*Jill Coit*

Jill Coit # 86530
Certificate of Mailing
I swera I placed in the US mail, postage pre paid to the following: US Disctrict Court, Judge Borchers and attorney generarl, ~~waims~~. This 25 day of January, 2006

Wieys

*Jill Coit*

## Colorado Department of Corrections
## Consultation Report Form

Appt#: 63911

Page 1 of
Run Date: 06/29/2005 06:0

| | | | |
|---|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW | Date Initiated: 06/29/200 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/194 |
| Level: 1 MONTH | Tele-Med: NO | Provider: RAZZAGHI, MITRA A, MD | SDD: 03/26/300 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/300 |
| Location: DEN-WOMENS | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: This a request for replacement of worn out bilateral wrist braces ( for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift ( due to 1.5 inch leg length discrepancy), Both DMEs are more than 1 year old and have been approved multiple times before.
thank you.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life time sentence
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: great morbidity and functional disability
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: n/a
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: most conservative way
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THEPATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: none
9. RISK AND/OR COST BENEFIT: no risk

| Provider Signature: | *Electronically Signed* | Date: 06/29/2005 06:08 |
|---|---|---|
| Provider Name: | RAZZAGHI, MITRA A, MD | m11204 |

**Specialist's Subjective, Objective, Assessment Plan:**

_____
_____
_____
_____
_____
_____
_____

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Access Correctional Care   Phone: (888) 380-3726   FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

# Colorado Department of Corrections
## Consultation Report Form

**Appt#:** 70122  
**Run Date:** 12/20/2005 17:~  
*REQUESTED*

| | | | |
|---|---|---|---|
| **DOC #:** 86530 | **Name:** COIT, JILL | **Facility:** DW/UNIT2 | **Date Initiated:** 12/20/200 |
| **Gender:** FEMALE | **Security:** MINIMUM RESTRICTIVE | **SSN:** 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 | **DOB:** 06/11/194 |
| **Level:** 1-2 WEEKS | **Tele-Med:** NO | **Provider:** HARRELSON, JAMIE, NP | **SDD:** 03/26/300 |
| **Request:** OPHTHALMOLOGY | **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/300 |
| **Location:** DENVER HEALTH | **Appt Dt:** | **Specialist:** | **DH #:** 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62 Y/O FEMALE W/ CONT. DECREASED VISION IN HER LT. EYE SINCE EPISODE ON 12/15/05 FOR WHICH SHE WAS SEEN IN THE ED FOR LT. ARM WEAKNESS, LT. EYE VISON LOSS, AND DIFF TALKING. PER THE E.D. THE PT. NEEDS TO F/U W/ OPTH. IN 5 DAYS. SHE STATES SHE WAS SEEN BY OPTH. IN THE ED, BUT NO NOTE WAS RECIEVED.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Y
3. URGENCY OF NEED V. REMAINING SENTENCE: Y
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y
5. PRE-EXISTINGCONDITION PRIOR TO INCARCERATION: N
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NA
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: N/
8. PAIN COMPLAINTS/BEHAVIOR: SEE ABOVE.
9. RISK AND/ORCOST BENEFIT:

| ICD | | CPT | |
|---|---|---|---|
| 719.41 | PAIN IN JOINT, SHOULDER REGION | 99215 | OFC/OUTPT VISIT E&M ESTAB MOD-HI SEVRTY 40 M |
| 346.90 | UNSPEC MIGRAINE WITHOUT MENTION INTRACT MIG | | |
| 722.6 | DEGENERATION INTERVERTEBRAL DISC SITE UNSPE | | |
| 716.59 | UNSPEC POLYARTHROPATHY/POLYARTHRIT MX SITE | | |

| | | |
|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** 12/20/2005 17:48 |
| **Provider Name:** | HARRELSON, JAMIE, NP | j10710 |

Please do not discuss dates of the follow-up appointments with the offender.  
Insurance: Physician Health Partners Phone: (866) 362-1374 FAX: (866) 362-1375  
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906  
Or FAX to your Scheduler @ 719 226 4566