OFFICIAL BUSINESS

Discharged

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

REF

CANNOT LOCATE
92-CV-870
#(5)

OES

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted Not Known
☐ No Such Street/Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed-No Order
☐ Returned For Better Address
☐ Postage Due
☒ Refused

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

## SPECIAL MASTERS' ELEVENTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davdison, the Special Masters in the above captioned matter, hereby submit the following Eleventh Application for Payment of Fees and Costs. This application is for work done from November 16, 2005 to January15, 2006, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davdison has been appointed subsequently to be a Special Master.