Denver, CO 80294-3589
OFFICIAL BUSINESS

Reggie Neil Keyes 56805
PO Box 6000
Sterling, CO 80751

REASON CHECKED
REFUSED
Name & # don't match
No Doc. Number
Not at this facility

CANNOT LOCATE
92-CV-870
#1349
EWN - OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 10 2006
GREGORY C. LANGHAM
CLERK