

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92-cv-00870-EWN-OES
[Consolidated for all purposes with Civil Action No. 96-cv-00343]

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Extension of Time to File Appeal in this Matter" (Docket No. 1239), filed on December 12, 2005, is GRANTED.

Dated: December 14, 2005