

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

## ORDER

KANE, J.

This prisoner civil rights class action is before me on appeal (doc. #1211) from Special Master Borchers' Final Order related to James Rudnick dated September 27, 2005. In the Order, the Special Master determined Rudnick's hip and foot-related ailments substantially limit his ability to walk and to perform other major life activities. He also found Rudnick had been discriminated against by the Department of Corrections (DOC) and denied accommodations based on his disability. The Special Master found Rudnick sustained injuries and awarded him a medical mattress, heating pad, boots that fit his feet, custom made orthotics, and a chair and adjustable stool to accommodate his height and weight.

The State challenges each aspect of the Special Master's findings, arguing Rudnick is not mobility impaired, cannot be "otherwise qualified" for health care appliances, was