IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

All Claims

---

## ENTRY OF APPEARANCE

I, Jennifer Berman, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants in this case.

Respectfully submitted this 31st day of January, 2006.

        JOHN W. SUTHERS
        Attorney General

        s/ Jennifer Berman
        JENNIFER BERMAN
        Corrections Unit
        Civil Litigation and Employment Law Section
        1525 Sherman, 4th Floor
        Denver, CO 80203
        (303) 866-5647
        jennifer.berman@state.co.us
        Attorney for the Defendants

CERTIFICATE OF SERVICE

   This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 31st day of January, 2006 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

                s/ Jennifer Berman