IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Permit Late Filing of Objection to Final Order of Special Master (doc. #1562), filed January 23, 2006 by Claimant John Cerrone(claim #03-077), is **GRANTED.** The Objection is accepted as timely filed and will be ruled on by separate order.

Dated:  January 31, 2006