IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Expand the Time Frame to Respond to the Final Order of the Special Master (doc. #1569), filed January 27, 2006 by Claimant Jill Coit (claim #03-129), is **GRANTED.** Claimant shall have an additional 45 days (up to and including March 16, 2006) to file her objection to the Special Master's Final Order.

Dated:  January 31, 2006