ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589
CIAL BUSINESS

*discharged*



Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

ReF

CANNOT LOCATE
92-CV- 870
#1560, 1561

EWN-OES

☐ Not Deliverable As Addressed
☐ Unable to Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted Not Known
☐ No Such Street/Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed-No Order
☐ Returned For Better Address
☐ Postage Due