OFFICE OF THE CLERK
United States District Court
-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

Paroled 11/29/05
NO FORWARD ADDRESS

CANNOT LOCATE
92-CV-870
# 1560, 1561
EWN-OES