ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS

Rt. # _____
Carr. Init. _____
Date _____

☐ Not Deliverable As Addressed
　Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known

Paroled 11/29/05
No Forward Address

92-cv-870EWN
returned doc # ?

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2006

GREGORY C. LANGHAM
　　　　　　　CLERK

Case: 1:92cv870

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

----------------------------------------------------------------