OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RTS

☐ Not Deliverable As Addr
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☐ Attempted - Not Known
☐ No Such Street
☐ Vacant ☐ Illegible
☐ No Mail Receptacle ☐ Numb
☐ Box Closed - No Order
☐ Returned For Better Addr
☐ Postage Due

Terry #123593
ACC
P.O 1215
Ca

92-cv- 870 EWN
#1309

No Forward Address

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 9 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

## ORDER

The court has reviewed the request filed by Abad Martinez (#1303) filed December 27, 2005. The request is that the court order defendants to take certain action with respect to job assignments. The court concludes that this is not the type of damage claim which remains open for adjudication under the parties' settlement agreement. Accordingly, it is

      ORDERED that the request be DENIED.

      Dated this 27th day of December, 2005.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge