IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 05-005
Category V
Claimant: Alvin G. Jones, brother of Nathan Jones (deceased)
Address of Claimant:  c/o H. Earl Moyer, Attorney at Law, 215 South Wadsworth Boulevard, Suite 520, Lakewood, Colorado 80214

---

NOTICE OF CHANGE OF ADDRESS

---

PLEASE TAKE NOTICE that the Law Offices of Moyer, Beal and Vranesic has moved. The new address is as follows:

Moyer, Beal and Vranesic
215 South Wadsworth Boulevard, Suite 520
Lakewood, Colorado 80226-1566
E-mail: mbvlaw@mbv1.net

The telephone and facsimile numbers will remain the same.

Dated this 31st day of January, 2006.

        Respectfully submitted,

        MOYER, BEAL AND VRANESIC

            /s/ H. Earl Moyer
By: _____
        H. Earl Moyer, #0060
        215 South Wadsworth Boulevard, Suite 520
        Lakewood, Colorado 80226-1566
        Phone Number: 303-237-5438
        Fax Number: 303-232-5438
        E-mail: mbvlaw@mbv1.net

        ATTORNEY FOR CLAIMANT

A printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on January 31, 2006 a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served by depositing same in the United States first-class mail, proper postage affixed, addressed to the following:

Hon. Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030-4444

James X. Quinn, Esq.
Jess A. Dance, Esq.
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203        /s/ Mirya Rule
                                      _____