IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 05-005
Category V
Claimant: John E. Mossman, Sr. as father of Paul Mossman (deceased)
Address of Claimant:  c/o H. Earl Moyer, Attorney at Law, 215 South Wadsworth Boulevard, Suite 520, Lakewood, Colorado 80214

---

## MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 27, 2006

---

COMES NOW claimant, John E. Mossman, Sr., by and through his attorneys, Moyer, Beal and Vranesic, by H. Earl Moyer, and moves this Honorable Court to continue the hearing scheduled for 9:00 a.m. February 27, 2006, and as grounds therefore states as follows:

### CONFERRED WITH OPPOSING COUNSEL

The undersigned attorney had spoken with Jess A. Dance, of the Office of the Attorney General, concerning the substance of the motion contained herein.  Mr. Dance has indicated he does not pose any objection to this motion for continuance.

1.	On December 28, 2005, H. Earl Moyer, underwent a treadmill test scheduled because he had a syncope episode approximately one week before.

2.	The results of the treadmill indicated an abnormality and after additional testing, Mr.

Moyer underwent open heart surgery on Tuesday, January 3, 2006.

3.      While surgery was successful, the treating physician has indicated Mr. Moyer cannot engage in any of his work activities for a minium period of ninety days from the date of surgery, and when he is able to return it will be on a limited basis.

<u>PENDING APPEAL</u>

4.      On October 17, 2005, attorney Paula D. Greisen of King & Greisen, LLP, on behalf of the plaintiff class, filed a Plaintiff Class Appeal of Order of Special Masters Re: Category V. Damages.  This appeal concerns the types of damages all class V claimants may seek by Order of the Special Master on September 30, 2005.  Said appeal will have a direct bearing on the damages which may be sought at the February 27, 2006 hearing.  This issue is pending before the Honorable Edward Nottingham.

5.      To proceed without a determination of the appeal would greatly limit the type and amount of damages to be heard at the February 27, 2005 hearing.

Wherefore claimant requests this Honorable Court continue the hearing currently scheduled for February 27, 2006 for a period of time no less than sixty (60) days past the appeal determination date.

Respectfully submitted,

MOYER, BEAL AND VRANESIC

/s/ H. Earl Moyer

By: _____

H. Earl Moyer
215 South Wadsworth Boulevard, Suite 520
Lakewood, Colorado 80226-1566
Phone Number: 303-237-5438
Fax Number: 303-232-5438
Email: mbvlaw@mbv1.net

ATTORNEYS FOR CLAIMANT

A printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2006 a true and correct copy of the foregoing MOTION TO CONTINUE HEARING SCHEDULED FOR FEBRUARY 27, 2006 was served by depositing same in the United States first-class mail, proper postage affixed, addressed to the following:

Hon. Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030-4444

James X. Quinn, Esq.
Jess A. Dance, Esq.
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Mirya Rule

_____