IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with
Civil Action No. 96-N-343)

JESSE (JESUS) MUNOZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-077
Category III
Claimant John Cerrone #58685
Address of Claimant: 6175 Sheridan Blvd, Arvada, CO 80003-5229

---

OBJECTION TO FINAL ORDER OF SPECIAL MASTER

---

The claimant, John Cerrone, objects to the amount awarded by Special Master. Depriving the claimant of the opportunity to learn to read and write was a a major breach of the duty of the State. Claimant believes that he should have been awarded at the very least $25,000.00.

John Cerrone   Claimant
6175 Sheridan Blvd.
Arvada, CO 80003-5229
Tel. No. (303) 424-820_

CERTIFICATE OF MAILING

I certify that I mailed a copy of the above Objection to Final Order of Special Master to the following on January 23, 2006.
Ms. Danielle Moore
Mr. Jess A. Dance
Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203