OF THE CLERK
ites District Court
Street, Room A105
O 80294-3589
BUSINESS

ANK

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 81 5-1010



☐ Not Deliverable As Addressed Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☒ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2006

GREGORY C. LANGHAM
CLERK

CAN NOT LOCATE
92-cv-870
#1563
EWN-OES