THE CLERK
s District Court
eet, Room A105
80294-3589
sINESS

*harged*

JAN 26 '06
CO

Micha l A. Malisheski 60059
P.O. B  1000
Crowley, CO 81034-1000

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted-Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed-No Order
☐ Returned For Better Address
☐ Postage Due

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1564, 1565
EWN-
OES