IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purpose
with Civil Action No. 96-N- 343 ).
JESSE MONTEZ, et, al.

    Plaintiff,

vs.

BILL OWENS, et, al.

    Defendants,.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 4 2006

GREGORY C. LANGHAM
CLERK

---

Claim No, 02-559                Category II
Claimant: JACKIE L, CARR  # 76686      Dated December 28,2005
Address of Claimant: A.V.C.F. P.O.Box 1000, CROWLEY, CO.
81034-1000

---

    OBJECTION TO SPECIAL MASTER APPROVING YET ANOTHER EXTENSION
OF TIME FOR DEFENDANTS TO RESPOND TO CLAIMANTS CLAIM'S.
AND REQUEST FOR UNITED STATES DISTRICT COURT JUDGE TO
ORDER COLORADO DEPARTMENT OF CORRECTION TO PRODUCE
INTERNAL DOCUMENT ( D.R.D.C. ANALISIS, DIAGNOSTIC REPORT).
FROM CASE FILE WHICH PROVES MY CLAIM BY A PREPONDERANCE OF
EVIDENCE. SEE Attached step #1 and #2 grievances both friv-
-ously denied by C.D.O.C. Staff.

---

On December 15, 2005 I received notice that SPECIAL MASTER
Richard Borchers GRANTED another BLANKET EXTENTION grant-
-ing SEVEN MONTHS extension for the Defendants to respond to
category I, and II claims. Signed and dated OCTOBER 24, 05
and as one of them affected by this I sure should of been
notified prior to the motion being GRANTED, let alone A
month and a half later. This is NOT RIGHT! The Defendants
ues the same reasons for enlargement of time as last time
signed the 14 day of MAY 2005, GRANTING a EIGHT MONTH
enlargement of time just to RESPOND to category I and II
claims...

On the same motion, signed May 14,05, page three, paragraph 5 Defendants are advised further than no additional blanket motions for enlargement of time will be considered. This order provides Defendants sufficient time to respond to all pending claims. So why on October 24, 05 was ANOTHER extension of seven months GRANTED? And WHY on October 28, 05 was Thomas O'Hara motion (#1166) DENIED on November 7,2005 ???Talk about all one sided it looks more and more like all claimants are wasteing their time because not only are the Defendants fighting against them so are the SPECIAL MASTERS, and the U.S. DISTRICT COURT's every decision is in favor of DEFENDANT'S all final judgments i've read are hardly fair, for the damages. If the United States Court allows this extension to stand as GRANTED, then all CLAIMANTS should be allowed to amend any part of, or all of their claims.

I have asked every way possible upto and including filed A C.D.O.C. Step one grievance, and A step two grievance both to be frivolously answered. I just filed my step three and have allready been told it will be denied because it proves my claim. Their is no way my case manager can show the final diagnostic report because it is kept at Colo. Springs. C.D. O.C. headquarters. C.R.S. 16-11-308(4) say's they are to show and explain it to me upon request. C.R.S. 17-40-103(2) allso say's upon request they are suppose to show and explain to me. So I hereby ask this Court to refer back to Judge Kanes order on December 9,2004 which clarified discovery in this case.
" The provisions in the settlement agreement of the parties upon which that order is based states,[ Class Members, their representatives and counsel are entitled to discovery regarding their damage claims and shall be provided copies of the relevant D.O.C. files upon request, including but not limited to medical information, as well as relevant internal quality assurance documents as allowed by the special masters.] It is this procedure of the settlement agreement that governs dis--covery and not the Federal Rules of Civil Procedure.
I filed two different motions for the Special Master, and the Court and both was denied as their was no basis for issuance

(2)

OF subpoenas, The settlement agreement provides no authority for issuance of subpoenas for discovery. So what does Judge Kane December 9, 2004 order mean when he further clarified discovery in this case, as follows:

" The provisions in the settlement agreement of the parties upon which that order is based states, [Class Members, their representatives and counsel are entitled to discovery regarding their damage claims and shall be provided copies of the relevant D.O.C. files uponREQUEST, including but not limited to to medical information, as well as relevant internal quality assurance documents.]"

What does this mean if it does NOT mean A copy of the D.R.D.C. Diagnostic report I've been asking for since mid 2004. I have asked for these documents several way's and many times what do I have to do to get the DISCOVERY Judge Kane say's we are entitled too.??? That totally proves my claim.. That C.D.O.C. Staff does not want me to have for the specific reason that it proves my claim. Read attached grievances.!!!

I allso feel that if the Court lets the extension of time stand as ordered October 24, 2005, All claimants should have the right to AMEND, their present claim's!

DATED THIS 28th DAY OF DECEMBER

*Jackie L Carr*
=============================
JACKIE L. CARR # 76686

(3)

CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of a motion titled OBJECTION TO SPECIAL MASTERS APPROVING ANOTHER EXTENTION OF TIME FOR DEFENDANTS TO RESPOND TO CLAIMANT'S CLAIM, TO ALL ADDRESSED BELOW.

Deposited in the U.S. Mail postage pre-paid first class On 28-day of December, 2005


Mr.Jess A. Dance
Office of the attorney general
1525 Sherman Street 5th floor
Denver Co, 80203


Richards M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, Co. 80030

United States Court House
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
901-19th Street, Room 105
DENVER, CO. 80294-3589


*Jackie L Carr*