IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-559
Category II
Claimant: Jackie L. Carr, #76686
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion for subpoena for records for discovery filed by Claimant. The settlement agreement provides no authority for issuance of subpoenas for discovery.

IT IS HEREBY ORDERED that all deadlines will be extended by sixty days to allow Claimant to submit all documents that he believes are appropriate; and

IT IS FURTHER ORDERED that Claimant's motion for issuance of subpoenas will be denied, as the settlement agreement provides no basis for issuance of subpoenas.

SIGNED this _9th_ day of May, 2005.

BY THE COURT:

Richard M. Borchers
Special Master

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number AV05/06-186  STEP (Circle One) 1 ②  3    ADA? Yes ☐ No ☒

| NAME Jackie L. Carr | DOC NO. 76686 | FACILITY A.V.C.F. |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

I asked Mis Wilson to photo Copy My Diagnostic Report, Programe Analisis to be told it was not copyable. The freedom of information Act say's otherwise. A Long with Colorado Revised Statute, 16-11-308(4) say's you not only are suppose to give me A copy of it, upon request you are suppose to set down and explain it also. And I receive A copy of the final report, Analisis of my evaluation, Programe. C.R.S. 17-40-103(2) Allso say's very plainly that I am entitled to upon request a copy of the Diagnostic report, evaluation at D.R.D.C knowen as Inmate Programe.
State Law over rides AR*S.
I want A photo Copy of my original (D.R.D.C.) diagnostic evaluation that say's I should remain report free and do my time. No programe needed.

DATE: 12-2-05    OFFENDER SIGNATURE Jackie L Carr   76686

DATE RECEIVED    RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

I have reviewed the Statutes you list in the body of your Step-II grievance. Both Statutes plainly state that you are to be shown the report and have it explained to you. Nowhere does it state you are entitled to a copy of the report. As such the response to the Step-I grievance is applicable in this case. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 12/12/05  SIGNATURE/PRINT NAME & Staff ID #

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 12/9/05  SIGNATURE/PRINT NAME & Staff ID #

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 12/18/05  OFFENDER SIGNATURE/PRINT NAME & DOC # Jackie L Carr

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS  OFFENDER GRIEVANCE FORM

Grievance Number **AV05/06-186**  STEP (Circle One) **1** 2  3    ADA? Yes ☐ No ☐

NAME **Jackie L Carr**  DOC NO. **76686**  FACILITY **AVCF**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: According to Colorado Freedom of Information Act INMates are entitled to copies of Records that are in our files that are not confidential, I tried MY Case Manager Mis Wilson and she said its not copyable so I wrote to C.D.O.C. Management, they refered me to Mis Wilson, so I filed an A.D.A. Grievance And Rathie Hoist by Katie Baxter Denied it because their was no request for an acommendation, which now i don't need since i Have a single cell. Anyway this is for verification of claims on Montez civil Action. I want a copy of MY ORIGINAL Program ANALISIS FROM D.R.D.C. 10-97 when i went through D.R.D.C. montez-02-559 this is for

DATE: **11-9-05**   OFFENDER SIGNATURE **Jackie L Carr 76686**

DATE RECEIVED   RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

Mr. Carr, Administrative Regulation 950-05, IV, B. 1 – 5 is specific as to what offender's are allowed access to. What you have asked for is not allowed, per AR and will not be submitted to you.

Grievance is denied

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: **22 Nov. 05**  SIGNATURE/PRINT NAME & Staff ID # Eugene Gonzales 1715
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Case Management 12/9/05

DATE: **11/14/05**  SIGNATURE/PRINT NAME & Staff ID # Ruth Bzano 10007
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: **11/30/05**  OFFENDER SIGNATURE/PRINT NAME & DOC # Jackie L Carr #76686

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1