IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

vs.

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2006

GREGORY C. LANGHAM
CLERK

---
Claimant: TERRY D. GIBBENS.
Claim: 02-483
Category II      Dated 12-23-05
---

It came to my attention on DECEMBER 15,05 through the U.S. mail that Richard Borchers signed another BLANKET EXTENTION of time for the Attorney Generals Office. on OCTOBER 24,05 WHY was all claimants NOT notified of such pending request? And WHY did it take nine day's short of Two months to send A copy of the Enlargement of time to pending claimants? Their excuses for not being able to respond to the number of claims is lack of resources, but yet the Attorney Generals office has every member of the Colorado Bar at their disposale to file these RESPONSES ON TIME. They sure have the resources to pay these Special Masters, And get these blanket extentions that the Special Masters swear will not happen again, but as soon as their extention time runs out they apply a motion uesing the same excuses and get another BLANKET EXTENTION ! I find it PREJUDICIAL and BIAS, on all CLAIMANTS who are waiting, Because thier PRO-SE CLAIMANTS. JESSE MONTEZ AND HIS ATTORNEY"S where settled with how long ago? How much have these SPECIAL Masters been PAID! All thier excuses are laime and frivoulouse! But since no higher POWER will entervien on our behalfs or in the name of JUSTICE. All continued claims should have until THIRTY DAY'S prior to the dead line to AMEND, add to , thier filed claims. This would only sound appropriate to the continued CLAIMANTS, but very justifiable since the special masters take it into thier own hands to repeadadly continue this Civil Action which I am quite sure they continue to be paid upon request.

(1)

(2)

Not one motion I have filed has been granted, not even for the discovery that the remedial plan plainly say's the special masters have the authority to order but every motion I've read about discovery has been denied by all. Judge Kane and Nottingham as well as Special Master Borchers.

Just like dening my motion for Court Order to be tran--sported to the V.A. Clinic in Colorado Springs. Because it is something that benifits the PLAINTIFFS it's DENIED!!! The medical department at A.V.C.F. is so incompetent and retaliatory the stop inmates CELL MEDICATION because the only want to see the Doctor who was suppose to order different medication for me and conveniently did not do it, so when I put in a kite knowing I am going to be charged the Co-Pay again ( Which by the way is my entieermonths wages) they tell me I don't get to chose who I see, even though I seen the Doctor the time before and my new medication for a five year old problem and medication for my rottening feet was never ordered. And the P.A. decides since I don't want to see him ill not see any one and Ill not get any medication and he violates my first amendment right sticking his nose in my conversation with another inmate when he finally was ready to see me, after I set there waiting on him, and writes a C.O.P.D. Report on me so I lose my single cell and all my privileges out of retaliation. So now I've had a prostrate problem for five years and can't get no medication for it. I was disabled before I came to prison and they won't give me no accomadations for my injuries and that the exact reason they won't have me taken to the V.A. for examination because it will prove how incompetent they are and how they are dening medical treatment to the inmates. And who wants to see a P.A. that say's every problem is arthritis no matter who it is or what the problem is. Knowing that your whole months wages are wasted. And then they fix it where most people can't get money sent to them by starting this elect--ronic wire transfer only from Western Union and J-Pay.com no more money orders. Retired senior citizens can't afford to pay $ 11.00 to send us $ 10.00 because they only have an extra twenty dollars after their bills. And thats ILLEGAL but

don't care who's toes they step on, just like the beef associ--ation and stoping serving beef in C.D.O.C. and then they print articles in the paper LYING to the public oh turkey is out and we are serving beef five times a week instead of seven, when they have never had BEEF on a menu five times a week let alone seven in the thirteen years i've been in D.O.C.
And their still serving TURKEY. turkey gravy and biscuits, turkey goulash, turkey ham, turkey sausage, turkey hot dogs turkey burgers we don't get beef or the the C.R.S. inforced in the prisons. Maybe it's time the public knew whats really going on in C.D.O.C. and the MONTEZ civil suite that they are paying for, paying everyone except who theyshould be.

I still need taken to the V.A. for an exam for my V.A. disability
And I still need double mattress, since what they call A mattress is a 1½" xtwo' x 6' piece of foam in a vinyl covering made by Juniper valley products, which is C.D.O.C industries and five of these would make a small mattress.
How much has the special masters been paid on Montez civil action?
How much has been paid out to claimants? and how much has been paid out to Attorneys, representing claimants?
Can you tell me any of the above Questions, ANSWERS?

_Terry D. Gibbens_
TERRY D. GIBBENS # 69102
A.V.C.F. C-2-3-1
P.O. Box 1000
CROWLEY, CO   81034

(3)