OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 8121-1010

---

CAN Not Locate
92-cv-870

#1564, 1565

EWN-OEs

ANK

Rt. # _____
Carr. init. _____
Date _____

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☒ Attempted - Not Known
☐ No Such Street   ☐ Number
☐ Vacant   ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 01 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

## ORDER

The motion for clarification filed by Clint Crews (#1558) is DENIED, because it seeks relief which this court cannot grant, and the time for filing any claim with the special master has passed.

Dated this 26th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

---

## ORDER

---

The motion to reinstate original claim (#1553) filed by Timothy Wayne Moses on January 13, 2006, is DENIED because the time for filing claims has long since passed, and Plaintiff states no good cause for the relief requested.

Dated this 26th day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge