OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Return to Sender

No Forward Address

Jerry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

CAN NOT LOCATE
92-CV-870
#1563

EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 01 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
[Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

---

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

A status conference regarding the "Joint Motion for Hearing" (Document 1555, filed January 18, 2006) is scheduled for Thursday, **February 9, 2006**, at 10:45 o'clock a.m.

Dated: January 25, 2006