Case No. 1:92-cv-00870-CMA-MEH   Document 1596   filed 02/06/06   USDC Colorado   pg 1 of 2

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

92-cv-870 EWN
# 1568

FEB 06 2006

GREGORY C. LANGHAM
CLERK



DENVER CO
JAN 30'06
US POSTAGE $00.63
H METER

NIXIE    808    1         39 02/04
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *2620-09989-30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiffs shall respond to Defendants' Objections to Special Master's Recommended Award of Attorney Fees and Costs (doc. #1567), filed January 27, 2006, on or before February 6, 2006.

Dated: January 30, 2006