

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Permit Late Filing of Objection to Final Order of Special Master (doc. #1562), filed January 23, 2006 by Claimant John Cerrone(claim #03-077), is **GRANTED.** The Objection is accepted as timely filed and will be ruled on by separate order.

Dated: January 31, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Expand the Time Frame to Respond to the Final Order of the Special Master (doc. #1569), filed January 27, 2006 by Claimant Jill Coit (claim #03-129), is **GRANTED.** Claimant shall have an additional 45 days (up to and including March 16, 2006) to file her objection to the Special Master's Final Order.

---

Dated: January 31, 2006