Judge John L. Kane,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB - 6 2006
GREGORY C. LANGHAM
CLERK

Civil Action No. 92-CV-00870.EWN-OES
Claim Number 03-184 Category III

I would like to ask why my claim was closed. I'm made to understand that even thowe Judge Borchers raised my claim from II to III makes me believe that he understood that my life was put in danger by D.O.C. rep. Case Manager Miss O'Malley, as stated in the letter i sent you.

  I refused to sign parole papers because she was putting my life on the line, by making me parole to a salvation army nite time shelter only. This would make my survival on the street of Denver inposible. Without proper housing and no job for money i would not be able to by food and bus tokens but most of all i couldnt by insulin. with out meals i could not take insulin therefor i would endup in the hospital if i didnt pass out on the street some whare.

  Please understand by not signing my parole papers i was never paroled. I was chained and shackeld in prison put on a prison bus, taken to Denver D.R.D.C. D.O.C,

I was never released as a free man any where. This is why i wrote the letter to you. To stop them (D.O.C.) that is from doing it to me again. I have four years of parole left and ime told they can put me out of Territorial twice a year for the next four years. I'm 50 years young with severe diabetic nueropathy in both feet and leggs and bad knees. Why would anyone not want to help.

They tell me that this is a on going praktiss in D.O.C. It sure should be outlawed because of the danger there puting me in.

Thanks for your time.

[signature]