FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2006

GREGORY C. LANGHAM
CLERK

Dear Sir,         92-cv-870 EWN

I have just received a correspondence from P. Greisen LLP a lawyer in the Montez action involving diabetic inmates in Colorado's prison system.

I cannot accept fifty dollars for my diabetic condition. I will undoubtedly die from it eventually probably in prison. I have been here sixteen years plus, have ten more years to go. I am in debt to the prison for legal fees over three hundred fifty dollars. Every other severe physical condition I attribute to my diabetes. I do not have the medical knowledge to show how I contracted a hole in my heart. Hell, I didn't even know I had it until 1997. I'd been in prison for eight years up to this point.

I am dying. I crash due to my inability to regulate my sugar levels. I am indigent. Fifty dollars will provide extra sugar for about three weeks.

It's been suggested that I take fifty dollars. I have been extremely depressed and have thought about suicide. The Attorneys .... have not returned my letters ....... They tell me I would prove my heart murmur came ............... prison 1989, with no record of I ............................ have a hole in my heart. The ............................ told me I should accept fifty bucks ......................... diabetic condition. I'm later on my ........................ eye sight is getting bad. The attorneys have done no more for me than defendants.

The diabetics require medical care consistent with the prison stay. What amount of money can I use to supplement my inadequate prison diet and cure my diabetes I GOT IN PRISON. Fifty bucks?

If lawyers remove themselves on my independent claim I want DIABETIC LAWYERS.

