In The United States District Court
For The District of Colorado
Judge John L. Kane

Civil Action 92-CV-00870-EWN
Jesse Montez, et al.
  Plaintiff      Shawn Winkler #48319  Claimant 03-140
                 Limon Correctional Facility
                 P.O. Box 10000
                 Limon, CO 80826
V

Bill Owens, et al.
  Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB - 6 2006
GREGORY C. LANGHAM
CLERK

## Objection and Motion for Time Extension

As claimed by the Special Master treatment issues were not appropriate issues to be raised in these proceedings. As shown by the sporadic documentation received treatment issues are the only thing granted by the Special Master, and upheld in review (i.e. state bought tennis shoes for ease in walking, softer/therapeutic mattress, a chair to make the cell comfortable, etc...). Now Plaintiffs are ordered to respond to Defendants 'Objection to Special Master's Recommended Award of Attorney Fees and Costs (doc #1567) filed January 27, 2006. With no knowledge or receipt of this document to begin with we have no way to state the basis of our objections or response.

Having been abandoned by class counsel after being used to prove the case, abused in a pretense of judicial

1 of 2

hearing, and now asked to mak response to unknown filings, we object to what has become a monumental travesty of Justice in general. However, if the court wishes our input on this matter, we ask the proper documents be forwarded, and a time extension be granted to allow proper review and response

Respectfully Submitted
This 2nd day of February 2006
by Shawn Winkler #48319

*Shawn Winkler #48319*

xx: file