Judge John L. Kane

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19th STREET ROOM A-105
DENVER COLORADO
80294-3589

Case: 1:92cv870

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 3 2006

GREGORY C. LANGHAM
CLERK

Plaintiff
Reggie N. Keyes - 02-768

vs

Bill Owens et al,
Defendant

Civil Action No.
92-CV-00870 EWN-OES

## PLAINTIFF'S RESPONSE

Now Comes Plaintiff REGGIE NEIL KEYES Claim Number 02-768. Plaintiff agrees with Special Master's Recommendation that Award of Reasonable Attorney Fees and Costs Should be awarded Plaintiff's Representive Counsel (doc #1567) Filed January 27, 2006, Return Response Febuary 1, 2006

Dated: Febuary 1, 2006
Reggie Neil Keyes
Regester No 56804
Category II, Requested Evaluation to III Pending?
Claimant Claim Number 02-768
S.C.F. CH-2-A-1-14
P.O Box 6000
Sterling Colorado 80751-6000