IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-756
Category II
Claimant: Ronny C. Shoemake, #121467
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on Claimant's response to the order to show cause. Claimant has indicated that he was sentenced to the Colorado Department of Corrections on April 8, 2004.

    The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was established. In order for an inmate or former inmate to file a claim under the Remedial Plan, that individual had to have been in DOC custody on or before August 27, 2003. Claimant is not part of the class. He may not pursue his claim. His remedy is to file a separate lawsuit.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 3, 2006.**

    SIGNED this _18_ day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 18 day of January, 2006 to the following:

Mr. Ronny C. Shoemake
#121467
CTCF
P.O. Box 81215-1010
Canon City, CO 82125-1010

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203