## AFFIDAVIT OF PAULA GREISEN, ESQ.

| | | |
|---|---|---|
| CITY AND COUNTY OF DENVER | ) | |
| | ) | s.s. |
| STATE OF COLORADO | ) | |

I, Paula Greisen, having been duly sworn, states as follows:

1. This Affidavit is submitted in support of Plaintiffs' petition for attorneys' fees.

2. I am a founding partner in the Denver, Colorado law firm of KING & GREISEN, LLP. I have been practicing for fifteen (15) years, twelve (12) of those years emphasizing plaintiff's civil rights and employment discrimination litigation. The vast majority of work that I perform is brought pursuant to federal civil rights statutes or common law provisions protecting the rights of employees.

3. Prior to KING & GREISEN, LLP, I was a founding partner of the civil rights firm of MILLER, LANE, KILLMER & GREISEN, LLP where I also practiced exclusively in civil rights and employment discrimination. During my legal career, I have been involved with the litigation of numerous prison and disability rights litigation cases. I am the President-Elect for the Faculty of Federal Advocates and currently serve on the Legal Panel of the ACLU, the Board of Directors of Colorado Legal Service (formerly the Legal Aid Society of Metropolitan Denver), the Board of Directors for the Plaintiff's Employment Lawyer Association, the Board of Governors for the Colorado Bar Association and the Board of Directors for the University of Colorado School of Law Alumni Association. I am a member of various bar associations and have published and lectured extensively on a variety of civil rights and employment issues.

4. I have been lead counsel on this class action case since 1994. Since that time, I have foregone representing other potential clients due to my commitments to this case.

EXHIBIT 9 Plaintiffs

5. My current hourly billing rate is $275.00 per hour and this is the rate that I currently bill and am paid by clients whom I represent on a straight hourly rate. This has been my normal hourly rate since fall 2004. Prior to that time, my rate was $250 and that had been my rate since 1999. Based upon my experience, skill, expertise and reputation, I believe my hourly rate of $275.00 per hour is reasonable and within the range charged by attorneys of similar skill, expertise and reputation in the Denver legal community.

6. I am familiar with the background, experience and skill of co-counsel in this case, associate Patricia Bellac. Based upon her background, experience and skill, and upon her work performed in the present case, her rate of $180.00 per hour as reflected in the attached attorney fee petition is a very reasonable rate in the Denver area legal community. Ms. Bellac graduated from Fordham University School of Law in New York, NY and was admitted to practice in 1991. She practiced at Carpenter, Bennett & Morrissey, a large New Jersey law firm, then with Berenbaum, Weinshienk and Eason in Colorado until 1998. Ms. Bellac has worked on a wide variety of civil rights matters, including ADA cases. I am also familiar with the background, experience and skills of Alison Butler Daniels, another associate co-counsel, who graduated from Columbia Law School in 1997 and was admitted to practice the same year. Ms. Butler-Daniels joined King & Greisen, LLP in 2003 and has worked on a variety of civil rights issues, including Section 1983 and ADA cases. Based upon her background, experience and skill, and upon her work performed in the present case, her rate of $175.00 per hour as reflected in the attached attorney fee petition is a very reasonable rate in the Denver area legal community.

7. I am also familiar with the background, experience and skill of the paralegals and law clerks who performed work. I am familiar with the prevailing market rates for similarly experienced paralegals within the Denver legal community and the rates charged for those

2

individuals as reflected in the attached billing are reasonable in this community. I was the primary supervisor of the legal staff who performed legal services in the above-captioned matter, and I can represent that the work performed was performed efficiently and in a quality manner, and that the time reflected in the fee petition, as adjusted through the exercise of my billing judgment, is compensable under the civil rights fee shifting provisions.

8. The attached fee petition reflects time billed *after* the exercise of professional billing judgment. The amount of fees requested does not reflect all the time spent on the case, but properly reflects a reduction in time spent for duplicative entries, secretarial work, work that was performed inefficiently or unnecessarily and other work that would not be normally billed to a client. Specifically, the fees have been reduced by $12,137 to reflect this billing judgment. Although the office of undersigned counsel does represent approximately ten individual claimants during the damage claim process, the time spent representing those individuals has not been billed in this fee petition.

9. This matter has been litigated as cost-efficiently and effectively as possible. Tasks that could efficiently be performed by legal staff with lower hourly rates were delegated, resulting in a lower total amount billable to defendants.

PAULA GREISEN

Subscribed and sworn to before me this 1st day of November 2005, by Paula Greisen.

Witness my hand and official seal.

My commission expires 8/20/06.

[SEAL]

Dianne Von Behren
Notary Public

3