## AFFIDAVIT OF DAVID H. MILLER, ESQ.

I, David H. Miller, being duly sworn on oath, state the following:

1. This Affidavit is submitted in support of Plaintiffs' petition for attorneys' fees.

2. My name is David H. Miller. I am an attorney who has been licensed to practice law in the state of Colorado since 1977. I am licensed to practice in the state courts of Colorado, the federal district court of Colorado, the Tenth Circuit Court of Appeals, and the United States Supreme Court.

3. I am serving of counsel at the law firm of KING & GREISEN, LLP, 1670 York Street, Denver, Colorado, (303) 298-9878, (facsimile) (303) 298-9879, (email) miller@kinggreisen.com. The firm is Colorado's largest firm devoting itself exclusively to plaintiffs' civil rights, employment and constitutional litigation in the trial and appellate state and federal courts.

4. I have practiced law in Colorado since graduating with a J.D. from the University of Denver Law School in 1977, where I served as Editor-in-Chief of the Denver Law Journal. I was in private practice from 1977 until 1983, when I left my partnership at the Breckenridge, Colorado law firm of Cosgriff, Dunn & French, P.C., to become the first full-time Legal Director of the American Civil Liberties Union of Colorado, the state's best known and most active civil rights litigation organization. I served in that capacity from 1983 until 1996, when I left the ACLU to become a founding partner of the law firm of MILLER LANE KILLMER & GREISEN.

5. While the first 6-7 years of my practice were spent in general practice, during my practice at Cosgriff, Dunn & French I had volunteered my time on ACLU legal cases and had previously published a law review article on civil rights, but that relatively limited

EXHIBIT
10
Plaintiffs

amount of involvement in matters relating to constitutional litigation and analysis simply made me realize that I wanted to devote my professional life to civil rights and constitutional litigation. It was against that background that I joined the ACLU in 1983 as its first state legal director.

6. During my tenure at the ACLU, at MILLER LANE KILLMER & GREISEN and at this firm, I have represented literally hundreds of plaintiffs in civil rights suits and have served as counsel in some of this state's best known and most far reaching civil rights cases. I have litigated a large number of Colorado prison civil rights cases, including, but not limited to the following: *Diaz v. Romer,* 961 F.2d 1508 (10th Cir. 1992) previously captioned as *Ramos v. Lamm,* where I was lead compliance counsel in one of the numerous ACLU class action federal court prison cases which have resulted in the construction and renovation of Colorado penal facilities at a cost of over $200 million. (Colorado Territorial Correctional Facility; Centennial Correctional Facility and Shadow Mountain Correctional Facility). Related cases in which I also served as lead counsel and which involved similar issues at different prisons include: *Nolasco v. Romer*, No. 90-C-340, Consent Order (D.Colo. March 5, 1992) (Freemont Correctional Facility, Buena Vista Correctional Facility and Colorado Women's Correctional Facility); *Arguello v. Romer*, No. 88-C-1335, Consent Order (D.Colo. March 5, 1992) (Arkansas Valley Correctional Facility); *Marquiz v. Romer / Slusher v. Suthers,* No. 00-CA-1071 (Consent Order later reviewed for non-compliance) (Limon Correctional Facility).

7. I have written numerous articles, both on civil rights issues generally, and specifically on attorneys fees issues under 42 U.S.C. § 1988. I have served as an expert witness on such matters and have been qualified to testify to the court on § 1988 issues

2

under the applicable rules of evidence. I regularly speak and lecture on civil rights issues, and have served as a guest lecturer or visiting professor at numerous institutions of higher learning throughout the state. From 1984 until 1994, and again during 2003, I served as the Chairperson of the Colorado Bar Association's Bill of Rights Committee. From 1987 until 1993 I was the Editor of the Constitutional Law and Civil Rights Column of *Trial Talk*, the monthly publication of the Colorado Trial Lawyers Association. I have served on numerous boards of directors of civil rights and other non-profit organizations and have received several awards, recognizing my work in the civil rights field in Colorado.

8. As soon as I began at the ACLU I was forced to become familiar and knowledgeable about the issue of attorney's fees awards under the 1976 Attorney's Fees Award Act ("the Act"), subsequently codified at 42 U.S.C. § 1988, and out of my research and work in the area, in 1983 I wrote my first article, referenced in my CV, on attorney's fees under the Act. Over the last 20 years I have lectured on the topic of § 1988 attorney's fees, written on the topic, served as an expert numerous times, and briefed issues concerning the history and effect of the Act to the state and federal trial and appellate courts in dozens and dozens of cases. Since almost all of my practice involves civil rights litigation, and since almost all federal civil rights statutes with which I deal eventually raise issues under the Act, it is accurate to say that for the last 20 years an integral and regular part of my daily practice has involved matters related to litigation under 42 U.S.C. § 1988, and the issue of the availability of attorney's fees and costs under that federal statute.

9. I have assisted as co-counsel on this matter since 1996. My current hourly rate is

3

$300. Based upon my experience, skill, expertise and reputation, I believe my hourly rate of $300.00 per hour is reasonable and within the range charged by attorneys of similar skill, expertise and reputation in the Denver legal community.

10. I am familiar with the background, experience and skill of lead counsel, Paula Greisen, and have worked with her on this case since 1996. Based upon my experience, skill, expertise and reputation, I believe her current hourly rate of $275.00 per hour is reasonable and within the range charged by attorneys of similar skill, expertise and reputation in the Denver legal community. I am also familiar with the other associate attorneys on this case, Patricia Bellac and Alison Butler-Daniels. Based upon their background, experience and skills, and upon their work performed in the present case, their rates of $180.00 and $175.00 per hour as reflected in the attached attorney fee petition are very reasonable rate in the Denver area legal community.

11. The attached fee petition reflects time billed *after* the exercise of professional billing judgment. The petition does not reflect all the time spent on the case, but rather reflects time spent for which a client would reasonably be billed. Duplicative time entries have been deleted where appropriate. Time entries have been reduced or eliminated when such work was performed inefficiently or unnecessarily. Great care has been exercised in reducing time spent to time that is billable under the principles of the civil rights fee shifting statutes. Substantial time and work performed by law clerks and interns has not been included in the petition, even though such work was reasonably expended and advanced the cause of the litigation on plaintiff's behalf.

12. This matter has been litigated as cost-efficiently and effectively as possible. Tasks

4

that could efficiently be performed by legal staff with lower hourly rates were delegated, resulting in a lower total amount billable to defendants.

Further the Affiant sayeth not.

_____
David H. Miller

### NOTARY

Subscribed and sworn to before me this 1st day of November, 2005, by David H. Miller.

_____
Notary Public

My commission expires:
8/20/06