KING & GREISEN, LLP
ATTORNEYS AT LAW
1670 York Street
Denver, CO  80206
(303) 298-9878


Invoice submitted to:
Montez, et al.


November 01, 2005


Additional Charges :

| | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 8/31/2003 - | Travel Expenses for trips to prisons in 7/03. | 1<br>365.07 | | 365.07 |
| - | Copying cost - damage claim foms and pleadings re: damages. | 8132<br>0.15 | | 1,219.80 |
| - | Fax Charges | 136<br>0.25 | | 34.00 |
| - | Lexis research 7/03 | 1<br>6.63 | | 6.63 |
| - | Collect call charges 7/16/03 - 8/11/03. | 1<br>131.18 | | 131.18 |
| - | Delivery Costs 8/1/03 - 8/15/03. | 1<br>33.80 | | NO CHARGE |
| - | Long distance charges | 1<br>15.83 | | 15.83 |
| 9/4/2003 - | Copy of transcript of Fairness Hearing. | 1<br>132.00 | | 132.00 |
| 9/30/2003 - | Postage | 1<br>3.27 | | 3.27 |
| - | Copying cost | 126<br>0.15 | | 18.90 |

EXHIBIT

tabbies

11
Plaintiffs

Montez, et al.                                                                                    Page      2

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 9/30/2003 - | Fax Charges | 107 0.25 | | 26.75 |
| - | Collect call charges 8/12/03-9/10/03. | 1 41.39 | | 41.39 |
| - | Lexis research 8/03. | 1 101.81 | | 101.81 |
| - | Court searches on related issues. | 1 13.79 | | 13.79 |
| - | Lexis research 9/03. | 1 45.86 | | 45.86 |
| 10/24/2003 - | Copying of documents for response to appeal. | 1 616.17 | | 616.17 |
| 10/31/2003 - | Long distance charges | 1 0.09 | | 0.09 |
| - | Collect call charges. | 1 31.70 | | 31.70 |
| - | Long distance charges | 1 0.60 | | 0.60 |
| - | Copying cost - damage claim forms. | 2898 0.15 | | 434.70 |
| - | Fax Charges | 45 0.25 | | 11.25 |
| - | Lexis research 10/03. | 1 56.13 | | 56.13 |
| 11/30/2003 - | Postage | 1 6.89 | | 6.89 |
| - | Copying cost - damage claim forms. | 185 0.15 | | 27.75 |
| 12/8/2003 - | Delivery Cost | 1 6.50 | | 6.50 |
| 12/31/2003 - | Long distance charges | 1 3.14 | | 3.14 |
| - | Gas for travel to Fort Lyon for facility review on 12/16/03. | 1 14.30 | | 14.30 |

Montez, et al.                                                                                          Page     3

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 12/31/2003 - | Postage | 1 1.60 |  | 1.60 |
| - | Copying cost - damage claim forms. | 335 0.15 |  | 50.25 |
| - | Collect call charges 11/24/03-12/9/03 | 1 16.13 |  | 16.13 |
| - | Lodging expenses re: tour Fort Lyons facility on 12/17/03. | 1 153.90 |  | 153.90 |
| - | Search fee to locate Cathie Holst. | 1 0.75 |  | NO CHARGE |
| - | Long distance charges | 1 0.65 |  | 0.65 |
| 1/20/2004 - | Research to locate individuals associated w/ case. | 1 1.25 |  | 1.25 |
| 1/31/2004 - | Lexis research 12/03. | 1 40.84 |  | 40.84 |
| - | Postage | 1 4.44 |  | 4.44 |
| - | Copying cost | 33 0.15 |  | 4.95 |
| - | Collect calls 12/30/03-1/7/04 | 1 11.51 |  | 11.51 |
| 2/29/2004 - | Postage | 1 30.71 |  | 30.71 |
| - | Copying cost - damage claim forms; various pleadings; correspondence from Borchers. | 326 0.15 |  | 48.90 |
| - | Fax Charges | 5 0.25 |  | 1.25 |
| - | Collect call charges | 1 8.59 |  | 8.59 |
| - | Long distance charges | 1 1.47 |  | 1.47 |
| 3/31/2004 - | Postage | 1 20.35 |  | 20.35 |

Montez, et al.                                                                  Page        4

