IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

  Plaintiffs,

v.

BILL OWENS, et al.,

  Defendants.

___

# ORDER
___

  The motion to clarify (#1598) bears an illegible signature and, because the court cannot determine who filed it, should be — and hereby is — DENIED.

  Dated this 7th day of February, 2006.

            BY THE COURT:

            s/ Edward W. Nottingham
            EDWARD W. NOTTINGHAM
            United States District Judge