09/03/05

To: Judges, Richard M. Borchers and Bruce D. Pringle,
Special Masters for the United States District Court for
the District of Colorado.
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado.
80030-4444
RE:ADA Grievance: case# 92-N-870 (oes)

RECEIVED SEP 9 2005 BY: 02-420

Sirs; Enclosed with this letter is a copy of a step 1 ADA
grievance filed by me at Delta Correction Center. The same
problem has occurred as the first ADA grievances I filed
in 2004 at this facility. No one in a position of authority
here knows the proper procedure or process for the handling
of ADA grievances. After filling out the grievance form, I
took it to my casemanager and asked for it to be signed and
logged and for me to receive a copy back. He took the griev-
ance to the administration secretary, who refused to log it
saying that Ineeded to take it to the medical staff to have
it logged in. I then took it to the nurse who finally after
much reluctance signed it and gave me a copy. This is not
the procedure, for the filing of ADA grievances. The case-
manager is supposed to accept the grievance and forward it
to the AIC for an answer. this is one of CDOC's tactics for
delaying having to deal with our grievance issues. They
feel that if they make it as difficult as possible, that
maybe the problem will simply go away.Since I am the only
signed class member on the Montez suit at this facility,
the staff feel that they don't have to abide by the terms
of the remedial plan. When the grievance process isn't
followed, then it doesn't work! What relief do we as inmates
have to fall back on? This facility was quick to label me
with a green identification tag on all of my clothing so
that they could single me out from the other 487 inmates
housed here. It is quite evident that the only reason for
the green identification tags is to inform CDOC employees
and the parole board that we have litigation against CDOC
and Governor Owens so that they could harrass and discr-
iminate against us. I am curious if anybody with a green
identification tag has been granted parole since CDOC im-
plemented these tags? I know that I wasn't granted parole
even though I am a prime candidate for parole. Since I am
neither trained nor educated in the law,I am not sure how
to handle these problems I am having with the blatant
violations of my rights? There isn't anyone to ask for
help as this facility has a very limited law library and
no clerk. I had my father contact the counsel for the class,
and they told him to have me file a step 1 ADA grievance
and send you a copy and a letterexplaining these problems
that I am having. Since that time, a new problem has arisen,
someone at this facility has started a rumor that the green
identification tags are being given to inmates that are in
protective custody. this is a very dangerous situation in a
prison type environment, and I now very much fear for my

(page 1)

EXHIBIT A

Continued-

safety at this facility. I understand that your Judicial powers are limited with respect to this case. However, I have a serious problem here and have no one to turn to for assistance or help. Any assistance or guidance you can give me with these matters will be greatly appreciated. CDOC has put me in grave danger by labeling differently from the general population of inmates.

Thank you very much

Jimmy Graham #58513
c/o Delta Correction Ctr.
4102 Sawmill Mesa Road
Delta, Colorado
81416

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____ STEP (Circle One) ① 2 3 ADA? Yes ☒ No

NAME Jimmy Graham    DOC NO. 58513    FACILITY D.C.C.

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: I am filing this grievance for discrimination and unauthorized release of confidential medical to the general inmate population. On August 09, 2005 I was contacted by CDOC employee, Anna Fletcher and informed that all of my laundry would be tagged with green identification tags because of my medical disability and the fact that I am a class member of the montez-v- owens ADA lawsuit. She then took all of my clothing. When one of the inmates brought my clothing back to me, he made a comment about how it must suck to have the whole facility know that I am disabled and therefore an at risk inmate. Obviously the laundry supervisor shared information about why I was being tagged with the inmates. That is unacceptable! Also I feel that this is nothing more than a ploy for CDOC to be able to discriminate against, and harass me for being involved in litigation against their employer. Furthermore I believe that it is a way for the parole board to be informed of the fact that I am a party to litigation against their employer, Governor Owens. That is a conflict of interest. I am requesting the following remedies: 1) I want the green identification tags removed from my clothing. 2) I want removed from this facility as my safety has been compromised, along with my medical status information. 3) I am requesting 1,000,000.00 dollars in punitive damages for discrimination and unauthorized release of confidential and sensitive medical records.

DATE: 09/02/05    OFFENDER SIGNATURE: [signature]
DATE RECEIVED: 9/2/05 7610 QB    RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1