# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

RECEIVED
OCT 2 4 2005
02-420

Civil Action, File No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil
(To be supplied by the Court) Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al., Plaintiff(s)  )
CLAIMANT: JIMMY GRAHAM                       )
                                             )
                                             )
                                             )
V.                                           )
                                             )
BILL OWENS, et al.,           ,Defendant(s)  )

## CLAIMANTS ANSWER TO DEFENDANTS RESPONSE

Claim Number: 02-420
Category: II
Claimant: Jimmy Graham # 58513
Address of Claimant: D.C.C. 4102 Sawmill Mesa Road, Delta, Colorado. 81416

Claimant, Jimmy Graham # 58513 pro-se, respectfully submit the following answer to the Defendants response.

**STATEMENT OF FACTS:**
The Defendants allege that inmates green identification tags is to "help[] staff identify the 'Montez' offenders who may require special medical attention in the event of an emergency. It will also make staff aware of those individuals who may need accomodations as it relates to their disability." Id

**ARGUMENT:**
1.) If this is the Defendants position to give a response, then this Special Masters auth Masters authority is jurisdictional. Furthermore, the policy is discriminatory and serves an illegitimate penological interest.

Any time you expose an inmates medical condition to other staff or inmates, it is clearly prejudicial arbitrary and capricious. The Department of Corrections only authorizes medical staff to diagnose and prognose an inmates medical condition. Department of Corrections security staff are precluded from knowing an inmates pertinent medical condition. Additionally, for these green tags to be placed on my clothing clearly and boldly identifies me as an inmate with medical issues.

EXHIBIT C

2.) If as the Defendants claim as in their response that the tags track "disabled" inmates, then the inmate should be placed and housed with other similarly situated inmates. At the Delta Correction Center, medical staff is only on the premises during the hours of 06:00 am to 10:00 pm. If it is in fact true by the Defendants it clearly and maliciously allows security staff of D.O.C. to take on the role of medical professional of which they have no formal education or training.

3.) The Defendants also allege, "if staff finds an inmate unconscious on the ground, the green tag will immediately alert staff that the inmate has a verified disability, thus making it easier to determine that the inmate is diabetic and may need immediate insulin. It clearly shows that security staff is taking on the role of medical staff of which they have no training or authority. Additionally, there would be no response from medical staff, because no one would be available at a general population level one facility, unless it was during working hours of medical staff.

4.) In the original settlement of the Montez suit, certain D.O.C. facilities were approved to house inmates with disabilities, however this facility is not on that list. Instructions regarding claimants medical accomodations were sent regarding any special needs or accomodations of which there were none. Therefore it is the request of the claimant by the Defendants own admission that these green identification tags serve no purpose to the claimant and must be removed immediately.

Or in the alternative, the claimant respectfully requests that he be placed and housed with other offenders similarly situated in an ADA approved facility so not to violate the conditions set forth in Montez remedial plan.

Respectfully Submitted this __19__ day of __October__, 2005.

Jimmy Graham # 58513
Delta Correction Center
4102 Sawmill Mesa Road
Delta, Colorado. 81416

*/s/ Jimmy Graham*

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the foregoing answer to response to motion this 19th day of October, 2005 to the following:

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, Colorado. 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado. 80203

*[signature]*