Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

CANNOT LOCATE
92-CV-870
#1563

EWN - OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 6 2006

GREGORY C. LANGHAM
CLERK