

Case No. 1:92-cv-00870-CMA-MEH   Document 1613   filed 02/07/06   USDC Colorado   pg 1 of 1

OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE #1568
92-cv-870
FILED EWN-
UNITED STATES DISTRICT COURT OES
DENVER, COLORADO

FEB -7 2006

GREGORY C. LANGHAM
CLERK

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

NIXIE    808    1    39 02/04/06
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *2620-09972-30-39