IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-136
Category: Untimely Filed Claim
Claimant: Anthony Garza, #118948
Address of Claimant: 3211 Lawrence Street, Denver, CO 80205

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the claim of Anthony Garza. The claim form did not contain a date when Claimant entered into DOC custody. An order was sent to Claimant directing him to provide a date when he came into DOC custody. Claimant replied and included two DOC documents. Though there is some confusion as to the actual date when he came into DOC custody, the earliest date for any purpose on the forms was September 5, 2003.

The class was formalized and set with the approval of the Remedial Plan on August 27, 2003. In order to file a claim, an individual had to have been in DOC custody on or before that date. An individual coming into DOC custody after that date would not be part of the class but could pursue any causes of action through a separate lawsuit. Since it appeared that Claimant was not part of the class, a show cause order was issued to him. He did not respond to the order which provide up to and including January 23, 2006 in which to file a response. Claimant is not part of the class. He may pursue his claims through a separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April**

**17, 2006.**

SIGNED this _30_ day of January, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of January, 2006 to the following:

Mr. Anthony Garza
3211 Lawrence Street
Denver, CO 8205

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203