CE OF THE CLERK
d States District Court
.9th Street, Room A105
er, CO 80294-3589

:IAL BUSINESS

Kerry  Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2006

GREGORY C. LANGHAM
            CLERK

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☒ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

ANK

CANNOT LOCATE
92-N-870.

#1595

EWN-OES