OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

92-cv-00870-EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 9 2006

GREGORY C. LANGHAM
CLERK

Doc. 1559