FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

ICIAL BUSINESS

Rt. # _____
Carr. Init. _____
Date _____

☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☒ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Kerry  Gallegos
CTCF
PO Box 1010

Doc # 92-cv-00870-EWN-OES

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 9 2006

GREGORY C. LANGHAM
                     CLERK

Doc. 1560