OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Discharged

CANNOT LOCATE   EWN-OES
92-W-870
#1568

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2006

GREGORY C. LANGHAM
CLERK

JAN 30 '06
U.S. POSTAGE
0.63
H METER

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

NIXIE        908     1         39 02/07/0
          RETURN TO SENDER
               REFUSED
          UNABLE TO FORWARD
BC: 80294250151         *2620-09982-30-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiffs shall respond to Defendants' Objections to Special Master's Recommended Award of Attorney Fees and Costs (doc. #1567), filed January 27, 2006, on or before February 6, 2006.

---

Dated: January 30, 2006