

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Discharged

RETURNED TO SENDER ®

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 9 2006

GREGORY C. LANGHAM
CLERK

Ric ard A. Malisheski 60059
P.C  Box 1000
Crowley, CO 81034-1000

92 - CV - 870  EWN
# 1595

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

## ORDER GRANTING SPECIAL MASTERS' ELEVENTH APPLICATION FOR PAYMENT OF FEES AND COSTS

---

THIS MATTER comes before the Court on the Eleventh Application for Payment of Fees and Costs filed by Richard M. Borchers, Bruce Pringle, and Richard C. Davidson who have been appointed as Special Masters in this case. The Court has reviewed the application and finds that the fees and costs in the amount of $ 69,375.04 are appropriate.

IT IS HEREBY ORDERED that the Special Masters' Eleveneth Application for Payment of Fees and Costs is approved in the amount of $69,375.04; and

IT IS FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard Borchers, Bruce Pringle, and Richard C. Davidson.

SIGNED this 2 day of February, 2006.

BY THE COURT:

John L. Kane, Jr.
Senior United States District Judge