ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

FILED
UNITED STATES DISTRICT COURT
      COLORADO

FEB - 8 2006

GREGORY C. LANGHAM
                    CLERK



Gone
No Forward
Address

CANNOT LOCATE
92-N-870
#1595, 1575, 1596