# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE EDWARD W. NOTTINGHAM

Ty Anderson, Deputy Clerk                                   Date: February 9, 2006
Therese Lindblom, Court Reporter

Civil Action No.  92-cv-00870-EWN-OES

| *Parties:* | *Counsel:* |
|---|---|
| JESSE F. MONTEZ, *et al.*, | Paula Greisen, and |
|  | David Miller |
| Plaintiff, |  |
| v. |  |
| ROY ROMER, *et al.*, | Elizabeth McCann, James Quinn, and |
|  | Jess Dance |
| Defendant. |  |

## COURTROOM MINUTES

**Status Conference**

**10:44 a.m.**     Court in session.

Appearances of counsel.

Discussion regarding document #1031, filed 08/18/2005 (Defendants Appeal Directed at the Honorable Judge John Kane Regarding Damages Award) and document #1065, filed 9/07/2005 (Plaintiff's Class Appeal Regarding the Availability of Damages for Denial of Medical Care).

Discussion regarding 8th Amendment medical malpractice claims.

Discussion regarding document #745, filed 11/23/2004 (Order Adopting Report and Recommendations).

**ORDERED: 1.     Plaintiff's Motion to Clarify (#811 - filed 02/23/2005) is GRANTED.**

Courtroom Minutes
Judge Edward W. Nottingham
Page 2

Discussion regarding the joint order and copy costs.

**ORDERED:   2.      Anything in the joint order that contradicts Judge Kane's order affirming the Special Master, is hereby vacated.**

**ORDERED:   3.      Defendant's shall continue to provide copies, even when payment of the copies may have to be decided by the court at a later date.**

Court informs counsel that defendants Appeal Directed at the Honorable Judge John Kane Regarding Damages Award (#1031 - filed 08/18/2005) will be decided by Judge Kane.

Court informs counsel that plaintiff's Class Appeal Regarding the Availability of Damages for Denial of Medical Care (#1065 - filed 09/07/2005) will be decided by Judge Nottingham.

Court informs counsel that plaintiffs' Class Appeal of Order of Special Masters Re: Category V Damages (Directed to Judge Nottingham) (#1149 - filed 10/17/2005) will be decided by Judge Nottingham.

**11:22 a.m.**     Court in recess.

Total time in court:     00:38

Hearing concluded.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE EDWARD W. NOTTINGHAM

Ty Anderson, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: February 9, 2006

Civil Action No.  92-cv-00870-EWN-OES

*Parties:*

JESSE F. MONTEZ, *et al.*,

        Plaintiff,

v.

ROY ROMER, *et al.*,

        Defendant.

*Counsel:*

Paula Greisen, and  
David Miller

Elizabeth McCann, James Quinn, and  
Jess Dance

## COURTROOM MINUTES

**Status Conference**

**10:44 a.m.**     Court in session.

Appearances of counsel.

Discussion regarding document #1031, filed 08/18/2005 (Defendants Appeal Directed at the Honorable Judge John Kane Regarding Damages Award) and document #1065, filed 9/07/2005 (Plaintiff's Class Appeal Regarding the Availability of Damages for Denial of Medical Care).

Discussion regarding 8th Amendment medical malpractice claims.

Discussion regarding document #745, filed 11/23/2004 (Order Adopting Report and Recommendations).

**ORDERED: 1.**     **Plaintiff's Motion to Clarify (#811 - filed 02/23/2005) is GRANTED.**

Courtroom Minutes
Judge Edward W. Nottingham
Page 2

Discussion regarding the joint order and copy costs.

**ORDERED: 2.    Anything in the joint order that contradicts Judge Kane's order affirming the Special Master, is hereby vacated.**

**ORDERED: 3.    Defendant's shall continue to provide copies, even when payment of the copies may have to be decided by the court at a later date.**

Court informs counsel that defendants Appeal Directed at the Honorable Judge John Kane Regarding Damages Award (#1031 - filed 08/18/2005) will be decided by Judge Kane.

Court informs counsel that plaintiff's Class Appeal Regarding the Availability of Damages for Denial of Medical Care (#1065 - filed 09/07/2005) will be decided by Judge Nottingham.

Court informs counsel that plaintiffs' Class Appeal of Order of Special Masters Re: Category V Damages (Directed to Judge Nottingham) (#1149 - filed 10/17/2005) will be decided by Judge Nottingham.

**11:22 a.m.**    Court in recess.

Total time in court:    00:38

Hearing concluded.