**Page 50**

1  Section 1983 relief can relate to matters that go
2  beyond an individual's damage claim, so ...
3      Q.   But they go to the issue of what damages
4  are recoverable by individuals in this case.
5      A.   Again, I just refer you to the time
6  entry.
7      Q.   But my question is, these disputes or
8  issues that are being briefed that Ms. Greisen
9  mentioned all go to the question of what damages are
10 recoverable in this case, or what discovery individual
11 inmates can get in their damages claims?
12     A.   Well, they do relate to what the
13 remaining claims are, and to the extent there are
14 damage claims, they're general damage claims. So I'm
15 not arguing with you, I'm just trying to draw a
16 distinction between what remedy is available to the
17 class, as opposed to individuals, because we've had her
18 take those positions with respect to class, not with
19 respect to an individual.
20     Q.   I understand that, but the issue concerns
21 what damages are available.
22     A.   It concerns what the remedy is under the
23 settlement agreement.
24     Q.   Okay, hang on a second. And in this
25 case, in the status of this case or the posture of this

**Page 51**

1  case now, there is no general damage claim left,
2  damages are being handled by individuals making claims
3  for damages.
4      A.   I think that's fair, there's no pot that
5  the general plaintiff class is seeking to get to them
6  distributed in some way.
7      Q.   Right, each individual claimant has to
8  prove or show that he's been discriminated against
9  because of a disability in order to recover damages?
10     A.   It has to meet the three-part test set
11 out in the settlement agreement.
12         MS. McCANN: Hang on just a second.
13         (A discussion was held off the record.)
14     Q.   (By Ms. McCann) And actually, your firm
15 has entered on about 10 individual damage claims; is
16 that correct?
17     A.   Sounds roughly correct.
18     Q.   But you are reviewing every single claim
19 that's entered by any inmate regardless of whether or
20 not they're represented by counsel?
21     A.   Well, we're certainly looking at the
22 claims that are filed through the special master
23 process.
24     Q.   And you could intervene in those claims
25 if you felt that you needed to individually, or you

**Page 52**

1  could ask to intervene, let me put it that way.
2      A.   Well, we continue to be class counsel,
3  and so while we could, if we were interested in getting
4  a certain amount of money for inmate X, move to
5  represent inmate X, if an issue in inmate X's case
6  relates generally to the class, those are the cases in
7  which we've filed pleadings, if you will.
8      Q.   And actually, there are a few inmates who
9  are represented by other individual attorneys,
10 Mr. Moyer, for example.
11     A.   That's my understanding.
12     Q.   And any of the inmates have the ability
13 to ask or to have an attorney represent them if they
14 can find an attorney that will?
15     A.   I don't know what the individual
16 circumstances of the inmates are, but they're not
17 precluded, as far as I know, under the settlement
18 agreement from finding an attorney.
19     Q.   And in fact, hundreds of them have asked
20 your firm to represent them in their damages claims,
21 haven't they?
22     A.   Many have, I haven't kept a count.
23     Q.   And you've turned down all of those
24 requests, except the 10 that you've chosen to take?
25     A.   That's my understanding.

**Page 53**

1      Q.   Well, it's your firm, so isn't that the
2  way it's worked, you've turned down all the other
3  people who have requested representation, and have
4  selected 10, or so, to represent?
5      A.   Like I testified, I haven't been involved
6  in the individual inmates' case decision making, so ...
7      Q.   Well, Ms. Bellock has been to one who's
8  been doing the primary research on which individuals
9  you're going to represent?
10     A.   She's certainly looked at the individual
11 cases.
12         MS. McCANN: Hang on one second.
13         (A discussion was held off the record.)
14     Q.   (By Ms. McCann) And actually, through
15 this agreement, we set up a whole process for
16 individual inmates to request damages by presenting
17 their case to a different special master than is
18 present here today.
19     A.   That's correct, the agreement does that.
20     Q.   And so individual claimants are filing
21 claims with the special masters who have been
22 specifically designated to handle all the damages
23 aspects of this case?
24     A.   They're specifically designated to handle
25 the individual claims in this case.

