## A

**abandoning** 63:15
**ABD** 19:12 54:5
**ability** 52:12 83:13
**able** 36:25 106:14 119:19
**about** 4:23 5:4 9:14 14:8,21 16:10 20:24 26:23 27:1 28:5 29:15 34:15 36:12 38:6 40:17,25 41:7,24 42:5,9,17 42:21 44:2 47:6,13,15,23,25 48:3 49:4,25 51:15 54:16 55:8 56:11 59:25 61:7 65:2 69:10 71:12 74:7,8 77:11,19 78:4,9 79:18 86:15 87:1,7 91:23 92:13 93:10 97:25 103:1 104:1,24 107:16 109:20 115:8,25 117:1 118:4 118:10 119:7,24 120:12,15 122:20 123:5,18 124:21 125:15 126:15,19 127:10
**above-entitled** 1:12 128:6
**absolutely** 110:14 113:15
**absolve** 68:10
**absorb** 65:24 80:11
**accept** 87:14
**Access** 122:24
**accommodation** 74:13,18 76:1 116:21
**accommodations** 75:18 76:5 101:1 116:1
**accordance** 116:3
**according** 119:21
**accounts** 33:9
**accurate** 19:24 90:20
**achieving** 4:23 64:9
**acknowledged** 102:6
**ACLU** 27:19
**across** 22:1 71:10 114:22
**act** 7:13,14 21:11,23,25 78:14 79:25 83:19 100:9,10 122:23 122:24 126:10
**acting** 8:15
**action** 1:2,3 32:11 67:2 68:25 69:8,9,17,24 70:1,4,5,5,10 70:21 78:12 95:1 121:16,17 121:18,18,22 128:13
**actions** 10:16 29:23 31:15 33:9 60:24 68:6 83:12 122:5
**active** 27:23
**activity** 17:8
**acts** 61:13
**actual** 45:5
**actually** 7:1 19:12,18 22:19 44:9 46:8,13 47:20 51:14 52:8 53:14 54:12 55:19 56:16 73:1 74:14 76:8 91:12 98:6 99:9 110:21 119:5 120:5 127:13
**ADA** 7:10 11:20 21:11,22,25 49:25 100:9 116:6,7,16,19 116:24 126:10
**add** 17:16 59:8
**added** 59:10,11
**addition** 19:7 28:11 70:14
**additional** 22:23
**additionally** 38:15 40:13
**address** 14:10 29:8 37:25 61:23 91:19 99:24 100:20 104:14 115:12
**addressed** 5:20 6:14 9:11 15:9 41:3 61:17,23 86:8

102:11 104:18 122:4 127:20
**addresses** 122:6
**adequate** 29:5,7 56:3 103:9 104:14 114:5
**adequately** 127:21
**adjustments** 41:14
**administration** 63:3
**administrative** 98:24
**admitted** 87:19 116:15
**adverse** 94:19
**advertised** 70:13
**advertisement** 70:11
**affect** 8:16 10:9,10 15:8 97:15
**affected** 62:18
**affecting** 62:21
**affidavit** 26:9
**affidavits** 65:7
**affixed** 128:14
**after** 3:19 4:20 6:18,19 19:8 19:14 20:19 21:1,4 25:15 63:8 82:14 86:16 106:2
**again** 3:12 42:20 47:19 50:5 54:9 56:21 59:1 65:15,23 70:25 94:9 107:25 112:13,17 114:10 119:8 123:11 124:20
**against** 29:24 51:8 64:11 66:17 70:10 82:21 83:22 97:24 106:10,11 119:5
**aggressive** 112:11
**aggressively** 115:20
**ago** 22:20 111:11
**agree** 8:12 10:8 15:2 54:20 57:5 73:4,13 105:11 107:9
**agreed** 21:16,17 57:19 76:14 84:11 86:16 94:8 95:6 106:21
**agreeing** 84:9
**agreement** 6:10 29:6,8 30:17 30:22,25,25 31:12 32:5,10 32:21 34:10 37:2,5,14 38:8 43:11 45:21 50:23 51:11 52:18 53:15,19 57:25 60:16 63:1 67:24 83:7 86:20 95:17 95:19 96:21 104:12 120:20 121:24 122:2,7,9 123:4,5,11 124:16,22 125:2,4,7
**ahead** 38:25 87:22 107:1
**aides** 84:15
**aids** 84:15
**al** 1:4,7 57:2
**alert** 33:19
**alerted** 40:5
**Alison** 19:6
**alive** 21:18
**Allen** 55:18,23 56:12 57:4,8 120:4
**Allens** 55:20
**allow** 7:10 26:2 99:25
**allowed** 21:22 26:5 39:17 94:11 108:20 110:9 111:1
**allows** 110:11
**all's** 46:22
**almost** 28:14 48:7 112:2
**alone** 113:21
**along** 110:18
**already** 41:3,6 57:17 58:25 84:5 85:12 94:8,18 106:7
**although** 14:18 15:14 16:10 82:20
**always** 91:17 116:17
**amendment** 7:9 10:7,22

