5

**encompass** 92:2
**end** 27:17 28:22,23
**ended** 26:23 27:23 31:22,23 37:20 48:15
**enforce** 30:19 64:12
**enforcement** 64:13
**enforcing** 32:19 124:16
**engaged** 63:7 83:14
**enormous** 24:6 116:10
**enough** 63:23 75:11
**ensure** 7:21 8:5 15:8 73:10 112:13
**ensured** 7:25
**ensuring** 15:24
**enter** 15:4 43:1 111:15 126:16 127:13
**entered** 11:10 12:21 17:25 21:14 44:2 51:15,19 54:14 55:3 81:12 105:17 111:9,10 126:18
**enters** 126:22
**entire** 10:10,10 27:10 48:12 109:2,22 114:7 123:14 124:13
**entitled** 7:3,15 8:13 12:5 16:8 22:13 29:21 31:14 49:19 70:14 79:1,5,10,14 85:4,8,18 85:19 91:20 92:19 93:3,5,22 94:5 95:2,7 96:13 97:17,21 98:7 105:9,12,22 106:8 107:9 116:24 123:3 125:4 127:16
**entitlement** 3:24 64:10,18 107:4
**entity** 64:11
**entries** 16:22,24 17:13 18:25 20:2,7,10,11 22:16 40:11,12 42:2,4 48:7,24 54:4 55:2 57:11 78:1 86:5 89:4,15,24
**entry** 12:22 16:21 17:2,3,6,11 18:3 19:4,7 21:5 42:10,21 42:24 48:24 50:6 55:16 56:10 57:1 118:16
**Equal** 122:24
**eradicated** 7:17 114:9
**eradication** 62:3
**erroneous** 21:16
**especially** 62:10 66:1 72:10 115:17
**ESQ** 2:2,2,6,7
**essence** 7:6 22:4
**essential** 15:24
**essentially** 13:21 22:9 46:13 46:14 90:16 111:15
**et** 1:4,7 57:2 121:19
**ethical** 15:7 63:10 122:9
**ethically** 31:15 121:25
**evaluate** 75:15
**even** 10:8 14:4 20:19 21:1 34:21 35:3 38:12 39:5,9 41:4 56:13 79:5 84:6 92:21 101:1,11 102:5 103:3 104:11 110:19 111:4,6,12
**event** 107:8 114:7 128:13
**events** 13:2
**ever** 48:18 65:20
**every** 13:23 16:11 23:1 24:20 28:15 39:16 51:18 71:4,7,19 73:25 74:1,6,7,7,11 76:4,19 90:1 100:25 101:10,19 102:4 102:5 103:15,16,16 110:10

110:14 111:15 112:2,3 117:4 126:24,24
**everybody** 108:7
**everything** 24:6,20,25 61:18
**evidence** 87:15 107:7 113:25 117:7
**evolved** 29:3
**exactly** 90:3 92:24 97:3
**Examination** 2:14,15 59:23 80:18
**example** 36:15 37:7 39:7 41:20 42:8 46:20 52:10 62:22 68:7,25 70:9 78:20 95:14 104:6 121:23 124:7
**exceed** 3:23
**except** 52:24 69:8 104:17 108:22 122:21
**excepted** 123:21
**exception** 33:17
**execution** 5:12
**executive** 27:22
**exercise** 17:5 42:7
**exhaust** 98:24
**exhaustion** 7:14 14:15 21:3 98:2,13 123:9 124:11 125:22 125:23
**exhibit** 9:25 11:23 80:21 112:22 118:7,7,15 119:4
**exhibits** 87:25 88:7,10 118:6 118:11
**expect** 63:7
**expense** 25:7 96:23
**expenses** 25:6,8,10,13,15,19
**expensive** 35:23 37:20
**experience** 23:18 30:5 34:23 72:10
**experienced** 73:16
**experiences** 28:21 37:1
**expert** 19:23 38:16,17 56:1,25 57:14,16,17,20 59:3,18 73:20,21 75:14 102:5 103:3 104:13
**experts** 4:23 18:10 56:17,19 57:21,22 92:17 96:14
**expires** 128:16
**explain** 54:17 86:19
**explained** 26:21 31:25
**explaining** 55:12
**explanation** 54:15 77:13
**exploration** 39:22
**express** 67:23
**expressing** 72:21
**extensive** 22:3
**extent** 3:25 32:25 33:1 34:11 36:24 40:19 41:10 45:18 48:15 50:13 54:16 55:1 57:21 66:2 68:3 87:13 92:14 122:3
**external** 23:14
**extra** 67:16
**extraneous** 125:6,6
**extremely** 23:4

**F**

**facilitate** 25:22
**facilities** 25:21,22 26:3,6,7 40:9 47:6 72:5 77:5 86:7,9 86:18,24 88:12,15 90:1
**facility** 18:6 36:17 113:12
**facsimile** 59:12,13,15
**fact** 14:17 16:8 18:23 24:3

