120:20,21 122:9
**observing** 40:16
**obtaining** 96:17
**obviously** 16:16 54:4
**occasion** 77:17,18
**occasionally** 33:21
**occasions** 116:15
**occur** 18:8
**occurred** 18:10 70:2
**occurring** 90:5
**off** 51:13 53:13 57:8 61:21
  66:9 95:20 106:24 114:16
  121:10
**offer** 3:17,18 88:9
**offered** 6:23
**office** 8:10 17:15,22 24:7
  26:24 28:5,6 54:23 84:23
  123:11
**office's** 27:2 32:9
**often** 70:9,22,25 71:2 72:23
  115:2 116:16
**oh** 34:20 68:8 99:14 110:8
  114:19 124:10
**okay** 3:20 12:16 26:18 30:1,9
  43:17,24 44:6,10 50:24
  57:12 58:7,22 59:5 81:25
  87:21 98:21 99:21,22 104:5
  108:5 125:10,13 127:22
**omissions** 41:16,18
**once** 21:11 96:23 105:22
  116:22 117:18
**one** 3:23 7:2 13:4 17:4,14 19:9
  20:2 27:13 28:14,15,17 29:4
  34:3,17 35:12 38:3,9,10,14
  38:16 39:10 40:10 45:24
  47:5,22 53:7,12 54:1,11
  55:20,23 56:15,16,18,21
  58:1 61:2 62:22 63:7 67:12
  71:9,19 73:15 77:7,7,9,15,15
  77:18 78:21,22 79:19 80:21
  81:5 87:10 89:18,19 90:2
  92:1 93:19 99:5,7,12,12,14
  99:18,22 101:10 103:2 104:9
  104:11,13 106:25 109:25
  114:19 115:8,23 117:4,15,21
  122:13,14 124:6,7,9,18
  125:5,10 126:7
**ones** 57:4 58:9 87:6,7,8 97:19
**one's** 74:23,24
**only** 7:6 10:11 11:15 16:7
  21:21 22:1,5 24:7 25:1
  33:17 36:6 38:3 39:9 49:15
  54:14 72:2 79:6 91:8,9,14
  91:16 93:10 105:9 110:15
  113:18,19 116:22 117:6
  118:7,7,24 121:19 122:1,12
  127:2,16
**open** 33:8
**opening** 4:3,5,9
**operate** 55:14
**opined** 102:7
**opining** 79:2,3,9
**opinion** 60:8,13,14 61:16,21
  61:25 62:1,15 63:10,22 64:5
  65:4,12 79:9 102:21 120:19
**opportunity** 16:17 70:3
**opposed** 4:1 33:24 35:16
  50:17 62:8 121:19
**opt** 69:18,18
**order** 12:18,19,25 13:1,10,12
  13:19 20:14,14,17,20 21:1,1

21:4,14 28:9 51:9 71:3
  78:10,14 83:25 89:5 96:9
  111:16 113:12,16 126:17
**orders** 24:9,12
**ordinary** 65:17,18
**organize** 17:8
**original** 22:25 59:14 64:19
**Orleans** 56:16,18,23
**other** 5:5 6:13,19,24 17:4 19:1
  26:10 35:19 39:25 42:15
  43:1,4,10 46:2 48:17 49:8
  52:9 53:2 58:9,11 65:2,3,4
  65:21,24 69:3 72:23 77:2,10
  78:1 82:5,16 84:15 87:10,15
  88:14 89:5 93:7 98:15 99:16
  109:22 110:23 114:19 115:8
  118:21 120:16,21 121:4
  126:14 127:3,20
**others** 76:23
**otherwise** 38:11 128:13
**ourselves** 41:8
**out** 4:15 5:23 6:2 13:2 17:3
  19:3 20:19 25:24 26:22 31:6
  33:4 34:14 35:1 37:4,9 48:4
  48:9,22 51:11 54:6,24 55:11
  56:8 57:13 63:22 65:18,18
  69:9,18 78:18 86:1 91:4
  100:11 101:13 102:4 105:19
  112:19 115:10 117:4 118:23
  121:4,16 123:21
**outlined** 7:7 116:8
**outrageous** 102:20
**outside** 24:2 36:22
**over** 9:15 26:11,14 27:22 32:7
  54:22 77:16 85:6 122:23
**overall** 4:25 9:6,16 11:15 14:9
**overhead** 23:2,3 65:24 80:11
**overlap** 36:8,8
**overrule** 30:9
**OWENS** 1:7
**own** 13:13 23:18 35:23 48:18
  95:15 102:5 103:3 121:23,25

