**spent** 4:21,22,24 6:21 17:15 18:23 20:2,4 34:3 36:10 39:4 40:16,17 41:23 42:4,24 44:4 54:25 65:4 92:21 100:7 111:23 118:23 125:16 126:2 126:11
**spillover** 110:25
**split** 18:12 34:13 35:1 38:5 77:14
**spring** 86:21,22 88:25 119:9
**Springs** 76:19,22 77:4 103:2 104:22 115:11
**ss** 128:2
**staff** 33:23
**stage** 85:8 86:13 97:23
**stand** 117:5
**standard** 34:6 107:2 121:15 124:16
**standards** 37:4
**standing** 12:24 13:21 14:10 15:3
**standpoint** 35:21
**start** 16:18 60:10 105:14 119:9
**started** 4:14 115:19
**starting** 27:6
**state** 11:4 26:15 27:8,12 30:23 59:21 66:1 104:2 128:2,5
**statement** 26:17 33:18 43:11 65:16 126:23
**statements** 4:3,7
**states** 1:1 126:1
**statistical** 71:25
**status** 9:3 10:20 12:2,7,11,13 13:9 19:8 50:25 112:25 116:25
**stay** 27:19 38:12 82:7,17
**stays** 115:3
**stems** 64:18
**step** 15:6
**steps** 12:10 71:8 72:15 112:12 121:2
**stickies** 58:8
**still** 11:18 21:18 27:20 98:4 99:9 100:14 104:12 108:11
**stipulate** 100:7 126:1
**stipulated** 100:3 118:9
**stipulation** 59:17
**stop** 31:9 54:15 105:14
**stores** 71:8,17,20 72:3
**streamline** 24:15
**street** 1:14 2:3,8 39:20
**strictly** 27:15
**strike** 57:11
**structural** 83:10
**studying** 79:13
**subject** 46:1 100:9 125:17 126:3,12
**submission** 4:15 8:12 12:19 16:15,19 59:14,16 65:10 82:12,13,13,14 97:8 102:23 113:7 119:2
**submissions** 4:8 7:8 10:4 22:25 25:24 48:21 58:23 80:22
**submit** 70:14 82:18 108:13 120:24 121:9,11
**submitted** 10:14 11:23 12:6 22:23 25:11,13 41:6 58:21 60:3 80:21 81:1 109:11 118:18

**submitting** 9:1 10:5,19 18:1
**subsequent** 12:7 21:17
**subsequently** 9:19
**substance** 40:25
**substantial** 15:9 62:3 64:9
**successful** 7:22,24 16:5,8,11 64:4,13 78:15 85:16 97:21 97:23 98:1 105:5 106:5,9,18 127:17
**successfully** 27:9
**sufficient** 75:9,22 87:11 117:8
**suggest** 15:1 103:12,14
**suggested** 68:15 111:14
**suggesting** 78:25 104:1 125:16
**suggestion** 16:7 64:2 117:23 119:6
**suggests** 117:5
**sum** 15:22
**summarize** 104:15
**summary** 104:25
**summer** 119:10
**supervising** 26:24
**supervision** 9:15
**supplement** 122:15
**supplemental** 22:23 24:9 59:10,11,11,15
**supposed** 3:22 23:17 30:18 36:20 37:8 41:25 42:1,22 67:6 94:17,17
**sure** 23:12 47:20 67:13 76:6 82:6,7 88:1 97:7 107:15 110:25 111:12 114:4 119:13 122:18 125:12
**survive** 21:24
**survived** 21:6,7,15
**survives** 93:24
**sworn** 4:10 59:21 108:14
**system** 27:11 39:16

---
**T**

**tactics** 112:11
**take** 31:11 32:11,12 33:21 46:17 50:18 52:24 61:9 70:3 72:15 76:8,22 78:20 81:23 92:8 103:19 112:12 117:24 124:7 126:23
**taken** 1:13 3:3 10:15 12:10 31:15 32:1 38:3,11 59:6 60:23 62:17,18 101:18 108:11 112:13 119:15 128:7
**takes** 77:2
**taking** 32:12 35:16 70:5 71:8 101:20
**talk** 9:13 16:10 34:15 36:11 38:6 39:11,24,25 45:21 46:7 46:7 47:6,23 48:3 59:25 65:2 73:1,25 86:24 91:23 92:16 115:8 118:4 120:15 122:19
**talked** 38:5 39:7 57:21,23 76:13 77:11 86:14 91:5
**talking** 4:23 5:4 20:24 27:1 36:25 38:18 40:17 41:24 47:12 74:7,8 87:1,7 119:7
**talks** 123:5
**technical** 6:11
**techniques** 72:1
**tell** 10:18 25:12 28:1 30:5 33:23 44:1,2
**telling** 30:2 85:25 113:9

