# King & Greisen, LLP
## Patricia S. Bellac
### Of Counsel

| | |
|---|---|
| 4845 Pearl East Circle, Suite 101 | (303) 442-5111 |
| Boulder, CO 80301 | fax (303) 581-9488 |
| www.psblawfirm.com | psblawfirm@comcast.net |

March 29, 2005

*VIA FACSIMILE TO (719) 226-4243*
THERESA REYNOLDS
Colorado Department of Corrections

Re: *Montez v. Owens, et. al.*
*Inmate Visits in Canon City*

Dear Ms. Reynolds:

As per the agreement reached March 25, 2005 between Elizabeth McCann and David Miller of King & Greisen, I am sending you a list of inmates I would like to visit **on Thursday, March 31st and Friday, April 1st**. As you will see, the list consists of ten inmates who, on information and belief, are housed at Canon City facilities. I realize that it may not be possible to see all of these inmates over a two-day period, and am open to your reasonable suggestions regarding order of visits and other scheduling details. Each visit will likely take between 60 and 90 minutes.

**ACC**
Richard Allen, 738, Client, regarding individual claim and claimed retaliation

**CCF**
Seth Reed, 108549

**CTCF**
Frederique Klooster, 113706, regarding individual claim and compliance concerns

**FMCC**
Joseph Archibeque, 47339, regarding individual claim and compliance concerns

**FCF**
William Loggins, 00827, regarding individual claim
Leon Silkwood, 119546, regarding individual claim
Anthony Vaughn, 116051, regarding individual claim



Gregory Ramirez, 42564, regarding individual claim and compliance concerns

**CSP**

Kenny Garcia, Jr, regarding the claim of Kenny Garcia, Sr (deceased) and compliance concerns.

I will call you to discuss this list, and follow-up with the case managers regarding Loggins, Silkwood, Reed and Vaughn. It is our understanding that case manager communication and written authorization will NOT be necessary for the other inmate visits, as per Ms. McCann's and Mr. Miller's agreement. For your reference, a copy of an email memorializing that agreement is included with this letter.

Thank you in advance for your efforts to facilitate this matter. Please call me with your questions.

Sincerely,

Patricia S. Bellac
Of Counsel
King & Greisen, LLP

# King & Greisen, LLP
## *Patricia S. Bellac*
## *Of Counsel*

| | |
|---|---|
| 4845 Pearl East Circle, Suite 101 | (303) 442-5111 |
| Boulder, CO 80301 | fax (303) 581-9488 |
| www.psblawfirm.com | psblawfirm@comcast.net |

May 2, 2005

VIA FACSIMILE AND UNITED STATES MAIL
Mr. James Quinn
Colorado Attorney General's Office
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

      Re: *Requests for Production of Documents*
          *Richard Allen, 073, ACC*
          *Stephen Clouse, 0532, FLCF*
          *Marcos Garza, 84806, FLCF*
          *John Medina, 86921, DRDC*
          *Harold Youell, 92352, SCF*

Dear Mr. Quinn:

      Pursuant to my voicemail to you of last week, we request that you treat the above-referenced Requests for Production of Documents, sent to you on April 21st, 2005, as requests within your procedures. **Please respond by providing copies of the documents requested, and mailing a copy of those documents to me, by May 21st, 2005, as requested therein. If you object to any production request, please file a written response stating your objection, also by May 21st, 2005. Please indicate if there is anything that further that you will need from us in advance of processing these requests. Your cooperation is appreciated.**

      Of course, please feel free to call me should you have any questions.

                                      Sincerely,

                                      KING & GREISEN, LLP

                                      Patricia S. Bellac
                                      Of Counsel

EXHIBIT B

# King & Greisen, LLP
## *Patricia S. Bellac*
## *Of Counsel*

---

4845 Pearl East Circle, Suite 101                 (303) 442-5111
Boulder, CO  80301                                      fax  (303) 581-9488
www.psblawfirm.com                               psblawfirm@comcast.net

June 6, 2005

Mr. James Quinn
Mr. Jess Dance
Colorado Attorney General's Office
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

             Re: ***Requests for Production of Documents***
                    *Richard Allen, 0738, ACC*
                    *Stephen Clouse, 0532, FLCF*
                    *Marcos Garza, 84806, FLCF*
                    *John Medina, 86921, DRDC*
                    *Harold Youell, 92352, SCF*
                    *Gregory Ramirez, 42564, FCC*
                    *Joe Fuller, 33479, DRDC*

Dear Mr. Dance and Mr. Quinn:

      As per my telephone conversations with Mr. Dance, DOC will facilitate discovery for these and other client\claimants as follows:

1.      On appointment through Teresa Reynolds, I may view an inmate's *entire* medical file, and flag documents for copying. You have assured us that the complete file will be available on the scheduled appointment day. DOC will arrange for copying of the documents and mail them to me (I will provide postage labels) and King & Greisen, LLP will pay the copying costs set forth in the administrative regulations, unless a contrary order is entered by Judge Kane. I will bring a signed release for each inmate.

2.      On appointment made through Tom Koll at DOC headquarters, I may view all of the above inmates' working files. Please advise if there will be any problem in utilizing the copy and forwarding procedures set forth in paragraph no. 1, for the working files' discovery. I will bring a signed release



    for each inmate.

3. You have talked to officials at Ft Lyon, and case manager Maestas is authorized to sign as a witness on Marcos Garza's medical release form. You will facilitate other inmates' attempts to obtain witness signatures as necessary.

  Thank you for your cooperation. Of course, please feel free to call me should you have any questions.

        Sincerely,

        KING & GREISEN, LLP

        Patricia S. Bellac
        Of Counsel