IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JESSE MONTEZ, et al.

    Plaintiffs.

-vs.-

    Defendants.

BILL OWENS, et al.

Claim Number 03-051
Category III
Claimant: Steven Paul Walker #114350
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO. 81038-1000

COMBINED PETITION FOR JUDGEMENT
FOR DEFAULT + MONETARY DAMAGES

    Claimant(Plaintiff) Steven Paul Walker, comes hereby Pro Se and submits his Combined Petition for Judgement for Default + Monetary Damages. The Defendants are in default of complying with the Special Master's Final order.

As to Claim Number 03-051

    Defendants are directed to provide Claimant with a Flex Foot Modular 3, Carbon X Active Heel Prosthesis. Further, Defendants were directed to provide maintenance for this prosthesis in the same fashion that they would for a different model. This prosthesis was to be provided to Claimant within ninety day's of the Final Order of the Special Master, or within ninety day's of the final resolution of any appeal by Judge Kane, it is now 12/19/05 and the final order was given on 6/13/05. The Claimant has not received any appeal by Judge Kane and the Defendants were ordered by Richard M. Borcher the Special Master to provide the Claimant with a Flex Foot Modular 3, etc., Prosthesis as the remedy for what occurred at the Limon Correctional Facility. **IT WAS FURTHER ORDERED** that Claimant and Defendants were advised that they may file an objection to this Final Order Pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO. 80294 <u>**On or before August 8th, 2005.**</u>

The Claimant has been informed by Paula Greisen and Patricia S. Bellac, of King+Greisen that Defendants filed their ojection to the Special Master's Final Order on August 18th 2005. The Defendants were ordered to file their objection if any <u>on or before August 8th, 2005,</u> so any such objection can not be admissible or allowed if filed past August 8th, 2005. **The Claimant has not received any such motion of objection to the Special Master's Final Order, that the Defendants claim they filed on August 18th, 2005.** If the defendants did object to this final order the Claimant should receive a copy of this motion of any such objection. Claimant did receive a motion from KIng+Greisen, Class Counsel from Paula Greisen+Patricia S. Bellac dated the 30th day of August, 2005, I am sure you did receive a copy of this motion also. The motion is titled **(NOTICE OF CLASS COUNSEL'S INTERVENTION REGARDING THE SPECIAL MASTER'S FINAL ORDER.)** It states in this motion that the Special Master's Final Order was June 30th, 2005, this date of June 30th, 2005 is a incorect date. The date the Special Master gave his Final Order on is <u>**the 13th day of June, 2005 not the 30th day of June, 2005.**</u> If the defendants are claiming the 30th day of June as the date, they are incorrect.

The Claimant is still in a wheelchair parttime and the Defendants or Medical at DOC have not made any attempt to fit Claimant for the Flex Foot Modular 3. Defendants are now in default and are in contempt of court. The Defendants have failed to meet any Timelines or deadlines regarding dates set by the Special Master.

The Claimant is seeking a Monetary Judgement for Damages due to the Defendants negligence towards the Claimant. The Claimant wants to maintain his health and everyday he is in a wheelchair or without this Flex Foot Mod. 3, he is not able to work certain jobs (like the dog program) or participate in many activities, and he is not getting proper exercise, this is robbing and taking away from his quality of life he lives from day to day. The Claimant had to leave the Dog Program because the prosthesis he has does not fit right and is hurting his knee to wear, so Claimant is in his wheelchair alot of the time.

The Claimant is requesting twenty five dollars a day for monetary damages, for everyday the Defendants are in default, or whatever the Special Master would deem appropriate.

The Claimant is requesting the Special Master to Order the Defendants to compensate the Claimant with monetary damages and to promptly provide the Claimant with the Flex Foot Modular 3, Carbon X active Heel Prosthesis.

The Defendants had ninety days from June 13th, 2005 and now it is past December 19th, 2005, the Defendants have not complied with any timelines or deadlines. The Claimant has not heard from Medical or Defendants about fitting him for the Flex Foot Mod. 3. **If the Defendants have filed any objections to the Final Order of the Special Master, the Claimant has not received any motion from the Defendants for such an objection.** I have been informed by KIng+Greisen that they received this objection, so why would the Claimant not receive this objection? **If the Defendants did file an objection on August 18th, 2005 the objection would be filed to late because the deadline was August 8th, 2005.** The Claimant is requesting the Special Master not to allow any objection filed past this deadline of August 8th, 2005.

The Claimant is requesting the Special Master to Order the Defendants to comply with the Final Order and provide the Claimant With the Flex Foot Modular 3, Carbon X Active Heel Prosthesis.

The Claimant is requesting $25.00 per day for everyday that the Defendants are in Default. The Defendants actually are in Default starting on September 15th, 2005, because this is the end of the ninety day period which DOC, Medical had to provide the Claimant with the Flex Foot Modular 3 Prosthesis. The ninety day period statted on the 13th day of June 2005.

RESPECTFULLY SUBMITTED this 19th day of December 2005.

STEVEN PAUL WALKER, #114350
FLCF
P.O. BOX 1000
FORT LYON, CO. 81038-1000

Steven P. Walker

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the COMBINED PETITION FOR JUDGEMENT FOR DEFAULT + MONETARY DAMAGES this 19th day of December, 2005 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman street, 5th floor
Denver, CO 80203

~~Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206~~

Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United States District
    Court for the district of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

12-19-05

Steven P. Walker
# 114350