RECEIVED
FEB 1 2006
BY:_____

Claim Number 03-133
Category III
Claimant: Jose-Luis Dole # 109864
Address of Claimant: HCCC, 304 Ray Sandoval Street, Walsenburg CO, 81089

Judge Richard M. Borchers
Special Masters for the U.S. District
   Court of the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Regards: Payment as Ordered

   It was further Ordered " that the claim of Jose-Luis Dole Shall pay on or before January 16, 2006 to claimant the sum of 250.00 for the non-nominal injury that claimant endured as the reult of not being provided insulin on a daily basis at HCCC" and it now January 27, 2006 and claimant has not been paid.

Thank You

*Jose-Luis Dole*
Jose-Luis Dole