

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Mackey OK for Black shoes to exercise yard etc. - Sgt. Smith
05/05/05

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

Exhibit 1

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

PRICARE CODE NO.: CSU
NAME: Mackey, Waldo
OFFENDER NO.: 82262
LIVING UNIT: CSP E7-23
DATE: 11/17/02
TIME: ~1220
PROBLEM 1 2

SUBJECTIVE: New Arrival, 4 issues: ① c/o blood noses gd. Nasal mucosa appears dry, irritated c name ® > ©. Told to use Bacitracin pm - has tube in cell. ② c/o HAs, points to bilat frontal sinuses, x yrs. Describes as pressure/pain gd. Reports dark green nasal d/c + occ phlegm from back of throat. Denies any drug allergies. Reports Benadryl of [?] help. ③ Wants wedge pillow - told to use legal box to make wedge pillow. Pt on Zantac 300mg BID. ④ Requests to have lift ok'd by medical, ② leg shorter than ®. Discussed c Officer Jimenez - will scan lift tomorrow to make sure [?] metal. If no metal, will give to I/M.

OBJECTIVE: Temp ___ Pulse ___ Resp ___ B/P ___

ASSESSMENT:

PLAN/ORDERS:
① d/c Benadryl
② CTM 4mg 1 tab BID x 90d
③ Sinus x-ray (scMo)
④ Pt may have lift for
⑤ shoe while in CSP - pending scan + clearance from security

SIGNATURE NURSE: Copy to E-pool Staff
P.E.:
PHYSICIAN:
Rx NO.:

---

PRICARE CODE NO.:
NAME: Mackey, Waldo
OFFENDER NO.: 82262
LIVING UNIT: CSP E7-23
DATE: 11/13/02
TIME: 1625
PROBLEM 1 2

SUBJECTIVE: New Arrival
Chart Reviewed
Code: M-2

OBJECTIVE: Temp ___ Pulse ___ Resp ___ B/P ___
PE: 2002
PPD: 2/02 Ø x4
Td: 2002
RPR: 10/01 NR
HIV: 10/01 neg
Allergies: None listed
-Hep A } all neg
     B }  11/01
     C }

ASSESSMENT:

PLAN/ORDERS: Ø orders

SIGNATURE NURSE: Kathy Grayson 11/13/02 2018
P.E.:
PHYSICIAN:
Rx NO.:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201