COLORADO DEPARTMENT OF CORRECTIONS
PROGRESS ASSESSMENT SUMMARY
DATE OF PAS: 03/11/2005
STATUS: FINAL

Print Date: 03/11/2005

*Exhibit 2*

Doc No: 82262  MACKEY, WALDO J.
Current Custody: MAX AD SEG

Facility: CENTENNIAL
Case Manager: GLIDEWELL, J
Next PAS Date: 09/09/2005

---

### WORK LEVEL   INITIAL: 4   CURRENT: 3

SKILLS: warehouse, material handler

Jobs in Ad Seg are very limited. He has been unassigned during this rating period.

---

### ACADEMIC / VOCATIONAL   INITIAL: 2/2   CURRENT: 2/2

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Vocational Education Technology | | | 11/27/1995 | Yes | No | |
| Computer Information Processing | | | 06/21/1995 | Yes | No | |
| High School diploma | | | 01/01/1971 | Yes | No | |

Mackey received his High School diploma according to his file in 1971. He completed the Gang Awareness on 04/25/03, Prison Life Skills on 08/15/03, and the Anger Management on 12/05/03. Recommend Crime Impact on Victims. No other vocational training.

---

### MEDICAL / DENTAL   INITIAL: 2/1   CURRENT: 3/1

| | | | | | |
|---|---|---|---|---|---|
| Medical Level: | Qualify | P | PERMANENT | Date Assigned: | 01/24/2005 |
| Dental Level: | Qualify | | | Date Assigned: | 12/17/1993 |
| | Allergy: | | NKO | Medical Hold: | N |

**Medical Housing Restrictions**

| Date Assigned | Restrictions | Qualifier |
|---|---|---|
| 6/16/1999 | LOWER BUNK | |
| 2/13/2004 | OTHER HEALTH CARE EQUIPMENT REQUIRED | |

**Medical Assignment Restrictions**

| Date Assigned | Restrictions | Qualifier |
|---|---|---|

Mackey does have housing restrictions. He is aware of how to contact medical if any needs arise.

---

### SUBSTANCE ABUSE   INITIAL: 2   CURRENT: 2

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Mackey has mild needs in this area. He has not had any program participation in this area during this review period. He will be monitored for any changes.

---

### SEXUAL VIOLENCE   INITIAL: 5   CURRENT: 5

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Mackey was reviewed for SOTP on 11/12/2003 at CSP. He meets the requirements of the program when it becomes available to him in GP. He has not had any program participation in this area during this review period.