## Centennial Correctional Facility / Colorado State Penitentiary
## INFORMATIVE / INCIDENT REPORT FORM

Exhibit A

CCF/CSP Form 100-
Revised 04/20

| | | | | | |
|---|---|---|---|---|---|
| Incident Date | 07-26-04 | Incident Time | 1315 Hrs. | Specific Location | CCF Property |
| Employee Name | C/O James F. Clark II | | | Employee's Work Unit | CCF Property |
| Type of Incident | Bartering | | | | |
| Inmate's Name | Trujillo, John | | DOC # 87138 | Cell Assignment | F 3-7 |

Information / details of incident (who, what, when, where, why, how):

On 07-26-04, at approx. 1315 Hrs. I, C/O. J. Clark, was processing the incoming mail. I opened a box that was mailed into the facility for inmate Mackey, Waldo DOC # 82262. I then looked at the shipping invoice and noticed the "purchased by" to be inmate Trujillo, John #87138. And the "ship to" was Inmate Mackey #82262, they both are in the same living unit and pod. The book was not issued to inmate Mackey #82262. It is being held in property.

Shirt Commander notified.

(use other side if need)

I certify that aforementioned incident and summary are true and correct to my knowledge.

_James F Clark_          07-26-04          1315 Hrs.
Employee Signature        Date of Report     Time of Report

[ ] Incentive Level Reduction   2   1           Disciplinary Charges Requested   [ ] yes   [ ] no

[ ] Intensive Supervision Implemented:   [ ] Special Controls   [ ] BMP   [ ] Dry Cell Watch   [ ] Mental Health/Medical Observation

Temporary Suspension of Privileges:   24-hour maximum   [ ] day hall (PRO Unit inmates only)

3 days maximum   [ ] TV confiscated

7 days maximum   [ ] phone   [ ] library   [ ] canteen   [ ] recreation

Review and investigation of possible COPD violation(s) started by: _____

Reviewing Supervisor's Signature          Date

Shift Commander's Signature          7-26-04 Date

Distribution:  Disciplinary Officer
Unit Supervisor
Case Manager
Warden
Laundry

Attachment A
Page 1 of 2