

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER APPEAL FORM**

DC FORM 150-1D (REVISED)

CASE NO. 05-10

A 3.4

1. Offender Name: Waldo Mackey
2. DOC No. 82262
3. Current Facility: CCF
4. Facility Initiating Hearing: CCF
5. Type of Appeal: ___ Disciplinary  X Classification
6. Date Hearing Held: 8-16-04

7. Basis of Appeal (check the boxes which apply) Please Print. Be brief-no additional attachments allowed.  Exhibit 4

☒ PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
☒ LACK OF SUBSTANTIAL EVIDENCE: (State specifically what substantial evidence was not present in this hearing)
☒ NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

On 7-25-04 a book arrived at CCF mailroom addressed to me. Staff claimed that inmate John Trujillo #37138 sent the book to me, when in fact it was sent by his father who also is named John Trujillo Senior. When I asked to look at the invoice slip for the book, they would not let me or inmate Trujillo. They said the book was proof enough. But the invoice slip is proof of who sent the book, how and where from. Inmate Trujillo told me he didn't send it and he didn't draw a money order. Trujillo received a report, I didn't. Staff had already decided that we were bartering before he had his hearing or I was staffed. Without the invoice slip there is no evidence. See COPD 4. Burden of Proof & Evidence (1) The hearing officer shall admit all reliable non-repetitious evidence which is probative of the facts of the incident from which the charges arise. Page 24-30. Also I just received in the mail the Barnes & Noble receipt how the book was purchased, who purchased the book (Mary Trujillo), the acct. no, and the method of payment. (I honestly thought J. Trujillo purchased it) that is Senior! I have this info in my cell, got it in the mail 8-16-04
The reason that this was the basis for staffing was not because Trujillo didn't buy the book.

Do NOT attach additional page. Additional attachments may not be considered.

8. Offender Signature: Waldo Mackey          Date: 8-16-04

**RECEIPT BY FACILITY**

Appeal Received by: _____ Name    Title: CA II    Date: 4-?-04

**HEARING DECISION** (Please type)

10. Conviction is: ☒ Upheld  ☐ Reversed  ☐ Modified  ☐ Remanded    Explanation: (Must Respond)

YOU WERE STAFFED BY A PRO UNIT COMMITTEE AND TERMINATED FROM THE PROGRAM.DUE TO YOUR NON-COMPLIANCE OF THE PROGRAM COMPLIANCE PLAN THAT YOU SIGNED. FAILURE TO COMPLETE THE PROGRAM DUE TO INAPPROPRIATE BEHAVIOR INDICATED THAT ADMINISTRATIVE SEGREGATION IS AN APPROPRIATE CUSTODY LEVEL.

By: _____ Administrative Head    Date: _____

**RECEIPT BY OFFENDER**

11. Appeal Decision received by: Waldo Mackey  82262   4-17-04
     Offender Name    DOC#    Date