

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# STATE OF COLORADO
## DEPARTMENT OF CORRECTIONS
### INMATE APPEAL FORM

Exhibit 5
2 pages

Form DC150-1D (Revised 11/95)
Case No. 05-036

1. Inmate Name: John Trujillo
2. DOC No.: 87138
3. Current Facility: CCF
4. Facility Initiating Hearing: CCF
5. Type of Appeal: X Disciplinary  X Admin Seg.
6. Date Hearing Held: 8-5-04

7. Basis of Appeal (check the boxes which apply) Please Print. **Be brief-no additional attachments allowed.**
☒ PROCEDURES NOT FOLLOWED: (state specifically what procedures were not followed)
☒ LACK OF SUBSTANTIAL EVIDENCE: (state specifically what substantial evidence was not present in this hearing)
☒ NEW EVIDENCE: (state specifically what new evidence exists to affect the decision)

The charges of bartering arises from a book my father sent his friend, inmate Mackey #82262 and because my father and I have the same name, staff assumed Mackey and I of bartering. First, the hearing officers request to present the substantial evidence of the invoice slip that they claim states that I sent inmate Mackey the book. See COPD, p.(1) also Evidence (1) page 29, 30. The invoice slip is my proof that I didn't send a book and also I have not drew any money from my account to pay for a book. There was absolutely no evidence that I bartered with Mackey. Mackey and my father have been friends for almost 10 years. Also my father will write a letter to the facts above. Because staff did not follow the procedures of lack of substantial evidence by presenting the invoice slip and because my father will present a letter of proof of purchase this COPD conviction should be overturned and the book declared legal. Also I will write to the Company for a copy of the invoice slip.

Do **NOT** attach additional page. Additional attachments may not be considered.

8. Inmate Signature: [signature]  Date: 8/05/04

### RECEIPT BY FACILITY

Appeal Received by: [signature]  Title: [illegible]  Date: [illegible]

### HEARING DECISION (Please type)

10. Conviction is: ☐ Upheld  ☒ Reversed  ☐ Modified  ☐ Remanded  Explanation: (Must Respond)

The pink copy of the Disposition of Charges that is part of the hearing packet for Case No. 05-036, indicates the charge Class II-16 Advocating or Creating Facility Disruption. The body of the disposition indicates Bartering. Obviously, a fatal flaw in the process. My decision is to reverse the Hearing Officer's decision. Disregarding the above statement, the invoice should have been made available at the Hearing to show exactly who purchased and mailed the book. Case No. 05-036 is to be expunged per AR 940-10.

By: [signature]  Administrative Head  Date: 8/20/04

### RECEIPT BY INMATE

11. Appeal Decision received by: [signature]  Inmate Name  87138  DOC#  8/20/04  Date

Staff Witness  Date