*grievance* Exhibit 5a

DC Form 950-10A (03/98)

# COLORADO DEPARTMENT OF CORRECTIONS

2862 South Circle Drive, Suite 400
Colorado Springs, Colorado 80906-4122
Telephone: (719) 579-9580

B-2-2

## EXPUNGEMENT ORDER

TO:             TRUJILLO, John, # 87138
                Custodian - Department Case file          Custodian - Time/Release Operations
                Custodian - Working Case file             Custodian - Automated Data System

FROM:           Larry Reid, Warden

AUTHORITY:      Centennial Correctional Facility

DATE:           August 20, 2004

PERSON IN INTEREST (Offender):   TRUJILLO, John, # 87138
                Please see DOC regulation 950-10 for complete instructions.

ITEMS TO BE EXPUNGED (Description).  Provide sufficient information to clearly identify what is to be expunged, i.e., case #, form #, dates, etc.  Also indicate if it is a partial or total.

This is a *total expungement* of Centennial Correctional Facility disciplinary case number 05-036

INSTRUCTIONS:      **Total Expungement**

ITEMS(S):      NOTICE OF CHARGE(S), dated August 2, 2004
               DISPOSITION OF CHARGE(S),dated August 6, 2004
               AAHB Findings, dated August 6, 2004
               INMATE APPEAL FORM, dated August 20, 2004

All other records or documents pertaining to Case # 05-036

IDENTIFIERS:      C.S.P. Disciplinary Case # 05-036

ATTACHMENT "A"
Page 1 of 1