exhibit ~~~ 6

General Affidavit

State of Colorado
City: Canon City        County: Freemont

I Troy Fettes #99885 being of lawful age and being first duly sworn according to law deposes and says that:

1. While housed in F-1-13 I was staffed on 10-27-04 for possible gambling and found to not be in the wrong due to lack of evidence. I was allowed to return to the program.

2. While housed in F-1-13 I was again staffed on 12-10-04 for inappropriate level 5-6 behavior and was regressed to level 4-2 and made to write a 1000 word essay on how to act while in the pro-unit. I was moved to B-2-12 that day.

3. While housed in B-2-12 I was moved to ~~~ E-3-13 then to G-2-13 then to B-3-10 where I currently reside.

4. While housed in B-3-10 I was written up for abuse of medication and attended a behavioral conduct review and regressed back to Ad-seg status.

5. While housed in F-1-13 on or about August 15th I told Sgt Reesak to "shove the T.V. up his ass" and was punished by a three day loss of my T.V. priviledges.

6. While housed in F-1-13 on or about Dec 1st I witnessed inmate Tony Encardo #51823 being refused a move from a corner cell for three days. He was then given the move and the next day inmate Muckey # was moved into the same cell and refused assistance in covering his window with plastic and tape even though it was broken and did not close all the way.

CONTINUED ON BACKSIDE