Exhibit 7

DC FORM 600-2A (08/02)
CASE NO. 05-032

# DEPARTMENT OF CORRECTIONS
## NOTICE FOR ADMINISTRATIVE SEGREGATION HEARING

FACILITY  CCF

| 1. OFFENDER NAME | MACKEY, Waldo | DOC NUMBER | 82262 |
|---|---|---|---|
| HOUSING UNIT | B Unit | CURRENT SECURITY DESIGNATION | Close |

**2. SUMMARY:** (Factual Report, including who, what, when, where, and how.) Use any additional sheets if necessary.

Offender Mackey, Waldo #82262 was in the PRO unit and terminated on 8/9/04 due to non-compliance. A 90 day review was done and it was determined that he be re-interviewed for the program. On 12/2/04, he had his PRO unit interview and accepted back into the program. He was placed in F unit on the waitlist for the next available orientation on 12/8/04. On 12/9/04, he started a verbal confrontation with staff. He did sign his Program Acknowledgement and did agree to abide by and be compliant to the rules of the program. It is being recommended that Mackey be placed back into Administrative Segregation.

**3.** I certify that the foregoing statements are true correct to the best of my knowledge.

S/ K Moore
Initiating Employee                               Date 12-14-04

S/ Foshee
Administrative Head/Director                      Date 12/16/04 12/15/04

**4. HEARING SCHEDULE:**

Case referred to Classification, scheduled for _____ 12/17/2004 At CCF after 9:00am

**5. SERVING EMPLOYEE:**

You are hereby served this copy on this 15th day of December, 2004, at 11:40 am ____ (am) (pm). If you desire witnesses or a representative, in accordance with administrative regulation 600-2, please notify the classification chairperson as soon as possible, but no later than 24 hours prior to scheduled hearing, to avoid a coninutance.

S/ K Moore                                        12-15-04
                                                  Date

**6. OFFENDER ACKNOWLEDGEMENT**

I acknowledge receipt of a copy of the Notice for Administrative Segregation

S/ W. Mackey                                      12-15-04
                                                  Date

DISTRIBUTION:   White - Department
                Canary - Working
                Pink - Administrative Head/Director
                Gold - Offender

ATTACHMENT "A"
Page 1 of 1