# DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION HEARING REVIEW
FACILITY: CCF

Exhibit 8

| OFFENDER NAME | MACKEY, Waldo   B3-12 | DOC NUMBER | 82262 |
|---|---|---|---|
| LAST REVIEW DATE | 03/10/05 | PAROLE ELIGIBILITY DISCHARGE DATE | 12/13/1993  Life |

Initial reason(s) for initiating placement in Administrative Segregation   PLACEMENT DATE: 12/20/04

- [X] Conduct poses serious threat to security of a facility.
- [ ] To prevent imminent injury to an offender(s) or to an employee(s).
- [ ] To contain or prevent or quell a riot.
- [ ] To prevent serious property damage.
- [ ] To prevent escape, and or
- [X] Other (Specify) Terminated from the Pro Unit due to Non-Compliance

SUMMARY/30 Day Review: (P-3Q)

Mackey was originally placed in Ad Seg out of FCF due to him receiving numerous COPD convictions, refusing living assignments, possession of homemade brew, and an assault on another inmate. He was also attempting to organize other black inmates to form a security threat group. He was assigned to the Pro Unit from 03/03/04 until 08/09/04. He was terminated from the PRO Unit on 08/06/04. This was due to him not adhering to the goals of the program. On 12/02/04 he was re-staffed and put back into the PRO unit. On 12/08/04 he was terminated again for a behavior review due to his inappropriate behavior and his verbal abuse on staff.

Since arrival to CSP on 11/12/02 and CCF on 12/09/03 he has not had any COPD convictions. No other negative chrons during this rating period. On 12/08/04 he was placed on Restricted Privileges. Obtained Quality of Life Level II on 01/26/05.

He completed the Gang Awareness on 04/25/03, Prison Life Skills on 08/15/03, and the Anger Management on 12/05/03. He is currently assigned to Crime Impact on Victims.

RETAIN IN Administrative Segregation: No [ ]   Yes [X]   Recommended Custody _____

JUSTIFICATION:
- [X] Continue Behavior Review
- [ ] Erratic/Disruptive Behavior
- [ ] Lack of Program Participation
- [ ] Other _____
- [ ] High Risk
- [ ] Continues STG Affiliation
- [ ] Recommend Progressive Move
- Pending: ___ STG ___ SOTP ___ Other

COMMITTEE MEMBERS' SIGNATURE:

C/M J. Glidewell     C/M R. Wright     Committee Chairperson

DATE OF REVIEW: 04/10/05    DATE OF NEXT REVIEW: 05/2005

ADMINISTRATIVE HEAD REVIEW: [X] APPROVED   [ ] DENY
COMMENTS:
s/ Foshee
Administrative Head     Date 4/18/05

OFFENDER MANAGEMENT REVIEW   [ ] APPROVED   [ ] DENY
COMMENTS:
s/
Offender Management manager     Date

DISTRIBUTION: Department, Working, Inmate