

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER APPEAL FORM**

DC FORM 150-1D (REVISED (11/02)

CASE NO. 05-032

1. Offender Name: Waldo Mackey
2. DOC No.: 82262
3. Current Facility: CCF
4. Facility Initiating Hearing: CCF
5. Type of Appeal: ___ Disciplinary   ✓ Classification
6. Date Hearing Held: 12-20-04
7. Basis of Appeal (check the boxes which apply) Please Print. Be brief-no additional attachments allowed.   Exhibit 9

☒ PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
☒ LACK OF SUBSTANTIAL EVIDENCE: (State specifically what substantial evidence was not present in this hearing)
☐ NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

I did not break any rules and what Ms Moore calls a confrontation was I ask/ask for tape because the wind blew the plastic down. Ms Moore assumed me to the end cold cell after I explained to her that I had bronchitis and arthritis that affects me in cold weather. She moved an inmate out to move me in. I asked Sgt Kozak for some tape because the window did not close and the cell was about four degrees warmer than the outside, the cell was in the twenties. I had flu to my ears and I could not hear as before. I told sgt Kozak to shut up because he thought I had took the plastic off the window when all the while had blew it down. Sgt Kozak had already "punished" me by taking my T.V. for 3 days. At the end of 3 days he turned my TV back on. A Trask called me in the office, talked to me and considered the matter over and told me it was not serious enough to be ad seg. It was only Ms Moore who wanted to ad seg me. She is retaliating against me because I accused her of false Retaining charges, and of my restricted privilege form the charge suddenly changed to verbal abuse. I did not verbally abuse no one, I was just trying to get warm. I believe I should be able to convince ad seg that my cell is cold.

Do NOT attach additional page. Additional attachments may not be considered.

8. Offender Signature: Waldo Mackey    Date: 12-21-04

**RECEIPT BY FACILITY**

Appeal Received by: [signature]   Title: CIII   Date: 12-21-04

**HEARING DECISION** (Please type)

10. Conviction is:   ☐ Upheld   ☐ Reversed   ☐ Modified   ☐ Remanded   Explanation: (Must Respond)

There was a staffing by the pro unit Committee, and they determined that your behavior was not appropriate for continuation in the program. Since you did not successfully progress from Administrative Segregation, continued placement custody level is appropriate.

By: [signature]
   Administrative Head   Date:

**RECEIPT BY OFFENDER**

11. Appeal Decision received by: Waldo Mackey  82262  1-12-05
   Offender Name   DOC#   Date