Exhibit 10

DC FORM 600-2C (08/02)

**DEPARTMENT OF CORRECTIONS**
Case No: 05-10
**CLASSIFICATION SUMMARY - ADMINISTRATIVE SEGREGATION HEARING**
FACILITY _____ CCF _____

| OFFENDER NAME | MACKEY, Waldo  A-3-11 | DOC NUMBER | 82262 |
|---|---|---|---|
| CURRENT CUSTODY LEVEL | Close | CURRENT PAROLE ELIGIBILITY | 12/09/2013 |

REASONS(S) for initiating placement in Administrative Segregation

- [X] Conduct poses serious threat to security of a facility.
- [ ] To prevent imminent injury to an offender(s) or to an employee(s).
- [ ] To contain or prevent or quell a riot.
- [ ] To prevent serious property damage.
- [ ] To prevent escape, and/or
- [X] Other (Specify) __Termination for the PRO Unit__

EVIDENCE RELIED UPON: Staffing Review, Program Compliance Plan, inmate testimony, and Notice for Administrative Segregation.    WITNESSES: None

FINDING OF FACT: You were staffed due to bartering by a PRO Unit staffing committee. It was determined by that committee that you were not compliant with your program compliance plan and you were terminated from the program. Due to your non-compliance within the program perimeters I find that Administrative Segregation in warranted.

DECISION:
Assign to **MAXIMUM SECURITY**, Administrative Segregation:   No [ ]   Yes [X]

REASON(s) Termination from the PRO Unit, failure to progress.

_Judy Lindsey_                                August 16, 2004
Chairperson

| DATE OF HEARING August 16, 2004 | TIME OF HEARING 1420 | LOCATION OF HEARING CCF CASE MANAGEMENT OFFICE |
|---|---|---|

COMMITTEE MEMBERS PRESENT    CMII Lindsey, CM K. Moore

ADMINISTRATIVE HEAD REVIEW:
[X] AFFIRM   [ ] MODIFY   [ ] REVERSE
COMMENTS:

S/ _Toshee_                                          8/19/2004
Administrative Head                                   Date

S/ _W. Mackey_           8-26-04
Offender Receipt          Date
A-3-11

Distribution: White - Department
Yellow - Working
Green - Offender