DC FORM 600-2B (08/00)
CASE NO. 05-032

Exhibit 11

# DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY - ADMINISTRATIVE SEGREGATION HEARING

FACILIT   CCF

| OFFENDER NAME | MACKEY, Waldo | DOC NUMBER | 82262 |
|---|---|---|---|
| CURRENT CUSTODY LEVEL | Close | CURRENT PAROLE ELIGIBILITY | Life |

**REASONS(S)** for initiating placement in Administrative Segregation

- **X** Conduct poses serious threat to security of a facility.
- ___ To prevent imminent injury to an offender(s) or to an employee(s).
- ___ To contain or prevent or quell a riot.
- ___ To prevent serious property damage.
- ___ To prevent escape, and or
- **X** Other (Specify  Failure to comply with his Program Compliance Plan

**EVIDENCE RELIED UPON:**   WITNESSES  Lt. Troxel, Sgt. Cathcart, Sgt. Rezak
Notice for Administrative Segregation, Inmate Testimony

**FINDING OF FACT:**
The hearing was initially scheduled for 12/17/04, but due to the unavailability of the hearings officers the hearing was continued until 12/20/04. The Inmate did request witnesses as stated above. Mackey said the witnesses would testify to his being placed in a cold cell, with no plastic in the window and that Sgt. Rezak did tape the plastic to the wall, but the wind blew it down. They were asked to put more tape up and said that they would retape it. Mackey also spoke with Lt. Troxel who apparently indicated that he would not be Administratively Segregated. Mackey's testimony about what the witnesses would testify to was accepted into record as fact. Mackey requested no further witnesses and he did testify about the window and his behavior on his own behalf. He did sign the Participation Acknowledgement on 11/04/04. He had previously been in the PRO Unit and is aware of the behavioral expectations.

**DECISION:**

Assign to **MAXIMUM SECURITY**, Administrative Segregation   No ☐   Yes ☒

REASON(s)   Mackey failed to successfully progress from Administrative Segregation through the PRO Unit. Administrative Segregation is warranted.

_Judy Lindsey_   12-20-04
Chairperson                             Date

| DATE OF HEARING | 12/20/04 | TIME OF HEARING | 0950 hours | LOCATION OF HEARING | CCF CM Office |
|---|---|---|---|---|---|
| COMMITTE MEMBERS PRSENT | CMII Lindsey; CMI DeFusco | | | | |

**ADMINISTRATIVE HEAD REVIEW:**

☒ AFFIRM    ☐ MODIFY    ☐ REVERSE

COMMENTS

s/ _Toshee_                             12/22/04
Administrative Head                        Date

s/ _____
Offender Receipt              Date

DISTRIBUTION:   White - Department
Yellow - Working
Green - Offender