Reggie Neil Keyes 56805
PO Box 6000
Sterling, CO 80751

CANNOT LOCATE
92-cv-870
#1610
EWN-OES



REASON CHECKED
REFUSED
Name & # don't match
No. Doc. Number
Not at this facility
Paroled

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 14 2006
GREGORY C. LANGHAM
CLERK