# LRC *Legal Resolution Center*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 4 2006

GREGORY C. LANGHAM
CLERK

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Philip F. Roan | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge Donald E. Abram | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge James N. Wolfe | Boulder |
| RMLRC @ AOL.COM | Judge Michael R. Enwall | Colorado Springs |
| www.legalres.com | Judge Bruce D. Pringle | Grand Junction |
| | Judge Stephen L. Carter | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | Magistrate Sandra Franklin | Omaha, Nebraska |

February 13, 2006

Office of the Clerk of the Court
ATTN: Ms. Gail Shaw
United States District Court for the District of Colorado
United States Court House
901 19th Street
Denver, CO 80294

     RE:    *Montez, et al. v. Owens, et al.*
                 Civil Action No. 92-N-870 (consolidated with 96-N-343)

Dear Ms. Shaw:

     Enclosed you will find an order that I have entered on Claim # 02-707. This was dismissed by mistake, as the claimant had provided an updated address. That address was lost in the shuffle surrounding Margie Dykstra's departure from the business. I do need to receive this file back from you. The file was brought in after Christmas, but I cannot point to a specific box or envelope.

     Please let me know when I can pick this up. Thank you for your help. Let me know if there are any problems or questions.

                                 Sincerely,

                                 RICHARD M. BORCHERS

enclosure