IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
92-cv-00870-EWN-OES

DARRYL MARTIN (JESSE MONTEZ)

VS.

GOVERNOR OWENS ET, AL.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2006

GREGORY C. LANGHAM
CLERK

## AFFIDAVIT

I swear the following events occurred

1. Through prison diet and my inability to purchase vitamins or health supplements I have become diabetic in prison.

2. I have had deficient surgeries and medical procedure whereby portions of my stomach muscle have been removed.

3. I have great difficulty with even small amounts of sugar during digestion.

4. I can no longer metabolize sugar. My sugar level descends to a mark which leaves me depressed, dizzy, suicidal.

5. I am several hundred dollars in debt to prison due to legal fees have no money for hygeine.

6. I sell much needed items, on my food tray in the chow hall

7. I was not given supplements to my prison diet.

8. I filed grievances, took several hourly blood test and was given snack supplements to my prison diet.

9. The diet snack supplements began in '97 eight years into my prison stay when I was diagnosed Type II diabetic.

10. The diet snack supplements are woefully inadequate to stave off my hourly sugar crashing which leave me depressed and suicidal.

11. I became a member of the class action Montez v. Owens in 2002.

12. I was contacted by lawyers King & Griesen LLP 1670 York St. Denver C.O. 50203. I received several coorespondences from them. After 2003 I received scant notices of legal developments.

13. Recently about a week ago I received a letter from attorneys King & Griesen. They stated that I should have accepted a fifty dollar offer from defendants because," the Magistrate judge will not give you any money because you cannot prove that your heart murmur is related to your diabetes".

14. In 1997 I was diagnosed with having a hole in my heart. I arrived in prison in 1989. I have frequent and recurring chest pains. I have a tear in my heart that gets worse.

15. When I arrived in 1989 I was never diagnosed with a heart murmur. I had been given physicals and X-rays for eight years.

16. I have asked repeatedly for supplements consistently adequate to prevent my sugar level from crashing, surgery to repair the hole in my heart I developed after being diagnosed for diabetes.

17. Fifty dollars is not sufficient to take proper medical action for debilitating ailments I have contracted in prison.

18. I am going blind. I cannot see correctly have not been treated.

19. I have numbness in the big toes on both feet. Another inmate Joe Williams here recently lost his feet.

20. The lawyers should request remedies from the court consistent with our medical conditions.

Larry Mat  2-10-06

Certificate of Service
I mailed this postage prepaid Affidavit to
Office of U.S. District Court
Alfred A. Arraj Crthse
901 19th St  Denver Co. 80294-3589