

Case No. 1:92-cv-00870-CMA-MEH   Document 1642   filed 02/16/06   USDC Colorado   pg 1 of

CANNOT LOCATE EWN-OES

92-CV-870
#1615

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Discharged

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2006

GREGORY C. LANGHAM
CLERK

Richard A. Malisheski
Prisoner No. 60059
Arkansas Valley Corr. Facility
PO Box
Crowley

NIXIE    909    1    39 02/15/06
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *0420-04999-09-41