

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

92-cv-870 EWN
# 1610

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
CLERK

Rt. #
Carr. Init.
Date

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not
☐ No Such Street / Number
☐ Vacant / Illegible
No Mail Receptacle
Box Closed / No Order
Return For Better Address
Postage Due

Left No Forward address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

---

## ORDER

The motion to clarify (#1598) bears an illegible signature and, because the court cannot determine who filed it, should be — and hereby is — DENIED.

Dated this 7th day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge