OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

ANK



Kerry  Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

92-cv-870 EWN
# 1575

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
CLERK

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed
☒ Attempted ☐ Refused
☐ No Such Street ☐ Not Known
☐ Vacant ☐ Illegible ☐ Number
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Rt. #
Carr. Init.
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Permit Late Filing of Objection to Final Order of Special Master (doc. #1562), filed January 23, 2006 by Claimant John Cerrone (claim #03-077), is **GRANTED.** The Objection is accepted as timely filed and will be ruled on by separate *order*.

---

Dated: January 31, 2006