HE CLERK
District Court
, Room A105
294-3589
ESS

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010



CANNOT LOCATE
92-CV-870
#1633

EWN-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2006

GREGORY C. LANGHAM
 CLERK