OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



DENVER CO FEB 09'06
U.S. POSTAGE 00.63
H METER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 17 2006

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
#1615

8121541010-10 B010
8029402501

Kerry Gallegos
CTCF
PO Box 1010
Canon

NIXIE    908    1    99 02/16
RETURN TO SENDER
ATTEMPTED – NOT KNOWN
UNABLE TO FORWARD

BC: 80294250151    *0420-03004-09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The January 30, 2006 Minute Order (Doc. 1568) directing "Plaintiffs" to file a response to Defendants' Objections to Recommended Award of Attorney Fees and Costs (Doc. 1567) was a reference to the plaintiff class as a whole as represented by their class counsel, and not an invitation for individual class members to respond to the Objection *pro se*. Accordingly, the "Objection and Motion for Time Extension" filed by individual class member Shawn Winkler (Doc. 1600) was improperly and unnecessarily filed and is **STRICKEN**. Class counsel, on behalf of Mr. Winkler and all other class members, filed Plaintiffs' Response on February 6, 2006 (Doc. 1608), and it is currently under consideration.

---

Dated:  February 8, 2006