HE CLERK
District Court
t, Room A105
294-3589
ESS



Tommy B. Sturges 66923
PO Box 1000
Fort Lyon, CO 81038

CAN NOT LOCATE
92-CV-870
#1610
EWN-OES





Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - no Order
☐ Returned For Better Address
☐ Postage Due

FILED
UNITED                    RT

FEB 17 2006

GREGORY C. LANGHAM
CLERK

☐ NEED INMATE REGISTRATION NUMBER
☒ NO LONGER AT FORT LYON CORRECTIONAL FACILITY
☐ NAME/NUMBER DON'T MATCH