IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs,

v.

BILL OWENS, et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
CLERK

Claim Number 03-168
Category: III
Claimant: Cornelius Tyrone Williams, #113043
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO.81215-1010

---

REPLY BRIEF AND MOTION FOR DISCOVERY

---

THIS MATTER comes before the Special Master on the claim filed by claiment, Williams, and received by the Special Master January 20th, 2006, and January 25th, 2006. I respectfully submit the following response to Motion for Discovery.

The Special Master will allow five witnesses, out of fourteen, they are; Becky Rodenbeck (CTCF); Cathie Holst (AIC); Dr. Hess-Denver-Vail Orthopedics, P.C., 830 Potomac, Suite 425, Aurora, Colorado, 80011, Phone NO. (303)343-3814, Fax:(303)360-5265.; Gary Watkins, (FCF); Jonie Shoemaker (DRDC), Timmi Pierson, Reclass Personnel, Al Zenin (FLCF)

Your Honor, I spoke with the record keeper here at (CTCF), February 15th, 2006, requesting copies of relevant files, medical or working files, internal quality assurance documentation; (CTCF) recreation department budget documentation, and copying relevant files. I had told her that time is of the essence due to my departure on February 27th, 2006.

I was informed that I would have to pay for the copies to prove the presentation of relevant files to my claim. I would like to file a Motion that any copying of these documentation, be given at no charge. For Class members that are entitled to a damage claim hearing.

I, Tyrone Williams, would also request addition time, for the formality, an additional hour, for a total of three hours, at the hearing to review files for names and reports of witnesses, whom I could not have at the hearing to testify.

In the Special Master's Order Setting of Hearing Date; In the Fourth Further Ordered, it stated that claimant's medical records shall be available at the hearing for review by the Special Master, signed the 1st day of December, 2005.

I would respectfully submit a Motion for Further Discovery as in the November 23rd, 2004 Order, and Judge Kane issued Order on December 9th, 2004.

SIGNED this 15th day of February, 2006.

BY THE CLAIMAINT:

Cornelius Tyrone Williams #113043
CTCF, P.O. Box 1010
Canon City, Colorado   81215-1010

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing REPLY BRIEF AND MOTION FOR DISCOVERY, this 15th day of February, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO.   80203

Cornelius Tyrone Williams

(2)