Case No. 1:92-cv-00870-CMA-MEH   Document 1650   filed 02/21/06   USDC Colorado   pg 1 of 2

FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

ICIAL BUSINESS



☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
  cant ☐ Illegible
☐ Mail Receptacle
☐ Box Closed - No ...

Unable To Forward

Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

CANNot LOCATE
92-CV-870
#1633         EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM

Ty Anderson, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: February 9, 2006

Civil Action No. 92-cv-00870-EWN-OES

*Parties:*

JESSE F. MONTEZ, et al.,

        Plaintiff,

v.

ROY ROMER, et al.,

        Defendant.

*Counsel:*

Paula Greisen, and  
David Miller

Elizabeth McCann, James Quinn, and  
Jess Dance

## COURTROOM MINUTES

**Status Conference**

**10:44 a.m.**    Court in session.

Appearances of counsel.

Discussion regarding document #1031, filed 08/18/2005 (Defendants Appeal Directed at the Honorable Judge John Kane Regarding Damages Award) and document #1065, filed 9/07/2005 (Plaintiff's Class Appeal Regarding the Availability of Damages for Denial of Medical Care).

Discussion regarding 8th Amendment medical malpractice claims.

Discussion regarding document #745, filed 11/23/2004 (Order Adopting Report and Recommendations).

**ORDERED: 1.**    **Plaintiff's Motion to Clarify (#811 - filed 02/23/2005) is GRANTED.**