ICE OF THE CLERK
ed States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

Rt. #
Carr. Init.
Date
☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☒ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

CANNOT LOCATE
92 - CV - 870
#1610

EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 1 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

---

## ORDER

    The motion to clarify (#1598) bears an illegible signature and, because the court cannot determine who filed it, should be — and hereby is — DENIED.

    Dated this 7th day of February, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge