FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

ICIAL BUSINESS

UTF

☒ Not Deliverable As Addressed
☒ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Tommy B. Sturges 66923
PO Box 1000
Fort Lyon, CO 81038

CANNot Locate
92-cv-870

#1633

EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM

Ty Anderson, Deputy Clerk
Therese Lindblom, Court Reporter

Date: February 9, 2006

Civil Action No. 92-cv-00870-EWN-OES

| Parties: | Counsel: |
|---|---|
| JESSE F. MONTEZ, et al., | Paula Greisen, and |
| | David Miller |
| Plaintiff, | |
| v. | |
| ROY ROMER, et al., | Elizabeth McCann, James Quinn, and |
| | Jess Dance |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**10:44 a.m.**   Court in session.

Appearances of counsel.

Discussion regarding document #1031, filed 08/18/2005 (Defendants Appeal Directed at the Honorable Judge John Kane Regarding Damages Award) and document #1065, filed 9/07/2005 (Plaintiff's Class Appeal Regarding the Availability of Damages for Denial of Medical Care).

Discussion regarding 8th Amendment medical malpractice claims.

Discussion regarding document #745, filed 11/23/2004 (Order Adopting Report and Recommendations).

**ORDERED: 1.   Plaintiff's Motion to Clarify (#811 - filed 02/23/2005) is GRANTED.**