IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

        Plaintiffs,

v.

BILL OWENS, et al.,

        Defendants.

_____

## ORDER
_____

Upon review and consideration of the Motion for Discovery by Cornelius Tyrone Williams (#1649) filed February 21, 2006, and upon the finding that the discovery is necessary for preparation of a proceeding before the special master and the further observations made by this court at the status conference of February 9, 2006, it is

ORDERED that the motion is GRANTED in part and that defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials.

Dated this 22nd day of February, 2006.

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge