CE OF THE CLERK
d States District Court
9th Street, Room A105
r, CO 80294-3589

IAL BUSINESS



Hector Fernandez
2301 Lawrence Street
Denver, CO 80205

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2006

GREGORY C. LANGHAM
CLERK

Cannot Locate
92-cv-870
#1595

EWN-OES