CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

:IAL BUSINESS

*Discharged*

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2006

GREGORY C. LANGHAM
CLERK

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted-Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed-No Order
☐ Returned For Better Address
☐ Postage Due

CANNOT LOCATE
92-CV-870-EWN-OES
#1633, 1610