IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Objection to Final Order of Special Master (doc.# 1554), filed by William Shaffstall (claim #03-054) on January 17, 2006 is **OVERRULED.** The test is whether the Special Master abused his discretion, following a hearing, by denying the claim that Mr. Shafstall's mobility disability due to plantar fasciitis meets the four requirements for a Montez damages claim. On the basis of the evidence presented, the Special Master found the disability was not permanent. There was no abuse of discretion. The objection is overruled. The Final Order of the Special Master stands. Note to Clerk: Notice requirement is terminated for this claimant following processing of this order.

Dated:  February 24, 2006