

OFFICE OF THE CLERK
United States District Court
901 19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Hector Fernandez
2301 Lawrence Street
Denver, CO 80205

ATTEMPTED NOT KNOWN
MOVED / NO ADDRESS
FEB 09 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 27 2006
GREGORY C. LANGHAM
CLERK

Cannot locate
92-cv-870
#1610, 1633    EWN-OES