IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## DEFENDANTS' RESPONSE TO "FOURTH REPORT AND RECOMMENDATIONS OF THE SPECIAL MASTERS"

Defendants, through the Colorado Attorney General, respectfully submit the following Response to "Fourth Report and Recommendations of the Special Masters."

1.      The Special Masters report that three claimants—Steven Paul Walker, Jose-Luis Dole, and James Rudnick—have complained that the CDOC has not complied with the Final Orders issued by the Special Masters. The Special Masters recommended that the U.S. District Court address issues relating to enforcement of Final Orders.

2.      Defendants affirmatively state that they have made and continue to make good faith efforts to comply with the Remedial Plan and individual Final Orders. In support, Defendants state as follows:

### STEVEN PAUL WALKER

3.      Following a hearing, the Special Master found in favor of claimant Steven Paul Walker, #114350 (03-051), and ordered Defendants to provide him with a "Flex Foot Modular 3, Carbon X Heel" prosthesis, a different prosthesis than the one the

CDOC had already given Walker. (See Final Order, docket 956). The Final Order stated that "[t]his prosthesis is to be provided to Claimant within ninety days of this order, or within ninety days of the final resolution of any appeal by Judge Kane." (Id., p. 6).

4. The Final Order provided that either party could file an objection to the Final Order with the U.S. District Court on or before August 8, 2005. (Id., p. 7). On August 8, 2005, Defendants requested an enlargement of time up through August 18, 2005, to file an objection. (See docket1009). The Honorable Judge Kane granted Defendants' request. (See docket 1010). Defendants timely appealed the Walker Final Order on August 18, 2005. (See docket 1031). The appeal is currently pending.

5. Because Defendants' Appeal of the Final Order regarding Walker is still pending, the 90-day time limit set by the Final Order has not yet begun. If the Final Order is amended or reversed, Defendants will comply with whatever the Honorable Judge Kane orders. If the Final Order is affirmed on appeal, then Defendants will provide Walker with the new prosthesis within the time limit set by the Final Order.

## JOSE-LUIS DOLE

6. Following a hearing, the Special Master found in favor of claimant Jose-Luis Dole, #109864 (claim 03-133), and ordered Defendants to pay him $250. (See Final Order, docket 1228).

**7.** Before the State of Colorado can issue a check to a private person, the payee must complete a W-9 Form (Request for Taxpayer Identification Number and Certification). The Attorney General's Office mailed a W-9 Form to Dole on January 17, 2006. Dole did not sign and return the completed W-9 Form until February 13, 2006. The Attorney General's Office received the completed W-9 Form on February 15, 2006,

2

and forwarded a copy to the Office of Risk Management. After processing the W-9 Form, the Office of Risk Management will issue a check in Dole's name. The monetary award will be deposited into Dole's inmate banking account.

## JAMES RUDNICK

8. After briefing, the Special Master found in favor of claimant James Rudnick, #68432 (01-092) as to his alleged mobility disability. (See Final Order, docket 1133). The Special Master ordered Defendants to provide Rudnick with the following items: a medical mattress, a heating pad, boots that fit his feet, custom made orthotics, and a chair and adjustable stool that accommodates his height and weight and adequately supports his back and lower extremities. (Id.). The Special Master denied Rudnick's claims regarding an alleged vision disability and dismissed all other claims. (Id., 8).

9. Defendants have made good faith efforts to provide Rudnick all of the items listed in the Final Order. DeeAnne Kahler, the Health Services Administrator at the Limon Correctional Facility, worked with Rudnick to implement the Final Order.

10. On November 16, 2005, the DOC gave Rudnick a second medical mattress, an electric heating pad, and an adjustable height upholstered stool with a back rest. Rudnick was fitted for new boots on the same day. After receiving his new boots, Rudnick informed Ms. Kahler that the new boots were wider and met his needs. He also told Ms. Kahler that he did not think he needed orthotics anymore because the new boots fit well. Nevertheless, the DOC arranged for Rudnick to be fitted for custom-made orthotics and provide the orthotics.

