

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

——————

OFFICIAL BUSINESS

CANNOT LOCATE   EWN-OES
92-cv-870
#1615

DENVER CO

18 FEB 2006 PM 8

CO

H. METER

REFUSED

G.J.
Paulo

Terry Ray Ballard
Prisoner No. 123593
Arrowhead Corr. Center
PO Box
Canon C

NIXIE     808    1      39 02/25/
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC:  80294250151     *1468-02269-25-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in
the class action,

v.

**BILL OWENS, et al,**

Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The January 30, 2006 Minute Order (Doc. 1568) directing "Plaintiffs" to file a
response to Defendants' Objections to Recommended Award of Attorney Fees and Costs
(Doc. 1567) was a reference to the plaintiff class as a whole as represented by their class
counsel, and not an invitation for individual class members to respond to the Objection
*pro se.* Accordingly, the "Objection and Motion for Time Extension" filed by individual
class member Shawn Winkler (Doc. 1600) was improperly and unnecessarily filed and is
**STRICKEN.** Class counsel, on behalf of Mr. Winkler and all other class members, filed
Plaintiffs' Response on February 6, 2006 (Doc. 1608), and it is currently under
consideration.

---

Dated:  February 8, 2006