ORIGINAL

| | |
|---|---|
| Court Address:<br>US DISTRICT COURT<br>901--19th Street<br>~~Denver, co  80294~~<br><br>JESSE MONTEZ, ET AL<br>Plaintiff,<br><br>BILL OWENS, ET AL<br>v.<br><br>Defendant(s). | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR - 1 2006<br><br>GREGORY C. LANGHAM<br>CLERK<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit # 86530<br>Claim Number 03-129<br>P.O. BOX 392005 DWCF<br>Denver, Co 80239 | Case No.: 92N 870 and<br>Div/Ctrm: 96 N 343 |

MOTION FOR COPIES OF EXHIBITS CLAIMANT SUBMITTED TO JUDGE PRINGLE FOR MONTEZ OCTOBER 2005 Hearing

Dear Judge Kane

Comes Now, Claimant pro se and does hereby request that Judge Kane allow Claimant copies of the exhibits she submitted for the October hearing along with the numbers Judge Pringle assigned to them.

If this court will check its records it will find that only the exhibits that defendants submitted to the court were supplied by the (Judge Pringles) clerk to Claimant. Since the defendants refused to provide Claimant with their exhibits during the hearing Judge Pringle ordered that I be mailed a copy.

1) Claimant needs a copy of the exhibits she submitted to Judge Pringle during her hearings. 2) Judge Pringle also ordered that Claimant be provided a copy of the hearing on CD Disk but Defendants refuse to allow Claimant access to hear said transcript stating that they do not have the machine needed to allow hearing. IF Claimant had a transcript she could look up the exhibits and place numbers on them. All Claimant got was an index but that does not adequately describe the exhibits. All I am asking for at this time is a copy of my exhibits. Judge Pringle mistakenly believes I was sent all exhibits on December 15 when the disk were sent to me along with defendants exhbits.

Judge Pringle in his Order of Special Master dated February 20, 2006 states, "The Special Master notes that some exhibits have been copied and mailed to Claimant" Notice "Some" not all exhbits were mailed to Claimant.

Claimant needs all exhbits to show that she was indeed injured by defendants actions and inactions. Claimant submitted exhibits that were within the Montez Remedial Plan and the two year compliance period. Apparently Judge Pringle due to his eye surgery could not see Claimants exhbits clearly and did not at the time recognize that Claimant was submitting medical reports as exhbits to show that defendanst were violating the Montez Remedial Plan with its two year compliance period.

Claimant prays this Court will grant her request for a copy of her exhibits. Claimant had a TIA and can not think clearly or Process information as she should. Prepared by JD for Claimant. Respectfully submitted

*[signature: Jill Coit]*

JIll Coit   #86530
P.O.BOX 392005
Denver, Co 80239
DWCF

CERTIFICATE OF MAILING
I swear I placed in the US mail , postage prepaid to the following
Judge Kane US District Court
Judge Pringle
Mr. Wiens   attorney general


This 2Y day Of February,

*[signature: Jill Coit]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's letter requesting copies of exhibits. The Special Master notes that some exhibits have been copied and mailed to Claimant. More importantly, the file has been forwarded to the Clerk of the Court. Claimant should make her request to that office.

IT IS HEREBY ORDERED that Claimant's request for copies of exhibits is denied, as she has been provided to Claimant and the file has been forwarded to the Clerk of the United States District Court.

SIGNED this 21 day of February, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2⁄1 day of February, 2006 to the following:

Ms. Jill Coit
#86530
DWCF
P.O. Box 392005
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

February 3, 2006

RE: Exhibits submitted by Jill Coit # 03-129 on October 31, 2005

Dear Sir,

    Would you be kind enough to send me a copy of the exhibits I submitted along with the numbers you assigned to them? I do not have copies and I need to refer to said documents. I have been given a small time extension so I need them as soon as possible.

    I am enclosing two stamps to cover the cost of the postage so it does not cost you. Thank you.

Sincerely,

*Jill Coit*

Jill Coit # 86530
Claim number = 03-129
DWCF
P.O Box 392005
Denver, Co 80239

RECEIVED
FEB 1 4 2006
BY:

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 20 day of February, 2006 to the following:

Ms. Jill Coit
#86530
DWCF
P.O. Box 392005
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

February 3, 2006

RE: Exhibits submitted by Jill Coit # 03-129 on October 31, 2005

Dear Sir,

    Would you be kind enough to send me a copy of the exhibits I submitted along with the numbers you assigned to them? I do not have copies and I need to refer to said documents. I have been given a small time extension so I need them as soon as possible.

    I am enclosing two stamps to cover the cost of the postage so it does not cost you. Thank you.

Sincerely,

*Jill Coit*

Jill Coit # 86530
Claim number = 03-129
DWCF
P.O Box 392005
Denver, Co 80239

RECEIVED
FEB 4 2006
BY: