IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action 92-CV-00870-EWN-oES ( Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et. al.

Plaintiff

v.s.

BILL OWENS, et. al

Defendants

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 8 2006

GREGORY C. LANGHAM
CLERK

**PLAINTIFFS RESPONSE TO DEFENDANTS OUT OF EXPIRED TIME MOTION TO DISMISS IN AN ALREADY SETTLED SUIT**

I swear to the following; Lawyer never told me to respond to this. I believe I am going to die in prison.

This will happen because of the complications I've encountered since contracting TYPE II diabetes in prison. Since 1999 I became extremely hypoglycemic. This MOTION by Defendants is illegal and unauthorized out of time and ambushed on me.

After several hundred grievances I was placed on a cheese and cracker diet. Routinely in some facilities inmates who complain of faintness, dizyness, cravings for sugar, blurred vision, numbness of extremeties are told they are detoxing from drugs. Medical testing shows I am extremely hypoglycemic. Less then a month later I was diagnosed of having a heart murmur and an irregular heart rhythm. DEFENDANTS HAD the date of February 6th to respond to AN ALREADY SETTLED ACTION, WITHOUT notice or extension four years AFTER I JoINED this ACTION Out file a MOTION DISMISSAL.

Jerry/Mario 2-24-06

This condition has existed for years since 97. These goddamn Staff persons will give me cheese and crackers for six months sandwiches on occasion. Then abruptly my hypoglycemic diet supplement is withdrawn. I am indigent. I have been indebted to the prison for several hundred dollars for over ten years. I cannot buy vitamins or sugar to prevent me from crashing hourly. Plaintiffs lawyers never told me to anticipate a late defendants dismissal motion. Hypoglycemia is Type II diabetes. I am diagnosed as a medical inmate denied movement to certain facilities, denied industry jobs, routinely denied treatment for Type II diabetes. Defendants are late in their motion to dismiss by four years and two weeks. My condition is descending to full blown diabetes. The prison does not concern themselves with this. As can be seen by the two AMBULATORY HEALTH RECORDS the DATE section in the upper right hand corner shows the date 2-13-02. The second page shows the date 7-16-04. Exhibit A.

Before a diet snack for hypoglycemic TYPE II diabetes is given an inmate must undergo several painful blood extractions involving a needle pierced in the arm vein and regular hourly testing while given sugar water carbonated. These tests were done years ago. My TYPE II diabetic condition has worsened. I am losing my sight and sensation in my feet. My heart is failing. My hourly crashings due to my inability to metabolize sugar leaves me depressed desperate. I have no way to supplement my diet without the prison being FORCED to do it. Within a year I'll have full blown diabetes. I CANNOT GET MY LAWYERS KING, ORSTEN to get my HEART MURMUR diagnosis in my medical chart

The last attachment defendants attach to their response Exhibit B shows how desperate I am in seeking medical treatment. I was not TREATED when I related I suffered flu-like conditions. An outbreak of flu hit the prison. My weakened condition leaves me susceptible to sicknesses that occasionally visit the confined quarters of prisons. I

No treatment was given. Never was a time or inmate pass given to me to notify me of a grievance resolution meeting. As can be seen in the WHAT WAS DECIDED section nothing was done. I virtually outlasted the lingering sickness.

If this CLAIM is denied the prison will discontinue ANY treatment for my TYPE II diabetes. Prison officials will take this dismissal as a CARTE BLANCHE to deny medical treatment.

I DO NOT BELIEVE this motion by DEFENDANTS is legal. This case was settled. Defendants raise defenses that have not been RAISED in FOUR to FIVE YEARS.

The lawyers for plaintiffs have not informed me that AS OF NOW I AM my OWN LAWYER. I AM NOT A LAWYER. Do NOT UNDERSTAND how AFTER FOUR YEARS I AM To RESPOND To A DEFENDANTS MOTION To DISMISS. THIS IS ILLEGAL, without precedent. Some kind of TRAP!

The attorneys for plaintiffs have previously informed me to settle for fifty dollars unless I can prove that my heart murmur is related to my hypoglycemic condition. A condition which will worsen towards diabetes.

Defendents are illegally submitting a MOTION TO DISMISS. As to issues of RACE. If an investigator would examine prison medical records of african-american inmates with TYPE II diabetes who have contracted TYPE II in prison and have suffered this for years; the investigator will see a NOTICEABLE disparity in treatment provided between african-american TYPE II diabetes (contracted in prison disabled for years) and caucasian-american inmates suffering from the same condition.

Most TYPE II inmates like myself, with heart ailments will eventually develop full blown diabetes and die. I developed a heart murmur because of this TYPE II diabetic condition. I cannot prove it. I do not have ACCESS to my medical records, like the DEFENDANTS Do. ALL OF DEPENDANTS EXHIBIT A-B show inadequate to no MEDICAL treatment for my condition. I HAVE CHEST PAINS DAILY my heart murmur is worse. If an investigator looked at the FEW TESTS I have taken for my heart, it will show that nearly eight years into my prison stay I was diagnosed as TYPE II diabetic and having a heart murmur. Type II diabetes can descend to full blown diabetes the plaintiffs lawyers have not responded to my inquiries to present appropriate medical documentation to the courts. I am indigent without means to.

Defendants should be held to continued medical treatment for TYPE II diabetics, a prelude to full blown diabetes.

I contracted this in prison Look at my prison file. I also developed a heart murmur here. This court CANNOT ALLOW DEFENDANTS to submit a motion to dismiss four years after I brought to this courts attention my medical condition which has worsened. Four years ago I had no prolonged NUMBNESS or heart murmur. Look at my last cardiac chart hospital diagnosis. Look at my first heart diagnosis. Defendants had four years since I JOINED a suit in 2002 WHICH HAS BEEN ALREADY SETTLED If treated correctly I MAY NOT HAVE developed this heart murmur or numbness in extremities or blurred vision or the continuing condition shown in defendants EXHIBIT B.

No counsel consults with me regularly. Defendants without allowance or extension filed a motion to dismiss. Defendants filed this MOTION to DISMISS a SETTLED CLAIM FEBRUARY 21 2006.

I don't have the resources to Act as my own counsel. I Do not HAVE the ability to get ACCESS to my medical filed. IF I DID I would SHOW YOU THAT I Do not RECEIVE treatment for my heart murmur. I am going to slowly die. I am depressed. The prison and courts do what they want, so do lawyers who misrepresent themselves as plaintiffs advocate. This court should not ACCEPT an UNTIMELY MOTION and rule for plaintiff

FURTHER AFFIANT SAYETH not

CERTIFICATE OF SERVICE

I certify I mailed this to the District Court
at U.S. mail postage prepaid

U.S. Magistrate Judge
United States District Court
  Alfred A. Arraj U.S. Courthouse
  901 5th St.
  Denver C.O. 80294-3589

Jerry Mad 2-24-06

PLAINTIFFS RESPONSE TO DEFENDANTS OUT OF EXPIRED TIME
MOTION TO DISMISS IN AN ALREADY SETTLED SUIT   CONT.

Terry Mark 2-24-06

Subscribed and acknowledged before me this __24__ day of
__Feb_____, 20__06__, in the county of __Crowley_____ State
of Colorado.

_____
Signature of Notary

My Commission Expires _____

SEAL OF NOTARY

NOTARY
TIMOTHY A. RITTER
PUBLIC
STATE OF COLORADO

My Commission Expires 06/11/2007