92-cv-00870-EWN-OES

Colorado Department of Corrections
Name D. MARTIN
Register Number 61336
Unit 1-C-1
Box Number 1000
City, State, Zip Crowley Co. 81034



$00.39
Mailed From 810
US POSTAGE

U.S. Magistrate Judge
United States District Court
Alfred A. Arraj United States Courthouse
901 19th St.
AFCF
Denver CO. 80294-1929

X DM