**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 1 2006

GREGORY C. LANGHAM
CLERK

Written
02/27/06
1800hrs.

FROM   George Charles Knorr 45154
AVCF
PO Box 1000
Crowley, CO 81034-0001

Currently Housed at
C.T.U. Cellhouse 5
P.O. Box 1010
Canon City, Colorado 81215

Claim # 02-278
Case # 92-N-870 Montez v. Owens

---

Dear Judge Nottingham,

I am writing you for a dual purpose;

First; I have been displaced from my previous address at AVCF. and am currently at the Colorado Territorial, CTU cellhouse 5 and will notify the Court, Counsel, and Special Master as to my new address as soon as I learn what it will be.

Second) upon the onset of being transported today, while at the AVCF, Lt. Steinbeck, Sgt. Woodson #2135 and Officer Toureo? of the receiving Unit, acted in complicity and conspiracy to tamper with and remove evidence of my disabilities and committed the act of theft as related to my medications, other legal papers of federal and state issues, stollen property also includes items of personal hygiene and assorted commissary merchindice, receipts, orders for medical appliances, back brace, knee brace, medical tennis shoes; and I was transported to this Central Transportation Unit. The medical unit at the State of Colorado, The Colorado Department of Correction, the Medical Unit at AVCF, are deliberately, maliciously, and with deliberate indifference raising barriers to this litigation and my direct appeals also as to my medical needs.

Please refer this letter to the United States Attorney and order the immediate injunctive relief, removing me from the custody & control of the Colorado Department of Correction, placing me in custody of the Bureau of Prisons outside of the State of Colorado, I will follow this complaint with the proper Civil Complaint §1983.

Thank You,
George Charles Knorr
#45154

OVER PLEASE

The Central Transportation Unit (CTU, Cellhouse 5) is NOT in any way in compliance with the Court's Order, diabetics are not allowed any food items to assist them when their sugar levels drop out the bottom. No artificial sweeteners, candy bars. Upon my arrival at CTU, and following my cell assignment Officer Campbell removed a plastic cup filled with licorice sticks which I keep on hand for emergencies. My blood sugars have been dropping to 43, 52, 59 etc since the medical unit at AVCF, screwed-up my medications. "Part of the evidence which was tampered with & removed." Also I know that, through Mr. Campbell's actions, that he, and probably every other officer assigned to the CTU, HAS NOT received any special training in dealing with diabetics. Another issue of non compliance.

Respectfully,

[signature]