IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

---

**ORDER**

---

Upon consideration and review, and upon the findings made in open court on February 9, 2006, it is

ORDERED that the motion to furnish copies of exhibits (#1663) be GRANTED. Defendants shall furnish the copies in ten days.

Dated this 7th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge