OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Not Deliverable As Addressed
Unable To Forward
Insufficient Address
Moved Left No Address
Unclaimed   Refused
Attempted - Not Known
No Such Street   Number

Tommy B. Sturges 66923
PO Box 1000
Fort Lyon, CO 81038

CANNOT LOCATE
92-CV-870
#1654
EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

## ORDER

Upon review and consideration of the Motion for Discovery by Cornelius Tyrone Williams (#1649) filed February 21, 2006, and upon the finding that the discovery is necessary for preparation of a proceeding before the special master and the further observations made by this court at the status conference of February 9, 2006, it is

ORDERED that the motion is GRANTED in part and that defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials.

Dated this 22nd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge