IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

BILL OWENS, *et al.,*

    Defendants.

___

**PLAINTIFF CLASS MOTION FOR A COMPLIANCE HEARING TO THE HONORABLE JUDGE JOHN L. KANE**
___

    The Plaintiff Class, through counsel of record, Paula D. Greisen and David H. Miller of the Law Firm of KING & GREISEN, LLP, hereby files this Motion for the setting of a compliance hearing as follows:

    1.    In August 2005, the Plaintiff Class filed a Notice of Non-Compliance with this Court pursuant to ¶ XXXI of the Remedial Plan which provides:  "the DOC [the Colorado Department of Corrections] shall have no more than two years within which to come into substantial compliance with the terms of this Remedial Plan, hereafter the 'Compliance Period.' . . . If the parties disagree as to whether substantial compliance has been achieved, the dispute shall be submitted to Judge Kane for a final determination."

    2.    The two-year period expired on or about August 26, 2005, and the parties have been unable to agree on whether substantial compliance with the Remedial Plan has been

Case No. 1:92-cv-00870-CMA-MEH   Document 1669   filed 03/07/06   USDC Colorado   pg 2 of 3

achieved.  Accordingly, the Plaintiff Class requests a hearing before this Court to determine whether substantial compliance has been achieved.

3. Class counsel contacted the Court and has been informed that the Court is available for such a hearing on April 19, the afternoon of April 20, April 21st, 24th, 26th and 28th, 2006.  Class counsel believes that the hearing may take three days as the plaintiffs will present witnesses.  Due to personal issues, Mr. Miller will not be available after April 2006 for this hearing.

4. Undersigned counsel contacted Elizabeth McCann, counsel for the defense, regarding her availability for the hearing on any of these dates.  Ms. McCann responded that Mr. Quinn would be out of town from April 17th through the 21st and that she would be out-of- town from April 27th through May 2nd, so the only date they are both available in April is the 26th.  This is problematic because, as previously stated, Mr. Miller is not available after April and given the limited resources of Class counsel's office[1] and the enormous task of conducting a compliance review for the plaintiffs, it is not feasible that undersigned counsel can conduct this hearing without Mr. Miller's assistance.  On the other hand, the Office of the Attorney General currently has five attorneys assigned to this case.[2]  Along with the Department of Corrections, the Defendants have a multitude of resources to assist in the compliance review.

5. Accordingly, Plaintiff Class requests that this Court set this matter for a three-day compliance hearing in April.  Given that the question of substantial compliance will be

---

[1] In addition to Mr. Miller's departure, class counsel's office has one attorney who is out for an underterminded amount of time due to the sudden and serious illness of her child and another attorney who leaves on a three month maternity leave at the end of April 2006.

[2] The attorneys with the Attorney General's Office who are currently assigned to this case include Elizabeth McCann, James Quinn, Jess Dance, Brooke Meyer and Jennifer Berman.

2

determined by the Court, it is not necessary that the hearing dates be consecutive, as long as the hearings are completed in April.

RESPECTFULLY SUBMITTED this 7th day of March, 2006.

~s/ Paula Greisen_____
Paula D. Greisen
King & Greisen LLP
1670 York Street
Denver, CO 80206
Phone: (303) 298-9878
Fax: (303) 298-9879
E-mail:greisen@kinggreisen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2006, I served the foregoing **MOTION FOR A COMPLAINCE HEARING TO THE HONORABLE JOHN L. KANE** via electronic filing to:

Beth McCann
James Quinn
Jess Dance
Brooke H. Meyer
Jennifer Allison Berman
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado   80203
Fax: (303) 866-5443

\_\_\_\_\_~s */Antoinette Taylor*_____