# LRC *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM
www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Philip F. Roan
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Judge Kenneth M. Plotz
Magistrate Sandra Franklin

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska

March 4, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 7 2006

GREGORY C. LANGHAM
CLERK

Office of the Clerk of the Court
ATTN: Ms. Gail Shaw
United States District Court for the District of Colorado
United States Court House
901 19th Street
Denver, CO 80294

RE: *Montez, et al. v. Owens, et al.*
Civil Action No. 92-N-870 (consolidated with 96-N-343)

Dear Ms. Shaw:

I made a mistake and sent to you Claim # 02-252 (Edward Corbin). This was sent in January. Please return this to me, as the state had placed the wrong number on a motion to dismiss. I did not catch that error.

Please let me know when I can pick this up. Thank you for your help. Let me know if there are any problems or questions.

Sincerely,

RICHARD M. BORCHERS