IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-EWN-OES

JESSE MONTEZ, et al,

    Plaintiffs,

-vs.-

BILL OWENS, et. al,

    Defendants.

---

Claim No. X-133
Category: Untimely Filed Claim
Claimant: Abad Martinez #102765
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

**SUPPLEMENTAL PLEADING**

---

    COMES NOW Abad Martinez, and requests that the Court accept the supplemental form in Montez v. Owens Civil action No. 92--870, United States District Court for the District of Colorado.

Dated: March 7, 2006      Respectfully submitted,

    S/Castelar M. Garcia
    Castelar M. Garcia
    Attorney for Abad Martinez

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Answer to the Order to Show Cause this 7th day of March, 2006 to the following:

Mr. Abad Martinez
#102765
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                                  S/Lisa Reed