**Name of Claimant:** _____

**Claim Number:** _92 - N - 870  (OE S)___

## SUPPLEMENTAL FORM FOR CLAIMANTS WHO ARE
## CLAIMING DAMAGES DUE TO MOBILITY IMPAIRMENT

Class Action Disability Suit of *Montez v. Owens*, Civil Action No. 92-N-870
United States District Court for the District of Colorado

Based upon the review of your initial claim form by the Special Master, it appears that you are making a claim due to mobility impairments. Please answer the following questions concerning your mobility impairment. Please submit your answers to these questions, along with any other documentation that you may have and that you wish to be considered by the Special Master.

1. Please describe your mobility problems (Additional pages may be attached):

*#1 I have Asmthma and can not walk or work with out becoming short of breath. #2 also I have a broken shoulder.*

2. Describe how your mobility disability affects your life in DOC:

*When I walk I become short of breath They make me work it causes me pain In my work they make me climb latters this also causes me pain. And shortness of breath.*

3. If you asked DOC for an accommodation (such as accessible cells, restrooms, classrooms, job sites, special assistance with access around the facility, pushers, etc.) for your disability and were denied or you did not receive your accommodation in a timely manner, please describe (Additional pages may be attached):

*I would like to be medically unusigned To work up stairs causes me shortness of breath I would like to have bottom tier bottom bunk Restriction*

4. If you are claiming damages for an emotional or physical injury by DOC because of DOC's alleged failure to provide an accommodation, please describe/explain the injury (Additional pages may be attached):

I have emotional damage becase it I don't work
They will write me up. And make me lop.

I suffer in pain from working causing me
not to be able to sleep at night.

They will not give me any pain medc.

5. If you have ever fallen or been injured at DOC because of physical structures that do not accommodate people with your disability, please describe how and when this happened and the injury received.

I have gotten light headed and had to sit down
before I fell. More then onc.r.

6. What remedy are you requesting? Please be specific (example, money, an accommodation, etc.):

To have my shoulder repaired
To be put on midical unusigned
To have bottom bunk bottam teir
Money for pain and suffering caused by DOC.

_____
Claimant

Date: 01-30-06

Mobility 2 of 2