IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-EWN-OES

JESSE MONTEZ, et al,

    Plaintiffs,

-vs.-

BILL OWENS, et. al,

    Defendants.

---

Claim No. X-133
Category: Untimely Filed Claim
Claimant: Abad Martinez #102765
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

## MOTION TO ALLOW LATE FILING

---

    COMES NOW Abad Martinez, and through his attorney of record, Castelar M. Garcia, and requests permission for a late filing of claims. As a basis for this request counsel asserts that in the last four weeks he has had to undergo four laser surgeries to correct loss of vision caused by diabetic retinopy, which in turm is caused by agent orange exposure in Vietnam. Counsel has also been scheduled for a heart procedure for the placement of stints, the second week of March.

This matter was left unfiled because of personal concerns which counsel requests should not damage his client.

Dated: March 7, 2006                                                 Respectfully submitted,

                                                                                        S/ Castelar M. Garcia
                                                                                         Castelar M. Garcia
                                                                                         Attorney for Abad Martinez

**CERTIFICATE OF MAILING**

      I hereby certify that I have mailed a copy of the foregoing Answer to the Order to Show Cause this 7th day of March, 2006 to the following:

Mr. Abad Martinez
#102765
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adam Wiens
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                        S/Lisa Reed