IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-238
Category: II
Claimant: Juvall Thomas, # 84053
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. A show cause order was issued to Claimant on November 11, 2005. He was directed to respond on or before December 27, 2005. He has filed nothing.

D.C.Colo.L.Civ.R. 10.1 (L) provides, in part, that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." Claimant failed to comply with this requirement. Though Claimant is listed on the DOC Locator as being at Fremont Correctional Facility, Claimant has never so advised the Special Master. He has chosen to abandon his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 8, 2006.**

SIGNED this ____ day of March, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 6 day of March, 2006 to the following:

Mr. Juvall Thomas
#84053
FCF
P.O. Box 999
Canon City, CO 81215-0999

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203