IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

　　　　Plaintiffs,

-vs.-

BILL OWENS, et al.

　　　　Defendants.

---

Claim Number X-158
Category: Untimely Filed Claim
Claimant: Thomas Douglas Smith, Jr. #127378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim of Mr. Smith. In his claim form, he indicates that he came into DOC custody on July 25, 2005.

A claim may be file by individuals who were in DOC custody on or before August 27, 2003. On that date, Judge Nottingham approved the settlement of the case and set the class. Individuals who came into DOC custody after that date for the first time are not part of the class.

Claimant is not a member of the class. He cannot pursue a claim under the Settlement Agreement. Claimant may file his own lawsuit under the ADA.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 17, 2006.**

SIGNED this ___ day of February, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 20 day of February, 2006 to the following:

Mr. Thomas A. Smith, Jr.
#127378
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203