IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-161
Category: III
Claimant: Frank Cruz, #121394
Address of Claimant: 2017 Lava Lane, Alamoza, CO 81101

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Due to an administrative mistake, two files were opened on behalf of Claimant. The other case (X-152) was dismissed because Claimant is not part of the class. The same is true as to this claim file.

Claimant came into DOC custody on April 17, 2004. The Remedial Plan was approved on August 27, 2003 by Judge Nottingham. On that date, the class was set. In order to file a claim, a claimant had to have been in DOC custody on or before August 23, 2003. Claimant was not in custody until April, 2004.

Claimant has the right to pursue his claims through a separate lawsuit. His rights under the ADA and Rehabilitation Act remain and are not affected by the settlement in this case. He just cannot pursue a claim since he is not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 17, 2006.**

SIGNED this 7 day of February, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 7 day of February, 2006 to the following:

Mr. Frank P. Cruz
#121394
2017 Lava Lane
Alamosa, CO 81001

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

