IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number: 02-626
Category: II
Claimant: Richard P. Fleenor, Jr. #84015
Address of Claimant: 700 Colorado Blvd., #207, Denver, Co. 80206

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

SIGNED this 7 day of March, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2 day of March, 2006 to the following:

Mr. Richard Fleenor
700 Colorado Blvd., #207
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____