Original

| | |
|---|---|
| **Court Address:**<br>US DISTRICT COURT<br>901--19th Street<br>~~Denver, co 80294~~<br><br>JESSE MONTEZ, ET AL<br>Plaintiff,<br><br>BILL OWENS, ET AL<br>v.<br><br>Defendant(s). | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 8 - 2006<br><br>GREGORY C. LANGHAM<br>CLERK<br><br>▲ COURT USE ONLY ▲ |
| **Attorney or Party Without Attorney (Name and Address):**<br>Jill Coit # 86530<br>Claim Number 03-129<br>P.O.BOX 392005 DWCF<br>Denver, Co 80239 | Case No.: 92N 870 and<br>Div/Ctrm: 96 N 343 |
| **JUDICIAL NOTICE** | |

Comes Now, Jill Coit, Claimant pro se and ask this Court to Notice that the Colorado Department of corrections and the ~~Colorado~~ Denver Women's Correction Facility is circumventing the Court's Order and provision of hearing transcription in CD Rom format by depriving Claimant of means for meaningful review. IE: CD player/computer required to hear and transcrib said CD's.

Wherefore Claimant ask this Court to take Notice of this Breach, Unethical behavior in response to Order and to take what ever action this Court deems appropriate.

Respectfully submitted,

*Jill Coit*

Jill Coit # 86530, P.O.BOX 392005 Denver, Co 80239

CERTIFICATE OF MAILING
I swear I placed in the US mail , postage prepaid to the following:
Judge Kane-US DIstrict Court
Judge Pringle
Attorney Genereal Mr. Adam Wiens

This 6 day of March , 2006

*Jill Coit*