**ORIGINAL**

| | |
|---|---|
| Court Address:<br>US DISTRICT COURT<br>901--19th Street<br>~~Denver, co 80294~~<br><br>Plaintiff, JESSE MONTEZ, ET AL<br><br>v. BILL OWENS, ET AL<br><br>Defendant(s). | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 8 - 2006<br><br>GREGORY C. LANGHAM<br>CLERK<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit # 86530<br>Claim Number 03-129<br>P.O.BOX 392005 DWCF<br>Denver, Co 80239 | Case No.: 92N 870 and<br><br>Div/Ctrm: 96 N 343 |
| MOTION FOR DISCOVERY COST FOR COPYING MEDICAL RECORDS | |

JUDGE Kane:

Comes Now Claimant pro se and does hereby ask this Honorable Court to find that the discovery of medical records was necessary for preparation of proceeding before the Special Master. Claimant needed the documents to prepare for her hearing and prays this Court will "find good cause" in Claimants need for discovery. Defendants were found to be guilty of disability discrimination under the ADA, the Rehabilitation Act and the Montez Remedial Plan.

According to Paula Griesen, attorney for the Plaintiff's in the above captioned motion Judge Knottingham already ruled that the $1.25 cent charge for medical record copies was "OUTRAGIOIUS" and that 20 cents per page would be more in order. Claimant makes 29 cents per day as a medically unassigned inmate. In the event that Judge Kane feels that defendants do not have to pay the entire withdrawal fee charged Claimant then Claimant ask the court to at least make them repay all but 20 cents per page charge for copying Claimant's medical records.

Claimant ask this Court to ORDER defendants to place back in her inmate account all the money they withdrew as cost for copying of medical records. (they deducted the copying cost from her inmate account-it would be a simple matter to refund said funds).

(prepared by J. Dyon)

Respectfully submitted,

*/s/ Jill Coit*

Jill Coit # 86530
P.O. BOX 392005
Denver, Co 80239


CERTIFICATE OF MAILING
I hereby swear I placed in the US mail, postage prepaid to the following:

US DISTRICT COURT_ JUDE KANE
JUDGE PRINGLE
ATTORNEY GENERAL_ MR ADAM WIENS

THIS 6 day of March , 2006

*/s/ Jill Coit*

# STATE OF COLORADO



COLORADO DEPARTMENT OF CORRECTIONS
DENVER COMPLEX
DRDC, DWCF, CCC
Joan M. Shoemaker, Warden

MEDICAL RECORDS DRDC
P.O. BOX 392004
DENVER, CO 80239-2004
OFFICE 303-307-2302
FAX     303-307-2227



Bill Owens
Governor

Joe Ortiz
Executive Director

July 15, 2004

Dear Ms Coit,

You will have ½ hr to review your file. If you want copies you will be charged at the following rate.

A fee of $1.20 per page up to 10 pages or $12.00 for the first 10 pages and $0.25 per page thereafter will be charged to your account for copies.

Please fill out the enclosed Release of Information form. **Fill out only the highlighted area**. Please bring the form with you when you are scheduled to come to the clinic.

Jim
Medical Records

Denver Reception & Diagnostic Center
10900 Smith Road
P.O. Box 392004
Denver, CO   80239-8004

Denver Women's Correctional Facility
3600 Havana Street
P.O. Box 392005
Denver, CO   80239-8005

Colorado Correctional Center
15445 Old Golden Road
P.O. Box 4020
Golden, CO 80401-0020