IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 01-004
Category I
Claimant: Elias D. Johnson, #61793
Address of Claimant: Fillmore House, 1479 Fillmore Street, Denver, CO 80203

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the returned final order that was sent to Claimant. He is now at the above address, and the final order will be resent to that address.

IT IS HEREBY ORDERED that the final order of January 3, 2006 will be remailed to Claimant.

SIGNED this 12th day of January, 2006.

BY THE COURT:

Richard M. Borchers
Special Master