IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-082
Category: Untimely Filed Claim
Claimant: Richardo Lujan, #47558
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on the letter of Richardo Lujan. The claim of Mr. Lujan has been dismissed. He was mailed a copy of the order of dismissal, and an additional copy will be provided to him. He does not have a condition covered by the Remedial Plan. The Special Masters lack jurisdiction to help Mr. Lujan or to resolve ongoing problems in receiving medical care.

IT IS HEREBY ORDERED that the claim of Claimant will remain dismissed.

SIGNED this 2⁸ day of February, 2006.

                BY THE COURT:

                Richard M. Borchers
                Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of February, 2006 to the following:

Mr. Richardo Lujan
#47558
CCCF
6564 State Highway 96
Olney Springs, CO 81062-8700

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203