IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-713
Category II
Claimant: Lawrence R. Willis, #121912
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant. From the letter, it is apparent that Claimant is back in custody. Previously, a show cause order was issued to Claimant, and he did not respond. An order of dismissal was issued, and a copy is attached. Claimant has a right to appeal the order of dismissal to Judge Kane. The Special Masters have no jurisdiction over the claim, as Claimant is not part of the class.

IT IS HEREBY ORDERED that the claim of Claimant has been dismissed.

SIGNED this 22 day of February, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

Montez V. Owens 02-713

Judge Richard Borchers,
Legal Resolution Center.

RECEIVED
FEB 24 2006
BY:_____

My name is Lawrence Willis #121921 I was suposed to have a court date on in 2005 to present my case along with the Montez case I have been Reincarcerated since I've been back the County Jail Refused to give me the proper medical treatment and since I've been back in D.O.C. They have been doing the following They have me working in the Kitchen and I walk with a cane they also have been giving me the runaround it took them over a month to give me a Doctors appointment and then he's not a Doctor but a physician Asst. or something Because I asked for an M.R.I. They said they would have to move me to a Facility with a Doctor They gave me the wrong knee Brace and then didnt Fix it on the next appointment They wont let me out of the Kitchen and I'm afraid of sliping and hurting my self worse I've got my step two Grievance in and am waiting a Respons I would Appreciate it if you could write me back and let me know where I stand and if there is anything you could do to help me in this matter thank you very much

Sincerly yours
#121921 Lawrence R. Willis 2/20/06

**Colorado Department Of Corrections**

Name Lawrence Willis
Regrster Number 171917
Unit Enich unit E
Box Number 2122
City, State, Zip Canon City Col,
81215-0122

From: Montez V. Owens

To: Judge Richard Borchers
Legal Resolution Center
7907 Zenobia Street,
Westminster, CO, 80030