92CV 870 EWW MEH

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2006 MAR -7 PM 2:02
GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

670 hooker St

Denver Colo 80204

Matthew LARchuleta JR