UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

AMENDED CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on March 9, 2006, I mailed the **Order** dated March 9, 2006 using the CM/ECF system which will send notification of such filing to the following individuals:
See Attached NEF

      And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participant:

Steven Paul Walker, # 114350
Fort Lyon Correctional Facility, Unit 4
P.O. Box 1000
Fort Lyon, CO 81038

                                        GREGORY C. LANGHAM, Clerk

                                        By s/ Patricia A. Pirner
                                          Deputy Clerk