IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

## DEFENDANTS' POSITION STATEMENT ON "GREEN TAG" ISSUE
---

Plaintiff Class Counsel filed a position statement in which they objected to the practice of the Colorado Department of Corrections (CDOC) of identifying disabled inmates by placing green tags on their clothing. This practice was developed to ensure that corrections officials were aware of the special situations and needs of disabled inmates.

Defendants CDOC, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado Attorney General's office, state that given the objection of class counsel, CDOC will discontinue this practice. CDOC will remove the green tags from the clothing of all current inmates and will not put green tags on the clothing of disabled inmates in the future. Green tags that are on the clothing of current inmates will be removed by May 30, 2006 at the latest.

Defense counsel has consulted with Plaintiff Class Counsel and they have agreed that this action will make the issue of the green tags moot. Neither the Court nor the Special Masters will need to address this issue any further.

Respectfully submitted this 10th day of March, 2006.

JOHN SUTHERS
Colorado Attorney General

_____
ELIZABETH H. MCCANN 5834
Deputy Attorney General
Civil Litigation and Employment Law Section


JAMES X. QUINN, 21729
Assistant Attorney General
Corrections Unit, Litigation Section

Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Fax: (303) 866-5443
Email: beth.mccann@state.co.us

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that on the 10th day of March, 2006, I electronically filed the foregoing Position Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Greisen | Honorable Richard M. Borchers |
| David Miller | dborchers@legalres.com |
| miller@kinggreisen.com | Special Master |
| greisen@kinggreisen.com | Legal Resolution Center |
| Counsel for the class | 7907 Zenobia St. |
| King and Greisen, LLP | Westminster, Colorado 80030 |
| 1670 York St. | |
| Denver, Co. 80206 | |

                                            s/Elizabeth H. McCann
                                            Elizabeth H. McCann
                                            Attorney for Defendants
                                            Colorado Attorney General's Office
                                            1525 Sherman St.
                                            Denver, Co. 80203
                                            303-866-3261
                                            Fax: 303-866-5443
                                            beth.mccann@state.co.us