OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Clint  Crews #109270
Colorado Territorial Correctional Facility
P.O. Box 1010
Canon City, CO 81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 9 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1654

EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

---

## ORDER

---

Upon review and consideration of the Motion for Discovery by Cornelius Tyrone

Williams (#1649) filed February 21, 2006, and upon the finding that the discovery is necessary

for preparation of a proceeding before the special master and the further observations made by

this court at the status conference of February 9, 2006, it is

ORDERED that the motion is GRANTED in part and that defendants and DOC shall

forthwith make copies of claimant's medical files without requiring him to pay for such

materials.

Dated this 22nd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge