OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Clint Crews #109270
Colorado Territorial Correctional Faci[lity]
P.O. Box 1010
Canon City, CO 81215

DENVER, COLORADO
MAR - 9 2006
GREGORY C. LANGHAM
CLERK

ANK

CANNot LoCATE
92-CV-870
#1657, 1658

EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

>Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

>Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Objection to Final Order of Special Master (doc.# 1587), filed by John Cerrone (claim #03-077), is **OVERRULED.** Based on the evidence presented, the Special Master found the sum of $750.00 to be an appropriate award of damages. There is no evidence of abuse of discretion. The Final Order of Special Master will stand. The objection is overruled. Note to Clerk: Notice requirement is terminated for this claimant following processing of this order.

---

Dated: February 24, 2006