OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☑ Refused

Kenneth Lujan
P.O. Box 2000
Unit CB219
Burlington, CO 80807

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 9 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1657, 1658, 1654

EWN - OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Objection to Final Order of Special Master (doc.# 1587), filed by John Cerrone (claim #03-077), is **OVERRULED.** Based on the evidence presented, the Special Master found the sum of $750.00 to be an appropriate award of damages. There is no evidence of abuse of discretion. The Final Order of Special Master will stand. The objection is overruled. Note to Clerk: Notice requirement is terminated for this claimant following processing of this order.

---

Dated: February 24, 2006