OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

☐ NEED INMATE REGISTRATION NUMBER
☒ NO LONGER AT FORT LYON

Tommy B. Sturges 66923
PO Box 1000
Fort Lyon, CO 81038

**FILED**
ED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 8 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870

#1657    EWN-OES

Pro/e

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

>    Plaintiffs, as representatives of themselves and all others similarly situated in
>    the class action,

v.

**BILL OWENS, et al,**

>    Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Objection to Final Order of Special Master (doc.# 1587), filed by John Cerrone (claim #03-077), is **OVERRULED.** Based on the evidence presented, the Special Master found the sum of $750.00 to be an appropriate award of damages. There is no evidence of abuse of discretion. The Final Order of Special Master will stand. The objection is overruled. Note to Clerk: Notice requirement is terminated for this claimant following processing of this order.

---

Dated: February 24, 2006