OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

☐ Date _____
☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☒ Attempted – Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ _____
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR - 9 2006
GREGORY C. LANGHAM
CLERK

ANJ

CANNOT LOCATE
92-CV-870
#1657, 1658      EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Objection to Final Order of Special Master (doc.# 1587), filed by John Cerrone (claim #03-077), is **OVERRULED.** Based on the evidence presented, the Special Master found the sum of $750.00 to be an appropriate award of damages. There is no evidence of abuse of discretion. The Final Order of Special Master will stand. The objection is overruled. Note to Clerk: Notice requirement is terminated for this claimant following processing of this order.

---

Dated: February 24, 2006