OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved Left No Address
☐ Unclaimed ☐ Refused
☒ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant
☐ No Mail Receptacle
☐ Box Closed No Order
☐ Returned For Better Address
☐ Postage Due

Cornelius Tyrone Williams 113043
P.O. Box 1010
Canon City, CO 81215-1010

ANK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 9 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1657, 1658    EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in
the class action,

v.

**BILL OWENS, et al,**

        Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Objection to Final Order of Special Master (doc.# 1587), filed by John Cerrone
(claim #03-077), is **OVERRULED.**  Based on the evidence presented, the Special Master
found the sum of $750.00 to be an appropriate award of damages.  There is no evidence of
abuse of discretion.  The Final Order of Special Master will stand.  The objection is
overruled.  Note to Clerk: Notice requirement is terminated for this claimant following
processing of this order.

---

Dated:  February 24, 2006