IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Claimant Jackie L. Carr's Notice of Appeal (Objection)of the Special Master Order dated May 9th, 2005 (doc. #920), dated June 9, 2005, is OVERRULED.  The Special Master has correctly ruled that the settlement agreement provides no basis for issuance of subpoenas for discovery.

Claimant Jackie L. Carr's Objection to Special Master Approving Yet another Extension of Time for Defendants to Respond to Claimants Claims, etc. (doc. #1590), is OVERRULED. The granting of such an extension is solely within the discretion of the Special Master.

Note to Clerk: Notice requirement is terminated for this claimant following processing of this order, to be reinstated upon issuance of the Special Master's Final Order regarding claim #02-559.

---

Dated:  March 10, 2006