IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

# MINUTE ORDER REGARDING RETURNED MAIL

Judge John L. Kane **ORDERS**

      The Court routinely receives "Returned Mail" from parties currently on the mailing list for this case. The Clerk is directed to terminate the notice requirement on any party whose mail is returned as undeliverable, pending receipt of an updated address. All claimants are reminded that it is their continuing responsibility to promptly advise the court of any change of address.

Dated:  March 10, 2006