OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

A.WK

[Denver CO postmark, Mar 3 '06]

Return stamp:
- Not Deliverable As Addressed
- Unable To Forward
- Insufficient Address
- Moved, Left No Address
- Unclaimed / Refused
- [X] Attempted - Not Known
- No Such Street / Number
- Vacant / Illegible
- No Mail Receptacle
- Box Closed - No Order
- Returned For Better Address
- Postage Due

Cornelius Tyrone Williams 113043
P.O. Box 1010
Canon City, CO 81215-1010

92-cv-870
EWN-OES

#1654

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2006

GREGORY C. LANGHAM
CLERK