CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
X Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Kerry   Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

92-cv-870 EWN-OES
# 1654

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

---

## ORDER

---

Upon review and consideration of the Motion for Discovery by Cornelius Tyrone Williams (#1649) filed February 21, 2006, and upon the finding that the discovery is necessary for preparation of a proceeding before the special master and the further observations made by this court at the status conference of February 9, 2006, it is

ORDERED that the motion is GRANTED in part and that defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials.

Dated this 22nd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge