IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

## RESPONSE TO PLAINTIFF CLASS MOTION FOR A COMPLIANCE HEARING TO THE HONORABLE JUDGE JOHN L. KANE

Defendants, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado Attorney General's office, respond to the Plaintiffs' motion for a compliance hearing as follows:

1. Defendants have no objection to holding a compliance hearing.

2. Plaintiffs' counsel gave Defendants the dates of April 19, the afternoon of April 20, April 21st, April 24th, 26th and 28th, 2006 as potential hearing dates.

3. Defendants informed Plaintiffs' counsel that Jim Quinn is on vacation the week of April 17-21st and Ms. McCann is in Washington D.C. on April 28 for a Constitutional Scholars competition in which her son is participating.

4. Only April 24th and 26th did not conflict with prearranged trips as possible days for the hearing. Defense counsel suggested that the hearing be held on April 26th because Mr. Quinn

will have just returned from vacation on April 24th and would not have time to prepare for the hearing.

5. Plaintiff Class Counsel then filed this motion asking the Court to set a hearing on the dates when Mr. Quinn or Ms. McCann are not available because Mr. Miller is not available for personal reasons after April 2006.

6. Mr. Quinn and Ms. McCann are not available for seven days during the month of April for personal reasons as outlined above. It does not make a lot of sense to conclude that Mr. Miller's personal reasons are more important than Defense counsel's personal reasons. Is Mr. Miller not available ever again after April 2006? The hearing could be set in June or whenever Mr. Miller's personal reasons allow him to be available. Defense counsel should not be penalized because of Mr. Miller's schedule any more than Plaintiffs' counsel should be penalized because of Defense counsel's schedule.

7. Plaintiff Class counsel points out that the Attorney General's office has five attorneys assigned to this case. She neglects to mention that four of them are recent graduates of law school who were hired on a temporary basis just to handle the damages claims process - writing briefs and handling hearings. They are handling over 1300 individual damage claims and just recently completed filing approximately 400 briefs that were due by the end of February 2006. Another 200 briefs are due by the end of May. Only one of them, Jess Dance, has had any involvement in compliance issues, and his involvement is very minimal.

8. On the other hand, Jim Quinn has been the lead attorney on the case since he joined the office in 1999. Beth McCann has been the other lead attorney on the case since approximately 2001. They are the attorneys who negotiated the settlement and have been handling the

compliance issues. They are the attorneys who have met with the officials at the Dept. of Corrections about compliance issues and have worked to resolve issues. Both of these attorneys need to participate in any compliance hearings.

    WHEREFORE, Defendants do not object to one day of the hearing being held on April 26th, 2006, but object to the Court setting other days for the hearing during days when the two lead counsel on the case are not available.

    Respectfully submitted this 10th day of March, 2006.

JOHN SUTHERS
Colorado Attorney General

s/ Elizabeth H. McCann_____
ELIZABETH H. MCCANN 5834
Deputy Attorney General
Civil Litigation and Employment Law Section

JAMES X. QUINN, 21729
Assistant Attorney General
Corrections Unit, Litigation Section

Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Fax: (303) 866-5443
Email: beth.mccann@state.co.us

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 10th day of March, 2006, I electronically filed the foregoing Position Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Greisen | Honorable Richard M. Borchers |
| David Miller | dborchers@legalres.com |
| miller@kinggreisen.com | Special Master |
| greisen@kinggreisen.com | Legal Resolution Center |
| Counsel for the class | 7907 Zenobia St. |
| King and Greisen, LLP | Westminster, Colorado 80030 |
| 1670 York St. | |
| Denver, Co. 80206 | |
| | s/Elizabeth H. McCann |
| | Elizabeth H. McCann |
| | Attorney for Defendants |
| | Colorado Attorney General's Office |
| | 1525 Sherman St. |
| | Denver, Co. 80203 |
| | 303-866-3261 |
| | Fax: 303-866-5443 |
| | beth.mccann@state.co.us |