Office of the Clerk
U.S. District Court
901-19th Street Room A105
Denver, Co. 80294-3589

3-7-06

Re: Montez v. Owens et Al.   C.A. No. 92-CV-00870EWN.

(NOTICE-TO-COURT)

This is to inform this Honorable Court that I have been moved to the following Address...

David P Wolf
#468145
Powledge Unit
RT #2 Box 2250
Palestine, TX. 75882.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2006

GREGORY C. LANGHAM
CLERK

(ALSO)

I would like to Request the disposition of Category #3 No. 100219 of this action. I have Received several letters in Regards to other inmates in this action but I have not heard on the part in Regards to my answer to Special Master Recommendation.

I have waited patiently for months with no answer to my Reconsideration Because of permanent dammay Due to failed surgery on neck & left ankle that has left me permanently confined to a wheelchair.

Respectfully
David Wolf