IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

_____

## ORDER
_____

KANE, J.

This matter is before me on Objection to Special Master's Order Dismissing Claim (doc.# 729), filed by Steven James Hernandez (claim #01-056) on October 21, 2004. I have reviewed the letters filed by Mr. Hernandez and the Order of Special Master dismissing claim. The objection is **OVERRULED.**

The Special Master properly ruled that Mr. Hernandez did not set forth a sufficient basis to pursue a claim. The dismissal of this claim was appropriate, and there was no abuse of discretion. The Order of Special Master dated September 28, 2004, stands.

Dated this 13th day of March, 2006.

                                          BY THE COURT:

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE