IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

_____

**ORDER**
_____

KANE, J.

    This matter is before me on Appeal (Objection) of Special Masters Order Dismissing Claim (doc.# 685), filed by Stephen Jaramillo (claim #01-047) on August 30, 2004. I have reviewed the Initial and Supplemental Claim Forms, the Order of Special Master Dismissing Claim, and the Appeal (Objection) of Special Masters Order Dismissing Claim. The objection is **OVERRULED.**

    The Special Master correctly concluded that Mr. Jaramillo's condition, which was caused by ulcerative colitis, does not meet the requirements for a <u>Montez</u> damages claim. The Special Master found that while the Claimant may have the right to pursue separate litigation to seek redress for his lack of care, his condition does not fall within a category recognized by the settlement agreement. The dismissal of this claim was appropriate, and there was no abuse of discretion. The Order of the Special Master Dismissing Claim dated

August 9, 2004, stands.

Dated this 13th day of March, 2006.

                                           BY THE COURT:

                                           **s/John L. Kane**  
                                           SENIOR U.S. DISTRICT JUDGE