IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff Class Motion for a Compliance Hearing (doc.1669), filed March 7, 2006, is **GRANTED.** A two-day hearing is set for Monday, April 24, 2006 from 10:00 a.m. through 5:00 p.m. and continuing on Wednesday, April 26, 2006 from 9:00 a.m. to conclusion in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 13, 2006