IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

**ORDER**
_____

This matter is before the court on the motion to appoint counsel (#1718) filed by Claimant Jill Coit on March 13, 2006. Upon consideration of the motion and a review of the file, it is

ORDERED that the motion be DENIED.

Dated this 13th day of March, 2006.

          BY THE COURT:

          s/ Edward W. Nottingham
          EDWARD W. NOTTINGHAM
          United States District Judge