IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

_____

## ORDER
_____

KANE, J.

    This matter is before me on Response (Objection) to Final Order of Special Master (doc.# 978), filed by David Paul Wolf (claim #03-029) on July 8, 2005. I have reviewed the Final Order of Special Master, and the Response (Objection) to Final Order and Defendant's Response thereto. The objection is **OVERRULED.**

    The test is abuse of discretion. There is no abuse of discretion. Rather, the Order of Special Master is based on facts in the record, a balanced consideration of those facts and a clear application of reason and legal authority to those facts. The Final Order of Special Master(doc. #950), dated June 30, 2004, stands.

    Dated this 14th day of March, 2006.

                                            BY THE COURT:

                                            **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE

Note to Clerk: Notice requirement to this claimant is terminated following processing of this order.