In the United States District Court For The District of Colorado.

Civil Action No. 92-870 (OES) (Consolidated For All Purposes with Civil Action No. 96-343)

Jesse Montez, et al.
Plaintiffs,
- vs. -
Bill Owens, et al
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 1 4 2006
GREGORY C. LANGHAM
CLERK

Case/Claim Number 03-119
Category III
Claimant: Thomas Castro #81977
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215

Appeal of The Final order of Special master

In your Final order I was told That I don't meet The criteria For mobility disability? The Reason given to me is that, because I can walk, though with pain. My degenerate Hip That Has me In Pain 24 Hours a day to The point where I can only walk FiFty yards At ANY one time, Anything Further Than That, I have to Stop For A Brake So I can catch my Breath And lessen the pain I Feel In my Hips And legs. As I walk I suffer sharp pains down my legs And when my Hip does Slip partly out its Socket, the pain causes me to Fall Imediately to the ground. No, I'm Not currently using A "walker or A wheel chair but A walker isn't Far Away.

2# Any "one" fall can cause me to break my Hip! That's why medical has a "Complete medical Restriction" on me well I'm in prison. The only thing I'm allowed to do is walk in limited ammounts. I walk so slow that during movements with other inmates, staff has to "stay back" and essoort me because the Rest of the inmates are already out of view and at their destination. I walk with a walking caine, I have degenerate Hips, I have asthma, arthritis in my Hip, Knee's, feet I have "two Ruptured Disc's that are herniated in my back with loose fragments that protrude on my spine, I also have very serious heel spurs that on some days leave me unable to walk at all!!! I sent the court my medical Records to "prove" everything I've stated is true and correct. The only time I leave my living unit is when I'm forced to leave in order to renew my prescriptions for the things that ail's me. This criteria may be narrow by definition but I do meet the criteria to be part of this claim. The criteria doesn't require that I be "wheel chair bond" only that I have a lower mobility that substantially limits my walking. The definition of substantial is: Ample: sustaining: large: my walking ability and lifestyle is greatly limited to fit any and all of these criteria's. Your Honor, please reconcider this order by Judge Borchers. Concidering my mobility Claim.

3# my lower mobility disability "pre-dates the August 27th, 2003 date Required by the Agreement of this Claim. my medical Records That I supplyed the Court Shows THIS.

Your Honor, please help me understand why my Claim of mobility discrimination does Not Fit under The ADA and The Rehabilitation Act. Isn't discrimination by D.O.C. when They Have me at a Facility where inorder For me to Have access to The out door Recreation program, I'm Forced to Clim up a Huge 90 degree dirt and gravel hill with NO Hand Railing or Constructive Steps! As a Result of being Forced of making The decision between Sunlight, Air and physical exercise or The great chance of me Falling and breaking my Hips well trying to walk up or down THIS unsafe passage. I've Fallen several times and suffered great PAIN! So much THAT I. No longer was Mentally or physically Able to Have Acess to D.O.C. Recreation program. Your Honor, I shouldn't have to Choose between Sunlight, Air, or The "Hightly possibility That I would slip and Fall well trying to Acess the only Available chance I Have to participate in D.O.C. Recreation program. Isn't This discrimination against me As A Disabled inmate? Only making the Recreation Programs Available to inmates without a disability seems to me to be a "obvious" Form of discrimination against me as a disabled Inmate.

4# When I brought this problem to the attention of the staff and warden, I'm told that if I don't like it, not to come to prison! Under the Rehabilitation Act I am reconized as a "equal" to the other inmates who don't have all the physical disabilitys I suffer from. No I was never told that I would never be considered for a position of employment as what was given to me as a exsample from Judge Borchers Court but I was told that I will not be allowed to participate in the Recreation program because I'm unable to clim up a 90 degree loose dirt hill. Had D.O.C. Built a solid stair's with a hand rail I would be able to have the same acess to the Recreation program that the other inmates in D.O.C. enjoy daily. Because this was the "only time allowed" out our living units to enjoy the sunlight, I was forced to remain in doors 24 hours a day 365 days a year! All because I'm a inmate with substantially limited lower mobility disability. Your Honor, D.O.C. and their medical staff knows of my limited mobility, but refused to send me to a facility that would allow me acess to participate in such programs as Recreation. Is this not a Discrimination? It sure feels like it when your sitting there watching all the other inmates get excited to go out side on a sunny 80 degree day! And because I'm disabled I cannot. This obvious discrimination caused me major depression and a daily sense of hoplessness. All of this predates the August 27th 2003 Agreement so why was I denied my claim?

5# In Judge Borchers final order He stated that my main concern was the quality of medical care that I had received over the years. That was "one" of my concerns but not my only concern. Obviously I'm concerned about the discrimination I'm suffering as a disabled inmate in C.D.O.C.. Despite my "Repeated" attempts for fair, safe access to a Recreation program offered by D.O.C. I was ignored and left to suffer indoors. The A.D.A. and Rehabilitation Act are statutes that are suppose prevent exactly this kind of discrimination.

