3-12-06

92-cv-00870-EWN-OES

Clerk of the United States District Court
901 19th Street
Denver, Co 80294.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2006

GREGORY C. LANGHAM
CLERK

On December 5, ~~GREGORY C. LANGHAM~~ filed an objection to the Special Master's ~~ruling~~ pursuant to Federal Rule of Civil Procedure 53(g)(2)

Claimant mailed said objection to the Clerk of the United States District Court December 5, 2005 at 8:50pm, claimant has yet to hear from the Court concerning the above matter, enclosed in this letter is a copy of said objection filed within the date and time-frame given by the Special Master.

Claimant also mailed copies to Special Master Richard M. Borchers, Mr. James X. Quinn, Mr. Jess A. Dance. Both with the Attorney General Office Litigation Section.

Claimant would like to know whats going on in his case, a progress report.

Respectfully Submitted,

Byron Cortez #45627
49030 St Hwy 71
Limon, Co 80826