

FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589
ICIAL BUSINESS

Discharged

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused

REF

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 3 2006

GREGORY C. LANGHAM
CLERK

92-CV-870 EWN
#1654

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

## ORDER

Upon review and consideration of the Motion for Discovery by Cornelius Tyrone Williams (#1649) filed February 21, 2006, and upon the finding that the discovery is necessary for preparation of a proceeding before the special master and the further observations made by this court at the status conference of February 9, 2006, it is

ORDERED that the motion is GRANTED in part and that defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials.

Dated this 22nd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge