OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE EWN -OES
92-CV-870
#1615

Kenneth Lujan
Unit CB219
Kit Carson Corr. Center
PO Box
Burlington

NIXIE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294250151    *0420-04970-09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The January 30, 2006 Minute Order (Doc. 1568) directing "Plaintiffs" to file a response to Defendants' Objections to Recommended Award of Attorney Fees and Costs (Doc. 1567) was a reference to the plaintiff class as a whole as represented by their class counsel, and not an invitation for individual class members to respond to the Objection *pro se*. Accordingly, the "Objection and Motion for Time Extension" filed by individual class member Shawn Winkler (Doc. 1600) was improperly and unnecessarily filed and is **STRICKEN**. Class counsel, on behalf of Mr. Winkler and all other class members, filed Plaintiffs' Response on February 6, 2006 (Doc. 1608), and it is currently under consideration.

Dated: February 8, 2006