Filed
REC'D MAR 14 2005

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2006

GREGORY C. LANGHAM
CLERK

Dear Counsel

My name is Alfonso R Flores I am on the electronic filing list for Civil Action No. 92-cv-00870-EWN-OES consolidated with Civil action no 96 cv 343 at any rate I have been going through alot of trouble here in DOC on getting the proper medical care I was shot on Dec 31st 2002 and have been incarcerated ever since I have suffered nerve damage to right leg were right knee goes out & I fall at random my left knee has been injured due to this because it carries the weight of my body to balance out Since this incident I developed a hernia on the abdominal wall which the surgery took almost 2 yrs to get due to the county not sending proper paper work & DOC not doing the proper investigating well due to this the Surgeon did not use mesh on Surgery Site but used fatty tissue which in result has reoccured I have complained to medical staff & filed grievances on these issues I have went as far as sending for medical records at denver health so that it can make things easier for medical to provide the proper care well while at the hospital I went through MRI's, XRay & was suppose to go through

rehabilitation I finally questioned medical on what files they have so I sent for my own copy of medical files on MRI findings, neurology reports, & discharge summary the staff here keeps telling me that they have looked into my file & see nothing wrong on 2-3-06 I was seen by medical provider for legal services while this visit with medical provider was taking place I ask to see my medical file it comes to my attention that they don't have my complete medical records and due to this I have not been getting the proper care I have sent kites to let medical know that I have copies of my complete file & that they need to get a hold of denver health & get these copies or look at mines so that I can get the proper care the reason for this letter is so that maybe you can help me in this matter I am in a lot of pain my lower back my knees & a reoccurring hernia which I have kites in a two facilities please help me in this matter thank you for reading this letter I will be waiting for your response          respectfully

Alfonso R Flores

**Colorado Department Of Corrections**

Name: Adrienne P. Jones
Register Number: 119483
Unit: C4-13
Box Number: 777
City, State, Zip: Canon City, Co - 81215-

Office of the Clerk
United States district court
901-19th st Room A105
Denver, Co
80294