IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO  80239

**MOTION FOR CLARIFICATION OF COURT'S ORDER OF MARCH 7, 2006**

Defendants, through the Colorado Attorney General, respectfully submit the following Motion for Clarification of Court's Order of March 7, 2006.

1.      On March 7, 2006, the Court ordered Defendants to furnish copies of exhibits admitted to the Special Master at Claimant's hearing on October 31, 2005.

2.      Upon executing a final order on Claimant's claim, the Special Master forwarded Claimant's claim file, including all exhibits admitted at the hearing, to the Clerk of Court.  See Def. Exh. A.

3.      At Claimant's hearing, Defendants only introduced two exhibits, both of which were admitted by the Special Master.  See Def. Exh. B.

4. Defendants have sent copies of both of these exhibits to Claimant in compliance with the Court's Order of March 7, 2006.  <u>See</u> Def. Exh. C.

5. Claimant introduced 56 exhibits which were admitted at the hearing, and four exhibits which were not admitted.  <u>See</u> Def. Exh. B.  Defendants were not provided with copies of these proffered exhibits.

WHEREFORE, Defendants respectfully request clarification as to how the Court wishes Defendants to further proceed in regard to the Court's Order of March 7, 2006.

Respectfully submitted this 15th day of March, 2006.

JOHN W. SUTHERS
Attorney General

s/ Jennifer Berman
JENNIFER BERMAN, 35882*
Corrections Unit
Civil Litigation and Employment Law Section
1525 Sherman, 4th Floor
Denver, CO 80203
(303) 866-5647
Attorney for the Defendants
*Counsel of Record

**CERTIFICATE OF SERVICE**

      This is to certify that I have duly served the within MOTION FOR CLARIFICATION OF COURT'S ORDER OF MARCH 7, 2006 upon Claimant by depositing a copy of the same in the U.S. Mail, postage prepaid, at Denver, Colorado, this 13th day of March, 2006, at Claimant's address as follows:

Jill Coit
DOC # 86530
Denver Women's Correctional Facility
P.O. Box 392005
Denver, CO  80239

*Courtesy Copy To:*

Cathie Holst

                                                                     _____