IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER

---

     THIS MATTER comes before the Special Master on Claimant's letter requesting copies of exhibits. The Special Master notes that some exhibits have been copied and mailed to Claimant. More importantly, the file has been forwarded to the Clerk of the Court. Claimant should make her request to that office.

     IT IS HEREBY ORDERED that Claimant's request for copies of exhibits is denied, as she has been provided to Claimant and the file has been forwarded to the Clerk of the United States District Court.

     SIGNED this _21_ day of February, 2006.

               BY THE COURT:

               Richard M. Borchers
               Special Master

EXHIBIT
A

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _20_ day of February, 2006 to the following:

Ms. Jill Coit
#86530
DWCF
P.O. Box 392005
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203