IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## APPENDIX OF EXHIBITS

---

The following is a list of Exhibits introduced by Claimant and ADMITTED into evidence in the above referenced claim:

| EXHIBIT A: | 1 page | Access Correctional Care Authorization for Jill Coit, dated March 3, 2004. |
| --- | --- | --- |
| EXHIBIT B: | 1 page | Access Correctional Care Denial for Jill Coit, dated August 29, 2005. |
| EXHIBIT D: | 1 page | Query Medical Information for Jill Coit, dated 06/08/2005. |
| EXHIBIT E: | ½ page | Bottom half of Medical Information for cotton clothing for Jill Coit, dated 9/17/04. |
| EXHIBIT F: | 2 pages | Denver Health Medical Center Radiology Consultation Report for Jill Coit, dated 12/27/2004. |
| EXHIBIT G: | 1 page | Colorado Department of Corrections Clinical Services Intrasystem Transfer Health Screening Form for Jill Coit, dated 3-19-2004. |

EXHIBIT B

- 1 -

| | | |
|---|---|---|
| EXHIBIT H: | 1 page | State of Colorado Department of Corrections Consultation Report Form for Jill Coit, dated 009/28/2004. |
| EXHIBIT I: | 1 bag | One pair worn Reebok tennis shoes from Jill Coit. |
| EXHIBIT J: | 2 pages | Memorandum from Cathie Holst to Jill Coit, dated May 12, 2004, RE: Correspondence dated 5/5/04. |
| EXHIBIT K: | 10 pages | Memorandum from Cathie Holst to Jill Coit, dated October 20, 2005 with supporting documents, letters, Accommodation Resolutions and Queries. |
| EXHIBIT M: | 1 page | Colorado Department of Corrections Offender Consent for Disclosure of Confidential Information for Jill Coit, dated 2-2-05[1]. |
| EXHIBIT N: | 1 page | Offender Track Offender Profile, 03/24/2004, page 1. |
| EXHIBIT O: | 1 page | Query Admission Summary, 08/24/2005, page 1. |
| EXHIBIT P: | 1 page | Query Medical Information, 12/20/2000, page 1. |
| EXHIBIT Q: | 1 page | Memorandum to Beverly Thompson from Rhonda Corretti, RE Jill Coit Informal Grievance, dated November 24, 2003. |
| EXHIBIT R: | 1 page | Denver Women's Correctional Facility Segregation Allowable Property List. |
| EXHIBIT U: | 1 page | D.W.C.F. Unit Two Case Management Kite for Jill Coit dated 11-22-04. |
| EXHIBIT W: | 1 page | Correspondence form Charles Smith to Linda Fischer, 3/31/2005. |
| EXHIBIT X: | 1 page | Department of Corrections Psychiatric Individual Contact[2]. |
| EXHIBIT Z: | 1 page | Colorado Department of Corrections / Ambulatory Health Record for Jill Coit, dated 8/5/04. |
| EXHIBIT AA: | 1 page | Colorado Department of Corrections Cañon City, Colorado Territorial Correctional Facility Podiatry Clinic for patient Jill Coit, dated 1-27-99. |

---

[1] Two identical copies of the same Exhibit M are marked and in the record.
[2] Two identical copies of the same Exhibit X are in the record.

| | |
|---|---|
| EXHIBIT BB: 1 page | Podiatry Clinic 8/4/99 sheet for Jill Coit. |
| EXHIBIT CC: ½ page | Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 1-13-04[3]. |
| EXHIBIT DD: 1 page | Copy of picture of shoes and lower half of record for Jill Coit dated 7-14-00. |
| EXHIBIT EE: 1 page | State of Colorado Department of Corrections Consultation Report Form dated 11/04/2003. |
| EXHIBIT FF: 1 page | Access Correctional Care Authorization dated March 3, 2004. |
| EXHIBIT GG: 1 page | Colorado Department of Corrections / Ambulatory Health Record for Jill Coit, dated 11/11/99. |
| EXHIBIT HH: 1 page | Message for Medical to Jill Coit, dated 10/15/02. |
| EXHIBIT II: 1 page | Colorado Department of Corrections Request for Exception to Standard of Care dated 10-21-96. |
| EXHIBIT JJ: 1 page | Colorado Department of Corrections / Ambulatory Health Record for Coit dated 10/22/01. |
| EXHIBIT KK: 1 page | Colorado Department of Corrections / Ambulatory Health Record for Jill Coit, dated 12/21/1. |
| EXHIBIT LL: 1 bag | A pair of used hand splints. |
| EXHIBIT MM: 1 page | Page of Offender Health Services rules, effective 07/15/02. |
| EXHIBIT NN: 1 page | Denver Women's Correctional Facility Segregation Allowable Canteen Catalogue Items. |
| EXHIBIT OO[4]: 55 pages | "OO"1: Printout for Jill Coit, dated 5-15-01.<br>"OO"2: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 4/13/01.<br>"OO"3: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 1-12-01. |

---

[3] Defendants raised an objection on the grounds of relevance. The document was admitted subject to Claimant "tying it up."

