

| | | |
|---|---|---|
| **JOHN W. SUTHERS**<br>Attorney General<br><br>**CYNTHIA H. COFFMAN**<br>Chief Deputy Attorney General<br>Acting Solicitor General | **STATE OF COLORADO**<br>**DEPARTMENT OF LAW**<br><br>OFFICE OF THE ATTORNEY GENERAL | **STATE SERVICES BUILDING**<br>1525 Sherman Street - 5th Floor<br>Denver, Colorado 80203<br>Phone (303) 866-4500 |

March 13, 2006

Jill Coit
DOC # 86530
Denver Womens' Correctional Facility
P.O. Box 392005
Denver, CO 80239

RE:   Court Order of March 7, 2006

Dear Ms. Coit:

    Pursuant to Judge Nottingham's Order of March 7, 2006 concerning your <u>Montez</u> claim, enclosed are copies of the two exhibits submitted by Defendants at your hearing of October 31, 2005. As Defendants never received copies of the exhibits that you submitted at your hearing, Defendants have requested clarification from the Court as to how to proceed to get copies of your exhibits to you, and you should be in receipt of copies of those exhibits shortly.

                      Sincerely,

                        FOR THE ATTORNEY GENERAL

                      *Jennifer Berman*

                      JENNIFER BERMAN

                      Corrections
                      Litigation
                      (303) 866-5647

Enclosures

EXHIBIT C

## CERTIFICATE OF SERVICE

      This is to certify that I have duly served the within LETTER TO CLAIMANT, JILL COIT upon Claimant by depositing a copy of the same in the U.S. Mail, postage prepaid, at Denver, Colorado, this 13th day of March, 2006, at Claimant's address as follows:

Jill Coit
DOC # 86530
Denver Women's Correctional Facility
P.O. Box 392005
Denver, CO  80239

*Courtesy Copy To:*

Cathie Holst

                                                              _Jennifer Berman_