HE CLERK
District Court
t, Room A105
294-3589
ESS

*charged*

Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

CANNOT LOCATE
92-CV-870
#1702
EWN-OES



☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted-Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed-No Order
☐ Returned For Better Address
☐ Postage Due

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

## ORDER

KANE, J.

This prisoner civil rights class action is before me on Defendants' Appeal Regarding Damages Award (Doc. #1031) from Special Master Borchers' Final Order related to Steven Paul Walker dated June 13, 2005. In the Order, the Special Master ordered CDOC to provide Walker with a Flex-Foot Modular 3 Carbon X Active Heel prosthesis and provide future maintenance as the remedy for discrimination the Special Master found Walker suffered while at the Limon Correctional Facility. The Special Master denied claims related to Walker's time at FLCF on grounds "Claimant has stated that he has no complaints concerning his treatment at FLCF." (Final Order, p. 6.)

For some, if not all, of the reasons set forth in Defendants' briefing, I grant the appeal and conclude the Special Master abused his discretion in ordering the relief awarded. Specifically, I agree that the Special Master improperly inverted the burden of