IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

___

## ORDER
___

This matter is before the court on Defendants' motion (#1735) to clarify a court order (#1666) filed March 7, 2006. The motion is simply petulant. The order is clear and contains no limitation which would introduce ambiguity. The motion was clear as to what was wanted, and that is what the court granted. The motion to clarify is DENIED.

Dated this 16th day of March, 2006.

                  BY THE COURT:

                  s/ Edward W. Nottingham
                  EDWARD W. NOTTINGHAM
                  United States District Judge