OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Not Deliverable As Addressed
Unable To Forward
Insufficient Address
Moved Left No Address
Unclaimed ☐ Refused
Attempted - Not Known
No Such Street ☐ Number
Vacant ☐ Illegible
No Mail Receptacle
Box Closed - No Order
Returned For Better Address
Postage Due _____

Tommy B. Sturges 66923
PO Box 1000
Fort Lyon, CO 81038

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 5 2006

GREGORY C. LANGHAM
CLERK

RETURN TO SENDER
☐ NEED INMATE REGISTRATION NUMBER
☒ NO LONGER AT FORT LYON CORRECTIONAL FACILITY
☐ NAME/NUMBER DON'T MATCH

CANNot LoCATE
92-CV-870
#1702

EWN-OES

TJP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

---

## ORDER

---

KANE, J.

This prisoner civil rights class action is before me on Defendants' Appeal Regarding Damages Award (Doc. #1031) from Special Master Borchers' Final Order related to Steven Paul Walker dated June 13, 2005. In the Order, the Special Master ordered CDOC to provide Walker with a Flex-Foot Modular 3 Carbon X Active Heel prosthesis and provide future maintenance as the remedy for discrimination the Special Master found Walker suffered while at the Limon Correctional Facility. The Special Master denied claims related to Walker's time at FLCF on grounds "Claimant has stated that he has no complaints concerning his treatment at FLCF." (Final Order, p. 6.)

For some, if not all, of the reasons set forth in Defendants' briefing, I grant the appeal and conclude the Special Master abused his discretion in ordering the relief awarded. Specifically, I agree that the Special Master improperly inverted the burden of