original

| Court Address:<br>US DISTRICT COURT<br>901--19th Street<br>~~Denver, co  80294~~<br><br>Plaintiff, JESSE MONTEZ, ET AL<br><br>v.<br>BILL OWENS, ET AL<br><br>Defendant(s). | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 15 2006<br><br>GREGORY C. LANGHAM<br>CLERK<br><br>▲ COURT USE ONLY ▲ |
|---|---|
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit # 86530<br>Claim Number 03-129<br>P.O.BOX 392005 DWCF<br>Denver, Co 80239 | Case No.: 92N 870 and<br>Div/Ctrm: 96 N 343 |

MOTION FOR ASSISTANCE AND EXTENTION OF TIME

Judge Kane:

Comes Now, Jill Coit Claimant pro se and request this Court issue an Order demanding the Colorado Department of Corrections and Denver Women's Correctional Facility forthwith provide her with the appropriate appliance which shall enable her means to review and copy said CD Transcriptions previously provided by this Court.(CD player and computer)

These transcriptions are critical in developing cognizable arguements in responding and preparing Objections to the Final Order of Special Masters. Once transcriptions are transcribed, Claimant will need to review transcriptions, antecedent to preparing answer to Final Order.

Further Claimant request this Court extend the due date for submission of said answer 120 days additional predicate upon the bad faith exhibited by defendants in not providing means to review said CD Roms. All review is operated upon law library schedule, which now allows only 2 hours per week access time. (this document was prepared by Judy Dixon due to Claimat disabilities)

Or provide a transcript to Claimant.

Respectfully submitted, Defendants have not provided Jill Coit claimant with the requisite as ordered by the Court.

Jill Coit # 86530

CERTIFICATE OF MAILING
I swear I placed in the US Mail, postage prepaid to the following:
US DISTRICT COURT- Judge Kane
Judge Pringle
Attorney General-Mr. Adam Wiens

This 12th day of March, 2006

Jill Coit