CASE 1:92-cv-00870-EWN-CES Document 1164 Filed 10/25/2005

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 92N-870(OES)(Consolidated for all purposes with Civil Action No. 96-N-141)

JESSE MONTEZ, et al, PLAINTIFF CATEGORY II
CHERYL A. VASSALLO -
GRAND JUNCTION, CO. 8050
(970)                  starview12345@lycos.com

V.

BILL OWENS, et al, DEFENDANT

CS.1:92-cv-00870-EWN-CES-Document #1164 & #02-825

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2006

GREGORY C. LANGHAM
CLERK

MOTION OF SPECIAL MASTER ENLARGEMENT OF TIME ON ALL CATEGORY I AND II AND OBJECTION TO ORDER OF DISMISSAL OF SPECIAL MASTER PER WESTMINISTER #02-825 12/22 & 12/23/05 RCVD, PLUS CHANGE of ADDRESS

THIS MATTER COMES BEFORE THE SPECIAL MASTER OF PLAINTIFFS MOTIONS FOR ENLARGEMENT OF TIME.

DEFENDANT VOLUNTARILY ENTERED INTO THE REMEDIAL PLAN. DEFENDANTS CHOSE TO SETTLE THIS CASE WITH NO LITIGATION FOR CATEGORY I & II. THIS RESPONSE PER PLAINTIFF/CLAIMANT, CHERYL A. VASSALLO, CATEGORY II HAS TECHNICALLY WON HER CASE TO THIS CLAIM IN THE ORIGINAL AMOUNT OF FIVE HUNDRED SEVENTY NINE THOUSAND U.S. DOLLARS - $579,000. U.S.D. AND BECAUSE OF THE ENLARGEMENT FOR TIME FOR CATEGORY II- CLAIM 1:92-cv-00870-EWN-CES-Document 1164 & #02-825 AND THE EXCESSIVE EXTENSION I BELIEVE THE PUNITIVE DAMAGES NEED TO BE INCREASED BY TWO HUNDRED THOUSAND U.S. DOLLARS - $200,000. U.S.D. FOR A TOTAL OF SEVEN HUNDRED SEVENTY NINE THOUSAND U.S. DOLLARS - $779,000 U.S.D. AS PER THE IMMUNIZATION ACT, PLAINTIFF/CLAIMANT, CHERYL

MOTIONS OF SPECIAL MASTER ENLARGEMENT OF TIME ON ALL CATEGORY I & II CLAIMS AND OBJECTION TO ORDER OF DISMISSAL OF SPECIAL MASTER PER WESTMINISTER #02-825

A. VASSALLO CLAIMANT HAD IT FILED ON 12/01/03 PER HER AUTO BUS ACCIDENT, JUNE 17, 2003 WITH MESABILITY, INC. d/b/a GRAND VALLEY TRANSIT AS PASSENGER PER ATTORNEY BILL KAIN of G.J., CO. - 11th AMENDMENT. PLAINTIFF/CLAIMANT, CHERYL A. VASSALLO - CATEGORY II CLAIMS ARE NOT ENTITLED TO A HEARING.

PER PLAINTIFF/CLAIMANT, CHERYL A. VASSALLO, THIS IS AN OBJECTION TO CLAIM #02-825 BECAUSE SHE FILED IN NOVEMBER, 2004 AND ALL OF THIS TIME ENLARGEMENT FOR CATEGORY II - CASE 1:92-cv-00870-EWN-CES - Document 1164-13 TO SETTLE A WON CASE 1:92-cv-00870-EWN-CES - Document 1164 & C.S. #02-825 ON OR BEFORE AUGUST 15, 2006. PLAINTIFF/CLAIMANT CHERYL A. VASSALLO, IS FILING AN OBJECTION TO THIS ORDER PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 53(a)(2) TO BE FILED WITH THE CLERK OF THE UNITED DISTRICT COURT, 901-19th STREET, DENVER, COLORADO 80294 ON OR BEFORE MARCH 14, 2006.

SIGNED this 12th day of MARCH, 2006

CHANGE of ADDRESS:
% JOE FLETCHER
2846 KENNEDY AV or
P.O. BOX 1986
GRAND JUNCTION, CO
80501
(970) 255-1406

By the PLAINTIFF/CLAIMANT, CATEGORY II
CIVIL ACTION #1:92-cv-00870-EWN-OES - document 1164 & #02-825

_Cheryl A. Vassallo_
CHERYL A. VASSALLO

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 21 day of December, 2005 to the following:

Ms. Cheryl Vassallo
#123467
BCF
901 Industrial Park Road
Brush, CO 80723

c/o JOE FLETCHER
2648 KENNEDY AV.
GRAND JUNCTION, CO 80501
(970) 255-1406
or P.O. BOX 1986

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

MS. PAULA GREISEN
MR. DAVID MILLER
Counsel for the Class
King & Greisen, LLP
1670 York St.
Denver, Co. 80206

Ms. Patricia Bellac
King & Greisen, LP
4845 Pearl East Circle #101
Boulder, Co. 80301

I apologize for no copies but they all seem to be broken and the post office doesn't have one.