

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.'s;
05-cv-02609-BNB; 92-cv-870-EWN-OES
(Consolidated for all purposes
with Civil Action No. 96-N-343)

IN RE: [LAVONE B. BARRON]

Plaintiff, Applicant

v.

JOE ORTIZ, Executive Director, C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

Respondents, Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 7 2006

GREGORY C. LANGHAM
CLERK

## CHANGE OF ADDRESS

PLEASE TAKE NOTICE, Plaintiff, Applicant Lavone Barron informs this Honorable Court that he has recently had a "change of address" and he is now currently residing at (KCCC, P.O. Box 2000, Burlington, CO 80807-0020). Therefore any future mail or correspondence with Mr. Barron concerning Civil Action numbers 05-cv-02609-BNB, and 92-cv-870-EWN-OES (consolidated for all purposes with Civil Action no. 96-N-343) should be forwarded to his new address.

Done on this 15 day of March, 2006.

Respectfully Submitted,
By: *Lavone Barron*
Lavone B. Barron #64792
KCCC
P.O. Box 2000
Burlington, CO 80807-0020

CERTIFICATE OF MAILING

I hereby certify that on this 15 day of March, 2006, a true and correct copy of the foregoing document was logged and deposited in the institution's internal mail system with first class postage pre-paid and addressed to:

OFFICE OF THE ATTORNEY GENERAL
2 EAST 14th Avenue, 3rd Floor
Denver, CO 80203

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th ST. ROOM A 105
Denver, CO 80294-3589

Lavone B. Barron Pro Se

*Lavone Barron* #64792

Lavone B. Barron D.O.C. #64792
KCCC
P.O. Box 2000
Burlington, CO 80807-0020