```
                          FILED
                 UNITED STATES DISTRICT COURT
                      DENVER, COLORADO

                        MAR 1 7 2006

                    GREGORY C. LANGHAM
                            CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 92-N-870 (OES)(For all purposes consolidated with Civil Action No. 96-N343)

JESSE MONTEZ, et al., Plaintiffs

-VS-

Bill Owens, et al., Defendants

---

Claim No. 02-713
Category II
Claimant Lawrence R. Willis, #121912
Address of Claimant FMCC, P.O. Box 200, Canon City, CO, 81215

**CLAIMANT"S OBJECTION AND APPEAL OF ORDER OF DISMISSAL BY SPECIAL MASTER**

---

**THIS MATTER** comes before the court as a reult of the orders of the special master dated February 27, 2006 and January _____, 2006 to dismiss his claim to damages awarded to persons with disabilities under the **Montez** settlement in the above-captioned case. The claimant now enters his objection to the orders of the special master to dismiss his claim, and as grounds, states the following:

1. The claimant's issues have to to with treatment of a pre-existing injury that he is nor recieving adequate care for as an inmate at DOC facilities. The federal district court has jurisdiction over his claim due to noncompliance with the remedies provided for in the **Montez** settlement.

2. The claimant's injuries are a direct result of irregular and/or inadequate care contrary to the **Montez** settlement. If the claim is defective and must be remedied by filing a seperate suit, claimant feels that this order should be issued by a court judge and not a mediating party. The claimant believes that this court has jurisdiction over this case due to the state's noncompliance with remedies provided for in **Montez**. The claimant in this case is asking the judge to clarify whether his matter should be filed as a seperate suit or to redirect the master to pursue his case and claim as valid.

3. Claimant is adding and amending that his claim should be treated as a category III due to decreased mobility due to sporadic and inadequate physical therapy resulting in limited recovery.

**WHEREFORE**, based on the preceeding grounds, the claimant prays that his claim will be reinstated and amended to be a category III with an order for a hearing before the special master , or for other relief as this court deems just.

Dated this 10th day of March 2006        Respectfully Submitted,

*Lawrence R. Willis*

Lawrence R. Willis, Pro Se
DOC Register No. 121912
FMCC / Unit E / PO Box 200
Canon City, CO 81215-0200

## Certificate of Mailing

On this 13TH day of March 2006, I, Lawrence Willis, placed a true and correct copy of this Objection and Appeal into the mailing system at the Four Mile Correctional Center for the US Mails, postage prepaid, and to the following parties:

Attorney General
1525 Sherman St. 5th Floor
Denver, CO 80203

United States District Court
Judge Kane / Montez Settlement
901 19th Street
Denver, CO 80294

*Lawrence R. Willis*