Rocendo Herrera
#120930
6564 STATE HWY 96
Crowley County Correctional Facility
Olney Springs, CO. 81062-8700

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2006

GREG C. LANGHAM
CLERK



RE: Claim #02-619
Category III

    District Clerk;

    Concerning dismissal of claim # 92-N-870 (OES) Consolidated for all purposes with claim #96-N-343) by Special Master. Claimant, Rocendo Herrera #120930 currently incarcerated at Crowley County Facility, received notice of exclusion from said claim because of time discrepancies. Claimant was advised by the court to show cause for claim. At that time he was sent a "Show of Cause Motion" to Arkansas Valley Correctional Facility when in fact he had been transferred to Crowley County Correctional Facility, as such his mail was forwarded, which then in turn was received by said claimant after Dec. 12th 2005 deadline for show of cause motion to be filed in a timely manner. Claimant is there for asking the court for inclusion in said motion on the basis of injuries not treated, by D.O.C. It is his claim that he is entitled to treatment of said injuries and if not treated, then he is allowed compensation for his pain and suffering.

    Claimant is filing an objection to Special Master's decision of "Order of Dismissal" for said case under Federal Rule of Civil Procedures 53 (g) (z) in hopes that he and others like him can be heard.

Sincerely,

Rocendo Herrera
*Rosendo Herrera*

**Colorado Department Of Corrections**

Name: Rosendo Herrera
Register Number: 120932
Unit: C.C.C.F unit-1-B
Box Number: 6564 state Hwy. 96
City, State, Zip: Olney Springs, CO 81062-8700



Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United
States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado. 80030-4994