IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-155
Category: Untimely Filed Claim
Claimant: Dirk Sparks, #90626
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER came before the Special Master on the letter of Dirk Sparks. Claimant was provided a claim form. He was granted up to and including March 1, 2006 in which to file a claim form and indicate why the form was being filed late. Claimant has not responded to that order and has not filed a claim.

    The settlement agreement was approved by Judge Nottingham on August 27, 2003. The settlement agreement provides, in part, in Paragraph XXXII as follows:

> Damage claims must be filed within 90 days of receipt by the inmate of the Damage Claim Forms. However, if a claim arises during the compliance period, then the inmate may amend his/her claim to request compensation for additional damages. No additional claim for damages will be allowed during the monitoring period, but any individual who has a claim for damages which arises after the compliance period may bring their claim in any court of competent jurisdiction regardless of the on-going jurisdiction exercised by the federal court in this case. The Special Master may only extend the time limits for filing a damage claim upon a showing that the class member was prevented from, or incapable of filing within the specified time period.

    The claim forms and instructions sheets were prepared by the Special Masters and provided to DOC

inmates and former inmates on March 23, 2004. Copies of the forms and instructions were provided to DOC officials at the same time. Distribution began at that time by DOC officials to inmates and to libraries in DOC facilities. The ninety-day period for filing of claims began at that time. Over one year has elapsed since the forms and instruction sheets were distributed to DOC inmates and/or made available to all potential claimants. In addition, the Special Master issued General Informational Order #2 which required an explanation to be provided for any claim filed after April 14, 2005.

Claimant has not filed a claim form which is mandated by the Remedial Plan. In addition, he has provided no basis upon which a claim form could be accepted at this late date.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 8, 2006.**

SIGNED this ____ day of March, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /3 day of March, 2006 to the following:

Mr. Dirk Sparks
#96626
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203