IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-156
Category: Untimely Filed Claim
Claimant: Jeff Cassiday, #123669
Address of Claimant: TCF, P.O. Box 2000, Trinidad, CO 81082-2000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim of Jeff Cassiday. This claim was signed on January 13, 2006. A show cause order was issued to Claimant on January 20, 2006. He was directed to respond to that order on or before March 1, 2006. Claimant has not responded to the order.

Claimant indicated in his claim form that he came into DOC custody in 2004. The Remedial Plan approved by Judge Nottingham established the class on August 27, 2003. Inmates or former inmates in DOC custody on or before August 27, 2003 are entitled to file claims. Claimant is not part of the class. Claimant has the right to commence a separate lawsuit, but he cannot pursue this claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 8, 2006.**

SIGNED this 13 day of March, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

Case 1:92-cv-00870-CMA-MEH   Document 1749   Filed 03/14/06   USDC Colorado   Page 3 of 3

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /3 day of March, 2006 to the following:

Mr. Jeff Cassiday  
#123669  
TCF  
P.O. Box 2000  
Trinidad, CO 81082-2000

Mr. James X. Quinn  
Mr. Jess A. Dance  
Mr. Aaron Atkinson  
Ms. Brooke Meyer  
Office of the Attorney General  
Litigation Section  
1525 Sherman Street, 5th Floor  
Denver, CO 80203