OFFICE OF THE CLERK
United States District Court
-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
☐ NEED INMATE REGISTRATION NUMBER
☒ NO LONGER AT FORT LYON CORRECTIONAL FACILITY
☐ NAME/NUMBER DON'T MATCH

Tommy B. Sturges 66923
PO Box 1000
Fort Lyon, CO 81038

CANNOT LOCATE
92-CV-870
#1666

EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 17 2006
GREGORY C. LANGHAM
CLERK

Parole