FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

**ICIAL BUSINESS**



☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

*have no address!*
*Forward address?*

Terry Ray Ballard ~~8#6#5~~;123593
P.O. Box 300
Canon City, CO 81215

92-cv-00870-EWN-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 7 2006

GREGORY C. LANGHAM
                    CLERK