ed States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS

☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused

Kenneth Lujan
P.O. Box 2000
Unit CB219
Burlington, CO 80807

CANNOT LOCATE
92-CV-870
#1666

EWN-OES

RTS
no DOC#

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2006

GREGORY C. LANGHAM
CLERK