Montez          92 - 870

William ShaFFstall

6579 So. KitCarson St.

Centennial, Co. 80121

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 MAR 20  PM 3: 49

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Claim Number 03-054

Document number
#1658