3-13-06

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2006

GREGORY C. LANGHAM
CLERK

To whom it may concern:

In Reffrencence to your letter recieved in feburary - claim # 02-393-ZCW CAT II, which is in Reffrence to my claim = David Paul McKinney #87981, to confirm address of claimant - ME - to my mother's address which is on record at PO Box 750771 Petaluma CA 94975-0771. This is a correct address until March 31st. On April 1st the address will become my mother's home address which is 1505 Pheasant drive Petaluma CA. 94954-4467.

Would you please send All correspondance to the above address's, either one is valid. Thank You.

Signed.

David Paul McKinney 87981