IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number: 02-013
Category: II
Claimant: Wilbert Washington, #62462
Address of Claimant: SCCF, P.O. Box 3, Pueblo, CO 81003

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

SIGNED this __9__ day of March, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 9 day of March, 2006 to the following

Wilbert Washington
#62462
SCCF
P.O. Box 3
Pueblo, Co 81003


Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203