IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number: 02-131
Category: II
Claimant:  Steven Qualley, #109407
Address of Claimant:   FCF, P.O. Box 999, Canon City, CO  81215-0999

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

     THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

     IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

     SIGNED this _9_ day of  March, 2006.

                    BY THE COURT:

                    Richard M. Borchers
                    Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _9_ day of March, 2006 to the following

Steven Qualley
#109407
FCF
P.O. Box 999
Canon City, CO 81215-0999


Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203