IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number: 02-287
Category: II
Claimant:  Raymond C. Baca, #42422
Address of Claimant:    1515 E. 7th., Pueblo, CO  81001

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

     THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

     IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

     SIGNED this ___9___ day of March, 2006.

               BY THE COURT:

               _____

               Richard M. Borchers
               Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 9 day of  March , 2006 to the following

Raymond C. Baca
#42422
1515  E. 7th.
Pueblo, CO  81001


Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203