IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number 02-784
Category II
Claimant: Andrew Vigil, #83003
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER

___

THIS MATTER comes before the Special Master on his own motion. The last mailing to Claimant was returned as undeliverable. DOC Locator had indicated to the staff of the Special Master that the last address for Claimant was the Pueblo County Detention Center. In January, the DOC Locator indicated Claimant may be at SCF. A show cause order was issued to Claimant directing him to indicate why his claim should not be dismissed for failure provide an updated address. Despite being granted up to and including February 21, 2006, Claimant has not responded.

All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant will be given time to indicate why his claim should not be dismissed for failure to provide a current address.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 8, 2006.**

SIGNED this 12 day of March, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /2 day of March, 2006 to the following:

Mr. Andrew Vigil
#83003
SCF
P.O. Box 6000
Sterling, CO 80751

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203