IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Claimant Terry Gibbens, Claim number 02-483

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Claimant Terry D. Gibbens objection to the "Blanket Extension" of time granted to the Defendants (doc. #1591), filed January 10, 2006, is OVERRULED. Granting of this type of extension falls solely within the authority of the Special Master.

Dated: March 22, 2006