IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Byron Cortez, Claim number 03-114

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Modify Order of Special Master (doc. #1215), filed December 7, 2005, is DENIED. The claimant failed to request a monetary award at the hearing and it is, therefore, waived.

Dated: March 22, 2006

Note to Clerk: Notice requirement to this claimant is terminated following processing of this order.