IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant James R. Duncan, Claim number 03-116

## ORDER

Kane, J.

      Claimant James R. Duncan's Objection ( to the Final Order of Special Master (doc. #1155))  under Rule 53 (g)(2) Motion for Appeal (doc. #1168), filed October 31, 2005, and Claimant's Addiction (sic) to Appeal or Objetion (sic) (doc. #1547), filed January 12, 2006, are OVERRULED.  The standard of review is abuse of discretion and no such abuse was found.  On the contrary, the Special Master's ruling is based entirely on the evidence and a correct application of the law that this claim does not fall within the provisions of the settlement agreement.  Complaints regarding quality of care must be raised, if at all, in a separate individual action, and not as part of the remedial plan in this case.  The Final Order of the Special Master (doc. #1155) stands.

Dated:   March 22, 2006

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Note to Clerk: Notice requirement to this claimant is terminated following processing of this order.