IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Cheryl A. Vassallo, Claim number 02-825

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Enlargement of Time to File an Objection to the Order of Dismissal of Claim (doc. #1742), filed March 16, 2006, is DENIED.  No additional amount of time will change the fact that the claimant was not in custody on or before August 27, 2003 and therefore not a part of the class.  Any complaints she may have regarding quality of care must be raised, if at all, in a separate individual action, and not as part of this case.

Dated:  March 22, 2006