IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Shawn M. Winkler, Claim number 03-140

## ORDER

Kane, J.

      Claimant Shawn M. Winkler's Objection to Special Master (doc. #1171)) filed November 2, 2005, is OVERRULED. The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The claimant's complaints regarding quality of his medical care are well beyond the scope of this case and must be heard, if at all, by a separate individual action, and not as part of the remedial plan in this case.

      The Final Order of the Special Master (doc. #1147) stands.

Dated:   March 22, 2006

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Note to Clerk: Notice requirement to this claimant is terminated following processing of this order.