IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Steven Paul Walker, Claim number 03-051

# MINUTE ORDER

Judge John L. Kane **ORDERS**

      Mr. Walker's Motion for Dismissal Quashing of Insufficient Process or Service (doc. #1787), filed March 22, 2006, is DENIED. The court has reviewed the Certificates of Mailing on the documents in question, and is satisfied that each was sent to the claimant at the correct address in a timely fashion. To the extent that Mr. Walker is objecting to the court's order dated March 9, 2006 (doc. #1702) modifying the Order of the Special Master, that objection is overruled. To repeat, **CDOC is required to provide Mr. Walker with all reasonable accommodations based on his substantial impairment, including the provision of an adequate prosthesis maintained in proper working order.** Mr. Walker's claim before the court is concluded. No additional filings regarding this claim will be accepted.

Dated: March 23, 2006