IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Joe Allen Eubanks, Claim number 03-002

## MINUTE ORDER

Judge John L. Kane **ORDERS**

With apologies for the delay in the request, Defendants shall respond to the Objection to Final Order of Special Master (doc. #1045) filed August 18, 2005, on or before April 14, 2006.

Dated: March 23, 2006