OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Hector Fernandez
2301 Lawrence Street
Denver, CO 80205

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1654
EWN-OES