IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Tommy B. Sturges, Claim number 03-108

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Petition for Resolution of Dispute (doc. #1175) filed November 8, 2006, is DENIED. It is noted that Mr. Sturges is no longer in custody.

Dated: March 23, 2006