IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

Re: Claimant Joseph Martinez, Claim number 03-062

**MINUTE ORDER**

Judge John L. Kane **ORDERS**

The Motion to Reschedule Final Filings (doc. #1189), is DENIED AS MOOT.

Dated:  March 23, 2006