FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

OFFICIAL BUSINESS



Terry Ray Ballard #123593
ACC
P.O. Box 300
Canon City, CO 81215

CANNOT LOCATE
92-CV-870

#1713, 1714
EWN



Paroled
No Forward
address

Rt. #
Carr. Init.
Date

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2006

GREGORY C. LANGHAM

MIME-Version:1.0 From:COD_ENotice@cod.uscourts.gov To:COD_NEF@cod.uscourts.gov Bcc: Message-Id:<510875@cod.uscourts.gov>Subject:Activity in Case 1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al "Order" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Colorado

Notice of Electronic Filing

The following transaction was received from pap, entered on 3/10/2006 at 10:59 AM MST and filed on 3/10/2006

**Case Name:** Montez, et al v. Romer, et al

**Case Number:** 1:92-cv-870

**Filer:**

**WARNING: CASE CLOSED on 06/03/2004**

**Document Number:** 1713

**Docket Text:**
MINUTE ORDER Overruling [920] Objections filed by Jackie L. Carr and [1590] Objections filed by Jackie L. Carr . Entered by Judge John L. Kane on 3/10/06. (pap, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=3/10/2006] [FileNumber=510873-0]
[621d3122707e094579849be45e8ec9ff323771d9929edc1b139d669e84c20aafa5b2
de3c7c31706fcd3237dc42f3240222a6a34a96fdd45990ca587888dd665d]]

**1:92-cv-870 Notice will be electronically mailed to:**
John Aaron Atkinson     aaron.atkinson@state.co.us, terrie.sandoval@state.co.us
Patricia S. Bellac    psblawfirm@comcast.net,
Jennifer Allison Berman    jennifer.berman@state.co.us
Richard M. Borchers    dborchers@legalres.com,
Jess Alexander Dance    jess.dance@state.co.us, terrie.sandoval@state.co.us; darlene.hill@state.co.us
Joseph Jerome Fraser , III    jfraser@irwin-boesen.com,
Castelar M. Garcia    slvlaw@fone.net
Paula Dee Greisen    greisen@kinggreisen.com, hoskins@kinggreisen.com
David Arthur Lane    dlane@killmerlane.com, hholtschneider@killmerlane.com