IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiff,

v.

BILL OWENS, et al.,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Adam B. Wiens, Assistant Attorney General of the State of Colorado, requests that the court grant him leave to withdraw as counsel of record for Defendant Bill Owens in this action, and as grounds therefore, states as follows:

1.     Adam Wiens, Assistant Attorney General, has been reassigned to a new Unit in the Attorney General's Office and will no longer handle any matters pertaining to this class action.

2.     Several new attorneys have been assigned to handle all matters related to this case.   Mr. Atkinson, Ms. Meyer and Ms. Berman have filed their Entry of Appearances already.

WHEREFORE, Adam B. Wiens, requests this court withdraw him as counsel of record for Defendant Bill Owens in this action.

RESPECTFULLY SUBMITTED this 27th day of March 2006.

JOHN SUTHERS
Attorney General

_s/Adam Wiens_____
ADAM B. WIENS #36357*
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-5240
*Counsel of Record

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within MOTION TO WITHDRAW AS

COUNSEL upon all parties herein by depositing copies of same in the United States mail, first-class

postage prepaid, at Denver, Colorado, this 27<u>th</u> day of <u>March</u> 2006 addressed as follows:

Paula Greisen
King & Greisen, LLP.
1670 York Street
Denver, CO 80206

_____