Hector Fernandez
2301 Lawrence Street
Denver, CO 80205



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2006

GREGORY C. LANGHAM
　　　　　　　　CLERK

CANNOT LOCATE
92-CV-870
#1657, 1658

EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   92-cv-00870-EWN

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Objection to Final Order of Special Master (doc.# 1587), filed by John Cerrone (claim #03-077), is **OVERRULED.** Based on the evidence presented, the Special Master found the sum of $750.00 to be an appropriate award of damages. There is no evidence of abuse of discretion. The Final Order of Special Master will stand. The objection is overruled. Note to Clerk: Notice requirement is terminated for this claimant following processing of this order.

Dated:  February 24, 2006