In The United States District Court
For The District of Colorado
Judge John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-CW-00870-EWN

Jesse Montez, et al.
    Plaintiff

Shawn Winkler #48319 Claimant 03-140
P.O. Box 10000
Limon, CO 80826

V.

Bill Owens, et al.
    Defendant

## Motion To add evidence To record

Once again by their own hand defendants provide the proof positive of their perjury to this court. The code BB (bottom bunk) BT (bottom tier) is given by their administrative regulations to those offenders having siezures and or ambulatory needs. I may be an expendable component of these proceedings, however, we ask the court to use this proof to hold the defendants to the same high standard if not higher standard then those placed in their charge.

Respectfully Submitted
March 9, 2006
Shawn Winkler #48319

xx: file



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

# COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY

Print Date: 03/07/2006

DATE OF PAS: 03/07/2006
STATUS: FINAL

Doc No: 48319 WINKLER, SHAWN M.
Current Custody: CLOSE

Facility: LIMON CF
Case Manager: ADELMAN, L
Next PAS Date: 09/05/2006

---

**WORK LEVEL** INITIAL: 3 CURRENT: 5

WINKLER ARRIVED AT LCF ON 3/22/05. HE COMPLETED IWLP ON 4/19/05. HE HAS BEEN UNASSIGNED SINCE 4/20/05. HE IS HAVING A DIFICULT TIME FINDING EMPLOYMENT DUE TO HIS NUMEROUS MEDICAL RESTRICTIONS. HE REFUSED TO ATTEND AN INTERVIEW FOR ELECTRONICS TECHNOLOGY.

---

**ACADEMIC / VOCATIONAL** INITIAL: 2/2 CURRENT: 2/3

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| | | | | | | |

HE RECEIVED HIS GED CERTIFCATE #M0139 IN 1982 AT FCF. HE HAS NOT PARTICIPATED IN ANY ACADEMIC OR VOCATIONAL PROGRAMS DURING THIS REVIEW PERIOD.

---

**MEDICAL / DENTAL** INITIAL: 4/3 CURRENT: 4/3

Medical Level: Qualify P PERMANENT
Dental Level: Qualify
Allergy: NKO

**Medical Housing Restrictions**

Date Assigned  Restrictions  Qu[...]

WINKLER HAS WORK AND HOUSING RESTRICTIONS. HE KNOWS HOW TO CONTACT MEDICAL FOR ROUTINE CARE SHOULD THE NEED ARISE. HE HAS NOT REPORTED ANY OTHER MEDICAL ISSUES DURING THIS REVIEW PERIOD.

---

**SUBSTANCE ABUSE** INITIAL: 3 CURRENT: 3

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| | | | | | | |

WINKLER SCORES A 4 ON THE LSI WHICH INDICATES A NEED FOR THE ADDICITION RECOVERY PROGRAM. THIS PROGRAM IS NOT CURRENTLY AVAILABLE AT LCF. HE COMPLETED DRUG AND ALCOHOL ON 7/11/01 AND CARP IN JUNE 2001.

*[Handwritten note: They want it both ways at the cost of the courts integrity!]*

---

**SEXUAL VIOLENCE** INITIAL: 1 CURRENT: 1

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Par |
|---|---|---|---|---|---|---|
| | | | | | | |

THERE ARE NO NEEDS IN THIS AREA.

---

**MENTAL HEALTH** INITIAL: 3 CURRENT: 2

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| | | | | | | |

HE COMPLETED CORE CURRICULUM ON 7/11/01. HE KNOWS HOW TO CONTACT MENTAL HEALTH IF HE FEELS THE NEED.

## COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY
### DATE OF PAS: 03/07/2006
### STATUS: FINAL

Print Date: 03/07/2006

Doc No: 48319   WINKLER, SHAWN M.
Current Custody: CLOSE

Facility: LIMON CF
Case Manager: ADELMAN, L
Next PAS Date: 09/05/2006

### ANGER    INITIAL:    CURRENT:

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

THERE ARE NO NEEDS IN THIS AREA.

### MRDD    INITIAL:    CURRENT:

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

THERE ARE NO NEEDS IN THIS AREA.

### CONDUCT    INITIAL: 2    CURRENT: 4

History of COPD Convictions: CLASS I: 2   CLASS II: 8   CLASS III: 0

| Case # | Offense Dt | Hearing Dt | Facility | Crime | Sanction | Action | Days | Prob. Dt | Cnv |
|---|---|---|---|---|---|---|---|---|---|
| 051237 | 04/26/2005 | 05/04/2005 | LIMON CF | ABUSE MED | PUNSG | CNCRT | 20 | | II14 |
| | | | | DAMAGEPROP | PUNSG | ENFRC | 20 | | II02 |

ON 5/4/05 HE WAS CONVICTED OF A CLASS II-2 DAMAGE TO PROPERTY AND A CLASS II-14 ABUSE OF MEDICATION.

### PRERELEASE    INITIAL: 3    CURRENT: 3

PED: 11/03/2001    MRD: 01/13/2011    Next Parole Hearing: 04/01/2006    Detainer?: No

Parole Plan: Most Recent              Last Action by Parole Board: DEFERRED
                                      Referred to Community:   02/07/1992
Date:
Sponsor:                              Relation:
Address:                              City:
County:                               State:
Zip:                                  Phone:   ( )   -

HE IS REFUSING TO ATTEND HIS PAROLE HEARING THAT IS SCHEDULED FOR APRIL OF 2006. HE NEEDS TO PROVIDE HIS CASE MANAGER WITH A VIABLE PAROLE PLAN AS SOON AS POSSIBLE.

### CASE MANAGER COMMENTS/RECOMMENDATIONS

EMERGENCY NOTIFICATION:
Name:      REFUSED INFO
Address:                              Relation:   UNKNOWN
                                      Home Phone:
City:                                 Zip:
State:                                Work Phone:
Comments:   HAS NO EMERGENCY CONTACT. INQUIRED 3-3-04.

**COLORADO DEPARTMENT OF CORRECTIONS**

**PROGRESS ASSESSMENT SUMMARY**

DATE OF PAS: 03/07/2006

STATUS: FINAL

Print Date: 03/07/2006

Doc No: 48319  WINKLER, SHAWN M.
Current Custody: CLOSE

Facility: LIMON CF
Case Manager: ADELMAN, L
Next PAS Date: 09/05/2006

HE NEEDS TO BECOME ASSIGNED AND REMAIN ASSIGNED. HE NEEDS TO REMAIN REPORT FREE. HE NEEDS TO COMPLETE RECOMMENDED PROGRAMS AS THEY BECOME AVAILABLE TO HIM. HE IS REFUSING TO PROVIDE AN EMERGENCY CONTACT. HE NEEDS TO PROVIDE HIS CASE MANAGER WITH A VIABLE PAROLE PLAN AS SOON AS POSSIBLE.