Civil Action No. 92-N-870 ( OES ) (Consolidated for all purposes with
Civil Action No. 96-N- 343 )

JESSE MONTEZ, et al.

    Plaintiffs,

vs-

BILL OWENS, et, al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-559

Category II

Claimant: Jackie L. Carr,  # 76686

Address of Claimant, A.V.C.F. P.O. Box 1000, Crowley, Co. 81034

---

MOTION TO REQUEST PERMISSION TO AMEND ORIGINAL CLAIM
PURSUANT TO THE GRANTING OF THE DEFENDANTS MOTION FOR EXTENSION OF TIME

---

Do to the fact SPECIAL MASTER,(RICHARD BORCHERS) GRANTED the defendants motion for YET another extension of time to respond to my ORIGINAL claim, I would like to ask for permission to amend my original claim by filing more documentation for EVIDENCE, to assist the Special Masters in makeing their decision on my claims. I'am sure the ATTORNEY GENERALS office would not object to another extension of time for me to file an amendment to the original claim to provide more documentation to assist the judication process of my claim.

Jackie L. Carr # 76686
A.V.C.F.P.O.Box 1000
CROWLEY, CO. 81034

Civil Action No. 92-N-870 ( OES )( Consolidated for all purposes with
Civil Action No. 96-N-343 )

JESSE MONTEZ, et al.
    Plaintiffs,

vs.-

Bill Owens, et, al.
    Defendants.

---

Claim Number 02-559
Category II
Claimant: Jackie L. Carr, # 76686
Address of Claimant. A.V.C.F. P.O. Box 1000, Crowley, Co. 81034-1000

---

## FAILURE TO RESPOND TO SPECIAL MASTERS ORDER OF JANUARY 4th 2006.
## BY DEFENDANTS

On January 4th, 2006 Special Masters Borchers gave the defendants up to and including March 1, 2006 to respond to my motion for discovery ( Original program analysis ).

The defendants and their attorney failed to respond by this date ( March 22, 2006.) I would like to ask the Special Master to ORDER the defendants, to produce the document that they have failed to show cause or even respond to the order why they should not!. This document shows that my claims to discrimination and forcing me to take T.C.Program was not right and their fore all good time/earned time with held for not completeing the program to there satisfaction is in violation of the COLORADO REVISED STATUTES!!! The Fact that they didn't respond in it's own shows that the document is being denied to me frivolousely.

Jackie L. Carr # 76686
A.V.C.F P.O. Box 1000
CROWLEY, CO. 81034

I hereby Certify that I (Jackie L Carr) have mailed a copy of the motion to amend, and a copy of the failure to respond to Special masters order of January 4, 06 to the Following address: ON March 23, 06 from A.V.C.F. mail room through the inmate legal mail system.

Office of Attorney General
Litigation Section
1525 Sherman Street 5th Floor
Denver, Co. 80203

Special Masters
C/o Legal Resolution Center
7907 Zenobia Street
Westminster, Co.
80030

Office of the Clerk
United States District Court
901-19th Street, Room A-105
Denver, Co 80294-3589

_Jackie L Carr_
Jackie L. CARR #76686