ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-CV-00870-EWN-)ES
Claim Number 02-259
Category II

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MACK W. THOMAS
Plaintiff

MAR 28 2006

v.

GREGORY C. LANGHAM
CLERK

BILL OWENS, et al.,

Defendants.

PLAINTIFF'S RESPONSE TO DEFENDANTS ARGUMENT
DATED FEBRUARY 28,2006 AND AUTHORITIES REQUESTING THIS COURT DENY
PLAINTIFF"S CLAIMS

Plaintiff pro se, respectfully submit the following Response to Defendants Arguments based on their manipulations,deceptions of the facts.

The documented facts articulated below verifies plaintiff is a Qualified Individual with a Disability under the Americans with Disabilities Act of 1990, section 102(a), 42 U.S.C.A. section 12112(a), See Pack v. Kmart Corp., 166 F.3d 1300, 1304 (10th Cir.).

Plaintiff has been incarcerated in a D.O.C. Facility since June of '1997. Plaintiff has been housed at Sterling Correctional Facility since August 1999, and has consistently been treated for <u>Diabeties</u> currently medicated with Glucophage-Two 500 MG Tablets twice daily- <u>Hypertension</u>-medicated with 40 Miligrams Lisinopril, once daily, 2.5. mg HCTZ (Hydrochlorathizide) once a day, 325 mg Aspirin once daily, Lopressor 50 mg twice daily, K-DUR 10 MQ once daily, for <u>heart</u>. <u>High Lipds</u>- medicated with Lipitor 40 Mg twice daily, Zetia 10 mg once daily. <u>Enlarged Prostate</u> medicated with FloMax 10 mg bedtime. <u>DIZZYNESS</u> medicated with Antivert (unknown cause) and Vit-B46 for Diabetic associated numbness in Arms, Legs, Hands and feet. The above medications are currently being taken by plaintiff and verified by Defendants prior to writing their Response to plaintiff's claims. The symptoms of numbness, leg and arm pain occurred after Open Heart Surgery which for some unknown reason created Diabetic Neuropathy,aattacking the nerves in plaintiff's limbs.

Plaintiff on February 6, 2004 under went Five (5) By-Pass Heart Surgery at University Hospital. Plaintiff remained in University Hospital, a total of Three (3) Days, then transferred to the Infirmary at D.R.D.C. Plaintiff as a result of this action developed Congestive Heart Failure and remained in that unit until April 4, 2004 when plaintiff was returned to Sterling Correctional Facility.

While at D.R.D.C. plaintiff developed numbness in the right leg (surgical leg) however it spread to the left leg, and right hand. No treatment was provided, with plaintiff being advised Sterling Medical will provide treatment.

Since the filing of the original ADA documents, obviously these symptoms have progressed causing further testing. In June 2004 plaintiff received an EMT Nerve Test that show nerve damage: plaintiff has been falling legs collapsing for no reason while walking, plaintiff fell down a flight of stairs after left leg collapsed walking down the stairs, plaintiff needs assistance returning to the unit after working out more than 30 minutes due to dizzyness, and unstableness in legs. Plaintiff when eating legs would fall asleep, and hands would also go numb, this increased to occurred when in a seated position sometimes within minutes, sometimes within an hour, however standing would create the same type of symptoms.

Dr. Frantz took additional blood test which revealed the possibility of Multiple Myeloma. (Cancer) Plaintiff was then seen by Dr. Brown At Denver Medical Health Center who did a Bone Marrow Aspiration and Bone Marrow Biopsy. Dr. Brown requested to conduct further test which would require surgery on plaintiff's left leg (non-surgical) to determine if M-Plazma cells was attacking plaintiff's nerves instead of Diabetes, however after discussions with Sterling Doctor Frantz, plaintiff declined surgery. Dr. Frantz diagnosed Plaintiff's medical numbness, arm and leg pain, including foot and hand numbness as "DIABETIC NUROPATHY.

Plaintiff upon returning to Sterling in 2004 was unable to close his right hand, due to extreme pain and tightness. Currently plaintiff is unable to close his left had or make a fist. Plaintiff was examined by a D.O.C. doctor at Sterling

2

for an Updated ADA examination which was sent to Cathie Holst of DOC which revealed is diagnoses agreeing with Dr. Frantz and showing my left hand and fingers were "tendon Scoliosis" a result of Diabetic Nuropathy'. Since Defendants reviewed plaintiff's medical records they would have know all of the above information however they sought to again decieve the this Court by articulating only that which made their position appear in the positive.

