IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-031
Category II
Claimant: Richard D. Collins, #48817
Address of Claimant: Deceased

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. The Special Master was advised that Claimant had died. Notice was given to the last listed next of kin, Ms. Linda Enderes, 38569 N. Sheridan, #435, Zion, IL 60099. Ms. Enderes was granted up to March 2o, 2006 in which to notify the Special Master if she wished to pursue the claim of her nephew. No response has been received from her.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

IT IS FURTHER ORDERED that Claimant's next of kin is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 22, 2006.**

SIGNED this 27 day of March, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 27 day of March, 2006 to the following:

Ms. Linda Enderes
38569 North Sheridan, # 435
Zion, IL 60099

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203