FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

ICIAL BUSINESS

☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☒ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Clint Crews &#035;109270
Colorado Territorial Correctional Fa
P.O. Box 1010
Canon City, CO 81215

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
#1666