HE CLERK
District Court
t, Room A105
294-3589
ESS

Cornelius Tyrone Williams 113043
P.O. Box 1010
Canon City, CO 81215-1010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN

#1702

