?ICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

ICIAL BUSINESS

Kerry Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
# 1666

Returned mail markings: Attempted - Not Known