E CLERK
strict Court
Room A105
94-3589
ss

Kerry   Gallegos
CTCF
PO Box 1010
Canon City, CO 81215-1010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
#1702

Doc#?

- ☐ Not Deliverable As Addressed Unable To Forward
- ☐ [illegible]
- ☐ Moved, Left No Address
- ☐ Unclaimed ☐ Refused
- ☒ Attempted - Not Known
- ☐ No Such Street ☐ Number
- ☐ Vacant ☐ Illegible
- ☐ No Mail Receptacle
- ☐ Box Closed - No Order
- ☐ Returned For Better Address
- ☐ Postage Due