FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

**ICIAL BUSINESS**



Cornelius Tyrone Williams 113043
P.O. Box 1010
Canon City, CO 81215-1010

☐ Not Deliverable As ...
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☒ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
                CLERK

92-cv-870
#1666