IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Leroy Walter Baker, Claim number 03-040

## ORDER

Kane, J.

Claimant Leroy Walter Baker's Objections (doc. 1350) to the Orders of Special Masters, filed December 30, 2005, are OVERRULED. The test is abuse of discretion and none is found. Rather, the Special Master has correctly decided that Mr. Baker's claims do not fall within the scope of the settlement agreement. His complaints regarding the quality of medical care must be raised, if at all, in a separate individual action, and not as part of the remedial plan in this case. The Final Order of the Special Master (doc. #1227) stands.

Dated:   March 29, 2006

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT