IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Christopher M. Grosso, Claim number X-121

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Adopt or Modify (doc. #1254), filed December 20, 2005, is **DENIED**. While Mr. Grosso may have complaints regarding the quality of care received, he was not in custody on or before August 27, 2003 and therefore not a part of the class. Any issues regarding quality of care must be raised, if at all, in a separate individual action, and not as part of this case. The Order of Dismissal of Special Master(doc. #1156) stands.

Dated:  March 29, 2006