IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Rodendo Herrera, Claim number 02-619

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Objection (doc. #1745) to Order of Dismissal of Special Master, filed March 29, 2006, is **OVERRULED**. While Mr. Herrera may have complaints regarding the quality of care received, he has submitted nothing to dispute that he was not in custody on or before August 27, 2003, and he is, therefore, not a part of the class. Any issues regarding quality of care must be raised, if at all, in a separate individual action, and not as part of this case. The Order of Dismissal of Special Master(doc. #1515) stands.

Dated:  March 29, 2006