IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

>Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

>Defendants.

Re: Claimant Shawn M. Winkler, Claim number 03-140

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Add Evidence to the Record (doc. #1813), filed March 27, 2006, is DENIED. Mr. Winkler's claim before the court was concluded by order of this court dated March 22, 2006, upholding the final order of the Special Master. The claimant is reminded, however, that complaints regarding quality of medical care may be raised in a separate individual action, and not as part of the remedial plan in this case.

Dated:  March 29, 2006