IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

## SPECIAL MASTERS' TWELFTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

Richard M. Borchers, Bruce D. Pringle and Richard C. Davdison, the Special Masters in the above captioned matter, hereby submit the following Twelfth Application for Payment of Fees and Costs. This application is for work done from January 16, 2006 to March 15, 2006, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davdison has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Ann Noder has been hired to be the primary administrative person assigned to handle all claims and orders issued. Ms. Noder spent 82.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Judy Olive of a total of 14.75 hours and Lynda Rowe of 10.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 71.45 hours working on case reviews and drafting of documents for the Special Masters.

7. Richard M. Borchers expended 17.50 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 0.00 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit C. Richard C. Davidson expended 3.25 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 81.90 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. He also had travel time of 4 hours

and expenses for lodging and miscellaneous items of $81.29. This is reflected in Exhibit E.

9. Richard C. Davidson additionally spent 40.75 hours of time on individual claims. This is reflected in Exhibit G. Richard C. Davidson also had travel time and lodging expenses as reflected in Exhibit I.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from the work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending March 15, 2006 is as follows:

a. Richard M. Borchers          99.40 hrs. @ $175.00 per hr. = $17,395.00

b. Richard M. Borchers(travel)   4.00 hrs. @ $ 75.00 per hr. = $    300.00

c. Richard Davidson             44.00 hrs. @ $175.00 per hr.= $  7,700.00

d. Ann Noder & other staff     107.25 hrs.  @ $25.00 per hr. = $  2,681.24

e. Larry Dean Valente            71.45  @ $75.00 per hr.  =    $  5,358.75

f. Lodging and Expenses                                        $    250.37

g. Travel time for Richard Davidson  7.00 hrs. at $75.00 per hr. = $ 525.00

TOTAL FEES: $ 34,210.36

10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

11. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Collena Dickerson, Margie Dykstra, Lynda Rowe, Judy Olive and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Noder, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution

3

Center for the work that they have done to date in this case.

WHEREFORE, the Special Masters request that the Twelfth Application for Payment of Fees be granted in the amount of $ 34,210.36 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

> Respectfully submitted,
>
> LEGAL RESOLUTION CENTER
>
> By:_____
> Richard M. Borchers
> Special Master
> 7907 Zenobia Street
> Westminster, CO 80030-4444
> 303-426-7365

4

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Twelfth Application for Payment of Fees and Costs this 27 day of March, 2006 to the following:

Ms. Paula Greisen
Mr. David H. Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203