# EXHIBIT A

Ann Noder

    Total Hours for Period                    82.50 hrs.

Judy Olive

    Total Hours for Period                    14.75 hrs.

Lynda Rowe

    Total Hours for Period                    10.00 hrs.

                    TOTAL HOURS:          107.25 hrs.

Larry Dean Valente

    Total Hours for Period                    43.60 hrs.