**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending March 15, 2006

| Date | Description | Hours |
|---|---|---|
| 1/28/06 | Review motion on copy costs and issue order; Review files | 1.00 hrs. |
| 2/7/06 | Review all Category II claims; reassign some claims to Judge Davidson; telephone conference with Judge Davidson; telephone conference with Dino Valente | 4.00 hrs. |
| 2/8/06 | Meeting with Dino Valente on claims | .75 hrs. |
| 2/9/06 | Review of files | 1.00 hrs. |
| 2/10/06 | Telephone call to Judge Davidson | .50 hrs. |
| 2/11/06 | Clean up loose ends on cases and procedures | .75 hrs. |
| 2/12/06 | Review files and prepare fourth report and recommendation; general work on files | 2.00 hrs. |
| 2/13/06 | Review report and recommendation | 1.00 hrs. |
| 2/23/06 | Review mail and meeting with Ann Noder | 1.25 hrs. |
| 2/24/06 | Review of incoming mail and work on files | 1.50 hrs. |
| 3/2/06 | Work on files and procedures with Ann | 1.00 hrs. |
| 3/3/06 | Review all Category I and II claims | 2.00 hrs. |
| 3/4/06 | Review of files to determine reply dates | .75 hrs. |

TOTAL HOURS:   17.50 hrs.