**EXHIBIT C**

Administrative Time of Bruce D. Pringle for Period ending March 15, 2006

    No Time

    TOTAL HOURS:          0.00 hrs.