# EXHIBIT D

## Work Done By Richard M. Borchers

Claims closed during the period ending March 15, 2006. Work done prior to September 15, 2004 has already been billed:

**01-054        Brandy Canale**

| | | |
|---|---|---|
| 12/22/04 | Review file and issue order | .20 hrs. |
| 9/1/05 | Review response and issue order | .20 hrs. |
| 1/21/06 | Review file and prepare final order | 1.75 hrs. |
| | TOTAL: | 2.15 hrs. |

**01-065        Janice L. Torrez**

| | | |
|---|---|---|
| 12/22/04 | Review file and issue order | .20 hrs. |
| 9/1/05 | Review response and issue order | .20 hrs. |
| 1/22/06 | Review file and prepare final order | 2.00 hrs. |
| | TOTAL: | 2.40 hrs. |

**01-066        Alfredo Padilla**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 3/3/06 | Review file and motion; issue order | .25 hrs. |
| | TOTAL: | .45 hrs. |

**01-145        Edwin Barnes**

| | | |
|---|---|---|
| 12/24/04 | Review file and issue order | .20 hrs. |
| 12/10/05 | Review file and issue order | .20 hrs. |
| 1/22/06 | Review file and exhibits | .75 hrs. |
| 1/23/06 | Prepare final order | .60 hrs. |
| | TOTAL: | 1.75 hrs. |

**01-168**      **Cleveland Flakes**

| | | |
|---|---|---|
| 10/13/04 | Review response and issue order | .25 hrs. |
| 12/24/04 | Review file and issue order | .15 hrs. |
| 1/25/05 | Review letter and issue order | .15 hrs. |
| 3/4/05 | Review motion and response; issue order | .25 hrs. |
| 3/11/05 | Review file and motion; issue order | .15 hrs. |
| 5/5/05 | Review letter and issue order | .15 hrs. |
| 1/7/06 | Review file and motion; issue order | .40 hrs. |
| 3/3/06 | Review file and issue order of dismissal | .35 hrs. |
| | TOTAL: | 1.85 hrs. |

**02-013**      **Wilbert Washington**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .15 hrs. |
| 8/22/05 | Review file and issue OSC | .25 hrs. |
| 11/24/05 | Review letter and file; issue order | .20 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .80 hrs. |

**02-040**      **Russell A. Larsen**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review letter | .15 hrs. |
| 10/4/05 | Review response and issue order | .25 hrs. |
| 1/22/06 | Review file and prepare final order | 2.00 hrs. |
| | TOTAL: | 2.55 hrs. |

**02-069**      **Richard Lee Relaford**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 7/1/05 | Review letter | .10 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .45 hrs. |

**02-076**      **James L. West**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hr. |
| 2/19/06 | Review file and motion; issue order | .25 hrs. |
| 2/27/06 | Close out file | .25 hrs. |
| | TOTAL: | .65 hrs. |

**02-083**      **Terry Wayne Loader**

| | | |
|---|---|---|
| 12/29/04 | Review file | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-089**      **Robert Lindsey Perreten**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-124**      **Ronald Hunt**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 1/3/06 | Review file and begin work on final order | .35 hrs. |
| 1/22/06 | Review file and issue final order | 1.25 hrs. |
| | TOTAL: | 1.90 hrs. |

**02-126**      **Pete G. Maestas**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 1/3/06 | Review file and begin work on final order | .35 hrs. |
| 1/22/06 | Finish final order | 1.50 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 2.15 hrs. |

**02-131    Steven Qualley**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |

|  | TOTAL: | .35 hrs. |
|---|---|---|

**02-159    Wade P. Miller**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 5/3/05 | Review file and motion; issue order | .20 hrs. |
| 5/25/05 | Review file and motion | .15 hrs. |
| 10/15/05 | Review file and issue order | .25 hrs. |
| 3/3/06 | Review file and issue order of dismissal | .20 hrs. |

|  | TOTAL: | .95 hrs. |
|---|---|---|

**02-170    Charles Peterson**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/6/06 | Review settlement and issue order | .20 hrs. |

|  | TOTAL: | .35 hrs. |
|---|---|---|

**02-176    Joseph Samuel Galbreath**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |

|  | TOTAL: | .35 hrs. |
|---|---|---|

**02-178    Kenneth Johnson**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 1/22/06 | Review file and prepare final order | 2.00 hrs. |

