## EXHIBIT E

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 3/9/06 - 3/10/06 | Travel from Denver to Canon City and return | 4.00 hrs. |

Lodging Expenses for Travel to CDOC Facilities for Hearing:

| | | |
|---|---|---|
| 3/9/06 | Canon City, Colorado | $ 81.29 |
| | Total Lodging Expenses: | $ 81.29 |