**EXHIBIT F**

**Work Done By Bruce D. Pringle**

Claims closed during the period ending March 15, 2006. Work done prior to September 15, 2004 has already been billed:

No Time