# EXHIBIT G

## Work Done By Richard C. Davidson (January 16, 2006 - March 15, 2006)

| | | | |
|---|---|---|---|
| 03-012 | **Sladek** | | |
| | 1/23/06 - 1/24/06 | Review file, hearing, review and rule | 3.75 hrs. |
| 03-147 | **Bulgier** | | |
| | 1/24/06 - 1/26/06 | Review, hearing, review and rule | 6.75 hrs. |
| 03-171 | **Martinez** | | |
| | 2/13/06 - 2/14/06 | Review, hearing, review and rule | 4.25 hrs. |
| 03-173 | **Gibson** | | |
| | 2/13/06 - 2/14/06 | Review, hearing, review and rule | 4.25 hrs. |
| 03-014 | **Collins** | | |
| | 2/12/06 - 2/14/06 | Review, hearing, review and rule | 3.25 hrs. |
| 05-002 | **Alonzo** | | |
| | 2/27/06 -3/1/06 | Review, hearing, review and rule | 1.25 hrs. |
| 03-146 | **Sensabaugh** | | |
| | 2/1/06 - 2/2/06 | Review, hearing, review and rule | 6.50 hrs. |
| 03-138 | **Bretz** | | |
| | 2/2/06 - 2/2/06 | Review, hearing, review and rule | 6.50 hrs. |
| 03-032 | **Dressler** | | |
| | 1/24/06 - 1/26/06 | Review, hearing, review and rule | 4.25 hrs. |
| | | TOTAL: | 40.75 hrs. |