# EXHIBIT H

## Administrative Work Done By Richard C. Davidson

Period ending March 15, 2006.

| Date | Description | Hours |
|---|---|---|
| 1/24/06 | Review files and discussed issues with Legal Assistant - issued orders | 1.00 hrs. |
| 1/26/06 | Research on ADA | 2.00 hrs. |
| 2/6/06 | Discussion with Legal Assistant | .25 hrs. |
| | TOTAL: | 3.25 hrs. |