## EXHIBIT I

### Travel Time and Lodging Expenses of Richard C. Davidson

Period ending March 15, 2006.

| | |
|---|---|
| Total Travel Time to Sterling and Canon City | 7.00 hrs. |

Lodging:

| | | |
|---|---|---|
| Sterling | February 13, 2006 | $169.08 |