FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| DISTRICT COURT, Denver COUNTY<br>STATE OF COLORADO<br>Court Address: United States Courthouse<br>Room A-105<br>901 19th Street<br>Denver, CO 80294-3589 | |
| People of State Colo<br><br>v.<br><br>Paul Deschaine | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Paul Deschaine #124164<br>P.O. box 2017<br>Buena Vista, CO 81211 | Case No:<br>-92-CV-00870 EWN<br>Div. _____ CTRM _____ |

Comes Now, Paul Deschaine Defendant, Pro-Se; And respectfully requests this Court to disclose information pertaining to the Montez settlement and agreement. And in support there of states,

1. Defendant is an inmate in the Colorado Department of Corrections.

2. Defendant is a litigant in the Montez Settlement.

## CERTIFICATE OF SERVICE

I, Paul Deschaine, hereby certify that a true and correct copy of the attached Complaint pursuant to Rule 106 C.R.C.P. was placed in the U.S. mail at the Buena Vista Correctional Facility, postage prepaid, on the _____ day of Correctional Complex 2006, addressed to the following parties:

_____
Plaintiff

United States Courthouse
Room A-105
901 19th Street
Denver, CO 80294-3589 County District Court


_____