March 27, 2006

Judges Nottingham & Kane
U.S. District Court
901 19th Street Rm. A105
Denver, Co., 80294

Dexter Gail Millican #86568
Fort Lyon Correctional Facility
P.O. Box 1000
Fort Lyon, Colorado, 81038

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

To Whom It May Concern (Judges Nottingham & Kane),

 I, Dexter G. Millican, am now located at Fort Lyon Correctional Facility. I will be here for the next (4) Four months before my release back into society. I would like to continue my part of the Montez vs Owens Civil Action Suit. My Claim Number is 02-795, Category II, Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343).

 Also I would like to apply for the "Next Category" in the Civil Action Suit because I still have "Chip Bones" in my "Left Ankle" and it need a Operation for the "Deform Bone Structure" of the Ankle! This injury occured in January of 1996 at Arrow Head Correctional Facility; then again at Four Mile Correctional Facility. Each time the "Ankle" was broken and they refuse to put a Cast on the ankle causing the ankle to become "Deform"! Department of Corrections keep telling me they will operate on the ankle, but they never set it up for an operation. I need help with this situation because the ankle is getting worst each month and year!!!

Sincerely yours,

Dext G. Millican
Dexter G. Millican

P.S.
 Enclosed with this letter is a cronicle list of Medical & Living problems I have had since arriving back in C.D.O.C. on February 14, 2006. Please Help!!!


## D.R.D.C.

February 14, 2006   11:00 a.m.: I was refuse medical shoes by Nurse Stacey

February 15, 2006   6:15 p.m.: Sgt. Wertz would not accept my "Indigent Letter" in front of his office, then gave me a Direct Order to get out of his hallway, because I had socks & shower shoe on, which is all I have to wear because I medically can not wear Boots. Then, he "locked me down" because I gave my "Indigent Letter" to another inmate to give to him to mail. I've never been lockdown in my life before now. No Write Ups or Incidents! We were never told not to give our "Indigent Letters" to another inmate to turn in to the sargent for mailing, and we were never given any paperwork or book of rules & regulations that stated that we could not give our "Indigent Letters" to another inmate to turn into the sargent for mailing. I'm

February 16, 2006   7:30 a.m.: We were taken over to the Medical Department by the Sargent Neer; I had to walk to Breakfast Food Service, Medicine Line, and Medical Dept. thru the snow packed sidewalks with socks & shower shoes on because of medical reasons I can not wear boots.

February 16, 2006   9:00 a.m.: Sargent Neer from the Medical Dept. sent me back to Unit 1-B without me getting my physical and getting something done about Footwear for me; once again I had to walk back in the snow with socks & shower shoes on my feet. This happen after I pleaded with Sargent C. Neer to see if I could see someone in Medical before he sent me back. They only singule out 6 (six) of us to send back to the unit and two of them were finished with seeing everyone they had to see in the Medical Department. I was told they would call me in later. I'm already an accepted approved Member of the Montez Class Action Lawsuit that has been won against D.O.C. because of these same Medical Problems. Santiago Lagunas #129726 has a "Walking Cane"!

February 16, 2006   1:00 p.m.: I was taken back to Medical Dept. with 2 other inmates to take a "Physical Exam.", and to resolve the "Problem with my Footwear."

February 16, 2006   5:00 p.m.: Nurse Jill (I believe is her name) finally took me into her office were we went over my "Medical Problems" and she gave me a "Physical". She gave me a Medical Permit Slip to walk around in sock & shower shoes until they could figure out some way to get me low-cut shoes after evaluating my Medical Records, which have mysteriously disappeared! She also said she would work on getting my walking cane (I have used a walking cane since 1997 from a broken ankle which I received at Arrowhead & again at Four-Mile Correctional Facilities; and they did not put a cast on my ankle either time). She ordered my medication. I must still walk around with socks & shower shoes. I sent a kite in to the Case Manager for a "Grievance Form" tonight, Thursday, February 16, 2006, at 8:30 p.m.

February 17, 2006   8:00 p.m.: I received two Grievance Forms from the Case Managers office. I begin filling them out with my "Grievances" about getting "Low-Cut Shoes or Tennis Shoes" & "Walking Cane", also my "Grievance" against Sargent Wertz for locking me down and taking away my 1-Hour Out-a-Day on 2/15/06 at 6:15 p.m. !!!

