IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, ET AL.

    Plaintiffs,

BILL OWENS, ET AL.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Claim Number 02-834
Category II
Claimant: Michael Eugene Graham, 88908
Address of claimant: SCF LU 21, PO Box 6000, Sterling, CO 80750

REQUEST FOR DISCOVERY

Class action member, Michael Eugene Graham, respectfully requests the following relevant quality assurance documents;

1. A copy of the "Request for Job Change" form filled out by Mr. Graham in December 2004 and filled with the Arrowhead Theraputic Community. In which a request for accomadation of employment based on disabilities and DOC medical restrictions of record was denied.

2. The report and tape or transcript of hearing no. 105-009, which was held on January 31, 2005 for "Failure to Work".

3. The job description for Kitchen Labor Position at Arrowhead.

Dated this 15th of March 2006, at Sterling Correctional Facility.

CLASS MEMBER:
*Michael Eugene Graham*
Michael Eugene Graham

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2006, I served a true and correct copy of the above REQUEST FOR DISCOVERY upon the parties or Counsel listed below by: (***) depositing said copy in the U.S. Mail, postage prepaid, addressed as shown below; and/or (*) hand-delivering said copy; and/or (**) depositing said copy in the District Attorney pick-up folders.

Mr. James Quinn (***)
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th floor
Denver, CO 80203

Mr. Jess A. Dance (***)
Attorney
Litigation Section
1525 Sherman Street, 5th floor
Denver, CO 80203

*Peggy Graham* (signature)