ICE OF THE CLERK
ed States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS



Clint  Crews  #~~1035~~ 109270
Colorado Territorial Correctional Facility
P.O. Box 1010
Canon City, CO 81215

☐ Not Deliverable as Addressed
    Unable to Forward
☐ Ins_____
☐ Return_____
☐ Unclaimed ☐ Refused
☒ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

CANNOT LOCATE
92-CV-870
#1702
EWN-OES

**FILED**
UNITED STATES DISTRICT COURT
_____ VER, COLORADO

MAR 2 9 2006

GR_____ C. LANGHAM
CLERK