FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589
ICIAL BUSINESS

Discharged



Richard A. Malisheski 60059
P.O. Box 1000
Crowley, CO 81034-1000

CANNOT LOCATE
92-CV-870
#1713, 1714
EWN-OES



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK