IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number: 02-117
Category: II
Claimant: Howard Lockett, #109226
Address of Claimant: CMRC, 2926 Las Vegas Street, Colorado Springs, CO 80906

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 29th day of March, 2006.

                               BY THE COURT:

                               */s/ Richard M. Borchers*

                               _____
                               Richard M. Borchers
                               Special Master