IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number: 02-272
Category: II
Claimant: Kai Christopher Christman, #43396
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 29th day of March, 2006.

                    BY THE COURT:

                    */s/ Richard M. Borchers*

                    _____
                    Richard M. Borchers
                    Special Master