IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number: 02-512
Category: II
Claimant: Andre Griffith, #99480
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 29th day of March, 2006.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____

                Richard M. Borchers
                Special Master