IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number: 02-533
Category: II
Claimant: Raymond Derrera, #47138
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

    IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

    SIGNED this 29th day of March, 2006.

                                     BY THE COURT:

                                     */s/ Richard M. Borchers*

                                     _____
                                     Richard M. Borchers
                                     Special Master