IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number: 02-566
Category: II
Claimant: Mark Salazar, #100198
Address of Claimant: BCCF, 11560 Road FF-75, Las Animas, CO 81054-9573

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 29th day of March, 2006.

                                     BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master