IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Alfonso R. Flores, Claim number X-130

# MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Objection to Order of Dismissal of Special Master (doc. #1213), filed December 6, 2005, is OVERRULED. Mr. Flores has filed nothing to refute that his claim was not timely filed. The Motion for Assistance in Obtaining Medical Files and Treatment (doc. #1734), filed March 14, 2006, is DENIED. Any complaints Mr. Flores has regarding the quality of medical care he is currently receiving must be raised in a separate civil action, and not as part of the remedial plan in this case.

Dated: March 30, 2006