**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

# MEMORANDUM

TO: File 92-cv-00870-EWN

FROM: Gail Shaw

SUBJECT: Return of Claim File

DATE: March 30, 2006

    At the request of Special Master Richard M. Borchers, the Claim File 02-784 for Andrew Vigil has been returned to him for further review.

(Rev. 10/02)