March 24, 2006,

TO: Judge Borchers, Special Master:
Judge John L. Kane Jr.
RE: Montez V. Owens et al. 92-N-870
FROM: Willis Horn
# 127918
S.C.F. Unit # 2-C
P.O. Box 6000
Sterling, Colorado  80751

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2006

GREGORY C. LANGHAM
CLERK

Sir(s):

I am writing to as regards the possibility of being admitted to the matter of Montez v. Owens, 92-N-870.

To explain, I am missing all of the toes on my Left foot, which is documented by the (C.D.O.C.) since the date of my arrival at the D.R.D.C. Unit following my sentencing, October 05, 2005.

D.R.D.C. Medical provided (Soft-sided - Soft-soled shoes to me for the reason of my missing toes and the problem I have walking in State issued boots.

Now, it seems that the C.D.O.C. refuses to further provide me with this limited concession of foot-wear to alleviate the problem of my balance while walking.

All I am asking is for the proper foot-wear so that I don't have so many problems keeping my balance.

I feel that this is a small enough concession on the part of the C.D.O.C. to avoid further litigation in the nature of a Civil Rights Complaint and could be resolved by admitting me to the already decided matter of Montez v. Owens et al,.

If this is not possible pleas inform me so that I might be able to pursue an independent action against the C.D.O.C. in the nature of a Subsection 1983 claim, for which, considering the outcome of Montez, I will surely win and cost the C.D.O.C. another large amount of expenditures in litigation, attorney fees, and other associated costs of the litigation.

CERTIFICATE OF SERVICE

I, Willis Horn, the prospective litigant as stated above, hereby CERTIFY that a true and correct copy of the foregoing letter was placed in the United States Postal Receptacle at the Sterling Correctional Facility on this TWENTY FOURTH day of March, 2006 and addressed to the following concerned parties.

Judge Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Judge John L. Kane, Jr., Sr. Dist. Jdg.
United States District Courthouse
901  19Th. Street
Denver, Colorado  80294

Office of the Colorado Attorney General
ATTN: Montez v. Owens, 92-N-870
1525 Sherman Street
Denver, Colorado  80203

Respectfully;

*Willis Horn* (signature)
Willis Horn
Reg. # 127918
S.C.F.   Unit # 2 -C
P.O. Box 6000
Sterling, Colorado  80751