IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

BILL OWENS, *et al.,*

    Defendants.

---

### PLAINTIFF CLASS MOTION FOR EXPEDIATED HEARING ON DEFENDANTS' APPEAL OF SPECIAL MASTER'S AWARD OF FEES AND COSTS TO CLASS COUNSEL (TO THE HONORABLE JUDGE EDWARD W. NOTTINGHAM)

---

    The Plaintiff Class, through counsel of record, Paula D. Greisen and David H. Miller of the Law Firm of KING & GREISEN, LLP, hereby files this Motion as follows:

    1.    On January 27, 2006, Defendants' filed their Objections to Special Master's Recommended Award of Attorney Fees and Costs (doc. #1567).  As directed by Order of the Honorable John L. Kane, Plaintiff Class filed their Response to these Objections on February 6, 2006.  (Docket #1608).  The matter is now fully briefed.

    2.    Counsel for the class offered testimony regarding the award of fees by the Special Master and are intending to appear at any hearing on this matter.

    3.    If the Court is inclined to grant a hearing on Defendants' appeal, Class Counsel respectfully requests that any such hearing be held prior to the end of April 2006.  The basis for the request is that undersigned counsel will be leaving the firm of King & Greisen at the end of April to start employment with a corporate employer.  As a significant amount of time in the fee

petition was incurred by undersigned counsel, class counsel request that any hearing be set at a time he will be available to appear on this matter.  Undersigned counsel believes that any hearing on this matter could be completed within one hour.

4. Class counsel has consulted with Elizabeth McCann, counsel for the defense, about this motion and she does not oppose setting any such hearing prior to Mr. Miller's departure at the end of April.

5. Accordingly, class counsel respectfully requests that if this Court determines that a hearing on this matter is necessary, that it be scheduled prior to the end of April, 2006.

RESPECTFULLY SUBMITTED this 4th day of April, 2006.

~s/ David H. Miller_____
David H. Miller
King & Greisen LLP
1670 York Street
Denver, CO 80206
Phone:  (303) 298-9878
Fax:  (303) 298-9879
E-mail:greisen@kinggreisen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April 2006, I served the foregoing **MOTION FOR EXPEDIATED HEARING ON DEFENDANTS' APPEAL OF SPECIAL MASTER'S AWARD OF FEES AND COSTS TO CLASS COUNSEL** via electronic filing to:

Beth McCann
James Quinn
Jess Dance
Brooke H. Meyer
Jennifer Allison Berman
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado   80203
Fax: (303) 866-5443

~s */Antoinette Taylor*