**ORIGINAL**

| DISTRICT COURT, _____ COUNTY | FILED |
|---|---|
| Court Address: US DISTRICT COURT 901--19th Street Denver, Co 80294 | UNITED STATES DISTRICT COURT DENVER, COLORADO |
| JESSE MONTEZ ET AL Plaintiff, | MAR 31 2006 |
| BILL OWENS, ET AL v. Defendant(s). | GREGORY C. LANGHAM CLERK |
| | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): Jill Coit # 86530 PO.O, Box 392005 Denver, Co 80239 Claim Number 03-129 | Case No.: 92 N 870 (0es) Div/Ctrm: 96 N 343 |
| REQUEST FOR NOTICE | |

Judy Kane,

Comes Now, Claimant Coit and ask the Court to note that the following items were previously provided/allowed by the Colorado Department of Corrections under medical authorization, were in Claimant Coit's possession during the periods managed under Montez and have not been replaced or returned to Claimant Coit due to her transfer to DWCF from CWCF (not for the Mobility impaired.)

Prescribed documentation has been previously provided to this Court see exhibits from hearing on October 31, 2005. *, **, & ***.

Claimant Coit ask this Court to take Notice of lack of Compliance and to effect complinace of the Montez Remedial Plan.

Respectfully submitted,

Jill Coit  /s/ Jill Coit

Certification of Mailling
I swear I placed in the US mail, postage prepaid to the following:
US District Court
Judge Pringle-
Attorney Generarl Wiens

** Tens Unit, Heating Pad, Back Brace, Orthotic Shoes, Wedge Pillow, Cervical Pillow, Support Hose, Medical & Matress. & Handicapped Typewriter.

*** Cell accommodations: dresser, low table, adjustable roller chair, egg shell matress, night stand

This 28 day of March, 2006

/s/ Jill Coit

* See Court exhibits: RR,EE,z,ii, "00"14,"00"33, "00"39,EEE,FF,"00"23,& 0. for medical appliances and Final Order of Special Master Page 3 & 4 for cell accommodations.

FILE: TGaOMl

ADD TO LIST (NO NUMBERS):

~~3 WRIST BRACES~~
~~1 WRIST BRACE~~
1 MISC. JEWISH FOOD
1 TORAH/HOLY BOOK (JUDAISM)
~~3 ~~

RELIGIONS ITEMS
----------------
1 JEWISH SACRED ITEMS BOX

FACILITY SPECIFIC ITEMS
-----------------------
1 ADDRESS BOOK (PMC) CANTEEN ITEM
1 CABLE SPLITTER
1 MICROWAVE BOWL
1 MISC. PAPERWORK
1 WEIGHT LIFTING GLOVES

MEDICAL APPLIANCES
------------------
~~1. BACK ~~
~~2. ~~
~~3. ~~
~~1. ~~

1 CABLE CORD
1 JEWISH MEDALLION
1 MISC. CANTEEN/HYGIENE ITEMS
24 SPONGE ROLLERS (PMC) CANTEEN ITEM

1 CANE
1 ~~MEDICAL MATTRESS~~
2 PRESCRIPTION ~~EYE GLASSES/CONTACTS~~

Inventory Staff ___D. Marshall___    ___D. Marshall___
                   (print name)         (signature)

Inventory Staff _____    _____
                   (print name)         (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privelage of possessing personal property during incarceration. Inmates must retain receipts for proof of ownership.

Offender Signature _____   Date __5-15-01__

EXHIBIT RR

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
CONSULTATION REPORT FORM

OFFENDER INFORMATION:                                    Date: 11/04/2003

   Name: COIT, JILL              DOC #: 86530       Facility: DEN-WOMENS

   DOB: 06/11/1944    SSN: 434622141    Gender: FEMALE    PED: 03/26/3004

   Insurance:  COLORADO ACCESS FOR COLORADO DEPARTMENT OF CORRECTIONS

   Authorization #: 0108150390083           # Visits Authorized:     2

   Appointment is to be scheduled with Tele-medicine?: NO

PROVIDER'S CONSULT TO SPECIALIST:

   Hospital: DENVER HEALTH    Clinic: PT           Specialist:

