Original

| DISTRICT COURT, _____ COUNTY | |
|---|---|
| Court Address:<br>US DISTRICT COURT<br>901--19th Street Denver, Co  80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>APR 3 - 2006<br><br>GREGORY C. LANGHAM<br>CLERK |
| JESSE MONTEZ ET AL<br>Plaintiff,<br>  BILL OWENS, ET AL<br>v.<br><br>Defendant(s). | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit  # 86530<br>PO.O,Box 392005<br>Denver, Co 80239<br>Claim Number 03-129 | Case No.: 92 N 870 (0es)<br>Div/Ctrm: 96 N 343 |

MOTION FOR REHEARING ON DENAIL OF ORDER FOR APPOINTMENT OF COUNSEL

Judge Kane

Comes Now, Claimant pro se and does ask that this court re-evalate its order denying Claimant's motion for appointment of Counsel for the following reasons.:
1. Claimant can not see to read the small print in law books or other legal documents. See medical reports of Denver Health eye clinic which reflects-Visual field defect, optic neropathy, TIA or central cause, etc.; medical record dated 12-20-05 "decreased vision .. left eye since episode on 12-15-05..weakness in left arm. Lt eye vison loss..." A -1 + 2 Claimant believes she had another TIA and she has yet to be seen by medical-she has loss even more visual abilities and body functions.
2. See medical report dated 2-8-06 "Due to the  patients physical limit-ations the patient needs to have her legal papers waist high and also needs assistance  w/bathing and other activities." B - 1
3. Claimant has severe arthritis and DJD in her hands/wrist that prevent her from typing without swelling and pain and the inmate who was helping her has now been released (Judy Dixon). - C - 1
4. Claimant has not gotten her ability to think back & has lost cognitive abilities.

If Claimant can not get appointment of counsel to aid her in her MOntez complaints/issues -unresolved violations of Montez would this Court be so kind as to allow attorney to at least review her documents before they are presented to this Court? In the interest of fairness since defendants refuse to obey the Remedial Plan and get Claimant medical braces, shoes and the appliances needed to write, see clearly to read, cary on daily activities. In the absence would the court appoint an arbitrator to assist Claimant in getting medical and personal property allowed  under Montez so that Climant does not need to file on the violations    under montez.

prepared By S. R

This Motion for review is in referrence to the Order filed on March 13 by Judge Nottingham referenced by Motion to Appoint Counsel (#1718) filed by Claimant, Jill Coit on March 13, 2005.

Wherefore Claimant prays this Court will appoint counsel for Claimant to pursue violations under the Remedial Plan or to appoint an Arbitrator to assist Claimant in getting her disability needs met under the Montez Remedial Plan.

Respectfully,

Jill Coit   #86530      Claim number  )3-129
P.O.  Box 392005
Denver, Co   80239


Certificate of Mailing,

I swer I placed in the US mail, postage prepaid to the following:

US DISTRICT COURT- Judge Kane
Judge Pringle -Legal Resolution Center
Attorney General- Adam Wiens


This 20 Day of March 2006.

COIT-86530

# DENVER HEALTH A,
## OUTPATIENT ENCOUNTER
## EYE CLINIC

```
8461406
01/09/06  HSC: EYE
COIT, JILL
2098863    F  06/11/1944
G08              DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (303)307-2307  MRLO: DGOP
```

LOVE        3688
(436)-
           3554

**PERFORMED PROCEDURES:**
By: _____ Attending presence/participation or performance. _____
                                                              Initials

**DIAGNOSTIC TESTS AND REPORTS:**

ANA 1:160 i-PSX
ESR (1.0)

CBC wnl
MTZ 0.85
Chem 7 wnl
UA 2+ heme / not clear

**DATA REVIEWED:**

**IMPRESSION/RECOMMENDATIONS:**

① Vision loss left eye c̄ evident anatomic cause on ocular exam.

DDx: - visual field defect
     - optic neuropathy
     - TIA or central cause
     - conversion or malingering or factitious dt

Recs ① visual field (24-2) & F/u ōne 1 month
     ② Neurology consultation
     ③ OK to wear dark glasses when outside for light
     ④ mild ...

