CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

Rt. #  _____
Carr. Init. _____
Date _____

☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

**REF**

Charles Ramos Jr. 112819
CSP
P.O. Box 777
Canon City, CO 81215-0777

Report Enclosed

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR - 3 2006
GREGORY C. LANGHAM
CLERK

8-15

RECEIVED
MAR 16 2006
CSP MAILROOM

CANNOT LOCATE
92-CV-870
#1720
EWN