OFFICE OF THE CLERK
United States District Court
-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

[postmark: DENVER CO MAR 23 '06]

Rt. # _____
Carr. Init. _____
Date _____

☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

**Refused**

Charles Ramos Jr. 112819
P.O. Box 777
Canon City, CO 81215-0777

F

REFUSED @ 2:45 pm
REPORT WROTE
3-27-6

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR  4 2006

GREGORY C. LANGHAM
                        CLERK

RECEIVED MAR 27 2006

CANNOT LOCATE
92-CV-870
#1788, 1789,
1791