

OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

REF

Charles Ramos Jr. 112819
CSP
P.O. Box 777
Cañon City, CO 81215-0777

Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted / Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Incident Report enclosed

**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

APR - 3 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1738
EWN-OES

RECEIVED MAR 29 2006