ICE OF THE CLERK
ed States District Court
-19th Street, Room A105
ver, CO 80294-3589

**CIAL BUSINESS**

Rt. #: _____
Carr. Init.: _____
Date: _____

☐ Not Deliverable As Addressed
  Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Charles Ramos Jr. 112819
SP
P.O. Box 777
Canon City, CO 81215-0777

REFUSED

Report Enclosed

CANNOT LOCATE
92-CV-870
#1793

EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 2006

GREGORY C. LANGHAM
                    CLERK