ICE OF THE CLERK
ed States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS



MOVED, LEFT NO ADDRESS

MOVED
LEFT NO ADDRESS
MAR 1 0 2006

Hector Fernandez
2301 Lawrence Street
Denver, CO 80205

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 4 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870

#1702

EWN-OES