FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
iver, CO 80294-3589

**ICIAL BUSINESS**



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR   3 2006

GREGORY C. LANGHAM
                    CLERK

Hector   Fernandez
2301 Lawrence Street
Denver, CO 80205



MOVED
LEFT NO ADDRESS

MAR 3 1 2006

CANNOT LOCATE
92-CV-870

#1713

JLK