CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

Reggie Neil Keyes 56805
PO Box 6000
Sterling, CO 80751



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR   4 2006

GREGORY C. LANGHAM
                    CLERK

REASON CHECKED
REFUSED
Name & # don't match
No. Doc. Number
Not at this facility
Paroled

RTS

CANNOT LOCATE
92-CV-870

#1828, 1829,
1827, 1836, 1849

EWN - OES