IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

_____

## ORDER
_____

      The motion for counsel filed by Jill Coit (#1858) is DENIED. The remedial plan does not allow for the appointment of counsel on the individual damage claims.

      Dated this 5th day of April, 2006.

      BY THE COURT:

      s/ Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      United States District Judge