IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

This matter is before the court on Defendants' motion to dismiss the claim filed by Claimant Kerry Gallegos, Claim No. 02-877 (#1356). The motion recites that the claim has been settled. Accordingly, it is

ORDERED that the motion to dismiss (#1356) be GRANTED.

Dated this 6th day of April, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge