IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

_____

**ORDER**
_____

This matter is before the court on Claimant Jill Coit's "Motion for Assistance and Extension of Time" (#1740) filed March 15, 2006. The remedial plan does not provide for the relief sought by Claimant. Accordingly, it is

ORDERED that the motion for assistance and extension of time (#1740) be DENIED.

Dated this 6th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge