IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

        Plaintiffs,

v.

BILL OWENS, et al.,

        Defendants.

_____

## ORDER
_____

        This matter is before the court on the "Motion to Request Permission to Amend Original Claim Pursuant to the Granting of the Defendants [sic] Motion for Extension of Time" filed by Jackie L. Carr (#1814); the letter/motion to amend filed by Dexter Gail Millican (#1833); the "Request for Discovery" filed by Michael Eugene Graham (#1834); and the letter/motion to be admitted the matter of <u>Montez v. Owens</u> filed by Willis Horn (#1852). The motions fail to state any good cause for the relief requested. Accordingly, it is

        ORDERED that the motions (##1814, 1833, 1834, and 1852) be DENIED.

        Dated this 6th day of April, 2006.

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge