IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
   [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

   Plaintiffs,

v.

BILL OWENS, *et al.,*

   Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Request for Time Extension" (#1214, filed December 6, 2005) and the "Joint Motion for Hearing" (#1555, filed January 18, 2006) are DENIED as moot.

The "Motion to Withdraw as Counsel" (#1799, filed March 27, 2006) is GRANTED.

Dated: April 6, 2006