IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Duncan Leach, Claim number 03-087

# MINUTE ORDER

Judge John L. Kane **ORDERS**

    I have reviewed the Final Order of Special Master (doc. #1021) and the Objection to Final Order (doc. #1055) filed by the claimant, and have determined that a written response from Defendants is necessary to a just determination.  Defendants shall file a response to claimants objection on or before April 27, 2006.

Dated:  April 6, 2006