In The United States District Court
For The District of Colorado
Judge John L. Kane

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-EWN-OES

Jesse Montez, et al,
        Plaintiff   Shawn Winkler #48319  Claimant 03-140
                    P.O. Box 10000  unit 4
                    Limon, CO 80826

V.

Bill Owens, et al
        Defendants

Motion To request the Judge To recuse from proceedings

The obvious motivations of this court are to suborn perjury by the
defendants and exculpate the DOC even after copious documentation
proving They have lied to the court, avoided addressing the issues raised
by the claimant, and used rulings to make an end run around the facts
calling everything medical issues not covered by these proceedings.
The courts refusal to read the complaint submitted, or acknowledge
reasonable motions by the plaintiff i.e. motions for witnesses, motions
for discovery, motions for return of copy fees, or accept undeniable
proof of the defendants lies and treacheries To avoid responsibility
clearly indicate the bias of this court preventing any semblance of
judicious rulings. Therefore we ask the Judge To recuse from These
proceedings allowing true justice a chance,

Respectfully Submitted April 4, 2006   Shawn Winkler #48319
xx:file