IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-162
Category: Untimely Filed Claim
Claimant: Stephen Grace, #57439
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant. He has requested that the pleadings he submitted be referred to the Clerk of the United States District Court for further action in opening a new case. The request is appropriate and will be granted.

IT IS HEREBY ORDERED that Claimant's pleadings will be forwarded to the Clerk of the United States District Court for further action; and

IT IS FURTHER ORDERED that this file will be administratively closed, as Claimant has not filed a claim that the Special Masters are able to resolve.

SIGNED this ____ day of April, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ____ day of April, 2006 to the following:

Mr. Stephen Grace
#57439
LCF
49030 State Highway 71
Limon, CO 80826

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203