IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

## ORDER
_____

The motion to recuse (#1874), filed by Shawn Wnikler, is DENIED as meritless. Claimant does not even specify which judge he seeks to recuse. The motion also states no ground for recusal by anyone.

Dated this 7th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge