Civil Action 92 N 870

This Matter Come Motion Objection to Final Order of Special Masters Pursuant to Claimant:

Roy M Ford
250 W 14th Ave #704
Denver Colo 80204

Case No. 03153 Civil Action
Doc #65743
Catagorey III

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

APR -7 2006

GREGORY C. LANGHAM
CLERK

Pg 1 of 3

Roy M Ford
#65743

# Objection to Final Order

## To District Clerk Office

This Matter Comes now pursuant to Federal Rule of Civil Procedure 53(g)(2).

I Claimant Roy M Ford, Civil Action No 92N 970(6ES) Consolidate with Civil Action N (92-N-343) Claim No. 03153

My Objection Are As Stand.

1. Contradiction in eye sight damages. The special master state that my right eye can be corrected.
2. This is no so (306.) medical report state vision 620/400. I Roy Ford would like a chance to show exhibits to confirm these points and all other issues far as ears no root canal ext.
3. I pray that the Honorable Special Masters will grant said claimant the opportunity to present all exhibits furthermore Do to lack of review I did not relize that the Special master's had no say so In Determining the fact and labeling exhibits I would deeply allocate the opportunity the body of exhibits as present

pg 2 of 3.

Thanks to the Court for a more Appropriate Remedy of Monetary Award. Thank you for any 96 Press 4. Show Exhibits that can Change the Burden of Proff considerably

Ray M Fox
6J743
(C#03153)

Ps 3 of 3,