

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Lawrence R. Willis, Claim number 02-713

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Claimant's Objection and Appeal of Order of Dismissal by Special Master (doc. #1744), filed March 17, 2006, is OVERRULED. The claimant was not in custody on or before August 27, 2003 and, therefore, is not a part of the class. Any complaints he may have regarding quality of care must be raised, if at all, in a separate individual action, and not as part of this case.

Dated: March 23, 2006