IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Joe Allen Eubanks, Claim number 03-002

## ORDER

Kane, J.

This matter is before the court on Claimant, Joe Allen Eubanks Objection to Final Order of Special Master (doc. #1045). The court has reviewed the final order, the objection and defendants' response, and finds as follows:

The evidence adduced at the hearing fully and exclusively supported the finding of the Special Master that this claimant did not meet the requirement in this case of having a limitation on a major life activity. Moreover, the claimant was awarded a full opportunity to present affidavits from podiatrists and failed to do so. Therefore, there was no violation of due process as formulated in the settlement agreement. The objection of Joe Allen Eubanks is OVERRULED. The Final Order of Special Master is affirmed.

Dated:   April 10, 2006

                                       BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT