IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Roy Ford, Claim number 03-153

---

# ORDER

Kane, J.

   Claimant Roy Ford's Objection to Final Order of Special Master (doc. #1856), is overruled.  The Final Order was based on a hearing at which the Mr. Ford was afforded full opportunity to present his evidence.  That he did not present more exhibits does not justify an objection or require a new hearing.  There is no abuse of discretion where a claimant is presented with a full opportunity to present his case and fails to do so.  The Special Master is obligated to rule on the basis of evidence presented and not on what might have been.  The award of $200 is well within the permissible ambit of discretion.  The Final Order of the Special Master is affirmed and the objection of claimant is overruled.

Dated:   April 10, 2006

        BY THE COURT:

        **s/John L. Kane**

JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT