IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-133
Category: Untimely Filed Claim
Claimant: Abad Martinez, #102765
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on supplemental pleading of Claimant. This has been filed directly with the Court by counsel for Claimant. It will be accepted by the Special Masters.

Counsel for Claimant is advise that pleadings on the claim are not to be filed with the Court. All claims are adjudicated by the Special Masters. Pleadings must be filed at the following address:

Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030-4444

IT IS HEREBY ORDERED that Claimant's supplemental form is accepted for filing; and

IT IS FURTHER ORDERED that the claim will be assigned to an appropriate category by separate order.

SIGNED this 14 day of March, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 14 day of March, 2006 to the following:

Mr. Abad Martinez
c/o Castelar Garcia
P.O. Box 90
Alamosa, CO 81101

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____