THE CLERK
: District Court
eet, Room A105
30294-3589
─────
INESS



☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☐ Attempted - Not Known
\ Such Street ☐ Number
ant ☐ Illegible
Mail Receptacle
Closed - No Order
rned For Better Address
age Due

Rt. #
Carr. Init.
Date

Charles    Ramos Jr. 112819
CSP
P.O. Box 777
Canon City, CO 81215-0777

RECEIVED MAR 3 1 2006

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92 - CV - 870
# 1828, 1829,
1827, 1830, 1782, 1786, 1785, 1783, 1784
EWN-OES