

Elizabeth Gardesani
302 Meadowood Drive
#C1
Carbondale, CO 81623

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2006

GREGORY C. LANGHAM
CLERK



CANNOT LOCATE
92-CV-87
F1788, 1789, 1791,
1793, 1792, 1828,
1829, 1827, 1830,
1782, 1785, 1783,
1784

Return to Sender