IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-431
Category II
Claimant: Darwin M. Secrist, #120175
Address of Claimant: 125 Park Street, Fort Morgan, CO 80701

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. The Special Masters are required to review periodically all claims. In review of this claim, it appeared that Claimant was incarcerated in DOC in January, 2004. As it appeared that Claimant might not be part of the class, a show cause order was issued. Claimant has not responded to that order, despite being given up to and including January 31, 2006.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. Individuals incarcerated after that date are not part of the class. Claimant was incarcerated in January, 2004. Claimant is not part of the class. Claimant may not pursue his claim, but may file a separate lawsuit in a court of competent jurisdiction concerning alleged violations of the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 22, 2006.**

SIGNED this 28 day of March, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this $28$ day of March, 2006 to the following:

Mr. Darwin Secrist
125 Park Street
Fort Morgan, CO 80701

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

