IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 02-768
Category II
Claimant: Reggie N. Keyes, #56804
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on his own motion. Claimant has filed a motion to elevate his claim to Category III. That motion will be denied without prejudice and may be resubmitted when the Claimant files a response to the Defendants' answer.

    IT IS HEREBY ORDERED that Claimant's motion to elevate his claim to Category III is denied without prejudice.

    SIGNED this 11th day of April, 2006.

               BY THE COURT:

                _____
                Richard M. Borchers
                Special Master