IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Thomas Castro, Claim number 03-119

## ORDER

Kane, J.

This matter is before the court on Claimant, Thomas Castro' Appeal of Final Order of Special Master (doc. #1728). The court has reviewed the final order, the objection and defendants' response, and finds as follows:

The Special Master did not abuse his discretion. The findings are made on the basis of the evidence presented and amply supported. There are no errors of law. The Final Order is well within the provisions of the Settlement Agreement. New or additional claims or facts first presented after the issuance of the Final Order are not reviewable. As the Special Master well stated, the Claimant may pursue a claim concerning medical care separate and apart from this class action. The appeal of Thomas Castro is denied. The Final Order of Special Master is affirmed.

Dated:   April 13, 2006

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT