COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

civil Action No. 920N-870(OES) (Consolidated for all purposes with civil act,96-n-343)

Jesse Montez, et al.

Plaintiffs,

Vs.

Bill Owen, et al.

Defendants

FILED
UNITED STATES DISTRICT COURT,
DENVER, COLORADO

APR 1 3 2006

GREGORY C. LANGHAM
CLERK

Claim Number 02-712
Catagory II
Claiment: Gillie T. Thurby Jr #118295
Address of claimant: S.C.F. P.O.box 6000 Sterling, Co 80751-0600

RESPONSE TO SHOW CAUSE OF SPECIAL MASTER

Claimant Gillie Thurby comes before Special Master Richard M. Borchers in response to his Order To Show Cause in The Matter of "ADMINISTRATIVE Notice and Demand for Identification and Credentials "Quo Warranto", to show why an order should not be entered barring claimant from any further "filing of pleadings" such as said notice and why such claim should not be dismissed if he files any additional pleadings like the one at issue.

This response to The Honorable Special Master is to fully advise hom on The premise of the Administrative Notice, Notwithstanding as follows:

1) said administrative Notice and Demand is Self Explanitory.

2) said administrative Notice has No Direct, Indirect or Collateral Connection to the Montez Case, or to the Claim of The PRESENTOR, who is so involved in The Montez case, id, collaterally.

3) The Notice is not a Threat in any way, and therein it is so stated.

4) If The Honorable Special Master Richard M.Borchers is properly functioning within the framwork of required Oath of Office, Oath of admission

And correctly Bonded as required, Then he has no need of Worry or reason to feel Intimidated as his order portends.

5) The purpose, as The Notice Plainly declares is for the presentor to acquire vitally needed Documents. The reason is not important at this Juncture.

6) As The Notice also plainly declares, Failure, Neglect or any Untruthful responses could result in adverse Action. Further, If you have any just re reason not to comply, Plainly state your reasons within the timfram.

7) It is objectionable to this cliamant collaterally attached to The Montez case that This Special Master would even consider such an unlawful retrobutive action as to dismiss my proper Medical claim for a U.S. Citizen to Exercise his right to access, direct from The Special Master, Mr. Borchers Public Information related to his Constitution.

8) Further, This Court Master has FAILED to present The fulness of the statutes listed therein.

THE PRESENTOR SUGGEST The specail Master Set Aside His Paranoia And Comply With The Administrative Notice And CEASE Threatening The Presentor With UNLAW Sanctions For Exercising His CONSTITUTIONAL RIGHTS.-

Presentor, Gillie T. Thurby Jr. Declares that the above is true and correct to the best of his knowledge and belief.

Respectfully Submitted This _11_ Day of April 2006

*Gillie T. Thurby Jr.* [signature]

Gillie T. Thurby Jr.