OFFICE OF THE CLERK
United States District Court **FILED**
19th Street, Room... UNITED STATES DISTRICT COURT
Denver, CO 80294-3589   DENVER, COLORADO

OFFICIAL BUSINESS

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

Mack W. Thomas #54954
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751



REFUSED / CHECKED
Name & doc # don't match
No. Doc. Number _____
Not at this facility
Paroled _____

RTS

Enclosed Does Not
Belong to Addressee

CANNot LoCATE
92-CV-870
#1849
EWN-OES