IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number 01-158
Category I
Claimant: Douglas K. Beagley, #42360
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 80215-1010

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on his own motion. A show cause order was issued to Claimant on March 7, 2004. He was directed to respond to the motion and to indicate why he has a valid claim under the Remedial Plan, as he has alleged only conditions of Hepatitis B and C. Despite being granted time up to and including April 10, 2006 in which to respond, Claimant has filed nothing.

The Special Masters in this case are granted the power to adjudicate claims that are recognized by the Remedial Plan that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. The Special Masters can only adjudicate claims that are filed and have no authority over anything else that may involve the prison system. Claimant may have legitimate issues concerning violation of the ADA and Rehabilitation Act concerning his Hepatitis B and C, but those must be determined through a separate lawsuit. Claimant cannot pursue his claim, as he medical conditions are not covered by the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with

the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 24, 2006.**

SIGNED this 17th day of April, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master