IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number: 02-109
Category: II
Claimant: James V. Randazzo, #25197
Address of Claimant: Unknown

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim had been settled, but the necessary paperwork was not completed by Claimant. He has since disappeared, though it is possible that he is incarcerated in another jurisdiction. Defendants wish to have the case dismissed with prejudice, as Claimant has failed to keep everyone informed of his whereabouts.

    Claimant believed this claim had been settled. If in keeping with other Category II settlements, the amount of money offered to Claimant would be modest. Claimant may believe that he does not need to provide an updated address to the Special Masters because the case has settled. That would not be an unfair assumption. The motion will be granted, but on the basis that the case has settled. Defendants will need to pay Claimant when he contacts them, but no interest will accrue in favor of Claimant. Defendants need to do nothing further on this case, as it is at an end.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 24, 2006.**

SIGNED this 10th day of April, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master