IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number: 02-135
Category: II
Claimant: Christopher Wayne Tiffany, #100374
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215

_____

### ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

    IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

    SIGNED this 17th day of April, 2006.

                                     BY THE COURT:

                                       */s/ Richard M. Borchers*

                                       _____
                                       Richard M. Borchers
                                       Special Master