IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-150
Category II
Claimant: Robert Shorten, #117155
Address of Claimant: 3245 West 55th Avenue, Denver, CO 80221

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Defendants allege that Claimant has absconded from parole supervision. Claimant was granted up to and including April 10, 2006 in which to respond to the motion. He has filed nothing.

    Claimant was released on parole. It is alleged that he absconded, and there has been no response from Claimant. A warrant is outstanding for Claimant's arrest. Review of the DOC Locator on-line does not indicate that Claimant is back in custody.

    Federal courts have the authority to dismiss an appeal when a defendant becomes a fugitive. *Degen v. United States*, 517 U.S. 820 (1996); *United States v. O'Neal*, 453 F.2d 344 (10th Cir. 1972). A court does not need to invest its resources on an appeal where a defendant has chosen to absent himself. *Gonzales v. Stover*, 575 F.2d 827 (10th Cir. 1978).

    The Special Master does not see any difference between the defendant who becomes a fugitive while his appeal is pending from the claimant who chooses not to keep in contact with the court and absconds from parole supervision. The claim will be dismissed. If Claimant can establish good cause, the claim may be reinstated. The resources for processing of claims is limited and should not be abused by those who choose to abscond from supervision.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 17, 2006.**

      SIGNED this 17th day of April, 2006.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      Richard M. Borchers
                                      Special Master