IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number: 02-189
Category: II
Claimant: John Chavez, #47757
Address of Claimant: 5115 Milwaukee St., Denver, CO 80126

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 17th day of April, 2006.

                    BY THE COURT:

                    */s/ Richard M. Borchers*

                    ___
                    Richard M. Borchers
                    Special Master