IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number: 02-445
Category: II
Claimant: Brett T. Williams, #55431
Address of Claimant: CCC, P.O. Box 4020, Golden, CO 80401

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

    IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

    SIGNED this 17th day of April, 2006.

                                  BY THE COURT:

                                  /s/ Richard M. Borchers

                                  _____
                                  Richard M. Borchers
                                  Special Master