IN THE UNITED STATES DISTRIC COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consoladated with Civil Action No. 96-N-343

JESSE MONTEZ, et al.
  PLAINTIFFS,
      Vs.
BILL OWENS, et al.
  DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

Claim Number: 03-014
Category: III
Claimant: James Smith (112593)
Claimant Address: Fort Lyon, Colo. P.O. BOX 1000, UNIT 5, ZIP 81083

Spashal petition regarding illegal condonence of a fraud by EDWARD W. NOTTINGHAM purpatrated by RICHARD M. BORCHERS

ATTION JUDGE JOHN L. KANE

Plaintiff, James Smith, sent nomberous petitions to Borchers and Nottingham in 04 and the early part of 05 requsting the court to order D.O.C. to copy the Mentez documents needed to suport his claim and enter into evidence at his hearing.

This requst went unanswered for mounths and this specific request from Smith to the court was never answered. This is not addressing the case of medical Records which Smith had to get a order from the court demanding medical to re-linkush copys.

Medical was issued a order to reless only 10 copys free to Smith but said nothing about the other copys needed (price wise) so medical charged Smith $1.25 for each copy after the forst 10 copys. The total amount came to around 47.00 dollers.

Smith requst a refund of the intire amount because of price glaging.

Smith contenued to wright Borchers and Nottingham regarding the copys needed for his records so he could send copys to the Record of the claim to be heard at his hearing.

Borchers arived at Fort Lyon to have the hearing and Smith was one of the first to be heard.

Smith informed Borchers he could not give his evidence

up because there was no copys.

Borchers could not make a desision on the case w/out the evadence And told Smith He would personly see to it the evadence would be copyed by his staff And promption with the exception of the medical records.

Smith belived what Borchers had said, trusted in his word and relied on that word and gave Borchers all the documation which Borchers stated he would copy and go over so He could make his desision.

Smith never receved any of his documation or records back, only a desision from Borchers who had not gone over the documation before issueing his judgment.

Smith was denied the right to appeal his claim because Borchers had tricked him out of the evadence by giving his word to copy And return the evadence promply!

Smith "Refussed the judgment "for Fraud" And stright way sent the refussal to both Borchers And Nottingham And requsted the court return the documented evadence back to Smith so he could exzost his legal admenistrative procegers.

Nottingham condoned the froud camitted by Borchers by stateing in his reply that the court is not a record keeping place for inmates And Borchers desision stands. There by condoneing fraud!

There is plenty of Supreme Case law that supports any fraud is a void judgment!

Remedy! That Smith be reimbursed for the over charging of copys made, And that this court overturn Nottingham's ellawfull desision And return the compleet file which was taken by trickery (fraud) from Smith so he may exzost his legal admenistrightisie remedy for an appeal.

Dated this 10th day of April 2006

Plaintiff   James Smith

# Affadavid of Truth by claimant James Smith

I, James Smith, of sound mind & being over the age of 21 do state that the foregoing is true, correct & not meant to deceve or misslead in any passion. And that this affadavid is put forth in order to right a wrong & that the claimant may exgost his legal admeristrative remedy. That Borchers court order was maid w/out reveiwing the documented avadence which claimant Smith gave him, nor has to this date Smith receved the documentation & evadence back once copyed as promesed by Borchers.

Also, that when Smith "Refussed the order for fraud" & sent a copy to Borchers & nottingham, exsplaining why he Refussed the order, that before Borchers could answer to Smith's refussal, nottingham made a order condoneing the actions taken by Borchers court.

That were there is a fraud there is no jurisdiction, nore is there a judgment. Therefore the hearing & Judge Borchers order are void pursuent to the laws of Colorado & the United States. Done this 10th of April 2006 could not get noitery done or copy because the law libeary is closed untill Friday.

w/out prudj. UCC1-207
James Smith Secured party

DAVID ROBERTS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 01/03/2010

[signature]
April 12, 2006

James Smith
Affiant