E OF THE CLERK
States District Court
h Street, Room A105
, CO 80294-3589
L BUSINESS

REF



Rt. # _____
Carr. Init. _____
Date _____

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Charles   Ramos Jr. 112819
CSP
P.O. Box 777
Canon City, CO 81215-0777

CANNOT LOCATE
92-CV-870
#1867

RECEIVED APR 10 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK