CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS







☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Charles  Ramos Jr. 112819
CSP
P.O. Box 777
Canon City, CO 81215-0777

RECEIVED APR 10 2006

CANNOT LOCATE
92-CV-870
#1872, 1871, 1870,
1869, 1868, 1877
1876

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

EWN-OES