E CLERK
strict Court
Room A105
94-3589
ss



**ATTEMPTED, NOT KNOWN**

Elizabeth Gardesani
302 Meadowood Drive
#C1
Carbondale, CO 81623



CANNOT LOCATE
92-CV-870
#1849

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK