CLERK
strict Court
Room A105
94-3589
ss



☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number

Khalid  Wahab
P.O. Box 2000
Unit CB
Burlington, CO 80807-2000



CANNOT LOCATE
92-CV-870
#1828, 1829
1827, 1830

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK