April 13th 2006
TO: Judge Kane, US Fed Ct.
FROM: James Rudnick #68482 CDOC/LCF
RE: Montez/ADA Case     Claim #01-092
    92-cv-00870-EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 17 2006
GREGORY C. LANGHAM
CLERK

Hon. Judge Kane,

I AM NOT INTERESTED IN COMING OUT TO A HEARING. AND IF CALLED WILL REFUSE. (IT IS TOO MUCH OF A HASSLE IN THIS PRISON)

Ms Greisen, came to this LCF Facility wanting "some people" to come testify —
    There is nothing to gain
    — no purpose —

All I needed to say has been submitted.
    (3) Motions/Filings remain unanswered.

Further, Unless you (or some appointee) comes-out to the prisons, more words won't help.

Lastly — I'm tired of the lies + deception put into the A.G. Filings intended to sway "federal judges" to deny or discredit our medical situations and accommodation needs.

I hope you will act appropriately to stop this malfeasance and fire them.

April 13th 2006

Clerk of the Court
  92-cv-00870 EWN-OES

Please give this to Judge Kane ASAP.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 17 2006
GREGORY C. LANGHAM
CLERK

I do NOT want to be called for this upcoming April 20-28th Hearing!

It is too much "loss" involved at this facility and would serve NO purpose —

I don't care about anything more than what has already been submitted and more words do nothing on this.

I hope you understand my position and need for being left alone to deal with all the other garbage still going on here.

Thank You.

[signature]