DISTRICT COURT,             COUNTY    STATE OF COLORADO.

        Plaintiff,

vs.

RICHARDO LUJAN
Pro se,    Defendant DOB: 9-5-61

Case No.:

MOTION FOR RULE Civil Action No. - 92-N-870(OES)
With Civil Action No. 96-N_343

Civil Procedure 53(g)(2).

This is part of JESSE MONTEZ, et al.& BILL OWENS, et al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2006

GREGORY C. LANGHAM
CLERK

CLAIM NUMBER: X-082
RICHARDO LUJAN #47558
C.C.C.F. UNIT_-4-A
6564 State Hwy.96
Olney Springs, CO. 81062

My Claim had to do on COUNTY JAIL and Following after county jail at METRO jail, (Richardo lujan ), had A situation of MEDICAL TREAT_MENT of that time back in july 2005 some time on an ineffection on my ELBOW AT START MY BACK PAINS, AND DO THE FACT A SITUATIN ON MY LEFT SIDE ELBOW.GOT INFFECTED, AFTER THE JAIL LAST RESORT DID TAKE ME TO THE HOSPITAL.STATE AGAIN AT THE LAST MINUTE,I,DID GET ALOT OF PAIN AND WEIGHT LOST AND BAD NERVE DAMAGESES, AND DO TO THE FACT THEY TOOK SO LONG.NOW OF TODAY MY LEFT ELBOW IS VERY POORLY AT TIMES.AND WILL NEVER BE THE SAME AS POWERLESS TOWARDS MY RIGHT SID.NOW AS SIT IN THE DEPARTMENT OF CORRECTIONS.AND AS THIS FACILITY AND THESE MEDICL STAFF.HERE HAS BIGGLY AND VERY ON POORLY PROFESTIONALY TAKEN MY MEDICAL SERIOUSLY AND GIVEN PROPER PAIN MEDS, I HOPE AND PRAY YOU"S MAY RECONSIDER AND FOLLOW UP ON MY MEDICAL PROBLEMS. AT THIS PRIVET PRISON.

THANK YOU VERY MUCH.
RICHARDO LUJAN    9-5-61