IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-119
Category III
Claimant: Thomas Castro, #81977
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for refund of copy fees. Claimant was not successful in establishing his claim. Since he did not prevail, there is no basis upon which the Special Master could order repayment of the copy fees.

IT IS HEREBY ORDERED that Claimant's motion for refund of fees for copying is denied.

SIGNED this __12__ day of April, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /2 day of April, 2006 to the following:

Mr. Thomas Castro
#81977
CCF
P.O. Box 600
Canon City, CO 81215-0600

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203