Civil Action No. 92-870 (OES) (Consolidation For All purposes with Civil Action No. 96-343

Jesse Montez, et. Al.
   Plaintiffs,
      VS.
Bill Owens, et. Al.
   Defendants

Claim Number 03-119
Category III
Claimant: Thomas Castro #81977
Address of Claimant: CCF, P.O. Box 600, Canon City, Co, 81215

Motion For The Refund of Copies Fee

This matter comes before the Special Master concerning the refund of the cost the claimant was forced to pay in order to receive medical photo copies of my medical records in order to present my case. The court ordered that all records pertaining to this case be made available to me. Only the First Ten (10) pages were to be charged to me but C.D.O.C. charged me $.25¢ for every copy after the ten pages. Special Master I've delayed filing this motion because I've been awaiting the medical department to send me the exact total ammount that I paid over the last two years but the staff member who's job this is was ill and had surgery. She's now back and I'm waiting still but I'm sure it will be within a couple weeks. But I am concerned about allowing any more time to pass so I'm asking you to grant me the return of this money and within the next couple

2# weeks I will supply the court the exact ammount. Im sorry for this odd approach to this problem but its not because of any fault of mine. Were not talking alot of money here but sure could use this money to further proceed with this case in another court. Thank you for your time special master.

Respectfully

John R Cash #81977