IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-192 (formerly X-150)
Category III
Claimant: Ruben A. Trujillo, #116090
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on Claimant's motion to withdraw his claim. Claimant has received medical help and does not wish to pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 17, 2006.**

SIGNED this _18_ day of April, 2006.

                      BY THE COURT:

                      _____

                      Richard M. Borchers
                      Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this *20th* day of April, 2006 to the following:

Mr. Ruben Trujillo
#116090
LCF
49030 State Highway 71
Limon, CO 80826

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

