OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS



☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☒ Refused



U.S. POSTAGE

Khalid  Wahab
P.O. Box 2000
Unit CB
Burlington, CO 80807-2000

KTS

CANNOT LOCATE
92-CV-870
#1877, 1876,
1872, 1871,
1870, 1869,
1868, 1867,
1883, 1880,
1884

EWN - OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 - 2006

GREGORY C. LANGHAM
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

## ORDER

The motion to recuse (#1874), filed by Shawn Wnikler, is DENIED as meritless. Claimant does not even specify which judge he seeks to recuse. The motion also states no ground for recusal by anyone.

Dated this 7th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge