April 17, 2006

Dexter Gail Millican #86568
Fort Lyon Correctional Facility, #1574
P.O. Box 1000
Fort Lyon, Colorado, 81038

Judge John L. Kane Jr.
Senior United States District Judge
United States District Court
901 - 19th Street, Room A105
Denver, Colorado, 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2006

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN

Dear Judge Kane Jr.,

I'm writing this letter to inform you that the Lawyer Firm of Richard Borchers, Bruce Pringle, and Richard C. Davidson are having meetings with inmates at my facility (Fort Lyon Corr. Fac.) concerning inmate being witnesses in the court hearings for the Montez vs. Owens case and <u>Wendy Groover</u> of this facility is not allowing me to attend these meetings. I would like to be a witness at these hearings. I feel very qualified for this tasks because of my experiences with Colorado Department of Corrections, and I was a Teacher & Coach for Denver Public Schools for 25 years before my unfortunant inprisonment!

I do not understand what is going on with the administration here at F.L.C.F. (Wendy Groover), and especially what is happening with the Medical Department here (No Doctor & Mostly no Provider)!!! Maybe they do not want any witnesses with any intellegence at these hearings??

Sincerely yours,

Dxt. G. Millican

Dexter G. Millican

#45154
CTCF
CO Territorial Correctional Facility
Cellhouse 5
P.O. Box 1010
Canon City, CO 81215

Waldo Mackey
#82262
CCF/B2-15
Colorado Correctional Facility
P.O. Box 600
Canon City, CO 81215-0600

Roy J. Main
#48337
SCF
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

Darryl Martin
61336
FCF
Fremont Correctional Facility
P.O. Box 999
Canon City, CO 81215-0999

James Martinez
56997
SCF
P.O. Box 6000
Sterling, CO 80751-0600

Dexter Gail Millican
86568
Fort Lyon Correctional Facility
PO Box 1000
Fort Lyon, CO 81038

Timothy Wayne Moses
107837
CTCF
PO Box 1010
Canon City, CO 81215-1010

Alan Mount
#56047
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034