April 18th, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2006

To: Senior United States District Judge John L. Kane

From: James Rudnick #68432 C.D.O.C./L.C.F. <u>MONTEZ</u> Claimant 01-092

GREGORY C. LANGHAM
CLERK

RE: C.D.O.C. "REFUSAL TO PROCESS GRIEVANCES" [A.D.A./A.I.C.]

Dear Judge Kane,

The attached GRIEVANCES were properly given to CDOC Staff for placement into our Case Managers "box" for processing (based upon what we have been instructed to do in-the-past)

They were sent back 'rejected' with a yellow post-it note stating: "you must process these properly". THERE WAS NO FURTHER INSTRUCTION or name to contact!

We both asked staff what we were to do to "properly process" these grievances and NO HOUSING or OTHER STAFF knew of any 'other processing' for them.

We then sent them DIRECT to the main A.D.A./A.I.C. processor Cathy Holst at C.D.O.C. Headquarters with a note explaining what happened here (with the yellow sticky note).

Now, again, these Grievances were sent back to us, rejected, again, with a yellow post-it, stating: "must submit properly", (to Mr. Peoples' form).

The note attached on my grievance says to submit through your facility coordinator...route through your case manager.   [Isn't that interesting?]   We aren't going to do this Again!

I am now submitting them DIRECT to you (with this note) to request YOUR help with getting these "processed" and routed to the proper people for speedy relief and NO MORE GAMES.

This type of nonsense being played-out with these Grievance and Medical matters is going to be a source of problems which will only escalate. I hope you can LET THESE PEOPLE KNOW the ~~xxxxxxxxxxxxxxx~~ right thing to do is the best thing.

We look forward to your response.

Sincerely,

James Rudnick   Claimant# 01-092
CDOC 68432   LCF 49030 State Highway 71
              Limon, CO. 80826

April 18th 2006

Clerk of the Court

Dear Sir,

Can you please show this to the Judge ASAP — because there is to be a HEARING on just such foul play going-on here in D.O.C.

I hope you can see the urgency and send a status note back to me.

Thank you,

*[signature]*

J. Rudnick
CDOC 68432
LCF 49030 St. Hwy. 71
Limon, CO. 80826

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____ STEP (Circle One) **(1)** 2 3   ADA? Yes ✓ No ☐

| NAME Louis Peoples Jr | DOC NO. 43943 | FACILITY Limon |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: **A.D.A. - Accommodations**

A serious cardiac condition prevents me from attending recreation activities b/c there is nothing there I can do (as facility conditions exist now) with my disability, forcing me to do my time mostly in bed ** I am also prevented from programs such as most jobs requiring physical labor and long-term standing or sitting while wrkg b/c my disability has me in such a weakened state and I get cold easily w/poor circulation. I wish to attend some of these activities and I am prescribed 'accommodation-type treatment' so I can do so, but this facility has no equip. for recreation or jobs which can fulfill the accommodations I need.

RELIEF:  My Doctor put down that I need some recr. activity: Bike machine, rowing machine, stair-stepper, treadmill, and short-term low cardio stuff.

** Because the facility has NO CHAIRS for my cell and only an old worn-out thin mattress --
I am getting bed sores. The mattress needs replaced, add egg-crate pad, and install a supportive chair.

Also, a heating pad and/or more blankets, thermals, etc would accommodate my being cold. Lastly, because my leg swells-up all the time, I have trouble standing in the shower. A "sit-down" shower chair would accommodate this condition.

Thank you for your consideration into these important matters for me.

DATE: 04-04-06   OFFENDER SIGNATURE: Louis Peoples Jr.

DATE RECEIVED: _____   RESPONDING STAFF SIGNATURE & ID: _____

**RESPONSE**

*Return to inmate   Must submit properly*   iu3   4-1-11

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the ...

DATE: _____   SIGNATURE/PRINT NAME & Staff ID #
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: _____   SIGNATURE/PRINT NAME & Staff ID #
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: _____   OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

**TO:**  Offender James Rudnick, #68432
         LCF

**FROM:** Office of Correctional Legal Services

**RE:**   Grievance procedures

**DATE:** April 14, 2006

---

Pursuant to AR 850-4 all grievances must be reviewed and submitted to this office through the facility Grievance Coordinator. Please route this through your Case Manager and do not mail it directly to the Office of Correctional Legal Services.

4. Procedural Requirements

   a. At each step, the offender must attach a copy of all previous steps and responses. Grievances that are submitted without copies of former steps and responses shall be denied on procedural grounds. The offender in that case will not have exhausted administrative remedies.

   b. **Offenders shall file Step 1, Step 2, and Step 3 grievances (Attachment "A") with their case manager, or other staff member designated by the administrative head, who shall forward the grievance to the facility grievance coordinator for processing.**

   c. Grievance coordinators shall, at a minimum, include in their processing the logging in computerized grievance database, routing, and tracking of each grievance filed with their facility.

   d. Grievances received at facility or Step 3 level that have not been processed, logged at the facility level will be returned to the grievance coordinator for proper handling.

cc: Case Manage McCallum

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**RECEIVED APR 11 2006** Office of Correctional Legal Services

| Grievance Number | STEP (Circle One) **1** 2 3 | ADA? Yes ☒ No ☐ |
|---|---|---|
| **NAME** Rudnick, James | **DOC NO.** 68432 | **FACILITY** LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** Accommodation Resolution Final Outcome

This is the 3rd time I am bringing this to your attention. On 9/27/06 the ADA Special Master issued a Final Order stating Rudnick is Qualified under Mobility Disability status for Accommodations.

The ACCOMMODATION RESOLUTION sheet must indicate this MOBILITY disability AND the CT ORDERED ACCOMMODATIONS.

Also Be Aware that VISION disability exists if not Recognized by the CT, interpreting the Narrow Scope of this case, without treatment, it certainly fits in the scope of "DISABILITY". "As determined by Eye Specialist"

Relief: Update & Change 'Qualifying Disability' from NONE to MOBILITY And VISION, Along with the Accommodations.

Thank you.

| DATE: A-1-06 | OFFENDER SIGNATURE: J. Rudnick |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical** | |
| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS  OFFENDER GRIEVANCE FORM

**RECEIVED**

| Grievance Number | STEP (Circle One) **①** 2  3 | ADA? Yes ☒ No ☐ | |
|---|---|---|---|
| **NAME** Rudnick, James | DOC NO. 68432 | FACILITY LCF | APR 1 1 2006 |

Office of ~~~~~ional
Legal Services

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: ADA Accommodation Worksheet FALSE STATEMENTS and Conspiracy to Deny Medical Treatment Accommodations.

The Accommodation Worksheet clearly shows concerted effort to conspire, Lie, and stall relief to Rudnick, to avoid accommodating CT ordered issuance. 11/16/05 logged entry states Falsely: "He refused all chairs in Medical..." And states: "he told Dee Ann... he's doing this is to get back at DOC" Also False! Supervisor "wants to FIRE him" over disability?
9/27/05 "Judge May have exceeded his Authority..." "so we don't have to provide"
7/19/04 "Medical Release" not excepted w/o witns — Why, it's My File (it says and/or witns)
DLF 05-06-033 - Refusal of Grievance

Relief: Medical + ADA staff should be PRO-Active for proper Medical Care and not be 'driven' by Ulterior Motives. Request Apology + Correction.
Thanks

| DATE: 04-01-06 | OFFENDER SIGNATURE |
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**




If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical ADA** | |
| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS  OFFENDER GRIEVANCE FORM

| Grievance Number | STEP (Circle One) ①  2  3 | ADA? Yes ☒ No | RECEIVED |
|---|---|---|---|
| **NAME** Rudnick, James | **DOC NO.** 68432 | **FACILITY** LCF | APR 1 1 2006 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Office of Correctional Legal Services

**Subject of Grievance and Requested Remedy:**

ADA Accommodation Cell Permit Updates.

On 9-27-05 the Special Master's Final Order for my Accommodations stated for D.O.C. to provide: Boots that fit, orthotics, Heat Pad, Mattress Pad and Chair/Stool. The Atty. Gen. stated "These are on his permit" They are NOT! Because these items are "DIFFERENT" from regular issue and to prevent Housing or Security or Medical or anyone else from seeing these items and confiscating them (NOT knowing why they were issued and because they are NOT ON MY CELL PERMIT SHEET).

Relief: I am Requesting my Cell Permit Sheet [Offender Property Inventory Quality + Liability Limits] be properly + formally UPDATED to include these medical Ct. Ordered Accommodations. Thank You

| DATE: 4-2-06 | OFFENDER SIGNATURE |
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical** ADA |
| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS  OFFENDER GRIEVANCE FORM

| Grievance Number | STEP (Circle One) (1) 2 3 | ADA? Yes✓ No | RECEIVED |
|---|---|---|---|
| **NAME** Rudnick, James | DOC NO. 68432 | FACILITY LCF | APR 1 1 2006 Office of Personnel Legal Services |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** ON GRIEVANCE RESPONSE TIME VIOLATIONS

ON 2-24-06 and on 3-24-06, I Received DELAY MEMO's from Cathy Holst for Griev # LF05/06-292. This Grievance is so old and the Memo has No "Subject Matter", that I do Not Recall the Details Written on the Subject. [We are Not given Copies to keep, but Must TURN THEM IN for Attachment to the Next Step]

Relief: These Grievances Contain Material + Information that is important Medical concerns which MUST BE TIMELY handled. Proper Response Time is Very Important especially w/ Medical Issues. I need Copies of Stp I + II Grievances And A Response to Stp II to Seek Relief From this ongoing Medical Issue.

| DATE: 4-1-06 | OFFENDER SIGNATURE [signature] |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME& Staff ID # |
|---|---|

**RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical** ADA

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|

**RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# ACCOMMODATION WORKSHEET
(revised & effective February 2006)

*[Handwritten note: "WHY ARE THEY SENDING ME THIS?"]*

| NAME | MAVUS, Thomas | DOC # | 110520 |
|---|---|---|---|
| FACILITY | ACC | DATE OPENED | 3/10/06 |
| DISABILITY | HEARING/DIABETES | PROVIDER | |

| Date | Initials | Contact/Activity |
|---|---|---|
| 2/14/06 | Do | Received Request for Accommodation and Medical Release from offender. Offender is claiming that he has a hearing disability and diabetes. |
| 3/13/06 | Do | Request for screening sent to Dolores Montoya, H.S.A. at ACC. Calendared for 30 days. |
| 3/13/06 | Do | Memo to offender regarding screening. Memo sent with a copy of his Request for Accommodation and Medical Release for his files. |
| 3/13/06 | Do | Memo to offender with Functional Ability Questionnaire. |
| 4/11/06 | Do | Grievance delay memo sent to offender for S 1 Grievances # C-CM05/06-004 and #C-CM05/06-005 |