IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

# ORDER
_____

Upon consideration of Charles Parrish's motion for reimbursement, the court finds and concludes that the monies sought are not recoverable as part of this case. Accordingly, it is

ORDERED that the motion (#1929) be DENIED.

Dated this 24th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge