IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

**ORDER**
_____

This matter comes before the court on a motion by James Rudnick alleging that prison officials are refusing to process grievances properly. Although the motion is directed to Judge Kane, the relief requested is not simply a review of an award by the special masters. Accordingly, this is not an issue for Judge Kane. Moreover, the court finds and concludes that the relief requested is not relief which can be awarded in this case. Accordingly, it is

ORDERED that the motion (#1928) be DENIED.

Dated this 24th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge