IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

———————————————————————————————————————

Claim Number 01-201
Category I
Claimant: Daniel Brooks Gutierrez, #52856
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 80215-1010

———————————————————————————————————————

**ORDER OF DISMISSAL OF SPECIAL MASTER**

———————————————————————————————————————

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted up to and including April 17, 2006 in which to respond to the motion. Claimant has not filed a response to the motion.

      Only one aspect of Defendants' motion to dismiss needs to be discussed. Claimant first came into the custody of the Colorado Department of Corrections (DOC) in February, 1985. He has been in and out of DOC custody on several occasions since 1985. He has been placed on parole on several occasions. The records submitted by Defendants, and not contradicted by Claimant, reflect that Claimant was placed on parole on December 13, 2003. Parole was violated, and Claimant returned to DOC custody on October 25, 2004. He has been in DOC custody since that time.

      Claimant filed his claim with the Special Masters on February 21, 2005. On his claim form, Claimant checked the boxes for mobility impairment, hearing impairment, and diabetes. He also alleged that he came into DOC custody on August 8, 2004. A review of all documents submitted by Claimant reflects that he is alleging that he did not receive appropriate medical care and treatment on this most recent term of custody. Claimant has not alleged that he had a covered disability during his previous terms of incarceration. More importantly, Claimant has not alleged that he was subjected to discrimination during any period on or before August 27, 2003.

      The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on this

date that the class was set. An individual who was in DOC custody on or before August 27, 2003 was entitled under the Remedial Plan to file a claim for damages, but that claimant had to have a disability as set forth in the Remedial Plan and had to have been discriminated against due to that disability in violation of the Americans with Disabilities Act (ADA) and Rehabilitation Act. Claimant has not alleged that he had a disability covered by the Remedial Plan on or before August 27, 2003. He has not alleged that he was discriminated against because of that disability. Claimant was granted time to respond to the motion and has not done so. Therefore, Claimant is bound by the documents that he has submitted. Claimant is not part of the class as defined on August 27, 2003 and cannot pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 24, 2006.**

SIGNED this 24th day of April, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master