IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-108
Category: II
Claimant: Thomas J. Perez, #60036
Address of Claimant: 1808 Spruce Street, Pueblo, CO 81004

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted up to and including April 17, 2006 in which to respond to the motion. Claimant has filed nothing.

      Defendants' motion was predicated on Claimant's failure to provide an updated address. The Special Masters had been provided the above address, and the order allowing time to respond to the motion to dismiss was mailed to that address. It has not been returned. Claimant has failed, though, to respond to the motion. Claimant has abandoned his claim and a reasonable conclusion is that he is not at the address listed above. All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to indicate that the above is a correct address. The claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 24, 2006.**

SIGNED this 24th day of April, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master