IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-366
Category: II
Claimant: Merrilee B. Hasty, #120888
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. The Special Master received a letter from Claimant requesting a copy of her claim form and a new claim form. Claimant previously failed to respond to an order to provide a date when she came into DOC custody.

    A review of the on-line locator service of DOC indicated that Claimant was serving a sentence imposed in 2004 in El Paso County. A show cause order was issued to Claimant directing her to indicate why her claim should not be dismissed, as it appeared that she came into DOC custody after August 27, 2003. Though granted up to and including April 17, 2006 in which to respond, Claimant has filed nothing.

    The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. Individuals incarcerated after that date are not part of the class. Claimant was sentenced in the El Paso County District Court on January 30, 2004. Claimant would have been received by DOC a short time later. In any event, the date is after August 27, 2003. Claimant is not part of the class. She may commence her own lawsuit for violations of the ADA and Rehabilitation Act. She cannot pursue her claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 24, 2006.**

SIGNED this 24th day of April, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master