IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 05-011
Category V
Claimant: Virgil Morse (as Brother and Heir of Joseph Morse - #37884)
Address of Claimant: 127 California Drive NE, Fort Walton Beach, Florida 32548-5007

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the motion to withdraw claim filed by Virgil Morse, brother of Joseph Morse (Deceased). Claimant does not wish to pursue the claim and asks that it be withdrawn. The request is appropriate and will be granted.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

      IT IS FURTHER ORDERED that the hearing set for June 1, 2006 at 8:00 a.m. is canceled; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 24, 2006.**

      SIGNED this 24th day of April, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master