

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

*Inmate HAndwritten copy for purpose of filing cr. complaints.*

| Grievance Number | STEP (Circle One) ① 2 3 | ADA? ~~Yes~~ No ☒ | |
|---|---|---|---|
| NAME George Charles Knorr | DOC NO. 45154 | | FACILITY SCF FORMERLY AVCF |

Instructions:
$375,791.55 Actual  1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
$1,027,374.65 Accumulative 2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
To date Damages 3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS

*My Copy*

Subject of Grievance and Requested Remedy: Theft of Property, Tampering with & Removing Evidence in ongoing and prospective Litigation; in violation of Colorado Revised Statutes U.S.C.A. criminal statutes and in violation of both the United States and Colorado Constitutions; These three actions were perpetrated by Sgt. Woodson, Officer Tonerero? and Lt. Steinbeck of the Arkansas Valley Correctional Facility, in conspiracy with each other and complicity with the people making illegal directives in El Paso, Fremont, Logan, Denver, Mesa Counties among other Counties in which the Colorado D.O.C. operates within the Corp. State of Colorado. Theft-§18-4-401 CRS is a Felony; My Medication, Canteen, Medical Appliance, and Legal Papers were stolen with the Accumulated Value of ~~$375,791.55~~; See Webb V. Ada County, 195 F.3d 524 (9th Cir. 1999); Webb v Ada County, 285 F.3d 829 (9th Cir. 2002); U.S.C. § 1997e (a)(3). However, since the above described named properties were stolen from my ~~Person~~ possession at the time of my being transported out of the AVCF Correctional Unit, Colorado Revised Statute also comes into play through C.R.S., Title 18, § 18-4-405, which provides for three (3) times the amount for a total $1,027,374.65 plus additional filing fees and costs for the litigation caused by the above action of D.O.C. Personnel; This does NOT preclude the additional violations of C.R.S. §§ 18-4-505; 18-4-506; 18-8-705; 18-8-706; 18-8-707; 18-8-708

IMMEDIATE REMEDY DEMANDED: The immediate return of all Property & Legal Papers Plus $500,000.00 immediate damages

| DATE: 03/03/06 | OFFENDER SIGNATURE George Charles Knorr |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1