# Exhibit "B"

# Memorandum

ORIGINAL

TO: __KNORR, GEORGE__  DOC# __45154__  LU-# __2__

**From:** Nicole Wilson Medical Records Tech I

**Date:** March 13, 2006

**Re:** Medical Records Appointment

---

Your kite has been received and at this time there is an insufficient fund's in your account to obtain copies. If you simply wish to review your records please re-kite, and specify **review only**. There is no cost to review your records.

The medical records standards state the following

The charges for copies are: $1.20 per page for the first 10 pages $.25 for each additional page after 10 pages.

Health record access should be limited to no more than thirty minutes per visit. (30 Minutes) If additional time is needed you will have to submit another kite, so another appointment can be set.

Access to the health record must be granted within thirty days of receipt and acknowledged within ten days. Multiple requests may be combined in a single visit or visits may be scheduled more frequently than once every thirty days, at the facility's discretion, excluding weekends and holidays.

If you do not wish to keep your appointment please submit a kite canceling your appointment.

If you have legal documents that need to be present at the time of your visit then please bring those with you, any legal documents pertaining to your medical records only. A copy will be placed in your medical record for future reference.

If you are trying to obtain records to take with you when you discharge, you have your private physician obtain those once you discharge. This way it won't cost you anything.

1