ORIGINAL

April 06, 2006:

TO:   Judge John L. Kane, Jr.;   92-cv-00870-EWN
- - -Judge Richard M. Borchers, Spc. Mstr.
      Office of the Attorney General St.of Colo.
RE:   Claim # 02-278; Montez v. Owens et al.,
FROM: George Charles, Knorr
      Reg. # 45154
(NOTICE) Change of Address:
      S.C.F.   Unit # 4-A (2-14)
      P.O. Box 6000
      Sterling, Colorado  80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2006

GREGORY C. LANGHAM
            CLERK

Sir(s),

   I am writing, first, to NOTIFY the Court, Judge Borchers and the Office of the Attorney General for Colorado of my new address as designated above.

   Secondly, to rebut the assertions of the office of the Attorney General's Office that Medical Records are available to the Claimant. PLEASE NOTE THE ENCLOSED NOTICE FROM THE MEDICAL RECORDS TECH, Nicole Wilson Tech I at the Sterling Correctional Facility denying Claimant's request for copies of his medical records as pertain to his claims against the C.D.O.C.

   Thirdly, Claimant is under extreme difficulties at this time: Upon his removal from the Arkansas Valley Correctional Facility (A.V.C.F.), he was subjected to the crime of THEFT, REMOVAL, TAMPERING with AND THE POSSIBLE DESTRUCTION of his evidence in this matter and the matter of at least Three (3) additional matters, inclusive of his direct appeal to the conviction and sentence he is currently serving.

   Such crime was committed by the Receiving/Property Staff of the A.V.C.F., Sgt.Woodson and Correctional Officer Toneraro and in complicity with and conspiracy with Lt. Steinbeck of that facility. Claimant also suffered the loss of his personal property (canteen items) and Self Medications, for which he has filed the proper Grievance form. Step (1) Grievance was filed on the date of 03-03-06 from Claimant's current address, (A&O UNIT) 1-A, Case Manager Ms. Morris; Claimant has made (2) further moves within the facility to the current location of Unit 4, Tier 2, Cell-14; Due to Claimant's medical conditions, he has been written-up for disobeying a direct order to reside in a (TOP-BUNK) and may again be changing housing locations within the facility (to segregation) as claimant is being forced to sleep on the floor (without benefit of a mattress) by order of Captain Wildenstein of this Facility.

   My medical conditions WILL NOT ALLOW the claimant to climb into or out-of an upper bunk assignment without causing sever medical damage and the possibility of death from any fall onto metal tables, stools and concrete flooring, with the real possibility of encountering one or more metal locker boxes on the way down:

   Fourthly, Claimant has again requested copies of his medical files and had been (DENIED) said copies by Ms. Nicole Wilson, Records Tech I, on the date of March 13, 2006. SEE enclosed copy of MEMORANDUM, original to Court, copies to Judge Borchers and to the Office of the Attorney General for Colorado.

   Proceeding to Proper Motion for relief as to housing assignment and conditions of confinement and for copies at the expense of the Colorado Department of Corrections forthwith:

Respectfully,

*George Charles, Knorr* (signature)

George Charles, Knorr
Reg. # 45154
Claim # 02-278
S.C.F.   Unit 4
P.O. Box 6000
Sterling, Colorado 80751