OF THE CLERK
States District Court
h Street, Room A105
CO 80294-3589
BUSINESS



REASON CH
REFUSED
No. Doc. Number
Not at this facility
Parole/

Reggie ___ Keyes 56805
PO ___ 6000
S___ing, CO 80751

CANNOt LoCATE
92-CV-870
#1877, 1876
EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2006

GREGORY C. LANGHAM
CLERK