**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-EWN
*consolidated with* 96-cv-00343-EWN
Date: April 24, 2006

Deputy Clerk: Bernique Abiakam
Reporter: Gwen Daniel

---

JESSE MONTEZ, et al.,

Paula D. Greisen
David H. Miller
Jennifer Riddle

Plaintiffs,

v.

BILL OWENS, et al.,

Elizabeth H. McCann
James X. Quinn

Defendants.

---

**COURTROOM MINUTES**

---

**Compliance Hearing -Trial to Court - Day One**

**10:24 a.m. Court in session.**

***Senior Judge John L. Kane assigned to preside over special matters in this case.***

Court calls case. Preliminary remarks by the Court.

Preliminary discussion regarding witnesses.

10:32 a.m. Defendants witness, Richard Weems, called and sworn.
Direct examination begins by Ms. McCann.

10:57 a.m. **Defendants Exhibits B and C offered and received by stipulation.**
Continued direct examination by Ms. McCann.

11:06 a.m. Cross examination begins by Mr. Miller.

11:39 a.m. Redirect examination by Ms. McCann.

11:55 a.m. Questions by the Court.

11:58 a.m. Further questions by Mr. Miller.

**12:01 p.m. Court in recess**.

**1:19 p.m. Court in session**.
Defendants witness, Jerry Hunter, called and sworn.
Direct examination begins by Ms. McCann.

1:22 p.m. Objection. Overruled.

1:23 p.m. Continued direct examination by Ms. McCann.

**1:29 p.m. Defendants exhibit S offered and admitted**.

1:30 p.m. Cross examination begins by Mr. Miller.

1:45 p.m. Witness excused.

1:47 p.m. Defendants witness, Carol J. Berends, called and sworn.
Direct examination begins by Ms. McCann.

1:49 p.m. Defendants exhibits T1 and T2 tendered to the witness and the Court.

**1:59 p.m. Defendants exhibits T1 and T2 offered and admitted**.

2:00 p.m. Defendants exhibit T4 tendered to the witness and the Court.
Direct examination continued by Ms. McCann.

2:05 p.m. Defendant exhibit T3 tendered to the witness and the Court.
Direct examination continued by Ms. McCann.

2:09 p.m. Defendants exhibit T5 tendered to the witness and the Court.
Direct examination continued by Ms. McCann.

2:12 p.m. Defendants exhibit T6, T7, T8, T9, T10, T11, T12, T13, and T14 are tendered to the witness and the Court.
Direct examination continued by Ms. McCann.

2:21 p.m. Defendants exhibit V tendered to the witness and the Court.

**2:23 p.m.** **Defendants exhibits T3 - T14, and V are offered and admitted**.

2:25 p.m. Cross examination begins by Ms. Greisen.

2:47 p.m. Plaintiff's exhibit 1 tendered to the witness and the Court.
Continued cross examination by Ms. Greisen.

2:50 p.m. Plaintiff's exhibit 2 tendered to the witness and the Court.
Continued cross examination by Ms. Greisen.

2:53 p.m. Redirect examination by Ms. McCann.

2:55 p.m. Witness excused.
**Plaintiff's exhibits 1 and 2 are offered and admitted**.

2:57 p.m. Defendants witness, Carolyn Sutherland, called and sworn.
Direct examination begins by Ms. McCann.

3:16 p.m. Defendants exhibits U4, U5, and U6 are tendered to the witness and the Court.
Continued direct examination by Ms. McCann.

**3:17 p.m.** **Defendants exhibits U4, U5, and U6 offered and admitted**.
Continued direct examination by Ms. McCann.

3:19 p.m. Defendants exhibit W is tendered to the witness and the Court.
Continued direct examination by Ms. McCann.

3:22 p.m. Defendants exhibits U1, U2, and U3 are tendered to the witness and the Court.
Continued direct examination by Ms. McCann.

**3:24 p.m.** **Defendants exhibits U1, U2, and U3 offered and admitted.**

3:25 p.m. Continued direct examination by Ms. McCann.

3:30 p.m. Defendants exhibit X is tendered to the witness and the Court.
Continued direct examination by Ms. McCann.

**3:35 p.m.** **Court in recess**.

**3:55 p.m.** **Court in session**.

| | |
|---|---|
| | Cross examination begins by Ms. Greisen. |
| 4:40 p.m. | Redirect examination by Ms. McCann. |
| 4:45 p.m. | Re-cross examination by Ms. Greisen. |
| 4:46 p.m. | Plaintiff's witness, Linda Edwards, called and sworn.<br>Direct examination begins by Ms. Greisen. |
| 4:55 p.m. | Plaintiff's exhibit 8 tendered to the witness and the Court.<br>Continued direct examination by Ms. Greisen. |
| 4:57 p.m. | Plaintiff's exhibit 9 tendered to the witness and the Court.<br>Continued direct examination by Ms. Greisen. |
| 5:12 p.m. | Plaintiff's exhibit 7 tendered to the witness and the Court.<br>**Plaintiff's exhibits 7, 8, and 9 offered and admitted.**<br>**Defendants exhibit X offered and admitted**.<br>Continued direct examination by Ms. Greisen. |
| 5:32 p.m. | Objection. Overruled. |
| 5:33 p.m. | Continued direct examination by Ms. Greisen. |
| 5:35 p.m. | Objection. Sustained.<br>Continued direct examination by Ms. Greisen. |
| **5:50 p.m.** | **Court in recess**. |
| **6:10 p.m.** | **Court in session**.<br>Cross examination begins by Ms. McCann. |
| 6:30 p.m. | Redirect examination by Ms. Greisen. |
| 6:32 p.m. | Witness excused. |
| 6:33 p.m. | Plaintiffs witness, Larissa McClung, called and sworn.<br>Direct examination begins by Ms. Greisen. |
| 6:39 p.m. | Plaintiff's exhibit 10 tendered to the witness and the Court.<br>Continued direct examination by Ms. Greisen.<br>**Plaintiff's exhibit 10 offered and admitted.** |

6:40 p.m. Continued direct examination by Ms. Greisen.

7:00 p.m. **Plaintiff's exhibits 16 offered and admitted**.
Continued direct examination by Ms. Greisen.

7:04 p.m. Cross examination begins by Mr. Quinn.

7:20 p.m. Witness excused.

**Defendants exhibit W offered and admitted**.

**7:21 p.m. Court will resume Wednesday, April 26, 2006 at 9:00 a.m.**
**Court in recess**.

Total time - 6 hours 59 minutes. Hearing continued.