IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number: 02-406
Category: II
Claimant: Edward Cole, #43518
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

_____

### ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 27th day of April, 2006.

                                   BY THE COURT:

                                   */s/ Richard M. Borchers*

                                   _____

                                   Richard M. Borchers
                                   Special Master