IN THE UNITE STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES)

JESSE MONTEZ, et al.

       Plaintiff,

-vs.-

BILL OWENS, et al.

       Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-152
Category III
Claimant: Anthony Hernandez, #83042
Address of Claimant: CTCF, P.O. Box 1010 Canon City, CO 81215-1010

---

EMERGENCY INJUNCTION

---

On or about March 27, 2006, a person who refused to give me his name or title (Doctor, P.A. Nurse?) Told me he was sent to address my accomodation requests. In an extremely rude and belligerent manner, he proceeded to insult, ridicule and belittle me and all inmates involved with the Montez class action. Calling us a "bunch sniveling cry babies". He told me that the only way I or anyone else in Montez would get anything or have any approved accommodations would be if he recommended it. And that was'nt going to happen. Because he was instructed not to make any recommendations for special housing, treatment etc... for inmate connected with Montez. He said "even you people (Montez inmates/minority?) can't be that dense not to realize D.O.C. has been systematically taking medicaines, treatments, permits for special housing, tennies etc... Then he told me if I wanted good medical care I should have not got locked up! He became so obnoxious hostile, I was forced to walk out. He clearly was baiting me, nobody is that blantantly unprofessional.

I have since spoken to several Montez inmates here. They confirmed

what he told me. They all are being subjected to the same under handedand unscupulous tactics as me. All their permits, treatments, special housing etc...have been taken without their ever seening a doctor. Since 1994 I have had a Doctor's order stating I needed a single cell, lower tier, medical tennis shoes, 4X day finger stick. All this and more have been taken without my ever seeing a doctor. Defendants (CDOC) are not only denying the required medical care, they are also specifically are retaliating and discriminating against the inmates involved with Montez.Medical files will corroborate and authenticate every thing I've stated. Proof is over abundantly available. You only have to look at any Montez inmate file (mine) it will clearly substantiate and show what little we/I did have before Montez and the zero we/I have now. Defendants are flagrantly subverting and maliciously manipulating this court's order and the intent of the Approved Remedial Plan. This callous, insidious discrimination action is putting my mental and physical well being in life threatening peril. I have fallen off the top bunk several timesdue to diabetic episodes and trick knees (staff is fully aware of this) sustaining injuries. It's only a matter of time in till I am critically and severely injured. I ask the court to grant me a impartial medical doctor, to determine what medical accommodation I meed. I ask the court order the Defendants to stop discriminating and harassing inmates connected with Montez. Further, to issue a order that I be assigned a single. cell, 4 finger sticks a day, medical tennis (in other words, return what I originally had before I became involved with the Montez class action. And that this court order, be inforce in till a real and impartial doctor examines me and makes a recommendation based on real medical needs. Not predetermined by defendants and their lackies.

I request this EMERGENCY INJUNCTION be issued immediately, in the interest of justice,fairplay, and to protect the health and life of plaintiff.

Respectfully submitted,

*Anthony Hernandez*
Mr. Anthony Hernandez #83042
P.O. Box 1010
Canon City, CO  81215-1010

Certificate of Mailing

I HEREBY CERTIFY this 17 day of April 2006, that I deposited a true and correct copy of the forgoing, in the U.S. mail. postage prepaid, addressed as follows:

> For the Attorney General
> 1525 Sherman Street    5th Floor
> Denver, CO 80203