IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]


JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILL OWENS, *et al.,*

    Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Upon consideration and review of Anthony Hernandez's request for an injunction (#1943), it is ORDERED that Defendants respond to the request on or before May 15, 2006.

Dated: April 27, 2006