IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES)
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 28 2006

GREGORY C. LANGHAM
CLERK

Jesse(Jesus) Montez, et al, Plaintiffs,

v.

Bill Owens, et al., Defendant(s).

RE: Claimant: Howell F. Roberts, #90353
    Claim Number 01-041
    Category I

## CLAIMANT'S REPLY TO DEFENDANT'S RESPONSE

The Claimant, Pro-Se, respectfully submits the following reply to the Defendant's response dated February 28, 2006.

1. This Claimant does have a permanent lower extremity mobility impairment that substantially limits walking. This Claimant can not climb a flight of stairs without a pause, and has trouble walking.

2. In all of my contacts with the Defendant's medical staff, this Claimant has always told the medical staff the full range of difficulties that this Claimant has had in walking and other activities. Whether the medical staff wrote these problems down is outside of this Claimant's control.

3.  On March 11, 2004, and August 1, 2005, this Claimant does not remember seeing any medical staff. As of August 12, 2005, this Claimant was NOT at D.R.D.C.

4.  This Claimant noted to his current facility's doctors that he does suffer limitations due to the fact of his request for special hosiery and special housing conditions. The reason why this Claimant never noted the wait on special housing conditions was due to the fact of the shortness of his incarceration periods.

5.  Even as early as August 15, 2005, when this Claimant came to his final facility, this Claimant was refused a bottom bunk, and had extreme difficulty in any type of climbing. Just because a claimant hasn't fallen from a top bunk does not mean that he has not suffered from the attempts to get into the top bunk.

6.  Because of the limitations of my lower extremities, this Claimant has been restricted from outside work crews, and the limitations of working construction projects.

7.  One of the attributes of this Claimant is that even in pain, this Claimant has always attempted to maintain a positive attitude, and has not complained about his pain as much as he should of.

8.  This Claimant is legally disabled and can prove it through the Veteran's Administration of which the Colorado Department of Corrections(C.D.O.C.) is fully aware of.

## **CONCLUSION**

Claimant Roberts is legally disabled and his claim for damages should be granted.

2

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this reply brief and affidavit is true and correct. Respectfully submitted and executed on this date.

Executed on __April 22, 2006__
(Date)

_(Claimant's Original Signature)_

## CERTIFICATE OF SERVICE

I hereby certify that on this __22th__ Day of __April__, 2006, a true and accurate copy(Original and one copy to U.S. District Court) of the foregoing <u>Claimant's Reply To Defendant's Response</u>, was placed in the United States Mail, postage prepaid, and addressed to the appropriate parties with their appropriate addresses, and mailed to the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 – 19th Street, Room #A105
Denver, Colorado 80294-3589

Colorado Attorney General's Office
1525 Sherman Street
Denver, Colorado 80203

Ms. Paula Greisen, Attorney
1670 York Street
Denver, Colorado 80206

Special Masters
7907 Zenobia Street
Westminster, Colorado 80030

Claimant

3