UNITED STATE DISTRICT COURT FOR THE STATE OF COLORADO
DEnver, COLORADO

CASE No in CIVIL ACTION: # 92-N- 870-OES          April 26, 2006

Mr. Fred F. Franzone
#96944 member of class action in DAMAGES III Category at this time

v.

Governor Owens
State of Colorado    et al.,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 1 - 2006   ORIGINAL
GREGORY C. LANGHAM
CLERK

ORIGINAL

---

MOTION; Request to sue in the US DIstrict Court the Governor of Colorado and et al,. since he is in contemt of of the Federal District Court order made by his honor judge Notthingham in 2003.   The SPECIAL MASTERS ARE OUT ORDER ALSO. I appealed the special master Borsher order in 2005, yet my case never came before this federal court.  Forcing me to may file a seperate lawsuit against the State of Colorado et al.,, if I not get satisfactory reply to this issues.

---

    Here comes citizen Fred F. FRANZONE and informs this honorable court of his intentions, as follows.  A Washington D.C. Law Firm will file in my behalf a civil law suit verses the state of Colorado due to the unbelievable delays and negligence of all responsable parties on the side of our federal laws.  It is further noted that FRANZONE never recieved any financial compensation nor any offer from the Governor of Colorado, for his suffering and pain and _unreversable damages_ due to the Crowley Correctional Facility refusal to take the minimal care as required by law for the care of a disabled citizen's diabetes.  For 9 (nine) months FRANZONE lived without any insulin as a punishment of his testemony before judge Nothingham in August of 2003, in the case of MONTEZ v. Governor Owens.  FRANZONE almost died.

I move forward also to modify my Classification to a Category IV.!  Further more Special Master Bosher was and is unable to handle this case due to conflict of interest.  Our law firm is not professional enough to hand this case any further. Gleison

I am requesting a reply as to why Mr. FRANZONE should not file a brand new law suit in this above case in the proper U.S. Court of Appeals for the 10th Circuit as soon as possible as it was requested at this court in 2005.

Colorado is in great danger of difaulting this lawsuit and issues for the disabled people in Colorado State, due to corruptions!  Please, check your past records and reply as soon as possible by granting a motion to further purse this above issues as presented now in a new view to this court.

Respectfully Submitted by , citizen Fred F. FRANZONE   cc 44

4-26-06

FROM
Mr. Fred F. Franzone
Sterling Correctional Facility
#96944 - 3
P.O. Box 6000
Sterling, CO 80751
------------

TO   U.S. DISTRICT COURT
CLERK OF THE COURT
901 19TH ST. Room A-105
DENVER, CO 80294
U. S. A.

## Certificate of Service

----------- I, FRED F. FRANZONE A CITIZEN, CERTIFIES THIS DOCUMENT THAT IT WAS MAILED BY U.S.P.S. TO THE ABOVE ADDRESS ON THIS DAY; April 26, 2006. FROM STERLING C.F., Co.

*[signature]*