

Khalid Wahab
P.O. Box 2000
Unit CB
Burlington, CO 80807-2000

119489

Not HERE

JRN INS/DTUR

CANNot LoCATE
92-CV-870
#1898, 1899

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 - 2006

GREGORY C. LANGHAM
CLERK

EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Thomas Castro, Claim number 03-119

## ORDER

Kane, J.

This matter is before the court on Claimant, Thomas Castro' Appeal of Final Order of Special Master (doc. #1728). The court has reviewed the final order, the objection and defendants' response, and finds as follows:

The Special Master did not abuse his discretion. The findings are made on the basis of the evidence presented and amply supported. There are no errors of law. The Final Order is well within the provisions of the Settlement Agreement. New or additional claims or facts first presented after the issuance of the Final Order are not reviewable. As the Special Master well stated, the Claimant may pursue a claim concerning medical care separate and apart from this class action. The appeal of Thomas Castro is denied. The Final Order of Special Master is affirmed.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

## ORDER GRANTING SPECIAL MASTERS' TWELFTH APPLICATION FOR PAYMENT OF FEES AND COSTS

THIS MATTER comes before the Court on the Twelfth Application for Payment of Fees and Costs filed by Richard M. Borchers, Bruce Pringle, and Richard C. Davidson who have been appointed as Special Masters in this case. The Court has reviewed the application and finds that the fees and costs in the amount of $ 34,210.36 are appropriate.

IT IS HEREBY ORDERED that the Special Masters' Twelfth Application for Payment of Fees and Costs is approved in the amount of $ 34,210.36; and

IT IS FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard Borchers, Bruce Pringle, and Richard C. Davidson.

SIGNED this 13 day of April, 2006.

BY THE COURT:

John L. Kane, Jr.
Senior United States District Judge