## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-EWN | |
| *consolidated with* 96-cv-00343-EWN | Deputy Clerk: Bernique Abiakam |
| Date: April 26, 2006 | Reporter:   Gwen Daniel |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | David H. Miller |
| | Jennifer Riddle |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Two**

**9:02 a.m.     Court in session.**

*Senior Judge John L. Kane assigned to preside over special matters in this case.*

Court calls case.

Preliminary discussion regarding examination time.

Counsel agree to 9 minutes for direct examination; 8 minutes for cross examination; and 3 minutes for redirect examination.

**Plaintiff's exhibits 38 through 46 offered and admitted**.

**Defendants exhibits Y-1 through Y-4 offered and admitted**.

9:27 a.m.     Plaintiff's witness, Rodney David Carter, called and sworn
              Direct examination begins by Mr. Miller.

```
```

*92-cv-00870-EWN consolidated with 96-cv-00343-EWN*
*Compliance Hearing day 2*
*April 26, 2006*

| | |
|---|---|
| 9:34 a.m. | Cross examination begins by Mr. Dance. |
| 9:37 a.m. | Redirect examination by Mr. Miller. |
| 9:38 a.m. | Witness excused. |
| 9:39 a.m. | Plaintiff's witness, Richard Alexander Payton, called and sworn. Direct examination begins by Mr. Miller. |
| 9:44 a.m. | Cross examination begins by Mr. Quinn. **Defendant's exhibits Z-1 through Z-3 offered and admitted**. |
| 9:49 a.m. | Witness excused. |
| 9:50 a.m. | Plaintiff's witness, Maurice Prince, called and sworn. Direct examination begins by Ms. Greisen. |
| 10:00 a.m. | **Defendants exhibits AA-1, AA-2, and AA-3 offered and admitted**. Cross examination begins by Mr. Dance. |
| 10:05 a.m. | Witness excused. |
| 10:06 a.m. | Plaintiff's witness, Stanley Renner, called and sworn. Direct examination begins by Ms. Greisen. |
| 10:17 a.m. | Cross examination begins by Mr. Quinn. **Defendant's exhibit BB1 through BB6 offered and admitted.** |
| 10:25 a.m. | Redirect examination by Ms. Greisen. |
| 10:26 a.m. | Objection. Overruled. Continued redirect examination. |
| 10:27 a.m. | Witness excused. |
| 10:29 a.m. | Plaintiff's witness, Troy Luna Fettes, called and sworn. Direct examination begins by Mr. Miller. |
| 10:38 a.m. | **Defendants exhibits CC-1 through CC-6 offered and admitted**. Cross examination begins by Mr. Dance. |
| 10:44 a.m. | Redirect examination by Mr. Miller. |

*92-cv-00870-EWN consolidated with 96-cv-00343-EWN*
*Compliance Hearing day 2*
*April 26, 2006*

| | |
|---|---|
| 10:47 a.m. | Witness excused. |
| 10:49 a.m. | Plaintiff's witness, Jacques Richardson, called and sworn.<br>Direct examination begins by Mr. Miller. |
| 10:51 a.m. | Objection. Sustained.<br>Continued direct examination by Mr. Miller. |
| 10:57 a.m. | Objection. Overruled.<br>Continued direct examination by Mr. Miller. |
| 10:58 a.m. | Cross examination begins by Mr. Quinn.<br>**Defendant's exhibits DD-1 through DD-3 offered and admitted**. |
| 11:09 a.m. | Witness excused. |
| 11:12 a.m. | Plaintiff's witness, Lester William Nortensen, called and sworn.<br>Direct examination begins by Mr. Miller. |
| 11:14 a.m. | Objection. Overruled.<br>Continued direct examination by Mr. Miller. |
| 11:23 a.m. | Cross examination begins by Mr. Dance.<br>**Defendant's exhibits EE-1 through EE-22 offered and admitted**. |
| 11:37 a.m. | Redirect examination by Mr. Miller. |
| 11:38 a.m. | Witness excused. |
| **11:39 a.m.** | **Court in recess**. |
| **1:32 p.m.** | **Court in session**. |
| 1:33 p.m. | Discussion regarding defendant's exhibit and working files of inmates.<br>Discussion regarding remaining witness schedule. |
| 1:40 p.m. | Plaintiff's witness, Edward M. Corbin, called and sworn.<br>Direct examination begins by Ms. Riddle. |
| 1:57 p.m. | Cross examination begins by Mr. Quinn.<br>**Defendant's exhibits FF-1 through FF-8 offered and admitted**. |

3

*92-cv-00870-EWN consolidated with 96-cv-00343-EWN*
*Compliance Hearing day 2*
*April 26, 2006*

| | |
|---|---|
| 2:11 p.m. | Redirect examination by Ms. Riddle. |
| 2:14 p.m. | Witness excused. |
| 2:22 p.m. | Plaintiff's witness, Keith Morris, called and sworn.<br>Direct examination begins by Mr. Miller. |
| 2:23 p.m. | Objection.  Sustained.<br>Continued direct examination by Mr. Miller. |
| 2:29 p.m. | Objection.  Sustained.<br>Continued direct examination by Mr. Miller. |
| 2:31 p.m. | Cross examination begins by Mr. Quinn.<br>**Defendant's exhibits HH-1 through HH-4 offered and admitted**. |
| 2:40 p.m. | Redirect examination by Mr. Miller. |
| 2:42 p.m. | Objection.  Overruled.<br>Continued redirect examination by Mr. Miller. |
| 2:43 p.m. | Witness excused. |
| 2:45 p.m. | Plaintiff's witness, Charles Russell Cunningham, III, called and sworn.<br>Direct examination begins by Mr. Miller. |
| 2:54 p.m. | Cross examination begins by Mr. Dance.<br>**Defendant's exhibits GG-1 through GG-3 offered and admitted**. |
| 3:01 p.m. | Redirect examination by Mr. Miller. |
| 3:03 p.m. | Witness excused.<br>**Defendant's exhibit KK offered and admitted**. |
| 3:32 p.m. | Plaintiff's witness, Gregg Johnston, Jr., called and sworn.<br>Direct examination begins by Mr. Miller. |
| 3:39 p.m. | Cross examination by Mr. Dance.<br>**Defendant's exhibits JJ-1 through JJ-5 offered and admitted**. |
| 3:48 p.m. | Redirect examination by Mr. Miller. |

*92-cv-00870-EWN consolidated with 96-cv-00343-EWN*
*Compliance Hearing day 2*
*April 26, 2006*

**3:50 p.m.**     Witness excused.
           **Court in recess**.

**4:12 p.m.**     **Court in session**.

4:13 p.m.     Plaintiff's witness, Julie Ann Deden, called and sworn.
           Direct examination begins by Mr. Miller.

4:47 p.m.     Cross examination begins by Ms. McCann.

4:50 p.m.     Objection.  Overruled.
           Continued cross examination by Ms. McCann.

4:56 p.m.     Redirect examination by Mr. Miller.
4:57 p.m.     Re-cross by Ms. McCann.

4:59 p.m.     Witness excused.

**Hearing will be continued on June 1-2, 2006.**

Further comments by the Court

**5:02 p.m.     Court in recess**.
Total time - 5 hours 45 minutes.  Hearing continued.