IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 cv 870 - EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

v.

BILL OWENS, *et al.*

## COMPLIANCE HEARING
## DEFENDANTS' EXHIBITS

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| A | Claims' Summary | | |
| B | Final Peter Orleans Report | ✓ | ✓ |
| C | Attachments to Peter Orleans Report | ✓ | ✓ |
| D | AIC Notebook | | |
| E | Training Notebook | | |
| F | Arkansas Valley Correctional Facility Notebook (AVCF) | | |

1

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| G | Buena Vista Correctional Complex (BVCF & BVMC) | | |
| H | Canon Minimum Center (ACC, SCC & FMCC) | | |
| I | Colorado Correctional Center (DWCF & DRDC) | | |
| J | Colorado State Penitentiary Notebook (CSP) | | |
| K | Colorado Territorial Correctional Facility Notebook (CTCF) | | |
| L | Colorado Women's Correctional Facility Notebook (CWCF) | | |
| M | Correctional Industries Notebook | | |
| N | Fort Lyon Correctional Facility Notebook (FLCF) | | |
| O | Limon Correctional Facility Notebook (LCF) | | |
| P | Pueblo Minimum Center & Youthful Offender System Notebook (PMC & YOS) | | |
| Q | San Carlos Correctional Facility Notebook (SCCF) | | |

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| R | Sterling Correctional Facility Notebook (SCF) | | |
| S | Jerry Hunter – Business Process | | ✓ |
| T1 | Diabetes Diet Information | | ✓ |
| T2 | Diabetes Class Information and Diabetes Diet Information | | ✓ |
| T3 | Carbohydrates Illustrated on Regular Menu | | ✓ |
| T4 | Diabetes Education Class | | ✓ |
| T5 | Nutritional Consultations | | ✓ |
| T6 | Brochure – The First Step in Diabetes Meal Planning | | ✓ |
| T7 | Brochure – El primer paso en plannear sus corridas de diabetes | | ✓ |
| T8 | Brochure – Basic Carbohydrate Counting | | ✓ |
| T9 | Handout – Plate Method | | ✓ |
| T10 | Handout – Anatomy of My Pyramid | | ✓ |
| T11 | Handout – My Pyramid | | ✓ |

3

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| T12 | Handout – Making Healthy Food Choices | | ✓ |
| T13 | Handout – How Our Bodies Keep Blood Glucose in a Healthy Range When We Are Not Eating | | ✓ |
| T14 | Handout - Carbohydrates | | 4-24-06 |
| U1 | Hypoglycemic Reaction Protocol | | |
| U2 | Hypoglycemic Reaction Patient Information Sheet | | |
| U3 | Clinical Care Flow Sheet – Diabetes Mellitus | | |
| U4 | Diabetes Mellitus Treatment Guidelines | | |
| U5 | Diabetes Mellitus CCG Chronic Care Guidelines | | |
| U6 | Diabetic Neuropathy | | |
| V | Active Diet Roster | | |
| W | April 13 and April 20 Class – Diabetic Education | 4-24-06 | |
| X | Administrative Regulation 700-10 | 4-24-06 | 4-24-06 |

4