Witness list

Monday

Cathie Holst
Richard Weems    4-24-06
Jerry Hunter     4-24-06
Jess Dance
Carol Berends    4-24-06
Carolyn Sutherland  4-24-06