IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

v.

BILL OWENS, *et al.*,

    Defendants.

## Plaintiffs EXHIBIT LIST

| Exhibit | Description | Offered | Accepted |
|---|---|---|---|
| 1. | Diabetics/Nutrition Education Attendance List | | |
| 2. | Remedial Plan | | |
| 3. | DRDC Notebook (w/o review) | | |
| 4. | Staff Training Notebook | | |
| 5. | AIC Notebook (w/o review) | | |
| 6. | Montez Training Curriculum Notebook | | |
| 7. | Linda Edwards Report | | |
| 8. | Fundamentals of Diabetes as prepared by Linda Edwards | | |
| 9. | Team Management of Diabetes by Linda Edwards | | |
| 10. | Hearing Report by Lariisa McClung | | |
| 11. | Sign on Sign Unit 2 – Misconceptions about Hearing Loss | | |
| 12. | Sign on Sign Unit 3 – Communication Issues | | |

| Exhibit | Description | Offered | Accepted |
|---|---|---|---|
| 13. | Sign on Sign Unit 4 – Resources and Choices | | |
| 14. | Sign on Sign Unit 5 – Applications | | |
| 15. | Sign on Sign "Unit 6 – Miscellaneous | | |
| 16. | Work Orders for Hearing Aid Repair (5) | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | Colorado Womens Correction Facility Notebook | | |
| 21. | Colorado State Penitentiary Notebook | | |
| 22. | Canon Minimum Notebook | | |
| 23. | Limon Correctional Facility Notebook | | |
| 24. | Colorado Territorial Correctional Facility Notebook | | |
| 25. | Pueblo Minimum Center and Youthful Offender System Notebook | | |
| 26. | Buena Vista Correctional Facility Notebook | | |
| 27. | Sterling Correctional Facility Notebook | | |
| 28. | Arkansas Valley Correctional Facility Notebook | | |
| 29. | Fort Lyons Correctional Facility Notebook | | |
| 30. | San Carlos Correctional Facility Notebook | | |
| 31. | Correctional Industries Notebook | | |
| 32. | AIC Database as of 2/8/06 | | |
| 33. | AIC Missing Files dated 11/8/05; | | |
| 34. | James Rudnick Final Order of Special Master | | |

| Exhibit | Description | Offered | Accepted |
|---|---|---|---|
| 35. | AIC update as of 4/12/06 | | |
| 36. | TDY Tape | | |
| 37. | Kevin Woodley Final Order of Special Master | ✓ | ✓ |
| 38. | Troy Fettes' Order of Special Master | ✓ | ✓ |
| 39. | Jacques Richardson Supplemental Form for Claimants Who Are Claiming Damages Due to Mobility Impairment | ✓ | ✓ |
| 40. | Lester Nortonsen's Accommodation Worksheet | ✓ | ✓ |
| 41. | Charles Cunningham's Accommodation Worksheet | ✓ | |
| 42. | Keith Morris' Accommodation Worksheet | ✓ | ✓ |
| 43. | Gregg Johnston's Accommodation Worksheet | ✓ | ✓ |
| 44. | Colorado Center for the Blind's Compliance Report for Fort Lyons Correctional Facility Related to Inmates that are Blind and Visually Impaired | | ✓ |
| 45. | Ayatte Accommodation | ✓ | |
| 46. | Carlin " | ✓ | ✓ |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

3