Monday  P. Wilmers
Larissa McClung 4-24-06
Linda Edwards 4-24-06

Wednesday Julie Deden 4-26-06

SCFCarter117042 9:00-9:20
SCF Payton 124173 9:20-9:40
SCFPrince56576 9:40-10:00
SCFRenner42781 10:00-10:20

CCFFettes99885 10:20-10:40
CCFRichardson 100851 10:40-11:00
CSPNortonsen 83398 11:00-11:20

FLCFCorbin 114258 1:30-1:50
FLCFCunningham 112847 1:50-2:10
FLCFMorris 116947 2:30-2:50

FCFAyotte 126891 2:50-3:10
FCFJohnston 112990 3:10-3:30

4-26-06

---

CTCFCrawford 85112

DRDCMcKinsey 58113
CCCCopp 109656
DWCFJackson 67291

FMCCNelson 116660
SCCBrown 66715
SCCSchrecongost 119200

LCFList 49545
LCFRudnick 68432


Teresa Reynolds
Legal Assistant II
Office of Correctional Legal Services
Phone: 719-226-4243
Fax: 719-226-4249