IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

# ORDER
_____

The part of George Charles Knorr's motion requesting a TRO, preliminary injunction, and permanent injunction, is incomprehensible and apparently frivolous. That part of the motion (#1937) is therefore DENIED. The remaining parts have been forwarded to the special masters.

Dated this 2nd day of May, 2006.

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          United States District Judge