In The United States District Court
For The District of Colorado

Civil Action No. 92-cv-00870-EWN-OES

Jesse Montez, et al.,
   Plaintiffs   Shawn Winkler #48319  Claimant 03-140
                 P.O. Box 10000 unit 4
                 Limon, CO 80826
v.
Bill Owens, et al.,
   Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 5 - 2006
GREGORY C. LANGHAM
CLERK

Motion for review - reconsideration or recuse

The record shows Edward W. Nottingham and John L. Kane refuse to acknowledge unremitting proof of the defendants perjury, undeniable evidence of coverups, and undisputable documentation of the defendants culpability at least in this case. In written response they have proven the complaint submitted by this plaintiff was not even read. Being employees of the defendants employer they have shown beyond all doubt the inability to offer unbiased judgment. The fact non-compliance hearings have to be held demonstrate they are abetting the defendants. Both Judges need to recuse and an order issued dismissing the Special Master's and all funds returned for pretending a purpoose for work not done.

Respectfully submitted May 3rd 2006
Shawn N. Winkley #48319