Civil Action No. 92-N-870
Civil Action No. 96-N-343
Claim No. 03-105
Category III

**Court Address:** U.S. District Court
Judge Robbie Barr
7907 Zenobia Street
Westminister, Colorado 80030-4444
303-307-2500

Plaintiff: (Martha Ann Sharp)
Jess (Jesus) Montez,

v.

Defendant(s).
Bill Owens,

**Attorney or Party Without Attorney (Name and Address):**
Martha Ann Sharp, #Doc 115534
Department of Corrections
P.O. 392005 or 3600 Havana St.
Denver, Colorado 80239-3264
303-307-2500

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 4 2006

GREGORY C. LANGHAM
CLERK

▲ COURT USE ONLY ▲

Case No.: CR1557, CR153, CR347

Div/Ctrm: _____

Motion for Court-Appointed Counsel, by Mail.

April 28, 2006

Attached is a application for Court-Appointed Counsel pursuant to CRS 21-1-103(3). I request representation for my bread Counsel, I need Counsel to write Civil Brief for my settlement award hearing to be held early summer at DWCF (3600 Havana St.), etc...

## APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM

Pursuant to §21-1-103(3), C.R.S., a processing fee of $25.00 may be collected by the court upon final disposition of this case.

Case number: _____ Court Room: _____ District: _____

Most serious charge: _____ Next hearing date/Type: _____

All sections must be completed. Print neatly. If an item does not apply, write N/A.

| Applicant | Applicant's Employer |
|---|---|
| Name Martha Ann Sharp, DOC #115534 | Company Department of Corrections |
| Mailing Address P.O. 392005 | Mailing Address P.O. 392004 |
| Street Address (if different) 3600 Havana St. | Street Address (if different) 3600 Havana St. |
| City, State, Zip Denver, Colorado 80239-3266 | City, State, Zip Denver, Colorado 80239-3266 |
| Phone number 303-307-2500 | Phone Number 303-307-2500  Position Para Pro/Window Porter |
| Soc. Sec. No. _____  Birthdate 05-09-1972 | Length of Employment 2002 Dec.  Hours/Week .60 day X 23 day |
| Driver's License No. _____  State Colorado | Pay Dates: 6th day of month  Pay Rate: $ .60 day |

| Other Household Members (Spouse, Parent, etc.) | Other Household Member's Employer |
|---|---|
| Name _____ | Company _____ |
| Relation to Applicant _____ | Mailing Address _____ |
| Mailing Address _____ | Street Address (if different) _____ |
| Street Address (if different) _____ | City, State, Zip _____ |
| City, State, Zip N/A | Phone Number _____  Position _____ |
| Phone number _____ | Length of Employment _____  Hours/Week _____ |
| Soc. Sec. No. _____  Birthdate _____ | Pay Dates: _____  Pay Rate: $ _____ |
| Driver's License No. _____  State _____ | |

Marital Status: ☐Single ☐Married ☐Separated ☐Divorced   Total Number of Dependents (including yourself): _____

| Gross Monthly Income | Amount | Monthly Expenses | Amount |
|---|---|---|---|
| Self April 2006 | $ 4.19 | Rent/Mortgage | $ — |
| Spouse/Other Household Members | — | Groceries | 16.05 |
| Parents (if same household) | — | Utilities | — |
| Unemployment | — | Clothing (Medical Tennies) | 17.00 |
| Social Security/Retirement Funds | — | Alimony/Maintenance and/or Child Support | — |
| Food Stamps/Public Assistance | — | Medical Expenses | 10.14 |
| Alimony/Maintenance and/or Child Support | — | Credit/Other Loans | — |
| Other Income April 2006. | 50.00 | Local/State/Federal Taxes | — |
| | | Other Court-Ordered Expenses | 11.00 |
| **Total Household Income** | $ 54.19  $0.00 | **Total Expenses** | $ 54.19  $0.00 |

| Assets To the best of knowledge | Amount | Description | |
|---|---|---|---|
| Savings Account Balance | $ — | Name of Bank: | — |
| Checking Account Balance | — | Name of Bank: | — |
| Value of Vehicles | — | Year and Model: | — |
| Value of Recreation Vehicles | — | Amount Owed: $ | — |
| Value of House | — | Type: | — |
| Value of Other Property | — | Type: | — |
| Value of Stocks, Bonds, Mutual Funds | — | Type: | — |
| Value of Other Investments | Current Civil Claim | Year and Model: | — |
| **Total Assets** | $ Unknown  $0.00 | Convertible to Cash = $ | — |

**References:**
1. Name/Address/Phone _____
2. Name/Address/Phone _____

**Guidelines:**
☐At or below or ☐Above or
☐Automatically eligible for PD/GAL/RPC   (☐In custody &/or bond allowed ☐Out on bond ) or
☐Refer to scoring instrument (Criminal, Misdemeanor, Traffic, Juvenile Delinquency cases )

Signature of investigator/clerk/PD: _____   Date: _____

I swear under penalty of perjury that the above-contained information is true and complete. I also understand that if the court grants this request, I may later be ordered to reimburse the State of Colorado for attorney fees spent on my behalf.

Client Signature _____   Date: _____

Signature of judicial officer: _____   Date: _____

Request: ☐granted or ☐denied

JDF 208   R12/04   APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM