**Colorado Department Of Corrections**

Name: Marshon Aron Sharp
Register Number: 115534
Unit: 2
Box Number: 392005
City, State, Zip: Denver, Colorado 80239-3244

Robbie Barr
7907 Zenobia Street
Westminster, Colorado
80030-4444