Civil Action No. 92-N-870
Civil Action No. 96-N-343
Claim No. 03-105
Category III

**U.S. District Court**

Court Address: Judge Richard Davidson
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Jess (Jesus) Montez, et al.
Plaintiff,

v.

Defendant(s).
Bill Owens, et al.,

Attorney or Party Without Attorney (Name and Address):
Martha Ann Sharp, DOC # 115534
Department of Corrections
P.O. 392005 or 3600 Havana St.
Denver, Colorado 80239-3266
303-307-2500

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 4 2006

GREGORY C. LANGHAM
CLERK

▲ COURT USE ONLY ▲

Case No.: CR1557, CR153, CR347

Div/Ctrm: _____

Motion to Appeal Reimbursement Denial, by Mail.

April 28, 2006

Per the Order I recieve April 26, 2006, date April 25, 2006, today I appeal order of Denial for Good cause. Attached I have given the Court reciept documents related to my Montez Claim. And documents showing I have exhausted the 10 free copies, for discovery documents, co-pays, postage, a completed application for Court-appointed Counsel pursuant to CRS 21-1-103 (3) (And the invitation from Paula G & David Miller, delivered through case manager name Sharon Lynn Risner). Your order states there is no paper for legal Counsel, I need Civil Attorney to write Civil Brief for settlement award Hearing to be held early summer 2006. Also enclosed I have medical document stating that Discharge medications were order 7-6-2005 for my Release but I was never released, a 90 day supply means Discharge Not Parole, I also have memo from Parole Board stating that my Parole was effective November 9, 2005 but I was never released. Your order dated April 25, 2006 denied my request for Discharge, this motion is to also appeal that denial decision. I have also attached additional reimbursement reciepts for good cause, for copy fees of discovery documents to provide to the court (yellow highlight withdraws slips, receipts) $7.70, $2.25, $11.80 4-20-2006, 3-8-2006, 4-28-2006, respectively. Also attached is documents of evidence to support my claim issue's for good cause.