DOC//Offender Search System Search Details

Page 1 of 1



## Colorado Department of Corrections

### Offender Search System Search Details

Last Updated On: **04/26/2006**

### SHARP, MARTHA A

Click a Link below for an explanation of terms



| | |
|---|---|
| Name: | SHARP, MARTHA A |
| Date of Birth | 05/09/1972 |
| Ethnicity | BLACK |
| Gender | FEMALE |
| Hair Color | BLACK |
| Eye Color | BROWN |
| Height | 5'09" |
| Weight | 190 |

| | |
|---|---|
| DOC Number | 115534 |
| Est. Parole Eligibility Date | 10/28/2005 |
| Next Parole Hearing Date | 11/2006 |
| Est. Mandatory Release Date | 03/08/2009 |
| Est. Sentence Discharge Date | 03/08/2009 |
| Current Facility Assignment | DENVER WOMENS CORRECTIONAL FACILITY |

| Sentence Date | Sentence | County | Case No. | Offense |
|---|---|---|---|---|
| 11/15/2002 | 4Y-4Y | ARAPAHOE | 00CR153 *Return personal checks* | MOTOR VEHICLE THEFT ATTEMPT |
| 11/15/2002 | 3Y-3Y | ARAPAHOE | 99CR1557 | FORGERY |
| 11/03/2003 | 7Y-7Y | DOUGLAS | 01CR347 *Return authorized charges made to credit card* | THEFT |
| 11/03/2003 | 3Y-3Y | DOUGLAS | 01CR347 | FINANCIAL TRANSACTION DEVICE & EQUITY SKIMMING FRAUD |

Close This Window

*Note! My MRD has not changed in 4 (four) years. Over 130 loss earn-time credits and good-time credits due to medical discrimination. I was wrongfully held in Adseg.*

DC FORM 750-1B (04/00)

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM
## PHOTOCOPY REQUEST FORM

LAST NAME: _Sharp,_ FIRST NAME: _Martha_ MI: _A_ DOC#: _115534_

FACILITY: _DWCF_ UNIT: _2_ DATE SUBMITTED: _March 8, 2006_

INDICATE THE DATE OF ANY COURT IMPOSED DEADLINE: _ASAP_

| | **DESCRIPTION** | **NO. PAGES** |
|---|---|---|
| 1 | Release documents for Montez | 15 |
| 2 | | x 3 |
| 3 | | 45 |
| 4 | | x.05 |
| 5 | | 2.25 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

**NUMBER OF COPIES NEEDED OF EACH PAGE LISTED ABOVE:** ____3____

INCOMPLETE FORMS WILL BE RETURNED. PLEASE PROPERLY DESCRIBE YOUR MATERIAL TO BE COPIED TO INSURE PROPER COMPLETION OF REQUEST.
**A SIGNED AND COMPLETED WITHDRAWAL TICKET MUST ACCOMPANY THIS REQUEST.**

_Martha, 3-8-2006_

**DO NOT WRITE BELOW THIS LINE-OFFICIAL USE ONLY** OFFENDER SIGNATURE

LEGAL: _X_
DENIED: _____ IN TOTAL
_____ IN PART

CHARGE TO ACT. $ _2.25_

AUTHORIZED COPIES: _3_

DATE RECEIVED AT SENDING FACILITY: _3/8/06_ NUMBER OF PAGES RECEIVED: _____
DATE RECEIVED IN PROCESSING LAW LIBRARY: _3/8/06_
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: _____
DATE COMPLETED _3/8/06_
STAFF/CLERK PHOTOCOPIER INITIALS: _____

| | | |
|---|---|---|
| | METER END: | 172164 |
| MINUS | METER BEGIN: | 172118 |
| | TOTAL COPIES: | 46 |
| MINUS | ADMINISTRATIVE COPIES: | 1 |
| | TOTAL COPIES TO OFFENDER: | 45 |

Attachment "B"
Page 1 of 1

20052(1/00)

DC FORM 750-1B (04/00)

## COLORADO DEPARTMENT OF CORRECTIONS
## LEGAL ACCESS PROGRAM
# PHOTOCOPY REQUEST FORM

LAST NAME: _Sharp, Martha_   FIRST NAME: _M_   MI: _A_   DOC#: _115534_

FACILITY: _DWCF_   UNIT: _2_   DATE SUBMITTED: _4-20-2006_

INDICATE THE DATE OF ANY COURT IMPOSED DEADLINE: _ASAP (4-20-2006?)_

| | DESCRIPTION | NO. PAGES |
|---|---|---|
| 1 | Federal Relief attachments | 7 |
| 2 | | 3 |
| 3 | | 1 |
| 4 | | 1 |
| 5 | | 1 |
| 6 | | 2 |
| 7 | | 5 |
| 8 | | 2 |
| 9 | | 22 |
| 10 | | x 7 |

NUMBER OF COPIES NEEDED OF EACH PAGE LISTED ABOVE: _7_   154 / x 7.70

INCOMPLETE FORMS WILL BE RETURNED. PLEASE PROPERLY DESCRIBE YOUR MATERIAL TO BE COPIED TO INSURE PROPER COMPLETION OF REQUEST.
**A SIGNED AND COMPLETED WITHDRAWAL TICKET MUST ACCOMPANY THIS REQUEST.**

_M. Sharp_
OFFENDER SIGNATURE

**DO NOT WRITE BELOW THIS LINE-OFFICIAL USE ONLY**

LEGAL: _X_
DENIED: _____ IN TOTAL
_____ IN PART

CHARGE TO ACT. $ _7.70_

AUTHORIZED COPIES: _7_

DATE RECEIVED AT SENDING FACILITY: _4/20/06_   NUMBER OF PAGES RECEIVED: _22_
DATE RECEIVED IN PROCESSING LAW LIBRARY: _4/20/06_
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: _22_
DATE COMPLETED _4/20/06_
STAFF/CLERK PHOTOCOPIER INITIALS: _ma_

| | | |
|---|---|---|
| | METER END: | 178651 |
| MINUS | METER BEGIN: | 178496 |
| | TOTAL COPIES: | 155 |
| MINUS | ADMINISTRATIVE COPIES: | 1 |
| | TOTAL COPIES TO OFFENDER: | 154 |

Attachment "B"
Page 1 of 1

20052(1/00)

DC FORM 750-1B (04/00)

**COLORADO DEPARTMENT OF CORRECTIONS**
**LEGAL ACCESS PROGRAM**
# PHOTOCOPY REQUEST FORM

LAST NAME: Sharp　　　FIRST NAME: Matthew　MI: A　DOC#: 115534

FACILITY: DWCF - 2　　UNIT: 2　　DATE SUBMITTED: ASAP

INDICATE THE DATE OF ANY COURT IMPOSED DEADLINE: July 2006

| | DESCRIPTION | NO. PAGES |
|---|---|---|
| 1 | Motion Claim | 30 |
| 2 | | 29 |
| 3 | | 59 |
| 4 | | x 4 |
| 5 | | 236 |
| 6 | | x.05 |
| 7 | | |
| 8 | | 11.80 |
| 9 | | |
| 10 | | |

**NUMBER OF COPIES NEEDED OF EACH PAGE LISTED ABOVE:** 4

INCOMPLETE FORMS WILL BE RETURNED. PLEASE PROPERLY DESCRIBE YOUR MATERIAL TO BE COPIED TO INSURE PROPER COMPLETION OF REQUEST.
**A SIGNED AND COMPLETED WITHDRAWAL TICKET MUST ACCOMPANY THIS REQUEST.**

MaS.A
OFFENDER SIGNATURE

**DO NOT WRITE BELOW THIS LINE-OFFICIAL USE ONLY**

LEGAL: X
DENIED: _____ IN TOTAL
_____ IN PART

CHARGE TO ACT. $ 11-80

AUTHORIZED COPIES: 4

DATE RECEIVED AT SENDING FACILITY: 4/28/06　　NUMBER OF PAGES RECEIVED: 59
DATE RECEIVED IN PROCESSING LAW LIBRARY: 4/28/06
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 59
DATE COMPLETED 4/28/06
STAFF/CLERK PHOTOCOPIER INITIALS:

| | | |
|---|---|---|
| | METER END: | 179766 |
| MINUS | METER BEGIN: | 179529 |
| | TOTAL COPIES: | 237 |
| MINUS | ADMINISTRATIVE COPIES: | 1 |
| | TOTAL COPIES TO OFFENDER: | 236 |

Attachment "B"
Page 1of 1

20052(1/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-105
Category III
Claimant: Martha Ann Sharp, #115534
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER – RE: MOTION TO REIMBURSE

---

THIS MATTER came before the Special Master upon the Motion to Reimburse filed by Claimant. Numerous issues are raised in the motion and will be treated as separate motions and ruled upon individually.

1.      Motion for reimbursement of co-pays.

Claimant has requested that the Special Master order reimbursement of the co-payments made on June 13, 2005, November 9, 2005 and January 6, 2005. Each co-payment was in the amount of $5.00.

The request is beyond the scope of the limited jurisdiction given to the Special Masters under the Remedial Plan and is DENIED.

2.      Request for reimbursement of discovery document copies.

Claimant has sought reimbursement of the following amounts:

$17.50   on ~~March 21, 2005~~ *March 1, 2005*
$0.50    on January 11, 2006
$4.80    on November 15, 2005

$4.25   on November 18, 2005 ✓
$0.50   on October 20, 2005 ✓
$1.00   on July 15, 2005 ✓
$1.50   on July 25, 2005 ✓
$2.25   on July 26, 2005 ✓
$1.60   on August 1, 2005 ✓
$0.75   on August 1, 2005 ✓
$0.30   on August 1, 2005 ✓
$0.60   on August 1, 2005 ✓
~~$0.75   on June 24, 2005~~ *No receipt found*
~~$0.50   on June 27, 2005~~
$10.80 on ~~January 1, 2005~~ *January 21, 2005*

The total of those amounts is $47.30.

The Special Master cannot determine whether or not these charges are related to Claimant's *Montez* claim and whether or not Claimant has exhausted her 10 free copies. Unless Claimant can provide good cause, this motion for reimbursement of discovery documents will be DENIED.

3.      Request for reimbursement of postage.

Claimant has indicated that on December 23, 2005, April 18, 2005 and April 1, 2005, she is owed a refund in the amount of $18.78 for postage stolen from the mailroom. Claimant seeks to have the Special Master order Defendants to reimburse her for those losses.

The request is beyond the scope of the limited jurisdiction given to the Special Masters in the Remedial Plan and is DENIED.

4.      Request for Order of Discharge.

Claimant has requested that the Special Master order her discharge for violations of the Eighth Amendment.  Claimant has indicated that on January 22, 2006, she was denied medications by the nursing staff who informed Claimant that the computer lists Claimant as a parolee and, therefore, Claimant cannot be given medications by the nursing staff since she should not be at the facility.

The request for an order of discharge is beyond the scope of the limited jurisdiction given to the Special Master in the Remedial Plan and is DENIED.

5.      Request for setting date of hearing.

Claimant has requested the date when her hearing is to be rescheduled.  The Special Masters are in the process of scheduling approximately 75 hearings at present.

Liekly, the hearing will be scheduled for early summer. An order with the date will be sent by the Special Master.

Claimant has also indicated that David Miller and Paula Greisen are representing her on her *Montez* claim. To date, the Special Masters have not received any paperwork from either Mr. Miller or Ms. Greisen indicating that they will be representing Claimant. The last paragraph of Section XXXII of the Remedial Plan states:

> Plaintiffs' Class Counsel may or may not represent individual class members with respect to their individual damage claims. Class counsel does not have an obligation to represent any individual with respect to their individual damage claim.

Until the Special Master receives paperwork from either Mr. Miller or Ms. Greisen indicating representation, the Special Master will consider Claimant to be *pro se*.

IT IS HEREBY ORDERED that Claimant's Motion for Reimbursement of Co-Payments is DENIED; and

IT IS FURTHER ORDERED that, absent a showing of good cause, Claimant's Motion for Reimbursement of Discovery document costs is DENIED; and

IT IS FURTHER ORDERED that Claimant's Motion for Reimbursement of Postage is DENIED; and

IT IS FURTHER ORDERED that Claimant's Request for Order of Discharge is DENIED; and

IT IS FURTHER ORDERED that, upon his own motion, the Special Master will set a new hearing on Claimant's claim; and

IT IS FURTHER ORDERED that all previous orders entered remain in full force and effect.

SIGNED this 25th day of April, 2006.

BY THE COURT:

Richard C. Davidson,
Special Master

3

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – RE:   MOTION TO REIMBURSE this _25_ day of April, 2006 to the following:

Ms. Martha Ann Sharp, #115534
DWCF
P.O. Box 392005
Denver, CO 80239

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Judy Olive

**COLORADO STATE DEPARTMENT OF CORRECTIONS**
AUTHORIZATION TO **RELEASE/REQUEST** MEDICAL INFORMATION

Sec. 5 HR/Req

I, Martha Ann Sharp DOB 5-9-1972 DOC # 115534 FACILITY Dwe

(Please Print)

SS# 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

Authorize the Department of Corrections to _____ release ✓ request copy

medical/mental health records (to/from) Myself – Martha Ann Sharp

Dwcf – DOC _____ NAME OF PERSON OR ORGANIZATION.

Extent or nature of information, please include dates of service requested.

_____ Copy of History and Physical, Dis. Summary and Procedure Note.

_____ Copy of Ambulatory Health Record.

_____ Copy of Medical/Mental Health Records--Records released for continuity.

X _____ OTHER **Medical & Mental Health** of care when DOC receives info.

When Dept. of Corrections requests information mail to:

DOC, Dwcf
Unit# 2B1
Denver, Colorado

(10 free copies per
Month 2 given
1/6/06 ) C.W

I understand that the information to be released may include HIV infections and Drug and Alcohol documentation.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with it. This release will remain in effect for 90 days, unless specified in writing for a shorter time frame.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent shall be accomplished by a written notice which states as follows:

"This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Fed. Regulation (42 CFR, part 2) prohibits you from making any further disclosure of it without specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose."

I hereby release the health care provider from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing **PATIENT'S CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and I do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

Date 12-21-2005   OFFENDER'S NAME Mabit, Martha Ann Sharp

WITNESS _____

31215(R1/00)   Dist:   White-Med. Rec.   Canary-Offender Copy

medical records

**DEPARTMENT OF CORRECTIONS**
**AUTHORIZATION FOR PATIENT ACCESS TO HEALTH INFORMATION**

| Patient Name: *Sharp, Martha* | DOC#: *115534* | Date: *7/15/05* |

**Mental Health Clinician or Designee Acknowledgment of Patient's Request for Access to Health Records.**

I hereby acknowledge the request of the named-patient to ☒ inspect and/or ☐ receive photocopies of the health records of hospitalization and/or outpatient treatment at the Department of Corrections. I feel that the records ☒ do not ☐ do contain information relating to psychiatric problems or doctor's notes which, if revealed to the patient, would have a significant negative psychological impact upon him/her.

| Mental Health Clinician or Designee: | Date: | Time: |

**Patient's Acknowledgment of Access to Health Records**

I hereby acknowledge that I or designated representative have ✓ inspected and/or ___ received photocopies of the health records of hospitalization and/or outpatient treatment at the Department of Corrections of the named-patient.

☐ I have been denied access of the following portion(s) of my health record:

These records will be available for release or inspection upon request and completion of the patients treatment program.

| Signature of Patient or Designated Representative: *M.D. it* | Date: *July 16, 2005* | Time *12:40 pm* |

**Employee's Acknowledgment Of Information Given:**

☒ Medical Record                      ☒ X-Ray Reports
☐ Mental Health Record                ☒ Progress Notes
☒ History and Physical Examination    ☒ Laboratory Reports
☒ Consultation Reports                ☐ Other (please specify)_____

| Signature of Employee Releasing Information: *Judy Hoover* | Date: *7/15/05* |

**Revocation of Patient or Designee Authorization to Release Health Records**

As of _____*N/A*_____, I no longer authorize the release of my health records to:

| Signature of Patient or Designated Representative: | Date: |

Rev. 11/2001   31215

**COLORADO STATE DEPARTMENT OF CORRECTIONS**

Sec. 5 HR/Req

AUTHORIZATION TO **RELEASE/REQUEST** MEDICAL INFORMATION

I, _Martha Sharp_ DOB _5·9·1972_ DOC # _115534_ FACILITY _PMC_
(Please Print)

SS# _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_

Authorize the Department of Corrections to _X_ release _____ request

medical/mental health records (to/from) _Martha Sharp, PMC_

_____NAME OF PERSON OR ORGANIZATION.

Extent or nature of information, please include dates of service requested.

_____ Copy of History and Physical, Dis. Summary and Procedure Note.

_____ Copy of Ambulatory Health Record.

_____ Copy of Medical/Mental Health Records--Records released for continuity.

_X_ OTHER _Ambulatory Records_ of care when DOC receives info.

When Dept. of Corrections requests information mail to:

_Pueblo Minimum Center_

I understand that the information to be released may include HIV infections and Drug and Alcohol documentation.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with it. This release will remain in effect for 90 days, unless specified in writing for a shorter time frame.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent shall be accomplished by a written notice which states as follows:

"This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Fed. Regulation (42 CFR, part 2) prohibits you from making any further disclosure of it without specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose."

I hereby release the health care provider from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing **PATIENT'S CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and I do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

Date _7/_____   OFFENDER'S NAME _____ 7-2005

WITNESS _____

31215(R1/00)   Dist:   White-Med. Rec.   Canary-Offender Copy

Date __2/9/06__     Room # __101__

Offender Name __Sharp__     DOC # __115534__

Message from your Case Manager:

Murphy Group meeting. (you)

scheduled appt for Thursday 2/16/06

between 1 p.m - 3:30 p.m. in South Vide tape.

**Bring this message if I have asked you to see me.**

Sign __S. Risner__

```
≈ INMATE BANKING ═══════ INMATE BANKING HISTORY ═════════ 04/27/2005 = Page  1

Account: 115534 SHARP, MARTHA A                    DEN-WOMENS DW//UNIT3
        To:From Dates  01/01/2005: 04/27/2005
==============================================================================
Trans Date      Description       Deposits  Withdrawls      Balance     Loc
----------    -------------       --------  ----------   -------------   ---
01/01/2005   BALANCE AS OF 01/01/2005                           82.60   DW
01/04/2005   Canteen Order #3633870               19.81         62.79   DW
01/04/2005   MONEY ORDER - CREDIT     30.00                     92.79   DW
01/07/2005   1 LIVING UNIT 6 COMPLI   13.20                    105.99   DW
01/18/2005   Canteen Order #3656899               36.07         69.92   DW
01/21/2005   PHOTOS - DEBIT                        3.00         66.92   DW
01/21/2005   XEROX-DEBIT                          10.80         56.12   DW
01/25/2005   POSTAGE-DEBIT                         0.60         55.52   DW
01/31/2005   RESTITUTION-00CR153                   8.64         46.88   DW
01/31/2005   Canteen Order #3676133               26.49         20.39   DW
02/04/2005   1 LIVING UNIT 6 COMPLI   11.40                     31.79   DW
02/07/2005   HOBBY-DEBIT                           0.75         31.04   DW
02/08/2005   MONEY ORDER - CREDIT     10.00                     41.04   DW
02/08/2005   MONEY ORDER - CREDIT     30.00                     71.04   DW
02/09/2005   HOBBY-DEBIT                           0.75         70.29   DW
02/14/2005   Canteen Order #3697077               21.97         48.32   DW
02/17/2005   POSTAGE-DEBIT                         0.87         47.45   DW
02/23/2005   TELEPHONE-CREDIT          2.54                     49.99   CM
02/23/2005   CLOSE TO COMMUNITY                   37.17         12.82   CM
02/28/2005   RESTITUTION-00CR153                  10.28          2.54   CM
03/01/2005   XEROX-DEBIT                          17.50        -14.96   CM
03/03/2005   1 LIVING UNIT 6 COMPLI    7.80                     -7.16   CM
03/31/2005   RESTITUTION-00CR153                   1.56         -8.72   DW
04/01/2005   POSTAGE-DEBIT                         0.74         -9.46   DW
04/04/2005   Canteen Order #3766928                1.49        -10.95   DW
04/15/2005   MONEY ORDER - CREDIT     30.00                     19.05   DW
04/18/2005   POSTAGE-DEBIT                        12.04          7.01   DW
04/25/2005   1 STREHLOW UNASSIGNED     0.92                      7.93   DW
04/25/2005   Canteen Order #3798876                1.00          6.93   DW
04/26/2005   MONEY ORDER - CREDIT     10.00                     16.93   DW
04/27/2005   BALANCE AS OF 04/27/2005                           16.93   DW
==============================================================================
                     Total money order in hold:             0.00
                     Current balance as of 04/27/2005:      16.93
                     **Reserved/Encumbered Monies:           8.18
                     Available money as of 04/27/2005:       8.75
```

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 01/01/2006 - 02/08/2006
Printed: 02/08/2006

Name: SHARP, MARTHA
Number: 115534
Location: DEN-WOMENS - DW/UNIT2

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/06 00:00 | Beginning Balance | | 0.87 | 0.87 | | | 0.00 | 0.87 | |
| 01/06/06 17:49 | 1 RISNER UNASSIGNED | 5.06 | 5.93 | 5.93 | MANDATORY | 1.01 | 1.01 | 4.92 | DW |
| 01/06/06 23:49 | MEDICAL DEBIT APPOINT | -5.00 | 0.93 | 0.93 | | | 1.01 | 0.00 | DW |
| 01/11/06 15:50 | XEROX DEBIT | -0.50 | 0.43 | 0.43 | | | 1.01 | 0.00 | DW |
| 01/11/06 23:47 | WESTERN UNION CREDIT | 30.00 | 30.43 | 30.43 | MANDATORY | 6.00 | 7.01 | 23.42 | DW |
| 01/19/06 09:08 | Canteen #4207179 Hold | | | 30.43 | CANTEEN | 23.26 | 30.27 | 0.16 | |
| 01/23/06 11:01 | Canteen Order #4207179 | -23.26 | 7.17 | 7.17 | | | 7.01 | 0.16 | DW |
| 01/31/06 03:43 | RESTITUTION-00CR153 | -7.01 | 0.16 | 0.16 | | | 0.00 | 0.16 | DW |
| 02/06/06 23:43 | JPAY CREDIT | 30.00 | 30.16 | 30.16 | MANDATORY | 6.00 | 6.00 | 24.16 | DW |
| 02/08/06 23:58 | Ending Balance | | 30.16 | 30.16 | | | 6.00 | 24.16 | |

Total Deposits:  65.06
Total Withdrawals:  35.77

| Account Information as of  02/08/2006  7:53AM | | | |
|---|---|---|---|
| Status: ACTIVE | Current Balance: | 30.16 | Total Money In Hold: | $0.00 |
| | Total Reserved/Encumbered: | $6.00 | Available Balance | $24.16 |

**Statement Information**

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

NOTICE: This statement may not include most recent Withdrawals or Deposits.

**COLORADO DEPARTMENT OF CORRECTIONS**
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 11/01/2005 - 01/06/2006
Printed: 01/06/2006

**Name:** SHARP, MARTHA
**Number:** 115534
**Location:** DEN-WOMENS - DW/UNIT2

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 11/01/05 00:00 | Beginning Balance | | -0.39 | 0.00 | | | 0.00 | 0.00 | |
| 11/01/05 10:59 | MONEY ORDER - CREDIT | 15.00 | 14.61 | 14.61 | MANDATORY | 3.00 | 3.00 | 11.61 | DW |
| 11/04/05 07:30 | Canteen #4082754 Hold | | | 14.61 | CANTEEN | 6.05 | 9.05 | 5.56 | |
| 11/07/05 12:28 | Canteen Order #4082754 | -6.05 | 8.56 | 8.56 | | | 3.00 | 5.56 | DW |
| 11/07/05 13:06 | MONEY ORDER - CREDIT | 30.00 | 38.56 | 38.56 | MANDATORY | 6.00 | 9.00 | 29.56 | DW |
| 11/08/05 15:09 | MONEY ORDER - CREDIT | 10.00 | 48.56 | 48.56 | MANDATORY | 2.00 | 11.00 | 37.56 | DW |
| 11/09/05 07:14 | Canteen #4094477 Hold | | | 48.56 | CANTEEN | 29.71 | 40.71 | 7.85 | |
| 11/08/05 23:42 | MEDICAL-DEBIT APPOINT | -5.00 | 43.56 | 43.56 | | | 40.71 | 2.85 | DW |
| 11/14/05 14:43 | Canteen Order #4094477 | -29.71 | 13.85 | 13.85 | | | 11.00 | 2.85 | DW |
| 11/15/05 14:21 | XEROX-DEBIT | -4.80 | 9.05 | 9.05 | | | 11.00 | 0.00 | DW |
| 11/18/05 13:24 | XEROX-DEBIT | -4.25 | 4.80 | 4.80 | | | 11.00 | 0.00 | DW |
| 11/23/05 14:27 | 1 STREHLOW UNASSIGNED | 4.83 | 9.63 | 9.63 | MANDATORY | 0.97 | 11.97 | 0.00 | DW |
| 11/30/05 03:43 | RESTITUTION-00CR153 | -11.97 | -2.34 | 0.00 | | | 0.00 | 0.00 | DW |
| 12/07/05 12:22 | 1 RISNER UNASSIGNED | 0.69 | -1.65 | 0.35 | MANDATORY | 0.14 | 0.14 | 0.21 | DW |
| 12/07/05 12:25 | 1 CW UNASSIGNED | 2.53 | 0.88 | 0.88 | MANDATORY | 0.51 | 0.65 | 0.23 | DW |
| 12/08/05 09:16 | Canteen #4137983 Hold | | | 0.88 | CANTEEN | 0.20 | 0.85 | 0.03 | |
| 12/08/05 13:52 | MONEY ORDER - CREDIT | 30.00 | 30.88 | 30.88 | MANDATORY | 6.00 | 6.85 | 24.03 | DW |
| 12/14/05 11:03 | Canteen Order #4137983 | -0.20 | 30.68 | 30.68 | | | 6.65 | 24.03 | DW |
| 12/15/05 08:33 | Canteen #4151758 Hold | | | 30.68 | CANTEEN | 23.16 | 29.81 | 0.87 | |
| 12/16/05 13:02 | Canteen Order #4151758 | -23.16 | 7.52 | 7.52 | | | 6.65 | 0.87 | DW |
| 12/30/05 03:51 | RESTITUTION-00CR153 | -6.65 | 0.87 | 0.87 | | | 0.00 | 0.87 | DW |
| 01/06/06 23:58 | Ending Balance | | 0.87 | 0.87 | | | 0.00 | 0.87 | |

**Total Deposits:** 93.05
**Total Withdrawals:** 91.79

**Account Information as of 01/06/2006 3:09PM**

| | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 0.87 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $0.00 | **Available Balance** | $0.87 |

**Statement Information**

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC (Facility Code)** is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 10/01/2005 - 10/31/2005
Printed: 11/07/2005

Name: SHARP, MARTHA
Number: 115534
Location: DEN-WOMENS - DW/UNIT1

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/05 00:00 | Beginning Balance | | 3.40 | 3.40 | | | 0.00 | 3.40 | |
| 10/05/05 12:09 | 1 STREHLOW UNASSIGNED | 5.06 | 8.46 | 8.46 | MANDATORY | 1.01 | 1.01 | 7.45 | DW |
| 10/05/05 14:35 | MONEY ORDER - CREDIT | 30.00 | 38.46 | 38.46 | MANDATORY | 6.00 | 7.01 | 31.45 | DW |
| 10/13/05 12:39 | Canteen #4053654 Hold | | | 38.46 | CANTEEN | 31.34 | 38.35 | 0.11 | |
| 10/18/05 13:36 | Canteen Order #4053654 | -31.34 | 7.12 | 7.12 | | | 7.01 | 0.11 | DW |
| 10/20/05 13:56 | XEROX-DEBIT | -0.50 | 6.62 | 6.62 | | | 7.01 | 0.00 | DW |
| 10/31/05 03:28 | RESTITUTION-00CR153 | -7.01 | -0.39 | 0.00 | | | 0.00 | 0.00 | DW |
| 10/31/05 23:58 | Ending Balance | | -0.39 | 0.00 | | | 0.00 | 0.00 | |

Total Deposits: 35.06
Total Withdrawals: 38.85

| Account Information as of 11/07/2005 9:14AM | | | |
|---|---|---|---|
| Status: ACTIVE | Current Balance: | 14.61 | Total Money In Hold: | $0.00 |
| | Total Reserved/Encumbered: | $9.05 | Available Balance | $5.56 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

NOTICE: This statement may not include most recent Withdrawals or Deposits.

## COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 08/01/2005 - 08/31/2005
Printed: 09/07/2005

**Name:** SHARP, MARTHA
**Number:** 115534
**Location:** DEN-WOMENS - DW//UNIT3

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 08/01/05 00:00 | Beginning Balance | | 7.39 | 7.39 | | | 0.00 | 7.39 | |
| 08/01/05 11:45 | XEROX-DEBIT | -1.60 | 5.79 | 5.79 | | | 0.00 | 5.79 | PM |
| 08/01/05 11:45 | XEROX-DEBIT | -0.75 | 5.04 | 5.04 | | | 0.00 | 5.04 | PM |
| 08/01/05 11:45 | XEROX-DEBIT | -0.30 | 4.74 | 4.74 | | | 0.00 | 4.74 | PM |
| 08/01/05 11:45 | XEROX-DEBIT | -0.60 | 4.14 | 4.14 | | | 0.00 | 4.14 | PM |
| 08/02/05 08:58 | Canteen #3943472 Hold | | | 4.14 | CANTEEN | 3.41 | 3.41 | 0.73 | |
| 08/02/05 15:23 | MONEY ORDER - CREDIT | 10.00 | 14.14 | 14.14 | MANDATORY | 2.00 | 5.41 | 8.73 | PM |
| 08/04/05 07:40 | Canteen Order #3943472 | -3.41 | 10.73 | 10.73 | | | 2.00 | 8.73 | PM |
| 08/09/05 08:21 | Canteen #3954979 Hold | | | 10.73 | CANTEEN | 8.61 | 10.61 | 0.12 | |
| 08/09/05 10:58 | 2 GROUNDS MAINT II | 10.01 | 20.74 | 20.74 | MANDATORY | 2.00 | 12.61 | 8.13 | PM |
| 08/09/05 13:31 | Canteen #3956752 Hold | | | 20.74 | CANTEEN | 0.93 | 13.54 | 7.20 | |
| 08/09/05 13:50 | Canteen #3956849 Hold | | | 20.74 | CANTEEN | 0.79 | 14.33 | 6.41 | |
| 08/09/05 15:44 | MONEY ORDER - CREDIT | 30.00 | 50.74 | 50.74 | MANDATORY | 6.00 | 20.33 | 30.41 | PM |
| 08/15/05 12:51 | Canteen Order #3954979 | -8.61 | 42.13 | 42.13 | | | 11.72 | 30.41 | PM |
| 08/16/05 09:11 | Canteen #3968477 Hold | | | 42.13 | CANTEEN | 23.15 | 34.87 | 7.26 | |
| 08/18/05 11:38 | XEROX-DEBIT | -3.25 | 38.88 | 38.88 | | | 34.87 | 4.01 | PM |
| 08/18/05 14:06 | Canteen Order #3968477 | -23.15 | 15.73 | 15.73 | | | 11.72 | 4.01 | PM |
| 08/19/05 08:01 | Canteen Order #3956849 | -0.79 | 14.94 | 14.94 | | | 10.00 | 4.94 | PM |
| 08/19/05 08:01 | Canteen Order #3956752 | -0.93 | 14.01 | 14.01 | | | 10.00 | 4.01 | PM |
| 08/25/05 11:15 | Canteen #3982022 Hold | | | 14.01 | CANTEEN | 4.00 | 14.00 | | |
| 08/25/05 15:13 | Canteen Credit #3977765 | 20.15 | 34.16 | 34.16 | | | 14.00 | 20.16 | DW |
| 08/26/05 13:17 | Canteen #3982022 | -4.00 | 30.16 | 30.16 | | | 10.00 | 20.16 | DW |
| 08/31/05 03:34 | RESTITUTION-00CR153 | -10.00 | 20.16 | 20.16 | | | 0.00 | 20.16 | DW |
| 08/31/05 23:58 | Ending Balance | | 20.16 | 20.16 | | | 0.00 | 20.16 | |

**Total Deposits:** 70.16
**Total Withdrawals:** 57.39

| Account Information as of  09/07/2005  12:11PM | | |
|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 5.52 | **Total Money In Hold:** $0.00 |
| | **Total Reserved/Encumbered:** $0.37 | **Available Balance** $5.15 |

---

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado
**Statement of Account Activity**
Period: 07/01/2005 - 07/31/2005
Printed: 08/01/2005

**Name:** SHARP, MARTHA
**Number:** 115534
**Location:** PUEBLO MIN - PMC/UNIT1

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/05 00:00 | Beginning Balance | | 25.62 | 25.62 | | | 0.00 | 25.62 | |
| 07/05/05 08:37 | Canteen #3902021 Hold | | | 25.62 | CANTEEN | 3.20 | 3.20 | 22.42 | |
| 07/05/05 09:20 | Canteen #3902242 Hold | | | 25.62 | CANTEEN | 11.28 | 14.48 | 11.14 | |
| 07/05/05 09:28 | Canteen #3902482 Hold | | | 25.62 | CANTEEN | 0.67 | 15.15 | 10.47 | |
| 07/06/05 13:26 | Canteen Order #3902242 | -11.28 | 14.34 | 14.34 | | | 3.87 | 10.47 | PM |
| 07/06/05 15:57 | 2 GROUNDS MAINT II | 9.69 | 24.03 | 24.03 | MANDATORY | 1.94 | 5.81 | 18.22 | PM |
| 07/07/05 10:54 | POSTAGE-DEBIT | -5.57 | 18.46 | 18.46 | | | 5.81 | 12.65 | PM |
| 07/08/05 09:38 | Canteen #3911648 Hold | | | 18.46 | CANTEEN | 0.36 | 6.17 | 12.29 | |
| 07/11/05 15:36 | MONEY ORDER - CREDIT | 30.00 | 48.46 | 48.46 | MANDATORY | 6.00 | 12.17 | 36.29 | PM |
| 07/12/05 10:02 | 1 TRANSITION UNA | 0.23 | 48.69 | 48.69 | MANDATORY | 0.05 | 12.22 | 36.47 | PM |
| 07/15/05 10:12 | XEROX-DEBIT | -1.00 | 47.69 | 47.69 | | | 12.22 | 35.47 | PM |
| 07/15/05 17:02 | 1 LABORER | 0.69 | 48.38 | 48.38 | MANDATORY | 0.14 | 12.36 | 36.02 | PM |
| 07/19/05 07:22 | Canteen Order #3902021 | -3.20 | 45.18 | 45.18 | | | 9.16 | 36.02 | PM |
| 07/19/05 07:40 | Canteen Order #3902482 | -0.67 | 44.51 | 44.51 | | | 8.49 | 36.02 | PM |
| 07/19/05 07:41 | Canteen Order #3911648 | -0.36 | 44.15 | 44.15 | | | 8.13 | 36.02 | PM |
| 07/19/05 09:03 | Canteen #3926670 Hold | | | 44.15 | CANTEEN | 17.52 | 25.65 | 18.50 | |
| 07/22/05 07:33 | Canteen Order #3926670 | -17.52 | 26.63 | 26.63 | | | 8.13 | 18.50 | PM |
| 07/25/05 11:56 | XEROX-DEBIT | -1.50 | 25.13 | 25.13 | | | 8.13 | 17.00 | PM |
| 07/26/05 08:26 | Canteen #3935473 Hold | | | 25.13 | CANTEEN | 7.36 | 15.49 | 9.64 | |
| 07/26/05 10:24 | XEROX-DEBIT | -2.25 | 22.88 | 22.88 | | | 15.49 | 7.39 | PM |
| 07/27/05 15:41 | Canteen Order #3935473 | -7.36 | 15.52 | 15.52 | | | 8.13 | 7.39 | PM |
| 07/29/05 03:31 | RESTITUTION-00CR153 | -8.13 | 7.39 | 7.39 | | | 0.00 | 7.39 | PM |
| 07/31/05 23:58 | Ending Balance | | 7.39 | 7.39 | | | 0.00 | 7.39 | |

**Total Deposits:** 40.61
**Total Withdrawals:** 58.84

| Account Information as of  08/01/2005  8:55AM | | |
|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 7.39 | **Total Money In Hold:** $0.00 |
| | **Total Reserved/Encumbered:** $0.00 | **Available Balance** $7.39 |

***Statement Information***

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

```
: INMATE BANKING ======= INMATE BANKING HISTORY ========= 06/15/2005 = Page  1

ccount: 115534 SHARP, MARTHA A                    PUEBLO MIN PMC/UNIT1
     To:From Dates  05/15/2005: 06/15/2005
:==================================================================
Trans Date    Description         Deposits  Withdrawls    Balance    Loc
----------    ------------------- --------- ----------  ------------- ---
05/15/2005 BALANCE AS OF 05/15/2005                         34.87
05/18/2005 Canteen Order #3829144            24.78          10.09 DW
05/31/2005 RESTITUTION-00CR153                6.97           3.12 DW
05/31/2005 Canteen Order #3848880            2.00            1.12 DW
06/03/2005 1 LABORER                 5.06                    6.18 PM
06/06/2005 Canteen Order #3857127            1.03            5.15 PM
06/09/2005 MONEY ORDER - CREDIT    30.00                    35.15 PM
06/10/2005 Canteen Credit #3870886   1.03                   36.18 PM
06/13/2005 MEDICAL DEBIT-CHRONIC             5.00           31.18 PM
06/15/2005 BALANCE AS OF 06/15/2005                         31.18
==================================================================
               Total money order in hold:          0.00
          Current balance as of 06/15/2005:       31.18
              **Reserved/Encumbered Monies:        7.01
          Available money as of 06/15/2005:       24.17
```

## ACCOMMODATION RESOLUTION

| NAME | SHARP, MARTHA ANN | DOC # | 115534 |
|------|-------------------|-------|--------|

| QUALIFYING DISABILITYAS DETERMINED BY PHYSICIAN: | MOBILITY |
|---|---|
| **THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:** | |

The Chief Medical Officer or designee has determined that the above offender does have a qualifying mobility disability pursuant to the Americans With Disabilities Act (ADA), therefore she is entitled to accommodations for a mobility impairment as follows:

**1. The offender requires some additional time to ambulate between locations and for her other activities of daily living.**
**2. The offender requires a lower tier bunk.**

The offender has failed to request accommodations associated with access to programs, benefits or services of the Department of Corrections therefore none are being provided at this time.  Should she wish to request such accommodations in the future, she may submit a new Request for Accommodation to the AIC.

To the extent this offender requires additions or changes to medication, assistive devices, restrictions, medical care or special clothing and the like his/her requests should be directed to Clinical Services where they will be evaluated for medical need.

**It is the responsibility of the Chief Medical Officer (clinical accommodations) and facility Warden (all other accommodations) to implement these accommodations within 30 days of the date the Resolution was signed by the AIC. It is the responsibility of the laundry supervisor to affix colored name tags to the offender's clothing. The offender has 30 days from the date this document is served upon him/her to file a grievance on any matter addressed in this Resolution.**

Signature:  Chief Medical Officer _____     Date   3/7/06

Signature:  AIC _____     Date   3-8-06

Original -- AIC
Copies:  1-Warden
       7-Warden for distribution to the following:
       1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Laundry Supervisor
       2 – Offender (laminated copies)
       AIC will distribute 1-Department File, 1 – Chief Medical Officer

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone:  (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



RECEIVED

MAR 1 5 2006



**Bill Owens**
Governor
**Joe Ortiz**
Executive Director

## MEMORANDUM

TO:        Offenders applying for disability status and accommodations

FROM:   Cathie Holst, AIC

RE:        Accommodation Resolution

---

You have been screened for a disability and our findings have been reduced to writing in an Accommodation Resolution.  It has been signed by the AIC and the Chief Medical Officer (or designee) and represents the final determination of your disability status and any accommodations to which you may be entitled.

Enclosed with this memo are two copies of the Resolution which have been laminated to protect them.  **You are responsible for keeping one copy with you at all times so that you are able to document your need for an accommodation to any staff person requesting verification.**  If either of these documents is in need of replacement due to loss, destruction, confiscation, or wear and tear, there will be a $1.00 charge for its replacement, payable to the Office of the AIC.

Any attempt to alter the contents of your Accommodation Resolution will result in COPD charges against you.

Should the contents of your Resolution need to be amended at a later date, you will be issued replacement laminated documents at no charge.

Thank you for your cooperation.

# STATE OF COLORADO



**COLORADO DEPARTMENT OF CORRECTIONS**
**DENVER COMPLEX**

DRDC, DWCF, CCC
Joan M. Shoemaker, Warden
P.O. Box 392005
Denver, CO 80239-8005
(303) 371-4804



**Bill Owens**
Governor

**Joe Ortiz**
**Executive Director**

TO          Case Manager Sharon Risner

FROM:      N. Butterfield, Administrative Services Manager

SUBJECT:   ADA Accommodation Resolution – Sharp, Martha #115534

DATE:      March 17, 2006

Attached are copies of the ADA Accommodation Resolution for offender Sharp, Martha #115534. Please distribute the laminated copies to the offender. The other copy is for the working file.

NAME AND NUMBER          *Martha Ann Sharp, MaSt, 115534*

Case Manager ~~Cook~~ Risner          *Sharon Risner 3/20/06*

Please have the offender and yourself sign above that the resolution has been received and return this original memo to me for my records.

Thank you for you assistance in this matter.

mbb

enclosure

---

Denver Reception & Diagnostic Center
10900 Smith Road
P.O. Box 392004
Denver, CO  80239-8004
(303) 371-4804   Fax 303-307-2215

Denver Women's Correctional Facility
3600 Havana Street
P.O. Box 392005
Denver, CO  80239-8005
(303) 371-4804   Fax (303) 307-2514

Colorado Correctional Center
15445 Old Golden Road
P.O. Box 4020
Golden, CO 80401-0020
(303) 273-1620   Fax (303) 279-4407

JOC LEGAL SERVICES     Fax:7192264249          Apr  5 '04   10:05     P.05

# MOBILITY SCREENING
### (applies to lower extremities only)

PATIENT NAME _Martha Ann Sharp_

DOC # _115534_            DATE _10-20-05_

1.    Does the patient require the use of a wheelchair for more than 6 months?  Yes  (No)  N/A   (Circle one)
*If yes, the patient automatically meets the Montez criteria and requires special placement in a handicapped cell at a designated facility unless he/she has "opted out" of special placement.  Contact the AIC if the patient needs to be moved to another facility or into a handicap cell in the current facility.*

2.    If yes, does the patient have upper body strength to compensate for disability? _NA_
   - Can he move from wheelchair to toilet?          Yes     No
   - Can he move from wheelchair to bunk?          Yes     No
   - Can he dress himself, get his meals, and attend programs, classes or recreation by himself?  Yes    No
   - Can he remain in a wheelchair all day?                          Yes     No

3.    Does this patient require the assistance of an inmate aide?          Yes     (No)
   What percentage of the time?          Full          Part          _with pausing (pt needs walker to clinic)_
   To perform what duties?

4.    If the patient does not require the use of a wheelchair, can he walk 100 yards on a level surface or climb a flight of stairs without a pause? → _Needs railing + pauses when climbing stairs_

5.    Does the patient require the use of other assistive devices (cane, walker, crutches, special clothing, footwear, or prosthetics, etc.)?  If so, what?          Yes     (No)

6.    Does the patient have a catheter?          Yes     (No)

7.    Does he require an assignment to a handicapped table?          Yes     (No)
   Is this patient assigned to a handicapped table in the chow hall?          Yes     (No)

8.    Does he require a shower chair?          Yes     (No)
   Is a shower chair available in his living unit?          Yes     No

9.    Is this patient capable of attending class/programs/work for a full day?  (Yes)     No
   If no, how many hours per day is he capable of attending? _____

10.   Does the patient complain of any other problem(s) associated with the mobility impairment that have not been addressed?          Yes     (No)
   If yes, what are they?

11.   Is the patient's condition affected by the seasons or weather?          Yes     No
   Explain:  _Unknown_

*If you have determined that this patient DOES have a mobility impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

_a Bloor MD_
_____
Signature & Title

_Unit 3 - Lower tier_

LEGAL SERVICES   Fax:7192264249          Apr  5 '04   10:04   P.03

# DIABETES SCREENING

PATIENT NAME *Martha Ann Sharp*

DOC # *115534*                                    DATE *10 - 20 - 05*

1.   Does the patient have diabetes?                  Yes    (No)   (Circle one)

   *If your answer is NO, terminate the diabetes screening and sign below.*

   If yes:

   Is medication prescribed for this patient?        Yes    No     (Circle one)

   Is a special diet prescribed for this patient?    Yes    No     (Circle one

   Is the patient compliant with his treatment plan? Yes    No     (Circle one

      If no, in what way?

2.   Does this patient have any other problems associated with the effects of diabetes (e.g., vision, sores, amputation, etc)?                              Yes    No     (Circle one)

   If so, what?  *(Please complete proper form [vision, mobility, other] and attach)*

*If you have determined that this patient DOES have diabetes, contact the AIC to discuss what accommodations, if any, are appropriate.*

_____ABhm MD_____

Signature & Title

DOC LEGAL SERVICES    Fax:7192264249              Apr 5 '04   10:05      P.04

# HEARING SCREENING

PATIENT NAME _Martha Ann Sharp_

DOC # _115534_                    DATE _10-20-05_

1.  Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication?    Yes (No) (Circle one)

    Is the impairment so severe that he/she cannot hear an emergency warning? Yes (No) (Circle one)

    Does the patient wear hearing aid(s)?                Yes (No)  (Circle one)
    Is the patient completely deaf in both ears?         Yes (No)  (Circle one)
    If not, is the patient completely deaf in one ear?   Yes (No)  (Circle one)

2.  Are there any other problems which would interfere with the patient's hearing? Yes (No)
    If yes, what?

    *If the answers to the above questions are NO, do not proceed with the evaluation.  If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*

2.  Was the patient born deaf or was deafness the result of later trauma or illness?  If later, at what age did the patient lose hearing and to what cause?

3.  Does the patient understand and use sign language? If so, which?

4.  Is the patient English speaking?

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

# VISION SCREENING

PATIENT NAME _Martha Ann Sharp_

DOC # _115534_                       DATE _____

1. According to the Snellen chart, is the patient's corrected central visual acuity in the better eye more myopic than 20/200?                    Yes    (No)    (Circle one)

2. Other than myopia, are there any problems which would interfere with his/her vision, e.g. cataracts or glaucoma?                    ~~Yes~~    (No)    (Circle one)

   If yes, what?   _Hx Uveitis_
                    _off meds_

   *(If your answer to either of the above questions is No, this patient does not meet the Montez criteria for a vision disability and may not qualify for an accommodation)*

   Does the patient wear glasses?                    (Yes)    No    (Circle one)
   Is the patient completely blind in both eyes?        Yes    No    (Circle one)
   If no, is the patient completely blind in one eye?    Yes    No    (Circle one)
   *("Blind" is defined to mean that the patient has NO SIGHT beyond distinguishing light and dark)*

3. Give Snellen values for corrected vision in each eye: R   20/80   L   20/80
   *(Also attach copy of results of patient's most recent exam conducted by eye clinic)*   _With glasses_

4. Has the patient been prescribed any special home treatment (eye drops, compresses, etc), medication or exercises for his eye problem?                    Yes    (No)    (Circle one)

   If yes, what?  Does it appear that the patient is compliant with the treatment regimen?

   _Wears glasses_

   *If you have determined that this patient meets the Montez criteria, contact the AIC to discuss what accommodations, if any, are appropriate.*

   _albon MD_

   _____
   Signature & Title

# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 115534 - Name: SHARP, MARTHA A

| ICD Code | PROBLEM Description | Status | Since | Provider |
|---|---|---|---|---|
| 719.40 | JOINT PAIN | Active | 12/04/2002 | HARRELSON, JAMIE |
| Comments: | | | | |
| 401.1 | HYPERTENSION | Chronic | 01/31/2003 | ESQUIBEL, BETTY |
| Comments: | | | | |
| 848.9 | NOS SITE OF SPRAIN AND STRAIN | Active | 11/18/2003 | RAZZAGHI, MITRA A |
| Comments: MUSCLE | | | | |
| 720.2 | SACROILIITIS, N/E CLASS | Active | 11/18/2003 | RAZZAGHI, MITRA A |
| Comments: | | | | |
| 724.2 | LOW BACK PAIN | Active | 04/05/2004 | 5346 |
| Comments: | | | | |
| 784.49 | OTH VOICE DISTURBANCE | Active | 05/05/2004 | 5346 |
| Comments: | | | | |
| 780.7 | FATIGUE | Active | 05/05/2004 | 5346 |
| Comments: LEG WEAKNESS | | | | |
| V76.19 | OTHER SCREENING BREAST EXAMINATION | Active | 04/13/2005 | REILLY, DEBRA S |
| Comments: | | | | |
| V70.0 | ROUTINE GENERAL MEDICAL EXAM@HEALTH CARE FACL | Active | 10/20/2005 | BLOOR, ANITA |
| Comments: | | | | |
| 997.91 | HYPERTENSION NEC | Active | 11/09/2005 | VICTOROFF, HILARY S |
| Comments: | | | | |
| 780.4 | DIZZINESS AND GIDDINESS | Active | 11/09/2005 | VICTOROFF, HILARY S |
| Comments: | | | | |

# DEPARTMENT OF CORRECTIONS
## AMBU  .TORY HEALTH RECORD

FOLLOW-UP
Page 1 of 1

Printed By: MASCARENAS, JENNIFER K
..ted at: 06/12/2005 11:42:40

Encounter#: 1011351

| 115534 | SHARP, MARTHA A | Facility: | PM | LU: | PMC/UNIT1 | 1 | 2 | F |
|---|---|---|---|---|---|---|---|---|

**SUBJECTIVE**
Active Medication(s): ZESTRIL - 10 MG

| Temperature: | | Pulse: | | Weight: | |
|---|---|---|---|---|---|
| Respiratory: | | BP: | / | | |

Mental Health Staffing completed on this pt. today.
Staff include Cheryl Neumeister with mental health, Lt.
Hager, Case Managers Carol Morton, Darlene Hernandez,
Cruz Cabarero, Dela Pacheco and Jennifer Mascarenas RN
CLS.

**PLANS / ORDERS**
Allergies: No Known Allergies

Per staffing please schedule CCC with MD for Monday 6/13/05 as part of plan.

**OBJECTIVE**
This pt. was staffed due to a very rare Axis I MH DX. The DX
can not be conveyed at this time due to confidentiality per
Cheryl Neumeister. This DX may be manifested by stress
which may cause her to feel/experience illness such as
paralysis, stroke and limping or dragging her leg. All s/s are
atributed to her DX. These are very real thoughts and
experiences for this pt. She had an extensive Psych.
evaluation last year and the information on this is with MH. It
is recommended that Reality Therapy be used with out
confrontation as confrontation does not work with her. She
must be given very specific boundries and direction but to
overwhelm her. She did assult an officer in 2004 while at
PMC. MH feels she felt threatened as several staff tried to
cuff her up after refusing all direct orders. MH does not feel
that she is a continuous threat to staff but that this episode
was related to her DX. MH feels that medications will not help
this pt. and that denial is part of the symptomology. Bottom
line: she must understand that she has certain responsibilities
and that she can not step out of them. MH feels that when
she manipulates in general, she is not doing it for person
gain. In her mind it is her belief that what she is saying is very
real to her. Staff are to keep in mind to try and stay out of
debates/arguments with her. She is expected to maintain a
job as it is assigned, to follow directions and rules. She asked
if she could bring a list of medical problems to medical to
discuss with the MD. Problem list consists of possible
Migraines, Lower Bunk restriction, Allergies secondary to
elements and chemical.

**ASSESSMENT**
Special needs patient secondary to MH DX.

| Datetime: | Providers: | MASCARENAS, JENNIFER J ▼ |
|---|---|---|
| 06/12/2005 00:00 | | ▼ |
| | | ▼ |

PA/NP _____   PHYSICIAN _____   NURSE *J. Mascarenas* RN

Datetime: 06/12/2005 00:00   Provider: |1733   ▼|   DateTime 6/12/05  1150

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.    NAME    OFFENDER NO.    LIVING UNIT

SUBJECTIVE:    DATE    TIME

PROBLEM  1  2 _____
PLAN / ORDERS

OBJECTIVE:  Temp. ____ Pulse ____ Resp. ____ B/P ___/___

SIGNATURE:
NURSE: _____
P.E.: _____
ASSESSMENT:    PHYSICIAN: _____
Rx NO.

---

PRICARE CODE NO.    NAME: **Sharp, Martha**    OFFENDER NO. **115534**    LIVING UNIT **PMC**

SUBJECTIVE: Pt. called to medical for a kite which listed c/o. CP, migrains, rapid heart rate, dizzyness, harrassment

DATE **8/3/05**    TIME **0900**

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE: Temp. **98.0** Pulse **88** Resp. **16** B/P **130/88**

① Info re: Kite
② SL apt's next wk. or following wk for CCC

Pt. presents to medical very calm. States she is in no distress or pain @ this time. States she did have a confrontation with someone but is better and felt she could wait for an apt. She woundered why she was dizzy. Her Ⓡ ear was packed with wax and this was irrigated today c̄ success. Pt. is sched.

ASSESSMENT: For sick line on 8/10/05 c̄ MD and 8/11/05 c̄ NP. — J. Mascarenas Rn

SIGNATURE:
NURSE: J. Mascarenas Rn
P.E.: 8/3/05
0915

PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

FACILITY INTAKE

**DEPARTMENT OF CORRECTIONS**

Page 1 of 1

**AMBULATORY HEALTH RECORD**

Printed By: REILLY, DEBRA S
Printed at: 04/13/2005 09:20:07

Encounter#: 978375

| 115534 | SHARP, MARTHA A | | **Facility:** | DW | **LU:** | DW//UNIT3 | B | 1 | 10 | T |

| SUBJECTIVE | |
|---|---|

**SUBJECTIVE**

Intake Pe
32 y/o aa female
regress was DC'd on 2/14/05

PMH, ROS, SHX, FHX, PE-- SEE INTAKE PE

| Temperature: | Pulse: | Weight: |
| Respiratory: | BP: / |

**PLANS / ORDERS**

Allergies: No Known Allergies

NEW - Rx#: 1907812  Drug Brand Name: ZESTRIL - 10 MG  Alternate Name: LISINOPRIL  Rx Date: 04/13/2005  Disc Date: 07/12/2005  Rx Instructions: ONE TABLET DAILY

**OBJECTIVE**

LABS- Pending
PPD- neg

NEW - Rx#: 1907814  Drug Brand Name: MOTRIN - 800 MG  Alternate Name: IBUPROFEN  Rx Date: 04/13/2005  Disc Date: 05/13/2005  Rx Instructions: ONE TABLET TWICE DAILY AS NEEDED WITH FOOD

FHC - Issue Type: X Start: 04/13/2005 Expire: 04/13/2006

Medical Housing Restrictions: Added: LOWER BUNK; FIRST-TIER;

Medical Level: Changed from: 1 to 2 Qualifier: PERMANENT

**ASSESSMENT**

PHYSICAL EXAM/INAKE
OTHER SCREENING BREAST EXAMINATION
NEW PT VISIT HIGH COMPLEX
h/o stroke ,
fhx of CAD

| **Datetime:** | **Providers:** | REILLY, DEBRA S |
| 04/13/2005 00:00 | | |
| | | |

**PA/NP** _____  **PHYSICIAN** _____  **NURSE** _____

ADMINISTRATIVE
Page 1 of 1

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: SAIZ, JUDY
Printed at: 06/09/2005 06:40:18

Encounter#: 1009646

| 115534 | SHARP, MARTHA A | | Facility: | PM | LU: | PMC/UNIT1 | 1 | | 2 | F |

## SUBJECTIVE

TRANSFER TO PMC.
BLACK FEMALE.                    AGE: 33 YEAR OLD

Active Medication(s): ZESTRIL - 10 MG

**Temperature:** ____ **Pulse:** ____ **Weight:** ____
**Respiratory:** ____ **BP:** ____ / ____

### PLANS / ORDERS

Allergies: No Known Allergies

CCC APT FOR HTN.

## OBJECTIVE

NEEDS GYN APT FOR PAP/GC/CT–REFUSAL IF SHE REFUSES THESE.

## ASSESSMENT

1. S/P BREAST REDUCTION.
2. SMOKER.
3. CHRONIC R SHOULDER PAIN.
4. G0  P0.
5. HX OF STROKE.

**Datetime:** 06/09/2005 00:00   **Providers:** SAIZ, JUDY

PA/NP _____   PHYSICIAN _____   NURSE _____

CHRONIC CARE CLINIC
Page 1 of 1

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: CABILING, LOUIS L
Printed at: 06/13/2005 11:48:42

Encounter#: 1011652

| 115534 | SHARP, MARTHA A | Facility: | PM | LU: | PMC/UNIT1 | 1 | 2 | F |

**SUBJECTIVE**

THIS 33 YEAR OLD BLACK FEMALE WAS SEEN TODAY FOR HYPERTENSION X ONE YEAR. SHE IS ON ZESTRIL. SHE IS ALSO COMPLAINING OF PAIN IN BOTH LEGS IN BOTH LEGS X 2 YEARS WHICH SHE RELATES TO CVA. SHE STATES THAT SHE DEVELOPED CVA IN THE PAST WHICH AFFECTED MULTISYSTEMS WITH BLINDNESS, WEAKNESS, NUMBNESS. SHE DENIES GOING TO A HOSPITAL FOR THIS. SHE IS ALSO REQUESTING MED FOR ALLERGY. SHE WANTS A PAIR OF MEDICAL SHOES. THE RN TOLD TO TALK TO LAUNDRY TO SEE IF THEY DIFFERENT SHOES BECAUSE OF HER SWELLING. I TOLD HER THAT I WILL ADD HCTZ FOR BP CONTROL AND IF THERE IS NO CHANGE IN A FEW MONTHS, I WILL CHANGE HER MEDS.

Active Medication(s): ZESTRIL - 10 MG

**OBJECTIVE**

GENERAL-WELL DEVELOPED BLACK FEMALE , ALERT AND ORIENTED.
HEAD/EENT-NOMOCEPHALIC, ATRAUMATIC, PERLA, NORMAL FUNDUSCOPIC FINDINGS, EXTRA-OCULAR MUSCLES ARE INTACT, NO NASAL OR THROAT CONGESTION, EAR DRUMS ARE INTACT, NO FACIAL ASYMMETRY.
NECK-SUPPLE, NO LYMPHADENOPATHY
CHEST-CLEAR, NO WHEEZING
HEART-S1S2, NSR
ABDOMEN-SOFT, ACTIVE BOWEL SOUNDS
EXTREMITIES-PULSES ARE INTACT, PLUS ONE EDEMA LOWER EXTREMITIES, NO SENSORY DEFICIT, MOTOR FUNCTION IS WITHIN 5/5, NO INCOORDINATION, NO ATAXIA.

**ASSESSMENT**

HYPERTENSION
NEW PT VISIT EXPANDED STRAIGHT FORWARD

| Temperature: | 97.7 | Pulse: | 105 | Weight: | 175 |
| Respiratory: | 18 | BP: | 148 / 102 | | |

**PLANS / ORDERS**

Allergies: No Known Allergies .

BP EVERY MONTH X ONE YEAR

*flow sheet made out*

CCC IN 2 MONTHS

NEW - Rx#: 1932516  Drug Brand Name: MOTRIN - 800 MG  Alternate Name: IBUPROFEN  Rx Date: 06/13/2005  Disc Date: 09/11/2005  Rx Instructions: TAKE ONE TABLET TWICE A DAY AFTER MEAL AS NEEDED

NEW - Rx#: 1932520  Drug Brand Name: CHLOR-TRIMETON - 4 MG  Alternate Name: CTM  Rx Date: 06/13/2005  Disc Date: 09/11/2005  Rx Instructions: ONE TABLET TWICE DAILY

NEW - Rx#: 1932522  Drug Brand Name: HCTZ - 25 MG  Alternate Name: HYDROCHLOROTHIAZIDE  Rx Date: 06/13/2005  Disc Date: 12/10/2005  Rx Instructions: ONE TABLET DAILY

Medical Level: Changed from: 2 Qualifier: PERMANENT to 2 Qualifier: PERMANENT

| Datetime: | Providers: | CABILING, LOUIS |
| 06/13/2005 00:00 | | |

PA/NP _____
Datetime: 06/13/2005 00:00

PHYSICIAN _____
Provider: 1669

NURSE _____ 6-13-05

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE

TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:   Temp. _____   Pulse _____   Resp. _____   B/P _____ / _____

SIGNATURE:
NURSE:

P.E.:

ASSESSMENT:

PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Sharp | 115534 | mm C |

SUBJECTIVE:

DATE  7/6/05

TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:   Temp. _____   Pulse _____   Resp. _____   B/P _____ / _____

↑ CTM to 8 mg 2m
4 mg pm
X 90 days

SIGNATURE:
NURSE: Bone W   7/6/05 1130

P.E.:

ASSESSMENT:

PHYSICIAN:
Rx NO.

FAXED By: O.b
Date: 7-6-05

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | | | |

SUBJECTIVE:

DATE

TIME

PROBLEM 1 2

PLAN / ORDERS

OBJECTIVE:  Temp. _____ Pulse _____ Resp. _____ B/P _____

SIGNATURE:
NURSE:

P.E.:

PHYSICIAN:
Rx NO.

ASSESSMENT:

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Sharp Martha | 115534 | DW SNU |

SUBJECTIVE:

Parole meds

DATE 2/14/05

TIME

PROBLEM 1 2

PLAN / ORDERS

① Dyazide 37.5, /25,
1 tab po at noon ⊗30
② Zestril 10, every am x30⊗

OBJECTIVE:  Temp. _____ Pulse _____ Resp. _____ B/P _____ /

for 2/18/05

Faxed / Mailed
FEB 15 2005

SIGNATURE:
NURSE: M_____ RN 1345

P.E.:

PHYSICIAN:
Rx NO.

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

RONIC CARE CLINIC
ge 1 of 1

Printed by: CABILING, LOUIS L
Printed at: 08/15/2005 11:28:49

Encounter#: 1045694

| 115534 | SHARP, MARTHA A | Facility: | PM | LU: | PMC/UNIT1 | 1 | | 2 | F |
|--------|-----------------|-----------|-----|-----|-----------|---|---|---|---|

**SUBJECTIVE**

FOLLOW-UP VISIT FOR HYPERTENSION. THE BP IS BETTER. SHE WANTS NOON DOSE OF CTM AND THE RN TOLD HER THAT THERE IS NO MEDLINE AT NOON. I TOLD HER THAT SHE CAN BUY CLARITIN AT THE CANTEEN BUT SHE NEEDS TO STOP CTM IF SHE IS GOING TO TAKE CLARITIN. SHE COMPLAINS OF ON AND OFF DIZZINESS.
Active Medication(s): CHLOR-TRIMETON - 4 MG; HCTZ - 25 MG; MOTRIN - 800 MG; ZESTRIL - 10 MG

**OBJECTIVE**

CHEST-CLEAR
HEART-S1S2, NSR
ABDOMEN-BENIGN
EXTREMITIES-PLUS ONE EDEMA DISTAL LEGS,
NEUROVASCULAR STATUS IS INTACT

**ASSESSMENT**

HYPERTENSION
HISTORY OF DIZZINESS
EST PT VISIT STRAIGHT FORWARD

Temperature: 99.0   Pulse: 84   Weight: 163
Respiratory: 16   BP: 126 / 83

**PLANS / ORDERS**

Allergies: No Known Allergies

CCC1N 4 MONTHS
~~CCC IN 4 MONTHS~~   smo
                       DK

NEW - Rx#: 1957032 Drug Brand Name: ANTIVERT - 25 MG  Alternate Name: MECLIZINE  Rx Date: 08/15/2005  Disc Date: 10/14/2005  Rx Instructions: ONE TABLET TWICE DAILY AS NEEDED

| Datetime: | Providers: | CABILING, LOUIS |
|-----------|------------|-----------------|
| 08/15/2005 00:00 | | |

PA/NP _____   PHYSICIAN _____   NURSE
Datetime: 08/15/2005 00:00        Provider: 1669                DateTime

DE  .RTMENT OF CORRECTION
**ADMINISTRATIVE**
**AMBULATORY HEALTH RECORD**
Page 1 of 1

Printed By: VICTOROFF, HILARY S
Printed at: 11/04/2005 12:38:40
Encounter#: 1092402

| 115534 | SHARP, MARTHA A | Facility: | DW | LU: | DW/UNIT1 | 1 | C | 118 | L |

**SUBJECTIVE**

Active Medication(s): HCTZ - 25 MG; ZESTRIL - 10 MG

Temperature: ____    Pulse: ____    Weight: ____
Respiratory: ____    BP: ___ / ___

**PLANS / ORDERS**

Allergies: No Known Allergies

NEW - Rx#: 1990250  Drug Brand Name: MOTRIN - 800 MG  Alternate Name: IBUPROFEN  Rx Date: 11/04/2005  Disc Date: 02/02/2006  Rx Instructions: TAKE ONE TABLET TWICE A DAY AFTER MEAL AS NEEDED

**OBJECTIVE**

Ms Sharp was seen by nurse 11/2/05 with handful of kites she wants renewed, particularly Motin and Antivert. Paroles soon-parole meds have already been ordered

Known to me from past, but I have not seen during this DOC admission. Issues- facitious vs conversion disorder with "paralysis" and CVA sx. No documentation.  will refill motrin, has appt scheduled to discuss antivert

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CNSLT COMP W/REV RECORDS&SPEC W/RPT REF MATERIAL

| Datetime: | Providers: | VICTOROFF, HILARY S |
| 11/04/2005 12:30 | | |
| | | |
| | | |

**PA/NP/RD**
Datetime: 11/04/2005 12:30

**PHYSICIAN** _____
Provider: 4197

**NURSE** _____
DateTime 11/4/05

DEPARTMENT OF CORRECTIONS
AMBULATORY HEALTH RECORD

APPOINTMENT
Page 1 of 1

Printed By: VICTOROFF, HILARY S
Printed at: 11/09/2005 15:35:52
Encounter#: 1094943

| 115534 | SHARP, MARTHA A | Facility: | DW | LU: | DW/UNIT1 | 1 | A | 136 | L |

**SUBJECTIVE**

Active Medication(s): HCTZ - 25 MG; MOTRIN - 800 MG;
ZESTRIL - 10 MGHere to eval meds and F/U on transfer to
DW from PMC
states she had episodes of dizziness at PMC and that Antivert
helped- does not need daily
refers to CVA she had here 2-3 yrs/a- was in AD Seg, then
SNU

**OBJECTIVE**

Walks slowly with limp, favoring R leg which she keeps sl
flexed
speaks in slow quiet voice
Review records- ? conversion disorder, no neurological
deficits at time of 'CVA', claimed paralysis of legs, although
could scoot n floor, get on toilet, straighten,bend legs.
Progressed to W/C and slowly improved...
,BP flow sheet- still 140s/90's, on HCTZ/Zestril, will add
Lopressor
heart: reg, 90+ pulse
Lungs: CTAB
Extrem: slight edema  lower leg,normal sensation/pulse , feels
monofilament, DTRs 2+ R/1+L at knee/ankle.
strength 1-2 + ? effort
Upper extrem: normal pulses, DTRs2+, normal sensation
monofilament, strength 2+
Heent: PERRLA, fundi sharp, no nystagmus, CN 2-12 intact
Paroles soon, meds ordered. will refill antivert for now

**ASSESSMENT**

997.91 - HYPERTENSION NEC
99212 - OFC/OUTPT VISIT E&M EST SELF-LIMIT/MINOR
10 MIN

| Temperature: | 98.6 | Pulse: | 102 | Weight: | 157 |
| Respiratory: | | BP: | 130 | / | 87 |

Vitals Taken: PULSE OXSYM=97.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

please add to parole meds:
antivert 25 mg in morning and evening as needed for dizziness x 30 days
Lopressor 25 mg daily for 30 days

BP and P  3 x week x 2 weeks

NEW - Rx#: 1992114 Drug Brand Name: ANTIVERT - 25 MG  Alternate
Name: MECLIZINE  Rx Date: 11/09/2005  Disc Date: 01/08/2006  Rx
Instructions: ONE TABLET TWICE DAILY AS NEEDED FOR DIZZINESS

NEW - Rx#: 1992117 Drug Brand Name: LOPRESSOR - 50 MG  Alternate
Name: METOPROLOL  Rx Date: 11/09/2005  Disc Date: 03/09/2006  Rx
Instructions: ONE-HALF TABLET(S) EVERY IN THE MORNING

| Datetime: | Providers: | VICTOROFF, HILARY S |
| 11/09/2005 14:58 | | |

PA/NP/RD
Datetime: 11/09/2005 14:58

PHYSICIAN
Provider: 4197

NURSE
DateTime

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

**APPOINTMENT**
Page 1 of 1

Printed By: VICTOROFF, HILARY S
Printed at: 01/06/2006 12:19:05

Encounter#: 1125531

| 115534 | SHARP, MARTHA A | Facility: | DW | LU: | DW/UNIT2 | 1 | B | 101 | L |

### SUBJECTIVE

Active Medication(s): ANTIVERT - 25 MG; HCTZ - 25 MG; LOPRESSOR - 50 MG; MOTRIN - 800 MG; ZESTRIL - 10 MG

Here to have meds renewed. Thinks Antivert helps alot, does not need daily

Requests cane to assist ambulation because of "accident" Requests medicaal tennis shoes- states were approved 6 months ago- still does not have

States she needs work restriction to accomodate her mobility difficulty and ability to do intensive labor- then she can have job as parapro...

### OBJECTIVE

NAD, walks with limp favoring R leg which she holds stiffly straight when walking.
Heart: REG
B/P improved- did not get B/P readings!
awaiting parole plan approval

Do not see where  medical tennis shoes were approved- will check with R Rice. Do not see indication for medical tennis shoes- this explained to patient.  will give her a cane

Agree that pt probably should not be assigned to job requiring intensive labor or prolonged standing....

### ASSESSMENT

401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
99212 - OFC/OUTPT VISIT E&M EST SELF-LIMIT/MINOR 10 MIN

| Temperature: | 97.5 | Pulse: | 92 | Weight: | 158 |
| Respiratory: | | BP: | 111 | / | 89 |

Vitals Taken: PULSE OXSYM=99.00;

### PLANS / ORDERS

Allergies: No Known Allergies

Please change parole meds to the following:
 HCTZ 25 mg daily
Lopressor 25 mg daily
antivert 25mg twice daily
zestril 10 mg daily

please schedule B/P reading 2 x week x 2 weeks- please be sure mon nurse schedule!

D/C - Rx#:  1947079  Drug Brand Name: ZESTRIL - 10 MG  Alternate Name: LISINOPRIL  Rx Date: 07/20/2005  Disc Date: 01/06/2006  Rx Instructions: ONE TABLET DAILY

D/C - Rx#:  1992344  Drug Brand Name: ANTIVERT - 25 MG  Alternate Name: MECLIZINE  Rx Date: 11/10/2005  Disc Date: 01/06/2006  Rx Instructions: ONE TABLET DAILY AS NEEDED FOR DIZZINESS

NEW - Rx#:  2013136  Drug Brand Name: ZESTRIL - 10 MG  Alternate Name: LISINOPRIL  Rx Date: 01/06/2006  Disc Date: 07/05/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#:  2013137  Drug Brand Name: ANTIVERT - 25 MG  Alternate Name: MECLIZINE  Rx Date: 01/06/2006  Disc Date: 03/07/2006  Rx Instructions: ONE TABLET DAILY AS NEEDED FOR DIZZINESS

Medical Work Restrictions: Added: INTENSIVE; STANDING - must rest 1-min every hour;

| Datetime: | Providers: | VICTOROFF, HILARY S |
| 01/06/2006 11:08 | | |

**PA/NP/RD**           **PHYSICIAN**           **NURSE**
Datetime: 01/06/2006 11:08     Provider: 4197     DateTime