OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



UTF

Richardo Lujan #47558
C.C.C.F.
6564 State Highway 96
Olney Springs, CO 80062-4444



RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 5 – 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1940
EWN-OES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

Civil Action No. 92-cv-00870-EWN
*consolidated with* 96-cv-00343-EWN
Date: April 24, 2006

Deputy Clerk: Bernique Abiakam
Reporter: Gwen Daniel

JESSE MONTEZ, et al.,

Paula D. Greisen
David H. Miller
Jennifer Riddle

Plaintiffs,

v.

BILL OWENS, et al.,

Elizabeth H. McCann
James X. Quinn

Defendants.

## COURTROOM MINUTES

**Compliance Hearing - Trial to Court - Day One**

**10:24 a.m.** Court in session.

*Senior Judge John L. Kane assigned to preside over special matters in this case.*

Court calls case. Preliminary remarks by the Court.

Preliminary discussion regarding witnesses.

- 10:32 a.m. Defendants witness, Richard Weems, called and sworn.
  Direct examination begins by Ms. McCann.

- 10:57 a.m. **Defendants Exhibits B and C offered and received by stipulation.**
  Continued direct examination by Ms. McCann.

- 11:06 a.m. Cross examination begins by Mr. Miller.

- 11:39 a.m. Redirect examination by Ms. McCann.