FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

ICIAL BUSINESS



APR 25 '06
CO



Howell F. Roberts III #90353
6564 State Highway 96
Olney Springs, CO 81062-8700

Unable To Forward
Insufficient Address
Moved, Left No Address
Unclaimed  Refused
Attempted - Not Known
No Such Street  Number
Vacant  Illegible
No Mail Receptacle
Box Closed - No Order
Returned For Better Address
Postage Due

Not Deliverable As Addressed
Unable To Forward
Insufficient Address
Moved, Left No Address
Unclaimed  Refused
Attempted - Not Known
No Such Street  Number
Vacant  Illegible
No Mail Receptacle
Box Closed - No Order
Returned For Better Address
Postage Due

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 5 - 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1940
EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 92-cv-00870-EWN
*consolidated with* 96-cv-00343-EWN
Date: April 24, 2006

Deputy Clerk: Bernique Abiakam
Reporter:      Gwen Daniel

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

Paula D. Greisen
David H. Miller
Jennifer Riddle

Elizabeth H. McCann
James X. Quinn

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day One**

**10:24 a.m.    Court in session.**

*Senior Judge John L. Kane assigned to preside over special matters in this case.*

Court calls case. Preliminary remarks by the Court.

Preliminary discussion regarding witnesses.

- 10:32 a.m.  Defendants witness, Richard Weems, called and sworn.
  Direct examination begins by Ms. McCann.

- 10:57 a.m.  **Defendants Exhibits B and C offered and received by stipulation.**
  Continued direct examination by Ms. McCann.

- 11:06 a.m.  Cross examination begins by Mr. Miller.

- 11:39 a.m.  Redirect examination by Ms. McCann.