IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

**ORDER**
_____

The motion to appoint counsel filed by Martha Sharp (#1953) is DENIED on the ground that the remedial plan does not envision the appointment of counsel and Ms. Sharp has not stated good cause for the appointment.

Dated this 5th day of May, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge