IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

The motion for review filed by Shawn Winkler (#1952) is meritless and DENIED.

Dated this 5th day of May, 2006.

                                       BY THE COURT:

                                       s/ Edward W. Nottingham
                                       EDWARD W. NOTTINGHAM
                                       United States District Judge