UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
  SPEACIL MASTER:
  RICHARD M. BORCHERS;

SAMUEL CURTIS LINDSEY
CDOC # 113995
CLAIM #03-036
CROWLEY CORRECTIONAL CCCF
6564 STATE HWY 96
OLNEY SPRINGS CO. 81062-8700

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2006

GREGORY C. LANGHAM
CLERK

92-cv-00870-EWN-OES

SPEACIAL MASTER RICHARD M. BORCHERS;
       I was notified that I must provide information as to my whereabouts when I reached my permanent facility. To the best of my knowledge, the above address is my permanent facility. I have 10 custody points, however I am being held at a medium custody facility, so I could be and should be getting transferred to a MR facility. I have no idea why I was sent to this private medium facility but here I am. Please inform me as to how I should proceed to obtain a reschedule for the hearing that had been set for 6-20-2005, but was canceled.
       Thank you for your time, respectfully

Sam Lindsey
113995
5-5-06