IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**ORIGINAL**

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,
    Plaintiffs,

v.

BILL OWENS, et al.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-037
Category III
Claimant: James Martinez, #56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO, 80751

---

Claimant's Motion To The Court and Special Master - Extension of Time To Provide Witness List and Reset Hearing Date.

---

COME NOW Claimant James Martinez #56997 and states to the Court that he is trying to comply with the order of the Court issued April 26, 2006 BY THE COURT- Richard C. Davidson Special Master. Certificate of Mailing by Judy Olive on April 26, 2006;

(1)

the ORDER OF SPECIAL MASTER - RESETTING OF HEARING DATE.

Claimant James Martinez #56997 cannot comply with this ORDER of the Court in "Good Faith" as the Court ORDER stated "In addition, Claimant and counsel for Defendants shall advise the special master in writing on or before April 20, 2006 as to the names of witnesses to be called." Cited from page 2, paragraph 4, second sentence of Special Master's court ORDER signed by Richard C. Davidson on April 26, 2006.

Claimant James Martinez #56997 did not receive the Court ORDER until 6 days past its compliance date. Claimant had no prior notice of the April 20, 2006 deadline, and cannot be held to performance of an order of a deadline having passed before Claimant even had knowledge of the fact. See Exhibit A - Court Order Exhibit B - Envelope that Court Order came in.

Claimant James Martinez #56997 respectfully requests that the court allow him his due process rights, inalienable, substantative, God given rights in this matter. Claimant James Martinez #56997 believes this just to be an oversight of the court rather than a due process violation.

Claimant James Martinez #56997 respectfully requests that the Court order the witness list to be submitted to the Court by May 25, 2006 and a hearing to be reset by the Court at an appropriate time after the May 25, 2006 deadline for witnesses.



Respectfully submitted to the Court this 0٢-06 day of ~~April~~ MAY 2006

I affirm under penalty of perjury that everything contained in this motion consisting of 3 pages and exhibits A and B are true and correct

This 02-06 day of ~~April~~ MAY 2006

*James Phillip Martinez* (signature)
James Phillip Martinez

Certificate of Service

I hereby certify that I have mailed a copy of the foregoing Claimant's Motion To The Court and Special Master - Extension of Time To Provide Witness List and Reset Hearing Date, this 0-L day of ~~April~~ MAY 2006 to the following:

Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado, 80030-4444

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado, 80203

United States District Judge
Edward W. Nottingham
c/o United States Clerk of Court
19th & Stout Street
Denver, Colorado, 80203

*James Phillip Martinez* (signature)

(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-037
Category III
Claimant: James Martinez, #56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

**ORDER OF SPECIAL MASTER – RESETTING OF HEARING DATE**

---

THIS MATTER came before the Special Master on his own motion. This claim has been assigned to Category III. The settlement agreement provides for hearings on all claims assigned to Category III.

On August 25, 2005, the Special Master vacated Claimant's hearing set for September 9, 2005 at the Sterling Correctional Facility (SCF) since Claimant had been relocated to the Denver Reception & Diagnostic Center (DRDC).

Current Colorado Department of Corrections (CDOC) records indicate that Claimant is back at the SCF. As a result, the hearing on Claimant's *Montez* claim is hereby rescheduled and will be held on the following date at this location:

**Monday, May 8, 2006, 11:00a.m. (Two hours)**

**Sterling Correctional Facility
12101 Highway 61
Sterling, CO**

Unless an emergency situation arises, Claimant is not to be moved from the facility prior to the hearing.

The settlement agreement approved by Judge Nottingham on August 27, 2003 provides, in part, as follows:

> Class members with damages allocated under categories 1 and 2 shall not be entitled to a hearing before a special master. Class members (or their representatives) with damages under categories 3, 4 & 5 shall be entitled to a hearing before a Special Master. Generally, these hearings should be no more than two hours in length. However, the Special Master may extend the time for the hearing when the issues require additional time. Class members that are entitled to a hearing on their respective damages are entitled to counsel during that hearing, to present witnesses, make argument, and to any remedy otherwise available in a court of law.
>
> After review of the evidence, the Special Master shall issue a written determination as to the damages awarded to each claimant. These awards may be appealed on an abuse of discretion review to the Honorable Judge Kane.

The settlement agreement will control hearings held in this case. As noted, each hearing "should be no more than two hours in length."

The hearing to be held in this case will be informal. Claimant will proceed first. Claimant may testify and may present witnesses. Counsel for Defendants may cross-examine all witnesses, including Claimant. Additional documents may be submitted by Claimant for consideration by the Special Master. Once Claimant has completed his case, then Defendants will be given the opportunity to present witnesses and exhibits. Claimant is entitled to cross-examine all witnesses called to testify by Defendants. Upon the conclusion of presentation of all exhibits and testimony, the case will be taken under advisement. The settlement agreement provides that "the Special Master shall issue a written determination as to the damages awarded to each claimant." Neither side should expect a ruling from the Special Master at the conclusion of the hearing, as such a ruling would violate the settlement agreement.

The Special Master will require that the medical records of Claimant be available for the hearing. In addition, Claimant and counsel for Defendants shall advise the special master *in writing* on or before April 20, 2006 as to the names of witnesses to be called. A brief synopsis of anticipated testimony will also be required to be submitted at the same time. Each side may file a written objection to an endorsed witness, and the Special Master will resolve the objection prior to the hearing. Any witness who is located within a Colorado Department of Corrections' (DOC) facility will testify by telephone. It will be the responsibility of the party wanting testimony by telephone to provide a number at which the individual may be reached.

Claimant and counsel for Defendants may submit a pre-hearing brief for consideration by the Special Master. There is no requirement that such a brief be filed, and no party will be penalized for not filing a brief.

Claimant should have received previously a copy of the order of November 23, 2004 signed by Judges Nottingham and Kane. That order should be reviewed in detail. Judges Nottingham and Kane held, in part, as follows:

> 2. The Special Masters shall evaluate individual damage claims submitted in this case by considering the following questions:
> 1. Is the claimant a disabled individual who is a member of the class?
> 2. Was the claimant otherwise qualified to participate in the programs or receive the benefits or services offered by DOC?
> 3. Was the claimant discriminated against by DOC because of his or her disability? (e.g., were accommodations requested and denied because of the disability?)
> 4. Did this conduct cause the claimant harm and if so, what is an appropriate remedy?
>
> 3. All claims are to be evaluated based solely upon the criteria in paragraph #1. The claims are limited to hose that encompass a disability within that meaning of the Rehabilitation Act, provided, however, that a claimant need not prove intentional discrimination, an issue which was resolved by execution of the Remedial Plan....

The order of Judges Nottingham and Kane is controlling and sets forth what must be proven by any claimant. Please note that the Order of November 23, 2004 refers to "paragraph #1" in Paragraphs #3 and #5. It is apparent that this is a typographical error, as the criteria are listed in Paragraph #2.

IT IS HEREBY ORDERED that this claim will be set for hearing at **11:00a.m., Monday, May 8, 2006 at the Sterling Correctional Facility in an appropriate room to be provided by that facility**; and

IT IS FURTHER ORDERED that unless an emergency arises, Claimant is not to be moved from the facility prior to the hearing; and

IT IS FURTHER ORDERED that all previous orders entered remain in full force and effect.

SIGNED this _26_ day of April, 2006

BY THE COURT:

Richard C. Davidson,
Special Master

3

## CERTIFICATE OF MAILING

     I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – RESETTING OF HEARING DATE this _26_ day of April, 2006 to the following:

Mr. James Martinez, #56997
SCF
P.O. Box 6000
Sterling, CO 80751

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                                                _/s/ Judy Olive_
                                                                 Judy Olive

4

Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Mr. James Martinez, #56997
SCF
P.O. Box 6000
Sterling, CO 80751