This is the objection that needs to be filed.
RE: Federal Rule of Civil Procedure 53(g)(2).
Please take care of this.

Thanks Craig Kidder

92-CV-00870-EWN-OES

Must Be filed on or before May 15, 2006

According to Judge Richard M. Borchers
Special Master ofor the
U.S. Dist. Court of Colo.
Legal Resolution Center
7907 Zeonbora St. Westminster, Col. 80030-4444

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2006

GREGORY C. LANGHAM
CLERK

This is my reply to your letter:
Claim number 02-386.

In my previous letter we agreed that your definition and my definition of disabled are quite different. Certainly I can walk and do not need a wheel chair but there are many people who are disabled to a certain degree. Maybe where you went wrong is not classifying me as a categorie (3) instead of a (2). I had to go through a lot of red tape to get to a program such as the Horse (WITP) program. Such as the Kitchen, Warehouse before finally getting a job that was conclusive for my situation. As I read _your_ definition of Categorie III. It seems without a doubt that is, where I should have been put. Not Categorie II. Don't you agree! My leg (left) where I had knee surgery aches daily. It is just not 100% and presently after a few years is getting worse. Back to what I said to you last time, the surgeon (Dr. Patterson), Never did an M.R.I. before surgery. Am I confused. Please have another surgeon or orthopedic Dr. substantiate this claim. Maybe you will believe him. Lets resolve this please.

Thanks Cray Kelly