IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,
        2-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-484
Category II
Claimant: Paul McNeal, #65909
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant filed a claim pursuant to the settlement agreement approved by Judge Nottingham on August 27, 2003. Claimant alleged in his claim that he was a member of the class and was entitled to receive compensation or other relief from Defendants.

Claimant was released on parole. The Special Masters did not receive from Claimant an updated mailing address. Defendants have advised that Claimant has absconded from parole supervision. There is no present address for Claimant. A warrant is outstanding for Claimant's arrest.

Federal courts have the authority to dismiss an appeal when a defendant becomes a fugitive. *Degen v. United States*, 517 U.S. 820 (1996); *United States v. O'Neal*, 453 F.2d 344 (10th Cir. 1972). A court does not need to invest its resources on an appeal where a defendant has chosen to absent himself. *Gonzales v. Stover*, 575 F.2d 827 (10th Cir. 1978).

The Special Master does not see any difference between the defendant who becomes a fugitive while his appeal is pending from the claimant who chooses not to keep in contact with the court and absconds from parole supervision. The claim will be dismissed. If Claimant can establish good cause, the claim may be reinstated. The resources for processing of claims is limited and should not be abused by those who choose to abscond from supervision.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

  IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 17, 2006.**

  SIGNED this 10th day of May, 2006.

               BY THE COURT:

               */s/ Richard M. Borchers*

               _____
               Richard M. Borchers
               Special Master