IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

  Plaintiffs,

-vs.-

BILL OWENS, et al.

  Defendants.

---

Claim Number 02-489
Category: II
Claimant: Noe Gonzales, #107442
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

  THIS MATTER comes before the Special Master on Defendants' motion to dismiss. The motion requests dismissal on the basis that no updated address had been provided. The Special Masters have no address for Claimant. Claimant has discharged his sentence. He has failed to provide an appropriate address. Sending an order to respond to his last known address would be futile.

  All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant was discharged in July, 2005. Claimant has failed to abide by the requirements of this rule. The claim will be dismissed.

  IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

  IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 31 1, 2006.**

  SIGNED this 12th day of May, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master