IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-157
Category: Untimely Filed Claim
Claimant: Michael Roy Craven, Jr., #90479
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 81211-2005

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on the claim of Michael Roy Craven, Jr. Claimant signed his claim form on December 20, 2005. He checked only the box for vision impaired.

Claimant has filed a supplemental form for vision. In reviewing that form and the claim, it appeared that Claimant came into DOC custody on August 17, 2005. The claim form deals with issues that apparently arose after that date.

Judge Nottingham approved the Remedial Plan on August 27, 2003. It was on that date that the class was defined. In order to file a claim, a claimant had to have been in DOC custody on or before that date. In addition, a claimant had to have a disability as defined by the Remedial Plan and have been the victim of discrimination on or before that date.

Since it appeared that all of Claimant's concerns arose after August 27, 2003, a show cause order was issued to Claimant. He was granted up to and including May 1, 2006 in which to file a response to indicate why he was part of the class and, therefore, eligible to file and pursue a claim. Claimant has not filed any response to the show cause order.

Claimant is not part of the class, as he has not alleged that he was disabled, as defined by the Remedial Plan, on or before August 27, 2003. Claimant does have the right to bring his own separate

lawsuit for any acts of discrimination that occurred after August 27, 2003. He cannot pursue his claim for the reasons set forth.

       IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

       IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 24, 2006.**

       SIGNED this 12th day of May, 2006.

       BY THE COURT:

       */s/ Richard M. Borchers*

       _____
       Richard M. Borchers
       Special Master