## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: WERMERS, JOSEPH
Printed at: 03/22/2006 09:12:51

DEPARTMENT MANDATED
Page 1 of 2

Encounter#: 1167735

| 83042 | HERNANDEZ, ANTHONY | Facility: | CT | LU: | CTCF/CH7 | 1L | 8 | U |
|---|---|---|---|---|---|---|---|---|

| Temperature: | 98.1 | Pulse: | 87 | Weight: | 156 |
|---|---|---|---|---|---|
| Respiratory: | 20 | BP: | 146 / 91 | | |

Vitals Taken: PULSE OXSYM=97.00;

**SUBJECTIVE**

Scheduled for evaluation re request for accommodation. Request includes multiple issues, he claims mobility, Diabetic and other disabilities. Wants to have all supplies for fingerstick testing provided to him; or wants fingersticks on demand at no charge. For security reasons supplies are not provided in cells; he has access to fingersticks through medical when he feels he is hypo or hyper sugars. Has BID sticks ordered, poor compliance (this month only showed up 3 times so far for afternoon testings for example)
Wants extra clothing, blankets, permit for hat and coat all year long because he chills easily. His clothing is appropriate. Blankets are a housing/security issue, as are winter clothing during summer.
Has been previously evaluated and denied the multiple musculoskeletal items requested: back brace, padded back chair, extra mattress, knee braces and therapy for back and knees.
Wants single wet cell on bottom tier.
Wants tennis shoes, which are available through canteen
Also requests "any and all items.... that the American Diabetes Association state diabetes should have and use everyday"
Chart review done while waiting for patient to arrive.
Argumentative, aggressive and hostile patient from moment he entered exam room.
Per patient re ADLs: feeds, dresses, toilet without assist.
Advised him tennis shoes are available per canteen. He argues, says is a health issue and medical must buy. Explained this is not so.
Advised him FSBS are available to him, he says they are but he gets charged, Agreed charges are applied for emergency FSBS but are appropriate. I mentioned that he misses almost all his afternoon FSBS, suggested doing these would provide info re control status. He jumped up, gave me the finger in very aggressive and threatening fashion and walked out as security staff were entering (noticed his behavior and came to exam room).
After arguing with almost every sentence I spoke, giving me the finger, he says I am confrontational.

Active Medication(s): ASA ENTERIC - 325 MG; CAPOTEN - 50 MG; GLUCOPHAGE - 500 MG; GLUCOTROL - 10 MG; HCTZ - 50 MG; INSULIN LANTUS - 100U/ML; INSULIN R, HUMAN - 100 U/ML; LESCOL - 20 MG; L-THYROXINE - 0.1 MG; NORVASC - 5 MG

**OBJECTIVE**

Current diet: regular with HS snack (ADA diet D/C due to non-compliance in past
Eye exam 7/05 no DM retinopathy
Canteen past 3 months: $444 spent, includes more than 260 food/snack items as well as racquetball supplies. Certainly has money to purchase tennis shoes.
HgbA1C 1/06=11.3
Ambulates easily, normally, briskly to exam. Alert, oriented, argumentative. Muscular healthy looking man.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH

**PLANS / ORDERS**

Allergies: No Known Allergies

Please mail Request for accommodation to AIC

Datetime: 03/22/2006 08:08
Providers: WERMERS, JOSEPH

PA/NP/RD _____  PHYSICIAN _[signature]_ MD  NURSE _[signature]_

Datetime: 03/22/2006 08:08   Provider: 2489   DateTime 3/22/06 0920

| | DEPARTMENT OF CORRECTIONS | | | | Printed By: WERMERS, JOSEPH |
|---|---|---|---|---|---|
| DEPARTMENT MANDATED | AMBULATORY HEALTH RECORD | | | | Printed at: 03/22/2006 09:12:51 |
| Page 2 of 2 | | | | | Encounter#: 1167735 |
| 83042 | HERNANDEZ, ANTHONY | Facility: CT | LU: CTCF/CH7 | 1L | 8 U |

88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 03/22/2006 08:08    Provider: 2489    DateTime 3/22/06 0920