# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO: Hernandez, Anthony #83042
CCF

FROM: Cathie Holst
Manager, Office of Correctional Legal Services, AIC

RE: Letter to Judy Lindsey dated 12/3/2003

DATE: December 31, 2003

---

Your letter to Ms. Lindsey has been routed to me for response. I do not believe anyone disputes that you are diabetic, however after looking into this matter I have determined that your allegations about other aspects of your situation at CCF are unfounded.

First, designated facilities under Montez are those identified as being suitable for offenders who are severely disabled. Virtually every facility houses diabetic offenders; you do not require special placement because you have diabetes unless it is completely out of control or accompanied by some associated severe physical problem. The "services and benefits" you mention needing are simply routine medical care which is available at CCF, albeit at an hour that you would prefer to remain in bed.

Your provider assesses your need for finger sticks and has determined that you require them twice per day. In the interest of facility order and management, finger sticks are performed at specified times -- 6:00 a.m. and 4:00 p.m. Finger sticks may be performed at other times if ordered by the provider, or if you are experiencing a problem and need your values checked. The facility does not deny you finger sticks; you may have as many as you believe you need if you are experiencing difficulty, however those will be treated as an emergency. Since additional finger sticks are outside the recommendations of your provider, you will be charged a co-pay for them. In addition, you have been advised that you may be tested to see whether you in fact need a finger stick at a different time of day but to date you have declined to participate in this evaluation. Having no evidence to the contrary, your provider has made the best determination of your situation as he can.

The issue of wearing tennis shoes is also determined by your provider. You may request to be evaluated for a medical permit to wear tennis shoes around the facility, however the Department of Corrections does not purchase tennis shoes even if they are recommended. You may purchase them on canteen if you require another pair.

As for exercise, the CCF yard is open seasonally, and you receive approximately six hours per week in the gym barring facility lockdowns. It is unclear to me why your exercise has to be done in the yard or gym, since there are any number of calisthenics that could be done in your cell and dayhall. In any case, recreation time is approximately the same at all Level IV facilities whether they are "designated" or not.

I hope this addresses your concerns. I believe that if you work with your medical department at CCF your diabetes and any associated problems will be adequately managed.

cc: file
    working file
    medical file