# DIABETES SCREENING

PATIENT NAME  Hernandez, Anthony

DOC # 83042          DATE 3-22-06

1. Does the patient have diabetes?          (Yes)   No    (Circle one)

   *If your answer is NO, terminate the diabetes screening and sign below.*

   If yes:

   Is medication prescribed for this patient?          (Yes)   No    (Circle one)   D/C 2004 d{...}
   Is a special diet prescribed for this patient?       Yes    (No)   (Circle one)   to Non-com{...}
   Is the patient compliant with his treatment plan?    Yes    (No)   (Circle one)   by patie{...}

   If no, in what way? Poor compliance fingersticks — canteen, loaded with inappropriate foods — was not compliant re diabetic diet — sporadic refusal labs to monitor PM

2. Does this patient have any other problems associated with the effects of diabetes (e.g., vision, sores, amputation, etc)?          Yes   (No)   (Circle one)

   *If so, what? (Please complete proper form [vision, mobility, other] and attach)*

*If you have determined that this patient DOES have diabetes, contact the AIC to discuss what accommodations, if any, are appropriate.*

Signature & Title: [signed] MD    3-22-06