# MOBILITY SCREENING
(applies to lower extremities only)

PATIENT NAME __Hernandez, Anthony__

DOC # __83042__     DATE __3-22-06__

1. Does the patient require the use of a wheelchair for more than 6 months?  Yes  (No)  N/A   (Circle one)
   *If yes, the patient automatically meets the Montez criteria and requires special placement in a handicapped cell at a designated facility unless he/she has "opted out" of special placement. Contact the AIC if the patient needs to be moved to another facility or into a handicap cell in the current facility.*

2. If yes, does the patient have upper body strength to compensate for disability?   N/A
   - Can he move from wheelchair to toilet?     Yes    No
   - Can he move from wheelchair to bunk?       Yes    No
   - Can he dress himself, get his meals, and attend programs, classes or recreation by himself?  (Yes)  No
   - Can he remain in a wheelchair all day?                                Yes    No

3. Does this patient require the assistance of an inmate aide?    (Yes)   (No)
   What percentage of the time?      Full     Part
   To perform what duties?

4. If the patient does not require the use of a wheelchair, can he walk 100 yards on a level surface or climb a flight of stairs without a pause?    (Yes)    No

5. Does the patient require the use of other assistive devices (cane, walker, crutches, special clothing, footwear, or prosthetics, etc.)? If so, what?        Yes    (No)

6. Does the patient have a catheter?      Yes   (No)

7. Does he require an assignment to a handicapped table?    Yes    (No)
   Is this patient assigned to a handicapped table in the chow hall?   Yes    No

8. Does he require a shower chair?     Yes   (No)
   Is a shower chair available in his living unit?   Yes    No

9. Is this patient capable of attending class/programs/work for a full day?  (Yes)   No
   If no, how many hours per day is he capable of attending? _____

10. Does the patient complain of any other problem(s) associated with the mobility impairment that have not been addressed?           Yes    No
    If yes, what are they?
    __None reported, he left before could inquire__

11. Is the patient's condition affected by the seasons or weather?   Yes   (No)
    Explain:

*If you have determined that this patient DOES have a mobility impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

__[signature], MD__    __3-22-06__
Signature & Title