IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

      This matter is before the court on a motion for emergency injunction filed by Anthony Hernandez (#1943). Defendants have now responded. Upon consideration of the motion and response, the court finds and concludes that the requirements for a preliminary injunction have not been met. Plaintiff has not made any colorable showing that he is suffering irreparable injury, nor has he shown that an injunction in these circumstances would serve the public interest. As for success on the merits, the court notes that his individual damages claim is pending before the special masters. If he has a disability, the special master can award damages, which further negates a finding of irreparable injury. If he has no disability, then his complaints would need to be the subject of a separate lawsuit. It is therefore

ORDERED that the motion (#1943) be DENIED.

Dated this 17th day of May, 2006.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge