IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2006

˙ ˙ ˙ ˙ ˙ ˙ ˙ ˙ GHAM
CLERK

Civil Action No. 92-N-870 (OES)

JESSE MONTEZ, et al.
        Plainfiff,
-vs-

BILL OWENS, et al.
        Defendants.

---

Claim Number 03-214
Category III
Claimant: Paul Valverde, #51675
Address of claimant: CTCF, P.O. Box 1010 Canon City, CO 81215-1010

---

## APPOINTMENT OF COUNSEL AND EXPERT WITNESSES

---

NOW COMES Mr. Valverde plaintiff and states the following:

    Mr. Valverde has cerebal palsy and is a diabetic. Mr. Valerde is illiterate and has diminished mental capacity, Mr. Valerde was told (by this writer) that the Remedial Plan dose not provide for legal representation. But due to Mr. Valverde's special needs I request this court appoint someone to help him though this process. Especially in light of defendant lies and deceptions htey have already committed against Mr. Valverde (see enclosed). Also due to defendants blantant and malicious retaliations they are conducting against all inmates who are involved with the Montez Civil Action ie instructing medical staff to not only with hold medical treatment and attention but to also to cancel and remove all prior medical permits for shoes, houseing etc.... Further, I know of no other case before any U.S. Court that would rely on only one parties witnesses and documentation and evidence. Not allowing the other party to present the same for his case. Just because Mr. Valverde is an inmate, he should not be denied a fair and equitable

treatment by the court.

In the interest of justice, Mr. Valverde request appointment of counsel and enlist the expertise of Doctors who are experts in fields concerning cerebal palsy and diabetes and who are not lackeys of defendants and are unbaised.

Respectfully submitted,

*[signature: Paul Valverde]*

Mr. Paul Valverde #51675
P.O. Box 1010
Canon City, CO 81215-1010

CERTIFICATE OF MAILING

I HEREBY CERTIFY this 13Th day of May 2006, that I deposited a true and correct copy of the foregoing, in the U.S. Mail, postage prepaid, addressed as follows:

> For the Attorney General
> 1525 Sherman Street- 5th Floor
> Denver, CO 80203

January 26, 2006

Judge Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030-4444

Re: Montez, et al. v. Owens, etal, Civil Case No. 92-N-870

Your Honor:

I am writing this letter on behalf of Mr. Paul Velverde #51675. Mr. Velverde has been an inmate of the Colorado Department of Corrections, since 12/07/87. He is currently housed at C.T.C.F.. Mr. Velverde was born with cerebral-palsy, he is also illiterate. Defendants (DOC staff) have mislead and out right lied to Mr. Velverde, telling him that her did'nt qualify to be a party to the Montez Civil Action. And that Montez was only for inmates who did'nt receive medical attention. As Mr. Velverde can't read and is completely dependent on DOC staff to make him aware of important issues, that effect him Mr. Velverde is totally and constantly at their mercy. They decide what information Mr. Velverde will or will not be allowed to have.

I informed Mr. Velverde, the fact that he has been denied jobs, housing etc... because of his infirmities, for the past several years that the Montez action dose include him. I atold him I would attempt to get him added to the Montez Civil Action and explain why he is late in notifing the court of his desire to join Montez And hopefully, he won't have to start a new Civil Action. Mr. Vel verde is still getting salse information from staff concerning Montez Defendants are deveiving and hindering Mr. Velverde even refusing to give him the initial Claim form. Mr. Velverde request to be included in Montez and has grounds of excuseable neglect due to the lies and mis-information the defendants have subjected Mr. Velverde to.

Respectfully submitted.

*Paul Velverde* 1-26-06

Mr. Velverde #51675
CTCF P.O. BOX 1010
Canon City, CO 81215-1010

**COLORADO STATE DEPARTMENT OF CORRECTIONS**
AUTHORIZATION TO **RELEASE/REQUEST** MEDICAL INFORMATION

Sec. 5 HR/Req

I, __Velarde   Paul__ DOB __1-28-63__ DOC # __51675__ FACILITY __C.T.C.F.__
(Please Print)

SS# __524542434__

Authorize the Department of Corrections to __X__ release _____ request

medical/mental health records (to/from)_____

_____NAME OF PERSON OR ORGANIZATION.

Extent or nature of information, please include dates of service requested.

_____ Copy of History and Physical, Dis. Summary and Procedure Note.
_____ Copy of Ambulatory Health Record.
_____ Copy of Medical/Mental Health Records--Records released for continuity.
__X__ OTHER __All Medical Records relating to ADA__ of care when DOC receives info.

When Dept. of Corrections requests information mail to:

I understand that the information to be released may include HIV infections and Drug and Alcohol documentation.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with it. This release will remain in effect for 90 days, unless specified in writing for a shorter time frame.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent shall be accomplished by a written notice which states as follows:

"This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Fed. Regulation (42 CFR, part 2) prohibits you from making any further disclosure of it without specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose."

I hereby release the health care provider from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing **PATIENT'S CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and I do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

Date _____ OFFENDER'S NAME _____

WITNESS _____

31215(R1/00)   Dist:   White-Med. Rec.   Canary-Offender Copy