CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589

CIAL BUSINESS

Elizabeth  Gardesani
302 Meadowood Drive
#C1
Carbondale, CO 81623

CANNOT LoCATE
92-CV-870

#1958, 1957

EWN-0Es

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 6 2006

GREGORY C. LANGHAM
CLERK