

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

ATTEMPTED, NOT KNOWN

DENVER CO MAY 02 '06

Eliza[beth] Ga[ribal]di
302 M[ea]dowood [Dr]ive
#C1
Car[bon]dale, [CO] 8162[?]

Return to Sender
not

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
#1949 EWN-OES