IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

___

**ORDER**
___

This matter is before the court on the motion of Paul Valverde to appoint counsel and an expert witness (#1974). The remedial plan does not envision the appointment of counsel to pursue damages claims, and there is no authority which would permit the court to hire and pay an expert witness. Accordingly, it is

ORDERED that the motion be DENIED.

Dated this 17th day of May, 2006.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      United States District Judge