IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Duncan Leach, Claim number 03-087

## ORDER

Kane, J.

This matter is before the court on Claimant, Duncan Leach's Objection (doc. #1055) to August 1, 2005 Final Order of Special Master. The court has reviewed the final order, the objection and defendants' response, and finds as follows:

The Special Master presented a well-reasoned final order based on evidence in the record. There is no erroneous conclusion of law. The objection of Duncan Leach is OVERRULED. The Final Order of Special Master is affirmed.

Dated:   May 18, 2006

                                        BY THE COURT:

                                        **s/John L. Kane**
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT