Civil Action No: 92-CV-00870-EWN-OES 3 Closed   May 14, 2006
Civil Action No: 96-CV-343-"Active"
Claim: # 3-105
Category # III

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

U.S. District Court

Court Address: Judge Edward W. Nottingham
901 19th street
Denver, Colorado
80294-9999

**MAY 18 2006**

**GREGORY C. LANGHAM**
CLERK

Martha Ann Sharp, Doc #115534
(Jesse (Jesus) Montez, et. al)
Plaintiff,

v.

Defendant(s).
Bill Owen, Governor, et. al.

▲ COURT USE ONLY ▲

Attorney or Party Without Attorney (Name and Address):
Martha Ann Sharp, Doc #115534
Department of Corrections
P.O. 392005 or 3600 Havana St.
Denver, Colorado 80239-3266
303-371-4804, 303-307-2500

Case No.: CR157, CR153, CR347

Div/Ctrm: _____

By Mail

Motion to Submitte additional documents to support claim

Motion to request for additional reimbursements
Claims March 6, 2006 for .50 cent Bank Statement
discovery copy. And April 25, 2006 medical $5.00
charge (medical is not complying with Remedial Plan, Montez
members don't get charged medical co-pay but medical
continues to charge me for visits I attend and visits
I don't attend.) Also, I seek reimbursement for legal
postage to the Courts for $5.79, May 3, 2006. Attached
are receipts for good cause for granting my reimbursement.

In addition, I have also attached good cause for stolen
postage from legal envelop date December 23, 2006 I
requested reimbursement for on 4-28-2006, documents to
support reimbursement claim is attached, postage for about $6.00.

I also would like to confirm that the Courts received
on May 3, 2006 (dated) 40 pages to Judge Edward W. Nottingham
concern reimbursement appeal? The envelop was certificated
with DOC legal log and with meter postage.

M.A.S. t.   5-14-2006
Plaintiff

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 03/01/2006 - 05/01/2006
Printed: 05/01/2006

**Name:** SHARP, MARTHA
**Number:** 115534
**Location:** DEN-WOMENS - DW/UNIT2

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/06 00:00 | Beginning Balance | | 0.91 | 0.91 | | | 0.00 | 0.91 | |
| 03/01/06 23:46 | JPAY CREDIT *mom* | 50.00 | 50.91 | 50.91 | MANDATORY | 10.00 | 10.00 | 40.91 | DW |
| 03/02/06 08:06 | Canteen #4274652 Hold | | 50.91 | | CANTEEN | 40.90 | 50.90 | 0.01 | |
| 03/06/06 07:42 | Canteen Order #4274652 | -40.90 | 10.01 | 10.01 | | | 10.00 | 0.01 | DW |
| 03/06/06 11:51 | XEROX-DEBIT | -0.50 | 9.51 | 9.51 | | | 10.00 | 0.00 | DW |
| 03/08/06 11:01 | 1 RISNER UNASSIGNED *state pay* | 0.92 | 10.43 | 10.43 | MANDATORY | 0.18 | 10.18 | 0.25 | DW |
| 03/08/06 11:11 | 2 PART TIME POSITION | 4.98 | 15.41 | 15.41 | MANDATORY | 1.00 | 11.18 | 4.23 | DW |
| 03/09/06 10:32 | Canteen #4292378 Hold | | 15.41 | | CANTEEN | 3.93 | 15.11 | 0.30 | |
| 03/09/06 11:15 | Canteen #4292994 Hold | | 15.41 | | CANTEEN | 0.24 | 15.35 | 0.06 | |
| 03/13/06 09:12 | Canteen Order #4292378 | -3.93 | 11.48 | 11.48 | | | 11.42 | 0.06 | DW |
| 03/16/06 09:13 | Canteen #4305608 Hold | | 11.48 | | CANTEEN | 0.06 | 11.48 | 0.00 | |
| 03/17/06 14:29 | Canteen Order #4305608 | -0.06 | 11.42 | 11.42 | | | 11.42 | 0.00 | DW |
| 03/18/06 23:41 | JPAY CREDIT *sister* | 20.00 | 31.42 | 31.42 | MANDATORY | 4.00 | 15.42 | 16.00 | DW |
| 03/21/06 11:18 | Canteen Order #4292994 | -0.24 | 31.18 | 31.18 | | | 15.18 | 16.00 | DW |
| 03/23/06 08:34 | Canteen #4316360 Hold | | 31.18 | | CANTEEN | 15.97 | 31.15 | 0.03 | |
| 03/27/06 11:34 | Canteen Order #4316360 | -15.97 | 15.21 | 15.21 | | | 15.18 | 0.03 | DW |
| 03/27/06 14:11 | XEROX-DEBIT | -2.25 | 12.96 | 12.96 | | | 15.18 | 0.00 | DW |
| 03/31/06 03:58 | RESTITUTION-00CR153 | -15.18 | -2.22 | 0.00 | | | 0.00 | 0.00 | DW |
| 04/04/06 23:43 | JPAY CREDIT *mom* | 50.00 | 47.78 | 47.78 | MANDATORY | 10.00 | 10.00 | 37.78 | DW |
| 04/06/06 09:53 | Canteen #4338688 Hold | | 47.78 | | CANTEEN | 37.59 | 47.59 | 0.19 | |
| 04/06/06 17:23 | 2 PART TIME POSITION *state pay* | 4.15 | 51.93 | 51.93 | MANDATORY | 0.83 | 48.42 | 3.51 | DW |
| 04/10/06 12:23 | Canteen Order #4338688 | -37.59 | 14.34 | 14.34 | | | 10.83 | 3.51 | DW |
| 04/13/06 10:03 | Canteen #4354730 Hold | | 14.34 | | CANTEEN | 3.50 | 14.33 | 0.01 | |
| 04/14/06 15:01 | Canteen Order #4354730 | -3.50 | 10.84 | 10.84 | | | 10.83 | 0.01 | DW |
| 04/25/06 12:30 | MEDICAL-DEBIT | -5.00 | 5.84 | 5.84 | | | 10.83 | 0.00 | DW |
| 04/28/06 03:55 | RESTITUTION-00CR153 | -10.83 | -4.99 | 0.00 | | | 0.00 | 0.00 | DW |
| 05/01/06 23:58 | Ending Balance | | -4.99 | 0.00 | | | 0.00 | 0.00 | |

**Total Deposits:** 130.05
**Total Withdrawals:** 135.95

| Account Information as of  05/01/2006  10:36AM | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** -4.99 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $0.00 | **Available Balance** | $0.00 |

---

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

## DEPARTMENT OF CORRECTIONS

### MISC. WITHDRAWAL TICKET

DATE _Maych 2006_

OFFENDER NO. _115534_   FAC. _DweF_   UNIT _____   AMOUNT _____

OFFENDER NAME _Martha Mae Sharp_

REASON FOR TRANSACTION _Postage to mail envelope to_
_Edward W. Nottingham, John Kane & Robert_
_Barr, 100 = $8.36._

I hereby authorize this amount to be deducted from my account.

Authorized by _D. Michuta_

Offender Signature _MMR.f._

2000B(R.5/01)

BC 200-2C

3.72
2.07
5/3/06
$ 1.19



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Note:

This is envelop
dated 12-23-2005
certified legal 107
with about $6.00
worth of postage
ripped and stolen
of, that I claim
reimbursement for.
I filed DOC grievance
as well. (Carries postage
not postage postage). It's
in my case managers
working file.

My name & address

* Legal address attempted too.



* Legal - log by Sgt. Crossley.
(look closley dark print)