# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,
   Plaintiffs
v.

BILL OWENS, et al.,
   Defendants

**ORIGINAL**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2006

GREGORY C. LANGHAM
CLERK

Claim Number 03-37
Category III
Claimant: James Martinez, #56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, Colorado, 80751-0600

## CLAIMANT'S MOTION TO THE COURT AND SPECIAL MASTER PURSUANT TO ORDER OF SPECIAL MASTER AT MAY 08, 2006 HEARING: MEDICAL RECORDS

COME NOW Claimant James Martinez #56997 and states to the Court that I turned in a kite to Medical to review my medical records pursuant to the order of the Special Master at the May 08, 2006 hearing. I turned the kite into Medical on May 08, 2006, as of May 14, 2006 I have had no response from medical at all.

I told the Special Master at the May 08, 2006 hearing that the week of the 14th of May I would send the

(1)

Court and the Attorney Generals office a motion and description of what medical records that I would need.

I am notifying this court that I do not want to be held in contempt, charged with lying to the Special Master, or be held in contempt for wasting the Courts time.

It is not the fault of Claimant James Martinez that I cannot provide which records I need when I can't get to medical.

Claimant James Martinez is submitting this motion so that the Court realizes that Claimant is not attempting to obstruct Justice.

This document respectfully submitted this 5-15-06 day of May 2006, Under Penalty of Perjury.

*[signature]*
James Phillip Martinez #56997

## CERTIFICATE OF MAILING

I certify that I served a copy of CLAIMANT'S MOTION TO THE COURT AND SPECIAL MASTER PURSUANT TO ORDER OF SPECIAL MASTER AT MAY 08, 2006 HEARING: MEDICAL RECORDS upon all parties listed below by placing a copy of same in the United States mail, postage prepaid at Sterling, Colorado, 80751-0600, this 5-15-06 day of May 2006.

Office of the Attorney General
% Jess A. Dance
1525 Sherman Street
Denver, Colorado, 80203-1760

(2)

United States District Judge
Edward W. Nottingham
% United States Clerk of Court
Federal Courthouse
19Th & Stout Street
Denver, Colorado, 80203

Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson
Special Masters for the United States District Court
for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado, 80030-4444

*James Phillip Martinez* (signature)
James Phillip Martinez #56997

③