CRIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, DENVER, CO

Case # 92-CV- 00870 -EWN-OES? 96-CV-343

FRED F. FRANZONE by LATE MONTEZ, et al.,   May 18, 2006

PLAINTIFFs,

vs.

Bill Owens, et al.,

Defendant )

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2006

GREGORY C. LANGHAM
CLERK

Motion. Close this case on FRANZONE in this Class Action Lawsuit and FRANZONE will move his case in the US APPEALS COURT FOR THE TENTH DISTRICT EFFECTIVE IMMEDIATLY. NONE OF FRANZONE LEGAL DOCUMENTS WERE ANSWERED TIMELY IN VIOLATION OF DUE PROCCESS OF THE LAW IN VIOLATIONS OF THE FEDERAL US CONSTITUTION. FRANZONE CASE IS NEGLECTED, DISCRIMINATED, VIOLATED BY THIS NOT SO HONORABLE US DISTRICT COURT. LET US GO TO A HIGHER COURT NOW IN THE 10 TH CURCUIT in the UNITED STATES OF AMERICA.

Here comes Mr. Fred F. FRANZONE and askes this court to immediatly seal all public and secret (TOP) records hold by this court and forward it to the CLERK of the US Court of Appeals for the 10th Curcuit!

Mr. Fred F. Franzone case dated by May 2, 2006 Edward W. Nottingham United State District Court is OUT OF ORDER!!! His denial is OUT OF ORDER. His total handleing of this case is OUTPOF ORDER and OUT OF TIME !

FRANZONE is a category IV. DISABLED CITIZEN WITHOUT ANY HELP UNDERSTANDING, CARE from this above court. The District Court is in VIOLATION OF ITS OWN RULES!

Therefore grant FRANZONE to procced further as a FORMA PAUPARIS, INMATE WITHOUT ANY MONEY. And PRO-SE at this time.

RESPECTFULLY SUBMITTED

CITIZEN, DISABLED FRED F. FRANZONE

cc44

CERTIFICATE OF MAILING

I, Fred F. Franzour, certifies that on this May 18, 06 I placed this motion legal mail into the hand of the U.S.P.S.

*[signature]*