Civil Action # 92-cv-0870-EWN-OES - Closed
Civil Action # 96-cv-343-Active
Claim # 3-105
Category # III

Court Address: Judg Edward Nottingham
901-19th Street, A105
Denver, Colorado
80294-3589

Martha Ann Sharp
(Montez, (Jesus) Jesse et.al.)

Plaintiff,

v.

Defendant(s).

Bill Owens, et al.

Attorney or Party Without Attorney (Name and Address):
Martha Ann Sharp, DOC # 115554
Department of Correction
P.O. 392005 or 3600 Havana St.
Denver, Colorado 80239-3266
303-371-4804
303-307-2500

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2006

GREGORY C. LANGHAM
CLERK

▲ COURT USE ONLY ▲

Case No.: CR1557, CR343, CR153

Div/Ctrm: _____

Motion of Disposition

May 18, 2006

Today, I believe the court has attempted to send me "order" granting my Reimbursemen Montez claim but I only recieved some of the order; partial. And the date, time, and place of my Montez settlement Award Hearing, I know to be held here at DWCF. I request that the court resubmitte order because I believe I only received partial, ASAP. The order is dated May 17, 2006.

MaSh. 5-18-2006
Defendant