IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

---

Claim Number 02-795
Category II
Claimant: Dexter Gail Millican, #86568
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, Claimant states that "the lawyer firm of Richard Borchers, Bruce Pringle, and Richard C. Davidson are having meetings with inmates at my facility (Fort Lyon Corr.Fac.) Concerning inmate being witnesses in the court hearings..."

Claimant is advised that no meetings have been held to secure witnesses by the undersigned or Judges Pringle or Davidson. The Special Masters have been advised that class counsel have met with some inmates in preparation for a compliance hearing before Judge Nottingham. Claimant should contact class counsel at the address listed on the certificate of mailing.

IT IS HEREBY ORDERED that Claimant's letter will be filed, but no further action will be taken on it.

SIGNED this 2 day of May, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ____ day of April, 2006 to the following:

Mr. Dexter G. Millican
#86568
FLCF
P.O. Box 1000
Fort Lyon, CO 81038-1000

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203