Russell A. Kueker #46721                                    5-19-06
P.O. Box 6000   Unit 32
Sterling, Co. 80751

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2006

GREGORY C. LANGHAM
CLERK

United States District Court
For the District of Colorado
Judge Edward W. Nottingham


RE: Civil Action No: 92-N-870 (Consolidated for all purposes
with Civil Action No: 96-N-343).


Dear Judge,


    I wish to be considered with this Civil Action, Jesse
Montez, et al. v. Bill Owens, et al. I have been currently
diagnosis with Burkitts Lymphoma, a type of Cancer while
incarcerated in Department Of Corrections on September
14th, 2005.
    I was informed that I would be going to a Medical
Facility, which Sterling Correctional Facility is currently
lacking thereof.
    Would you please send me the appropiate
paperwork to fill out.


                        Respectfully Submitted,

                        Russell A. Kueker 46721
                        P.O. Box 6000   Unit 32
C.C.                    Sterling, Co. 80751