IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2006

GREGORY C. LANGHAM
CLERK

Claim Number X-165
Category: Untimely Filed Claim
Claimant: Reginald Massey, #125202
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim form of Claimant Reginald Massey. In that claim form, Claimant indicated that he came into the custody of the Colorado Department of Corrections (DOC) on March 24, 2005.

Since it appeared that Claimant might not be part of the class, a show cause order was issued to him. Despite being given up to and including May 8, 2006 in which to respond, the Claimant has filed nothing.

The Remedial Plan was presented to Judge Nottingham on August 27, 2003. That plan became the settlement document for this case. Judge Nottingham approved the Remedial Plan on that date and established the class. A claimant had to have been in DOC custody on or before August 27, 2003 in order to file a claim. Claimant was not in DOC custody on or before that date. He is not part of the class. Since Claimant is not part of the class, his remedy is to file a separate lawsuit. Claimant may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the

Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 24, 2006.**

SIGNED this 15th day of May, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _____ day of May, 2006 to the following:

Mr. Reginald Massey
#125202
FCF
P.O. Box 999
Canon City, CO 81215-0999

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203