IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number X-166
Category: Untimely Filed Claim
Claimant: Paul Deschaine, #124164
Address of Claimant: BCCF, P.O. Box 2017, Buena Vista, CO 81211-2017

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of Paul Deschaine. In the claim form, Claimant indicated that he came into DOC custody on November 21, 2004. Since it appeared that Claimant was not part of the class, a show cause order was issued to him. Though he was granted up to and including May 8, 2006 in which to respond to the motion, Claimant has not filed anything.

Judge Nottingham approved the Remedial Plan on August 27, 2003. It was on that date that the class was established. In order to file a claim, an inmate had to have been in DOC custody on or before August 27, 2003. Any individual coming into DOC custody for the first time after that date would not be part of the class but could file a separate lawsuit under the ADA. Claimant is not part of the class and may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 24, 2006.**

SIGNED this 15 day of May, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this /d day of May, 2006 to the following:

Mr. Paul Deschaine
#124164
BCCF
P.O. Box 2017
Buena Vista, CO 81211-2017

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203