IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

___

**ORDER**
___

This matter is before the court on Fred Franzone's motion for an order closing his case (#1981). Upon consideration of the motion, it is

ORDERED as follows:

1. The motion is GRANTED.

2. The clerk will process the document as a notice of appeal.

Dated this 23rd day of May, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    United States District Judge