# LRC  *Legal Resolution Center*

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
| RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| www.legalrcs.com | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Cheyenne, Wyoming |
| | | Omaha, Nebraska |

May 24, 2006

The Honorable John L. Kane, Jr.
Senior United States District Judge
United States District Court for the District of Colorado
United States Court House
901 19th Street
Denver, CO 80294

    RE:    *Montez, et al. v. Owens, et al.*
             Civil Action No. 92-N-870 (consolidated with 96-N-343)
             Application for Payment of Fees and Costs

Dear Judge Kane:

    I am enclosing the original of the Special Masters' Thirteenth Application for Payment of Fees and Costs. I have forwarded copies to counsel for the State and the Class.

    Please have your office contact my office if you need additional information. Thank for your prompt review of this application

                                       Sincerely,

                                       RICHARD M. BORCHERS

enclosure

cc: James Quinn
    Paula Greisen