# EXHIBIT A

Susan Carter

    Total Hours for Period                                       72.00 hrs.

Judy Olive

    Total Hours for Period                                       1.70 hrs.

Lynda Rowe

    Total Hours for Period                                       2.60 hrs.

Ann Notar

    Total Hours for Period                                       89.00 hrs.

                  TOTAL HOURS:             165.30 hrs.

Larry Dean Valente

    Total Hours for Period                                       38.00 hrs.