# EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending May 15, 2006

| Date | Description | Hours |
|---|---|---|
| 3/22/06 | Work on evidentiary issues; research | 1.50 hrs. |
| 3/23/06 | Draft order | 1.00 hrs. |
| 3/26/06 | Review of files and work on processing issues | 1.50 hrs. |
| 3/29/06 | Review files and forward orders electronically | 1.25 hrs. |
| 3/30/06 | Administrative work; forward orders to court | 1.50 hrs. |
| 3/31/06 | Review e-mails from Dino and respond; review files and settings | 1.00 hrs. |
| 4/5/06 | Review mail and motions; administrative work | 1.00 hrs. |
| 4/8/06 | Review of all files and cases to be set for hearing | 2.00 hrs. |
| 4/9/06 | Review Category V cases | 1.25 hrs. |
| 4/11/06 | Review mail; set up hearing dates; and general administrative work | 2.00 hrs. |
| 4/12/06 | Review mail and files | 1.00 hrs. |
| 4/13/06 | Review mail | .50 hrs. |
| 4/14/06 | Review mail and e-mails from court- set hearing dates | 1.00 hrs. |
| 4/15/06 | Review files | 1.00 hrs. |
| 4/16/06 | Check e-mails and mail | 1.00 hrs. |
| 4/23/06 | Prepare letter and documents for counsel for review hearing before court; review files For new submissions | 3.00 hrs. |
| 4/24/06 | Review mail; telephone conferences with RCD and Dino | 1.50 hrs. |
| 4/27/06 | Review mail and files; prepare files for transfer to RCD | |
| 4/28/06 | Meet with RCD and review cases; review mail | 2.50 hrs. |
| 5/1/06 | Meet with Sue Carter and go over procedures and case requirements | 3.00 hrs. |
| 5/5/06 | Review with Sue Carter of claims process | 1.25 hrs. |
| 5/6/06 | Review mail and hearing dates | 1.50 hrs. |
| 5/7/06 | Review files | 1.00 hrs. |
| 5/9/06 | Meet with Dino on docket issues | .75 hrs. |
| 5/9/06 | Telephone conference with RCD | .30 hrs. |
| 5/10/06 | Review with Sue Carter procedures for closing files and additional administrative matters | 1.00 hrs. |
| 5/11/06 | Review files and mail | .75 hrs. |
| 5/13/06 | Review files and settings; review mail and scheduling | 3.00 hrs. |
| | TOTAL: | 38.05 hrs. |