# EXHIBIT C

Administrative Time of Bruce D. Pringle for Period ending May 15, 2006

No Time

TOTAL HOURS:     0.00 hrs.