## EXHIBIT D

### Work Done By Richard M. Borchers

Claims closed during the period ending May 15, 2006. Work done prior to September 15, 2004 has already been billed:

**01-070      Jesse Michael Romo**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .15 hrs. |
| 3/15/05 | Review of file and issue order | .15 hrs. |
| 2/24/06 | Review of motion and file; issue order | .25 hrs. |
| 4/14/06 | Review file and prepare final order | 1.00 hrs. |
| | TOTAL: | 1.55 hrs. |

**01-158      Douglas K. Beagley**

| | | |
|---|---|---|
| 10/24/04 | Issue order | .10 hrs. |
| 12/24/04 | Review letter and issue order | .10 hrs. |
| 3/4/06 | Review file and issue order | .35 hrs. |
| 4/14/06 | Review file and issue final order | 1.00 hrs. |
| | TOTAL: | 1.55 hrs. |

**01-191      Jack Kenton McCabe**

| | | |
|---|---|---|
| 10/17/04 | Review claim | .15 hrs. |
| 11/12/04 | Prepare order to show cause | .25 hrs. |
| 12/24/04 | Review response and issue order | .20 hrs. |
| 12/28/04 | Issue order | .15 hrs. |
| 2/24/06 | Review file and motion; issue order | .25 hrs. |
| 4/14/06 | Review file and prepare final order | 1.15 hrs. |
| | TOTAL: | 2.15 hrs. |

**01-201      Daniel Brooks Gutierrez**

| | | |
|---|---|---|
| 2/23/05 | Review claim and issue OSC | .25 hrs. |
| 3/18/05 | Review response and issue order | .25 hrs. |

1

| | | |
|---|---|---|
| 3/29/05 | Review file and issue order | .25 hrs. |
| 7/6/05 | Review letter and issue order | .20 hrs. |
| 3/1/06 | Review motion and file; issue order | .25 hrs. |
| 4/24/06 | Review file and prepare final order | .75 hrs. |
| | TOTAL: | 1.95 hrs. |

**02-019      James T. Laugerude**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .15 hrs. |
| 2/9/06 | Review file and motion; issue order | .25 hrs. |
| 3/21/06 | Review file and prepare final order | 1.25 hrs. |
| | TOTAL: | 1.65 hrs. |

**02-026      Edward Armijo**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review motion and issue order | .15 hrs. |
| 2/25/06 | Review motion and file; issue order | .20 hrs. |
| 3/29/06 | Review settlement and enter order | .25 hrs. |
| | TOTAL: | .75 hrs. |

**02-027      Mark Barnett**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/25/06 | Review file and notice; issue order | .15 hrs. |
| 3/29/06 | Review file and settlement docs; issue order | .25 hrs. |
| | TOTAL: | .55 hrs. |

**02-029      Thomas C. Carvon**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .25 hrs. |
| 10/12/05 | Review file and letter | .25 hrs. |
| 2/25/06 | Review motion and file; issue order | .20 hrs. |
| 3/29/06 | Review file and issue order | .25 hrs. |

|  | | TOTAL: | .95 hrs. |
|---|---|---|---|

**02-031**      **Richard C. Collins**

| 12/28/04 | Review file and issue order | .15 hrs. |
|---|---|---|
| 12/26/05 | Review file and issue order | .25 hrs. |
| 3/26/06 | Review file and issue order | .25 hrs. |
| | | TOTAL:    .65 hrs. |

**02-044**      **John E. McMurrin**

| 12/29/04 | Review file and issue order | .15 hrs. |
|---|---|---|
| 2/19/06 | Review file and issue order | .20 hrs. |
| 2/27/06 | Finish order | .15 hrs. |
| 5/2/06 | Review file | .25 hrs. |
| 5/11/06 | Review file and prepare final order | 1.00 hrs. |
| | | TOTAL:    1.75 hrs. |

**02-045**      **Ruben Moreno**

| 12/29/04 | Review file and issue order | .15 hrs. |
|---|---|---|
| 1/26/06 | Review response and issue order | .25 hrs. |
| 3/4/06 | Review file | .30 hrs. |
| 3/27/06 | Review file and prepare final order | 2.00 hrs. |
| | | TOTAL:    2.70 hrs. |

**02-067**      **Kirt Dean Huskey**

| 12/29/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 3/15/06 | Review file | .50 hrs. |
| 3/16/06 | Prepare final order | 1.35 hrs. |
| 3/18/06 | Finalize order | .25 hrs. |
| | | TOTAL:    2.60 hrs. |

3

**02-072**      **Wayne Sloan**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 3/18/06 | Review file and prepare final order | 2.00 hrs. |
| | TOTAL: | 2.30 hrs. |

**02-082**      **Thomas Edward Johnson**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/24/05 | Review file and motion; issue order | .25 hrs. |
| 3/15/06 | Review response and prepare order | 1.15 hrs. |
| 3/18/06 | Finalize order | .50 hrs. |
| | TOTAL: | 2.05 hrs. |

**02-085**      **Alonzo Moore**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 5/9/06 | Work on final order | 1.00 hrs. |
| 5/10/06 | Finalize final order | .65 hrs. |
| | TOTAL: | 2.05 hrs. |

**02-092**      **Johnny Pride**

| | | |
|---|---|---|
| 12/29/04 | Review of file and issue order | .15 hrs. |
| 1/30/05 | Review motion and issue order | .15 hrs. |
| 2/24/06 | Review file and motion; issue order | .25 hrs. |
| 4/15/06 | Review file and issue final order | 1.15 hrs. |
| | TOTAL: | 1.70 hrs. |

**02-108**      **Thomas Perez**

| | | |
|---|---|---|
| 3/15/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review motion and file; issue order | .25 hrs. |

4

| 4/24/06 | Review file and issue order of dismissal | .40 hrs. |
|---------|------------------------------------------|----------|
|         | TOTAL:                                   | .80 hrs. |

**02-109        James V. Randazzo**

| 12/31/04 | Review file and issue order | .15 hrs. |
|----------|-----------------------------|----------|
| 3/3/06 | Review file and issue order | .20 hrs. |
| 4/14/06 | Review motion and file; issue order of dismissal | .40 hrs. |
|  | TOTAL: | .75 hrs. |

**02-117        Howard Lockett**

| 12/31/04 | Review file and issue order | .15 hrs. |
|----------|-----------------------------|----------|
| 2/25/06 | Review notice and file; issue order | .25 hrs. |
| 3/29/06 | Review file and settlement docs; issue order | .25 hrs. |
|  | TOTAL: | .65 hrs. |

**02-121        Bernard Castro**

| 12/31/04 | Review file and issue order | .15 hrs. |
|----------|-----------------------------|----------|
| 2/10/06 | Review file and motion; issue order | .30 hrs. |
| 3/28/06 | Review file and research; prepare final order | 1.00 hrs. |
|  | TOTAL: | 1.45 hrs. |

**02-128        Stephen Moore**

| 1/11/05 | Review file and issue order | .15 hrs. |
|---------|-----------------------------|----------|
| 10/8/05 | Review response and issue order | .25 hrs. |
| 3/26/06 | Review file and prepare final order | 1.75 hrs. |
|  | TOTAL: | 2.15 hrs. |

**02-134        Rodger Stefani**

5

| | | |
|---|---|---|
| 1/1/05 | Review of file and issue order | .15 hrs. |
| 2/9/06 | Review motion and issue order | .25 hrs. |
| 3/28/06 | Review file and issue final order | .65 hrs. |
| | TOTAL: | 1.05 hrs. |

**02-135    Christopher Wayne Tiffany**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/25/06 | Review notice and file; issue order | .15 hrs. |
| 4/16/06 | Review file and settlement docs; issue order | .35 hrs. |
| | TOTAL: | .65 hrs. |

**02-137    Johnny A. Williams**

| | | |
|---|---|---|
| 1/2/05 | Review file and issue order | .25 hrs. |
| 2/28/06 | Review motion and file; issue order | .25 hrs. |
| 4/16/06 | Review file | .40 hrs. |
| 4/20/06 | Prepare final order | 1.15 hrs. |
| | TOTAL: | 2.05 hrs. |

**02-150    Robert L Shorten**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/3/06 | Review file and motion; issue order | .25 hrs. |
| 4/14/06 | Review file and issue order of dismissal | .75 hrs. |
| | TOTAL: | 1.15 hrs. |

**02-151    Dennis Stanton**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/3/06 | Review file and issue order | .20 hrs. |
| 4/16/06 | Review settlement docs and issue order | .35 hrs. |
| | TOTAL: | .70 hrs. |

6

**02-186**        **Timothy Vialpando**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .25 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 3/26/06 | Review file and prepare final order | 1.50 hrs. |
| | TOTAL: | 1.90 hrs. |

**02-189**        **Johnnie Chavez**

| | | |
|---|---|---|
| 1/27/05 | Review response and issue order | .15 hrs. |
| 2/25/06 | Review notice and issue order | .15 hrs. |
| 4/16/06 | Review file and settlement docs; issue order | .35 hrs. |
| | TOTAL: | .65 hrs. |

**02-211**        **Jonathon McCoy**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 5/8/06 | Review file and prepare final order | 1.00 hrs. |
| | TOTAL: | 1.40 hrs. |

**02-233**        **Mark Martinez**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review file and letter; issue order | .25 hrs. |
| 2/25/06 | Review file and notice; issue order | .20 hrs. |
| 5/12/06 | Review file and motion; issue order | .35 hrs. |
| | TOTAL: | .95 hrs. |

**02-237**        **Willie Smith**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 5/8/06 | Review file and prepare final order | 1.25 hrs. |

7

|  |  | TOTAL: | 1.65 hrs. |

**02-253**      **Larry Patrick Delaney**

| 1/3/05 | Review file and issue order | .20 hrs. |
| 9/13/05 | Review letter | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 3/20/06 | Review file | .50 hrs. |
| 3/21/06 | Prepare and finalize final order | 1.00 hrs. |

|  | TOTAL: | 2.10 hrs. |

**02-272**      **Kai Christopher Christman**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 2/25/06 | Review notice and file; issue order | .25 hrs. |
| 3/29/06 | Review settlement docs and file; issue order | .25 hrs. |

|  | TOTAL: | .65 hrs. |

**02-275**      **Herbert Eychaner**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 2/28/06 | Review Response and file; issue order | .25 hrs. |
| 3/28/06 | Review reply and file; prepare final order | 1.50 hrs. |

|  | TOTAL: | 1.90 hrs. |

**02-277**      **Vernest Jones**

| 11/19/04 | Review of documents | .10 hrs. |
| 1/5/05 | Review file and issue order | .15 hrs. |
| 4/20/05 | Review letter and issue order | .20 hrs. |
| 4/30/05 | Review letter and issue order | .15 hrs. |
| 10/1/05 | Review motion and issue order | .25 hrs. |
| 2/22/06 | Review motion and issue order | .20 hrs. |
| 2/27/06 | Review file and pleading | .20 hrs. |
| 4/14/06 | Review file and prepare final order | 1.25 hrs. |

|                |                    | TOTAL:   | 2.50 hrs. |

**02-289**      **Audra Dowler**

| 1/5/05  | Review file and issue order       | .15 hrs.  |
| 4/15/06 | Review file and issue final order | 1.00 hrs. |

|         | TOTAL: | 1.15 hrs. |

**02-313**      **Ray Ortega**

| 1/6/05  | Review file and issue order             | .15 hrs.  |
| 4/16/06 | Review file and motion; issue final order | 1.00 hrs. |

|         | TOTAL: | 1.15 hrs. |

**02-318**      **Judy Maria Dixon**

| 1/6/05  | Review file and issue order       | .15 hrs. |
| 1/30/05 | Review pleading                   | .10 hrs. |
| 2/28/06 | Review notice and file; issue order | .15 hrs. |
| 5/12/06 | Review file and motion; issue order | .35 hrs. |

|         | TOTAL: | .75 hrs. |

**02-328**      **Robert Dale Follett**

| 1/6/05  | Review file and issue order                | .15 hrs. |
| 2/25/06 | Review motion and file; issue order        | .15 hrs. |
| 3/18/06 | Review file and issue order                | .20 hrs. |
| 3/29/06 | Review file and settlement doc; issue order | .25 hrs. |

|         | TOTAL: | .75 hrs. |

**02-345**      **Arthur Sanchez**

| 1/6/05  | Review file and issue order             | .15 hrs.  |
| 2/26/06 | Review motion and file; issue order     | .20 hrs.  |
| 4/16/06 | *Review file and motion; issue final order* | *1.15 hrs.* |

|  | | TOTAL: | 1.50 hrs. |

**02-359        Thomas A. Jones**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/4/06 | Review file and issue OSC | .35 hrs. |
| 4/15/06 | Review file and prepare order of dismissal | .75 hrs. |
|  | TOTAL: | 1.25 hrs. |

**02-366        Merrilee B. Hasty**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 10/16/05 | Review file and issue OSC | .25 hrs. |
| 3/18/06 | Review letter and file; issue order | .30 hrs. |
| 4/16/06 | Review file | .50 hrs. |
| 4/20/06 | Prepare final order | .75 hrs. |
|  | TOTAL: | 1.95 hrs. |

**02-380        Benito Negron**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 10/4/05 | Review file | .15 hrs. |
| 2/25/06 | Review motion and file; issue order | .25 hrs. |
| 4/9/06 | Review file and exhibits | 1.00 hrs. |
| 4/11/06 | Prepare final order | 1.50 hrs. |
|  | TOTAL: | 3.05 hrs. |

**02-386        Craig Kidder**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/1/06 | Review letter and file | .25 hrs. |
| 2/9/06 | Review response and issue order | .25 hrs. |
| 3/16/06 | Review file and draft final order | 1.50 hrs. |
| 3/18/06 | Finalize order | .50 hrs. |

|  |  | TOTAL: | 2.65 hrs. |
|---|---|---|---|

**02-391**    **Michelle Baker**

| 1/8/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 2/27/06 | Review file and notice; issue order | .15 hrs. |
| 5/12/06 | Review file and motion; issue order | .35 hrs. |

TOTAL:    .65 hrs.

**02-293**    **Gary C. Grimes**

| 1/8/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 7/8/05 | Review of letter and file; issue order | .20 hrs. |
| 2/16/06 | Review of response and issue order | .25 hrs. |
| 4/18/06 | Review file and issue final order | 1.35 hrs. |

TOTAL:    1.95 hrs.

**02-404**    **Michael Valdez**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/14/06 | Review motion and file; issue order | .25 hrs. |

TOTAL:    .40 hrs.

**02-406**    **Edward Cole**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 11/7/05 | Review pleading and file; issue order | .25 hrs. |
| 4/27/06 | Review file and documents; issue order of dismissal | .30 hrs. |

TOTAL:    .70 hrs.

**02-418**    **R.L. Auch**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/18/06 | Review file and issue order | .35 hrs. |
| 4/24/06 | Review letter and file; issue order | .35 hrs. |

|  |  | TOTAL: | .85 hrs. |

**02-431      Darwin Secrist**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 10/15/05 | Review file and issue OSC | .25 hrs. |
| 12/10/05 | Review file and issue order | .20 hrs. |
| 3/28/06 | Review file and prepare order of dismissal | .50 hrs. |

|  | TOTAL: | 1.10 hrs. |

**02-436      Martin R. Hendrickson**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review motion and issue order | .10 hrs. |
| 4/17/06 | Review file and issue order | .15 hrs. |
| 5/10/06 | Review motion and file; issue order of dismissal | .50 hrs. |

|  | TOTAL: | .90 hrs. |

**02-445      Brett T. Williaims**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/16/06 | Review settlement docs and issue order | .35 hrs. |

|  | TOTAL: | .50 hrs. |

**02-484      Paul McNeal**

| 1/30/05 | Review file and issue order | .15 hrs. |
| 5/8/06 | Review file and motion; issue order of dismissal | .50 hrs. |

|  | TOTAL: | .65 hrs. |

**02-489      Noe Gonzales**

| 1/30/05 | Review file and issue order | .15 hrs. |

|  |  | TOTAL: | .15 hrs. |
|---|---|---|---|

**02-503**      **Robert L. Champ IV**

| 1/31/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/12/06 | Review file and motion; issue order | .25 hrs. |

|  | TOTAL: | .40 hrs. |
|---|---|---|

**02-512**      **Andre Griffith**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/29/06 | Review settlement docs and issue order | .25 hrs. |

|  | TOTAL: | .40 hrs. |
|---|---|---|

**02-533**      **Raymond Derrera**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/29/06 | Review settlement docs and file; issue order | .35 hrs. |

|  | TOTAL: | .50 hrs. |
|---|---|---|

**02-537**      **Duane Roberts**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/10/06 | Review motion and file; issue order of dismissal | .50 hrs. |

|  | TOTAL: | .65 hrs. |
|---|---|---|

**02-540**      **Burton Franklin**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/29/06 | Review settlement docs and issue order | .25 hrs. |

|  | TOTAL: | .40 hrs. |
|---|---|---|

**02-556**      **Richard R. Mutchler**

13

| | | |
|---|---|---|
| 2/7/05 | Review of file and issue order | .15 hrs. |
| 5/10/06 | Review motion and file; issue order | .50 hrs. |
| | TOTAL: | .65 hrs. |

**02-566      Mark Salazar**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 3/29/06 | Review file and settlement docs; issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-583      Dennis E. Riney**

| | | |
|---|---|---|
| 1/30/05 | Review letter | .10 hrs. |
| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/2/06 | Review settlement docs and issue order | .25 hrs. |
| | TOTAL: | .50 hrs. |

**02-672      Russell Horton**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 3/29/06 | Review file and issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-677      Jason Sanchez**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 3/29/06 | Review settlement docs and issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-873      Dameion L. Moore**

| | | |
|---|---|---|
| 4/13/05 | Review claim | .10 hrs. |
| 4/15/05 | Issue order | .10 hrs. |

| 5/12/06 | Review file and motion; issue order | .35 hrs. |
|---------|-------------------------------------|----------|
|         | TOTAL: | .55 hrs. |

**03-006      Hector Fernandez**

| 12/13/04 | Review file and issue order | .25 hrs. |
|----------|------------------------------|----------|
| 1/10/05 | Review letter | .10 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 9/1/05 | Review file and issue order | .20 hrs. |
| 10/06/05 | Review file and issue order | .25 hrs. |
|          | TOTAL: | 1.05 hrs. |

**03-048      Toney Brown**

| 12/15/04 | Review file and issue order | .25 hrs. |
|----------|------------------------------|----------|
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/12/05 | Review file | .15 hrs. |
| 8/13/05 | Review file and issue order | .25 hrs. |
| 8/17/05 | Review file and issue order | .25 hrs. |
| 8/19/05 | Review letter and issue order | .20 hrs. |
| 8/24/05 | Review file and issue order | .15 hrs. |
| 9/11/05 | Review file and issue order | .20 hrs. |
| 9/14/05 | Initial review of file for hearing | .25 hrs. |
| 9/16/05 | Review file and issue order | .15 hrs. |
| 9/23/05 | Hearing | 1.50 hrs. |
| 9/27/06 | Review file and issue order | .25 hrs. |
| 10/11/05 | Review file and exhibits; do draft of final order | 1.75 hrs. |
| 10/14/05 | Review letter and issue order | .25 hrs. |
| 11/24/05 | Review file and motion; issue order | .25 hrs. |
| 1/20/06 | Review file and motion; issue order | .35 hrs. |
| 1/25/06 | Review motion and file | .20 hrs. |
| 3/18/06 | Review file and finalize order | 1.00 hrs. |
|          | TOTAL: | 7.65 hrs. |

**03-072      John L. Sladek**

| 12/20/04 | Review file and issue order | .15 hrs. |
|----------|------------------------------|----------|

15

| 2/27/05 | Review motion and issue order | .15 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 7/24/05 | Review file and issue order cancelling hearing | .15 hrs. |
| 7/30/05 | Review file | .15 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |

|  | TOTAL: | 1.10 hrs. |

**03-104      Charles Ramos, Jr.**

| 5/27/05 | Review letter and issue order | .20 hrs. |
| 6/12/05 | Review file and motion | .20 hrs. |
| 6/20/05 | Review motion and file; issue order | .50 hrs. |
| 7/20/05 | Review file and issue order | .20 hrs. |
| 7/30/05 | Review motion and response | .25 hrs. |
| 8/2/05 | Review of file and motion; issue order | 1.15 hrs. |
| 8/13/05 | Review letter | .15 hrs. |
| 8/23/05 | Review of pleading and file | .30 hrs. |
| 1/18/06 | Review file and issue order | .50 hrs. |
| 3/9/06 | Review of file | 1.00 hrs. |
| 3/10/06 | Hearing at CSP | 3.25 hrs. |
| 3/14/06 | Review of file | .50 hrs. |
| 3/30/06 | Prepare final order | 2.25 hrs. |

|  | TOTAL: | 10.45 hrs. |

**03-108      Tommy B. Sturges**

| 1/1/05 | Review file | .20 hrs. |
| 1/5/05 | Review file and issue order | .15 hrs. |
| 1/13/05 | Review motion and issue order | .10 hrs. |
| 2/17/05 | Review response and order | .15 hrs. |
| 4/11/05 | Review file and issue order for hearing | .20 hrs. |
| 5/19/05 | Review file and motion; issue order | .25 hrs. |
| 5/27/05 | Review motion and issue order | .25 hrs. |
| 6/6/05 | Review file for hearing | .50 hrs. |
| 6/9/06 | Further review for hearing | .50 hrs. |
| 6/10/05 | Hearing | 2.50 hrs. |
| 7/1/05 | Review motion and issue order | .25 hrs. |
| 7/14/05 | Review file and motion | .15 hrs. |
| 7/30/05 | Review motion | .20 hrs. |

16

| 8/11/05 | Review of pleadings and file | .50 hrs. |
| 8/13/05 | Review of file and issue order | .25 hrs. |
| 9/1/05 | Review file and issue order | .20 hrs. |
| 10/8/05 | Review file and issue order | .25 hrs. |
| 11/24/05 | Review of file and motions; issue order | .30 hrs. |
| 12/8/05 | Review motion and issue order | .20 hrs. |
| 4/4/06 | Review file and exhibits | 1.50 hrs. |
| 4/5/06 | Draft of final order | 2.00 hrs. |
| 4/6/06 | Finalize order | 1.00 hrs. |

TOTAL:   11.60 hrs.

**03-126      Roy Embry**

| 4/5/05 | Review claim and issue order | .20 hrs. |
| 6/12/05 | Review file | .10 hrs. |
| 6/18/05 | Review file | .15 hrs. |
| 6/21/05 | Review file and issue order | .25 hrs. |
| 9/17/05 | Review letter and file; issue order | .20 hrs. |
| 10/6/05 | Review objection and issue order | .20 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |
| 11/3/05 | Issue amended order | .15 hrs. |
| 11/24/05 | Review file and letter; issue order | .20 hrs. |
| 12/5/05 | Review file and witness list; issue order | .25 hrs. |
| 12/13/05 | Review file and issue order | .20 hrs. |
| 12/26/05 | Initial review of file for hearing | .50 hrs. |
| 12/30/05 | Hearing | 8.50 hrs. |
| 1/2/06 | Work on case and issue order | .50 hrs. |
| 1/27/06 | Review notes and exhibits | 1.00 hrs. |
| 1/28/06 | Issue order | .25 hrs. |
| 4/1/06 | Begin work on final order | 1.50 hrs. |
| 4/2/06 | Finish final order | 3.00 hrs. |

TOTAL:   17.40 hrs.

**03-143      Duane Allen Hoffman**

| 1/1/05 | Review claim and issue OSC | .25 hrs. |
| 1/14/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 5/26/05 | Review file and letter; issue order | .25 hrs. |

| 6/12/05 | Review file and issue order | .25 hrs. |
| 6/22/05 | Review file and documents | .25 hrs. |
| 6/24/05 | Issue order | .15 hrs. |
| 6/25/05 | Review file and issue order | .25 hrs. |
| 8/19/05 | Review file and issue order | .25 hrs. |
| 8/24/05 | Review motion | .10 hrs. |
| 9/3/05 | Review documents | .15 hrs. |
| 10/23/05 | Review file and issue order | .30 hrs. |
| 12/20/05 | Review file for hearing | .75 hrs. |
| 12/23/05 | Hearing | 3.75 hrs. |
| 1/30/06 | Review exhibits and file | .75 hrs. |
| 4/2/06 | Review exhibits from final hearing | 1.25 hrs. |
| 4/14/06 | Work on final order | 1.50 hrs. |
| 4/5/06 | Finish final order | 1.75 hrs. |

TOTAL:   12.25 hrs.

**03-144      James Riley**

| 1/25/05 | Review file and issue scheduling order | .25 hrs. |
| 4/1/05 | Review motion and issue order | .15 hrs. |
| 4/15/05 | Review motion and issue order | .15 hrs. |
| 5/7/05 | Review motion and issue order | .20 hrs. |
| 6/12/05 | Review file and motion; issue order | .25 hrs. |
| 6/24/05 | Review letter and file; issue order | .20 hrs. |
| 7/24/05 | Review letter and file | .15 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |
| 11/13/05 | Issue amended order | .15 hrs. |
| 11/25/05 | Review witness lists and file; issue order | .25 hrs. |
| 12/26/05 | Initial review and preparation for hearing | .35 hrs. |
| 12/28/05 | Review file for hearing | .50 hrs. |
| 12/29/05 | Hearing | 4.75 hrs. |
| 1/2/06 | Work on case | .50 hrs. |
| 1/29/06 | Review all exhibits and begin work on final order | 1.50 hrs. |
| 2/13/6 | Review file and raft final order | 1.00 hrs. |
| 2/15/06 | Review file and exhibits | .75 hrs. |
| 4/1/06 | Complete and finalize final order | 3.50 hrs. |

TOTAL:   14.85 hrs.

18

**03-146**      **Gerald Sensabaugh**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/27/05 | Review motion and issue order | .15 hrs. |
| 3/26/05 | Review file and response; issue order | .15 hrs. |
| 4/27/05 | Review letter and file | .15 hrs. |
| 7/12/05 | Review file | .20 hrs. |
| 7/12/05 | Issue order | .15 hrs. |
| 10/26/05 | Review file and issue order | .25 hrs. |

TOTAL:      1.20 hrs.

**03-147**      **Jimmy Bulgier**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 76/27/05 | Review file | .15 hrs. |
| 7/30/05 | Review file and issue order | .20 hrs. |
| 9/18/05 | Review of motion; referral to Judge; issue order | .50 hrs. |
| 10/27/05 | Review file and issue order; write letter | .50 hrs. |

TOTAL:      1.50 hrs.

**03-153**      **Roy Michael Ford**

| | | |
|---|---|---|
| 8/21/05 | Review of claim and documents | .30 hrs. |
| 2/19/06 | Review file and exhibits; issue order | .35 hrs. |
| 3/11/06 | Review of file for hearing | .50 hrs. |
| 3/14/06 | Hearing | 2.00 hrs. |
| 3/19/06 | Work on final order | .50 hrs. |
| 3/31/06 | Review exhibits and prepare final order | 2.10 hrs. |

TOTAL:      5.75 hrs.

**03-159**      **Robert Will**

| | | |
|---|---|---|
| 8/13/05 | Review letter and file; issue order | .25 hrs. |
| 8/24/05 | Review claim | .15 hrs. |
| 8/26/05 | Issue order | .20 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |

19

| | | | |
|---|---|---|---|
| 11/2/05 | Review file and issue amended order | | .25 hrs. |
| 11/20/05 | Review letter and file; issue order | | .20 hrs. |
| | | TOTAL: | 1.30 hrs. |

**03-171    Paul Martinez**

| | | | |
|---|---|---|---|
| 10/1/05 | Review letter and issue order | | .25 hrs. |
| 10/19/05 | Review claim | | .20 hrs. |
| 12/13/05 | Review file and issue order | | .25 hrs. |
| | | TOTAL: | .70 hrs. |

**03-174    Richard Collins**

| | | | |
|---|---|---|---|
| 2/13/05 | Review file and issue order | | .15 hrs. |
| 4/28/05 | Review motion and issue order | | .20 hrs. |
| 11/07/05 | Review file | | .25 hrs. |
| 12/13/05 | Review file and issue order | | .35 hrs. |
| | | TOTAL: | .95 hrs. |

**03-192    Ruben Trujillo**

| | | | |
|---|---|---|---|
| 1/20/06 | Review claim and issue order | | .20 hrs. |
| 2/3/06 | Review filings | | .25 hrs. |
| 3/18/06 | Review file and issue order | | .35 hrs. |
| 4/18/06 | Review file and issue order | | .30 hrs. |
| 4/10/06 | Review response and issue order | | .25 hrs. |
| | | TOTAL: | 1.35 hrs. |

**05-011    Joseph Morse (Deceased)**

| | | | |
|---|---|---|---|
| 2/13/05 | Review file and issue order | | .15 hrs. |
| 5/19/05 | Review file and issue order | | .25 hrs. |
| 7/24/05 | Review letter and file; issue order | | .25 hrs. |
| 8/6/05 | Review file and issue order | | .25 hrs. |
| 8/13/05 | Review file and issue order | | .25 hrs. |

| | | | |
|---|---|---|---|
| 4/13/06 | Review file and issue order setting hearing | .50 hrs. | |
| 4/23/06 | Review file and letter; issue order | .50 hrs. | |
| | TOTAL: | 2.15 hrs. | |

**X-151**　　**James Alexander**

| | | |
|---|---|---|
| 1/6/06 | Review claim and issue order | .20 hrs. |
| 1/28/06 | Review claim and file; issue order | .35 hrs. |
| 3/22/06 | Review file and issue order of dismissal | .50 hrs. |
| | TOTAL: | 1.05 hrs. |

**X-157**　　**Michael Craven Jr.**

| | | |
|---|---|---|
| 1/20/06 | Review of claim and issue order | .25 hrs. |
| 3/11/06 | Review file and supplemental form; issue order | .20 hrs. |
| 5/11/06 | Review file and issue order | .75 hrs. |
| | TOTAL: | 1.20 hrs. |

**X-162**　　**Stephen Grace**

| | | |
|---|---|---|
| 2/16/06 | Review complaint; open file and issue order | .30 hrs. |
| 4/4/06 | Review file and letter; issue order | .30 hrs. |
| | TOTAL: | .60 hrs. |

**X-165**　　**Reginald Massey**

| | | |
|---|---|---|
| 3/14/06 | Review letter and open file | .25 hrs. |
| 3/25/06 | Review claim form and issue OSC | .25 hrs. |
| 5/12/06 | Review file and issue order of dismissal | .50 hrs. |
| | TOTAL: | 1.00 hrs. |

**X-166**　　**Paul Deschaine**

21

| 3/30/06 | Review form and open file; issue order | .40 hrs. |
| 4/10/06 | Review claim and issue OSC | .30 hrs. |
| 5/12/06 | Review file and issue order of dismissal | .50 hrs. |
| | TOTAL: | 1.20 hrs. |

**X-167**    **June Walker**

| 3/30/06 | Review letter and open file; issue order | .30 hrs. |
| 5/11/06 | Review file and prepare order of dismissal | .60 hrs. |
| | TOTAL: | .90 hrs. |

**TOTAL HOURS: 176.50**