## EXHIBIT E

**Travel Time for Richard M. Borchers:**

No travel time or lodging expenses