# EXHIBIT F

## Work Done By Bruce D. Pringle

Claims closed during the period ending May 15, 2006. Work done prior to September 15, 2004 has already been billed:

No Time

1