## EXHIBIT G

### Work Done By Richard C. Davidson (March 15, 2006 - May 15, 2006)

| 03-146 | Sensabaugh | 7.00 hrs. |
| --- | --- | --- |
| 03-147 | Bulgier | 6.25 hrs. |
| 03-171 | Martinez | 3.00 hrs. |
| 03-174 | Collins | 5.50 hrs. |
| | TOTAL: | 21.75 hrs. |