# EXHIBIT H

## Administrative Work Done By Richard C. Davidson

| | |
|---|---|
| Period ending May 15, 2006. | 2.25 hrs. |
| TOTAL: | 2.25 hrs. |

1