# EXHIBIT I

## Travel Time and Lodging Expenses of Richard C. Davidson

Period ending May 15, 2006.

    No Lodging Expenses

    Travel Time                                      13.00 hrs.

1