IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, et al,

        Plaintiffs,

v.

BILL OWENS, et al,

        Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Judge

    Interested party Fred F. Franzone submitted a Motion for Order to Close Case on May 22, 2006 that is now being treated as a Notice of Appeal pursuant to the Order dated May 24, 2006. The court has determined that the appeal is deficient as described in this order. Interested party Fred F. Franzone will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X   is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X   is not submitted
      ___ is missing affidavit
      ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___ is missing required financial information
      ___ is missing an original signature by the prisoner
      ___ is not on proper form (must use the court's current form)
      ___ other_____

Accordingly, it is

ORDERED that interested party Fred F. Franzone cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that interested party Fred F. Franzone files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to interested party Fred F. Franzone, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if interested party Fred F. Franzone fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 25th day of May, 2006.

BY THE COURT:

s/ Edward W. Nottingham
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO