IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-205
Category III
Claimant: Maurice Juranek, #56481
Address of Claimant: c/o Liz Kerrigan-Bravo, 3720 Sinton Rd., #110, Colo. Springs, CO 80907

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER came before the Special Master for hearing on May 25, 2006 in Colorado Springs, Colorado. Claimant did not appear for the hearing. Jess Dance appeared as counsel for Defendants.

    Claimant was advised in an order dated April 11, 2006 that his claim would be heard at a hearing on May 25, 2006. Claimant had been granted parole but he had not provided an updated mailing address. The order setting the hearing was sent to his parole agent, and it has not been returned. Claimant has not provided any further address for mail. Claimant was advised that his failure to appear for the hearing would lead to dismiss of his claim.

    All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. The claim will be dismissed.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with

...

the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 31, 2006.**

SIGNED this 26th day of May, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master