**From:** Sue Grisenti
**To:** Kathleen Baxter
**Date:** 11/2/2005 2:30:04 PM
**Subject:** 126891 Ayotte FCF

Katie,

In response to your inquiry concerning the phone activity of inmate Ayotte #126891, I found the following:

From Oct 1, 2005, through Oct 31, 2005, inmate Ayotte placed 21 completed phone calls utilizing CIPS. I checked the call recordings of two calls, 10-31-05 at 10:03 and 10-12-05 at 18:25, both to 970-834-1216, and inmate Ayotte had good quality calls both times. Inmate Ayotte and the called party could hear each without any problem. I can burn recordings to CD of these call, or any other calls, if it would be helpful to you.

I sent this email rather than call as I thought it would save you having to make notes. If you need any further information or additional help, let me know.

Sue Grisenti, CIPS Coordinator
719-269-4262