**From:** Sue Grisenti
**To:** Kathleen Baxter
**Date:** 11/2/2005 2:47:26 PM
**Subject:** Re: 126891 Ayotte FCF

Just FYI for you, on one of the calls I checked, he and his daughter are discussing his need for accommodation and an interpreter. They are saying all this while talking clearly to each other.
Sue

>>> Kathleen Baxter 11/02/05 2:43 PM >>>
Thank you so very much that is very helpful. At this point I do not need any recordings of the phone conversations but appreciate your offer.