Run Date: 05/08/2006　　　**Colorado Inmate Phone System**

Run Time: 13:45:19　　　**Call Detail Report**　　　Page 1 of 2

Report Site: COF　　　From: 10/01/2005 - 00:00:00
Terminal Making Request: COHQ_WS04　　　Thru : 05/08/2006 - 23:59:59
User ID: Sueg　　　For Both Debit and Collect Calls

Facility Name: FREMONT　　　Facility Code: BCF

| Inmate Name | DOC | Trunk | Called Number | Date/Time | Duration | Comp Code | Cost |
|---|---|---|---|---|---|---|---|
| AYOTTE,THOMAS G | 126891 | 172 | 9708341216 | 10/02/2005 19:38:16 | 13 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 10/04/2005 18:00:55 | 8 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 170 | 9708341216 | 10/05/2005 15:29:34 | 16 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 170 | 9708341216 | 10/05/2005 16:11:51 | 1 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 198 | 9708341216 | 10/09/2005 18:03:47 | 20 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 10/09/2005 18:30:41 | 2 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 10/10/2005 15:56:39 | 3 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 171 | 9708341216 | 10/12/2005 08:41:04 | 2 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 197 | 9708341216 | 10/12/2005 18:25:19 | 5 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 10/13/2005 10:13:20 | 18 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 10/15/2005 08:18:58 | 6 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 169 | 9708341216 | 10/16/2005 19:16:15 | 20 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 196 | 9708341216 | 10/19/2005 19:53:08 | 15 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 170 | 9708341216 | 10/25/2005 09:02:20 | 20 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 173 | 9708341216 | 10/25/2005 09:23:05 | 11 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 171 | 9708341216 | 10/25/2005 10:07:22 | 3 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 170 | 9708341216 | 10/25/2005 10:13:15 | 2 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 10/26/2005 09:01:33 | 10 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 10/30/2005 17:49:09 | 15 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 10/31/2005 10:03:19 | 10 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 10/31/2005 10:18:14 | 4 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 195 | 9708341216 | 11/03/2005 09:20:48 | 18 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 11/07/2005 15:56:03 | 20 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 196 | 9708341216 | 11/10/2005 14:37:03 | 18 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 11/11/2005 19:26:40 | 4 | 0 | $2.01 |
| AYOTTE,THOMAS G | 126891 | 195 | 9708341216 | 11/14/2005 09:36:46 | 20 | 0 | $5.05 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 11/14/2005 16:12:36 | 6 | 0 | $2.39 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 11/18/2005 15:29:38 | 19 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 11/18/2005 15:56:02 | 2 | 0 | $1.63 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 11/21/2005 17:15:46 | 3 | 0 | $1.82 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 11/22/2005 09:16:38 | 7 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 11/23/2005 13:54:29 | 16 | 0 | $4.29 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 11/23/2005 14:51:51 | 4 | 0 | $2.01 |
| AYOTTE,THOMAS G | 126891 | 197 | 9708341216 | 11/23/2005 19:00:03 | 5 | 0 | $2.20 |
| AYOTTE,THOMAS G | 126891 | 196 | 9708341216 | 11/24/2005 09:50:41 | 16 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 195 | 9708341216 | 11/24/2005 10:06:52 | 5 | 0 | $2.20 |
| AYOTTE,THOMAS G | 126891 | 173 | 9708341216 | 11/29/2005 18:39:38 | 18 | 0 | $0.00 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 12/01/2005 12:02:53 | 20 | 0 | $5.05 |
| AYOTTE,THOMAS G | 126891 | 193 | 9708341216 | 12/01/2005 12:24:20 | 2 | 0 | $1.63 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341216 | 12/01/2005 12:53:25 | 5 | 0 | $2.20 |
| AYOTTE,THOMAS G | 126891 | 195 | 9708341216 | 12/14/2005 17:35:42 | 11 | 0 | $3.34 |
| AYOTTE,THOMAS G | 126891 | 169 | 9708341216 | 12/17/2005 07:58:27 | 20 | 0 | $5.05 |

Run Date: 05/08/2006    **Colorado Inmate Phone System**

Run Time: 13:45:19    **Call Detail Report**    Page    2 of    2

Report Site: COF    From: 10/01/2005 - 00:00:00
Terminal Making Request: COHQ_WS04    Thru: 05/08/2006 - 23:59:59
User ID: Sueg    For Both Debit and Collect Calls

Facility Name: FREMONT

| Inmate Name | DOC | Trunk | Called Number | Date/Time | | Duration | Comp Code | Cost |
|---|---|---|---|---|---|---|---|---|
| AYOTTE,THOMAS G | 126891 | 193 | 9708341522 | 03/03/2006 | 13:00:13 | 10 | 0 | $3.15 |
| AYOTTE,THOMAS G | 126891 | 194 | 9708341522 | 03/05/2006 | 07:59:45 | 4 | 0 | $2.01 |
| AYOTTE,THOMAS G | 126891 | 194 | 9703562394 | 03/28/2006 | 15:41:02 | 10 | 0 | $3.15 |
| AYOTTE,THOMAS G | 126891 | 196 | 9703562394 | 03/29/2006 | 07:09:24 | 6 | 0 | $2.39 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 03/31/2006 | 06:50:17 | 3 | 0 | $1.82 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 03/31/2006 | 17:13:36 | 4 | 0 | $2.01 |
| AYOTTE,THOMAS G | 126891 | 196 | 9703562394 | 03/31/2006 | 18:29:07 | 6 | 0 | $2.39 |
| AYOTTE,THOMAS G | 126891 | 176 | 9703562394 | 03/31/2006 | 18:44:00 | 13 | 0 | $3.72 |
| AYOTTE,THOMAS G | 126891 | 171 | 9703562394 | 04/01/2006 | 07:56:16 | 4 | 0 | $2.01 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/01/2006 | 08:05:14 | 2 | 0 | $1.63 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/04/2006 | 08:27:48 | 8 | 0 | $2.77 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/20/2006 | 12:18:16 | 13 | 0 | $3.72 |
| AYOTTE,THOMAS G | 126891 | 170 | 9703562394 | 04/21/2006 | 17:55:47 | 16 | – | 0 | $4.29 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/21/2006 | 21:24:07 | 2 | 0 | $1.63 |
| AYOTTE,THOMAS G | 126891 | 173 | 9703562394 | 04/24/2006 | 19:09:52 | 8 | 0 | $2.77 |
| AYOTTE,THOMAS G | 126891 | 170 | 9703562394 | 04/26/2006 | 09:11:34 | 5 | 0 | $2.20 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/27/2006 | 10:41:13 | 11 | 0 | $3.34 |
| AYOTTE,THOMAS G | 126891 | 170 | 9703562394 | 04/27/2006 | 20:51:02 | 1 | 0 | $1.44 |
| AYOTTE,THOMAS G | 126891 | 170 | 9703562394 | 04/27/2006 | 20:52:57 | 2 | 0 | $1.63 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/28/2006 | 07:13:52 | 7 | 0 | $2.58 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 04/28/2006 | 19:01:43 | 1 | 0 | $1.44 |
| AYOTTE,THOMAS G | 126891 | 195 | 9703562394 | 04/30/2006 | 12:48:30 | 8 | 0 | $2.77 |
| AYOTTE,THOMAS G | 126891 | 193 | 9703562394 | 05/03/2006 | 18:51:52 | 8 | 0 | $2.77 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 05/04/2006 | 12:56:15 | 18 | – | 0 | $4.67 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 05/05/2006 | 11:58:26 | 3 | 0 | $1.82 |
| AYOTTE,THOMAS G | 126891 | 169 | 9703562394 | 05/05/2006 | 12:03:22 | 5 | 0 | $2.20 |
| AYOTTE,THOMAS G | 126891 | 194 | 9703562394 | 05/05/2006 | 18:43:50 | 10 | – | 0 | $3.15 |
| AYOTTE,THOMAS G | 126891 | 193 | 9703562394 | 05/07/2006 | 08:35:06 | 2 | 0 | $1.63 |

Total Transactions:    70

Total cost    :    $111.97