IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiffs shall respond to Defendant's Motion re: Sign Language Interpreter (doc. #2012), filed May 30, 2006, no later than 3:00 p.m. on May 31, 2006.

Dated:  May 30, 2006