Civil Action # 92-cv-0870-EWN-OES → Closed
Civil Action # 96-cv-343 – Active EWN
Claim # 03-105
Catergory # III

Court Address: U.S. District Court
Judge Edward Nottingham
901-19th St., room A105
Denver, Colorado
80294-3589

Plaintiff,
Martha Ann Sharp, #115534
(Jesse [Jesus] Montez, et al.)

v.

Defendant(s).
Bill Owens, et al.

Attorney or Party Without Attorney (Name and Address):
Martha Ann Sharp, #115534
Department of Correction
P.O. 392005 at 3600 Havana St
Denver, Colorado 80239-3266
303-307-2500
303-371-4808

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2006

G_____ C. LANGHAM
CLERK

▲ COURT USE ONLY ▲

Case No.: _____

Div/Ctrm: _____

Reconsideration

May 24, 2006

Per the Courts order I recieved May 5, 2006, Ordering me to submitte statements for Good Cause to appoint Court appointed Counsel (Alternative Defense Counsel) to represent me at settlement Awards Hearing, this summer to be held at DWCF. To the best of my knowledge in Complance to the Remedial Plan I request Counsel to present witnesses, make argument, write civil brief, retrieve internal quality assurance documents for discovery, And to any remedy otherwise available in a court of law, for me.

Martha Ann Sharp
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

## ORDER

The motion to appoint counsel filed by Martha Sharp (#1953) is DENIED on the ground that the remedial plan does not envision the appointment of counsel and Ms. Sharp has not stated good cause for the appointment.

Dated this 5th day of May, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

Date 2/9/06

Offender Name Sharp

Room # 101

DOC # 116534

Message from you Case Manager:

Monthly Ethical meeting. You scheduled appt for "Thursday 2/16/06 between 1 p.m. - 3:30 p.m. in South Meeting"

Bring this message if I have asked you to see me.

Sign S. Risner

Note: Paula Greensen visit to once.