**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with
Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,
    Plaintiffs

    v.

BILL OWENS, et al.,
    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-37
Category III
Claimant: James Martinez, #56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, Colorado, 80751-0600

CLAIMANT'S MOTION TO THE COURT AND SPECIAL
MASTER: PARTIAL WITNESS LIST; REQUEST FOR
APPOINTMENT OF ATTORNEY; PRODUCTION OF MEDICAL
RECORDS; AND SWORN AFFIDAVIT

COME NOW Claimant James Martinez #56997 and
requests the following persons be called as witnesses
pursuant to the claim filed before this Court.
Staff at Sterling Correctional Facility: Lt. Tauner; Lt.
Munger; Sgt. Rynck; Sgt. Johnson; Sgt. Oliverias;

①

Officer Henry; Officer Potter, Coordinator of Education Ms. Ring; Case Manager Ms. Waide. The afore mentioned persons all work at Sterling Correctional Facility; Sterling, Colorado, 80751-0600.

Dr. Brown of Sterling Regional Medical Center, Sterling, Colorado, 80751-0600.

Claimant James Martinez states that this is only a partial list as the medical department at Sterling Correctional Facility still has not acknowledged the kite that I sent to them to review my medical records. Some of the medical Records contain other persons who will be added to the witness list, when Claimant can be able to review the records. Claimant further states that in trying to comply with the order of the Court that Claimant had Officer Henry call medical on May 19, 2006. Officer Henry talked to Nicole in medical who told Officer Henry that medical had 1½ weeks to answer the kite that was turned in by Claimant James Martinez, and that medical had 30 days after that to get Claimant James Martinez in to review his medical records and this excluded weekends and holidays.

Further more Claimant James Martinez states to the Court that I can not provide any more information as to the names and addresses and telephone numbers of witnesses on the witness list. Claimant James Martinez realizes that the order of the court was to provide this but when I asked staff I was told by Sgt. Johnson and Sgt. Rynek that if this information in Claimant's possession was a threat to the security of the institution, and that Claimant could have charges brought against Claimant and Claimant could be placed

②

in administrative segregation.

Witnesses will testify to treatment by medical staff and in action by medical personnel about medical treatment and medications, snacks, etc.

Claimant James Martinez respectfully requests the Court to appoint Counsel for Claimant to help him with records and testimony from witness; along with Courtroom procedures. As the Court can see Claimant is attempting to comply with the Order of the Court but medical is not being cooperative in Claimant's effort.

See attached Sworn Affidavit of James Martinez.

This document respectfully submitted this 24 day of May 2006, Under Penalty of Perjury.

_James Phillip Martinez 56997_
James Phillip Martinez #56997

# CERTIFICATE OF MAILING

I certify that I served a copy of CLAIMANT'S MOTION TO THE COURT AND SPECIAL MASTER: PARTIAL WITNESS LIST; REQUEST FOR APPOINTMENT OF ATTORNEY; PRODUCTION OF MEDICAL RECORDS; AND SWORN AFFIDAVIT upon all parties listed below by placing a copy of same in the United States mail, postage prepaid at Sterling, Colorado, 80751-0600, this 5-24-06 day of May 2006.

Office of the Attorney General

③

C/o Jess A. Dance
1525 Sherman Street
Denver, Colorado, 80203-1760


United States District Judge
Edward W. Nottingham
C/o United States Clerk of Court
Federal Courthouse
19th & Stout Street
Denver, Colorado, 80203


Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson
Special Masters for the United States District Court
for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado, 80030-4444


James Phillip Martinez #56997

④

# SWORN AFFIDAVIT
## of James Phillip Martinez

COME NOW James Phillip Martinez and state for the record that I am 62 years old and of sound mind and body and that I have information pertinate to the motion before this Court.

After the May 08, 2006 hearing before the Special Master I turned in a kite to medical to review my medical records. As of May 19th I had no response so I had Officer Henry call medical. Officer Henry stated to me that Nicole in medical had said "That medical had up to 1½ weeks to even answer the kite, and that once they answered the kite that medical had up to 30 days excluding weekends and holidays to allow me to review my records."

Officer Henry wrote down on a piece of paper what medical had told her and also denoted it in Unit 22 log book.

I am attempting to comply with the orders of this Court and with the games that Sterling Correctional Facilitys' staff are playing I feel I need the assistance of Counsel.

Attached note written by officer Henry Exhibit

Dated this 5-24-06 day of May 2006,

James Phillip Martinez

Subscribed and Sworn to before me this 24th day of May 2006.

Jacquie J. Higinbotham, Box 6000, Sterling, Co
Notary Public     My Commission expires 1/21/07

8811) nicole,
& How long to answer Kite    to view medical records → 1 4/0 wks
         have received           30 day excluding weekends holidays
         soon                          martinez # 56997

medication → for coughing @ hospital.

8814 · 11 nancy → no cough meds.                    Exhibit 1

              5-19-06