IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

As this court has noted several times, the Remedial Plan procedure for presenting individual damage claims does not contemplate that any claimant will have counsel. It is therefore

ORDERED as follows:

    1. The motion to appoint counsel portion of #2015 filed by James Martinez is DENIED.

    2. The motion to compel production part of #2015 is referred to the special masters for decision.

Dated this 31st day of May, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge