

# REQUEST FOR ACCOMMODATION
*(Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

RECEIVED
AUG 1 7 2005
Office of Correctional Legal Services

**I. OFFENDER INFORMATION:** *(Please print)*

| Offender Name: | THOMAS G. HYOTT | DOC #: | 126891 |
|---|---|---|---|
| Current Facility: | DRDC | Date: | 8-11-05 |

**II. CLAIMED DISABILITY:** *(Check all that apply)*

| Vision | | Hearing | | Mobility | X | Diabetes | | Other: | |
|---|---|---|---|---|---|---|---|---|---|

**III: ACCOMMODATION REQUESTED:** *(Be specific and brief. You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation.)*

I AM DEAF SINCE BIRTH AND CANNOT HEAR/UNDERSTAND what is said on INTERCOMS. ALSO TALKING FROM DISTANCES ARE DIFFICULT. I NEED TO BE APPROACHED SO I CAN READ LIPS AS WELL. SIGNS POSTED ON GUARD WINDOWS AND HAVING A 3RD PERSON TO RELAY MESSAGES ARE VERY HELPFUL

Offender Signature: *Thomas G. Hyott*

*Offender: do not write below this line*

## VERIFICATION OF DISABILITY
*(Please Print or Type)*

| Date of Evaluation: | | Facility: | |
|---|---|---|---|
| Chief Medical Officer or Designee: | | | |
| Title (if designee) | | | |

**I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES:** *(Circle all that apply and attach disability-specific screening form)*

| Vision | | Hearing | | Mobility | | Diabetes | | None | |
|---|---|---|---|---|---|---|---|---|---|
| | Other (Please be Specific): | | | | | | | | |

Signature of Screening Chief Medical Officer/Designee _____   Date _____

Original: AIC

Attachment "C"
Page 1 of 1

Exhibit A