

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO: Tim Creany, M.D.
FCF Clinical Services

FROM: Cathie Holst
AIC

RE: Thomas Ayotte #126891
Request for Screening

DATE: August 30, 2005

The above offender has requested that he be screened for disabilities and considered for accommodations. He states that he has been deaf since birth.

I am requesting that you screen him for a disability.

When your screening is complete, please fill out the Verification portion of the enclosed form by marking which disabilities you confirm, or "None", as the case may be, and promptly return the originals to me together with your screening forms.

As you know, the screening must be completed within the next **30** days. I look forward to receiving your report on Offender Ayotte.

Thank you for your assistance.

Cc: AIC File

Exhibit B