# REQUEST FOR ACCOMMODATION
*(Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

RECEIVED
AUG 1 7 2005
Office of Correctional Legal Services

**I. OFFENDER INFORMATION:** *(Please print)*

| Offender Name: | THOMAS G. HYOTTE | DOC #: | 126891 |
|---|---|---|---|
| Current Facility: | DRDC | Date: | 8-11-05 |

**II. CLAIMED DISABILITY:** *(Check all that apply)*

| Vision | | Hearing | X | Mobility | | Diabetes | | Other: | |
|---|---|---|---|---|---|---|---|---|---|

**III: ACCOMMODATION REQUESTED:** *(Be specific and brief. You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation.)*

I AM DEAF SINCE BIRTH AND CANNOT HEAR/UNDERSTAND what is said on INTERCOMS. ALSO TALKING FROM DISTANCES ARE DIFFICULT. I NEED TO BE APPROACHED SO I CAN READ LIPS AS WELL. SIGNS POST ON GUARD WINDOWS AND HAVING A 3RD PERSON TO RELAY MESSAGES ARE VERY HELPFUL

*Offender Signature:* Thomas G. Hyotte

*Offender: do not write below this line*

## VERIFICATION OF DISABILITY
*(Please Print or Type)*

| Date of Evaluation: | 9/14/05 | Facility: | FCF |
|---|---|---|---|
| Chief Medical Officer or Designee: | Tim Creany | | |
| Title (if designee) | MD | | |

I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES: *(Circle all that apply and attach disability-specific screening form)*

| Vision | | Hearing | ✓ | Mobility | | Diabetes | | None | |
|---|---|---|---|---|---|---|---|---|---|
| Other (Please be Specific): | | | | | | | | | |

_____ MD                                                    9/14/05
Signature of Screening Chief Medical Officer/Designee          Date

Original: AIC

Attachment "C"
Page 1 of 1

RECEIVED
SEP 1 9 2005
Office of Correctional Legal Services

Exhibit C

# HEARING SCREENING

PATIENT NAME  Ayotte, Thomas
DOC #  126891                        DATE  9/14/05

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication?  (Yes)  No  (Circle one)

   pt lip reads — reports being able to hear sounds c hearing aides but not understanding

   Is the impairment so severe that he/she cannot hear an emergency warning? (Yes) No (Circle one)
   — staff cannot confirm or deny — pt what he reports hearing

   65% loss Right  Does the patient wear hearing aid(s)?    (Yes)  No  (Circle one)
   50% loss Left   Is the patient completely deaf in both ears?  Yes  (No)  (Circle one)   the noise but
                   If not, is the patient completely deaf in one ear?  Yes  No  (Circle one)   not understanding the content

2. Are there any other problems which would interfere with the patient's hearing? (Yes) (No)
   If yes, what?  Some recent cerumen impaction — has been Rx c Debrox, also cleaned ears today.

   If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause?
   Born Deaf.

3. Does the patient understand and use sign language? If so, which?
   Yes — uses American Sign Language.

4. Is the patient English speaking?
   Yes.

If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.

R, MD
Signature & Title

DEPARTMENT MANDATED / AMBULATORY HEALTH RECORD

Printed at: 09/14/2005 14:23:12
Page 1 of 1
Encounter#: 1063192

| 126891 | AYOTTE, THOMAS G | Facility: FF | LU: FCF/LU 6LO | G | 17 | T |

**Temperature:** 97.0   **Pulse:** 62   **Weight:** 152
**Respiratory:** 18   **BP:** 119 / 74

### SUBJECTIVE

here for montez screening for hearing. pt reports trouble hearing overhead announcements. he tells me he was born deaf and uses ASL. his hearing aides help w some amplification, but do not completely resolve his problems.

cellhouse staff called. they report pt can hear when they speak loudly. they are unsure if he can hear the overhead announcements, but they doubt it.

Active Medication(s): ASA ENTERIC - 81 MG; PLAVIX - 75 MG; ZANTAC - 150 MG; ZESTRIL - 10 MG; ZOCOR - 40 MG

### PLANS / ORDERS

Allergies: No Known Allergies

to ms martinez: is pt allowed to have some pipe cleaner to clean his hearing aides? he gets a fair amount of wax build up on them.

Medical Level: Changed from: 3 Qualifier: PERMANENT to 3 Qualifier: PERMANENT

check audiogram

### OBJECTIVE

pt predominantly lip reads as we talk. his speech sounds very normal. at times he does not catch what i say, but once or twice i think he may have heard me in a loud voice without seeing my lips.

pt has mod cermumen impaction bilaterally. pt req this be removed and i did this carefully w an ear curette. 80% of wax removed and pt tol well s comps.

### ASSESSMENT

UNSPECIFIED HEARING LOSS
OFC/OUTPT VISIT E&M EST LOW-MOD SEVERITY 15 MIN

montez screening done.

RECEIVED SEP 19 2005
Office of Correctional Legal Services

Datetime: 09/14/2005 00:00   Providers: CREANY, TIMOTHY P

PA/NP _____   PHYSICIAN _____   NURSE _____
Datetime: 09/14/2005 00:00   Provider: 4883   DateTime _____