# ACCOMMODATION RESOLUTION

| NAME | AYOTTE, THOMAS | DOC # | 126891 |
|---|---|---|---|

| QUALIFYING DISABILITY AS DETERMINED BY PHYSICIAN: | HEARING |
|---|---|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

1. Housing with strobe alarm in visual range of bunk or personal assistance from staff in evacuations
2. Staff to be aware that offender may need special assistance with announcements and emergencies
3. Loan of vibrating watch
4. CIPS phone amplification and subtitled videos and television
5. Preferential seating in programs if necessary

The Chief Medical Officer or designee has determined that the above offender does have a qualifying hearing disability pursuant to the mandates of the Montez Remedial Plan, therefore he is entitled to accommodations for a hearing impairment.

This offender wears a hearing aid and will be provided with the loan of a vibrating watch which should be considered a health care device pursuant to Administrative Regulation 850-6, Offender Property. The watch must be returned to the AIC upon discharge or parole. He may not be able to hear announcements or alarms if the hearing aid is not being worn or during times it is not operational. Staff must be aware that the offender may require special assistance during emergencies. Due to the increased safety risk that the offender's limited hearing poses, he must be housed in an area where a strobe alarm is visible from his bunk or have the personal assistance of staff for evacuations.

The offender requires amplification on the CIPS telephone and that videos and television programs be shown in their captioned or subtitled format.

The offender has not requested accommodations in order to access programs and services and none are being provided at this time. Should he wish to request such accommodations in the future he may submit a new Request for Accommodation to the AIC.

To the extent this offender requires clinical attention such as medication, assistive devices, restrictions, medical care or special clothing his requests should be directed to clinical services where they will be evaluated for medical need.

It is the responsibility of the Chief Medical Officer (clinical accommodations) and the facility Warden (all other accommodations) to implement the above recommendations within 30 days of the date the Resolution was signed by the AIC. It is the responsibility of the facility Laundry Supervisor to affix colored name tags on the offender's clothing. The offender has 30 days from the date this document is served upon him to file a grievance on any matter addressed in this Resolution.

Signature: Chief Medical Officer                                                                 Date

Signature: AIC                                                                                                 Date

Original – AIC
Copies: 1-Warden
       7-Warden for distribution to the following:
         1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Laundry Supervisor
       2 – Offender (laminated copies)
       AIC will distribute 1-Department File, 1 – Chief Medical Officer

Exhibit D