Ayotte, Thomas  126891
1

## ACCOMMODATION WORKSHEET

| NAME | AYOTTE, THOMAS | DOC # | 126891 |
|---|---|---|---|
| FACILITY | FCF | DATE OPENED | 8/18/2005 |
| DISABILITY | Hearing | PROVIDER | Dr. Creany |

| ACTIVITY | KB | Opened File – Scanned in Request for Accommodation and Medical Release 8/18/2005. |
|---|---|---|
| \multicolumn{3}{|l|}{Offender is stating that he has been deaf since birth. His medical release is not witnessed, Cathie said to check and see if he still is in DRDC – and if he does need temporary accommodations. In checking DCIS it shows that he has already been processed through DRDC and was moved to FCF on 8/16/05. I called FCF and spoke with Tom Mizel, Unit 6 Case Manager he is going to meet with the Offender today and he will call back and let us know if he thinks he is deaf or just hard of hearing. Tom Mizel called when he had this offender in his office. I spoke with the offender on the telephone. He was able to hear and answer my questions. CM Mizel had the offender sign a new medical release and he witnessed and he will be sending here. Per Cathie when we get the new Medical Release we need to have him screened. 8/18/05} |
| ACTIVITY | Ro | Medical release 8-18-05 |
| Received 8/23/05 | | |
| ACTIVITY | Ro | Request for screening, memo to offender re screening, FAQ 8/30/05 |
| Mailed 9/1/05 | | |
| ACTIVITY | Ro | Verification and screening 9-14-05 |
| Has hearing disability. To Shames 9/23/05 | | |
| ACTIVITY | KB | Verification and screening reviewed by Dr. Shames |
| Confirmed hearing disability rec'd 10/19/05 | | |
| ACTIVITY | KB | Prepare Accommodation Resolution 11/2/05 |
| Sent to Dr. Shames with memo to review and sign. | | |
| ACTIVITY | KB | Telephone call to Sue Grisenti – CIPS she said that the offender had made 21 completed calls in October. She would listen and call me as to the quality of those phone conversations. 11/2/05 |

Exhibit E

Ayotte, Thomas  126891
2

| ACTIVITY | KB | E-mail from Sue Griseni 11/2/05 |
|---|---|---|
| | | She listened to two of the offenders phone conversations and states that the offender and the called party could hear without any problem. A copy of the recording of that telephone conversation is on a CD in this file. rec'd 11/2/05 |
| ACTIVITY | KB | Discussion with R. Shames, Cathie Holst regarding the offender's deafness. conference call to Dr. Creany. He needs to order an audiogram and do the follow-up on this offender before an Accommodation Resolution can be issued. 11/2/05 |
| ACTIVITY | KB | Discussion with Dr. Shames, Cathie Holst regarding the offender's deafness. Conference call to Dr. Creany, Dr. Creany needs to order an audiogram and do some follow up on this offender prior to an Accommodation Resolution being issued. 11/2/05 |
| ACTIVITY | KB | Memo to offender regarding delay. 11/14/05 |
| ACTIVITY | KB | E-mail to Dr. Creany verifying that he has ordered audiogram 11/14/05 |
| | | Calendared for 30 days. |
| ACTIVITY | KB | E-mail from Dr. Creany 11/15/05 |
| | | Regarding audiogram. |
| ACTIVITY | KB | Audiogram results received by fax from Dr. Creany 11/16/05 |
| ACTIVITY | KB | Met with Dr. Shames and had him review medical screening and audiogram results. He disagrees with Dr. Creany's findings and States that he does not feel the offender has a qualifying hearing disability pursuant to the provisions of Montez 11/23/05 |
| ACTIVITY | KB | Prepare Accommodation Resolution and sent to Dr. Shames with memo to review and sign 11/23/05 |
| | | Calendared for 10 days. |
| ACTIVITY | KB | E-mail from Teresa Reynolds to Dr. Shames 11/30/05 |

Ayotte, Thomas  126891
3

| ACTIVITY | Tr | Response email from Shames re AR sign & new email re: AR already in CMO office for signature   12/1/05 |
|---|---|---|
| ACTIVITY | Tr | S1 Response D-FF05/06-013 re: premature Accommodation Resolution pending & requesting AIC assistance on a clinical services issue re: issuance/repair of medical assistive devices (hearing aids)   12/13/05 |
| | | Signed by CH & mailed back intrafacility  12/13/05 |
| ACTIVITY | KB | Prepare Accommodation Resolution – Standard Hearing Aide  1/11/06 |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |