## Kathleen Baxter - Offender Ayotte #126891

**From:** Kathleen Baxter
**To:** Cary Shames
**Subject:** Offender Ayotte #126891
**CC:** Cathie Holst

I received your approval of Dr. Creany's determination that the above-referenced offender does have a hearing disability. The offender states that he has been deaf since birth. I am having a hard time with this determination as I personally have spoken with this offender on the telephone and he was able to hear my questions and answer them. I spoke with his case manager today and he confirms that this offender is funtionally auditory and he has had no difficulty in communicating verbally with the offender. The offender may be hard of hearing and require hearing aids but from my personal experience and my conversation with his case manager I can not agree with the assessment that the offender is deaf and requires the use of a sign language interpreter TTY phone etc. Please give me a call to discuss this as soon as posible

**Exhibit F**

about:blank                                                                                                                           11/2/2005