DC FORM 850-4A (10/04)

NOV 25 2005

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Office of Correctional Legal Services

Grievance Number: D-FF05/06-013    STEP (Circle One) **1** 2 3    ADA? Yes ☒ No ☐

NAME: THOMAS AYOTTE    DOC NO. 126891    FACILITY: 6L

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

A SECOND REQUEST WAS MADE ON OCTOBER 8th 2005 to have a HEARING AID REPAIRED. ON OCTOBER 9th A REPLY CAME BACK SAYING THAT AN AUDIOLOGIST WAS NOTIFIED @ MY FIRST REQUEST & THAT WE WERE AWAITING HIS RESPONSE.

AS OF THIS DATE NOVEMBER 3rd NO ACTION HAS BEEN FORTHCOMING.

THIS IS TOTALLY UNACCEPTABLE AND MEANS FOR REPAIRS SHOULD BE MADE ASAP. NOT WEARING A HEARING AID OR HAVING ONLY ONE OUT OF 2 MAKES FOR VERY TENSE TIMES.

DATE: 11-3-05    OFFENDER SIGNATURE: Thomas Ayotte
DATE RECEIVED: 11-25-05    RESPONDING STAFF SIGNATURE & ID: J Reynolds for CH/col

RESPONSE:

Cathie Holst 12-13-05

SEE ATTACHED RESPONSE

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE:    SIGNATURE/PRINT NAME & STAFF ID #
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA
DATE: 11-22-05    SIGNATURE/PRINT NAME & STAFF ID #: Anita Williams  Anita Williams
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE:    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

Exhibit G