

## STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO:        Offender Thomas Ayotte #126891
                FCF

FROM:    Cathie Holst, AIC

RE:        ADA Screening

DATE:     August 30, 2005

---

I have received your disability claim and I am beginning my investigation. I will contact you if I need additional information. I will notify you of the results of my investigation in approximately two months. If I need additional time to completely investigate your situation, I will notify you of the delay. A copy of your Request and Release is attached for your records.

Clinical Services will determine whether you have a qualifying disability and I am not authorized to override the assessment of your provider and the Chief Medical Officer. If Clinical Services verifies your disability I will investigate whether accommodations are appropriate.

Be advised that clinical care is not an accommodation for a disability and I am not involved in your treatment, selection of medicines, restrictions, or any other aspect of your medical care. Accommodations are strictly to ensure that a disabled offender has access to programs, services, and benefits equal to those of able-bodied offenders. Requests falling outside the area of access to programs, benefits and services of the DOC will not receive consideration by the AIC.

Thank you.

Cc: AIC File

Exhibit H