Page 1 of 1



## Kathleen Baxter - Offender Thomas Ayotte #126891

**From:** Kathleen Baxter
**To:** Tim Creany
**Date:** 11/14/2005 4:02 PM
**Subject:** Offender Thomas Ayotte #126891

Pursuant to your recent telephone conference call with Cathie Holst and Dr. Shames this e-mail is to verify that you have ordered an audiogram for this offender so that we can determine if he has a hearing disability or not. Please send the audiogram results to our office as soon as possible. Thanks for your help in this matter.

Exhibit I

file://C:\Documents%20and%20S

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO: Offender Thomas Ayotte, #126891
FCF

FROM: Cathie Holst, AIC  *Cathie Holst by Katie Battler*

RE: Request for accommodation

DATE: November 14, 2005

---

This is to notify you that your disability determination is being delayed. We believe that additional consultation is required to ensure the most accurate assessment of your condition and needs.

I hope to have a resolution for you without much further delay. Thank you for your patience.

cc: AIC File