11/16/2005  15:00    719269506              FCF MEDICAL                               PAGE  01



# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

FREMONT CORRECTIONAL FACILITY
Clinical Services
P. O. Box 999
Cañon City, Colorado 81215-0999
Phone (719) 269-5080
FAX (719) 269-5090

RECEIVED

NOV 1 8 2005

Office of Correctional
Legal Services



Bill Owens
Governor

Joe Ortiz
Executive Director

# COVER SHEET
## CONFIDENTIAL

DATE: 11/16/05

TO: Katie Baxter at CMS (legal)

FAX # _____

FROM: Dr Creany FCF

PHONE # _____

PAGES: _____, including cover sheet

COMMENTS: _____

The information contained in this facsimile transmission is intended solely for the addressee(s) named above and is privileged and/or confidential. If the reader of this message is not the intended recipient, or the person responsible to deliver it to the intended recipient, you are prohibited from reading or disclosing the information in this transmission. Any examination, use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone for instructions.

Exhibit J

11/16/2005  15:00   7192669508          FCF MEDICAL                              PAGE 02/04

## REQUEST FOR CONSULTATION

TO: Audio — Physician or Service
FROM: FCF — Physician or Service
DATE: 11-8-05

123278 4

ATTENDING PSYCHIATRIST/WARD:

Psychiatric Diagnosis: _____

Chief Complaint, Findings, Information Desired: ®hearing aid repaired

1) One H.A.J in Int & find Needs Replaced
2) Both ear molds need replaced.
Audio — Severe SNHL with poor word disc.

mw
11/8/05

AYOTT, Thomas
D12689
DOB 3-22-40
H. 90503

White - Chart
Canary - Clinic

Colorado Mental Health Institute at Pueblo
CONSULTATION

Unit: FCF



11/16/2005  15:00   719269508      FCF MEDICAL         PAGE  03/04

**AUDIOGRAM**

Audiometer Model No. _____

Name: Ayotte, Thomas      No. #124891    Ser. No. _____
Age: ____  Sex: M   Date: 9/27/05   Time: 0915   Job Location: _____

Examiner: Jean Anne LeMorris
Signature: J LeMorris, LPN

**SYMBOLS**

| Ear | Response | No Response | Phone |
|---|---|---|---|
| Left | X | X | Blue |
| Right | O | O | Red |

hearing aides NOT in

COMMENTS: Seen R 9/29/05

R @ 4000 frequency is > 90 decibles

Grason-Stadler, Inc.
1 Westchester Drive, Milford, NH 03055-3056
Tel: 603-672-0470, Fax: 603-672-0487

Chart No. 1717-9800 Rev. 3    TONE FREQUENCY (Hz)    Printed in USA.

**Threshold Audiometry**

Audiogram Showing Scale of Hearing Impairment Frequency/Hz