**REQUEST FOR ACCOMMODATION**

*(Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

AU6 1 7 2005

Office of Correctional
Legal Services

### I.  OFFENDER INFORMATION: *(Please print)*

| Offender Name: | THOMAS G. HYOTTE | DOC #: | 126891 |
|---|---|---|---|
| Current Facility: | DRDC | Date: | 8-11-05 |

### II.  CLAIMED DISABILITY: *(Check all that apply)*

| Vision | | Hearing | X | Mobility | | Diabetes | | Other: | |
|---|---|---|---|---|---|---|---|---|---|

**III: ACCOMMODATION REQUESTED:** *(Be specific and brief. You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation.*

I AM DEAF SINCE BIRTH AND CANNOT HEAR/UNDERSTAND what so said on INTERCOMS. ALSO TALKING FROM DISTANCES ARE DIFFICUL I NEED TO BE APPROACHED SO I CAN READ LIPS AS WELL. SIGNS POST ON GUARD WINDOWS AND HAVING A 3RD PERSON TO RELAY MESSAGES ARE VERY HELPFUI

Offender Signature   *Thomas G. Hyotte*

*Offender: do not write below this line*

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

**VERIFICATION OF DISABILITY**

*(Please Print or Type)*

| Date of Evaluation: | 9/14/05 | Facility: | FCF |
|---|---|---|---|
| Chief Medical Officer or Designee: | Tim Creany | | |
| Title (if designee) | MD | | |

**I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES:** *(Circle all that apply and attach disability-specific screening form)*

| Vision | | Hearing | ✓ | Mobility | | Diabetes | | None | |
|---|---|---|---|---|---|---|---|---|---|
| | Other (Please be Specific): | | | | | | | OCT 1 9 2005 | |

_____   MD                                    9/14/05
*Signature of Screening Chief Medical Officer/Designee*                Date

Original: AIC

Attachment "C"
Page 1 of 1

RECEIVED                    OCT 1 9 2005

SEP 1 9 2005                  **Exhibit K**

Office of Correctional
Legal Services