**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

May 26, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 31 2006

GREGORY C. LANGHAM
CLERK

Mr. Fred F. Franzone
Sterling Correctional Facility
#96944
P.O. Box 6000
Sterling, CO 80751

Re:   06-1233, Montez v. Owens
      Dist/Ag docket:  92-cv-870-EWN-OES

Dear Appellant:

The court has docketed the appeal in this case.

The $5.00 filing fee and $450.00 docket fee were not paid to the district clerk when the notice of appeal was filed as required by Fed. R. App. P. 3(e). Unless the fees are paid to the district clerk or an application for leave to proceed without prepayment of fees is made to the district court, within 30 days of the date of this letter, this appeal may be dismissed without further notice. See 10th Cir. R. 3.3(B).

Enclosed is an Entry of Appearance form. Attorneys for parties must complete and file the form within 10 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. See 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

Prisoners must pay the full amount of the filing fee. See 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the act. They include providing a certified copy of the prisoner's trust fund statement for the preceding six months, and consenting to the collection of the funds from the prisoner's account by the custodian.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. See Fed. R. App. P. 4(c) and United States v. Ceballos-Martinez, 358 F.3d 732(2004), revised and superseded, 371 F.3d 713 (10th Cir. 2004), reh'g denied en banc, 387 F.3d 1140 (10th Cir. 2004), cert. denied, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: *(signature)*

Deputy Clerk

clk:sts

cc:
Paula D. Greisen
David H. Miller
Patricia Bellac
Elizabeth H. McCann
Brooke H. Meyer
Jennifer Allison Berman
Jennifer L. Veiga
Jess Alexander Dance
Adam B. Wiens
John Aaron Atkinson
James X. Quinn
Gregory C. Langham, Clerk