**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-EWN
*consolidated with* 96-cv-00343-EWN          Deputy Clerk: LaDonne Bush
Date:  June 1, 2006                          Reporter:      Therese Lindblom

---

JESSE MONTEZ, et al.,                        Paula D. Greisen
                                             David H. Miller
          Plaintiffs,                        Jennifer Riddle

v.

BILL OWENS, et al.,                          Elizabeth H. McCann
                                             James X. Quinn
          Defendants.                        Jess Dance

---

## COURTROOM MINUTES

---

**Compliance Hearing - Trial to Court - Day Three**

9:16 a.m.     Court in session.

Argument by Ms. Greisen regarding the production of working files and exhibits.

Discussion regarding inmates at private facilities.

**ORDERED:   As a result of testifying, inmates in private facilities shall not lose their single cell privileges and shall not be required to pack out of their cells. They should be treated the same as any inmates in state operated facilities.  This order shall be conveyed to those private institutions promptly.**

Discussion regarding the sign language interpreter issue.

Argument by Ms. McCann regarding the production of files.

**ORDERED:   The records shall be subpoenaed and brought to court.  Ms. Greisen shall prepare the subpoenas well in advance of any scheduled hearing. The records shall be lodged in this court, and counsel may examine and copy them.**

**ORDERED:   Hearing is vacated and shall be reset for July.**

9:25 a.m.      Court in recess.

Time in court 00:09.  Hearing continued.