OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO
MAY 18 06
U.S. POSTAGE

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☒ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

Paul Valverde
PO Box 1010
Canon City, CO 81215-1010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 1 2006

GREGORY C. LANGHAM
CLERK

CANNOT LOCATE
92-CV-870
EWN - OES
#1978

