CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

RTF

☐ MOVED, LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Paul Deschaine 12464
PO Box 2017
Buena Vista, CO 81211

very dec

CANNOT LOCATE
92-CV-870
#2017, 2016

EWN OES

FILED
UNITED STATES DISTRICT COURT
DENVER, CO

JUN - 5 2006
GREGORY C. LANGHAM
CLERK