IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-198
Category III
Claimant: John Patrick Royce, #109408
Address of Claimant: 4200 West 51st Avenue, Denver, CO 80212

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master for hearing on June 5, 2006 in Westminster, Colorado. Claimant did not appear for the hearing. Jess Dance appeared as counsel for Defendants.

    Claimant was advised in an order dated April 11, 2006 that his claim would be heard at a hearing on June 5, 2006. Claimant had been discharged from his sentence, but he had provided an updated mailing address. The order setting the hearing was sent to the above address and has not been returned. Claimant has not provided any further address for mail. Claimant was advised that his failure to appear for the hearing would lead to dismissal of his claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 14, 2006.**

    SIGNED this 6TH day of June, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master