ORIGINAL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No.  CASE 92-N-870 (OES) 96-N-343
(To be supplied by the Court)  CATAGORY 3  CLAIM 3-105

JESSE (JESUS) MONTEZ ET.AL.
BARBARA A. FREEMAN , Plaintiff(s)

vs.

BILL OWENS ET.AL.

,Defendant(s)

---

MOTION FOR RECONSIDERATION TO BE ADDED TO MONTEZ

COMES NOW, Claimant Barbara A. Freeman # 105776, pro se, requesting this Honorable Court, to be reconsidered and added to the Montez Class Action.
I was illegally dropped from the Montez Class Action for the following reasons.
Cathie Holst dropped me prior to the Montez hearings being completed and the final decisions being made by the judge. How was she to know the outcome of the final decision after the final hearings were over.

1. Cathie Holst, is not qualified to make any medical determinations. She is not a physcian of any kind, has no kind of medical degree. She is not qualified to hold the position of ADA/AIC Montez Co-ordinator, as she is bias, and goes against my Constitutional Rights under the 8th Amendment. ( Cruel and Unusual Punishment and Deliberate Indifference) My health issues and well being are to be taken into consideration. Under the 14th Amendment I should not be denied Due Process of the Law. She did maliciously misuse her power under the Color of State Law, to deny me my legal rights regarding my physicial and mental well being. At my age these these medical problems are of the utmost importance. Cathie Holst was not thuthful in many instances at the hearings, by misleading the judge with remarks regarding my medical problems. I became blind in the right eye in July 1999. In 2001 I was sent to DWCF from CWCF due to all my medical problems which included vision and

mobility. In 2003, I was given a cane to assist my mobility problem and vision problem, also a wheelchair to be used when necessary, and an aide to assist me in the wheelchair and walking. In 2002/2003 Dr. Morgan Orthopedic Surgeon at Denver Health stated I needed replacement of my left knee and surgery on my right hip/back. He wanted to do the knee replacement first which we did. Due to a problem which occurred I now have a drag foot and need to wear a brace. This greatly affects my right hip/back which I still need surgery on. ** Note # 1,2,3,4.**

2. Dr, Carey Shames is an oestopath, has no right to be in a position as a director for medical. He has an undergraduate degree, which is not not even in a science field. He has no medical standing or qualifications, to counter medieal orders from a doctor especially or a specialist or 4 year medical degree doctor. He is not reliable or qualified to state or form an opinion regarding vision or bone surgery. Only an Orthopedic specialist or an ophthalmologist can state the facts and draw conclusions on their patients. Under oath at the hearings at DWCF he did falsely state facts outside of his realm of knowledge, and his field of business drawing conclusions that only the specialists can do. He did not discuss the fact that due to my right hip/back goes out I cannot walk, and with the knee replacement having a drag foot besides, then the vision problem, I am and will need to have help, aids and aides for the remainder of my life. See** 1,2,3,4.**

3. Randy Smith Health Service Administrator here at DWCF, whose only qualifications are his nursing certificate and yet he overrides medical doctors here at DWCF, DRDC and outside specialists, in his position as HSA. He follows Cathie Holst and Dr. Carey Shames orders, who do not have medical experience of any kind.

4. In the hearing Hillary Victoroff P.A., at DWCF stated she offered me Braille Class and I refused at that time, but she did not tell the full story which is they are not available. When Dr. Singh did my screening brought up the subject about Braille, Hillary again stated she had offered me Braille Classes and that I refused but again did not tell Dr. Singh that the classes were unavailable. On 2 occasions she did not speak the full truth. This is known as a falsehood as it is misleading. Dr. Singh mentioned special glasses for me, and was refused, mentioned large print bookes in library and law library or someone to help me due to small print. Refused. If one reads the screening papers which are in my file already you will find that what he states is necessary for the patient was refused. See page 1 of attachment A dated 10/20/05 Exhibit B1. He did note things under "Verification of Disabled" NONE, yet on next page he states I am blind in the right eye 20/100 left eye. He has drawn a line to accomodations requested and marked it not indicated at present. These papers were attached to my final papers which I received from the court.

The surgery for left eye is under consultation of the glaucoma specialist at Denver Health. I see him in November. He stated to remove the cataract would not help my vision much.

The Montez policy shows the following: Page 4 - A. Catagories & Criteria for Special Placement. (b) Permanent mobility impairment (non wheelchair). Inmates who do not require a wheelchair but who have a permanent lower extremity mobility impairment that substantially limits walking, e.g. an inmate who cannot walk 100 years on a level surface or climb a flight of stairs without a pause. I have not been able to walk any stairs since 1999, due to vision and left knee plus right hip/back. Page 27 - XXX11 Damages- Class memebers Inmates who have ongoing claims for damages may submit for future damages. My left eye is continually getting worse, my left foot drag is not going to get any better, and I

still need to have hip/back surgery on my right side.  This was all noted in my medical files prior to August 2003.

** NOTE**
1. Hard time breathing, short of breathe and chest pains, due to walking with foot drag and hip/back problem.  Hip/back pain continual and when it catches ( like a pinched nerve)I am unable to move the right leg, so am unable to walk.  It hurts to sit or lay on my right side. When I have it catch, I am unable to walk 26 feet to the water fountain or 28 feet to the microwave.  I cannot walk at all.  I have to have another person help me by using the wall and my left foot which drags and I have no feeling in it from the knee down, so am not stable. I fall continueously and run into things.
    My legs, ankles and feet swell to the point to wear socks and shoes puts pressure on me and it hurts to walk, and I am unstable.
2. The pain in right hip/back is getting worse on a daily basis. There are times I can manage, times it seems to be okay and then wham out it goes.
3. The swelling is a daily ordeal and I have to use ice every day, but that does not always take the swelling down.  It is still swollen in the morning.
4. My left eye has a hard time to dajust from dark to light or vice versa. It causes me migraines headaches often.  It takes longer each day for my eye to adjust in order to see anything.  I have to stand aginst something, sit on a chair or have someone hold me steady until my eye adjusts.  It takes 15 minuets or more at times for me to be able to see and continue on my way.  During the night and even in the day I use a wall to go from my room to the bathroom and hope to make it.


Respectfully Submitted;


*Barbara A. Freeman*
Barbara A. Freeman # 105776
DWCF  Unit 2 - 128D
P.O.Box 392005
Denver, Co. 80239-8005


Certificate of Mailing

I Barbara A. Freeman do hereby certify  that on this 2nd day of June 2006, a true and correct copy of the foregoing " Motion for Reconsideration to be added to Montez," was mailed by depositing the same in the U.S. Mail, postage prepaid and addressed to:

U.S. District Court
Alfred A. Arraj   U.S. Courthouse
901-19th Street    Room, A 105
Denver, Co. 80294-3589

Attn. Honorable Judge Edward W. Nottingham
      Honorable Judge John L. Kane