IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-168
Category Untimely Filed Claim
Claimant: Willis Horn, #127918
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim of Willis Horn. Claimant listed his incarceration date as November, 2004. Since it appeared that Claimant might not be part of the class, a show cause order was issued to Claimant. He was granted up to and including June 3, 2006 in which to respond to that order. He has filed nothing.

      The class was set by Judge Nottingham when he approved the Remedial Plan on August 27, 2003. Individuals in DOC custody on or before that date are able to file claims. Individuals who came into DOC custody after August 27, 2003 are not able to file a claim but may pursue a separate lawsuit for violations of the Americans with Disabilities Act. Claimant is not part of the class.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 1, 2006.**

      SIGNED this 12th day of June, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master