IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Craig Kidder, Claim number 02-386

### ORDER

Kane, J.

This matter is before the court on Claimant Craig Kidder's May 10, 2006 Objection (doc. #1961) to the March 27, 2006 Final Order of Special Master (doc. #1806). The court has reviewed the final order, the objection and defendants' response, and finds as follows:

The Standard of Review is abuse of discretion, and no such abuse exists. The objection of Craig Kidder is OVERRULED. The Final Order of Special Master is affirmed.

Dated: June 14, 2006

                                                  BY THE COURT:

                                                  **s/John L. Kane**
                                                  JOHN L. KANE, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT