FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 16 2006**

GREGORY C. LANGHAM
CLERK

| DISTRICT COURT: US COUNTY, COLORADO | |
|---|---|
| Special Master Richard M. Borchers for United States District Court for the District of Colorado Legal Resolution Center 7207 Zenobia Street Westminster Co 80030-4444 | |
| Petitioner, Mr Vernest M Jones<br><br>v.<br><br>Bill Owens, et al.,<br>Respondent | 92-N-870<br><br>▲COURT USE ONLY▲ |
| *Appearing Pro Se* Mr Vernest M Jones<br>#98313 LCF 49030 State Hwy 71<br>Limon Co 80826<br>No Phone | Case No:<br>C.N. 02-277<br><br>Div. _____ CTRM _____ |
| Motion asking the Honorable court to return all documents submitted by Plaintiff in the course of filing this claim. | |

Comes now pro se Mr Vernest M Jones, in a motion asking the Special Master Richard M. Borchers to please return all documents used by this plaintiff in the course of filing this claim.

In this motion Plaintiff also ask that the Honorable Court also make copies of any documents that the court is unable or unwill to return to the plaintiff from the courts file.

The reason this plaintiff is making this request to the Honorable Court is on filing this claim plaintiff has been released and then returned to custody and is not in possession of any of his records. of this filing, and claim has been dismissed by the court. Now the Plaintiff must pursue his claims in a 1983 prisoner complain, and is need of the Honorable court's Records to do so.

I fall on the mercy of the Honorable Court in this matter

Respectfully Submitted

Mr Vernest M Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-277
Category II
Claimant: Vernest M. Jones, #98313
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant Vernest J. Jones. The letter requests return of documents submitted in support of the claim.

The original file has been forwarded to the Clerk of the United States District Court. Claimant will need to contact that office concerning return of documents. Any letter should be address to Ms. Gail Shaw, Office of the Clerk, United States District Court for the District of Colorado, United States Court House, 901 19th Street, Denver, CO 80294. Claimant must be sure to include his claim number.

IT IS HEREBY ORDERED that Claimant's request for return of his documents must be referred to the Clerk of the Court.

SIGNED this 8 day of May, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 8th day of May, 2006 to the following:

Mr. Vernest Jones
#98313
LCF
49030 State Highway 71
Limon, CO 80826

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203