IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-–870 (OES) (Consolidated for all purposes with Civil Action No. 96—343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-074
Category III
Claimant: Joseph Claudio Vigil, #97055
Address of Claimant: c/o Guillermo Sandoval, 1506 East First Street, Pueblo, CO 81001

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master for hearing on June 14, 2006 in Colorado Springs, Colorado. Claimant did not appear for the hearing.

    Claimant has been released from the custody of the Colorado Department of Corrections. The last official address Claimant provided to the Special Masters was 1233 Taylor Avenue, Pueblo, Colorado. Mail to that address has been returned as undeliverable. The office of the Special Masters did determine that Mr. Guillermo Sandoval was the brother-in-law of Claimant and was willing to accept mail for Claimant. The order setting the hearing date was sent first to the Taylor Avenue address and returned. The order was then sent to Mr. Sandoval and has not been returned. A subsequent order resetting the time to 2:00 p.m. was sent to Mr. Sandoval and was not returned. The Special Master waited until after 4:00 p.m. on June 14, 2006 to determine if Mr. Vigil would appear for the hearing. He did not.

    Claimant was advised that failure to appear for the hearing would lead to dismissal of the claim. The claim of John Claudio Vigil will be dismissed.

    IT IS HEREBY ORDERED that the claim of John Claudio Vigil is dismissed, as he failed to appear for his hearing; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection

must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 10, 2006.**

SIGNED this 19th day of June, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

―――――――――――――――――――――――
Richard M. Borchers
Special Master