IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

This matter is before the court on a motion filed by Vernest Jones for the return of documents (#2043). Upon consideration, it is

ORDERED that the motion be DENIED on the ground that the documents requested are court records and cannot be returned to the claimant.

Dated this 19th day of June, 2006.

                            BY THE COURT:

                            s/ Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            United States District Judge