IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Berina Ibrisagic, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants in this case.

Respectfully submitted this 20th day of June, 2006.

JOHN W. SUTHERS
Attorney General

s/Berina Ibrisagic
BERINA IBRISAGIC, 36254*
Attorney
Corrections Unit
Civil Litigation and Employment Law Section
1525 Sherman, 5th Floor
Denver, CO 80203
(303) 866-4500
Attorney for the Defendants

*Counsel of Record

CERTIFICATE OF SERVICE

      This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 20th day of June, 2006 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

                                              s/Berina Ibrisagic