IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-171
Category Untimely Filed Claim
Claimant: James Duran, #127388
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the claim of James Duran (Claimant). Since it appeared that Claimant was not in the custody of the Colorado Department of Corrections (DOC) on August 27, 2003, a show cause order was sent to him to indicate why he should be allowed to pursue his claim. Claimant was granted up to and including June 12, 2006 in which to respond. Claimant has not responded to the show cause order.

    The Remedial Plan was approved on August 27, 2003 by Judge Nottingham. It was on that date that the class was set. In order to be able to make a claim, a claimant had to have been in DOC custody on or before August 27, 2003. An individual arriving in DOC custody after August 27, 2003 has the right to file a separate lawsuit under the ADA and Rehabilitation Act. That individual may not pursue a claim.

    Claimant came into DOC custody on February 28, 2005. He is not a member of the class and may not pursue a claim. Claimant may file a separate lawsuit if he feels that he was the victim of discrimination prohibited by the ADA.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with

the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 11, 2006.**

SIGNED this 21st day of June, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master