ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2006

GREGORY C. LANGHAM
CLERK

Civil Action, File No. 92-N-870 (OES) 96-N-343
(To be supplied by the Court)

Freeman # 03-105 Catagory 3

Jesse Montez et al , Plaintiff(s)

Barbara A. Freeman

vs.

Bill Owens et al

,Defendant(s)

---

**MOTION FOR OBJECTION OF FINAL ORDER OF SPECIAL MASTER**

COMES NOW, Plantiff Barbara A. Freeman, to request the Special Masters to Note on the Final Order of Special Masters under 1. BACKGROUND Page 1 Line 1 that:

The grievences are within the scope of the Montez Remedial Plan and are in the jurisdiction of the Special Masters.

See attached papers from the Montez Remedial Plan regarding the filing of grievances.

Wherefore, the claiment requests that the Special Masters will make the changes necessary to the FINAL ORDER OF SPECIAL MASTERS.

RESPECTFULLY SUBMITTED:

*Barbara A. Freeman*
Barbara A. Freeman # 105776
DWCF Unit 2 - 128D
P.O. Box 392005
Denver, Co. 80239-8005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-105
Category III
Claimant: Barbara Freeman    105776
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO. 80239

---

**FINAL ORDER OF SPECIAL MASTER**

---

THIS MATTER came before the Special Master for hearing on November 1?, 2005. Present were the following ̄ ̇ ̄ ˥ ˥aimant; Danielle Moore from the Office of the Attorney General, for Defendants.

Testimony was received from the following witnesses: Claimant; Dr. Mitra Razzaghi; Hillary Victoroff; Cary Shames, D.O.; Chief Medical Officer, Department of Corrections. Exhibits A1-22, B1-6 and C1-7 were offered and admitted into evidence. Attached, as part of this Order, is a comprehensive Appendix of Exhibits listing each exhibit. At the conclusion of the hearing, the claim was taken under advisement. This Order shall constitute the final action by the Special Master on this specific claim.[1]

## I. BACKGROUND

---

[1] Claimant has submitted a plethora of Motions regarding her claim. Virtually all of the Motions deal with grievances that she has filed with the DOC; the merits of her *Montez* claim; or other constitutional or disability issues not covered by the Remedial Plan. The Special Master finds and concludes that these Motions are either outside of the scope of jurisdiction conferred on the Special Master by the Remedial Plan as further defined in the Order in Response to Report and Recommendation of the Special Masters to Judge John Kane, dated November 23, 2004 or are subsumed by this Final Order.

1