IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-593
Category II
Claimant: Shawn Christensenson, #111620 (Deceased)
Address of Claimant: Colene N. Hallowell, 4760 W. Mexico Avenue, Denver, CO 80219
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. The Office of the Special Masters was advised that Claimant Shawn Christenson passed away on August 21, 2005. He had filed a claim pursuant to the Settlement Agreement approved by the Court on August 27, 2003.

    The Special Master issued an order on September 29, 2005 granting Mr. Colene Hallowell, mother of Claimant, the right to pursue the claim. Ms. Hallowell was granted up to and including January 23, 2006 in which to respond, but she did not file a response. The claim will be dismissed without prejudice.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 11, 2006.**

    SIGNED this 22nd day of June, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master