IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-172
Category Untimely Filed Claim
Claimant: Neil F. Creeden, #127412
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on Claimant's claim. Claimant has listed his date of incarceration date as May 2, 2005.

    In a previous order, the Special Master noted that the class was set by Judge Nottingham when he approved the Remedial Plan on August 27, 2003. Individuals in DOC custody on or before that date are able to file claims. Individuals who came into DOC custody after August 27, 2003 are not able to file a claim but may pursue a separate lawsuit for violations of the Americans with Disabilities Act. A show cause order was issued to Claimant to allow him to indicate why he believed that he was part of the class. He was granted up to and including June 17, 2006 in which to respond. Claimant has not filed a response. He is not part of the class and may not pursue his claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 11, 2006.**

    SIGNED this 22nd day of June, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master