IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants

---

Claim Number 03-059
Category III
Claimant: Clarence Leonhardt, #88739
Address of Claimant: 448 North Golfers Way, #105, Denver, CO 80230

---

## MOTION TO WITHDRAW AND NOTICE TO PLAINTIFF

The law firm of IRWIN & BOESEN, P.C., hereby moves the United States District Court for the District of Colorado to permit J.J. Fraser, III, Esq. to withdraw as counsel for the plaintiff, Clarence Leonhardt, and as grounds for this Motion asserts as follows:

Plaintiff, Clarence Leonhardt, and counsel, J.J. Fraser, III, disagree on further handling of his case, and Clarence Leonhardt wishes to proceed on his own without representation.

### NOTICE TO PLAINTIFF

This office wishes to withdraw as your attorneys due to differing opinions regarding appropriate handling of this case.

You are responsible for keeping the Court informed where notices or other papers pertinent to your case are to be served.

If you fail or refuse to meet these burdens, you may suffer dismissal of your case or have judgment granted for failure to prosecute your case.

Official papers and documents shall be served to your last known address which is 448 North Golfers Way, #105, Denver, Colorado, 80230.

Clarence Leonhardt is aware of the hearing date on September 29, 2005 at 8:00 a.m. at the Offices of Legal Resolution Center, 600 17th Street, #2800 South Tower, Denver, Colorado, 80202.

If Clarence Leonhardt needs to set a new trial date or finds he does have witnesses he wishes to call, he needs to contact Margie Dykstra, Special Assistant to Special Master, Honorable Richard M. Borchers, at 303-426-7365.

WHEREFORE, the above law office requests that it be allowed to withdraw as attorney for the Plaintiff, Clarence Leonhardt, having so moved and notified the Plaintiff by sending a copy of this Motion and notice to the Claimant.

Dated this 26th day of August, 2005.

IRWIN & BOESEN, P.C.

By: _____
J.J. FRASER, III
Attorney for Plaintiff
501 South Cherry Street, #500
Denver, CO 80246
(303) 320-1911

## CERTIFICATE OF MAILING

I hereby certify that I have placed a true and correct copy of the foregoing, MOTION TO WITHDRAW AND NOTICE TO PLAINTIFF, in the United States Mail, postage prepaid, on this 26th day of August, 2005 to the following:

Clarence Leonhardt
448 No. Golfers Way, #105
Denver, CO 80230

Honorable Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030

Jess A. Dance, Esq.
James X. Quinn, Esq.
Colorado Attorney General's Office
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

WENDY L. KEUPP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-059
Category III
Claimant: Clarence Leonhardt, #88379
Address of Claimant: c/o J.J. Fraser, Irwin & Boesen, P.C., 501 S. Cherry Street, #500, Denver, Colorado 80246

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the Motion to Withdraw filed by Claimant's attorneys. The motion will be granted.

Claimant will be granted time to secure a new attorney. If he wishes to represent himself, then he will need to advise the Special Masters in writing of this decision.

IT IS HEREBY ORDERED that the motion to withdraw filed by the law firm of Irwin & Boesen, P.C. is granted; and

IT IS FURTHER ORDERED that the hearing set for September 29, 2005 is vacated; and

IT IS FURTHER ORDERED that Claimant will advise the Special Master on or before **December 1, 2005** as to the name of his new counsel or if he wishes to represent himself.

SIGNED this /s/ day of September, 2005.

RECEIVED
SEP 0 6 2005
IRWIN & BOESEN, PC

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _1st_ day of September, 2005 to the following:

Mr. J. J. Fraser, III
Attorney at Law
Irwin & Boesen, P.C.
501 South Cherry Street, #500
Denver, CO 80246

Mr. Clarence Leonhardt
448 North Golfers Way, #105
Denver, CO 80230

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____

RECEIVED
SEP 0 9 2005
IRWIN & BOESEN, PC