IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

---

**PLAINTIFF CLASS MOTION FOR ORDER CONCERNING DISCLOSURE OF FUNDS PAID TO CLASS MEMBERS (DIRECTED TO THE HONORABLE JUDGE KANE)**

---

The Plaintiff Class, through counsel of record, David H. Miller, Esq., and Paula Greisen, Esq., of the law firm of King & Greisen, LLP, moves for an Order directed to Defendants requiring them to immediately disclose to counsel for the Plaintiff Class the amount of money actually distributed to members of the plaintiff class, both through settlement and/or pursuant to special master order in this case. As grounds for this motion the Plaintiff Class states as follows:

    1.    Pursuant to Local Rule 7.1(A), Counsel has consulted about this motion with Defendants' counsel but Defendants' counsel objects to the relief requested.

    2.    Defendants have settled over 100 damage claims with members of the Plaintiff Class in the above captioned litigation. *See* Exhibit 1, attached.

    3.    Defendants utilize the same standard form Release And Settlement Agreement. *See* Exhibit 2, attached.

4. In damage claims that are not settled, but which are resolved by the Special Master, members of the Plaintiff Class at times receive Orders awarding them damages, but those damage awards, along with the money in the settled claims, are regularly attached or otherwise reduced by Defendants to either lessen or completely eliminate the ordered or agreed on award. *See* Exhibit 3, attached.

5. In order to present this issue to the Court and to inquire concerning the facts surrounding this issue at the upcoming evidentiary hearing commencing July 6, 2006, Plaintiff Class counsel should be allowed to discover and obtain information related to the actual amount of money tendered to each member of the Plaintiff Class who obtained a settlement or order awarding him or her money for the resolution of his or her damage claim.

WHEREFORE, the Plaintiff Class moves for an Order directed at Defendants ordering them to immediately disclose the amount of money actually tendered to the Plaintiff Class members by settlement or through the Special Master damage claim proceedings after all money had been deducted from the amounts awarded by the Colorado Department of Corrections.

RESPECTFULLY SUBMITTED this 23nd day of June, 2006.

~s/ David H. Miller
David H. Miller
1801 California St., Ste 900
Denver, CO 80202
Phone: (303) 383-6505
Fax: (303) 383-8464
E-mail:David.Miller@qwest.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of June 2006, I served the foregoing **PLAINTIFF CLASS MOTION FOR ORDER CONCERNING DISCLOSURE OF FUNDS PAID TO CLASS MEMBERS (DIRECTED TO THE HONORABLE JUDGE KANE)** via electronic filing to:

Beth McCann
James Quinn
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Fax: (303) 866-5443

~s /David H. Miller