# MONTEZ SETTLEMENTS

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 01-097 | Anthony Rodriguez, #69767 | $100.00 | Sent out for sig. 2/1/306 | | | |
| 02-005 03-143 | Earby Moxon, #76186 | $50.00 | Yes | 11/18/05 | 12/13/05 | 1/23/06 |
| 02-009 | Robert Rodriguez, #48645 | $50.00 | Yes | Yes | 11/9/05 | 11/22/05 |
| 02-010 | John Roper #04557 | $50.00 | Yes | Yes | 11/9/05 | 11/22/05 |
| 02-013 | Wilbert C. Washington, #62462 | $50.00 | Yes | 12/6/05 | 12/13/05 | 1/23/06 |
| 02-016 | Nathan T. Wrenn #97572 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/2/05 |
| 02-024 | Steven Torres #80761 | $50.00 | Yes | Yes | 11/9/05 | 11/22/05 |
| 02-025 | Charles Alexander, #61469 | $50.00 | Yes | Yes | 11/9/05 | 11/22/05 |
| 02-026 | Edward Armijo, #100381 | $50.00 | 2/15/06 | 2/16/06 | 2/26/06 | IB 3/24/06 |
| 02-027 | Mark Barnett, #99540 | $50.00 | 2/10/06 | 2/10/06 | 2/21/06 | IB 3/24/06 |
| 02-028 | Bingham, Michael #111108 | $50.00 | Yes | Yes | 11/9/05 | 11/22/05 |
| 02-029 | Thomas C. Carvon #63691 | $50.00 | 2/15/06 | 2/15/06 | 2/19/06 | IB 3/24/06 |
| 02-058 | John Simmons, #92934 | $50.00 | Yes | Yes2/23/06 | 11/9/05 | 11/22/05 |
| 02-061 | Raymond Wampler, #100091 | $100.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-066 | Milton C. Brown, #98020 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |

1

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-069 | Richard Relaford, #81103 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-070 | Jurgen Schauss, #59595 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 Returned – INS Detainer to Germany |
| 02-083 | Terry Loader, #92114 | $50.00 | 1/30/06 | 1/31/06 | 2/3/06 | 2/21/06 |
| 02-089 | Robert Lindsey Perreten, #45650 | $50.00 | Yes | 1/17/06 | 1/23/89 | 2/6/09 |
| 02-101 | Vigil, Joseph, #115946 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-105 | Thomas Kunz, #112045 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/2/05 |
| 02-109 | James Randazzo, #80015 | $50.00 | Discharged No forwarding address | | | Dismissed; but must pay if he writes to us with new address |
| 02-117 | Howard Lockett, #109226 | $50.00 | 3/306 | 3/7/06 | 3/10/06 | IB 3/24/06 |
| 02-127 | Walter McCormick, #105854 | $100.00 | Yes | 11/15/05 | 11/18/05 | 12/2/05 119 Worcester St. North Grafton, MA 01536 |
| 02-131 | Steven Qualley, #109407 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-135 | Christopher Tiffany #100374 | $100.00 | 3/21/06 | 3/22/06 | 3/27/06 | 4/13/06 |
| 02-143 | Frederick Gookins, #109120 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-149 | Jason Sandoval, #104600 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-151 | Dennis Stanton #53760 | $60.00 | 3/12/06 | 3/15/06 | 3/17/06 | 4/13/06 |

2

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-158 | Roberto Martinez #51308 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/2/05 |
| 02-162 | Spencer Whiteshirt, #95846 | $50.00 | | | | |
| 02-170 | Charles L. Peterson, #104160 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-174 | Andy Anderson, #112805 | $50.00 | Refused to sign | | | |
| 02-176 | Joseph Galbreath #96499 | $50.00 | Yes | 11/9/05 | 11/18/05 | 2/2/06 |
| 02-179 | Johnny Jones, #112786 | $50.00 | Yes | 11/9/05 | 11/18/05 | 2/2/06 |
| 02-180 | Juan Maldonado, #81249 | $50.00 | Refused to sign | | | |
| 02-189 | John Chavez, #47757 | $50.00 | 3/12/06 | 3/15/06 | 3/20/06 | 4/13/06 |
| 02-205 | Martinez, Charles, #118493 | $150.00 | Mailed out to claimant 2/13/06 | | | |
| 02-221 | Jose Mascarenas, #54975 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/2/05 |
| 02-233 | Martinez, Mark, #56759 | $50.00 | 4/12/06 | 4/12/06 | 4/19/06 | Mailed to claimant 5/10/06 |
| 02-241 | Tommy Anderson, #84003 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/2/05 |
| 02-250 | Anthony Castaneda #97232 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-255 | Jean Nelson, #03940 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-258 | Ceola Swiney, #116980 | $100.00 | Yes | 11/9/05 | 11/18/05 | 12/2/05 |
| 02-263 | Dennis Estrada, #102125 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-271 | Michael Winsor #64336 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-272 | Kai Christopher Christman #43396 | $50.00 | 3/3/06 | 3/7/06 | 3/10/06 | IB 3/24/06 |
| 02-282 | Hector Ortega, #86253 | $50.00 | Yes | Yes | 11/9/05 | 12/14/05 |
| 02-287 | Raymond Baca, #42422 | $50.00 | Yes | 12/1/05 | 12/13/05 | 1/23/06 |
| 02-298 | Cleophus Williams, #99160 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 – Returned; claimant called with new address; remailed 12/14/05 |
| 02-304 | Paul Fields, #48485 | $50.00 | Yes | 12/1/05 | 12/13/05 | 1/23/06 |
| 02-308 | Jeffrey Shapiro, #101656 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-310 | Todd Arb, #119118 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-311 | Laughlin, Catherine, #57101 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-314 | Wendell E. Paige, #54040 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 2865 Leyden St., Denver, CO 80207 |
| 02-316 | Stephen Tuller, #76479 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-318 | Judy Maria Dixon, #67726 | $50.00 | 4/7/06 | 4/11/06 | 4/19/06 | Claimant picked up check from AG office 5/10/06 |
| 02-322 | John Preston, #109966 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-328 | Robert Dale Follett, #61679 | $50.00 | 3/3/06 | 3/7/06 | 3/10/06 | IB 3/24/06 |

4

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-330 | Sharon Macie, #108829 | $50.00 | Yes | 11/9/05 | 11/18/05 | 2/2/06 |
| 02-334 | Clarence Bachman, #105968 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-337 | James Durando, #86503 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-341 | Wilfred Marquez, #40481 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-346 | Terry D. Scearce, #109861 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-347 | Richard A. Walck, #92239 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-349 | David Cain, #101390 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-354 | David Hobdy, #116859 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-356 | Steven Apodaca, #50798 | $100.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-365 | Richard S. Benz, #94347 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-372 | Lester Lee Harris #88635 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 2172 S. Trenton Way, Bldg 2 Apt. 105, Denver, CO 80231 |
| 02-391 | Michelle Baker, #97192 Discharged | $200.00 | 4/12/06 | 4/12/06 | 4/19/06 | Mailed to Baker 5/10/06 |
| 02-406 | Edward Cole, #43518 | $50.00 | 3/21/06 | 3/22/06 | 3/27/06 | 4/13/06 |
| 02-407 | Mike Lang, #102913 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-413 | Dan Benney, #52703 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-416 | David Phillips, #42613 | $50.00 | Yes | Yes | 11/9/05 | 11/23/05 |
| 02-417 | Douglas Ricker, #116826 | $50.00 | Yes | Yes | 11/9//05 | 11/28/05 |
| 02-425 | Derek Richardson, #90313 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-433 | Guillermo Barron-Baca, #94503 | $100.00 | 12/27/05 | 12/27/05 | 1/17/06 | 2/6/06 |
| 02-438 | Chris Miller, #118527 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-445 | Brett T. Williams, #55431 | $50.00 | 3/10/06 | 3/10/06 | 3/17/06 | 4/13/06 |
| 02-449 | Thomas Hansen, #76201 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-451 | Anthony Magruder, #99380 | $50.00 | 1/4/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-469 | Samuel Reed, #57466 | $50.00 | Yes | 12/1/05 | 12/13/05 | 2/2/06 |
| 02-471 | Gary Stumpo, #46688 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-475 | Raymond Getz, #104734 | $50.00 | Yes | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-481 | Eliseo Zambrano, #110506 | $50.00 | Yes | | 11/9/05 | 11/28/05 |
| 02-492 | Eugene Martinez, #85357 | $50.00 | Yes | Yes | | |
| 02-495 | Walter Price, #42492 | $50.00 | Refused to sign | | | |
| 02-501 | Dennis Blay, #80434 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-503 | Robert Champ, #88711 | $100.00 | 4/13/06 | 4/14/06 | 4/19/06 | IB 5/10/06 |
| 02-512 | Andre Griffith, #99480 | $100.00 | 3/3/06 | 3/7/06 | 3/10/06 | IB 3/24/06 |
| 02-528 | Carlos C. Ortega, #65839 | $50.00 | 1/30/06 | 1/20/06 | 2/3/06 | 2/21/06 |

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-533 | Raymond Derrera, #47138 | $50.00 | 12/15/05 | 12/16/05 | 2/9/06 | IB 3/24/06 |
| 02-539 | Carl Dixon, #59048 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-540 | Burton Franklin, #105831 | $50.00 | 2/15/06 | 2/16/06 | 2/23/06 | IB 3/24/06 |
| 02-544 | Carmen Romero, #106019 | $50.00 | Yes | 12/1/05 | 12/05 | 2/6/06 |
| 02-549 | Ernest Carr, #107417 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/5/05 |
| 02-555 | Rudolph Lovato, #68763 | $75.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-565 | Lawona Clark, #54063 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-566 | Mark A. Salazar, #100198 | $50.00 | Yes | 2/9/06 | 2/21/06 | IB 3/24/06 |
| 02-577 | Ayshah Catalan, #53366 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-583 | Dennis E. Riney, #39674 | $50.00 | 2/15/06 | 2/16/06 | 2/23/06 | IB 3/24/06 |
| 02-585 | Dan Underwood, #52420 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-594 | Mark Heffner, #49293 | $119.00 | Yes | Yes | 11/9/05 | 11/22/05 |
| 02-591 | Celso A. Salazar, #67177 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-597 | William Means, #121880 | $50.00 | Yes | 12/1/05 | 12/13/05 | 1/23/06 –returned from inmate banking – out – called parole officer and mailed to address 2/6/06 |
| 02-599 | Peggy Sue Saiz, #82197 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-601 | Martin Valero, #119959 | $50.00 | Yes | 2/9/06 | 2/21/06 | IB 3/24/06 |

7

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-617 | Ron Scharich, #45666 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-626 | Richard Fleenor, #84015 | $50.00 | Yes | Yes | 1/23/06 | 2/21/06 |
| 02-624 | Rodolfo Gamboa, #115589 | $100.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-638 | Loren Romero, #121676 | $50.00 | Yes | 1/17/06 | 1/23/06 | 2/6/06 |
| 02-672 | Russell Horton, #93041 | $50.00 | 2/15/06 | 2/16/06 | 2/23/06 | IB 3/24/06 |
| 02-675 | Leslie Wilson, #82362 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-677 | Jason Sanchez, #84836 | $50.00 | 2/15/06 | 2/16/06 | 2/23/06 | IB 3/24/06 |
| 02-678 | Loren Gasiorowski, #86478 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-681 | Robert Criswell, #80712 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-688 | Robert Dewey, #85059 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-693 | Richard Kenealy, #89859 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-695 | Danny Bass, #121855 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-704 | Barry Smith, #58216 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-718 | Stephen Grace, #57349 | $50.00 | Refused to sign agreement | | | |
| 02-734 | Jeremiah Hess, #108338 | $50.00 | Yes | Yes | 11/18/05 | 2/2/06 |
| 02-741 | Jesse Valdez, #441010 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-750 | Charles Stroud, #48629 | $50.00 | Refused to sign | | | |

8

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 02-790 | Cornell Harris, #41736 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-794 | Thomas Horton, #52581 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-797 | Kevin McNeil, #121182 | $50.00 | Yes | Yes | 11/9/05 | 12/14/05 |
| 02-801 | Kyle Lee Stotler, #83367 | $100.00 | Mailed to claimant 2/23/06 | | | |
| 02-812 | Michael Carey, #66653 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-817 | Thomas F. Petrik, #124092 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-822 | Grant Woldruff, #86327 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-826 | Alan Rivera, #48046 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-829 | Matthew Fisher, #110353 | $50.00 | 1/30/06 | Yes | 2/3/06 | 2/21/06 |
| 02-846 | Rex T. Thompson, #88513 | $50.00 | 1/30/06 | 1/30/06 | 2/3/06 | 2/21/06 |
| 02-862 | Waylon Johnson, #1266 | $50.00 | | | | |
| 02-864 | John Romero, #108451 | $50.00 | Yes | 11/9/05 | 11/18/05 | 12/14/05 |
| 02-868 | Paul Powers, #113499 | $50.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 02-873 | Damien Moore, #84172 | $50.00 | 4/13/06 | 4/14/06 | 4/19/06 | Mailed to claimant 5/10/06 |
| 02-877 | Kerry Gallegos, #124604 | $50.00 | Yes | Yes | 11/9/05 | 12/14/05 |
| 03-006 | Hector Fernanddez #90853 | $100.00 | 4/17/06 | 4/19/06 | 4/19/06 | Mailed to Claimant 5/10/06 |

| CLAIM # | NAME & DOC # | SETTLEMENT AMOUNT | RECEIVED AGREEMENT & W-9 | SENT TO COMPTROLLER | SENT TO RISK | CHECK SENT TO CLAIMANT/INMATE BANKING |
|---|---|---|---|---|---|---|
| 03-017 | Leonard Redwine, #49137 | $100.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 03-031 | Kenneth Brown, #88118 | $100.00 | Yes | Yes | 11/9/05 | 12/14/05 |
| 03-063 | Roger Stewart, #107381 | $100.00 | | | | |
| 03-095 | Ronald Kemp, #56813 | $100.00 | Yes | Yes | 11/9/05 | 11/28/05 |
| 03-118 | Joe John Reyes, #113631 | $100.00 | Yes | Yes | 11/9/05 | 11/28/05 |