IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 92-N-870(OES) ( CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO. 96-N-343)

JESSE(JESUS) MONTEZ, ET AL
ALSO PAUL MARTINEZ ( CLAIMANT & OBJECTOR )

V.

BILL OWENS, ET AL.,

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2006

GREGORY C. LANGHAM
CLERK

CLAIM NO. 03-171
CATEGORY III
CLAIMANT/OBJECTOR/APPELLANT: PAUL MARTINEZ #108333
SCF, PO BOX 6000, STERLING, CO 80751-6000

FORMAL RESPONSE TO FINAL ORDER AND OBJECTION TO

COMES NOW THIS CLAIMANT/OBJECTOR PRO-SE AND OBJECTS TO THE FINAL ORDER DATED MAY 9, 2006 ON THE FOLLOWING LISTED BASIS:

1) THIS OBJECTOR BELIEVES THAT HE IS STILL BEING DISCRIMINATED AGINST AT STERLING CORRECTIONAL FACILITY AND D.O.C. ON THE BASIS OF HIS RACE AND HIS HANDICAP.

2) IN 1999 AT DRDC MS. CONAKEY WHO PROCESSED HIM INTO D.O.C. STATED " ALL MEXICANS ARE LAZEY AND FAKES". SINCE THAT TIME THIS OBJECTOR BELIVES HE IS AND HAS BEEN DISCRIMAINATED AGINST.

3) THIS OBJECTOR HAS BEEN HOUSED AT THE FARTHEST UNIT TO MED LINE AND CHOW. THIS IS VERY HARD WITH MY HANDICAP TO EVEN MAKE MY MEALS.

4) THIS OBJECTOR IS ONLY PAID HALF WAGES EVENTOUGH HE WORKS ALL DAY AS THE A.D.A. PORTER.

5) THIS OBJECTOR HAS TO FIGHT AND ARGUE TO GET PROPER MEDS AND TREATMENT FROM MEDICAL.

WHEREFORE, THIS OBJECTOR ASK THIS HONORABLE COURT TO CONTINUE HIS ACTION ON THE BASIS OF THE ABOVE STATED FACTS, RECORD AND ACTIONS BY D.O.C. THAT THERE IS A DISCRIMINATING ACTS BY D.O.C. IN HOUSING THIS FILER AND WHATEVER ELSE THIS HONORABLE COURT DEEMS FIT AND PROPER

1

IN FINDING A PROPER RESOLUTION TO THIS OBJECTORS PROBLEMS

DATED 8-26-2006                    RESPECTFULLY SUBMITTED,

                                   _____
                                   PAUL MARTINEZ

### CERTIFICATE OF MAILING

**I, PAUL MARTINEZ** HEREBY CERTIFY THAT I PLACED A TRUE COPY OF THIS OBJECTION IN THE U.S. MAIL ADDRESSED TO THE FOLLOWING BELOW. THIS WAS DONE POSTAGE PREPAID.

CLERK OF THE U.S. DISTRICT COURT
901 19TH ST.
DENVER, CO. 80294

MR. J. AARON ATKINSON
MS. JENNIFER BERMAN
MR. JAMES X. QUINN
MR. JESS A. DANCE
OFFICE OF THE ATTORNEY GENERAL
LITIGATION SECTION
1525 SHERMAN ST. 5TH FLOOR
DENVER, CO 80203

DATED 8.26.2006                    _____
                                   PAUL MARTINEZ