IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

      Defendants shall respond to the Plaintiff Class Motion for Order Concerning Disclosure of Funds Paid to Class Members(doc. #2066), filed June 23, 2006, on or before July 5, 2006.  This issue will be addressed at the continuation of compliance hearing.  In confirmation, the continuation of the compliance hearing is set for July 6, 7, 10, and 11, 2006 at 9:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  June 28, 2006