June 26th 2006

TO: JUDGE KANE

92-cv-00870-EWN-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FROM: James Rudnick  D.O.C. #68432  MONTEZ case #01-092 category I

JUN 3 0 2006

SUBJECT: NEED RESPONSE TO FILINGS

GREGORY C. LANGHAM
CLERK

Honorable Judge Kane:

I understand that a 'video' hearing is now scheduled at this Limon Prison Facility for July 7th (my case manager told me). This is ( I assume) for a compliance hearing on the accommodations and D.O.C. grievance issues being mishandled for A.D.A. matters.

Is there supposed to be a FORMAL COURT NOTICE to attend? instead of 'word of mouth'?

I have matters and issues to present and have heard nothing from this Court or the "representative" attorney. I am willing to attend and present this material.

WOULD YOU PLEASE SUPPLY ME WITH THE RULES AND PROCEDURES for this upcoming event?

2nd, I had sent this Court (5) D.O.C. Grievances [(4) from me and (1) from a Mr. Peoples] which Judge Nottingham treated as a MOTION and ruled it "outside the scope of A.D.A"
      --to force D.O.C. to properly handle in-house grievances--
Problem is, Mr. Peoples' D.O.C. Grievance was NEVER RESPONDED TO by D.O.C. and his issues still need to be handled. [my (4) grievances were eventually answered]

WHERE IS MR. PEOPLE'S GRIEVANCE? and CAN HE GET IT COPIED OR SENT BACK TO HIM? (these A.D.A. issues are not simply going to 'go-away') and the matter that these D.O.C. staff are mishandling and slow-balling these important medical issues cannot be ignored especially when they precisely DO DEAL WITH THIS A.D.A. accommodation plan.

3rd, WHAT IS THE PROCEDURE FOR OBTAINING REIMBURSEMENT for all the costs I've incurred in in this case (RULED IN MY FAVOR)?    ..roughly 2000pgs and research and postage, etc.

I have sent this Court information requesting full reimbursement for costs and sent D.O.C. a letter asking for the same. The D.O.C. A.D.A./A.I.C. Cathy Holst reply was that we are ONLY entitled to (10) pages, beyond this a motion must be filed with the Special Master asking to be allowed to file additional discovery...  No!

The Court RULED in my favor and I am again asking for FULL REIMBURSEMENT for costs and any further expenses to which I am entitled.

4th,  I have NO RESPONSE on my motions and papers filed on the following:
 * Motion for order to compel and for order of contempt Feb, 06
 * Reply in opposition  Sep, 05
 * Request for Court Issuances of notice for failure to comply... Nov, 05
 * Letters dated Feb, 06, Jan, 06, (for registry of actions on my claim)
                                    and for writ of attachment...
 * Response and Complaint against defendants reporting false facts Nov. 05.
 * Notice and affidavit of Prison Law Library "raid and seizure"

WHO can I contact to get a status update on all this above?

RESPECTFULLY,

DC FORM 750-1B (04/00)

# COLORADO DEPARTMENT OF CORRECTIONS
## LEGAL ACCESS PROGRAM
## PHOTOCOPY REQUEST FORM

LAST NAME: Rudnick   FIRST NAME: J   MI: ___   DOC#: 68432

FACILITY: LCF   UNIT: 3   DATE SUBMITTED: 6/26/06

INDICATE THE DATE OF ANY COURT IMPOSED DEADLINE: 7/7/06

**DESCRIPTION**                                                                  **NO. PAGES**

1  Ltr to Ct                                                                      1
2
3
4
5
6
7
8
9
10

NUMBER OF COPIES NEEDED OF EACH PAGE LISTED ABOVE: __2__ Denied (1 xcopy only)

INCOMPLETE FORMS WILL BE RETURNED. PLEASE PROPERLY DESCRIBE YOUR MATERIAL TO BE COPIED TO INSURE PROPER COMPLETION OF REQUEST.
A SIGNED AND COMPLETED WITHDRAWAL TICKET MUST ACCOMPANY THIS REQUEST.

OFFENDER SIGNATURE

---

DO NOT WRITE BELOW THIS LINE-OFFICIAL USE ONLY

1 X 1 = 1 X .05

CHARGE TO ACT. $ .05              LEGAL: ____
                                  DENIED: ____ IN TOTAL
AUTHORIZED COPIES: (1)                    X    IN PART

DATE RECEIVED AT SENDING FACILITY: JUN 26 2006   NUMBER OF PAGES RECEIVED: 1
DATE RECEIVED IN PROCESSING LAW LIBRARY: JUN 26 2006
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 1  (JUN 26 2006)
DATE COMPLETED ____
STAFF/CLERK PHOTOCOPIER INITIALS: ____

        METER END:          292228
MINUS   METER BEGIN:        292225
        TOTAL COPIES:            3
MINUS   ADMINISTRATIVE COPIES:   2
        TOTAL COPIES TO OFFENDER: 1

Attachment "B"
Page 1of 1

20052(1/00)

# LEGAL ACCESS PROGRAM REQUIRED PHOTOCOPY & PAGE LIMIT POLICY

## Miscellaneous Legal Documents

| DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION | DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| Letters to: (Judges; Court Clerks; Attorneys of Record) | 5 | 1 | Original to Addressee; 1-Offender | Notice of Intent (State Employee) | 3 | 1 | Original to A.G.; 1-Offender |

## Federal Court Documents

| DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION |
|---|---|---|---|
| §1983 Complaint | Fed. Form + 20 (A) | 4 + | Original + 2 to USDC; 1-Each Named Def.; 1-Offender |
| Summons included in the Complaint from the Federal District court | | | |
| §2254 Habeas Corpus | Fed. Form + 20 (A) | 5 | Original + 2 to USDC; 1-Warden; 1-A.G.; 1-Offender |
| §1915 In Forma Pauperis | Fed. Form + Account Stmt. (A) | 4 | Original + 2 USDC; 1-A.G.; 1-Offender |
| Fed Rule 12, Rule 56 Motions / Responses | 35 | 4 | Original + 2 USDC; 1-A.G.; 1-Offender |
| All Other USDC Motions | 20 | 4 | Original + 2 USDC; 1-A.G.; 1-Offender |
| Certificate of Mailing | 1 | # of Parties | All Parties Receive |
| Discovery Requests | 20 | 1 | Original-A.G.; 1-Offender |
| Discovery Responses | As Needed | | |
| Notice of Appeal | Fed. Form + Attachments (B) | 3 | Original-USDC 1-10th Circuit Ct.; 1-A.G.; 1-Offender |
| Docketing Statement | Fed. Form + Attachments (C) | 6 | Original + 4-10th Cir.; 1-A.G.; 1-Offender |
| Entry of Appearance | Fed. Form (?) | 5 | Original 3-10th Cir.; 1-A.G.; 1-Offender |
| Designation of Record | Fed. Form (D) | 3 | Original-10th Circuit; 1-USDC; 1-A.G.; 1-Offender |
| Request for Transcripts | Fed. Form (E) | 4 | Original-10th Circuit; 1-USDC; 1-A.G.; 1-Ct Rptr; 1-Offender |
| All other App. Motions | 20 | 5 | Original + 3-10th Cir. 1-A.G.; 1-Offender |
| Principal App. Brief | 50 | 9 | Original + 7-10th Cir. 1-A.G.; 1-Offender |
| Appellate Reply Brief | 25 | | |
| Motion to Dismiss | 20 (F) | | |
| Petition for Rehearing | 8 | 5 | Original + 3-10th Cir. 1-A.G.; 1-Offender |
| Petition for Writ of Cert. | 40+Attachs. | 1 + | Original-U.S. Sup. Ct. 1-Offender |
| Rule 20 / 22 Petition | 40 | (?) | 1-Required Parties per Rule 29 |
| In Forma Pauperis | 2 + Account Statement | 1 + | Original-U.S. Sup. Ct. 1-Offender 1-Required Parties per Rule 29 |

## State Court Documents

| DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION |
|---|---|---|---|
| Rule 106 Complaint C.R.C.P. 106 All Other Complaints | 20 | 3 + | Original + 1 to TC; 1-Each named Def.; 1-A.G.; 1-Offender |
| Summons | 3 | 1+ | 1st- Orig -1 TC, 1 Off. 2nd- Orig -Server, 1 Δ 1 Off. 3rd-Orig-TC, (return) 1-Off. |
| State Habeas Corpus | 15 (A) | 4 | Original + 1 to TC; 1-DA; 1-Warden; 1-Offender |
| In Forma Pauperis | Form or 2 pgs+ Account Stmt (B) | 3 | Original + 1 to TC; 1-DA; 1-Offender |
| Crim Rule 35 Motions | 15 | 3 | Original + 1 to TC; 1-DA; 1-Offender |
| Speedie Disposition Req All Other Motions | 15 | 3 | Original + 1 to TC; 1-DA; 1-Offender |
| Certificate of Mailing | 1 | # of Parties | All Parties Receive |
| Discovery Requests | 15 (C) | 1 | Original-Opposing Pty 1-Offender |
| Discovery Responses | As Needed | | |
| Notice of Appeal | 2 + Attachments (D) | 9 | Original+ 5 Ct of App. 1-A.G.; 1-D.A.; 1-T.C. 1-Offender |
| Appellate Brief | 40 | 7 | Original+ 5-Ct of App. 1-A.G; 1-Offender |
| Reply Brief | 25 (D) | | |
| Motion for Enlargement of Time | 15 (E) | 2 | Original-Ct of Appeals 1-A.G/D.A; 1-Offender |
| Designation of Record | 15 | 5 | Original + 1 to TC; 1-App.Ct.; 1-A.G.; 1-D.A.; 1-Offender |
| Petition for Writ of Cert. | 12 + Attachs. (F) | 13+ | Original+ 10 Sup.Ct.; 1-C.A. (Cert. only) 1-T.C. (Rule 21 only) 1-A.G.; 1-Offender |
| Rule 21 Petition | 40 | | |

Deficiency Orders: Order must be produced to Legal Assistant to receive additional copies; and document must meet Access Program guidelines

Co-Plaintiffs: Pursuant to Federal and State Rules of Civil Procedure, it is the Plaintiff's responsibility to provide copies of all pleadings to co-plaintiffs. All Plaintiffs must be listed in the caption of pleading to receive additional copies

Additional Attorneys: Occasionally defendants may be represented by more than one attorney. If you require additional copies for this purpose, the additional attorneys must be listed in your certificate of mailing.

Copy requests must comply with these posted policies. In addition, your request for copies must be signed and accompany a signed withdrawal voucher. If these conditions are not met, the copy request will be denied.

All page limits are sufficiently generous to include all necessary attachments

---

**LEGEND:**

(A): FRAP 8.2

(B): FRAP 3, 4, 8.2, 9; Cir. Rule 3.1, 31.2, 31.3; FRAP Form 1

(C): FRAP 8.2, 12; Cir. Rule 3.4, 11.3, 15.1; FRAP Form 1

(D): Cir. Rule 10.2

(E): FRAP 8.2, 10; Cir. Rule 10.1

(F): FRAP 28, 31, 32 (length), 34; Opening Brief: Cir. Rules 28.2, 31.1

(G):

**LEGEND:**

(A): 13-45-101    Abolished in Dist. Ct. - 106 in effect

(B):  ,C.A.R 12(b)

(C): C.R.C.P 34

(D): C.A.R. 3(g), (i), C.A.R 28(d);

(E): C.A.R. 26

(F): C.A.R. 21, C.A.R. 53

(G):

Mail box rule: C.A.R. 4(e)

## LEGAL ACCESS PROGRAM DENIAL FORM

TO: Rudnick  DOC#: 68432

FACILITY, UNIT, CELL: LCF, 3  FROM: LCF  LAW LIBRARY

DATE SENT: JUN 26 2006  DATE REQUEST RECEIVED: JUN 26 2006

**YOUR REQUEST FOR SERVICES HAS BEEN DENIED IN WHOLE / PART FOR THE FOLLOWING REASONS:**

\_\_\_\_ The information you have provided on your request form is not specific enough to identify your need or is unable to be understood.

\_\_\_\_ Your form is not properly completed: _____

\_\_\_\_ You have failed to submit the proper form. Please resubmit:

- \_\_\_\_ Form 750-01A (White)  For legal assistance/access into the law library
- \_\_\_\_ Form 750-01B (Green)  For photocopies (must attach miscellaneous withdrawal)
- \_\_\_\_ Form 750-01C (Pink)  For loan material
- \_\_\_\_ Form 750-01D (Golden)  For administrative regulations / operational memoranda
- \_\_\_\_ Form 750-01E (Yellow)  For supplies

\_\_\_\_ The material you have submitted will not be copied by the legal access program in whole / (in part:)

- \_\_\_\_ The material you have submitted does not meet program definitions of legal material as described in AR 750-1. Legal photocopies are limited to the areas of habeas corpus, post conviction and conditions of confinement.
- \_\_\_\_ Your photocopy request exceeds the page limit established by the legal access program (see attached).
- **X** Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached).
- \_\_\_\_ You have not submitted the documents to be copied.
- \_\_\_\_ You must submit a completed miscellaneous withdrawal with your request, regardless of indigence status.
- \_\_\_\_ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
- \_\_\_\_ Your account is in arrears for at least $300 (see attached).

\_\_\_\_ The legal access program will not copy:

- \_\_\_\_ A.R.s, I.A.s, O.M.s, or material contained in the law library, even as attachments/exhibits.
- \_\_\_\_ Transcripts, incomplete documents, unsigned documents, altered documents, and/or blank forms.
- \_\_\_\_ Non-original documents, previously-copied documents, incoming correspondence, administrative correspondence or documents (account statements, mittimus, etc.), grievances, COPD appeals; except as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record.

\_\_\_\_ The legal access program does not provide copies of forms your have requested.

\_\_\_\_ The legal access program cannot assist you with your request. It falls outside our program parameters. We suggest you contact your case manager or attorney of record for assistance.

\_\_\_\_ You may bring your request into compliance and resubmit.

\_\_\_\_ Other: Only one copy of letters to court are permitted by photocopy policy. Thank you.

4th Revision 4/06