| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| COLORADO DEPARTMENT OF CORRECTIONS | 200-02 | 1 OF 7 |
| | **CHAPTER:** Business Services | |
| | **SUBJECT:** Offender Debt Collection (Inmate Banking) | |

| RELATED STANDARDS: ACA Standards 2-CO-1B-06, 4-4033, 4-4045, 4-4046 and 4-4292 | EFFECTIVE DATE: May 1, 2006 |
|---|---|
| | SUPERSESSION: 11/01/05 |

| OPR: OBO | REVIEW MONTH: February | Joe Ortiz<br>Executive Director |
|---|---|---|

I.  **POLICY**

It is the policy of the Department of Corrections (DOC) to prevent offender indebtedness.

II.  **PURPOSE**

The purpose of this administrative regulation is to establish collection procedures for offender debts owed to the DOC and the state of Colorado.

III.  **DEFINITIONS**

A.  Available Account Balance: The balance of funds available to the offender for expenditure that is not being held as reserved or encumbered monies.

B.  Central Collections Services (CSS): Office of the Central Services Division, within the General Support Services/Department of Personnel, authorized to collect debts due the state.

C.  Credit Balance: The current balance of an offender's DOC account greater than zero.

D.  Current Balance: The actual balance in an offender's account maintained in the inmate banking system. The current balance can be a negative or a positive amount.

E.  Deficit Balance: The current balance of an offender's DOC account less than zero.

F.  Elective Withdrawals: Transactions made from funds available in the offender's DOC account that are initiated by the offender (including but not limited to: canteen purchases, CIPS, postage, copy charges, hobby supplies and outgoing money orders).

G.  Electronic Fund Transfer: A method of transmitting payments electronically to offenders through approved providers (JPay and Western Union). Funds transmitted by EFT are automatically credited to the offender's account on a daily basis.

| CHAPTER | SUBJECT | AR # | Page  2 |
|---|---|---|---|
| Business Services | Offender Debt Collection (Inmate Banking) | 200-02 | EFFECTIVE 05/01/06 |

H.  Non-Elective Withdrawals: Transactions from an offender DOC account that have not been initiated by the offender (including but not limited to fines, charges for damaged state property, assessments, etc.).

I.  Parole Hold: Offender DOC accounts are frozen to elective withdrawals seven days prior to the offender's discharge or parole date.

J.  Payoff: A deposit made to an offender's DOC account greater than or equal to a deficit balance.

K.  Reserved/Encumbered Monies: The amount restricted and deducted from the available account balance for canteen orders and/or mandatory withholdings that have not been posted to the offender's current balance.

L.  Uncollectible Accounts Receivable: Deficit offender accounts that the DOC has been unable to collect within 30 days after the offender has paroled or discharged from the DOC.

IV.  PROCEDURES

A.  The Department shall **govern the control of funds belonging to offenders [4-4292]** by making a reasonable effort to prevent debt incurrence by offenders, i.e., if an offender does not have sufficient funds to cover an elective type purchase (canteen, etc.), the offender shall not be allowed to make the purchase.

B.  Non-elective withdrawals chargeable to the offender's DOC account, supported by DOC administrative regulations or through adjudication, shall be posted, even if the offender's DOC account is, or will be, in a deficit balance. Non-elective withdrawals include co-payments for medical and dental services, as described in the current offender medical manual. All withdrawals, including COPD charges, to an offender's account will be deducted at 100%, charges will not be deducted in increments. All charges to an offender's account will decrease the available balance. If the charge is greater than the offender's available balance the available balance will be zero.

C.  **Offenders will be allowed to withdraw excess funds from their DOC inmate account to deposit into an interest bearing personal bank account. Offenders will be allowed to make deposits and withdrawals to their personal bank accounts, unless substantial reasons justify otherwise. Any interest earned on an offender's personal bank account will accrue to the offender. [4-4046]**

D.  The offender shall be notified in writing by facility staff prior to any administrative-imposed transactions being charged to his/her account. This notification shall inform him/her of the nature of the charge, the amount to be withheld, either fixed or as a percentage, and over what period of time the collection will be extended.

E.  The DOC, as trustee of the offender bank, shall limit the number of deficit offender DOC accounts and the value of the total accounts receivable due to deficit balance by:

| CHAPTER | SUBJECT | AR # | Page 3 |
|---------|---------|------|--------|
| Business Services | Offender Debt Collection (Inmate Banking) | 200-02 | EFFECTIVE 05/01/06 |

1.  Denying requests for outgoing money orders drawn upon an offender's DOC account that has a deficit balance, or where the issuance will place the account in deficit.

2.  One hundred percent of all monies deposited will be applied to the offender's current balance. If the offender has a deficit current balance, 50 percent of deposits will be applied to the offender's available balance, prior to mandatory withholding, unless the deposit is a payoff that liquidates the deficit balance then the current balance will equal the available balance.

3.  All offenders paroling or discharging from the DOC will have a hold placed upon their offender account seven days before parole or discharge.

F.  Offenders transferred to contract private facilities will transfer only accounts with credit balances. Accounts with deficit balances are retained within the DOC and the transferring offender has zero funds available when arriving at the contract facility.

G.  Offenders transferring from contract private facilities transfer only accounts with credit balances into DOC Inmate Banking System. The DOC shall not transfer offender accounts with a deficit balance from a contract facility. Funds transferred from the contract facility will be available upon deposit, unless they are applied in part or in total to a deficit DOC account balance.

H.  When an offender's DOC account has a credit balance, the current balance shall be considered the available balance, less any encumbered money. When funds deposited to a deficit offender DOC account is a payoff, elective withdrawals shall be limited to the current balance, less any encumbered money.

I.  When an indebted offender meets the Parole Board, the Parole Board shall be advised of the indebtedness by the administrative head, or designee, of the facility/center.

J.  If an offender paroles while still indebted to the state, Adult Parole, Community Corrections, and the Youthful Offender System shall continue to make a reasonable effort to collect.

1.  Parole staff are not debt collectors and shall not compel a parolee to pay debts under threat or implied threat that failure to do so might result in revocation of parole. Staff may only require payment of restitution and other fees and court costs as ordered by the Parole Board.

2.  Staff shall advise the parolee of an inquiry by a creditor.

3.  Staff shall advise creditors to correspond with the parolee in care of the parole office address.

4.  Under no circumstances shall a staff member provide a creditor with the address or place of employment of a parolee.

5.  Staff assigned to the offender's case shall make an effort to convince the indebted parolee to liquidate the debt and to inform the parolee of collection procedures the DOC is obligated to take under this administrative regulation section IV.K.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---------|---------|------|--------|
| Business Services | Offender Debt Collection (Inmate Banking) | 200-02 | EFFECTIVE 05/01/06 |

      6.      All payments accepted shall be in the form of certified checks or money orders made payable to the "Department of Corrections" or "Treasurer, State of Colorado."

K.      The deficit offender account may be identified as an uncollectible offender debt and referred to the state collection agency for collection 31 days after an offender discharges his/her sentence.

L.      Offender debt turned over for collection may be cancelled as uncollectible upon approval from the controller. The applicable accounts receivable shall be reduced simultaneously and except as provided in section IV.P.8. below, operating funds or the canteen enterprise fund will be charged for any action or inaction resulting in the offender's DOC account having a deficit balance. Deficit inmate bank accounts may be reinstated for offenders that regress back to DOC.

M.      Monetary consideration given under administrative regulation 200-01, *Monetary Consideration for Departure*, shall not be withheld to cover indebtedness, unless approved by the executive director.

N.      Money Order Requests: A "Department of Corrections Request for Money Order" (Attachment "B") is to be completed by the offender and an authorized money order will be printed by offender accounts. Funds for the money order will be deducted from the offender's personal account.

      1.      All money order requests must be approved by an appropriate staff member at the facility.

      2.      All money order requests must have a stamped envelope addressed to the receiving party.

      3.      Money order fees will be charged for each money order printed. The fee will be 75 cents per $500.00.

      4.      When a request is over $1,001.00, a check will be written in lieu of money orders and a $2.00 fee will be charged to the offender's DOC account.

      5.      When a tracer needs to be placed on a money order, the offender will be required to complete the proper forms to request the tracer and pay the tracer fee that is required by the money order company (Western Union - Integrated Payment Systems, inc.).

      6.      When an offender has insufficient funds to cover the amount of the money order requested, the account balance will be checked on two separate days. If the funds are still insufficient, the request and the envelope will be returned to the offender. If the offender wants to re-submit the request, he/she must complete a new request form and get a new approval. The returned request can not be used a second time.

O.      Monthly offender account statements will be printed and distributed to the offenders each month by the facility staff.

P.      Guidelines for inmate banking:

      1.      Effective November 1, 2005, deposits to an inmate's account from an offender's family or friends must be made by electronic fund transfer (EFT). The Department will no longer accept paper money orders for deposit to an inmate's bank account. All other incoming

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Business Services | Offender Debt Collection (Inmate Banking) | 200-02 | EFFECTIVE 05/01/06 |

deposits (e.g. vendor refunds and government payments in the form of a check) will be accepted. Any person that is an offender's relative or friend will be allowed to send funds to an offender by EFT. *The offender shall receive receipts for financial transactions. [4-4045] All monies collected at the facility are to be deposited into the bank or placed in an officially designated and secure location daily. [2-CO-1B-06] [4-4033]*

2.    Offender deposits will continue to be monitored for security purposes. Funds sent by EFT will automatically be credited to the offender's account the next day after it is sent. There are two providers of EFT services; JPay and Western Union. There are three methods to send electronic fund transfers:

    a.    In-person with cash at locations throughout the country.

    b.    Via the Internet through a personal computer utilizing a credit or debit card.

    c.    Via phone by using a credit or debit card.

The cost for an EFT varies between JPay and Western Union and varies depending on the method of payment such as Internet or by cash in-person transactions. The person sending funds to the offender will pay a fee to either JPay or Western Union for the EFT services. JPay and Western Union will provide instructions for sending funds by EFT.

3.    The only exception to the EFT policy will be for those families that are located in remote or small towns and do not have access to either Western Union or JPay services and cannot use a debit card or credit card. Those families without access to EFT services can send a letter of explanation to the DOC Inmate Bank and may be allowed to send money orders purchased from the U.S. Postal Service if EFT services are not available. The DOC Inmate Bank will review those payments to ensure they are sent from locations that do not have Western Union or JPay services. Postal money orders for offender accounts will need to be sent to:

DOC Inmate Bank
P.O. Box 230
Canon City, CO 81215

4.    Interest earned by the inmate bank fund shall be transferred to the canteen and library fund on a monthly basis.

5.    All transactions affecting the offender's account will normally be posted to the DOC offender accounts system within two working days after receipt in the DOC banking office. There may be exceptions due to month end closure of offender accounts or incidents beyond staff control, such as power or computer outages. In addition, certain incoming deposits such as life insurance proceeds or inheritance checks may be put on hold at the discretion of the DOC to ensure funds are good and to determine whether funds are subject to other withholdings such as cost of incarceration and other court ordered costs.

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Business Services | Offender Debt Collection (Inmate Banking) | 200-02 | EFFECTIVE 05/01/06 |

6.    Upon discharge, parole, or other release from the DOC custody, all available funds will be returned to the offender. Upon death, funds shall be given to the offender's next-of-kin or estate, as long as the DOC has no responsibility for the burial cost, in accordance with administrative regulation 1150-03, *Offender Deaths - Suspected or Confirmed*.

7.    All funds confiscated as contraband and/or abandoned will be deposited into the canteen and library fund. Subsequent return of such funds by legal order will be from the canteen and library fund.

8.    Charges to an offender's account shall not be allowed in the seven days prior to the offender's discharge or parole date, unless such charges are amounts owed to the state of Colorado. Purchases which increase an offender's debt to the state and which are charged within seven days prior to the offender's release date, as provided in the listing of release actions, may become a liability of the facility approving the expenditure. The purchases may be charged against the operating expenses of the authority which permitted the charge.

9.    Requests for research on any offender account must be submitted on the "Request for Account Research" (Attachment "D") form and submitted to the offender bank office, with an authorized signature affixed.

10.   Any research on banking transactions and supporting documentation will be limited to records dated within three calendar years from the date of occurrence.

11.   A processing fee of 50 cents will be assessed for any research requested by an offender. This fee will be waived if the account was found to be in error due to circumstances beyond the control of the offender submitting the request.

12.   The DOC cashier will assist offenders in opening personal interest bearing bank accounts. Passbooks for newly opened bank accounts will be maintained in the DOC Cashier's Office until offenders are released. Withdrawal of funds from a DOC inmate account to deposit into a personal bank account will be documented by the use of a "Miscellaneous Withdrawal Ticket" (Attachment "C"). Offenders can withdraw funds from their personal bank and have them deposited into their inmate accounts.

V.    RESPONSIBILITY

A.    Denver Reception and Diagnostic Center personnel shall brief all incoming offenders of their responsibility for pecuniary liabilities and the DOC debt collection procedures, as outlined in this administrative regulation. DRDC staff shall obtain the offender's signature on the briefing form. The signed briefing form shall become a permanent part of the offender's department and working files. (See Attachment "A.")

B.    It is the responsibility of the directors and administrative heads for promulgating local implementation/adjustments directed at staff with the responsibility of approving offender requests to make withdrawals from their DOC account.

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Business Services | Offender Debt Collection (Inmate Banking) | 200-02 | EFFECTIVE 05/01/06 |

C.   The director of Administration and Finance shall ensure that the Business Office, Canteen, facility staff, and Adult Parole, Community Corrections, and Youthful Offender System comply with this administrative regulation.

VI.   <u>AUTHORITY</u>

A.   CRS 16-16-103. Place of confinement - extension of limits.

B.   CRS 17-20-117. Labor of inmates.

C.   CRS 24-30-201. Division of accounts and control - controller.

D.   CRS 24-30-202.4. Collection of debts due state – controller's duties - creation of debt collection fund.

VII.   <u>HISTORY</u>

May 1, 2005
May 1, 2004
May 1, 2003
May 1, 2002
May 1, 2001
June 15, 2000
June 15, 1999 (supersedes AR 200-07)

ATTACHMENTS:   A.   AR Form 200-02A, Financial Responsibility Briefing Form

B.   DC Form 200-02B, Request for Money Order

C.   DC Form 200-02C, Misc. Withdrawal Ticket

D.   AR Form 200-02D, Request for Account Research

E.   AR Form 100-1A, Administrative Regulation Implementation/Adjustments

AR FORM 200-02A (11/01/05)

# COLORADO DEPARTMENT OF CORRECTIONS
## FINANCIAL RESPONSIBILITY
## BRIEFING FORM

Commitment Date             DOC Number              Offender Name

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I.   I certify that I have been informed of my responsibility to pay any and all just debts incurred while under the jurisdiction of the Department of Corrections, State of Colorado, and that all legal efforts to collect them may be exercised. I realize that examples of these debts include, but are not limited to:

 1.   Charges for loss, damage or destruction of State property.

 2.   Canteen purchases.

 3.   Room and board assessments.

 4.   Fines.

 5.   Transportation for return from escape or parole violation.

 6.   Co-pay for medical or dental services.

II.   I have been advised to send any personal property home that has substantial or sentimental value. I understand that the Department of Corrections will not assume liability for the loss of such items if I choose to keep them during my incarceration.

_____               _____
Date                                               Offender Signature

_____               _____
Date                                               Briefing Officer Signature (and Printed/Typed Name)

Attachment "A"
Page 1 of 1

DC Form 200-02B (05/01)

## DEPARTMENT OF CORRECTIONS REQUEST FOR MONEY ORDER

Offender Number  _____   Offender Name  _____

Amount Requested  $  _____

Money Order Fee  $  _____   Facility  _____  Unit  _____

Total  $  _____   Date  _____

To:      Name  _____

         Address  _____

         City  _____  State  _____  Zip Code  _____

Reason:  _____

Approved  _____

-----------------------------------------------Office Use Only-----------------------------------------------------

Need Approval  _____   Insufficient Funds  _____   Money Order Number:  _____

Need Reason  _____   Other  _____   Date Request Received:  _____  AC-19
(04/86)

Attachment "B"
Page 1 of 1

DC Form 200-02C (05/01)

**DEPARTMENT OF CORRECTIONS**

**MISC. WITHDRAWAL TICKET**

DATE _____      AMOUNT _____

OFFENDER NO. _____   FAC. _____ UNIT _____

OFFENDER NAME _____

REASON FOR TRANSACTION _____

_____

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature _____

Attachment "C"
Page 1 of 1

AR Form 200-02D (11/01/05)

**Inmate Banking**
**Request for Account Research**

Date: _____     Facility: _____

Name: _____     Req No. _____

State the request in detail:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I understand that my account will be charged according to AR 200-02, IV.P.11. (A processing fee of 50 cents will be assessed for any research requested by an offender. This fee will be waived if the account was found to be in error due to circumstances beyond the control of the offender submitting the request.)

Signed: _____

Attachment "D"
Page 1 of 1