IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-246 (formerly 01-072)
Category III
Claimant: Clyde M. Johnson III, #75352
Address of Claimant: 2925 East Las Vegas Street, Colorado Springs, CO 80906

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on Claimant's motion to dismiss. The Special Master is satisfied that this motion is voluntary and without coercion.

IT IS HEREBY ORDERED that the claim of Claimant Clyde M. Johnson III is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 18, 2006.**

SIGNED this 6th day of July, 2006.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master