IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-173
Category Untimely Filed Claim
Claimant: Robert S. Mach, #88664
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the response of Claimant to the order to show cause. Claimant has acknowledged that his shoulder problems do not meet the definition of the Remedial Plan. The Special Master appreciates Claimant's candor and prompt response to the order to show cause.

      Claimant has shoulder problems. He has checked the box for mobility impairment. Under the Remedial Plan, permanent mobility impairments are limited to "[i]nmates who use wheelchairs full or part time due to a permanent disability" or "[i]nmates who do not require a wheelchair but who have a permanent lower extremity mobility impairment that substantially limits walking...." Claimant does not meet this definition.

      The Special Master appreciates Claimant's concern about receiving medical care. After review of over 1,300 claims, the Special Master understands the frustrations that exist in various facilities and throughout DOC. Claimant is reminded that he may have a cause of action in a separate lawsuit under the ADA. He just cannot pursue the claim for the reason noted.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with

the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 18, 2006.**

SIGNED this 6th day of July, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master