Civil Action # 96-N-343
Claim # 3-105
Category # III

July 4, 2006

Court Address: U.S. District Court
John Kane, Senior Judge
901-19th St.
Denver, Colorado
80294-3589

Plaintiff: Jess Montez (Martha Ann Sharp) # 115534

v.

Defendant(s): Bill Owens

Attorney or Party Without Attorney (Name and Address):
David Miller, Attorney
Martha Ann Sharp, # 115534
P.O. Box 392005 or 3600 Havana St.
Denver, Colorado
80239-3266

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 6 - 2006
GREGORY C. LANGHAM
CLERK

## Plaintiff Class Motion

Per minute Order I received dated 6-28-2006 by John Kane Senior U.S. District Judge, states that I can respond concerning any Disclosure issues with funds paid to me as a member before July 5, 2006. The concern I would like to express to the Court is that, yes I received notice that I would be paid Fees and cost but the fees and Costs have not been posted to my DOC account under my DOC #115534. What am I to do to ensure that I receive, ASAP Fees and Costs that should have been paid to me June 2006.

MaS.t.
Class member