

RTS

History

Mack W. Thomas #5495
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

REFUSED
Name & # don't match
No. Doc. Number
Not at this facility
Paroled

REASON CHECKED

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL   7 2006

GREGORY C. LANGHAM
CLERK

92-CV-870-EWNOES

US POSTAGE
0063

DENVER, COLORADO 80294-3589
OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
[Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

      Plaintiffs,

v.

BILL OWENS, *et al.,*

      Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

For reasons which the court has reiterated numerous times, the motion to appoint counsel (#2052) for purposes of pursuing damages claims is DENIED.

Dated: June 29, 2006