IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-426
Category: II
Claimant: Darren Voshell, #96550 (Deceased)
Address of Claimant: c/o Chuck Voshell, 4903 255th Street Ct., Graham, WA 98338

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on his own motion. The Special Master was notified that Claimant had passed away. An order was sent to the family of Claimant advising them of the pending claim. The family was provided up to June 17, 2006 in which to indicate if an heir wished to pursue the claim. No response has been received.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 25, 2006.**

    SIGNED this 10th day of July, 2006.

                                 BY THE COURT:

                                 */s/ Richard M. Borchers*

                                 _____
                                 Richard M. Borchers
                                 Special Master