IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-053
Category III
Claimant: Steven McCary, #60886
Address of Claimant: 15078 Nancy Avenue, Fort Lupton, CO 80621

_____

### ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER came before the Special Master for hearing on July 10, 2006 at 8:00 a.m. Claimant never appeared for the hearing. Notice had been given to him on May 30, 2006. That notice was not returned. Claimant was advised that his claim would be dismissed if he failed to appear for the hearing.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 25, 2006.**

SIGNED this 10th day of July, 2006.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master