**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-EWN
*consolidated with* 96-cv-00343-EWN
Date: July 10, 2006

Deputy Clerk: LaDonne Bush
Reporter: Therese Lindblom

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

Paula D. Greisen

Elizabeth H. McCann

## COURTROOM MINUTES

**Compliance Hearing - Trial to Court - Day Five**

2:03 p.m.     Court in session.

Court's comments regarding the proposed Stipulation Regarding Status of Compliance by DOC with Remedial Plan.

Discussion regarding the proposed Stipulation.

Discussion regarding briefs and the issues to be briefed. Court states that all issues need to be briefed before the Court meets with Judge Nottingham to discuss certain matters.

Discussion regarding the written orders to be entered.

Counsel will submit a revised Stipulation.

Discussion regarding Ms. Greisen's fees.

2:17 p.m.     Court in recess.

Time in court 00:14.
Trial concluded.