CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS





k    Thomas    954
erli    Correc  onal Facil  y
Box    00
erling   CO 80  1



92cv 870 EWN
#2076

No Betti Address

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2006

GREGORY C. LANGHAM
CLERK