## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Civil Action No. 92-cv-00870-EWN
*consolidated with* 96-cv-00343-EWN      Deputy Clerk: Bernique Abiakam
Date: July 6, 2006                       Reporter:    Adrienne Whitlow

---

JESSE MONTEZ, et al.,                    Paula D. Greisen
                                         David H. Miller
      Plaintiffs,                        Jennifer Riddle

v.

BILL OWENS, et al.,                      Elizabeth H. McCann
                                         James X. Quinn
      Defendants.                        Jess Dance

---

## COURTROOM MINUTES

**Compliance Hearing - Trial to Court - Day Four**

**9:18 a.m.    Court in session**.

Discussion regarding remaining trial schedule.

Discussion regarding Revised Remedial Plan.

9:21 a.m.     Statement by Ms. Greisen.

9:24 a.m.     Statement by Ms. McCann.

9:27 a.m.     Statement by the Court.

9:29 a.m.     Further statement by Ms. McCann.

9:32 a.m.     Statement by Mr. Quinn.

9:32 a.m.     Further statement by Ms. Greisen.

**ORDERED:   Examination of Witness Cathie Holtz shall be limited to the Revised Remedial Plan of August 2005**.

*92-cv-00870-EWN*
*Trial to Court Day 4*
*July 6, 2006*

Due to technical difficulties in Colorado Springs, counsel state that court may be able to reconvene by 2:00 today or as soon as practicable.

**9:34 a.m.     Court in recess.**

Time in court 00:16.
Hearing continued.