IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-00870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Jennifer A. Berman, Assistant Attorney General of the State of Colorado, requests that the court grant her leave to withdraw as counsel of record for Defendant Bill Owens in this action, and as grounds therefore, states as follows:

1. Jennifer A. Berman, Assistant Attorney General, has been reassigned to a new Unit in the Attorney General's Office and will no longer handle any matters pertaining to this class action.

2. Several other attorneys, including Brooke Meyer, Berina Ibrisagic and Jess Dance, are still working on this matter.

WHEREFORE, Jennifer A. Berman requests this court withdraw her as counsel of record for Defendant Bill Owens in this action.

RESPECTFULLY SUBMITTED this 13th day of July, 2006.

        JOHN SUTHERS
        Attorney General

        _s/Jennifer A. Berman_____
        JENNIFER A. BERMAN*
        Assistant Attorney General
        Civil Litigation and Employment Law Section
        Attorney for Defendants
        1525 Sherman Street, 5th Floor
        Denver, Colorado  80203
        Telephone:  (303) 866-4892
        *Counsel of Record