IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-146
Category III
Claimant: Gerald Sensabaugh, #100656
Address of Claimant: CSP, P.O. Box 777, Canon City, Co 81215-0777

---

## ORDER RE: CORRECTION TO FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER came before the Special Master upon the letter of Claimant sent to the Special Master on May 20, 2006. Claimant has raised several questions concerning the Special Master's Final Order issued on May 16, 2006. To the extent that those questions deal with clarifications involving the Special Master's Final Order, the Special Master has jurisdiction to respond.

1.  Does the Final Order apply to Claimant SENSABAUGH?

Yes, the Final Order does apply to Claimant SENSABAUGH.

Upon a re-review of the Final Order issued by the Special Master, the Special Master has determined that indeed, a typographical error was made on page 4 of the final paragraph and Claimant SENSABAUGH was erroneously referred to as Claimant COLLINS. This was, in fact, a typographical error and, in fact, the Order issued to Claimant SENSABAUGH does apply to Claimant SENSABAUGH in spite of the typographical error.

By reference to the Final Order of Special Master for Claimant Gerald Sensabaugh, Claim #03-146, the Special Master hereby corrects the final paragraph on page 4 the Final Order of Claimant Gerald Sensabaugh, Claim #03-146 from "The

1

Special Master finds and concludes that Claimant Collins is a disabled individual who is a member of the class." to read properly "The Special Master finds and concludes that Claimant Sensabaugh is a disabled individual who is a member of the class."

A copy of this Order will be transmitted to the United States District Court to be made a part of the Final Order of Special Master for Claimant Gerald Sensabaugh, Claim #03-146.

     2.    Return of Exhibits.

Claimant has additionally requested a return of the exhibits introduced in the hearing. Upon entry of the Final Order of the Special Master, the file is closed up by the Special Master and sent to the U.S. District Court. This includes the Final Order as well as all of the exhibits. Claimant should contact the Clerk of the United States District Court at 901 19th Street, Denver, CO 80294 to see if a copy of the exhibits introduced can be made available.

     3.    Compliance with Final Order.

As set forth in the Final Order, either Claimant or Defendants have through and including July 16, 2006 in which to file an appeal of the Special Master's Final Order. Assuming that no appeal is taken by that time, the Special Master would hope that compliance is immediate. However, the Special Master has no jurisdiction to enforce compliance and would suggest that Claimant's request is more properly directed to the United States District Court.

## IV. ORDER

IT IS ORDERED that based upon the foregoing, the Final Order of Special Master for Claimant Gerald Sensabaugh, Claim #03-146 is hereby CORRECTED as set forth above with a copy of this Order being transmitted to the United States District Court to be made part of the Final Order of Special Master for Gerald Sensabaugh, Claim #03-146 issued on May 16, 2006; and

IT IS FURTHER ORDERED that all other issues raised by Claimant are beyond the jurisdiction of the Special Master and should be directed to the United States District Court as set forth above.

SIGNED this 10th day of July, 2006

                              BY THE COURT:

                              /s/ Richard C. Davidson

                              Richard C. Davidson,
                              Special Master

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER RE: CORRECTION TO FINAL ORDER OF SPECIAL MASTER this 10th day of July, 2006 to the following:

Mr. Gerald Sensabaugh, #100656
CSP
P.O. Box 777
Canon City, CO 81215-0777

Mr. Jess A. Dance
Ms. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter
Susan L. Carter