IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-080
Category II
Claimant: Paul M. Huskey, #97873
Address of Claimant: 209 Colorado Street, Arriba, CO 80804

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on his own motion. A final order was issued on this claim. The copy sent to Claimant was returned with the notation that Claimant is deceased. The final order will be modified to direct payment to the Estate of Paul Huskey or his heirs for the amount awarded to Claimant.

IT IS HEREBY ORDERED that the Final Order is modified to require payment to the Estate of Paul Huskey or his heirs.

SIGNED this 17th day of July, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 6th day of July, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203