IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 JUL 14 AM 11: 16

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 01-139
Category I
Claimant: Robert A. Feist, #111736
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Robert A. Feist. The claim of Mr. Feist was previously dismissed in August, 2004. Claimant's concerns about on-going issues must be directed to counsel for the class. The Special Masters have no further jurisdiction to help Claimant.

IT IS HEREBY ORDERED that the letter of Claimant will be accepted and filed.

SIGNED this 13th day of June, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 13th day of June, 2006 to the following:

Mr. Robert A. Feist
#111736
FCF
P.O. Box 999
Canon City, CO 81215-0999

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Aaron Atkinson
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

