RECEIVED
JUN 8 2006
01-139

To Richard M. Borchers,

I want to thankyou for the time you have taken in replying to my letter.
In many of my requests, I haven't recieved a word back.
I was somewhat unsure if any of my letters had been sent out.
It seams truely hard to find someone or a Lawfirm that will be willing to help when someone has been unjustly treated and it still happening.
I have numerous Christian Brothers that shared to me to pray, fast and keep these issues with Brotherly Fellowship.
I must leave it in the Lords hands.

        Thankyou for your
        efforts, Rober Feist #111736

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2006 JUL 14  AM 11:16
GREGORY C. LANGHAM
CLERK
BY____ DEP. CLK

**Colorado Department Of Corrections**

Name: Robert Feist
Register Number: 111736
Unit: FCF
Box Number: 999
City, State, Zip: Canon City, Colo. 81215

COLORADO SPRINGS CO 809 3 L
02 JUN 2006 PM

Judge Richard M Borchers
Special Masters For the United States District
Court For the District of Colorado
Legal Resolution Center
7907 Zenobia St.
Westminster, Colorado 80030-4444

80030+4444