IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

Jesse Montez, et al.
    Plaintiffs,

-vs.-

Bill Owens, et al,
    Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-247 (formerly 02-278)
Catagory III
Claimant: George Charles, Knorr # 45154
Claimant's Address: S.C.F., P.O. Box 6000, Sterling, Colorado 80751

---

MOTION TO COMPEL THE DISTRICT COURT
AND OR THE SPECIAL MASTERS TO FILE
THE CRIMINAL COMPLAINTS PREVIOUSLY
ITTERATED IN CLAIMANT"S MOTION OF
APRIL 14th, 2006: (EXPANSION OF TIME)

---

COMES NOW, the Claimant, George Charles, Knorr; In Propria Persona (Pro-se), and respectfully requests this Honorable District Court and or the Special Masters in the above entitled matter to present criminal charges as listed in Claimants previous <u>Motion for Expansion of time to Produce Evidence</u>, which was submitted to this Honorable Court in April 2006.

1. Claimant submitted in his previous Motion for Expansion of time, that the agents of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility HAD STOLEN his acquired evidence relating to his disabilities and had, in retaliation transferred the Claimant to the Sterling Correctional Facility on the date of FEBRUARY 27, 2006, also in the process stealing Claimant's personal property (canteen items) and (Medications & Medical Appliances).

2. Claimant requested that this matter be referred to the U.S. Attorney for the formal filing of CRIMINAL CHARGES in relation to these acts.

3. To date, July 06, 2006 Claimant has NOT been advised of any action on the part of either, the U.S. District Court Judges nor the Special Masters in the referral of these allegations to the U.S. Attorney for filing of Criminal Charges.

4. Claimant, this day has initiated a complaint with the United States Department of Justice (Special Litigation Department) in relation to the above stated matter and expects to initiate litigation against the above In-Actors, as to their lack of actions in relating this matter to the U.S. Attorney for the filing of charges.

5. Claimant also has NOT received any indication of an extension of time in

(1)

which to RE-acquire his evidence nor has the Claimant received any remedy from the District Court and or the Special Masters as to having the Colorado Department of Corrections replace his stolen evidence nor has there been any action on the part of the U.S. District Court or the Special Masters in the way of an ORDER to Ms. Nicole Wilson to copy (at State's expense) the complete Medical records of the Claimant Mr. George Charles, Knorr, dating back to the date of February 14, 1979, (the date Claimant first entered the CDOC., and entailing an ongoing battle of medical complaints and conditions throughout Claimant's numerous ILLEGAL incarcerations in the State of Colorado and his lack of any form of competent medical treatment for his disabilities and illnesses.

6.  Claimant states that the criminal charges are of State and Federal violations of Civil and Criminal Procedures relating to theft, Theft of Evidence, Tampering with Evidence, Removal of Evidence, Destruction of Evidence, Tampering with a Witness or Victim, Harassment and or Intimidation of a Witness or Victim, Retaliation against a Witness or Victim and other related charges. A review of Claimant's previous Motion for Expansion of time and the (Courtesy Copy) of the complaint being filed with the U.S. Department of Justice (Special Litigation Department) will clarify all issues related to this matter.

7.  Claimant is sure that the (to date) actions of the District Court and the Special Masters in this matter overjoy the office of the Attorney General for Colorado and it's Clients Bill Owens and the Colorado Department of Corrections and to this Claimant's thinking smell of complicity and conspiracy in this litigation.

8.  IN HOPES THAT THE CLAIMANT IS WRONG IN HIS THINKING, he respectfully awaits a prompt response to this Motion and looks forward to hearing <u>forth with</u> from the U.S. Attorney as to the filing of criminal charges in relation to the matter of his stolen evidence, property, medications, retaliation, intimidation, and loss of his medical appliance, on the date of February 27, 2006 and which continues through the date of this filing.

Respectfully Submitted,

_____
George Charles, Knorr
Reg. No. 45154
S.C.F. Unit # 4-A
P.O. Box 6000
Sterling, Colorado  80751

CERTIFICATE OF SERVICE Via
UNITED STATES POSTAL SERVICE

I George Charles, Knorr, Claimant in the above entitled action, hereby CERTIFY that a true and correct copy of the foregoing pleading was placed in the United States Postal Receptacle at the Sterling Correctional Facility on this _12Th_ day of JULY, 2006 and addressed to the below parties as relate to this filing:

(2)

Special Masters:
Judge Richard M. Borchers;
Bruce D. Pringle;
Richard C. Davidson;
Legal Resolution Center
7909 Zenobia Street
Westminster, Colorado   80030-4444

U.S. District Court Judges:
John L. Kane Jr;
Edward W. Nottingham
Alfred A. Arraj U.S. Courthouse
901 19Th. Street
Denver, Colorado 80294

United States Department of Justice
Civil Rights Division
(Special Litigation Section
P.O. Box 66400
Washington, DC   20035-6400

END OF DOCUMENT