IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 01-139
Category I
Claimant: Robert A. Feist, #111736
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

**ORDER OF SPECIAL MASTER**
_____

      THIS MATTER comes before the Special Master on the letter of Robert A. Feist. The claim of Mr. Feist was previously dismissed in August, 2004. The Court has no further jurisdiction over the claim. In addition, Claimant's letter appears to request appointment of counsel. There is no legal basis on which that could occur, even if the claim were still pending.

      Claimant may want to contact counsel for the class. Counsel's address is on the attached certificate of mailing.

      IT IS HEREBY ORDERED that the motion for appointment of counsel is denied.

      SIGNED this 17th day of July, 2006.

                                BY THE COURT:

                                */s/ Richard M. Borchers*

                                _____
                                Richard M. Borchers
                                Special Master