IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-463
Category II
Claimant: Carlos J. Archuleta, #100165
Address of Claimant: 4205 Wallace Street SE, Albuquerque, NM 87120

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on his own motion. The Final Order issued on July 10, 2006 had an error as to the time period in which to file an objection with the Court.

    IT IS HEREBY ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 9, 2006.**

    SIGNED this 14th day of July, 2006.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master