IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER came before the Special Master for a telephone status conference on July 11, 2006. Present by telephone were the following: Paula Greisen and David Miller, attorneys for the Class; and Beth McCann, James Quinn, and Jess Dance, attorneys for Defendants.

Counsel for the class requested that a stay order be granted on all further adjudications of claims. As the Special Master noted, a number of claimants have died since filing their claims and other claimants have been discharged and have become lost. The Special Master noted that the concern about having to relitigate claims, if one of the District Judges reverses the decisions dealing with criteria for disabilities, is less troublesome than the possibility of additional deaths of claimants before resolution or additional claimants being discharged and then losing contract with the Special Masters.

IT IS HEREBY ORDERED that the request for entry of a stay by counsel for the Class is denied for reasons set forth herein; and

IT IS FURTHER ORDERED that the Special Masters will enter no further adjudicative orders until after July 17, 2006.

SIGNED this 14th day of July, 2006.

                      BY THE COURT:

                      */s/ Richard M. Borchers*

                      _____
                      Richard M. Borchers
                      Special Master