IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

GREGORY C. LANGHAM
CLERK

Case #92-N-870
Montez vs. Owens

Consolidated with: Case #96-N-343

## REQUEST FOR 90 DAY EXTENSION OF TIME

COMES NOW, I Jimmy Bulgier Acting Pro-se in the above cause number do hereby respectfully request a 90 to 120 Day Extension of Time in which to file Plaintiff's Objections to Final Order of Special Master" (Richard C. Davidson) ruling dated May 16, 2006.

Plaintiff Bulgier had sent to the Special Master's Court in Westminster, Colorado a previous Request for 90 Day Extension of Time, however, Plaintiff Bulgier has not received any response from either the Special Master's Court or this Court concerning that request. Plaintiff Bulgier is currently incarcerated in the Texas Dept. of Criminal Justice-Institutional Division (T.D.C.J.-I.D.) and has been attempting to obtain authorization from the Warden (Thomas Morgan) to permit Plaintiff Bulgier to have access tot the "CD-ROM Transcripts" which were made during the Individual Damage Claim Hearing on January 16, 2006. Plaintiff Bulgier attends a special class where all blind inmates are permitted to prepare their letters, court filings, etc. and Plaintiff Bulgier **DOES HAVE ACCESS to a CD-ROM player. However, Plaintiff Bulgier is unable to get a reply from Warden Morgan at this point in time.**

### Request for CD-ROM Transcript Disks:

Plaintiff Bulgier has made alternative arrangements for a person (Jean Willis) to take possession of the CD-ROM Transcript Disks on behave of Plaintiff Bulgier and that party has agreed to TRANSPOSE/COPY the CD-ROM audio recordings to cassette tape and send them to Plaintiff Bulgier. Mrs. Willis will need sufficient time to have the Transcripts recordings duplicated.

Plaintiff Bulgier will also need sufficient time in which to play the cassette Transcripts and hand type them out into type written form. Plaintiff Bulgier will also require sufficient time in which to prepare and print out his final draft of his Objections to the "Final Order of the Special Master" ruling.

Plaintiff Bulgier attends the Adaptive Resources Class three times per week or less where he can prepare his Objections. However, Plaintiff Bulgier wishes to inform this Court that Plaintiff's access to the Word Processing Computers is on a "first come first served" basis and may not have access to the computers on certain days when all computers are in use by other students.

### Request for 90 to 120 Day Extension of Time:

I, Jimmy Bulgier (Plaintiff) do respectfully request this honorable Court to grant Plaintiff Bulgier's Request for 90 to 120 Day Extension of Time based on the grounds listed above.

Respectfully submitted on this 14th Day of July 2006.

Signature: *[signed] Jim Bulgier*

Jim Bulgier TDCJ #902732
264FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

## Certificate of Mailing

I, Jimmy Bulgier do hereby certify that I have mailed a copy of the hereto-attached "Request for 90 to 120 Day Extension of Time" to the following parties:

United States District Court
For the District of Colorado
901 19th Street
Denver, Colorado 80294

Office of the Attorney General
James X. Quinn
1525 Sherman Street, 5th Floor
Denver, Colorado   80203

Signature: _____

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322