In The United States District Court

For The District of Colorado

Judge John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-CV-00870-EWN

Jesse Montez, et al

Plaintiff                    Shawn Winkler #48319 Claiment 03-140

                             P.O. Box 10000

                             Limon, CO 80826

V.

Bill Owens, et al

Defendant

## Disability fulfillment Requirement Brief

1) April 22, 2004 documents were sent to the Special Master along with the complaint showing the CDOC did in fact consider the plaintiff disabled and was treating those disabilities — see medical appointment records March 3rd, 2004 - Inmate seen and fitted for personal wheel chair.

2) At damage claim hearing additional documentation was submitted supporting all claims

3) Cathie Holtz admitted during that hearing she ordered doctors to not call plaintiffs disabilities, disabilities simply to avoid legal culpability knowing the CDOC was responsible for causing those disabilities.

(1 of 2)

4) September, 2005, 2nd March, 2006, documentation of the CDOC perjury and cover up of these facts was forwarded to the court.

Whatever the court now decides in order to assist the CDOC in avoiding responsibility, we would ask that in this plaintiffs case the defendants be held to the same level of moral liability as exacted from the plaintiff.

Respectufully Submitted
July 16, 2006

Shawn Winkler #48319