OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2006

GREGORY C. LANGHAM
CLERK

Paul Deschaine
12464
PO Box 2017
Buena Vista, CO 81211

IA

CANNOT LOCATE
92-CV-870
WRONG# #2108
EWN-OES

NIXIE    808         SS 07/14/06
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294250151    *1068-04068-11-45