OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-870 EWN
# 2106 Ref

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2006

GREGORY C. LANGHAM
CLERK

Waldo Mackey
#82262
CCF/B2-15
Colorado Correctional Facility
P.O.
Can[...]

JUL 11 '06   DENVER CO

POSTAGE DUE .24

NIXIE   808   1   39 07/17/06
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151   *1068-10159-11-44

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Civil Action No. 92-cv-00870-EWN
consolidated with 96-cv-00343-EWN
Date:  July 10, 2006

Deputy Clerk: LaDonne Bush
Reporter:     Therese Lindblom

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

Paula D. Greisen

Elizabeth H. McCann

## COURTROOM MINUTES

**Compliance Hearing - Trial to Court - Day Five**

2:03 p.m.    Court in session.

Court's comments regarding the proposed Stipulation Regarding Status of Compliance by DOC with Remedial Plan.

Discussion regarding the proposed Stipulation.

Discussion regarding briefs and the issues to be briefed. Court states that all issues need to be briefed before the Court meets with Judge Nottingham to discuss certain matters.

Discussion regarding the written orders to be entered.

Counsel will submit a revised Stipulation.

Discussion regarding Ms. Greisen's fees.

2:17 p.m.    Court in recess.

Time in court 00:14.
Trial concluded.