IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

Re:  Claimant Jill Coit, Claim Number 03-129

## ORDER

Kane, J.

      This matter is before the court on Claimant, Jill Coit's Response (Appeal) (doc. #1781) to Final Order of Special Master.  The court has reviewed the final order and the response (appeal) and finds as follows:

      The appeal of the Final Order of the Special Master is denied.  The Special Master did not abuse his discretion.  The findings made are consistent with the evidence presented and there are no errors of law.  Based on extensive Findings of Fact and Conclusions of Law, the Special Master awarded  Claimant Jill Coit the sum of $350.00.  That award stands.  The Final Order of Special Master is affirmed.  Judgment shall enter in favor of Claimant Jill Coit and against Defendants in the amount of $350.00.

Dated:   July 19, 2006

                BY THE COURT:

                **s/John L. Kane**
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT