IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Martha Ann Sharp

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Appeal Reimbursement Denial(doc. #1954) and the Motion to Submit Additional Documents to Support Claim(doc. #1979), also regarding reimbursement denial, are denied.  The court has no record of the orders being appealed.

Dated:  July 19, 2006