IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: James Smith, Claim number 03-014

# ORDER

Kane, J.

This matter is before the court on Claimant, James Smith's Appeal of Final Order of Special Master (doc. #1917). The court has reviewed the final order and finds as follows:

The appeal of the Final Order of the Special Master is denied. The Special Master did not abuse his discretion. The findings made are consistent with the evidence presented and there are no errors of law. Based on extensive Findings of Fact and Conclusions of Law, the Special Master awarded Claimant James Smith the sum of $200.00 as compensation for non-nominal emotional injuries and denied the claim in all other respects. The award stands. The Final Order of Special Master is affirmed.

Dated: July 19, 2006

                                         BY THE COURT:

                                         **s/John L. Kane**
                                         JOHN L. KANE, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT