IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' FOURTEENTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

     Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Fourteenth Application for Payment of Fees and Costs. This application is for work done from May 16, 2006 to July15, 2006, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

     1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

     2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issued. Ms. Carter spent 182.25 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 3.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 39.00 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 55.60 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 5.50 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit C. Richard C. Davidson expended 3.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 161.45 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of

2

$173.18 and travel time of 14.50 hours for this time period. This is reflected in Exhibit E. Bruce

Pringle spent 44.25 hours on individual claims. This is reflected in Exhibit

    9. Richard C. Davidson had no time on individual claims. This is reflected in Exhibit G.

Richard C. Davidson also did not travel during this time period as reflected in Exhibit I.

    10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its

percentage from the work billed. At this date, postage and copy costs involve several thousand

dollars.

    11. The total fees being sought for the time period ending July 15, 2006 is as follows:

| | | |
|---|---|---|
| a. Richard M. Borchers | 217.05 hrs.  @ $175.00 per hr. = | $ 37,983.75 |
| b. Richard M. Borchers(travel) | 14.50 hrs. @ $ 75.00 per hr. = | $   1,087.50 |
| c. Richard Davidson | 3.00 hrs. @ $175.00 per hr.= | $     525.00 |
| d. Susan Carter & other staff | 185.25 hrs. @ $25.00 per hr.  = | $ 4,631.25 |
| e. Larry Dean Valente | 39 hrs.  @ $75.00 per hr.  = | $ 2,925.00 |
| f. Lodging and Expenses | | $     420.34 |
| g. Bruce D. Pringle | 49.75 hrs. @ $175.00 per hr.  = | $ 8,706.25 |
| H. Bruce D. Pringle (travel) | 8.00 hrs. @ $  75.00 per hr.  = | $   600.00 |

TOTAL FEES: $ 56,879.09

    10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C.

Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper

processing of claims. The amount requested is fair and reasonable.

    11. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Collena Dickerson, Lynda

Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution

Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente  have been paid by Legal Resolution

Center for the work that they have done to date in this case.

      WHEREFORE, the Special Masters request that the Fourtienth Application for Payment of

Fees be granted in the amount of $56,879.09 and that the State of Colorado be directed to pay that

amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

                    Respectfully submitted,

                    LEGAL RESOLUTION CENTER

By:_____
                    Richard M. Borchers
                    Special Master
                    7907 Zenobia Street
                    Westminster, CO 80030-4444
                      303-426-7365

4

**CERTIFICATE OF MAILING**

I hereby certify that I have mailed a copy of the foregoing Petition of Special Master this 2k day of July, 2006 to the following:

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Ms. Beth McCann
Mr. James X. Quinn
Mr. Jess A. Dance
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

**EXHIBIT A**

Susan Carter

     Total Hours for Period                182.25 hrs.

Judy Olive

     Total Hours for Period                  0.00 hrs.

Lynda Rowe

     Total Hours for Period                  3.00 hrs.

                                    ————————

               TOTAL HOURS:      185.25 hrs.

Larry Dean Valente

     Total Hours for Period                39.00 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending July15, 2006

| | | |
|---|---|---|
| 5/16/06 | Work on motion related to copy costs and related issues | 1.75 hrs. |
| 5/17/06 | Further work on motion and review of claim files | 2.00 hrs. |
| 5/18/06 | Work on administrative matters related to case | 1.00 hrs. |
| 5/20/06 | Review various issues concerning costs and find and review files | 1.00 hrs. |
| 5/22/06 | Meet with Sue Carter on case procedures; review settings for hearings and new mail | 2.25 hrs. |
| 5/23/06 | Prepare hearing list; review new mail and meet with Sue Carter on additional procedures | 2.00 hrs. |
| 5/24/06 | Review mail and schedules | 1.00 hrs. |
| 5/26/06 | Review of files at Tech Center; coordinate orders and settings; review pending motions on costs; set hearing and prepare orders on files | 5.00 hrs. |
| 5/27/06 | Review all files and procedural issues | 2.00 hrs. |
| 5/31/06 | Review procedures with Sue and review mail | 1.25 hrs. |
| 6/2/06 | Review loose documents; review green tag and costs issues | 2.00 hrs. |
| 6/3/06 | General review of all cases and set some for hearings | 1.00 hrs. |
| 6/5/06 | Review of files; meet with BDP; set of cases for transfer to BDP and RCD | 3.00 hrs. |
| 6/6/06 | Prepare files for transfer to BDP; issue orders | 4.00 hrs. |
| 6/7/06 | Work on files for transfer | 1.75 hrs. |
| 6/8/06 | Review mail and files to transfer | 2.00 hrs. |
| 6/9/06 | Review mail and readjust cases to BDP | 2.00 hrs. |
| 6/10/06 | Work on setting hearings and cases to transfer | 1.00 hrs. |
| 6/12/06 | Meet with BDP; review mail and files for settings | 1.50 hrs. |
| 6/13/06 | Review files and procedures with Sue Carter | 1.25 hrs. |
| 6/17/06 | Meet with Dino Valente and discuss cases and settings for hearings | 1.75 hrs. |
| 6/19/06 | Check on status of cases; talk with Sue and Dino concerning pending cases | 1.50 hrs. |
| 6/21/06 | Review Tech Center files | 1.00 hrs. |
| 6/29/06 | Review mail and pleadings | 1.00 hrs. |
| 7/1/06 | Check mail and locations of claimants | 1.00 hrs. |
| 7/6/06 | Review of mail and additional files to be transferred to RCD and BDP | 1.50 hrs. |

| 7/7/06 | Talk with Sue about case status; review mail; talk with Dino concerning case status and settings | 2.25 hrs. |
|--------|---------------------------------------------------------------------------|-----------|
| 7/8/06 | Review of case status | .50 hrs. |
| 7/9/06 | Finalize electronic orders and send to court | 1.00 hrs. |
| 7/11/06 | Review fax; conference call with BDP and RCD; conference call with attorneys; conference with Dino concerning status of claims; review with staff concerning status of case; review mail | 4.10 hrs. |
| 7/14/06 | Prepare order for stay and review of mail | 1.25 hrs. |

TOTAL:            55.60 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for Period ending July 15, 2006

    See attached

                 TOTAL HOURS:                5.50 hrs.

Time for Montez        5-16-06 to 7-15-06

**Administrative**

| 06/05/06 | Meeting with R. Borchers re status of Montez claims and procedures for resolution of Category II and III claims | 1.00 hr |
| 06/12/06 | Meeting with R. Borchers re Category II and III claims; legal research re recent case law affecting Montez damage claims | 1.25 hrs |
| 6/20/06 | Two telephone conferences with D. Valente re scheduling of Class III hearings; preparation of orders on motions in Class III claims; preparation of final orders on Class II claims. | .50 hrs |
| 6/23/06 | Telephone conferene with D. Valente re affidavit testimony by AG's medical experts | .50 hrs |
| 7/7/06 | Telephone conference with R. Borchers re procedures for resolving claims | .50 hrs |
| 7/10/06 | Telephone conference with class counsel and counsel for defendants re request for stay; telephone conferences with R. Borchers and D. Valente re request for stay | 1.25 hrs |
| 7/11/06 | Conference call with R. Borchers and R. Davidson re request for stay | .50 hrs |

## EXHIBIT D

### Work Done By Richard M. Borchers

Claims closed during the period ending May 15, 2006. Work done prior to September 15, 2004 has already been billed:

**01-013        Jesse Michael Romo**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 2/9/06 | Review response and issue order | .25 hrs. |
| 3/29/06 | Review file | .50 hrs. |
| 5/22/06 | Review file and issue order | .30 hrs. |
| 5/27/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 2.25 hrs. |

**01-020        Terry Benavidez**

| | | |
|---|---|---|
| 12/22/04 | Review file and issue order | .20 hrs. |
| 1/27/05 | Review motion and issue order | .10 hrs. |
| 2/20/05 | Review file and issue order | .25 hrs. |
| 10/26/05 | Review file and issue OSC | .35 hrs. |
| 11/24/05 | Review letter and issue order | .20 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/22/06 | Review file and issue order | .35 hrs. |
| 7/3/06 | Review file and prepare final order | 1.25 hrs. |
| | TOTAL: | 2.95 hrs. |

**01-053        John McTarsney**

| | | |
|---|---|---|
| 12/22/04 | Review file and issue order | .20 hrs. |
| 3/15/05 | Review file and issue amended order | .15 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/23/06 | Review file; prepare final order | 1.50 hrs. |
| | TOTAL: | 2.10 hrs. |

1

**01-102**        **John Gonzales**

| | | |
|---|---|---|
| 9/24/04 | Review of supplemental form and issue order | .25 hrs. |
| 12/27/04 | Review file and issue order | .20 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/24/06 | Review file and prepare final order | 1.50 hrs. |
| | TOTAL: | 2.20 hrs. |

**01-125**        **Juan Balderas**

| | | |
|---|---|---|
| 12/24/04 | Review file and issue order | .20 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/24/06 | Prepare final order | 2.00 hrs. |
| | TOTAL: | 2.45 hrs. |

**02-021**        **Thomas Michael Martus**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/7/06 | Review file | .50 hrs. |
| 5/28/06 | Review file | .30 hrs. |
| 6/2/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.70 hrs. |

**02-033**        **William E. Drieman**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .15 hrs. |
| 2/10/06 | Review motion and issue order | .25 hrs. |
| 4/14/06` | Review file and issue order | .50 hrs. |
| 6/12/06 | Prepare final order | 1.25 hrs. |
| | TOTAL: | 2.15 hrs. |

**02-036**        **David Lee Gauge**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |

2

| | | |
|---|---|---|
| 2/28/06 | Review response and file; issue order | .15 hrs. |
| 5/28/06 | Review file | .50 hrs. |
| 6/11/06 | Review file | .50 hrs. |
| 6/15/06 | Prepare final order | 1.40 hrs. |
| 6/16/06 | Proofread and finalize order | .50 hrs. |
| | TOTAL: | 3.20 hrs. |

**02-051        Robert L. Rice**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/25/06 | Review response and file; issue order | .25 hrs. |
| 3/27/06 | Review response and issue order | .45 hrs. |
| | TOTAL: | .85 hrs. |

**02-054        Jeremy Ruybal**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/15/05 | Review file and issue order | .15 hrs. |
| 2/13/06 | Review letter and file; issue order | .25 hrs. |
| 2/28/06 | Review response and file; issue order | .25 hrs. |
| 3/13/06 | Review letter | .10 hrs. |
| | TOTAL: | .90 hrs. |

**02-080        Paul Huskey**

| | | |
|---|---|---|
| 12/29/04 | Review file and prepare order | .15 hrs. |
| 3/11/06 | Review file and response; issue order | .25 hrs. |
| 5/27/06 | Review file and issue order | .35 hrs. |
| 6/27/06 | Review of file and prepare final order | 1.75 hrs. |
| | TOTAL: | 2.50 hrs. |

**02-093        Weslee Bailey**

| | | |
|---|---|---|
| 12/29/04 | Review of file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |

| | | |
|---|---|---|
| 6/2/06 | Review file and issue final order | 1.40 hrs. |
| | TOTAL: | 1.80 hrs. |

**02-098         Charles Benette Taylor**

| | | |
|---|---|---|
| 12/29/04 | Review of file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/12/06 | Review file | .40 hrs. |
| 6/13/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.30 hrs. |

**02-112         Rocky Trujillo**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |
| 10/4/05 | Review response and issue order | .25 hrs. |
| 3/19/06 | Review file and issue order | .25 hrs. |
| 6/30/06 | Review of file | .50 hrs. |
| 7/2/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 2.15 hrs. |

**02-147         William Redding**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and issue order | .25 hrs. |
| 5/28/06 | Review file and prepare final order | 1.25 hrs. |
| | TOTAL: | 1.65 hrs. |

**02-156         David Frazell**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 5/23/06 | Prepare final order | 1.30 hrs. |
| | TOTAL: | 1.70 hrs. |

4

**02-165**  **Theodor Castillo**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |

TOTAL:   .55 hrs.

**02-167**  **Alfred Harris**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 7/24/05 | Review file and letter | .15 hrs. |
| 8/13/05 | Review motion and letter order | .20 hrs. |
| 2/2/06 | Review response and issue order | .25 hrs. |

TOTAL:   .75 hrs.

**02-192**  **Jessie Butler Joniak**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .25 hrs. |
| 4/4/06 | Review response and issue order | .30 hrs. |
| 7/1/06 | Review file and prepare final order | 1.25 hrs. |

TOTAL:   1.95 hrs.

**02-222**  **Epifanio Nieto, Sr.**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/28/06 | Review response and file; issue order | .25 hrs. |
| 6/14/06 | Review file | .50 hrs. |
| 6/29/06 | Review file and motion; prepare final order | 1.75 hrs. |

TOTAL:   2.65 hrs.

**02-229**  **Travis Grinolds**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .25 hrs. |

| 3/3/06 | Review file | .25 hrs. |
| 4/15/06 | Review file and issue order | .50 hrs. |
| 7/2/06 | Review file and issue order | .50 hrs. |
| | TOTAL: | 1.65 hrs. |

**02-246**    **Miranda Hassania**

| 1/3/05 | Review letter and issue order | .15 hrs. |
| 1/27/05 | Review letter and attachment | .10 hrs. |
| 3/2/06 | Review file and response; issue letter | .25 hrs. |
| 6/5/06 | Review file and prepare final order | 2.00 hrs. |
| | TOTAL: | 2.50 hrs. |

**02-260**    **Hubert Underwood**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and prepare order | .25 hrs. |
| 6/14/06 | Review file and prepare final order | 1.40 hrs. |
| 6/16/06 | Proofread order and prepare for court | .35 hrs. |
| | TOTAL: | 2.15 hrs. |

**02-270**    **Francis Teague**

| 1/27/05 | Review file and issue order | .15 hrs. |
| 1/20/06 | Review response and issue order | .25 hrs. |
| 7/6/06 | Review file and prepare final order | 1.30 hrs. |
| | TOTAL: | 1.70 hrs. |

**02-290**    **Randy Gaspar**

| 1/5/05 | Review of file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 4/4/06 | Review response and issue order | .30 hrs. |
| 7/3/06 | Review file | .50 hrs. |
| 7/5/06 | Prepare final order | 1.00 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 2.15 hrs. |

**02-307**      **Darrell Miracle**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and issue order | .25 hrs. |
|  | TOTAL: | .40 hrs. |

**02-342**      **Donnis Moore**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
|  | TOTAL: | .40 hrs. |

**02-355**      **Ronald Reed**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 7/6/06 | Prepare final order | 1.50 hrs. |
|  | TOTAL: | 1.90 hrs. |

**02-367**      **Juan Rosales**

| 3/8/05 | Issue scheduling order | .15 hrs. |
| 2/2/06 | Review response and issue order | .25 hrs. |
| 6/13/06 | Review file and prepare final order | 1.50 hrs. |
|  | TOTAL: | 1.90 hrs. |

**02-395**      **Jamie Dean Ervin**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/16/05 | Review letter and file; issue order | .25 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |

7

| 7/5/06 | Prepare final order | 1.15 hrs. |
|--------|---------------------|-----------|
| | TOTAL: | 1.80 hrs. |

**02-401      Duane Poage**

| 1/16/05 | Review file and issue order | .25 hrs. |
|---------|-----------------------------|----------|
| 4/20/05 | Review letter | .10 hrs. |
| 4/7/06 | Review response ans issue order | .30 hrs. |
| 7/2/06 | Review file and prepare final order | 1.20 hrs. |
| | TOTAL: | 1.85 hrs. |

**02-402      Juan Sierra-Omni**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---------|-----------------------------|----------|
| 4/18/06 | Review response and file; issue order | .35 hrs. |
| 7/2/06 | Review file and prepare final order | 1.00 hrs. |
| | TOTAL: | 1.50 hrs. |

**02-409      Steven McGonigle**

| 1/16/05 | Review file and issue order | .10 hrs. |
|---------|-----------------------------|----------|
| 7/30/05 | Review letter | .15 hrs. |
| 9/11/05 | Review letter; issue order | .15 hrs. |
| 4/18/06 | Review response and file; issue order | .35 hrs. |
| 7/2/06 | Review file | .30 hrs. |
| 7/3/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 2.05 hrs. |

**02-414      William Collier**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---------|-----------------------------|----------|
| 4/27/06 | Review file and issue order | .25 hrs. |
| 6/26/06 | Review file and motion | .50 hrs. |
| 6/27/06 | Prepare final order | .75 hrs. |

8

|  | TOTAL: | 1.65 hrs. |

**02-419**        **Daniel Geschwentner, Jr.**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/12/06 | Review motion and file; issue order | .35 hrs. |
| 7/2/06 | Review file and issue order | 1.00 hrs. |

|  | TOTAL: | 1.50 hrs. |

**02-426**        **Darren Voshell**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/18/06 | Review file and issue order | .30 hrs. |
| 7/2/06 | Review file and prepare order | .40 hrs. |

|  | TOTAL: | .85 hrs. |

**02-435**        **Charles William Fletcher III**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 6/19/06 | Review file and prepare final order | 1.15 hrs. |

|  | TOTAL: | 1.30 hrs. |

**02-461**        **Joe C. Whitehead**

| 1/28/05 | Review file and issue order | .15 hrs. |
| 4/27/06 | Review file and motion; issue order | .25 hrs. |
| 7/4/06 | Review file and prepare final order | 1.00 hrs. |

|  | TOTAL: | 1.40 hrs. |

**02-463**        **Carlos Archuleta**

| 1/28/05 | Review file and issue order | .15 hrs. |
| 4/27/06 | Review response and file; issue order | .25 hrs. |
| 7/4/06 | Review file and prepare final order | 1.00 hrs. |

|  | TOTAL: | 1.40 hrs. |

**02-513**  **Frederick Mayberry**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/28/06 | Review file and motion; issue order | .30 hrs. |
| 6/20/06 | Review file and motion; issue order | 1.00 hrs. |
| | | _____ |
| | TOTAL: | 1.45 hrs. |

**02-517**  **Robert E. Quintano**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review motion and file; issue order | .30 hrs. |
| 6/20/06 | Review file and motion; do final order | 1.00 hrs. |
| | | _____ |
| | TOTAL: | 1.45 hrs. |

**05-525**  **Susan Beemer**

| 2/2/05 | Review file and issue order | .15 hrs. |
| 4/28/06 | Review motion and file; issue order | .35 hrs. |
| 6/28/06 | Review file | .50 hrs. |
| 6/29/06 | Prepare final order | 1.30 hrs. |
| | | _____ |
| | TOTAL: | 2.30 hrs. |

**02-563**  **Larry James Smith, Jr.**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/10/06 | Review motion and issue order | .30 hrs. |
| 6/20/06 | Review file and issue order | .35 hrs. |
| | | _____ |
| | TOTAL: | .80 hrs. |

**02-564**  **Nick Bey**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 8/13/05 | Review letter and file | .20 hrs. |

|  |  |  |
|---|---|---|
| 4/19/06 | Review motion and issue order | .30 hrs. |
| 6/2/06 | Review file and prepare final order | 1.25 hrs. |
| | TOTAL: | 1.90 hrs. |

**02-569        Roland Johnson**

|  |  |  |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/28/06 | Review motion and file; issue order | .35 hrs. |
| 6/21/06 | Review file and prepare order | 1.15 hrs. |
| | TOTAL: | 1.65 hrs. |

**02-579        Steven John Dec**

|  |  |  |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/2/06 | Review response and issue order | .25 hrs. |
| 6/22/06 | Review file and prepare final order | 1.35 hrs. |
| | TOTAL: | 1.75 hrs. |

**02-586        Riley Vigil**

|  |  |  |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 3/18/06 | Review file and motion; issue order | .25 hrs. |
| 6/26/06 | Review file and prepare final order | 1.20 hrs. |
| | TOTAL: | 1.60 hrs. |

**02-593        Shawn Christenson**

|  |  |  |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 9/26/05 | Review file and issue order | .20 hrs. |
| 6/20/06 | Review file and issue order of dismissal | .50 hrs. |
| | TOTAL: | .85 hrs. |

**02-775        Taylor Copenhaver**

11

| | | |
|---|---|---|
| 10/24/04 | Review claim | .10 hrs. |
| 11/10/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/15/06 | Review motion and file; issue order | .35 hrs. |

TOTAL: .70 hrs.

**02-776     Jeffrey Larson**

| | | |
|---|---|---|
| 10/24/04 | Review claim | .10 hrs. |
| 11/10/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 3/8/05 | Review letter and issue order | .20 hrs. |
| 6/3/05 | Review file and issue order | .20 hrs. |
| 7/15/06 | Review file and issue order of dismissal | .25 hrs. |

TOTAL: 1.00 hrs.

**02-780     Jerome Moore**

| | | |
|---|---|---|
| 10/31/04 | Review claims | .10 hrs. |
| 11/11/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/15/06 | Review motion and issue order of dismissal | .30 hrs. |

TOTAL: .65 hrs.

**02-805     Fred Wayne Ritchey**

| | | |
|---|---|---|
| 1/10/05 | Review file and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/15/06 | Review file and issue order | .30 hrs. |

TOTAL: .60 hrs.

**02-835     Stephen Hall**

| | | |
|---|---|---|
| 3/1/05 | Review claim | .10 hrs. |
| 3/2/05 | Issue order | .10 hrs. |

12

| 4/6/05 | Review supp documents and issue order | .25 hrs. |
| 7/15/06 | Review file and motion; issue order | .30 hrs. |
| | TOTAL: | .75 hrs. |

**02-837     Vincent Dale Smith**

| 3/1/05 | Review claim | .10 hrs. |
| 3/2/05 | Issue order | .10 hrs. |
| 3/18/05 | Review file and supp documents; issue order | .15 hrs. |
| 7/14/06 | Review file and motion; issue order | .25 hrs. |
| | TOTAL: | .60 hrs. |

**02-854     Fernando Hernandez**

| 3/25/05 | Review claim | .10 hrs. |
| 3/26/05 | Issue order | .10 hrs. |
| 5/10/05 | Review file and issue scheduling order | .20 hrs. |
| 7/15/06 | Review motion and file; issue order | .25 hrs. |
| | TOTAL: | .65 hrs. |

**02-872     Stephen Paul Evans**

| 4/13/05 | Review claim | .10 hrs. |
| 4/15/05 | Issue order | .10 hrs. |
| 5/21/05 | Review supp documents and issue order | .15 hrs. |
| 7/14/06 | Review motion and file; issue order | .30 hrs. |
| | TOTAL: | .65 hrs. |

**03-053     Steven McCary**

| 4/1/05 | Review file and issue order on hearing | .25 hrs. |
| 5/27/06 | Review file and issue order resetting hearing | .35 hrs. |
| 6/25/06 | Review motion and issue order | .25 hrs. |
| 7/6/06 | Review file for hearing | .50 hrs. |
| 7/10/06 | Set up for hearing, wait for Claimant, tear down | |

13

|  | after hearing, and prepare order | 1.25 hrs. |
|---|---|---|
|  | TOTAL: | 2.60 hrs. |

**03-074**      **Joseph Claudio Vigil**

| 12/20/04 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 6/2/06 | Returned mail - remail | .15 hrs. |
| 6/6/06 | Review file and issue order | .30 hrs. |
| 6/11/06 | Review of file for hearing | .50 hrs. |
| 6/14/06 | Hearing and prepare order | 1.75 hrs. |
| 6/16/06 | Proofread and label disks; issue order | .35 hrs. |
|  | TOTAL: | 3.45 hrs. |

**03-157**      **Thomas C. Snyder**

| 1/3/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 7/12/05 | Review file and issue order | .20 hrs. |
| 8/23/05 | Review letter and pleadings | .25 hrs. |
| 8/24/05 | Issue order | .15 hrs. |
| 9/11/05 | Review letter and issue order | .20 hrs. |
| 9/21/05 | Review letter and issue order | .20 hrs. |
| 10/4/05 | Review motion to dismiss and issue order | .25 hrs. |
| 10/12/05 | Review file and issue amended order | .20 hrs. |
| 11/24/05 | Review letter and issue order | .20 hrs. |
| 12/13/05 | Review file and response; issue order | .25 hrs. |
| 1/18/06 | Review letter and issue order | .30 hrs. |
| 1/31/06 | Review letter and response | .15 hrs. |
| 5/26/06 | Review file and issue order | .25 hrs. |
| 6/11/06 | Review for hearing | .50 hrs. |
| 6/14/06 | Further review of file for hearing | .50 hrs. |
| 6/15/06 | Hearing | 2.50 hrs. |
| 6/27/06 | Begin final order | 1.10 hrs. |
| 6/28/06 | Finish final order | .50 hrs. |
|  | TOTAL: | 7.85 hrs. |

**03-194**      **Hector Martinez-Jimenez**

14

| 1/31/05 | Review of file and issue order | .15 hrs. |
| 9/16/05 | Review letter and file | .20 hrs. |
| 2/19/06 | Review file and exhibits; issue order | .35 hrs. |
| 4/11/06 | Review file and issue order for hearing | .35 hrs. |
| 5/22/06 | Review witness lists and file | .20 hrs, |
| 5/29/06 | Review file for hearing | .50 hrs. |
| 5/30/06 | Hearing | 3.50 hrs. |
| 6/30/06 | Review file and prepare final order | 2.00 hrs. |
| | | _____ |
| | TOTAL: | 7.25 hrs. |

**03-197      Tommie Osman**

| 1/5/05 | Review of file and issue order | .15 hrs. |
| 3/4/06 | Review file and issue order | .30 hrs. |
| 4/11/06 | Review file and issue order for hearing | .35 hrs. |
| 5/27/06 | Review file and witness lists | .50 hrs. |
| 5/30/06 | Hearing | 1.50 hrs. |
| 6/31/06 | Prepare final order | 2.00 hrs. |
| | | _____ |
| | TOTAL: | 4.80 hrs. |

**03-198      John Patrick Royce**

| 12/23/05 | Review file and issue order | .20 hrs. |
| 3/4/06 | Review file and issue order | .30 hrs. |
| 4/11/06 | review file and issue order setting hearing | .35 hrs. |
| 5/12/06 | Review motion and file; issue order | .35 hrs. |
| 6/2/06 | Review file for hearing | .50 hrs. |
| 6/5/06 | Review file for hearing; do hearing; and issue final order | 1.25 hrs. |
| | | _____ |
| | TOTAL: | 2.95 hrs. |

**03-205      Maurice Juranek**

| 10/24/04 | Review of claim | .15 hrs. |
| 11/10/04 | Issue order | .10 hrs. |
| 12/24/04 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review letter | .10 hrs. |

| | | |
|---|---|---|
| 10/4/05 | Review response and issue order | .25 hrs. |
| 12/12/05 | Review file and exhibits | 1.00 hrs. |
| 3/9/06 | Review file and issue order | .30 hrs. |
| 4/11/06 | Review file; set hearing; and issue order | .30 hrs. |
| 5/23/06 | Review file for hearing | 1.00 hrs. |
| 5/25/06 | Hearing - no show | 1.00 hrs. |
| | TOTAL: | 4.35 hrs. |

**03-216**      **Trinidad Quintana**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .10 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 4/2/06 | Review file and issue order | .35 hrs. |
| 5/11/06 | Review letter and file; issue order | .25 hrs. |
| 6/11/06 | Review file for hearing | .50 hrs. |
| 6/14/06 | Further review for hearing | .35 hrs. |
| 6/15/06 | Hearing | 2.00 hrs. |
| 6/15/06 | Review exhibits and begin preparation of final order | 2.25 hrs. |
| 6.17.06 | Proofread final order | .50 hrs. |
| | TOTAL: | 6.55 hrs. |

**03-222**      **Ray Stuart**

| | | |
|---|---|---|
| 12/28/04 | Review of claim | .10 hrs. |
| 4/8/06 | Review file and issue order | .25 hrs. |
| 4/11/06 | Review file and issue order for hearing | .35 hrs. |
| 6/11/06 | Review file for hearing | .40 hrs. |
| 6/16/06 | Hearing | 2.50 hrs. |
| 6/18/06 | Prepare final order | 2.00 hrs. |
| | TOTAL: | 5.60 hrs. |

**02-224**      **Ronald Frazier**

| | | |
|---|---|---|
| 1/8/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 4/11/06 | Review file and issue order for hearing | .35 hrs. |
| 5/18/06 | Review file and response; issue order | .25 hrs. |

16

| 6/5/06 | Review file and issue order | .25 hrs. |
| 6/11/06 | Review file for hearing | .25 hrs. |
| 6/16/06 | Hearing | 2.25 hrs. |
| 6/27/06 | Review file | .75 hrs. |
| 6/28/06 | Prepare final order | 2.00 hrs. |
| | TOTAL: | 6.50 hrs. |

**03-234**      **Rex C. Rhorer**

| 1/6/05 | Review file and issue order | .15 hrs |
| 2/19/06 | Review file and motion; issue order | .25 hrs. |
| 5/13/06 | Review file and set hearing date | .50 hrs. |
| 6/9/06 | Hearing | 2.00 hrs. |
| 6/28/06 | Review file and exhibits | 1.25 hrs. |
| 6/30/06 | Work on final order | 1.00 hrs. |
| 7/1/06 | Finish final order | 2.00 hrs. |
| | TOTAL: | 7.15 hrs. |

**03-251**      **Edward Trujillo**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/3/06 | Review motion and file; issue order | .25 hrs. |
| 5/13/06 | Review file and issue order for hearing | .50 hrs. |
| 6/6/06 | Review file for hearing | .50 hrs. |
| 6/9/06 | Hearing | 1.40 hrs. |
| 6/13/06 | Prepare final order; review exhibits | 1.25 hrs. |
| | TOTAL: | 4.05 hrs. |

**03-246**      **Clyde M. Johnson**

| 12/23/04 | Review file and issue order | .20 hrs. |
| 2/13/06 | Review motion and file; issue order | .25 hrs. |
| 2/27/06 | Review pleading and issue order | .20 hrs. |
| 4/24/06 | Review motion and file; issue order | .40 hrs. |
| 5/10/06 | Review motion and file; issue order | .35 hrs. |
| 5/20/06 | Review file and motion; issue order | .50 hrs. |
| 5/27/06 | Review file and issue order | .35 hrs. |

| 6/10/06 | Review file and motion; issue order | .50 hrs. |
| 7/1/06 | Review file and issue order | .30 hrs. |
| | | _____ |
| | TOTAL: | 3.05 hrs. |

**X-168**      **Willis Horn**

| 4/2/06 | Review letter; open file and issue order | .35 hrs. |
| 5/6/06 | Review claim and file; issue order | .30 hrs. |
| 6/12/06 | Review file and prepare final order | 1.00 hrs. |
| | | _____ |
| | TOTAL: | 1.65 hrs. |

**X-169**      **Richard Mascarenas**

| 4/11/06 | Review claim and open file; issue order | .30 hrs. |
| 6/19/06 | Review file and prepare final order | .40 hrs. |
| | | _____ |
| | TOTAL: | .70 hrs. |

**X-171**      **James Duran**

| 4/26/06 | Review letter and open file; issue order | .50 hrs. |
| 5/8/06 | Review claim and file; issue OSC | .25 hrs. |
| 6/19/06 | Review file and prepare order of dismissal | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.25 hrs. |

**X-172**      **Neil F. Creeden**

| 5/6/06 | Review letter and open file; issue order | .35 hrs. |
| 5/18/06 | Review file and claim; issue OSC | .30 hrs. |
| 6/22/06 | Issue order of dismissal | .30 hrs. |
| | | _____ |
| | TOTAL: | .95 hrs. |

**X-173**      **Robert S. Mach**

| 5/6/06 | Review letter and open file; issue order | .35 hrs. |
| 5/25/06 | Review file and claim; issue order | .40 hrs. |
| 6/23/06 | Review documents and issue order | .35 hrs. |
| 6/29/06 | Review response and file; issue order | .50 hrs. |
| | TOTAL: | 1.60 hrs. |

TOTAL HOURS: 161.45 hours

19

**EXHIBIT E**

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 5/25/06 | Colorado Springs and return | 2.50 hrs. |
| 5/30/06 | Sterling and Return | 4.00 hrs. |
| 6/14-16/06 | Fort Lyon and return | 8.00 hrs. |

TOTAL TRAVEL TIME:   14.50 hrs.

**Travel Time for Bruce D. Pringle:**

| | | |
|---|---|---|
| 6/28-29/06 | Canon City and return | 8.00 hrs. |

**Lodging Expenses:**

| | | |
|---|---|---|
| 6/14-15/ 2006 | La Junta | $173.18 |
| 6/29/06 | Canon City | $247.16 |

1

**EXHIBIT F**

**Work Done By Bruce D. Pringle**

Claims closed during the period ending July15, 2006. Work done prior to September 15, 2004 has already been billed:


See attached


TOTAL HOURS:            44.25 hrs.

1

**<u>Robert Rice  Claim 02-051</u>**

| | | |
|---|---|---|
| 6/12/06 | Review Claim, Supplemental Claims, Response, and Exhibits; prepare findings of fact, conclusions of law, and Order dismissing claims | 2.25 hrs |
| 6/13/06 | Review and revise draft of findings, conclusions and Order | .25 hrs |

**Jeremy Ruybal  Claim 02-054**

| | | |
|---|---|---|
| 6/13/06 | Review Claim, Supplemental Claim, Response, and Exhibits; prepare draft of findings of fact, conclusions Of law, and Order dismissing claims | 1.75 hrs |
| 6/14/06 | Review and revise draft of findings of fact, conclusions of law, and Order dismissing claims | .25 hrs |

**Theodor Castillo  Claim 02-165**

| | | |
|---|---|---|
| 6/13/06 | Review Claim, Supplemental Claim, Response, and Exhibits | .50 hrs |
| 6/14/06 | Prepare draft of findings of fact, conclusions of law and Order dismissing claims; review and revise draft of Findings, conclusions, and Order | 1.25 hrs |

**Donnis Moore Claim 02-342**

| | | |
|---|---|---|
| 6/14/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims; review and revise draft of findings, conclusions, and Order | 1.25 hrs |

**Alfred Harris Claim 02-167**

| | | |
|---|---|---|
| 6/14/06 | Review Claims, Supplemental Claims, Response and all Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims | 1.50 hrs |
| 6/15/06 | Review and revise draft of findings of fact, conclusions of law and Order dismissing claims | .25 hrs |

**Darrell Miracle 02-307**

| | | |
|---|---|---|
| 6/15/06 | Review Claims, Supplemental Claims, Response and all Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims; legal research re need to request accommodation and sporatic failures to accomodate | 2.00 hrs |

**Harold Stahl 02-309**

| | | |
|---|---|---|
| 6/21/06 | Review Claims, Supplemental Claims, Response and Exhibits | .75 hrs |

**Guadalupe Ramirez 03-196**

| | | |
|---|---|---|
| 6/29/06 | Review file; conduct hearing on claims at Territorial Prison | 2.25 hrs |
| 7/2/06 | Prepare draft of findings of fact, conclusions of Law and Order dismissing claims; review and revise draft of findings, conclusions, and order | 1.25 hrs |

**Thomas Martinez 03-204**

| | | |
|---|---|---|
| 6/29/06 | Review file; conduct hearing on claims at Territorial Prison | 2.25 hrs |
| 7/2/06 | Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions, and order | 1.75 hrs |

**Luis Echemdia Diaz 03-193**

| | | |
|---|---|---|
| 6/29/06 | Review file; conduct hearing on claims at Territorial Prison | 2.75 hrs |
| 7/3/06 | Legal research re prison disciplinary action as basis for ADA claim; prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and order. | 2.50 hrs |

**Gordon Reuell 03-215**

| | | |
|---|---|---|
| 6/30/06 | Review file; conduct hearing on claims at Territorial Prison | 3.25 hrs |
| 7/3/06 | Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions, and order | 2.25 hrs |

**Paul Valverde 03-214**

| | | |
|---|---|---|
| 6/30/06 | Review file; conduct hearing on claims at Territorial Prison | 2.75 hrs |
| 7/3/06 | Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and order | 2.00 hrs |

**Anthony Hernandez 03-15**

6/30/06   Review file; conduct hearing on claims at Territorial Prison          2.00 hrs

7/3/06   Prepare draft of findings of fact, conclusions of law and              1.50 hrs
         Order granting relief

**James Perry 02-248**

7/6/06   Review file                                                            1.00 hrs

**Fabian Gallegos 02-352**

7/6/06   Review file, prepare draft of findings of fact, conclusions of law      1.75 hrs
         and Order; review and revise draft of findings, conclusions
         and order

**Lionel Gendron  03-086**

7/13/06   Prepare for hearing on claims; review file; conduct abbreviated        1.00 hrs
          hearing (non-appearance by claimant)

**Jerry Simmons 03-256**

7/13/06   Prepare for hearing on claims; review file; conduct abbreviated        1.00 hrs
          hearing (non-appearance by claimant)

**Pete Cisneros  03-257**

7/13/06   Prepare for hearing on claims; review file; conduct abbreviated        1.00 hrs
          hearing (non-appearance by claimant)

## EXHIBIT G

**Work Done By Richard C. Davidson (May 16, 2006 - July 15, 2006) on Claims**

None

_____

TOTAL:                    0.00 hrs.

**EXHIBIT H**

**Administrative Work Done By Richard C. Davidson (May 16, 2006 - July 15, 2006)**

| | | |
|---|---|---|
| 6/9/06 | Administrative work - review mail, ruled on motions and answered questions | 1.00 hrs. |
| 6/16/06 | Meet with Dino - discussed pending cases | .50 hrs. |
| 6/21/06 | Administrative work - ruled on motions, etc. | 1.00 hrs. |
| 7/11/06 | Conference call with other Special Masters | .50 hrs. |

TOTAL:          3.00 hrs.

1

**EXHIBIT I**

**Travel Time and Lodging Expenses of Richard C. Davidson**

Period ending July 15, 2006.

No Lodging Expenses