IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Barbara Freeman, Claim number 03-105

## ORDER

Kane, J.

This matter is before the court on Claimant, Barbara Freeman's 1) Motion for Reconsideration (doc. #2031), 2) Motion to Correct Final Order of Special Master (doc. #2056) and 3) Motion for Objection of Final Order of Special Master (doc. #2057). The court has carefully reviewed the documents filed by Ms. Freeman along with the Final Order of Special Master (doc. #1252), and finds as follows:

The Motions are denied. The Special Master made extensive findings of fact and conclusions of law based on the evidence and testimony presented. He did not abuse his discretion. There are no errors of law. The Final Order of Special Master is affirmed.

Dated:   July 20, 2006

                                      BY THE COURT:

                                      **s/John L. Kane**
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT