JULY 18th 2006

TO: SR. FEDERAL DISTRICT COURT JUDGE JOHN KANE

FROM: JAMES RUDNICK #68432 C.D.O.C./LimomnFacility

SUBJECT: A.D.A./Montez Case: 92-CV-870-EWN-OES Claim #:01-092
DENIED COURT ORDERED "DISABILITY" STATUS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2006

_____ NGHAM
CLERK

HONORABLE JUDGE KANE,

Attached is the latest "accommodation resolution" sheet received from C.D.O.C. after pursuing the administrative grievance process and exhausting this remedy.

For the C.D.O.C. to PUBLISH a piece of paper to serve as an 'official document' which DIRECTLY CONTRADICTS the findings of this Court is FRAUD and demands proper legal action from this Court to TELL THEM TO GET-IT-RIGHT!

Back in September 2005 the Specvial Master Judge Borchers ruled that I do have a MOBILITY CLAIM requiring the C.D.O.C. accommodate with specified items in that order. The Order further went on about my VISION CLAIM stating it was not a "disability" because my vision coulbe "corrected" by state issue glasses.

I have been without NEW glasses since JANUARY 2006 (that L.C.F. said they would supply) I am forced to continue using my OLD glasses (1995) which are out of tolerance and make vision difficult. (previous state issue glasses have NOT worked as stated in claim)

This too has been grieved in the D.O.C. admin. process and remains unresolved!
Several Times

THERFORE I now ask you to intervene in this CLAIM for HELP to obtain the following:
1) Force C D O C to RECOGNIZE and SHOW the MOBILITY DISABILITY and ALL accommodations this Court has Ordered
2) Demand that this Facility Supply my VISION accommodations as the EYE SPECIALIST has ordered and that this "state issue" eye wear does serve the purposes as this Court stated to claim that (with proper glasses it is NOT a disability) OTHERWISE, without proper glasses IT IS A SERIOUS DISABILITY and demands the Court's Order be reconsidered for VISION DISABILITY status;

I appreciate your time on this claim and action!

Sincerely,

James Rudnick  C D O C #68432
L C F  49030 St  Hwy 71
Limon  CO  80826

Rec'd
7/13/06

# ACCOMMODATION RESOLUTION

| NAME | RUDNICK, JAMES | DOC # | 68432 |
|---|---|---|---|

| Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a physician & Chief Medical Officer | NONE |
|---|---|
| NO ACCOMMODATIONS NECESSARY AT THIS TIME | |

A DOC physician and the Chief Medical Officer have determined that you do not have a qualifying vision or mobility disability pursuant to the mandates of the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are not entitled to accommodations.

If your condition(s) worsens and you feel you require accommodations to access programs, services & benefits, please complete and submit a new Request for Accommodation to the AIC.

To the extent you require clinical attention such as medication, assistive devices, restrictions, medical care or special clothing, your requests should be directed to Clinical Services where they will be evaluated for medical need. **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.

Signature: Chief Medical Officer          6/19/06
                                         Date

Signature: AIC  Callie Holst              6-14-06
                                         Date

Prepared: May 23, 2006
Original – AIC
Copies:  1-Warden
         7-Warden for distribution to the following:
         1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
         2 –Offender
         AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised 5-1-06

7/18/06

TO: CLERK OF THE COURT

RE: NOTICE OF 'FRAUD' IN D.O.C. HANDLING OF A.D.A. CLAIM

SIR,

We are only allow (1) copy for LTRS TO CT.

Please see that the Judge gets this.

THANKS

[signature]