IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Richardo Lujan, Claim number X-082

## ORDER

Kane, J.

This matter is before the court on Claimant, Richardo Lujan's Request for Reconsideration (doc. #1923) of Final Order of Special Master (doc. #1967). The court has reviewed the request and the final order and finds as follows:

The request for reconsideration is denied. The test is abuse of discretion and none is found. Rather, the Special Master has correctly concluded that Mr. Lujan's claims do not fall within the scope of the settlement agreement. His complaints regarding the quality of medical care must be raised, if at all, in a separate individual action, and not as part of the remedial plan in this case. The Final Order of the Special Master (doc. #1967) stands.

Dated:   July 20, 2006

                                              BY THE COURT:

                                              **s/John L. Kane**
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT