IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Benito Negron, Claim number 02-380

## ORDER

Kane, J.

This matter is before the court on Claimant, Benito Negron's "Objection (doc. #2049) to Order entered 4/11/06" (Final Order of Special Master - doc. #1895). The court has reviewed the objection and the final order and finds as follows: The objection is OVERRULED. The Special Master did not abuse his discretion. Rather, the Special Master has correctly concluded that Mr. Negron's claims do not fall within the scope of the settlement agreement. His complaints regarding the quality of medical care must be raised, if at all, in a separate individual action, and not as part of the remedial plan in this case. The court notes that there is a filing restriction on Mr. Negron, not prohibiting him from filing a case, but rather prohibiting him from filing a case without the payment of the required fee. That issue cannot be addressed within the context of a review of an objection to a final order of the Special Master. The Final Order of the Special Master (doc. #1895) stands.

Dated: July 20, 2006

                                         BY THE COURT:

                                         **s/John L. Kane**
                                         JOHN L. KANE, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT