IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-170
Category Untimely Filed Claim
Claimant: Robert Castello, #107435
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751
_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

      THIS MATTER comes before the Special Master on the claim of Claimant. Two previous orders to Claimant directed him to indicate why he was filing his claim late. He has not responded to either order.

      The settlement agreement was approved by Judge Nottingham on August 27, 2003. The settlement agreement provides, in part, in Paragraph XXXII as follows:

> Damage claims must be filed within 90 days of receipt by the inmate of the Damage Claim Forms. However, if a claim arises during the compliance period, then the inmate may amend his/her claim to request compensation for additional damages. No additional claim for damages will be allowed during the monitoring period, but any individual who has a claim for damages which arises after the compliance period may bring their claim in any court of competent jurisdiction regardless of the on-going jurisdiction exercised by the federal court in this case. The Special Master may only extend the time limits for filing a damage claim upon a showing that the class member was prevented from, or incapable of filing within the specified time period.

The claim forms and instructions sheets were prepared by the Special Masters and provided to DOC inmates and former inmates on March 23, 2004. Copies of the forms and instructions were provided to DOC officials at the same time. Distribution began at that time by DOC officials to inmates and

to libraries in DOC facilities. The ninety-day period for filing of claims began at that time. Over two years have elapsed since the forms and instruction sheets were distributed to DOC inmates and/or made available to all potential claimants. In addition, the Special Master issued General Informational Order #2 which required an explanation to be provided for any claim filed after April 14, 2005. Claimant has not provided any statement or explanation of why this claim should be considered.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed as untimely filed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 16, 2006.**

      SIGNED this 19th day of July, 2006.

                                BY THE COURT:

                                */s/ Richard M. Borchers*

                                Richard M. Borchers
                                Special Master