ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.
Plaintiffs,

v.

BILL OWENS, et al,
Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2006

GREGORY C. LANGHAM
CLERK

Claim No. 03-247 (formerly 02-278)
Category III
Claimant: George Charles, Knorr; #45154
Address of Claimant: S.C.F., P.O. Box 6000 Sterling, Colorado 80751

MOTION REQUESTING EXPANSION OF TIME TO PRESENT EVIDENCE OF CLAIMS TO THE DISTRICT COURT AND SPECIAL MASTERS IN THIS MATTER DUE TO THE UNLAWFUL THEFT OF CLAIMANT"S EVIDENTIARY PAPERS i.e. MEDICAL RECORDS BY PERSONNEL OF THE COLORADO DEPARTMENT OF CORRECTIONS @ ARKANSAS VALLEY CORRECTIONAL FACILITY UPON THE DATE OF FEBRUARY 27, 2006; WHILE BEING MOVED IN RETALIATION FOR PAPERWORK FILED AT THAT FACILITY DUE TO A.D.A. ACCOMODATIONS DENIALS

THIS MATTER comes before the U.S. District Court and Special Masters on Claimant's own Motion for Expansion of Time to Present Evidence of Claims to the Special Masters and the Honorable District Court, having jurisdiction in this matter at Bar.

1. Claimant is scheduled for a Hearing on the date of September 01, 2006, by ORDER of the Special Master, Richard M. Borchers.

2. Claimant has suffered the loss of his evidence in this matter, through the vindictive act of theft at the hands of personnel of the CDOC at the Arkansas Valley Correctional Facility while being transferred to the Sterling Facility on the date of February 27, 2006.

3. Claimant has filed appropriate claims with the United States Department of Justice (Special Litigation Department) and the U.S. Attorney for the District of Colorado seeking the filing of CRIMINAL CHARGES against the perpetrators of the above describe theft of Claimant's Evidence and other personal property and Medical Appliances.

4. Claimant states for the record that such evidence, which was stolen from him during his transfer process from his previous facility to his current facility, is quite extensive and involves Medical Records from December 1968 through the present date (February 27, 2006) and that such Medical Records are of Vital Importance in this matter as the outcome of Claimant's Claims against the CDOC lie in the balance of such Evidence.

5. Some of the Evidence which was stolen from Claimant, was purchased from the Medical Department of the Arkansas Valley Correctional Facility, and Claimant properly addressed this issue when it first arose, with the District Court and Special Masters, and has YET to receive any form of response from either of the Jurists bodies as to this matter.

(1)

6.  Claimant stipulates that such evidence, other than that which he purchased from the AVCF Unit of CDOC entails the following origins of authority:
   a.  Department of the Navy Medical Records as to Medical Discharge 12/31/69;
   b.  Platte Valley Medical Center as to Ambulatory Records and Emergency. . .;
   c.  Presbytarian Hospital Care Records from December 1968 EMR Treatments;
   d.  Lutheran Medical Center Records of Embolisims and Ambulatory conditions;
   e.  Veterans Administration Records via Marie Jones Pharm. Dept.;
   f.  Stout Street Clinic Records of treatment and ambulatory limitations;
   g.  Jefferson County Sheriff's Department Med. Dept. Medical Records ";
   h.  Ward Road Clinic - Ambulatory and Embolisims history & treatments;
   i.  Medical Department of Levenworth Unit BOP. LVC;
   j.  Pictures of Dance competitions (Other occupation);
   k.  Lincoln Hospital, Lakewood, CA;
   l.  Medical Department of Denver County Jail;
   m.  Medical Department of Denver City Jail;
   n.  Medical Department of Adams County Jail;
   o.  Medical Department of Weld County Jail;

7.  Claimant states that there might be more evidence than the above listed However, these are the relevant records that he can remeber off the top of his head in preparing this Motion for the Court & Special Masters at this time.

   WHEREFORE, Claimant prays that the Honorable Court and Special Masters in this matter see fit to GRANT an EXTENSION OF TIME to allow the Claimant to again beg the indulgence of our government offices and RE-request the Evidence which was stolen from him by the agents of the Defendant's in this matter.
   Claimant would request an extension of time in the amount of One Hundred Twenty (120) days in which to replace the Stolen Evidence and FURTHER BEGS that the Honorable Court and Special Master to issue an ORDER directing Ms. Nicole Wilson to prepare and deliver a COMPLETE SET of ALL medical records retained by the CDOC, (Three (3) File Folders Full), to the Claimant within the TEN (10) working days following such ORDER; In order that the Claimant may throughly review and select such information as contained therein, for sending to the Court and Special Masters.

Addendum
P. Health & Welfare Office
Denver, CO
Q. Social Security Administration
Lakewood Co.

Respectfully Submitted

George Charles, Knorr
Reg. # 45154
S.C.F. Unit # 4-A
P.O. Box 6000
Sterling, Colorado  80751

Certificate of Service
I Certify that a copy of the foregoing Motion was placed in the U.S. Mail at the Sterling Correctional Facility Addressed to the following, Postage Prepaid, this 20th day of July, 2006.

Judge Borchers
Clerk of the U.S. District Court.

George Charles, Knorr