July 20, 2006

Office of The Clerk
U.S. District Court
901 19th St Rm A105
Denver, CO. 80294

92-CV-00870-EWN-

Filed
~~RECEIVED~~
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 4 2006

GREGORY C. LANGHAM
CLERK

Re: Your Response Received July 19, 2006 to my letter of July 17, 2006

Dear Sir:

I was confused by the docket sheet. Let me clearify, on Feb 1, 2006 a hearing was held by Judge Borchers (Special master) at Colorado State Penitentiary for my claim (#03-146) During that hearing several exhibits were entered as evidence (pages from my medical file, greivances, etc..). When I contacted Judge Borchers to see about the return of these exhibits to me; he responded that all exhibits had been turned over to the clerk's office, and that I should inquire there for a return of the exhibits to me.

Hence this inquiry, what do I have to do to have these exhibits returned to me, or to obtain copies of said exhibits?

Thank you for your time in this matter

Sincerly
[signature]
G. Sensabaugh
100656  CSP
P.O. Box 777
Canon City, CO 81215-0777

APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:92-cv-00870-EWN-OES

Montez, et al v. Romer, et al
Assigned to: Judge Edward W. Nottingham
Referred to: Magistrate Judge O. Edward Schlatter
Demand: $4,000,000
Lead case: 1:92-cv-00870-EWN-OES   (View Member Cases)
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/05/1992
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2006 | 2113 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-054 by Claimant Jeremy Ruybal. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/10/2006 | 2106 | Minute Entry - Courtroom Minutes for Compliance Hearing - Trial to Court - Day Five - held before Judge John L. Kane and completed on 7/10/2006. Counsel will submit a revised Stipulation Regarding Status of Compliance by DOC with Remedial Plan.(Court Reporter Therese Lindblom) (lbush) (Entered: 07/11/2006) |
| 07/10/2006 | 2105 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-053 by Claimant Steven McCary. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2104 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-463 by Claimant Carlos J. Archuleta. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2103 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-461 by Claimant Joe C. Whitehead. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2102 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without Prejudice Claim 02-426 by Claimant Darren Voshell (Deceased). Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2101 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-419 by Claimant Daniel M. Geschwentner, Jr. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2100 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion |

| | | |
|---|---|---|
| | | to Dismiss, Dismissing Claim 02-409 by Claimant Steven McGonigle. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2099 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-402 by Claimant Juan Sierra-Omini. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2098 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-401 by Claimant Duane Poage. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2097 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-395 by Claimant Jamie Dean Ervin. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2096 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-355 by Claimant Ronald R. Reed. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2095 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-290 by Claimant Randy W. Gaspar. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2094 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-270 by Claimant Francis J. Teague. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2093 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-229 by Claimant Travis Grinolds. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2092 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-112 by Claimant Rocky Trujillo. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2091 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-020 by Claimant Terry Benavidez. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |