IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

Plaintiffs,

vs.

BILL OWENS, et al.,

Defendants.

_____

Claim No. 03-106
Category III
Claimant: Phillip Carter, #68880
Address of Claimant: c/o Brice A. Tondre, Esq., 215 South Wadsworth Boulevard, Suite 500, Lakewood, Colorado 80226-1566
_____

### NOTICE OF CHANGE OF ADDRESS
_____

Please take notice that the address of Claimant Phillip Carter's (#68880) counsel, Brice A. Tondre, will change, effective August 1, 2006. The new address is 215 South Wadsworth Boulevard, Suite 500, Lakewood, Colorado 80226-1566. The telephone number will remain the same. The new fax number is (303) 986-4857.

Respectfully submitted July 27, 2006.

                                s/Brice A. Tondre_____
                                  Brice A. Tondre
                                  1821 Blake Street
                                  Suite 2C
                                  Denver, Colorado  80202-1287
                                  (303) 296-3300
                                  (303) 296-3390 (Facsimile)
                                  briceatondrepc@msn.com
                                  ATTORNEY FOR CLAIMANT,
                                    PHILLIP CARTER (#68880)

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, I electronically served the foregoing to the following e-mail addresses:

    James.Quinn@state.co.us
    Jess.Dance@state.co.us

and I hereby certify that I served by facsimile and by United States mail, postage prepaid, to:

    Richard M. Borchers, Esq.
    Special Master
    Legal Resolution Center
    7907 Zenobia Street
    Westminster, Colorado  80030
    (303) 426-7714 (Facsimile)

                                  s/Brice A. Tondre_____