IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## MOTION TO WITHDRAW

The undersigned, J. Aaron Atkinson, respectfully moves the Court for an Order permitting him to withdraw as counsel of record for the Defendants.

As grounds for this Motion, undersigned counsel states the following:

1. Attorney J. Aaron Atkinson entered his appearance of record as counsel for the Defendants.

2. Having left the employment of the Office of the Colorado Attorney General, the undersigned hereby submits his Withdrawal of Counsel for the Defendants. Further, his updated contact information can be found in the signature block below.

3. The case will not in any way be affected by the withdrawal of the undersigned.

WHEREFORE, the undersigned requests that the Court enter the proposed order granting the Motion to Withdraw in this case.

Dated: July 27, 2006

                Respectfully submitted,

                By _____
                J. Aaron Atkinson, #34564
                PATTERSON, NUSS & SEYMOUR, P.C.
                304 Inverness Way South, Ste. 305
                Englewood, Colorado 80112
                Telephone:  (303) 741-4539
                Facsimile:  (303) 741-5043
                E-mail:       aatkinson@pns-pc.com