# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

## ORDER AUTHORIZING WITHDRAWAL

---

**THIS MATTER** coming before the Court upon the Motion of J. Aaron Atkinson to withdraw from representation of Defendants, and the Court having examined the Motion finds that good cause has been shown for the granting of the relief requested.

**IT IS HEREBY ORDERED,** that J. Aaron Atkinson hereby is granted leave to withdraw from this case as attorney of record.

**ORDERED** this _____ day of _____, 2006.

**BY THE COURT:**

_____
**U.S. District Court Judge**