IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-810
Category II
Claimant: Glenn T. Davis, #123974
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

### ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Defendants' motion is predicated on the fact that Claimant entered into DOC custody on November 9, 2004. Defendants argue that Claimant is not part of the class and cannot bring a claim. He may pursue a separate lawsuit if he believes that he has been discriminated against under the ADA and Rehabilitation Act.

      The Special Master sent a show cause order to Claimant on December 22, 2005 directing him to provide the date of his entry into DOC custody. Claimant was granted up to and including January 17, 2006 in which to respond. Claimant has never responded to that order. For that reason alone, the claim should be dismissed.

      Judge Nottingham approved the Remedial Plan on August 27, 2003. On that date, the class was established. In order to file a claim for damages, a claimant had to have been in DOC custody on or before August 27, 2003. If a inmate came into custody after August 27, 2003, then he was entitled to file a separate lawsuit under the Americans with Disabilities Act.

      Normally, the Special Master would enter an order allowing Claimant the opportunity to respond to the motion. In this case Claimant never responded to the show cause order and never provided a date when he came into DOC custody. The reason is now obvious, because Claimant came into DOC custody after the Remedial Plan was approved. Claimant is not part of the class and

may not pursue his claim. He is entitled to file a separate lawsuit in either state or federal court.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 9, 2006.**

SIGNED this 27th day of July, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master