**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2006

July 27, 2006

GREGORY C. LANGHAM
CLERK

Mr. Fred F. Franzone
Sterling Correctional Facility
#96944
P.O. Box 6000
Sterling, CO 80751

    Re:    06-1233, Montez v. Owens
            Dist/Ag docket: 92-cv-870-EWN-OES

Dear Mr. Franzone:

    This court has been notified that you have failed to pay the fees or file a motion for leave to proceed without prepayment of costs or fees in the district court. Please note the following requirements for processing this appeal.

    Appellant has 40 days from the date of this letter to:

1. pay a $5.00 filing fee and a $450.00 docket fee to the clerk of the district court, or

2. apply to this court for leave to proceed on appeal without prepayment of fees and costs by completing the enclosed form and filing it with the circuit clerk at the address above.

Unless the fees are paid or the enclosed form is completed and filed with the clerk within the time provided to file appellant's opening brief, the appeal may be dismissed without further notice. See 10th Cir. R. 3.3(B).

    The court will consider the information provided in the enclosed form and the district court file in determining whether the appellant may proceed without prepayment of fees and costs. If applicable standards are not met, the court may deny leave to proceed without prepayment of fees and costs or may dismiss the appeal.

    If the court grants appellant leave to proceed without prepayment of fees and costs, it may also consider the merits of the appeal at the same time. The appeal will be decided on the briefs submitted by the parties and the district court file. There will be no opportunity for additional briefing.

    Appellant must file an opening brief within 40 days from the date of this letter. Appellant may use the enclosed form or may file

a separate brief. If appellant does not use the form, appellant's brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions.

Appellee's answer brief must be filed within 30 days after filing and service of appellant's opening brief. Copies must be served on all opposing counsel and all unrepresented parties.

Appellant's reply brief, if any, may be filed within 14 days after filing and service of appellee's answer brief. Copies must be served on all opposing counsel and all unrepresented parties.

Requests for extensions of time are not favored and will not be granted in the absence of extraordinary circumstances.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: *[signature]*
Deputy Clerk

clk:afw
Enclosure

cc:   Elizabeth H. McCann
      Brooke H. Meyer
      Jennifer Allison Berman
      Jennifer L. Veiga
      Jess Alexander Dance
      Adam B. Wiens
      John Aaron Atkinson
      James X. Quinn
      Gregory C. Langham, Clerk