IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

   Plaintiffs,

v.

BILL OWENS, *et al.,*

   Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The letter/motion for return of documents (#2156, filed July 20, 2006) DENIED. Claimant has a motion pending before the court, and return of documents would be premature.

Dated: July 28, 2006