IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

# ORDER
_____

The motion to compel filed by George Knorr (#2122) is DENIED as being without merit.

Dated this 31st day of July, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge