IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

## ORDER
_____

This matter is before the court on yet another motion to assign counsel, this one filed by Claimant Robert Feist (#2120). Once again, the court rules that the Remedial Plan does not contemplate appointment of counsel on these damages claims. The motion is therefore DENIED.

Dated this 31st day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge