| | |
|---|---|
| Court Address:<br>US DISTRICT COURT<br>901--19th Street<br>~~Denver, co 80294~~<br><br>JESSE MONTEZ, ET AL<br>Plaintiff,<br>BILL OWENS, ET AL<br>v.<br><br>Defendant(s). | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JUL 3 1 2006<br><br>GREGORY C. LANGHAM<br>CLERK<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit # 86530<br>Claim Number 03-129<br>P.O.BOX 392005 DWCF<br>Denver, Co 80239 | Case No.: 92N 870 and<br>Div/Ctrm: 96 N 343 |

MOTION TO NOTIFY THE COURT THAT CDOC/DWCF IS NOT IN COMPLIANCE architecturally - physically

Comes now, Jill Coit pro se and does hereby notify this Court that CDOC, DWCF is not in compliance architectural-physically with the Montez Remedial Plan. I have listed the following architectural/etc non compliances. As of July 27, 2006 unless this Court is notified prior they will get away with being in non compliance. I have listed all the things structurally that do not meet MOntez requirements. IF I have errored in any of my reportings I ask the Court to just tell me.

Please do not let CDOC/DWCF retaliate in any way by destroying my property, moving me from unit 2 or taking my legal documents. According to Judge Pringle i am allowed to file for damages and I am in the process of doing so.

See below for complaint and attachments

Certificates of mailings
I have it sent to the following:
US District Court Duty Judge - Please mail televisionables to Jill
July 26, 2006   Jill Coit

7-24-06

According to the notice of Stipulation and Order Regarding Status of Compliance by DOC With Remedial Plan issued on July 11, 2006 by Judge Kane DOC has completed the compliance for the Architectural-physical plant provision on July 27, 2006. However I wish to enter a motion stating that DOC has not complied with the Montez Remedial Plan compliance provision. They are not in compliance because according to page 7 VII Structural Compliance/Physical Plant Changes the second paragraph states," Structural modifications .... shall be made to ensure inmates with disabilities have **full use and enjoyment** of all the following areas, including but not limited to accessible housing, **inmate cells, restrooms**, and **bathing areas,** water fountains, **recreation areas such as gyms, yards**, and weight rooms, medical clinics, infirmaries, laundry facilities, cafeterias and/or **dining halls**, chapels, visiting areas, vocational training, employment opportunities, libraries, **pathways**, including evacuation routs, and other programs, services and benefits. DWCF disabled inmates do not have full use and enjoyment of the areas I have highlighted. I have listed the following violations below: The mobility conditions listed below all require some structural changes in order to accommodate my disability needs under Montez. I do not want any retaliation by moving me to another unit or facility because I am notifying the court of these needs and violations.

A.

I was declared mobility impaired by Judge Pringle. My disabilities and mobility medical impairments are as follows: I am in a wheel chair due to knee, feet, leg length discrepancy, hip and back mobility issues. I am mobile in my wheel chair only because I move my wheel chair using the toe area of my left foot and my right foot and legs to push or pull my wheel chair as needed. Other disabilities/impairments include hand/wrist/ fingers, shoulder injury, neck, hearing and vision impairments. I will outline what each of the above disables is and how they affect structural and medical needs below.

(1) Knee- torn menisus tear of the left knee -I can't rise or get out of my low bed, wheel chair, etc. without severe pain and swelling in my knees-walking is extremely painful and knee gives way causing me to fall down and injure myself. I had surgery but it was not successful as evidence by MRI done after surgery. Can't bend, squat, or lift due to knee problems. See exhibit ___

(2) Feet- I have a plantar fibroma on left foot which prevents me from standing or walking flat footed without pain- had surgery but it came back. I was forced to wear shoes that were too small for over six years. Even when I tried to get relief by filing grievances, Anthony De Cessaro, step 3 grievance officer stated that "because of the limited time you are required to wear the state issue boots, limited to visiting where you are not typically standing on your feet for any length of time, the discomfort appears to be minor." I guess by his way of thinking your feet only hurt when your walking on them not when they are confined into shoes to small. That is how I got the damaged feet and must use a wheel chair. See exhibit ___.

(3) Not being allowed orthopedic shoes to correct the leg length discrepancy of 1 and ½ inches which caused my hip, knee, spine, back, neck and other body parts to be out of alignment causing me pain and suffering. I am still being denied orthopedic shoes that would correct this leg length discrepancy even though CDOC doctors and Orthopedic and Podiatrist at Denver Health that CDOC physicians sent me to have ordered/ recommended that I have these orthopedic shoes; According to Montez medical orders are to implemented immediately (within 7 days). Because I can not walk I must be in a wheel chair thus I need structural modifications to accommodate my wheel chair dependency. See exhibit ___.

7-24-06

(4) Hip – I have an artificial right hip and did not receive physical therapy so I can not bend- my left hip causes me constant pain and has arthritis and degenerative joint disease. Moving, walking, bending, pushing, pulling, squatting or standing causes pain, swelling and ~~mussel~~ left muscle spasms. Not having my leg length discrepancy corrected with orthopedic shoes/according to CDOC's own physicians aggravates this problem and causes it to deteriorate faster. I can not bend down to get into the storage compartment of the closet, or pull or push legal/craft box from under the bed or make my bed since it is so low without severe pain; See exhibit ____.

(5) Back- scoliosis and low back pain prevents me from lifting my legs upwards and bending. I have wide spread Degenerative Joint Disease (DJD). These are all lower mobility issues covered under the Montez Remedial Plan. See exhibit ____.

(6) Under **other medical disability conditions** affecting my mobility impairment/ movement.

   (A) Hand/wrist- I have a deformed right hand with severe arthritis in the thumb/ wrist/fingers, carpal tunnel in both hands. This prevents me from writing, holding items in my hands, typing and caring for basic bodily functions such as bathing, eating (pealing an orange, etc), and many other basic needs. I hurt all the time and the pain even wakes me up at night. I have special hand braces that help with the pain but I still can not move my wrist or hands without constant pain; See exhibit ____.

   (B) Vision- I did not qualify under Montez for visual impairment but due to stroke/TIA in December 2005 I lost vision in my left eye-it looks like I am looking through a water fall all the time and do not have the lower half of my eyesight. I have lost part of the vision in my right eye (lower half). Glasses correct my vision in the part of my eye that I can see out of but the has no sight nothing will help. I need some accommodations to enable me to see besides glasses. See exhibit ____.

   (C) Hearing- I did not qualify under Montez because my hearing is correctable with hearing aids since I only have difficulty hearing when there is background noise. This problem only involves conversation, TV, etc not fire alarms, and I hear them quite well. I do not need a hearing impaired handicapped cell. I can not hear on the phones because they are located in the high traffic areas with lots of noise that the phone amplification button does not correct. See exhibit ____.

   (D) Shoulders- torn rotator cuff in both shoulders which prevent me from lifting my arms above breast high and taking care of bodily functions, basic every day necessities, using the desk in handicapped cells which have the desk one inch higher than non handicapped cells. I need my desk lowered by 4 inches not raised to meet my wheel chair, shoulder and hand disabilities. See exhibit ____.

B.
### Handicapped Cells

Handicapped cells at DWCF do not meet my needs as a wheel chair disabled inmate with back, shoulder, knees, hand and spine mobility problems. I have restrictions on bending, lifting, pulling, pushing, and squatting. Other mobility disabled inmates have these same issues.

2

*Furniture is Bolted to floor - Structural issue.*

(1) When I was housed in the medical unit at CWCF unit 7 we had single cells that met our individual disabilities because my cell a low table that served as my desk approximately 36 inches long, a four drawer dresser, night stand with drawer, chair with rollers, medical egg shell mattress, a closet that was low for hanging clothes, and a book case. See Final Order of Special Master dated December 15, 2005. I have none of these in my cell at DWCF. This violates the Montez Remedial Act page 4, V Placement "Inmates who are currently in DOC and are moved to a designated facility because of a disability and pursuant to this agreement will have the **same privileges and property** rights as they possess in their current placement. " See exhibit ____.

(2) There are only four female inmates that were transferred from CWCF to DWCF during the time period covered under Montez that are covered by Montez , so they are the only ones that qualify. IE: Freeman, Davis, Crawford and myself (Coit). Currently the handicapped cells at DWCF can not accommodate the modifications and or accommodations needed to obey Montez and meet the individual needs of the needs of the four inmates that were transferred from CWCF to DWCF due to CWCF inability to meet their disabled needs. (Freeman was just denied Montez status)

Dr. Razzaghi, DWCF physician proposed that one of the apartment units in building 4 be convert it into four cells since it is a two bed room unit. It has a day room that would accomplish the 25 square foot requirement of unencumbered space and could accommodate a desk and other pieces of furniture to adapt to individual disabilities as was done at CWCF medical unit 7.

There are already camera set up since these apartments (4 of them) already accommodate inmates and their children only on week ends. She said we could then be allowed to have all medical appliances and aids as needed since general population would not have access to our living unit. Medical appliances and aids are currently being denied to disabled inmates because Medical does not want "general population" inmates to have access to said appliances, aids and hobby craft items.

This would solve some of DWCF's Montez compliance structure problems since modifications on bed, storage areas, bathrooms and other structural issues could be accomplished. They could get patted out when they left the unit. . It has a outdoor area that is about 6 feet by 8 feet so they could have outside air with no mold problems and it is totally enclosed and secure. This would be an optional placement and if they declined they would forfeit any claims of not having what they are entitled to under Montez placement for being transferred from the medical unit 7 at CWCF. If any chose not to take DWCF up on this move other disabled inmates could be allowed to live there if they met Montez requirements and were not institutionally violent offenders. By having disabled inmates safe and in a secure environment that is equal to general population inmates housed in unit 1 & 2  and by allowing them to go to general population functions, programs, services , gym,  library and other functions you will be able to allow special medical appliances and aids that would not be allowed in general population.

(3)     Inmates are allowed to posses a legal and craft box that they keep under their bed. .Due to constant pain and deterioration of my back, hip, hands/wrist, neck, spine, shoulders and knees with severer arthritis and degenerative joint disease of my hands and other joints, I can not bend, lift, push or pull the legal and craft boxes that are supposed to be kept under the bed. I and other mobility disabled inmates can not bend or pull these box s out from under the bed  therefore I need an adjustment that will allow me to store my legal documents and hobby craft items. File cabinets would meet this disability needs and DWCF already has them in the facility. File cabinets are considered structural because they are bolted down to the floor or wall.  See exhibit ____.

**(4) Desk -structural issues since it is built in/attached**
DWCF handicapped cells in units 1 and 2 have desk (which is nothing more than a board that is 20 inches wide ~~and 2 inches deep that~~ are one inch higher than non handicapped cells. I need a desk that is lowered by 4 inches to meet my wheel chair and other medical needs, not one that is raised one inch. My injured rotator cuffs of both shoulders prevent me from lifting my arms above my breast. My wheel chair sits low to accommodate my size therefore my desk must be even lower for me to use it.  The desk attaches to the bed and then to the storage/ hanging closet unit. If you make the board that serves as the desk 30 inches wide instead of 20 you could add a unit that has storage compartments I have attached a copy of one as exhibit ___. They are cheap cost less than $20 and would meet the disabled needs. Due to my mobility problem involving use of my hands, with my severe arthritis I cannot pick things up from a flat surface without pain. This small adjust would meet my disability needs.

The desks in units 3, 4, 5, and 6 are merely a shelf that has a 2 inch border on the sides that prevents disabled inmates with hand and arm injuries from using the desk since they must keep their arms flat to use it. Disabled inmates should never be forced to use this type of desk if they have shoulder or hand impairments or are in a wheel chair. Shelf/desk to high for wheel chair use.

**(5) Storage/hanging Closets –structural issue, attached.**
DWCF unit 1 & 2 cells and handicapped cells have a hanging closet/storage unit. The storage compartment since it is on the bottom and deep ~~must~~ can only be access by bending; this does not work for the wheel chair, elderly or mobility inmates that can not bend. We can not get down low enough to get into the storage unit. We need something to store our clothes and personal property in. Again a 2 drawer file cabinet would solve this need. Or if you used the same type of unit with the hanging area on the bottom and the storage and shelf area on the top, wheel chair inmates could use the unit, but this would be more expensive and require that Correctional Industries make a new storage/hanging closest.

**(6) BED- this is a structural problem that can easily be remedied.**
DWCF beds are to low for mobility and wheel chair inmates with back problems to get out of without **have a grab bar attached to part of the front of the bed**. Also the beds need to be made higher for mobility impaired inmates with knee problems. a train

My bed needs to be at least 36 inches from the floor so I do not have to ~~stain~~ and injure my back and knees trying to raise myself ~~get~~ off the bed. According to maintenance this could easily be accomplished by putting the bed legs on a platform that is 8 inches wide and raised 12 inches. Thus making the body of the bed the correct height to accommodate my knee and back problems.

DWCF already has the two drawer file cabinets. Two drawer file cabinets could then be placed under the bed for storage/legal/hobby craft items which would allow CDOC/DWCF to meet the 25 square foot requirement of unencumbered space.

**(7) DWCF handicapped cells do not meet ACA 25 sq feet of unencumbered space as required by ACA**

DWCF handicapped cells do not meet ACA 25 sq feet of unencumbered space as required by ACA when they house two wheel chair inmates together as they do now. Handicapped inmates normally have more property due to having medical appliances, multiple braces, medical aids, wheel chairs and items necessary to help them function in

4

their cells therefore they should not be celled with other disabled inmates. Having 2 drawer file cabinets will help reach the 25 sq feet of unencumbered space requirement in handicapped cells. Non handicapped cells meet this requirement because they do not have wheel chairs taking up additional floor space and the inability to not be able to use the storage compartment under the hanging closets due to bending requirement.

### (8) DWCF handicapped cells get very little direct sunlight

The handicapped cells are in the center of the building so they get very little direct sunlight. They are cold because the sun can not warm up the cell when you raise the blinds. Placing me in a handicapped cell that gets very little sunlight is a violation of the Montez Remedial Plan. Page 4, V Placement first paragraph, "**Inmates with ….. and other disabilities or compound conditions sever enough to require special housing and program will be assigned to placement in these designated facilities**". My other disabilities or compound conditions should/will be considered as stated under Montez since Montez specifically mentions other disabilities or compound conditions. I have a severe arthritis and need a warm environment. Summer time is especially hurtful due to air conditioning, without the full exposure to afternoon sunlight to warm up the cell it is to cold and causes me to hurt. I also suffer from a mental disorder labeled Seasonal Affective Disorder that requires that I have direct sunlight exposure during the winter months that get very little sun light.

I was removed from Unit 2 cell 120 that mental health placed me in after doing extensive research on which cell got the most direct sunlight multiple hours per day to accommodate my Seasonal Affective Disorder. When Holst AIC coordinator ordered in September 2005, that I be placed in a hearing impaired handicapped cell with a strobe light it actually causes me both mental and physical damage. It is a well known fact that anyone with a seizure disorder should avoid strobe flashing lights. I have had more seizures since I moved into "handicapped cell' then in all my years of CDOC confinement. I came into CDOC with a documented seizure disorder. I want moved back to cell 120 and that cell accommodations made to meet my structural disability needs. Mr. Peter Orleans stated when I spoke to him in the summer of 2005 (when he was touring DWCF) that was the purpose of the Montez Remedial Plan to accommodate disabled inmates and not punish them for being disabled. He went on to say that under Montez my cell could be modified to accommodate my individual disability needs. If I am transferred to unit 3, 4, 5 or 6 due to my disability needs then I am being punished for being disabled. Unit 3, 4, 5 and 6 are extremely harsh living environments and actually dangerous for wheel chair and disabled inmates due to metal doors, toilet/sink bathroom combinations, noise levels and lack of sunlight in the handicapped and other cells. The windows in units , 4, 5 and 6 are at approximately 5 feet from the floor so wheel chair inmates can never see outside or sunlight.

### C. Utility Tubs- to clean wheel chairs and other disability appliances.

According to ACA standards each floor is to have utility tubs for cleaning items. Units 1 and 2 do not have the utility tubs available for inmate use, they are in the locked utility closets. Inmates must use the bathroom sink to clean and wash dishes, shoes and other things. These utility tubs are especially important to the disabled since they can not always reach the bathroom sinks. Yes, CDOC places the bathroom sinks according to ADA height but that does nothing for the women who are wheel chair bound and are not the size of men. Only some sinks have levers on the sinks to turn on the water flow which allow inmates with hand/ wrist or arm medical disabilities to use them.

9) Sometimes when the fire alarms go off at DWCF we are forced to remain in our cells and the unit. The alarms go on for hours due to faulty system of not being able to shut them off - the sound is painful to and hurts me and other inmates.

5

B. 10. The fire alarm signal turns off the air conditioner and shuts down the baffals. In unit 2 D wing the air does not get turned back on for weeks since it must be regulated individually by reduing the baffals. I do not understand the hows but know the air flow is not on.

### D. Fluorescent Lights that are harmful to vision impaired inmates

Fluorescent lights are left on in DWCF units 3, 4, 5 and 6 -24 hours per day. This is extremely harmful to the elderly and those with vision disabilities. Also CTCF infirmary in Canon and DRDC infirmary florescent lights are also left on 24 hour per day. Only DWCF units 1 & 2 have control of these lights. ~ inmates

Fluorescent lights cause cataracts and other vision problems in the elderly and sight impaired people (inmates) according to optometric and eye specialist. They are especially harmful to me since I had the Stroke/TIA according to Denver Health Specialist. There are other sight impaired nearly blind inmates that also need full spectrum lighting. All CDOC facilities use only fluorescent lighting in inmates cells, they are causing future damage and exacerbating my eye condition.

### E. Bathroom Structural non compliances.

**Showers**

1) The handicapped showers in unit 2 at DWCF in wings A and D were not designed properly to keep the water in and when you shower the water runs all over the bathroom and hall. Creating a very dangerous situation. Many inmates have fallen due to these poorly designed stalls. This is not my opinion but I was told this by a no longer employed maintenance worker. That CDOC has a law suit against the roofing contractor that has not been settled so DWCF must just try the band aid approach to dealing with the problems they created since the do not have the funds to correct the mistakes.

2) The shower in the handicapped bathroom need to have a lever type control not the push button they have. In Canon CWCF unit 7 the medical unit 7 had this type of lever shower control and they worked well for us hand/wrist mobility disabled inmates. Unit 7 at CWCF was turned into medical offices so they are no longer available to disabled inmates. With the elderly and disabled inmate population increasing you need this type of level for handicapped showers. All of DWCF/DRDC as well as CTCF and CWCF showers have the push button shower water control This is extremely painful and causes me to have swollen joints in the hand/wrist and fingers. In fact the pain shoots all the way up my arm.

3) Some of the buttons which control the showers in unit 1 & 2 are actually placed behind the grab bars. You must twist your fingers to get to the buttons. Most painful to the elderly and disabled inmates with arthritis and hand mobility issues.

DWCF units 3, 4, 5, and 6 handicapped showers do not have a dressing area off the showers so inmates must dress in the wet showers. This is especially difficult if you're in a wheel chair. The shower stalls measure only 3 2 inches wide. Also DRDC and CTCF have no dressing area except in the wet showers.

4) Unit 4 North Segregation where I was housed for over 8 months in 2001 does not even have a handicapped shower equipped with handicapped bars and shelf for sitting.

### F. MOLD and Water Damage

DWCF/Denver Complex filed legal action against the Construction company that build DWCF alleging roof damage, etc. . When it rains water runs down the walls and in the electrical lights in Unit 4 North--segregation. In fact if you will inspect when DWCF is not expecting you will find water damage spots all over the complex. Check maintenance records for repairs if you're really investigating compliance to Montez Remedial Plan. (2001 and 2002)

I now live in unit 2 and when it rains or snow melts it runs in the building and causes water damage. It travels down the pipes and other conduits and causes damage. For example A hall cell 138 the wall collapsed and the TV stand mounted on the wall fell

on an inmate. In B hall cell 108 there is <u>mold growing</u> on the baseboards next to the bathroom. In D hall cell 128 I was forced to live in a handicapped cell that had water running down the wall flooding the cell. I had to put my legal box in plastic bags to keep it dry. They fix as best they can the water damage caused by the roofing problem. However all they do is use a band aid approach- put a sealer on the water damaged walls and wait till the next time and do it again.

If you want further evidence of mold/water damage see the Library ceiling and the bathrooms in unit 1 ceilings.

I am allergic to mold and all the units at DWCF have mold and the mold smell. Especially the handicapped cells because they are all placed in the center of the units next to the bathroom so they get all the water and mold problems. It is not just causing me breathing problems but also elderly and disabled inmates Barbara Freeman. She lives in the handicapped cell I used to live unit 2 D wing in cell 128 with mold growing rampant. You can not fix the mold problem just by painting over it. It is in the walls and sheetrock. reek of the mold smell and spores. My eyes burn and water, can't breath, runny nose, migraine headaches.

See report done in March 2004 at CWCF about mold smell and unit 4. I was forced to live in mold conditions from 1995 till I was transferred to DWCF in October 2001. I have documentation both medical and officers reports about mold issues. This is very dangerous for me with my medical history. See Montez exhibits _____ and _____

### G. Structural problems at DWCF that do not conform to Montez

(1) The East dining hall does not have any handicapped tables for wheel chair inmates. The wheel chair inmates must squeeze between the metal stools and do a balancing act to eat. The West dining hall only has one table that seats four for wheel chairs even though there are on average at least 15 wheel chair inmates.

(2) The holding cells in property <u>do not</u> have handicapped toilet/grab bars.

(3) The intercom to call for help do not work in most of the holding cells. They sometime use these cells as cooling off cells where inmates are locked for hours without constant supervision.

(4) There is no call for help button in the holding area where you enter to go to property and visiting so if there is not an office in the control center for visiting you can get stuck without any way to call for help. I was caught in there of almost an hour a few years ago. This is a dangerous situation considering the elderly/diabetic and heart/asthma inmates housed at DWCF.

(5) I am not allowed to use the gym exercise room, equipment or check our gym items due to the gym declaring I have to "many" disabilities. Even the special wheel chair program for inmates that are in wheel chairs and are mobility impaired, I am barred from attending. There are inmates that weigh over 350 pounds and they are allowed but I am the only inmate in 900 that is not allowed to participate in the gym, I want to be allowed to participate and use the gym equipment as my health, disabilities permit.

(6) There is no cement walk way in to the "big yard" once you reach the big yard so it is inaccessible to wheel chair inmates.

7

**H. Toilet/sink combination- is not accessible for wheel chair and inmates with mobility problems of the knees, back, shoulders and hand/wrist.**

I am not the only disabled inmate that can not use the toilet/sink combination with out getting hurt. I only gave you my medical conditions so you would know why these toilet/sink combination units are not for the wheel chair and mobility disabled inmates.

The **toilet/sink combination unit-** the toilet is to low and the grab bars that are supposed to assist you in rising is to far away. Knee injury prevents me from being able to raise myself up from that low of a position without pain. I have injured shoulder (/torn rotator cuffs) so I can not stretch that far to use the bars nor can I lift my weight that far up due to severe arthritis and deformed hand. I have fallen trying to raise myself up from these low toilets and gotten injured.

The flush button is too small (it is almost flush with the unit) and difficult to use due to arthritis and hand deformity. I get sharp shooting pains in my thumb/hand that shoot all the way up my arm. The sink is not accessible in these units for wheel chair inmates unless they are tall. Wheel chair inmates should never be placed in a cell that has the toilet/sink combination. DWCF units 3,4, 5, and 6 have these, so do CWCF units 1,2,3 and 4, as well as CTCF infirmary and DRDC infirmary.

I. Telephones are in high traffic and loud area so can't hear on phones.

Due to hearing impairment of not being able to hear with background noise it is difficult to use the phones in units 1 and 2. Other units at DWCF also have this problem. I need to use a phone that has a hood or some type of enclosure that shuts out background noise. The phone amplification buttons do not do the job. In units 1 and 2 there is an area/room just behind where the phone are that could easily accommodate the phones or at least some of them.

J. Need hand rail going down steps in front of unit 2 DWCF

K. Need hand rail going up ramp in main building of CWCF hall. area from gym to unit 4 both sides of hall.

L. Can't reach TV stand to turn on TV at CTCF infirmary, DRDC infirmary, either provide remote or lower TV stand, it is almost 6 feet in the air.

M. No hanging closits in unit 3, 4, 5, & 6 living units of DWCF must store property on floor in black chest, impossible for those of us in wheel chairs who can not bend.

N. Need automatic doors on the mail room, property, visiting at DWCF doors are to heavy and can injure me.

O. Must stand outside of med line in the cold, rain and snow, heat to get medication. Need some type of roof covering because line goes back to gym somedays.

P. No confidentiality in med line DWCF , everyone hears your medication and conversation. Two inmates at window at same time and everyone hears it all.

Q. Doors in Unit 3 DWCF when fire alarm goes off do not always open the cells, problem also with doors not opening to go to yard for fire drill (D) pod. Told that when fire alarm goes off sometimes it shuts down the electricity and doors must be opened by hand. I was there when that happened.

8

R.  No door on laundry room in unit 2 d wing.

S. No handicapped door on unit 2 office door, only door where officers can't see wheel chair inamtes because glass is to high.

T. Wheel chair inmates are late to programs, servies and meetings in the program building because we can not always get access to the elevator because some yard staff state they can not leave yard to open elevator doors for access until after all units are called so we are later to class and law library etc. We used to be allowed to go at 9:55 Am and 12:55 which is 5 minutes prior to open movement so yard staff can put us on the elevator but we no longer have permission because the Captain that authorized this retired, so her orders and written permits no longer apply. Violation of Montez. BEEN AS MUCH AS 25 minutes LATE.

U. Not allowed to get hearing aid batteries when hearing aids go out except at certain times yet inmates are allowed watch batteries in their cells. Why can we not have hearing aid batteries in cell so we can hear all the time. No place to store them securly yet we have locked storage area in closet/hanging area for medication storage so why can this not be used.

v. Not allowed to use the rest room in visiting despite medical documentation of bowl issues. Restrooms for inmates in visiting not allowed to use or visit is terminated, no handicapped toilet/grab bars in the batrhoom- DWCF inmate bathroom visiting. Violation of Montez Remedial Plan And Security dictates to medical that they are not allowed to give medical permits to use rest room during visiting. Disabled men are allowed to use the rest room during visiting.

X. Furniture in handicapped cell is bolted down so no reason not to honor what MOntez inamtes had at CWCF medical unit 7- furniture can be bolt down also.

no retaliation please

*[signature]*
*7-26-06*

9