July 20, 2006                    92-cv-00870-EWN

RE: Judge Pringle's Order of Special Master RE: Requested for Materials
Cited in Final Order dated January 31, 2006.

Dear Clerk,

    I would like to request the following case cites as allowed by Judge
Pringle:

29 USC 705
29 USC 794
42 USC 12101
42 USC 12102
29 CFR 1630.2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2006

GREGORY C. LANGHAM
CLERK

Thank you very much.

Respectfully,

Jill Coit # 86530
P.O. Box 392005
Denver, Co 80239