IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

This matter is before the court on Claimant Jill Coit's motion for case cites allowed by Special Master Bruce Pringle (#2171). Her request does not make sense, because the request itself discloses that she already has the citations. If she is asking the court or the clerk to make copies of the materials cited, there is no basis for the request. It is therefore

ORDERED that the referenced motion be DENIED.

Dated this 31st day of July, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge