IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-00870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Brooke H. Meyer, Assistant Attorney General of the State of Colorado, requests that the court grant her leave to withdraw as counsel of record for Defendants in this action, and as grounds therefore, states as follows:

1. Brooke H. Meyer, Assistant Attorney General, has been reassigned to a new Unit in the Attorney General's Office and will no longer handle any matters pertaining to this class action.

2. Several other attorneys, including Scott Wilkonson, Berina Ibrisagic and Jess Dance, are still working on this matter.

WHEREFORE, Brooke H. Meyer requests this court withdraw her as counsel of record for Defendant Bill Owens in this action.

RESPECTFULLY SUBMITTED this 1st day of August, 2006.

    JOHN SUTHERS
Attorney General

 s/Brooke H. Meyer_____
BROOKE H. MEYER
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorney for Defendants
1525 Sherman Street, 4th Floor
Denver, Colorado 80203
Telephone: (303) 866-5553