IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-00870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## ORDER AUTHORIZING WITHDRAW

**THIS MATTER** coming before this Court upon the Motion of Brooke H. Meyer to withdraw from representation of Defendants, and the Court having examined the Motion finds good cause has been shown for the granting of the relief requested.

**IT IS HEREBY ORDERED**, that Brooke H. Meyer hereby is granted leave to withdraw from this case as attorney of record.

**ORDERED** this _____ day of _____, 2006.

**BY THE COURT:**

_____

**U.S. DISTRICT COURT JUDGE**