IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-EWN-OES
New Claim No. 02-820

**JESSE MONTEZ,**
**DAVID HALL, et al.**

    Plaintiffs,

-Vs.-

**BILL OWENS, et al.**

    Defendants.

---

## PLAINTIFF DAVID HALL'S MOTION

## FOR PARTIAL SUMMARY JUDGMENT

---

Claimant, David Hall, pro se, and pursuant to F.R.C.P. 56 (a), requests this Court to grant Partial Summary Judgment and issue its Order for Partial Summary Judgment against the above named Defendants, for the following reasons.

1. The pleadings in conjunction with the evidentiary material raise no material issues of fact and instead demonstrate agreement as to specific agreed upon liability of Defendants.

2. The pleadings and evidentiary materials cited above show that Claimant Hall is entitled to judgment as a matter of law because the facts of the original complaint have determined that the Defendants' facilities show the existence, extent, and failure to adequately equip them with proper disable-friendly objects to adhere to the needs of and treat this Claimant's disabilities.

3. Claimant Hall submits the Order of Special Master, dated January 25th 2005, whereas An Answer to Show Cause resulted in the Court's determination that Claimant Hall "responded and has set forth a sufficient basis to allow the claim to proceed to resolution on its merits." "IT IS HEREBY ORDERED that the Claim is assigned to Category II." (See Attached)

4. In support of this Motion an Affidavit is submitted pursuant to F.R.C.P., Rule 56(e), indicating personal knowledge of facts that would be admissible in evidence and showing that affiant is competent to testify in the matters stated herein. (See Attached)

For these reasons, Plaintiff Hall requests an Order for Judgment against Defendants Owens el at., for Partial Summary Judgment under F.R.C.P. Rule 56(a).

RESPECTFULLY SUBMITTED this 28 day of July, 2006.

David Hall
Reg. No. 112325
Crowley Co. Correctional Facility
6564 State Hwy. 96
Olney Springs, CO. 81062-8700

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the forgoing Motion for Partial Summary Judgment from the Crowley County Correctional Facility on the 29 day of July 2006, postage prepaid, and addressed to the following parties:

Mr. James X. Quinn
Mr. Jess A. Dance
Mr. Adams Wiens
Office of the Attorney General
Civil Litigation and Employment Law Section
1525 Sherman Street, 5th floor
Denver, CO. 80203

David Hall
Reg. No. 112325
Crowley Co. Correctional Facility
6564 State Hwy. 96
Olney Springs, CO. 81062-8700