IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
New Claim No. 02-820

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 - 2006

GREGORY C. LANGHAM
CLERK

**JESSE MONTEZ,**
**DAVID HALL, et al.**

      Plaintiffs,

-Vs.-

**BILL OWENS, et al.**

      Defendants.

# AFFIDAVIT

STATE OF COLORADO  )
                               ) ss
COUNTY OF CROWLEY  )

      The undersigned, declares under penalty of perjury, and under the laws of the United States of America, pursuant to 28 U.S.C. 1746; 18 U.S.C. 1621, that his following statement is true and correct to the best of his knowledge and recollection.

1.     I am presently an inmate incarcerated at the Crowley County Correctional Facility near Olney Springs, CO. I filed the necessary forms to include myself on the Class Action Complaint, Civil Action No. 92-cv-00870-EWN-OES, and became listed as a Plaintiff in said action.

2.     I have personal knowledge of all facts recited herein.

3.  Upon my incarceration in Colorado Dept. of Corrections on or about the 1st day of January 1999, I, David Hall, have suffered complications due to knee injuries both prior to my incarceration and as a result of negligence of the employees of the Colorado Dept. of Corrections. These injuries affect both of my knees; a torn ACL in my left knee and in my right knee a worse condition. Due to the negligence and deliberate indifference of transport employees of the CDOC I suffered a torn hamstring that is in need of medical care to date.

4.  These disabilities in both knees affect my daily life by preventing access to certain endeavors such as completing common necessary tasks associated with and including but not limited to, walking, running, standing for long periods, and most forms of exercising. The combined disabilities in both knees cause constant pain, suffering, and emotional stress due to frustration. I require a consistent routine of medical care and certain handicap-friendly aids within the facility where I reside as well.

5.  Additionally, I suffer from vision impairment due to a Herpes Virus centered in my right eye. This condition was diagnoses before I was incarcerated and was kept in check by constant medical care and monitoring. This included applying a Viroptic Ophthalmic solution on a regular basis pursuant to the advice of an eye specialist. The medical staff at the Fremont Correctional Facility refused to supply the Viroptic Ophthalmic solution unless I was suffering from an active flare up of the Virus. Based on this decision my eye sight was seriously affected and has deteriorated to a loss of over 20% to my cornea. The result has required a prescription to eyeglasses. I suffer constant pain and emotional stress that is exacerbated with each flare-up of the Virus.

6.  I contend that if I had been treated in a timely manner consistent with the level of disabilities that I have and have constantly brought to the attention of each Medical Dept. in each facility I have been incarcerated at I would have prevented, to a large degree, the extent of disability I now suffer from.

7.  On the 25th day of January 2005, an Order of Special Master, Richard M. Borchers, was filed that ordered Plaintiff David Hall's claim Case No. X-031, New Claim # 02-802 was

2

assigned to Category II. On or about the 22nd day of December 2005 the Defendants offered a settlement amount and Plaintiff Hall rejected said offer.

Plaintiff David Hall now submits this Affidavit in support of a Motion for Summary Judgment.

Dated this 28 day of July 2006.

_____
DAVID HALL, AFFIANT,
Reg. No. 112325
Address: Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, CO.
81062-8700

The affiant, of the foregoing Affidavit, by his signature subscribed and affirmed to before me on this 28 day of July 2006.

Executed at Olney Springs, Colorado, on this 28 Day of July, 2006.

_____
NOTARY PUBLIC                                    **SEAL**

My commission expires: July 8, 2008

```
NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
```
My Appointment Expires: 7-8-08

3