IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

# MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendants shall respond to James Rudnick's statement regarding C.D.O.C.'s failure to provide state issue glasses (doc. #2145) on or before August 11, 2006.

Dated: August 1, 2006