IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Jimmy Bulgier's Request for 90 day Extension of Time (doc. #2135) is GRANTED. Mr. Bulgier shall have an additional 90 days, until **October 16, 2006**, to object to the Final Order of Special Master.

Dated: August 1, 2006