IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-802
Category II
Claimant: David N. Hall, #112325
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion for partial summary judgment. The Special Master would note that the Federal Rules of Civil Procedure do not apply to the claims process. There is no provision for use of F.R.C.P. 56 for resolution of claims.

      Defendants have filed their answer to the claim. In a previous order, Claimant was granted up to and including October 9, 2006 in which to file a reply to the answer. That time deadline will remain unless Claimant advises the Special Master in writing that he has no additional documents to be considered on his claim.

      IT IS HEREBY ORDERED that Claimant's Motion for Summary Judgment is denied.

      SIGNED this 3rd day of August, 2006.

                                                BY THE COURT:

                                                */s/ Richard M. Borchers*

                                                _____

                                                Richard M. Borchers
                                                Special Master