Case 1:92-cv-00870-CMA-MEH   Document 2196   Filed 08/08/06   USDC Colorado   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-769
Category II
Claimant: Gerald Chavez, #59233
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on his own motion. Claimant originally filed his claim on October 13, 2004. Claimant was at the Limon Correctional Facility in Limon, Colorado at the time. Mail to that address came back as undeliverable. Claimant later was at the Denver Reception and Diagnostic Center (DRDC) for a period of time. A show cause order was issued to Claimant on November 28, 2005 and was sent to DRDC. The letter was not returned but no response to the show cause order was received.

    Claimant apparently is now on parole, but he has made no effort to provide a mailing address at which he can be contacted. All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. The claim will be dismissed.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October  30, 2006.**

SIGNED this 7th day of August, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master