

enver, CO 80294-5589
FFICIAL BUSINESS

08/01/2006
Mailed From 80202

K13

Gillie Thurby 118295
P.O. Box 6000
Sterling, CO 80751

REASON CHECKED
REFUSED
Name & # don't match _____
No. ___ number _____
Not at this facility _____
Paroled _____ (circled)

Parole

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 7 - 2006
GREGORY C. LANGHAM
CLERK

CAN NT LOCATE
92-CV-870
#2197, 2166, 2167, 2168, 2169, 2164
EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

**ORDER**

This matter is before the court on Claimant Jill Coit's motion for case cites allowed by Special Master Bruce Pringle (#2171). Her request does not make sense, because the request itself discloses that she already has the citations. If she is asking the court or the clerk to make copies of the materials cited, there is no basis for the request. It is therefore

ORDERED that the referenced motion be DENIED.

Dated this 31st day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge