IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

Claim Number 03-146
Category III
Claimant: Gerald Sensabaugh, #100656
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-077

**DEFENDANTS' RESPONSE TO SENSABAUGH'S MOTION TO FURTHER RELIEF (ENFORCEMENT)
(DIRECTED TO THE HONORABLE JUDGE KANE)**

Defendants, through the Colorado Attorney General, respectfully submit the following Response to Sensabaugh's Motion for Further Relief (Enforcement).

1.  Following a hearing, Special Master Davidson found in favor of Claimant Sensabaugh, #100656 (03-146). (See Final Order, docketed at 1987). The Special Master awarded Sensabaugh $250 and ordered

Defendants to prove Sensabaugh "a new four-inch thick mattress or egg crate mattress" and "new, proper fitting tennis shoes to wear, said shoes not requiring multiple pairs of socks to fit." (<u>Id.</u>, p. 5-6).  The Order gave both parties until July 16, 2006, to file an Objection to the U.S. District Court. (<u>Id.</u>, p. 6).

2.	On July 2, 2006, Sensabaugh filed a Motion for Further Relief (Enforcement) alleging that Defendants had failed to comply with the Final Order. (Docketed at 2090).  Sensabaugh's Motion was premature.

3.	Sensabaugh received his new shoes on July 6, 2006, and his new mattress on July 7, 2006.  The shoes had to be specially ordered.  The new mattress, which was made by Correctional Industries, also had to be ordered.

4.	Sensabaugh received a new pair of shoes on July 6, 2006.  He indicated that the shoes fit properly.  "On [July] 6, 2006 at approximately 1400 hrs I [Lt. Jerry Pacheco] delivered to B-Pod Cell 6/18 which houses offender Sensabaugh, Gerald 100656 a new pair of extra wide blue canvas shoes size 12.  Offender Sensabaugh put the shoes on and I inquired if the fit was appropriate?  Offender Sensabaugh stated 'yes'." (Informative/Incident Report Form, July 7, 2006, attached as Exhibit A).

5.     On July 7, 2006, Sensabaugh received and signed for a new 6 inch mattress.  "I, Gerald Sensabaugh, DOC #100656, acknowledge receipt of a brand new 6 inch mattress on July 7, 2006." (Receipt of Mattress, July 7, 2006, attached as Exhibit B).

6.     On June 29, 2006, Defendants paid the monetary award ordered by the Final Order.  Sensabaugh owes court-ordered restitution imposed in Arapahoe County criminal case 98CR1359, his underlying criminal conviction.  "At a minimum, the executive director shall order that twenty percent of <u>all deposits</u> in an inmate's bank account . . . <u>shall be deducted and paid toward any outstanding order from a criminal case</u>." § 16-18.5-106(2), C.R.S. (emphasis added).  Pursuant to state law, twenty percent (50$) of the deposit was withheld for payment towards Sensabaugh's court-ordered restitution.  Consequently, $200 was deposited into Sensabaugh's inmate account on June 29, 2006.

Respectfully submitted this 11th day of August, 2006.

        JOHN W. SUTHERS
        Attorney General

        s/ Jess A. Dance
        _____
        JESS A. DANCE, 35803*
        Assistant Attorney General
        Civil Litigation & Employment Law
          Section

        Attorney for Defendants

        Colorado Attorney General's Office
        1525 Sherman Street, 5th Floor
        Denver, Colorado  80203
        Telephone:  (303) 866-5165
        Fax: (303) 866-5443
        Email: jess.dance@state.co.us

## CERTIFICATE OF SERVICE

I certify that on August 11th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that I have mailed copies of the foregoing via the United States mail, postage prepaid, at Denver, Colorado, this 11th day of August, 2006, addressed as follows:

Gerald Sensabaugh, #100656
CSP
P.O. Box 777
Canon City, CO 81215-0777

*Courtesy Copy To:*

Cathie Holst

        s/ Jess A. Dance

4