## Centennial Correctional Facility / Colorado State Penitentiary
## INFORMATIVE / INCIDENT REPORT FORM

CCF/CSP Form 100-7F
Revised 04/2003

Incident Date: July 7, 2006
Incident Time: 1130 hrs
Specific Location: CSP Laundry

Employee Name: Lt. Jerry Pacheco
Employee's Work Unit: CSP Laundry

Type of Incident: Informational

Inmate's Name: Sensabaugh, Gerald
DOC #: 100656
cell Assignment: B6/18

Information / details of incident (who, what, when, where, why, how):

On June 6, 2006 at approximately 1400 hrs I delivered to B-Pod Cell 6/18 which houses offender Sensabaugh, Gerald 100656 a new pair of extra wide blue canvas shoes size 12. Offender Sensabaugh put the shoes on and I inquired if the fit was appropriate? Offender Sensabaugh Stated "yes"

(use other side if needed)

I certify that aforementioned incident and summary are true and correct to my knowledge.

Employee Signature

Date of Report: July 7 2006
Time of Report: 1145 hrs

[ ] Incentive Level Reduction  2  1
Disciplinary Charges Requested [ ] yes  [ ] no

[ ] Intensive Supervision Implemented:  [ ] Special Controls  [ ] BMP  [ ] Dry Cell Watch  [ ] Mental Health/Medical Observation

[ ] Temporary Suspension of Privileges:
24 hours maximum  [ ] day hall (PRO Unit inmates only)
3 days maximum  [ ] TV confiscated
7 days maximum  [ ] phone  [ ] library  [ ] canteen  [ ] recreation

Review and investigation of possible COPD violation(s) started by: _____

Reviewing Supervisor's Signature                                Date

Shift Commander's Signature                                     7/10/06  Date

Distribution:  Disciplinary Officer
               Unit Supervisor
               Case Manager
               Warden
               Laundry

Attachment A
Page 1 of 2