# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Centennial Correctional Facility
P. O. Box 600
Cañon City, CO 81215-0600
Phone: (719) 269-5510
FAX: (719) 269-5545

Colorado State Penitentiary
P. O. Box 777
Cañon City, CO 81215-0777
Phone: (719) 269-5120
FAX: (719) 269-5125



Bill Owens
Governor

Joe Ortiz
Executive Director

DATE: July 7, 2006

TO: Gerald Sensabaugh, DOC #100656

FROM: Major John Davis

SUBJECT: RECEIPT OF MATTRESS

I, Gerald Sensabaugh, DOC #100656, acknowledge receipt of a brand new 6 inch mattress on July 7, 2006.

G. Sensabaugh
Printed Name

*[Signature]*
Signature

7/7/06
Date

DELIVERED BY:

LARRY CRAIG
Printed Name

*[Signature] Larry Craig*
Signature

7/7/06
Date