

# Department of Corrections Intranet

Home | Advanced Search | Feedback | PageNet | Support Center | EGuide | GroupWise Email

## Legal Grievances

egal Services Home<<Legal Services Databases<<Grievances Main<<Update Grievances

Records 1 to 16 of 16

| Edit Record | Delete Record | DOC # +/- | Offender Name +/- | Facility +/- | Tracking # +/- | Step +/- | Issue +/- | Date Rec'd +/- | Due Date +/- | Resp. Rec'd Date +/- | Response Date +/- | Respondent +/- | Disposition +/- | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | 105776 | FREEMAN | DWCF | C-DW05/06-123 | 1 | MEDICAL | 8/29/2005 | 9/8/2005 | 1/1/1900 | 1/1/1900 | | N/A | WANTS NO CHANGE IN PROVIDER. RESP: |
| Edit | Delete | 105776 | FREEMAN | DWCF | C-DW05/06-270 | 1 | MEDICAL | 12/29/2005 | 1/9/2006 | 1/4/2006 | 1/1/1900 | RANDY SMITH | RESPONSE | MEDICAL IND/MALPRACTICE/PA HARRELSON.RESP: WILL SPEAK W/PROVIDER RE: YOUR CONCERNS |
| Edit | Delete | 105776 | FREEMAN | DWCF | C-DW05/06-270 | 2 | MEDICAL | 2/23/2006 | 3/3/2006 | 2/28/2006 | 2/28/2006 | RANDY SMITH | RESPONSE | QUALITY: NOT SATISFIED WITH ANSWER TO STEP 1, FILED STEP 2. RESP: YOU MAY KITE MEDICAL TO REVIEW YOUR MEDICAL RECORDS, AS THSES RECORDS ARE PROPERTY OF THE STATE, IF YOU WANT COPIES, U WILL BE CHARGED APPROPRIATLY. |
| Edit | Delete | 105776 | FREEMAN | DWCF | C-DW05/06-294 | 1 | MEDICAL | 1/20/2006 | 1/30/2006 | 2/28/2006 | 1/1/1900 | RANDY SMITH | RESPONSE | WANTS COPIES/REVIEW MEDICAL RECORDS,FED CT CASE FOR VIOLATION OF CIVIL RIGHTS. RESP:SENT ON TO |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | MEDICAL RECORDS |
| Edit | Delete | 105776 | FREEMAN | DWCF | C-DW05/06-330 | 1 | MEDICAL | 2/24/2006 | 3/4/2006 | 2/28/2006 | 1/1/1900 | RANDY SMITH | RESPONSE | ACCESS: PROPER MEDICATIONS, D/C'D ALLERGY MEDS WITH NO BOTIFICATION, NOTHING ELSE WORKS. RESP:CONSIDERING USE OF ALTERNATIVE METHODS TO CONTROL ALLERGIES |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-008 | 1 | DISABILITY | 8/24/2005 | 9/20/2005 | 8/26/2005 | 9/13/2005 | CATHIE HOLST AIC | DENIED | ADA |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-009 | 1 | DISABILITY | 8/24/2005 | 9/20/2005 | 8/26/2005 | 9/13/2005 | CATHIE HOLST AIC | DENIED | ADA |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-010 | 1 | DISABILITY | 8/24/2005 | 9/20/2005 | 8/26/2005 | 9/13/2005 | CATHIE HOLST AIC | DENIED | ADA |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-013 | 1 | DISABILITY | 8/29/2005 | 10/8/2005 | 9/13/2005 | 9/19/2005 | CATHIE HOLST AIC | DENIED | |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-014 | 1 | DISABILITY | 9/13/2005 | 10/20/2005 | 9/15/2005 | 9/21/2005 | CATHIE HOLST AIC | DENIED | DUPLICATE OF DDW05/06-013. |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-015 | 1 | DISABILITY | 9/13/2005 | 10/20/2005 | 9/15/2005 | 9/20/2005 | CATHIE HOLST AIC | DENIED | DENIED ON PROCEDURAL GROUNDS. |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW05/06-026 | 1 | DISABILITY | 6/6/2006 | 7/23/2006 | 6/28/2006 | 1/1/1900 | CATHIE HOLST, AIC | N/A | GRIEVANCE WAS NOT LOGGED BY FACILITY BEFORE SENDING TO AIC AS REQ'D IN AR |
| Edit | Delete | 105776 | FREEMAN | DWCF | D-DW06/07-001 | 1 | DISABILITY | 7/7/2006 | 8/4/2006 | 7/11/2006 | 1/1/1900 | CATHIE HOLST, AIC | N/A | DISABILITY: DELAY MEMO SENT |
| Edit | Delete | 105776 | FREEMAN | DWCF | DW05/06-040 | 1 | FOOD SERVICE | 8/2/2005 | 8/16/2005 | 1/1/1900 | 8/4/2005 | CAPT. MORGAN | RESPONSE | FOOD SERVICE: RECOMMENDED CONFERENCE W/DIETICIAN. RESOLUTION: SNACKS GENERATED THROUGH COMPUTER. ENTERED |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | AFTER APPROVAL BY DIETITIAN. |
| Edit | Delete | 105776 | FREEMAN | DWCF | DW05/06-040 | 2 | FOOD SERVICE | 8/10/2005 | 1/1/1900 | 1/1/1900 | 10/11/2005 | WARDEN WALLACE | N/A | FOOD SERVICE: DID NOT RECEIVE COMPLETE SPECIAL DIABETES SNACK. RESOLUTION: SNACKS GENERATED BY COMPUTER. DIETS/SNACKS ENTERED IN COMPUTER AFTER APPROVAL BY DIETITIAN. |
| Edit | Delete | 105776 | FREEMAN | DWCF | DW05/06-418 | 1 | HOUSING CONDITIONS | 6/6/2006 | 6/26/2006 | 1/1/1900 | 1/1/1900 | | N/A | HOUSING CONDITIONS: |

[ Home ][ Advanced Search ][ Feedback ][ PageNet ][ Support Center ][ EGuide ][ GroupWise Email ]