NAME: J. Rudnick  DOC#: 68432

DATE: 4-22-05  FACILITY: LCF   DATE: 11/30/05  FACILITY: LCF

CC: ☐ ↓dist  ☐ ↓near  ☐ glasses broken/lost  ☐ has CL
   ☐ no prior Rx  ☐ no current Rx  ☑ has street glasses

got DOC glasses 6/04 states "fishbowl" effect, and vision blurry

CC: ☐ ↓dist  ☐ ↓near  ☐ glasses broken/lost  ☐ has CL
   ☐ no prior Rx  ☐ no current Rx  ☐ has street glasses

Have to tilt lenses to see better in the right eye

| | UNAIDED DIST. | UNAIDED NEAR | AIDED DIST. | AIDED NEAR |
|---|---|---|---|---|
| OD | 20/ | 20/ | 20/30 | 20/ |
| OS | 20/ | 20/ | 20/20-1 | 20/ |

**CURRENT PRESCRIPTION**

| | SPH | CYL | AXIS | PRISM | ADD |
|---|---|---|---|---|---|
| OD | - | | | | |
| OS | - | | | | |

**SUBJECTIVE REFRACTION**

| | SPH | CYL | AXIS | PRISM | ADD | ACUITY |
|---|---|---|---|---|---|---|
| OD | -7.50 | -2.75 | 15 | | 1.00 | 20/20 |
| OS | -8.25 | -2.50 | 165 | | | 20/20 |

C/D OD  /  OS  /   ☐ Macula clear with reflex OU

pd 62

A: CMA / incipient presbyope
Current street glasses are high index '95
"fishbowl" effect from non-high index DOC
glasses

| | UNAIDED DIST. | UNAIDED NEAR | AIDED DIST. | AIDED NEAR |
|---|---|---|---|---|
| OD | 20/ | 20/ | 20/30 | 20/ |
| OS | 20/ | 20/ | 20/30 | 20/ |

**CURRENT PRESCRIPTION**

| | SPH | CYL | AXIS | PRISM | ADD |
|---|---|---|---|---|---|
| OD | -7.50 | -2.75 | 15 | | |
| OS | -8.50 | -2.00 | 165 | | |

**SUBJECTIVE REFRACTION**

| | SPH | CYL | AXIS | PRISM | ADD | ACUITY |
|---|---|---|---|---|---|---|
| OD | -7.50 | -2.75 | 15 | | 100 | 20/20 |
| OS | -8.50 | -2.50 | 165 | | 100 | 20/20 |

C/D OD  /  OS  /   ☐ Macula clear with reflex OU

Pd 62

A: CMA / P
Possibly off centered lenses

P: ☑ order glasses  ☐ declines BF  ☐ no order  ☐ ophth consult
polycarbonate
ed in future BE
                                    John Murphy, O.D.

P: ☐ order glasses  ☐ declines BF  ☐ no order  ☐ ophth consult
Send lenses back to Optical centers
                                    John Murphy, O.D.
                                    Jason Jost

FINAL RX  ☑ ORDER SUBJECTIVE

| | SPH | CYL | AXIS | PRISM | ADD |
|---|---|---|---|---|---|
| OD | - | | | | X |
| OS | - | | | | |

Size: ☐ 52/20/140  ☐ 54/20/145  ☐ 56/20/145  ☐ BF  ☐ TF  ☐ Exec
☑ GREY  ☐ BROWN  PD DIST: 62  PD NEAR:  SEG HT:
Wear glasses for: ☐ Distance  ☐ Near  ☑ Fulltime  ☐ As Needed

I Received one pair of state issue prescription eyeglasses
Name: [signature]  Date: 5-12-05
Staff Person: [signature]

FINAL RX  ☐ ORDER SUBJECTIVE

| | SPH | CYL | AXIS | PRISM | ADD |
|---|---|---|---|---|---|
| OD | - | | | | |
| OS | - | | | | |

Size: ☐ 52/20/140  ☐ 54/20/145  ☐ 56/20/145  ☐ BF  ☐ TF  ☐ Exec
☐ GREY  ☐ BROWN  PD DIST:  PD NEAR:  SEG HT:
Wear glasses for: ☐ Distance  ☐ Near  ☐ Fulltime  ☐ As Needed

I Received one pair of state issue prescription eyeglasses
Name:  Date:
Staff Person:
12/27/05 I/m refused glasses

SEC 6.OPHTH

DOC# 68432    NAME Rudnick    DOB _____

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE 5/19/03 | FACILITY LCF | PED | | | | DATE 5/14/04 | FACILITY LCF | PED | | |

**WITHOUT CORRECTION** | **EXISTING RX** | **NEW RX** || **WITHOUT CORRECTION** | **EXISTING RX** | **NEW RX**

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD | | | | | |
| OS | | | | | |
| ADD OD | | | | | |
| OS | | | | | |
| READING OD | | | | | |
| OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME (left) | | | | |
| FRAME (right) | 52 18 | 150 | 62 | PW |
| BIFOCAL | | | | |

NOTES (left): −8.50 −2.50 x 012 +??
              −8.00 −2.25 x 172

NOTES (right): (blank)

| # | Item | OD/OS (left) | # | Item | OD/OS (right) |
|---|---|---|---|---|---|
| 1 | OPHTHALMOSCOPE | OD Ophth ex / OS | 1 | OPHTHALMOSCOPE | OD / OS |
| 2 | OPHTHALMOMETER | OD / OS make é | 2 | OPHTHALMOMETER | OD / OS |
| 3 | HABITUAL PHORIA | OD hi index | 3 | HABITUAL PHORIA | OD |
| 4 | STATIC SKIASCOPE | OS | 4 | STATIC SKIASCOPE | OS |
| 5 | DYNAMIC SKIASCOPE (20") | OD / OS in discussion | 5 | DYNAMIC SKIASCOPE (20") | OD / OS 20/?? |
| 6 | DYNAMIC SKIASCOPE (40") | OD Sir w/Chris / OS about contacts vs | 6 | DYNAMIC SKIASCOPE (40") | OD / OS |
| 7 | SUBJECTIVE | OD glasses Chris / OS agreed to hi-index | 7 | SUBJECTIVE +0.50 | OD −8.50 −3.00 x 013 / OS −8.00 −2.25 x 164 |
| 8 | INDUCED PHORIA | ESO / EXO through | 8 | INDUCED PHORIA | ESO / EXO |
| 9 | TRUE ADDUCTION (W/O ACC) | prior to review | 9 | TRUE ADDUCTION (W/O ACC) | wants to see Rx |
| 10 | CONVERGENCE (AAA & ADD) | ISUU | 10 | CONVERGENCE (AAA & ADD) | will pay for hi-index |
| 11 | ABDUCTION | | 11 | ABDUCTION | |
| 12 | VERTICAL PHORIA | R. / L. | 12 | VERTICAL PHORIA | R. / L. |
| 13 | INDUCED PHORIA (NEW RX) | ESO / EXO | 13 | INDUCED PHORIA (NEW RX) | ESO / EXO OK |
| 14 | CROSS CYL. (Dissociated) | OD / OS | 14 | CROSS CYL. (Dissociated) | OD / OS |
| 15 | INDUCED PHORIA | ESO / EXO | 15 | INDUCED PHORIA | ESO / EXO |
| 16 | ADD. TOLERANCE | 16.A / 16.B | 16 | ADD. TOLERANCE | 16.A / 16.B |
| 17 | ADD. NEG. TOLERANCE | 17.A / 17.B | 17 | ADD. NEG. TOLERANCE | 17.A / 17.B |
| 18 | VERTICAL PHORIA | R. / L. | 18 | VERTICAL PHORIA | R. / L. |
| 19 | AMP. OF ACC. | | 19 | AMP. OF ACC. | |
| 20 | TOL OF ACC STIMULATION | | 20 | TOL OF ACC STIMULATION | |
| 21 | TOL OF ACC INHIBITION | | 21 | TOL OF ACC INHIBITION | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES
NAME _____ DATE 6-25-03
STAFF PERSON _____

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES
NAME _____ DATE 6-15-04
STAFF PERSON _____

31274

SEC 6. OPHTH

DOC# 68432  NAME James Rednick  DOB _____

DATE 1/4/06  FACILITY _____  PED _____ | DATE _____ FACILITY _____ PED _____

| | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD | | | |
| OS | | | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD | | | | | |
| OS | | | | | |
| ADD OD | | | | | |
| OS | | | | | |
| READING OD | | | | | |
| OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | | | 64 | |
| BIFOCAL | | | | |

NOTES: Wants CL's but unable to replace

| | | |
|---|---|---|
| 1. OPHTHALMOSCOPE | OD | |
| | OS | |
| 2. OPHTHALMOMETER | OD | |
| | OS | |
| 3. HABITUAL PHORIA | OD | |
| 4. STATIC SKIASCOPE | OS | |
| 5. DYNAMIC SKIASCOPE (20") | OD | -7.75 |
| | OS | Bala -7.75 |
| 6. DYNAMIC SKIASCOPE (40") | OD | OU -8.75 -3.00 x 010 |
| | OS | -8.00 -2.50 x 165 |
| 7. SUBJECTIVE  20/15  /15 | OD | -8.75 -3.00 x 015 |
| | OS | -8.00 -2.50 x 165 |
| 8. INDUCED PHORIA | ESO | EXO |
| 9. TRUE ADDUCTION (W/O ACC) | A) CMA on | |
| 10. CONVERGENCE (AAA & ADD) | HJ Rx chg to | |
| 11. ABDUCTION | adapt t/ | |
| 12. VERTICAL PHORIA | R. Make apply | |
| 13. INDUCED PHORIA (NEW RX) | ESO  EXO | |
| 14. CROSS CYL. (Dissociated) | OD I'm will likely | |
| | OS continue to ask | |
| 15. INDUCED PHORIA | ESO  EXO diff gls | |
| 16. ADD. TOLERANCE | 16.A la C 16.B | |
| 17. ADD. NEG. TOLERANCE | 17.A  17.B | |
| 18. VERTICAL PHORIA | R. Order turning | |
| 19. AMP. OF ACC. | lenses c small | |
| 20. TOL OF ACC STIMULATION | Curve Change | |
| 21. TOL OF ACC INHIBITION | (OH) Nosepieces | |

(right side of form blank)

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME _____  DATE _____   STAFF PERSON _____

Name: James Rue   Age: 43   LEE:   Date: 4-3-03
PCP:   Referred by:   Chart # 89813
CC: ↓DVA ↓NVA ↑Glare H/A Pain Injection FB Itch Water Burn Infection Flashes Floaters   Allergies
HPI: Having difficulties Reading & focusing far & Near - works c small electronics   PC.D
would like Rx for New Glasses
Can Not see well out of Rx from facility Doctor
Last Rx from AJF was Very good

Patient orientated to PPT:
Medical Hx Reviewed □
Meds: Synthroid   Drops: PRN Tears

AR:  OD
     OS
K:   OD
     OS
W:   OD -10.00 +1.50 x 108   20/   J
     OS -9.75 +1.50 x 80    20/   J
     Add: ---   Bi/Tri/PAL/Reader   Prism:
Ta:  OD   @   Fluress
     OS   Proparacaine / Fluorescein
VA:sc OD  20/   J
      OS  20/   J
Dilate: OU, OD OS   @ 8:35   AM/PM
M/N, Neo, Cyc, Tropic   Refused
Color:   Stereo:
-11.00 +2.50 x 108
M:   OD   20/   J
     OS   20/   J
C:   OD   -11.00 +2.50 x   20/ 25
     OS -10.25 +2.25 x 082   20/ 30
Add:   Bi/Tri/PAL/Reader
Prism:

EXTERNAL: Lid and lash margins intact, fissures are equal and without lesions OU. Proptosis absent OU. Lid closure and blink are normal, tear pool is normal without epiphora OU. Puncta are open & in apposition to globe, conjunctiva is non-inflamed OU, no crusting apparent OU. Pupils are equal, round, reactive to light. (-) APD.
OCULAR MOTILITIES: Alignment is orthophoric or acceptable phoria present distance & near, strabismus absent. Confrontation fields full OD & OS.
ANTERIOR SEGMENT: Corneal epithelium, stroma & endothelium are clear. Anterior chamber is dark and quiet OU. Lenses are clear or nuclear sclerosis appropriate for age. Iris & pupil normal. No synechia or wound abnormalities present OU. If pseudophakic then satisfactory pseudophakia present OD OS OU.
POSTERIOR SEGMENT: Vitreous clear, discs well defined and of normal color, macula is unremarkable, blood vessels normal. Peripheral retina intact.
C/D ratio: OD 0.06   Healthy
VARIATIONS:

Retinal Pigment Epi

clr.
no keratitis.

Recommended
c/75/04 +1.75 bi.
-11.00 +2.50 x 102
-10.25 +2.25 x 082
04/07/03

Diagnosis:
A: High myopia   w/H/P: RCC   New glasses with bifocal
astigmatism   exam by optometrist
presbyopia   exam per glasses

R   D W M Y PRN Letter   Dr.   Date: 4-3-03
For:   Scribe:   Tech:

Colorado Eye Associates   (719) 636-3937
J. Gregory Baron, M.D.,   P. Kevin Canon, M.D.,   Robert J. Foerster, M.D.,   D.B. Thatcher, M.D.,
Jeffrey Tidswell, O.D.,   Marta L Walz, O.D.

SEC 6.OPHTH

DOC# 65432    NAME Riedrich    DOB _____
DATE 3/4/04   FACILITY L-CF   PED _____    DATE _____ FACILITY _____ PED _____

| WITHOUT CORRECTION | EXISTING RX | NEW RX | | | WITHOUT CORRECTION | EXISTING RX | NEW RX | | |
|---|---|---|---|---|---|---|---|---|---|
| OD | OD | OD | | | OD | OD | OD | | |
| OS | OS | OS | | | OS | OS | OS | | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE | | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTANT OD | | | | | | DISTANT OD | | | | | |
| OS | | | | | | OS | | | | | |
| ADD OD | | | | | | ADD OD | | | | | |
| OS | | | | | | OS | | | | | |
| READING OD | | | | | | READING OD | | | | | |
| OS | | | | | | OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR | | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | | | | | FRAME | | | | |
| BIFOCAL | | | | | BIFOCAL | | | | |

NOTES: I'm CC - Need to new glasses to read still.

NOTES:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. OPHTHALMOSCOPE | OD | Enlarged Disc | | 1. OPHTHALMOSCOPE | OD | | |
| | OS | | | | OS | | |
| 2. OPHTHALMOMETER | OD | WNL 52/6 | | 2. OPHTHALMOMETER | OD | | |
| | OS | | | | OS | | |
| 3. HABITUAL PHORIA | OD | Illum to | | 3. HABITUAL PHORIA | OD | | |
| 4. STATIC SKIASCOPE | OS | test | | 4. STATIC SKIASCOPE | OS | | |
| 5. DYNAMIC SKIASCOPE (20") | OD | OS w/detail | | 5. DYNAMIC SKIASCOPE (20") | OD | | |
| | OS | | | | OS | | |
| 6. DYNAMIC SKIASCOPE (40") | OD | part exp- | | 6. DYNAMIC SKIASCOPE (40") | OD | | |
| | OS | | | | OS | | |
| 7. SUBJECTIVE | OD | DLR | | 7. SUBJECTIVE | OD | | |
| | OS | | | | OS | | |
| 8. INDUCED PHORIA | ESO | EXO ✓ | | 8. INDUCED PHORIA | ESO | EXO | |
| 9. TRUE ADDUCTION (W/O ACC) | | | | 9. TRUE ADDUCTION (W/O ACC) | | | |
| 10. CONVERGENCE (AAA & ADD) | | | | 10. CONVERGENCE (AAA & ADD) | | | |
| 11. ABDUCTION | | | | 11. ABDUCTION | | | |
| 12. VERTICAL PHORIA | R. | L. | | 12. VERTICAL PHORIA | R. | L. | |
| 13. INDUCED PHORIA (NEW RX) | ESO | EXO | | 13. INDUCED PHORIA (NEW RX) | ESO | EXO | |
| 14. CROSS CYL. (Dissociated) | OD | | | 14. CROSS CYL. (Dissociated) | OD | | |
| | OS | | | | OS | | |
| 15. INDUCED PHORIA | ESO | EXO | | 15. INDUCED PHORIA | ESO | EXO | |
| 16. ADD. TOLERANCE | 16.A | 16.B | | 16. ADD. TOLERANCE | 16.A | 16.B | |
| 17. ADD. NEG. TOLERANCE | 17.A | 17.B | | 17. ADD. NEG. TOLERANCE | 17.A | 17.B | |
| 18. VERTICAL PHORIA | R. | L. | | 18. VERTICAL PHORIA | R. | L. | |
| 19. AMP. OF ACC. | | | | 19. AMP. OF ACC. | | | |
| 20. TOL OF ACC STIMULATION | | | | 20. TOL OF ACC STIMULATION | | | |
| 21. TOL OF ACC INHIBITION | | | | 21. TOL OF ACC INHIBITION | | | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES            I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME _____ DATE _____    NAME _____ DATE _____

STAFF PERSON _____    STAFF PERSON _____

31274

DOC # 68432   NAME Rudnick, James   DOB ___

| | Left side | | Right side | |
|---|---|---|---|---|
| DATE | 12/8/00 | FACILITY LCF | DATE 12/30/02 | FACILITY LCF |

**Left exam (12/8/00):**

|  | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD |  |  | 20 |
| OS |  |  | 20 |

|  | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD |  |  |  |  |  |
| OS |  | Sub |  |  |  |
| ADD OD |  |  |  |  |  |
| OS |  |  |  |  |  |
| READING OD |  |  |  |  |  |
| OS |  |  |  |  |  |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | 52□ | 145 | 62 | PW |
| BIFOCAL | | | | |

NOTES: I'm upset that he cannot wear contacts, cannot get outside RX

| # | Test | OD/OS | Value |
|---|---|---|---|
| 1. | OPHTHALMOSCOPE | OD | 1/1 n |
| | | OS | unrked thy |
| 2. | OPHTALMOMETER | OD | molds w/ |
| | | OS | -APD |
| 3. | HABITUAL PHORIA | OD | |
| 4. | STATIC SKIASCOPE | OS | |
| 5. | DYNAMIC SKIASCOPE (20") | OD | Myop  17/15  140 pw |
| | | OD | |
| 6. | DYNAMIC SKIASCOPE (40") | OD | |
| | | OS | |
| 7. | SUBJECTIVE | OD | -800 -150 x 015 |
| | | OS | -775 -150 x 171 |
| 8. | INDUCED PHORIA | ESO | EXO |
| 9. | TRUE ADDUCTION (W/O ACC) | | New RX No copy given |
| 10. | CONVERGENCE (AAA & ADD) | | No solutions issued |
| 11. | ABDUCTION | | |
| 12. | VERTICAL PHORIA | R. | L. |
| 13. | INDUCED PHORIA (NEW RX) | ESO | EXO |
| 14. | CROSS CYL. (Dissociated) | OD | |
| | | OS | |
| 15. | INDUCED PHORIA | ESO | EXO |
| 16. | ADD. TOLERANCE | 16.A | 16.B |
| 17. | ADD. NEG. TOLERANCE | 17.A | 17.B |
| 18. | VERTICAL PHORIA | R. | L. |
| 19. | AMP. OF ACC. | | |
| 20. | TOL OF ACC STIMULATION | | |
| 21. | TOL OF ACC INHIBITION | | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES
Accepted pending change of Rx by Dr. Foppster recommendations
NAME _____ DATE 01-18-01
STAFF PERSON JQ Allison MRT II
SEC 6. OPHTH

**Right exam (12/30/02):**

|  | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD |  |  |  |
| OS |  |  |  |

|  | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD |  |  |  |  |  |
| OS |  |  |  |  |  |
| ADD OD |  |  |  |  |  |
| OS |  |  |  |  |  |
| READING OD |  |  |  |  |  |
| OS |  |  |  |  |  |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | 52□ | 145 | 62 | PW |
| BIFOCAL | | | 18h | Blue |

NOTES:

| # | Test | OD/OS | Value |
|---|---|---|---|
| 1. | OPHTHALMOSCOPE | OD | |
| | | OS | |
| 2. | OPHTALMOMETER | OD | |
| | | OS | |
| 3. | HABITUAL PHORIA | OD | |
| 4. | STATIC SKIASCOPE | OS | |
| 5. | DYNAMIC SKIASCOPE (20") | OD | |
| | | OD | 20/25  20 |
| 6. | DYNAMIC SKIASCOPE (40") | OD | |
| | | OS | |
| 7. | SUBJECTIVE | OD | -800 -225 x 015 |
| | | OS | -800 -175 x 106 |
| 8. | INDUCED PHORIA | ESO | EXO |
| 9. | TRUE ADDUCTION (W/O ACC) | | |
| 10. | CONVERGENCE (AAA & ADD) | | Rx sub |
| 11. | ABDUCTION | | |
| 12. | VERTICAL PHORIA | R. | L. |
| 13. | INDUCED PHORIA (NEW RX) | ESO | EXO |
| 14. | CROSS CYL. (Dissociated) | OD | |
| | | OS | |
| 15. | INDUCED PHORIA | ESO | EXO |
| 16. | ADD. TOLERANCE | 16.A | 16.B |
| 17. | ADD. NEG. TOLERANCE | 17.A | 17.B |
| 18. | VERTICAL PHORIA | R. | L. |
| 19. | AMP. OF ACC. | | |
| 20. | TOL OF ACC STIMULATION | | |
| 21. | TOL OF ACC INHIBITION | | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES
NAME inmate refused glasses   DATE 4/14/03
STAFF PERSON _____

DOC # 68432   NAME Rudnick, James   DOB 35
DATE 4/25/96   FACILITY LCF   PED ___     DATE 5/23/96   FACILITY LCF   PED ___

| | WITHOUT CORRECTION | EXISTING RX | | NEW RX | | | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|---|---|---|---|---|---|
| OD | | OD | 25 | OD | 24 | | OD | OD | OD |
| OS | | OS | 22 | OS | 20 | | OS | OS | OS |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE | | SPHERE | CYLINDER | AXIS | PRISM | B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTANT OD | -5.50 | -1.50 | 20 | | | DISTANT OD | | | | | |
| OS | -8.50 | | | | | OS | | | | | |
| | -8.30 | -1.25 | 170 | | | | | | | | |
| ADD OD | | | | | | ADD OD | | | | | |
| OS | | | | | | OS | | | | | |
| READING OD | | | | | | READING OD | | | | | |
| OS | | | | | | OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR | | SIZE | TEMPLE | P.D. | COL |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | | | 63 | | FRAME | | | | |
| BIFOCAL | | | | | BIFOCAL | | | | |
| NOTES | | -9.00 -1.50 x 20 | | | NOTES Double | | | | |
| | 92 | -8.30 -1.50 x 170 | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. OPHTHALMOSCOPE | OD -8.50 | | | 1. OPHTHALMOSCOPE | OD | | | |
| | OS -8.50 | | | | OS | | | |
| 2. OPHTALMOMETER | OD | | | 2. OPHTALMOMETER | OD | | | |
| | OS | | | | OS | | | |
| 3. HABITUAL PHORIA | OD | -8.30 -1.50 x 20 | | 3. HABITUAL PHORIA | OD | | | |
| 4. STATIC SKIASCOPE | OS | -8.30 -1.50 x 170 | | 4. STATIC SKIASCOPE | OS | | | |
| 5. DYNAMIC SKIASCOPE (20") | OD | -1.25 | | 5. DYNAMIC SKIASCOPE (20") | OD | | | |
| | OD | | | | OD | | | |
| 6. DYNAMIC SKIASCOPE (40") | OD | | | 6. DYNAMIC SKIASCOPE (40") | OD | | | |
| | OS | -2.00 | | | OS | | | |
| 7. SUBJECTIVE | OD | | | 7. SUBJECTIVE | OD | | | |
| | OS | | | | OS | | | |
| 8. INDUCED PHORIA | ESO | EXO -1 | | 8. INDUCED PHORIA | ESO | EXO | | |
| 9. TRUE ADDUCTION (W/O ACC) | | | | 9. TRUE ADDUCTION (W/O ACC) | | | | |
| 10. CONVERGENCE (AAA & ADD) | | | | 10. CONVERGENCE (AAA & ADD) | | | | |
| 11. ABDUCTION | | | | 11. ABDUCTION | | | | |
| 12. VERTICAL PHORIA | R. | L. | | 12. VERTICAL PHORIA | R. | L. | | |
| 13. INDUCED PHORIA (NEW RX) | ESO | EXO | | 13. INDUCED PHORIA (NEW RX) | ESO | EXO | | |
| 14. CROSS CYL (Dissociated) | OD | -1.25 | | 14. CROSS CYL (Dissociated) | OD | | | |
| | OS | | | | OS | | | |
| 15. INDUCED PHORIA | ESO | EXO | | 15. INDUCED PHORIA | ESO | EXO | | |
| 16. ADD. TOLERANCE | 16.A | 16.B | | 16. ADD. TOLERANCE | 16.A | 16.B | | |
| 17. ADD. NEG. TOLERANCE | 17.A | 17.B | | 17. ADD. NEG. TOLERANCE | 17.A | 17.B | | |
| 18. VERTICAL PHORIA | R. | L. | | 18. VERTICAL PHORIA | R. | L. | | |
| 19. AMP. OF ACC. | | | | 19. AMP. OF ACC. | | | | |
| 20. TOL OF ACC STIMULATION | | | | 20. TOL OF ACC STIMULATION | | | | |
| 21. TOL OF ACC INHIBITION | | | | 21. TOL OF ACC INHIBITION | | | | |

RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES          I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME _____ DATE _____     NAME _____ DATE _____

STAFF PERSON _____               STAFF PERSON _____

| DOC # 68432 | NAME Rudnick James | | | 2/18/93 DOB 32 |
|---|---|---|---|---|
| DATE 9/29/92 | FACILITY LCF | PED | DATE 1/25/93 FACILITY LCF | PED |

| WITHOUT CORRECTION | EXISTING RX | NEW RX | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|---|---|
| OD | OD | OD 20 | OD | OD | OD |
| OS | OS | OS 20 | OS | OS | OS |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE | | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTANT OD | -9.00 | -1.50 | 20 | | | DISTANT OD | | | | | |
| OS | -8.50 | " | 170 | | | OS | | | | | |
| ADD OD | | | | | | ADD OD | | | | | |
| OS | | | | | | OS | | | | | |
| READING OD | | | | | | READING OD | | | | | |
| OS | | | | | | OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR | | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | 52/18 | 140 | 63 chi | | FRAME | | | 63 | |
| BIFOCAL | | | | | BIFOCAL | | | | |

NOTES: front -9.00 -1.25 × 20
-7.75 -1.50 × 170

NOTES: 9/92  -9.00 -1.50 × 20
-8.50 " " 170

| 1. OPHTHALMOSCOPE | OD | | 1. OPHTHALMOSCOPE | OD |
|---|---|---|---|---|
| | OS | | | OS |
| 2. OPHTALMOMETER | OD | | 2. OPHTALMOMETER | OD |
| | OS | | | OS |
| 3. HABITUAL PHORIA | OD | | 3. HABITUAL PHORIA | OD |
| 4. STATIC SKIASCOPE | OS | | 4. STATIC SKIASCOPE | OS |
| 5. DYNAMIC SKIASCOPE (20") | OD | | 5. DYNAMIC SKIASCOPE (20") | OD |
| | OD | 1/25/93 | | OD |
| 6. DYNAMIC SKIASCOPE (40") | OD | | 6. DYNAMIC SKIASCOPE (40") | OD |
| | OS | | | OS |
| 7. SUBJECTIVE | OD | | 7. SUBJECTIVE | OD |
| | OS | | | OS |
| 8. INDUCED PHORIA | ESO | EXO | 8. INDUCED PHORIA | ESO | EXO |
| 9. TRUE ADDUCTION (W/O ACC) | | | 9. TRUE ADDUCTION (W/O ACC) | | |
| 10. CONVERGENCE (AAA & ADD) | | | 10. CONVERGENCE (AAA & ADD) | | |
| 11. ABDUCTION | | | 11. ABDUCTION | | |
| 12. VERTICAL PHORIA | R. | L. | 12. VERTICAL PHORIA | R. | L. |
| 13. INDUCED PHORIA (NEW RX) | ESO | EXO | 13. INDUCED PHORIA (NEW RX) | ESO | EXO |
| 14. CROSS CYL. (Dissociated) | OD | | 14. CROSS CYL. (Dissociated) | OD | |
| | OS | | | OS | |
| 15. INDUCED PHORIA | ESO | EXO | 15. INDUCED PHORIA | ESO | EXO |
| 16. ADD. TOLERANCE | 16.A | 16.B | 16. ADD. TOLERANCE | 16.A | 16.B |
| 17. ADD. NEG. TOLERANCE | 17.A | 17.B | 17. ADD. NEG. TOLERANCE | 17.A | 17.B |
| 18. VERTICAL PHORIA | R. | L. | 18. VERTICAL PHORIA | R. | L. |
| 19. AMP. OF ACC. | | | 19. AMP. OF ACC. | | |
| 20. TOL OF ACC STIMULATION | | | 20. TOL OF ACC STIMULATION | | |
| 21. TOL OF ACC INHIBITION | | | 21. TOL OF ACC INHIBITION | | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES
NAME [signature] DATE 12-30-92
STAFF PERSON Jennifer Allison Med Recs

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES
NAME _____ DATE _____
STAFF PERSON _____