# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Limon Correctional Facility

49030 State Hwy 71
Limon, CO 80826
Phone: (719) 775-9221
Fax: (719) 775-7607 (Upper Admin)
Fax: (719) 775-7676 (Lower Admin)

Web: www.doc.state.co.us



Bill Owens
Governor

Joe Ortiz
Executive Director

September 29, 2005

Re: Eyeglasses

Dear Mr. Rudnick          DOC #68432

The eye doctor reviewed your file yesterday to determine if any changes can be made to the eyeglasses you have received from the Department of Corrections. The glasses you have been issued have been made appropriately based upon your current prescription. The eyeglasses you are requesting are not available through the Department of Corrections. Also, you do not meet the criteria for contact lenses.

Please review AR 700-05 *Optometry Scope of Service* for further information.

Sincerely,

*B. Ventura*

G. Ventura, Medical Records Technician I
Clinical Services

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-LF05/06-207

STEP (Circle One) **1** 2 3     ADA? Yes ☐ No ☒

| NAME | Rudnick, James | DOC NO. | 68432 | FACILITY | LCF |
|------|----------------|---------|-------|----------|-----|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** Medical - Eyeglasses / Contacts

I saw the eye Dr. a while back for an exam. He did the exam but then, made changes on the machine altering the prescription - WHY? Because my eyesight is so touchy for prescriptions - and because my last eye glasses & frames were WAY-OFF, the glasses and prescription have been "HELD-UP" for another review... I also need eye exam for contacts (just like you have provided others!)

Relief: I need a proper eye-exam for new prescription AND eyeglasses that not only work clearly but that FIT and that are constructed with proper lenses for my condition.

Thank You,

DATE: 4-1-06    OFFENDER SIGNATURE: [signature]

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

AR 700-05 C.1.a states " Contact lenses---shall not be provided, prescribed, replaced nor approved by the DOC except where medically indicated for specific eye diseases as diagnosed by an opthalmologist." You do not have such a diagnosis.

AR 850-04.B.1.f states " Greivances which are duplicative or repetetive of the offenders prior greivances shall be denied. This same matter has been greived before, the last being on 8/6/2005.

For the above reasons, this greivance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 4/14/06 | SIGNATURE/PRINT NAME & Staff ID # Patricia DeeAnne Kahler #7276 [signature] |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical**

| DATE: 4-10-06 | SIGNATURE/PRINT NAME & Staff ID # G. Ventura #13063 |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: 4/26/06 | OFFENDER SIGNATURE/PRINT NAME & DOC # [signature] Rudnick 68432 |
|---|---|

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

C-LF 05/06-

| Grievance Number 207 | STEP (Circle One) 1 (2) 3 | ADA? Yes ☐ No ☒ |
|---|---|---|
| NAME Rudnick, James | DOC NO. 68432 | FACILITY LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Allsauce fee received on 5/5/06 w/Myr McCallum

Subject of Grievance and Requested Remedy: Medical Eyeglasses / Contact Lenses.

STEP I Response is False in that YOU HAVE provided people with Contacts who do not have specified eye disease And who cases ! That is only what YOUR provider "covers" NOT what you MUST provide at your own LCF expense based on SPECIALIST Recommendations. Failure to provide is liable for suit.

Response on 'duplicative' is moot when issue is different And/or Matter Remains Unresolved

Eye Glasses + Exam — still remain unaddressed; And Eye Dr. has my eyeglasses

Relief: Proper Eye Exam, proper Glasses, And Contact lens Exam + Lenses -OR- Seek Buckley Eye/Vision Institute Lens Implants;

Thankyou.

| DATE 5/9/06 | OFFENDER SIGNATURE |
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

see attached

A.Bloor (A.Bloor, 6262)
5-24-06

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 5-12-06 | SIGNATURE/PRINT NAME & Staff ID # G. Cowell, RN 7552 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical |

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 6/6/06 | OFFENDER SIGNATURE/PRINT NAME & DOC # RUDNICK 68432 |

Original: Department File/AIC  Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

You were seen by the eye doctor in January, 2006. He ordered glasses for you, asking for "thinner lenses with small plastic frame and adj. nosepieces". His note does not say that you need contact lenses.
Grievance denied.

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LF 05/06-25   STEP (Circle One) **1** 2 3   ADA? Yes ☐ No ☒

| NAME | Rudnick, James | DOC NO. | 68432 | FACILITY | LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

Eyeglasses supplied by D.O.C. do not work for my vision needs. The lenses are not focal centered, the frames do not fit my head. And the Eye Doctor agreed to a prescription for (High Index - Thinner type) lenses which are more suitable for my condition. Lastly, the 'grade' of lense material appears hazy. Making overall, a heavy unusable product.

I request high quality, high index lenses, (with focal point centered) put in 'specialist prescribed' frames as he recommended. (Using smallest diameter lenses possible in frames that fit)*

*due to extreme Rx values

DATE: 7/25/05   OFFENDER SIGNATURE
DATE RECEIVED   RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

If the glasses you received were not satisfactory, you may put in a kite to see the Optometrist. You will be scheduled with him. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 8/19/05   SIGNATURE/PRINT NAME & Staff ID # J Stock JSTOCK #9314
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical**

DATE: 7-26-05   SIGNATURE/PRINT NAME & Staff ID # G. Ventura GVentura #13063
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 8/19/05   OFFENDER SIGNATURE/PRINT NAME & DOC # RUDNICK 68432

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LF05bk-25   STEP (Circle One) 1 (2) 3   ADA? Yes ☐ No ☒

| NAME | Rudnick, James | DOC NO. | 68432 | FACILITY | LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**   Received from Cs. Mgr. 8-23-05

Response to Step 1 Grievance is prime example of system not working. I have seen the optometrist + specialist many times since year 2000. It has since been determined that Rx (eye exam) part is okay. But the "end-result product" is not.

I will put in another kite to optometrist to re-explain my situation... Though I have found-out I am not unique in this matter of State issued faulty (unusable) product (see step 1 Grievance and past Ltrs + complaints)

→ The State Issue Glasses must serve fully + satisfactorily its intended purpose as we have no other option or source.

→ The opto. Appointment must be considered a "follow-up" no charge. (See Step 1 Remedy)

| DATE: 8-23-05 | OFFENDER SIGNATURE [signed] |
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

As you state above, you have addressed this issue in the past. The answer remains the same. The glasses have been made to the optometrist specifications. The type eye wear you are requesting is not available.
Grievance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 9/20/2005 | SIGNATURE/PRINT NAME & Staff ID # Patricia D. Kahler  Patricia D. Kahler #7276 |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

| DATE: 9-26-05 | SIGNATURE/PRINT NAME & Staff ID # [signed] G. Ventura  G. Ventura #13063 |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections to this grievance.

| DATE: 9/21/05 | OFFENDER SIGNATURE/PRINT NAME & DOC # [signed] Rudnick 68432 |

Original: Department File/AIC  Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4B (10/02)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Assigned Grievance _____  STEP II

| NAME | Rudnick | DOC NO. 68432 | FACILITY | LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP IN GRIEVANCE PROCESS.

REQUEST:

IT IS APPARENT THAT YOU WOULD RATHER DENY "MEDICAL NEEDS" AND CAUSE UNNECESSARY SUFFERING THAN ADMIT YOUR ERROR AND VIOLATIONS OF THE A.R. GRIEVANCE PROCESS. THAT'S CALLED MALICE. THE "ATTACHED" INFORMAL AND STEP I STATE CLEARLY MY ISSUE AND REQUEST.

MY MEDICAL ITEMS 'TAKEN BY YOUR STAFF + DESTROYED' ARE FOR LIFE LONG CONDITIONS. YOU HAVE MADE NO EFFORT TO REPLACE THEM OR TO SEE HOW IT IS AFFECTING ME, TO SEE TO MY NEEDS. WHEN A DOCTOR HAS "PRESCRIBED" ITEMS FOR 'MEDICAL NEED' AND YOU ARE THE MEDICAL CARE PROVIDER, THAN YOU ARE THE ONES TO PROVIDE THESE PRESCRIBED ITEMS. (THIS WOULD INCLUDE THE PROPER UPKEEP + REPLACEMENTS AS NEEDED) — YOU RECALL I COULD NOT GET MY WEDGE "RECOVERED".

I STILL HAVE ACID REFLUX/GERD REQUIRING A WEDGE PILLOW AND PERIODIC STOMACH PILLS
I STILL HAVE "HIP COND." REQUIRING PAD AND HIGHER CHAIR.
I STILL HAVE FOOT PROBLEMS REQUIRING 'ORTHOTICS / ARCH SUPPORT / + SUPPORTIVE BOOTS
I STILL HAVE EYE PROBLEMS UNRESOLVED BY STATE ISSUE GLASSES OR DENIED PRESCRIPT.*
WHY NOT *(FROM YOUR OWN EYE SPECIALIST) — THE LIST GOES ON —
= USE COMMON SENSE, AS MEDICAL CARE PROVIDERS, PROVIDE FOR MY MEDICAL NEEDS WITH LIFE-LONG MEDICAL ITEMS FOR MY LIFE-TIME NEEDS FOR LIFE-LONG SENTENCE. AND PAPERWORK TO MATCH.
THANK YOU.

| DATE: 12-08-03 | OFFENDER SIGNATURE [signature] 68432 |

RESPONSE
1) A new Wedge pillow will be ordered to replace the old pillow for GERD.
2) Chair pillow is not authorized or available for ordering. All items brought to medical were deteriorated to the point of being usable + were destroyed.
3) 4/03 — Pt sent to laundry for evaluation of proper shoe size.
4) Evaluation by "Eye Specialist" denied need for special prescript. glasses.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your case manager or the grievance officer.

| DATE: 1-20-04 | SIGNATURE/PRINT NAME & Staff ID # Carolyn Busendine HSA |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Clinical |
| DATE: 12/9/03 | SIGNATURE/PRINT NAME & Staff ID # Jennifer Allison 1515 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 01-28-04 | OFFENDER SIGNATURE/PRINT NAME & DOC # [signature] |

Original: Department File  Copies: Working File, Warden, Offender

Attachment "B"
Page 1 of 1

# STATE OF COLORADO

**Colorado Department of Corrections**

Limon Correctional Facility
Clinical Services
49030 State Hwy 71
Limon, Colorado 80826

Phone: (719) 775-7659
Fax: (719) 775-7651

Web: www.doc.state.co.us



Bill Owens
Governor

Joe Ortiz
Executive Director

**TO:** James Rudnick (DOC# 68432)

**FROM:** Chris Petrozzi, Clinical Team Leader

**RE:** May 14, 2002; Letter to Mr. Joe Ortiz Regarding Eye Care

**DATE:** July 12, 2002

I received a copy of your typewritten letter to Mr. Ortiz in which you allege that the Department of Corrections is "denying you medical care, i.e. proper eye-wear/prescription." In past letters to CURE, ADA and the State Board of Optometric Examiners you accused DOC of "breaking rules and constitutional rights to have it our way," and that we "refuse to accept specialist recommendations...."

You state that DOC has failed to issue you proper eye glasses. This issue has been addressed in numerous letters from me over the past year. Departmental and facility policies regarding this issue have been fully explained to you. Still, you continue to misrepresent the facts of your care to professional governing bodies, advocacy organizations, and now to the Executive Director of the Department of Corrections. Efforts to misrepresent and circumvent the very standards designed to ensure your health care are unlikely to yield a positive outcome.

I suggest that if you are genuinely concerned about your optometric care you afford yourself of the treatment available as defined by Departmental policy, clinical standards and operational memorandum.

xc: Don Lawson, Director of Operations, Clinical Services

I am in receipt of your March 4, 2002 letter stating you will be contacting an outside vendor to purchase medically needed eyeglasses at the expense of clinical services. Per AR 700-05 Implementation/Adjustment, "all prescription eye ware will be obtained through LCF Clinical Services and the DOC Optometrist. Offenders may not purchase prescription eye ware through outside vendors pursuant to Administrative Regulation 850-06, "Offender Property." I presume the Board of Optometric Examiners was not privy to this longstanding policy when you sought their assistance in resolving this matter. I would be happy to forward this information for the Board's records. Should you choose to afford yourself of this professional courtesy, please ask the medical records technician to provide you a consent for disclosure (release) form.

I am unable to support your efforts to obtain eye ware of your own choosing in blatant disregard of DOC and LCF policy and procedures. Willful misconduct of your own choosing will do little to remedy your complaint. Eye-examinations and corrective glasses will be provided to offenders according to DOC stipulations and procedures. You have been informed numerous times about the policies and procedures relative to optometry services and obtaining the services of a private health care provider.

# STATE OF COLORADO

**Colorado Department of Corrections**
Limon Correctional Facility
Clinical Services
49030 State Hwy 71
Limon, Colorado 80826

Phone: (719) 775-7659
Fax: (719) 775-7651

Web: www.doc.state.co.us



Bill Owens
Governor

John W. Suthers
Executive Director

**TO:** James Rudnick (DOC# 68432)

**FROM:** Chris Petrozzi, Clinical Team Leader

**RE:** September 26, 2001 Letter to CURE

**DATE:** November 9, 2001

I have received a copy of your handwritten letter to CURE in which you allege that the Department of Corrections is "breaking rules and constitutional rights to have it our way." You state that the LCF Medical Department "refuses to accept specialist recommendations...."

It is the policy of the Colorado Department of Corrections (CDOC) to view recommendations by outside providers as exactly that, recommendations. Although CDOC takes recommendations from consultants seriously, it is recognized that consultants do not work inside the system and thus are not always aware of Departmental and facility policies, procedures, and constraints. In other words, third party recommendations may or may not be accepted as orders.

You state that DOC has failed to issue you proper eye glasses. This issue has been addressed in letters from me dated March 9, 2001 and June 4, 2001. Departmental and facility policies regarding this issue have been fully explained to you.

You continue to be treated for your sinus condition by prescription medication, periodic sinus CT scans (the last of which was 9/6/2001), and ENT consultations. Although you were not issued a nasal suction devise, an alternative means of nasal irrigation has been discussed with you.

Finally, a request for a raised/elevated chair was not approved by LCF administration.

I hope this letter will serve to assure you that your concerns were addressed in a fair, and professional fashion.

xc: Don Lawson, Director of Operations, Clinical Services
Gary Watkins, LCF Warden

LF01-1241S
DC FORM 850-4A (8/99)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE FORM
### STEP II

**NAME** J. Rudnick    **DOC NO.** 68432    **FACILITY** LCF

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

MEDICAL

**REQUEST:** As previous responses to Step I and Informal Grievances are not answers to my issues I now submit regarding unfilled med. orders:
1) If medical chair "is not avail", make one available, as prescribed.
2) I was told by 'Bone Specialist' to continue with phys. therapy. P.T. was to prescribe "therapy" based on new (then) x-rays.
3) Do not play doctor, a "specialist" prescribed the nasal tube for a reason. "Suggestions" of alternate methods are fictitious.
4) I still need proper eyeglasses + contacts as "specialist" prescribed.

**REMEDY:** Fill med. orders as prescribed by your specialists. Thank you.

**DATE:** 06-29-01    **OFFENDER SIGNATURE:** [signature] #68432

**RESPONSE:**

The issue concerning your eye glasses has been addressed (see attached letters.) Regarding Physical Therapy-Dr. Morgan did not recommend physical therapy in his July 6. 2001 consultation.
Per Dr. Bloor-you may purchase a saline nasal spray from the canteen as a means to irrigate your sinuses, you are encouraged to submit a "kite" to see a medical provider so that you can be instructed on how to irrigate by an alternative method.
The issue of the raised chair or other similar devise is currently under consideration. However, please keep in mind that DOC medical staff reserve the right to waive the recommendations from consultant providers.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

**DATE:** 7/23/01    **SIGNATURE:** Christopher Pettry
**RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

**DATE:** 6-29-01    **SIGNATURE:** J. Collison MRT II
**RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

**DATE:** 7/25/01    **SIGNATURE:** [signature]

20035   DISTRIBUTION:   White-Department File   Canary-Working File   Pink-Administrative Head   Goldenrod-Offender

ATTACHMENT "A"
Page 1 of 1

# STATE OF COLORADO

Colorado Department of Corrections
Limon Correctional Facility
Clinical Services
P. O. Box 10000
Limon, Colorado 80826

Phone: (719) 775-7659
Fax: (719) 775-7651

Web: www.doc.state.co.us



Bill Owens
Governor

John W. Suthers
Executive Director

DATE:  June 4, 2001
TO:    Mr. James Rudnick (DOC # 68432)
FROM:  Christopher Petrozzi, Clinical Team Leader 
RE:    Eye glasses

I received a copy your April 17, 2001- rebuttal letter in which you allege that the Department of Corrections continues to neglect your vision needs. What you perceive to be negligent care instead appears to be your discontentment with existing Department of Corrections Administrative Regulations, Provider Standards, and Facility Operational Memoranda.

Since you feel that your State issue glasses did not have the correct prescriptive values, please complete a "kite" as soon as possible to have a follow-up appointment with Dr. Martin this month. I encourage you to use that time as a means to clarify any questions or concerns you have about your vision.

Should you continue to have concerns about your vision needs you may (in accordance with DOC AR 700-21) locate and contact a private eye specialist of your choice - you will of course be the financially responsible party. Please remember that recommendations from a private health care provider must comply with all DOC, facility, and Clinical Services rules and regulations.

LF01-0528

DC FORM 850-4A (8/99)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE FORM

STEP __II__

NAME: James Rudnick     DOC NO. 68232     FACILITY: LCF

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

REQUEST: The I.R.A. + Step I responses do not satisfy this Emergency Grievance issue. I need to see — I need new glasses based on the new Rx and Specifications set by your DOC Eye Specialist Dr. Foerster and by legitimate medical need. I told you that the previous state issue glasses do not work. Are you going to supply new glasses and contacts or permit me to get my own? Rx is different. Neither AR 700-5 nor any other policy address Graves Disease, for which "Contacts" have worked well for 27 years (almost 9 yrs inside D.O.C.). Is it your policy to treat only part of this disease and other conditions while I'm in D.O.C. custody? I'm already on Synthroid and Sinus Meds, but there are other considerations. With Glasses, policy considerations must be given to: Vision Need + Correction; Fit + Weight; and, Application. Glasses must effectively serve within legitimate parameters as prescribed. These glasses are for back-up to Contacts use per your specialist, for sports.

Who's making your policies? A Doctor or a Layman? How is it You Choose to Stand Between a Suffering Patient and his Prescribed Med. Care? This is an Urgent Need for a Medical Necessity.     Thank You.

DATE: 03-12-01     OFFENDER SIGNATURE: _____

RESPONSE:
Per AR 700-05 Section C.1. "Contact lenses and/or their maintenance supplies shall not be provided, prescribed, nor approved except where medically indicated for specific eye diseases as diagnosed by an ophthalmologist..." In your case it was determined that you did not have an eye disease that required contacts: as such, you received State issued glasses on January 18, 2001.

The Limon Correctional Facility (LCF) does not allow offenders to purchase prescription eye ware through outside vendors (OM 850-6). Additionally, LCF prohibits eyeglasses, clip-on sun glasses, contact lens, solutions or cleaners, if purchased from a private vendor. This policy has been in effect since September 11, 1998. Should you continue to have concerns about your vision needs you may (in accordance with DOC AR 700-21) locate and contact a private eye specialist of your choice-you will of course be the financially responsible party. Please remember that recommendations from a private health care provider must comply with all DOC rules and regulations.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

DATE: 3/20/01   SIGNATURE: Christopher Petroy

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical - Eye glasses

DATE: 3/13/01   SIGNATURE: P. Walton

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 3/29/01   SIGNATURE: _____

20035     DISTRIBUTION:   White-Department File   Canary-Working File   Pink-Administrative Head   Goldenrod-Offender

ATTACHMENT "A"
Page 1 of 1

# STATE OF COLORADO

Colorado Department of Corrections
Limon Correctional Facility
Clinical Services
P. O. Box 10000
Limon, Colorado 80826

Phone: (719) 775-7659
Fax: (719) 775-7651

Web: www.doc.state.co.us

Bill Owens
Governor

John W. Suthers
Executive Director

DATE:     March 9, 2001
TO:       Mr. James Rudnick (DOC # 68432)
FROM:     Christopher Petrozzi, Clinical Team Leader 
RE:       Eye glasses

I received a copy your December 14, 2000-letter to Department of Corrections Executive Director John Suthers. In your letter you allege that the Department of Corrections has neglected your vision needs.

On December 12, 2000, Anita Bloor, MD authorized you to retain your prescription contacts for one month. On December 28, 2000, the ophthalmologist Robert J. Foerster, MD determined that you had "high myopia with astigmatism, *no ocular disease present....*"

As you know per DOC AR 700-05 Section C.1. "Contact lenses and/or their maintenance supplies shall not be provided, prescribed, nor approved except where medically indicated for specific eye *diseases* as diagnosed by an ophthalmologist...." In your case it was determined that you did not have an eye disease that required contacts; as such, you received State issued glasses on January 18, 2001.

As you know, the Limon Correctional Facility (LCF) does not allow offenders to purchase prescription eye ware through outside vendors (OM 850-6). Additionally, LCF prohibits eyeglasses, clip-on sun glasses, contact lens,' solutions or cleaners, if purchased from a private vendor. This policy has been in effect since September 11, 1998.

Since you received State issued prescription eye glasses based upon the recommendations of an ophthalmologist, I feel compelled to disagree with your allegations that the Department of Corrections has been indifferent or neglectful. Should you continue to have concerns about your vision needs you may (in accordance with DOC AR 700-21) locate and contact a private eye specialist of your choice - you will of course be the financially responsible party. Please remember that recommendations from a private health care provider must comply with all DOC, facility, and Clinical Services rules and regulations.

cc:   John W. Suthers, Executive Director
      Mary West, Ed.D., Deputy Director of Special Operations
      Don Lawson, Director of Operations, Clinical Services
      Gary Watkins, LCF Warden

DC FORM 850-4A (8/99)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE FORM
### STEP _I_

1F01-032a
O'Connor
3

NAME: RUDNICK, James   DOC NO. 68432   FACILITY: Limon

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

REQUEST: Your I.R.A. response is inadequate. I need to see. I need new glasses and contacts per Dr. Foerster's Rx and recommendations -- PA Laurence, NP Walker and (2) other staff were present in our conference which resolved verbally for me to go ahead and purchase them (if need be thru D.O.C. eye specialist). I want confirmation as stated in I.R.A.. This is a medical issue. Mtg. with Mr. Petrazzi confirmed that D.O.C. is to provide for medical eye care. That such can be obtained thru a D.O.C. provider. Read your AR's + OM's. Stop passing the buck. This is a serious medical need that should be provided for by D.O.C.

— Thank you.

DATE: 03-01-01   OFFENDER SIGNATURE: [signature]

RESPONSE:
1) Per DOC AR 700-5 - you are not a candidate for contacts. You have not been diagnosed with an ocular disease (per Dr Foerster).

2) You have received prescription glasses based on recommendation of an ophthalmologist. Your eye care needs are being met by DOC at the present time.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

DATE: 3-6-01   SIGNATURE: Carolyn Busendino RN IV

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Eye glass (Medical)

DATE: 3/2/01   SIGNATURE: [signature] Watson

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 03-07-01   SIGNATURE: [signature]

20035   DISTRIBUTION: White-Department File   Canary-Working File   Pink-Administrative Head   Goldenrod-Offender

ATTACHMENT "A"
Page 1 of 1

001-0005

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
CLINICAL SERVICES

FORM # SEC.5,MEDGRIE

LF01-032

## INFORMAL RESOLUTION ATTEMPT

JW 2/16/01

| INMATE NAME | DOC# | FACILITY | CELLHOUSE |
|---|---|---|---|
| JAMES RUDNICK | 68A32 | LCF | 3-C |

**SUBJECT OF GRIEVANCE:** PERMISSION FOR EYEGLASSES

**WHAT IS THE BASIS OF THE INMATE COMPLAINT (Be specific and brief):**

I NEED CONFIRMATION THAT I CAN PURCHASE MY EYEGLASSES FROM AN OUTSIDE SOURCE PER DR. FOERSTER'S PRESCRIBED RECOMMENDATIONS AND OUR PREVIOUS DISCUSSIONS ON MY SITUATION (CONFIRMATION SHOULD INCLUDE THE PERIODIC SUPPLIES FOR CONTACTS) THIS IS SO THAT THE MAIL ROOM WILL HAVE SOMETHING TO GO BY AND NOT CONTRABAND IT.... WHEN THEY COME IN.

02-16-01                                            68A32

**WHAT DID YOU AND THE INMATE DISCUSS AND AGREE TO FOR RESOLUTION**
(Note: Stay within policy):

Ordering glasses from an outside source is a security issue and needs to be addressed through them.

**WHAT WAS DECIDED (Within policy limitations):**

☐ Inmate is satisfied with informal resolution shown above.
☒ Inmate elected to file a STEP 1 Grievance Form.
☐ Inmate was given a STEP 1 Grievance Form.
☐ Inmate obtained a STEP 1 Grievance Form from case manager.

Inmate Signature

Clinical Staff Member Signature: Grinnwell, RN

Date: 2-26-01

12-14-00

James Rudnick #68432
Colorado D.O.C.
L.E.F. Box 10000
Limon, CO. 80826

A.D.A. Disability Rights Sections
P.O. Box 66738
Washington, D.C. 20035-6738

RE: D.O.C. and Medical Staff Deliberate Indifference To My Serious Medical Needs.

Dear Sirs,

I am writing to inform you that I am having problems with this Colorado D.O.C. facility by their failing to properly recognize and treat my serious medical conditions.

The staff 'overrides' doctor prescriptions and makes their own determinations as to my needs and what D.O.C. should provide me. Staff that is unlicensed nor trained in the area they are making the decisions about.

In fact, certain staff are 'taking it upon themselves' as a personal mission to 'make me/us 'compliant' (by their own interpretation) to current policies of which are known to be in conflict, with faults, errors, and ambiguous, not taking into consideration specific medical situations or conditions as in my case.

It's as if they take it as their personal duty to 'avoid expenses' for D.O.C. and gloss-over inmates serious medical needs with delay tactics, buck-passing, forgetfulness, or down-playing the seriousness of our needs or situations. Then, 'limiting' what treatments are available, often, making us pay for our own medcations and further medical visits.

I have written you just recently, on this staffs' attempts to TAKE AWAY my contact lenses and supplies, and any possibility of their replacements. Then, to TAKE AWAY my personal eye glasses (made special for my condition), claiming D.O.C. glasses are sufficient for my needs...which they are not,(these people are not eye doctors nor trained in this area) My condition is denied legitimacy without proof and they ignore my claims to needs based on little or no material or chart provided them from the 'biased' D.O.C. optometrist (who has an attitude against 'convicts' as shown in her limited eye exam and rushed poorly executed vision test performed while agitated and bumping the apparatus).

SECURITY officers at this facility do NOT have a problem with 'contacts' and several inmates already have them either by entry with them or facility provided. (the exact same type as mine). The same holds true with the personal eyeglasses.

Though my personal eye glasses were purchased by my own means, they were purchased through the D.O.C. provided catalog only a few years ago, as was the accepted practice. I have had my contact lenses provided by my outside eye doctor, also, at my own expense, again following accepted facility procedures. I have been here since 1992.

Currently, I am being threatened to have to 'give-up' my eye glasses and contacts. My glasses are broken and not able to be replaced or repaired (by this policy) and the mail room will not allow the entry of any glasses or solutions or contacts. I need to see and the D.O.C. eye glasses have not arrived nor will they be of any value anyways. This in turn forces me to be blind in this correctional facility until I [illegible] or use saliv[illegible] my contacts [illegible]

A.D.A. / RUDNICK letter                          PAGE -2-

The D.O.C. eye doctor took over 5 weeks to get an appointment and since then it has been 2 weeks waiting still for these 'ineffective' glasses. This when my outside eye doctor could have a good pair here in 2 days.

This is just one issue.

I also have hip and back damage not being properly addressed where unsettled 'special request' issues and provisions determinations are left up to a lowly therapist who has no authority to make such D.O.C. allowances. Then, I have an unresolved chronic sinus condition for which even the decongestant medicines have been 'taken away'. NOTE: even communication with an outside ear, nose throat specialist has been banned by this facility's staff interference.

The general opinion of this staff is that outside doctors opinions and decisions are only a recommendation that they <u>do not have to consider or follow</u>. (again, these are P.A.s and R.N.s making this interference calls) These lower staff then attempt to influence the facility people who are in charge, to back their decisions limiting doctor prescribed or necessary treatments, often with the final say of the matter on the lower staff.

Test results or Xray findings are not revealed to us and only limited information provide without copies of these results or their recommended treatments. The facility 'limitation are not provided regarding WHY we cannot receive the doctor prescribed or recommended treatments. So I feel (as do many others) that we get less than minimal appropriate care for our serious conditions and are denied alternatives or other remedies other than going to court.

It is my hope that you will contact me and pursue an investigation into these claims, and issues stated above, and others not listed but no less serious.

ie: Hepititus positive food handlers, HIV inmates, Inmates with T.B. sharing cells with critically serious heart condition inmates, unprotected blind or wheelchair inmates, Hearing impaired or noise sensitive Inmates unprotected, all going-on in gen. population.

Lastly, the issue of CHARGING inmates for necessary medications, pain relievers, cold and flu medicines, and the lack of availability of alternatives (or even the selected medicines they prescribe) thus, forcing inmates to endure unnecessary hardship if indigent or if meds not available, and the prolonged general population exposure to such illnesses.

Please contact me as soon as possible or your earliest convenience.

Thank you.

Sincerely,

J. Rudnick #68432
        (I have been to each of these persons without resolve to my situation)
D.O.C. persons involved:
Dr. Martin (eye doctor)                     P.A. Ted Laurence
R.N. Phyllis Griswould                      R.N. Karen ?
Registered Nurse Practicianer ?             Warden Gary Watkins
Cptn Summers (shift cmmdr)                  Cptn Philpot (unit Cptn)
Lt O'Connor (case manager)                  Lt. Jones (orig. mail rm clrk)
Sgt Willord (mail rm clrk)                  Mjr Tornowski (facility operations)
Mjr Day (Security head)