

# Department of Corrections Intranet

Home | Advanced Search | Feedback | PageNet | Support Center | EGuide | GroupWise Email

## Legal Grievances

Legal Services Home<<Legal Services Databases<<Grievances Main<<Update Grievances

Records 1 to 29 of 29

| Edit Record | Delete Record | DOC # +/- | Offender Name +/- | Facility +/- | Tracking # +/- | Step +/- | Issue +/- | Date Rec'd +/- | Due Date +/- | Resp. Rec'd Date +/- | Response Date +/- | Respondent +/- | Disposition +/- | Comments | Unit +/- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-207 | 1 | MEDICAL | 4/10/2006 | 1/1/1900 | 4/14/2006 | 4/14/2006 | P D KAHLER | DENIED | PREVIOUSLY GRIEVED 8/05 | |
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-207 | 2 | MEDICAL | 5/12/2006 | 1/1/1900 | 5/24/2006 | 5/24/2006 | A BLOOR, MD | DENIED | HAS SEEN EYE DOCTOR FOR TREATMENT | 3, |
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-207 | 3 | MEDICAL | 6/15/2006 | 7/31/2006 | 6/16/2006 | 1/1/1900 | TONY DECESARO | N/A | | 3, |
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-25 | 1 | MEDICAL | 7/26/2005 | 1/1/1900 | 8/17/2005 | 8/17/2005 | J A STOCK, PA | DENIED | NEEDS TO PUT IN A KITE FOR EYE EXAM | 3, |
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-25 | 2 | MEDICAL | 8/26/2005 | 1/1/1900 | 9/20/2005 | 9/20/2005 | P D KAHLER | DENIED | EYEGLASSES REQUESTING ARE NOT AVAILABLE. | 3, |
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-25 | 3 | MAIL ROOM | 9/30/2005 | 11/20/2005 | 10/6/2005 | 5/11/2006 | TONY DECESARO | DENIED | | |
| Edit | Delete | 68432 | RUDNICK | LCF | C-LF05/06-83 | 1 | MEDICAL | 10/5/2005 | 1/1/1900 | 10/27/2005 | 10/27/2005 | A BLOOR, MD | DENIED | MEDICAL NEEDS CAN BE FOLLOWED IN THE CLINIC | 3, |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-033 | 2 | DISABILITY | 9/9/2005 | 10/4/2005 | 9/29/2005 | 9/30/2005 | COOPER | DENIED | Offender failed to attach copy of Step I response. Repetitive grievance- March & Aug. Violation | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | of AR 850-4. Denied |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-033 | 3 | DISABILITY | 12/1/2005 | 1/19/2006 | 12/5/2005 | 6/29/2006 | TONY DECESARO | NOT EXHAUSTED |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-033 | 2 | DISABILITY | 9/9/2005 | 9/23/2005 | 1/1/1900 | 9/29/2005 | ANNA COOPER | DENIED | DUPLICATE GRIEVANCE |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-033 | 1 | DISABILITY | 8/2/2005 | 9/2/2005 | 8/8/2005 | 1/1/1900 | CATHIE HOLST | DENIED | ALREADY FILED GRIEVANCE STATING OBJECTIONS 03/08/2005 ON THIS ISSUE |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-456 | 1 | DISABILITY | 4/19/2006 | 5/19/2006 | 4/24/2006 | 5/18/2006 | CATHIE HOLST | DENIED | INVESTIGATION IS ONGOING |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-456 | 2 | DISABILITY | 6/8/2006 | 6/22/2006 | 1/1/1900 | 1/1/1900 | ANNA COOPER | N/A | |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-457 | 2 | DISABILITY | 6/8/2006 | 6/22/2006 | 1/1/1900 | 1/1/1900 | ANNA COOPER | N/A | |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-457 | 2 | DISABILITY | 6/8/2006 | 6/22/2006 | 1/1/1900 | 1/1/1900 | ANNA COOPER | N/A | |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-457 | 1 | DISABILITY | 4/19/2006 | 5/19/2006 | 4/24/2006 | 5/18/2006 | CATHIE HOLST | DENIED | INVESTIGATION IN ON-GOING |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-458 | 1 | DISABILITY | 4/19/2006 | 5/19/2006 | 4/24/2006 | 5/17/2006 | CATHIE HOLST | DENIED | THIS OFFICE DOES NOT PROVIDE COPIES |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-458 | 2 | DISABILITY | 6/8/2006 | 6/22/2006 | 1/1/1900 | 1/1/1900 | ANNA COOPER | N/A | |
| Edit | Delete | 68432 | RUDNICK | LCF | D-LF05/06-459 | 1 | DISABILITY | 4/19/2006 | 5/19/2006 | 4/24/2006 | 5/18/2006 | CATHIE HOLST | DENIED | INVESITGATION IS ON-GOING |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-292 | 3 | LEGAL ACCESS | 4/21/2006 | 6/10/2006 | 4/27/2006 | 1/1/1900 | TONY DECESARO | N/A | DELAY MEMO SENT 4/21/06 ONLY |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-292 | 1 | LEGAL ACCESS | 1/12/2006 | 2/10/2006 | 1/17/2006 | 1/19/2006 | TERESA REYNOLDS | DENIED | OWNERSHIP WAS VERIFIED, SHAKEDOWNS CAN OCCUR AT ANY TIME |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-292 | 2 | LEGAL ACCESS | 2/8/2006 | 3/9/2006 | 2/13/2006 | 3/30/2006 | CATHIE HOLST | DENIED | DELAY MEMO SENT 2/22/06 SEARCHES CAN BE CONDUCTED AT ANY TIME |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-412 | 1 | LEGAL ACCESS | 3/27/2006 | 4/10/2006 | 1/1/1900 | 4/7/2006 | AMY COSNER | DENIED | REMOVAL WAS DUE TO INMATES' BEHAVIOR |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-412 | 2 | LEGAL ACCESS | 4/21/2006 | 5/4/2006 | 1/1/1900 | 4/24/2006 | DELAYNE TORNOWSKI | DENIED | ADDRESSES AT LOWER LEVEL |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-412 | 3 | LEGAL ACCESS | 6/8/2006 | 7/27/2006 | 6/12/2006 | 1/1/1900 | TONY DECESARO | N/A | DELAY MEMO SENT 6/8/06 |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-456 | 2 | OTHER | 6/8/2006 | 6/22/2006 | 1/1/1900 | 1/1/1900 | LOU ARCHULETA | N/A | |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-465 | 1 | OTHER | 4/21/2006 | 5/4/2006 | 1/1/1900 | 4/24/2006 | DELAYNE TORNOWSKI | DENIED | NO REMEDY REQUESTED |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-465 | 2 | OTHER | 6/8/2006 | 6/22/2006 | 1/1/1900 | 6/19/2006 | LOU ARCHULETA | DENIED | NO INFORMATION TO SUBSTANTIATE YOUR CLAIMS |
| Edit | Delete | 68432 | RUDNICK | LCF | LF05/06-466 | 1 | OTHER | 4/21/2006 | 5/4/2006 | 1/1/1900 | 5/2/2006 | MAJOR WILLIAMS | PARA GRANTED | GRIEVANCES WILL BE GIVEN DIRECTLY TO CASE MANAGER |

[ Home ][ Advanced Search ][ Feedback ][ PageNet ][ Support Center ][ EGuide ][ GroupWise Email ]