

treel, nooll block
D-80294-3589

USINESS

08/02/2006

Mailed From 80202

US POS

Gillie Thurby 118295
P.O. Box 6000
Sterling, CO 80751

CANNOT LOCATE
92-CV-870
#2181, 2182, 2183, 218
+ 2185

FILED
ED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2006

EGORY C. LANGHAM
CLERK

REASON CHECKED
REFUSED
Name & # don't match
No. Doc. Number
Not at this facility
Paroled

EWN-0ES

Parole

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Defendants shall respond to James Rudnick's statement regarding C.D.O.C.'s failure to provide state issue glasses (doc. #2145) on or before August 11, 2006.

---

Dated: August 1, 2006