

CE OF THE CLERK
d States District Court
19th Street, Room A105
er, CO 80294-3589
CIAL BUSINESS

Gillie Thurby 118295
P.O. Box 6000
Sterling, CO 80751

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2006

GREGORY C. LANGHAM
CLERK

REASON CHECKED
REFUSED
Name & # don't match
No. Doc. Number
Not at this facility
Paroled

Parole

CANNOT LOCATE
92-CV-870
#2187, 2188
EWN