UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 7 2006

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| JESSE (JESUS) MONTEZ, *et al.*, | |
| Plaintiffs, | |
| FRED F. FRANZONE, | |
| Interested Party - Appellant, | |
| v. | No. 06-1233 <br> (D.C. No. 92-cv-870-EWN) |
| BILL OWENS, *et al.*, | |
| Defendants - Appellees. | |

ORDER

Filed August 16, 2006

Appellant has moved for leave to proceed without prepayment of fees. He has consented to disbursement of partial payments of the filing fees from his prison account. Appellant must pay $455.00 to the clerk of the district court. His custodian shall, within thirty days of the date of this order, deduct and pay to the clerk of the United States District Court for the District of Colorado an amount equal to 20 percent of the greater of --

A) the average monthly deposits to his account, or

B) the average monthly balance in his account for the 6-month period immediately preceding filing of the notice of appeal in this case.

In either event, appellant's custodian shall forward payments from appellant's account equal to 20 percent of the preceding month's income each time the account exceeds $10.00 until the filing fees are paid in full. The Attorney General's Office is directed to serve a copy of this order on appellant's custodian forthwith.

>Entered for the Court
>ELISABETH A. SHUMAKER, Clerk
>
>by: _____
>Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

August 16, 2006

NOTIFICATION OF MAILING

Re:    06-1233, Montez v. Owens
       Dist/Ag docket:  92-cv-870-EWN-OES,

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Ms. Paula D. Greisen
Mr. David H. Miller
King & Greisen
1670 York St.
Denver, CO 80206

Ms. Patricia Bellac
4845 Pearl East Circle
Suite 101
Boulder, CO 80301

Ms. Elizabeth H. McCann
Ms. Brooke H. Meyer
Ms. Jennifer Allison Berman
Ms. Jennifer L. Veiga
Mr. Jess Alexander Dance
Mr. Adam B. Wiens
Mr. John Aaron Atkinson
Mr. James X. Quinn
Attorney General's Office
General Legal Services Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Mr. Fred F. Franzone
Sterling Correctional Facility
#96944
P.O. Box 6000
Sterling, CO 80751

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

_____
DEPUTY CLERK