IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes
with civil Action No. 96-N-343)

Claim Number 03-250
Category III
Claimant: Donnell Monroe #97586
Address of claimant: FLCF, P.O. Box 1000, Ft. Lyon, Colo. 81038-1000

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 2 1 2006
GREGORY C. LANGHAM
CLERK

Objection to Federal Rule of Civil Procedure 53(g)(2)
And submitting New Evidence of Final order

COMES NOW claimant Objection on Final order and submitting New Evidence. (1) On page 4. of Final order States claimant suffered a deep venous Thrombosis with a pulmonary embolism, and on page 7. it states There was no evidence presented that Claimant could not walk for extened distances prior to August 27, 2003 or climb stairs. On exhibit 1. of Hypercoagulable States - Blood Clotting Disorder, states Blood clots in the arteries can increase The risk for stroke, heart attack, severe leg pain, difficulty walking. On exhibit 2. of Denver Health Medical Center it shows in July of 2005 a (TiLT Table Test) was positive, if D.O.C. medical staff would have ordered This Test at The time I was suffering severe leg pain, and difficulty in walking it would have met The August 27, 2003 Settlement Agreement For mobility Impairment. (2) As I stated in my hearing I have not received The proper support stockings. Stated on exhibit 3. of varicose veins it states Exercise such a walking biking and swimming is beneficial. as I stated in my hearing I was shooting Basketball to keep my heart rate up, and That The

continue on page 2

page 2

medical research I done stated it was necessary to help keep the leg muscles pumping the blood in my veins to limit the amount of blood that collects in the varicose veins. ③ In my playing of basketball all I was doing was shooting baskets not running and jumping around. And in the hearing I stated I twice my knee on a treadmill not playing basketball, when I had ask medical if I could coach a basketball team, they had the assumption I was going to play. I know that if I were to play basketball I would be putting myself at a high risk of internal bleeding because I take the medication coumadin. In all due respect that is why I ask medical if I could coach the team. Coaching a basketball team consist of passing the players the ball, and not running around.

    I ask that the honorable special master Judge Richard M. Borchers concider the new evidence, and grant me a cash settlement on the exhibits I've presented in this objections on my claim. I also ask the Judge to grant me the reimbursement of the over charges on chronic care.

I hereby certify that I have mailed a copy of the foregoing on this ___ day of August, 2006 to the following:

Clerk of The United States District Court
901 19th Street
Denver, Co 80294

s/ Donnell Monroe
Donnell Monroe