DENVER HEALTH MEDICAL CENTER

EXHIBIT 2.

ADMITTED: 08/07/2005            DISCHARGED: 08/09/2005

PROVISIONAL DIAGNOSIS: Not dictated.

PRINCIPAL DIAGNOSES: 1. Bradycardia. 2. Dizziness. 3. Right upper extremity deep venous thrombosis.

SECONDARY DIAGNOSIS (including Complications and Comorbidity): Not dictated. Complications: None.

PRINCIPAL PROCEDURES: 1. Chest x-ray on August 7, 2005. 2. Multiple EKGs. 3. Exercise treadmill test.

SECONDARY PROCEDURE: Not dictated.

HISTORY AND PHYSICAL FINDINGS: Mr. Monroe is a 44-year-old male with a history of atrial flutter in 2003, as well as bradycardia and dizziness for the past four months who was brought in from the city jail for worsening dizziness of one day duration. He reported that the dizziness occurred at rest and he did not have any syncopal episodes prior to admission although he does report a history of five syncopal episodes within the past four months. He described his dizziness as "world spinning" and it was worse with positional changes. He has some nausea but no vomiting. He has had some palpitations as well but no headaches, vision changes, or neurologic changes. He also reports some new dyspnea on exertion over the past one month and stated that he was able to walk four blocks previously but now can only walk one block.

Of note he had a tilt table test done in July 2005 which was positive and he was subsequently started on Florinef. He stated that this did not help him and in fact may have worsened his symptoms. In the emergency room he was given Atropine with increase of his rate from the 40s to the 60s but there was no change in his symptoms.

Exhibit 2.

DICTATOR:   Elaine T. Lam, M.D.              MONROE, DONNELL EUGENE
ATTENDING:  Pamela Peterson, M.D.             MR#:  0213372  Inpatient
    GMD                                       HFC#: 81065518
                    CLINICAL RESUME