Case No. 1:92-cv-00870-CMA-MEH   Document 2214-4   filed 08/21/06   USDC Colorado   pg 1 of 4

EXHIBIT 4

# Laboratory Advisor

University of Louisville School of Medicine

**Department of Pathology and Laboratory Medicine**               **Volume 1, 2005**

## LABORATORY TESTING FOR PROTEIN S DEFICIENCY: THE GOOD, THE BAD AND THE UGLY

*By Malisha R. Johnson, D.O. and Sandra C. Hollensead, M.D.*

In the 1960's, meetings of the International Society on Thrombosis and Hemostasis were primarily devoted to the subject of bleeding diathesis. In comparison, eighty percent of abstracts dealt with thrombophilia as of 2001; however, the number of abstracts relating to bleeding diathesis did not decrease. Our understanding of thrombophilia has increased significantly. This article will address the good, the bad and the ugly about protein S deficiency and the laboratory difficulties in detecting this disorder.

**The Good: Understanding of Thrombophilia**

In 1984, protein S deficiency was first described in a family with recurrent venous thrombosis. The heterozygous form of the deficiency is inherited in an autosomal dominant fashion with an estimated frequency of 10 percent in families with known primary (inherited) thrombophilia[1]. Protein S deficiency has a prevalence of about 1 in 500. The risk of venous thrombosis in thrombophilic families of known protein S deficiency is 50 percent by age 45 in the heterozygous population[2].

The schematic diagram in Figure 1 demonstrates the coagulation pathways most commonly involved with the inherited thrombophilias. This diagram displays the pathways that generate factor Xa and thrombin. Factor X can be activated in two mechanisms: the factor VIIa-tissue factor complex or the factor IXa-VIIIa complex. Once factor X is activated it binds to activated factor V (Va) found on platelets. This binding leads to the conversion of prothrombin to thrombin. Thrombin then mediates the conversion of fibrinogen to fibrin. Heparin sulfate associated with the vascular endothelium binds antithrombin-III and forms factor Xa-AT-III and thrombin-AT-III complexes which inactivate thrombin and factor Xa. On the endothelial cell surface, thrombomodulin receptors bind thrombin and this complex activates protein C. Protein C inactivates factor VIIIa and Va causing an anticoagulant effect. This activity of protein C is enhanced by protein S. A regulatory protein, C4b-BP, forms a complex with protein S preventing the bound protein S from serving as a cofactor to inactivate factors VIIIa and Va[1].



Figure 1: Two major inhibitor pathways of thrombin generation are depicted: 1) thrombomodulin/Protein C system on the left and 2) Thrombin/antithrombin system of the right.[1]

*Providing the Clinical Community with Expert Laboratory Diagnostic Information*

Page 2

| Type | Protein S Total | Antigen Free | Protein S Activity |
|---|---|---|---|
| I ("classic") | Low | Low | Low |
| II | Normal | Normal | Low |
| III | Normal | Low | Low |

Table 1: Types of Protein S Deficiency[1]

The number of tests for the inherited thrombophilias has greatly increased. A good history and physical can help the clinician decide which laboratory tests are indicated. The laboratory evaluation of thrombophilia should begin with a complete blood count, review of a peripheral blood smear, serum chemistries including renal and liver function tests, and a urinalysis. A prothrombin time (PT) and activated partial thromboplastin time (aPTT) should also be performed. Testing for a lupus anticoagulant may be warranted in some patients. The remainder of the workup should be guided by the findings of the history and physical and the specific risk factors of the patient. The type of thrombotic event can sometimes help the clinician choose which tests would be more helpful. An arterial thrombus is more suggestive of homocysteinuria or a lupus anticoagulant/anti-phospholiped antibody syndrome. These two entities can cause a venous thrombus as well. Factor V Leiden, protein C and S deficiency and antitrombin deficiency are more likely to cause a venous thrombosis[1].

Genetic testing is available for factor V Leiden and prothrombin gene mutation 20210. Functional assays to screen for antithrombin and proteins C and S deficiencies are other choices. The specific tests for protein S deficiency will be discussed in detail.

### The Bad: Screening for Protein S

The protein S assay is one of the most technically difficult of the common tests for thrombophilia. In plasma, 60-70 percent of protein S is noncovalently bound to a regulatory protein C4b-BP. Only the remaining free protein S has a cofactor effect with activated protein C[2]. C4b-BP is an acute phase reactant and will increase in many circumstances with a similar increase in total protein S[1,2]. These facts make screening for protein S deficiency challenging. There are two common methods to screen for protein S, antigenic and functional.

Antigenic tests were developed to assay total and free protein S. In order to measure the free protein S the C4BP-PS complex must be precipitated with polyethylene glycol (PEG). Initially, this was the recommended method; however, the PEG precipitation is irreproducible and time consuming. The College of American Pathologists (CAP) surveys report that most laboratories use the functional assay to measure free protein S[2]. Functional assays are technically easier and quicker than antigenic assays, but there are still limitations of these tests. Technical problems have been decreased with the addition of factor Va, activated protein C (to offset factor V Leiden) and heparin neutralizers. The ordering physician should be aware of the many different physiologic states that decrease protein S levels including: presence of a lupus anticoagulant, inflammatory states, oral anticoagulant therapy, pregnancy, oral contraceptives, and liver disease. The clinician must be knowledgeable of these "false positives" and the necessity of repeat testing.

### The Ugly: Interpreting Protein S Testing Results

The technical issues and the concern of various physiologic states influencing the protein S level have been addressed. There still remains a significant problem with protein S deficiency testing. A reference range is difficult to determine because the level of protein S is partially determined hormonally. For example, men have higher levels than women, and post-menopausal women have higher levels than pre-menopausal women. Oral contraceptives and hormone replacement therapy decrease protein S levels. Several different reference ranges must be determined by the laboratory and the clinician must match the patient with the appropriate range.

### Subtypes of Protein S Deficiency

There are three subtypes of protein S deficiency. Type I "classic" is a quantitative deficiency of protein S and class II and III are qualitative disorders[1]. The testing

Table 2: Sites of Thrombosis According to Coagulation Defect.[1]

| Abnormality | Arterial | Venous |
|---|---|---|
| Factor V Leiden | – | + |
| Antithrombin III deficiency | – | + |
| Protein C deficiency | – | + |
| Protein S deficiency | – | + |
| Prothrombin gene mutation | – | + |
| Hyperhomocysteinemia | + | + |
| Lupus anticoagulant/antiphospholipid antibody syndrome | + | + |

Page 3

---

Table 3: Summary of Recommendations for Laboratory Testing for Protein S Deficiency

1. Initial testing may use the functional or antigenic assay for free protein S levels.
2. Ordering physicians must be aware of the multiple physiologic states that could influence the functional protein S level.
3. During an acute event, normal free protein S levels would exclude the diagnosis of a protein S deficiency. (Remember that C4b-BP is an acute phase reactant and will increase during stress and lower free protein S levels. If the level is normal during this time the diagnosis of protein S deficiency is considered excluded.)
4. If patient has an initial low level, the test should be repeated after exclusion of acquired causes or resolution of inflammatory/thrombotic event.
5. Family studies may be helpful.
6. Antigenic testing for total and free protein S should be performed if the functional assays for free protein S are decreased. The antigenic assays will help determine the subtype.
7. Routine measurement of total protein S is not needed.
8. As mentioned previously, sex and age appropriate reference ranges must be determined.
9. If possible, protein S defiency should not be performed during pregnancy or the postpartum period.
10. Warfarin should be discontinued for 30 days before testing for protein S deficiency due to the half life of warfarin and protein S.

---

results of these three subtypes are listed in Table 1. Please note that if a laboratory is using the antigenic assay to screen for free protein S, they will miss the rare type II disorder.

**Recommendations for Protein S Deficiency Testing and Testing Strategy**

The current recommendations for protein S deficiency testing are summarized in Table 3.

A panel of tests is necessary for the evaluation of familial thrombophilia. Testing for protein S alone is indicated when the patient is from a family with known protein S deficiency or to repeat a previously abnormal protein S level. The strategy for testing includes an initial functional or antigenic assay for free protein S. Routine testing for total protein S is unnecessary. Abnormal tests must be repeated to confirm a deficiency, and family studies are wise.

**Tests Available at UL Hospital**

Currently our laboratory is screening with a functional assay. Reference ranges are given for men and pre- and post-menopausal women. The reference range for men and post-menopausal women is 76-97 percent and for pre-menopausal women the normal range is 57-88 percent. The results are accompanied by an auto attachment of a list of disorders/physiologic states that can cause an acquired deficiency of protein S. If an antigenic assay is required, the test is forwarded to a reference laboratory. The functional assay is currently available in house and performed weekly on Fridays.

In summary, protein S assays are a diagnostic challenge that is complicated by the binding of protein S to C4b-BP. Protein S levels vary with age, sex and hormonal status. Co-morbid disorders influence protein S levels especially with the functional assays. Protein S is vitamin K dependent, so the patient should discontinue warfarin therapy 30 days before testing. The risk of recurrent thrombosis in patient with a negative family history and protein S deficiency is completely unknown.

**Contacts**

If you have questions, please contact:
Janine Whitis (Supervisor)    (502)562-3468
Coagulation "hot line"    (520)562-6089
Sandra Hollensead, MD    (520)852-2023

---

### References and Suggested Readings

1. Bauer KA. Hypercoagulable States. In: Hematology Basic Principles and Practice. Churchill Livingstone; 2005; 2197-2224.
2. Goodwinn AD, Rosendaal FR, Kottke-Marchant K, Bovill EG. A Review of the Technical, Diagnostic, and Epidemiologic Considerations for Protein S Assay. *Arch Pathol Lab Med*. 2002; 126: 1349-1366.
3. Van Cott EM, Soderberg BL, Laposata M. Hypercoagulability test strategies in the protein C and protein S pathways. *Clin Lab Med*. 2002; 22 (2): 391-403.
4. Feero WG. Genetic thrombophilia. *Prim Care*. 2004; 31 (3): 685-709.

---

Page 4

## About The Authors

 Malisha R. Johnson, DO, is a third-year resident in anatomic and clinical pathology and co-chief in the Department of Pathology and Laboratory Medicine at the University of Louisville School of Medicine. She earned her DO at Pikeville College of Osteopathy in 2001 and completed a traditional internship and one year of a family practice residency program in Ashland, Kentucky.

 Sandra C. Hollensead, MD, earned her MD from UofL School of Medicine and completed her residency in anatomic and clinical pathology. She received additional training in hematopathology at Ball Memorial Hospital. She was a volunteer faculty member in the Department of Pathology and Laboratory Medicine from 1989-1999 before becoming an Associate Professor of Clinical Pathology and Medical Director of Hematology and Coagulation Laboratories. Dr. Hollensead is Board certified in clinical and anatomic pathology and has specialty boards in hematopathology.

Editor: James J. Miller, PhD ● Managing Editor: Carole A. Hall

**Department Chairman**
Ronald J. Elin, MD, PhD (852-5341)

**Administrative Director**
Karen George, MT (ASCP) (562-3353)

**Division Director, Laboratory Medicine**
Ronald J. Elin, MD, PhD (852-5341)

**Section Directors:**
**Chemistry/Toxicology**
Roland Valdes, Jr., PhD (852-1772)
James J. Miller, PhD (852-1179)
Mark W. Linder, PhD (852-8400)

**Flow Cytometry, Brown Cancer Center**
Alvin W. Martin, MD (852-0951)

**Hematology/Coagulation**
Sandra C. Hollensead, MD (852-2023)

**Microbiology**
James W. Snyder, PhD (852-1777)

**Molecular Pathology**
Robert L. Barker, PhD (852-5407)

**Transfusion Services**
William Lockwood, MD, PhD (852-5857)

**Division Director, Anatomic Pathology**
Mukunda B. Ray, MD, PhD (852-5298)

**Section Directors:**
**Autopsy Pathology**
Joseph C. Parker, Jr., MD (852-6515
John R. Parker, MD (852-1763)

**Breast Pathology**
Sunati Sahoo, MD (852-1762)

**Cytopathology**
Sidney S. Murphree, MD (852-1468)

**Dermatopathology**
Janine Malone, MD (852-1765)

**Fine-Needle Aspirate**
Sydney S. Murphree, MD (852-1468)

**Hematopathology**
Alvin W. Martin, MD (852-0951)
Stephen P. Slone, MD (852-0951)

**Informatics**
Sydney S. Murphree, MD (852-1468)

**Liver/GI Pathology**
Mukunda B. Ray, MD, PhD (852-5298)

**Neuropathology**
Joseph C. Parker, Jr., MD (852-6515
John R. Parker, MD (852-1763)

**OB/GYN Pathology**
Grace Moore, MD (852-2685)

**Ophthalmic Pathology**
Joseph C. Parker, Jr., MD (852-6515
John R. Parker, MD (852-1763)

**Renal Pathology/Electron Microscopy**
Wei Zhao, MD, PhD (852-1764)

**Special Procedures Laboratory**
Mukunda B. Ray, MD, PhD (852-5298)

**Surgical Pathology**
Grace Moore, MD (852-2685)

**Division Director, Forensic Pathology**
Tracey S. Corey, MD (852-5587)

**Pathology Laboratory Director,**
**Veterans Administration Medical Ctr.**
Rawhi A. Omar, MD (287-5531)

**Department of Pathology and Laboratory Medicine**
**University of Louisville School of Medicine**
**Louisville, KY 40292**

**Attention: Carole A. Hall**



*Providing the Clinical Community with Expert Laboratory Diagnostic Information*