IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ORIGINAL

Cicil Action No. 92-cv-870-EWN-OES(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE(JESUS)MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 1 2006

GREGORY C. LANGHAM
CLERK

Claim Number 03-247 (formerly 02-278)

Category III
Claimant: George Charles, Knorr, 45154
Address of Claimant: S.C.F., P.O. Box 6000, Sterling, Colorado 80751

## WITNESS LIST FOR CLAIMANT

COMES NOW, the Claimant, George Charles, Knorr; Proceeding In Propria Persona (Pro se), and respectfully NOTIFIES this Honorable Court and the assigned Special Masters, (the Legal Resolution Center) in the above Entitled Matter of Claimant's intent to call specific witnesses in his behalf and that he wishes to contact further witnesses by means of telephone (Speaker-Phone).
Claimant's Wittness List as follows:
1. An Inmate/Prisoner to be named at the time of the hearing TO PREVENT THE BIAS ACTIONS OF THE (C.D.O.C.) FROM TRANSFERRING THIS PARTY TO ANOTHER FACILITY TO PREVENT HIS TESTIFYING in this matter.
1. Cptn. Wildenstein, Acting Watch Commander (at pertinent time);
3. Sgt. _. MArtin, Unit #4 Swing-Shift Unit Sgt. (Previously Graveyard Shift);
4. Sgt. _. Johnson, Day-Shift Unit #4 Sgt. (Assigned initial housing assignment);
5. Sgt. _. Vasquez, A.V.C.F. Day-Shift Unit #1 Housing Sgt. (Phome Testimony);
6. Sgt. _. Dowling, A.V.C.F. Swing-Shift (current) Unit #3 Housing Sgt.; (Phone);
7. C/M Richard Medina, A.V.CFF. Previous Case Manager; (Unit #1 Phone)
8. C/O/ Tony Jaramillo, A.V.C.F. Unit #1 Correctional Housing Officer (Phone);
9. C/O _. Ojedia, A.V.C.F. Unit #1 Correctional Housing Officer; (Phone);
10. Dr. Patty Beecroft, A.V.C.F. Facility M.D. (Phone);
11. Dr. MAry Fairbanks, Physician @ Stout Street Clinic, Personal Physician- Home Phone (303) 430-5560 Stout Street Clinic Ph. (303) 293-2220 Office;
12. Mrs. Myrtle Martin, ½ Sister, (Hostile Witness) Hm. Ph. (303) 922-2184;
13. Mr. Larry Martin, Nephew, (Hostile Witness) Hm. Ph. (303) 922-2414;
14. Ms. Cathie Holst, Hostile Witness (CDOC), Called by A.G. of Colorado;
15. Dr. Sutton, C.C.C.F. Facility of C.C.A. Facility Physician Ph.(719)267-3548;
16. Ms. Del La Count, H.S.A. C.C.C.F. Medical Dept., same as above;
17. Ms. Marie Jones, Pharmacy @ Veteran's Medical Center, Denver, Ph. (303)393-2816/ (303) 293-2812 Mail-out Prescriptions/Pharmacy Unit;
18. Mr. Brian Webster, P.A. S.C.F. Medical Department;
19. Ms. Connie Batson, F.C.F. Medical Unit P.A. P/N

EXPERT TESTIMONY FROM THE FOLLOWING
20. Staff Medical Officer of the American Diabetes Association
525 San Pedro Drive N.E.
Albequerque, New Mexico 87108
T.F. Phone 1-(888) 342-2383
MEDICAL RECORDS TO BE PRESENTED (if replaceable) (or so ORDERED to be replaced by the C.D.O.C. at their expense)

(1)

1. ALL X-Rays in the custody and keeping of the C.D.O.C.;
2. ALL OTHER Medical Records held by the C.D.O.C. (3) complete Volums;
3. Medical Records held by the Adams County Sheriff's Office;
4. Medical Records held by the Denver County Sheriff's Office;
5. Medical Records held by the Weld County Sheriff's Office;
6. Medical Records held by the Arapahoe County Sheriff's Office;
7. Medical Records held by the Pueblo County Sheriff's Office;
8. Medical Records held by the Jefferson County Sheriff's Office;
9. Medical Records held by the U.S. Bureau of Prisons L.V.C. Leavenworth, KS;
10. Medical Records held by the Los Angeles County Sheriff's Office, Via Presiding Judge, Victor E. Chavez;
11. Medical Records held by the University of Colorado Medical Center 9Th. & Colo.
12. Medical Records held by the Lincoln Hospital, Lakewood, CA;
13. Medical Records held by the Stout Street Clinic, Denver, CO;
14. Medical Records held by the Ward Road Clinic, Wheatridge, Colorado;
15. Medical Records held by the Presbytarian Hospital, Denver, CO;
16. Medical Records held by the Lutheran Medical Center, Wheatridge, CO;
17. Medical Records held by the Brighton Hospital (Platte Valley Medical Center) Brighton, CO;
18. Medical Records held by the U.S. Department of the Navy (Balboa Naval Hospital)
19. Medical Records held by the Denver General Hospital, Denver, CO;
20. Medical Records of a Chiropractic Clinic located on Clark Street at Delamo Blvd. Lakewood, CA; Name is lost from memory, Husband Wife operation which was referred to me by my Mother in the early "80's".
21. ADDITIONAL EVIDENCE TO BE CALLED ARE OFFICIAL DOCUMENTS TO BE NAMED AT THE TIME OF THE HEARING TO PREVENT THE C.D.O.C. FROM COMMITTING FURTHER CRIMES AGAINST THIS CLAIMANT AND TO PREVENT THE ALTERING OF OFFICIAL DOCUMENTS DATING FROM FEBRUARY 01, 2006 THRU THE DATE OF THE HEARING.
22. ADDITIONAL OFFICIAL RECORDS OF CURRENT HOUSING UNIT SECURITY TAPES OR C/D's;
23. Any additional Medical history or Records which come to light (memory) which may have been omitted

To the best of my knowledge these above listed Medical Records comprise a full and complete background of the Claimant's medical history and have only omitted the medical records of his High School days when he broke his ankle and the Metatarsal Bones of his Right Foot and from 1970-71 when he broke the Metatarsal Bones of his Left Foot.

CERTIFICAT OF SERVICE
Via
United States Postal Service

I, George Charles, Knorr; Claimant in the above Action (NOTICE OF WITNESSES), hereby CERTIFY that a true and correct copy of the foregiong was placed in the United States Postal Receptacle at the Sterling Correctional Facility, after being duly logged and addressed to the following parties to this Action at their current listed addresses: Done this <u>Seventeenth</u> Day of <u>August</u>, <u>2006</u> A.D.

Office of the Attorney General for Colorado
ATTN: Montez v. Owens

Judge Borchers
Legal Resolution Center
ATTN: Montez v. Owens

Clerk of the U.S. District Court
ATTN: Montez v. Owens

Respectfully Submitted

George Charles Knorr
# 45154, S.C.F., Sterling, CO 80751

(2)

ADDENDUM

    Claimant in the above attached Notice of Witnesses States for the Record, that the witnesses he intends to call upon and the evidence which he proposes to present will take well in excess of any time frame which the Attorney General's Office has indicated, this is in addition to any witnesses called by the Office of the Attorney General and to include any cross examination of such witnesses of the Attorney General's Office and for the Colorado Department of Corrections.

    Claimant also will present authorities as to the Constitutional VIOLATIONS which have been committed against the Claimant by the Colorado Department of Correctionas and specific Staff and Agents employed by this Entity.

George Charles Knorr
45154
S.C.F. Unit #4-A
P.O. Box 6000
Sterling, Colorado 80751