IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-177
Category Untimely Filed Claim
Claimant: Raymond J. Olivencia, #125801
Address of Claimant: KCCC, P.O. Box 2000, Burlington, CO 80807

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

      THIS MATTER came before the Special Master on the letter of Claimant. In the letter, Claimant advised the Special Masters of alleged on-going problems with implementation of the Remedial Plan. Claimant did not file a claim form. The Special Master provided a claim form and information sheet to Claimant. He was granted up to August 14, 2006 in which to file a claim. He has not done so.

      Claimant has been given the opportunity to file a claim pursuant to the Remedial Plan. Claimant has not filed a claim form. The Special Masters have no jurisdiction over any section of the Remedial Plan with the exception of Section XXXII. The Special Masters are not involved in the daily implementation of the remedial aspects of the Remedial Plan. The Special Masters only have jurisdiction over damage claims relating to discrimination on or before August 27, 2003. Without a claim form being filed, there is nothing that the Special Masters can do concerning Claimant.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 20, 2006.**

SIGNED this 24th day of August, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master