IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-178
Category Untimely Filed Claim
Claimant: Stewart Case, #76155
Address of Claimant: TCF, P.O. Box 2000, Trinidad, CO 81082-9200

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the letter of Claimant. In the letter, Claimant requested information about a lawsuit filed concerning the riot at CCCF in 2004. The Special Masters are not involved in that case and have no jurisdiction over any part of it.

    Claimant was given the opportunity to file a claim pursuant to the Remedial Plan. Claimant has not fileda claim form. The Special Masters have no jurisdiction over the case at CCCF. Without a claim form being filed, there is nothing that the Special Masters may do.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 20, 2006.**

    SIGNED this 24th day of August, 2006.

BY THE COURT:

/s/ Richard M. Borchers
_____
Richard M. Borchers
Special Master