original

| Court Address:<br>US DISTRICT COURT<br>901--19 th street<br>Denver, Co 80294 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>AUG 2 4 2006<br><br>GREGORY C. LANGHAM<br>CLERK |
|---|---|
| JESSE MONTEZ, ET AL<br>Plaintiff,    (Coit # 03-129)<br><br>v. BILL OWENS, ET AL<br><br>Defendant(s). | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit  #86530<br>Claim Number 03-129<br>P.O. Box 392005 Denver, Co  80239 | Case No.: 92 N 870 (OES)<br>and 96-N- 343<br>Div/Ctrm: |

MOTION FOR AWARD IN MONTEZ FOR $ 350.00

Comes Now plaintiff in the above captioned case and does hereby ask this Court why plaintiff has not been paid the $350.oo award that Judge Kane upheld on his July 19, 2006 Order.
   Plaintiff reminds the court and defendants that the $350.00 award goes to the following Jewish organization: The Aleph Foundatio Mr.O.Robert Burns,  9540 Collins Avenue, Miami, Florida  33154-7127 as declared in Motion for Abuse of   Discretion .

Wherefore Plaintiff request that this Court instruct CDOC-Defendants to mail said check to The Aleph Foundation immediately with a copy to plaintiff for her records. Plaintiff reserves the right to file for damages
Respectfully,
   Jill Coit       and damages set forth by Pringle

Certificate of Mailing
I hereby swear I placed in the US inmate mail to the following:
US District Court, Judge Pringle/Kane and attorney General's office
This  22 day of August, 2006.

   Jill Coit

CC:
File and The Aleph Foundation.

Prepared By N.W. for Coit

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     92-cv-00870-EWN

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

Re: Claimant Jill Coit, Claim Number 03-129

**ORDER**

Kane, J.

This matter is before the court on Claimant, Jill Coit's Response (Appeal) (doc. #1781) to Final Order of Special Master. The court has reviewed the final order and the response (appeal) and finds as follows:

The appeal of the Final Order of the Special Master is denied. The Special Master did not abuse his discretion. The findings made are consistent with the evidence presented and there are no errors of law. Based on extensive Findings of Fact and Conclusions of Law, the Special Master awarded Claimant Jill Coit the sum of $350.00. That award stands. The Final Order of Special Master is affirmed. Judgment shall enter in favor of Claimant Jill Coit and against Defendants in the amount of $350.00.

Dated: July 19, 2006

                              BY THE COURT:

                              **s/John L. Kane**
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

(1) Do not process claim if:
Accepting $350.00 damage claim
for lower body mobility/disability
claims does not void claims for
upper body mobility claims.

*Jill Coit*

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

# STATE OF COLORADO
## DEPARTMENT OF LAW
### OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

August 15, 2006

Jill Coit, #86530
Denver Women's Correctional Facility
P.O. Box 392005
Denver, CO 80239-8005

RE: *Montez v. Owens*, 92-CV-870 EWN-OES, Consolidated (for all purposes with Civil Action No. 96-CV-343)
Claim #03-129

Dear Ms. Coit:

Upon review of the evidence, the Special Master awarded you a monetary award of $350.00 as full and complete compensation for your claim in the above-referenced case. Judge Kane has affirmed that decision. ① In order for you to receive the monetary award, you must complete the attached W-9 form and return it to our office. Please take the time to complete the W-9 form. If you need assistance completing the W-9, instructions have been included with the form. Feel free to make a copy of the W-9 for your records. Please return the original, completed W-9 to the Attorney General's Office as soon as possible.

② Your award will be processed shortly after we receive the completed W-9. Thank you for your time and prompt attention to this matter.

Sincerely,

FOR THE ATTORNEY GENERAL

*Darlene Hill*

DARLENE S. HILL
Legal Assistant
Corrections unit
(303) 866-4168
(303) 866-5443 (FAX)

Enclosures
cc: Cathie Holst
    file

8-22-06 Dear Ms. Hill,
The $350.00 damage award is to be donated directly to the Aleph Foundation, Mr. Robert Burns, 9540 Collings Avenue Miami, Florida 33154-7127. Do not mail the Check to me. This is to be donated in full To Aleph (Jewish Organization)

*Jill Coit #86530*
P.O. Box 392005
Denver, Co 80239

e. Court, file,
  aleph

| Form **W-9** (Rev. January 2005) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name (as shown on your income tax return)**
Jill Coit (# 86530 Colorado Department of Corrections number)

**Business name, if different from above**

Check appropriate box:  ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ..............     ☐ Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**
DWCF P.O.Box 392005 Denver, Co 80239

**Requester's name and address (optional)**

**City, state, and ZIP code**

**List account number(s) here (optional)**   Donation goes to:
The money I received as damages goes to Aleph see attached for address

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number**

or

**Employer identification number**

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**  Signature of U.S. person ▶                                                              Date ▶

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

  1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

  2. Certify that you are not subject to backup withholding, or

  3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note.** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a person if you are:

● An individual who is a citizen or resident of the United States,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

● Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

  1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

  2. The treaty article addressing the income.

  3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Cat. No. 10231X   Form **W-9** (Rev. 1-2005)

* Aleph, 9540 Collins Avenue, Miami Florida 33154-7127.
Accepting damage claim for lower mobility does not void claims for upper body mobility claims.