original

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action, File No.  92 N 870 (GES)
(To be supplied by the Court)  96-N-343

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2006

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ, Plaintiff(s)

vs.

BILL OWENES, ET AL, Defendant(s)

---

**STATUS OF MY MOTION FILED REGARDING NON COMPLIANCE OF STRUCTURAL UNDER MONTEZ REMEDIAL PLAN**

Comes now Plaintiff pro se case number 03-129 and does hereby request the status of her Montion regarding non compliance under the Montez Remedial Plan filed July 26, 2006 from DWCF.

Plaintiff Freman got a response to her Montion on non compliance and I have not even received notification from the court that mine was received.

Respectfully submitted,

Jill Coit  claim no. 03-129

Jill Coit # 86530 DWCF P.O.BOX 392005, Denver, Co 80239

Certificate of Mailing
I swear I placed in the US mail the above to the following:
US District Court, Judge Pringle, Kane and AG office.
This 22 day of Auguust, 2006

Jill Coit