Civil Action No. 92-N-870 (OES) ( Consolidated for purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-224

Category III

Claimant: Ronald Frazier, #58407

Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, Co. 81038-1000

---

### Objection to FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on June 16, 2006 for hearing at the Fort Lyon Correctional Facility (FLCF) in Fort Lyon, Colorado.

The claimant was denied his claims of disability under the ADA and Rehabilitation Act.

The claimant was told that he should file a objection to the final order within the alotted time.

It is a established and fact that the claimant is diabetic. This has been acknowledged by the defendants, though they dispute that any major life activity has been affected by the diabetes the claimant suffers from.

The claimant objects on the grounds that being diabetic the claimant's mobility and vision are affected by the disease which stated has been acknowledged by the defendants and for this reason is a member (by order of the special master) of the class for that reason.

I). It is a established medical fact that a diabetic has mobility impairment.

The settlement agreement provides a <u>narrow</u> definition for mobility impairment saying that a inmate who do not require a wheelchair but who have a permanent lower extremity mobility impairment that substantially limits walking. I've made it known and have established through medical reports and grievances that I have limited walking ability due to neuropathy (nerve damage) associated with diabetes. I find this denial highly objectional and ask that the

Specail Master reinstate my claim because my mobility issues are directly associated with my

-1-

diabetes which has been recognized by the defendants.

II). As stated the defendants acknowledge that the claimant is indeed diabetic and a class member by order of the Special Master. Through the diabetes the claimant is suffering great discomfort due to vision problems. The settlement agreement claims that the claimant does not fall into the narrow category of vision. I object to the settlement agreement which once again is a narrow definition which only includes claimants who are suffering extreme eyesight problems. The claimant asks, what constitutes "extreme eye sight problems"? I have floaters which have been proven through medical reports and acknowledged by the defendants. I can't focus or see for a good part of the day, and to detremine the level of eye damage I would need to see a specialist. Or do I have to become blind before I am aided for this problem? I find this issue highly objectional.

III). The claimant is not being aollowed to monitor his blood-sugar levels as he see fit to control his diabetes. This is yet another objectional issue, by not letting me do a finger-stick when I feel the need is discrimination of my diabetes.

By charging the claimant a $5.00 to $10.00 co-payment is discrimination.

## CONCLUSION

It has been established that the claimant is indeed diabetic and that his disability is being discriminated and has caused harm to the claimant and has caused him emotional distress as well as pain and suffering.

I pray that the Special Master reinstate my claim as so I want have to deal with the pain and suffering that I am faced with every day.

Sincerely *[signature]*

### CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Obection of Special Master this __8__ day of August, 2006 to the following:

Judge Richard M. Borchers
Special Masters for the United States District Court
for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Mr. James X. Quinn
Office of the Attorney General.
Litigation Section
1525 Sherman Street, 5th floor Denver, Co. 80203

COLORADO SPRINGS
CO 809 11.
09 AUG 2006 PM

Judge Richard M. Borchers
Special Masters for the United States,
District Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Colorado Department Of Corrections
Name: Donald Carter
Register Number: S867
Unit: F.L.C.F. #8
Box Number: 1000
City, State, Zip: Fort Lyon, Co. 81038

RECEIVED
AUG 1 0 2006
BY: