IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

ATTN: JUDGE KANE
92-cv-00870-EWN-OES

Civil Action No. 485 F. Supp 122.(D. Colo. 1979)

Fidel Ramos et, al, - Plaintiffs

-vs-

Richard D. Lamm et, al, - Defendants

Claimant - Dean Ross Denton #108801
Filing Pro-Se.
Address - C.T.C.F. Po Box 1010, Canon City Co.    8/21/5

> Motion Requesting Judicial Review of Past court orders with current New conditions of overcrowding and Violations of Judge kane's orders

Inmate Dean Ross Denton, Hereby Files Pro-Se to the Honorable Jude Kane and, pleads That Judge kane investigate or feccommend Some relief to This Prisoner for Relief

1.) Inmate Dean Ross Denton, "Advises" the Honorable Judge Kane to the serious overcrowding conditions at Colorado Territorial Correctional Facility once again.

2.) Colorado Territorial Correctional Facility is not the only facility enduring this problem.

3.) Inmate understands that there was a monitoring period that visited the CTCF complex to assure all conditions therein ordered in the Ramos V. Lamm case were complied with.

4.) C.T.C.F. is currently undergoing a double bunk procedure that will add 150 more inmates to the very crowded facility as it is currently.

5.) CTCF unit-(1) has (110) inmates trying to use (3) toilets

6.) In Ramos v. Lamm *142 P25 "As one expert described the medical situation," "It is a Time Bomb ready to explode into a disaster." This is again so!

7.) Colorado Department of Corrections has hired a New Head Doctor Named DR. Cary Shames. IN a total funding, and this Doctor's beliefs. All chronic Pain meds have been stopped. Any inmate as I, diagnosed with Chronic Intractable Pain are denied the Pain Specialist Recommendations for Pain care.

8.) These matters are specific to Deliberate Indifference, 8th & 14th Amendmend constitutional claims that are not covered undered the Montez class Action. In correlation with the Montez Remedial Plan, C.D.o.c has started all this same abuse and inadequate conditions, into Something Inhuman treatment since Montez was Settled

9.) Honorable Judge Kane ordered in Ramos V. Lamm at *170 Page (4)

1.) Defendants must take immediate and continuing steps to Cease and desist from maintaining conditions which violate Federal and State Law, and which have been discussed or referred to in this opinion and any of its footnotes.

170    2.) Defendants must present a detailed plan which sets forth the means by which the Plaintiffs class will be "Forever" proctected from further violations of their 8th & 14th Amendment Rights. Such plans must be in furtherance of but not necessarily limited to the following principles a, b, c, d, e,

10.) Inmate Dean Ross Denton Hereby Requests the Honorable Judge Kane to clarify this Inmates Rights that are in the Same as conditions in 1979, Suggestions or references are welcome to the monitoring of C.T.C.F.

Wherefore Inmate Dean Ross Denton Prays Honorable Judge Kane investigate or relay assistance to this deprived inmate.

*DRD*
Dean Ross Denton

## CERTIFICATE of MAILING

I certify that a original hand written motion was mailed to the US District Court for the District of Colorado through the prison mail system

on this 24th day of August 2006

*DRD*
Dean Ross Denton
Reg No 108801
CTCF Unit 3
Cañon City Co. 81215