IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

_____

**ORDER**
_____

This matter is before the court on a motion for judicial review filed by an inmate named Dean Ross Denton (#2224). It is apparent from review of the motion that Mr. Denton complains about double-bunking and overcrowding, which, according to him, violates the injunctive relief granted in *Ramos v. Lamm*. Why Mr. Denton has filed his motion in this case, which is about accommodation of inmates with disabilities, is unclear. Because he has sought relief which is not available in this case, it is

      ORDERED that the motion (#2224) be DENIED.

      Dated this 29th day of August, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge