IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

BILL OWENS, *et al.,*

    Defendants.

_____

**MOTION TO FILE AMENDED STIPULATION AND ORDER REGARDING STATUS OF COMPLIANCE BY CDOC WITH REMEDIAL PLAN**
_____

    The Plaintiff Class, through their counsel, Paula Greisen of King and Greisen, LLP, and the Defendants, through counsel, Elizabeth McCann of the office of the Attorney General, hereby move to file an Amended Stipulation and Order regarding the status of CDOC compliance with the remedial plan. As grounds therefore, counsel states as follows:

1. Since the issuance of the original stipulation, some actions have been taken to comply with the plan. Other issues have been resolved by Judge Nottingham and the parties have agreed on a briefing schedule for remaining issues.

2. The amended stipulation and order is being filed simultaneously with this motion. It amends the original stipulation in the following ways:

- Paragraph B(1) has been amended to note that CDOC has submitted a request for additional funding for Montez compliance to the Office of State Planning and Budgeting. The Joint Budget Committee of the General Assembly will hear the request on Sept. 20, 2006.

- Paragraph B(2) has been amended to change the date of the waiver of copays to July 26, 2006, rather than July 14. This change was necessitated by difficulties in setting up the system to reimburse copays. As a result of this delay, the parties have agreed that the waiver will apply twelve days after the Court has ruled on the

issue if the Court rules in favor of CDOC on the issue. The parties have also agreed that any inmate who received a letter from Plaintiff Counsel with the July 14, 2006 date and relied on it and sought medical care related to diabetes and was charged a copay from July 14 - July 26, 2006, will be reimbursed the copay. Inmates will be reimbursed in their inmate accounts any copay charged for diabetic care (other than the chronic care visit) from July 26, 2006- August 8, 2006. As of Aug. 9, 2006, there will be no charge for such visits.

- B(4) has been amended to note that the postings were present in all facilities as of Aug. 10, 2006.

- B(7) has been amended to remove issues (2), whether Eight Amendment Claims may be asserted in the damages claim process, and (3), whether the *Fitzgerald* opinion applies to the implementation of the Remedial Plan or to limit damages under the damage claim process, from those listed for resolution by Judge Kane. Judge Kane will be asked to rule on issue (1) the criteria used by CDOC in implementing the Remedial Plan and the criteria to be used by the Special Masters in the damages claim process to determine whether an inmate is disabled. Briefs on this issue will be filed by Sept. 1 and reply briefs by Sept. 22, 2006. The parties are going to attempt to resolve a remaining issue regarding the manner in which the AIC interprets her responsibilities with respect to medical issues raised by inmates. If the parties cannot resolve this issue, the parties will brief it for the Court at a later time.

- B(9) has been amended to reflect that costs were paid to Plaintiffs' counsel on or about July 28, 2006.

- B(10) has been amended to reflect that initial briefs on the copay and deduction issues will be filed by Sept. 1, 2006 and reply briefs by Sept. 22, 2006.

Dated this 29th day of August 2006.

| | |
|---|---|
| s/Paula Greisen | s/Elizabeth McCann |
| Paula Greisen, Esq. | Elizabeth McCann, Esq. |
| Counsel for the Plaintiff Class | Counsel for Defendants |
| King and Greisen, LLP | Deputy Attorney General |
| 1670 York St. | 1525 Sherman St. |
| Denver, Co. 80206 | Denver, Co. 80203 |
| greisen@kinggreisen.com | beth.mccann@state.co.us |

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 29th day of August, 2006, I electronically filed the foregoing Motion to amend the Stipulation and Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Paula Greisen, Esq. | Honorable Richard Borchers |
| Counsel for the Plaintiff Class | |
| dborchers@legalres.com | |
| King and Greisen, LLP | Special Master |
| 1670 York St. | Legal Resolution Center |
| Denver, Co. 80203 | 7907 Zenobia St. |
| greisen@kinggreisen.com | Westminster, Colorado |
| 80030 | |

                                                            s/Elizabeth McCann
                                                            Elizabeth McCann, Esq
                                                            Counsel for Defendants
                                                            Deputy Attorney General
                                                            1525 Sherman St.
                                                            Denver, Co. 80206
                                                            303-866-3261
                                                            Fax: 303-866-5443
                                                            beth.mccann@state.co.us