IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 28 2006

GREGORY C. LANGHAM
CLERK

Claim Number X-181
Category Untimely Filed Claim
Claimant: Leo S. Montoya, #130508
Address of Claimant: KCCC, P.O. Box 2000, Burlington, CO 80807

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim of Leo S. Montoya. Claimant stated in his claim form that he came into DOC custody on March 16, 2006. A show cause order was issued to Claimant, as it appeared that he may not be part of the class. Claimant filed a response to the order.

Judge Nottingham approved the Remedial Plan on August 27, 2003. On that date, the class was established. In order to file a claim for damages, a claimant had to have been in DOC custody on or before August 27, 2003. If a inmate came into custody after August 27, 2003, then he was entitled to file a separate lawsuit under the Americans with Disabilities Act.

Claimant came into DOC custody after August 27, 2003. He is not part of the class. Claimant has the right to pursue his own lawsuit for any discrimination that has occurred since he came into DOC custody. He cannot pursue a claim, as he is not part of the class. He came into DOC custody after the class was set by Judge Nottingham's order.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the

Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 30, 2006.**

SIGNED this 15th day of August, 2006.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this _____ day of August, 2006 to the following:

Mr. Leo S. Montoya
#130508
KCCC
P.O. Box 2000
Burlington, CO 80807

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203