ORIGINAL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No. 92-N-870 (OES) - 96-N-343
(To be supplied by the Court)

Jesse Montez et al.
Barbara Freeman #105776, Plaintiff(s)

Claim # 03-105
Catagory 111

vs.

Bill Owens, et al.

, Defendant(s)

PLANTIFF, BARBARA FREEMAN RESPONSE TO ATTORNEY GENERAL'S RESPONSE
TO FREEMANS'S MOTION REGARDING STRUCTURAL COMPLIANCE.
DIRECTED TO THE HONORABLE JUDGE KANE

Plantiff, Barbara Freeman, pro se, respectfully submits the following response to the Attorney General's Response received 8/15/06.

1. Whoever at the attorney general's office read and answered the "MOTION STIPULATION AND ORDER REGARDING COMPLIANCE REMEDIAL PLAN" sent around 7/25/06 by Barbara Freeman does not know how to read. He/she should learn to read before responding to the court on a legal matter. Education includes learning to read. It clearly states that Barbara Freeman was at CWCF and was transferred/sent to DWCF in 3/01. From there on everything is regarding what was not received here at DWCF as the same accomodations as what was had at CWCF. On page 2 #2 Plantiff submitted her motion regarding structural compliance within the allotted time period given by the court 7/27/06. Thereby the court must investigate her allegations.

2. According to the Montez Remedial Plan (ADA), I was to have the same accomodations when I came to DWCF as I had at CWCF. See page 4 of the Remedial Plan which was included.

3. Due to increasing problems with my left leg since the knee surgery in 9/04, right hip/back, I am unable to bend as time goes on so I am requesting a 2 drawer filing cabinet to replace the legal boxes, as the legal boxes under the bed are almost impossible for me to get to anymore. I will be 72 years old in November and have medical problems. Age and medical problems go hand in hand. One does not get younger nor do the medical problems disappear on their own. The medical care given here at DWCF does not eliminate the medical problems either.

4. Cathie Holst did deny the ADA grievances that I did and that were sent in. I still have the grievances and her letters. I believe Judge Krieger and/or Magistrate Judge Coan have copies or at least have seen these grievances and letters, due the the other case I had going in the U.S. District Court. Case # 04-MK-148 (PAC)

5. There is NO air in the handicap room, I am in and my breathing is getting worse. In fact, I can hardly breathe and am only getting a couple hours sleep at night because I cannot breathe. Medical has been trying to correct this situation and help me. They cut large holes through the fire walls to install the alarm systems and we have problems continually since then. Every time the fire alarm goes off it automatically shuts off the baffles which circulates the air. So there is no air in the unit. Unit 2 D wing has not had air since May 2006 and the maintenance employees cannot seem to get it corrected. This is part of why I am having such serious breathing problems.

6. There are certain doors within this facility (DWCF) which are very hard to open and some I cannot open due to not having strength enough to do so. If were not for other inmates, I would be stuck either inside or outside that particular building. When in a wheelchair I could not even reach far enough to flag someone to have them open the door, I had to wait until some one can by.

7. Special Master Pringle denied my claim regarding my permanent mobility because of the time frame. He stated I should get a good civil attorney and file a malpractice lawsuit, if Montez did not claim this problem.

8. I do have only 1 eye and do suffer a serious vision disability problem, due to the loss of vision loss of my right eye. I had lost the eye at Arapahoe County Jail NOT at DOC as the papers turned into the Montz papers try to reflect by DOC personel. The case was in the U.S. District Court. Case # 01-MK-1048 (PAC) I still have many problems with my right eye even though I have no vision. (BLIND) When the problems start with my blind eye it does affect my left eye. I have glaucome in the left eye, a cataract, plus when the right eye gives me problems the left eye reacts as well. The glaucoma specialist at Denver Health states this is natural and it will be like this forever as the eyes were so depended on each other for so many years.(65)

9. #4 of the Attorney General's response page 3 states Special Master Pringle on 11/18/05 held that Freeman did have a permanent mobility disabilit but denied her claim because she failed to sustain her burden of establishing either discrimination because of her disability or a failure to provide reasonable accomodation. Freeman has now been moved from her handicap cell accomodation for permanent mobile disability. She now has NO access to her closet as she cannot climb or stand on chairs due to her leg and vision disability. When she tries to reach anything it is out of reach and she has fallen due to trying to climb on a chair.

My appeal is based on Wade v Bradford 39F.3d. 1126,1130(10th Cir. 1994) RaDEMACHER V Colorado Ass'n. of Soil Conservation Dists. Med. Benefit Plan 11 F,3d. 1567, 1571 ( 10th Cir. 1993)
Plantiff raised these issues , therefore they can be brought before the Appeals Court.

WHEREFORE: Just because the Attorney General states that DWCF is compliant does not make it true. Peter Orleans the architect was not shown the violations shown in my petition. Please reread my petition and come to DWCF to investigate the structural non-compliant claim. For these reasons listed above, the Attorney General's response is without merit and should be denied.

Respectfully Submitted;

*Barbara Freeman*
Barbara Freeman # 105776
DWCF  Unit 2- 128 D
P.O. Box 392005
Denver, Co.  80239-8005

## CERTIFICATE OF MAILING

I, Barbara Freeman, do hereby certify that on this 25th day of August, 2006, a true and correct copy of the foregoing "PLANTIFF BARBARA FREEMAN RESPONSE TO ATTORNEY GENERAS"S RESPONSE TO FREEMAN'S MOTION REGARDING STRUCTURAL COMPLIANCE" DIRECTED TO THE HONORABLE JUDGE KANE, was mailed by depositing the same in the U.S. Mail, postage prepaid and addressed at follows:

U.S. District Court
Attention Honorable Judge Kane
Alfred A. Arraj U.S. Courthouse
901- 19th St.  Rm.A105
Denver, Co. 80294-3589

Office of the Attorney General
1525 Sherman St.  5th Fl.
Denver, Co. 80203-1760


*Barbara A. Freeman*
Barbara A. Freeman # 105776
DWCF    Unit 2- 128D
P.O. Box 392005
Denver, Co. 80239-8005