| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 700-30 | 1 OF 7 |
| | CHAPTER: Offender Health Services | |
| COLORADO DEPARTMENT OF CORRECTIONS | SUBJECT: Offender Co-Payment Program | |
| RELATED STANDARDS: ACA Standards 4-4345 | EFFECTIVE DATE: April 15, 2006 | |
| | SUPERSESSION: 11/01/05 | |
| OPR: OCS     REVIEW MONTH: August | Joe Ortiz, Executive Director | |

I. POLICY

The Colorado Department of Corrections will provide necessary medical and behavioral health care to Colorado offenders. **All offenders will have access to health care regardless of their ability to pay. [4-4345]** Unimpeded access to health care services by offenders will be made by health care professionals, and the amount of the co-pay fee is subject to change without prior notice.

II. PURPOSE

The purpose of this administrative regulation is to provide guidelines for the implementation and utilization of an offender co-payment program.

III. DEFINITIONS

   A. Appointment: Scheduled visit following the submission of a "Request for Sick Call" (kite).

   B. Chronic Care Clinic: Long term health care provided to patients with cardiovascular disease, pulmonary disease, seizures, diabetes, HIV, schizophrenia, bi-polar disorder, major depression, dysthymia, schizoaffective disorders, paranoid/delusional disorders, psychotic disorders, dissociative identity disorders, post traumatic stress disorders (schizoid, schizotypal, and paranoid), diseases that include initial assessment, treatment, and periodic monitoring and evaluation.

   C. Emergency: An acute medical and/or mental health event related to a threat to life or limb. This includes any condition for which evaluation, treatment, or therapy as determined by a health care provider are immediately necessary to prevent death, severe or permanent disability, uncontrolled bleeding, maintain an airway and respiration, or mental health condition in which an offender is a danger to himself/herself or others.

   D. Follow-Up Appointment: Any request or appointment made by health care staff to provide subsequent health care services following the original precipitating complaint.

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | EFFECTIVE 04/15/06 |

E. <u>Health Care Provider</u>: A licensed health care professional including, but not limited to: physicians, physician assistants, nurse practitioners, registered nurses, licensed practical nurses, certified nursing assistants, dentists, dental assistants, optometrists, physical therapists, licensed professional counselors, psychologists, psychiatrists, social workers, and x-ray technicians.

F. <u>Health Care Refusal</u>: Refusal of an appointment, procedure, scheduled pre/post-op visit, hospitalization, testing, x-ray, follow-up, etc.

G. <u>Misuse of Clinical Services</u>: Pursuant to administrative regulation 150-01, *Code of Penal Discipline*, an offender commits this offense when he/she causes the use, or expense, of medical, dental, or mental health care without good reason, or fails to cooperate with the care without good reason.

H. <u>No Show</u>: Failure to show up for a scheduled appointment with either DOC or non-DOC health care staff.

I. <u>Offender Initiated Request</u>: Process by which offenders access health care services.

J. <u>Self-Declared Emergency</u>: An offender's judgment that he/she cannot wait to obtain consultation, assessment, and/or treatment through the routine triage sick call protocol.

K. <u>Special Needs Unit</u>: A facility, or portion thereof, designated for special populations, i.e. mentally ill, etc. The Department has the following special needs facilities/units: San Carlos Correctional Facility, Denver Women's Special Needs Unit, Ft. Lyon Correctional Facility or any DOC infirmary.

L. <u>Telemedicine Services</u>: Medical or mental health services provided via a videoconferencing system.

M. <u>Work Related Injury</u>: A visible or traumatic injury that occurred while an offender is performing his/her job duties, and has been reported to his/her supervisor within 48 hours of the time of injury.

IV. <u>PROCEDURES</u>

    A. <u>Co-Payment for Services</u>

        1. **All offenders are** provided written co-payment guidelines through the "Clinical Services Patient Handbook" (Attachment "A") **at the time of admission to the Department. [4-4345]**

        2. All offenders will be charged a sum of $5.00 for each health care visit that is offender initiated. Offenders who reside at the San Carlos Correctional Facility and the Denver Women's Special needs unit are included and will be charged the co-payment for services in the medical clinic, the optometry clinic, and the dental clinic. The primary method for offenders to initiate a health care visit is by completing and forwarding a "Request for Sick Call Form" (kite) to their assigned facility Clinic Services. In emergency or unusual situations offenders may:

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | EFFECTIVE 04/15/06 |

        a.    complete and forward a "Request for Sick Call" (kite);

        b.    request Department staff to assist them in obtaining an assessment and/or routine health care services; or

        c.    report to any health care staff for consultation, assessment, and/or treatment without having been contacted or scheduled by health care staff.

3. If assessment or treatment is rendered by nursing staff, the co-payment is assessed at the completion of the nursing visit. Should a nurse decide that a referral to a provider is necessary to manage the precipitating visit, the "follow-up" encounter type will be entered at the time of the provider encounter entry.

4. Offenders seeking **any health services** outside the sick call by appointment system as a self-declared emergency shall be charged a $10.00 co-payment. This fee will be adjusted if the offender's condition meets the criteria of a confirmed emergency, as defined, or there is an admission to an infirmary or hospital.

5. Designated staff at each facility clinic are responsible for reviewing all offender initiated requests for health care. Based upon the medical needs of the offender requesting the appointment, the staff shall schedule a time for the offender to be seen. The facility clinic staff shall also notify the offender's living unit of the time at which the appointment has been scheduled. Offenders are responsible for reviewing the posted appointment list and attending the appointment.

6. If the offender fails to show for a scheduled appointment, the offender shall be charged a $5.00 co-pay for the no-show. Should an offender refuse to sign the clinic appointment schedule or similar document, but wish to receive treatment, the health care provider shall sign, date, and note that the offender refused to sign. If treatment is delivered, any applicable co-payment will be charged.

7. Chronic Care Clinics: Offenders who have been diagnosed with a chronic health condition, including long term mental health disorders, by a provider or a clinician will be charged the automatic semi-annual (every 183 days) $5.00 co-pay charge for as long as the offender is receiving treatment for such condition.

B.    General Exclusions to the Medical Co-Payment Fee

**A co-payment fee will not be charged for** the following services:

1. Intake health examinations or screenings.

2. Intake mental health screenings.

3. Dialysis.

4. Treatment orders such as dressing changes, wound checks, and medication administration.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | EFFECTIVE 04/15/06 |

      5.    Lab work and x-rays.

      6.    Work related injuries.

      7.    Health related educational sessions.

      8.    Departmental initiated health measures necessary to prevent the spread of infectious or contagious diseases.

      9.    Pregnancy related visits.

      10.    Follow-up appointments initiated/scheduled by a health care provider.

      11.    Sexual assault examinations, including mental health services necessary to treat the offender.

      12.    Subsequent appointments (not initial) as a result of admission to a DOC special needs unit.

      13.    ADA screenings.

      14.    Medically unassigned (or other equivalent code).

      15.    Referrals to specialists/sub-specialists, x-ray.

      16.    **Any request or appointment initiated/scheduled by medical staff. [4-4345]**

C.    Mental Health Co-Payment

      1.    General Mental Health Services: Offenders with general mental health needs shall be charged a standard fee of $5.00 for each offender initiated contact with a psychiatrist, psychologist, or social worker/counselor. This co-pay will be charged regardless if the service is provided in person by the provider or via teleconferencing.

      2.    Chronic Care for the Mentally Ill: Offenders who have been diagnosed with a chronic mental disorder shall be charged the automatic semiannual (every 183 days) $5.00 co-pay for as long as the offender is receiving treatment for the chronic condition.

      3.    Exclusions: **There will be no co-payment fee for** follow-up appointments: i.e., **any request or appointment initiated/scheduled by mental health staff [4-4345]** to provide subsequent mental health services following the original precipitating complaint.

D.    Dental Co-Payments

      1.    For Services Rendered

          a.    A $5.00 co-payment shall be charged for each dental visit that is offender initiated. A root canal and restoration are not considered a single course of treatment; therefore, shall be charged a separate $5.00 co-payment fee.

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | EFFECTIVE 04/15/06 |

        b.    Offenders seeking **any dental services** outside the sick call by appointment system as a self-declared emergency shall be charged a $10.00 co-payment.

    2.    Exclusions: **There will not be a co-payment fee for** follow-up appointments; i.e., **any request or appointment initiated/scheduled by dental staff [4-4345]** to provide subsequent dental services following the original precipitating complaint. Relines, repairs, and adjustments, during the first 90 days following the delivery of a new denture **will not** incur a co-payment. After 90 days a co-payment **will** apply for these services. If an offender is determined not to be eligible for a prosthesis, then there will not be a fee for the evaluation.

E.    Optometry Co-Payment

    1.    For Services Rendered

        a.    Offenders shall be charged a $5.00 co-payment for a course of optometry treatment. This shall include the initial examination, one pair of glasses, and the fitting appointment. Visits made in addition to the above course of optometry treatment shall be charged an additional $5.00 for each new course of treatment.

        b.    State issued glasses will be provided in accordance with AR 700-05, *Optometry Scope of Service*.

    2.    Exclusions: Emergency and medically recommended eye examinations may be ordered by a physician, physician assistant, or nurse practitioner and shall be done anytime the need is determined, at no charge to the offender.

F.    Pregnancy Related Conditions

    1.    An offender who initiates a kite because she believes she is pregnant, shall be charged the $5.00 co-pay for the initial visit to the provider for the pregnancy test. If the pregnancy is confirmed, all subsequent visits will be considered as follow up visits.

    2.    Any procedures for determining the gender of the fetus and non-therapeutic sterilizations/abortions are not covered services.

G.    Infirmary Services and Special Needs Units

    1.    Upon admission to a DOC infirmary and/or special needs unit, providers shall charge the offender a one time $5.00 co-pay fee. No other charge will be applied for the duration of the infirmary stay for the precipitating condition. The offender shall be charged a $5.00 co-pay fee for each readmission to an infirmary.

    2.    Offenders who reside at the San Carlos Correctional facility and the Denver Women's special needs unit shall be charged a co-pay for medical services rendered at each facility clinic. Offenders shall also be charged a co-pay for optometric and dental services, in accordance with the provisions of this administrative regulation.

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | EFFECTIVE 04/15/06 |

H. Electronic Debit Process

    Clinical Services staff are required to use the electronic encounter screen unless otherwise approved by the assistant director of Clinical Services. Encounters that cannot be recorded on the electronic medical record shall be recorded on the Colorado Department of Corrections "Clinical Services Facility Daily Co-Payment Log" (Attachment "B"). The co-payment log shall be forwarded monthly to the Division of Clinical Services at Central Office.

    1. A "*Visit Type*" that represents the purpose of the encounter will be selected. The encounter entry must be completed on the day of the service. If the encounter is not entered on the day of service, the health care provider must modify the default visit date on the encounter screen to reflect the actual date of service.

    2. At approximately 2330 hours each day, an automatic electronic co-payment table is generated and debited in offender accounts.

I. Co-Payment Credit

    Offenders wishing to contest the validity of a co-payment charge must complete a "Colorado Department of Corrections Offender Grievance Form" (Attachment "A"), in accordance with administrative regulation 850-04, *Grievance Procedure*.

    If the responding staff member grants remedy in the form of a credit to the offenders account, the completed offender grievance form should be faxed, or mailed via inter-office mail, to the Division of Clinical Services at Central Office for logging and routing. Only Division of Clinical Services Central Office staff is authorized to request a credit from Inmate Accounts at CTCF.

J. Process for Charging Co-Payments for Self Declared Emergencies

    If an offender seeks medical care due to a self declared emergency, the offender shall be charged a $10.00 co-payment for a self declared emergency visit to the provider.

K. Misuse of Clinical Services

    1. If the provider determines that the self declared emergency by the offender meets the criteria for misuse of Clinical Services, abuse of medication, dangerous drug possession, or any other infraction of the Department's administrative regulation, 150-01, *Code of Penal Discipline*, the provider shall document the information; initiate, and file the paperwork for a Code of Penal Discipline charge in accordance with such regulation.

    2. The staff are expected to cooperate during any hearing process held under the provisions of administrative regulation 150-01. Cooperation includes preparing the paperwork, initiating the charges, testifying at the hearing, and maintaining all appropriate records related to the incident in question.

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | EFFECTIVE 04/15/06 |

    I.    Staff Accountability

        1.    Disciplinary and/or corrective action may be taken against Departmental personnel who fail to assess the co-payment.

        2.    The Division of Clinical Services will conduct quarterly audits of the clinical providers to ensure that the co-payments are being charged appropriately.

V.    RESPONSIBILITY

It will be the responsibility of the assistant director of Clinical Services to ensure that:

A.    Offenders receive unimpeded access to necessary medical, dental, and behavioral health care services.

B.    Co-payments are being monitored to ensure that they are being assessed consistently to all offenders.

VI.    AUTHORITY

CRS 17-1-113. Medical visits – charge to inmates – legislative declaration.

VII.    HISTORY

February 1, 2005

ATTACHMENTS:    A.    AR Form 700-30A, Clinical Services Patient Handbook

                        B.    AR Form 700-30B, Clinical Services Facility Daily Co-Payment Log

                        C.    AR Form 100-01A, Administrative Regulation Implementation/Adjustments

AR Form 700-30A (04/15/06)

# State of Colorado
# Department of Corrections



# CLINICAL SERVICES PATIENT HANDBOOK

July 26, 2004
February 1, 2005
Revised: April 15, 2006

Attachment "A"
Page 1 of 6

The Colorado Department of Corrections (CDOC) will provide medically necessary health care services to you during your incarceration. Here are some important things you must remember:

**SICKLINE**

The most commonly used method to access routine health care from CDOC is the "sick line." Requesting health care services is a self-referral process by the patient, done by completing the "Request for Sick Call Form," commonly known as a "kite." Patients will access routine health care in the following manner:

1) Obtain a "Request for Sick Call Form" (kite), fill it out and return it to the area directed by each facility. The form includes your name, CDOC identification number and the type of health problem you are having. Check **only one** health care area or provider per request. Upon receiving the "Request for Sick Call Form," the health care provider will review it to determine an appropriate response. *Please note that while you may check one health care provider per "kite" request, clinic staff will determine through follow up procedures or triage who the health care provider is, if medically necessary. Regardless of who the health care visit is with, co-pays will be $5.00, except for self declared emergencies which will be $10.00.*

2) Each facility has designated days and times for sick line, (i.e., appointment times). Requests will be prioritized by the health care provider according to clinical significance. After the health care provider reviews your request, a response will be returned to you with either a response to your request and/or placement on a sick call/appointment list. An appointment will be scheduled when medically necessary, not all requests will result in an appointment. A sick call or appointment list is posted regularly in specific areas throughout your facility.

3) After you have identified your name on the sick call/appointment list you should promptly report at the time and location designated (in accordance with security policies and procedures). Reporting late to a scheduled appointment may be deemed as a no-show and/or result in having to submit another "Request for Sick Call Form." An appointment will be assigned the appropriate co-payment.

**CO-PAYMENTS**

The Colorado Department of Corrections (CDOC) is required by law (CRS 17-1-113) to charge a mandatory co-pay for health care services provided to offenders. All co-payments are subject to change. It is important to remember that:

*NO ONE WILL BE DENIED HEALTH CARE BECAUSE OF INABILITY TO PAY!*

Attachment "A"
Page 2 of 6

**Each patient is responsible for any applicable co-payments or fees after receiving health care services. Co-payments will be charged to your institutional account.**

## MEDICAL CO-PAY FOR SERVICES

$5.00 co-pay for each health care visit that is offender initiated. There is no charge for submitting a "kite."

$10.00 co-pay for *any health services* outside the sick call by appointment ("kite") system as a self-declared emergency. This fee will be adjusted to $5.00 when a patient's condition meets the criteria of an emergency, or there is an admission to an infirmary or hospital. An emergency is defined as treatment or assessment that is immediately necessary to prevent death, severe or permanent disability, uncontrolled bleeding, and/or maintain an airway and respiration.

There **WILL NOT** be a co-pay charge for:

1) Intake health examinations or screenings.
2) Intake mental health screenings.
3) Any request or appointment initiated/scheduled by medical staff.
4) Dialysis.
5) Treatment orders such as dressing changes, wound checks, and medication administration.
6) Lab work and x-rays.
7) Work related injuries.
8) Health related educational sessions.
9) Departmental initiated health measures necessary to prevent the spread of infectious or contagious diseases.
10) Follow-up pregnancy related visits. (Procedures for determining the gender of the fetus and non-therapeutic sterilizations/abortions *are not* covered services).
11) Follow-up appointments initiated/scheduled by a health care provider (as defined).
12) An initial (first) visit while admitted to a "Special Needs Unit" (e.g., CTCF Infirmary, DRDC Infirmary, FLCF Skilled Nursing, DWCF Special Needs Unit Six, San Carlos Correctional Facility) will be assigned a co-pay.
13) ADA screenings.
14) Medically unassigned, (or other equivalent code).
15) Referrals to specialists/sub-specialists.
16) Sexual assault examinations.

## MENTAL HEALTH CO-PAY FOR SERVICES

Offenders with mental health needs will be charged a standard fee of $5.00 for each offender initiated contact with a psychiatrist, psychologist, or social worker/counselor.

Attachment "A"
Page 3 of 6

**Chronic Mental Health Care:** Offenders diagnosed with a chronic mental health disorder shall be charged the automatic semi annual (every 183 days) $5.00 co-pay for as long as the offender is receiving treatment for the chronic condition.

**Telemedicine Initial (Psychiatry)** -- An initial telemedicine contact.

**Telemedicine Follow-up (Psychiatry)** -- A telemedicine request or appointment made by health care staff to provide subsequent health care services following the initial telemedicine contact.

## MENTAL HEALTH CO-PAY EXCLUSIONS

There will not be a co-payment fee for follow-up appointments: i.e., any request or appointment initiated/scheduled by mental health staff to provide subsequent mental health services following the original presenting problem.

## DENTAL CO-PAY FOR SERVICES

A $5.00 co-pay will be charged for each dental visit that is offender initiated. A root canal and restoration will not be considered a single course of treatment and will be charged a separate $5.00 co-pay fee.

Offenders seeking *any dental services* outside the sick call by appointment system as a self-declared emergency shall be charged a $10.00 co-payment. This fee will be adjusted to $5.00 when a condition meets the criteria of an emergency (as defined).

## DENTAL CO-PAY EXCLUSIONS

There will not be a co-payment fee for follow-up appointments: i.e., any request or appointment initiated/scheduled by *dental staff* to provide subsequent dental services following the original precipitating complaint. Relines, repairs, and adjustments during the first 90 days following the delivery of a new denture will not incur a co-payment. After 90 days a co-payment will apply for these services. If an offender is determined not to be eligible for a prosthesis, then there will not be a fee for the evaluation.

## OPTOMETRY (VISION) CO-PAY FOR SERVICES

Offenders will be charged a $5.00 co-pay for a "course of optometry treatment." This consists of the initial examination, one pair of glasses and the fitting appointment. Visits made in addition to the above course of optometry treatment will be charged an additional $5.00 for each new course of treatment. State issue glasses will be provided by the DOC when the prescription changes or every three years if clinically indicated.

**OPTOMETRY (VISION) CO-PAY EXCLUSIONS**

Emergency and medically recommended eye examinations may be ordered by a physician, physician assistant, or nurse practitioner and shall be done any time the need is determined, at no charge.

**HEALTH CARE VISIT TYPES: Co-pay charges will be based on the following types of encounters or visit types:**

**Administrative** – Activities related to the administration or management of a course of treatment. This includes but is not limited to: chart reviews, grievance activities, medication renewals/changes, patient teaching, and staffings. **No charge.**

**Appointment** – Scheduled visit following the submission of a "Request for Sick Call" ("kite"). **$5.00 co-pay charge.**

**Chronic Care Clinic** – Care to patients with cardiovascular disease, pulmonary disease, seizures, diabetes, HIV, Schizophrenia, Bi-polar Disorder, Major Depression, Dysthymia, Schizoaffective Disorders, Paranoid/Delusional Disorders, Psychotic Disorders, Dissociative Identity Disorders, Post Traumatic Stress Disorders (Schizoid, Schizotypal, and Paranoid), diseases *during a formal Chronic Care Clinic*. **Automatic semi-annual (every 183 days) $5.00 co-pay charge for as long as one is receiving treatment for a chronic condition.** The semi-annual co-pay is for *"Chronic Care Clinic"* encounter visits only.

**Confirmed Emergency** - An acute medical and/or psychiatric event related to a threat to life or limb. This includes any condition for which evaluation, treatment, or therapy <u>as determined by a health care provider</u> are immediately necessary to prevent death, severe or permanent disability, uncontrolled bleeding, maintain an airway and respiration, or psychiatric condition in which an offender is a danger to themselves or others. **$5.00 co-pay charge.**

**Department Mandated** – DOC initiated health measures necessary to prevent the spread of infectious or contagious disease. This also includes sexual assault examinations. **No charge.**

**Facility Intake** – Non infirmary new arrivals, initial /intake health examinations or screenings. **No charge.**

**Facility Security** – To include but not be limited to; treatment of injuries received as a result of resistance and/or non-compliance with posted operational rules, direct lawful order, code of penal discipline, or use of force. **$ 5.00 co-pay charge**.

**Follow-up** – Any request or appointment made by health care staff to provide subsequent health care services following the original precipitating complaint. **No charge.**

**Health Care Refusal** – Refusal of a *<u>scheduled</u>* appointment, procedure, scheduled pre/post-op., hospitalization, testing, x-ray, follow-up, etc. **$5.00 co-pay charge**, unless a written request ("kite") to cancel the appointment is received by Clinical Services before the date of the appointment.

Attachment "A"
Page 5 of 6

**Inpatient Admission** – Initial visit upon admission to the DRDC Infirmary, CTCF Infirmary, DWCF Special Needs Unit Six, SCCF, and the skilled nursing unit at FLCF. **An initial $5.00 co-pay charge.**

**Inpatient Care** – Care provided at DRDC Infirmary, CTCF Infirmary, DWCF Special Needs Unit Six, SCCF and the skilled nursing unit at FLCF. **No charge.**

**Inpatient Discharge** – Discharge plan or orders completed prior to discharge from the DRDC Infirmary, CTCF Infirmary, DWCF Special Needs Unit Six, SCCF and the skilled nursing unit at FLCF. **No charge.**

**No-Show** – Failure to show up for a scheduled appointment with either a DOC or non-DOC health care staff. **$5.00 co-pay charge.**

**Self Declared Emergency** – An offender's judgment that he/she cannot wait to obtain consultation, assessment, and/or treatment through the routine triage "kite" sick call process. The event is determined by a health care provider not to be a clinical threat to life or loss of limb. **$10.00 co-pay charge.**

**Telemedicine Initial (Psychiatry)** – An initial telemedicine contact. **$5.00 co-pay charge.**

**Telemedicine Follow-up (Psychiatry)** – A telemedicine request or appointment made by health care staff to provide subsequent health care services following the initial telemedicine contact. **No charge.**

**Work Related Injury** – A visible or traumatic injury that occurred while an offender is performing his/her job duties, and has been reported to his/her supervisor within 48 hours of the time of injury. **No charge.**

**Advance Directives (Living Wills)** - It is the policy of the Department of Corrections to provide offenders with the opportunity to anticipate medical decisions when they are able to make their intentions known. A living will is a paper prepared before your death or medical helplessness. All offenders are encouraged to complete in writing their personal directions regarding future health care - these are called *Advanced Directives*. These forms are available at facility Clinical Services units. As a patient becomes progressively ill in the course of a disease process, it becomes increasingly important to complete the directive to ensure that the medical treatment and services provided do not exceed the level of care desired by the patient. For information regarding living wills, refer to AR 700-27, *Medical Decisions and Advance Directives*.

AR Form 700-30B (11-01-05)

# COLORADO DEPARTMENT OF CORRECTIONS
## CLINICAL SERVICES
## FACILITY DAILY CO-PAYMENT LOG

Sequence No. _____

FACILITY DAILY CO-PAYMENT LOG             Authorized by _____

---

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

MEDICAL CO-PAY COLORADO DEPARTMENT OF CORRECTIONS
DOC # _____   MH ❑  OPT ❑
NAME _____
OFFENDER SIGNATURE _____
SIGNATURE CAPTURED ON OTHER FORM ❑   DATE _____
VISIT $5 _____   NO SHOW $5 _____   REFUSAL $5 _____
SELF-DECLARED EMERGENCY $10 _____   CONFIRMED EMER. $5 _____

Distribution: Original (Central Office)
Copy (Clinic)

Attachment "B"
Page 1 of 1

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-1A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Offender Co-Payment Program | 700-30 | 04/15/06 |

(FACILITY/WORKUNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET
                                              LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____ (DATE) _____
         Administrative Head

Attachment "C"
Page 1 of 1