1

1       IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
2
    Civil Action No. 92-cv-00870-EWN-OES
3
    JESSE F. MONTEZ, et al.,
4
        Plaintiffs,
5
    vs.
6
    DEPARTMENT OF CORRECTIONS, et al.,
7
        Defendants.
8   _____

9
                    **REPORTER'S TRANSCRIPT**
10                 (Compliance Hearing - Volume 1)

11  _____

12          Proceedings before the HONORABLE JOHN L. KANE, JR.,

13  Senior Judge, United States District Court for the District of

14  Colorado, commencing at 10:30 a.m., on the 24th day of April,

15  2006, in Courtroom A802, United States Courthouse, Denver,

16  Colorado.

17

18

19

20

21

22

23

24  Proceeding Recorded by Mechanical Stenography, Transcription
       Produced via Computer by Gwen Daniel, 901 19th Street,
25       Room A259, Denver, Colorado, 80294, 303.571.4084

Carolyn Sutherland - Cross

1   to medical, right?

2   A.   That's correct.

3   Q.   So in order for medical to see the inmate, the inmate is

4   going to have to put in a kite to medical to discuss the

5   results, correct?

6   A.   Or medical could pull them over, depending upon what the

7   results were.

8   Q.   The procedure is the inmate is supposed to put in a kite to

9   see medical to talk with medical about any problems, correct?

10  A.   That's correct.

11  Q.   And when the inmate puts in a kite to see medical they're

12  charged $5, correct?

13  A.   That's correct.

14  Q.   If an inmate is shocking out, if an inmate is going way

15  high or way low and is either losing consciousness or is

16  getting close to it, that would be an emergency situation,

17  correct?

18  A.   That is correct.

19  Q.   If an inmate in that situation wants to see medical, they

20  get charged $10 for an emergency visit, correct?

21  A.   That's correct.

22  Q.   So would it surprise you to know that inmates who are

23  shocking out don't ask to see medical in an emergency because

24  they don't want to pay the $10?

25  A.   I could -- I could believe that.

Carolyn Sutherland - Cross

167

1    Q.  In fact inmates who even think that they need another

2    finger stick -- I mean let's say an inmate has gotten two

3    finger sticks a day and thinks he or she is feeling high or

4    low, wants to go get another finger stick, they have to put in

5    a kite, and they're going to get charged, $5 for an extra finger

6    stick, correct?

7    A.  If it's an emergent kind of thing, again, they would be

8    seen right away and they would have to put in a kite for that.

9    Q.  In emergency they're charged $10 for regular, an extra

10   finger stick they're going to be charged 5, right?

11   A.  If they're evaluated on a nursing protocol.

12   Q.  Right.  That's the policy, right?

13   A.  Yes.

14   Q.  To charge them $10 or $5, right?

15   A.  Yes.

16   Q.  And if an inmate needs their prescription refilled, let's

17   say an inmate with diabetes has -- their insulin prescription

18   has run out and they need to get that refilled, they have to

19   put in a kite to get their script filled, right?

20   A.  That's correct.

21   Q.  And then they get charged $5, right?

22   A.  Yes.

23   Q.  And so if an inmate with diabetes has multiple scripts,

24   every time they get each of their prescriptions refilled, they

25   have to put in a kite, and each time they put in a kite,

Linda Edwards - Direct

198

1    A.   No, I don't.  Diet exchanges are not used any longer.  The

2    reality is that we all have blood sugar, and once blood sugar

3    is blood sugar in our bodies, our bodies don't know where it

4    came from, the relevant issue is how much total carbohydrate is

5    eaten.  So if someone ate a certain --ate their diabetic tray,

6    but it didn't have enough carbohydrate to drive the energy they

7    need for work, or whatever, then they can get into trouble.

8           We no longer do a starch exchange for another starch

9    exchange.  The reality is they can choose -- if they knew how

10   much carbohydrate was in the foods and how much would

11   reasonably meet their needs, they could choose that amount of

12   carbohydrate in whatever source fit.

13   Q.   So with ADA diets -- and when I say ADA I'm talking about

14   American Diabetes Association diets, are you saying that they

15   did completely away with diet food exchanges years ago?

16   A.   Uh-huh, yes.

17   Q.   What about the timing of the food and the insulin

18   injections?

19   A.   This is a big concern of mine.  I saw a lot of variation

20   between the time that insulin is administered and the time that

21   they are actually able to eat.  It could be they go directly

22   from the med line to the chow line in a couple of cases, but

23   it's also been as long as 45 minutes to an hour before they

24   could eat.  And one of the things that concerned me the most,

25   and this is related to the interviews that we've had this

199
Linda Edwards - Direct

1  month, as well as interviews that took place a couple of years
2  ago, there is no priority for people with diabetes to go to the
3  food line, regardless of their blood sugar.

4       And we heard reports from several that their blood
5  sugar was documented at 50, which is 20 points below normal,
6  below the low end of normal, and they were sent -- they were
7  instructed to go back to their cell instead of going directly
8  to the food line. That's a concern. It's more of a concern
9  with the Lantus, change in their insulin, because if they have
10 Type 1 diabetes, a couple of the inmates did tell us they were
11 also being changed to a very fast-acting mealtime insulin.
12 Q.  Okay.  Let's take these one at a time.
13 A.  Okay.
14 Q.  You're talking about the fact that Territorial is putting
15 everybody on Lantus now, and that's a form of insulin?
16 A.  Uh-huh.
17 Q.  I'm going to get to that.  Let me -- and I want to cover
18 this as quickly as possible, but I do want, before I move away
19 from the timing, and talk about insulins, I do want you to talk
20 briefly about why it's so important -- as a lay person a blood
21 glucose of 50 doesn't necessarily mean anything.  Why is it so
22 important that that timing occur?  What can happen?
23 A.  If the blood sugar is 50 before a meal, it is likely to go
24 even lower if the meal is delayed, and that could present some
25 major problems in terms of severe low blood sugar reactions,

211

Linda Edwards - Direct

1   Q.  Did you also receive information about costs or charges

2   being applied if either additional finger sticks or emergency

3   procedures -- emergency visits --

4   A.  Yes, yes.

5   Q.  Okay.

6   A.  There would -- even at Territorial the guards were telling

7   the inmates that they would be charged $5 if they used -- there

8   was one inmate that said that he was told that he would be

9   charged for using the kit.

10  Q.  And what about just the costs of emergency care?  Did you

11  gain any information about whether inmates are simply not

12  reporting emergency situations because of charges?

13  A.  That was the general report we got from both facilities.

14  Q.  I'm sorry, can you say that again?  We were talking about

15  whether inmates -- you obtained information about whether

16  inmates are simply not reporting emergency situations because

17  of the costs.

18  A.  That's right.  We got that information consistently from

19  all of our interviews in both places.

20  Q.  Now part of the training that you developed was to teach

21  custody staff on how to recognize hyper or hypoglycemics so

22  that they would know how to react to somebody if that were

23  occurring.  Did you receive any information as to whether or

24  not that type of training was being effective?

25  A.  Again, I don't have the inmate's name in front of me, but