265

1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
2

Civil Action No. 92-cv-00870-EWN-OES
3

JESSE F. MONTEZ, et al.,
4

     Plaintiffs,
5

vs.
6

DEPARTMENT OF CORRECTIONS, et al.,
7

     Defendants.
8
_____

9

**REPORTER'S TRANSCRIPT**
10                 (Compliance Hearing - Volume 2)

11
_____

12          Proceedings before the HONORABLE JOHN L. KANE, JR.,

13    Senior Judge, United States District Court for the District of

14    Colorado, commencing at 9:08 a.m., on the 25th day of April,

15    2006, in Courtroom A802, via videoconferencing, United States

16    Courthouse, Denver, Colorado.

17

18

19

20

21

22

23

24    Proceeding Recorded by Mechanical Stenography, Transcription
          Produced via Computer by Gwen Daniel, 901 19th Street,
25        Room A259, Denver, Colorado, 80294, 303.571.4084

Maurice Prince - Direct

1  Q.  Well, you got some letters back saying you hadn't filled

2  out the form right, correct?

3  A.  Right.  Yes, I have.  Excuse me, yes, I did.

4  Q.  Okay.  So after you got the letters that said you hadn't

5  filled out the form right, did you ever hear anything else back

6  from her?

7  A.  No, just that I needed to -- well, yes, I did, just that I

8  needed to fill it out within a certain amount of time or

9  otherwise she would drop my request for accommodations.

10  Q.  Okay.  With respect to you reporting a hypoglycemic

11  episode, did either anybody from Cathie Holst's office or

12  medical services get in contact with you?

13  A.  No.

14  Q.  Now, Mr. Prince, do you always report these episodes to

15  clinical services?

16  A.  Sometimes it's easier just to try to take care of it

17  myself, because it's an emergency situation.  If I have to go

18  through the staff to be able to get to medical, and do various

19  things, then I would be probably waiting a long time.

20  Q.  Do you get charged if you do that?

21  A.  Yes, I do.

22  Q.  What's the charge if you report an emergency visit?

23  A.  It's $10.

24  Q.  Because of the charge have there been times when you have

25  not reported these episodes?

298

Stanley Renner - Direct

1   correct?

2   A.  Yes, ma'am, I did.

3   Q.  Okay.  Have you gotten your accommodation resolution card

4   that verifies you as disabled at this point?

5   A.  No, sir -- no, ma'am.

6   Q.  When did the doctor order that?  Do you know?  The records

7   show the doctor confirmed your disability -- do you know if the

8   doctor ordered a hearing aid for you?

9   A.  This year?

10  Q.  For your ear, yes.  This year?

11  A.  It's been a few months, I can't remember the exact date.

12  Q.  Mr. Renner, do you have a job?

13  A.  Yes, I do.

14  Q.  What's your job?

15  A.  ADA porter.

16  Q.  Okay.  That's the job you told the AIC office about, right?

17  You wrote to the AIC office and filled out a report and you

18  told her you had an ADA porter job, right?

19  A.  Yes, ma'am.

20  Q.  What's your understanding, what makes that an ADA job?

21  A.  Well, it's supposed to be to clean the dayroom and keep the

22  windows clean and vacuum the carpet, throw the trash, various

23  other duties that staff deems necessary.

24  Q.  What's the difference between the ADA porter job and the

25  regular porter job?  Do you know?