IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN

JESSE (JESUS) MONTEZ, *et al.,*

      v.

BILL OWENS, *et al.,*

      Defendants.

## NOTICE OF FILING OF UNACCEPTED ATTACHMENTS TO DOCUMENT NUMBER 2234

The Plaintiff Class, through undersigned counsel of record, Paula Greisen, Esq., of the law firm of King & Greisen, LLP, hereby notifies this Court and counsel that the following attachments were not accepted by CM/ECF on the date of original filing and are being submitted for filing with this Notice:

    Attachment 2-AR 700-30
    Attachment 3-AR 850-11
    Attachment 4-AR 850-12 pgs. 1-7
    Attachment 4-AR 850-12 pgs. 8-17
    Attachment 5-AR 750-03
    Attachment 6-AR 750-01 pgs. 1-8
    Attachment 6-AR 750-01 pgs. 9-19
    Attachment 7-AR 300-38
    Attachment 9-AR 850-03
    Attachment 10-AR-850-14

The Class would also like to clarify that the accepted attachments filed on September 1, 2006 with document 2234 consisted of the following:

    Attachment 1-Comp. Hrng. Trans. Vol. 1 pgs. 166, 167, 198, 199 and 211
    Attachment 8-Kosage Transcript pgs. 1-12

Attachment 11-Kosage Transcript pgs. 13-16
Attachment 12-Comp Hrng. Trans. Vol. 2 pgs. 288 and 298

RESPECTFULLY SUBMITTED on this 5th day of September, 2006.

    KING & GREISEN, LLP

    s/Paula D. Greisen

    Paula D. Greisen
    1670 York Street
    Denver, CO  80206
    (303) 298-9878
    (303) 298-9879 (fax)
    greisen@kinggreisen.com

    Counsel for the Plaintiff Class

CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on this 5th day of September 2006, I electronically filed the foregoing Notice of Filing of Additional Attachment to Document Number 2234 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses via U.S. Mail, addressed to:

Beth McCann, Esq.
James X. Quinn, Esq.
Assistant Attorney General
Civil Litigation and Employment Law Section
1525 Sherman St., 5th Floor
Denver, CO 80203
beth.mccann@state.co.us
james.quinn@state.co.us

Hon. Richard M. Borchers
Legal Resolution Center
707 Zenobia St.
Westminster, CO  80030
dborchers@legalres.com

          __s/ Paula Greisen____
          Paula Greisen