| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 850-11 | 1 OF 5 |
| COLORADO DEPARTMENT OF CORRECTIONS | CHAPTER: Offender Personnel | |
| | SUBJECT: Hygiene and Grooming | |
| RELATED STANDARDS: ACA Standards 2-CO-4D-01, 4-4139, 4-4262, 4-4283, 4-4338, 4-4340, 4-4341, and 4-4343 | EFFECTIVE DATE: December 1, 2005 | |
| | SUPERSESSION: 12/01/04 | |
| OPR: DCC | REVIEW MONTH: September | Joe Ortiz, Executive Director |

I.  POLICY

It is the policy of the Department of Corrections (DOC) to **allow offenders freedom in personal grooming as long as their appearance does not conflict with requirements for safety, security, identification and hygiene. [4-4283]** Offender living areas shall be maintained in a clean and sanitary condition.

II.  PURPOSE

The purpose of this administrative regulation is to establish guidelines for offender hygiene, grooming, sanitation, and cleanliness, and to establish procedural criteria for the use of force in accomplishing hair cutting for offenders refusing to comply with staff orders. All planned use of force will be in accordance with AR 300-16**RD**, *Use of Force Options*.

III.  DEFINITIONS

Basic Hygiene Items: Comb, **soap**, shampoo/conditioner, **toothbrush, toothpaste/tooth powder, toilet paper, feminine hygiene supplies, and if needed, denture cleaner and adhesives. Shaving equipment will be made available upon request** which may include a razor and shave soap/cream. **[4-4342]**

IV.  PROCEDURES

   A.  Hair Grooming and Identification: **The DOC will ensure that offender hair care services comply with applicable health requirements. [2-CO-4D-01] [4-4343]**

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Personnel | Hygiene and Grooming | 850-11 | EFFECTIVE 12/01/05 |

1. Initial Intake: Admission procedures, for security purposes, require that newly admitted offenders be clean shaven during the admission process. For purposes of achieving an acceptable photograph during the admission process, male offenders with long hair shall wear the hair as it is for the first photograph, and then be required to wear the hair pulled to the back of the head in a "pony tail" for the second photograph. The following criteria shall apply:

   a. Beards will not be permitted.

   b. Sideburns will not extend below the ear lobe.

   c. Moustaches will be neatly trimmed and not exceed the corner of the mouth.

   d. An offender who claims that long hair and/or a beard is a fundamental tenet of a sincerely held religious belief will not be required to have a hair cut as long as the offender obtains documentation from the Office of Faith and Citizen Services coordinator.

   e. An offender who is unable to shave due to medical reasons must have a documented medical order.

   f. An offender who will be assigned to the Colorado Correctional Alternative Program (CCAP) will adhere to hair grooming standards and procedures as reflected in CCAP's operational memorandum governing hygiene and grooming.

   g. Any offender refusing staff orders to cut hair/beard/moustache, for documented security and/or sanitation purposes, may be subject to use of force to accomplish the cutting of hair.

2. Facility Placement: **The DOC will allow freedom in personal grooming except when a valid interest justifies otherwise. [4-4283]** Once placed in a facility from the Denver Reception and Diagnostic Center (DRDC), the following conditions shall apply:

   a. Offenders shall be permitted to adopt any hair style provided it is kept neat and clean and is not associated with a disruptive group affiliation.

   b. Beards and moustaches will be permitted provided they are kept neat and clean.

   c. When the length or style of hair is found to present a sanitation or safety problem, such as working around food or machinery, corrective measures such as wearing of hair restraints or job reassignment will be enforced.

   d. No "homemade" hair care or shaping substance will be allowed.

   e. Facilities shall take an identification photograph of any offender upon arrival and anytime during the offender's incarceration at that facility, if the overall appearance has changed significantly from the most recent photograph available.

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Personnel | Hygiene and Grooming | 850-11 | EFFECTIVE 12/01/05 |

3. <u>Criteria for Use of Force in Accomplishing Cutting of Hair:</u>

    a. Documentation that an offender has secreted contraband within his/her hair and refuses orders to cut his/her hair to prevent hidden contraband.

    b. Documentation, by Clinical Services professionals, that a contagious and/or unsanitary condition exists with an offender's hair and/or scalp which would warrant hair cutting and the offender refuses to cut his/her hair.

    c. Documented offender self mutilation of pulling his/her hair out and the offender refuses to cut the hair to a length which would prevent such behavior.

4. Procedures for Hair Cutting by Use of Force:

    a. All documentation supporting use of force to cut offender hair shall be reviewed by the shift commander prior to cutting of hair.

    b. The shift commander, or designee, shall, on videotape, perform a briefing justifying the need to cut the offender's hair.

    c. The shift commander, or designee, shall on video tape, give the offender specific orders to submit to a voluntary hair cutting, for the reason(s) stated in section IV.A.3., or be subject to hair cutting by force if necessary.

    d. All staff engaged in physical contact with the offender during the hair cutting shall employ appropriate bio-hazard precautions.

    e. A videotape record of the complete voluntary or involuntary hair cutting will be retained as evidence in potential Code of Penal Discipline hearings or litigation.

    f. If available, a restraint chair shall be used to secure the offender for hair cutting.

    g. Only an electric trimmer will be used for hair cutting by force.

    h. A "Use of Force Report" shall be completed, by the shift commander, with copies of all documentation supporting the need to cut the offender's hair attached.

B. <u>Shower Facilities</u>:

    1. There shall be **sufficient shower facilities providing both hot and cold water to permit all offenders to shower at least three times per week. [2-CO-4D-01] [4-4341]** Shower facilities shall be maintained in a sanitary condition.

    2. **Offenders in segregation shall have the opportunity to shave and shower at least three times per week. [4-4262]**

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Personnel | Hygiene and Grooming | 850-11 | EFFECTIVE 12/01/05 |

      3. **Water for showers is thermostatically controlled to temperatures not to exceed 120° Fahrenheit to ensure the safety of offenders and to promote hygienic practices. [2-CO-4D-01] [4-4139]**

  C. Hygiene Items:

      1. The DRDC shall provide basic hygiene items.

      2. All facilities shall provide a controlled adequate issuance of toilet paper. Other basic hygiene supplies may be provided to indigent offenders in accordance with administrative regulation 850-14, *Indigent Offenders*.

      3. Except for indigent offenders, purchase of basic hygiene items is the responsibility of each individual offender through the DOC Canteen only.

  D. Laundry Services: Clean clothing and linens shall be provided regularly and shall be laundered and exchanged no less than once each week.

      1. **Offenders shall be provided the opportunity to have three complete sets of clean clothing per week. [4-4338]**

      2. **There shall be a provision for linen exchange, including towels, at least weekly. [4-4340]**

  E. Offenders shall be required to be neat and clean at all times.

  F. Male offenders are not allowed to place or apply any substance to their faces or bodies for cosmetic purposes, e.g., lipstick, eye shadow, eye liner, etc.

  G. Cleaning Supplies: The areas in which offenders are housed shall be required to be maintained in a clean and sanitary condition. Offenders shall have access to cleaning supplies and shall keep their living areas in a neat and sanitary condition. Offenders shall also be familiar with the facility housekeeping plan.

V. RESPONSIBILITY

  A. Administrative heads shall be responsible to ensure adherence to this administrative regulation.

  B. All staff shall be responsible to be observant for unsafe or unsanitary conditions and to correct or report such conditions as appropriate.

  C. The Delta Correctional Center warden shall review this administrative regulation annually.

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Personnel | Hygiene and Grooming | 850-11 | EFFECTIVE 12/01/05 |

VI. **AUTHORITY**

    CRS 17-1-103. Duties of the executive director.

VII. **HISTORY**

    October 15, 2004
    August 1, 2004
    August 1, 2003
    August 1, 2002
    August 1, 2001
    November 1, 2000
    November 1, 1999
    October 1, 1998
    September 1, 1998

ATTACHMENTS:    A.    AR Form 100-1A, Administrative Regulation Implementation/Adjustments

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-1A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Personnel | Hygiene and Grooming | 850-11 | 12/01/05 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN     [ ] NOT APPLICABLE     [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET
                                              LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____ (DATE) _____
         Administrative Head

Attachment "A"
Page 1 of 1