
| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 850-12 | 1 OF 13 |
| COLORADO DEPARTMENT OF CORRECTIONS | CHAPTER: Offender Personnel | |
| | SUBJECT: Telephone Regulations for Offenders | |
| RELATED STANDARDS: ACA Standards 2-CO-5D-01, 4-4271, 4-4272, 4-4275, 4-4281-7, 4-4497, and 4-4497-1 | EFFECTIVE DATE: February 15, 2006 | |
| | SUPERSESSION: July 1, 2005 | |
| OPR: BTD    REVIEW MONTH: September | Joe Ortiz, Executive Director | |

I. POLICY

It is the policy of the Department of Corrections (DOC) to permit offenders reasonable access to telephones to maintain essential community, family, **and legal contact. [4-4275] [4-4497] Contracts involving telephone services for offenders will comply with all applicable state and federal regulations. [4-4497-1]**

II. PURPOSE

**The purpose of this administration regulation is to set forth the guidelines for governing offender telephone contact with family members and community resources. [2-CO-5D-01]**

III. DEFINITIONS

  A. Branding: System notification to the called party that a call is originating from a state correctional facility.

  B. CIPS: Colorado Inmate Phone System - An acronym given to the DOC offender phone program.

  C. CIPS Input Operator: A person at a DOC facility/office responsible for entering information into CIPS.

  D. Collect Call: A call in which the called party pays all of the charges for the call.

  E. Debit Call: A call in which the offender pays all the charges for the call.

  F. Inmate Telephone Coordinator: The person identified to coordinate and manage CIPS for all facilities and offices.

  G. INTER-LATA: A call from one area code to another area code within the state of Colorado.

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

    H.    INTRA-LATA: A call from one area code to a number in the same area code that is not defined as a local call.

    I.    Local Call: The geographic location of the caller (offender) and the called party determines whether a call will be classified as local. Local calls are from one area code to a number in the same area code that is defined as local (in distance) by the local exchange carrier.

    J.    Personal Identification Number (PIN): A ten-digit number assigned to an offender's CIPS account that allows the offender access to the telephone system. The first six digits are the offender's DOC number and the last four digits are randomly generated code numbers. If an offender's DOC number is less than six digits the PIN is preceded by a zero(es).

    K.    Positive Acceptance: Required action by the called party in order to complete call connection.

    L.    Speed-Dial Number: A list of numbers stored in CIPS that can be accessed to place local, long distance, or international telephone calls. This system allows the telephone user to dial a two-digit number which connects the caller with the approved telephone number.

    M.    Teletypewriter (TTY): Portable units that communicate telephonically through the utilization of keyboards and readout screens which make telephone conversations accessible to hearing impaired offenders.

IV.    PROCEDURES

    A.    Guidelines

        1.    Maintaining contact with the community via telephone is a PRIVILEGE afforded to those offenders who demonstrate a willingness to conduct themselves in a responsible and mature manner.

        2.    Disciplinary sanctions may be imposed for the abuse or misuse of telephone privileges.

        3.    **All telephone calls by offenders, with the exception of properly placed legal calls, are subject to recording and/or monitoring by staff. [4-4275]** Notice of the potential for monitoring shall be posted on or near offender telephones. (See section IV.L., "Legal Calls.")

    B.    Call Routing

        1.    The only calls allowed will be to the numbers provided on the approved "Inmate Phone List" (Attachment "A").

        2.    At the time a call is placed, the offender may be given a prompt to dial "1" for debit or "2" for collect. The offender makes the choice whether the call is routed as a debit call or a collect call.

    3.    All calls will be branded as originating from a state correctional facility. Debit calls will be announced as being prepaid. Collect calls will be announced as being collect. All calls, debit and collect, except attorney numbers entered with 90 series speed dial numbers, will require positive acceptance by the called party.

C.    <u>Phone Lists</u>

    1.    All offenders who participate in CIPS must submit to their case manager a completed CIPS "Inmate Phone List" (Attachment "A"). The CIPS "Inmate Phone List" must be filled out in its entirety and include a list of names, relationship, the physical address where the phone number terminates and a complete telephone number. The terminating physical address must correspond to the area code and prefix of the telephone number. A CIPS list that is illegible or is unable to be electronically scanned will be returned to the offender without processing.

    2.    Offenders shall indicate on the "Inmate Phone List" form if the system recordings should be in Spanish. If not indicated otherwise, all recordings will be in English.

    3.    Phone numbers utilizing remote call forwarding are not allowed as the terminating number because they cannot be identified or verified. The maximum number of approved telephone numbers will be 15. Case managers shall ensure that the offender's victim(s) or other numbers deemed inappropriate are not included on the offender's authorized phone list. Inappropriate contacts may include, but are not limited to, individuals who are likely to have a detrimental effect on the offender or present a security threat. Following approval from the case manager, each individual form will be directed to the CIPS input operator for inclusion in CIPS.

    4.    The CIPS "Inmate Phone List" form will be used to make any changes to the offender's telephone account. A copy of the form will be retained in the offender's working file and one copy will be returned to the offender when all entries have been made. The original or scanned original will be retained in the CIPS coordinator/administration office.

    5.    Changes, additions, or deletions to an offender's phone list will be allowed once every 30 days. This date will be computed as 30 days from the date the offender signed the last CIPS "Inmate Phone List" form. The case manager shall ensure the submission of requests complies with this regulation and are forwarded to CIPS in a timely manner.

    6.    Offenders will be allowed to make calls to any number on their approved list. In the event that phone privileges are abused, phone calls may be limited to a specific number; phone privileges may be denied or suspended; or appropriate sanctions, including restitution, may be imposed, as outlined in administrative regulation 150-01, *Code of Penal Discipline*.

    7.    The CIPS input operator will have all approved changes to the offender's phone list programmed within three working days upon receipt. Exceptions to this time frame may be made by the administrative head, or designee.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

8. No former or current staff, private prison staff, volunteers, or persons who provide a service to the DOC may have their phone number on the list of an offender. Exceptions to this will only be granted with the approval of the executive director, or designee.

9. Calls to "toll free" numbers such as "800," "855," "866," "877," "888" and "900" will not be allowed at any time. The ONLY exception to calling toll free numbers is the confidential toll free DOC TIPS reporting line. See Section IV. Q., "Reporting of Sexual Assault/Rape, Sexual Misconduct, or Criminal Activity"

10. International numbers will be identified by a speed dial number beginning with "7." This change will be made at the time of input by the CIPS operator and the change will be indicated on the phone list.

D. Personal Identification Number

1. The PIN is generated upon completion of the offender's initial phone list. This number is confidential and is not to be shared with other individuals.

2. When offenders attempt to place a call, they must enter the ten-digit PIN and immediately dial the two-digit speed-dial number that corresponds to the person with whom they wish to speak.

3. The PIN will identify an offender and his/her location when the offender places a call. The PIN will also be used to determine if an offender is allowed to complete the call.

4. Should an offender's PIN be compromised or lost, it must be reported to the appropriate case manager and a new PIN may be assigned, per facility/office procedures.

5. Offenders who loan, barter, share, or give their PIN to another offender for any purpose may be charged under AR 150-01, *Code of Penal Discipline* (COPD). Offenders found in possession of or using another offender's PIN may be charged under the COPD.

E. Rates and Charges

1. **Telephone contracts are based on rates and surcharges that are commensurate with those charged to the general public for like services. Any deviation from ordinary consumer rates reflects actual costs associated with the provision of services in a correctional setting. Contracts for offender telephone services will provide the broadest range of calling options that are consistent with the requirements of sound correctional management. [4-4497-1]**

2. Actual calling rates may vary according to the time of day the call is placed, destination of the call, and how the call is routed (e.g., inter-lata, local, intra-lata).

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

    3.    Toll calls will be billed in even minute increments, in accordance with current FCC regulations and approved tariff rates (see Attachment "C"). If there are not enough funds in an offender's CIPS account to complete the maximum 20-minute call, then a minimum call duration of three minutes has been established. Therefore, if an offender has enough funds to complete anything between three and twenty minutes, a debit call will occur.

    4.    The maximum length of any phone call will be 20 minutes. Facility procedures may alter maximum call durations, such as, administrative segregation units. The system will automatically disconnect calls at the end of this period.

    5.    Offenders will be charged for actual phone time used, in even minute increments, plus the appropriate surcharge for switch use. If the duration of the call is less than the maximum time, the cost is adjusted to cover only the amount of time (to the minute) that the call is active. Phone charges will be automatically assessed from the offender's CIPS account upon disconnection from the call.

    6.    Because positive acceptance is not required on a 90 series speed dial (unrecorded and unmonitored) attorney debit call, if an answering machine breaks the ringing cycle of the call, the call is considered complete and charges will stand. Once the answering machine clicks, the billing begins. Offenders will be charged regardless of whether they leave a message or not. To avoid these charges, offenders should hang up at least one ring prior to the ring on which the answering machine is set to pick up the call.

    7.    If the "beep" on an answering machine or voice mail is interpreted by the system as positive acceptance by the called party, the call is considered complete and charges will stand. Offenders will be charged regardless of whether they leave a message or not. To avoid these charges offenders should hang up when their call is answered by an answering machine or voice mail.

    8.    All international calls must be placed as debit calls.

    9.    Collect calls will be charged at the current rate for operator assisted calls.

F.    <u>Deposits to Offender Phone Account</u>

    1.    In order for an offender to make debit telephone calls, it will be necessary to purchase telephone time through the Canteen process. These funds will serve as a deposit and will be deducted only after a phone call has been completed.

    2.    Offenders may not move money from their telephone account back to their offender bank account. The only time an offender may receive the balance on account for telephone services will be upon transfer from a correctional facility to a work-release facility, parole, court ordered release, discharge, death, or some other means whereby an offender is permanently assigned and has no access to CIPS.

    3.    Transfer of money between one offender's telephone account and another offender's telephone account is strictly prohibited.

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

    4.    It is the responsibility of the offender to ensure that he/she has transferred enough monies to his/her telephone account to cover debit calls. Family members, or associates, may assist with phone call funding by sending an Electronic Fund Transfer (EFT) to the offender. See AR 200-02, *Offender Debit Collection (Inmate Banking)*, for EFT procedures. All monies received will be posted to the offender's bank account and only that offender may authorize monies transferred from his/her bank account through Canteen purchase, to his/her telephone account.

G.    <u>Purchasing Telephone Time</u>

    1.    Offenders order telephone time by ordering commodity number 8000 on their weekly Canteen order form and indicating how much money they want transferred to their telephone account. Phone time is sold in even $1.00 increments and is exempt from facility dollar limit. Offenders are allowed to purchase as much phone time as the balance of their offender banking account allows. The Canteen order form is then processed through normal Canteen procedures.

    2.    Phone time will be posted to the individual phone account by the CIPS administration office in accordance with the Canteen schedule.

    3.    Inquiries regarding deposits must include a copy of the Canteen receipt.

H.    <u>Offender Statement of Telephone Charges</u>

    1.    Once each month, offenders placing debit calls will receive a "Reconciliation Report" which reflects all debit activity occurring under their PIN and the remaining balance as of the date of the "Reconciliation Report."

    2.    THERE WILL BE NO EXCEPTION TO OR SPECIAL PRINTING OF THE MONTHLY RECONCILIATION REPORT. When an offender is released from the DOC, or is permanently assigned to a program or facility without access to CIPS, a final statement will be run and authorization for calling will be terminated. Any remaining funds in an offender's CIPS account will be refunded through inmate banking.

I.    <u>Collect Calling Issues</u>

    1.    To resolve collect calling issues, the person who owns the telephone number must contact MCI customer service at 1-800-231-0193.

    2.    Offenders will not be allowed to contact MCI customer service, nor will they be able to authorize collect calls to any number.

J.    <u>Summary of CIPS Program</u>

    1.    All offenders may submit a list of up to 15 numbers they wish to call.

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

    2.    Allows offenders preprogrammed telephone numbers with their PIN (personal identification number).

    3.    Allows telephone numbers to be any combination of local, intrastate, and interstate long distance, or international calls.

    4.    Allows offenders up to a maximum of 20 minutes for each call. Offenders may redial the call for as many additional 20 minute time periods as money allows.

    5.    Debit, direct dialed, calls are less expensive than collect calls.

    6.    Requires offenders to maintain a balance in their CIPS account of sufficient funds to cover the cost of their debit calls.

    7.    Requires all offenders to complete specific procedures prior to initiating a call. These procedures are outlined in this administrative regulation. Calling instructions are also printed on the reverse side of the offender's copy of the "Inmate Phone List" form (Attachment "A" and are duplicated in Attachment "B").

    8.    Offender calls between facilities through CIPS are prohibited.

    9.    If an offender is unable to resolve concerns and legitimate complaints regarding CIPS with facility staff or case manager, they are advised to send a letter of explanation with appropriate copies of disputed call records to the CIPS coordinator at CTCF. All offender requests for credit and/or disputed money issues must be referred to the CIPS coordinator for resolution. Per administrative regulation 850-04, *Grievance Procedure,* offenders have 30 calendar days from the day they knew, or should have known, of the circumstances giving rise to their claim to file a request for remedy. For CIPS, this is 30 calendar days from the day he/she receives the "Reconciliation Report" showing all the charges for calls.

    10.    Offender telephones with volume amplification devices will be accessible to offenders in all locations where offenders with hearing impairments are housed.

K.    <u>Telephone Regulations</u>

    1.    Offenders will be allowed access to the telephone based upon their assigned facility's procedures.

    2.    All offender telephones are programmed to be active from 6:00 a.m. each morning until 12:00 midnight each night.

    3.    NO incoming telephone calls from any party will be accepted at any location, except for emergency calls. Emergency calls will be handled per established facility implementation agreements.

    4.    Only one offender will be allowed at a telephone at a time. Offenders not making phone calls will not be permitted to congregate near the telephone area.