| CHAPTER | SUBJECT | AR # | Page 8 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

5. NO THIRD PARTY BILLINGS, CREDIT CARD CALLS, THREE-WAY CALLING, REMOTE CALL FORWARDING, OR CONFERENCE-TYPE CALLING WILL BE PERMITTED. Offenders convicted of *Code of Penal Discipline* charges related to their phone use are subject to the loss of their phone privileges.

6. Offenders will be responsible for their use of the telephone. They are expected to conduct themselves in a responsible manner and respect other offenders. Each offender is responsible for the content of the telephone calls they make. Restriction of the telephone privileges may be imposed for violation of any rules regarding use of the telephone.

7. Repeatedly dialing the same number or numbers without positive acceptance shall be considered abuse or misuse of the offender phone system.

8. The use of the telephone will not interfere with the facility's schedules, correctional programs, work assignments, or counts. When a count is conducted, all offenders on telephones shall terminate their calls immediately. During facility emergencies, use of telephones may be curtailed or terminated.

9. Any offender found submitting fraudulent information on any of the documents associated with CIPS may be subject to COPD charges and/or loss of telephone privileges.

10. Individuals who do not want to receive calls, either debit or collect, from any state correctional facility utilizing CIPS, may request that their number be blocked. Requests must be made in writing to the CIPS coordinator, P.O. Box 1010, Cañon City, CO 81215. Requests **must** include the number to be blocked and signature of the individual that phone company records show responsible for that number. Reinstatement of removed numbers is allowed only one time.

L. Legal Calls

 1. **If an offender wishes to make an unmonitored or unrecorded legal call, the offender must provide the attorney registration number for the legal counsel on the "Inmate Phone List" form, along with the business address and telephone number of the attorney. [4-4275]**

 2. Once the request has been received in the CIPS administration office, the attorney registration number, address, and phone number will be verified. Upon verification, the speed-dial number will then be changed by the CIPS input operator to a number beginning with "9" and the offender will be advised of the new speed-dial number. Positive acceptance is not required on 90 series speed dial attorney calls placed debit, to allow offenders who reach an automated attendant to input an extension number. Positive acceptance is required on 90 series speed dial attorney calls placed collect as the called party must agree to pay for the call before it is connected.

 3. Only a business telephone number for attorneys will be given the status of unmonitored or unrecorded. Attorney home phone numbers will be subject to monitoring and recording.

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

4. Offenders or attorneys who are notified of an imminent, previously unknown, court deadline within the next ten days or less may be allowed to communicate with one another by telephone on an emergency basis. **Offenders may be allowed to place a call, collect or debit, or to receive a call from their attorney of record. The attorney of record shall contact the facility litigation coordinator to facilitate an emergency call. The offender shall contact his/her case manager, who in turn shall contact the facility litigation coordinator, to facilitate an emergency call. The facility litigation coordinator shall require the attorney and/or offender to provide verifiable documentation of the emergency. [4-4275]**

5. It shall be the responsibility of the attorney of record to ensure that his/her offender client has requested that he/she be placed on the offender's CIPS list to make unmonitored legal calls. Attorneys may contact their clients in writing or in person to inform them that verbal communications may be necessary and that it is the offender's responsibility to make the request. The attorney should send correspondence to the offender immediately upon agreeing to provide representation so that necessary time is afforded staff to process the request.

6. If an offender receives a court order allowing him to participate in a hearing by telephone, the offender must submit a CIPS list for approval of the telephone number listed on the court order. The court order and CIPS request will be forwarded to Communications by the case manager or facility litigation coordinator. The call must be entered by CIPS as a 90 series (unmonitored and unrecorded) telephone number in order for the call not to require positive acceptance on a debit call. Since positive acceptance is not required, the offender will be direct connected to an automatic attendant and can then enter four digits (to reach an extension). All calls must be pre-paid debit calls of 20 minutes in length (the offender should explain this limitation to the court).

M. Indigent Offenders

1. All offenders who choose to participate in the CIPS program may place collect calls.

2. In accordance with AR 850-14, *Indigent Offenders*, the administrative head, or designee, may direct that the state bear the expense of offender telephone use, only under compelling circumstances. These calls will be logged and supervised by assigned staff. These logs will be forwarded to the administrative head's office for review on a monthly basis, or more frequently as directed by the administrative head.

N. Offenders in Special Housing Status

1. **Offenders placed in segregation, mental health holds, medical units, or other restrictive areas, will be allowed access to telephones as provided by facility/office policies, except for calls related specifically to the access of an attorney. [4-4271] [4-4272]**

| CHAPTER | SUBJECT | AR # | Page 10 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

    2.    These calls will be scheduled, logged, and monitored by the unit staff. Offenders will place calls in accordance with standard procedures. Staff shall use discretion in the scheduling of all telephone calls. Offenders who are found in violation of these procedures, or who abuse this program in any way, may lose their privilege of making calls, either temporarily or permanently.

    3.    Each unit housing offenders in special status will maintain a telephone log book of all calls made (offender's name, DOC number, date and time of call, and whether the call was completed).

O.    Teletypewriter (TTY): General guidelines for use of teletypewriters (TTY) are the same as those outlined for the offender telephone system (CIPS Program). **TTYs will be made available to hearing impaired offenders, or offenders communicating with a hearing impaired outside contact, [4-4497]** in accordance with procedures established by the administrative head. The administrative head shall establish by Implementation/Adjustment the location of the facility TTY and the position having responsibility for instructing other staff in its use.

    1.    Maintaining telephone contact with family members and attorneys through the use of a TTY is a privilege afforded to hearing impaired offenders, or offenders communicating with a hearing impaired outside contact, who demonstrate their willingness to conduct themselves in a responsible manner.

    2.    Since TTY calls are placed using the DOC switch, rather than CIPS, any TTY call must be placed as a collect call or as an inmate debit call utilizing the debit process below. There is no charge for the connection to the Colorado Relay Service; calls placed to the called party will be billed accordingly, debit or collect.

        a.    The TTY will be connected to a staff phone or staff analog telephone line. The number for calls TTY to TTY is Sprint TTY Operator Services 1-800-855-4000. The number for calls TTY to Voice through Relay Colorado is 1-800-659-2656. The TTY operator relays by type the typed information from the caller to the called party and vice versa.

        b.    To place a collect TTY call (the called party pays for any call charges), advise the Colorado Relay Operator that the call is collect.

        c.    To place a debit TTY call (the inmate pays for any call charges), prior to the call being placed the staff member placing the call must verify with the inmate's case manager that the inmate's general banking account has sufficient funds to pay for a call based on the debit rates attached to AR 850-12 (AR Form 850-12 C). If the inmate has insufficient funds to place a debit call the full allowed 45 minutes, the call must be limited to the time the inmate wants to pay for. It is suggested the inmate have a minimum of at least $5.05 (which will cover the cost of a 20 minute call) available before placing a TTY debit call. The inmate must complete a Miscellaneous Withdrawal form for the cost of the call. This Miscellaneous Withdrawal form is then forwarded to Inmate Banking and the funds will be

| CHAPTER | SUBJECT | AR # | Page 11 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

        transferred from the inmates banking account to the appropriate DOC funding line for reimbursement for the cost of the non-collect call.

    d.    Teletypewriters (TTY) and telephones shall be made available to all offenders who are designated as within the class of hearing/speech impaired offenders. Verification of an offender's need for TTY may be confirmed with the AIC and should be documented in the offender's working file. If the offender does not have hearing/speech impairment but desires to call an outside party who requires the use of a TTY, the outside party shall forward a physician's statement of TTY verification to the offender's case manager. Upon meeting all verification requirements, the offender may sign up for telephone calls pursuant to the facility policy. The TTY sign-up sheets shall be maintained by the administrative head or designee.

    e.    Because the conversation is a typed transcription and a relay service is utilized, the time limit has been increased to 45 minutes per call. Offenders with qualifying disabilities shall be afforded the opportunity to place calls a minimum of four times per week.

    f.    Offenders wishing to place a TTY call shall make the request to their case manager, giving as much advance notice as possible. Every effort shall be made to accommodate the telephone needs of hearing-impaired offenders; however, calls cannot be arranged at the last minute except in cases of documented emergency. TTY calls shall not be initiated within 30 minutes of any count time, and all TTY calls are subject to facility schedule and regulations.

    g.    All offender phone calls, with the exception of approved legal calls, will be recorded and subject to monitoring. The typed transcription of the conversation will be forwarded to the facility intelligence coordinator and kept for a minimum of 60 days. If the conversation is a verified legal call, the digital printout will be immediately given to the offender without prior reading by staff.

    h.    All TTY usage shall be logged with the offender's name, DOC number, date, time, and length of call. Logs shall be transmitted to the AIC on a quarterly basis.

P.    Prohibited Acts

    1.    Violation of any of the rules regarding the use of telephones will be cause for disciplinary action with possible termination or restriction of telephone privileges. Conversations about illegal activities, either inside or outside the institution, may lead to criminal prosecution and/or processing under the COPD.

    2.    Offenders suspected of defrauding the telephone vendor in either the debit or collect platform, or abusing the phone system, may have telephone privileges suspended for 30 days by the CIPS coordinator, pending further investigation. Offenders who misuse or abuse the phone system may be denied phone privileges and/or charged under the COPD. Sanctions may include loss of phone privileges and/or restitution to the vendor. The administrative head

| CHAPTER | SUBJECT | AR # | Page 12 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

may impose sanctions to include permanent suspension of telephone privileges independent of COPD charges, if the abuse of the privilege so warrants.

    3.    Telephones found to be intentionally or repeatedly abused will not be repaired for a period of time as specified below:

        a.    First occurrence, phone will not be repaired for 30 days.

        b.    Second occurrence, phone will not be repaired for 60 days.

        c.    Third occurrence, phone will not be repaired for 90 days.

Q.    Reporting of Sexual Assault/Rape, Sexual Misconduct, or Criminal Activity

Offender Reporting Procedure:

    1.    **All offenders in CDOC facilities may report any incident of sexual assault/rape, sexual misconduct, or criminal activity by calling the confidential CIPS number 1-877-DOC-TIPS-0 (362-8477-0). [4-4281-7]**

    2.    All offenders in private prisons, community corrections programs, YOS Phase III, or parolees and the general public may report any incident of sexual assault/rape, sexual misconduct, or criminal activity by calling the confidential toll-free DOC TIPS line at 1-877-DOC-TIPS (362-8477).

V.    RESPONSIBILITY

    A.    Each administrative head shall ensure adherence to this administrative regulation by staff and further ensure that appropriate policies are completed and implemented to effect needed compliance.

    B.    Each administrative head shall designate the staff person having primary responsibility for monitoring the use of the TTY and completing the usage log.

VI.    AUTHORITY

    A.    CRS 17-1-103. Duties of the executive director.

    B.    Montez Remedial Plan, Chapter XB2.

| CHAPTER | SUBJECT | AR # | Page 13 |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | EFFECTIVE 02/15/06 |

VII. HISTORY

December 1, 2004
October 1, 2004
February 15, 2004
October 15, 2003
October 15, 2002
January 15, 2002
October 15, 2001
October 15, 2000
December 1, 1999
November 1, 1998

ATTACHMENTS:
- A. DC Form 850-12A, Colorado Inmate Phone System Inmate Phone List
- B. DC Form 850-12B, CIPS Calling Instructions
- C. AR Form 850-12C, Debit Inmate Phone Rates effective 12/01/01
- D. AR Form 100-1A, Administrative Regulation Implementation/Adjustments

DC Form 850-12A (07/01/05)

COLORADO INMATE PHONE SYSTEM
## INMATE PHONE LIST

NAME: _____ DOC NO: _____

FACILITY: _____ UNIT: _____

Check One:     [ ] Initial List     [ ] Addition     [ ] Change

Indicate if the recordings should be played in Spanish by checking the box in the Spanish column for each number

| SD# | Name | Relationship | Address, City, State | Area Code/Number | SPANISH |
|---|---|---|---|---|---|
| 11 | | | | ( ) | [ ] |
| 12 | | | | ( ) | [ ] |
| 13 | | | | ( ) | [ ] |
| 14 | | | | ( ) | [ ] |
| 15 | | | | ( ) | [ ] |
| 16 | | | | ( ) | [ ] |
| 17 | | | | ( ) | [ ] |
| 18 | | | | ( ) | [ ] |
| 19 | | | | ( ) | [ ] |
| 20 | | | | ( ) | [ ] |
| 21 | | | | ( ) | [ ] |
| 22 | | | | ( ) | [ ] |
| 23 | | | | ( ) | [ ] |
| 24 | | | | ( ) | [ ] |
| 25 | | | | ( ) | [ ] |

I understand the provisions of the administrative regulations on telephone use by offenders. ALL phone calls, except identified and authorized attorney calls, through CIPS are subject to monitoring and/or recording by staff. Offenders are totally responsible for their calls and violations of regulations or the law may result in disciplinary action and/or criminal/civil prosecution. NO third party billings, credit card calls, three-way calling, remote call forwarding or conference-type calling will be permitted. Offenders convicted of Code of Penal Discipline charges related to telephone use are subject to the loss of their telephone privileges. Offenders found in possession of, sharing, or using another offender's PIN will be charged per the Code of Penal Discipline.

Offender Signature: _____ Date: _____

Case Manager Signature: _____ Date: _____

CIPS Input Operator: _____ Date: _____ PIN: _____

Attachment "A"
Page 1 of 1

DC Form 850-12B (07/01/05)

## CIPS CALLING INSTRUCTIONS

1. Lift the handset and listen for a dial tone.

2. Dial your ten-digit PIN immediately followed by the two-digit speed-dial number that corresponds to the person you wish to call. DO NOT WAIT FOR ANY ADDITIONAL TONES between when you dial your PIN and the speed-dial number. Your PIN consists of your DOC number and a randomly generated four digit PIN (shown at the bottom of your "Inmate Phone List" form). If an offender's DOC number is less than six digits the PIN is preceded by zero(es).

3. The system will issue a prompt, indicating to dial "1" for debit and "2" for collect.

4. If you press "1" for debit then you are paying all charges for the call.
    a. The system will check the balance in the CIPS account to determine the length of the call. There must be enough monies available for anything between the three minute minimum and the 20 minute maximum for call processing to proceed.
    b. When an offender initializes his/her account for the first time, a recording will be activated asking the offender to state his/her name. The offender will make this recording one time. Thereafter, when placing a debit call, the same recording automatically plays to the called party.
    c. The debit call will be announced to the called party as being prepaid and branded as coming from a state correctional facility. The branding message repeats at random intervals during the call.
    d. You will not hear the call set up. The called party must press "5" to accept the debit call.

5. If you press "2" for collect, the called party pays all charges for the call.
    a. Program records will be queried.
        1. If the called number participates in the program, billing cycle limits will be validated. If present limits have not been reached, call set up will proceed. If preset limits have been reached, the call will be terminated.
        2. If the called number has no telephone company restrictions or any collect call restrictions, the call set up will proceed.
    b. When an offender initializes his/her account for the first time, a recording will be activated asking the offender to state his/her name. The offender will make this recording one time. Thereafter, when placing a collect call, the same recording automatically plays to the called party.
    c. The collect call will be announced to the called party as being collect and branded as coming from a state correctional facility. The branding message repeats at random intervals during the call.
    d. You will not hear the call set up. The called party must press "5" to accept the collect call.

### CIPS INFORMATION

1. You may query your account balance or the cost of the last call by dialing your PIN, immediately followed by 00 (zero, zero).

2. All telephones used by offenders for other than authorized attorney calls are subject to recording and/or monitoring by staff. Notice of the potential for monitoring shall be posted on or near offender telephones.

3. If an offender wishes to make an unmonitored or unrecorded legal call, the offender must provide the attorney registration number for his/her legal counsel on the "Inmate Phone List" form, along with the business address and telephone number of the attorney. Once the request has been received in the CIPS Administration Office, the attorney registration number, address, and phone number will be verified. Upon verification, the speed-dial number will then be changed by the CIPS input operator to a number beginning with "9" and the offender will be advised of the new speed-dial number.

4. For issues concerning calling problems or problems with your account, contact your case manager or write to CIPS.

### OFFENDER REPORTING PROCEDURE FOR SEXUAL ASSAULT/RAPE, SEXUAL MISCONDUCT OR CRIMINAL ACTIVITY

1. To contact the DOC confidential toll-free number through a CIPS phone dial 1-877-DOC-TIPS-0 (362-8477-0).

2. To contact the DOC confidential toll-free number from a non-CIPS phone the number is 1-877-DOC-TIPS (362-8477).

Attachment "B"

Page 1 of 1

AR Form 850-12C (02/15/06)

## COLORADO INMATE PHONE SYSTEM

# DEBIT INMATE PHONE RATES
Effective 12/01/01*
*RATES ARE SUBJECT TO CHANGE

## LOCAL CALLS
PER CALL $1.25

## INTRA-LATA RATES

CALLS PLACED TO A NUMBER WHICH IS NOT LOCAL BUT IS WITHIN THE SAME CALLING AREA:

| | | |
|---|---|---|
| 719 TO 719 | 303 TO 720 | 720 TO 303 | 970 TO 303 |
| | 303 TO 970 | 720 TO 970 | 970 TO 720 |
| | 303 TO 303 | 720 TO 720 | 970 TO 970 |

| | |
|---|---|
| SURCHARGE PER CALL | $1.00 |
| DAY RATE PER MINUTE (8:00am to 5:00pm) | $0.20 |
| NIGHT RATE PER MINUTE (5:00pm to 8:00am) | $0.11 |
| WEEKEND RATE PER MINUTE (8:00am Sat. to 5:00pm Sun.) | $0.11 |

## INTER-LATA RATES

CALLS PLACED TO A NUMBER IN ANOTHER CALLING AREA, WITHIN THE STATE:

| | |
|---|---|
| 719 TO 303 | 303 TO 719 |
| 719 TO 970 | 720 TO 719 |
| 719 TO 720 | 970 TO 719 |

| | |
|---|---|
| SURCHARGE PER CALL | $1.25 |
| RATE PER MINUTE (ANY TIME) | $0.19 |

## INTER-STATE RATES

CALLS PLACED TO A NUMBER IN ANOTHER STATE

| | |
|---|---|
| SURCHARGE PER CALL | $1.25 |
| RATE PER MINUTE (ANY TIME) | $0.19 |

Attachment "C"
Page 1 of 1

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-1A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Personnel | Telephone Regulations for Offenders | 850-12 | 02/15/06 |

FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET
                                          LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____  (DATE) _____
         Administrative Head

Attachment "D"
Page 1 of 1