| ADMINISTRATIVE REGULATION | | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|---|
| | | 750-03 | 1 OF 4 |
| | | CHAPTER: Offender Legal Services | |
| COLORADO DEPARTMENT OF CORRECTIONS | | SUBJECT: Offender Access to Counsel | |
| RELATED STANDARDS: ACA Standards 2-CO-3C-01 and 4-4275 | | EFFECTIVE DATE: August 15, 2006 | |
| | | SUPERSESSION: 12/01/05 | |
| OPR: OLS | REVIEW MONTH: August | *Joe Ortiz* Joe Ortiz Executive Director | |

I.    POLICY

It is the policy of the Department of Corrections (DOC) to *facilitate offender access to counsel and assist offenders in making confidential contact with attorneys and their authorized representatives. [4-4275] [2-CO-3C-01]*

II.    PURPOSE

The purpose of this administrative regulation is to establish DOC policy concerning offender *access to legal counsel [4-4275] [2-CO-3C-01]* or assistance from their authorized agents.

III.    DEFINITIONS

A.    Agents of an Attorney: Persons approved to visit an offender for purposes of interviewing, retrieving/delivering legal papers on behalf of an attorney. Agents may include paralegals, attorney's investigators and law students.

B.    Attorney: An attorney-at-law licensed to practice in any state or federal jurisdiction who has been retained by the offender or has been appointed to represent the offender, as evidenced by a court record, court order or by the offender's written authorization.

C.    Attorney/Client Relationship: The confidential relationship that exists between an attorney and an offender when the attorney has agreed to provide legal services to the offender.

D.    DOC Employee: Someone who occupies a classified, full or part-time, position in the State Personnel System in which the Department has affect over pay, tenure, and status.

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Legal Services | Offender Access to Counsel | 750-03 | EFFECTIVE 08/15/06 |

## IV. PROCEDURES

*Offenders shall be allowed to contact attorneys or authorized agents. Any costs of contacting an attorney or authorized agent shall be borne by the offender, except as provided by statute or other regulations [4-4275]* (see administrative regulations 850-12, *Telephone Regulations for Offenders*, and 300-38, *Offender Mail*). Attorneys/agents shall be allowed offender client contact under the following provisions:

A. <u>Legal Calls</u>: Refer to administrative regulation 850-12, *Telephone Regulations for Offenders*.

B. **Attorney/Agents Visits [4-4275]**

1. All attorneys shall identify themselves by exhibiting their current Supreme Court Attorney Registration Card. All agents shall identify themselves by providing a copy of their supervising attorney's current Supreme Court Attorney Registration Card, along with a notarized letter signed by the supervising attorney on the attorney's letterhead, specifically stating that the agent presenting the identification is representing the attorney in the case of the offender(s) requested for visits. Agents for the Colorado State Public Defender's Office shall be allowed to visit an offender upon presentation of their state photo identification, if such agent is named on a current list of public defender employees periodically provided to the department.

2. Attorneys/agents shall visit offender clients in designated or assigned attorney visiting areas. Visits between an attorney of record or authorized agent and offender shall not be subject to auditory supervision. Supervising DOC employees are to position themselves to be outside of hearing range of such visits. Attorneys/agents may exchange only those documents with offenders during the visit for which they are providing active representation. Attorneys or agents are required to fill out "Attorney or Agent Identification" (Attachment "A").

3. Visits with offenders will be allowed during the following hours: Monday through Thursday, 8:00 a.m. to 5:00 p.m. provided the visits do not disrupt facility operations. In addition, reasonable flexibility shall be exercised in permitting attorneys of record and their agents, by prior appointment, to visit their clients at other times in special circumstances in accordance with facility policy.

4. Attorneys/agents will be required to meet the "standard dress code" in accordance with administrative regulation 1450-31, *Staff Appearance and Uniform Dress Code*.

5. Attorneys/agents must clear the metal detector scan prior to facility entry. They will be pat searched only if they fail the metal detector scan. Briefcases, packages, or other articles to be taken to the visit by the attorney/agent will be carefully searched for contraband, but no paper or document will be read or photocopied.

6. Tape recorders and/or lap-top computers may be used by an attorney or authorized agent during their visit when they state in writing, in advance of the visit, that the equipment is to be used only to facilitate the attorney visit. Any such equipment shall be subject to search prior to each visit. Such search will include DOC employees opening and inspecting only

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Legal Services | Offender Access to Counsel | 750-03 | EFFECTIVE 08/15/06 |

those panels designed for user access and the attorney or agent will be required to demonstrate that the equipment is functional. Attorneys and their agents shall not be permitted to use cameras or video recording equipment in the course of a visit nor for investigation purposes. The use of such equipment may be allowed under very specific circumstances for the purpose of conducting depositions and when no other alternatives are available. Requests for authorization for the use of video or camera equipment to conduct depositions must be submitted, in writing, to the Office of Correctional Legal Services at least 20 days in advance of any court imposed deadline.

7. Attorneys will not be allowed access to a correctional facility for the purpose of crime scene investigations, nor will cameras or video equipment be allowed. The Office of the Inspector General conducts all investigations involving criminal activity within the correctional system. Attorneys may obtain necessary information as provided by law through the discovery process or by request pursuant to the Criminal Justice Records Act.

8. Attorneys/agents shall not have their names placed on the approved cumulative visitors list. Attorney visits shall not be counted against the offender's total monthly visiting time. In view of the fact that the number of attorney, or authorized agent visits necessary is dependent upon the nature and urgency of the legal matter involved, there will be no limitation on the frequency of attorney/agent visits providing the visit does not disrupt facility operations.

9. Any special considerations requested by an attorney/agent will be immediately referred to the administrative head, or designee on duty, for decision.

10. Attorneys/agents shall be permitted to visit offenders solely for the purpose of conducting legal business and not for the purpose of social visitation. Any visitor must only be identified as having one relationship with the offender, e.g. friend, attorney, agent, etc. An attorney/agent may not switch from being an active visitor on a visiting list to an attorney/agent, and vice versa.

11. An attorney/agent may represent more than one offender in a facility; however, they shall visit only one offender at a time unless otherwise approved in advance by the facility administrative head, or designee.

12. For information on contact and non-contact visits, refer to AR 300-01, *Offender Visiting Program.*

C. Administrative heads will develop additional procedures when necessary to provide offender's access to their attorney and/or authorized agents in accordance with this administrative regulation.

D. For more detailed information and requirements regarding offender visitation refer to administrative regulation 300-01, *Offender Visiting Program;* for visits by members of the government, refer to AR 100-26, *Facility Tours;* for visits by the media, refer to AR 1350-01, *Public Information.*

E. Offenders assigned to a community corrections program, or the Intensive Supervision Program, shall be granted temporary leave to visit attorneys or authorized agents upon providing information regarding scheduled appointments and obtaining leave authorization from the program.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Legal Services | Offender Access to Counsel | 750-03 | EFFECTIVE 08/15/06 |

F.    The DOC reserves the right to refuse admission to, or remove after entry to DOC facilities or offices, those who fail to comply with any administrative regulation or implementation/adjustment or those individuals who fail to meet the requirements articulated in administrative regulation 300-01, *Offender Visiting Program*.

V.    RESPONSIBILITY

A.    The manager of the Office of Correctional Legal Services, or designee, shall be responsible for implementing, monitoring compliance with, and updating this administrative regulation, at least annually.

B.    Each facility administrative head shall:

1.    Be responsible for maintaining consistency between offender legal access at their facility/office and this administrative regulation.

2.    Assure that all DOC employees read, understand, and comply with the contents of this administrative regulation.

VI.    AUTHORITY

A.    United States Constitution Amendments: 1, 5, 6, and 14.

B.    CRS 16-3-403. Right to consult with attorney.

VII.    HISTORY

November 1, 2005
November 1, 2004
July 1, 2004
July 1, 2003
July 1, 2002

ATTACHMENTS:    A.    AR Form 750-03A, Attorney or Agent Identification

B.    AR Form 100-01A, Administrative Regulation Implementation/Adjustments

AR FORM 750-03A (12/01/05)

## **COLORADO DEPARTMENT OF CORRECTIONS**
ATTORNEY OR AGENT IDENTIFICATION

I, _____, am a licensed attorney or attorney-supervised agent in

the state of _____, with offices at _____,

visiting _____, on _____, 20_____, and agree that my

visit with this offender is for the purpose of facilitating the attorney-client relationship and for no

other purpose. I agree that any tape recording or other recording made by me will be used only to

facilitate this relationship.

_____          _____
Attorney or Agent Signature                              Date

_____
Current Supreme Court or
Other State Attorney Registration Number

I.D. Checked:_____
                    Signature of Custody/Control Officer

TIME OF VISIT:          IN _____ OUT _____

FACILITY ACCESS TO:     _____

DENIED ACCESS:          DATE _____ TIME _____

REASON ACCESS DENIED:   _____

_____

_____

_____

_____

Attachment "A"
Page 1 of 1

## ADMINISTRATIVE REGULATION
## IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-01A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Legal Services | Offender Access to Counsel | 750-03 | 08/15/06 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET
LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____ (DATE) _____
Administrative Head

Attachment "B"
Page 1 of 1