| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| COLORADO DEPARTMENT OF CORRECTIONS | 750-01 | 1 OF 6 |
| | CHAPTER: Offender Legal Services | |
| | SUBJECT: Legal Access | |
| RELATED STANDARDS: ACA Standards 2-CO-3C-01, 4-4268, 4-4274, and 4-4276 | EFFECTIVE DATE: November 15, 2005 | |
| | SUPERSESSION: 11/15/04 | |
| OPR: OLS      REVIEW MONTH: August | Joe Ortiz, Executive Director | |

I. POLICY

It is the policy of the Department of Corrections (DOC) to **ensure the right of offenders to have access to courts. [4-4274] [2-CO-3C-01]** Offenders shall not be subject to reprisals or penalties because of the decision to seek access to courts.

II. PURPOSE

The purpose of this administrative regulation is to establish DOC policy concerning offender **access to the courts [4-4274]** including legal mail, legal materials, or authorized paralegal assistance, **access to law library, [4-4276] [2-CO-3C-01]** and assistance provided to offenders by the DOC in the preparation and filing of conditions of confinement, post conviction and habeas corpus pleadings.

III. DEFINITIONS

Legal Access Program Services: Includes staff legal assistants; offender clerks, and related services.

IV. PROCEDURES

   A. Law Libraries: **All offenders**, with the exception of those housed at community corrections centers, **may have access to the courts through physical access to a law library or assistance from a legal assistant, and/or provided loans of legal materials maintained by the Legal Access Program. The legal materials consist of, at a minimum, relevant and up-to-date constitutional, statutory, and case law materials, applicable court rules, practice treatises, [4-4276]** and other material approved by the Office of Correctional Legal Services.

      1. Community corrections centers may use community law library resources.

Attachment (pgs. 1-?)

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Legal Services | Legal Access | 750-01 | EFFECTIVE 11/15/05 |

    2.    The Office of Correctional Legal Services is responsible for determining the inventory of legal materials to be maintained in facility law libraries.

B.    Offender Clerks: Each facility law library may employ offender clerk(s). Under the guidance and supervision of a staff legal assistant, **offender clerks may provide** research **assistance** on serious and legitimate conditions of confinement, habeas corpus, and post conviction claims **for offenders who are physically, intellectually, or educationally incapable of using legal resource materials.** [4-4276] Document preparation services may be assigned upon the approval of the manager of Correctional Legal Services. Selection and hiring of offender clerks is the responsibility of the facility legal assistant and is subject to approval of the Office of Correctional Legal Services and appropriate facility staff. Offender clerks:

    1.    Are expressly forbidden from charging other offenders in any way for their services.

    2.    Shall not disclose information pertaining to specific offender complaints to anyone other than the staff legal assistant.

    3.    Shall sign and abide by the conditions of employment agreement (Attachment "F").

    4.    Are not authorized to remove or allow the removal or the loan of law books, materials, equipment, or supplies from the Law Library.

C.    Staff Legal Assistants: The Legal Access Program shall employ trained and credentialed paralegals as staff legal assistants who shall provide legal assistance to offenders and supervision, guidance, and assistance to offender clerks regarding usage of legal resource materials and the selection and preparation of appropriate legal documents when authorized to do so.

    1.    The staff legal assistants shall supervise the daily operations of law libraries and access to all law library resources to ensure access for all offenders.

    2.    Staff legal assistants shall maintain accurate records regarding all aspects of services provided to offenders by the Legal Access Program pursuant to program policy.

    3.    Communications between offenders and legal assistants regarding offender litigation shall remain confidential.

    4.    Staff legal assistants are not authorized to permit offender clerks or any other offender to take legal materials belonging to another offender or equipment belonging to the facility or Legal Access Program out of the law library for any reason.

D.    Operational Provisions:

    1.    Offenders will be allowed reasonable, but not unlimited **access to law libraries, [2-CO-3C-01]** loan materials, and/or law library personnel to prepare legal documents, consistent with court imposed deadlines, or applicable statutes of limitations.

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Legal Services | Legal Access | 750-01 | EFFECTIVE 11/15/05 |

2. **Whenever an offender's assignment**, including, but not limited to **punitive or administrative segregation, inhibits direct or personal access to the law library, each facility will provide an alternative procedure to ensure adequate access to legal materials for those offenders. [4-4268] [4-4276]**

3. Offender access to legal assistance shall be regulated through the use of the "Request for Legal Assistance" form (Attachment "A"). For record-keeping purposes, these forms must be completed at all facilities. All other legal services are regulated through the use of "Photocopy Request Form" (Attachment "B"), loan material request and instruction sheet (Attachment "C"), request for loan of administrative regulations (Attachment "D"), and "Request for Supplies" (Attachment "E"), in accordance with the "Legal Access Program Guidelines" (Attachment "G").

4. Legal Access Program staff shall ensure that all request forms are made available in the housing units. Staff shall not impede or otherwise interfere with an offender's requests for legal services.

5. Legal Access Program staff will ensure that **supplies are made available to offenders pursuant to Attachment "G." Legal supplies may be provided in reasonable amounts consistent with facility security concerns. [4-4276]**

6. Photocopying services are provided by the Legal Access Program to reproduce legal documents which fall within the program parameters described in Attachment "G" at a cost of five cents per page.

7. Legal Access Program staff shall provide notary services at no charge for habeas corpus, post-conviction, or conditions of confinement documents in accordance with applicable law/court rule. Any other notary services provided are at the discretion of facility Legal Access Program staff, except no documents involving real estate will be notarized.

E. **Legal Access: [2-CO-3C-01]** Access to the court may be provided to offenders by the CDOC through any combination of access to a law library or legal materials, trained and credentialed paralegals, and offender clerks (For regulations governing access to counsel, refer to AR 750-03, *Offender Access to Counsel*).

1. Offenders may provide assistance to one another; however, it will be regulated by time, place, and manner. Payment of any type is prohibited. Offenders may assist one another outside the law library, if permitted by facility policy; however, when legal documents are exchanged inside or outside the law library, all involved offenders must be present. Offenders are required to return all documents to their owner before parting company. Offenders are allowed to maintain only their own legal work in their personal possession or in their cells. Violations may result in COPD charges. Legal material not belonging to the offender in possession of it shall be confiscated and treated as contraband, pursuant to AR 850-06, *Offender Property*.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Legal Services | Legal Access | 750-01 | EFFECTIVE 11/15/05 |

2. Legal Photocopies: An offender will be supplied with the proper number of legal photocopies, as defined by "Legal Access Program Guidelines," (see Attachment "G") to file an action in the area of habeas corpus, conditions of confinement, or post-conviction with the courts. The offender will be charged for the copies even if it results in a negative balance on the offender's account.

   a) Offenders are not entitled to unlimited photocopies. Offenders whose accounts have arrearages, for photocopy charges only, of $300.00 or more may have photocopy privileges restricted.

   b) All restrictions regarding photocopies are subject to review by Legal Access Program staff before implementation.

3. To maintain confidentiality and the integrity of the program, staff shall not open envelopes addressed to the Legal Access Program, nor shall they review material, or read for content that which is submitted to the program outside the presence of the legal assistant.

F. RESTRICTIONS

1. Offenders are not allowed to request loan materials on behalf of other offenders. Offenders who borrow legal material from the Legal Access Program are required to keep it in their possession. They are not allowed to lend it to other offenders or send it out of the facility.

2. Offenders who have Legal Access Program materials in their possession at the time their property is to be removed from the facility, for any reason, are required to notify and return all legal materials to housing staff for return to the law library. It is the responsibility of unit or property staff to return the legal materials to the Legal Access Program either to the facility law library, or by contacting the facility Legal Access Program staff member.

3. Legal Access Program staff will not transport material by any means on behalf of any offender to another offender or to any other facility. Legal material will be transported out of the facility only when legal work is being formally assigned or copied within the Legal Access Program.

4. Check out and/or removal of all Legal Access Program property is strictly forbidden. All property is to remain within the confines of the law library and will be marked as DOC property.

5. Offenders are not allowed to write in, highlight, mark, or in any other way damage or destroy material(s) loaned to them by the Legal Access Program. This is considered destruction of state property.

6. Offenders may not purchase photocopies of any materials contained in law libraries regardless of their ability to pay.

7. Offenders are not allowed to type grievances or COPD appeals in facility law libraries even if those documents are to be used in a later court proceeding.

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Legal Services | Legal Access | 750-01 | EFFECTIVE 11/15/05 |

8. Offenders are not allowed to use program typewriters, except to prepare documents pertaining to habeas corpus, post-conviction, or conditions of confinement issues.

9. Program tape recorders are to be used for the sole purpose of listening to tapes of court and DOC administrative proceedings. Tapes will be permitted in the law library only when they have been sent directly from the court or hearing body to the facility litigation coordinator. The coordinator will forward the tapes to the law library.

    The legal access staff person will maintain the tapes and ensure their safety and once the offender has been provided reasonable access to the materials, they will be returned to the facility litigation coordinator for disposition pursuant to 300-06, *Searches and Contraband Control*.

10. Once offenders voluntarily leave, or are removed from a law library, their access is terminated and they will not be allowed to return that day, unless they produce proof of a previously scheduled appointment.

V. RESPONSIBILITY

   A. The manager of the Office of Correctional Legal Services, or designee, shall be responsible for implementing, monitoring compliance with, and updating this administrative regulation, at least annually.

   B. Each facility administrative head shall:

      1. Be responsible for maintaining consistency between offender legal access at his/her facility, or office, and this administrative regulation.

      2. Ensure that all staff read, understand, and comply with the contents of this administrative regulation.

      3. Develop facility implementation adjustments using this administrative regulation as a guide and in consultation with the manager of the Office of Correctional Legal Services.

VI. AUTHORITY

   A. United States Constitution Amendments: 1, 5, 6, and 14.

B. Court Decisions:

Johnson vs. Avery, 393 U.S. 483 (1969);
Bounds vs. Smith, 430 U.S. 817 (1977);
Twyman vs. Crisp, 584 F.2d 352 (10th Cir. 1978);
Ramos vs. Lamm, 639 F.2d 559 (10th Cir. 1980);
Nordgren vs. Mitchell, 716 F.2d 1335 (10th Cir. 1983);
Petrick v. Maynard, 11 F.3d 91 (10th Cir. 1993);
Lewis vs. Casey, 116 S.Ct. 2174 (1996).

VII. HISTORY

September 1, 2004
August 1, 2004
August 1, 2003
August 1, 2002
September 1, 2001
September 1, 2000
December 1, 1999
November 15, 1998

ATTACHMENTS:

A. DC Form 750-1A, Request for Legal Assistance

B. DC Form 750-1B, Photocopy Request Form

C. AR Form 750-1C, Loan Material Request and Instruction Sheet for Offenders in Segregation

D. AR Form 750-1D, Request and Instruction Sheet for Loan for Administrative Regulations and Operational Memoranda

E. DC Form 750-1E, Request for Supplies

F. DC Form 750-1F, Clerk Conditions of Employment Agreement

G. AR Form 750-1G, Legal Access Program Guidelines

H. AR Form 100-1A, Administrative Regulation Implementation/Adjustments

DC Form 750-01A (11/15/05)

## COLORADO DEPARTMENT OF CORRECTIONS
## LEGAL ACCESS PROGRAM
# REQUEST FOR LEGAL ASSISTANCE

TODAY'S DATE: _____

LAST NAME: _____ FIRST INITIAL: _____ DOC #: _____

HOUSING UNIT/CELL: _____ WORK/PROGRAM ASSIGNMENT INCLUDING TIME: _____

SESSION TIME REQUESTED*: _____
* Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _____

**ANSWER THE FOLLOWING. INCOMPLETE FORMS MAY BE RETURNED.**

**NATURE OF THE MATTER:**   <u>HABEAS</u> <u>CORPUS</u>   <u>CONDITIONS OF CONFINEMENT</u>   <u>POST-CONVICTION RELIEF</u>

OTHER: _____

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:   YES   NO

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED?   YES   NO
IF YES, PROVIDE THE FOLLOWING:

CASE # AND COURT _____

**STATE THE TYPE OF ASSISTANCE YOU REQUIRE:**                    **(PLEASE WRITE LEGIBLY)**

_____

_____
OFFENDER SIGNATURE

DATE RECEIVED: _____   DATE ACCESS PROVIDED: _____

Attachment "A"
Page 1 of 1

DC FORM 750-01B (11/15/05)

**COLORADO DEPARTMENT OF CORRECTIONS**
**LEGAL ACCESS PROGRAM**
# PHOTOCOPY REQUEST FORM

LAST NAME: _____ FIRST INITIAL _____ DOC #: _____

FACILITY: _____ UNIT: _____ DATE SUBMITTED: _____

INDICATE THE DATE OF ANY COURT IMPOSED DEADLINE: _____

| | DESCRIPTION | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

**THE LEGAL ACCESS PROGRAM COPIES ONLY THOSE ACTIONS IN THE NATURE OF HABEAS CORPUS, POST CONVICTION, AND CONDITIONS OF CONFINEMENT.** PLEASE LIST EACH DOCUMENT TO BE COPIED ON SEPARATE LINES AND INCLUDE DESCRIPTION, # PAGES YOU ARE SUBMITTING, AND # COPIES YOU ARE REQUESTING. INCOMPLETE FORMS WILL BE RETURNED.

**A SIGNED AND COMPLETED WITHDRAWAL TICKET MUST ACCOMPANY THIS REQUEST.**

_____
OFFENDER SIGNATURE

DO NOT WRITE BELOW THIS LINE - OFFICIAL USE ONLY

CHARGE TO ACCOUNT: $ _____   DENIED: _____ IN TOTAL
_____ IN PART
DATE RECEIVED AT SENDING FACILITY: _____ NUMBER OF PAGES RECEIVED: _____
DATE RECEIVED IN PROCESSING LAW LIBRARY: _____

NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: _____
DATE COMPLETED: _____
STAFF/CLERK PHOTOCOPIER INITIALS: _____
    METER END: _____
MINUS   METER BEGIN: _____
    TOTAL COPIES: _____
MINUS   ADMINISTRATIVE COPIES: _____
    TOTAL COPIES TO OFFENDER: _____

Attachment "B"
Page 1 of 1