AR Form 750-01C (11/15/05)

# LEGAL ACCESS PROGRAM LOAN MATERIAL REQUEST AND INSTRUCTION SHEET FOR OFFENDERS IN SEGREGATION

LAST NAME: _____  FIRST INITIAL: _____  FACILITY: _____
DOC #: _____                            UNIT: _____

REQUEST FOR LOAN MATERIAL WAS RECEIVED: _____
REQUEST WAS PROCESSED AND RETURNED TO OFFENDER ON: _____
**MATERIAL IS TO BE RETURNED NO LATER THAN:** _____

LOAN OF LAW LIBRARY MATERIAL IS UNDER THE FOLLOWING EXPRESS CONDITIONS:

1. **THIS MATERIAL REMAINS THE PROPERTY OF THE DEPARTMENT OF CORRECTIONS, LEGAL ACCESS PROGRAM.** MATERIAL MUST REMAIN IN YOUR PERSONAL POSSESSION AT ALL TIMES UNTIL IT IS RETURNED TO LEGAL ACCESS PROGRAM. YOU ARE NOT ALLOWED TO GIVE OR LOAN THIS MATERIAL TO ANOTHER OFFENDER NOR TO SUBMIT THE MATERIAL FOR PHOTOCOPIES.

2. YOU MAY HAVE ONLY ONE LOAN OUTSTANDING AT ANY ONE TIME. **NO FURTHER REQUESTS FOR LOAN MATERIAL WILL BE HONORED UNTIL THIS MATERIAL IS RETURNED IN THE ENVELOPE IT WAS PROVIDED TO YOU IN.** ALL LOAN MATERIAL IS TO BE RETURNED ON OR BEFORE THE DUE DATE, UNLESS OTHERWISE AUTHORIZED BY THE LEGAL ASSISTANT.

3. FAILURE TO RETURN THIS MATERIAL MAY RESULT IN FURTHER REQUESTS BEING DENIED AND/OR IN YOUR BEING CHARGED A REPLACEMENT COST OF 25¢ PER PAGE FOR THE MATERIAL.

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____

DO NOT WRITE BELOW THIS LINE    **OFFENDER SIGNATURE (REQUIRED):** _____

METER END: _____
MINUS
METER BEGIN: _____           PRINTER TOTAL: _____
MINUS                              PLUS
ADMIN COPIES: _____           LOAN BANK: _____
EQUALS                             EQUALS
COPIER TOTAL: _____           **OFFENDER TOTAL:** _____

YOUR REQUEST HAS BEEN **DENIED:** _____ IN PART _____ IN TOTAL FOR THE FOLLOWING REASONS:

_____ YOUR REQUEST FORM WAS NOT PROPERLY COMPLETED (MUST SIGN SIGNATURE, GIVE FULL CELL LOCATION, I.E., UNIT, TIER, CELL)

_____ YOUR REQUEST IS TOO VOLUMINOUS _____ YOU HAVE REACHED THE WEEKLY MAXIMUM AMOUNT OF LOAN ITEMS

_____ THE INFORMATION PROVIDED ON YOUR REQUEST FORM IS NOT SPECIFIC ENOUGH TO IDENTIFY YOUR NEED OR IS UNABLE TO BE UNDERSTOOD

_____ YOU ARE ALLOWED TO SUBMIT ONLY ONE REQUEST FORM PER WEEK

_____ THE LEGAL ACCESS PROGRAM DOES NOT HAVE ALL OR PART OF THE MATERIALS YOU HAVE REQUESTED

_____ YOU HAVE OUTSTANDING LOAN ITEMS DUE: _____, NO NEW LOANS WILL BE PROCESSED UNTIL THOSE **MATERIALS ARE RETURNED.**

_____ OTHER:
DATE RETURNED: _____  # OF PAGES RETURNED: _____  LOAN EXTENDED TO: _____

Attachment "C"
Page 1 of 1

AR Form 750-01D (11/15/05)

## LEGAL ACCESS PROGRAM  REQUEST AND INSTRUCTION SHEET FOR ADMINISTRATIVE REGULATIONS AND OPERATIONAL MEMORANDA

LAST NAME: _____ FIRST INITIAL: _____ FACILITY: _____

DOC #: _____ UNIT / TIER / CELL: _____

REQUEST FOR LOAN MATERIAL WAS RECEIVED: _____
REQUEST WAS PROCESSED AND RETURNED TO OFFENDER ON: _____
**MATERIAL IS TO BE RETURNED NO LATER THAN:** _____

LOAN OF LAW LIBRARY MATERIAL IS UNDER THE FOLLOWING EXPRESS CONDITIONS:

1. **THIS MATERIAL REMAINS THE PROPERTY OF THE DEPARTMENT OF CORRECTIONS, LEGAL ACCESS PROGRAM. MATERIAL MUST REMAIN IN YOUR PERSONAL POSSESSION AT ALL TIMES** UNTIL IT IS RETURNED TO LEGAL ACCESS PROGRAM. **YOU ARE NOT ALLOWED TO GIVE OR LOAN THIS MATERIAL TO ANOTHER OFFENDER NOR TO SUBMIT THE MATERIAL FOR PHOTOCOPIES.**

2. YOU MAY HAVE ONLY ONE AR/OM LOAN OUTSTANDING AT ANY ONE TIME. **NO FURTHER REQUESTS FOR AR/OM LOAN MATERIAL WILL BE HONORED UNTIL THIS MATERIAL IS RETURNED.** ALL LOAN MATERIAL IS TO BE RETURNED ON OR BEFORE THE DUE DATE, UNLESS OTHERWISE AUTHORIZED BY THE LEGAL ASSISTANT.

3. FAILURE TO RETURN THIS MATERIAL MAY RESULT IN FURTHER REQUESTS BEING DENIED AND/OR IN YOUR BEING CHARGED A REPLACEMENT COST OF 25¢ PER PAGE FOR THE MATERIAL.

I REQUEST THE FOLLOWING ARs/OMs:

1. _____  2. _____  3. _____

OFFENDER SIGNATURE (REQUIRED): _____

---

METER END: _____
MINUS
METER BEGIN: _____
MINUS
ADMIN COPIES: _____
EQUALS
COPIER TOTAL: _____ PLUS _____ Loan Bank PLUS _____ Printer EQUALS _____ TOTAL

---

YOUR REQUEST HAS BEEN **DENIED**: _____ IN PART _____ IN TOTAL FOR THE FOLLOWING REASONS:

_____ YOUR REQUEST FORM WAS NOT PROPERLY COMPLETED (MISSING SIGNATURE, FULL CELL LOCATION, FACILITY, DOC NUMBER)

_____ IF YOU ARE NOT SURE OF THE NUMBER OF THE REGULATION YOU NEED, REQUEST THE INDEX

_____ THE INFORMATION PROVIDED ON YOUR REQUEST FORM IS NOT SPECIFIC ENOUGH TO IDENTIFY YOUR NEED OR IS UNABLE TO BE UNDERSTOOD

_____ YOU ARE ALLOWED TO SUBMIT ONLY ONE (1) REQUEST FORM PER WEEK. YOU HAVE REACHED THE WEEKLY MAXIMUM AMOUNT OF LOAN ITEMS

_____ THE LEGAL ACCESS PROGRAM DOES NOT HAVE ALL OR PART OF THE MATERIALS YOU HAVE REQUESTED

_____ YOU HAVE OUTSTANDING LOAN ITEMS DUE: _____, **NO NEW LOANS WILL BE PROCESSED UNTIL THOSE MATERIALS ARE RETURNED.**

_____ OTHER:

DATE RETURNED: _____ # OF PAGES RETURNED: _____ LOAN EXTENDED TO: _____

Attachment "D"
Page 1 of 1

DC Form 750-01E (11/15/05)

# COLORADO DEPARTMENT OF CORRECTIONS
## LEGAL ACCESS PROGRAM
## REQUEST FOR SUPPLIES

LAST NAME: _____ FIRST INITIAL: _____ DOC #: _____
FACILITY: _____ UNIT/CELL: _____ DATE SUBMITTED: _____

**INDICATE THE DATE OF ANY COURT IMPOSED DEADLINE:** _____

YOU WILL NOT RECEIVE MORE THAN THE MONTHLY MAXIMUM ALLOTMENT AS POSTED IN THE LAW LIBRARY. POSTING IS AVAILABLE UPON REQUEST FOR THOSE OFFENDERS WITHOUT PHYSICAL ACCESS TO A LAW LIBRARY.

INDICATE THE NUMBER OF ENVELOPES YOU ARE REQUESTING. ONLY THE NECESSARY AMOUNT FOR ATTACHED COURT FILING WILL BE SUPPLIED, UP TO THE MONTHLY MAXIMUM ALLOTMENT.

INMATES IN SEGREGATION OR THOSE WITHOUT PHYSICAL ACCESS TO A LAW LIBRARY MUST LIST COURT/DA/AG/ATTORNEY OF RECORD ADDRESS(ES) ON THE REVERSE SIDE OF THIS FORM TO RECEIVE ENVELOPES.

**MANILA ENVELOPES:** _____ 9 ½ " X 12 ½ " SIZE

**WHITE ENVELOPES:** _____ #10 OFFENDER WHITE ENVELOPES

**PAPER:** _____ ONE PACKET

**CAPTION FORM:** _____

SUPPLY REQUESTS FROM OFFENDERS WHO FAIL TO FOLLOW PROGRAM POLICY OR FAIL TO MEET PROGRAM CRITERIA TO RECEIVE SUPPLIES WILL BE AUTOMATICALLY DENIED. NO WRITTEN NOTIFICATION WILL BE PROVIDED. THE LEGAL ACCESS PROGRAM DOES NOT DISTRIBUTE ANY OTHER SUPPLIES.

OFFENDER SIGNATURE: _____

DATE RECEIVED: _____ DATE SUPPLIES PROVIDED: _____

Attachment "E"
Page 1 of 1

DC Form 750-01F (11/15/05)

Facility: _____
Clerk Name: _____
DOC #: _____
Hire Date: _____

## OFFENDER CLERK CONDITIONS OF EMPLOYMENT AGREEMENT

### CONFIDENTIALITY

ALL OFFENDER CLERKS, AS A CONDITION OF THEIR EMPLOYMENT IN THE LEGAL ACCESS PROGRAM, ARE REQUIRED TO KEEP STRICTLY CONFIDENTIAL ANY AND ALL INFORMATION THEY BECOME AWARE OF AS A RESULT OF THEIR EMPLOYMENT. SUCH INFORMATION INCLUDES, BUT IS NOT LIMITED TO:

1. ALL INFORMATION, OF ANY KIND, OBTAINED DIRECTLY FROM AN OFFENDER OR FROM REVIEWING OFFENDER DOCUMENTS.

2. ANY INFORMATION CLERKS MAY OBTAIN INADVERTENTLY PERTAINING TO OFFENDER LEGAL PROBLEMS, WHATEVER AND WHEREVER THE SOURCE.

3. ANY INFORMATION IN REGARD TO COMMUNICATIONS AMONG THE VARIOUS LEGAL ASSISTANTS, AND THE MANAGER OF CORRECTIONAL LEGAL SERVICES.

CONFIDENTIALITY MEANS THAT OFFENDER CLERKS DO NOT DISCUSS ANYTHING AS NOTED ABOVE, EXCEPT WITH CORRECTIONAL LEGAL SERVICES STAFF. CLERKS ARE EXPRESSLY PROHIBITED FROM DISCUSSING ANY OFFENDER LEGAL MATTER WITH THE MANAGER OF CORRECTIONAL LEGAL SERVICES UNLESS SPECIFICALLY AUTHORIZED BY THEIR SUPERVISING LEGAL ASSISTANT. CONFIDENTIALITY ALSO INCLUDES NOT COMMUNICATING ANY NON-AUTHORIZED INFORMATION TO OTHER CLERKS.

### DUTIES

THE PRIMARY RESPONSIBILITY OF OFFENDER CLERKS IS TO:

1. ASSIST OFFENDERS IN GAINING KNOWLEDGE ABOUT LEGAL RESEARCH AND WRITING.

2. CONTINUALLY INCREASE THEIR OWN KNOWLEDGE AND SKILLS WITHIN THE LEGAL FIELD.

3. COMPLETE AND MAINTAIN DETAILED RECORDS OF THEIR LEGAL AFFAIRS RELATED ACTIVITIES, I.E. ASSIGNMENT LOGS.

4. COMPLY WITH ALL INSTITUTIONAL REGULATIONS AS TO CONDUCT.

5. SET A HIGH STANDARD OF GENERAL CONDUCT WHICH WILL POSITIVELY REFLECT THE INTERESTS AND GOALS OF THE LEGAL ACCESS PROGRAM. CLERKS WILL BE HELD TO A HIGHER STANDARD OF CONDUCT THAN OTHER OFFENDER EMPLOYEES.

6. COMPLY WITH ALL POLICIES AND PROCEDURES OF THE LEGAL ACCESS PROGRAM THAT NOW EXIST AND THAT MAY BE ESTABLISHED IN THE FUTURE.

7. COMPLETE AND MAINTAIN LOGS AND RECORDS FOR USE IN PREPARING MONTHLY STATISTICAL REPORTS.

8. OPERATE A PHOTOCOPY MACHINE WHEN NECESSARY.

9. PERFORM SUCH OTHER DUTIES AS DIRECTED.

DC Form 750-1F (11/15/05)

## LIMITATIONS ON OFFENDER CLERK ACTIVITIES

1. OFFENDER CLERKS ARE NOT TO INITIATE CONTACT WITH OR VOLUNTEER INFORMATION TO OTHER OFFENDERS IN REGARD TO LEGAL MATTERS.

2. CLERKS SHALL NEITHER SOLICIT NOR ACCEPT ANY PAYMENT OR GRATUITY FOR THE PERFORMANCE OF ANY LEGAL ACCESS RELATED SERVICE.

3. OFFENDER CLERKS WILL NOT ASSIST IN THE PREPARATION OF LEGAL PAPERS/PLEADINGS OR ADVISE OTHER OFFENDERS EXCEPT AS SPECIFICALLY DIRECTED OR AUTHORIZED BY THE FACILITY LEGAL ASSISTANT AND THE MANAGER OF CORRECTIONAL LEGAL SERVICES.

4. THERE IS A SPECIFIC PROHIBITION AGAINST ANY OFFENDER CLERK ASSISTING AN OFFENDER IN A LEGAL MATTER UNRELATED TO HABEAS CORPUS, POST-CONVICTION RELIEF OR CONDITIONS OF CONFINEMENT MATTERS UNLESS DIRECTED TO DO SO. THIS SPECIFIC PROHIBITION DOES NOT APPLY TO GIVING AN OFFENDER GUIDANCE ON HOW TO DO LEGAL RESEARCH OR REFERRING OFFENDERS TO APPROPRIATE LEGAL RESEARCH MATERIAL.

5. OFFENDER CLERKS MAY NOT ACT IN THE CAPACITY OF AN OFFENDER REPRESENTATIVE.

6. OFFENDER CLERKS ARE PROHIBITED FROM UTILIZING PROGRAM COMPUTERS FOR ANY REASON WHATSOEVER, AT ANY TIME.

7. OFFENDER CLERKS ARE PROHIBITED FROM RETAINING ANY LEGAL WORK BELONGING TO THEM OR OTHERS IN THE LAW LIBRARY.

I HEREBY CERTIFY THAT I ACCEPT AND FULLY UNDERSTAND THE CONDITIONS OF EMPLOYMENT AS SPECIFIED ABOVE. I UNDERSTAND THAT VIOLATION OF ANY PROVISION OF THIS AGREEMENT MAY RESULT IN MY IMMEDIATE TERMINATION AND THAT IF TERMINATED I AM PERMANENTLY INELIGIBLE FOR REIMPLOYMENT BY THE LEGAL ACCESS PROGRAM.

_____
OFFENDER NAME

_____   DATE: _____
DOC #

_____   DATE: _____
LEGAL ASSISTANT

AR Form 750-01G (11/15/05)

**COLORADO DEPARTMENT OF CORRECTIONS**
**Legal Access Program Guidelines**

I.    A.    THE LEGAL ACCESS PROGRAM **MAY** PHOTOCOPY LEGAL MATERIAL TO BE FILED WITH THE COURT.

       1.    PAGE LIMITS

       THE LEGAL ACCESS PROGRAM WILL SET LIMITS ON THE NUMBER OF PAGES OF VARIOUS LEGAL DOCUMENTS. THE LIMITS SIGNIFY THE MAXIMUM NUMBER OF PAGES OF AN ORIGINAL DOCUMENT THAT AN OFFENDER CAN SUBMIT TO THE LEGAL ACCESS PROGRAM FOR PHOTOCOPYING. THE LIMITS SHALL BE POSTED IN EACH LAW LIBRARY AND SHALL BE AVAILABLE UPON REQUEST FROM THE FACILITY LEGAL ASSISTANT FOR OFFENDERS HOUSED IN SEGREGATION.

       2.    DEFINITIONS

          a.    LEGAL MATERIAL: THOSE ACTIONS BEING FILED WITH THE COURT THAT ARE IN THE NATURE OF HABEAS CORPUS, CONDITIONS OF CONFINEMENT AND POST-CONVICTION. THESE ARE ACTIONS THAT CONTEST CONFINEMENT OR A CONDITION OF CONFINEMENT. NO DOCUMENTS PERTAINING TO ANY OTHER ACTION WILL BE PHOTOCOPIED. THE FACILITY LEGAL ASSISTANT SHALL HAVE THE DISCRETION TO DECIDE WHETHER ITEMS FALL WITHIN THE DEFINITION OF HABEAS CORPUS/CONDITIONS OF CONFINEMENT OR POST CONVICTION LITIGATION. THE POSTED PAGE LIMIT RESTRICTIONS CONTAINS A DETAILED LISTING OF THE DOCUMENTS THE LEGAL ACCESS PROGRAM WILL PHOTOCOPY.

          b.    LEGAL LETTERS: OUTGOING LETTERS TO ATTORNEYS OF RECORD, COURT CLERKS, OPPOSING COUNSEL, OR JUDGES.

   B.    THE LEGAL ACCESS PROGRAM **WILL NOT** PHOTOCOPY:

       1.    TRANSCRIPTS.

       2.    ALTERED DOCUMENTS.

       3.    UNSIGNED DOCUMENTS.

       4.    DOCUMENTS NOT THE PROPERTY OF THE REQUESTOR.

       5.    TAX FORMS.

       6.    ANY MATERIAL THAT IS NOT PART OF A HABEAS CORPUS, CONDITIONS OF CONFINEMENT OR POST CONVICTION ACTION.

       7.    CASE LAW, STATUTES, ADMINISTRATIVE REGULATIONS, IMPLEMENTATION ADJUSTMENTS, POSTED OPERATIONAL RULES, ETC., OR ANY OTHER MATERIAL THAT CAN BE CITED UNLESS REQUIRED BY COURT RULE, OR STATUTE.

       8.    BLANK FORMS.

       9.    NON-ORIGINAL/PREVIOUSLY PHOTOCOPIED DOCUMENTS, INCOMING CORRESPONDENCE, ADMINISTRATIVE CORRESPONDENCE OR DOCUMENTS (ACCOUNT STATEMENTS, MITTIMUS, ETC.), GRIEVANCES, COPD APPEALS; EXCEPT:

    a. AS ATTACHMENTS TO AN ORIGINAL DOCUMENT BEING FILED WITH THE COURT OR ATTACHED TO A LETTER TO A JUDGE OR ATTORNEY OF RECORD. (ORIGINAL MUST BE ATTACHED TO REQUEST) OR

    b. PURSUANT TO AN **ATTACHED** ORDER TO CURE DEFICIENCY.

C. OFFENDER REQUESTS FOR PHOTOCOPIES

    1. ALL OFFENDERS ARE REQUIRED TO PROPERLY COMPLETE AND SUBMIT A DC FORM 750-1B, PHOTOCOPY REQUEST FORM AND MISCELLANEOUS WITHDRAWAL TICKET TO THE FACILITY LEGAL ASSISTANT OR OFFENDER CLERK. PHOTOCOPIES WILL NOT BE COMPLETED UNTIL THE PROPER PAPERWORK HAS BEEN RECEIVED.

    2. THE FACILITY LEGAL ASSISTANT SHALL REVIEW THE REQUEST FORM(S)/LEGAL DOCUMENT(S) BEING SUBMITTED TO ENSURE THEY COMPLY WITH PROGRAM POLICY IN EVERY RESPECT.

D. PAYMENT FOR PHOTOCOPIES:

ALL OFFENDERS WILL BE CHARGED FIVE (5) CENTS PER PAGE REGARDLESS OF ACCOUNT BALANCE.

E. THE NUMBER OF PHOTOCOPIES THAT WILL BE PROVIDED:

    1. THE PROPER NUMBER OF PHOTOCOPIES OF LEGAL MATERIAL WILL BE DETERMINED BY COURT RULE.

    2. IF THE LEGAL ASSISTANT IS IN DOUBT AS TO THE PROPER NUMBER OF PHOTOCOPIES TO PROVIDE THE OFFENDER HE/SHE WILL CONSULT THE PROPER AUTHORITY OR TEAM LEADER AND DOCUMENT THAT CONSULTATION.

    3. DENIAL OF A REQUEST, IN WHOLE OR IN PART, WILL OCCUR AS STIPULATED IN SECTION F BELOW.

F. UNREASONABLE AND BURDENSOME REQUESTS:

    1. UNREASONABLE AND BURDENSOME REQUESTS, (THOSE REQUIRING EXCESSIVE NUMBERS OF COPIES OR TIME CONSUMING HANDLING), WILL BE:

        a. DENIED IN PART, IF THERE IS A REASONABLE PORTION THAT CAN BE COMPLETED.

        b. DENIED IN WHOLE, IF THERE IS NO REASONABLE PORTION THAT CAN BE COMPLETED.

    2. WHETHER THE REQUEST IS DENIED IN PART OR IN WHOLE, THE LEGAL ASSISTANT WILL SEND A COMPLETED DENIAL FORM TO THE OFFENDER.

G. DEVIATIONS FROM ESTABLISHED POLICY AND PROCEDURE:

IT IS CRITICAL THAT THE LEGAL ACCESS PROGRAM MAINTAIN CONSISTENCY BETWEEN FACILITIES. THEREFORE, DEVIATIONS FROM THESE POLICIES SHALL NOT OCCUR WITHOUT PRIOR AUTHORIZATION FROM THE PROPER AUTHORITY. IN THE EVENT A LEGAL ASSISTANT IS NOT CLEAR AS TO WHAT THE POLICY OR PROCEDURE SHOULD BE, HE/SHE IS TO CONTACT HIS/HER TEAM LEADER.

II. LEGAL ACCESS PROGRAM SERVICES REQUEST FORMS

    A. **DC FORM 750-1A: REQUEST FOR LEGAL ASSISTANCE (WHITE)**

1. **GENERAL POPULATION** OFFENDERS ARE REQUIRED TO COMPLETE THIS FORM FOR ACCESS INTO THE FACILITY LAW LIBRARY.

   a. THE LEGAL ACCESS PROGRAM WILL SET LIMITS ON THE NUMBER OF OFFENDERS WHO WILL BE SCHEDULED FOR LAW LIBRARY ACCESS. THE LIMITS SHALL BE POSTED IN THE LAW LIBRARY.

   b. OFFENDERS ARE REQUIRED TO SUBMIT ONE REQUEST FORM FOR EACH LAW LIBRARY APPOINTMENT. WHEN THE APPOINTMENT HAS BEEN SCHEDULED, THE OFFENDER MAY SUBMIT HIS/HER NEXT REQUEST. IF THE LEGAL ASSISTANT RECEIVES MORE THAN ONE REQUEST FORM FROM AN OFFENDER PRIOR TO MAKING THE ROSTER, THE REQUESTS WILL BE STAPLED TOGETHER AND COUNTED AS ONE.

   c. INDIVIDUALS WORKING ON HABEAS CORPUS AND/OR STATUTE OF LIMITATIONS DEADLINES WILL BE GIVE PRIORITY FOR SCHEDULING PURPOSES.

   d. IT IS THE OFFENDERS RESPONSIBILITY TO REPORT TO THE LAW LIBRARY FOR SCHEDULED APPOINTMENTS. IF THE OFFENDER DOES NOT APPEAR FOR HIS APPOINTMENT, HE WILL BE COUNTED AS A NO-SHOW AND WILL BE REQUIRED TO RE-SUBMIT THE APPROPRIATE REQUEST FORM.

   e. WHEN THERE ARE UNFORESEEN CLOSURES OF THE LAW LIBRARY; OFFENDERS WHO HAVE ALREADY BEEN SCHEDULED WILL BE AUTOMATICALLY RESCHEDULED FOR THE NEXT AVAILABLE DATE. IT IS NOT NECESSARY TO SUBMIT ANOTHER REQUEST FORM.

2. OFFENDERS NOT ALLOWED PHYSICAL ACCESS TO THE LAW LIBRARY ARE REQUIRED TO USE THIS FORM IF THEY NEED TO SPEAK WITH THE FACILITY LEGAL ASSISTANT OR HAVE SPECIFIC LEGAL QUESTIONS.

   THE FACILITY LEGAL ASSISTANT MAY ASSIST OFFENDERS BY PERSONALLY GOING TO THE OFFENDERS' CELLS TO DETERMINE THEIR LEGAL NEEDS. IF APPROPRIATE, ANSWERS MAY BE PROVIDED THROUGH WRITTEN CORRESPONDENCE.

B. **DC FORM 750-1B:** REQUEST FOR PHOTOCOPIES (GREEN)

1. OFFENDERS ARE REQUIRED TO COMPLETE THIS FORM IF THEY ARE SUBMITTING LEGAL DOCUMENTS TO BE PHOTOCOPIED. THE OFFENDER IS REQUIRED TO ATTACH A COMPLETED MISCELLANEOUS WITHDRAWAL TICKET

2. IF THE OFFENDER REQUIRES ENVELOPES AND IS NOT ALLOWED PHYSICAL ACCESS TO THE LAW LIBRARY HE/SHE IS REQUIRED TO COMPLETE AND ATTACH A YELLOW SUPPLY REQUEST FORM WHEN SUBMITTING THE GREEN PHOTOCOPY FORM.

3. THE LEGAL ACCESS PROGRAM PROCESSES ALL PHOTOCOPY REQUESTS IN A PROMPT AND TIMELY MANNER; HOWEVER, PRECISE DELIVERY TIMES CANNOT BE GUARANTEED. REQUESTS WILL BE PROCESSED AND COMPLETED IN A REASONABLE TIME PERIOD.

C. **AR FORM 750-1C:** REQUEST FOR LOAN OF LEGAL MATERIALS (PINK)

1. OFFENDERS WHO DO NOT HAVE PHYSICAL ACCESS TO THE FACILITY LAW LIBRARY ARE REQUIRED TO COMPLETE THIS FORM IF THEY ARE REQUESTING A LOAN OF LEGAL RESEARCH MATERIAL. THE LEGAL ACCESS PROGRAM WILL PROVIDE THOSE OFFENDERS WITH PHOTOCOPIES OF THE MATERIAL ON A LOAN AND RETURN BASIS.

2. OFFENDERS MAY SUBMIT ONE REQUEST FORM PER WEEK AND REQUEST A MAXIMUM OF TEN ITEMS PER REQUEST. LOAN MATERIAL MAY BE RETAINED FOR 14 DAYS; HOWEVER, NO NEW LOANS WILL BE MADE UNTIL ALL MATERIAL HAS BEEN RETURNED TO THE LEGAL ACCESS PROGRAM.

3. LOAN OF LEGAL MATERIAL IS GOVERNED BY THIS AR. RESEARCH MATERIALS REMAIN THE PROPERTY OF THE LEGAL ACCESS PROGRAM. FAILURE TO RETURN SUCH MATERIAL WITHIN THE SPECIFIED TIME MAY RESULT IN THE OFFENDER BEING CHARGED FOR THE MATERIALS AT THE COST OF TWENTY-FIVE CENTS (25¢) PER PAGE. CONTINUED FAILURE TO RETURN SUCH MATERIALS MAY ALSO RESULT IN TEMPORARY SUSPENSION OF RESEARCH MATERIAL LOAN PRIVILEGES. THE OFFENDER IS RESPONSIBLE FOR RETURNING THE MATERIAL AND IT IS CONSIDERED TO BE IN THE POSSESSION OF THE OFFENDER UNTIL IT IS RETURNED TO THE LEGAL ASSISTANT.

4. ONLY LEGAL MATERIAL MAINTAINED BY THE LEGAL ACCESS PROGRAM WILL BE LOANED TO OFFENDERS.

5. OFFENDERS WHO ARE CHALLENGING OUT OF STATE CONVICTIONS WHICH HAVE BEEN USED TO ENHANCE THEIR CURRENT COLORADO SENTENCE <u>MAY</u> RECEIVE LOANS OF OTHER STATE LEGAL MATERIALS UPON APPROVAL.

6. OFFENDERS WHO HAVE BEEN CONVICTED IN COLORADO BUT ARE HOUSED IN AN OUT OF STATE FACILITY MAY RECEIVE LEGAL RESEARCH MATERIALS ON A LOAN BASIS UPON APPROVAL.

7. OFFENDERS ARE NOT ALLOWED TO PURCHASE COPIES OF LEGAL RESOURCE MATERIALS AVAILABLE THROUGH THE LEGAL ACCESS PROGRAM REGARDLESS OF THE ABILITY TO PAY

D. **AR FORM 750-1D:** REQUEST FOR LOAN OF ADMINISTRATIVE REGULATIONS (Goldenrod)

1. OFFENDERS MAY SUBMIT ONE REQUEST FORM PER WEEK AND REQUEST A MAXIMUM OF THREE (3) ITEMS PER REQUEST. ADMINISTRATIVE REGULATIONS MAY BE RETAINED FOR FOURTEEN (14) DAYS, HOWEVER NO NEW LOANS OF ADMINISTRATIVE REGULATIONS WILL BE MADE UNTIL ALL MATERIAL HAS BEEN RETURNED TO THE LEGAL ACCESS PROGRAM.

2. OFFENDERS MAY REQUEST BOTH LEGAL RESEARCH MATERIAL AND ADMINISTRATIVE REGULATIONS AT THE SAME TIME.

3. POLICY COVERNING THE LOAN OF ADMINISTRATIVE REGULATIONS IS THE SAME AS THE POLICY REGARDING THE LOAN OF LEGAL MATERIAL IN ALL OTHER RESPECTS.

E. **DC FORM 750-1F:** SUPPLY REQUEST (YELLOW)

1. OFFENDERS ARE REQUIRED TO COMPLETE THIS FORM IF THEY DO NOT HAVE PHYSICAL ACCESS TO THE LAW LIBRARY AND ARE REQUESTING SUPPLIES TO PREPARE PRO-SE PLEADINGS. USE OF THIS FORM FOR GENERAL POPULATION OFFENDERS IS AT THE DISCRETION OF THE FACILITY LEGAL ASSISTANT.

2. OFFENDERS ARE NOT ENTITLED TO A MAXIMUM ALLOTMENT OF SUPPLIES EACH MONTH. THEY WILL RECEIVE SUPPLIES ONLY WHEN NECESSARY, UP TO A MAXIMUM AMOUNT. THE MAXIMUM MONTHLY SUPPLY AMOUNTS SHALL BE POSTED IN EACH LAW LIBRARY AND SHALL BE AVAILABLE UPON REQUEST FROM THE FACILITY LEGAL ASSISTANT FOR OFFENDERS HOUSED IN SEGREGATION. LEGAL ACCESS PROGRAM STAFF MAY PROVIDE OFFENDERS WITH THE FOLLOWING CLERICAL SUPPLIES IN REASONABLE AMOUNTS.

    a. PENS OR PENCILS MAY BE LOANED TO GENERAL POPULATION OFFENDERS FOR USE IN THE LAW LIBRARY OR IN SEGREGATION PURSUANT TO FACILITY POLICY

    b. SCOTCH TAPE (GENERAL POPULATION ONLY) FOR USE DURING SCHEDULED ACCESS.

    c. STAPLES/STAPLER (GENERAL POPULATION ONLY) FOR USE DURING SCHEDULED ACCESS.

    d. WHITE PAPER (OFFENDERS IN GENERAL POPULATION WILL BE GIVEN PAPER FOR USE DURING LAW LIBRARY ACCESS ONLY)

    e. MANILA ENVELOPES

    f. OFFENDER WHITE ENVELOPES

3. DISTRIBUTION OF SUPPLIES IS AT THE DISCRETION OF PROGRAM STAFF. THE LEGAL ASSISTANT MAY ASK THE REQUESTING OFFENDER QUESTIONS TO DETERMINE WHETHER THE REQUEST IS REASONABLE AND NECESSARY. OFFENDERS MAY BE ASKED TO PRODUCE THE PLEADINGS WHICH ARE BEING FILED WITH THE COURT AND OPPOSING PARTY(IES), PLACE THE MATERIAL IN THE ENVELOPE AND ADDRESS IT IN THE PRESENCE OF PROGRAM STAFF.

4. MANILA AND WHITE ENVELOPES ARE TO BE USED FOR THE **SOLE PURPOSE** OF FILING LEGAL PLEADINGS WITH THE COURT, TO SERVE OPPOSING PARTIES AND TO CONDUCT ATTORNEY OF RECORD-CLIENT CORRESPONDENCE. ENVELOPES ARE NOT TO BE USED FOR PERSONAL OR BUSINESS CORRESPONDENCE.

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-1A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Legal Services | Legal Access | 750-01 | 11/15/05 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____   (DATE) _____
             Administrative Head

Attachment "H"
Page 1 of 1