| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 300-38 | 1 OF 9 |
| | CHAPTER: Facility Security | |
| COLORADO DEPARTMENT OF CORRECTIONS | SUBJECT: Offender Mail | |
| RELATED STANDARDS: ACA Standards 2-CO-5D-01, 4-4047, 4-4266, 4-4275, 4-4429-1, 4-4487 through 4-4489, and 4-4491 through 4-4496 | EFFECTIVE DATE: June 15, 2006 | |
| | SUPERSESSION: 02/15/06 | |
| OPR: CCF/CSP    REVIEW MONTH: June | Joe Ortiz, Executive Director | |

I. POLICY

*It is the policy of the Department of Corrections (DOC) to allow offenders under its jurisdiction to correspond with family, friends, courts, legal counsel, and other public/private entities, as appropriate. [2-CO-5D-01] [4-4275]*

II. PURPOSE

The purpose of this administrative regulation is to **establish guidelines and procedures regarding offender mail. [4-4487]**

III. DEFINITIONS

A. **ADA Inmate Coordinator (AIC):** *That person described in the Montez remedial plan located in the Office of Correctional Legal Services, DOC Central Office. [4-4429-1]*

B. Approved Source of Supply: Publisher, retail/wholesale dealer of mail order products for books, magazines, hobby craft, and medical items, or as otherwise determined by the administrative head.

C. Censored: The removal of any part of incoming or outgoing mail.

D. Court Filing Stamp: A pre-formatted self-inking stamp. Only mail addressed to the court is required to be stamped. See Attachment "B."

E. Electronic Fund Transfer (EFT): A method of transmitting payments electronically to offenders through approved providers (JPAY and Western Union). Funds transmitted by EFT are automatically credited to the offender's account on a daily basis.

Attachment 7

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

F. <u>Immediate Family Member - Offender</u>: Grandparents, parents, step-parents, adoptive parents, legal guardian, brother, step or half-brother, sister, step or half-sister, spouse, son, daughter, step/foster/adopted children, and grandchildren.

G. <u>Mail</u>: For purposes of this administrative regulation, the term "mail" includes, but is not limited to: offender e-messaging, reading material, items delivered by the U.S. Postal Service; inter-facility mail; and any private carrier servicing the Department of Corrections.

H. <u>Offender E-Messaging</u>: A method of transmitting non-restricted inspection mail electronically through approved provider(s) (J-Pay).

I. <u>Public Official</u>: An elected or appointed person of any local, state, or federal entity.

J. <u>Reading Material</u>: Any publication, book, pamphlet, correspondence, picture, photograph, personal writing, or other similar document or material.

K. <u>Restricted Inspection Mail</u>: **Mail that has restricted inspection procedures, e.g., staff open and inspect privileged mail in the presence of the offender; scan, but not read for content to ensure it is actually privileged, confidential, or legal in nature and directly pertains to the offender addressee. Offenders are permitted to send and receive letters, which are considered privileged to a specified class of persons and organizations (in their official capacity only) including, but not limited to the following: courts** (to include mail from Lexis-Nexis), **counsel, officials of the confining authority, state and local chief executive officers; administrators of grievance systems, and members of the paroling authority [4-4492]** and/or legitimate health care providers (physicians, hospitals, clinics, or AIC). For the purpose of definition, the following shall apply:

    1. Official of the confining authority: DOC executive director.

    2. State chief executive officer: governor of Colorado.

    3. Local chief executive officer: county sheriffs.

    4. Administrator of grievance system: grievance officer.

    5. Paroling authority: chairman of the Parole Board.

    6. AIC: ADA Inmate Coordinator.

    7. Counsel: Attorney-Client mail between an offender and his/her attorney of record.

L. <u>Staff ID Number</u>: The number on the back of each employee photo ID badge.

M. <u>Victim</u>: As defined in CRS 24-4.1-302 (5), "any natural person against whom any crime has been perpetrated or attempted, UNLESS THE PERSON IS ACCOUNTABLE FOR THE CRIME OR A CRIME ARISING FROM THE SAME CONDUCT, CRIMINAL EPISODE, OR PLAN as crime is defined under the laws of this state or of the United States, OR, IF SUCH PERSON IS DECEASED

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

OR INCAPACITATED, THE PERSON'S SPOUSE, PARENT, CHILD, SIBLING, GRANDPARENT, SIGNIFICANT OTHER, OR OTHER LAWFUL REPRESENTATIVE."

IV. PROCEDURES

    A. General Guidelines

        1. Administrative heads shall permit offenders to send and receive mail unless it can be determined that such mail may present a threat to the safety and security of the public, staff, offenders, and agency/facility, pursuant to the review criteria established in AR 300-26, *Offender Reading Material*.

        2. **When the offender bears the mailing cost, there is no limit on the volume of letters the offender can send or receive or on the length, language, content, or source of mail or publications except when there is reasonable belief that limitation is necessary to protect public safety or institutional order and security. [4-4488]**

        3. Mail may be in a foreign language but shall not be in coded language or symbols.

        4. **The DOC shall ensure that offenders in segregation can write and receive letters on the same basis as offenders in the general population. [4-4266]**

        5. Offenders and their victims are prohibited from corresponding with one another unless written authorization is obtained from the administrative head of each facility at which the offender is incarcerated.

        6. **Excluding weekends, holidays, and/or emergency situations, incoming and outgoing mail is held for no more than 24 hours and packages are held for no more than 48 hours, [4-4495]** except in cases where the legitimate penological interests of safety and security dictate otherwise or as provided for in AR 300-26, *Offender Reading Material*.

        7. **Disposition of contraband items will be in accordance with administrative regulation 300-06, Searches and Contraband Control. [4-4494]**

    B. Incoming and Outgoing Mail

        1. *Mail Inspection [2-CO-5D-01]*

            a. **All incoming and outgoing restricted inspection mail (letters and packages) shall be opened by staff only in the presence of the offender addressee, unless waived in writing or under circumstances which may include contamination. This shall only be done for the purpose of inspecting the mail for contraband. [4-4492] [4-4494]**

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

    b.    Restricted inspection mail will be scanned, not read for content, to ensure it is actually privileged, confidential, or legal in nature and directly pertains to the offender addressee.

    c.    All mail from DOC clinical staff, the grievance officer, and the AIC containing confidential medical/mental health information, shall be marked "privileged and confidential" and may be sent via inter-department mail to the offender.

    d.    Incoming mail from a law firm, paralegal, legal organization (e.g., ACLU, PCs, LLCs), or attorney shall be clearly marked as "Legal," "Privileged," or "Confidential." Such mail from these sources shall include the:

        1)    Sending attorney's first and last name.

        2)    Sending attorney's registration number (except for attorneys who practice in states where a number is not issued).

        3)    Sending attorney's complete business address.

    e.    All incoming mail that does not meet the requirements set forth in IV.B.1.d.1), 2), 3) above shall be returned to the sender.

    f.    All incoming restricted inspection mail shall be logged.

2.    **All other mail shall be opened and inspected to intercept cash, checks, money orders, [4-4493] and contraband items. [4-4494]**

3.    Items sent to offenders must have the following information or they will be refused:

    a.    Offender name.

    b.    Offender number.

    c.    Facility.

    d.    Return address.

    e.    Or for offender e-messaging, JPay letter ID.

Mail commonly considered "junk mail," e.g., pamphlets, ads, leaflets, etc. not properly addressed pursuant to IV.B.3.a-e above will be automatically destroyed by DOC mailroom staff.

4.    <u>Checks, Money Orders, and Electronic Fund Transfers</u>

    a.    All state and federal income tax refunds will be processed in accordance with current directives from the DOC Inspector General's Office.

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

    b.    Effective November 1, 2005, deposits to an offender's account from an offender's family or friends must be made by electronic fund transfer (EFT). The Department will no longer accept paper money orders. This excludes veteran's benefits, social security survivor benefits, Indian tribal distribution checks, U.S. treasury checks, and vendor refund checks. Electronic fund transfers will be automatically credited to the offender's account at the end of each business day in which they were received. All other authorized checks for offenders shall be removed from incoming mail by the mail room staff and shall be credited to the offender's account by the Business Office, in accordance with administrative regulation 200-02, *Offender Debt Collection (Inmate Banking)*.

    c.    The offender shall be given notice when an authorized check or money order is removed from the incoming mail for credit to his/her account.

    d.    Authorized incoming checks will be logged. The envelope in which the authorized item was received will be stamped and initialed by mail room staff indicating the date received and the amount of the check. The envelope shall serve as the offender's receipt for the item. Offenders who receive funds by electronic fund transfer will be provided with a receipt through their facility.

5.    Receipt of Merchandise

    a.    All items of value ordered or received through the mail must be paid in full, purchased and shipped by an approved source of supply.

    b.    Items of value ordered through the mail will not be delivered to an offender until a receipt establishing proof of purchase and payment in full is received by mail room staff. Such documentation may be enclosed with the item received or shall be presented to mail room staff by the offender. The offender must maintain receipts to establish ownership pursuant to AR 850-06, *Offender Property*. If documentation establishing payment in full is not presented, the merchandise will be returned at the offender's expense.

    c.    Any item of value ordered or received must be in accordance with AR 850-06, *Offender Property*, and AR 800-01, *Religious Programs, Services, Clergy, Faith Group Representatives, and Practices*.

6.    Forwarding Mail

    a.    **The DOC shall provide for the forwarding of first-class letters and packages after an offender's transfer or release. [4-4496]** Offenders who are paroled or discharged shall provide a forwarding address to their last facility's mail room to ensure the forwarding of mail.

    b.    If the offender does not provide a forwarding address, letters and packages may be returned to the sender.

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

c. The following classes of mail will be forwarded:

   1) First class (including zone rated priority) mail.

   2) All other mail for which the sender or addressee has guaranteed to pay the forwarding postage.

   3) When an item not endorsed by return postage guarantee is determined to be of obvious value and cannot be forwarded, it will be held for 30 days and then processed in accordance with 300-06, *Searches and Contraband Control*.

d. Offender e-messaging letters will be returned to sender if the offender has been placed in community corrections, paroled, or discharged.

7. Rejection of Mail

   a. **Offenders shall be notified when incoming or outgoing mail is withheld in part or in full.** All censorable or rejected **reading material** shall be forwarded to the facility reading committee and disposed of pursuant to **AR 300-26, Offender Reading Material. [4-4491]** All mail rejected consistent with this administrative regulation may be returned to the sender at the expense of the offender or disposed of at the discretion of staff. The offender shall receive a written notification of the rejection utilizing the "Notice of Rejection/Disposition of Mail" (Attachment "C") within 10 days of receipt of the item by mailroom staff. When the offender is permitted to designate disposition of the item but fails to complete and return the form within 10 days, staff will dispose of the item. In all cases, staff will note the final disposition on Attachment "C."

   b. **Disposition of contraband items, to include censorable reading materials, will be in accordance with administrative regulation 300-06, Searches and Contraband Control. [4-4494]**

   c. Reading materials shall be referred to the facility reading committee for review in accordance with AR 300-26, *Offender Reading Material*, Section IV.B.2.a-e. When the materials are considered "criminal evidence," they will be processed pursuant to AR 1150-07, *Crime Scene Management and Criminal Evidence Handling*.

   d. Mail may be censored if it meets one or more of the following criteria:

      1) **Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility (see administrative regulation 300-06, Searches and Contraband Control for definition of "contraband"). [4-4494]**

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

    2) **Sends, receives, solicits, or contains money orders or any other items of value from other offenders, [4-4047]** relatives, or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.

    3) Creates a substantial danger to the emotional or mental health of an offender. The decision to reject the mail shall be made by a qualified mental health practitioner in conjunction with the administrative head, or designee.

    4) Contains cash or personal checks.

    5) There is a written request from a citizen that mail from an offender be discontinued. Such written requests shall be kept on file in the facility mail office.

    6) Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head of the facility at which the offender is incarcerated.

    7) Contains decorative stamps or stickers on the envelopes or contents.

    8) Contains postage stamps, stamped envelopes, blank stationary, or blank writing paper.

    9) Contains Polaroid or similar photos.

    10) Contains unknown substance(s).

8. Outgoing Mail

    a. Once an item has been sent outside of the DOC, re-entry will not be allowed unless the item was sent out of the facility for approved repair or written approval was given by the administrative head.

    b. All outgoing offender mail shall be enclosed and sealed in an envelope and stamped with the official DOC return address of the facility.

    c. **For the purpose of providing postage, legal mail is that addressed to a court, Office of the Attorney General, the offender's attorney of record, Office of the District Attorney, opposing parties, co-defendants, and co-plaintiffs only. Offenders will be charged for postage, even if it results in a negative balance on the offender's account. [4-4275]** Legal mail shall be sent at the DOC's expense to avoid delay; however, postage shall not exceed the current first class minimum rate.

| CHAPTER | SUBJECT | AR # | Page 8 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

    1) Offenders are not entitled to unlimited postage. Offenders whose accounts have arrearages, for postage charges only, of $300.00 or more may have postage privileges restricted.

    2) Postage restrictions are subject to facility review and discretion. Once an offender's account is $300.00 or more in arrears, for postage charges only, facilities may limit the offender's outgoing mail to a maximum of $2.00 per month.

d. Outgoing legal mail must be logged on the "Outgoing Restricted Inspection Mail Log" (Attachment "A").

    1) Administrative heads of the facility shall keep logs in a central location in accordance with AR 100-27, *Records Management*.

    2) Outgoing legal mail shall be stamped on the back of the envelope with the court filing stamp. The requested information shall be provided by the DOC staff person who completes the mail log.

e. Due to suspected and real anthrax mailings, offenders will give outgoing unsealed mail addressed to public officials and buildings to designated staff. In the presence of the offender, staff will inspect the contents for contraband, seal the envelope, stamp the court filing stamp over the seal on the back of the envelope, fill in the information required by the stamp and have the offender initial the envelope.

f. Money orders are not permitted to be sent to other offenders, or relatives or visitors of other offenders. Exceptions may be made for offenders with common immediate family members.

g. **Indigent offenders shall receive a specified postage allowance to maintain community ties [4-4489]** in accordance with administrative regulation 850-14, *Indigent Offenders*.

h. Mail addressed to the AIC and the step III grievance officer shall be sent interdepartmental mail.

i. **Non-privileged outgoing mail may be opened and inspected for contraband. Mail is read, censored, or rejected when based on legitimate facility interests of order and security. Offenders shall be notified when outgoing letters are withheld in part or in full. [4-4491]**

V. RESPONSIBILITY

    A. It is the responsibility of each administrative head, or designee, to ensure that staff comply with this administrative regulation.

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Facility Security | Offender Mail | 300-38 | EFFECTIVE 06/15/06 |

    B.    It shall be the responsibility of the chief of Clinical Services to ensure that appropriate staff are involved in the decision to reject offender mail, in accordance with Section IV.B.7.d.3), and coordinated with the administrative head, or designee.

    C.    The Centennial Correctional Facility/Colorado State Penitentiary warden shall ensure **this administrative regulation is reviewed annually and updated as necessary. [4-4487]**

VI. **AUTHORITY**

    A.    CRS 18-8-201. Aiding Escape.

    B.    CRS 18-8-204. Introducing contraband in the second degree.

    C.    CRS 18-8-204.1. Possession of contraband in the first degree.

    D.    U.S. Domestic Mail Manual.

    E.    CRS 24-4.1-302.5. Rights afforded to victims.

    F.    New Times Settlement Agreement dated 8-10-04.

VII. **HISTORY**

September 1, 2005
September 1, 2004
August 1, 2004
August 1, 2003
August 1, 2002
June 15, 2002
June 15, 2001
June 15, 2000
September 15, 1999

ATTACHMENTS:

    A.    AR Form 300-38A, Outgoing Restricted Inspection Mail Log

    B.    AR Form 300-38B, Court Filing Stamp

    C.    DC Form 300-38C, Notice of Rejection/Disposition of Mail

    D.    AR Form 100-1A, Administrative Regulation Implementation/Adjustments

AR Form 300-38A (02/15/06)

## OUTGOING RESTRICTED INSPECTION MAIL LOG

(Facility) _____   (Month / Year) _____

| Offender Signature | Offender Name (Print) | DOC # | Date Received | ADDRESSED TO/FROM: | STAFF NAME | STAFF ID BADGE # |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Attachment "A"
Page 1 of 1

AR Form 300-38B (02/15/06)

# COURT FILING STAMP

FACILITY _____   DATE REC'D _____

STAFF LAST NAME _____   ID # _____   INT _____

DOC# _____   OFFENDER LAST NAME _____   INT _____

Attachment "B"
Page 1 of 1

DC Form 300-38C (02/15/06)

## NOTICE OF REJECTION/DISPOSITION OF MAIL

FACILITY/UNIT: _____   DATE: _____
OFFENDER NAME & NO: _____
YOUR MAIL TO/FROM: _____
**has been rejected or declared contraband for the following reason(s):**