| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 850-03 | 1 OF 5 |
| COLORADO DEPARTMENT OF CORRECTIONS | CHAPTER: Offender Personnel | |
| | SUBJECT: Inmate Pay | |
| RELATED STANDARDS:  ACA Standards 4-4449 and 4-4461 | EFFECTIVE DATE: November 15, 2005 | |
| | SUPERSESSION: 10/15/05 | |
| OPR: OBO    REVIEW MONTH: August | Joe Ortiz, Executive Director | |

I. POLICY

It is the policy of the Department of Corrections (DOC) to provide an administrative process to achieve control and accountability in an equitable distribution of allocations for inmate pay.

II. PURPOSE

This administrative regulation establishes the requirement that each facility/unit design an annual inmate pay plan and outlines the procedures for controlled expenditure of inmate pay allocations, providing guidelines for determining inmate pay rates.

III. DEFINITIONS

   A. Cash-Funded Offender Work Assignments: Inmate work assignments funded from Correctional Industries or Canteen operations, rather than from a general fund allocation.

   B. Specialized Treatment Program: A specific treatment or behavior management program that includes specialized program plans to which offenders are expected to comply.

IV. PROCEDURES

   A. The annual inmate pay allocation will be disbursed to all facilities and support units, based on the number of inmates available for work.

   B. Cash Funded Offender Work Programs: Correctional Industries and the inmate Canteen operation will develop and implement a separate inmate pay plan, utilizing the standard inmate pay grades listed in IV.E.2. In addition, Correctional Industries/Canteen operations may develop inmate pay plans to include minimum wage or prevailing wage and production incentive bonuses as approved by the director of Correctional Industries and the executive director.

Attachment 9

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Personnel | Inmate Pay | 850-03 | EFFECTIVE 11/15/05 |

C. The administrative head, or designee, shall design and make readily available an annual pay plan for disbursement of the inmate pay allocation. The plan may utilize a computerized system for the generation of inmate pay funds to each inmate's account.

1. The payroll submission shall include offender name, DOC number, monthly earnings, and coded facility payroll total.

2. Inmate payroll will be submitted to the Inmate Bank on a scheduled, monthly basis no later than the fifth calendar day after the end of the pay period, in order to be posted to offender accounts by the seventh calendar day after the end of the pay period.

D. Inmate work assignments:

1. **The DOC requires all able-bodied offenders to work unless assigned to an approved education or training program. [4-4449]**

2. Every offender work assignment will have an individual position number. Offenders assigned to a position number will remain in that associated work assignment until unassigned or reassigned to another position number and work assignment.

3. Work assignment position numbers may be designated as half-time; however, no offender will be assigned to or receive pay for more than the equivalent of one full-time work assignment.

4. Every position will be assigned to a pay grade. The number of assignments in each pay grade will be left to the discretion of the facility/unit, based on the total inmate pay allocation. **The DOC shall require that offenders are compensated for work performed. [4-4461]** Every position will have an associated job title. As defined within the "Inmate Job Classification Manual," each facility is required to develop the job description.

5. An offender assigned to a position number will remain in that associated work assignment with its assigned pay grade until unassigned or reassigned to another position number and associated work assignment.

6. Offenders assigned to mental health/sex inmate/drug and alcohol or other facility mandated treatment program will be paid for the time spent attending such programs by the area/department to which they are assigned, will be paid at the assigned rate for their normal work assignment, and will not be docked for hours spent in such approved programs.

E. Inmate pay plan and grades:

1. Assigned offenders will be paid monthly at a designated daily rate for the actual number of days worked - not to exceed 23 days per month.

2. Offender work assignments will be placed into one of the following pay grades:

       a. Grade 1 $0.23 full day    $0.12 half day

       b. Grade 2 $0.60 full day    $0.30 half day

       c. Inmates assigned to and in compliance with specialized treatment programs will be paid at the Grade 2, one-half day rate ($0.30).

       d. Correctional Industries and Canteen may establish additional pay plans as referenced in IV.B.

3. Each offender work assignment will be determined by the "Inmate Job Classification Manual" during the formulation of the annual inmate pay plan.

4. No provision will be made for call-out pay.

5. Offenders who, by documentation, choose to refuse to participate in employment or self-improvement programs will be paid at Grade 1.

6. Lay in, medical unassignment, holiday, staff vacation, and Intensive Labor Program will be paid at Grade 1.

F. Inmate pay deductions may be initiated if an offender is absent from his work assignment for a half-day and/or day(s).

G. Hiring and dismissal:

   1. House Bill 90-1166, Correctional Education Program (CRS Title 17, Article 32, Correctional Education Program Act of 1990), mandates that prior to release offenders achieve functional literacy and/or a GED, and have a vocational trade. Where feasible the following is required:

       a. Offenders that do not have a GED or high school diploma are required to attend school. If school is full, they are placed on a waiting list and find work elsewhere. When an education opening occurs, they are taken off the work assignment and put into school. NOTE: If it is determined that an offender does not have the ability to obtain a GED, this requirement can be waived; however, every effort should be made to bring the inmate to a functional literacy level or 8.0 grade placement.

       b. Upon completion of 8.0 grade placement/GED, the offender is required to apply and enter a vocational program and complete the necessary training. Should the offender possess a vocational trade they may be assigned to other job assignments.

       c. Upon completion of the vocational program, the offender is eligible to apply for other work assignments.

   2. Offenders may be assigned, laid off, promoted, or transferred to a lower position at the discretion of the administrative head, or designee. Inmate pay rates may be frozen or grade rates changed in accordance with budgetary constraints.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Personnel | Inmate Pay | 850-03 | EFFECTIVE 11/15/05 |

    3.    Offenders may be terminated at the discretion of the administrative head, or designee.

    4.    Offenders who transfer to another facility or unit do not retain the right to any previous job assignment.

    5.    If an offender is dismissed from a job assignment due to a disciplinary conviction and that conviction is overturned on appeal:

        a.    The offender may be placed in a job assignment at the same pay grade as was previously held, if a job assignment is available and/or the offender meets the qualifications for the job assignment. If no job equivalent is available, the offender will be referred to the Job Classification Board for assignment.

        b.    The offender will receive up to a maximum of 45 days back pay.

H.    "Employment/Academic/Vocational Evaluation" (DC Form 850-03A, Attachment "A") will be completed at the end of each monthly work period by work supervisors. This form will be used to grade offender work performance and for computation of earned time.

I.    Quarterly reviews of the inmate pay plan will be conducted at the facility level to monitor expenditures versus allocations. Adjustments may be made at any time to move offender assignments as operational or fiscal necessity dictates.

V.    RESPONSIBILITY

    A.    The administrative head is responsible to remain within the facility allocation for inmate pay. If a facility overspends its inmate pay allocation, the following year's allocation may be reduced by that amount. Extenuating circumstances may allow for relief from this restriction.

    B.    Each facility or unit will be responsible to offer work assignments to as many able-bodied offenders as possible within its inmate pay allocation.

    C.    Each facility or unit will design and implement an inmate pay plan that does not exceed the annual allocation and monitor the disbursement of funds on a quarterly basis.

    D.    The director of Correctional Industries and canteen operations will notify the affected facility or unit of impending pay plan alternatives.

VI.    AUTHORITY

    A.    Long Appropriations Bill.

    B.    CRS 17-20-117. Labor of inmates.

    C.    CRS Title 17, Article 32 - Correctional Education Program Act of 1990.

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Personnel | Inmate Pay | 850-03 | EFFECTIVE 11/15/05 |

VII. <u>HISTORY</u>

    October 15, 2004
    July 1, 2004
    July 1, 2003
    October 15, 2002
    October 15, 2001
    October 15, 2000
    December 15, 1999
    November 1, 1998
    September 1, 1998

ATTACHMENTS:
- A. DC Form 850-03A, Employment/Academic/Vocational Evaluation
- B. AR Form 850-03B, Inmate Job Classification Manual
- C. AR Form 100-1A, Administrative Regulation Implementation/Adjustments

NOTE: Attached form is a computerized reproduction for informational purposes only. Actual forms may be obtained from the DOC Warehouse.

DC Form 850-03A (07/03)

# DEPARTMENT OF CORRECTIONS

## EMPLOYMENT/ACADEMIC/VOCATIONAL EVALUATION

FACILITY _____

| OFFENDER NAME | DOC NO. | EVALUATING PROGRAM: | EMPLOYMENT [ ] | ACADEMIC [ ] | VOCATIONAL [ ] | |
|---|---|---|---|---|---|---|
| OFFENDER PROGRAM ASSIGNMENT | HALF DAY [ ] FULL DAY [ ] | DATE ASSIGNED | | CURRENT PAY RATE | | |
| REPORT DATE FROM:  TO: 1. WORK HABITS: Consider: Promptness, dependability, absence, use of time. | 4 OUTSTANDING ( ) | 3 ABOVE AVERAGE ( ) | 2 SATISFACTORY ( ) | 1 NEEDS IMPROVEMENT ( ) | 0 UNSATIS- FACTORY ( ) | RATING |
| 2. RESPONSE TO SUPERVISION: Consider: Knowledge/skills and supervision needed. | ( ) | ( ) | ( ) | ( ) | ( ) | |
| 3. ATTITUDE: Consider: Work relationships with fellow workers and staff; willingness to cooperate, motivation, initiative. | ( ) | ( ) | ( ) | ( ) | ( ) | |
| 4. QUANTITY OF WORK: Consider: Does amount of work meet standards? | ( ) | ( ) | ( ) | ( ) | ( ) | |
| 5. QUALITY OF WORK: Consider: Does work meet standards for accuracy, thoroughness, neatness? | ( ) | ( ) | ( ) | ( ) | ( ) | |
| 6. CARE AND SAFETY: Consider: Correct use and care of equipment, tools and supplies; proper safety precautions followed. | ( ) | ( ) | ( ) | ( ) | ( ) | |

STATUS/DISPOSITION
_____ Continue Assignment
_____ Terminate(d) Assignment on

(day), _____ (month), _____ because of:
Successful Completion _____  Facility Transfer _____  Sentence Discharge _____
By Instructor/Supervisor _____  Parole _____  Inmate Request _____
Other, specify _____

TOTAL

AVERAGE RATING

ACADEMIC: (Complete if Applicable)
Current Grade Placement: _____
Received GED: ____ NO ____ YES
If yes, specify date: _____
Post Secondary Hours: ____ NO ____ YES
If yes, specify date: _____

VOCATIONAL: (Complete if Applicable)
No. Hours: _____ Date: _____ Completed: _____
Vocational Area: _____
Vocational Certificate Earned: _____
NO ____ YES ____
If yes, specify date: _____ Type: _____

REMARKS/COMMENTS:

S/ _____
Supervisor/Instructor            Date

DISTRIBUTION:  White  - Department File
               Yellow - Working File
               Pink   - Adult Parole, Community Corrections and YOS

Attachment "A"
Page 1 of 1

AR Form 850-03B (11/15/05)

# COLORADO DEPARTMENT OF CORRECTIONS

# INMATE JOB CLASSIFICATION MANUAL

**REVISED:**
July 1, 2003

**SUBMITTED BY:**
Inmate Wage Committee
-Juanita Novak, Chair



Attachment "B"
Page 1 of 6

# COLORADO DEPARTMENT OF CORRECTIONS
# INMATE JOB CLASSIFICATION MANUAL

## Revised: July 1, 2003

This manual will serve as a guide for all offender assignments and relates to administrative regulation, 850-03, *Inmate Pay*. It is the responsibility of all persons involved with offender assignments and inmate job supervision to be familiar with and comply with the contents of this manual. Any requests for change to this manual are to be submitted to the Inmate Wage Committee for review and approval.

> NOTE: Each facility warden is responsible to develop a facility Inmate Pay and Quota Plan based upon the facility ADA and inmate pay allocation.
> Inmate pay rates are established as:
>
> | | |
> |---|---|
> | Grade 1 | $0.23 |
> | Grade 2 | $0.60 |
>
> It is the responsibility of each warden to develop a "manual of inmate job descriptions" unique to that facility that parallels MPS titles and pay prescribed by this manual. Each work area is required to maintain their respective job descriptions, and have offenders read and sign them and retain on file.
>
> Unassigned offenders will be paid at Grade 1 ($0.23) per day. If facilities provide items to offenders, such as hygiene, offenders will not receive pay.
>
> (NOTE: This document is meant to be a guideline for inmate pay. However, to insure compliance with the inmate pay allocation, administrative heads have the authority to make necessary adjustments to stay within their budgets. It is recommended that job titles coincide with this manual. The goal of this document is to develop consistency throughout the Department of Corrections.)

CATEGORY:       ADMINISTRATIVE SUPPORT
Position:       (See Below)
Description:    Performs clerical duties such as typing, computer work, filing, record-keeping, scheduling, appointments, telephone answering, tool room organization, housekeeping work, warehouse stock clerk/storekeeper, and other duties as defined. The clinical assistants help wheelchair bound inmates function in a facility environment.

| Position | Grade | Pay |
|---|---|---|
| Clerk I | 2 | $0.60 |
| Clerk II | 2 | $0.60 |
| Clerk III | 2 | $0.60 |
| Clerk IV | 2 | $0.60 |
| Clinical Assistant I | 2 | $0.60 |
| Clinical Assistant II | 2 | $0.60 |
| Clinical Assistant III | 2 | $0.60 |

CATEGORY:       PROGRAMS
Position:       Education
Description:    Academic student, vocational student/apprentice.

| Position | Grade | Pay |
|---|---|---|
| Academic Student I | 2 | $0.60 |
| Vocational Student I | 2 | $0.60 |
| Vocational Apprentice | 2 | $0.60 |

Position:       Recreation
Description:    Cleaning gym and equipment, maintaining yard, handing out and collecting equipment, keeping score at games, umpiring, assisting recreation staff with other activities and functions.

| Position | Grade | Pay |
|---|---|---|
| Recreation Aide I | 2 | $0.60 |
| Recreation Aide II | 2 | $0.60 |
| Recreation Aide III | 2 | $0.60 |
| Recreation Aide IV | 2 | $0.60 |

CATEGORY: MAINTENANCE
Position: (See Below)
Description: Perform various functions of a skilled and semi-skilled nature in the below areas or as assigned.

| Position | Grade | Pay |
|---|---|---|
| Boiler Helper I | 2 | $0.60 |
| Boiler Helper II | 2 | $0.60 |
| Boiler Helper III | 2 | $0.60 |
| Carpenter Helper | 2 | $0.60 |
| Carpenter I | 2 | $0.60 |
| Carpenter II | 2 | $0.60 |
| Custodian I | 2 | $0.60 |
| Custodian II | 2 | $0.60 |
| Custodian III | 2 | $0.60 |
| Electrician Helper | 2 | $0.60 |
| Electrician I | 2 | $0.60 |
| Electrician II | 2 | $0.60 |
| Electronics Helper | 2 | $0.60 |
| Electronics I | 2 | $0.60 |
| Electronics II | 2 | $0.60 |
| Electronics III | 2 | $0.60 |
| Equipment Operator I | 2 | $0.60 |
| Equipment Operation II | 2 | $0.60 |
| Fish Hatchery I | 2 | $0.60 |
| Fish Hatchery II | 2 | $0.60 |
| Fish Hatchery III | 2 | $0.60 |
| Grounds Maintenance I | 2 | $0.60 |
| Grounds Maintenance II | 2 | $0.60 |
| Grounds Maintenance III | 2 | $0.60 |
| HVAC Helper | 2 | $0.60 |
| HVAC I | 2 | $0.60 |
| HVAC II | 2 | $0.60 |
| HVAC III | 2 | $0.60 |
| Mechanic Helper | 2 | $0.60 |
| Mechanic I | 2 | $0.60 |
| Mechanic II | 2 | $0.60 |
| Plumber Helper | 2 | $0.60 |
| Plumber I | 2 | $0.60 |
| Plumber II | 2 | $0.60 |
| Plumber III | 2 | $0.60 |
| Service Station I | 2 | $0.60 |
| Service Station II | 2 | $0.60 |
| Service Station III | 2 | $0.60 |

| Position | Grade | Pay |
|---|---|---|
| Small Engine Mechanic I | 2 | $0.60 |
| Small Engine Mechanic II | 2 | $0.60 |
| Trash Truck | 2 | $0.60 |
| Waste Water Plant | 2 | $0.60 |
| Welder Helper | 2 | $0.60 |
| Welder I | 2 | $0.60 |
| Welder II | 2 | $0.60 |

(Other Skilled labor not described above)

| Position | Grade | Pay |
|---|---|---|
| Laborer I | 2 | $0.60 |
| Laborer II | 2 | $0.60 |
| Laborer III | 2 | $0.60 |

CATEGORY:     FOOD SERVICES
Position:     (See Below)
Description:  Duties related to the daily operation of a facility kitchen/dining hall such as baking, cooking, (examples of Utility positions follow) dining hall work, dishwasher, pots and pans, sack lunch prep, vegetable prep cook, food tray prep, clean-up, etc.

| Position | Grade | Pay |
|---|---|---|
| Baker I | 2 | $0.60 |
| Baker II | 2 | $0.60 |
| Baker III | 2 | $0.60 |
| Baker IV | 2 | $0.60 |
| Cook I | 2 | $0.60 |
| Cook II | 2 | $0.60 |
| Cook III | 2 | $0.60 |
| Cook IV | 2 | $0.60 |
| Kitchen Utility I | 2 | $0.60 |
| Kitchen Utility II | 2 | $0.60 |
| Kitchen Utility III | 2 | $0.60 |
| Kitchen Utility IV | 2 | $0.60 |

CATEGORY:     PARA-PROFESSIONAL
Position:     Para-Professional
Description:  Assist professional people as a trained aide specific to the facility or department assigned. Examples of work are teacher's aide, library aide, para-legal, medical/dental aide, mental health aide, chaplain's aide, barbers, "Shape-Up Program," etc.

| Position | Grade | Pay |
|---|---|---|
| Para-Professional | 2 | $0.60 |
| Para-Professional I | 2 | $0.60 |
| Para-Professional II | 2 | $0.60 |

CATEGORY: LAUNDRY
Position: Laundry Worker
Description: Work in the laundry with any of, or combination of, the following: laundry equipment mechanic, dryer operator, flatwork/mangle operator, washer operator, cobbler, tailor, press operator, extractor tumbler operator, sorting room and clothing issue, and other assigned duties.

| Position | Grade | Pay |
|---|---|---|
| Laundry Worker I | 2 | $0.60 |
| Laundry Worker II | 2 | $0.60 |
| Laundry Worker III | 2 | $0.60 |

CATEGORY: WORK CREW PROGRAM
Position: (See Below)
Description: Work as a member of a crew doing various prison and community work projects as assigned.

| Position | Grade | Pay |
|---|---|---|
| Intensive Labor Program | 1 | $0.23 |
| Community Work Crew I | 2 | $0.60 |
| Community Work Crew II | 2 | $0.60 |
| Community Work Crew III | 2 | $0.60 |

Position: LDL
Description: These positions are created to insure offenders with specific restrictions are gainfully employed.

| Position | Grade | Pay |
|---|---|---|
| Light Duty Labor I | 2 | $0.60 |
| Light Duty Labor II | 2 | $0.60 |

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-1A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Personnel | Inmate Pay | 850-03 | 11/15/05 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN    [ ] NOT APPLICABLE    [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET
                                              LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____ (DATE) _____
         Administrative Head

Attachment "C"
Page 1 of 1