| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 850-14 | 1 OF 4 |
| COLORADO DEPARTMENT OF CORRECTIONS | CHAPTER: Offender Personnel | |
| | SUBJECT: Indigent Offenders | |
| RELATED STANDARDS: ACA Standards 4-4274, 4-4342, and 4-4489 | EFFECTIVE DATE: December 1, 2005 | |
| | SUPERSESSION: 12/01/04 | |
| OPR: DWCF    REVIEW MONTH: September | Joe Ortiz, Executive Director | |

I. POLICY

It is the policy of the Department of Corrections (DOC) to ensure that indigent offenders have **access to courts, [4-4274]** medical treatment, correspondence with family **and basic hygiene items. [4-4342]**

II. PURPOSE

The purpose of this administrative regulation is to establish guidelines for determining indigency status and providing indigency assistance.

III. DEFINITIONS

A. Available Account Balance: The balance of funds available to the offender for expenditures that are not being held as reserved or encumbered monies.

B. **Basic Hygiene Items**: Comb, **soap, toothbrush, toothpaste/tooth powder, toilet paper, feminine hygiene supplies, and if needed, denture cleaner and adhesives. Shaving equipment will be made available upon request** which may include a razor and shave soap/cream. **[4-4342]**

C. Employed Offender: An offender who receives pay for work assignment, program participation, or unassigned status.

IV. PROCEDURES

A. Application of Indigency: The offender must complete AR Form 850-14A, "Indigent Offender Application and Verification," (Attachment "A") and submit the form to his/her assigned case manager.

Attachment 10

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Personnel | Indigent Offenders | 850-14 | EFFECTIVE 12/01/05 |

B. Determination of Indigency

1. Offenders are indigent if they meet all of the following criteria:

    a. The offender has not received offender pay for the preceding 30 days.

    b. The offender is not currently employed.

    c. The offender's available account balance has not reached the amounts specified in section IV.C. of this administrative regulation.

    d. The offender is not in Community Corrections or on parole.

2. Upon determination of indigency, the case manager shall complete and ensure distribution of AR Form 850-14A, indicating eligibility for assistance.

3. Approved indigency status is valid for a 30 day period. If necessary, the offender will need to reapply for indigency status.

C. Indigency Assistance

1. If an offender's available account balance has not exceeded $4.60 at any time during the past 30 days, and all the above criteria are met, he/she is eligible for the following assistance:

    a. Hygiene Items: Basic hygiene items shall be issued to the indigent offender in sufficient quantities to provide necessary hygiene.

    b. Personal Mail: **To maintain community ties**, an indigent offender may be allowed to mail one personal letter per week with **postage paid by the facility or office**, contingent upon funding. **Postage assistance** shall be limited to a total not exceeding $2.00 per month. *[4-4489]*

2. If an offender's available account balance has not exceeded $9.10 at any time during the past 30 days, and all the above criteria are met, he/she is eligible for the following assistance:

    a. Legal Mail: Mail addressed to the courts, district attorney, attorney general, or offender's attorney of record shall be clearly identified by the offender as legal mail. Offenders will be charged for legal mail, even if it results in a negative balance on the offender's account. Legal mail shall be sent at the DOC's expense to avoid delay; however, postage shall not exceed the current first class minimum rate.

        1) Offenders are not entitled to unlimited postage. Postage restrictions are subject to facility review and discretion.

        2) Once an offender's account is $300.00 or more in arrears, for postage charges only, postage privileges may be restricted. Facilities may limit the offender's outgoing legal mail to a maximum of $2.00 per month.

...
...
...

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Personnel | Indigent Offenders | 850-14 | EFFECTIVE 12/01/05 |

        b.    Legal Photocopies: An indigent offender will be supplied with the proper number of legal photocopies, as defined by "Legal Access Program Guidelines," (see AR 750-01, *Legal Access,* Attachment "G") to file an action in the area of habeas corpus, conditions of confinement, or post-conviction with the courts. The indigent offender will be charged for the copies even if it results in a negative balance on the offender's account.

            1)    Offenders are not entitled to unlimited photocopies. Offenders whose accounts have arrearages, for photocopy charges only, of $300.00 or more may have photocopy privileges restricted.

            2)    All restrictions regarding photocopies are subject to review by Legal Access Program staff before implementation.

    3.    Health Care: All offenders will have access to necessary health care, regardless of indigency status or ability to participate in a co-pay program.

  D.    Upon determination by the living unit supervisor, hygiene items may be issued regardless of indigency status.

## V. RESPONSIBILITY

The administrative head shall ensure that the provisions of this administrative regulation are communicated to all staff and offenders.

## VI. AUTHORITY

  A.    CRS 17-1-103. Duties of the executive director.

  B.    CRS 17-1-113. Medical visits - charge to inmates - legislative declaration.

## VII. HISTORY

October 1, 2004  
July 1, 2004  
July 1, 2003  
November 1, 2002  
November 1, 2001  
November 1, 2000  
November 1, 1999  
November 1, 1998

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Personnel | Indigent Offenders | 850-14 | EFFECTIVE 12/01/05 |

ATTACHMENTS:  A.  AR Form 850-14A, Indigent Offender Application and Verification

B.  AR Form 100-1A, Administrative Regulation Implementation/Adjustments

AR FORM 850-14A (12/01/05)

**COLORADO DEPARTMENT OF CORRECTIONS**

**INDIGENT OFFENDER APPLICATION AND VERIFICATION**

TO BE COMPLETED BY THE OFFENDER

| COMMITMENT NAME (Last, First, MI) | DOC NUMBER | FACILITY | DATE |
|---|---|---|---|
| | | | |

| I request a review of my Indigency Status for the purpose of: (Place a check mark by the appropriate item/s.) | |
|---|---|
| HYGIENE ITEMS | |
| PERSONAL MAIL | |
| LEGAL MAIL | |
| OFFENDER SIGNATURE | DATE |

TO BE COMPLETED BY THE CASE MANAGER

| AVAILABLE ACCOUNT BALANCE FOR PAST 30 DAYS | |
|---|---|
| Does offender receive any offender pay?  _____ YES  _____ NO  Is offender currently assigned?  _____ YES  _____ NO | INDIGENCY STATUS DENIED REASON: |

| The offender is eligible for the following assistance: (Place a check mark by the appropriate item/s) | |
|---|---|
| HYGIENE ITEMS (Account Balance < $4.61) | |
| PERSONAL MAIL (Account Balance < $4.61) | |
| LEGAL MAIL (Account Balance < $9.11) | |
| INDIGENCY STATUS EXPIRES ON | |
| CASE MANAGER SIGNATURE | DATE |

Distribution:  White - Living Unit
　　　　　　　Yellow - Working File
　　　　　　　Pink - Offender

Attachment "A"
Page 1 of 1

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR FORM 100-1A (11/15/05)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Personnel | Indigent Offenders | 850-14 | 12/01/05 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING ADJUSTMENTS TO MEET
                                          LOCALIZED OPERATIONS/CONDITIONS

(SIGNED) _____ (DATE) _____
              Administrative Head

Attachment "B"
Page 1 of 1