IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-384
Category II
Claimant: Richard Butler, #64018
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

**ORDER OF SPECIAL MASTER**
_____

      THIS MATTER came before the Special Master for hearing on August 31, 2006 at the Sterling Correctional Facility, Sterling, Colorado. Present was Scott Wilkonson, attorney for Defendants.

      This matter was set for hearing as a joint motion to dismiss had been filed. There was no indication why Claimant wished to dismiss his claim. The hearing was set to determine if Claimant had been forced or coerced in any way to withdraw his claim.

      Claimant refused to appear for the hearing. He was in segregation at SCF and was to be transferred to the CSP. The Special Master will not force anyone to appear for a hearing. Claimant's rights have been protected and his request to dismiss his claim will be granted.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 11, 2006.**

      SIGNED this 5th day of September, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master