IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-230
Category III
Claimant: Manual DePineda, #59436
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

**ORDER OF SPECIAL MASTER**
___

    THIS MATTER came before the Special Master for hearing on August 31, 2006 at the Sterling Correctional Facility, Sterling, Colorado. Present were the following: Claimant Manual DePineda and Scott Wilkonson, attorney for Defendants.

    Claimant requested permission to withdraw his claim. He indicated that he was more interested in receiving post-conviction relief and did not want to pursue his claim under the ADA and Rehabilitation Act. The Special Master determined that Claimant's decision to withdraw his claim was voluntary and not the result of any coercion by DOC staff or anyone else. Claimant was advised that his claim would be dismissed with prejudice and that this matter would be at an end. He indicated that he understood the rights that he was giving up but wished to do to. The request was appropriately and voluntarily made. The claim will be dismissed with prejudice.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 11, 2006.**

    SIGNED this 5th day of September, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master