IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-147
Category III
Claimant: Jimmy Ross Bulgier, TDCJ #902732[1]
Address of Claimant: 265 FM3478/Estelle Unit, Huntsville, TX 77320-3322

---

## ORDER FOR EXTENSION OF TIME IN WHICH TO FILE AN APPEAL OF THE FINAL ORDER OF SPECIAL MASTER

THIS MATTER came before the Special Master upon numerous requests and letters filed with the Special Master on June 15, 2006. To the extent that the Special Master has jurisdiction, the requests will be answered.

Claimant, at the close of his hearing, requested a copy of the transcript of the hearing. Claimant was informed that the hearings are not transcribed and that the hearings are recorded on CD-ROM discs. Pursuant to Claimant's request, a copy of the CD-ROMs was made for Claimant. The Special Master has attempted to have the discs sent to Claimant.

As a result of not receiving the discs and, what appears to be an ongoing mail problem for Claimant, the Special Master has determined that a continuance of the time in which to file an appeal of the Special Master's Final Order is appropriate. Claimant's Request for additional time is granted through and including **September 16, 2006**. A copy of this Order will be provided to the United States District Court.

---

[1] Claimant's Colorado Department of Corrections number is CDOC #69812. To ensure that Claimant receives his mail, the Special Masters have used his Texas Department of Criminal Justice (TDCJ) number on all orders and correspondences.

1

With the new information provided to the Special Master, the Special Master will have his legal assistant contact Mr. Thomas Goodson to arrange for the CD-ROMs to be sent to Claimant and in the care of Mr. Goodson, if not already done.

All other issues raised by Claimant are beyond the jurisdiction of the Special Master.

IT IS HEREBY ORDERED that, based upon the foregoing, Claimant's time to file an appeal to the Final Order of Special Master is hereby extended through and including **September 16, 2006** and a copy of this Order will be furnished to the United States District Court.

SIGNED this 10th day of July, 2006

BY THE COURT:

/s/ Richard C. Davidson

Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER FOR EXTENSION OF TIME IN WHICH TO FILE AN APPEAL OF THE FINAL ORDER OF SPECIAL MASTER this 10th day of July, 2006 to the following:

Mr. Jimmy Ross Bulgier, TDCJ #902732
265 FM3478/Estelle Unit
Huntsville, TX 77320-3322

Ms. Brooke Meyer
Ms. Jennifer Berman
Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter

_____

Susan L. Carter