IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-147
Category III
Claimant: Jimmy Ross Bulgier, TDCJ #902732[1]
Address of Claimant: 264 FM3478/Estelle Unit, Huntsville, TX 77320-3322

---

## REVISED ORDER FOR EXTENSION OF TIME IN WHICH TO FILE AN APPEAL OF THE FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER came before the Special Master upon his own motion. On July 10, 2006, the Special Master entered an order granting Claimant's motion for additional time to file an appeal with the United States District Court. The reason for the continuance was that Claimant had made a request for a copy of the compact discs of the hearing. After entering the order, the Special Master has had his assistant contact the Estelle Unit in Texas where Claimant is housed. To date, the Special Master's assistant has been unable to get the discs to Claimant due to many protocol issues in the Texas facility. While working with the Texas facility, the Special Master's assistant discovered in the file that the July 10, 2006 order granting an extension of time to file an appeal was inadvertently not mailed to Claimant. Noting that the Claimant has not yet received that order and that the discs have yet to make their way to the Claimant at the facility, the Special Master has determined that the time for either Claimant or Defendants to file an appeal with the United States District Court shall be extended through and including **October 16, 2006.** A copy of the previous Order for Extension of Time which To File an Appeal of the Final Order of Special Master will be attached with this order. A copy of this order will additionally be filed with the United States District Court.

---

[1] Claimant's Colorado Department of Corrections number is CDOC #69812. To ensure that Claimant receives his mail, the Special Masters have used his Texas Department of Criminal Justice (TDCJ) number on all orders and correspondences.

1

IT IS HEREBY ORDERED that, based upon the foregoing, Claimant's time to file an appeal to the Final Order of Special Master is hereby extended through and including **October 16, 2006** and a copy of this Order will be furnished to the United States District Court.

SIGNED this 23rd day of August, 2006

BY THE COURT:

/s/ Richard C. Davidson
_____
Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing REVISED ORDER FOR EXTENSION OF TIME IN WHICH TO FILE AN APPEAL OF THE FINAL ORDER OF SPECIAL MASTER this 23rd day of August, 2006 to the following:

Mr. Jimmy Ross Bulgier, TDCJ #902732
265 FM3478/Estelle Unit
Huntsville, TX 77320-3322

Ms. Brooke Meyer
Ms. Jennifer Berman
Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter
Susan L. Carter