IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-147
Category III
Claimant: Jimmy Ross Bulgier, TDCJ #902732[1]
Address of Claimant: 264 FM3478/Estelle Unit, Huntsville, TX 77320-3322

---

### ORDER RE: REQUEST FOR CD-ROM TRANSCRIPT
---

THIS MATTER came before the Special Master upon Claimant's Motion signed August 18, 2006 and received by the Special Master on September 1, 2006. In the Motion, Claimant has requested that the Special Master send copies of the CD-ROM of the hearing to a Jean Willis.

On August 23, 2006, the Special Master issued an Order and a letter to Warden Morgan. The letter was sent to Warden Morgan along with the CD-ROMs by certified mail, return receipt requested. The Special Master has received the signed return receipt indicating that the Warden's office has received the CD-ROMs.

As stated previously, the Special Master no longer has jurisdiction over the claim. The file has been sent to the United States District Court. Claimant should work with Warden Morgan to get his copies of the CD-ROMs to Jean Willis.

Based upon the foregoing, Claimant's Request for CD-ROM transcript is DENIED as being moot and beyond the jurisdiction of the Special Master.

---

[1] Claimant's Colorado Department of Corrections number is CDOC #69812. To ensure that Claimant receives his mail, the Special Masters have used his Texas Department of Criminal Justice (TDCJ) number on all orders and correspondences.

1

2

IT IS SO ORDERED.

SIGNED this 5th day of September, 2006

                                        BY THE COURT:

                                      /s/ Richard C. Davidson

                                      _____
                                      Richard C. Davidson,
                                      Special Master

**CERTIFICATE OF MAILING**

      I hereby certify that I have mailed a copy of the foregoing ORDER RE: REQUEST FOR CD-ROM TRANSCRIPT this 6th day of September, 2006 to the following:

Mr. Jimmy Ross Bulgier, TDCJ #902732
265 FM3478/Estelle Unit
Huntsville, TX 77320-3322

Ms. Brooke Meyer
Ms. Jennifer Berman
Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                                  /s/ Susan L. Carter

                                                  Susan L. Carter