IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 01-071
Category I
Claimant: Gregory A. Hull, #62713
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF SPECIAL MASTER DISMISSING CLAIM

      THIS MATTER comes before the Special Master on the claim of Gregory Hull. The claim filed in this case alleges the category of mobility. Claimant has described in detail an assault that occurred on February 6, 1998 while he was in the custody of the Colorado Department of Corrections (DOC). He was the victim of the assault and has described his injuries. Claimant believes DOC was responsible, because a decision had been made to allow the other inmate into general population.

      A show cause order was sent to Claimant on June 10, 2004. Claimant responded by filing the supplemental form for mobility. Claimant states that "I suffer from vertigo and hearing loss..." This was the direct result of the assault. Claimant states that he cannot rely on his own senses to figure things out.

      The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement. The settlement was approved under the Americans with Disabilities Act (ADA). *42 U.S.C. §12132.* There is no category for vertigo.

The settlement agreement provides that mobility disability includes those individuals in wheelchairs and those with lower extremity problems. Claimant does not have such conditions. Claimant may be able to pursue separate litigation, but his claim does not fall under the settlement agreement approved by Judge Nottingham.

IT IS HEREBY ORDERED that the claim of Claimant Gregory Allan Hull is dismissed; and

IT IS FURTHER ORDERED that Claimant Gregory Allen Hull is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 17, 2004.**

SIGNED this 3 day of August, 2004.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2 day of August, 2004 to the following:

Mr. Gregory A. Hull
#62713
SCF, Unit 32-B-7
P.O. Box 6000
Sterling, CO 80751-6000

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203