IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 01-046
Category I
Claimant: Keith D. Courville, #51546
Address of Claimant: LCF, 49030 St. Highway 71, Limon, CO 80826

---

### ORDER OF SPECIAL MASTER DISMISSING CLAIM

      THIS MATTER comes before the Special Master on the claim of Keith D. Courville. Claimant has indicated that he is dyslexic. He has listed hearing and vision impairments. He provided no information in his claim form that would indicate that his claim might be pursued under the Americans with Disabilities Act. A show cause order was sent to Claimant on May 25, 2004. Claimant responded to the order by completing the supplemental form for vision impairments.

      In the supplemental form, Claimant details his struggles with dyslexia. He has described occasions when he has been humiliated by correctional staff because of difficulties that he has in reading. He has asked for tape recorders in order to listen to books, but has been denied a tape recorder. Claimant does not allege that his eyes are not functioning, but that his dyslexia does not allow proper processing of what he sees.

      The Special Masters in this case are granted the power to adjudicate claims that are recognized by the settlement agreement that was approved by Judge Edward Nottingham. The settlement agreement allows claims to be filed as it relates to the following disabilities: (1) mobility disabilities; (2) vision disabilities; (3) hearing disabilities; or (4) disabilities related to diabetes. No other disabilities are recognized by the settlement agreement.

      The settlement agreement provides that vision impairment is defined as "[i]nmates who are

permanently blind or who have a vision impairment not correctable to central vision acuity of 20/200 or better, even with corrective lenses." As described, Claimant's condition does not fall under the settlement agreement approved by the Court. Claimant may have a cause of action that is separate and apart from this case. Claimant may be able to proceed with separate litigation, but the claim is not cognizable under the settlement agreement.

IT IS HEREBY ORDERED that the claim of Claimant Keith D. Courville is dismissed, as it fails to state a claim under the ADA and is not cognizable under the settlement agreement approved by Judge Nottingham; and

IT IS FURTHER ORDERED that Claimant Keith D. Courville is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 17, 2004.**

SIGNED this ___ day of August, 2004.

BY THE COURT:

Richard M. Borchers
Special Master

Claim 01-046

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of August, 2004 to the following:

Mr. Keith D. Courville
#51546
LCF
49030 State Highway 71
Limon, CO 80826

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Assistant Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203