# EXHIBIT E

# ACCOMMODATION RESOLUTION



| NAME | DOLE, LUIS | DOC # | 109864 |
|---|---|---|---|

| Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a physician & Chief Medical Officer | NONE |
|---|---|

**NO ACCOMMODATIONS NECESSARY AT THIS TIME**

A DOC physician and Chief Medical Officer have determined that you have **diabetes** which is considered a covered disability pursuant to the Montez Remedial Plan. However, **diabetes** alone does not render you disabled pursuant to the Americans With Disability/Rehabilitation Acts as your present condition does not substantially limit your ability to perform a major life activity. At this time, you have no need of accommodations associated with your diabetic condition in order to facilitate access to programs, services or benefits.

Clinical Services shall manage all aspects of your clinical diabetic care as it relates to prescribing medication, finger sticks, diabetic diets, diabetic education, exercise, weight management, special clothing, assistive devices, etc., and all requests related to such care should be directed to Clinical Services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you do not receive clinically mandated treatment or services as prescribed by a DOC physician, related to your diabetic condition, you shall file an ADA grievance pursuant to AR 850-04. If your condition worsens and you feel you require accommodations to access programs, services and benefits, please complete and submit a new Request for Accommodation to the AIC.

You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.

Signature: Chief Medical Officer       Date: 4/19/06

Signature: Cathie Holst / AIC          Date: 4-20-06

Original -- AIC
Copies: 1-Warden
   7-Warden for distribution to the following:
      1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA,
      2 --Offender (laminated copies)
   AIC will distribute 1-Department File, 1 – Chief Medical Officer