# EXHIBIT G



# REQUEST FOR ACCOMMODATION

(After completing Request portion of this form, Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)

**I. OFFENDER INFORMATION:** (Please print)

| Offender Name: | Michael Schrecongost | DOC #: 119200 |
|---|---|---|
| Current Facility: | B.V.M.C. | Date: 5-2-05 |

119200

MAY 0 5 2005 RECEIVED

Office of Correctional Legal Services

**II. CLAIMED DISABILITY:** (Check all that apply)

| Vision | Hearing ✓ | Mobility | Diabetes | Other |
|---|---|---|---|---|

**III. ACCOMMODATION REQUESTED:** (Be specific and brief. You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation) THE ACCOMMODATION I AM REQUESTING IS THAT I RECEIVE THE HEARING AID THAT I CLEARLY NEED. I AM ALMOST TOTALLY DEAF IN MY LEFT EAR AND PARTIALLY DEAF IN MY RIGHT EAR. ENCLOSED IS THE MOST RECENT (10-7-04) HEARING TEST THAT I HAVE TAKEN WHILE IN D.O.C.

_Michael Schrecongost_
Signature

Offender: Do not write below this line

## VERIFICATION OF DISABILITY

| Date of Evaluation: | 5/27/05 | Facility: | BVMC |
|---|---|---|---|
| Chief Medical Officer or (Designee) (Please print): | | Scott McLaughlin MD | |
| Title (if designee)(Please print): | | Physician II | |

I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES: (Check each & attach disability-specific evaluation)

| None | Vision | ✗ Hearing | Diabetes | Mobility |
|---|---|---|---|---|
| Other (Please be specific) | | | | |

Signature of Evaluating Chief Medical Officer/Designee _____ MD  Date 6/8/05

S. McLaughlin
BVCC/BVMC
719-395-7257

Original: AIC

RECEIVED

JUN 1 6 2005

Office of Correctional Legal Services

9