# EXHIBIT H



**RECEIVED**
SEP 28 2005
Office of Correctional Legal Services

## HEARING SCREENING

PATIENT NAME ___Schrecongost, Michael___

DOC # ___119200___   DATE ___9/1/05___

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication?   (Yes)   No   (Circle one)

   Is the impairment so severe that he/she cannot hear an emergency warning? (Yes)  No  (Circle one)
   Pt. states if TV on - cannot hear warning.

   Does the patient wear hearing aid(s)?     Yes   (No)   (Circle one) previously wore (B) hearing Aids
   Is the patient completely deaf in both ears?   Yes   (No)   (Circle one)
   If not, is the patient completely deaf in one ear?   (Yes)   No   (Circle one)  essentially deaf

2. Are there any other problems which would interfere with the patient's hearing?   (Yes)   No
   If yes, what?   possible TM perforation

*If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause?  Later. Hearing loss preexistent, but exacerbated by Mastoiditis (s/p mastoidectomy) & TM perforation.

3. Does the patient understand and use sign language? If so, which?
   No

4. Is the patient English speaking?
   Yes

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

Signature & Title ___[signature]___

# HEARING SCREENING

PATIENT NAME __Schrecongost, Michael__

DOC # __119200__    DATE __6/8/05__

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, (lip reading) or written communication?  (Yes)  No  (Circle one)

    Is the impairment so severe that he/she cannot hear an emergency warning? (Yes)  No  (Circle one)

    Does the patient wear hearing aid(s)?        Yes   (No)   (Circle one)
    Is the patient completely deaf in both ears?  Yes   (No)   (Circle one)
    If not, is the patient completely deaf in one ear?  (Yes)  No   (Circle one)

2. Are there any other problems which would interfere with the patient's hearing?  Yes  (No)
    If yes, what?

    *If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*  Audiogram done 10/7/04 (attached)

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause?  deafness increased in later life c̄ 2° cholesteatoma. deafness documented '93.

3. Does the patient understand and use sign language? If so, which?
    
    No

4. Is the patient English speaking?
    
    yes

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

_____    S. McLaughlin MD
Signature & Title                         RN/CF/RN/MC  219-395-7257