# EXHIBIT I

# ACCOMMODATION RESOLUTION

| NAME | SCHRECONGOST, MICHAEL | DOC # | 119200 |
|---|---|---|---|

| QUALIFYING DISABILITY AS DETERMINED BY PHYSICIAN: | NONE |
|---|---|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

The Chief Medical Officer or designee has determined that the above offender does not have a qualifying disability pursuant to the mandates of the Montez Remedial Plan, therefore he is not entitled to accommodations for an impairment.

To the extent this offender requires clinical attention such as medication, assistive devices, restrictions, medical care or special clothing his requests should be directed to Clinical Services where they will be evaluated for medical need.  **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

The offender has 30 days from the date this document is served upon him to file a grievance on any matter addressed in this Resolution.

Signature: Chief Medical Officer         Date: 11/1/05

Signature: AIC   Cathie Holst            Date: 11-2-05

Original – AIC
Copies: 1-Warden
   5-Warden for distribution to the following:
   1-Inmate, 1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA
   AIC will distribute 1-Department File, 1 – Chief Medical Officer