# EXHIBIT K

# HEARING SCREENING

PATIENT NAME Echemendiadiaz, Luis

DOC # 84886                     DATE 4-5-04

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication?   Yes / **No**   (Circle one)

   Is the impairment so severe that he/she cannot hear an emergency warning?   Yes / **No**   (Circle one)
   As long as hearing aid in place.

   Does the patient wear hearing aid(s)?            **Yes** / No    (Circle one)
   Is the patient completely deaf in both ears?     Yes / **No**   (Circle one)
   If not, is the patient completely deaf in one ear? **Yes** / No   (Circle one)

2. Are there any other problems which would interfere with the patient's hearing?   Yes / **No**
   If yes, what?

   *If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause? Hearing loss about 10 yr ago due to ↑ noise on the job in Cuba.

3. Does the patient understand and use sign language? If so, which?   No

4. Is the patient English speaking?   Some English; most comfortable speaking Spanish.

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

Pt feels hearing is worsening. Audiogram is ordered.

_____
Signature & Title   ABloor MD