# EXHIBIT L

Echmendiadiaz 84886

1

# ACCOMMODATION WORKSHEET

(revised & effective February 2006)

| NAME | ECHEMENDIADIAZ, LUIS | DOC # | 84886 |
|------|----------------------|-------|-------|
| FACILITY | CTCF | DATE OPENED | 4-15-04 |
| DISABILITY | HEARING | PROVIDER | A. BLOOR |

| Date | Initials | Contact/Activity |
|------|----------|------------------|
| 2/22/06 | TR | Grievance Delay Memo sent to offender |
| 3/10/06 | CC | Regarding grievance (008) regarding repair of hearing aid: phone call with Mike Lovato, nurse at CTCF. Mr. Lovato believes that this offender was one of group of hearing impaired offenders taken recently to state hospital where PHP held hearing aid clinic; he will call 3/13/06 to confirm this. |
| 3/13/06 | KB | File reviewed and database updated. New Accommodation Worksheet already in file. |
| 3/15/06 | CC | Responding to grievance (008); email to Mike Lovato as to if hearing aid has been repaired. |
| 3/16/06 | CC | Received email from Mike Lovato: offender was evaluated at State health facility Pueblo (CMHIP) where audiologist advised repair of hearing aid or getting a new one. |
| 3/30/06 | CC | Response to grievance #...008 sent to Grievance Coordinator via inter-facility mail. |
| 5/16/06 | KB | E-mail from Becky Rodenbeck, CTCF to Teresa Reynolds – a Spanish legal interpreter has been contracted to translate for this offender at CTCF on June 1st at 1:20 p.m. for the Montez Compliance Hearings. |
| 5/17/06 | KB | E-mail from Beth McCann, Office of the Attorney General that Jim Quinn is to be checking with the court whether the court will provide a Spanish legal translator for this offender. |
| 5/17/06 | KB | Telephone call to Jim Quinn at the Attorney General's office regarding Court providing a translator. He is out of office until May 22nd. |
| 5/23/06 | KB | Telephone call to Jim Quinn at the Attorney General's office regarding Court providing a translator. Left message for him to return to my call. |
| 5/24/06 | KB | Telephone call to Jim Quinn at the Attorney General's office regarding translator. He is waiting to hear from Judge Kane's clerk about translator he will let me know if CTCF can cancel the one they have lined up. |

Echmendiadiaz 84886

2

| 5/30/06 | KB | Telephone call to Mike Lovato, Nurse III CTCF. This offender received a hearing aid and then started complaining right away that his hearing aid is not right. Mike called him over and examined the hearing aid. Mike could not find anything wrong with the hearing aid and thought it is working properly. Mike said that while he was holding the hearing aid and had his back turned toward the offender he mumbled something and acted like he was talking to security. He is sure the offender heard him.   This offender is scheduled to take his hearing aid and go see Pueblo Audiology at CMHIP he thinks on June 13, 06. Called Arlene Castro in central scheduling to verify date this offender is scheduled for a re-check on June 13, 06. Per Arlene Castro the offender received his new aid on 5/9/06. |
|---|---|---|
| 5/30/06 | KB | Due to recent changes in the position being taken by the DOC and offenders with hearing aids it is necessary to have this offender re-screened. According to case law if his hearing is correctable by the use of hearing aids then he would not be considered to be disabled as long as his hearing aid is in proper working order and he wears it. |
| 5/30/06 | KB | Request for re-screening sent to Sandy Harris, HSA at CTCF sent copy of offender's Request for Accommodation dated 10/10/04. Memo to offender with Functional Ability Questionnaire. Calendared for 30 days. |
| 5/30/06 | FM | Received a Witness List in the Montez case from the AG's Office to the offender 5/24/06. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# ACCOMMODATION WORKSHEET

(revised & effective February 2006)

| NAME | ECHEMENDIADIAZ, LUIS | DOC # | 84886 |
|---|---|---|---|
| FACILITY | LCF | DATE OPENED | 4-15-04 |
| DISABILITY | HEARING | PROVIDER | A. BLOOR |

| Date | Initials | Contact/Activity |
|---|---|---|
| 2/22/06 | TR | Grievance Delay Memo sent to offender |
| 3/10/06 | CC | Regarding grievance (008) regarding repair of hearing aid: phone call with Mike Lovato, nurse at CTCF. Mr. Lovato believes that this offender was one of group of hearing impaired offenders taken recently to state hospital where PHP held hearing aid clinic; he will call 3/13/06 to confirm this. |
| 3/13/06 | KB | File reviewed and database updated. New Accommodation Worksheet already in file. |
| 3/15/06 | CC | Responding to grievance (008); email to Mike Lovato as to if hearing aid has been repaired. |
| 3/16/06 | CC | Received email from Mike Lovato: offender was evaluated at State health facility Pueblo (CMHIP) where audiologist advised repair of hearing aid or getting a new one. |
| 3/30/06 | CC | Response to grievance #...008 sent to Grievance Coordinator via inter-facility mail. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Echemendiadiaz 84886

4

| | | celling with another deaf offender. |
|---|---|---|
| ACTIVITY | KB | E-mail 1/18/06 |
| | | E-mail from Becky Rodenbeck regarding meeting with interpreter 1/13/06 |
| ACTIVITY | KB | Letter from offender received 1/12/06 |
| | | Offender not happy about problems he is having with clinical services |
| ACTIVITY | KB | Telephone call To Sandy Harris, HSA at CTCF 2/2/06 |
| | | Left message checking on status of offender's hearing aid |
| ACTIVITY | KB | Telephone call from Mike Lowe at CTCF 2/2/06 |
| | | Left message for me to return his call. |
| ACTIVITY | KB | Telephone call to Mike Lovato at CTCF 2/6/06 |
| | | Left message for him to return my call regarding this offender's hearing aid. Hearing aid repairs now have to approved by the DOC's insurance provided PHP prior to being repaired. They have received approval for this offender's hearing aid repairs and he is scheduled to take his hearing aid to Pueblo on 2/7/06 to have it repaired. |
| ACTIVITY | KB | Memo to offender 2/6/06 |
| | | His hearing aid is scheduled for repair on 2/7/06, his medical care will need to be discussed with Clinical Services |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |
| ACTIVITY | | |

Echemendiadiaz 84886

3

will put him on the move list for next Tuesday 10/11/05.  10/5/05

| ACTIVITY | KB | E-mail to Mike Howard 10-6-05 |

Need to put green tags on this offenders clothing when he is transferred to CTCF next week.

| ACTIVITY | Ro | Drafted revised Accommodation Resolution, to Dr. Shames for signature 10/7/05 |

| ACTIVITY | KB | E-mail from Becky Rodenbeck the Case Manager's file does not contain a copy of the Accommodation Resolution. |

E-mailed her back and told her the Accommodation Resolution was sent to Al Estep, Warden at LCF on 12/28/05 with copies for the offender, working file, mental health file and Clinical Services file. I attached a copy of the Accommodation Resolution for her and advised that a new Accommodation Resolution should be coming to her soon.

| ACTIVITY | KB | Accommodation Resolution reviewed and signed by Dr. Shames 10/16/05 |

Received 10/19/05

| ACTIVITY | KB | Accommodation Resolution reviewed and signed by Cathie Holst (AIC) 10/24/05 |

| ACTIVITY | KB | Memo to Warden with copies of Accommodation Resolution on bright yellow paper for Offender, Working File, Mental Health File, Clinical Services File, HSA, Laundry Supervisor and Warden 11/1/05 |

Copy to Tom Kolle for Department file.  Copy to Dr. Shames for his file.  11/1/05

| ACTIVITY | KB | Memo to Offender with 2 laminated copies of Accommodation Resolution 11/1/05 |

Accommodation Resolution along with Vibralite Watch #11 delivered to CTCF 11/10/05

| ACTIVITY | KB | Memo from Becky Rodenbeck to Offender 11/11/05 |

Offender has been given the Vibralite watch AIC "11" and the watch has been added to his property list

| ACTIVITY | KB | E-mail 1/10/06 from Rhonda Corretti |

She talked to Becky Rodenbecj at CTCF and this offender is moving to Cellhouse 7. He may be

Echemendiadiaz 84886

2

Wants us to intervene in a dispute he has with medical over a co-pay. He apparently complained of chest pain and the housing unit called medical. He did not see the provider but they charged him anyway.

| ACTIVITY | Ro | Memo to offender 12/1/04 |
|---|---|---|

We cannot help him with this, but we will forward a copy of the memo to Barry Pardus, Clinical Services for any action he deems necessary.

| ACTIVITY | Ro | Signed accommodation resolution 11/30/04 |
|---|---|---|

| ACTIVITY | Ro | Resolution memo to warden 12/3/04 |
|---|---|---|

With yellow copies of resolution for distribution.

| ACTIVITY | KB | Memo to Warden with Reformatted Accommodation Resolution 12/16/2004 on bright yellow paper |
|---|---|---|

Memo scanned to file memo not sent until Reformatted Accommodation Resolution was completed 12/28/04.

| ACTIVITY | Ro | Memo from Barry Pardus, Clinical Services to offender 12-27-04 |
|---|---|---|

Tells him to file a grievance about the co-pay issue.

| ACTIVITY | Ro | Talked to Katie Baxter 8/3/05 |
|---|---|---|

Somehow she found out this offender had been moved to KCCC. Talked to Scharon Swift in Offender Services 8/5; it was Paul Nadeau, Offender Services who had the offender transferred and he is no longer here. Offender has not complained to us about being at KC and his Resolution was not complicated so he may be OK there but will talk to Cathie Holst (AIC) about whether he should be moved back into a designated facility.

| ACTIVITY | KB | Acknowledgement of S1 & S2 Grievance #KC04/05-1296-01 & 02 Response by offender |
|---|---|---|

Scanned to file 10/3/05

| ACTIVITY | KB | Acknowledgement of S3 Grievance (Not Numbered) Response by Offender |
|---|---|---|

Scanned to file 10/3/05

| ACTIVITY | KB | Spoke with Cathie Holst (AIC) on 10/5/05. Since this offender does have a hearing disability he can not be housed in a private facility. |
|---|---|---|

Called Paul Cline in Offender Services and asked him to have this offender transferred to CTCF. He

Echemendiadiaz 84886
1

## ACCOMMODATION WORKSHEET

| NAME | ECHEMENDIADIAZ, LUIS | DOC # | 84886 |
|------|----------------------|-------|-------|
| FACILITY | LCF | DATE OPENED | 4-15-04 |
| DISABILITY | HEARING | PROVIDER | DR. A. BLOOR |

Offender is completely deaf in one ear and has reduced hearing in the other ear for which he wears aid. He does not speak, read or write much English. Does not know sign language. Is having a problem with security/housing staff (refusal to obey direct orders, etc).

| ACTIVITY | Ro | Received screening forms 4-15-04 & informal grievance #04009 |
|----------|-----|----|

Confirms hearing loss; audiogram ordered. No other disabilities.

| ACTIVITY | Cat | ~~Memo to Offender 8-13-04~~ |
|----------|-----|----|

Send memo to have offender submit paperwork to request accommodations. Due by 9/15/04

| ACTIVITY | Ro | Request and release 9-28-04 |
|----------|-----|----|

Wants to be moved out of Limon because he is discriminated against there. He gets in trouble because the staff does not believe he has a hearing disability. He states he has had a heart attack and shoulder surgery and now needs open front shirts and housing restrictions.

| ACTIVITY | Ro | Referred for screening 9/28/04; Memo to offender re referral 9/28/04 |
|----------|-----|----|

| ACTIVITY | Ro | New request and release 10-10-04 |
|----------|-----|----|

Staff members are not sympathetic to his hearing loss, he needs to be better treated.

| ACTIVITY | Ro | Verification and screening 11/8/04 |
|----------|-----|----|

He is hearing disabled. Shoulder and cardiac history are not disabilities requiring accommodations. He can hear some with hearing aid in place but is totally deaf in one ear.

| ACTIVITY | Ro | Talked to Roberta Walters 11/22/04 |
|----------|-----|----|

He can communicate in broken English (hear, read and write) and speak it well enough to get his point across. He uses a lot of hand gestures and it is hard to know how much he understands. He works washing down tables in chow hall which is a job they give to handicapped inmates.

| ACTIVITY | Ro | Prepared Accommodation Resolution 11/22/04 |
|----------|-----|----|

Emailed to Dr. Bloor for signature.

| ACTIVITY | Ro | Memo from offender 11-22-04 |
|----------|-----|----|

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

evance Number D-CTOS/06-008    STEP (Circle One) ①②③   3    ADA? Yes ✓ No ☐

| NAME LUIS ECHEMENDIA DIAZ | DOC NO. | 84886 | | FACILITY | CTCF |
|---|---|---|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

UniT · 7 - 34·2

Subject of Grievance and Requested Remedy: A GRIEVANCE, ALLEGED ADA DISCRIMINATION
AND THE REMEDIAL PLAN REQUIRE IN THE CTCF FACILITY PROVIDE AND ECHEMENDIA THE BETTER SERVICES.

1) THE CLINICAL SERVICES PROVIDE AND ECHEMENDIA REPAIR MY HEARING AID AND BROKEN.

2) ON 11-11-2005, ECHEMENDIA I SUFFER FROM SEVERE HEART ATTACK, IT IS THE FAULT OF THIS FACILITY THAT I SUFFERING A HEART ATTACK BECAUSE I RECEIVED NOT MEDICAL ATTENTION!

MS: SANDI HARRIS, I need to you intercede instantly your be Resolve my situation, I have sent numerous Letter to the Doctor since on 12-5-2005, till on 1-17-2006, the Docto not Response from my Research, I what wish Desire information and Possible Repair my Hearing AID and BROKEN, I HAVE NOT RECEIVE TO GIVE NOTICE.

I HAVE ALREADY WRITTER TO THE LAW FIRM WHO REPRESENTS THE PLAINTIFFS IN THE MONTEZ CASE.THE FIRM OF KING & GREISEN, LLP, OR CATHIE HOLST, AND INFORMED THEM OF THE DIFFICULTY THAT I AM ENCOUNTERING. THIS IS THE (ONE) ONLY FACILITY THAT HAD DISCRIMINATED ME FROM ALL MY MEDICAL PRIVILEGES APPROPRIATE FOR ACCOMMODATION

(AND REMEDY)
THANK YOU                              7- 3-4- 2

DATE: /-/7-2006   OFFENDER SIGNATURE                       84886

DATE RECEIVED: 1 -17- 06   RESPONDING STAFF SIGNATURE & ID

RESPONSE

**SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services       3-28-06
AIC-ADA Inmate Coordinator
#1722

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: - /8-6 | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Original: Department File/AIC       Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1