# EXHIBIT N

# ACCOMMODATION RESOLUTION

| NAME | ECHMENDIADIAZ, LUIS | DOC # | 84886 |
|---|---|---|---|
| Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a physician & Chief Medical Officer | | | NONE |

**NO ACCOMMODATIONS NECESSARY AT THIS TIME**

A DOC physician and the Chief Medical Officer have determined that you have a **HEARING IMPAIRMENT** that is correctable by the use of a hearing aid. With the use of your health care device, your hearing impairment does not substantially limit your ability to perform a major life activity; therefore your condition does not rise to the level of a disability pursuant to the ADA/Rehabilitation Acts.

You are required to wear your hearing aid at all times in order to avoid situations which may affect your safety while incarcerated. If your hearing aid becomes inoperable for any reason, you are required to immediately notify clinical services who in turn will IMMEDIATELY notify the AIC. Temporary accommodations may be implemented, as necessary, until such time as your hearing aid is repaired or replaced. Your hearing aid is considered a health care device and subject to the provision enumerated in AR 850-06, "Offender Property" & AR 300-06 "Searches & Contraband Control".

Clinical Services shall manage all aspects of your clinical care as it relates to your hearing impairment and all requests related to such care should be directed to Clinical Services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you do not receive clinically mandated treatment or services as prescribed by a DOC physician, related to your hearing impairment, you shall file an ADA grievance pursuant to AR 850-04. If your condition worsens and you feel you require accommodations to access programs, services and benefits, please complete and submit a new Request for Accommodation to the AIC.

You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.

Signature: Chief Medical Officer                                                    Date

Signature: AIC                                                                              Date

Original – AIC
Copies: 1-Warden
       7-Warden for distribution to the following:
         1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA
         2 – Offender   1-Housing Unit Supervisor
         AIC will distribute 1-Department File, 1 – Chief Medical Officer
Revised 5-1-06