

OFFICE OF THE CLERK
United States District Court
19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

017H15524679
HASLER $0.63⁰
08/29/2006
Mailed From 80202

Fred F. Franzone #96944
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

History

REASON CHECKED
RETURNED
Name & # don't match
No, DOC Number
Not at this facility
Paroled

CANNOT LOCATE
92-CV-870
EWN-OES
#2225

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

## ORDER

This matter is before the court on a motion for judicial review filed by an inmate named Dean Ross Denton (#2224). It is apparent from review of the motion that Mr. Denton complains about double-bunking and overcrowding, which, according to him, violates the injunctive relief granted in *Ramos v. Lamm*. Why Mr. Denton has filed his motion in this case, which is about accommodation of inmates with disabilities, is unclear. Because he has sought relief which is not available in this case, it is

       ORDERED that the motion (#2224) be DENIED.

       Dated this 29th day of August, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge