

d States District Court
9th Street, Room A105
er, CO 80294-3589

**IAL BUSINESS**

HASLER
**$0.632**
08/29/2006
Mailed From 80202

ANI2.

Howell F. Roberts III #90353
6564 State Highway 96
Olney Springs, CO 81062-8700

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed   ☐ Refused
☒ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 7 2006

GREGORY C. LANGHAM
CLERK

CANNot LoCATE
92 - CV - 870
#2225
EWN - OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

---

## ORDER

---

      This matter is before the court on a motion for judicial review filed by an inmate named Dean Ross Denton (#2224).  It is apparent from review of the motion that Mr. Denton complains about double-bunking and overcrowding, which, according to him, violates the injunctive relief granted in *Ramos v. Lamm*.  Why Mr. Denton has filed his motion in this case, which is about accommodation of inmates with disabilities, is unclear.  Because he has sought relief which is not available in this case, it is

      ORDERED that the motion (#2224) be DENIED.

      Dated this 29th day of August, 2006.

                               BY THE COURT:

                               s/ Edward W. Nottingham
                               EDWARD W. NOTTINGHAM
                               United States District Judge