Civil Action No. 92-N-870 (OES) Consolidated for all purposes with Civil Action No. 96 N-343

Jesse (Jesus) Montez, et al,

Plaintiffs

V

Bill Owens, et al,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 8 2006

GREGORY C. LANGHAM
CLERK

Claim Number: 02-167
Category II
Claimant: Alfred Harris #91439
Address of Claimant: CTCF, P.O. Box 1010 Cañon City, Colorado 81215-1010

Objection to the Final Order by the Special Master:

The Claimant files a objection to the Special Masters final ruling and cites the following reasons:

1. CDOC and the Special Masters have used the wrong standards to decide if a claimant has a disability. This issue is now pending in Judge Kane's Court.

2. ON 7-18-05 THE CLAIMANT MAILED A LETTER TO SPECIAL MASTER RICHARD BORCHERS STATING THAT ON FOUR DIFFERENT OCCASIONS THAT HE HAD BEEN GIVEN THE WRONG INSULIN.

3. ON 8-16-05 THE CLAIMANT RECEIVED A LETTER FROM JUDGE BORCHERS STATING THAT MY LETTER WILL BE TREATED AS A MOTION TO AMEND MY CLAIM, AND GRANTED THE MOTION.

4. SPECIAL MASTER BRUCE PRINGLE'S FINAL ORDER DENYING MY CLAIM MAKES NO MENTION OF THE AMENDED CLAIM OR DOES NOT HAVE A RULING ON SAID CLAIM.

5. THE CLAIMANT STILL CONTENDS THAT HE HAS PROBLEMS RELATED TO HIS MOBILITY CLAIM. ON 8-30-06 THE CLAIMANT WAS TAKEN TO THE STATE HOSPITAL IN PUEBLO, ON THAT DATE DR DE GROUTE REMOVED A LARGE AMOUNT OF FLUID FROM THE CLAIMANT'S LEFT KNEE. HE ALSO ORDERED HEAT TREATMENTS, STEROIDS AND A CANE FOR THE CLAIMANT WHICH HE HAS NOT BEEN ISSUED.

6. THE SPECIAL MASTER FURTHER STATES THAT CLAIMANT'S DIABETES DOES NOT PREVENT HIM FROM ENGAGING IN A MAJOR LIFE ACTIVITY. THE CLAIMANT STATES HE HAS FALLEN NUMEROUS TIMES, THAT HE HAS CRASHED, HAVING BLOOD SUGAR READINGS OF 65 AND BELOW.

7. COMMUNICATION BETWEEN CLAIMANT AND MEDICAL STAFF HAS DETERATED TO THE POINT WHERE THEY ARE NO LONGER SPEAKING. CLAIMANT IS REQUESTING ANOTHER MEDICAL STAFF FOR HIS NEEDS

8. THE CLAIMANT ASKS THAT THE SPECIAL MASTERS ORDER BE OVER RULED AND THAT DAMAGES BE AWARDED TO HIM

9. CDOC HAS NOT SCHEDULED YEARLY EYE EXAMS FOR THE CLAIMANT. CLAIMANTS VISION IS PROGRESSLY GETTING WORSE!

Respectfully submitted

Alfred Harris
9-3-06

Alfred Harris
#91439 Unit CH-1
P.O. Box 1010
Canon City CO
　　　81215