IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-CV-00343)

Jesse (Jesus) Montez, et al.,

Plaintiffs

V.

Bill Owens, et al.,

Defendants

---

Claim Number 03-146
Category III
Claimant: Gerald Sensabaugh #100656
CSP. P.O. Box 777 Canon City, CO. 81215

---

Claimant's Reply to Defendants Response

---

Comes Now the Claimant Pro-Se Gerald Sensabaugh in Reply to the Defendants Response to my Motion to Further Relief (Enforcement) Directed to the Honorable Judge Kane.

1. I did not receive shoes till August 3, 2006 (see Memorandum dated Aug 3, 2006 attached as Exhibit A).

(1)

2. On July 7, 2006 I was called to the door and told to sign a piece of paper or face Code of Penal Discipline write-up I did as ordered, later I received a mattress it was NOT Emphisis Added 6 inches as claimed by Defendants.

3. As to the $250.00 I have received awards of money in the past from courts neither of which had money deducted from them; furthermore the 16-18.5-106(2) C.R.S. is being applied in an Ex-Post Facto manner as applied to me which is a violation of the U.S. Constitution and the Colorado Constitution.

4. Currently the shoes I have, have a hole in the bottom of them big enough to put my hand thru it.

5. There is no time limit on which the defendants shall replace worn out mattresses or shoes. And defendants are using this loophole to by pass the spirit of the law in its form of the Final Order

6. I would ask for a 1 year time limit on the mattress, because of the breakdown of the foam rubber so that its necssary to be replaced to maintain support.

7. That the shoes be replaced as often as needed (ie when they are worn out).

8. That Defendants cease and desist in applying 16-18.5-106(2) C.R.S. in an Ex-Post Facto manner and restore the Fifty

(2)

Dollars to me.

9. All that was Requested in the Motion for Further Relief (Enforcement)

Respectfully Submitted this 11th day of September 2006

G. Sensabaugh #100656
Pro-se Claimant
P.O. Box 777
Canon City CO 81215

Certificate of Service

I Certifiy that on 9-11-06 I mailed copies of the Motion Claimants Reply to Defendants Response via United States Mail Postage Prepaid, Addressed As Follows

Clerk of the U.S. District Court
901 19th St.
Denver, CO. 80294

Jess A. Dance
Office of the Attorney General
1525 Sherman St. 5th Flr.
Denver, CO 80203

(3)

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Centennial Correctional Facility          Colorado State Penitentiary

P. O. Box 600                              P. O. Box 777
Canon City, CO 81215-0600                  Canon City, CO 81215-0777
Phone: (719) 269-5510                      Phone: (719) 269-5120
FAX: (719) 269-5545                        FAX: (719) 269-5125



Bill Owens
Governor

Joe Ortiz
Executive Director

## MEMORANDUM

DATE:      August 3, 2006

TO:        Sensabaugh, G.   100656

FROM:      Lt. J. Pacheco

SUBJECT:   Receipt of ~~extra~~ wide shoes 

I, Gerald Sensabaugh 100656 acknowledge the receipt of one pair of size 12 shoes ~~extra wide~~ on July 6, 2006.

Printed name _SeNSABAugh_                    Date _Aug 3 2006_

Signature _Sensabaugh_                       Date _Aug 3 2006_

Staff _Lt J Pacheco_                         Date _Aug 3, 2006_