IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Barbara Freeman, Claim number 03-105

## ORDER

Kane, J.

This matter is before the court on Claimant, Barbara Freeman's Motion Regarding Structural Compliance (doc. #2157), filed July 25, 2006. The court has carefully reviewed the documents filed by Ms. Freeman along with the response filed by the defendant and Ms. Freeman's reply, and finds as follows:

The Motion Regarding Structural Compliance is DENIED. The concerns raised in that motion are not within the scope of this case. Any concerns regarding the quality of care should be addressed in the context of a separate civil action, and not as part of the remedial plan in this case. Ms. Freeman's claims in this case have now been fully adjudicated. No additional filings in this case will be considered.

Dated:   September 14, 2006

                                                  BY THE COURT:

                                                  **s/John L. Kane**
                                                  JOHN L. KANE, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT