IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant James Rudnick, Claim #01-092

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Letter from James Rudnick (doc. #2145), filed July 20, 2006, is treated as a Motion to Intervene.  The court has considered the motion and the defendants' response.  The motion is **DENIED**.

Dated:  September 14, 2006