IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Gerald Sensabaugh, Claim #03-146

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Further Relief (doc. #2090), filed July 7, 2006, is denied as moot. Defendants report full compliance with the Special Master's order has finally been achieved.

Dated: September 14, 2006