To    : Mr. Gregory C. Langham / Clerk of the Court
From  : Richard A. Malisheski / Book In # 1505150
Date  : 9-11-06                    (#92-cv870 EWN)
Re    : Status on Montez Case / Change of address notice
        Request for 1983 prisoners complaint packet please send me one.

. I am sending this letter in regard to my status
with the Montez case. My D.O.C #60059.

   I was discharged from D.O.C on 10-12-05 and
I did not send the Court my change of address.
I got an apartment on 10-20-05 at 25 East 16th Ave.
my apartment is/was M-02.

   I got arrested on 8-28-06 and I am in the
Denver County Jail.

   I. I hast lost my apartment at 25 East 16th Ave
Apt #M-02 but I may.

   I am trying to see about getting letters from
the Court that were sent back to the Courts
from D.O.C since I did not contact the Court
with my new address in October of 05.

   I am trying to contact Attorney David H. Miller
also about information on my status.

   I do not have my claim number and I hope that
you can send me this number and even the
status on my claim if it has been dismissed or
is it possible active for a settlement.

   I am also asking that their will be no charge
for the mail that was returned to the Court
since I did not notify the Court of my address.

   I am indigent and I am asking to be updated on this case
I am also requesting a 1983        Respectfully submitted on 9-11-06
packet form.                       Richard malisheski

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006