IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 92-N-870 (OES)(CONSOLIDATED FOR THE PURPOSE WITH
CIVIL ACTION NO: 96-N-343)

Jesse Montez, et.al.,
Plaintiffs

v.

Bill Owens, et.al.,
Defendants

---

CLAIM NO: 03-026
CAT: III
CLAIMANT: Roy Jay Main
Address: SCF, P.O. Box 6000, Sterling, Co. 80715-6000

MOTION - FOR COURT TO SEND BACK TO ME THE "WITHDRAWAL SLIPS"
THAT PLAINTIFF SENT IN "MOTION FOR REIMBURSEMENT."

---

Pursuant to the "Amended Stipulation and Order of Judge Kane" on Aug. 29, 2006, Pg. 8, all who was charged more than .25 per copy of the discovery of their case shall be reimbursed.

1. On April 5, 05, I filed a motion to this court for the reimbursement of all copy fees that I've paid out to Medical and the Case Managers for copies of these Medical papers for this case.

2. I also inadvertently sent all of the withdrawal slips showing that I had paid this money out and I now don't have these withdrawal slips to get this money back.

3. Please send these withdrawal slips back to me, so that I can get this money reimbursed back to me.

Thank you for your cooperation in this matter.

Submitted on this 5TH day of September, 2006.

_____
P.O. Box 6000, Unit 21
Sterling, Co. 80751

CERTIFICATION OF MAILING

I certify that a true copy has been placed into this mail system and sent to this court on this 5th day of Sept., 2006.

_____

**Colorado Department Of Corrections**

Name: *[signature]*

Register Number: 48337

Unit: 21

Box Number: 6000

City, State, Zip: Sterling, Co. 80751

U.S. District Court
Special Master
George Richard M. Borchers
Legal Resolution Center
7907 Zenobia St.
Westminster, Co. 80030-4444

DENVER CO 802
05 SEP 2006 PM 1 1 T

80030+4444 C014