IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

v.

BILL OWENS, et al.,

      Defendants.

_____

## ORDER
_____

This matter is before the court on the request of Richard Malisheski for status of his claim (#2277). The court's examination of the document reveals that Mr. Malisheski was released from the DOC in 2005, admittedly did not notify the court of his change of address, was indifferent about pursuing any claim, got arrested again in August of 2006, and has discovered a new-found interest in settling any claim he may have. His claim has long since been dismissed (#903). It is now too late. His request is DENIED.

    SO ORDERED.

    Dated this 18th day of September, 2006.

                                               BY THE COURT:

                                               s/ Edward W. Nottingham
                                               EDWARD W. NOTTINGHAM
                                               United States District Judge