IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

  Plaintiffs,

v.

BILL OWENS, *et al.,*

  Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Court to Send Back to Me the 'Withdrawal Slips' That Plaintiff Sent in 'Motion for Reimbursement'" (#2278, filed September 15, 2006) is GRANTED. If the clerk can locate the "withdrawal slips," they are ORDERED returned to Mr. Main.

Dated: September 18, 2006