UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN-OES**
 [Consolidated for all purposes with Civil Action No. 96-cv-00343]


JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

CERTIFICATE OF SERVICE (CM/ECF)


    I hereby certify that on September 18, 2006, I mailed the **Minute Order** dated September 18, 2006 using the CM/ECF system which will send notification of such filing to the following individuals:
See Attached NEF
    And I hereby further certify that I have mailed the above mentioned document and the **returned "withdrawal slips"** to the following party:


Roy J. Main
#48337
SCF
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751


                    GREGORY C. LANGHAM, Clerk

                    By s/ Patricia A. Pirner
                         Deputy Clerk