1.  Case: 1:92cv870

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2006

Richardo Lujan #47558
C.C.C.F.
6564 State Highway 96
Olney Springs, CO 80062-4444

92-N-870-OES

## To Whom May Concern;

Do to my situation, I am Richardo Lujan. Here at Olney Springs Correctional. And I was on Civil Action, And may have wrongly addressed my injuries, As To my Left Side Nerve damages To my Toes, and Left elbow, That bother's me no Sleep at Times. I had an appointment 9-1-06, I was late 10 minutes They rescheduled, Doe to my conditions and pain, I had To rescheduled To see Doctor OBA, He has been working with me over past 8 months, The last 3 months He has called me every 2 weeks To see how my Nerve as To A shot he gives me and see's me 2 more weeks They turned me down medical to see Doctor OBA, now They want me to put in again sick call over await To sick nurse and then set appointment to Dr. OBA again. Another pay Fee they charge over 1 year on my same follow up medical problems. Which I Believe is wrong, cause my Cronic NERVE damages.

2.

```
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, CO.
81062-8700
```

It seems as only when we miss or not ment to, we get punish. and charged relgarless But when their mistake and reschedue our date to come back, we lose either way and still charge us a fee, And all the fact is a follow up on my medical issues, Ever since I been here 1½ year... I have asked to please least of all may I be given a stronger pain shot for nerves damages and my back problems and wome at my fingers toes at times a very ugly feeling I get and can't do certain things run lift or sleep at times. I wrote <u>Julie</u> who runs medical and she sent me to reaply a sick call on my medical issue, And simple to just give another stright appointment to Dr. Obit, on the shots and how I am nerve damages and back matters Please I do have chronic nerve problems does Bother painful at times off and on. All they do seems is charge even on follow ups. Please let me know on this matter and poorly professional on medical workers and staff.