Clerk of Court  
United States District Court  
901 19th Street  
Denver Colorado 80295

Lawrence W. Fitzgerald  
Prison Number 66345  
KCC CC-201 Box 2000  
Burlington Co 80807

Re: Case Number 92-N-870 (OES)(Consolidated for all purpose with  
Civil Action No: 96-N-343

Dated September 11, 2006

**Filed**

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2006

GREGORY C. LANGHAM
CLERK

To the Clerk of Court,

    I, would to be told of the status of my Motion which is before this HONORABLE COURT at this time, it was filed by the prison mail box February 12, 2005, this Motion To Alter Or Amend Judgement To Rule 59(e), or In The Alternative, Rule 60(b) of the Federal, Rules Of Civil Procedures was file by me in the Responce to Judge Richard M. Borchers Order saying he would allow my appeal of his Order.

    I, Lawrence William Fitzgerald, also attached within such issue an motion for appointment of counsel, this motion and information has not been answered by this Honorable Court since the filing of said motion February 12, 2005.

    I, would like for you to send me the Status of such motion & and a copy of the register of actions regarding this case to show me the standing of such motion filed by me in your HONORABLE COURT, as for you sending me this information, I would like to thank you for your time and effort in getting me this information.

Sincerely

Lawrence Fitzgerald

Lawrence W. Fitzgerald 66345
ICC CC-201 Box 2000
Burlington Colorado 80807

COLORADO SPRINGS
CO 809 1 L
14 SEP 2006 PM

Clerk of Court
United States District Court
901 19th Street
Denver, Colorado
80295

LEGAL MAIL

8029482500