IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-182
Category: Untimely Filed Claim
Claimant: Roy Velasquez, #123824
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on his own motion. The Special Master received a letter from Claimant Roy Velasquez. No claim form had been filed by Claimant. Appropriate forms were sent to Claimant, along with a claim form. He was granted up to and including September 11, 2006 in which to file a claim. Claimant has filed nothing further.

      The Special Masters only have jurisdiction to deal with claims filed pursuant to the Americans with Disabilities Act and Rehabilitation Act. This is a result of approval by Judge Nottingham of the Remedial Plan on August 27, 2003. The Special Masters have no jurisdiction over matters outside of the damage claim process.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 18, 2006.**

      SIGNED this 20th day of September, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

---------------------------------------------

Richard M. Borchers
Special Master