IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

## SPECIAL MASTERS' FIFTEENTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Fifteenth Application for Payment of Fees and Costs. This application is for work done from July 16, 2006 to September 15, 2006, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters have agreed to reduce their hourly rate to $175.00. The Special Masters will submit secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters will submit staff attorney time at the rate of $75.00 per hour. All rates are substantially below what the market would allow to be charged.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center, and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issued. Ms. Carter spent 174.00 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 54.25 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 29.15 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 9.75 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit C. Richard C. Davidson expended 2.50 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 114.15 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of

2

$187.68 and travel time of 11.00 hours for this time period. This is reflected in Exhibit E. Bruce

Pringle spent 95.00 hours on individual claims. This is reflected in Exhibit

9. Richard C. Davidson spent 21.65 hours on individual claims. This is reflected in Exhibit

G. Richard C. Davidson also did not travel during this time period as reflected in Exhibit I.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its

percentage from the work billed. At this date, postage and copy costs involve several thousand

dollars.

11. The total fees being sought for the time period ending July 15, 2006 is as follows:

| | | |
|---|---|---|
| a. Richard M. Borchers | 143.30 hrs. @ $175.00 per hr. = | $ 25,077.50 |
| b. Richard M. Borchers(travel) | 11.00 hrs. @ $ 75.00 per hr. = | $    825.00 |
| c. Bruce D. Pringle | 104.75 hrs. @ $175.00 per hr. = | $ 18,331.25 |
| d. Richard Davidson | 24.15 hrs. @ $175.00 per hr.= | $  4,226.25 |
| e. Susan Carter & other staff | 180.00 hrs. @ $25.00 per hr. = | $ 4,500.00 |
| f. Larry Dean Valente | 54.00 hrs. @ $75.00 per hr.  = | $ 4,050.00 |
| g. Lodging and Expenses | | $    187.68 |

TOTAL FEES: $57,197.68

10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C.

Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper

processing of claims. The amount requested is fair and reasonable.

11. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Collena Dickerson, Lynda

Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution

Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente  have been paid by Legal Resolution Center for the work that they have done to date in this case.

WHEREFORE, the Special Masters request that the Fifteenth Application for Payment of Fees be granted in the amount of $57,197.68 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By:_____

Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
    303-426-7365

4

## EXHIBIT A

Susan Carter

    Total Hours for Period                      174.00 hrs.

Judy Olive

    Total Hours for Period                      .00 hrs.

Lynda Rowe

    Total Hours for Period                      6.00 hrs.

                                                     _____

                     TOTAL HOURS:              180.00 hrs.

Larry Dean Valente

    Total Hours for Period                      54.25 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending September15, 2006:

| | | |
|---|---|---|
| 7/18/06 | Review mail and dates for settings | 1.00 hrs. |
| 7/22/06 | Review mail and settings | .50 hrs. |
| 7/23/06 | Meet with Dino on Hearings and claims; Review mail | 1.00 hrs. |
| 7/27/06 | Review mail and convert orders of BDP to .pdf | .75 hrs. |
| 7/28/06 | Meet with Dino and review mail Check on settings for claims | 1.25 hrs. |
| 7/29/06 | Review all open files | .75 hrs. |
| 8/1/06 | Meet with Dino and review mail | 1.00 hrs. |
| 8/6/06 | Review mail and claims - issue orders on older cases | 1.75 hrs. |
| 8/7/06 | Review mail; meet with Dino on claims; Oversee settings of hearings; meet with Sue Carter on procedures to be used | 1.25 hrs. |
| 8/8/06 | Review file and costs issue; prepare order | 1.00 hrs. |
| 8/14/06 | Work on orders for enlargement of time; Reset and set hearings; meet with Dino on cases and hearings | 6.00 hrs. |
| 8/15/06 | Review orders and mail | .50 hrs. |
| 8/16/06 | Review mail | .25 hrs. |
| 8/17/06 | Prepare orders on motion for enlargement of time; review mail | 1.00 hrs. |
| 8/18/06 | Work on files and resettings | .50 hrs. |
| 8/19/06 | Review mail | .35 hrs. |
| 8/23/06 | Review mail; talk with Dino and RCD | 1.15 hrs. |
| 8/25/06 | Review mail and settings | 1.00 hrs. |
| 8/28/06 | Review mail and settings | .75 hrs. |
| 9/3/06 | Review mail and files | 1.00 hrs. |
| 9/1/06 | Further work on files | .75 hrs. |
| 9/5/06 | Review mail and cases for setting | .75 hrs. |
| 9/9/06 | Review cases for setting; review mail; meet with Dino | 1.40 hrs. |
| 9/13/06 | Review mail; send electronic order and review open claims | 2.50 hrs. |
| 9/14/06 | Review mail and talk with BDP | .50 hrs. |
| 9/15/06 | Review mail | .50 hrs. |

TOTAL:        29.15  hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for Period ending September 15, 2006:

| | | |
|---|---|---|
| 7/28/06 | Review Kane Orders on Freeman and Coit; review correspondence with Special Master from plaintiffs' class counsel and attorney general's office re post-Aug. 27, 2003 claims | .75 hrs |
| 8/2/06 | Telephone conference with R. Borchers re claims for discrimination occurring post-Aug. 27, 2003. | .25 hrs |
| 8/3/06 | Telephone conference with D. Valente re setting hearings on Category III claims. | .25 hrs |
| 8/14/06 | Telephone conference with D. Valente re motions to continue scheduled Category III hearings | .25 hrs |
| 8/21/06 | E-mail Category II Orders to Dino Valente | .25 hrs |
| 8/22/06 | Telephone Conference with LRC regarding status of Category II Claims | .25 hrs |
| 8/23/06 | Review Order affirming Special Master decisions issued by Hon. Edw. Nottingham (dealing with 8th Amendment, deliberate indifference, and medical care issues, as well as damages for Category V claims; telephone conference with R. Borchers re Nottingham opinion and Order. | 2.50 hrs |
| 8/25/06 | Prepare Category II Orders for transmission to D. Valente for review and mailing | .50 hrs |
| 8/28/06 | Prepare templates for various legal issues common to Claims | .75 hrs |

| | | |
|---|---|---|
| 9/7/06 | Review Plaintiff Class Motion for Clarification on Standards Used to Determine Disability Status; Review Defendants' Response; telephone conf. with Sue Carter re Plaintiff Class Motion for Clarification; telephone conf with R. Borchers re Class Motion for Clarification | 2.75 hrs |
| 9/8/06 | Telephone conference with D. Valente re Category II claims | .75 hrs |
| 9/15/06 | Prepare Category II Orders for transmission to D. Valente; transmit Orders to D. Valente | .50 hrs |

TOTAL TIME:                 9.75 hrs.

# EXHIBIT D

## Work Done By Richard M. Borchers

Claims closed during the period ending May 15, 2006. Work done prior to September 15, 2004 has already been billed:

**01-043        Walter Warthen**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 2/24/06 | Review file and response; issue order | .25 hrs. |
| 3/8/06 | Review file and letter; issue order | .25 hrs. |
| 7/23/06 | Review file and prepare final order | 1.25 hrs. |
| | TOTAL: | 1.95 hrs. |

**01-178        Everett G. Richardson**

| | | |
|---|---|---|
| 9/18/04 | Review of claim form | .10 hrs. |
| 9/24/04 | Review file and issue order | .20 hrs. |
| 12/24/06 | Review file and issue order | .20 hrs. |
| 9/11/05 | Review letter and order | .15 hrs. |
| 2/28/06 | Review file and motion; issue order | .25 hrs. |
| 3/20/06 | Review reply and file; issue order | .60 hrs. |
| 5/18/06 | Review and letter; issue order | .20 hrs. |
| 6/2/06 | Review file and issue order | .25 hrs. |
| 7/24/06 | Prepare final order | 1.30 hrs. |
| | TOTAL: | 3.25 hrs. |

**02-094        Donald Ray Beierle**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-102        Ralph Wright**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |

1

| | | |
|---|---|---|
| 3/4/06 | Review response and issue order | .30 hrs. |
| 8/8/06 | Review file | .25 hrs. |
| | TOTAL: | .70 hrs. |

**02-182     Troy Dean Moore**

| | | |
|---|---|---|
| 3/4/05 | Review file and issue order | .15 hrs. |
| 7/20/05 | Review pleading | .10 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 3/21/06 | Review file | .50 hrs. |
| | TOTAL: | 1.00 hrs. |

**02-205     Charles Martinez**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 1/25/06 | Review letter and file; issue order | .25 hrs. |
| 3/2/06 | Review file and notice; issue order | .25 hrs. |
| 6/5/06 | Review file; issue order | .25 hrs. |
| 8/9/06 | Review settlement and issue order | .30 hrs. |
| | TOTAL: | 1.20 hrs. |

**02-220     Anthony Mack**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/20/06 | Review response and file; issue order | .25 hrs. |
| 4/8/06 | Review letter and issue order | .25 hrs. |
| | TOTAL: | .65 hrs. |

**02-268     Vernon Rowe**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/12/06 | Review file and letter; issue order | .30 hrs. |

|  |  | TOTAL: | .70 hrs. |
|---|---|---|---|

**02-309** **Harold Stahl**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/2/06 | Review response and file; issue order | .15 hrs. |

|  | TOTAL: | .30 hrs. |
|---|---|---|

**02-317** **Mariano DeLaCruz**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 7/27/06 | Review file and prepare final order | 1.40 hrs. |

|  | TOTAL: | 1.80 hrs. |
|---|---|---|

**02-319** **Vincent Espalin**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/15/06 | Review file and motion; issue order | .20 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |

|  | TOTAL: | .60 hrs. |
|---|---|---|

**02-352** **Fabian Gallegoes**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/15/05 | Review file and issue amended order | .15 hrs. |
| 3/22/05 | Review file and issue second amended order | .15 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |

|  | TOTAL: | .70 hrs. |
|---|---|---|

**02-364** **Danny Lee Pinkert**

| 1/3/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 11/24/05 | Review response and issue order | .20 hrs. |

|  |  | TOTAL: | .35 hrs. |

**02-368       Timothy Sanchez**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 12/3/05 | Review response and issue order | .20 hrs. |
|  | TOTAL: | .35 hrs. |

**02-384       Richard Butler**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/1/06 | Review file and joint stip.; issue order | .25 hrs. |
| 3/30/06 | Review file and issue order | .25 hrs. |
| 7/2/06 | Review file and issue order | .30 hrs. |
| 8/26/06 | Review file | .25 hrs. |
| 8/31/06 | Hearing | .30 hrs. |
| 9/2/06 | Prepare final order | .30 hrs. |
|  | TOTAL: | 1.80 hrs. |

**02-412       Alan Spreckelmeyer**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 12/26/05 | Review e-mail and file; issue order | .30 hrs. |
| 1/12/06 | Review file and issue order | .25 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
|  | TOTAL: | 1.00 hrs. |

**02-468       George C. McDaniel**

| 1/30/05 | Review file and issue order | .15 hrs. |
| 2/10/05 | Review file | .10 hrs. |
| 4/10/06 | Review response and issue order | .30 hrs. |
| 9/3/06 | Review file and prepare final order | 1.75 hrs. |
|  | TOTAL: | 2.30 hrs. |

4

**02-477**        **Greggory Oliver**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review pleadings and issue order | .15 hrs. |
| 6/22/05 | Review letter and issue order | .25 hrs. |
| 1/25/06 | Review motion and file | .20 hrs. |
| 4/28/06 | Review file and motion; issue order | .35 hrs. |
| 5/22/06 | Review motion and issue order | .30 hrs. |
| 7/17/06 | Review motion and response | .50 hrs. |
| 8/7/06 | Review of file | .35 hrs. |

                                    TOTAL:        2.25 hrs.

**02-459**        **Ronald Pierce**

| | | |
|---|---|---|
| 11/6/05 | Review file and issue order | .15 hrs. |
| 4/6/06 | Review motion and issue order | .20 hrs. |
| 4/28/06 | Review motion and file; issue order | .35 hrs. |
| 5/18/06 | Review motion and file; issue order | .30 hrs. |

                                    TOTAL:        1.00 hrs.

**02-553**        **Brian Thompson**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/12/06 | Review file and motion; issue order | .35 hrs. |
| 7/20/06 | Review file | .50 hrs. |
| 7/23/06 | Review file and complete final order | 1.15 hrs. |

                                    TOTAL:        2.15 hrs.

**02-603**        **Roderick Greig**

| | | |
|---|---|---|
| 2/13/05 | Review of file and issue order | .15 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 7/29/06 | Review file and issue order | .50 hrs. |

                                    TOTAL:        .90 hrs.

**02-628      Terry Barr**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 8/1/06 | Review file and motion - issue final order | .30 hrs. |
| | TOTAL: | .70 hrs. |

**02-689      Edward Eldridge**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 8/1/06 | Review file and issue final order | .35 hrs. |
| | TOTAL: | .75 hrs. |

**02-705      Gaynor Atkinson**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 7/26/06 | Review motion and file; issue order | .35 hrs. |
| | TOTAL: | .50 hrs. |

**02-711      Robert Hazlett**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review motion and issue order | .25 hrs. |
| 8/1/06 | Review motion and file; issue order | .35 hrs. |
| | TOTAL: | .75 hrs. |

**02-752      Nathaniel Isaacks**

| 9/18/05 | Review claim form | .10 hrs. |
| 9/23/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 8/9/06 | Review file and motion; issue final order | .25 hrs. |

|  |  | TOTAL: | .60 hrs. |
|---|---|---|---|

**02-767**      **Ben Rodriguez**

| 10/10/04 | Review of claim | .10 hrs. |
|---|---|---|
| 10/12/04 | Issue order | .10 hrs. |
| 2/15/06 | Review file and issue order | .15 hrs. |
| 8/9/06 | Review file and issue final order | .30 hrs. |

|  | TOTAL: | .65 hrs. |
|---|---|---|

**02-769**      **Gerald Chavez**

| 10/13/04 | Review of claim | .10 hrs. |
|---|---|---|
| 10/24/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/26/05 | Review file and issue OSC | .25 hrs. |
| 8/6/06 | Review file and issue final order | .40 hrs. |

|  | TOTAL: | 1.00 hrs. |
|---|---|---|

**02-772**      **Donaciano Rayos**

| 10/17/04 | Review claim | .10 hrs. |
|---|---|---|
| 11/10/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and motion; issue order | .25 hrs. |
| 8/1/06 | Review file and issue final order | .35 hrs. |

|  | TOTAL: | .95 hrs. |
|---|---|---|

**02-789**      **Jessie Tapia**

| 12/1/04 | Review claim and issue OSC | .25 hrs. |
|---|---|---|
| 1/5/05 | Review file and issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/28/05 | Review file and issue order | .25 hrs. |
| 6/25/06 | Review file and response; issue order | .25 hrs. |
| 7/22/06 | Review file and issue order of dismissal | .40 hrs. |

7

|  |  | TOTAL: | 1.40 hrs. |
|---|---|---|---|

**02-792      James Garnes**

| 12/4/04 | Review of claim and issue OSC | .25 hrs. |
|---|---|---|
| 1/8/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/5/06 | Review file and issue order | .25 hrs. |
| 7/18/06 | Review file and motion; issue order | .30 hrs. |

TOTAL:      1.10 hrs.

**02-810      Glenn Davis**

| 1/6/05 | Review file and issue order | .25 hrs. |
|---|---|---|
| 2/4/05 | Review response and issue order | .25 hrs. |
| 3/14/05 | Review supp. Form and issue order | .15 hrs. |
| 10/16/05 | Review file and issue order | .25 hrs. |
| 7/27/06 | Review file and motion; issue order | .75 hrs. |

TOTAL:      1.65 hrs.

**02-831      Paul Spence**

| 2/22/05 | Review claim | .10 hrs. |
|---|---|---|
| 2/23/05 | Issue order | .10 hrs. |
| 3/29/05 | Review file and issue order | .25 hrs. |
| 7/20/05 | Review file and response; issue order | .25 hrs. |
| 8/23/06 | Review file | .15 hrs. |
| 9/10/06 | Review file and prepare final order | 2.00 hrs. |

TOTAL:      2.85 hrs.

**02-856      Edgar Stitzel**

| 3/8/05 | Review pleadings and issue order | .25 hrs. |
|---|---|---|
| 3/25/05 | Review claim | .25 hrs. |
| 3/26/05 | Issue order | .10 hrs. |
| 4/6/05 | Review supp form and issue order | .25 hrs. |
| 11/29/05 | Review motion and issue order | .20 hrs. |

8

| | | |
|---|---|---|
| 7/27/06 | Review file and motion; issue order | .25 hrs. |
| | TOTAL: | 1.30 hrs. |

**03-053      Steven McCary**

| | | |
|---|---|---|
| 4/1/05 | Review file and issue order on hearing | .25 hrs. |
| | TOTAL: | .25 hrs. |

**03-074      Joseph C. Vigil**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .15 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| | TOTAL: | .40 hrs. |

**03-086      Lionel Gendron**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 1/8/05 | Review letter and issue order | .15 hrs. |
| 4/11/05 | Review file and issue order setting hearing | .20 hrs. |
| 4/27/05 | Review file and issue order | .20 hrs. |
| 4/30/05 | Issue amended hearing order | .15 hrs. |
| 5/4/05 | Review motion and issue order | .20 hrs. |
| 8/17/05 | Review file and issue order | .20 hrs. |
| 8/1/05 | Review letter and issue order | .20 hrs. |
| 5/25/06 | Review file | .35 hrs. |
| | TOTAL: | 1.85 hrs. |

**03-093      William Loggins**

| | | |
|---|---|---|
| 12/30/04 | Review of file and issue order | .20 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/12/05 | Review file | .15 hrs. |
| 8/13/05 | Review file and issue order | .25 hrs. |
| 8/16/05 | Review file and issue order | .20 hrs. |
| 9/1/05 | Review file and issue order | .20 hrs. |

| | | | |
|---|---|---|---|
| 5/26/06 | Review file | | .30 hrs. |
| | | TOTAL: | 1.55 hrs. |

**03-137      Travis Star Nelson**

| Date | Description | Hours |
|---|---|---|
| 12/24/04 | Review motion and file; issue order | .20 hrs. |
| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/15/05 | Review motion and issue order | .15 hrs. |
| 4/22/05 | Review motion and file; issue order | .50 hrs. |
| 5/7/05 | Review motion and issue order | .20 hrs. |
| 6/12/05 | Review file and motion; issue order | .25 hrs. |
| 7/13/05 | Review file and issue order | .50 hrs. |
| 7/26/05 | Review file and motion; issue order | .25 hrs. |
| 8/17/05 | Review witness list and file | .20 hrs. |
| 9/1/05 | Review motion and file; issue order | .25 hrs. |
| 9/11/05 | Review motion and issue order | .20 hrs. |
| 9/18/05 | Review motion from EWN; issue order | .35 hrs. |
| 9/26/05 | Review response and issue order | .20 hrs. |
| 10/9/05 | Review pleading and file; issue order | .50 hrs. |
| 11/7/05 | Review motion and issue order | .30 hrs. |
| 1/25/06 | Review motion and file; issue order | .35 hrs. |
| 3/25/06 | Review file and motion to dismiss; Issue order | 1.00 hrs. |
| 3/30/06 | Review motion and file; issue order | .45 hrs. |
| 5/7/06 | Review motion to dismiss and file; issue order | 1.50 hrs. |
| 5/20/06 | Review file and issue order for hearing | .50 hrs. |
| 6/10/06 | Review file and motion; issue order | 1.00 hrs. |
| 6/23/06 | Review motion and issue order | .35 hrs. |
| 7/22/06 | Review file and issue order resetting hearing | .50 hrs. |

| | | |
|---|---|---|
| | TOTAL: | 9.85 hrs. |

**03-152      Anthony Hernandez**

| Date | Description | Hours |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 8/17/05 | Review file | .25 hrs. |
| 8/19/05 | Review file and issue order | .15 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |

| 12/20/05 | Review file for hearing | .50 hrs. |
| 12/23/05 | Hearing | .75 hrs. |
| 12/28/05 | Review file and issue order | .75 hrs. |
| 5/27/06 | Review file and issue order for hearing | .50 hrs. |
| 6/10/06 | Review file and letter; issue order | .30 hrs. |

TOTAL:      3.60 hrs.

**03-196        Guadalupe Ramirez**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/4/06 | Review file and issue order | .30 hrs. |
| 4/11/06 | Review file and issue order for hearing | .30 hrs. |
| 5/12/06 | Review file and motion to reconsider; issue order | .50 hrs. |
| 5/22/06 | Review file and witness list | .20 hrs. |

TOTAL:      1.45 hrs.

**03-214        Paul Valverde**

| 2/16/06 | Review letter, open file, issue order | .30 hrs. |
| 3/13/06 | Review response and file; issue order | .50 hrs. |
| 3/23/06 | Review file and issue order | .25 hrs. |
| 4/11/06 | Review file and issue order for hearing | .30 hrs. |
| 5/18/06 | Review motion and file; issue order | .30 hrs. |
| 5/22/06 | Review witness list and file | .20 hrs. |

TOTAL:      1.85 hrs.

**03-226        Charles Cunningham**

| 2/4/05 | Review of claim | .10 hrs. |
| 2/6/05 | Issue order | .10 hrs. |
| 2/20/05 | Review file and issue order | .15 hrs. |
| 4/11/06 | Review file and issue order | .30 hrs. |
| 5/13/06 | Review file and issue order for hearing | .50 hrs. |
| 7/17/06 | Review file for hearing | .50 hrs. |
| 7/21/06 | Hearing | 3.25 hrs. |
| 7/29/06 | Review file | .50 hrs. |

11

| | | |
|---|---|---|
| 7/30/06 | Review file and prepare final order | 2.25 hrs. |
| | TOTAL: | 7.65 hrs. |

**03-227     Brian Caballero**

| | | |
|---|---|---|
| 1/31/05 | Review file and issue order | .15 hrs. |
| 3/20/06 | Review motion and file; issue order | .25 hrs. |
| 3/18/06 | Review motion and file; issue order | .30 hrs. |
| 4/11/06 | Review file and issue order | .30 hrs. |
| 6/12/06 | Review file and issue order for hearing | .25 hrs. |
| 8/26/06 | Review file | .25 hrs. |
| 8/31/06 | Hearing | 2.25 hrs. |
| 8/31/06 | Review exhibits and file | 1.00 hrs. |
| 9/10/06 | Prepare final order | 2.00 hrs. |
| | TOTAL: | 6.75 hrs. |

**03-229     Marvin Vasicek**

| | | |
|---|---|---|
| 12/29/04 | Review of file and issue order | .15 hrs. |
| 3/11/06 | Review motion and file; issue order | .20 hrs. |
| 4/12/06 | Review file and issue order | .30 hrs. |
| 5/13/06 | Review file and issue order for hearing | .50 hrs. |
| 7/17/06 | Review file for hearing | .50 hrs. |
| 7/21/06 | Hearing | 1.75 hrs. |
| 7/24/06 | Review of file | .75 hrs. |
| 7/29/06 | Prepare final order | 1.40 hrs. |
| | TOTAL: | 5.55 hrs. |

**03-230     Manuel DePineda**

| | | |
|---|---|---|
| 1/6/05 | Review of file and issue order | .15 hrs. |
| 2/13/06 | Review answer and file; issue order | .30 hrs. |
| 4/12/06 | Review file and issue order | .50 hrs. |
| 6/12/06 | Review file and issue order for hearing | .25 hrs. |
| 8/18/06 | Review file and motion | .50 hrs. |
| 8/9/06 | Issue order | .25 hrs. |
| 8/26/06 | Review motion and file; issue order | .30 hrs. |

| | | |
|---|---|---|
| 8/31/06 | Hearing | .50 hrs. |
| 9/2/06 | Prepare final order | .25 hrs. |
| | TOTAL: | 3.00 hrs. |

**03-233      Robert Lovato**

| | | |
|---|---|---|
| 12/2204 | Review file and issue order | .20 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 4/14/06 | Review file and issue order | .30 hrs. |
| 5/13/06 | Review file and issue order for hearing | .50 hrs. |
| 7/17/06 | Review file for hearing | .50 hrs. |
| 7/21/06 | Hearing | 1.75 hrs. |
| 7/29/06 | Review file and exhibits; prepare final order | 1.50 hrs. |
| | TOTAL: | 5.00 hrs. |

**03-237      David Doremus**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 2/22/06 | Review response and file; issue order | .25 hrs. |
| 4/16/06 | Review file | .35 hrs. |
| 7/27/06 | Review file and motion; issue order | .35 hrs. |
| | TOTAL: | 1.10 hrs. |

**03-242      Marlon Smith**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/16/06 | Review response and issue order | .25 hrs. |
| 4/16/06 | Review file | .35 hrs. |
| 4/23/06 | Review file and issue order | .25 hrs. |
| 6/12/06 | Review file and issue order for hearing | .25 hrs. |
| 8/26/06 | Review file | .30 hrs. |
| 8/31/06 | Hearing | 1.40 hrs. |
| 8/31/06 | Review file and exhibits | .50 hrs. |
| 9/1/06 | Prepare final order | 2.00 hrs. |

|  |  | TOTAL: | 5.45 hrs. |

**03-250**      **Donnell Monroe**

| 12/20/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 5/2/05 | Review motion and file; issue order | .50 hrs. |
| 6/12/05 | Review motion and file | .15 hrs. |
| 7/30/05 | Review file | .15 hrs. |
| 2/25/06 | Review motion and file; issue order | .25 hrs. |
| 3/4/06 | Review file, motion, response; issue order | .25 hrs. |
| 5/13/06 | Review letter and file; issue order | .35 hrs. |
| 6/5/06 | Review file for hearing | .50 hrs. |
| 6/17/06 | Review file and issue order | .25 hrs. |
| 6/29/06 | Review file and issue order | .30 hrs. |
| 7/20/06 | Review of file for hearing | .50 hrs. |
| 7/21/06 | Hearing | 2.00 hrs. |
| 7/30/06 | Begin work on final order | 1.25 hrs. |
| 8/1/06 | Work on final order | 2.25 hrs. |
| 8/2/06 | Finalize final order | 1.00 hrs. |

|  | TOTAL: | 9.95 hrs. |

**03-252**      **Edith Cobb**

| 1/3/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 5/13/06 | Review file and issue order | .30 hrs. |

|  | TOTAL: | .70 hrs. |

**03-256**      **Jerry Simmons**

| 12/29/04 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 5/28/06 | Review file | .25 hrs. |
| 5/31/06 | Review file and issue order | .35 hrs. |

|  | TOTAL: | 1.00 hrs. |

**03-257**      **Pete Cisneros**

14

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 5/30/06 | Review file and issue order | .25 hrs. |
| | TOTAL: | .65 hrs. |

**03-265        Karen Miller**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 10/15/05 | Review file and motion; issue order | .25 hrs. |
| 12/3/05 | Review motion; issue order | .20 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 6/15/06 | Review of file | .50 hrs. |
| 6/20/06 | Review file and issue order | .25 hrs. |
| | TOTAL: | 1.60 hrs. |

**03-277        Jason McEwan**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .20 hrs. |
| 2/19/06 | Review motion and file; issue order | .30 hrs. |
| 2/22/06 | Prepare order | .20 hrs. |
| 4/6/06 | Review response and issue order | .25 hrs. |
| | TOTAL: | .95 hrs. |

**X-170        Robert Castello**

| | | |
|---|---|---|
| 2/12/06 | Review letter and issue order; open file | .50 hrs. |
| 4/18/06 | Review claim and issue order | .30 hrs. |
| 5/25/06 | Review file and issue order | .25 hrs. |
| 7/18/06 | Review file and issue final order | .30 hrs. |
| | TOTAL: | 1.35 hrs. |

**X-175        Russell Kueker**

| | | |
|---|---|---|
| 5/23/06 | Review letter; open file and issue order | .50 hrs. |
| 7/29/06 | Review file and issue order | .35 hrs. |

|  |  | TOTAL: | .85 hrs. |

**X-177**      **Raymond Olivencia**

| 6/17/06 | Review letter open file and issue order | .50 hrs. |
| 8/24/06 | Review file and enter order of dismissal | .25 hrs. |

|  |  | TOTAL: | .75 hrs. |

**X-178**      **Stewart Case**

| 6/25/06 | Review letter and issue order | .35 hrs. |
| 8/23/06 | Review file and issue order of dismissal | .30 hrs. |

|  |  | TOTAL: | .65 hrs. |

**X-181**      **Leo Montoya**

| 7/8/06 | Review letter, open file and issue order | .30 hrs. |
| 7/22/06 | Review claim and issue OSC | .30 hrs. |
| 8/14/06 | Review file and response; issue final order | .25 hrs. |

|  |  | TOTAL: | .85 hrs. |

TOTAL HOURS:  114.15 hours

**EXHIBIT E**

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 7/20/06 | Ft. Lyon and return | 7.00 hrs. |
| 8/30/06 | Sterling and return | 4.00 hrs. |
| | TOTAL TRAVEL TIME: | 11.00 hrs. |

**Lodging Expenses:**

| | | |
|---|---|---|
| 7/20/06 | La Junta | $ 90.85 |
| 8/30/06 | Sterling | $ 96.83 |

1

## EXHIBIT F

### Work Done By Bruce D. Pringle

Claims closed during the period ending September 15, 2006. Work done prior to September 15, 2004 has already been billed:

#### Lawrence Beeman  03-220

| 7/28/06 | Review Motion filed by claimant and dictate Order | .50 hrs |
|---------|--------------------------------------------------|---------|

#### William Loggins 03-093

| 7/28/06 | Prepare for hearing on Loggins claim; review file and claim summaries; conduct hrg. on claim on record (nonappearance) | 1.00 hrs |
|---------|--------------------------------------------------|---------|

#### Elizabeth Cobb 03-252

| 7/28/06 | Prepare for hearing on Cobb claim; review file and claim summaries; conduct hrg. on claim on record (nonappearance) | 1.00 hrs |
|---------|--------------------------------------------------|---------|

#### Danny Lee Pinkert 02-364

| 8/1/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order granting relief; review and revise draft of findings, conclusions, and Order | 2.00 hrs |
|--------|--------------------------------------------------|---------|

#### Timothy V. Sanchez 02-368

| 8/1/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims; review and revise draft of findings, conclusions, and Order | 1.50 hrs |
|--------|--------------------------------------------------|---------|

#### Troy Dean Moore 02-182

| 8/1/06 | Review Claim, Supplemental Claim, Response | 1.50 hrs |
|--------|--------------------------------------------------|---------|

1

and Exhibits; prepare draft of findings of fact,
conclusions of law and Order dismissing
claims; review and revise draft of findings,
conclusions, and Order

**Vincent A. Espalin 02-319**

| | | |
|---|---|---|
| 8/2/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims; review and revise draft of findings, conclusions, and Order | 2.50 hrs |

**Troy Fettes 02-096**

| | | |
|---|---|---|
| 8/2/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims; review and revise draft of findings, conclusions, and Order | 2.00 hrs |

**Donald Ray Beierle 02-094**

| | | |
|---|---|---|
| 8/3/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order dismissing claims; review and revise draft of findings, conclusions, and Order | 2.50 hrs |

**Wanda Crawford 02-028**

| | | |
|---|---|---|
| 8/4/06 | Review Claim, Suplemental Claim, Response and Exhibits | 1.50 hrs |

**Harold D. Stahl 02-309**

| | | |
|---|---|---|
| 8/4/06 | Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 1.00 hrs |

**Richard Schults 02-065**

2

8/7/06  Review Claim, Supplemental Claim, Response          2.50 hrs
        and all Exhibits; Prepare draft of findings of
        fact, conclusions of law, and Order
        dismissing claims; review and
        revise draft of findings, conclusions and
        Order

### Mack, Thomas 02-259

8/8/06  Review Claim, Supplemental Claim, Response          2.00 hrs
        and all Exhibits; Prepare draft of findings of
        fact, conclusions of law, and Order
        dismissing claims; review and
        revise draft of findings, conclusions and
        Order

### Achell Pack 02-185

8/8/06  Review Claim, Supplemental Claim, Response          2.00 hrs
        and all Exhibits; Prepare draft of findings of
        fact, conclusions of law, and Order
        dismissing claims; review and
        revise draft of findings, conclusions and
        Order

### Anthony Murphy 02-279

8/8/06  Review Claim, Supplemental Claim, Response          1.00 hrs
        and all Exhibits

8/9/06  Legal research re definition of "mobility           2.00 hrs
        impairment;" Prepare draft of findings of fact
        conclusions of law, and Order dismissing claims;
        review and revise draft of findings, conclusions and
        Order

### Alfred Raglin 02-285

8/9/06  Review Claim, Supplemental Claim, Response          2.25 hrs
        and all Exhibits; Prepare draft of findings of
        fact, conclusions of law, and Order
        dismissing claims; review and

3

revise draft of findings, conclusions and
Order

### Albert Hill 02-399

8/9/06    Review Claim, Supplemental Claim, Response          2.00 hrs
          and Exhibits; prepare draft of findings of fact,
          conclusions of law and Order granting relief;
          review and revise draft of findings,
          conclusions, and Order

### Darrell Payne 02-389

8/10/06   Review Claim, Supplemental Claim, Response          1.75 hrs
          and all Exhibits; Prepare draft of findings of
          fact, conclusions of law, and Order
          dismissing claims; review and
          revise draft of findings, conclusions and
          Order

### Alan Spreckelmeyer 02-412

8/14/06   Review Claim, Supplemental Claim, Response          2.75 hrs
          and all Exhibits; Prepare draft of findings of
          fact, conclusions of law, and Order
          dismissing claims; review and
          revise draft of findings, conclusions and
          Order

### Terrence Allen Blount 02-301

8/14/06    Review Claim, Supplemental Claim, Response         2.50 hrs
          and Exhibits; prepare draft of findings of fact,
          conclusions of law and Order granting relief;
          review and revise draft of findings,
          conclusions, and Order

### Encarnacion T. Rivera 02-382

8/14/06   Review Claim, Supplemental Claim, Response          2.00 hrs
          and all Exhibits; Prepare draft of findings of
          fact, conclusions of law, and Order
          dismissing claims; review and

4

revise draft of findings, conclusions and
Order

### Daniel Robles 02-296

8/15/06  Review Claim, Supplemental Claim, Response          2.25 hrs
and all Exhibits; Prepare draft of findings of
fact, conclusions of law, and Order
dismissing claims; review and
revise draft of findings, conclusions and
Order

### Felix Mike Ortega 02-362

8/15/06  Review Claim, Supplemental Claim, Response          2.75 hrs
and all Exhibits; Prepare draft of findings of
fact, conclusions of law, and Order
dismissing claims; review and
revise draft of findings, conclusions and
Order

### George C. Murphy 02-379

8/17/06  Review Claim, Supplemental Claim, Response          2.00 hrs
and all Exhibits; Prepare draft of findings of
fact, conclusions of law, and Order
dismissing claims; review and
revise draft of findings, conclusions and
Order

### Jason Preble 02-295

8/21/06  Review Claim, Supplemental Claim, Response          2.50 hrs
and all Exhibits; Prepare draft findings of fact
conclusions of law, and Order dismissing
claims; review and revise draft of findings,
conclusions and Order_

### Leon Bates 02-113

8/21/06  Review Claim, Supplemental Claim, Response          2.00 hrs

5

and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order

### Edgar Allen Stitzel 02-856

8/22/06  Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order_          1.75 hrs

### Ronald G. Pierce 02-459

8/22/06  Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order_          2.25 hrs

### Greggory Wade Oliver 02-477

8/22/06  Review Claim, Supplemental Claim, Response and all Exhibits          1.00 hr

8/23/06  Legal research re case law relating to vision impairments and major life activity of reading; Prepare draft findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions, and Order          2.25 hrs

### Ralph Wright 02-102

8/24/06  Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order_          2.25 hrs

### Anthony Mack 02-220

8/24/06  Review Claim, Supplemental Claim, Response          2.00 hrs

and all Exhibits; Prepare draft findings of fact
conclusions of law, and Order dismissing
claims; review and revise draft of findings,
conclusions and Order

### Vernon Rowe 02-268

| 8/24/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 2.00 hrs |

### Wayne Brown 02-199

| 8/25/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 1.75 hrs |

### Bruce C. Peterson 02-516

| 8/25/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 3.25 hrs |

### Dung Duong 02-207

| 8/28/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 2.25 hrs |

### Roy Hagedorn 02-454

| 8/28/06 | Review Claim, Supplemental Claim, Response and Exhibits; prepare draft of findings of fact, conclusions of law and Order granting relief; review and revise draft of findings, | 2.75 hrs |

conclusions, and Order

### Ross Morales 02-422

| | | |
|---|---|---|
| 8/29/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 2.00 hrs |

### Reuben Alvarez 02-432

| | | |
|---|---|---|
| 8/29/06 | Review Claim, Supplemental Claim, Response and all Exhibits; E-mail to D. Valente re transferring Alvarez Claim to Category III and scheduling hearing | 1.00 hrs |

### Francisco R. Fores 02-208

| | | |
|---|---|---|
| 8/29/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 2.50 hrs |

### Marvin Eddings 02-504

| | | |
|---|---|---|
| 9/2/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 2.75 hrs |

### Robert Taylor 02-498

| | | |
|---|---|---|
| 9/2/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft findings of fact conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order. | 2.25 hrs |

### Joseph Vigil 02-433

8

9/2/06   Review Claim, Supplemental Claim, Mo          1.00 hr
         to Dismiss and all Exhibits; Direct that
         Mo to Dismiss be denied and Order
         Response to Claim on the merits

**David W. Smith Jr. 02-171**

9/5/06   Review Claim, Supplemental Claim, Response    1.75 hrs
         and all Exhibits; Prepare draft findings of fact
         conclusions of law, and Order dismissing
         claims; review and revise draft of findings,
         conclusions and Order.

**William Porter 02-456**

9/5/06   Review Claim, Supplemental Claim, Response    2.25 hrs
         and all Exhibits; Prepare draft findings of fact
         conclusions of law, and Order dismissing
         claims; review and revise draft of findings,
         conclusions and Order.

**Walter Price 02-495**

9/5/06   Review Claim, Supplemental Claim, Response    1.00 hrs
         and all Exhibits; transfer Price Claim to
         Category III for hearing

**Brian Walton 02-430**

9/7/06   Review Claim, Supplemental Claim, Response    2.75 hrs
         and all Exhibits; Prepare draft findings of fact
         conclusions of law, and Order dismissing
         claims; review and revise draft of findings,
         conclusions and Order.

**Gregg K. Johnson Jr. 02-430**

9/11/06  Review Claim, Supplemental Claim, Response    1.00 hrs
         and all Exhibits (claim to be transferred to
         Category III for hearing)
                                                    _____

                        TOTAL HOURS:    95.00 hrs.

9

**EXHIBIT G**

**Work Done By Richard C. Davidson (July 16, 2006 - September 15, 2006) on Claims**

| | | |
|---|---|---|
| 01-003 | Robert Griego | .75 hrs. |
| 01-029 | George Aragon | .75 hrs. |
| 01-200 | Michael Edmund | 1.00 hrs. |
| 02-057 | Charles Shepard | 1.00 hrs. |
| 02-059 | Anthony Saracusa | 1.25 hrs. |
| 02-089 | Julio Nunez | 1.25 hrs. |
| 02-138 | Jose Acevedo | .75 hrs. |
| 02-142 | William Gonzales | .50 hrs. |
| 02-157 | Darin Klocker | 1.00 hrs. |
| 02-175 | Richard Brenks | 1.25 hrs. |
| 02-218 | Scott Gray | .60 hrs. |
| 02-261 | Anthony Wantack | 1.00 hrs. |
| 02-264 | Junior Lybrand | 1.00 hrs. |
| 02-266 | Fernando Ramirez | .50 hrs. |
| 02-350 | Andrew Claransen | 1.00 hrs. |
| 02-374 | Roger Marsh | .80 hrs. |
| 02-318 | Richard Hickey | 1.00 hrs. |
| 02-385 | John Hammonds | 1.25 hrs. |
| 03-078 | Robert Garnett | 2.00 hrs. |
| 03-265 | Karin Miller | 1.00 hrs. |
| 03-277 | Jason McEwen | 1.00 hrs. |
| 03-280 | Clarence Hart | 1.00 hrs. |

TOTAL:            21.65 hrs.

1

## EXHIBIT H

**Administrative Work Done By Richard C. Davidson (July 16, 2006 - September 15, 2006)**

*Miscellaneous work done to review mail, etc.*          2.50 hrs.

TOTAL:          2.50 hrs.

1

# EXHIBIT I

## Travel Time and Lodging Expenses of Richard C. Davidson

Period ending September 15, 2006.

No Lodging Expenses

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Fifteenth Application for Payment of Fees and Costs this _21_ day of September, 2006 to the following:

Ms. Paula Greisen
Mr. David H. Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203