Larry D. Sims-Dupont, 49971
49030 State Hwy. 71
Limon, Co 80826

22th September, 2006

State of Colorado
Hon. Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, Co 80030-4444

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2006

GREGORY C. LANGHAM
CLERK

Re: Case Action No. 92-N-870 Montez v. Owens et al.,

Dear Hon. Borchers:

Greetings! Now after reviewing your "Instructions for Filing of Claim Form" you again claim that this is NOT limited based on walking, seeing, hearing, or working.

Now, from medicals point of view those with seizures with the end results of death and its parmanent, and no its not

Page Two
II

going to improve within six (6) months.

Also, a Allen K. Elder, #114893 is very disabled mentally, yet when he told those at DOC, they did nothing, and when they did do some it was solely done out of discrimination and to clearly to harm and retaliate, yet even the most simple minded person could tell that his <u>fundamental rights</u> are being violated in whole.

Yet, those at DOC and LCF bad assertions of it or him being either a security risk or interests shall <u>NOT</u> again justify the loss of his <u>fundamental rights</u>, see:

- <u>Bradbury v. Wainwright</u>, 718 F2d 1538, 1543 (11th Cir. 1983)

Now DOC, nor LCF have complied with the Settlement Agreement which again one <u>MUST</u> place himself or herself within the level <u>FEAR OF DEATH</u> or some other severe physical, et al damage(s) or injuries... now I or we ask this court and you, Hon. Borchers to allow this action to be re-opea-

Page Three
III

ed, if NOT filed or refiled with new plaintiffs, et al.

Again this is your call, at this time, I shall forward this letter to the U.S. District Court, if I am in error, please forward this to the correct person, as well as department.

Again and further more thank you for all your time and effort, as well as patience. Write back - SAVE US.

Respectfully,

/s/ Larry Darnell Sims-Dupont, #49971

Allen Keith Elder
/s/ Allan K. Elder, #114893

A-1-11



*Never agreed*

**Anthony A. DeCesaro, Grievance Officer**

# Memo

TO: Offender Sims #49971 LU1

FROM: Anthony A. DeCesaro
Grievance Officer

DATE: Sept. 14, 06

RE: Grievance delay-
C-LFOW/07-32

This memo is sent to inform you that your grievance is the process of being investigated and evaluated. Due to the extreme volume of grievances currently pending the response time limit of 45 days will not be met for this grievance. All grievances are being investigated and answered in order of receipt. Efforts are being made to reduce the backlog.

I thank you for your patience and cooperation in this matter. Your response will be forthcoming.

1

Medical - Cadwallader