IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

_____

# ORDER
_____

The motion to re-open the case filed by Larry Darnell Sims-Dupont (#2292) is incomprehensible and fails to state any ground to reopen the case. It is therefore DENIED.

Dated this 27th day of September, 2006.

        BY THE COURT:

        s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge