OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Fred F. Franzone
241 North 4th Street
General Delivery
Grand Junction, CO 81501



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2006

GREGORY C. LANGHAM
CLERK

SEP 26

017H15524679
HASLER $1.35⁰
09/14/2006
Mailed From 80202
US POSTAGE

CANNOT LOCATE
92-CN-870
#2257, 2258, 2259
EWN-OES