IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-558
Category II
Claimant: John Edward Walker, #97834
Address of Claimant: Deceased

_____

## ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on his own motion. The Colorado Department of Corrections (DOC) previously advised the office of the Special Masters that Claimant had died. Notice was given to next of kin, Ms. Margaret Logan, 2840 Holly Street, Denver, CO 80207. Ms. Logan and other heirs were granted up to and including March 20, 2006 in which to advise the Special Master in writing if the claim would be pursued by an heir. Nothing has been filed, and the claim will be dismissed without prejudice.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 18, 2006.**

SIGNED this 22nd day of September, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master