IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number:  03-298 (formerly 02-144)
Category:  III
Claimant:  Lawrence Handy, #44272
Address of Claimant:  c/o Neil MacFarlane, 9975 Wadsworth Pkwy, K2-433,
              Westminster, CO 80021

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on Defendants' Motion to Dismiss Due to Settlement. This claim has been settled, as reflected in the attached written agreement signed by Claimant, the State of Colorado and approved as to form by the Attorney General on behalf of the Defendants.

The Special Master had received contacts that a settlement was in the works. On August 30, 2006, the Special Master reclassified the claim from Category II and reassigned the claim from Claim number 02-144 to 03-298 purely to encourage the parties to complete the settlement. The Special Master further ordered that if a jointly agreed upon filing was not received within thirty days from the date of his order, that the claim would be set for a hearing upon the Special Master's own motion.

Being duly advised and satisfied that his orders were met and that the parties have reached agreement, pursuant to the Remedial Plan, the claim is dismissed with prejudice. A copy of the Release and Settlement agreement is attached with this Final Order.

IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

SIGNED this 27th day of September, 2006.

2

BY THE COURT:

/s/ Richard C. Davidson

_____

Richard C. Davidson,
Special Master

**CERTIFICATE OF MAILING**

       I hereby certify that I have mailed a copy of the foregoing FINAL ORDER OF SPECIAL MASTER this 27th day of September, 2006 to the following:

Mr. Neil MacFarlane, Esq.
9975 Wadsworth Pkwy, K2-433
Westminster, CO 80021

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                                  /s/ Susan L. Carter

                                                  Susan L. Carter