IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

Re: Claimant Lawrence W. Fitzgerald, Claim number 01-076

## ORDER

Kane, J.

      This matter is before the court on Claimant, Lawrence W. Fitzgerald's Objection to Final Order of Special Master (doc. #783).  The court has reviewed the final order and the objection and finds as follows:

      The standard of review is abuse of discretion and no such abuse was found.  The rulings of the Special Master are based on the evidence and the law was properly applied.  The claimant's complaints regarding quality of his medical care are beyond the scope of this case and must be raised by a separate individual action, and not as part of the remedial plan in this case.  The dismissal of this claim was appropriate.  The Objection is OVERRULED.  The Final Order of Special Master (doc. #646) is AFFIRMED.

Dated:   October 2, 2006

                BY THE COURT:

                **s/John L. Kane**
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT