IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

        Plaintiffs,

v.

BILL OWENS, et al.,

        Defendants.

_____

## ORDER
_____

This matter is before the court on the motion (#2294) of Inmate O'Boyle to force the Colorado Department of Corrections to keep him in Colorado until his claim is decided. The court does not have jurisdiction to tell the CDOC where to house particular inmates. If CDOC prefers to transfer the inmate and risk being ordered to bring him back for a hearing, that is its choice. Accordingly, it is

ORDERED that the referenced motion be DENIED.

Dated this 2nd day of October, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge