IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2006

GREGORY C. LANGHAM
CLERK

Montez vs Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

REQUEST FOR 90 Day Extension of Time
To file Objections to Final Order of Special Master

COMES NOW, I, Jimmy Bulgier (Plaintiff) Acting Pro-se in the above cause number do hereby request a 90 day extension of time in which to file his Objections to Final Order of the Special Master (Richard C. Davidson).

Plaintiff Bulgier is in receipt of the CD-ROM disk, which this court sent to Warden T. Morgan.

Plaintiff Bulgier is respectfully requesting this 90-day Extension of Time based on the following grounds.

- Plaintiff Bulgier is legally blind and is currently in the process of Transcribing the CD-ROM Transcript Audio disks (3 disks) (word for word) in to Grade 2 Braille This process is taking longer than Plaintiff Bulgier anticipated.
- Plaintiff Bulgier has been given on average 4 days per week, at 3&1/2 hours per day in which to transcribe the CD-ROM Audio Disks in the Inmate Law Library. Playing the CD-ROM disks bit by bit to obtain a word for word transcription is a very slow and tedious process.
- Plaintiff Bulgier was informed by Thomas Goodson (Adaptive Resources Manager) and Lt. Stambaugh (Inmate Law Library Manager) that the Inmate Law Library **would be closed** on October 3rd, 2006.
- The Estelle Unit in Huntsville, Texas is currently **in facility wide lock down** for its semi-annual shake down. Plaintiff Bulgier does not have access to the Inmate Law Library or Adaptive Resources class during this facility lock down.
- Plaintiff Bulgier is limited to **1 day per week**, for 3&1/2 hours at Adaptive Resources in order to work on and type his lengthy list of Objections, list of missing documents, documents not in evidence, etc.   Plaintiff Bulgier needs additional time at Adaptive Resources in which to convert his Braille transcriptions to type written form and to type out his Objections to the Final Order which he is currently appealing.
- Plaintiff Bulgier is legally blind and must depend on the kindness of other visually impaired students to assist his in proof reading the documents, which he prepares for this court. Without this special reader assistance, Plaintiff Bulgier is severely limited in the progress, which he is able to make in preparing his court documents.

- Plaintiff Bulgier respectfully requests this court to grant his request for 90 day Extension of Time in which to file his Objections to the Special Master's Order. Plaintiff Bulgier is doing the best he is able with his vision impairment and the restrictions and limitations in which he is under.

This court can contact via telephone the following staff in order to verify Plaintiff Bulgier's facts as listed above. The contact phone numbers are as follows:

Thomas Goodson
Adaptive Resources Manager
Phone (936)-291-6896
Ext. #3862 or
Ext. #3867

Lt. Stambaugh
Inmate Law Library Manager
Phone (936)-291-4200
Ext. #2216

Respectfully submitted on this 2nd Day of October 2006.

Signature: _Jim Bulgier_

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

## Certificate of Mailing

Montez vs Owens
Case #92-N-870
Consolidated with: Case #06-N-343
Individual Damage Claim #03-147


I, Jimmy Bulgier do hereby certify that I have mailed a copy of the hereto-attached "Request for 90 to 120 Day Extension of Time" to the following parties:

| | |
|---|---|
| United States District Court<br>For the District of Colorado<br>901 19th Street<br>Denver, Colorado 80294 | Office of the Attorney General<br>James X. Quinn (Asst. Attorney General)<br>1525 Sherman Street<br>5th Floor<br>Denver, Colorado 80203 |

Respectfully submitted on this 2nd Day of October 2006.

Signature: _[signature]_

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322