IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2006

GREGORY C. LANGHAM
CLERK

Montez vs Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

## REQUEST FOR CLARIFICATION

COMES NOW, I, Jimmy Bulgier, Acting Pro-se in the above cause matter do hereby request clarification of two conflicting Orders and a letter addressed to Warden T. Morgan. Plaintiff Bulgier received two Orders (one from Richard C. Davidson and one from Robert Kane) Granting Plaintiff an Extension of Time in which to file his objections. Plaintiff also received a copy of a letter addressed to Warden Morgan informing Plaintiff that the CD-ROM Transcript disks were mailed to Warden Morgan.

In the two Orders from Judges Davidson and Kane, they grant an Extension up to October 16th, 2006. However, the letter addressed to Warden Morgan states that Plaintiff Bulgier has been given an Extension up to October 31st, 2006.

Plaintiff Bulgier respectfully requests this Honorable Court to clarify these two conflicting dates of granting Plaintiff an Extension of Time. Plaintiff Bulgier has also enclosed an additional request for Extension of Time in which to file his Objections to the Final Order of the Special Master (Richard C. Davidson).

Respectfully submitted on this 2nd Day of October 2006

Signature: _____

Jim Bulgier #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322