OF THE CLERK
tates District Court
Street, Room A105
CO 80294-3589
BUSINESS

017H15524679
HASLER  $0.87⁰
09/18/2006
Mailed From 80202
US POSTAGE

Fred F. Franzone
241 North 4th Street
General Delivery
Grand Junction, CO 81501

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 2006

GREGORY C. LANGHAM
CLERK

RETURNED TO SENDER
UNCLAIMED

SEP 30

92-CV-00870-EWN-MEH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

        Plaintiffs,

v.

BILL OWENS, et al.,

        Defendants.

## ORDER

This matter is before the court on the request of Richard Malisheski for status of his claim (#2277). The court's examination of the document reveals that Mr. Malisheski was released from the DOC in 2005, admittedly did not notify the court of his change of address, was indifferent about pursuing any claim, got arrested again in August of 2006, and has discovered a new-found interest in settling any claim he may have. His claim has long since been dismissed (#903). It is now too late. His request is DENIED.

SO ORDERED.

Dated this 18th day of September, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge