IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number: 03-063
Category: III
Claimant: Roger Stewart, #107381
Address of Claimant: 530 ½ Sara Lane, Clifton, CO 81520

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 3rd day of October, 2006.

                                        BY THE COURT:

                                        */s/ Richard M. Borchers*

                                        _____
                                        Richard M. Borchers
                                        Special Master