IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-269
Category III
Claimant: William J. Otto, #77049
Address of Claimant: 232 Lake Road, Grand Junction, CO 81503

_____

## FINAL ORDER OF SPECIAL MASTER
_____

      THIS MATTER came before the Special Master on October 6, 2006 for a hearing on the claim of William Otto. The hearing was scheduled for 2:00 p.m. at the office of Legal Resolution Center in Grand Junction, Colorado. Present at that time was Jess Dance, attorney for Defendants.

      The Special Master waited until 2:35 p.m. before commencing the hearing. Claimant never appeared nor did he contact the office of the Special Master. Claimant was advised in the order of August 16, 2006 that failure to appear for the hearing would lead to a dismissal of the claim. Claimant was granted the right to have a hearing and failed to appear for that hearing. The claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 15, 2007.**

      SIGNED this 9th day of October, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master