TO THE HONORABLE JUDGE JOHN L.KANE,UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLORADO


RE: civil action no.92-n-870(OES)(CONSOLIDATED FOR ALL PURPOSES
WITH CIVIL ACTION NO.96-n-343)
JESSE MONTEZ,et al
PLAINTIFFS,
_vs.-
BILL OWENS,et al.
Defendants.

---

Claim no.02-545
Category II
Claimant:KEITH A.SCHWINAMAN #105240
address of claimant:C.T.C.F P.O BOX1010 Canon city,CO 81215-1010

---

The purpose of this letter is to inform you and thank you for
your order suspending the co-pay that D.O.C charges for emergency
visits,additional finger sticks (at inmates request) .
I have been a diabetic for 28 years(type I) I have taken thousand
-s of insulin shots in my life time.I have used the opportunity
to take additional finger sticks four or five times since your
order and three out of the five times my blood sugur has been
526/HI/ and 321/HI and just read HI,each one of these times I
have needed an additional shot of insulin to bring my blood sugur
down.One othere time out of the five times mentioned my blood
sugur was 43/low and i needed something to bring my blood sugur
back up.(I am hypoglycemic unaware meaning that i am unable to
tell if my blood sugur is high or low untill it is dangerously
low (below 35 or higher than 300. currently Medical only lets
us diabetics check there blood sugur at 0700 and 1700 (when we
get our insulin) with your order I can get my bloodsugur tested
when im not feeling well due to low or high bloodsugur and it
directly lengthens my life span,and quality of life.

(I would be unable to do additioal finger sticks without your
order as i could not afford the $10.00 charge per finger stick test.)

RESPECTFULLY SUBMITTED BY
KEITH A.SCHWINAMAN #105240
P.O BOX 1010 CANON CITY,CO
81215-1010

X Keith
#105240