IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO
OCT 11 2006
LANGHAM
CLERK

---

Claim Number 02-789
Catagory II
Claimant: Jessie Tapia, #66135
Address: Sterling Correctional Facility
        P.O. Box 6000
        Sterling, Co. 80751

---

**MOTION FOR EXTENTION OF TIME TO ESTABLISH GOOD CAUSE**

---

**COMES NOW,** the Claimant, Jesse Tapia, Pro Se, and respectfully requests the Special Master grant claimant an extention of time to establish good cause pursuant to the ORDER OF DISMISSAL OF SPECIAL MASTER.

The Claimant was also advised by the Special Master that he may file an objection to the Order pursuant to Federal Rule Of Civil Proceedure 53 (g)(2), but said objection must be filed with the Clerk Of The United States District Court, ON OR BEFORE OCTOBER 9, 2006.

The Order was signed and dated July 24, 2006 although the Claimant did not recieve the Order until September 21, 2006 due to some mailing address complications.

-2-

The Claimant is currently assigned to an intensive drug and alcohol treatment program within the Sterling Correctional Facility which makes it hard for him to fully utilize the facilities Legal Access Program on a regular basis. The Claimant is handling this Pro-Se and will need some time to research the issues at bar and properly prepare an argument to establish good cause in order to have his claim reinstated.

The Claimant also intends to file an objection according to the previously stated Federal Guidelines. In order to properly file the objection the Claimant will need some time to research the rules due to his limited legal knowledge.

Therefore, the Claimant Prays this Honorable Court will issue it's ORDER granting an extention of time until November 9, 2006.

Signed this 3rd day of October, 2006.

Sincerely,

Jesse Tapia #66135

*Jessie K Tapia*

CERTIFICATE OF MAILING

I hereby certify I have mailed a copy of the foregoing MOTION FOR EXTENTION OF TIME TO ESTABLISH GOOD CAUSE this 3rd day of October, 2006 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Ms. Brooke Meyer
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Co. 80203

Jesse Tapia #66135
*Jessie K Tapia*