IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 870, (OES)( CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO. 343).

JESSE MONTEZ, et, al,. PLAINTIFF'S

-vs-

BILL OWENS, et, al,. DEFENDANT'S.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2006

GREGORY C. LANGHAM
CLERK

---

CLAIM NO. 03-206

CATEGORY III

CLAIMANT, DEAN ROSS DENTON #108801

ADDRESS, C.T.C.F. P. O. BOX 1010, CANON CITY, CO. 81215.

---

MOTION REQUESTING THE HONORABLE JUDGE KANE REPLY OR ANSWER THE NUMEROUS UNANSWERED MOTIONS FILED BY THIS CLAIMANT, IN WHICH THIS CLAIMANT IS ENTITLED TO JUDICIAL ANSWERS ON HIS MOTIONS.

---

COMES NOW THE CLAIMANT "DEAN ROSS DENTON", Filing Pro-Se in the Honorable Court of Judge Kane. And hereby requesting that Judge Cane review this Claimant's File and allow this Claimant answers to all his previous filed motions.

A.)- Claimant has Motions that have been filed with the Special Masters that date back close to a year of unanswered Judicial Decisions in this Claimant's Case.

B.)- Additionally this Claim and Claimant was denied his mobility impairment although this Claimant was advised that he would never work again through the Social Security and Workmens Comp.

C.)- Claimant encloses documents as Exhibit-(JJ), that consists of the Medical Doctors opinions and testing that this Claimant should not walk more than (40)-Yrd's without oxygen.

D.)- Claimant had filed a Motion for a Status Conference in this case. Special Master "Honorable Brochers" denied the motion, but delayed the matter for a Status Conference upon the time a Hearing Date was set. Once the hearing date was set this Claimant filed for a Status Conference with the Special Masters with any reply at all.

E.)- Claimant has filed for discovery from the C.D.O.C. Pharmacy through the Special Masters which was not Answered as well.

F.)- In all this Claimant has filed several motions that date back close to a year that have never been answered by the Special Masters. It is Requested that the Honorable Judge Kane therefore answer these motions to allow this claimant a fair legal status in this claim.

G.)- Claimant again requests that the Honorable Court of Judge Kane review that the Claimant was falsely denied his mobility status by the same C.D.O.C. doctor that wrote that the Claimant could not walk (40)-Yrds without the use of oxygen. It should also be noted that the claimant also uses a cane as needed.

Wherefore this Claimant Pleads that the Honorable Judge Kane Review the numerous unanswered Motions filed by this claimant and rule in favor of the Claimants needs. Claimant has contacted the A.I.C. with Grievances over the opinion of denied disability, which the A.I.C. is not answering after three months.

Claimant has placed all appropriate case law in the Motions that have not been answered by the Special Masters.

(PAGE .3.)



DEAN ROSS DENTON #108801

CERTIFICATE OF MAILING

   I Certify that a Original and Appropriate copies were mailed through the U.S. Mail Service and the Prison Mail System.

   On this 27-Th day of September, 2006

cc: U.S. DISTRICT COURT
HONORABLE JUDGE KANE.

cc: Attorney General's Officer
1525 SHERMAN ST.
DENVER, CO. 80203

Dean Ross Denton #108801

CHRONIC CARE CLINIC
Page 1 of 2

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: CREANY, TIMOTHY
Printed at: 05/25/2006 16:56:43
Encounter#: 1206380 @ FF

| 108801 | DENTON, DEAN R | Facility: FF | LU: FCF/L.U.3 | E | 9 | B |

### SUBJECTIVE

Pt scheduled for CCC for COPD.
SUBJECTIVE: Pt has COPD diagnosed 2003
Risk factors: 2 ppd x 20 years, also worked drywalling x 15 years, spray painting- no masks worn
Quit smoking: 1996
FEV1/FVC (date): 87% 10/05 pre- post= 92%. both fev1 and fvc are reduced
Orthopnea/PND: no/no
Exercise Tolerance defined by yards to dyspnea: 100 yards
Side effects include: cp - see below, no other clear side effects.
Frequency of Neb use: 1 a day

HTN- added salt, avg bp 132/86
pt reports having chest pain since being started on atenolol about 3/06. the pain is described as left-sided and not related to stress or exertion. the pain resolves spont and does not seem to decrease w rest. he is concerned this pain is his heart and not his lungs.

Active Medication(s): ASA ENTERIC - 325 MG 1 qd; CHLOR-TRIMETON - 4 MG; DUONEB INHALA 0.5/3.0 MG - 0.5/3.0 MG 1 qd; FLOVENT HFA - 110 MCG 4p bid; HCTZ - 50 MG 1 qd; KLONOPIN - 1 MG; MOTRIN - 800 MG; NORVASC - 5 MG 2 qd; PRILOSEC - 20 MG; SALICYLIC ACID PLAST - 40%; SINGULAIR - 10 MG 1 qd; SPIRIVA HANDIHALER - 18MCG 1 qd; TENORMIN - 50 MG 1 qd; TETRACYCLINE - 250 MG; VENTOLIN INHALER - 90MCG; ZOMIG - 2.5 MG

### OBJECTIVE

OBJECTIVE:
General: alert, no apparent distress
Head: normocephalic, atraumatic
Eyes: PERRLA, EOMI, conjunctiva normal
Cardiac: RRR, no murmurs, nl precordium
Lungs: CTA, no increased respiratory effort
Skin: warm, dry, no visible lesions, no palpable nodules
Ext: no c/c/e x 4

Pt educated about his disease

### ASSESSMENT

401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION- pt is concerned the atenolol is causing his cp. i doubt this, but based on his discussion will cont it until the stess test is done. then if stress test -, may replace the med.
278.01 - MORBID OBESITY- d/w pt he needs to lose wt
496 - CHRONIC AIRWAY OBSTRUCTION NEC + RLD from obesity- i agree w his current regimen. cont same and will req pulm f/u x 1
CHEST PAIN- need to r/o cad. will stress
99214 - OFFICE OUTPT EST 25 MIN

**Vitals:**
Temperature: 95.9  Pulse: 53  Weight: 253
Respiratory: 16  BP: 121 / 81
Vitals Taken: PULSE OXSYM=96.00;

### PLANS / ORDERS

Allergies: DARVOCET N-100

☑ ccc in 6 mos
*placed in scheduling.*

☑ check cmp now
*placed in labs.*

☑ check cmp, fasting lipids in 5 mos
*placed in lab.*

☑ D/C - Rx#: 1957181 Drug Brand Name: DUONEB INHALA 0.5/3.0 MG - 0.5/3.0 MG Alternate Name: ALBUTEROL/IPRATROPIUM Rx Date: 08/15/2005 Disc Date: 05/25/2006 Rx Instructions: FOUR TIMES A DAY AS NEEDED (NEBULIZERS)

☑ D/C - Rx#: 2033872 Drug Brand Name: HCTZ - 50 MG Alternate Name: HYDROCHLOROTHIAZIDE Rx Date: 03/02/2006 Disc Date: 05/25/2006 Rx Instructions: ONE TABLET EVERY MORNING

☑ D/C - Rx#: 2033874 Drug Brand Name: NORVASC - 5 MG Alternate Name: AMLODIPINE Rx Date: 03/02/2006 Disc Date: 05/25/2006 Rx Instructions: TWO TABLETS DAILY

☑ D/C - Rx#: 2033877 Drug Brand Name: TENORMIN - 50 MG Alternate Name: ATENOLOL Rx Date: 03/02/2006 Disc Date: 05/25/2006 Rx Instructions: ONE TABLET DAILY FOR BLOOD PRESSURE.

☑ D/C - Rx#: 2039646 Drug Brand Name: VENTOLIN INHALER - 90MCG Alternate Name: ALBUTEROL INH Rx Date: 03/20/2006 Disc Date: 05/25/2006 Rx Instructions: TWO PUFF(S) FOUR TIMES A DAY

☑ NEW - Rx#: 2064061 Drug Brand Name: HCTZ - 50 MG Alternate Name: HYDROCHLOROTHIAZIDE Rx Date: 05/25/2006 Disc Date: 05/20/2007 Rx Instructions: ONE TABLET EVERY MORNING

Datetime: 05/25/2006 16:01   Providers: CREANY, TIMOTHY P

PA/NP/RD _____  PHYSICIAN _____  NURSE _(signature) RN_
Datetime: 05/25/2006 16:01   Provider: CREANY, TIMOTHY P   DateTime 5/26/06 : 0900

Exhibit TT-1-0 P.11

| CHRONIC CARE CLINIC | DEPARTMENT OF CORRECTION | Printed By: CREANY, TIMOTHY |
|---|---|---|
| Page 2 of 2 | AMBULATORY HEALTH RECORD | Printed at: 05/25/2006 16:56:43 |
| | | Encounter#: 1206380 @ FF |

| 108801 | DENTON, DEAN R | Facility: FF | LU: FCF/L.U.3 | E | 9 | B |

**SUBJECTIVE**

Temperature:    Pulse:    Weight:
Respiratory:    BP: /

**PLANS / ORDERS**

[✓] NEW - Rx#: 2064062  Drug Brand Name: NORVASC - 5 MG  Alternate Name: AMLODIPINE  Rx Date: 05/25/2006  Disc Date: 05/20/2007  Rx Instructions: TWO TABLETS DAILY

[✓] NEW - Rx#: 2064063  Drug Brand Name: TENORMIN - 50 MG  Alternate Name: ATENOLOL  Rx Date: 05/25/2006  Disc Date: 05/20/2007  Rx Instructions: ONE TABLET DAILY FOR BLOOD PRESSURE.

**OBJECTIVE**

[✓] NEW - Rx#: 2064064  Drug Brand Name: VENTOLIN INHALER - 90MCG  Alternate Name: ALBUTEROL INH  Rx Date: 05/25/2006  Disc Date: 05/20/2007  Rx Instructions: TWO PUFF(S) FOUR TIMES A DAY

[✓] NEW - Rx#: 2064065  Drug Brand Name: DUONEB INHALA 0.5/3.0 MG - 0.5/3.0 MG  Alternate Name: ALBUTEROL/IPRATROPIUM  Rx Date: 05/25/2006  Disc Date: 05/25/2007  Rx Instructions: FOUR TIMES A DAY AS NEEDED (NEBULIZERS)

[✓] NEW - Rx#: 2064066  Drug Brand Name: MEVACOR - 40 MG  Alternate Name: LOVASTATIN  Rx Date: 05/25/2006  Disc Date: 05/20/2007  Rx Instructions: ONE TABLET EVERY EVENING

[✓] Outside Consultation#: 75665 - Level: 1 MONTH - Request: PULMONARY - Location: DR. OFFICE

**ASSESSMENT**

[✓] Outside Consultation#: 75668 - Level: 1 MONTH - Request: STRESS ECHO - Location: PUEBLO CARDIO

Datetime: 05/25/2006 16:01     Providers: CREANY, TIMOTHY P

PA/NP/RD _____  PHYSICIAN _____  NURSE _Jankelaw: Rn_
Datetime: 05/25/2006 16:01   Provider: CREANY, TIMOTHY P   DateTime 5/26/06: 0900

January 12, 1995

1-12-95

**DEAN DENTON**
Follow Up Visit

Mr. Denton is a gentleman with chronic intractable pain. He is presently seeing Dr. Michael Moffett, who has diagnosed a major depressive disorder. He feels that the Xanax is beneficial for the patient and it is recommended that he be on 0.5 mg. QID. We may possibly consider placing him on an anti-depressant. In regards to medications, he current medications are Lorcet 10/650, one tablet QID, and Xanax, 0.5 mg. QID. I have also ordered some massage therapy for him, along with a therapeutic brace. His medications will be refilled as scheduled. He understands this. I will plan on seeing him back in two months' time.

Alan R. Murphy, M.D.
ARM:mgs

cc: P. Michael Moffett, M.D.

---

March 23, 1995

**DEAN DENTON**
Follow Up Visit

Dean is a patient with chronic intractable back pain and intermittent leg pain. He recently had a fall while shoveling snow and developed increasing symptomatology. An MRI scan was obtained, which failed to demonstrate a disc herniation or obvious nerve root encroachment at the level of the fusion or above. He did have some relief from the Medrol Dosepak and steroid epidural injections were offered, but the patient never showed for these appointments. However, he does show up for his narcotics, which were refilled today. His Xanax has been increased to one mg. QID and his Lorcet 10/650 has been refilled today. He was also given Mepergan Forte, #30, as a one month supplement. Because this is turning to a chronic, intractable pain problem, I have contacted Dr. John Tyler. Dr. Tyler has agreed to see the patient is consultation on May 17, 1995 for evaluation for a chronic pain management program. I went in to detail about his case and will plan on sending office notes to Dr. Tyler.

Alan R. Murphy, M.D.
ARM:mgs

cc: P. Michael Moffett, M.D.

p.3

```
= MEDICAL ============ QUERY MEDICAL INFORMATION ========= 11/27/2002 =  MSG
  Doc No: 108801        DENTON, DEAN R                CTCF/CH3    PRES FACIL
+========================================================================
                          PgUp for Medical/Dental Conditions and Procedures
      Last Diagnostic Notes
      Medical Housing Restrictions            Medical Assignment Restrictions

 Date Assgnd Date Rslvd Restrictn  Qu    Date Assgnd Date Rslvd Restrictn  Qu
 ----------- ---------- ----------  --   ----------- ---------- ----------  -

  04/20/2001 05/11/2001 FIRST-TIER      04/20/2001                EXCERCISE
  04/20/2001 06/13/2002 LOWER BUNK      04/20/2001                NO BENDING
  07/03/2001 10/11/2001 SINGLE CL       04/20/2001                INTENSIVE
  01/28/2002            WDG PILLOW      04/20/2001                SQUATTING
  06/18/2002            LOWER BUNK      04/20/2001                NOHVY-LIFT

  07/25/2002            FIRST-TIER      11/27/2002                SITTING


 Medical Comments - (Non-Confidential Information Only)
      11/27/02 NO SITTING OR STANDING FOR MORE THAN ONE HOUR; NO
      BENDING; NO TWISTING; MUST REST 15" EVERY HOUR, BOTTOM BUNK AND

      FIRST TIER; CANE; AND HANDICAPPED SEATING X ONE YEAR


+F7 to View Last DU Notes
```

P.4.)

```
= MEDICAL ============ QUERY MEDICAL INFORMATION ========= 11/22/2004 =
  Doc No: 108801        DENTON, DEAN R               CTCF/CH7   PRES FACIL
+=============================================================================
                        PgUp for Medical/Dental Conditions and Procedures
      Last Diagnostic Notes
      Medical Housing Restrictions        Medical Assignment Restrictions

 Date Assgnd Date Rslvd Restrictn   Qu   Date Assgnd Date Rslvd Restrictn   Qu
 ----------- ---------- ----------  --   ----------- ---------- ----------  --
                        WDG PILLOW        04/20/2001             EXCERCISE
  01/28/2002            SINGLE CL   T     04/20/2001             NO BENDING
  09/08/2004            FIRST-TIER  T     04/20/2001             INTENSIVE
  10/25/2004                              04/20/2001             SQUATTING
                                          11/27/2002             SITTING


 Medical Comments - (Non-Confidential Information Only)




+F7 to View Last DU Notes
```

p.5)

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========== 11/22/2004 =
                                                    CTCF/CH7    PRES FACIL
  Doc No: 108801        DENTON, DEAN R
==============================================================================
 Medical Level: 4   Qual Code: P   Desc: PERMANENT   Dtd Assigned: 10/25/2004
 Dental Level: 4   Qual Code:     Desc:              Dtd Assigned: 04/16/2001
                                              Allergy: NKO
                                          Medical Hold: NO
        Medical Housing Restrictions     + Medical Assignment Restrictions
   Date Assgnd Restriction  Qualifier     Date Assgnd Restriction  Qualifier
   ----------- -----------  ----------    ----------- -----------  ----------
                                           04/20/2001   EXCERCISE
   01/28/2002  WDG PILLOW                  04/20/2001   NO BENDING
   09/08/2004  SINGLE CL    TEMPORARY      04/20/2001   INTENSIVE
   10/25/2004  FIRST-TIER   TEMPORARY

 Medical
 Comments


                           sted on the ADS
 Narrative     B. ADDITIONAL INFORMATION: He reported having back problems

 Press the Detail Key to View Medical Housing Restrictions
```

P.6.)

```
= MED REPORTS =============== CIMST REPORT =============== 11/16/2005 = Page  1
Doc No: 108801  Name: DENTON, DEAN R                       AHCC/UNITC PRES FACIL
================================================================================
Date of Birth: 12/16/1958       Alias(es): DEAN    DENTON

Allergies: NKA                  Special Diet: REG REGULAR MENU

Last hospitalized: 08/12/2004
Housing Restrictions: FIRST TIER HOUSING REQUIRED
                     FIRST TIER HOUSING REQUIRED
                     LOWER BUNK
                     WEDGE PILLOW
Medical Restrictions: NO BENDING
                     NO INTENSIVE LABOR
                     NO PROLONGED STANDING OVER SPECIFIED TIME
                     NO SITTING OVER SPECIFIED TIME
                     NO SQUATTING
                     NO VIGOROUS EXCERCISE

Pending Appointments: 2005-11-29 00:00 CMHIP SLEEP STUDY
                     2005-12-13 13:00 DR. OFFICE PULMONARY

Medical Level: 3P MODERATE NEEDS/CARE

Last Encounter: 11/16/2005 ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH

Current Med Cond(s):
11/08/2005   493.82   COUGH VARIANT ASTHMA
10/20/2005   493.92   ASTHMA UNSPECIFIED WITH EXACERBATION
08/15/2005   278.01   MORBID OBESITY
08/15/2005   716.94   UNSPECIFIED ARTHOPATHY, HAND
08/15/2005   401.9    UNSPECIFIED ESSENTIAL HYPERTENSION
02/14/2005   786.2    COUGH
01/12/2005   558.9    OTH&UNSPEC NONINFECTIOUS GASTROENTERITIS
11/19/2004   686.9    UNSPEC LOCAL INFECTION SKIN&SUBCUTANEOUS
11/12/2004   078.10   UNSPECIFIED VIRAL WARTS
08/25/2003   724.2    LUMBAGO
09/03/2002   729.5    PAIN IN SOFT TISSUES OF LIMB
06/18/2002   706.1    OTHER ACNE
06/06/2002   719.49   PAIN IN JOINT, MULTIPLE SITES
05/09/2002   724.5    UNSPECIFIED BACKACHE
04/26/2002   719.41   PAIN IN JOINT, SHOULDER REGION
02/20/2002   729.2    UNSPECIFIED NEURALGIA NEURITIS AND RADIC
01/28/2002   530.81   ESOPHAGEAL REFLUX
05/18/2001   401.1    ESSENTIAL HYPERTENSION, BENIGN
05/18/2001   272.0    PURE HYPERCHOLESTEROLEMIA
05/09/2001   070.51   ACUTE HEPATITIS C WITHOUT MENTION HEPATI

Active Medications:   1973032 AMOXICILLIN 250 MG 09/22/2005 11/21/2005
                        TAKE 1 CAPSULE TWICE A DAY
                      1957200 AZULFIDINE 500 MG 08/15/2005 02/11/2006
                        ONE TABLET TWICE DAILY
                      1957204 CHLOR-TRIMETON 4 MG 08/15/2005 02/11/2006
                        TWO TABLETS TWICE DAILY
                      1957181 DUONEB INHALA 0.5/3.0 MG 0.5/3.0 MG 08/15/2005 08/15/2006
                        FOUR TIMES A DAY AS NEEDED (NEBULIZERS)
                      1958109 FLOVENT HFA 110 MCG 08/15/2005 08/15/2006
                        FOUR PUFF(S) TWICE DAILY , ***NON-FORM EXP: 8/15/06***


= MED REPORTS =============== CIMST REPORT =============== 11/16/2005 = Page  2
Doc No: 108801  Name: DENTON, DEAN R                       AHCC/UNITC PRES FACIL
================================================================================
                      1972129 HCTZ 50 MG 09/21/2005 03/20/2006
```

P-71

```
                              ONE TABLET EVERY MORNING
                        1978742 IMODIUM 2 MG 10/06/2005 12/05/2005
                          TAKE 2 CAPSULES UP TO THREE TIMES A DAY AS NEEDED
                        1985716 KLONOPIN 1 MG 10/24/2005 11/23/2005
                          TAKE ONE TABLET(S) IN THE MORNING AND TAKE TWO TABLET(S) IN THE EV
ENING
                        1967537 MOTRIN 800 MG 09/09/2005 12/08/2005
                          ONE TABLET THREE TIMES DAILY
                        1985698 NASALCROM SPRAY 26 ML 5.2MG 10/20/2005 01/18/2006
                          TWO SPRAY(S) THREE TIMES A DAY , ***NON-FORM EXP: 1/20/06***
                        1950427 NORVASC 5 MG 07/28/2005 01/24/2006
                          TWO TABLETS DAILY
                        1950426 PRILOSEC 20 MG 07/28/2005 01/24/2006
                          ONE TABLET DAILY
                        1950425 QUESTRAN 4 GM 07/28/2005 01/24/2006
                          TAKE 1DOSE 2 HRS BEFORE TAKING MEDS OR AFTER TAKING MEDS TWO-THREE
      TIMES A DAY.
                        1963250 SINGULAIR 10 MG 08/29/2005 11/27/2005
                          ONE TABLET DAILY , ***NON-FORM EXP: 11/29/05***
                        1967894 VENTOLIN INHALER 90MCG 09/12/2005 03/11/2006
                          TWO PUFF(S) FOUR TIMES A DAY
                        1991507 ZOMIG 2.5 MG 11/08/2005 01/07/2006
                          2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30M
      G/MO

MHDx    Psych Level: 3N OTHER PSYCHIATRIC DIAGNOSIS W/HIGH MH NEEDS
Axis I:
Axis II:

R.P.R.      Date _____   Results _____

T.B.        Date: 12/03/2004        Results: 0 X 0 mm

TETANUS     Date _____

OTHER    _____
----------------------------------------------------------------
                              MEDICAL NOTE:
----------------------------------------------------------------



SIGNATURE _____

Please print form, sign & send with offender! CIMST Form completed at FOUR MILE .
```

P.8)

C: 3-2-06