In the United States District Court for the District of Colorado

Civil Action No. 92-N-870 (OES) consolidated for all Purposes with civil action NO. 96-N-343

Jesse Jesus Montez, et all., Plaintiff,

V.

Bill Owens, et al., Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 1 2006

GREGORY C. LANGHAM
CLERK

Claim Number: 03-062, Category: III
Claimant: Joseph Martinez No. 53960
AVCf, Po.Box 1000 crowley, CO. 81034

To reconsider Base on New evidence

MR. martinez Doc 53960, Submitted this motion, base on new and has been a member of the action ever since it was brought to this facility crowley AVF, NOW the benefits offered at Doc to them because of their disabilities. MR. Martinez must be Provide the Services that was Promise, And Should not be denied, the Services that is, required and has been offered by the montez case, offers that has a "long term mobility" MR. martinez Suffer from a back injuries L2-L3-4 Disc which was determined by an MAI by Doctor Zielinski who States that MR. Martinez "could increase from 10% to 20% Pain." which Payalizies Both legs down to his ankles. which Prevents him from walking more then 20 Yards or more. the Pain usallys travels from his back down to his legs and up to his neck. Increasing a very Painfully migraine, He suffer from mentally dishallanged mind which help trim to remember but fails to work. It contributes to his vision blacking out. MR. martinez has only a sixth grade education. He attained his G.E.D. several Years ago. He feels that he has been excluded from the Law suit do to his race and Physical condition. Not knowing how to Draft his report and file his Petitions to Submit to

/.

the Court. Therefore MR. Martinez would respectfully asks this courts to reconsider and review his claim again in "this class action matter" based on New discovery evidence. That was not presented on 6-03-2004. If this evidence was allowed to be included it would have greatly affected the out come of that hearing, MR. Martinez does qualifications that are required on the "Jessie Jesus montez" action Suit. Therefore he should not be denied, if he is denied then this court has violated MR. Joseph martinez's rights to defend his rights to medical due process of his constitution to provided medical that he is needed-

Arguement:

Needs the service that is covered by this plan individuals with mobility impairments, which substantially limits MR. Martinez ability to perform a major life activity

1. need a cane, and to have back's Surgery.
2. a double mattress.
3. a chiropactor Doctor.
4. To be medicaly given proper medications.
5. Possibly a wheelchair.
6. Asking for amount of money us a categotor (3) $ 50,000⁰⁰ or earn time as good-time. This mobility that I'm suffering that I have experince Since ever I came to Doc and not have provided me the proper medication for my back or Surgery

Requiring; requsting:
MR. Martinez's transcipts from 6-03-2004 hearing.

And MR. martinez address this statement because every-time he asks for medical treatment. Doc Put him in Segavegated many time, and Just for asking for medical MR. martinez Just wants the treatment to for his back.

2,

Exhibits

Please see exhibits, A to W.

Also to review the exhibits that Mr. Martinez has not yet receive date october 14th of 2005.

Wherefore, the plaintiff asks to reconsider this case the following arguments and request. Because Mr. martinez has an disable until he die. And was qualified to particpate in the program or receive the benefits or servives offered by Doc. But Not yet received

I hereby certify that on this day 4, october 2006 a true and correct copy was mail and place in their mail Box.

Judge Richard M. Borchers
7907 Zenobia street westminster
Colo. 80030-444

Judge John L. Kane
901. 19th   Room-A-105
Denver colo. 80294-3589

James X Quinn
1525 cherman st 5th floor
Denver colo. 80203

Joseph Marty 53960
respectfully submitted



**Confidential Copiers Inc.**
**at Denver Health Medical Center**

(303) 436-7546 Fax (303) 436-7522
8371 SouthPark Lane
Littleton, CO 80120

# Invoice

| Due Date | Date | Invoice # |
|----------|------|-----------|
| 2/2/2006 | 1/18/2006 | H80268 |

Ship To

Joseph Martinez
A.V.C.F. #53960
PO Box 1000
Crowley, CO 81034



Joseph Martinez
A.V.C.F. #53960
PO Box 1000
Crowley, CO 81034

| Customer ID | JOSMART100007 | | **Balance Due** | **$0.00** |
|-------------|---------------|--|-----------------|-----------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return top portion with your payment.

**Confidential Copiers Inc. at Denver Health**

8371 SouthPark Lane
Littleton, CO 80120
Ph. (303) 436-7546
Fax (303) 436-7522

| Patient Name | Claim or File # | ROI # |
|--------------|-----------------|-------|
| Martinez, Joseph | | 91546 |

| Customer ID | Terms | Invoice # | Due Date |
|-------------|-------|-----------|----------|
| JOSMART100007 | Net 15 | H80268 | 2/2/2006 |

| QTY | ITEM | DESCRIPTION | RATE | AMOUNT |
|-----|------|-------------|------|--------|
| 20 | COURTESY PAGE | Courtesy Pages on | 0.00 | 0.00 |
| | | *copies made 4-13-06 + put on chart P. Beecroft* | | |
| | | **Medical Records Requested from Denver Health** | | |

| FOR BILLING RECORDS PLEASE CALL THE BILLING OFFICE AT DENVER HEALTH | **Total** | $0.00 |
|---|---|---|
| | **Balance Due** | $0.00 |

WE ACCEPT MASTERCARD & VISA
Please return top portion of the invoice with your payment, Thank you.
If payment is not received within 60 days, a $10.00 late fee will be applied.
Final Notice: If payment is not received within 90 days, your bill will be
turned over to a collection agency.
We reserve the right to charge a $20.00 fee on all returned checks.
Tax ID #84-1301464

*exhibit A-*

#915460

## COLORADO STATE DEPARTMENT OF CORRECTIONS
## AUTHORIZATION TO **RELEASE/REQUEST** MEDICAL INFORMATION

Sec. 5 HR/Req

I, JOSEPH MARTINEZ _____ DOB 6-30-54 ___ DOC # 53960 FACILITY A.V.C.F.
   (Please Print)

SS# 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

Authorize the ~~Department of Corrections~~ DENVER HEALTH RECORD DEPT. to _____ release ALL request ed

medical/~~mental health~~ records (to/~~from~~) JOSEPH MARTINEZ and LEGAL RESOLUTION CENTER

ATTN: RICHARD BORCHERS _____ NAME OF PERSON ~~OR~~ AND ORGANIZATION.

Extent or nature of information, please include dates of service requested.  ALL MEDICAL RECORDS
SEND ONE COPY EACH. PLEASE

XXXXX Copy of History and Physical, Dis. Summary and Procedure Note.

XXXXX Copy of Ambulatory Health Record.

XXXXX Copy of Medical/~~Mental Health~~ Records--Records released ~~XXXXXXXXX~~  BY REQUEST OF PATIENT

XXXXX OTHER RELEASE ONE COPY OF ALL MEDICAL ____ of care when DOC ~~received XXXXX~~ BROUGHT ME IN
FOR APPOINTMENT.    RECORDS

When ~~Dept. of Corrections~~ requests information mail to:
received send

LEGAL RESOLUTION CENTER
ATTN: RICHARD BORCHERS
7907 ZENOBIA Street
WESTMINSTER, CO. 80030

JOSEPH MARTINEZ
A.V.C.F. # 53960
2-C-1-1
P.O. Box 1000
CROWLEY, CO. 81034

**RECEIVED**
JAN 17 2006
BY

I understand that the information to be released may include HIV infections and Drug and Alcohol documentation.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of
my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has
already been taken to comply with it. This release will remain in effect for 90 days, unless specified in writing for a
shorter time frame.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent
shall be accomplished by a written notice which states as follows: ONE COPY OF ALL MEDICAL RECORDS
SENT TO EACH ADRESS ABOVE. STAMPED CONFIDENTIAL. PLEASE!
      "This information has been disclosed to you from records whose confidentiality is protected by Federal
      Law.  Fed. Regulation (42 CFR, part 2) prohibits you from making any further disclosure of it without
      specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations.
      A general authorization for the release of medical or other information is NOT sufficient for this purpose."

I hereby release the health care provider from any liability which may result from furnishing the information
requested as authorized in this release.

I have read the above and foregoing **PATIENT'S CONSENT FOR DISCLOSURE OF CONFIDENTIAL
INFORMATION** and I do hereby acknowledge that I am familiar with and fully understand the terms and
conditions of this consent.

Date 12 6 05 ___ OFFENDER'S NAME _Joseph Martinez_ 53960

WITNESS _____

31215(R1/00)   Dist:   White-Med. Rec.   Canary-Offender Copy

B-

TO ALL WHO THIS CONCERNS:

I am Joseph Martinez, who is gathering medical records to settle
all my pending claims in federal court. Reviewed by Special Master
Richard Borchers, at the LEGAL RESOLUTION CENTER.
I need a photo copy of all my medical records from your records
department concerning all of the following:

1. All analysis, diagnosis and any remedies or treatment the
   DOCTOR I seen recommended or wrote down.
2. All x-rays explained.
3. C-Scan and or Milogram, Explained

Please find enclosed a CONSENT TO RELEASE CONFIDENTIAL RECORDS
release form that states that you are authorized to send one
copy of these to both ME and RICHARD BORCHERS. THIS form
also protects you from any legal action against you your
hospital or medical center.

Thank you for your help with this          THANK YOU!
and your cooperation, helping me
get this all together and Delivered.       _Joseph Martinez 53960_
                                           JOSEPH MARTINEZ
SS# 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                            A.V.C.F  # 53960
                                           2-C-1-1
                                           P.O. Box 1000
                                           Crowley, Co 81034

```
                         DENVER HEALTH MEDICAL CENTER
                                           REG DT 10/19/04 0641
   MR#: 2226647              STATUS OUTPATIENT     PT NO   75273979
==================================================================
PATIENT INFORMATION:                       SSN: 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   SEX: M
  NAME: MARTINEZ ,JOSEPH                    DOB: 06/30/1954    MS: S
  ADDR: COLO DEPT OF CORRECTIONS            BIRTHPL: US
        PO BOX 392004                       RLG: CAT     HOMELESS: N
CITY/ST DENVER                CO   80239    LANG: ENGLISH  ETHNIC: H
  PHONE: (303)307-2307 -H      ( )   -  -W  CO RES:     US CITZ: Y
  DENVER RESIDENT?     YES      A/W HISTORY?  US CIT#:
  EMPLY: UNEMPLOYED                         VISA #:
==================================================================
GUARANTOR INFORMATION:                     REL: S
  NAME: MARTINEZ ,JOSEPH
  ADDR: COLO DEPT OF CORRECTIONS            GUAR NO: 92338987
        PO BOX 392004                       FAM SIZE:
CITY/ST DENVER                CO   80239    GRS FAM INC:
  PHONE: (303)307-2307 -H      ( )   -  -W
  EMPLY: UNEMPLOYED
  SSN:   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
==================================================================
NEXT OF KIN:                        RELA: C    FAM NFY:
  NAME: MARTINEZ ,JOHNNIE
  ADDR: 2031 CUSTER DR
CITY/ST FORT COLLINS                  , CO
  PHONE: (970)377-9927 -H     (970)377-9927 -W
==================================================================
ACCIDENT INFORMATION:  ACC. IND:        ACC. DT:   /  /
ACC. DESCRIPTION:
==================================================================
INSURANCE INFORMATION:
                          AUTHORIZATION # PLAN 1: 0109130490120
PLAN1: DEPT OF CORRECTIONS   G08 REL: S SUBS: MARTINEZ ,JOSEPH
ADD: ACCESS CORRECTIONAL CARE        POL#: 000053960       PRI: 1
CITY: DENVER               ST: CO ZIP: 80217-0670 PHN: 303-307-2307
COM:                          GRP#: CDOC              VFY: Y
PLAN2:               REL:   SUBS:
ADD:                          POL#:                   PRI:
CITY:                 ST:    ZIP:       PHN:
COM:                          GRP#:                   VFY:
PLAN3:               REL:   SUBS:
PLAN4:               REL:   SUBS:
==================================================================
PROG:      PRI:     SEC:    RX:    IP/AMB:    ATP:   DT:
==================================================================
CASE INFORMATION:                  HOSP SVC: SNS  CLINIC: CCMF
PCP NAME:                          PT TYP:   O   PC SITE:
CARE PROV:                         RM/BED:        MCPN/OB:
ATTND DOC: DOCTOR, UNASSIGNED      PT COND:
COMPLAINT: NEUROSURGERY APPT

                          REG PR:   R      SOURCE:  RG
==================================================================
REMARKS: BEO/CCMF            ADV DIR INFO GIVEN: Y  CLERK: BORTI1
                                                CONF: Y
                                                HOLD: 6


                   06:41 10/19/04 FROM D6J6,1PADMTF2
```

## Correctional Care Clinic

### DENVER HEALTH MEDICAL CENTER

## OUTPATIENT ENCOUNTER RECORD
## ADULT MEDICAL SUBSPECIALTY CLINICS

Name, MR#, Pat#, DOB

```
75273979
10/19/04   HSC: SNS
MARTINEZ, JOSEPH
2 22 66 47    M    06/30/1954
G08                      DVR: Y
1:    2:    RX:    IP:
PCP:
PHN: (303)307-2307    MRLO: DGOP
```

Clinic: NeuroSurgery   Primary Language: English
BP 147/92 T 365 P 51 RR 18 O₂Sat 99 70
Age: 50 WT. 190 HT. 56 LMP: _____
Tobacco Exposure ☒ No ☐ Yes: _____

Medications: ☐ No ☒ Yes   Med Profile: ☐ No ☒ Yes: _____   Pharmacy: DOC
Herbs/Supplements: ☒ No ☐ Yes: _____
Med Allergies: ☐ No ☒ Yes: Iodine _____   Latex Allergy ☒ No ☐ Yes
Reason for Appt: _____ LBP L3-4

New or unusual pain? ☐ No ☒ Yes   score: _____   Signature: Robert Maves C.N.

Problem List: See LCR

### SUBJECTIVE/OBJECTIVE

50 y/o o-7 c Hx o/ prior spinal fusion has back pain.
Pain fel constantly. Pt c/o lowback shooting down both
legs. Pain located posteriorly L>R, into lateral toes b/lat.
Also c/o muscle tightness. Pain worse with walking.
L4-5 fusion was of 2 failed prior surgeries. Fused 2 yrs ago.

O: Pain to palpate: across lowback L>R. Gait WNL - slow,

|  | (L) | (R) |
|---|---|---|
| Hip flexin | 5/5 | 5/5 |
| Quad | 5/5 | 5/5 |
| Hamst | 5/5 | 5/5 |
| planter/dorsi | 5/5 | 5/5 |

Recent CT unavailable to reviewed
Films from 4-03 with
Dr. Bulles

### ASSESSMENT/PLAN

A: Old L4-5 lumbar fusion
   Chronic low back pain

Old X-rays reviewed
Cannot recommend surgery based
on old films.

P: 1. CT myelogram
      needs Creatinine
   Return to clinic after
   myelogram

2. MS Contin 15mg po
   bid prn pain

Patient/Family Education/Instructions:

RETURN VISIT after myelogram

CAREGIVER
ATTENTING                                    125481

David
Schall, M.D. 125832

F24-708 (12/03) Page 1 of 1

156

Neuro Surg   CCMF

**DENVER HEALTH MEDICAL CENTER**

## OUTPATIENT ENCOUNTER RECORD
## ADULT MEDICAL SUBSPECIALTY CLINICS

Date: _70565221_
04/06/04   HSC: SNS
Name – MARTINEZ "JOSEPH
MR #– G08   2 46 24 10   M   06/30/1954
SS#: _____   1:   2:   RX:   IP:   DVR: Y
PCP:
PHN: ( )
DOB: _____   MRLO: _____

Phone Number(s):
Home: _____
Work: _____

Clinic: _____   Primary Language: _English_
BP 152/95 T 98.8 P 69 RR 16 O₂Sat 977c
Age: 49 WT. 185 HT. 5'6" LMP: ____
Tobacco Exposure ☒ No ☐ Yes: ____

Medications: ☐ No ☒ Yes  Med Profile: ☐ No ☒ Yes: ____   Pharmacy: ____
Herbs and Supplements: ☒ No ☐ Yes: ____
Med Allergies: ☐ No ☒ Yes: _Iodine_   Latex Allergy ☒ No ☐ Yes
Reason for Appt: _need back operation /_   Problem List: See LCR
_hardware removal_
New or unusual pain ☐ No ☒ Yes   score: # 9 whole back Signature: _Triton FPN_

**SUBJECTIVE/OBJECTIVE**

49 y/o ♂ c̄ history of spinal fusion ~20 years ago, now c̄ worsening back pain. Unable to sleep through the night 2° pain, difficulty when upright - unable to extend torso to fully erect position. Testicles numb when sitting

Exam: Strength 5/5 in quads + hip flexors
Reflexes 2+ BUE, 3+ RLE, 2+ LLE
∅ ankle clonus, ∅ foot drop
⊕ SLR
Unable to heel walk
Can balance on toes.

Meds: Was on Motrin 800mg po QD
Baclofen 10mg BID

R/ved. # 754070

**ASSESSMENT/PLAN**

A: 49 y/o c̄ prior lumbar fusion c̄ subluxation @ L3-4 c̄ movement.

Plan: CT myelogram of L spine (Had done by Dr Tuesoe n̄ Ft. Collins + can use these films if available) — if films not available, will need new scan. Will need surgery to extend fusion to be scheduled once films (myelogram) reviewed.

Would recommend prn meds for pain control.

**Patient/Family Education/Instructions:**

**RETURN VISIT:**

CAREGIVER _Anderson NP_   # 12129
ATTENDING _____   #

F24-703 (8/02) Page 1 of 1

Page 1

DENVER HEALTH MEDICAL CENTER

HISTORY OF PRESENT ILLNESS: Mr. Martinez, is a 49-year-old man, who has a significant history of chronic back pain. He has had a lumbar procedure done in the past, approximately 20 years ago in Ft. Collins. The pain now is worse with movement, particularly with weightbearing, and also radiates into his anterior inguinal thigh area. He complains of numbness in the inguinal area with prolonged sitting.

PHYSICAL EXAMINATION: On physical examination, he has restriction of spine motion due to discomfort, particularly flexion. He does, however, had stable stance and gait.

IMAGING STUDIES: X-rays of the spine demonstrate the presence of previous instrumentation from L4-L5 to S1, with evidence of fusion. The MRI scan, done in February 2004, due to artifact, does not provide satisfactory information. The patient, upon questioning, admitted to having had a CT myelogram done approximately 12 months ago.

IMPRESSION: 1. L3-L4 instability, with degenerative change.
2. Status post prior L4 to S1 stabilization, instrumentation, and arthrodesis.

RECOMMENDATIONS: I discussed the option of management with Mr. Martinez and the natural history of his condition. I indicated that we would acquire the CT myelogram images to establish the integrity and status of the bone at these levels. In addition, it is recommended that he therefore undergo a procedure. I believe he has significant instability, which may contributing in part to his pain at the L3-4 level. Pending approval, I will schedule this procedure, after inspection of the CT myelogram.


DICTATOR:   Sanjay N. Misra, M.D.          MARTINEZ, JOSEPH
ATTENDING:  Sanjay N. Misra, M.D.          MR#:  2462410  Outpatient
    SNS                                     HFC#: 70565221
                         CONSULTATION REPORT
597\754070 D:04/06/2004 13:00      T:04/06/2004 22:12:57 R:  /  /
Signed by SANJAY MISRA M.D. on 04-21-2004

**DENVER HEALTH**

**OUTPATIENT ENCOUNTER RECORD**

# Correctional Care/Neurosurgery

MR #: 67377465
10/21/03  HSC: SNS
Name: MARTINEZ JOSEPH
2 46 24 10  M  06/30/1954
G08  DVR: Y
Pt Acct #: 1:  2:  RX:  IP:
PCP:
DOB:  PHN: ( ) -  MRLO:

Phone Numbers:
Home:
Work:
PCP:

Site: ___ Primary Language: ☒ English ☐ Spanish  Other ___
T ___ P 75 RR 14 BP 117/84 O2Sat 98%
Age: 49 WT. ___ HT. 5'6" BMI ___ LMP: ___
Medications: ☒ Yes ☐ No  Herbs/Supplements: ☐ Yes ☒ No
Med Profile: ☒ Yes ☐ No  Pharm ___ Problem List: ☒ Yes ☐ No
Tobacco Exposure ☐ Never ☒ Former ☐ Current ___
Med Allergies: ☐ No ☒ Yes Codeine  Latex Allergy: ☐ Yes ☒ No
Reason for Appt: ___  Signature: X Coleen, RN
Concerns: ___

**Physical/Cognitive Considerations:** Hearing: ☒ WNL ☐ Impaired:  Vision: ☒ WNL ☐ Impaired:
Speech ☒ WNL ☐ Impaired:  Spiritual/Cultural:  Learn best by ☒ Reading ☐ Watching ☒ Doing

**PREVENTIVE CARE:** Immunizations up to date? Td ✓ Pvax ✓ Flu ✓ Pediatric ✓
Routine Screening: ☒ NA (Date/Result): PAP ___/___ Mammo ___/___ Family Planning ___ FOBT ___
Counseling (circle if done today): Diet / Exercise / Seat Belts / STD Prev / Tobacco / EtOH / Advance Director / ASA / Osteoporosis
Diabetes: ☒ No ☐ Yes (Date/Result): A1C ___/___ Cr ___/___ Uprot ___/___ LDL ___/___
**SUBJECTIVE/OBJECTIVE**  Ophthal ___/___  Foot Exam ___/___  Other ___/___

49 y/o ♂ ē multi year history of back pain following L4L5 fusion, worsening recently. ℅ intermittent numbness to testicles + buttocks, & numbness to ℗ ® lateral leg (L3-L4 dermatome) + ℗ L2 dermatome. States difficulty @ times ē starting/stopping stream of urine + in bearing down for BM. Pain is heavy, aching + constant in lumbar area, forearms + neck.

Exam: LE strength 5/5 in quads, hip flexors.
Reflexes √2+ throughout, ⊖ ankle clonus. ⊖ footdrop
Rectal tone good, anal tenderness noted. ⊖ redness or tearing present
Unable to support weight on single leg when standing. ē ℗ ℗ leg weaker than ®
⊖ SLR, Difficulty ē toe raises.

Flexion/extension xrays reveal subluxation @ L3 L4 ē movement. Stable in upright position.

**ASSESSMENT/PLAN**
A: Motor weakness present, although dermatome distribution not consistent ē subluxation.

P: 1. Physical therapy
   2. Will review xrays + exam findings ē Dr. Peter Witt to determine further treatment. May need extension of fusion to L3 L4

Pain ☐ No ☒ Yes, Score: 8  location: Back & legs

**Patient/Family Education/Instructions:**
☒ verbal ☐ handouts ☐ video ☐ VIS ☒ Understands
☐ Discussed treatment side effects
**RETURN VISIT:** ___

CAREGIVER Tracy Anderson, NP  # 121129
ATTENDING  #

Counseling/Coordination > 50% ☐
Total Time: ___min  Couns/Coord Time ___min
F20-816 (8/02) Page 1 of 1

598

## DENVER HEALTH

### OUTPATIENT ENCOUNTER RECORD

### SURGICAL-SPECIALTY CLINICS

Name, MR#, Pat#, DOB

```
65885766
08/05/03   HSC: SNS
MARTINEZ, JOSEPH
2 48 24 10   M   06/30/1954
G08                        DVR: Y
1:  2:   RX:  IP:
PCP:
PHN: ( ) -        MRLO:
```

Date: _____
CLINIC SITE: _____
SEX: ☐ F ☑ M   AGE: 49   LANGUAGE: Eng
DATE OF INJURY/SURGERY: _____
CHIEF COMPLAINT: _____

MEDICATIONS: ☐ _____
ALLERGIES: ☐ NO ☑ YES _Loratin_
TOBACCO EXPOSURE: ☑ NO ☐ YES _____

ETOH/SUBSTANCE: ☑ NO ☐ YES _____
IMPAIRMENT ☑ WNL ☐ PHYSICAL ☐ COGNITIVE
CULTURAL NEEDS ☑ NO ☐ YES
PAIN/ALTERATION IN COMFORT ☑ NO ☐ YES/ACTION _____

PCP AUTH #: _____
SIGNATURE _____ C CT

### SUBJECTIVE/OBJECTIVE

49 yo male here for evaluation of back pain. Has a history of "back surgery" 20 yrs. ago c plates → hurt back while trying to catch a pig.

Now c c/o back & leg pain. Reinjured back & _____ was pushed _____. Pain in (R) leg, posteriorly, to posterior calf, numbness in toes.

Exam: toes ↓↓



toes ↓↓

**Assessment/Plan**

A: 49 yo male s/p L lumbar fusion L4-L5, flex/ext shows minimal movement, spdy @ L3-L4 grade I.

P: Cont c pain regime as directed by DOC, MD. The lumbar spine films ext / flexion agree c claim & recommendation

Consults:

X-ray next visit: ☐ No ☐ Yes

Views: _____ IP ____ OP ____

Cast: ☐ No ☐ Yes   Type: _____

Patient & Family Education/Instructions:
☑ Verbal   ☐ Handout   ☐ Video
☑ Understands

RETURN VISIT: _____

CAREGIVER _____ NP # 104190
ATTENDING _____ MD # 79467

F06-100 (Rev. 4/01) Page 1 of 1

# DENVER HEALTH MEDICAL CENTER

## OUTPATIENT ENCOUNTER RECORD

### ADULT MEDICAL SUBSPECIALTY CLINICS

```
59495606
09/19/02  HSC: MRE
MARTINEZ, JOSEPH
2 22 66 47  M  06/30/1954  DVR: Y
GGS
1:  2:  RX:  IP:
PCP:
PHN: (303)907-2307   MRLO: DGOP
DOB:
```

Clinic: MSK2   Primary Language: English
BP: 143/83  T 98.5  P 85  RR 18  O2 Sat 94
Age: 48  WT. 198  HT. 5'6  LMP: —
Tobacco Exposure ☑No ☐Yes _Doc_

Phone Number(s):
Home: Doc
Work:

Medications: ☐No ☐Yes  Med Profile: ☐No ☐Yes: _____   Pharmacy: Doc
Herbs and Supplements: ☑No ☐Yes: _____
Med Allergies: ☐No ☑Yes: _____   Latex Allergy ☑No ☐Yes
Reason for Appt: Back pain

New or unusual pain ☐No ☑Yes   score: _____   Signature: _____   Problem List: See LCR  yes

## SUBJECTIVE/OBJECTIVE

(APT) 48 yo HM who presents for f/u in MSK clinic for chronic LBP. The pt. who last seen by Dr. Kelly in 4/22/02 was... [illegible handwritten clinical notes] ...

## ASSESSMENT/PLAN

48 yo HM c̄ chronic LBP 2̊ lumbar spondylosis... [illegible handwritten clinical notes]

## Patient/Family Education/Instruction

RETURN VISIT: 2 months...

CAREGIVER: _____
ATTENDING: _____

F24-703 (8/02) Page 1 of 1

# DHMC EMERGENCY DEPARTMENT VISIT

| | |
|---|---|
| CC/Accident: CP | **Martinez, Joseph** |
| How Arr: DH Amb     Arr D/T: 01/13/02 18:01 | DH#: **2226647**     Sex: **M** |
| ED Visits Since 9/97: 0     Init Rm: 7   Cond: F   Triage Cat: 3 | DOB: **06/30/54** (47Y) |
| Hold: Sheriff (C3)     Insur: Other   Denver Resident: YES | FIN: 54736681     Visit: 01/13/02 |

## Physician's Note:
(Body site, Severity, Timing, Characteristics, Made better/worse by, Assoc S/S)

**PLEASE DO NOT WRITE IN MARGIN**

**Subj:**     Time Seen:   Soc Hx: ~~DENY~~

47 yo male here from jail c̄ CP, abd pain, n/glash, vomiting w/diarrhea - ⊖ BM x 2 days. Pt. uses duragesic patch for chronic abd pain, back pain. Patient also notes heavy ® sided CP x 2 days - no fevers/chills

PMHx: chronic pain

ROS:
HEENT: ⊖
Derm/All:
Den:
Resp:
CV:
GI:
Hem:
MS:
Endo:
GU:
Neuro:

Surg Hx:

Fam Hx:

**Obj:**

EDVS  121/78  78  18  35.1   98% RA
Alert cooperative NAD/NTA PERRL  comf̄
OP cl̄ mm cl̄ neck supple ⊖ TTP
Heart S1S2+⊖ no m/r/g
lungs CTA ® ⊕ no r/r/r
Abd - soft, diffuse ⊕⊕ ⊖ t/g/r, ⊖rb⊖ ⊖rebound ⊖ mass,
LE - ⊖ c/c/e/e
Neuro - AAO×3 MS/CN II - S LT DTRE on ⊕·

**ED Course/Procedures:**     CXR n EKG — sinus/flat T₅

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1614 | | | |
| 142 | 105 | 14 | 85 | | 4.5 | M |
| 3.6 | 23 | 1.1 | 9.4 | | 41.3 | |

trop < 0.03

**Lab/X-Ray/EKG Results:**

**Final ED Assessment:**  ① CP r/o ACS  ② Chronic pain

**Discharge Plan:**

To CP obs r/o ACS

D/C'd , continue all previous meds, PRSI any concern

| | |
|---|---|
| Time Pt Left ED: 1420 | Final Pt Condition in ED: ⊖ Good  ☒ Fair  ⊖ Serious  ⊖ Crit |
| D/C Inst Sheets: | Prescriptions: |
| ⊖ D/C Home  ⊖ D/C To Jail  ☒ Xfer to: OBS | |
| ⊖ Admitted to _____ Room: _____ | Care Giver: _____ Prof #: _____ |
| ⊖ Other: _____ | |
| ⊖ Return to ED PRN | EM Resident: Scott Mann MD   Prof #: 105604 |
| ⊖ ED Return Date: _____ | |
| ⊖ F/U Clinic: _____ Date: _____ | Attending: Dr. Castill/ |

F06-006 (Rev. 7/96) DH     Template: Form I     Printed: 01/13/02 18:37     SMS D/C   Fin Audit   Log Sign-Out

*224*

K

DENVER HEALTH

# ED OBSERVATION UNIT ADMIT NOTE



| DATE | TIME | PROB. NO. | PROBLEM NUMBER AND TITLE<br>FORMAT: S = SUBJECTIVE  O = OBJECTIVE  A = ANALYSIS  P = PLANS |
|------|------|-----------|----|
| 1/13/02 | | | E.D. Observation Unit Admit Note |
| | | | Problem(s): CP |
| | | | Subj.: ① sided chest pressure / SOB |
| | | | Obj: Stable VS |
| | | | Assess: ① chronic pain / ② CP atypical |
| | | | Plan / Goal: To CP obs H/O ACS |
| | | | Criteria for Obs. unit D/C: ① stable trop ③ cardc consult ② stable EKGs |
| | | | Criteria for Hospital Admission: ↑ trop Δ EKG |
| | | | Anticipated time in Obs: 12 hours |
| | | | M.D. Signature: Scott Mku MD |
| ATTENDING PHYSICIAN'S NOTES | | | |
| | | | |
| | | | |
| | | | |
| Date | | Signature: | , M.D. ATTENDING |



USE BOTH SIDES OF THIS FORM

F40-011 (Rev. 10/96) DHMC

| DATE | TIME | PROB. NO. | PROBLEM NUMBER AND TITLE<br>FORMAT: S = SUBJECTIVE  O = OBJECTIVE  A = ANALYSIS  P = PLANS |
|------|------|-----------|------------------------------------------------------------------------------------------------|
| 4/13 | 2pm  |           | OSS Note |
|      |      |           | Pt s/p |
|      |      |           | (Has to change pain — drew pain now) |
|      |      |           | S/p cards eval |
|      |      |           | → OK to go to jail |
|      |      |           | → Take DSA at |
|      |      |           | → cards to call to |
|      |      |           | Schedule cardiolyte |
|      |      |           | if warrant |
|      |      |           | → Ret to ED @ CP, |
|      |      |           | SOB, dizzy episodes |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |
|      |      |           | |

ATTENDING PHYSICIAN'S NOTES

| Date | Signature: | , M.D. ATTENDING |
|------|-----------|------------------|

# DENVER HEALTH MEDICAL CENTER

## CONSULTATION SERVICES

Name, MR#, Pat#, DOB    H X5 T R O

9  22  65  47
MARTINEZ ,JOSEPH    06/30/195?
??736681
A/O 01/13/02
PCP

*Scott Miner*

DATE:

TIME:

*PHYSICIAN REQUESTING CONSULT:*

*REASON FOR CONSULT:*

| HISTORY | | INITIALS | ATTENDING ONLY REVISIONS / KEY ELEMENTS |
|---|---|---|---|
| CHIEF COMPLAINT: | Chest pain yesterday. | | |
| HX Obtained From: | 47 yo ♂ c 1 day h/o SSCP. | | |
| HPI: | while reading in jail. Pt states | | |
| *Location   *Severity | pain came on quickly ? radiate to | | |
| *Timing   *Quality | his back, and describes pain as "a ?/?" | | |
| *Duration   *Context | piece of ice stuck in my throat." Th | | |
| *Modifying Factors | pain lasted for 5 min? hours and second | | |
| *Assoc. S & S | by resolve c Two nitros - sublingually | | |
| ROS: | 1 Constitutional: Pt states his pain | 1 | |
| mile burning | 2 Skin: is not typically worse c | 2 | |
| mild blur, at risk | 3 Eyes: exertion? and his came and | 3 | |
| ☐ | 4 ENT: gone for the last 8 months. Although | 4 | |
| mild SOB | 5 Resp: he claim ?? these episodes | 5 | |
| CP | 6 CV: GERD, He states the pain in | 6 | |
| cont ??, c) N/V | 7 GI: his chest is different in quality | 7 | |
| ☐Y | 8 GU: and timing. Pt Denies and Past | 8 | |
| Back pain | 9 MS: Trauma to chest but does state | 9 | |
| ⊕ Numness, Tingling | 10 Neuro: that his pain is better when | 10 | |
| | 11 Psych: he "Pushes on his Chest." ?? | 11 | |
| | 12 Endo: Jail states that he does have | 12 | |
| Nausea, ? vomiting | 13 Hem/Lymph: ??? occlusion related to CP, ⊕ Dull ?? | 13 | |
| | 14 All Other Systems Negative | 14 | |
| MED(S): | Duragesic patch, Synthroid, Vit B | | |
| | Elavil, Risperdal, Pepcid, phenergan | | |
| | | | |
| | | | |
| ALLERGIES | Iodine | | |
| | - ATN. | | |
| PAST MEDICAL HX → | - Car accident in late 70's - Heilin Fx in sternum | | |
| | - multiple Back surgeries for "slipped disk" | | |
| | - bursitic hip/pain in back, legs | | |
| | - severe GERD | | |
| | - chronic pain (arms), back? | | |

*BP med?*

F20-106 (6/01) Page 1 of 4

345

# DENVER HEALTH MEDICAL CENTER

## CONSULTATION SERVICES

Name, MR#, Pat#, DOB

| HISTORY (CONTINUED) | | INITIALS | ATTENDING ONLY REVISIONS / KEY ELEMENTS |
|---|---|---|---|
| | **PREVENTIVE CARE STATUS:** (paps, mammograms, immunizations, et al) | | |
| | | | |
| | Flu vac:    Pneumo vac:    Tetanus vac: | | |
| | HepB: 1 2 3 4    Last PPD: | | |
| | **LIVING WILL STATUS:** (if patient has living will, what does it say? Obtain a copy for chart) ☐ Y ☐ N | | |
| **SOCIAL HX:** | Smoking: 10 Pak/yrs, 4 yrs ago. | | |
| | Etoh: drink 12 beer/day × yrs ago. | | |
| **HEALTH RISK FACTORS:** | Homeless ☐ Y ☐ N         Poor Nutrition ☐ Y ☐ N | | |
| | Alcohol Use | | |
| | Cigarette Use | | |
| | Substance Abuse          HIV Risk Factors | | |
| | Violence Victim   Used cocaine - Denies | | |
| yrs ago. | last use, but states dr Brief use | | |
| **FAMILY HX:** | Mother died of Hrt disease @ 71 | | |
| | Not known if had MI | | |
| | Father DM but uncertain about Hx | | |
| **EXAM** | | | |
| **CONSTITUTIONAL:** | Temp.   P 62   R 14   BP 98/61 | | **CONSTITUTIONAL:** |
| | Ht.   (   %)   Wt.   (   %) 100 6.22 | | |
| | General Appearance YOUNG M in mild | | |
| | resp distress. | | |
| **EYES:** | ☒ WNL   Positive for: EOMI, PERRL | | **EYES:** |
| **ENT:** | ☒ WNL   Positive for: w oropharynx | | **ENT:** |
| **NECK:** | ☐ WNL   Positive for: no obv s, JVD. | | **NECK:** |
| **CV:** | ☐ WNL   Positive for: Distant Hrt | | **CV:** |
| | Sounds, RRR, No mlrlg apprct | | |

# DENVER HEALTH MEDICAL CENTER

## CONSULTATION SERVICES

Name, MR#, Pat#, DOB

| EXAM (CONTINUED) | | INITIALS | ATTENDING ONLY REVISIONS / KEY ELEMENTS |
|---|---|---|---|
| RESPIRATORY: | ☐ WNL   Positive for: CTA (R) in all lobes. No r/r/w | | RESP: |
| GI: | ☐ WNL   Positive for: TTP in all quads "+ McBurny's? No Rebent indiun | | GI: |
| GU: | ☑ WNL   Positive for: | | GU: |
| MS: | ☐ WNL   Positive for: TTP over Ant chest, (-) edema | | MS: |
| INTEG: | ☐ WNL   Positive for: Bruising in RUE | | SKIN: |
| NEUROLOGIC: | ☐ WNL   Positive for: N | | NEURO: |
| HEM/LYMPH: | ☐ WNL   Positive for: | | H/L: |
| PSYCHOLOGIC: | ☐ WNL   Positive for: | | PSYCH: |
| DATA REVIEW: Current & previous labs / tests reviewed: *Discussion - test results w/ other provider(s): | 02/22 1:11/22- Nveg   08/13/02 - 17:24 | | |
| Summary of old records: | EF 65%. Nl SR, Nl axis, Borderline 1st Degree AV Block, no STNl wave and Q waves T wave inversion inf leads. | | |
| LABS: | CXR: Nl Chest styder seen. No sig of pulm edema, no effus. | | |

# DENVER HEALTH MEDICAL CENTER

## CONSULTATION SERVICES

Name, MR#, Pat#, DOB

011402

M KSTRO

MARTINEZ ,JOSEPH          M
84736031              06/30/1954
A/D 01/13/02

---

**DX:**

| | |
|---|---|
| **IMPRESSION / ASSESSMENT:** | 47 y.o. ♂ c̄ 1 dy h/o. SSCP, c̄ radiation, lasting several hrs c̄ apparent resolution or spont. by sublingual nitro. Pt has been having pain or appear 8 months, off and on, c̄ no apparent correlation to exertion. Given this pain is not crescin in quality, not associated c̄ exertion, and has no ECG changes or enzymes, I do not believe he has had a MI. It is possible his symptoms are anginal in nature, but his description of his pain and h/o GI disease seems more c/w GI disease than Cardiac. Treadmill is not out of question, - but much better management of GERD and constipation are in order. |
| **TREATMENT PLAN** | |

---

**ATTENDING ONLY BELOW THIS LINE**

**Summary:** Patient was interviewed and examined by Dr. _____ and myself and the key findings are noted above. We discussed the assessment and plan and will proceed as follows:

- 47 yo man c̄ chest discomfort rather atypical for MI or ischemia, but sounds esoph. It is quite difficult to elicit - sx are vague c̄ his description having varies even within the same interview. Describes sms "deep" "going crazy" - then (?) called chest discomfort "like swallowing mice cubes". Duration probably 6-8 hrs (?) but does state it never went away. no associated sx. cf exam NS sx (S5S5) otherwise unremarkable. partial ecg before T/Hx staging c̄ LT II, III, 24F and borderline ↑ QT (QT, 460). Subsequent traces better. flattening only.

- sx not particularly compatible c̄ angina, but difficult to be certain because he is vague. ecg A5 are non-specific.

- schedule adenosine - candidate for tomorrow.

---

| | |
|---|---|
| **Counseling:** Total _____ | Attending time spent counseling |
| Attending time of visit _____ | family / coordination of care _____ |
| Issues discussed: _____ | |

**This patient is critically ill because:** _____

Critical Care time _____ (hrs.) delivered between hours of _____ and _____ .

| | |
|---|---|
| Diagnosis #1: _____ | Diagnosis #4: _____ |
| Diagnosis #2: _____ | Diagnosis #5: _____ |
| Diagnosis #3: _____ | Diagnosis #6: _____ |

---

| | | | |
|---|---|---|---|
| **Resident Signature** _____ | | ID# _____ | Date: _____ |
| **Attending Signature** _____ | Edward Havranek M.D. 035402 | ID# _____ | Date: 1/4/02 |

F20-106 (6/01) Page 4 of 4

DENVER HEALTH MEDICAL CENTER
DEPT OF PATHOLOGY AND LABORATORY SERVICES
777 BANNOCK ST.
DENVER, CO  80204

NAME: MARTINEZ,JOSEPH                    MED REC #: 2226647
SEX: M                                   ACCT: 54736681
LOC: EMD
                                         DR:SHOCKLEY, LEE W
ADMIT DATE: 01/13/2002

OUTPATIENT MEDICAL RECORDS FINAL COPY

********************************** Hematology **********************************

| DATE: | 01/13/02 | | |
|---|---|---|---|
| TIME: | 1845 | REF RANGE | UNITS |
| WBC | 4.5 | 4.5-10.0 | k/uL |
| RBC | 4.81 | 4.20-6.20 | M/uL |
| Hgb | 14.1 | 13.0-18.0 | g/dL |
| Hct | 41.3 | 38.0-52.0 | % |
| MCV | 85.9 | 80.0-100.0 | fL |
| MCH | 29.3 | 27.0-31.0 | pg |
| MCHC | 34.1 | 32.0-36.0 | g/dL |
| RDW | H 16.6 | 11.5-14.5 | % |
| Plt | L 111 | 150-400 | k/uL |
| MPV | 6.7 | 6.2-10.0 | fL |

********************************** Chemistry **********************************

| DATE: | 01/13/02 | | |
|---|---|---|---|
| TIME: | 1845 | REF RANGE | UNITS |
| Sodium | 142 | 135-143 | mmol/L |
| Potassium | 3.6 | 3.6-5.1 | mmol/L |
| Chloride | 105 | 98-107 | mmol/L |
| CO2 | 22.9 | 21.0-29.0 | mmol/L |
| Anion Gap | 14 | 7-15 | mmol/L |
| Glucose, Random | 85 | 60-115 | mg/dL |
| BUN | 14 | 6-22 | mg/dL |
| Creatinine | 1.1 | 0.7-1.5 | mg/dL |
| Calcium | 9.4 | 8.1-10.5 | mg/dL |

***************************** Chemistry *****************************

01/14/02
    0134  Troponin-I            <0.03          [<0.03] ng/mL

                   <<RESULTS CONTINUED ON NEXT PAGE>>

CONTINUED

NAME: MARTINEZ,JOSEPH              LOC: EMD              PRINTED 01/23/2002
MED REC #: 2226647    ACCT #:54736681                   PAGE    1

DENVER HEALTH MEDICAL CENTER
DEPT OF PATHOLOGY AND LABORATORY SERVICES
777 BANNOCK ST.
DENVER, CO  80204

NAME: MARTINEZ,JOSEPH                    MED REC #: 2226647
SEX: M                                   ACCT: 54736681
LOC: EMD
                                         DR:SHOCKLEY, LEE W
ADMIT DATE: 01/13/2002

OUTPATIENT MEDICAL RECORDS FINAL COPY

***************************** Chemistry *****************************

        Troponin-I                    <<CONTINUED FROM PREVIOUS PAGE>>

                        Troponin Reference Range:
                        <0.03 ng/mL........Negative for M.I.
                        0.03-0.6 ng/mL.....Indeterminate for M.I.
                        >0.6 ng/mL.........Positive for M.I

01/13/02
   1845  Troponin-I          <0.03        [<0.03] ng/mL

                        Troponin Reference Range:
                        <0.03 ng/mL........Negative for M.I.
                        0.03-0.6 ng/mL.....Indeterminate for M.I.
                        >0.6 ng/mL.........Positive for M.I

***************************** Therapeutic Drugs *****************************
TEST:        Salicylate
             Ther Rng: 2.0-10.0
             Toxic:   >30.0
UNITS:       mg/dL
                                                          _____

01/13/02
   1845      L <0.5

******************** Confirmatory Test for Blood Alcohols ********************
TEST:   Result   Ethyl      Isoprop    Methyl    Acetone
                 Alcohol    Alcohol    Alcohol
UNITS:           mg/dL      mg/dL      mg/dL
                                                          _____

01/13/02
   1845  * Positive  Negative   Negative   Negative   Positive

END OF REPORT

NAME: MARTINEZ,JOSEPH                LOC: EMD          PRINTED 01/23/2002
MED REC #: 2226647    ACCT #:54736681                 PAGE     2

```
DENVER HEALTH MEDICAL CENTER          Radiology Consultation Report
777 Bannock Street   Denver, CO 80204-4507     (303) 436-6011
                                               Chart Loc:
NAME: MARTINEZ, JOSEPH                         MR#:  222-66-47
                                               Account #:  000054736681
SEX: M          AGE: 47Y           DATE OF BIRTH:     06/30/1954
LOCATION:       EOBS-100005        DATE OF EXAM:      01/13/2002
PHYSICIAN:      SCOTT MINER M.D.   ORD#:      90001
                                               Disch Date:
```

---

***Final Report***


RAD 2195 - CHEST PA AND LATERAL   - Jan 13 2002

REASON FOR EXAM:   RM 7,CP


ADDITIONAL CLINICAL HISTORY:

COMPARISON STUDIES: There are no previous Denver Health chest radiographs.

FINDINGS: Chest PA and lateral, two views.  Heart size and contour are
normal.  The lungs are clear and well expanded.  No pleural effusion or
pneumothorax.  The osseous structures and soft tissues are normal.
Surgical clips are present in the upper anterior abdomen on the lateral
radiograph.

IMPRESSION: No acute cardiopulmonary process.


Interpreting Physician:
                NANCY RINI, M.D.
I have reviewed the film and report and concur with the above findings.
Reviewing Physician:   KIMI KONDO, D.O.
Transcribed by / Date:
                M3 on Jan 13 2002  8:17P                    Page 1
```



2226647        01/14/2002  01:47:03 AM  MARTINEZ,JOSEPH                    DENVER GENERAL HOSPITAL
               47 years    Male                                                Dept: 10
                                                                               Room: BD
                                                                               Oper: 2 GW

Rate    68   . Sinus rhythm, rate  68.........................................Normal P axis, rate
PR     203   . Borderline first degree AV block...............PR>200mS age 16-60 V-rate  51- 90
QRSD   106   $ Leftward axis, probably normal for age.............QRS axis -15 to -30 & age > 40
QT     411   . Diffuse Nonspecific T abnormalities............T neg T/QRS ratio<.05 ANT/LAT/INF
QTc    437

                                                                          Requested by:
--AXIS--
P    68
QRS  -26                          - BORDERLINE ECG -
T    -38
                                                        PRELIMINARY-MD MUST REVIEW

LOC :0000-6154    Speed:25 mm/sec    Limb:10 mm/mV    Chest:10 mm/mV        F 60~ 0.5-40 Hz W    HP708  02835

KENDALL



2226647          01/14/2002  04:43:58 AM  MARTINEZ,JOSEPH          Martinez Joseph          DENVER GENERAL HOSPITAL
                 47 years    Male                                                                   Dept: 10
                                                                                                    Room: ED
                                                                                                    Oper: 2 GW

Rate   68      . Normal sinus rhythm, rate  68....................Normal P axis, PR, rate & rhythm
PR     190     $ Leftward axis, probably normal for age...........QRS axis -15 to -30 & age > 40
QRSD   108     . Nonspecific inferior T abnormalities.............T neg or T/QRS ratio <.05  2,3,F
QT     413
QTc    439
                                                                                      Requested by:

--AXIS--
P    54
QRS  -18                              - BORDERLINE ECG -
T    -37                                                              PRELIMINARY-MD MUST REVIEW

DOC 10000-6154   Speed:25 mm/sec  Limb:10 mm/mV  Chest:10 mm/mV        F 60% 0.5-40 Hz W   HP708  02847

KENDALL

**Martinez**

RM 7

01/13/2002  07:32:11 PM
47 years   Male

DENVER GENERAL HOSPITAL
Dept:
Room:
Oper:

| | | |
|---|---|---|
| Rate | 50 | . Normal sinus rhythm, rate 50....................Normal P axis, PR, rate & rhythm |
| PR | 168 | $ Leftward axis, probably normal for age............QRS axis -15 to -30 & age > 40 |
| QRSD | 102 | . Diffuse T wave abnormalities.......................T waves -.20 mV ANT/LAT/INF |
| QT | 504 | . Cannot exclude ischemia...............................T > -.20 mV |
| QTc | 460 | |

Requested by:

--AXIS--
P    -19
QRS  -19
T    -75

- ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW

LOC 10000-6151   Speed:25 mm/sec   Limb:10 mm/mV   Chest:10 mm/mV   F 60~ 0.5-150 Hz W  HP708  00853