IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 2 2006

GREGORY C. LANGHAM
CLERK

Claim Number 03-147
Category III
Claimant: Jimmy Ross Bulgier, TDCJ #902732[1]
Address of Claimant: 264 FM3478/Estelle Unit, Huntsville, TX 77320-3322

## ORDER RE: REQUEST FOR CLARIFICATION

THIS MATTER came before the Special Master upon Claimant's Request for Clarification. In his Request, Claimant notes that the Special Master and the District Court granted Claimant an extension of time to October 16, 2006 to file an objection to the Final Order of Special Master. Additionally, Claimant states that a copy of the letter sent to Warden T. Morgan indicated that the extension was to October 31, 2006. That date was in error.

Due to the extreme difficulty that the Special Master had in sending the CD-ROMs of the hearing to the Texas facility, the Special Master was required to issue a number of orders after the Final Order was entered. The intent of the Special Master was to grant an extension through and including October 16, 2006 so that the extension would mirror the one granted by District Court. The file and the CD-ROMs are all out of the control of the Special Master and are now in the District Court. Any further requests and motions shall be directed exclusively to the District Court as the Special Master has no further jurisdiction over this claim.

---

[1] Claimant's Colorado Department of Corrections number is CDOC #69812. To ensure that Claimant receives his mail, the Special Masters have used his Texas Department of Criminal Justice (TDCJ) number on all orders and correspondences.

1

IT IS DONE.

SIGNED this 11th day of October, 2006

BY THE COURT:

/s/ Richard C. Davidson

Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER RE: REQUEST FOR CLARIFICATION this 11th day of September, 2006 to the following:

Mr. Jimmy Ross Bulgier, TDCJ #902732
265 FM3478/Estelle Unit
Huntsville, TX 77320-3322

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter
Susan L. Carter

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2006

GREGORY C. LANGHAM
CLERK

Montez vs Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

## REQUEST FOR CLARIFICATION

COMES NOW, I, Jimmy Bulgier, Acting Pro-se in the above cause matter do hereby request clarification of two conflicting Orders and a letter addressed to Warden T. Morgan. Plaintiff Bulgier received two Orders (one from Richard C. Davidson and one from Robert Kane) Granting Plaintiff an Extension of Time in which to file his objections. Plaintiff also received a copy of a letter addressed to Warden Morgan informing Plaintiff that the CD-ROM Transcript disks were mailed to Warden Morgan.

In the two Orders from Judges Davidson and Kane, they grant an Extension up to October 16th, 2006. However, the letter addressed to Warden Morgan states that Plaintiff Bulgier has been given an Extension up to October 31st, 2006.

Plaintiff Bulgier respectfully requests this Honorable Court to clarify these two conflicting dates of granting Plaintiff an Extension of Time. Plaintiff Bulgier has also enclosed an additional request for Extension of Time in which to file his Objections to the Final Order of the Special Master (Richard C. Davidson).

Respectfully submitted on this 2nd Day of October 2006,
Signature: _____

Jim Bulgier #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322