**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No: 92-N-870(OES) ( Consolidated for all purposes with Civil Action No: 96-N-343 )

JESSE MONTEZ, et all.

        Plaintiff,

V.

BILL OWENS, et all

        Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 2 2006

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-049
Category III
Claimant: LOUIS PEOPLES JR, #43943  Limon Correctional Facility, 49030 State Highway 71, Limon, Colorado 80826

---

### PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rules of Civil Procedure **56(a)**, Plaintiff moves this Honorable Court for a Preliminary Injunction for the reasons set forth below and in his supporting memorandum of law.

1. there is a reasonable likelihood that plaintiff will prevail on the merits due to the **Montez V. Owens.** For more than eight months, defendant' have denied Plaintiff and other inmates whom are **Chronic Care patients/prisoners** at the Limon Correctional Facility any opportunity for out-of- cell equipment exercise. In so doing, defendant' have acted with deliberate indifference to a substantial risk of serious harm in violation of Plaintiff' rights under the **Eighth Amendment.**

2. there is a substantial threat of irreparable harm if the injunction is not granted. As a result of their constant confinement in extremely small poorly ventilated cells with two inmates, plaintiff' have suffered and continue to suffer

serious physical and mental injuries.

3. the threatened injury to plaintiff out-weights any harm the proposed injunction may cause defendants. the relief that plaintiff seek is an Order compelling defendants to perform their preexisting duties under the United States Constitutions. Other circuit Court' have recognized that **"Disabled Prisoners"** need exercise and equipment or areas designed to do their exercise. this must be more than an empty room, or yard area, or cell exercise.

> **THIS PLAINTIFF IS A CHRONIC CARE PRISONER?PATIENT WHO BEEN PRE SCRIBED ACTIVITIES NOT AVAILABLE AT THIS FACILITY. THE REFUSAL OF THE FACILITY TO PROVIDE SUCH NECESSARY EQUIPMENT CAUSES ADD ITIONAL INJURY HARMING THIS PLAINTIFF* RECOVERY AND PHYSICAL THERAPY EFFORTS OF A HEART BYPASS INJURY.**

$. The public interest will not be disserved by a grant of a preliminary injunction. To the contrary, the public interest is well served by protecting the Constitutional rights of all it' members.

**Wherefore,** Plaintiff requests that upon consideration of this motion and his supporting memorandum of law, this Court Order defendant' their successors, agents, employees, and all persons acting in concert with them to provide Plaintiff and all other **Chronic Care Prisoners/patients** at the **Limon Correctional Facility** with a separate area and separate equipment to assist with **Cardiovascular Rehabilitation for exercising** and other recreational opportunities as other Facilities that or housing any prisoner with an disability.

Restfully submitted, this /0th day of Oct 200 6.

Plaintiff/ Pro-se

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF COLORADO

Civil Action No: 92CV870 (EWN-OES)

Jesse Montez V. Owens

In case of 02-049
Louis Peoples Jr.,
Claim

CERTIFICATION OF MAILING

       I hereby state that I have placed in the U.S Mail a copy of the motion for preliminary injunction to the following:

Paula Greisen, Esq
Counsel for the Plaintiff Class
King & Greisin, LLP
1670 York Street
Denver, Colorado 80206

Elizabeth McCann
Deputy Attorney general
Counsel for Defendants
1525 Sherman Sreet 4th Floor
Denver, Colorado 80203

This Court

And Plaintiff

Done this 10th day of Oct, 2006

Plaintiff Pro-se #02-049 Claim