DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-FFO4/05-547-1    STEP (Circle One) 1 (2) 3    ADA? Yes ☐ No ☐

| NAME Louis Peoples Jr. | DOC NO. 43943 | FACILITY Limon Correctional |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Medical Grievance

Subject of Grievance and Requested Remedy: I have filed numerous Grievance(s) with the Medical Department at the Fremont Facility and none has been returned to answer my question(s). I asked whom signed off on any medical reports in Dec or Jan, Feb, 2004 to remove any medical restriction(s) from my medical records) or gave any order(s) to remove me as an inmate with any restriction(s). It my understanding these restriction(s) was removed due to a Nurse at FCF. Also my medication for seizure(s) was stopped, for some unknown reason(s) without seeing a Doctor. Now I'm still having seizure(s). I want my medication back.

relief! Now I want to no whom pull the restriction(s), and if I still have restriction(s), also I want my seizure medication back. and be seen about this matter. Thank you.

**EXHIBIT**

| DATE 3-19-06 | OFFENDER SIGNATURE Louis Peoples Jr |
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**

Thoe original step I of this grievance was filed in 5/05 and the answer received in 5/05. This step II will be rejected because the time limit has been exceeded.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 3/31/06 | SIGNATURE/PRINT NAME& Staff ID # Patricia D. Kahler Patricia D. Kahler #7276 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: 3-21-06 | SIGNATURE/PRINT NAME & Staff ID # G. Ventura G. Ventura #13063 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 4-10-06 | OFFENDER SIGNATURE/PRINT NAME & DOC # Louis Peoples Jr 43943 |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Filed as a Step III never no answer or given a Copy of it after filed with Case manager at Fremont Facility

DC FORM 850-4A (06/04)

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

Grievance Number: C-FF04/05-547-1    STEP (Circle One) ① 2  3    ADA? Yes ☐ No ☐    ⑦

NAME: Louis Peoples    DOC NO. 43743    FACILITY: _____

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: In Jan, 2003, I was placed upon medical housing restrictions, as a M-4 with (No) assignment over 8,000 ft. - Lower Bunk and First-tier, including (No) assignment where loss of consciousness would be Hazardous. This restrictions was based on my heart condition, seizures, Breathing, Due to and triple heart bypass. In Jan 2005, officer weaver however I wit, working with Nurse Valerie removed the restrictions on request of officer weau on Feb 4, 2005 I was ordered to move to the top bunk to placed another inmate on the bottom bunk with seizure disorder the same as me. I informed officer at FCF if I had a seizure or fell off the top bunk and killing myself it would be DOC's fault. I was removed from general population and given a class II report for disobeying a lawful order and found guilty for not proving Rule 25 and gave 40 days segregation. I filed numerous appeals and grievan and none has been returned in 90 day. I have asked as to whom signed off on all medical reports to remove any medical restrictions. It's my understanding and also reading my medical file, there are (No) orders on that I have been told by any Doctor or PA. I ask that I be seen by another Doctor than Dr. Creany, due to my notice of intent to sue him/ so that my medical conditions could be determine as of now all conditions has been removed with any written orders Like a hearing in this matter ASAP, before filing 42 USC 1983

I am under the notice act.

DATE: 5-9-05    OFFENDER SIGNATURE: Louis Peoples

DATE RECEIVED: _____    RESPONDING STAFF SIGNATURE & ID: _____

TO: RESPONSE Gilley 5/11/05   Do to the Recent change with your diagnoses you no longer qualify for lower bunk, first tier Restrictions. Given your diagnosis of coronary artery disease you have maintained the 8000 feet Restriction. Per AR 721 you can obtain a second medical opinion at your own expense. Grievance Denied

I'm not at 8000ft

**EXHIBIT**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/11/05    SIGNATURE/PRINT NAME & Staff ID #: _____ L. Gilley, FNP 9718
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 5/11/05    SIGNATURE/PRINT NAME & Staff ID #: Kim Burford, AAIII #1231
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 5-12-05    OFFENDER SIGNATURE/PRINT NAME & DOC #: Louis Peoples 43943

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Fremont Facility is not 8000ft — false diagnoses by this person
Never talk to this person, but thereafter she became my PA at Limon facility and Lin _____

DC FORM 850-4A(06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____  STEP (Circle One) **1** 2  3    ADA? Yes ☐ No ☒

NAME: LOUIS PEOPLES JR     DOC NO. 43943    FACILITY: LCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED.
2. CLEARLY STATE BASIS FOR GRIEVANCE AR GRIEVANCE APPEAL.
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING.
4. ATTACH COPY OF PRIOR STEP(S) IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: My Grievance is about NOT having Hygiene and proper "supplies" that the A.R. says for "Indegent prisoners." I have NO money on my books. And D.O.C. takes my State pay leaving me nothing to buy the basics for humane living. My yellow Request forms have been ignored. This has gone on for 3 yrs.

Relief: I need a **weekly** allotment of basic hygiene supplies And my (2) free letters as well as paper and pen.

I feel I am being discriminated against when other people have Recieved all of the above And got chairs for their cells.

DATE: 7/30/06    OFFENDER SIGNATURE: Louis Peoples Jr.

DATE RECEIVED: _____    RESPONDING STAFF SIGNATURE & ID: _____

RESPONSE:

**EXHIBIT**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |

RECIEPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |

RECIEPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

White: Department File    Canary: Working File    Pink: Administrative File    Goldenrod: Offender

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

| Grievance Number C-LF 0607-31 | STEP (Circle One) ① 2 3 | ADA? Yes ☐ No ☑ |
|---|---|---|
| NAME Louis Peoples Jr. | DOC NO. 43943 | FACILITY Limon Correctional |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: I'm 52 yrs old, close custody, doing 128 yrs with Post-op Heart Surgery and other serious health and stress issues. Being forced to double-cell with no chair & worn-out mattress, and with additional issues aggravating this stress and endangering my safety often forced to deal with unsuitable cell mates who have personalities hygiene, and/or needs in conflict with my own. The medications and conditions leave me worn-out. When I sleep, I (snore), and the cell-mates hollar to wake me during panic, chest and heart pains; where I must take Nitroglycerin making restful sleep impossible. This housing treatment is unreasonable and inhumane. My daily life is impaired from this and it literally may kill me. Because of the above, I should be housed in a single-cell, with a chair and decent mattress and not threatened with segregation for refusing to live with unsuitable cell-mates, or (as is) endangering my life and health. Also I have no writeups at this facility. Guards should be trained in medical issue needs of prisoners. Guards should be given housing locations to house ppl with my type of needs and not attack us with issues health issues. ADA, disabled, Mobility, Heart Cases should have recreational equip suited or ppl in my condition. This facility has nothing to aid my recovery or exercise equip no cardio low impact work-out as recommended by a doctor or for keep up with health. Need as stated all above.

| DATE: 7-27-06 | OFFENDER SIGNATURE Louis Peoples Jr. |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

**RESPONSE**



If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 8-1-06 | SIGNATURE/PRINT NAME & Staff ID # G. Ventura  G.Ventura #13063 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: FCL07-058   STEP (Circle One) (1) 2 3   ADA? Yes ☐ No ☐

NAME: Louis Peoples Sr.   DOC NO. 43943   FACILITY: Limon Correctional

RECEIVED AUG 06 2006 Assc. Warden

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: I'm 52 yrs old, Close Custody, doing 128 yrs with Post-op Heart Condition and other serious health and stress issues. Being forced to double-cell with no chair, a worn-out mattress, and with additional issues aggravating this stress and endangering my safety often forced to deal with unsuitable cell mates who have personalities, hygiene, and/or needs in conflict with my own. The medications and conditions have me worn-out. When I sleep, I (snore), and the cell-mates hollar to wake me giving panic, chest and heart pains; where I must take nitroglycerin making restful sleep impossible. This housing treatment is unreasonable and inhumane, my daily life is impaired from this and it literally may kill me. Because of the above, I should be housed in a single-cell, with a chair and decent mattress and not threatened with segregation for refusing to live with unsuitable cell-mates, or (as is) endangering my life and health. Also I have no write-ups at this facility. Guards should be trained in medical issue needs of prisoners. Guards should be given housing locations to house ppl with my type of needs and not attack us with issues health issues. ADA, disabled, Mobility, Heart Cure's should have recreational Equip suited for ppl in my condition. This facility has nothing to aid my recovery or exercise Equip in cardio low impact work-out as recommended by a doctor or for keeping up with health. Need as stated all above.

EXHIBIT

DATE: 7-27-06   OFFENDER SIGNATURE: Louis Peoples Jr.
DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

Louis Peoples Jr. #43943 is grieving the fact that he is double bunked, does not have a decent mattress, and no chair in his cell. Medical issues need to be grieved in a Medical grievance and Medical has not specified any special housing accommodations that might be needed so, the desired remedy of a single cell and special mattress are mute. His concerns about a chair are covered in the Colorado Revised Statutes, specify under Sanitary Standards for Penal Institutions dated July 21, 1999, that if an offender is confined to a cell <u>over 10 hours during the day</u>, then the facility is required to provide a proximate area to sit in addition to a bunk and writing surface. Under the LCF Controlled Movement Implementation Adjustment changes effective 08/01/06, no offenders at LCF are confined to their cells <u>more than 10 hours during the day</u> so a proximate area to sit is not required. Grievance denied.

William Rusher 2416

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 8/18/06 | SIGNATURE/PRINT NAME & Staff ID # William L. Rusher |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Housing Conditions | |
| DATE: 8-1-06 | SIGNATURE/PRINT NAME & Staff ID # G. Ventura G. Ventura #13763 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

This grievance was filed with the Medical Dept at Limon Facility on 8-1-06 served by Ventura #13763 above why didn't they respond

**COPY**

CF Form 850-04A (08/02)

COLORADO DEPARTMENT OF CORRECTIONS
INFORMAL RESOLUTION ATTEMPT

Grievance # FF03/04-166

Offender Name: Louis Peoples   DOC #: 43943   Facility: FCF   Cellhouse: 2

Subject of Grievance: Emergency (discriminated against) ADA

What is the basis of your complaint (Be specific and brief): I came to DOC with an disability and now I feel that I'm being penalized because of the failure to participate in work or programs, with respect to earned time or placement issue. In July 2002, I had a triple heart bypass. Based upon the bypass I get short of breath, have chest pain. I take a medication called Tenormin that slow my heart rate, I have seizure disorder which is controlled by Dilantin. I have a law suit filed in US Dist Court, due to a violation of a Dist Court Judge, refusing medical attention. Prior to my incarceration I was on disability hypertensive cardiac vascular disease. I have asked Case Manager more yadda yadda pursuant to Motes v/f Correct'l Dept and the injury required of food The discriminated by the Dept of Correct'l

Offender Signature: [signed]

Case Manager Review: As part of my responsibility to resolve grievances at the lowest level, I contacted the following staff and obtained the following information regarding this grievance:

Medical Housing Restrictions are 8-17-98 8,000 Ft., 11-2-99 Lower Bunk, Medical Assignment Restrictions is 1-13-03 Loss Consc. Subject states the basis of discrimination is his lack of employment and recreation due to his disability.

Case Manager Signature: Don Wilde  D.Wilde   Date: 10-20-03

Staff Response: Your informal grievance states that you are being penalized because of the failure to participate in work or programs, with respect to earned time or placement issue. Your grievance requests no remedy.

By regulation, placement or classification issues are not grievable. That point will not be addressed.

A review of your records does indicate that you have lost a total of six days earned time since July of 2003 due to being unemployed. Fremont Correctional Facility offers numerous "Light Duty Labor" positions for inmates with medical conditions that prevent them from performing other work. In fact, you were hired into one of these positions (the Light Duty Labor silverware wrapping position in Food Service) on 4/22/03. You stayed in that position until 6/22/03. You were released due to poor work performance. You are encouraged to apply for another of the Light Duty Labor positions available at FCF. Until you become employed again you will not be awarded that portion of the earned time grant controlled by work program participation. I find no basis for your claim of discrimination based upon your medical condition.

Staff Signature/Printed Name & Staff ID #: TOM MISEL  Tom M [signed]   Date: 11/10/03

What was decided (within policy limitations):
H. ☐ I am satisfied with the informal resolution shown above.
I. ☐ I have elected to file a Step I Grievance. (Attach this form to Step I Grievance)

**EXHIBIT**

Offender Signature: [signed]   Date: 11-17-03

c: Working file, Offender, Grievance File
Original: Department file

**PEOPLES LOUIS**
Unit: LCF/UNIT3                                    43943
10/6/2006      Expires: 8/13/2007      Week:   2   Day: 5
HS SNACK    LS2 : LOW SODIUM-HS SNK

FRUIT-FRESH OR CANNED                      1 SVG

Unit:
                  Expires:              Week:        Day:

I Have filed for ADA accommodations march 2006
I am curently on a concentrater machine because I have Emphysama. I HAVE NO job assignment. I AM Not Allowed go to Recreations. I AM only allowed to go to medical or to go to the Dinning hall to eat. August 30th I had CANCER surgery of the chest called Thymoma tumor, I have a Pinch Nerve in my neck affecting my Right arm.
High blood Presure Emphysema to Name a few of my conditions I need to ~~exercise~~ and not be in my unit all day doing nothing.

Stanley E Jones
#103831

P.S. I'm not allowed to do anything by order of Doctor Bloor

HORMOZ POURAT, #113890
LIMON CORRECTIONAL FACILITY
49030 STATE HIGHWAY 71,
LIMON, CO 80826.

I HAVE SLEEP APNIA. DOC GAVE ME A C-PAP MACHINE THAT CAME WITH A MASK. THE MASK IS NOT FUNCTIONING PROPERLY SO I CAN NOT USE MY C-PAP MACHINE. THE STAFF AT THE MEDICAL DEPARTMENT AGREE THAT I NEED A DIFFERENT MASK BUT WHEN THEY CALLED TO ORDER ONE THEY WERE TOLD THAT THE INSURANCE COVERS A NEW MASK ONLY ONCE EVERY SIX MONTHS SO I CAN NOT GET A NEW MASK. I WAKE UP AT LEAST 60 TIMES EVERY MONTH BECAUSE I CAN NOT USE MY C-PAP MACHINE. I STOP BREATHING WHILE I AM SLEEP AT LEAST 60 TIMES A NIGHT AND I WAKE UP. I AM ALWAYS TIRED AND I SLEEP ABOUT 15 HOURS EVERY DAY. WHEN I WAKE UP AND ALL DAY LONG I AM SLEEPY BECAUSE I WAKE UP SO MANY TIMES EVERY NIGHT.

ALSO, I NEED TO TAKE FIBER EVERY DAY. THE DOCTOR HERE ~~ORDERED FIBER FOR ME~~ SAYS THAT I NEED FIBER. I AM ALERGIC TO THE FIBER POWDER THAT THEY SELL HERE AND THE DOCTOR SAYS THAT DOC DOES NOT ALLOW FIBER WITHOUT PSYLIUM. PSYLIUM IS WHAT MOST FIBER POWDERS ARE MADE OF AND I AM ALERGIC TO PSYLIUM. IN OTHER PRISONS THAT I HAVE BEEN TO THEY ALWAYS GAVE ME FIBER PILLS THAT DID NOT CONTAIN PSYLLIUM. I AM SUFFERING REAL BAD.

HORMOZ POURAT

To. Whom it May Concern:

I'm a deibetic I take meds daily to keep it under control. I have orathopy in my legs and I can't wear shoes or boots that or tied with shoe strings. Medical will not issue me deibetic medical shoes or boots to wear. even though an oathopyic doctor says I Needed them which also he prescribed me to have them Medical says Depart-Ment of Corrections dont do this, but I know inmates that do get them and they dont have the problems with there feet like I do. I also have had 5 back surgerys and I need 1 More and I also Need 3 cages put in my spine so I could at least Move somewhat with little pain I do see why its an issue for Department of Corrections to Aprove of what we need. My family says that they would pay for my deibetic shoes that the doctor aproved I dont understand why there letting others have them from the street that or not cleibetic and not the people who really need them like

Myself Department of Corrections wont allow me to wear My deibetic shoes to the Visting room I have to Wear the state issue shoes that have to be Tied with shoe strings, which is Making My feet hurt, itch, burn and swell up where I Cant even walk on them and where it hurts to the touch plus they dont give deibetic the right diet and it seems that Department of Corrections wants to keep us down and sick and not giving us proper Care all Im asking is please let Me have My proper diet and My deibetic Shoes I surely thankyou for taking the time and effort to read this and hopefully favor my way and understand My Needs

Thank you
Richard Gonzales #46594

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO: 92 N 870 EWN-OES
                  96 NO 343

MONTEZ, et al,
                          PLAINTIFFS,

v.

BILL OWENS, et al
                          DEFENDANTS.

CLAIMANT: POURAT     CLAIM NO: —    CATEGORY: —
address: C.D.O.C./L.C.F. 49030 State Highway 71 Limon, CO. 80826

AFFIDAVIT OF HORMOZ POURAT #113890

I, HORMOZ POURAT, declare that the following information is, to the best of my knowledge, the truth:

1. I am a prisoner at the Limon Correctional Facility, in Lincoln County and I (am) (am not) a member of the Montez Class action settlement agreement.
2. I have serious medical needs and disabilities requiring accommodations in the form physical therapy or recovery therapy that has been prescribed and/or recommended by physicians for my medical conditions that is not available at this Colorado D.O.C. facility.
3. I have the following serious medical conditions involving: ___ heart  ✓ knee  ✓ arthritis  ___ joints  ✓ neck  ✓ back  ___ wrist  ___ hand  ___ foot  ✓ leg  ___ hip  ___ other ___
4. My physical therapy and/or recovery therapy accommodation needs include 'low-impact' aerobic-type machines such as: stationary bike machine, stair master machine, rowing machine, "arm/shoulder" machine, light-duty cable machines, and generalized equipment for accomplishing this therapy. Also, for safety, these machines should be equipped with the "heart-rate" monitoring attachment.
5. Further information in support of my need of recreation equipment accommodation includes:
   I AM IN PAIN AND NEED THIS EQUIPMENT FOR EXERCISE.
6. I believe this medical recreation equipment should be installed in a 'separate area' of the gym to prevent general population abuses and provide more availability for those requiring recovery therapy / physical therapy / and recreational therapy. An area "is" currently available in the gym.
7. Affiant further states:
   HOW COME DOC TOOK AWAY THIS EQUIPMENT?
8. Affiant further sayeth naught.

STATE OF COLORADO   )
                    ) ss:
COUNTY OF LINCOLN   )

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE

SUBSCRIBED AND SWORN TO BEFORE ME THIS 10 DAY OF OCTOBER 2006 by

NOTARY PUBLIC
address/location

My commission expires: ___

NOTARY NOT AVAILABLE AT THIS TIME

10/9/06

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO: 92N870 OES
96N343

Montez, et. Al., PLAINTIFFS,

v.

Bill Owens, et al, DEFENDANTS.

CLAIMANT: RUDNICK   CLAIM NO: 01-072   CATEGORY: I
address: C.D.O.C./L.C.F. 49030 State Highway 71 Limon, CO 80825

---

**AFFIDAVIT OF JAMES RUDNICK #66432**

I, JAMES RUDNICK, declare that the following information is, to the best of my knowledge, the truth:

1. I am a prisoner at the Limon Correctional Facility, in Lincoln County and I (am) / (am not) a member of the Montez Class action settlement agreement.
2. I have serious medical needs and disabilities requiring accommodations in the form physical therapy or recovery therapy that has been prescribed and/or recommended by physicians for my medical conditions that is not available at this Colorado D.O.C. facility.
3. I have the following serious medical conditions involving: ___ heart  _X_ knee  _X_ arthritis  _X_ joints  ___ neck  _·_ back  ___ wrist  ___ hand  _X_ foot  ___ leg  _X_ hip  ___ other ___
4. My physical therapy and/or recovery therapy accommodation needs include 'low-impact' aerobic-type machines such as: stationary bike machine, stair master machine, rowing machine, "arm/shoulder" machine, light-duty cable machines, and generalized equipment for accomplishing this therapy. Also, for safety, these machines should be equipped with the "heart-rate" monitoring attachment.
5. Further information in support of my need of recreation equipment accommodation includes:
   If I don't exercise, or have use of the proper equipment, the conditions of my medical problems gets worse.
6. I believe this medical recreation equipment should be installed in a 'separate area' of the gym to prevent general population abuses and provide more availability for those requiring recovery therapy / physical therapy / and recreational therapy. An area "is" currently available in the gym.
7. Affiant further states: Some of these 'suggested items' used to be here at this facility but have been Removed or Broken without Replacement.
8. Affiant further sayeth naught.

STATE OF COLORADO  )
                   )  ss:
COUNTY OF LINCOLN  )

_____
AFFIANT

I swear under penalty of perjury the above is true,
SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF _____, 2006 by _____
(affiant name)

NOTARY PUBLIC  Not available at this time
October 10th 2006

My commission expires: _____

UNITED STATES DISTRICT COURT

FOR THE STATE OF COLORADO

**ORIGINAL**

Civil Action No: 92-N-870(OES) ( Consolidated for all purposes
with Civil Action No; 96-N-343

Jesse Montez, et all.

       Plaintiff,

V.

BILL OWENS, et all

       Defendants,

Claim Number 02-049
Category III
Claimant: Louis Peoples Jr, #43943, LCF 49030 State HWY 71, Limon, Colo 80826

ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY
RESTRAINING ORDER

Upon the original Montez V. Owens complaint, the supporting motion for preliminary injunction of Plaintiff' and the memorandum of law submitted herewith, it is:

Ordered that defendant' Governor Owens, Director of Corrections Joe Ortiz, and Warden Heartly of the Limon Correctional Facility, Show Cause in room ____ of the United States District Court For Colorado, 901 19th Street, Denver, Colorado 80294-3589 on the ____ day of _____ 200__, at _____ O'Clock, Why a preiminary injunction should not issue pursuant to Rule 65(a) bf the Federal Rules of Civil Procedure enjoining the defendant', their successors in office, agents acting in concert and participation with them providing Plaintiff and all other Chronic Care Prisoner' at the Limon Correctional Facility with a separate area and separate equipment to assist with Cardiovascular Rehabilitation for exercising and other recreational opportunities pursuant to ADA standards, Stair Master, Blowflex, Rowing Machince, Universal Cable Machine, Hand Peddle Walk-out Machine, for wheel chair patient/prisoner'.

IT IS **FURTHER ORDERED** THAT EFFECTIVE IMMEDIATELY OF THIS Order to **Show Cause**, the defendant' **Owens, Ortiz, and Heartly** and it' agents, employees, and all persons acting in concert or participation with them are restrained from making lame or false excuses denying equipment and prescribed medical thearpy and exercise needs for **chronic case priosner/patients** with any disability. Also to restraine them from **Taunting of Utter Indifference and Contemptuous** back talk as to staff stating: **If you don't like it, don't come to prison,** and giving the Runaround. stating: **We don't control recreation equipment,** knowing No one other than medical understands these chronic care exercise needs and the equipment this involves. Such attitude can not be tolerated.

IT IS **FURTHER ORDERED** THAT THE Order to **Show Cause**, and all other paper attached to this application, be served on aforesaid defendants by the 10th day of Oct 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS FURTHER ORDERED THAT effective Immediation o