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 3/31/2004 - | Copying cost - damage claim forms. | 271 0.15 |  | 40.65 |
| - | Fax Charges | 40 0.25 |  | 10.00 |
| - | Long distance charges | 1 0.64 |  | 0.64 |
| 4/30/2004 - | Postage | 1 16.11 |  | 16.11 |
| - | Copying cost - damage claims forms. | 328 0.15 |  | 49.20 |
| - | Long distance charges | 1 0.91 |  | 0.91 |
| - | Collect call charges 3/04. | 1 4.64 |  | 4.64 |
| 5/31/2004 - | Copying cost - damage claim forms. | 645 0.15 |  | 96.75 |
| - | Fax Charges | 2 0.25 |  | 0.50 |
| - | FedEx charges | 1 13.62 |  | 13.62 |
| - | Collect calls from inmates | 1 40.44 |  | 40.44 |
| - | Long distance charges | 1 2.63 |  | 2.63 |
| - | Postage | 1 5.59 |  | 5.59 |
| 6/30/2004 - | Postage | 1 17.17 |  | 17.17 |
| - | Fax Charges | 3 0.25 |  | 0.75 |
| - | Long distance charges | 1 2.72 |  | 2.72 |
| - | Collect calls 6/04 | 1 12.72 |  | 12.72 |

Montez, et al.                                                                                     Page     5

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 6/30/2004 - | Copying cost - damage claim forms. | 1069 0.15 | | 160.35 |
| 7/31/2004 - | Postage | 1 4.38 | | 4.38 |
| - | Lexis - Legal Research | 1 0.45 | | 0.45 |
| - | Delivery Cost | 1 8.09 | | 8.09 |
| - | Long distance charges | 1 4.36 | | 4.36 |
| - | Fax Charges | 10 0.25 | | 2.50 |
| - | Copying cost - damage claim forms. | 443 0.15 | | 66.45 |
| 8/26/2004 - | Postage | 1 1.60 | | 1.60 |
| - | Postage | 1 7.53 | | 7.53 |
| - | Copying cost - damage claim forms. | 1503 0.15 | | 225.45 |
| 9/30/2004 - | Copying cost | 174 0.15 | | 26.10 |
| - | Copying cost | 51 0.15 | | 7.65 |
| 10/31/2004 - | Copying cost - damage claim forms and inmate letters. | 6 0.15 | | 0.90 |
| - | Copying cost - damage claim forms. | 675 0.15 | | 101.25 |
| 11/30/2004 - | Copying cost | 103 0.15 | | 15.45 |
| - | Copying cost | 46 0.15 | | 6.90 |
| 12/31/2004 - | Copying cost - damage claim forms and inmate letters. | 234 0.15 | | 35.10 |

Montez, et al.                                                                                         Page    6

|              |                                                                                     | Qty/Price | Tax# | Amount |
|--------------|-------------------------------------------------------------------------------------|-----------|------|--------|
| 12/31/2004 - | Postage                                                                             | 1<br>1.98 |      | 1.98   |
| -            | Copying cost                                                                        | 36<br>0.15 |     | 5.40   |
| 1/24/2005 -  | Fax Charges.                                                                        | 7<br>0.15 |      | 1.05   |
| -            | Fax Charges.                                                                        | 7<br>0.15 |      | 1.05   |
| 1/27/2005 -  | Copying cost re: compliance issues.                                                 | 23<br>0.15 |     | 3.45   |
| -            | Postage.                                                                            | 1<br>1.50 |      | 1.50   |
| 1/30/2005 -  | Copying materials from library re: damages available for survival and wrongful death claims. | 15<br>0.15 | | 2.25 |
| 1/31/2005 -  | Postage                                                                             | 1<br>0.83 |      | 0.83   |
| -            | Copying cost - damage claim forms.                                                  | 1282<br>0.15 |   | 192.30 |
| -            | Copying cost re: damages avialable for survival and wrongful death claims.          | 29<br>0.15 |     | 4.35   |
| -            | Fax Charges re: motion of extension.                                                | 7.5<br>0.15 |    | 1.13   |
| -            | Copying cost.                                                                       | 7<br>0.15 |      | 1.05   |
| -            | Postage for motion of extension.                                                    | 1<br>0.67 |      | 0.67   |
| -            | Fax Charges                                                                         | 7.5<br>0.15 |    | 1.13   |
| -            | Copying cost                                                                        | 7<br>0.15 |      | 1.05   |
| -            | Postage                                                                             | 1<br>0.77 |      | 0.77   |
| 2/3/2005 -   | Fax Charges for entries of appearance.                                              | 20<br>0.15 |     | 3.00   |

Montez, et al.                                                                                          Page     7

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 2/3/2005 - | | Copying cost for briefs and entries of appearances. | 18<br>0.15 | | 2.70 |
| | - | Postage for motions. | 1<br>0.80 | | 0.80 |
| 2/9/2005 - | | Copying cost for brief. | 21<br>0.15 | | 3.15 |
| | - | Fax Charges for sending brief. | 16<br>0.15 | | 2.40 |
| 2/18/2005 - | | Fax letters. | 5<br>0.15 | | 0.75 |
| | - | Fax letters of interest. | 5<br>0.15 | | 0.75 |
| 2/28/2005 - | | Long distance charges | 1<br>0.38 | | 0.38 |
| | - | Long distance charges | 1<br>1.41 | | 1.41 |
| | - | Westlaw research | 1<br>13.08 | | 13.08 |
| | - | Monthly copying costs - damage claims forms. | 357<br>0.15 | | 53.55 |
| | - | Postage | 1<br>6.33 | | 6.33 |
| | - | Copying cost - damage claim forms. | 1105<br>0.15 | | 165.75 |
| | - | Copying cost | 53<br>0.15 | | 7.95 |
| 3/11/2005 - | | Westlaw research re: compliance issues. | 1<br>24.00 | | 24.00 |
| 3/20/2005 - | PSB | Mileage to Ft Lyons to see inmates re: compliance issues. | 200<br>0.37 | | 74.00 |
| | - | Copying cost re: compliance issues. | 80<br>0.15 | | 12.00 |
| 3/22/2005 - | PSB | Lodging - Best Western/Ft. Lyons re: compliance issues. | 1<br>125.20 | | 125.20 |

Montez, et al.                                                                                           Page        8

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 3/22/2005 - | PSB | Mileage to AVCF return to Denver re: compliance issues. | 220 0.37 | | 81.40 |
| 3/30/2005 - | PSB | Mileage to Canon City re: compliance issues. | 150 0.37 | | 55.50 |
| 3/31/2005 - | | Postage | 1 4.20 | | 4.20 |
| - | | Copying cost | 498 0.15 | | 74.70 |
| - | | Copying cost - damage claim forms. | 2309 0.15 | | 346.35 |
| - | | Postage | 1 16.28 | | 16.28 |
| - | | Delivery to Patricia Bellac re: damages information. | 1 33.99 | | NO CHARGE |
| - | | Long distance charges | 1 0.87 | | 0.87 |
| - | PSB | Mileage return trip from Canon City re:compliance issues. | 150 0.37 | | 55.50 |
| - | PSB | Lodging at Holiday Inn Express/Canon City re: compliance issues. | 1 80.22 | | 80.22 |
| - | | Copying cost | 229 0.15 | | 34.35 |
| 4/24/2005 - | PSB | Mileage to Ft. Lyons re: compliance issues. | 233 0.37 | | 86.21 |
| - | PSB | Travel Expense - lodging in Las Animas. | 1 60.75 | | 60.75 |
| 4/25/2005 - | PSB | Mileage back to Denver from Ft. Lyons re: compliance issues. | 250 0.37 | | 92.50 |
| 4/30/2005 - | | Postage | 1 3.95 | | 3.95 |
| - | | Monthly copying cost - damage claims forms. | 612 0.15 | | 91.80 |
| - | | Long distance charges | 1 0.48 | | 0.48 |

Montez, et al.                                                                    Page    9

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 4/30/2005 - | | Monthly copying cost - damage claims forms. | 1996 0.15 | | 299.40 |
| - | | Copying cost | 6 0.15 | | 0.90 |
| 5/1/2005 - | | Long distance charges. | 1 3.99 | | 3.99 |
| - | | Long distance charges re: damages issues. | 1 3.98 | | 3.98 |
| 5/2/2005 - | PSB | Copy reply brief | 90 0.20 | | 18.00 |
| - | PSB | Postage for mailing reply brief. | 1 11.19 | | 11.19 |
| 5/9/2005 - | PSB | Mileage to prison re: compliance visit with inmates. | 220 0.37 | | 81.40 |
| 5/10/2005 - | PSB | Meals re: compliance issues. | 1 9.76 | | 9.76 |
| - | PSB | Mileage from Canon City to Denver. | 120 0.37 | | 44.40 |
| 5/11/2005 - | PSB | Travel Expense - lodging in Canon City re: compliance issue visit. | 1 85.64 | | 85.64 |
| 5/24/2005 - | | Copying cost of letters. | 3 0.15 | | 0.45 |
| 5/26/2005 - | | Copying cost for letters. | 6 0.15 | | 0.90 |
| 5/27/2005 - | PSB | Travel Expense - Sterling mileage re: compliance issue. | 264 0.37 | | 97.68 |
| 5/31/2005 - | | Postage | 1 1.80 | | 1.80 |
| - | | Copying cost | 243 0.15 | | 36.45 |
| - | | Fax Charges | 2 0.25 | | 0.50 |
| - | | Postage | 1 38.22 | | 38.22 |

Montez, et al.                                                                          Page    10

|  | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 5/31/2005 - | Monthly copying cost - damage claim forms. | 636 0.15 | | 95.40 |
| 6/6/2005 - | Copying cost for brief and exhibits. | 308 0.15 | | 46.20 |
| - | Postage. | 1 9.74 | | 9.74 |
| - | Delivery Cost to federal court. | 1 15.00 | | 15.00 |
| 6/14/2005 - | Postage. | 1 0.37 | | 0.37 |
| 6/24/2005 - | Delivery Cost | 1 12.34 | | 12.34 |
| 6/27/2005 - | Long distance charges | 1 0.62 | | 0.62 |
| 6/30/2005 - | Postage | 1 11.29 | | 11.29 |
| - | Copying cost | 95 0.15 | | 14.25 |
| - | Fax Charges | 1 0.25 | | 0.25 |
| - | Postage | 1 4.52 | | 4.52 |
| - | Monthly copying cost - orders from special masters and various pleadings. | 241 0.15 | | 36.15 |
| 7/14/2005 - | Postage for letters to clients. | 1 2.68 | | 2.68 |
| - | Monthly copying cost for letters to clients. | 20 0.15 | | 3.00 |
| - | Postage for letters. | 3 0.37 | | 1.11 |
| 7/31/2005 - | Postage | 1 3.47 | | 3.47 |
| - | Monthly copying cost for orders from special masters and various pleadings. | 260 0.15 | | 39.00 |

Montez, et al.                                                                                      Page   11

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 7/31/2005 - | | Copying cost | 37 0.15 | | 5.55 |
| - | | Long distance charges | 1 0.13 | | 0.13 |
| 8/15/2005 - | | Copying cost | 20 0.15 | | 3.00 |
| - | | Postage for notice | 1 2.40 | | 2.40 |
| 8/23/2005 - | PSB | Copying cost for draft. | 10 0.15 | | 1.50 |
| 8/27/2005 - | | Long distance charges | 1 0.18 | | 0.18 |
| 8/31/2005 - | | Monthly copying cost - damage claim forms. | 133 0.15 | | 19.95 |
| - | | Fax Charges | 14 0.25 | | 3.50 |
| - | | Postage | 1 9.35 | | 9.35 |
| - | | Copying cost | 227 0.15 | | 34.05 |
| - | | Postage for intervention. | 1 1.85 | | 1.85 |
| - | | Copying cost for intervention. | 20 0.15 | | 3.00 |
| 9/7/2005 - | DHM | Meal for breakfast meeting | 1 12.67 | | 12.67 |
| - | PG | Travel Expense to Colorado Springs 9/7/05. | 1 72.75 | | 72.75 |
| 9/8/2005 - | | Postage for interested parties in damages class appeal. | 1 2.40 | | 2.40 |
| - | | Copying cost for damages class appeal. | 52 0.15 | | 7.80 |
| 9/27/2005 - | | Long distance charges | 1 0.10 | | 0.10 |

Montez, et al.                                                                                          Page    12

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 9/28/2005 - | | Copying cost re defendant's brief re medical damages. | 17 0.15 | | 2.55 |
| - | | Postage re defendant's brief. | 1 3.04 | | 3.04 |
| 9/30/2005 - | | Copying cost | 332 0.15 | | 49.80 |
| - | | Postage | 1 2.44 | | 2.44 |
| - | | Copying cost | 180 0.15 | | 27.00 |
| - | | Delivery Cost - 09/13/05 | 1 7.41 | | 7.41 |
| - | | Delivery Cost - 09/28/05 | 1 7.35 | | 7.35 |
| 10/11/2005 - | | PACER billing for 6/05 to 9/05. | 1 29.28 | | 29.28 |
| 10/13/2005 - | DHM | Travel Expense from Denver to Colorado Springs | 1 70.33 | | 70.33 |
| 10/31/2005 - | | Postage | 1 10.22 | | 10.22 |
| - | | Copying cost | 527 0.15 | | 79.05 |

                        Total costs                                                                          $8,052.76