## Page 54

1  MS. McCANN: Just one second. That's all
2  I have, thank you.
3  THE COURT: Could I ask a question?
4  Obviously I can. There were a few entries that seemed
5  to not fit the profile, for instance, 6-2-2004, ABD,
6  meeting with plaintiff to assist in filling out damage
7  claim form.
8  MR. MILLER: Would you direct me there
9  again?
10  THE COURT: Page 5, 6-2.
11  MS. GREISEN: I can speak to that one,
12  Judge, because I recall that, actually.
13  We have -- since the remedial plan
14  entered, not only do we get calls from people, people
15  who get paroled just stop by and want an explanation
16  about the process, and they want help; to the extent
17  that we can, we explain information to people.
18  There are some people, and this person, I
19  believe, is a partially blind individual, we weren't
20  representing him, and we didn't agree to represent him
21  on an individual claim form, but I think I remember two
22  or three times during the course over the last two
23  years we've had people drop by the office and say, can
24  you just help us, I don't know how to fill out a claim
25  form, and we've sat with them and spent some time.

## Page 55

1  To the extent that there are a couple of
2  entries like that, I'm fine if the Court wants to
3  preclude them, they're not people we entered an
4  appearance on. We thought we had an obligation as
5  class counsel when that happened, frankly, I just
6  didn't think it was right to say, no, go away.
7  MS. McCANN: I'm sorry, what was the date
8  of the three you were asking about?
9  THE COURT: June 2, 2004. Similarly ...
10  MS. GREISEN: Let me say, Judge, we
11  weren't filling out the claim form for him, we were
12  simply explaining what the questions meant. Because
13  some of these people, as you might anticipate, don't
14  operate at a level where they can understand some of
15  the legalese in these claim forms. I'm sorry, is there
16  another entry, Judge?
17  THE COURT: I was just wondering, who is
18  Richard Allen?
19  MS. GREISEN: Well, there are actually
20  two Richard Allens (phonetic), is there a specific one
21  you're looking for?
22  THE COURT: 8-1-2005, Mr. Miller.
23  MS. GREISEN: Richard Allen was one of
24  the named plaintiffs.
25  THE COURT: It says Ray Hone letter.

## Page 56

1  MR. MILLER: Dr. Hone is an expert that
2  we were looking at in terms of reviewing compliance
3  with the requirements to provide adequate care for
4  diabetics, in general. So when we had complaints that
5  went to the issue of, are they following the procedures
6  required, we would forward them on to Dr. Hone. I
7  don't believe there's been a charge for her, it's a
8  female doctor out of Kaiser, I don't believe there's
9  been a charge for her services.
10  THE COURT: No, there's an entry that
11  indicates that you met with Ms. Bellock about that
12  letter, an amendment of same on Richard Allen, so I was
13  just wondering why is that even in the damages portion
14  if it has to do with compliance. And if it doesn't,
15  what is it? And there's another one a little later,
16  8-9, and actually, also on 8-9, wasn't Orleans one of
17  the experts?
18  MR. MILLER: Orleans is one of the
19  experts, that's correct.
20  THE COURT: Right. The review of that
21  letter says no charge, but the one below seems, again,
22  to be ...
23  MS. GREISEN: Peter Orleans was somebody
24  that we have been in constant contact regarding
25  compliance issues, he's the architectural expert, so

## Page 57

1  it's possible that that entry should have been under
2  the et al., or the compliance category, it just was
3  located in the wrong place. I think with respect to
4  the ones that reference Richard Allen, we would
5  agree that --
6  MR. MILLER: Yeah, I'd have to look and
7  see whether or not there was a case involving
8  Richard Allen. It says there's a motion by PSB, so off
9  the top of my head, I don't remember.
10  MS. GREISEN: I think it would be
11  appropriate to strike those entries.
12  THE COURT: Okay.
13  MS. McCANN: And I might just point out,
14  if I might, that they have a diabetic expert for the
15  general compliance issue, so any reference to another
16  diabetic expert has got to be a reference to individual
17  damage claims, they already have an expert for
18  diabetes, and it's not Dr. Hone.
19  MR. MILLER: Well, there's an agreed
20  expert, Linda Edwards, who is not a doctor, and to the
21  extent -- we've talked to lots of experts, I could give
22  you the names of half a dozen more experts that we've
23  talked to in trying to decide what the proper procedure
24  s are for fulfilling requirements under the settlement
25  agreement.

58

1    MS. GREISEN: One of the things we are
2 doing in the compliance period is monitoring whether
3 our diabetics are currently getting treated properly.
4 That's been a huge issue in this case, whether or not
5 they're receiving proper diets, proper insulins, and
6 that's part of compliance.
7    THE COURT: Okay. I don't remember
8 marking anything else, I was low on stickies, because
9 the other ones I think where I had a question were not
10 charged.
11    MS. McCANN: And I have a couple of other
12 letters that we might want to introduce, and so I don't
13 know if they will have an objection to the authenticity
14 of these, so ...
15    MS. GREISEN: I think we'd just like to
16 see them first.
17    MS. McCANN: I'll show them to her, since
18 we have them as witnesses right now.
19    MS. GREISEN: We certainly don't object
20 to the authenticity, I don't know what relevance they
21 are being submitted for.
22    THE COURT: Okay. Apparently our fax was
23 broken yesterday, so I just got your submissions.
24    MS. GREISEN: Shall we move on? This
25 Court's already noted Mr. Kahn's credentials, would

59

1 you like us to go through them again, Judge, or ...
2    MS. McCANN: We have no objection to
3 Mr. Kahn as an expert in legal fees. But I wouldn't
4 mind a five-minute break.
5    THE COURT: Okay.
6    (A short break was taken.)
7    THE COURT: Whenever you're ready.
8    MS. GREISEN: I might add just as a small
9 aside, Judge, I did -- in the costs, I didn't mention
10 this, but in our supplemental fees, we added
11 supplemental -- fees and costs, we added supplemental
12 costs. There was a facsimile charge which I didn't
13 catch, and we previously deducted all our facsimile
14 charges in our original submission, so I will withdraw
15 the facsimile charge that's in our supplemental
16 submission, I think it's a 50-cent charge.
17    Well, with the stipulation that Mr. Kahn
18 is an uncontested expert on fees and costs, then I will
19 just resume with his testimony.
20    EDWIN S. KAHN,
21 having been previously sworn to state the whole truth,
22 testified as follows:
23    DIRECT EXAMINATION
24 BY MS. GREISEN:
25    Q.   Let's talk first, Mr. Kahn, about class

60

1 counsel's responsibility to monitor the damage claim
2 possess. First, have you reviewed the fees and costs
3 in this case submitted by class counsel?
4    A.   I have.
5    Q.   Have you also reviewed the remedial plan
6 in this case?
7    A.   Yes.
8    Q.   Do you have an opinion regarding whether
9 the fees charged by class counsel to monitor, let's
10 first just start the damage claim process, whether
11 those fees were reasonable and necessary?
12    A.   I do.
13    Q.   Could you share with us your opinion?
14    A.   My opinion is that the fees were
15 reasonable and necessary to monitor compliance and to
16 protect the integrity of the settlement agreement.
17 Seems to me, when class counsel negotiates a settlement
18 and there are issues that go to the effectiveness of
19 that settlement in a potentially major way, such as the
20 attack on remedies by the defendants here, that class
21 counsel do have an obligation to protect the class,
22 just as they would if, in the litigation before the
23 settlement, such an attack had taken place.
24    I think there are -- when class actions
25 are settled, the obligations of class counsel don't

61

1 immediately cease with the settlement beyond -- well,
2 beyond -- one of those obligations is to protect the
3 effectiveness of the settlement, in general. So I see
4 the -- with the work they did here as both appropriate
5 to the postsettlement phase and tied to a compliance
6 effort.
7    Q.   Let me ask you specifically about the
8 major issues that were briefed during the damage claim
9 process. I take it you're familiar with the issues, or
10 are you familiar with the issues?
11    A.   I'm familiar with them in general, I know
12 that they dealt with categories of remedy, whether
13 damages were available for -- under particular acts or
14 for particular kinds of harm, which were raised
15 postjudgment -- postsettlement, rather.
16    Q.   In your opinion, were the issues that
17 were addressed by class counsel the -- I'm using the
18 term liability based defenses to cover everything from
19 the denial of -- or attempts to deny injunctive relief,
20 to the Fitzgerald issue, to the PLRA issues, that those
21 types off issues that were briefed, in your opinion,
22 was it reasonably necessary for class counsel to
23 address those specific issues that were addressed?
24    A.   Yes, I believe it was.
25    Q.   In your opinion, and this may be

**Page 62**

1 redundant, but I'll ask you, in your opinion, if class
2 counsel had not participated on those issues, would
3 there have been a substantial risk of eradication of
4 damages under the damage claim process on a class five
5 basis?
6     A.   Well, as I understand the issues that
7 were raised, that was their purpose, to limit the
8 damage remedies. And had class counsel not opposed the
9 raising of those defenses, it's unlikely that
10 individuals, especially pro se individuals, would have
11 done so, or would have done so effectively, and so
12 there is a danger that what was potentially available,
13 remained available, and would not have remained
14 available.
15     Q.   In your opinion, were the issues or the
16 efforts by class counsel to monitor the damage claim
17 process, efforts taken on behalf of individuals or
18 efforts taken that affected a class or majority of
19 class members?
20     A.   Well, I think they could be fairly
21 characterized as primarily affecting the group, the
22 class. But one example is just the design of the claim
23 forms, part of the time that's sought here is working
24 on the -- and negotiating with the defendants the
25 design of the claim forms to be used in the process

**Page 63**

1 contemplated by the settlement agreement.
2         If there had been no universal claim
3 form, the administration would have been much more
4 cumbersome, and it would potentially have been more
5 difficult to process individual claims. But that
6 benefits the group, as a whole, and is the kind of work
7 that one would expect class counsel to be engaged in
8 after a settlement of this kind in connection with
9 effecting the settlement.
10     Q.   In your opinion, is there an ethical duty
11 on behalf of class counsel to monitor the damage claim
12 process?
13     A.   I think that class counsel would have
14 been running a pretty serious risk of being charged
15 with abandoning the class if they had not participated
16 in asserting -- challenging the defenses that were
17 being raised.
18         Class counsel had not withdrawn from the
19 case, they continued to represent the class, and a
20 prisoner could reasonably assert that there was this
21 continuing duty. And you know, I can't give you a
22 definitive opinion on how that would have come out had
23 such a challenge been raised, I think there's enough of
24 a risk of that, that it was very prudent for counsel to
25 do what they did, and reasonable and necessary to the

**Page 64**

1 case, as well.
2     Q.   There is a suggestion that class counsel
3 should not recover fees for monitoring the damage claim
4 process unless they are successful on the particular
5 issue that's argued at the time, do you have an opinion
6 with respect to that issue?
7     A.   Well, based on my understanding of the
8 law of consent judgments or settlements, my
9 understanding is that the achieving of substantial
10 relief in the first place creates an entitlement for
11 counsel of fees against the governmental entity down
12 the line for work done to enforce, whether or not those
13 enforcement efforts are successful.
14         The liability is created by having
15 prevailed in the first instance, and there's not a
16 necessity, as I understand it under the law, to prevail
17 on any particular motion, or any group of motions, or
18 postsettlement, or postdecree. The entitlement stems
19 from the original decree, so I don't think there's a
20 requirement under the law that plaintiffs need to
21 prevail on any particular matter of postdecree.
22         Here, I think they have prevailed on most
23 of these postdecree defenses that have been raised, so
24 if there were, such a requirement would have been met,
25 but I don't think it's a necessity.

**Page 65**

1     Q.   Mr. Kahn, you said you reviewed the fee
2 petition, let's just talk about the fees other than
3 those -- other than the damage claim process monitoring
4 fees. In your opinion, was the other time spent
5 monitoring compliance with the remedial plan reasonably
6 necessary?
7     A.   Well, based on both the affidavits and a
8 review of the time sheets, it seemed so to me, yes.
9     Q.   And with respect to costs, have you
10 reviewed the cost submission in the case?
11     A.   I have.
12     Q.   In general, in your opinion, were the
13 costs billed by class counsel reasonably necessary to
14 monitor compliance?
15     A.   Yes, I think that, again, you rely on
16 counsel's statement that these are the kinds of items
17 that are charged to ordinary clients, but nothing
18 jumped out at me as out of the ordinary. Our firm
19 charges 15 cents a page for copying, and has done so
20 since 1978, I think, I don't think that's ever changed,
21 and there are other firms that charge that amount, some
22 charge less, some charge more, our firm charges for
23 Westlaw and LEXUS research to clients, so again, some
24 firms absorb that in overhead, other firms don't, it's
25 a permitted practice under the fee decisions, in the