11:16,25 12:1 14:2 21:14,18 21:20 29:7 56:12 78:13,13 92:10,11,20 93:3,4 97:12 98:12 100:2,8,13,17 106:6 125:19,24 126:2,9
**amount** 4:21,24 17:23 18:18 25:14 52:4 65:21 99:8 102:3 102:3 111:23 116:10 123:2 124:18
**amounts** 38:21 101:20
**analogy** 69:23 95:21,23
**analysis** 22:10 31:10 35:12 94:5 119:18
**and/or** 41:11
**anecdotal** 117:7
**announce** 3:5
**another** 10:3 12:3 17:22 29:20 30:14 38:17 55:16 56:15 57:15 104:21 114:2,17 120:4
**answer** 12:9 14:4 36:8 49:23 72:22 74:4 75:21 114:8 121:15
**answers** 39:21
**anticipate** 55:13 82:15 113:23 114:6
**anticipated** 3:16 5:14 15:12
**anticipates** 109:2
**anyone** 66:23 126:22
**anything** 13:15 16:16 43:6 58:8 68:21 81:20 82:18 118:14 119:3
**anyway** 107:12
**apologize** 87:18 108:6
**apparent** 118:24
**apparently** 18:16 58:22 123:13
**appeal** 8:23 11:8 16:23 17:1 17:21 99:9 112:3
**appealed** 99:20 112:5 126:24 127:2,4
**appeals** 8:25 9:1 11:9,12 12:14,15 24:11 112:16
**appear** 12:24 33:12 34:2 46:22
**appearance** 12:22,23 15:4 55:4 81:12 111:10,15
**appearances** 2:1 3:6 44:2 111:9
**appearing** 3:8,11
**appears** 43:11 84:22,24 85:1 91:7 119:3
**applicability** 33:20 126:8
**applied** 14:16
**applies** 93:7
**apply** 91:25 92:7 109:13
**appointed** 105:7
**appointment** 108:7
**appreciate** 39:19
**approach** 71:24 73:24 75:8,10 75:17 112:8 118:3
**approached** 8:3,3
**approaching** 8:1
**appropriate** 25:20 26:14 57:11 61:4 70:4 96:23 105:8 107:23 108:2 116:3 126:21
**appropriately** 105:3 116:2
**approved** 66:5
**approximately** 27:5 85:11 109:21
**April** 89:3 90:7,7,9,9 119:1
**arbitration** 4:13 23:22 25:11

25:13,15 26:10
**architectural** 18:10 56:25
**area** 6:24 85:3 109:25
**areas** 77:5 104:17 121:20
**arguably** 18:8
**argue** 12:24 14:13 15:3,18,19 18:16 22:3 31:11 32:3 35:4 87:25 93:2
**argued** 7:15 64:5 109:12
**Arguello** 28:13
**arguing** 16:5,9 50:15 92:13 97:13 109:6 117:8 123:8,11 123:18,20 125:3,3 126:18,18 126:19
**argument** 2:16,17 3:19 38:2 83:2,4 93:8,8,15,21,24 97:18 97:22 100:17 106:6 108:14 108:16 109:7,8,10 119:22 122:13,21 123:14 124:15 125:15 127:14,15
**arguments** 82:2 98:18 124:6
**arise** 120:20
**arises** 28:15
**Arkansas** 89:17
**arose** 5:19 27:25 28:22 29:4 30:13,16 32:9 79:22
**around** 27:3 72:3 115:18
**arrange** 90:18
**arrived** 96:20
**articulate** 15:21 72:9,11,20 73:4 111:22
**ascertain** 73:2
**aside** 15:6 59:9
**asked** 13:23 33:20 34:14 52:19 80:2 113:2,5 128:9
**asking** 8:15 48:20 55:8 75:16 79:17 89:3 108:18 110:3
**asks** 94:10 108:23
**aspect** 46:15
**aspects** 5:15 53:23 72:6
**assert** 63:20 96:10
**asserting** 63:16
**assertion** 68:12
**assist** 46:17 54:6
**assistance** 4:1
**assistant** 2:7 36:21
**assisting** 17:16
**associate** 19:13 75:3
**associates** 13:5 75:24 76:12
**assume** 23:2 44:6 71:17 77:11 82:4 92:6
**assurance** 75:8
**assured** 41:8
**assures** 41:6
**astounded** 99:17
**attached** 12:18
**attack** 60:20,23
**attempt** 121:11
**attempted** 113:25
**attempting** 117:20
**attempts** 6:21 61:19
**attended** 13:5 18:11,17 73:5,8
**attention** 9:24 10:17 74:23,24 75:2 102:10
**attorney** 2:6,7 26:24 38:3,9 39:15 52:13,14,18 77:7 84:22 85:17 87:10 95:15,16 95:18 99:12,15,19 102:9 109:25 110:3 120:17,22 128:11,12
**attorneys** 3:25 13:7,15 14:8

14:24 25:16 43:7,12 48:22
52:9 67:15 76:19,21 78:11
78:15 79:1 85:2,8,18,19
92:16 93:25 94:1 96:12,13
97:17,22 102:10 105:8
109:22,24 110:1 120:21
121:25 123:2,19 126:20
127:16
**attorney/client** 26:2
**auditorium** 86:19
**August** 22:19 115:14
**authenticity** 47:2 58:13,20
**authorized** 46:25
**availability** 49:25 69:25
**available** 9:9 50:16,21 61:13
62:12,13,14 92:14,15 93:9
93:13 95:4 125:20 127:14
**average** 72:14,15
**award** 17:20 112:4
**awarded** 41:11 84:14,14
107:20,21 126:21 127:4
**awards** 126:25
**aware** 25:1 40:6 79:16,21
80:1 109:21 114:20
**away** 55:6 77:2 120:2
**A's** 36:13,14
**a.m** 1:15

─────── **B** ───────
**B** 40:23 88:7,10 118:8
**back** 25:8,9,10 27:7 67:1
74:11 91:23 114:10 117:19
**background** 42:19
**backing** 40:13
**back-and-forth** 40:6
**BARR** 1:13
**based** 7:7 10:24 11:1 14:10,13
16:6 21:2 24:23 61:18 64:7
65:7 81:8
**basic** 8:19
**basically** 14:3 89:22 97:11
98:16
**basis** 62:5 71:15,15 99:2
120:6,13
**beauty** 40:16
**became** 96:24
**become** 10:12 40:4,5
**before** 1:13,15 9:5 13:13 14:5
14:13,24 26:14 28:21 33:12
45:3 60:22 73:8 80:2 81:23
89:24 93:23 96:19 100:23
104:11 106:21 109:15 117:5
118:6
**began** 6:18,19 27:18 86:21
**behalf** 3:8,11 11:10 62:17
63:11 66:21 85:12,13 93:1
118:12 127:13
**behave** 34:10
**behaving** 34:9
**behaviors** 28:7,8
**being** 13:19 14:11 24:21 26:23
27:23 35:12 37:20 41:9 45:5
50:8 51:2 58:21 63:14,17
67:24 71:13 74:12,13,14
75:8 78:18 84:13,14 86:8
89:7 104:1 105:14 111:14
113:11 116:1,5 118:18 119:6
119:14 124:17 127:11,19
**belief** 7:19
**believe** 6:9,22 8:6 9:24 10:7
13:1,6,14,16,23 14:3,7,8,12

15:25 16:2,9,11,12 17:9,9
20:20 23:8,9,15 25:20 31:19
41:4,9 48:12 49:14 54:19
56:7,8 61:24 66:17 80:9
89:7 90:7 103:1 104:12,13
105:2,20 112:9 113:15 114:8
114:11,23 115:5,23 117:10
120:14 126:25 127:1
**believed** 9:13 32:11 36:2
**believes** 11:1
**believing** 47:16
**Bellock** 13:4 21:6 22:18 32:15
33:3,25 34:13,22 35:9,9,16
35:24 36:11,25 37:17 38:19
38:22 39:10 41:20 42:9
45:14 46:7,12,21 49:4 53:7
56:11 77:9 78:4 86:6 87:2,3
88:11,25 89:25 90:13,24
115:18 118:5,17 119:13,15
**Bellock's** 22:11 36:5 40:8
41:21 48:8,25 77:22 87:16
**below** 56:21
**benefit** 110:6,10,13,25
**benefits** 63:6
**best** 73:17,22 74:21
**Beth** 3:10 18:11
**better** 42:25
**between** 6:16 30:13 31:7 40:9
50:16 69:7,12 70:25 96:1
109:5 123:15
**beyond** 14:25 36:13,14 50:2
61:1,2 78:8
**big** 10:20 86:18 93:8 126:7
**bigger** 82:24
**biggest** 6:24
**bill** 1:7 23:1 76:15,20 91:9
103:4,5
**billed** 19:5,20,21 22:25 37:5
38:22 39:3 41:15 48:10
65:13 102:25 118:19
**billing** 8:10,10 17:5 19:20
38:4 41:16 42:7 76:11 77:2
87:13,16 88:22,24 89:21
101:12,24 105:17 118:12,16
118:18 120:8
**billings** 8:12 48:5,5,6,7,25
77:6,21 85:24 86:1,2,3
91:11,18 101:13 105:17
**bit** 45:12
**Blake** 1:14
**blind** 54:19
**block** 27:3
**Blockbuster** 70:10,12 71:16
72:2,14 95:13
**board** 114:22
**bookkeeping** 18:19
**Borchers** 12:17,18 83:25 89:6
96:8 113:5
**both** 6:5,17 16:10 18:5,11
20:11 26:21 28:4 31:13,23
34:14 40:23 61:4 65:7 76:20
91:14,17 104:19,22 113:2
122:6
**bother** 68:8
**bottom** 16:19 38:4
**bought** 93:18
**break** 59:4,6 81:23
**Brian** 120:5
**brief** 7:4 13:25 16:7 42:18
81:16,23 98:12 113:3 125:19
126:5

**briefed** 50:8 61:8,21
**briefing** 11:9 12:3,3,6 13:23
20:2 49:24 95:3 100:13
110:17 122:5
**briefings** 14:17,18 21:17
109:11 112:17
**briefly** 18:6 41:7 113:18 118:4
**briefs** 49:3,8 81:5,7 90:14,25
126:11
**bring** 78:11,17 80:25 96:25
102:9 110:9,12
**bringing** 92:10
**brings** 92:9 95:11 110:10
**broad** 13:20 33:17 68:12
**broader** 14:11 15:5 79:24
**Brohm's** 23:21
**broken** 58:23
**brought** 29:23 75:1 109:15
**buck** 95:20
**Buena** 90:8
**built** 36:19,20
**burden** 7:11 39:19
**Burton** 113:6,7 127:6,8
**business** 47:11 76:25 77:1
103:7
**Butler** 19:6
**B2** 121:18,19
**B3** 121:18,19,22

─────── **C** ───────
**C** 3:1 88:7,10 118:9,15
**CALDERWOOD-MACKELP...**
128:20
**call** 17:6 20:13,13 24:23 26:6
38:21 39:17
**called** 27:7
**calls** 26:2 54:14
**came** 18:24 24:6 25:15 26:25
29:15 32:22 34:7 39:13
41:22 79:21 96:21 106:2,3
**Canon** 89:15
**cap** 100:9 120:15
**caps** 126:3
**care** 29:5,7,14 56:3
**carefully** 112:9
**Carl** 81:2
**Carlos** 42:22
**Carrigan** 28:25 30:22 31:20
120:19 122:14
**case** 8:24 9:16 12:5 13:5,8,18
15:4,5 17:25 21:10,15,18
22:2 23:2 24:10 26:21 27:2
27:7,15,16,22 28:8,12,13,14
28:24,25 29:2,20,22 30:3,7
31:2,3 32:2,3,8 34:12,12,20
41:11 42:9 44:13,18 45:9
46:4,15 49:5 50:4,10,25,25
51:1 52:5 53:6,17,23,25
57:7 58:4 60:3,6 63:19 64:1
65:10 66:16 67:2,2,14 68:10
68:13 69:1,5 70:8,9,16,17,21
72:12,18 73:6,9,11 74:12
75:15 76:1,18 77:11 78:16
78:17,22,25 79:6,7 80:5
81:2 83:7 92:2,7,8,9,14,15
93:1,12 94:3,14 95:1,5,13
99:10 102:12 109:11 110:13
111:18 112:3,17,18,24,25
113:14 123:6,7,10,19,22
124:9,19 126:24,25
**cases** 8:9,11,14,14 9:12,22

11:13,14 12:12 20:6,8 27:6
27:13 28:11,15 30:6 33:5
34:16 39:23 40:10,18,22
44:3,5 46:2 49:16 52:6
53:11 71:1,5 73:17 77:9,10
84:13 92:25 93:11,20 94:10
97:5,5,19 99:1 101:17
110:19 111:4 113:5 118:20
122:12 126:16,19,20,22
127:2,3
**case-by-case** 99:2
**cat** 73:16
**catch** 59:13
**catch-22** 117:3
**categories** 48:10 61:12 92:1
**category** 10:11 57:2 113:20
114:1,7
**caused** 8:22
**cease** 61:1
**center** 23:19
**cents** 24:1,2 65:19
**certain** 52:4 71:20 75:23
76:10 81:8 107:19 113:11
**certainly** 5:13 6:3 37:11 51:21
53:10 58:19 71:6 104:14
111:18 118:11
**certificate** 16:25 128:1
**certify** 128:6
**cetera** 121:19
**CH** 19:12
**challenge** 16:21 63:23 68:11
**challenged** 27:9
**challenges** 16:15
**challenging** 63:16
**change** 45:12 70:13
**changed** 26:1 65:20
**changes** 18:8 83:10,10
**Chaplin** 1:15 128:4,18
**characterization** 116:13
**characterized** 62:21 91:11
**characterizes** 91:13
**charge** 28:7 30:7 33:1,2,4
35:2 41:17,24 42:6,11,19,25
56:7,9,21 59:12,15,16 65:21
65:22,22 114:21
**charged** 32:16,18 33:6 37:21
37:22 58:10 60:9 63:14
65:17 71:13 118:24 119:1,5
**charges** 23:1,7 24:2 32:2
59:14 65:19,22 66:5
**checks** 101:16,17
**choice** 113:15
**chosen** 52:24 85:10
**Chu** 34:18
**circuit** 22:1
**circumstances** 52:16
**cited** 27:14,14 28:24
**City** 89:15
**Civil** 1:2,3 3:3
**CKC** 16:22
**claim** 5:1,18,21 6:18 7:18,21
8:1,7 10:13 11:5 12:22
14:22 15:14,23 16:3 19:19
20:5,12,16 21:6,7,9 22:15
24:8,9 25:5,18 35:6 37:8,10
44:17 45:22 46:9 47:23,23
50:2 51:1,18 54:7,21,24
55:11,15 60:1,10 61:8 62:4
62:16,22,25 63:2,11 64:3
65:3 66:18 70:15,23 74:11
74:14 78:10 79:8,23 81:9,17

83:13 88:16 91:24 93:21 95:11 96:18 97:23 98:20 101:4 105:18,19,22 106:9,12 108:22 109:7,13 110:9,12 112:1,7,20 113:10,21,22 114:2,5 115:5,7 122:23 123:16 124:18,19 127:9,12
**claimant** 51:7 71:1 79:19 81:2 83:18 112:5
**claimants** 6:15,20 10:11 12:4 15:9,12 21:9,22 43:23 53:20 78:22 80:25 84:2 85:11 86:24 94:19 95:10 109:19 113:22 114:4 123:18
**claiming** 97:20 101:20
**claims** 7:13,22 8:8 12:1,21 20:18 21:11,15,18,20 32:18 32:23 33:14,16 34:6 39:9 43:22 44:16 45:5,16,23,24 45:25 46:17 47:7,13,15,18 48:3,14 49:20 50:11,13,14 50:14 51:2,15,22,24 52:20 53:21,25 57:17 63:5 66:23 74:12,18 75:17 78:23 79:6 80:6 84:2,17 85:12,13,22 86:8 88:14,20 90:14 91:17 92:3,7 93:10 94:6 95:2 96:5 96:7,10,20 97:1,13 98:6 100:2,13 101:17 105:4,6,14 105:21 106:3,15,15 109:20 110:22,22,23 113:17 121:23 123:2,8,12 124:12 125:20,21 126:9
**clarify** 17:2 43:25 74:10 96:16
**class** 3:9 4:16 6:1,8,21 8:4,5 8:15,17 10:10 11:10 12:4,20 12:23 13:24 14:14,21 15:9 18:7 21:9,21 22:5,10,13 25:23 27:4 28:17 29:15 30:14,15,19,20 31:1,5,6,8,10 31:14 32:2,13,20,25 33:10 33:14,18 36:2,3,7 38:23 39:17 42:10 43:20 45:25 48:12 50:17,18 51:5 52:2,6 55:5 59:25 60:3,9,17,20,21 60:24,25 61:17,22 62:1,4,8 62:16,18,19,22 63:7,11,13 63:15,18,19 64:2 65:13 66:22 67:1,2,2,4,6,8,9,11 67:15,17,21,23 68:3,4,6,7,10 68:14,17,22,25 69:1,3,8,8,9 69:12,13,16,17,21 70:2,10 70:21,24 71:3,5,7,11,14 72:8 72:8 74:17 78:3 79:24 80:3 80:22 81:12,15 83:12 84:3 93:10,14 94:25 95:4,14,15 95:24 97:15 99:25 101:1,11 106:11 109:9,18,23 110:2,11 110:14 111:1,11 112:9 113:17 114:1,13,23,23 115:25 116:20 119:21,25 120:4,12 121:16,17,18,18 122:5,8,11 123:7
**classes** 5:25
**classification** 27:10
**class-wide** 25:2
**Claud** 113:6,7 127:6
**clear** 30:21 32:14 35:2 94:2 106:20 116:17,17 124:3,5 126:1
**clearly** 33:4 47:12 88:17 100:2

100:18 108:25 109:2 126:12
**clerks** 101:23
**client** 17:7 32:5 41:15 46:7 87:14 118:13,20
**clients** 4:22 5:23 7:3,12,15,22 7:25 23:1 24:14 40:3 65:17 65:23 89:21 92:17 110:6,6 110:10 120:8
**clinical** 101:6
**close** 124:23 126:24
**Closing** 2:16,17 83:4 108:16
**coerced** 113:10 127:12,19
**collect** 78:11 91:21
**collection** 124:2
**collective** 32:20 48:13
**Colorado** 1:1,14 2:4,8 27:5,8 39:16 40:17 76:19,22 77:4 103:2 104:22 115:11 128:2,5
**colorfully** 15:17
**come** 13:21 24:8 37:5 38:16 44:21 63:22 74:23 85:21 96:9 114:10 115:15 124:14
**comes** 13:13 24:16,25 74:23
**coming** 24:7,24 113:24
**comment** 12:18 70:3 75:11 107:1
**commercial** 72:12
**commission** 128:16
**common** 70:20
**communicate** 120:5
**communicates** 67:10
**communicating** 4:21 72:9,11 119:24 120:10
**compare** 88:22
**compensable** 17:8 22:14 25:20 28:9 41:4 86:12 106:17
**compensate** 102:2
**compensated** 4:16 16:13 28:18 91:25 106:17
**compensation** 31:14 67:15 85:4,4 105:12 107:4
**complaints** 56:4 72:17
**completely** 86:15
**compliance** 3:21 4:14,18,18 4:23,25 5:1,16 6:12 16:4 25:22 27:3,6,15,23 28:4,9,18 28:19,22,23 29:22 34:8,14 35:8,14,18,24 36:2,7,12 37:3 37:12 38:7 39:6 40:11,22 42:1,17,23 43:8 47:15 48:5 48:11,12 49:21 56:2,14,25 57:2,15 58:2,6 60:15 61:5 65:5,14 67:22 68:23 71:3,21 73:11,18,22 74:16,20 75:6 77:24 85:5 86:1,15 88:16,18 89:9,10 90:18,19,23 91:8,10 91:10,16 95:8 96:1 100:20 100:21 102:4 103:8,11 104:4 104:16 105:10 108:21 109:3 115:10,16,21,24 117:6,12 118:3 119:8,9,11,12,20 120:22 121:6,8 124:5 127:19
**complicated** 21:8 37:16 102:15 111:20 113:19 115:2 117:14
**comply** 124:1
**complying** 71:9 103:17
**component** 16:12 70:8 83:9 83:11
**components** 72:6 83:8

**comprehensive** 5:7
**computer-aided** 128:8
**concerned** 124:4
**concerning** 42:15 80:24 81:7 124:8 125:19
**concerns** 36:13,14 50:20,22
**conclude** 87:16
**concluded** 99:10 127:23
**conclusion** 102:18
**conditions** 34:5 72:7
**conducting** 47:11
**conference** 9:3 13:9 18:23 20:13 34:18
**conferences** 18:16,17,20 113:1
**confirm** 4:6
**confusing** 40:14
**confusion** 8:22
**connected** 27:21 128:11
**connection** 63:8
**Connor** 3:9
**consent** 64:8
**considered** 34:11 39:9
**considering** 32:12 33:10 39:12
**Consolidated** 1:2
**constant** 56:24
**consulted** 68:17
**consumer** 72:15
**contact** 37:6 56:24 69:4,7 70:25 71:11 72:1 127:8,17
**contacted** 36:9
**contacting** 127:9
**contacts** 39:13 69:10,11
**contain** 48:24
**contained** 26:8 101:8
**contemplated** 63:1
**contest** 19:11
**contested** 20:11 41:10
**contesting** 82:20 96:13 105:16
**context** 13:18 79:19,22 85:22 96:4,11 98:20 108:2 123:22 125:20
**continue** 52:2 117:19
**continued** 19:15,22 21:2 63:19
**continuing** 63:21 122:10
**contours** 117:14
**contrary** 18:21 114:9
**conversation** 34:24
**copied** 24:19,20 94:13
**copies** 23:14 24:5 88:1 94:8
**copy** 24:1,3 31:21 47:10 87:23 122:15
**copying** 23:8,13 24:15 65:19
**correct** 7:1 9:10 11:7 44:13 45:10 46:10 49:6,7 51:16,17 53:19 56:19 66:24 68:1 71:5 77:20 78:16 80:12 81:9,18 81:19 90:21 92:6
**Corrections** 26:1 27:4,12 29:12,24 31:23 75:19 76:21 83:22 102:2 103:8 114:21 115:3,15 116:6,15,23 117:2 120:1
**correctly** 44:24
**correspondence** 24:13 39:14
**cost** 6:15 17:20 22:22 65:10 94:5 112:21 115:6
**costs** 3:24 20:3 23:3,9,13 24:4

25:20 49:11 59:9,11,12,18 60:2 65:9,13 80:11 98:7 105:8 107:20 108:21 114:20 114:25 119:17
**counsel** 4:16 6:5,8,16 8:4,5,16 11:10 12:20,20,23 13:25 14:14,21 15:10 18:5 27:16 28:17 30:17,19 31:11,14 32:2 43:20 51:20 52:2 55:5 60:3,9,17,21,25 61:17,22 62:2,8,16 63:7,11,13,18,24 64:2,11 65:13 66:22,22 67:1 67:9,21 68:9,10,13 69:1,7,13 69:16 70:24,25 71:4,14 73:14,16 74:17 76:3 78:4 79:24 80:4 81:12 84:3,4,21 85:3 91:20 94:24 100:1,24 101:9 109:9 110:2 112:9 114:4,13 122:7 123:8,16,25 128:11,12
**counsels** 77:3
**counsel's** 6:21 23:5 31:1 60:1 65:16
**count** 52:22
**counterargument** 14:15
**country** 71:11 72:3
**COUNTY** 128:2
**couple** 8:19 55:1 58:11 100:21 101:12 117:17 121:14 125:9 126:14
**course** 4:19,24 5:4,16 54:22 74:21 82:13 84:17 85:6 90:2 110:8 122:18
**court** 1:1 3:5,12,14,20 4:13,20 6:25 8:2,18 9:8,20,22 10:1 10:14,18 11:3,18 12:1,16 14:6,24 15:11,16 17:3,19 20:19,22 23:11,13,17,24 26:13,18 28:1,2 29:2 30:1,2 30:9 31:9,13,18,21 38:25 41:6,6,11 42:12 43:4,14,17 43:19,24 44:6,10 45:3 54:3 54:10 55:2,9,17,22,25 56:10 56:20 57:12 58:7,22 59:5,7 66:4,4,11 74:9,19 80:21,24 81:22 82:24 83:3 84:1,8,18 84:20,25 86:25 87:12,21 88:3,10,21 89:2,12,18 90:16 92:18 94:22 95:19 97:6,8,25 98:8,15,21 99:3,6,16,21,24 99:24 100:16,18 103:12 104:5,18 105:11,24 106:19 107:13,18,24 108:4,14 110:4 114:15 117:25 118:7,23 120:17 121:13 122:17,20 123:24 124:8 125:10,13 127:22
**courts** 82:21
**Court's** 9:24 58:25 114:20
**cover** 26:16 61:18
**covered** 4:3
**CPH** 34:18
**Crawford** 16:22 17:1
**created** 64:14 70:6
**creates** 64:10
**credentials** 58:25
**credit** 41:19
**cross** 44:7 66:11
**cross-examination** 2:13,15 26:15 44:11 66:13
**cumbersome** 63:4

**currently** 7:13 8:7 10:6 39:5 39:12 58:3 101:4
**cut** 30:11 74:22 76:8 100:4
**C-H-U** 34:18

---
**D**
---

**D** 3:1
**damage** 5:1,18,21 6:18 7:18 7:20 8:1,7 10:12 14:22 15:14,23 16:3 20:5,6,8,12,16 21:9 22:15 25:5 32:18 33:9 43:22,23 46:17 48:13 50:2 50:14,14 51:1,15 54:6 57:17 60:1,10 61:8 62:4,8,16 63:11 64:3 65:3 69:9 78:23 81:9 83:23 88:20 91:17,19 91:23 92:23 93:21 94:6 96:18 105:18,19,22 106:15 108:22 109:7,13 110:9,12 112:1,7,20 113:21,22 114:2 114:5 115:5,7 121:23 123:22 124:2,6 125:17 127:9
**damaged** 115:1
**damages** 4:1 7:10 9:9 11:6,20 12:6 21:21,22,24 22:9,12 33:14 36:23 37:11 44:16,17 46:1,14 47:13 48:6,6,11,23 49:5,9,12,14,17,20 50:3,9,11 50:21 51:2,3,9 52:20 53:16 53:22 56:13 61:13 62:4 66:18,23 69:19,25 70:15 74:15 77:23 78:10,12 80:6 83:15 84:14 85:7,20,22 86:1 86:3,3,8,12 88:24 89:8 90:11,12,14,14,25 91:1,13 92:13,14,19 93:3,9,13,23 95:1,3,3,12,16 96:2,2,3,5,19 97:20 98:5,6,9 99:25 105:1 105:3,13,23 106:12 107:5 112:4 114:8 123:21 126:17 127:4,14,17
**damage-making** 123:17
**danger** 62:12 75:4
**Daniels** 19:6
**date** 7:23 10:23 14:18 16:12 41:3 42:12 55:7 84:5 109:20 115:19 118:16
**dated** 46:21
**dates** 89:5
**David** 2:2,12 3:8 18:3 19:14 19:20,21 22:17 23:21 26:12 44:13 119:14 120:5
**day** 3:23 38:10,14 77:15 89:22 89:23 103:2,18,19,21 104:22 104:23,24 117:16,24 118:24 128:15
**days** 38:13 77:16 89:20 118:25
**de** 22:8 42:6
**dead** 93:9
**deadline** 115:15
**dealing** 32:15 39:18 111:24
**dealt** 61:12
**death** 21:7,7 22:6
**deceased** 93:13,20,22 106:12 111:11
**December** 38:2
**decide** 14:6 32:10 46:8 57:23 67:23 86:10 88:19 110:12
**decided** 10:21,22,23,25 11:1 14:19 32:12 35:15 46:17

48:17 82:25 94:18 97:14 111:5 117:17
**decides** 96:6 101:5 107:8
**deciding** 94:15,17 124:9
**decision** 31:18 33:25 53:6 107:11 111:12
**decisions** 12:12 32:22 65:25 66:1,2 111:6
**decision-maker** 125:1
**decision-making** 124:24
**decline** 34:20
**decree** 64:19 72:6,7 78:18
**deducted** 59:13
**defend** 31:11
**defendants** 1:8 2:5 3:11 10:8 12:19 17:17 18:16 23:7 27:14 28:24 32:17 34:3,9 37:13 38:2,20 60:20 62:24 80:25 81:7 82:12 97:9 123:13,20
**defendant's** 12:12
**defense** 6:22 8:12 16:15 17:13 18:4 20:18 21:2,16,17 24:22 108:18,23 112:11 113:19,24 119:18
**defenses** 7:7,16,23 10:24 11:15 14:10,13 16:6 21:2 61:18 62:9 63:16 64:23 68:12 81:8 111:3
**defer** 22:16
**deficiency** 35:21
**definitive** 63:22
**degree** 84:25
**delimits** 43:6
**delineate** 108:25
**demonstrates** 88:11
**denial** 61:19
**denoted** 48:23
**Denver** 1:14 2:4,8 128:2
**deny** 61:19
**Department** 25:25 27:4,12 29:12,24 31:22 75:19 76:20 83:22 102:1 103:7 114:21 115:3,15 116:6,14,23 117:2 120:1
**depending** 29:3
**depends** 95:17 121:17
**Deputy** 2:6
**description** 90:17
**design** 62:22,25
**designated** 53:22,24 88:12
**designing** 105:13
**desired** 69:21
**desk** 88:4
**despite** 16:4
**detail** 102:24
**detailed** 5:9
**details** 29:20,25
**determination** 105:5 121:3,5
**determinations** 107:7
**determine** 24:18 26:15 44:22 49:16 71:20 73:15,17,22 74:16 87:14 115:20 117:13
**determined** 5:16 21:19 22:4 69:19 96:11 97:18
**determines** 116:23
**determining** 43:7 45:15 73:18 115:24
**development** 29:10
**devices** 84:15
**devise** 6:7

**devolved** 29:3
**diabetes** 57:18
**diabetic** 19:23 57:14,16 96:15
**diabetics** 56:4 58:3
**dialogue** 39:22
**Diane** 17:14
**Diaz** 28:13
**died** 12:5 21:10,12 93:23 113:21 120:4
**diets** 58:5
**difference** 19:20 70:7 109:5 123:23 124:20
**different** 5:24,24,25,25 6:1 8:3,6 12:13 18:19 38:6 39:8 47:11 53:17 72:4,12 104:7 113:4 123:21
**difficult** 63:5 73:2
**difficulties** 72:11
**direct** 2:14 43:18 54:8 59:23
**directed** 12:15 13:24 77:23
**directing** 47:21
**director** 27:22
**disabilities** 72:21
**disability** 36:16,16 51:9 66:18 72:7 83:20,21 101:20 116:22 116:24
**disabled** 83:18 101:5,6 102:16
**disagree** 73:23 94:22,24 98:8 107:9 116:12
**discovery** 6:15,15 20:3 40:1 49:11,15,17,21 50:10 94:4,6 105:25 106:1 110:24 112:21 114:20,22,25 115:6
**discriminated** 51:8 66:17 83:21
**discrimination** 7:12
**discuss** 6:17 11:12 18:13 25:22 68:22 105:8 119:20
**discussed** 5:11 6:3 11:14,15 13:9 69:2 112:18 113:1 115:18 121:21
**discussing** 20:10 39:4 40:21
**discussion** 14:8 51:13 53:13 66:9 78:3,8,9 114:16
**discussions** 14:21 40:1,25 41:1 49:25
**dishonest** 104:1
**dishonesty** 118:12
**dismissed** 12:1
**dispute** 30:13 31:24 41:12
**disputes** 50:7
**distinction** 50:16 96:1 123:13
**distributed** 51:6 96:24
**district** 1:1,1 28:2 29:2 30:2 66:1 80:24
**DOC** 4:24 18:10 26:3 46:20 77:4 83:9 84:20 91:13 94:9 100:25 101:5,8 102:18 103:10 111:23 112:3,5 115:21 116:2 127:20
**doctor** 56:8 57:20 101:7 102:17
**document** 5:7 81:3,5 91:2 101:19
**documents** 80:25 94:12 115:4 115:11 116:5 117:11
**DOC's** 103:17
**doing** 37:13 45:11,13,20 47:16 53:8 58:2 72:24 79:7 86:9 90:13,24 91:6 94:17 100:24 101:9 103:17 105:21 120:25

**done** 13:24 14:18 19:14 32:7 38:9 49:10 62:11,11 64:12 65:19 85:5 87:14 96:19 100:12 110:23 117:4,21 122:24 124:11
**double** 38:4
**doubt** 7:24 68:18 117:3,7
**down** 6:10 19:9 24:24 32:23 36:17 38:1,13,16 39:3,11,23 40:23 42:17 45:13 48:1,3 52:23 53:2 64:11 86:17 100:4,24 101:22 102:13 103:2,15,21 104:9,20,22 117:15,20 119:17
**dozen** 27:6 34:21 44:3 57:22
**Dr** 56:1,6 57:18
**drafted** 96:23
**drafting** 96:22
**draw** 50:15
**drawers** 117:17
**drew** 37:17 96:1
**drive** 76:19,21 102:13
**driving** 103:6
**drop** 54:23
**DSK** 17:14
**Duncan** 120:2
**during** 3:21 4:18 5:16 6:11 8:7 12:5 13:9 15:23 18:13 20:15 21:10 22:18 26:25 43:8 54:22 61:8 69:4 76:16 76:25 81:8 90:5 103:4,7 108:21 109:3,7 112:7 113:21 113:22
**duties** 68:5
**duty** 15:8 63:10,21 68:2 114:3

---
**E**
---

**E** 3:1,1
**each** 6:1 18:23 19:9 51:7 93:11 94:14 95:11,23 123:22
**earlier** 66:5 67:19 119:16
**early** 18:24 19:22 27:17 73:9 86:15 87:9 111:7,8,13 113:2
**easier** 89:13 110:22
**easy** 71:9 100:11 116:13
**economic** 22:6,8
**Ed** 3:9
**editing** 17:16
**educated** 28:5
**educating** 42:5,25
**education** 42:19
**Edwards** 19:23 57:20
**EDWIN** 2:14 59:20
**effect** 32:13
**effecting** 63:9
**effective** 77:14
**effectively** 62:11 110:11
**effectiveness** 60:18 61:3
**efficient** 19:15 23:8,22 107:6 117:18
**efficiently** 35:18
**effort** 61:6 73:10 75:6 77:6 119:17
**efforts** 15:23 19:1 62:16,17,18 64:13 121:6
**either** 10:10 13:25 27:2 33:2 41:16 44:7 71:22 76:11 78:12 81:25 91:17 107:9
**eliminate** 6:22 35:1
**ELIZABETH** 2:6
**elsewhere** 43:11