48:4 52:19 66:20 67:14 79:17 80:1 81:16 85:21 96:15 97:24 98:23 100:3 106:24,25 111:1 116:14 118:14
**factions** 31:8
**facto** 42:6
**facts** 40:3,6
**factual** 107:6,16,18 121:3
**fail** 29:18
**fair** 5:13 51:4 111:25
**fairly** 62:20 100:11 106:20
**familiar** 44:14 61:9,10,11 66:2 66:25
**far** 52:17 92:4 94:24 99:5 106:9 110:18 123:15 124:4
**fashion** 68:14
**fault** 77:3
**favor** 92:4 93:17
**fax** 58:22
**fear** 120:9
**feasible** 111:18
**February** 41:22 105:20 128:15
**federal** 3:3 66:1
**fee** 10:5 17:20 18:1,2 35:22 39:2 65:1,25 119:1 126:3
**fees** 3:21,24,25 8:13,15 13:7 13:15 14:8,25 16:1,2,8,13 23:25 25:17 29:21 43:7 48:22,22 59:3,10,11,18 60:2 60:9,11,14 64:3,11 65:2,4 70:11 71:13 73:21 75:15 78:11,15 79:1,5,10,14 85:2,8 85:18,19 92:21 93:5,25 94:2 95:2,8 96:12,13,18 97:17,22 98:7 100:4,9,17 104:16 105:1,2,8,10 106:7,8 108:20 110:1,3 111:16 123:3,19 126:17,20 127:6,16
**felt** 51:25 113:10
**female** 56:8
**few** 19:4 42:3 44:8 52:8 54:4
**fight** 29:14,15 31:7
**figure** 25:17 91:4
**figures** 127:1
**file** 12:20 13:25 17:1 66:18 70:22 72:23 74:1,6 75:14 76:4 83:13 101:4 102:4,5 103:16,16,16 116:21 117:17
**filed** 6:19 10:2 11:8,9 12:23 13:15 24:12 27:7 45:2,5 51:22 52:7 72:18 74:8,11,12 74:14,15,19 75:18 76:1 82:14 85:13 101:18,19 105:15 125:19
**files** 48:16 73:12,24 94:12 101:8,17 102:1,14 103:10,13 103:13,22 104:20,23 115:2 116:7,9,9,20 117:2,25 118:1
**filing** 16:24 53:20 73:1 78:23 84:2 85:12 90:14 106:3 112:23
**filings** 45:1,8,9
**fill** 5:23 6:2 39:21 54:24
**filling** 54:6 55:11 78:6
**final** 17:17
**finally** 99:10
**find** 19:10 22:2 52:14 121:11
**finding** 21:15 52:18 88:25
**findings** 24:11 106:23,25 107:16,19

**fine** 55:2 82:4 127:12
**finely** 49:13
**finished** 38:10
**finishing** 82:1
**firm** 17:2 23:23 35:13 51:14 52:20 53:1 65:18,22
**firms** 65:21,24,24 80:10
**first** 8:4 13:22 14:1 16:21,24 20:17 21:19,25 23:21 25:7 27:3 37:25 58:16 59:25 60:2 60:10 64:10,15 74:22 76:8 81:13 83:8 88:6 94:8 110:23 122:4
**fit** 54:5 113:20
**fits** 117:13
**Fitzgerald** 10:6 11:19,21,24 61:20
**five** 5:24 12:4 21:9,22 22:6,10 22:13 26:23 39:8 45:24 62:4 93:10,11,14 102:13 106:11 113:17,19 114:1
**five-minute** 59:4
**flagged** 34:3
**flexible** 87:21
**Floor** 2:8
**followed** 38:17
**following** 3:2 39:21,21 45:21 56:5
**follows** 59:22
**foregoing** 128:9
**foresee** 5:10
**form** 5:24,25 7:17 54:7,21,25 55:11 63:3 96:18,22 112:21 115:5 128:8
**formally** 17:24
**forms** 5:21,21,23 6:2,19 24:8 24:9 55:15 62:23,25 96:23 105:13,18,19,22 112:1
**Fort** 18:5,6 38:1 40:15 89:16 90:9,10 104:8,10
**forth** 68:5 101:7 117:19
**forward** 56:6
**found** 28:3
**four** 45:24 101:23,23 102:13 102:19
**fourth** 29:1
**frankly** 14:25 55:5 102:20 110:16,18 111:4 117:15 120:8
**Fremont** 88:12
**frequent** 120:13
**frequently** 6:6
**frivolous** 33:22
**from** 22:19 24:14 31:9 33:18 35:2,10,21 37:5,6 38:2 39:25 41:16 42:24 43:5 44:21 46:21,25 47:4 52:18 54:14 61:18 63:18 64:19 68:10 69:15 72:9 76:11 77:2 78:18 84:23 115:6 118:24 119:4 120:20 126:5
**front** 9:20 10:9 36:5 80:20 81:11 88:3 93:15 94:20 98:16 100:14 114:12 126:7
**fronts** 8:3
**fulfilling** 57:24
**full** 43:5,19 76:20
**fully** 17:8
**fundamental** 109:5 124:20
**fundamentally** 116:12
**further** 16:16 18:13 24:19

66:10 79:13 81:21 82:9,19
**future** 70:13

---
**G**

**G** 3:1
**gather** 40:3
**gathering** 39:20
**gave** 48:21
**gearing** 119:10
**general** 2:6,7 4:5 16:4 20:10
    33:19 34:8,15 35:8 36:7,12
    39:6 40:11 42:17,23 43:10
    44:23 49:21 50:14 51:1,5
    56:4 57:15 61:3,11 65:12
    67:11,22 69:11 77:24 91:24
    92:23 93:8 96:10 109:12,23
    110:5 115:10 121:15 122:1,7
    122:9 123:12 127:19
**generally** 37:3 52:6 109:24
    124:14
**generic** 12:24
**getting** 52:3 58:3 95:24,24
    123:19
**give** 37:9 42:3 57:21 63:21
    67:23 117:7 122:15
**given** 5:22 23:6 35:10 71:25
    128:10
**gives** 95:20
**giving** 100:16
**glad** 31:20
**go** 7:8 9:6,15 14:13 16:14,19
    19:9 20:10 36:12,14 38:13
    38:25 39:23 42:17 45:13
    50:1,3,9 55:6 59:1 60:18
    69:9 71:4,18 77:9 86:3
    87:21 88:3 92:12,16,18 93:1
    93:20 94:23 95:15 96:5
    98:16 101:19 102:23 103:15
    103:21 104:8,20,23 107:1
    111:22 116:18 117:18
    119:19 123:9 124:24
**goes** 14:9,25 25:4 119:5
**going** 5:3 9:13 14:4 18:6 20:3
    22:5,13,16,20 25:17 29:13
    29:19 30:1,4,9 33:22 34:22
    35:12 37:3 39:11 40:23
    45:15 46:8,19 47:5,17 48:3
    53:9 68:11 76:4 79:11 82:2
    82:17 86:11 87:24 88:19
    89:20 90:4 91:4 94:7 100:24
    100:25 101:10,25 107:11
    113:18 114:1 115:11,21
    117:1 118:8,25 120:15 123:6
    123:23,24 125:1
**gone** 104:10 109:10
**good** 8:21 75:24 95:20,22
**gotten** 49:20
**governed** 100:2 121:1
**governmental** 64:11
**granted** 13:7 98:10
**Greisen** 2:2,3,11,14,15,18 3:7
    3:7,16 4:4,12 7:1 8:21 9:10
    10:2,18 11:7,21 12:25 15:20
    20:24 23:12,15,20,25 26:21
    26:22 35:15 37:25 38:1,5
    40:15 41:8 47:19 50:8 54:11
    55:10,19,23 56:23 57:10
    58:1,15,19,24 59:8,24 66:8
    66:10 77:10 78:6,7 79:11,17
    80:17,19 81:20 82:4,11 87:5
    87:9,23 89:7 99:11 108:10

108:15,17 110:8 114:17
    120:24 126:15
**grievance** 116:6,7,18,19
    117:25
**grievances** 74:13
**group** 18:12 19:8 62:21 63:6
    64:17 79:24 86:18 117:18
**guards** 113:11
**guess** 25:14 34:24 69:15 74:9
    75:11 95:17 101:2
**guidelines** 37:17
**guys** 46:14

---
**H**

**H** 2:2,6
**half** 27:6 34:20 57:22 89:21,22
    103:5,5,18 117:24 118:24
**halftime** 76:15
**hand** 23:4 37:8 40:10 46:2
    128:15
**handle** 35:18,19 38:13 46:14
    53:22,24 83:15
**handled** 32:1 51:2
**hands** 106:24
**hang** 50:24 51:12 53:12 88:21
**happen** 67:13
**happened** 13:1 32:8 55:5
    86:16 113:4
**happening** 73:3 102:12
**happens** 69:14 70:19 83:17
    101:3 116:20
**happy** 47:9 82:7,10 121:11
**harm** 61:14
**having** 16:13 24:20 40:4,6,24
    41:19 49:18 59:21 64:14
    67:8 68:11 85:14 110:24
    115:19 117:21
**head** 57:9 121:10
**heads** 24:24
**health** 84:15
**hear** 9:23
**heard** 8:25 107:7
**hearing** 1:13 3:22 9:19 13:3,6
    26:4 36:15 73:8 76:14 78:24
    84:20 94:20 117:6 127:23
    128:6
**hearings** 44:15 73:6,6,7 84:5
    84:24 85:14,16,17 99:4
**heart** 5:2
**heed** 113:16
**held** 9:3 51:13 53:13 66:9
    112:25 114:16
**help** 46:16 54:16,24
**helpful** 122:16
**helping** 96:18
**her** 18:1 33:4,20 34:14,20
    37:18,19 39:1 42:5,21,25
    46:14 50:17 56:7,9 58:17
    78:8 89:15,16,17 90:17
    91:18 118:22 119:1,16
**hereunto** 128:14
**he'll** 18:13 20:5 93:25
**higher** 37:22 102:10
**him** 9:5,11 14:13 22:20 33:20
    54:20,20 55:11 79:25 82:9
    82:17 127:10,15,17
**hire** 35:16 92:17 95:15
**hired** 46:14 75:14 83:14
**HIV** 29:10
**Ho** 34:19
**Hone** 55:25 56:1,6 57:18

**honestly** 25:12
**Honor** 29:18 30:4 45:25 108:6
    121:15
**HONORABLE** 1:13
**hope** 67:12
**hopefully** 40:14
**hour** 25:16 35:16,17 76:21
    100:19 101:25 102:19 126:4
**hourly** 23:4 41:9 76:20,23
    82:16,20
**hours** 76:16 77:1,2 92:22,22
    92:22,22,22,22 102:13 103:4
    103:7 107:19
**housed** 18:7 29:16
**huge** 58:4 101:20
**human** 29:10
**hundreds** 52:19 71:18 116:8,9
**H-O** 34:19

---
**I**

**idea** 3:14 109:23
**imagine** 110:23
**immediate** 26:4
**immediately** 61:1
**immunity** 10:22 14:2
**immunodeficiency** 29:10
**impaired** 36:18
**implement** 38:7
**implemented** 67:25 116:2
**implicate** 100:8 126:3
**implication** 126:16
**implications** 25:3 79:23
**important** 8:2 30:12,23 75:1,6
    115:13 117:11
**importantly** 102:7
**impossible** 39:19
**impotent** 98:11
**impression** 21:25
**inappropriate** 14:20 17:22
    118:12
**inarticulate** 72:21
**INC** 128:20
**incarcerated** 22:7 101:4
    111:25
**inclined** 99:25 100:18
**include** 39:8 120:9 124:1
**included** 8:11 40:21 120:7
    126:6
**includes** 124:5
**including** 5:1 101:24
**incompliance** 124:1
**incorporate** 26:9
**incorrectly** 99:15
**incumbent** 79:25
**incurred** 3:21,25 16:1 43:8,9
**independent** 84:4
**INDEX** 2:10
**indicate** 10:16 40:20
**indicated** 14:20 42:3 68:21
    81:14
**indicates** 56:11
**indicating** 43:19
**indicative** 18:18 19:24 91:2
    110:2
**indicativeness** 19:25
**individual** 8:8,24 9:12 11:13
    11:14 12:13 20:6,7 32:17,18
    33:5,7,9,14,15,24 34:12,16
    35:9 36:1,13,14 37:10 38:17
    40:10,17,22 43:21,22,23
    44:4,15 45:16 46:9 47:7,13

47:15,18,23 48:3,14 49:17
    49:18,19 50:10,19 51:7,15
    52:9,15 53:6,10,16,20,25
    54:19,21 57:16 63:5 68:9
    69:15,19 70:21,23 77:9
    78:12,21,23 79:6,8,8,19,22
    80:5,6 81:15,17 83:13,17
    84:1,6,17 85:11,17,22 86:7,8
    86:24 88:14,16,20 89:20
    91:13 92:2,8,25 93:12,21
    94:10,14 95:9,11,23 96:4,6
    96:19 97:1,5,18 98:20 99:1
    101:17,25 103:22,24 104:23
    105:3,23 106:3 109:6,8,11
    110:13 111:3 112:16 113:14
    113:14 118:19 119:20
    122:12 123:18,19 127:8,9
**individualized** 95:1
**individually** 15:15 33:11 36:6
    41:13 51:25 70:24 91:5
    113:8
**individuals** 22:8 26:3 32:23
    36:9,21 39:11 45:4,6 46:3
    47:6,12 50:4,17 51:2 53:8
    62:10,10,17 70:14 85:13
    86:10 88:13,15 96:11,24,25
    97:11 106:16 109:21 111:17
    121:22,22 124:10
**individual's** 11:5 15:4 36:22
    50:2 112:17,18
**inefficiencies** 77:16
**inefficient** 23:5 38:12
**influenced** 28:6 30:7
**inform** 9:22 33:24
**information** 36:22 37:3 39:20
    39:24 42:17 45:19 54:17
    71:10,12 116:11,25
**informed** 68:3 70:4
**infrequent** 69:12
**initial** 24:8 102:9
**initially** 5:19 8:22,25 9:11,13
    11:4 13:25 21:13 22:4 79:22
    97:3 110:21
**injunctive** 7:4,16 44:18 61:19
    69:25 70:8 83:9 112:5
**injuries** 93:23
**injury** 83:23
**inmate** 27:10 29:15 30:14,15
    34:5 36:11,13,14,15,17
    39:16 40:10,18,22 46:8
    51:19 52:4,5,5 72:25 73:2,6
    73:7,12 74:7,11 76:4 90:19
    93:2,9,13,20,22 94:10
    101:19 116:18
**inmates** 17:7 26:6 36:18 38:6
    38:18 39:4,5,8,17,24,25
    40:23 44:22 45:14,16 48:14
    49:19 50:11 52:8,12,16 53:6
    53:16 66:16 72:18,23,23
    73:3,12,25 74:19,20 77:14
    83:13 84:7,13 86:20 91:16
    94:11 106:12 114:22 125:20
    127:19
**input** 67:24 69:20
**inside** 24:3
**instance** 19:3 34:17 35:3 54:5
    64:15 90:17 98:2,12 105:24
    107:19
**instead** 89:7
**institution** 74:7
**instructed** 9:21 30:24 33:3

35:24,25
**instructions** 5:22 35:10,11
    105:13
**instructive** 28:20
**insulins** 58:5
**intake** 27:11
**integrity** 7:21 8:5 15:24 60:16
    112:14 124:5
**intended** 10:3
**intent** 9:6 11:1 15:14,25
    109:16,18 111:19 114:9,11
**intentional** 7:12
**interest** 31:5,5 122:8,10,10
**interested** 16:25 52:3 128:13
**interesting** 97:2
**interests** 32:4 33:19 67:3
**interim** 105:9
**interpretation** 31:12 109:14
**interpreted** 13:20 29:8
**interpreting** 9:17 31:16
    124:21
**interprets** 109:16
**interrupt** 8:18
**Interruption** 38:24
**intervene** 15:3,7 51:24 52:1
    113:5
**intervened** 97:4
**interview** 40:3 42:15 73:12
**interviews** 90:3
**intimidated** 113:11
**intricacy** 118:1
**introduce** 58:12
**investigate** 113:13
**involve** 37:19 44:22 46:3 49:9
**involved** 6:9 8:20 10:12 27:5
    28:8,12,17 33:15,23 36:3
    46:2 49:4 53:5 76:12 122:13
    123:1
**involvement** 27:18 37:18
**involves** 114:2
**involving** 30:5 57:7 67:11
**in-house** 23:14,16
**issue** 5:3 7:5 11:5,21,24,25
    12:24 13:6,17 14:9,24 16:11
    17:10 18:4,15 20:3,10 21:8
    21:10,24,25 22:12,14,22,22
    24:24 25:7,17 29:4,9,20
    32:7 36:3 37:16 38:19 40:5
    41:2 49:9,12 50:3,20 52:5
    56:5 57:15 58:4 61:20 64:5
    64:6 67:22 68:17 81:6,13
    82:16,22,24 92:1 93:12 94:4
    94:7,15,16 96:2 97:11 98:5
    100:1,14 102:4,10 107:3
    110:3 112:21,21,22 113:1,6
    113:19,23,24 114:2,17,19,23
    115:8,13 116:16,16 119:23
    122:20 125:22,23 126:7,12
    126:23 127:5,18
**issued** 20:14,17,20,22,25 21:1
    21:4 24:10 113:12
**issues** 4:1,7 5:5,19 6:2,11,13
    6:17 7:2,9,9,11 8:16 9:2,5,5
    9:8,9,10,23 10:5,6,7,7,8,8,12
    10:20,21,23,24 11:3,17,19
    13:22 14:1,2,4,19 15:6,7,8
    15:18 16:9,23 17:12 20:4,15
    22:21 23:6 24:23 25:1,23
    26:25 27:21,25 28:5,21 30:6
    32:9,24,25 34:8,15,21 35:9
    36:1,2 37:12,22,24 38:7

40:12,22,25 41:24 42:1,6,10
    42:22 44:23,23 48:11 49:4
    49:17,21 50:8 56:25 60:18
    61:8,9,10,16,20,21,23 62:2,6
    62:15 67:11 74:20 77:23
    79:17,21 82:5,16 85:5,15,19
    85:21,22,23 86:1,2,4 90:12
    90:12,15,18,20,23,25 91:1,8
    91:10,16,19,24 92:25 93:18
    94:9,18 95:3 96:4 100:21,21
    102:15 104:14 105:2,10,25
    106:2 109:14 110:5,15,17,19
    110:20 111:20,21 115:9
    118:2,5 119:8,20 120:13,15
    125:6,17 126:19 127:21
**items** 65:16

---
**J**
**James** 2:7 18:11
**January** 128:16
**Jess** 120:2
**Jesse** 1:4 111:10
**JESUS** 1:4
**Jim** 3:11 28:25 104:8
**John** 80:24
**judge** 4:4,12,13 5:6 7:1 8:25
    9:2,3,14,14,20,22 10:9,21,25
    12:7,10,10,15,17 13:22 14:5
    14:5,12,19 20:24,25 21:4
    22:25 25:12 26:11,20 28:25
    30:21 31:19 54:12 55:10,16
    59:1,9 73:8 79:18 80:24
    81:21 83:25 89:5 92:5 93:17
    94:20 96:8 97:14 98:16
    100:14 106:20 107:10
    108:10 109:15 113:5 114:12
    114:14 117:5 120:19 122:14
    126:8
**judges** 8:20 10:15 29:2
**judgment** 17:5 42:7
**judgments** 64:8
**July** 25:8,9
**jumped** 65:18
**June** 22:19 55:9 118:15,17
**jurisdiction** 14:3 43:7
**just** 4:6 5:3 16:19 19:1,3
    24:15 25:17 33:18 34:19
    35:1,6 36:1 39:25 40:13
    42:11 43:1,8,25 44:1 45:19
    46:19 47:17 50:5,15 51:12
    54:1,15,24 55:5,17 56:13
    57:2,13 58:15,23 59:8,19
    60:10,22 62:22 65:2 66:8
    74:4 80:8,17 81:6 82:1,2,10
    83:1 85:17 87:8,15 88:18
    91:17 93:23 94:7 95:13 96:9
    97:13 99:5,11,18 100:13
    101:22 102:24 104:2,15,18
    112:9 114:14,20 119:24
    122:15 123:23 124:19
    125:14 126:14 127:17
**Justice** 122:24

---
**K**
**Kahn** 2:14 3:18 16:9 59:3,17
    59:20,25 65:1 66:15 80:1
    82:7,9 94:23
**Kahn's** 58:25
**Kaiser** 56:8
**Kane** 8:25 9:2,3 10:15 12:10
    12:15 14:5 80:24 117:6

**Kansas** 16:22
**keep** 119:17
**kept** 52:22
**kin** 114:1
**kind** 5:22 10:24 16:19 20:15
    21:21 22:12 39:25 40:24
    42:20 63:6,8 69:1 112:12
    114:24,25 115:6 117:4
    122:13
**kinds** 27:24 28:7 30:6,6 61:14
    65:16 72:7 91:3
**King** 2:3 17:14,24
**know** 8:2 11:22 13:1 41:5
    44:25 49:1,23 52:15,17
    54:24 58:13,20 61:11 63:21
    68:13,16 71:16 72:20,22,23
    75:11,21,25 76:3,6,7,10 90:2
    90:3 91:7 97:3 103:3 106:4
    111:4,10,24 117:1 120:18
    121:10 127:10
**knowing** 103:25
**knowledge** 110:20
**knows** 15:11 17:19 103:23
    120:22

---
**L**
**laid** 31:1,3
**Lamb** 27:15 28:24
**large** 18:9 23:6 38:21 69:8
    75:7
**larger** 32:25 36:3
**last** 4:12 34:19 43:5,19 54:22
    76:13 85:6 101:12 106:19
**lasted** 27:18
**late** 18:24 70:11 71:12
**later** 27:24 37:11 56:15 69:19
    105:4 107:9
**latter** 109:9
**law** 22:2 30:23 32:6 35:12
    40:2 64:8,16,20 68:6 80:10
    84:25 101:23 106:24 107:5
    109:12 120:17,21 121:10
    122:1,7
**lawyer** 30:18 85:1 92:9 104:9
    104:13
**lawyers** 82:22 101:23,24
    102:19 104:9
**lawyer's** 75:2
**Leach** 120:3
**leads** 87:16
**learned** 116:25
**least** 72:9 77:12 78:21 90:11
    94:25 105:13 107:6
**leave** 13:3 19:22 22:19 26:22
    68:9 73:14,16 78:7
**ledger** 78:1,1
**left** 18:24 19:13 27:20 51:1
    108:9
**legal** 12:24 15:18 23:6 31:5
    59:3 68:2 80:11 98:17
    111:20
**legalese** 55:15
**legally** 31:16
**legitimately** 37:5
**lend** 74:25
**lengthy** 115:3
**less** 24:1 35:22 37:20 65:22
**let** 14:5 15:17,22 22:20 45:12
    52:1 55:10 61:7 67:1 71:23
    74:10,11 91:23 110:4
**letter** 33:18 40:5,7 46:20,22

47:2,4,14,19 55:25 56:12,21
    69:15 74:1 91:12,15 113:9
    118:17,21,22,25
**letterhead** 46:23,24,25
**letters** 34:5,7 35:25 39:14,18
    40:4 44:21 45:1 58:12 74:19
    87:19 90:1 120:11
**let's** 36:15 59:25 60:9 65:2
    78:13,20 91:23 92:6,7 93:19
    124:7
**level** 29:5 55:14 75:2 109:24
**LEXUS** 22:22,24,24 65:23
**liability** 7:7 10:24 11:15 14:10
    14:13 16:6 20:15 21:2 24:22
    61:18 64:14 69:1,24 81:8
**lies** 123:15
**like** 3:15 5:22 13:15 16:17
    22:20 24:23 37:16 53:5 55:2
    58:15 59:1 70:20 77:9 81:22
    86:15 87:24 108:10 117:7
    119:19 122:8 125:8
**limit** 62:7 77:7 122:23
**limitations** 126:12
**limited** 72:5 123:4 124:17
    125:5
**limits** 125:17
**Limon** 104:11
**Linda** 19:23 57:20
**line** 16:20,20 38:4 64:12
**lines** 35:11
**list** 9:21 10:14,17,19 39:16,16
    97:9
**listed** 100:22
**listen** 19:16
**lists** 12:13
**literally** 27:18 42:2
**litigants** 98:11
**litigate** 123:22
**litigating** 27:21
**litigation** 7:14 27:4 60:22
    85:9 98:3 100:10 112:6,7
    122:22
**little** 30:12 45:12 56:15 69:4,7
    79:15 102:16 104:7
**LLP** 2:3
**located** 57:3 77:4,5
**locations** 47:12 71:10
**long** 22:20
**longer** 17:1 26:1,5 38:11
    120:1
**longest** 81:1
**look** 5:22 10:4 19:6 23:16
    30:24 32:10 33:21 34:7,14
    34:16 37:21 38:19 41:21,25
    45:20 57:6 67:22 87:24
    88:24 89:19,21 90:24 91:12
    103:22 107:3 112:10,22
    117:13 118:14,15 125:1
**looked** 25:10 45:8,9 48:9
    53:10 72:17 99:1 111:2
**looking** 17:20 32:5 42:1,23
    51:21 55:21 56:2 86:2 89:8
    94:15 102:14 103:23 106:22
**looks** 119:3
**lose** 92:18
**loses** 78:25 79:6
**losing** 31:24 84:16
**loss** 22:6,8
**lot** 4:5 13:9 17:15 25:9 37:20
    39:13 41:19 89:13 92:12,15
    100:12,12 114:6 115:4

119:25 120:8
lots 57:21
low 58:8 75:2
lower 37:21 76:11 102:8
lunch 81:23
Lyons 18:5,6 38:1 40:15 89:16
    90:9,10 104:8,10

_____ M _____

M 1:13
made 5:9 26:2 30:21 32:23
    33:18 35:21 41:14 74:18
    75:18 90:1 93:15 104:11
    109:9 111:6,7,13 122:13
    124:7,8 126:25
Magistrate 45:3
mail 17:7
mainstream 24:14
major 60:19 61:8
majority 6:20 35:5 46:10,11
    62:18 109:19 111:5
make 4:2,4 9:21 12:17 24:5
    33:25 47:10 83:9 88:1,4
    93:21,24 94:2 106:15 107:6
    107:11,18 114:4 117:19,22
    123:8,14 124:1,14 127:14
maker 23:23
making 51:2 53:6 97:22 106:6
malpractice 92:2,3,7,9,20
    97:12,20 100:1 106:5 125:21
manage 112:1
management 42:10
manner 124:12
many 52:22 71:16 75:25 99:4
    101:10 115:16,17 116:9,10
March 22:19 41:22 46:21 89:3
    89:19 90:7 105:19 118:22
marked 87:19 88:5,7
marking 58:8
Marony 27:7 44:19
master 12:18 13:11,13,23,24
    14:2 15:1 20:23 21:13,19
    22:4 24:10,11 44:1 48:21
    51:22 53:17 78:24 92:4
    93:16 96:5,6 97:24 98:17
    106:10,11,22 112:23,25
    113:9,10,12 124:9
masters 6:7 45:7 53:21 80:23
    83:14 84:11 94:15,16 105:6
    127:7
master's 17:18 24:12 45:9
    113:16
material 24:7,16,18 25:4 41:5
    74:23 75:5
materials 46:16
maternity 13:3 22:18 26:22
    78:7
matter 33:3,22 46:1 64:21
    107:5
matters 35:8,19 36:7,12 39:5
    41:7 43:13 44:4 45:2 50:1
    74:24 97:9 100:8 126:2,14
maximum 27:11
may 12:20 23:11 26:20 34:2,3
    36:14 37:9,10 43:22,22
    61:25 70:5 73:9,15 74:14
    81:1 82:5,5,16 84:2,3,4,18
    85:15 86:23 90:7,8,9,18,19
    90:22,22 98:24 101:4 102:11
    109:25 110:1 111:9 121:4,24
maybe 9:16 49:13 103:15,16

103:18,18,23 105:20 127:2
McCANN 2:6,13,15,17 3:10,10
    3:13 18:11 26:16 29:18
    43:18 44:8,12 47:20,25
    51:12,14 53:12,14 54:1 55:7
    57:13 58:11,17 59:2 66:12
    66:14 79:16 80:8,9,15 81:6
    81:25 82:8,18 83:1,5 84:10
    84:19,23 85:1 87:3,18 88:1
    88:5,9,23 89:10,14,23 90:21
    95:5,22 97:7,16 98:4,14,19
    98:22 99:5,8,14,18,22
    103:14 104:6 105:16 106:1
    107:10,15,22 108:1 114:18
    115:9 117:5 122:17,21 124:7
    125:8,12,14
McCann's 116:13
mean 9:8 19:15 41:18 46:13
    49:1,17,20 70:23 79:9 87:19
    98:15 103:6,25 106:4,8,24
    107:16 120:18
meaning 83:19,19
meaningful 115:6
meaningless 98:11
means 111:17
meant 14:11 20:23 31:17
    55:12
mechanism 28:16
medical 29:5,7 72:7 92:1,3,7,9
    92:20 94:12 97:12,20 100:1
    106:5 115:2 125:21
meet 51:10 89:20 90:19
    124:10
meeting 18:9,9,11 19:2,5,7,9
    19:11,12,13,14,19,21,22
    42:9,14 54:6 68:22 86:10
    88:13,15 90:22 96:14 104:12
meetings 6:16 18:24,25 38:23
    40:21 86:18,19
member 33:19 39:17 69:22
    95:14 110:11,14 111:11
    116:20 120:4
members 18:7 25:23 32:20
    33:10,14 38:23 62:19 69:3,8
    69:12 71:11 72:8 79:24
    97:15 101:1,11 111:1 114:24
    115:25 119:21
memo 19:8
memory 24:3 35:4,4
mention 41:7 59:9 112:24
mentioned 34:17 39:2 44:20
    50:9 70:7 104:7 126:15
mentioning 91:8
mentions 83:25 88:14
merits 8:8,24 9:12 11:13,14
    15:3 81:16 109:10 110:12
    112:16,18
met 6:5,6,6 42:18,21 56:11
    64:24 90:10
methods 73:18
might 11:24 17:16 23:20
    36:11 39:8 40:4 55:13 57:13
    57:14 58:12 59:8 71:14 73:2
    75:5 105:12 110:23 125:9
Miller 2:2,12 3:8 16:10 18:3
    18:12 19:5 20:2,5 26:20
    30:4,11 31:19 39:1 42:13
    43:10,15,25 47:21 54:8
    55:22 56:1,18 57:6,19 74:2
    77:10 87:5,8,12,20 117:15
    119:14,16 120:14 121:14

122:18
Miller's 3:17 22:17 26:12
    125:15
million-dollar 17:20
mind 42:24 59:4 68:19 82:1
minimally 29:6
minimus 22:8
minority 119:4
minute 34:16 66:8 67:1 74:12
miss 75:5 104:19
mobility 36:16,18
mode 112:6,7
modern 71:25
moment 17:4,24 80:8 89:1
    114:14
monetary 6:25
money 23:23 52:4 84:14 99:9
    102:3 114:24
monitor 4:17 23:10 35:14,23
    60:1,9,15 62:16 63:11 65:14
    71:3,8 96:14 108:21 112:9
    121:7
monitored 109:2,3
monitoring 3:22 4:2,25 5:17
    7:19,20 16:3 20:4,12 28:3
    28:22,23 29:22 35:18 43:9
    58:2 64:3 65:3,5 85:5 95:8
    96:14,15 104:3,14,16 108:22
    109:4 120:22
Montez 1:4 33:7,8 111:10
    120:2
months 26:23 90:7 101:12
month-long 5:8
more 15:20 19:5 27:6 35:17
    35:22 37:15 57:22 63:3,4
    65:22 73:2,15 75:1 77:14,25
    78:22 79:15 86:3,25 93:23
    102:7 110:24 113:6 114:6
    115:20 117:16,17 126:1
morning 79:9 102:25
most 15:11 18:7,8 23:22 24:3
    28:20 48:24 64:22 86:22
    87:4 111:7 115:1,23 117:11
    127:3
motion 12:20 13:13,15 57:8
    64:17
motions 10:3,23 64:17 92:13
move 52:4 58:24
moved 120:4
moving 27:13
Moyer 52:10 78:20,21 93:19
much 15:5,20 18:22 35:22,22
    37:21 38:11 63:3 79:23
    82:22 84:9 117:17,21
must 83:18 109:17
myself 19:5 33:15,21 42:15
    119:14

_____ N _____

N 3:1
name 33:7,8 34:19
named 33:10 55:24 67:5 68:4
    69:2 119:25 120:2,12
names 57:22 120:7,10
nation 22:1
nature 36:13
necessary 4:17 16:1,12 23:9
    24:17 25:3,21 28:3 31:4,10
    32:13 43:12 60:11,15 61:22
    63:25 65:6,13 69:20,21
    75:16 95:8 108:20 121:3,6

necessitates 26:6 112:12
necessity 64:16,25 78:10
need 4:9 5:11,24,25 8:18
    29:23 44:7 64:20 82:5,8,17
    96:15 98:16 101:14 102:18
needed 51:25
needs 24:19 93:12
negotiates 60:17
negotiating 62:24
negotiation 5:8 6:4
neither 12:9 119:14
never 6:7 11:13 14:20 33:15
    38:10 48:19 104:10 109:9,10
    111:2
new 29:9 116:7
Newberg 121:16 122:5
next 17:12 18:3,15 20:9,11
    21:5 22:16 114:1
Nice 3:12
nobody 48:18
nonbusiness 103:4
noncompliance 117:9
none 7:23 14:17 21:14 73:7
    112:17 118:25 124:11,12
Nope 121:13
normal 76:25 77:1
normally 34:12
notarial 128:15
Notary 1:16 128:5,19
note 12:14 13:12,22
notebook 126:6
noted 41:23 58:25
notes 41:17 42:14
nothing 65:17 66:10 116:9
notice 1:12 11:8 26:5 68:20
    70:2 77:22 113:25 114:5
notices 69:9
notified 24:22
notify 113:25
Nottingham 4:13 9:14,14,20
    10:9,15,22,25 12:7,10 14:5
    14:12,19 20:14,25,25 21:4
    73:8 79:18 92:5 93:17 94:20
    97:14 100:15 106:20 107:11
    109:15 114:12 126:8
Notwithstanding 106:25
November 1:15 20:20 103:1
Nowhere 91:15
no-charged 17:3
number 15:9 23:6 28:17,18
    72:5 111:25
numbers 75:7

_____ O _____

O 3:1
oath 108:12
object 29:19 58:19 79:11 86:5
    86:17,20 100:16 103:20
    104:15 118:8 127:6
objected 17:12 18:5 19:4
objecting 87:9 96:17 104:25
    112:20
objection 6:8 30:10 40:19
    58:13 59:2
objections 17:17
obligation 14:14 30:25 31:2
    35:13 43:21 55:4 60:21
    66:21 68:11 80:4 95:9
    106:23 121:21,25 122:4,7
    123:17,25
obligations 60:25 61:2 120:18