———— P ————

**P** 3:1
**packet** 126:6
**page** 2:11,12,13,14,15,15,17
  2:18 16:18 20:1 38:20 43:4
  43:6,19 54:10 65:19 97:10
  100:7 114:22
**Pai** 34:18
**paid** 102:8 106:7
**paragraph** 43:5,15,19 81:13
  97:10
**paralegal** 16:23 17:9 19:13
  24:18 34:19 74:22 77:7
  102:8 103:15,18 117:13,24
**paralegals** 75:24 76:8,12
  101:23
**parameters** 5:11
**paroled** 54:15 120:3,3
**parse** 48:9
**parsing** 49:13
**part** 7:19 10:3 22:11,11 29:15
  30:14,14 31:6 45:11,12 58:6
  62:23 70:12 78:6 86:11
  95:24 96:20 101:11 123:6,7
  124:15 127:18
**partially** 54:19 90:11
**participate** 14:21 96:22
**participated** 62:2 63:15

112:15
**participation** 114:13
**particular** 8:24 13:8 24:10
  25:14 61:13,14 64:4,17,21
  77:17 112:24,25 124:19
**particularly** 21:8 68:21 85:25
  86:6 88:10,12
**parties** 5:8,10,14 6:5,10 9:1
  9:21,23 30:14 109:17 123:15
  124:21 128:12
**partner** 17:22
**partners** 17:14
**parts** 109:1
**party** 16:25
**pass** 34:22 35:8
**passed** 120:2
**past** 29:24 110:21
**Patricia** 13:4 21:5 22:11,18
  32:15 38:22 42:9 45:14 46:7
  46:12,21 48:8 88:11 115:18
  118:5,17 119:13,15
**Paula** 2:2,11 3:7 104:6
**Pause** 88:8
**pay** 20:3 35:22 76:22,23 94:7
  103:18,21 104:2,3 114:24
**paying** 10:17 31:23 41:15 82:9
  102:12,19 103:8 104:16,25
**pays** 6:14 76:21
**pendency** 12:5 69:4
**pending** 9:22 10:6 11:19
  13:14 97:9 100:14
**Penitentiary** 27:8
**people** 8:6 11:11 18:24,24
  29:16 34:21 38:13 39:9 40:7
  45:19,19 48:17 53:3 54:14
  54:14,17,18,23 55:3,13 96:3
  101:1,4 106:3 110:17 111:5
  111:21,23,24 113:20,20
  115:1 118:10 120:1,3,10
  123:8,12
**percent** 122:23
**perfect** 69:24
**perfectly** 103:9
**performing** 67:16
**perhaps** 39:10 71:15
**period** 3:22 4:14,18 5:17 6:12
  26:23 28:23 42:18 43:9 58:2
  108:21
**periods** 109:4
**permission** 89:3
**permitted** 11:20 65:25
**person** 18:23 24:20 36:24
  37:6,7,21,22 38:12,17 47:15
  54:18 99:12,12,14 113:7,15
  116:23,24 120:2
**personal** 36:14,23 37:1
**personally** 19:18 82:20
**personnel** 18:10,22 116:14
**perspective** 29:4
**pertinence** 19:17
**Peter** 56:23
**petition** 10:5 18:2 39:2 65:2
**phase** 61:5
**phone** 24:23 26:2 39:16
**phonetic** 12:17 13:4 23:21
  27:8 28:12 29:1 55:20
  121:16
**pick** 102:4
**picked** 19:3
**pipeline** 24:24
**place** 13:3 18:7 57:3 60:23

64:10 111:16
**placed** 80:20
**plaintiff** 3:8 31:5,8,13 32:13
  33:7 51:5 54:6 95:11,23
**plaintiffs** 1:5 2:1 22:6,10,13
  32:17,19 43:20 55:24 64:20
  67:5,9,15,21 68:4 69:16
  74:17 80:3,22 81:15 85:3
  91:4,20 92:3,8 94:24 97:19
  99:25 100:7,23 101:9 103:24
  123:16 126:1
**plaintiff's** 30:18 66:22 69:7
**plan** 4:14,20,25 5:6,9,12,15,20
  6:4,14,24 7:20 8:23 9:7,18
  11:2 15:13,25 43:5 54:13
  60:5 65:5 66:16,20 80:3
  83:6,20 86:16 95:6 96:1
  98:10 100:4,6 101:3 108:19
  108:19,21,23,24,25 109:1,3
  109:14,16,18 111:19 114:10
  114:11 115:16,22,24 116:4,8
  117:12,14 121:1,2,7 125:25
**plans** 6:7
**play** 106:2,3
**pleading** 81:11
**pleadings** 52:7 72:24 97:3
**please** 3:6
**PLRA** 10:24 11:16 21:3 61:20
  100:3,4 120:15 122:22
  123:10 124:8,24 125:15,17
  126:13
**PLRA-related** 124:19
**point** 6:8 9:24 17:3 20:19 22:2
  22:3 29:20 35:7 47:21 57:13
  67:8 70:1 85:18 94:21 95:25
  101:13,13 105:11,14 112:19
  118:23 123:1
**pointed** 4:15 25:24 115:10
**points** 66:6 125:9
**policies** 116:3
**policy** 9:4,8,16,17 10:20 26:1
**portion** 19:14 48:6 56:13
  83:15 90:22
**position** 5:14 18:2 26:17
  29:13 31:11 32:1,4 37:2
  73:19 82:15 85:2 88:17
  89:25 90:10,21 98:4 109:18
**positions** 50:18
**possess** 60:2
**possibilities** 70:6
**possible** 5:9 24:17 57:1 70:15
**postdecree** 64:18,21,23
**postjudgment** 61:15
**postsettlement** 61:5,15 64:18
**posture** 50:25
**pot** 51:4
**potentially** 25:2 60:19 62:12
  63:4
**practice** 32:9 34:7 35:7,20
  40:2 65:25
**practiced** 109:25
**precedent** 121:4
**precisely** 96:8
**preclude** 55:3
**precluded** 52:17
**precludes** 115:6
**preference** 81:24
**premise** 13:2
**prepared** 12:8 19:8
**preparing** 112:20 126:11
**prerequisite** 18:1

**present** 14:15 53:18 81:23 82:3 93:1 109:6 115:5
**presented** 3:19
**presenting** 53:16 84:13
**preserving** 17:21
**presumably** 95:16
**presumption** 77:1
**pretend** 34:23
**pretty** 63:14 87:21 106:24 120:6
**prevail** 8:14 31:7 64:16,21 109:8
**prevailed** 32:6 64:15,22
**prevailing** 110:5
**previous** 25:11,13 26:5 80:10 108:7
**previously** 17:18 28:3 41:10 59:13,21 66:5 117:1
**priced** 102:10
**primarily** 62:21 77:23 87:1,4 87:6 90:12
**primary** 53:8 91:19
**principles** 109:12
**Pringle** 45:3
**prior** 10:19,19 22:6 112:23,23
**prison** 7:14 73:17 100:10
**prisoner** 27:3 63:20 98:3
**prisoners** 72:10 122:22
**prisons** 25:8 29:9 119:15,19
**pro** 15:12 32:24 62:10 72:24 84:4 98:11,17,18,22 99:4,13 109:20 114:21
**probably** 28:20 34:25 71:17 84:5 111:11 117:10
**problem** 29:9 40:24
**problems** 46:3
**procedural** 10:21
**procedure** 3:3 44:15 57:23 116:7
**procedures** 8:10 9:16 56:5
**proceed** 3:15 83:1 111:2
**proceeded** 78:24
**proceeding** 67:20 70:5 84:6 84:12 108:3
**proceedings** 3:2 88:8 128:10
**process** 5:1,18 6:18 7:18,21 7:21 8:1,5,8 10:13 14:22 15:14,23,24 16:3 20:5,13,16 21:9 22:15 25:5 38:7 40:1 42:15 49:22 51:23 53:15 54:16 60:10 61:9 62:4,17,25 63:5,12 64:4 65:3 66:16 81:9 83:11,24 86:12 108:22 109:7,13 111:22 112:7,13 113:2,21,22 114:3,5 116:18 116:19 123:17 124:2,6
**product** 5:7
**products** 69:1,23
**Professional** 1:16 128:4,19
**profile** 54:5
**profit** 23:18 49:14
**programmatic** 83:10
**progressed** 29:3
**progression** 27:11
**proof** 7:11
**proper** 28:16 57:23 58:5,5
**properly** 9:5 58:3
**proposed** 69:16
**prosthetic** 84:15
**protect** 60:16,21 61:2 72:16 123:17

**prove** 7:12 51:8 92:19 98:25
**provide** 22:21 31:20 56:3
**provided** 22:5 36:21 94:9 97:4 113:24 116:1
**provides** 4:15
**provision** 69:20 123:4
**prudent** 63:24
**PSB** 21:5 32:15 57:8
**Public** 1:16 128:5,19
**published** 31:18,20
**purpose** 49:15 62:7 88:18 91:19 105:7
**purposes** 1:3 88:16 108:12
**pursuant** 1:12 3:3 116:7 123:3
**pursue** 48:13 98:9 123:12
**pursuing** 12:14
**pusher** 36:20
**put** 14:4 52:1 71:23 96:18 99:23 113:7 118:6
**puts** 72:25
**P-A-I** 34:18
**p.m** 127:23

___

**Q**

**quarrel** 47:1
**question** 8:21,22 12:9 23:11 28:15 30:13,16 50:7,9 54:3 58:9 68:2 74:5,9,15 79:12 84:18 98:2,13,13 106:19 110:4 127:11
**questions** 3:23 5:5 8:19 9:15 26:11 39:22 43:3 44:8 55:12 85:7 92:23 107:5 114:18 120:16 128:9
**quick** 80:17
**quickly** 110:22
**Quinn** 2:7 3:11 18:11 108:6,9
**quite** 33:4 73:3 107:15 119:13
**quote** 4:17 17:6

___

**R**

**R** 3:1
**raise** 20:18 21:2 24:22 25:7 34:21 81:8 85:15,16 114:19
**raised** 4:7 7:3,6,9,9,10,13,17 11:3,4,5,16 13:6,17,17 18:15 20:15 21:3 23:7 25:2 32:24 34:8 61:14 62:7 63:17,23 64:23 79:18,19 81:17 82:5 92:25 93:12 94:10 96:4 98:19 105:3 110:16,17,19,21 111:3 112:22,22 114:18 115:9 118:2,6 119:23 122:20 122:21 125:22
**raising** 62:9 110:15 112:24
**Ramos** 27:14 28:24 44:13
**ramps** 36:19
**random** 71:15 101:16,17
**randomly** 71:19
**rate** 23:4 37:21,23 70:18 76:11,23 82:16 84:12 100:4 100:19 103:5 122:24 124:17 124:17 125:5,5
**rates** 41:9 76:20 82:20
**rate's** 123:6
**rather** 24:19 32:17 33:8 61:15 71:16 73:25 75:19 117:18
**Ray** 55:25
**re** 34:5 90:18,19
**read** 12:25 14:11 108:23 112:1

**ready** 59:7
**real** 40:2 96:1
**really** 29:13 41:19 43:9 73:3 82:22 83:8 86:6 90:11,12 92:1 94:7 103:20
**reason** 13:12 31:25,25 40:8 49:23
**reasonable** 16:1 23:7 24:1 29:21 31:12,14 32:4 60:11 60:15 63:25 71:24 72:1 73:10,24 74:16 75:10,15,16 76:5,24 77:3 85:4 95:7 101:16 102:6,8 103:9,20 104:3,16 105:9 118:3 124:17 125:5
**reasonableness** 3:24 41:8 66:7
**reasonably** 4:17 23:9 25:21 28:3 30:19 31:4,10 32:12 43:12 61:22 63:20 65:5,13 108:20 121:2,6
**reasons** 39:2
**rebuttal** 2:17 3:18 108:11,16
**recall** 54:12 105:20
**receive** 114:4
**received** 46:20 82:11,19
**receiving** 58:5
**recent** 70:10 102:22
**recitation** 29:23
**recommendation** 80:23
**record** 3:6 35:2 51:13 53:13 66:9 108:12 114:16
**records** 19:25 40:20 44:3 48:19 49:2 87:16
**recover** 49:19 51:9 64:3 78:14 97:12,21 98:7 99:19 126:17
**recoverable** 16:4 49:5 50:4,10
**recovered** 21:21 99:8 111:16
**recovers** 94:25,25
**recovery** 95:25
**recurrent** 117:22
**redirect** 2:15 80:17,18
**reduced** 100:19 128:7
**redundant** 62:1
**refer** 33:3 50:5
**reference** 57:4,15,16
**referenced** 81:6 84:1 85:24 119:14
**references** 13:10 38:20 122:6
**referencing** 118:22
**referred** 34:13
**referring** 33:24
**reflect** 19:1 41:15
**reflected** 19:1 41:16 91:18 122:1
**reflects** 124:20
**Reform** 100:10
**regard** 4:6 11:5 37:24 113:16 119:8,17
**regarding** 16:23 17:7 20:13 20:14 21:6 56:24 60:8 74:20 81:2 85:19 88:13 89:15 90:23 112:16 115:18 117:11 127:14
**regardless** 51:19 106:21 121:3
**Registered** 1:16 128:4,19
**regretting** 84:11
**regular** 76:16 116:18 120:6 125:4
**regularly** 23:1

**Rehab** 7:13 21:11,23,25 100:9 126:10
**Rehabilitation** 78:14
**reject** 90:17
**relate** 20:7 33:13 36:6 37:1 42:22 46:4 49:4 50:1,12
**related** 9:9 48:11,12 91:1
**relates** 52:6 94:6
**relating** 85:7 98:5 100:21
**relatively** 69:6
**relevance** 28:2 29:19 37:10 37:12 58:20 118:8
**relevant** 28:21 118:9
**relief** 6:23,25 7:2,4,14,16,17 22:5 44:18 49:25 50:1 61:19 64:10 69:25 112:5 122:23
**rely** 23:18 65:15 72:13
**remain** 25:1
**remained** 62:13,13
**remaining** 50:13
**remarks** 4:3,5 108:11
**remedial** 4:14,20 5:6,20 6:4 6:14,23 7:20 8:23 9:6,18 11:2 15:13,25 43:5 54:13 60:5 65:5 66:15,20 80:3 83:6,20 86:16 95:6,25 98:10 100:3,6 108:19,19,23 109:1 109:3,14,16,18 111:19 114:10,11 115:16,21,24 116:3,8 117:12,14 121:1,2,7 125:25
**remedies** 60:20 62:8 125:22 125:24
**remedy** 7:25 50:16,22 61:12 98:24 124:13
**remember** 11:22 19:18,21 23:20 34:24 54:21 57:9 58:7
**remote** 77:5
**removed** 124:13
**rendered** 98:10
**report** 10:20 12:2,13 17:18 32:16 80:23 102:17
**Reporter** 1:16 128:5,19
**REPORTER'S** 1:10
**reports** 12:8,11
**represent** 15:15 31:4 33:20 43:21,23 45:15 46:4,9 48:17 52:5,13,20 53:4,9 54:20 63:19 66:22 67:3 80:4 85:10 86:11 88:19 95:9 96:10 97:19 103:24 106:16 110:7 110:18 111:5,17 117:25 118:10 120:11 121:21
**representation** 53:3
**representative** 68:8 71:5,7 84:21 90:4 95:15
**representatives** 67:3,6,9,10 67:16,23 68:5,14,17,22 69:2 119:25 120:12
**represented** 31:7 51:20 52:9 70:24 84:3,3,21 93:19 99:12 99:15,19 109:22
**representing** 8:7 32:16 33:11 39:5,12,13 48:16 54:20 67:17 79:7 81:14 91:5 96:3 113:8 122:10
**represents** 78:21
**request** 53:16 67:19 100:25 101:2 116:21
**requested** 48:19 53:3 67:15 76:5 127:7

11

**requests** 52:24 74:13,18 75:18,25
**required** 30:19 32:3,3 34:10 37:14 39:23 56:6 83:9 98:12 102:2 114:14
**requirement** 21:3 64:20,24 123:9 124:11,15
**requirements** 7:14 29:6 37:4 56:3 57:24 98:25
**requires** 39:22 40:1 112:8
**research** 16:25 21:6 22:3,11 22:22,24 23:3 53:8 65:23 79:15 80:11 100:12
**researching** 22:12 90:14 92:16,23 126:11
**resolve** 6:11 123:24,25
**resolved** 5:19
**resources** 4:17
**respect** 4:22 5:5,18 8:16 12:11 13:6 15:5 16:18 17:10 24:12 25:6 28:16 31:16 32:4 34:8 36:1,1 37:12 40:14 41:2,20 43:21 45:2,3 49:10 49:24 50:18,19 57:3 64:6 65:9 67:10 76:14 80:5 81:12 113:17 115:9 118:5,21 127:5
**respectively** 101:25
**respond** 98:17 125:8
**responded** 125:23
**responding** 6:21 127:11
**response** 17:17 38:20 80:22 80:25 82:12 99:23 100:22 125:14
**responsibility** 8:4 60:1 96:25
**rest** 25:19 26:8 111:12
**result** 29:14 70:22 74:14 99:6
**resulted** 27:9 83:23
**resume** 59:19
**retain** 9:15
**retaliation** 47:24
**retribution** 120:9
**revamping** 27:10
**review** 16:24 17:1,7 24:18,25 25:4 34:4,5 35:8,25 40:23 46:16 56:20 65:8 68:18 73:12,24 74:17,18 75:5,17 75:19,22,23 76:11 89:5 94:11 102:9 103:10 104:20 106:23 115:7,10,20 116:14 117:4,9,11,24
**reviewed** 4:8 32:22 36:6 41:13 44:25 45:1 60:2,5 65:1,10 75:13,14 116:5
**reviewing** 17:23 44:21 45:7 49:22 51:18 56:2 68:20 73:25 76:9 77:21 117:2
**rewrite** 108:18
**Richard** 55:18,20,23 56:12 57:4,8 120:4
**right** 4:2 9:17 14:14 23:24 26:13 45:17 47:9 48:8,13,25 49:1,3,20 51:7 55:6 56:20 58:18 67:4,18,20 68:24 70:16,19 74:10 76:16 79:14 81:10 82:2 83:2 97:25 98:4 98:9 100:24 106:8 107:13,22 121:13 123:12 127:1
**rights** 30:20 32:13,19,20 98:3
**risk** 62:3 63:14,24
**ROBBIE** 1:13
**role** 78:4,8

**Romer** 28:12,13,13
**room** 108:9
**Ross** 79:20 81:2,17
**roughly** 51:17
**round** 14:1 122:4
**route** 36:18
**rule** 26:3 106:22
**ruled** 31:13 92:4 93:16 97:24 106:10,11 107:3 122:14
**Rules** 3:3
**ruling** 66:6 97:14
**rulings** 28:4
**running** 63:14

---
**S**

**s** 3:1 57:24 59:20
**safeguard** 109:17
**same** 18:18 20:9 27:24 30:5,6 31:2 36:17 40:24 42:14,20 49:14 56:12 92:24 93:7,18 94:5 110:9 127:15
**sample** 112:10
**samples** 103:10
**sampling** 72:1 75:8
**San** 42:22
**sat** 54:25
**satisfied** 98:25
**save** 122:8
**saw** 47:22 82:12
**saying** 13:16,20 15:22 21:14 31:9 42:16 69:16 87:1 94:23 101:5 107:14 115:25 124:23
**says** 12:20 13:12 24:24 34:5 37:7 39:7 47:14,17 48:2 55:25 56:21 57:8 66:21 89:20 90:17,19 92:18 103:3 108:24 113:19 121:2
**scenery** 40:16
**SCF** 48:2
**scope** 21:8 36:23 38:14
**scratch** 78:18
**screened** 116:22
**screening** 101:7 102:17
**se** 15:12 32:24 62:10 72:24 84:4 98:11,17,18,23 99:4,13 109:20 114:21
**seal** 128:15
**second** 17:6 43:5 50:24 51:12 53:12 54:1 83:11 91:23 125:11
**seconds** 34:25
**second-guess** 73:19
**section** 4:15 30:23 32:6 48:22 50:1 80:3 89:9 91:10 92:11 92:20 93:4,25 100:6 105:1 124:25,25 125:21
**security** 27:11
**see** 3:12 4:8 19:7 25:10 29:18 32:24 34:4,7 36:4,19 40:11 40:12 41:23 42:2,4,8,10,13 42:20 44:3 47:4,8,15,17,19 48:18 57:7 58:16 61:3 77:6 77:16 81:2,11 86:2 89:4,14 103:10,17 115:25 118:8,16 123:15 126:5
**seek** 95:16
**seeking** 51:5
**seem** 75:1 82:21 123:20
**seemed** 54:4 65:8 106:20
**seems** 5:2 22:19 56:21 60:17 66:6 107:5

**seen** 73:9
**select** 71:19 94:12
**selected** 53:4 96:3 103:13
**selective** 71:15 75:22 103:10
**selectively** 73:11,12,24 74:17 75:17
**send** 103:14
**sending** 74:20
**senior** 80:24
**sense** 35:22 95:10
**sent** 91:12 119:16
**separate** 8:9 33:4,8 48:16 66:16 83:24 96:2 100:11
**separated** 48:4,22 85:25
**separately** 33:9 87:15
**separation** 40:9
**September** 97:10 104:21,21
**sequence** 13:1
**serial** 40:6
**series** 38:21 88:24
**serious** 63:14
**services** 56:9
**set** 37:4 51:10 53:15 66:16 68:5 114:12 117:11 121:16
**sets** 122:23
**settled** 60:25
**settlement** 4:22 17:7 27:10 29:5,8 30:17,22,24,25 31:12 31:17 32:5,10,21 34:6,10 37:4,14 38:8 50:23 51:11 52:17 57:24 60:16,17,19,23 61:1,3 63:1,8,9 69:17 70:12 70:22 83:7,16 86:20 95:17 95:19 120:20 121:24 122:2,6 123:4,5,10 124:16,22 125:2 125:4,7
**settlements** 64:8
**several** 6:1 12:13 26:25 27:24 28:14 77:16 90:6 97:15 112:25 113:4 116:15 120:3 127:3
**share** 60:13
**sheet** 37:8
**sheets** 65:8 68:19
**Sherman** 2:8
**short** 59:6
**shorter** 30:12
**shorthand** 128:7
**shoulders** 29:2 31:1,3
**show** 46:19 49:2 51:8 58:17 83:18 93:2 102:22 117:9 118:11,11 119:11
**showing** 87:20 118:3
**sic** 46:22
**side** 31:24,24 43:1 109:6
**sides** 6:6,17 31:13,23 113:2
**signed** 4:13,20
**significant** 4:21,24 38:21 112:2,3,4
**similar** 19:10 66:5 91:22
**similarly** 11:10 55:9
**simple** 6:3 102:16 127:11
**simply** 14:7,23 15:1,13 16:14 28:10 32:24 33:14 39:11 42:6,11,19,24 43:1 45:23 55:12 70:4 114:24 117:25 118:2 119:6 123:23
**since** 4:8,12 10:14 12:2 54:13 58:17 65:20 82:9 127:6
**single** 13:23 51:18 71:4,19 73:25 74:1,6 76:4 90:2

100:25 101:10,19 111:16
**SIPs** 39:15
**sit** 6:10 19:16 90:3 102:19
**situated** 11:11
**situation** 37:16 72:4 92:8,24 113:13
**six** 24:5 39:8 93:11 113:20
**skin** 73:15
**slip** 34:5 43:1
**slips** 32:15 33:13 36:4,5 39:1 41:14,17,21
**sloppiness** 19:25
**sloppy** 18:18
**small** 17:23 59:8 99:8
**snide** 106:25
**solely** 100:8 126:2
**some** 4:6,6 6:11 8:22 13:12 16:6 17:15,16 18:12,23,24 18:25 21:18 25:12 27:21 36:7 39:24 45:19,23 46:2 47:6,10,17 48:15,23 49:7,10 49:24 51:6 54:18,25 55:13 55:14 65:21,22,23 68:3 69:17,18 70:1 72:2 77:8,12 78:9,18 80:10 84:15,16 85:6 85:23 86:14,23 87:5 88:11 91:13,14 95:24 98:6,23,24 100:22 102:10 110:25 111:9 111:21,22 112:13 119:8,23 121:20 122:3 124:3
**somebody** 35:22 56:23
**somehow** 119:6
**Someone** 84:23,25
**something** 19:10 41:19 70:20 72:24 73:9 75:6 96:16 97:6 117:12 121:1 126:15
**sometime** 25:25 111:13
**sometimes** 37:15 39:23 70:17 77:5
**somewhat** 83:12
**sophistication** 109:23
**sorry** 20:25 55:7,15 66:12 80:2 89:11 99:11
**sort** 23:18 84:11 106:25
**sought** 37:11 62:23
**sounds** 51:17 119:19
**speak** 18:4 54:11 71:4,6 84:6 120:12
**special** 6:6 12:17,19 13:10,11 13:12,13,22,24 14:2 15:1 17:18 20:23 21:13,19 22:4 24:10,11,12 44:1 45:6,6,9 48:21 51:22 53:17,21 78:24 80:23 83:14,25 84:10 92:4 93:16 94:14,16 96:5,6 97:24 98:17 105:6 106:10,11,22 112:23,25 113:9,9,12,16 124:9 127:7
**specific** 8:13 12:21 13:18 14:24 16:15 18:22 26:10 35:4,4,10 44:23 55:20 61:23 83:14 86:25 95:7 98:23 104:17 127:18
**specifically** 5:20 30:8 37:24 53:22,24 61:7 78:2 83:15 113:6 120:9 125:18,18 127:7
**specifics** 100:22
**specifies** 8:23 47:5
**spend** 5:3 17:23 25:16 43:12 92:12,15 101:15 102:13
**spending** 102:2 119:7