115:23
**Teresa** 1:15 128:4,18
**term** 61:18
**terms** 30:2,17,22 42:23 56:2 85:7 97:16 121:7 122:12
**test** 51:10
**testified** 23:22 53:5 59:22 74:2 77:19 87:13 119:16
**testify** 20:5
**testimony** 2:11,17 3:17,17,18 3:19 4:6,11 18:14 22:17,21 23:21 26:8,9,12,19 59:19 80:10 82:6,17 108:11,13,14 108:16 128:10
**thank** 3:13 12:16 43:24 47:9 54:2 80:15 81:22 83:3 84:8 89:11 108:15 127:21,22
**their** 3:19 8:8 9:1 16:7,15,19 19:14 22:8 31:15 32:18 37:1 37:10 44:4 45:16,25 47:7 48:16,18 49:19 50:11 52:20 53:17 62:7 68:2 70:5,11 72:21 76:23 80:5,11 81:12 82:12,14 84:13 85:24 86:1 91:11 92:16 94:6,11 95:11 96:14,17,25 99:1 102:5 103:3 105:2,17 106:7,15,15 107:4 110:13 112:11 119:21 120:7 121:23,25 123:12
**themselves** 72:16,25 74:25 76:9 85:25 101:18 112:1
**theory** 119:21
**thing** 42:14 49:14 79:7 99:22 102:6 106:4 116:14 122:19
**things** 13:9 41:25 58:1 67:12 121:14
**think** 4:5 5:13 8:2 9:4,11 11:23,24 13:3 14:1,11,23 15:6,7,22 16:6 17:21,24,25 19:9,24 20:9 22:14 23:17 24:2 25:25 26:13,16 28:2 29:1,22 30:12 34:2 41:12 43:2,15 47:22 49:10 51:4 54:21 55:6 57:3,10 58:9,15 59:16 60:24 62:20 63:13,23 64:19,22,25 65:15,20,20 66:4 68:1,1,5,9 69:6,11,23 70:16,19,19 71:2,7,25 72:4 72:11 73:8,14,18 74:2,21 75:4,7 76:10,13,17,24,25 77:8,8,25 78:22 79:13,14 82:1,8 83:12 84:10 85:24 86:22 87:10 90:4 91:20 93:2 93:22 94:22 96:22 97:2 98:2 102:1,16 104:2,3,20 105:19 106:1,19 107:2,22 108:1 110:1,16 111:6,7 112:12 113:6 114:3 115:12,12 117:16 118:10 119:5 122:3 122:20 126:6 127:20
**third** 29:1 94:4
**though** 5:8 35:3 41:4 44:19 92:21 110:5 111:14
**thought** 9:23 55:4 79:25 87:12
**thousands** 71:18
**three** 27:23 38:13 45:24 48:1 48:2,10 54:22 55:8 87:7 127:2
**three-part** 51:10
**through** 7:8 16:14,20 24:6,7,8

24:16,25 25:4,15 33:6 39:13 39:18 40:3 51:22 53:14 59:1 76:4 81:24 96:5 100:25 101:10,19,25 102:23 103:15 103:22 104:20,23 110:22 111:22 116:18 117:16 123:9
**throughout** 27:19 90:6 91:18
**throw** 15:13
**throwing** 15:16
**Thursday** 1:14
**ticket** 95:20
**tied** 61:5
**time** 4:16,21,23,25 5:3 6:20,21 9:20 11:23 13:11,16 17:15 17:15,16,23 18:1,18,19,22 18:25 19:16,25 22:18,20,23 22:24 23:5,8 26:25 27:3,17 32:15 33:1,2,4,13 34:1,3,4 34:13,25 35:2,17,23 36:4,5,9 38:22 39:1,3,4 40:11,12,20 40:21 41:13,14,21,22,23 42:4,4,7,11,18,21,24 43:1,12 44:3,4 50:5 54:25 62:23 64:5 65:4,8 68:18 69:19 76:14,15,19 77:12,22 89:19 91:21 92:13,16 100:7 101:14 101:21 102:3,23,25 103:5,8 105:4,7 111:23 117:21 118:23 119:1,4,7 125:16 126:2,11
**timely** 124:12
**times** 38:18 54:22
**title** 81:1
**today** 4:19 5:3 8:15 10:5 16:17 33:13 36:5 53:18 99:24
**together** 73:1 93:11 96:18
**told** 27:22 34:19 40:24
**top** 24:13 48:24 57:9 121:10
**topic** 104:7
**topics** 19:16
**totality** 90:24
**totals** 103:1
**touch** 113:18
**touched** 29:6 32:25
**touring** 18:5
**tours** 18:12
**toward** 86:3
**towards** 77:23
**track** 8:10 45:12
**trained** 15:18
**training** 96:15
**transcript** 1:10 128:9
**transcription** 128:8
**transportation** 40:21
**travel** 25:6,7,8,9,13,19,21 26:7 40:9,20 76:14,15 89:24 103:4
**travelling** 41:1
**treated** 58:3
**tremendous** 24:15
**trial** 92:12,18
**tried** 5:8 18:22 24:14 27:16
**trip** 18:13 37:25 38:3 40:14
**trips** 40:15 117:19,22
**true** 38:15 44:18 70:1 71:2 97:16 111:21 126:21 128:9
**truth** 59:21
**truthful** 119:6
**try** 15:18 30:11 117:21
**trying** 11:22 15:17 19:24

13

25:17 50:15 57:23 74:15
75:19,23 94:2 114:21
**Tuesday** 101:22 102:25
  117:20
**turn** 26:11,14
**turned** 31:6 52:23 53:2
**two** 8:3,19 11:18 16:22 17:12
  20:9,11 22:16 28:18 35:11
  38:12,13 39:10 45:24 54:21
  54:22 55:20 77:10,15 83:8
  85:6 88:15 89:5,8,24 92:1
  101:24 102:12 103:15 104:9
  118:25 127:2
**two-way** 39:20
**two-year** 115:14
**type** 6:22,25 7:2 20:18 121:17
**types** 6:1 7:16 10:11 61:21
**typewritten** 128:7
**typical** 123:10
**typically** 67:1 69:6,11,14
  76:15 80:14

———— U ————
**Uh-huh** 10:1 114:15
**ultimately** 107:8,10 110:6
**uncontested** 59:18
**undecided** 95:1,2 107:4
**under** 6:23 7:12,18 11:20
  21:11,13,22 22:10,14 28:16
  29:7 30:16 32:5,6,21 33:7
  34:10 37:14 50:22 52:17
  57:1,24 61:13 62:4 64:16,20
  65:25 78:12,13,14 80:2 92:9
  92:20 93:2,4,25 95:5 98:2
  100:10 101:3 107:2 108:12
  119:18,21 121:7 122:25
  124:18 125:3,24 126:3,12
**understand** 13:19 44:23
  50:20 55:14 62:6 64:16
  66:15 74:9 76:18 78:17 85:3
  107:16 112:19
**understanding** 13:8 52:11,25
  64:7,9 78:5 79:3,4
**understood** 91:9
**united** 1:1 80:24
**universal** 63:2 75:23
**unless** 5:4 7:8 8:14 26:3,10
  43:2 64:4 91:5 106:8 114:18
  120:15
**unlikely** 62:9
**unnamed** 69:8,12,21 71:5,7
**unpublished** 120:19
**unreasonable** 103:21 107:20
**until** 8:14 22:19 98:6 105:21
  106:2,17 111:6,8,13
**unusual** 83:12 95:10
**use** 19:15 23:5,8 39:24 46:25
  72:23 74:22 75:2,23 84:9
**used** 62:25 68:14 77:12
**using** 61:17 76:7
**usually** 24:2 67:5 69:10 70:2
  72:9

———— V ————
**v** 1:6
**Valley** 89:17
**various** 6:16 71:10 72:6
**vast** 6:20 35:5 46:11 109:19
  111:4
**Velasco** 28:12
**versus** 27:8,15 28:12,13,13,24

77:23 109:7
**very** 5:6 13:20 18:22 24:14
  32:14 41:24 63:24 69:4
  81:13 84:8 91:22 95:7
  112:11 113:2,19 116:13,17
  116:17 124:4,20
**victory** 94:25
**view** 83:6
**viewpoints** 124:21
**views** 68:4
**violation** 37:2
**virus** 29:11
**visit** 45:13 47:5 71:16,18 72:2
  89:16,17 104:8,11,19 119:12
**visiting** 91:16
**visits** 38:22 45:14 77:7 86:7
  86:14,15,21 87:4,6,13 88:18
  88:24 89:15,25 90:5,11,18
  91:3,21 104:10 115:17,17
  118:22 119:9,15
**Vista** 90:8
**volume** 24:7,13,16 118:1

———— W ————
**wait** 125:10
**walks** 36:17
**want** 4:2,4 7:8 16:14 25:16
  29:16 46:4 54:15,16 58:12
  74:4 81:24 85:15 94:13
  99:23 103:24 108:12,19
  114:19 115:4,8,12 118:4
  121:9,10
**wanted** 100:20 122:19
**wants** 47:14,23 55:2
**wasn't** 13:14 56:16 111:18
  122:5
**waste** 34:1
**way** 5:10 15:21 17:4 25:1 33:6
  34:20 51:6 52:1 53:2 60:19
  69:5 70:13 71:9,22,23 73:15
  73:22 75:24 77:11 81:25
  83:6 84:8 92:10 98:23 99:16
  103:25 107:3 117:23 124:3
  127:20 128:11
**ways** 115:24
**wealth** 116:25
**well** 3:9 7:4 10:18 15:8 18:4
  19:6,12 22:7,24 24:8 28:14
  31:16 43:10 45:11,18 46:19
  46:24 47:1 48:9 49:3,7,8,12
  49:15 50:12 51:21 52:2 53:1
  53:7 55:19 57:19 59:17 61:1
  62:6,20 64:1,7 65:7 66:2
  67:12,14 69:23,25 70:7
  73:20,23 74:6 75:13 76:23
  78:13,20 82:7 83:10 85:12
  86:21 87:3,6 88:21 89:12,14
  89:23 91:22 95:22 97:25
  98:14 101:2 102:22 105:16
  107:10,18 108:13 113:13,20
  120:24 123:1
**went** 25:10 39:3 56:5 86:9,17
  86:23 87:5,8,9 88:11 90:8,9
  91:5 104:8,10,19,22 105:19
  110:22 117:15,20
**were** 3:2,25 4:10 5:20 6:2,13
  6:16 7:15,17 9:1,5,5,11
  10:16 11:4 12:1,8 16:1,8
  17:13,20 18:15 20:2,4,4
  21:19,22 23:9 25:11,12 26:5
  27:20 28:21 30:22,23 31:14

32:11,16,18,23,23 33:10
  34:9 35:10,11 36:9 37:1,11
  37:17 39:12,15,17 40:24
  48:11 52:3 54:4 55:8,11
  56:2 58:9 60:11,14 61:8,13
  61:14,16,17,21,23 62:7,15
  63:16 64:24 65:12 67:16,17
  68:21 70:14 71:9 75:15
  77:10,25 79:16,18,18 81:14
  83:14 86:9,11,22 87:4,14
  88:7,19 91:8 94:19 96:20
  97:13 98:1,11 99:4 101:22
  104:12 105:18,21 106:3
  107:19 110:17,20,20,23
  111:6,7 115:17,18 117:6,20
  119:10 121:6 123:1 124:8
  126:15 127:7
**weren't** 6:3,13 7:3 19:17
  54:19 55:11
**Westlaw** 65:23
**we'll** 26:16 35:6 41:3 45:21
  82:8,23 122:14
**we're** 3:20 10:5 20:10 24:21
  25:17 29:13 33:22 35:1 39:5
  40:23 49:18 51:21 82:2,9
  87:9 93:3 94:2 96:12,17
  108:20 113:13 119:6,7
  120:10 121:11 124:4 125:2,3
  125:4,15 126:18,18
**we've** 6:6 13:24 27:1 41:13
  48:17 50:17 52:7 54:23,25
  57:21,22 69:2 84:5 94:8
  106:7 109:11 112:13 126:24
  127:2
**whatsoever** 22:9
**WHEREOF** 128:14
**whichever** 107:3
**while** 26:22 37:15 38:16 41:1
  42:5 52:3 78:6
**whole** 53:15 59:21 63:6 83:24
  103:19 126:7,7
**willing** 35:1
**win** 93:4 94:1 98:6
**winning** 31:23 78:10 84:16
**wins** 93:25
**wish** 123:14
**wishes** 68:4
**withdraw** 25:18 35:6 41:3
  59:14 127:12
**withdrawing** 113:10
**withdrawn** 63:18
**witness** 38:16,17 128:14
**witnesses** 4:10 58:18 82:3
**wolves** 15:13,17
**won** 106:13 124:18
**wondering** 40:16 55:17 56:13
  108:4
**word** 9:17
**words** 6:19,24 42:16 98:15
**work** 28:4 49:10,24 61:4 63:6
  64:12 67:16 69:5 77:2 81:24
  92:17 98:1 100:1 103:6
  105:21 122:24
**worked** 20:6 22:17 26:21 28:6
  53:2
**working** 13:5 28:8 35:13
  62:23 105:18
**world** 40:2
**worth** 82:22
**wouldn't** 46:1 59:3 71:18
  73:13 107:24

**write** 40:4 45:19 118:17
**writing** 40:7 120:11
**written** 49:8
**wrong** 15:1 44:14 57:3
**wrote** 90:25 113:8

———— X ————
**X** 2:7 29:13 52:4,5 93:1 122:23
**X's** 52:5

———— Y ————
**yeah** 46:18 57:6 88:3 89:18
  90:8 99:16,18 107:15
**year** 89:4 110:21 111:11,13
  119:10
**years** 27:23,24 54:23 85:6
**yesterday** 58:23
**York** 2:3

———— $ ————
**$1.20** 114:22
**$135** 100:5,19 126:4
**$180** 35:16
**$300** 35:17
**$365.07** 25:18
**$5,000** 104:24
**$550** 76:21
**$8,000** 103:2,21
**$900** 102:19

———— 0 ————
**03** 25:9,9 38:2
**04** 105:19,20

———— 1 ————
**1st** 89:3 119:1
**1,300** 109:20 111:17
**1.6** 19:20
**1.8** 19:21
**1:16** 127:23
**10** 1:15 8:6 34:25 51:15 52:24
  53:4 85:10,11 94:8 109:21
  110:6,10 118:10 126:19,20
**10th** 90:9 102:4 103:16
**10-26-03** 17:13
**10-27-03** 17:13
**108** 2:18
**11** 9:25 11:23
**11th** 7:9 10:22 14:2
**12** 27:23 110:6
**12-17-03** 18:3
**13** 27:24
**13th** 128:15
**14** 97:10
**15** 24:1 65:19
**15th** 102:5 103:16
**1525** 2:8
**1601** 1:14
**1670** 2:3
**19** 27:16
**1978** 65:20
**1983** 21:7,13 27:18 30:23 32:6
  50:1 92:11,21 93:4 97:12
  124:25 125:21
**1988** 94:1 124:25
**1996** 27:20

———— 2 ————
**2** 12:19 55:9 97:10
**2-22-04** 42:8

Calderwood-Mackelprang, Inc. 303.477.3500

14

**2-22-05** 42:13
**2-25-05** 42:14
**2-26** 42:20
**20** 24:2 117:4
**20th** 103:16
**2003** 25:25
**2004** 20:21 21:1 55:9 86:23
**2005** 1:15 34:4 41:22 46:21
      86:22 97:10 111:8 115:14
      118:15,17,22
**2006** 128:15
**2008** 128:16
**24** 113:20,21
**24th** 90:9
**25th** 90:9
**26** 2:12
**27** 115:14
**275** 35:17 101:25
**29** 43:19
**29th** 46:21 118:22
**298-9878** 2:4

### 3
**3** 19:5 97:10
**3-30** 89:15,24
**3-31** 89:14,15
**30** 43:4 100:7
**300** 101:24
**303** 2:4,9
**31** 4:15 43:16 89:19
**31st** 89:3
**32** 80:3
**32-page** 117:14
**33** 100:7

### 4
**4** 2:11 16:18 112:22 128:16
**4th** 34:3
**4-21** 89:16
**4-25** 89:17
**44** 2:13

### 5
**5** 54:10 80:21
**5th** 2:8 90:18
**5,000** 72:2 104:24
**5-4** 41:2
**50** 99:3
**50-cent** 59:16
**53** 106:22
**59** 2:14

### 6
**6** 20:1 38:20 118:15
**6th** 118:17
**6-2** 54:10
**6-2-2004** 54:5
**6-27-05** 19:19
**6-30-04** 19:4
**60** 84:5 99:3
**66** 2:15

### 7
**7th** 104:21
**7-29-04** 20:1
**70** 84:5
**70s** 27:7,17

### 8
**8th** 10:7 11:16,25 12:1 14:1
  21:14,18,20 29:7 78:12,13
  92:9,11,20 93:3,4 97:12
  98:12 100:2,8,13,17 103:1
  106:6 125:19,24 126:2,9
**8-1-2005** 55:22
**8-27-04** 20:1
**8-31-03** 25:8
**8-9** 56:16,16
**80** 2:15 27:17
**800** 102:19
**80203** 2:8
**80206** 2:4
**81** 27:17
**83** 2:17
**866-5443** 2:9

### 9
**9th** 90:8,19
**9-1-04** 19:11
**9-23-03** 16:22
**9:38** 1:15
**92-N-00870** 1:2
**96-N-00343** 1:3
**99-percent** 41:4