11. The DOC arranged for Abilities Unlimited, a company that makes orthotics, to examine Rudnick on November 21, 2005. Originally, Abilities Unlimited

3

was scheduled to examine Rudnick on an earlier date but due to a facility lockdown the appointment had to be rescheduled for November 21, 2005.

12.     The custom-made orthotics built by Abilities Unlimited arrived at the Limon Correctional Facility on January 9, 2006.

13.     On January 12, 2006, Rudnick complained in writing that "I have tried these orthotics for 2 days and find them very uncomfortable and the design causes instability . . . I need to have them right, especially when it interferes with work (as in working on ladders) and general walking."

14.     In response to Rudnick's complaints about his new orthotics, the DOC contacted Abilities Unlimited and arranged for them to reexamine Rudnick.  After reexamining Rudnick, Abilities Unlimited agreed that the custom-made orthotics could be modified to better fit Rudnick's feet.  Abilities Unlimited is currently building Rudnick a new pair of custom-made orthotics.  Abilities Unlimited has told Ms. Kahler that the new orthotics will be delivered on March 8, 2006.

15.     Ms. Kahler worked with Rudnick to provide him a proper chair or stool. While the Final Order mentions both a chair and stool, Rudnick told Ms. Kahler that the Special Master had misunderstood his request: he only wanted a chair _or_ a stool, not both. Rudnick showed Ms. Kahler a picture of what he wanted.

16.     Based on Rudnick's photo and description of what he wanted, Ms. Kahler found an adjustable stool with a back rest.  Rudnick told Ms. Kahler that the adjustable stool would meet his needs.  After Rudnick accepted the stool, the DOC added the stool on Rudnick's property list.  The DOC made some adjustments to the stool to accommodate Rudnick's size.

17. Rudnick complains that the stool is temporary and that it says "Property of Clinical Services" on it. The stool is not temporary. (It was considered temporary until Rudnick informed DOC that he accepted the stool because it meets his needs.) As long as Rudnick does not abuse the stool (for example, by taking it apart or using it as a weapon), he will be allowed to keep it.

18. "Property of Clinical Services" is written on the stool because Rudnick does not own the stool. Rudnick may have a chair/stool as long as he is in DOC custody. If he paroles or discharges, the stool will remain with the DOC. The specific stool will remain at the Limon Correctional Facility. If Rudnick transfers to a different facility, he will receive a new chair/stool at his new facility. As long as Rudnick is housed in a DOC facility, the DOC will make a good faith effort to comply with the Final Order.

19. Rudnick's letter to the Special Masters also complains about his eye/vision care. The Special Master denied Rudnick's claims regarding an alleged vision disability. (Final Order, 8).

20. The DOC has complied with the Special Master's Final Order. The DOC has given Rudnick a second medical mattress, an electric heating pad, new boots that properly fit his feet, custom-made orthotics, and an adjustable stool with a back rest. The DOC is working with Abilities Unlimited to ensure that the custom-made orthotics properly fit Rudnick.

Respectfully submitted this 1st day of March, 2006.

    JOHN W. SUTHERS
    Attorney General

    s/ Jess A. Dance

JESS A. DANCE, 35803*
Attorney
Civil Litigation and Employment Law Section
Attorney for Defendants

Colorado Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-5165
Fax: (303) 866-5443
Email: jess.dance@state.co.us

## CERTIFICATE OF SERVICE

I certify that on the 1st day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Honorable Richard M. Borchers
dborchers@legalres.com


I certify that I have duly served the within upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 1st day of March, 2006 addressed as follows:

Jose-Luis Dole, #109864
HCCC
304 Ray Sandoval Street
Walsenburg, CO 81089

James Rudnick, #68432
LCF
49030 State Hwy 71
Limon, CO 80826

Steven Paul Walker, #114350
FLCF
P.O. Box 1000
Fort Lyon, CO 81038

*Courtesy Copy To:*

Cathie Holst

s/ Kristen White