Your Honor, I now understand that my other concerns about the Quality of medical care has to be resolved under the Eighth Amendment. But those concerns shouldn't cancel out my obvious discrimination of access to the Recreation department. There two seperate issues.

Your Honor, on the subject of my Diabetes. Judge Borchers agreed with me that I had been a diabetic sense the year 2000, and that I was, therefor part of the class. Your Honor, In Judge Borchers Final order Number #2. of Section III pertaining to my diabetes It asks, was the Claimant other wise qualifide to participate in the programs or receive the benefits or services offered by D.O.C.? Your Honor, I suffered great pain daily because I was denied the proper medical diet and care because the Doctor at this facility chose to discriminate against me because I needed special care. Its C.S.P. peronal policy to denie Ad-seg inmates any and all

of Benefits they see as a unnessary need. your Honor, isn't this whole lawsuit to correct the unjust done to us disabled inmates who are being discriminated against solely because were disabled? I've proven to the court that I was denied my diabetic care by D.O.C. and I suffered mentally and physically. So why have I been denied? As defined in title 42 of the United States code, section 12102 Shall, because of that disability be excluded from participation in or denied the benifits of services, programs or activities of D.O.C. or be subjected to discrimination. All facilitys designated to house inmates with disabilitys will provide compareable programs's services and benefits available. Throughout comparable D.O.C. facilitys to ensure that inmates with disabilitys are not discriminated against because of their disabilitys. Your Honor, thats exactly what happen to me. before I was sent to C.S.P., which is a Ad-seg facility, I was receiving the proper care for my disability, but asoon as my "classification" fell to the Ad-seg. level, I was discriminated against because in their eyes I no longer deserved "Special care or benefits that were given to me in general population. Not only was I disabled but now I had become a "lower class" of a Inmate. I was denied care even when their own records proved that my life was in danger if I wasn't given my insulin and diet.

7# Judge Borchers found that the evidence presented indicated that I did indeed go without my insulin for six days at C.C.F. due to a lock down. He even agreed this to be a violation of the ADA and Rehabilitation Act. But, he than states that this post dates August 27th, 2003. Your Honor, I believe that I've established that I was a victim of discrimination for my diabetes prior to this date! This was the "second" time I was denied my insulin sense the year 2002 when I arived at C.S.P.! The denial of my medical diet and insulin the day of my arival at C.S.P. was a clear violation of the ADA and Rehabilitation Act! Your Honor, this behavior clearly pre-dates the August 27, 2003 date. The agreement provides that a act of discrimination can be added to my claim, but only if I could establish on it own for something prior to the August 27, 2003 date. Your Honor, I've done that. If not giving me my insulin during a six day lockdown is a clear violation of the A.D.A. and Rehabilitation Act, then why wouldn't it also be a clear violation when I was denied the same insulin and diet the day of my arival at C.S.P.? I was denied the exact same insulin in both incedents! One pre-dates August 27, 2003 and the other post dates the August 27, 2003 date. The one that pre-dates this date, establishes on its own that this discrimination is and was something prior to the agreements August 27, 2003 date.

8th Because I was denied my insulin on these occasions I suffered Both mentally and physically then emotionally. I went a year and a half with out my insulin and diet the first time. It predates the August 27th 2003 date. How could the Court Rule that D.O.C. violated the ADA and Rehabilitation act when they denied me my insulin for six day's but not when they did the identical violation for one year and half? Your Honor, its my belief that the courts should see them both as a clear violation of the ADA and Rehabilition act and because of it i've suffered greatly. Your Honor, even after it happened once this same C.S.P./Centennial facility done it a second time. This shows that D.O.C. Repeatedly allows this to happen to the disabled men in their prison's. They need a strong message from your court that they cannot and shouldn't continue this abuse of the inmates in Colorados prisons. Your Honor please Review all the earlyer statments I gave the court about the daily nightmare I lived well I was being denied my insulin and diet. My suger levels would sky Rocket then Nose dive through out the day and evening. I suffered headachs, Burning Runing eyes, Blured vission, Confussion, chest pains, major depression and daily thought that I might die. I'even gave the court Records of staff's own concern about my daily conditions but they were Helpless because medical Refused to Help me.

9th one hour I'd been on the ground spining and the next hour I'd be bouncing off the walls from high suger levels and high blood pressures. All of this has caused me perment damege to my heart and blood vessels.

Your Honor, I feel that I did indeed suffer harm from the violations of the ADA and Rehabilitation Act. I feel the appropriate remedy would be to grant me the requested ammount I asked for or I trust your opinion because I know it will be fair. Your Honor, thank you for your time and I hope you will forgive my messy handwriting and sometimes incorrect spelling.

3-11-06                 Sencerely

                        John R Castro #81977

Your Honor, I'd like to also inform you that because I was denied my insulin and diet, my diabetes got "worse" and when I finally was given help a year and half later, I needed a increase in the ammount of insulin in order to control my diabetes. Because of this discrimination it took me another year to get control of my suger levels. This whole time I was showing them copies of their own medical records that proved beyond a doubt that I needed my insulin and diet! but this doctor chose to ignore my warnings and because of it I suffered...