[4] Per the Special Master, Claimant was allowed to introduce these documents into evidence at once and all are to be marked sequentially as exhibit "OO" starting with "OO"1. Quotation marks have been placed around the letters so as not to confuse the letters with zeroes.

"OO"4: CDOC Consultation Report Form for Jill Coit date 6/21/99.

"OO"5: Denver Health Outpatient Encounter Record Surgical-Specialty Clinics for Jill Coit dated 02/17/00.

"OO"6: State of Colorado Department of Corrections Consultation Report Form for Jill Coit dated 04/01/2005.

"OO"7: Letter to Anthony A. DeCesaro from the Aleph Institute dated March 31, 2004.

"OO"8: April 8, 2004 Letter to Jill Coit from Anthony DeCesaro.

"OO"9: September 9, 2003 letter to Mrs. Billiot from Patricia Valenzuela.

"OO"10: Message from Medical to Jill Coit dated 9-15-03.

"OO"11 (2 pages): Denver Health Medical Center / University Hospital Telemedicine Encounter Form for Jill Coit dated 3/9/00.

"OO"12: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 2-24-03 (top) and 1-31-03 (bottom).

"OO"13: Letter to Jill Coit from Anthony A. DeCesaro dated March 4, 2004.

"OO"14: CDOC Consultation Report Form for Jill Coit dated 9-10-01.

"OO"15: Notice about towels and microwaves.

"OO"16: Statement from Rebecca Davis without a date.

"OO"17: CDOC Consultation Report Form for Jill Coit dated 7/9/02.

"OO"18: Denver Health Outpatient Encounter Record for Jill Coit dated 9/3/99.

"OO"19: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 7/27/04.

"OO"20 (1/2 page): Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 9/14/00.

"OO"21: Message from Medical for Ms. Jill Coit dated 2/20/03.

"OO"22: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 10/21/01 (top), 10/11/01 (bottom).

"OO"23: Colorado Department of Corrections Consultation Report Form for Jill Coit, dated 08/08/2005.

"OO"24: Colorado Department of Corrections Offender Grievance Form Step I, for Jill Coit dated 12-24-03.

"OO"25: Request for interview 6-6-04 with lots of notes.

"OO"26: Colorado Department of Corrections Informal Resolution Attempt for Jil Coit (sic) dated 9-9-03.

"OO"27: Part of a record of Jill Coit dated 1-16-03

"OO"28: Colorado Department of Corrections Informal Resolution Attempt for Jill Coit dated 8/15/03

"OO"29: Colorado Department of Corrections Informal Resolution Attempt for Jill Coit dated 12-24-03.

"OO"30: (2 pages) Affidavit of Michelle Baker for Law Suit 98-D-2031 Coit.

"OO"31: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 8/18/03 (top) 8/11/03 (bottom).

"OO"32: A checklist for Jill Coit dated 1-14-99.

"OO"33: Copy of a sheet of writing with a typed not to Ms. Glassman dated 12/15/00.

"OO"34: Denver Women's Correctional Facility Request for Laundry Service for Jill Coit dated 3/15/05.

"OO"35: On-site clinic letter from Hernan Morales, M.D. to Jill Coit concerning large bra fitting.

"OO"36: Denver Health Outpatient Encounter Record Surgical-Specialty Clinics for Jill Coit dated 03/27/00.

"OO"37: Colorado Department of Corrections X-Ray Request/Report, taken of Jill Coit on 4-2-01.

"OO"38: (1/2 page) Information for Jill Coit dated 10/15/01.

"OO"39: Invoice from Batchelor Business Machines to Jill Coit dated 8-28-00.

"OO"40: CDOC Consultation Report Form for Jill Coit dated 7/9/02.

"OO"41: Medical Query Medical Information, Jill Coit, 06/21/2001.

"OO"42: Colorado Department of Corrections / Ambulatory Health Record for Jill Coit dated 12/6/1.

"OO"43: Access Correctional Care Denial dated August 29, 2005 to Jill Coit.

"OO"44: Colorado Department of Corrections / Ambulatory Health Record for Coit dated 7/22/03 (top) 07/18/03 (bottom).

"OO"45: Orthopaedic (sic) Clinic 12-15-99 letter to Jill Coit from Jacob Patterson, M.D.

"OO"46: Picture of shoes with bottom half of document for Jill Coit dated 7-14-00.

"OO"47: Message from Medical to Jill Coit dated 1-8-02.

"OO"48: Pre-Operative Diagnosis of Plantar Fibroma on the left foot dated 12-8-98 by James P Gremillion for Jill Coit.

"OO"49: Orthopedic Clinic 7-26-95 report on Jill Coit from Jacob Patterson, M.D.

|  |  |
|---|---|
|  | "OO"50: Letter to CDOC RE Jill Coit from Walter G. Briney, MD dated September 25, 2000. |
|  | "OO"51: Achieve new balance tennis shoes ad. |
|  | "OO"52: CDOC Consultation Report Form for Jill Coit dated 4/10/01. |
|  | "OO"53: Medical Query Medical Information for Jill Coit dated 06/08/2005. |
| EXHIBIT PP: 5 pages | Colorado Department of Corrections Offender Consent for Disclosure of Confidential Information for Jill Coit dated 2-29-04. |
| EXHIBIT QQ:1 page | Offender Heal Services Responsibility and Organization of Clinical Services, AR #700-01, Effective 07/15/02. |
| EXHIBIT RR: 1 page | Personal Property Inventory page signed by Claimant 5-15-01. |
| EXHIBIT SS: 1 page | Bottom of medical write-up dated 7-14-00 with photo of shoes photocopied on the top half. |
| EXHIBIT TT: 1page | Diagnosis write-up from Japes P. Gremillion, DFM/jr, dated 12-8-98. |
| EXHIBIT UU:1 page | Orthopedic Clinic Consultation write-up from Jacob Patterson, M.D., 7-28-95. |
| EXHIBIT VV:1 page | Orthopaedic (sic) Clinic 12-15-99 write-up from Jacob Patterson, M.D. |
| EXHIBIT WW:1 page | Colorado Department of Corrections Cañon City, Colorado Territorial Correctional Facilty Podiatry Clinic write-up from F. James Gremillion, D.P.M., dated 1-27-99. |
| EXHIBIT XX:1 page | Podiatry Clinic 8/4/99 observations of James Gremillion, DPM. |
| EXHIBIT YY:1 page | Page 2, Jill Coit, September 9, 2000 Impression and Plan from R. Lindsay Lilly, Jr., M.D./mc. |
| EXHIBIT ZZ: 1 page | 7/29/98 Diagnosis and write-up of Internal Derangement, Left Knee, by J. Patterson, M.D./jr. |
| EXHIBIT AAA:1 page | Colorado Department of Corrections / Ambulatory Health Record 1-21-01 write-up on Jill Coit. |

| | |
|---|---|
| EXHIBIT BBB:1 page | March 4, 2004 Grievance response from Anthony A. DeCesaro, Step III Grievance Officer, concerning Grievance #C-DW03/04-0032. |
| EXHIBIT CCC:1 page | Colorado Department of Corrections / Ambulatory Health Record for Jill Coit, dated 05/21/04. |
| EXHIBIT DDD:1 page | Department of Corrections Ambulatory Health Record page 1 of 2 for Jill Coit, printed 01/25/2005. |
| EXHIBIT EEE:1 page | Colorado Department of Corrections Consultation Report Form, for Jill Coit, dated 06/29/2005. |
| EXHIBIT FFF[5]:1 page | First page of a Letter from B"H Rabbi Shmuel Spritzer Lubavitch Youth Organization, dated May 6, 2004/15 Iyar 5764. |
| EXHIBIT GGG[6]:1 page | A computer printed Social Security Query (TPQY) Dated 5/31/01 for SSN: 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. |
| EXHIBIT HHH:2 pages | Denver Health Medical Center / University Hospital Telemedicine Encounter Form for Jill Coit dated 3/9/00. |
| EXHIBIT III: 1 page | Query Waitlist for Jill Coit listing Parole Eligibility Date 03/26/3004. |
| EXHIBIT JJJ: 1 page | Query Waitlist for Jill Coit Listing Parole Eligibility Date 03/26/3004. |

The following is a list of Exhibits introduced by Claimant and NOT ADMITTED into evidence in the above referenced claim due to objection:

| | |
|---|---|
| EXHIBIT C: | State Farm medical insurance from 1983. Document withdrawn and not made part of the record. |
| EXHIBIT T: 1 page | 2 pictures of Claimant. Objection sustained based upon Fischer testimony about document and lack of knowledge of picture and relevance. |
| EXHIBIT V: | Document not in file. Objected to on basis of witness inability to establish document. |
| EXHIBIT Y: 1 page | Colorado Department of Corrections / Ambulatory Health |

---

[5] Admitted over Defendants' Objection based on Relevance.
[6] Admitted over Defendants' Objection based on Relevance.

Record dated 9-27-05.

---

The following is a list of Exhibits introduced by Defendants and ADMITTED into evidence in the above referenced claim:

| | | |
|---|---|---|
| EXHIBIT L: | 1 page | Response to Step 1 ADA Grievance prepared by Cathie Holst for Jill Coit, dated sent 2/11/05. |
| EXHIBIT S: | 15 pages | Memorandum to Dr. Mitra Razzaghi from Mary Manchester, subject offender Jill Coit, dated March 31, 2004. |