Plaintiff has been under the consistent care of Medical doctors of CDOC and maintain the medical records of plaintiff. Plaintiff at no time has had any control of his medical files as Defendants is aware, prior to their response. Plaintiff has been unable to provide copies of his volumous medical files for the court due to the extensive cost involved as Defendants is more then aware of. Plaintiff has released (signed) of his medical files to defendants for this ADA application, and recently signed the release of Medical Records since plaintiff is unable to attend classes offered at this facility due to prolonged sitting, numbness dizzyness, and leg and arm pain regardless of sitting or standing. Plaintiff has remained in a Loss Of Priviledges Unit of this facility pending a determination by Cathie Holst if plaintiff should be placed on "Medically Unassigned" Classes is the only Jobs offered at this facility which plaintiff can not do. Manual Labor Programs are not applied towards plaintiff. Therefore CDOC because plaintiff can not work in a Program has relegated plaintiff to a LockDown Unit unless plaintiff agrees to attend classes, subject himself to consistent pain, numbness, falling down walking to classes, which in turn will cause plaintiff to get up during class, take too many breaks, and suffer the degradations of the C.O.P.D. Process for Disrupting Class, or not going to class, (some days Dizzyness is too bad to leave unit a specific times) or refusal to work. CDOC response to medical issues if not previously approved by Ms. Holst.

Therefore plaintiff has been denied access to programs "Medically Unassigned" which he is qualified to recieve. See School Bd. of Nassau County v. Arline, 480 U.S. 273, 285 (1987).

3

Plaintiff is unable to provide his medical files as noted previously due to cost. However defendants who maintain possession of these files can not dispute the claims regarding medical diagnoses, Medical Surgeries, Medications or results of Medical Test and Procedures. Plaintiff's condition and symptoms has worsen since the filing of the original ADA complaint and motions. Defendants provided this court with documentation showing plaintiff was provided lower bunk no staris on 04-19-95, but neglected to note this was obtained only after a year of testing, complaints including falling down stairs to convince Dr. Frantz plaintiff's symptoms was not imaginary. (See Attachments for Pre-By Pass Medications).

Plaintiff has Permanent Disability which is progressing and infecting his Joints, Arms, Legs, Feed, and plaintiff's medical records which the defendants have control of, bear these facts which by their filings have attempted to decieve this court by ignoring documented facts within their possession.

Plaintiff requests this court no consider the Defendants Response. However Due to the financial costs (.75cents a copy) to plaintiff vs. no costs to defendants, defendants should provide the Court a free copy of these records which would reveal their deceptions to this court/ or disprove any aspect of plaintiff's claims.

Respectfully submitted this 21 st Day of March, 2006

MACK W. THOMAS #54954
Sterling Correctional Facility
P.O. Box 6000    CH-3c
Sterling Colorado 80751

CERTIFICATE OF MAILING

This is to certify that I have duly served the within Plaintiff's Response to Defendant's Argument upon all parties herein by depositing copies of same in the U.S. Mail postage prepaid, at Sterling Colorado this 23 day of March, 2006 addressed as follows:

Office of Colorado Attorney General
J.AARON ATKINSON
1525 Sherman Street, 5th Floor
Denver Colorado 80203

## DENVER HEALTH MEDICAL CENTER

### Discharge Record / Instructions Page 1 of 2

(Multidisciplinary - To be completed by physician and nurse)

Laura RN

Thomas, Mack
# 0344859

66234444
08/22/03  HSC: FMS
THOMAS ,MACK
0 34 48 59   M   08/29/1951
G08                    DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (303)307-2307   MRLO: DGOP

Admission Date: 8/22/03  Discharge Date: 8/25/03
PCP: Voss            Attending: Havrunask
Resident: Shen       Intern: Berman
Diagnosis: Coronary Artery Disease

**FOLLOW-UP PLAN:**

1. Follow Up Visit / Appointments: (Doctor, Site, Date)    Appts made ☐    Patient to call for appts. ☑

Dr Voss - Cardiology

2. Medications: Flomax 0.4mg PO qhs
Atenolol 50mg PO QD
ASA 325mg PO QD
Lisinopril 40mg PO QD
HCTZ 12.5mg PO QD
Atorvastatin 80mg PO QD
Amlodipine 10mg PO QD

3. Call Your Doctor: _____ (Name) At _____ (Phone #) OR _____ (Phone #)

**If you develop problems or have questions before your follow-up visit.**

4. Instructions (Diet, activity, wound care, exercise, etc.)
Diet ☐ Regular ☐ Other Low Cholesterol  Activity Restrictions: ☐ None ☐ Lifting _____

Incisions and Dressing Tubes/Drains: Instruction sheets provided _____

5. Pending Labs or Procedures: ∅

These instructions have been explained and a copy has been given to me:
Signatures: Patient / Significant Other X _____   RN/LPN L. Newton LPN
Discharge Date: 8-25-03  Time: _____   Disposition: DRDC  With: DOC

F20-221 (4/96) DHMC         Original To Chart    Copy To Patient/S.O.

545

# DENVER HEALTH MEDICAL CENTER
## INITIAL ADMISSION HISTORY & PHYSICAL

```
Name, MR#, Pat#, DOB

66234444
08/22/03    HSC: FMS
THOMAS ,MACK
0 34 48 59   M    08/29/1951
G08                DVR: Y
1:     2:    RX:   IP:
PCP:
PHN: (303)307-2307    MRLO: DGOP
```

### HISTORY (CONTINUED)  — off since Wed.

**Medications:**
- ASA 325 qD
- Plucophage 500 BID
- HCTZ 12.5 mg qD
- amlodipine 5 mg qD
- Atenolol 50 mg qD
- Nitro patch 0.2 mg/hr q12
- Alb inh 2 puff q6 PRN
- Lisinopril 40 qD
- Simvastatin 80 qD

### SOCIAL HISTORY: Health Risk Factors

| | | |
|---|---|---|
| Homeless ☐Y ☐N | Poor Nutrition ☐Y ☐N | |
| Alcohol Use | Tobacco Use ØTAB ✓EtOH | |
| Substance Abuse | DOC pt. | |
| HIV Risk Factors | | |
| Violence Victim | | |
| Chronic Mental Illness | | |

**FAMILY HX:** 2 uncles w/ sudden death in their 40s
Ø died Diabetes complications

**Living Will Status:** ☐Y ☐N

### ROS:

| # | System | Finding |
|---|---|---|
| 1 | Constitutional | Neg  Ø fever |
| 2 | Skin: | Scars easily  ✓ acute rash |
| 3 | Eyes: | No Acute changes ✓ amaurosis |
| 4 | ENT: | Neg |
| 5 | Resp: | Neg except for HPI ✓ cough |
| 6 | CV: | ✓ claudication  see HPI |
| 7 | GI: | Neg   Ø palpitations |
| 8 | GU: | Swollen prostate Dx ~2 yr ago |
| 9 | Reproductive: | sometimes difficulty initiating |
| 10 | MS: | Neg - Ø muscle stream |
| 11 | Imm/Allergies: | Neg  cramping |
| 12 | Neuro: | No paresthesias  No weakness |
| 13 | Psych: | |
| 14 | Endo: | Neg |
| 15 | Hem/Lymph: | Neg |
| 16 | All Other Systems Negative | |

**Attending Only** — Initials / Revisions / Key Elements

DENVER HEALTH

# PROGRESS RECORD

```
66234444
08/22/03   HSC: OCC
THOMAS, MACK
0 34 48 59   M   08/29/1951
G08                DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (303)307-2307   MRLO: DGOP
```

| DATE | TIME | PROB. NO. | PROBLEM NUMBER AND TITLE<br>FORMAT: S=SUBJECTIVE O=OBJECTIVE A=ANALYSIS P=PLANS |
|---|---|---|---|
| 8.22.03 | 15:55 | | PRELIMINARY PROCEDURE NOTE |
| | CARDIOLOGY | STAFF | - (L) heart cath - cor/LV angio. (R) fem, 5fr, ø complications.<br>- findings: |
| | | | [diagram of coronary anatomy with RCA, CX, D1, OM, LAD, with % stenoses noted: 90%, 90°, 70%, 90%, 75%, 40°]<br>co-dominant |
| | | | - significant disease in a relatively small RCA, a distal OM, and in a modest intermediate ramus. Borderline prox LAD. Would do dob stress echo to assess significance of prox LAD. Cards ifm'd. /s/ Marnek, Luther |

**ATTENDING PHYSICIAN'S NOTE:**

Date: _____   Signature: _____   , M.D. ATTENDING

F20-103 (8/96) DH          USE BOTH SIDES OF THIS FORM

## DENVER HEALTH MEDICAL CENTER

## Dobutamine Stress Echo Report

**PATIENT INFO:**

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **Thomas, Mack** | | | Medical Rec#: | 0344859 |
| Exam Date: | 8/25/2003 | DOB: | 8/29/1951 | Age: | 51 yrs |
| Study Type: | | | | Sex: | Male |
| Billing Modifier: | | | | Study Done at: | Cardiology |
| Height: | 71.0 inch | Weight: | 210.0 lbs | BSA: | 2.78 m^2 |
| Referring Dr.: | Berman | | | Tech ID: | MJ, RDCS |
| Ref Site: | INPATIENT-Denver Health Medical Center | | | Study Quality | Good |
| Fin #: | 66234444 | | | Tape/Disk #: | SE-6-15 |
| Supplies: | | | | | |

Indications: Chest Pain with known CAD     Protocol: Dobutamine

**EXERCISE SUMMARY:**

| | | | |
|---|---|---|---|
| Max dosage: | 30 mcg/kg | | |
| Reason for ending test: | Reached target HR | | |
| Max. B/P: | 148/76 | % of maximal predicted HR | 94 |
| Max. HR: | 160 | Rate Product: | |
| %Target HR: | | | |

| Arrhythmia's: | Isolated PVCs |
|---|---|
| B/P Response: | appropriate |
| DSE EKG: | > 1 mm of horizontal ST segment depression in V4-V6 that resolved within 2 minutes of recovery. |
| Echo Images: | Resting images: concentric LVH with normal segmental wall motion. Stress images revealed failure to recruit the lateral wall consistent with ischemia. |

**Interpretation:**

1. Target heart rate was achieved.
2. Positive evidence of ischemia by electrocardiographic criteria.
3. Positive evidence of ischemia in the lateral wall by echocardiography criteria.

Interpreting Physician: Thomas Ratts, MD

*[signature]*

Thomas E. Ratts, M.D.

Cardiology Fellow:
Kartik Reddy, MD
ECHO

# Denver Health Medical Center

## REPORT OF LEFT HEART CATHETERIZATION AND CORONARY ANGIOGRAPHY

**PATIENT INFO:**

| | | | |
|---|---|---|---|
| Patient: | **Mack Thomas** | Medical Rec#: | 0344859 |
| Exam Date: | **8/22/2003** | Age: | 51 yrs |
| Study Type: | **Lft heart retro percutaneous** | Fin #: | 66234444 |
| Billing Modifier: | | Sex: | Male |
| Referring Dr.: | **Voss, Baker** | Tape/Disk #: | |
| Indications: | **Angina, h/o CAD** | | |

### Procedure:

After giving informed consent and in a fasting state, the patient was brought to the cardiac catheterization laboratory. The right and left femoral regions were prepped sterilely. A 5 Fr. sheath was placed in the right femoral artery using a modified Seldinger technique. Coronary angiography was performed using a 5 Fr. Judkins 4 left coronary catheter and a 5 Fr. Judkins 4 right coronary catheter.

Left ventricular angiography was performed using a 5 French pigtail catheter. Pullback gradient from left ventricle to aorta was recorded. Catheters and sheaths were removed and hemostasis achieved with pressure.

The patient left the catheterization laboratory in stable hemodynamic condition.

### Hemodynamic Data:

Systemic blood pressure 163/81 mmHg
Left ventricular end diastolic pressure 2.5 mmHg
LV-Ao gradient: 0.00

### Angiographic Data:

A. <u>Coronary Angiography</u>:

Left main coronary artery: Normal. 90% proximal intermediate ramus.

Left anterior descending coronary artery: 70% proximal LAD

Circumflex coronary artery: 75-90% OM3.

Right coronary artery: Two successive 90% proximal RCA lesions. Co-dominant circulation.

Graft angiography: not applicable

B. <u>Left Ventriculography</u>:

Contractility:

Mitral regurgitation: 0

Estimated left ventricular ejection fraction: normal (planimetry, single planeRAO)

Wall motion:

| | |
|---|---|
| Inferobasal: | Normal |
| Inferior: | Normal |
| Apical: | Normal |

**Denver Health Medical Center**
**REPORT OF LEFT HEART CATHETERIZATION AND CORONARY ANGIOGRAPHY**

Patient: Mack Thomas                                                                 Patient ID #: 0344859
      Exam Date: 8/22/2003
      Anterolateral:     Normal
      Anterobasal:      Normal

**Comments:**
Significant disease in a relatively small RCA, a distal OM and a small intermediate ramus. Borderline proximal LAD.

I was present for the entire procedure.
Attending Cardiologist: Ed Havranek, MD, 035402 Prof #

                                                        Ed Havranek, M.D.

Cardiology Fellow: Stacie Luther, MD