|  |  | TOTAL: | 2.30 hrs. |

**02-179  Johnny Jones**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |

|  | TOTAL: | .35 hrs. |

**02-224  John Frank Sosa**

| 1/3/05 | Review file and issue order | .25 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 3/6/06 | Review file and issue order | .25 hrs. |

|  | TOTAL: | .70 hrs. |

**02-238  Juvall Thomas**

| 1/3/05 | Review of file and issue order | .15 hrs. |
| 12/17/05 | Review file | .20 hrs. |
| 3/3/06 | Review file and issue order of dismissal | .25 hrs. |

|  | TOTAL: | .60 hrs. |

**02-243  Alvin Carrethers**

| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/18/06 | Review file and motion; issue order | .25 hrs. |
| 2/23/06 | Review file | .15 hrs. |
| 2/27/06 | Issue order and close file | .25 hrs. |

|  | TOTAL: | .80 hrs. |

**02-247  James Palazz, Jr.**

| 12/29/04 | Review file and issue order | .20 hrs. |
| 1/27/05 | Review letter and file | .10 hrs. |
| 5/4/05 | Review file and letter; issue order | .15 hrs. |

| | | |
|---|---|---|
| 6/12/05 | Review file and issue order | .25 hrs. |
| 2/19/06 | Review motion and file; issue order | .35 hrs. |
| | TOTAL: | 1.05 hrs. |

**02-282   Hector Ortega**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/15/06 | Review file and issue order of dismissal | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-287   Raymond C. Baca**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-299   Ross Alley**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 3/6/06 | Review file and issue order | .30 hrs. |
| | TOTAL: | .65 hrs. |

**02-304   Paul Fields**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/18/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-314   Wendell Paige**

| | | |
|---|---|---|
| 1/8/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | .35 hrs. |

**02-330        Sharon Francis Macie**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/6/06 | Review settlement and issue order | .20 hrs. |
|  | TOTAL: | .35 hrs. |

**02-334        Clarence Bachman, Jr.**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/8/06 | Review settlement and issue order | .20 hrs. |
|  | TOTAL: | .35 hrs. |

**02-340        John Kittle**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 1/12/06 | Review file and letter | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 3/6/06 | Review file and issue order | .30 hrs. |
|  | TOTAL: | .80 hrs. |

**02-363        Francisco Cardoza**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 2/22/06 | Review motion and file; issue order | .30 hrs. |
|  | TOTAL: | .45 hrs. |

**02-371        Elizabeth Gardesani**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/30/05 | Review motion and issue order | .15 hrs. |

| | | |
|---|---|---|
| 5/20/05 | Review letter and issue order | .15 hrs. |
| 7/30/05 | Review letter and issue order | .20 hrs. |
| 10/14/05 | Review letter | .15 hrs. |
| 3/19/06 | Review motion and file; issue order | .25 hrs. |
| | TOTAL: | 1.05 hrs. |

**02-372     Lester Lee Harris**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .45 hrs. |

**02-394     James L. Anderson**

| | | |
|---|---|---|
| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .25 hrs. |
| 2/24/06 | Review file and issue order | .15 hrs. |
| | TOTAL: | .65 hrs. |

**02-433     Guillermo Barron-Baca**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-451     Anthony Magruder**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 10/1/05 | Review file and letter | .20 hrs. |
| 3/6/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .55 hrs. |

**02-469     Samuel Reed**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-481**     **Eliseo Zambrano**

| | | |
|---|---|---|
| 1/30/06 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-528**     **Carlos Christopher Ortega**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-544**     **Carmen Celeste Romero**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-624**     **Rudolfo Gamboa**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 3/8/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

**02-626**     **Richard Fleenor, Jr.**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 3/3/06 | Review settlement and issue order | .20 hrs. |

|  |  | TOTAL: | .35 hrs. |

**02-688        Robert Dewey**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review letter and documents | .10 hrs. |
| 3/7/06 | Review settlement and issue order | .20 hrs. |
|  | TOTAL: | .45 hrs. |

**02-756        Ronny C. Shoemake**

| 9/24/04 | Review of claim | .10 hrs. |
| 9/28/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/16/05 | Review file and issue OSC | .25 hrs. |
| 1/18/06 | Review letter and file; issue order | .40 hrs. |
|  | TOTAL: | 1.00 hrs. |

**02-784        Andrew Vigil**

| 11/24/04 | Review claim | .10 hrs. |
| 11/29/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 12/19/05 | Review file and issue OSC | .25 hrs. |
| 1/9/06 | Review file and issue order | .15 hrs. |
| 3/11/06 | Review file and issue order of dismissal | .25 hrs. |
|  | TOTAL: | 1.00 hrs. |

**02-826        Alan Rivera**

| 2/19/05 | Review claim | .10 hrs. |
| 2/20/05 | Issue order | .10 hrs. |
| 3/14/05 | Review supp. Form and issue order | .15 hrs. |
| 3/3/06 | Review settlement and issue order | .20 hrs. |
|  | TOTAL: | .55 hrs. |

**02-846    Rex Thompson**

| | | |
|---|---|---|
| 3/16/05 | Review claim | .10 hrs. |
| 3/18/05 | Issue order | .10 hrs. |
| 3/25/05 | Review supp. forms and issue order | .15 hrs. |
| 7/7/05 | Review letter | .15 hrs. |
| 3/3/06 | Review settlement and issue order | .20 hrs. |
| | TOTAL: | .70 hrs. |

**03-016    Patrick Murray**

| | | |
|---|---|---|
| 12/12/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 8/24/05 | Review file for hearing | .75 hrs. |
| 9/11/05 | Review file and issue order | .20 hrs. |
| 11/30/05 | Review file for hearing | .50 hrs. |
| 12/1/05 | Hearing | 2.00 hrs. |
| 12/2/05 | Review exhibits and file | 1.00 hrs. |
| 1/26/06 | Review file and prepare final order | 2.00 hrs. |
| | TOTAL: | 6.95 hrs. |

**03-032    William Dressler**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 5/29/05 | Review file | .15 hrs. |
| 10/27/05 | Review file and issue order | .25 hrs. |
| | TOTAL: | .90 hrs. |

**03-039    Kevin Stuck**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 4/17/05 | Review file and issue order | .25 hrs. |
| 8/24/05 | Review motion | .15 hrs. |
| 10/8/05 | Review file and issue order | .15 hrs. |
| 12/8/05 | Review file and motion; issue order | .20 hrs. |

| | | |
|---|---|---|
| 12/26/05 | Initial review for hearing | .35 hrs. |
| 12/28/05 | Final review for hearing | .25 hrs. |
| 12/29/05 | Hearing | 2.75 hrs. |
| 1/2/06 | Work on case | .35 hrs. |
| 1/26/06 | Review file and exhibits; prepare final order | 2.50 hrs. |
| 1/27/06 | Finalize final order | .75 hrs. |
| | TOTAL: | 8.20 hrs. |

### 03-062      Joseph Martinez

| | | |
|---|---|---|
| 12/16/04 | Review file and issue order | .25 hrs. |
| 4/11/05 | Review file and issue order for hearing | .20 hrs. |
| 5/7/05 | Review file and letter; issue order | .20 hrs. |
| 5/11/05 | Review file and issue scheduling order | .20 hrs. |
| 10/19/05 | Review file for hearing | .50 hrs. |
| 10/20/05 | Hearing | 3.00 hrs. |
| 10/20/05 | Review exhibits and medical records | 1.00 hrs. |
| 10/26/05 | Issue order | .30 hrs. |
| 11/7/05 | Work on final order | 1.25 hrs. |
| 11/16/05 | Review file and issue order | .20 hrs. |
| 1/20/06 | Finalize final order | 1.25 hrs. |
| | TOTAL: | 8.35 hrs. |

### 03-067      Joseph Archibeque

| | | |
|---|---|---|
| 12/16/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 7/12/05 | Review objection and file; issue order | .25 hrs. |
| 8/3/05 | Review letter and issue order | .15 hrs. |
| 8/31/05 | Review file and issue order | .15 hrs. |
| 9/1305 | Review letter | .15 hrs. |
| 10/20/05 | Review file and issue order | .25 hrs. |
| 11/3/05 | Issue amended order | .15 hrs. |
| 12/13/05 | Review motion and issue order | .20 hrs. |
| 12/26/05 | Preliminary review of file for hearing | .25 hrs. |
| 12/28/05 | Final review for hearing | .50 hrs. |
| 12/29/05 | Hearing | 2.00 hrs. |
| 1/2/06 | Work on case | .50 hrs. |
| 1/26/06 | Review exhibits and issue final order | 2.25 hrs. |

|  |  |
|---|---|
| TOTAL: | 7.30 hrs. |

### 03-071    Albert Franco

| 12/20/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 5/21/05 | Review file and issue order | .20 hrs. |
| 6/4/05 | Review file and issue order | .25 hrs. |
| 8/9/05 | Review file | .15 hrs. |
| 10/25/06 | Review file and issue order | .25 hrs. |
|  | TOTAL: | 1.35 hrs. |

### 03-154    Earby Moxon

| 12/28/04 | Review file and issue order | .20 hrs. |
| 8/23/05 | Review claim and issue order | .25 hrs. |
| 10/6/05 | Review file and issue order | .20 hrs. |
| 2/8/06 | Review file and issue order | .20 hrs. |
| 2/27/06 | Review settlement and issue order | .20 hrs. |
|  | TOTAL: | 1.05 hrs. |

### 03-161    Frank P. Cruz

| 8/17/05 | Review file and claim; issue order | .25 hrs. |
| 8/26/05 | Review file | .15 hrs. |
| 9/1/05 | Review claim and issue order | .25 hrs. |
| 10/16/05 | Review file and issue order | .25 hrs. |
| 12/13/05 | Review file and issue amended order | .25 hrs. |
|  | TOTAL: | 1.15 hrs. |

### 03-195    Luis "Carlos" Rivera

| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review file and issue order | .35 hrs. |
| 3/13/05 | Review file and returned mailing; issue order | .30 hrs. |

|         |       |
|---------|-------|
| TOTAL:  | .80 hrs. |

### 03-199   James Dockins

| 12/22/04 | Review file and issue order | .20 hrs. |
| 3/4/05 | Review file and issue order | .30 hrs. |
| 3/13/06 | Review file and returned mail; issue order | .30 hrs. |

|         |       |
|---------|-------|
| TOTAL:  | .80 hrs. |

### X-136   Anthony Garza

| 10/1/05 | Review claim and issue order | .35 hrs. |
| 11/6/05 | Review claim and issue order | .25 hrs. |
| 11/24/05 | Review file and response; issue order | .20 hrs. |
| 12/19/05 | Review file and issue amended order | .25 hrs. |
| 1/28/06 | Review file and issue order of dismissal | .50 hrs. |

|         |       |
|---------|-------|
| TOTAL:  | 1.55 hrs. |

### X-141   Reginald Brown

| 11/11/05 | Review letter and issue order | .45 hrs. |
| 1/28/06 | Review file and issue order of dismissal | .50 hrs. |

|         |       |
|---------|-------|
| TOTAL:  | .95 hrs. |

### X-152   Frank Cruz

| 1/20/06 | Review claim and issue OSC | .25 hrs. |
| 2/3/06 | Review file and issue order of dismissal | .35 hrs. |

|         |       |
|---------|-------|
| TOTAL:  | .60 hrs. |

### X-153   Jimmy Williams

| 1/20/06 | Review claim and issue order | .30 hrs. |

| | | | |
|---|---|---|---|
| | 3/11/06 | Review file and issue order of dismissal | .35 hrs. |
| | | TOTAL: | .65 hrs. |

**X-154**   **David Guenther**

| | | |
|---|---|---|
| 1/20/06 | Review claim and issue order | .25 hrs. |
| 3/11/06 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .50 hrs. |

**X-155**   **Dirk Sparks**

| | | |
|---|---|---|
| 1/20/06 | Review claim and issue OSC | .25 hrs. |
| 3/11/06 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .50 hrs. |

**X-156**   **Jeff Cassiday**

| | | |
|---|---|---|
| 1/20/06 | Review claim and issue OSC | .25 hrs. |
| 3/11/06 | Review file and issue order of dismissal | .25 hrs. |
| | TOTAL: | .50 hrs. |

**X-158**   **Thomas D. Smith, Jr.**

| | | |
|---|---|---|
| 2/10/06 | Review letter; open file and issue order | .35 hrs. |
| 2/19/06 | Review file and claim; issue order of dismissal | .30 hrs. |
| | TOTAL: | .65 hrs. |

TOTAL HOURS: 81.20