February 17, 2006   11:00 p.m.: I placed both Grievance Forms in the (my) cell door to be picked-up by the D.R.D.C. Officers!

★→ February 18, 2006   12:00 noon: I was walking in the Food Service Hall in my "Socks & Shower Shoes" when my ankle gave out on me when I slipped in the shower shoes. I fell between the "Tables & Chair of Metal" to the floor on my knees just "Missing the Metal Chairs or Sits" with my "Head"!!! Officer Lavailee took me to the Medical Department where Nurse Stacey treated me; and told me I was suppose to have had my "Walking Cane" since February 16, 2006 so she gave me my "Walking Cane" (late after the fall)! Also, she said someone "Forgot to" Order My Low-Cut Tennis Shoes", so she said she would put the information slip to order me a size 11½ Tennis Shoes above her supervisor's Desk! ("Gross Negligence"!) Officer Lavailee was very helpful to me in this "Incident"! If I would have had my "Walking Cane" I would not have fell in the "Food Service Hall"!!!

★★★ When I was outside getting "Medication" in my "Socks & Shower Shoes" this morning it was -13 Below Zero!!! I have to stand in the "Medication Line" in those Conditions (Socks & Shower Shoes) every morning after "Breakfast" and every evening after "Dinner" to receive my Medications!!! Again I'm 60 years old!!!

February 19, 2006   1:00 p.m.: I signed-up for Indigent Supplies yesterday, Feb. 18, 2006, but they did not give me any Indigent Supplies and they told me that I did not sign-up! When I know I did Sign-Up"!!! At 3:00 p.m. "Sargent Cone" on the "Second Shift" gave me an "Indigent Package"! Why did they take "My Name" off the "Indigent List"!!!

March 1, 2006   6:00 p.m.: I arrived at Youth Offender's System in Pueblo, Colorado. They would not help me get any Low-Cut Shoes! They said I would have to wait until I got to my perminant facility!

★★★ March 9, 2006   10:30 a.m.: Colorado Department of Corrections Transportation Bus transporting me to my perminant facility from Pueblo, Colorado stop in Arkansaw Valley Correctional Facility first, where I told the officers transporting me (Lt. Armstrong & Officer Gomez) that I had a Bladder Problem because of my High Blood-Pressure Medication & Prostrate Problems (over large Prostrate), therefore I would need to use the restroom often. The Correctional Officers then drove me to

Case No. 1:92-cv-00870-CMA-MEH   Document 1833   filed 03/29/06   USDC Colorado   pg 3 of 3

Montez Civil Action No. 96-N-343   (2)   Claim Number 02-795   Dexter C. Millican #86568
Category II   Colorado Department of Corrections

Bent County Correctional Facility and stayed for "One Hour" after waiting at the previous Facility for "Two Hours" before leaving. "They Totally Refused To Let Me Use The Restroom", and told me "I would have to wait until I got to my Facility"!!! I was not physically able to wait because of "Medical Reasons", which caused problems to my body, my clothes, and other inmates riding with me. This was total "Cruel & Inhuman Treatment" issued out to me by Lt. Armstrong & Officer Gomez. (To a Elderly, Disable, Senior Inmate).

March 3, 2006  3:45 p.m.: I arrived at Ft. Lyon Correctional Facility. They still have not given me any Low-Cut shoes, therefore I still walking around with a "Cane (walking), Socks & Shower Shoes.

✯✯✯ March 14, 2006: I have been in Colorado Department of Correction for "One Month", and they still have me walking around with a "Walking Cane and Socks with Shower Shoes" in the Winter, out doors !!! I'm 60 years old !! This is Cruel & Inhuman Treatment !!!

March 16, 2006: Sgt. Jones told me I could not go to eat anymore with my shower shoes & socks! At Lunch he attempted to stop me from eating because of my footwear. They finally decided to give me some Orange Low-Cut Tennis Shoes until Medical could get me some shoes!

March 26, 2006: The orange low-cut tennis shoes I was given on 3/16/06 are destroying my feet; they have less sole then my shower shoes I was wearing before these shoes! Medical Department here at Fort Lyon Correctional Facility still have not seen me to order me some shoes to wear.