   Hospital #: _____      Appt: _____   Priority: 3  ONE WEEK

   Diagnosis/Health Complaint:
       PT ORDERED BY PODIATRY FOR PT, US AND IONOPHORESIS FOR PLANTAR FASCITIS
       AND HEEL SPUR SYNDROME

   Provider Signature: _____   Facility Physician: [signature]

SPECIALIST'S SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN:
   S - R heel pain (heel spurs/plantar fasciitis)
   O - Heel pain, R leg length 1½" shortening L
   A - Chronic R heel pain
   P - Pt requires orthotics for heel spur R
       Pt requires custom made shoe with
                                                    1½ IN L
                                                    sole buildup

* PLEASE COPY CLINIC NOTES AND ATTACH TO THIS CONSULT.
* DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER.
* RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER.
* PLEASE SEND ALL DICTATED REPORTS TO:

   CTCF Clinical Services   PO Box 1010   Canon City, CO  81212
        Ph: 719-269-4089    Fax: 719-269-4092

Specialist: [signature]          Name: [signature]         11/14/03
            (Signature)                 (Print)             (Date)

                            11/18/03
                              MPR

to Arlene
Faxed / Mailed                                        NOV 0 2003
NOV 18 2003

EXHIBIT EE

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
CONSULTATION REPORT FORM

OFFENDER INFORMATION:                                           Date: 11/18/2003

   Name: COIT, JILL              DOC #: 86530         Facility: DEN-WOMENS

   DOB: 06/11/1944    SSN: 434622141    Gender: FEMALE    PED: 03/26/3004

   Insurance: COLORADO ACCESS FOR COLORADO DEPARTMENT OF CORRECTIONS

   Authorization #: 0909190390216            # Visits Authorized:     2

   Appointment is to be scheduled with Tele-medicine?: NO

PROVIDER'S CONSULT TO SPECIALIST:

   Hospital: ONSITE CLIN-NOR   Clinic: ABILITIES UNLIM   Specialist:

   Hospital #: _____      Appt: _____       Priority: 4   TWO MONTHS

   Diagnosis/Health Complaint:
     1.5 INCH BUILT UP SHOE NEEDED FOR LEFT LEG. 4 CM LENGTH INEQUALITY. PT
     ALSO HAS PLANTAR FASCITIS AND HEEL SPUR SYNDROME. NEEDS CUSTOM MADE
     ORTHOTICS PER PODIATRY

   Provider Signature: _____    Facility Physician: _____

SPECIALIST'S SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN:

_____

_____

_____

_____

_____

* PLEASE COPY CLINIC NOTES AND ATTACH TO THIS CONSULT.
* DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER.
* RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER.
* PLEASE SEND ALL DICTATED REPORTS TO:

   CTCF Clinical Services   PO Box 1010   Canon City, CO  81212
     Ph: 719-269-4089   Fax: 719-269-4092

Specialist: _____     Name: _____   _____
         (Signature)                         (Print)                 (Date)

Faxed / Mailed
NOV 18 2003

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| S4CY | Coit, Jill | 86530 | DWCF |

DATE: 8/5/04   TIME: 1250

PROBLEM 1  2
PLAN / ORDERS

**SUBJECTIVE:** Mr Rice / pat v.

**OBJECTIVE:** Temp _____ Pulse _____ Resp _____ B/P _____

① Please order lumbar corset
② measure to pt.

**ASSESSMENT:**

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

EXHIBIT 2

COLORADO DEPARTMENT OF CORRECTIONS

## REQUEST FOR EXCEPTION TO STANDARD OF CARE

DATE _10-21-96_

INMATE _JILL COIT_ (Name)   DOC# _86530_

FACILITY: _CWCF_   PED: _____

I REQUEST THAT THE ABOVE INMATE BE GRANTED AN EXCEPTION TO THE CURRENT STANDARD OF CARE. HIS/HER MEDICAL CONDITION IS _C/S Corset c Plastic Insert ordered by Orthopedist._

I FEEL THAT THE CURRENT STANDARD OF CARE DOES NOT APPLY IN THIS CASE BECAUSE _On Going Back & Cervical Pain the C/S Corset is appropriate and a Jackson Cervical Pillow is appropriate for neck pain._

AND REQUEST THE FOLLOWING TREATMENT AS AN ALTERNATIVE _C/S Corset c Plastic Insert Jackson Cervical Pillow_

_____
PHYSICIAN FILING REQUEST

_10-21-96_
DATE

APPROVED ☐      DENIED ☐

EXHIBIT II

SIGNATURE _____

DATE _____

CS.MED.03 (04/92)

Ms. Glassman,
These were my medical restrictions and the medical appliances I was issued as of 12-15-00 but when I filed and won I was retaliated against just like Dr.Grazzi threatened will this happen here at DWCF?

DC Form-78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

DATE: 12/8/00   TIME:

PROBLEM 1 2 ___
PLAN / ORDERS:
Cane renewal 8/6/00;
Sunshine 8/22/00;
Purchase of bra 12/1/00;
Wrist/Hand brace 1997;
Knee braces '97; Dock Shoes 11/24/00

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

ASSESSMENT:

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE: Grievance

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___
...needs multiple permission slips... directives updated on computer.

DATE: 12/5/00  TIME:

PROBLEM 1 2 ___
PLAN / ORDERS:
Pls update computer re: activity restriction 9/11/00, 4/4/00; Cervical pillow 9/6/00; Wedge pillow 5/3/__
Ensure it 9/6/00; Ice 8/15/00
Cane renewal Hat & Vol 8/15
Heating pad 10/8/00 & 10/17/00
Sweat Shirt 2/24/00; activity restrict 2/24/00, ___ ___
___ 2/8/00; Hat & gel ___ 2/8/00
Cabinet update 3/27/00; Shoes...

EXHIBIT 00"33

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

ASSESSMENT: grievances completed

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

**BATCHELOR BUSINESS MACHINES**
P.O. Box 8685
Calabasas, California 91302



# INVOICE

**39023**

(310) 278-2115   (818) 222-2152

TO: Jill Coit #86530
Colorado Womens Correctional Facility
Unit 7, Box 500

Cannon City, CO 81215

DATE: 8-28-00

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
|  | 8-29-00 | UPS |  | paid |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
|  | IBM Wheelwriter 1000 # 11TCC99 |  | 478.00 |
|  | Script printwheel |  | 39.50 |
|  | UPS |  | 13.49 |
|  | TOTAL |  | 530.99 |
| 2ea. | ribbons & lift-off tapes |  | 26.00 |
|  | UPS letter |  | 14.50 |
|  | TOTAL |  | $571.49 |

*Thank You!*

NEBS To Reorder Call 1-800-225-6380



EXHIBIT

ADA 17

## Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Run Date: 06/29/2005 06:08

Appt#: 63911

| | | | |
|---|---|---|---|
| **DOC #:** 86530 | **Name:** COIT, JILL | **Facility:** DW | **Date Initiated:** 06/29/2005 |
| **Gender:** FEMALE | **Security:** MINIMUM RESTRICTIVE | **SSN:** 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 | **DOB:** 06/11/1944 |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** RAZZAGHI, MITRA A, MD | **SDD:** 03/26/3004 |
| **Request:** DME | **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/3004 |
| **Location:** DEN-WOMENS | **Appt Dt:** | **Specialist:** | **DH #:** 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: This a request for replacement of worn out bilateral wrist braces (for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift (due to 1.5 inch leg length discrepancy), Both DMEs are more than 1 year old and have been approved multiple times before.
thank you.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life time sentence
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: great morbidity and functional disability
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: n/a
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: most conservative way
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: none
9. RISK AND/OR COST BENEFIT: no risk

| Provider Signature: | *Electronically Signed* | Date: 06/29/2005 06:08 |
|---|---|---|
| Provider Name: | RAZZAGHI, MITRA A, MD | m11204 |

**Specialist's Subjective, Objective, Assessment Plan:**

_____
_____
_____
_____
_____
_____
_____


EXHIBIT EEE

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Access Correctional Care   Phone: (888) 380-3726   FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

RightFax                 3/3/2004 1:06      PAGE 002/002      ,Fax Server

## ACCESS CORRECTIONAL CARE AUTHORIZATION

DATE: March 3, 2004                                                CONFIDENTIAL

PROVIDER: Abilities Unlimited Inc
ATTENTION: ROBYN
ADDRESS: 245 Parkside Dr
Colorado Spgs, CO  80910-3131

OFFENDER NAME: Ms. Jill Coit
OFFENDER ID: 86530
AUTHORIZATION #: 01-010604-902-95
VALID: 01/06/04           THROUGH 07/04/04

We have reviewed this request and determined the services meet the plan's medical necessity guidelines and are a covered benefit.

SERVICES REQUESTED: PURCHASE OF CUSTOM ORTHOTICS AND SHOES WITH BUILDUP.

Note:  This authorization will be voided if the offender is released from the custody of the Colorado Department of Corrections or Division of Youth Corrections.

Please call Clinical Support Services at 1-888-380-3726 or 720-744-5120 if you have any questions or need to request an extension.

Thank you for participating in our prior authorization program.

Sincerely,

Access Correctional Care, Clinical Support Services


c: DWCF MEDICAL


EXHIBIT FF

Fax:719-269-4038　　　　　　Aug 29 2005  13:35　　　　P.01

## Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Run Date: 08/29/2005 14:22

Appt#: 65366

| | | |
|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW | Date Initiated: 08/08/2005 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: UPTO 2 MNTHS | Tele-Med: NO | Provider: HARRELSON, JAMIE, NP | SDD: 03/26/3004 |
| Request: DME | Auth #: 0100240500201 | Number of Visits: 1 | PED: 03/26/3004 |
| Location: DEN-WOMENS | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**
1. CLINICAL INFORMATION: SEEN BY PT ON 8/4/05 FOR KNEE, HIP AND SHOULDER PAIN. NEEDS TENS UNIT PER P.T REQUEST FOR PAIN MANAGEMENT OF THE SHOULDER PAIN.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: NA
3. URGENCY OF NEED V. REMAINING SENTENCE: Y
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: Y
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: Y
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Y
8. PAIN COMPLAINTS/BEHAVIOR: PT. W/ LROM OF BILAT SHOULDERS AND CHRONIC PAIN.
9. RISK AND/OR COST BENEFIT: Y

| Provider Signature: | *Electronically Signed* | Date: 08/08/2005 18:03 |
|---|---|---|
| Provider Name: | HARRELSON, JAMIE, NP | j10710 |

**Specialist's Subjective, Objective, Assessment Plan:**

*[handwritten signature]*

*Approved for purchase of Wrist Splints (denied custom orthotics). Please handle. Thanks! Sue*

EXHIBIT "00" 23

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Access Correctional Care   Phone: (888) 380-3726   FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========== 08/24/2005 = Page  1
Doc No: 86530    Name: COIT, JILL                         DW/UNIT2    PRES FACIL
================================================================================
Medical Level: 4    Qual Code: P    Desc: PERMANENT    Date Assigned: 08/23/2005
Dental Level: 2     Qual Code:      Desc:              Date Assigned: 05/10/1999

Date Assgnd  Restriction   Qualifier     Date Assngd  Restriction   Qualifier
-----------  -----------   ---------     -----------  -----------   ---------
03/23/2004   LOWER BUNK                  03/23/2004   EXCERCISE
07/15/2005   MED HOLD      TEMPORARY     03/23/2004   INTENSIVE
08/23/2005   FIRST-TIER    PERMANENT     03/23/2004   SITTING
08/23/2005   WHEELCHAIR    PERMANENT     03/23/2004   NOHVY-LIFT
08/23/2005   NO STAIRS     PERMANENT     08/31/2004   SQUATTING     TEMPORARY
08/23/2005   NO PRVTPRS    PERMANENT     08/23/2005   NO BENDING    PERMANENT
                                         08/23/2005   SQUATTING     PERMANENT
                                         08/23/2005   STANDING      PERMANENT
                                         08/23/2005   WRK-CONSIS    PERMANENT
```



Medical  Restriction created during OC New.                                Comment
s


Diagnostic
Narrative:

3. Proper notice of the hearing was given and Claimant along with Defendants appeared.

4. Claimant is currently under the jurisdiction of the Colorado Department of Corrections (CDOC). She entered CDOC custody in 1995. From 1995 to October of 2001, Claimant was housed at the Colorado Women's Correctional Facility (CWCF). Since October of 2001, she has been housed at the Denver Women's Correctional Facility (DWCF), except for a brief 10-day period, from March 19, 2004 to March 29, 2004, when she was transferred to CWCF.

5. Claimant has suffered from a variety of medical problems that are the basis for her alleged mobility disability. When she came under the jurisdiction of the CDOC in 1995, she suffered from low back pain and degenerative joint disease. She had an artificial hip that prevented her from bending or twisting. Claimant also had a leg length discrepancy. Claimant testified that from 1995 to the present, she has been unable to walk more than 50 to 60 feet and cannot walk up or down stairs. This testimony was disputed by a CDOC witness and, according to Dr. Shames, by Claimant's medical records. Claimant has had a stair restriction of 6 to 8 stairs a day since 1998.

6. In 1995, Claimant suffered a partial meniscus tear. Surgery was performed in 1997 or 1998, but it was not completely successful in repairing the meniscus tear. Claimant also developed plantar fibroma, a growth on the bottom of her foot. This was removed in 1998 but reoccurred shortly thereafter.

7. Claimant also suffers from carpel tunnel syndrome and sustained injuries to her hand and shoulder which made it difficult for her to utilize handrails while attempting to walk.

8. Claimant has been classified as totally disabled by Social Security.

9. Claimant produced extensive testimony of documentary evidence in support of her contention that DWCF has willfully refused to provide her with a plethora of medical devices and treatment that was prescribed or recommended by various health care professionals. For example, Claimant had a back brace while she was incarcerated at CWCF. The brace was taken away in October of 2001 and has not been given back to her. Claimant did not receive orthopedic shoes until 2003, although her doctors requested them on numerous occasions. She has not been given acceptable shoes or orthotics, and clothing that is consistent with various allergies that she has to fabric. Claimant has been denied a heating pad. In 2001, Claimant's hand braces were taken away, and were were not returned until 2003. While at CWCF, Claimant was provided with a dresser, a low table, an adjustable roller chair, egg shell mattress and a night stand. None of these were provided to her at DWCF. Cervical pillows and ice packs which were provided to Claimant at CWCF have not been made available at DWCF. Claimant was given Celebrex, an anti-inflammatory from 1998 to 2001 but this prescription medication has been denied to her since arriving at DWCF. A special typewriter was

3

available at CWCF, but Claimant asserts that since her arrival and DWCF she has not had the use of a special typewriter. Claimant requested a Tens Unit to assist in alleviating pain but it has not been provided.

10. Claimant testified that she has difficulty hearing, particularly when there is background noise. She used hearing aids in 1995 but, since 1995, she has not been provided with hearing aids. Claimant was cleared for hearing aids in 2001 and in 2002 or 2003 she was allowed to have her own hearing aids sent to her. Claimant asserts that in 2004 she received discipline that resulted directly from her inability to hear.

11. Claimant contends that she has difficulty with her distance vision. It is undisputed, however, that she does not fall below the 20/200 vision acuity standard in the Montez Remedial Plan.

12. Claimant has also testified to several threats and acts of retaliation for filing grievances and pursuing her *Montez* claims.

13. Claimant testified that she fell in the shower causing swelling and pain; and that she fell from the low toilet in her handicapped cell prior to 2003. She indicated that the falls were due to the fact that she could not grasp the hand bars firmly because of her hand and shoulder problem.

14. Claimant testified that she has fallen due to the lack of proper shoes and shoe inserts.

15. Claimant was unable to use the carpentry shop at DWCF because of lifting and hand use restrictions. She wanted to participate in a dog training program but was unable to do so because she could not bend down to remove the dog excrement. DWCF refused to provide her with a shovel that she might have been able to utilize to accomplish this task. There were limited jobs for handicapped inmates. Claimant testified that she did computer aided drafting and design for a while but could not sit or use her hands. Claimant did have jobs in the law library.

16. From 1995 to 2001, Claimant wanted to work as a teacher in the CWCF GED program. She was not able to do so because she would have had to negotiate approximately 14 stairs to get to the area where the classes were held. She requested an accommodation of being allowed to go through the yard and a gate in order to get from the building where she was housed to the building where the classes were held but this request was rejected.

17. Claimant could not take part in the hobby program because of a medical problem with her thumb that prevented her from utilizing the rotator scissors. She was also prevented from knitting because of the thumb condition.