F60-008 (4/05) Page 3 of 4

# Colorado Department of Corrections
## Consultation Report Form

A-2

Page 1 of
Run Date: 12/20/2005 17:48
**REQUESTED**

**Appt#:** 70122

| | | | |
|---|---|---|---|
| **DOC #:** 86530 | **Name:** COIT, JILL | **Facility:** DW/UNIT2 | **Date Initiated:** 12/20/2005 |
| **Gender:** FEMALE | **Security:** MINIMUM RESTRICTIVE | **SSN:** 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 | **DOB:** 06/11/1944 |
| **Level:** 1-2 WEEKS | **Tele-Med:** NO | **Provider:** HARRELSON, JAMIE , NP | **SDD:** 03/26/3004 |
| **Request:** OPHTHALMOLOGY | **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/3004 |
| **Location:** DENVER HEALTH | **Appt Dt:** | **Specialist:** | **DH #:** 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62 Y/O FEMALE W/ CONT. DECREASED VISION IN HER LT. EYE SINCE EPISODE ON 12/15/05 FOR WHICH SHE WAS SEEN IN THE ED FOR LT. ARM WEAKNESS, LT. EYE VISON LOSS, AND DIFF TALKING.  PER THE E.D. THE PT. NEEDS TO F/U W/ OPTH. IN 5 DAYS.SHE STATES SHE WAS SEEN BY OPTH. IN THE ED, BUT NO NOTE WAS RECIEVED.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Y
3. URGENCY OF NEED V. REMAINING SENTENCE: Y
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y
5. PRE-EXISTINGCONDITION PRIOR TO INCARCERATION: N
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NA
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: NA
8. PAIN COMPLAINTS/BEHAVIOR: SEE ABOVE.
9. RISK AND/ORCOST BENEFIT:

| ICD | | CPT | |
|---|---|---|---|
| 719.41 | PAIN IN JOINT, SHOULDER REGION | 99215 | OFC/OUTPT VISIT E&M ESTAB MOD-HI SEVRTY 40 MII |
| 346.90 | UNSPEC MIGRAINE WITHOUT MENTION INTRACT MIG | | |
| 722.6 | DEGENERATION INTERVERTEBRAL DISC SITE UNSPE | | |
| 716.59 | UNSPEC POLYARTHROPATHY/POLYARTHRIT MX SITE | | |

| | | |
|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** 12/20/2005 17:48 |
| **Provider Name:** | HARRELSON, JAMIE , NP | j10710 |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:   Physician Health Partners   Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719 226 4566

**DEPARTMENT OF CORRECTIONS** B-1

**AMBULATORY HEALTH RECORD**

FOLLOW-UP
Page 1 of 1

Printed By: HARRELSON, JAMIE
Printed at: 02/08/2006 09:10:16
Encounter#: 1143849

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; BENADRYL - 50 MG; MIDRIN - 65/100/325; XYLOCAINE JELLY - 2%

Temperature: 97.7   Pulse: 94   Weight: 163
Respiratory:   BP: 110 / 84
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: PENICILLIN G

advised the patient of her carotid doppler studies.

Due to the patients physical limitations the patients needs to have her legal papers waist high and also needs assistance w/ bathing and other activities of daily activities.

**OBJECTIVE**

*Offender Copy*

**ASSESSMENT**

Datetime: 02/08/2006 08:56
Providers: HARRELSON, JAMIE

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 02/08/2006 08:56   Provider: 5053   DateTime _____

# Colorado Department of Corrections
## Consultation Report Form

Page
Run Date: 06/29/2005

Appt#: 63911

| | | |
|---|---|---|
| DOC #: 86530  Name: COIT, JILL | Facility: DW | Date Initiated: 06/29/ |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE  SSN: 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 | DOB: 06/11/ |
| Level: 1 MONTH | Tele-Med: NO  Provider: RAZZAGHI, MITRA A, MD | SDD: 03/26/ |
| Request: DME | Auth #:  Number of Visits: 1 | PED: 03/26/ |
| Location: DEN-WOMENS | Appt Dt:  Specialist: | DH #: 209886 |

### Diagnosis and requested evaluation or care:

1. CLINICAL INFORMATION: This a request for replacement of worn out bilateral wrist braces ( for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift ( due to 1.5 inch leg length discrepancy), Both DMEs are more than 1 year old and have been approved multiple times before. thank you.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life time sentence
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: great morbidity and functional disability
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: n/a
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: most conservative way
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: ye
8. PAIN COMPLAINTS/BEHAVIOR: none
9. RISK AND/OR COST BENEFIT: no risk

| Provider Signature: | *Electronically Signed* | Date: 06/29/2005  06:08 |
|---|---|---|
| Provider Name: | RAZZAGHI, MITRA A, MD | m11204 |

### Specialist's Subjective, Objective, Assessment Plan:

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Access Correctional Care   Phone: (888) 380-3726   FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

## ORDER

This matter is before the court on the motion to appoint counsel (#1718) filed by Claimant Jill Coit on March 13, 2006. Upon consideration of the motion and a review of the file, it is

ORDERED that the motion be DENIED.

Dated this 13th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge