IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 92 CV 870 EWN-OES
96-N-0343

Jesse Montez, et. al.,
PLAINTIFF(S),

V.

Bill Owens, et. al.,
DEFENDANT(S).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

GREGORY C. LANGHAM
CLERK

CLAIMANT: N/A            CLAIM NO;_____   CATEGORY:___

ADDRESS: 49030  STATE HWY. 71, LIMON, COLORADO 80826

AFFIDAVIT OF CLAYTON B. PHILLIPS, #66880

I, Clayton B. Phillips, declare that the following information is, to the best of my knowledge, the truth:

1.   I am a prisoner at the Limon Correctional Facility, in Lincoln County and I <u>am not</u> a member of the <u>MONTEZ</u> Class Action settlement agreement.

2.   I have serious medical needs and disabilities requiring accomodations in the form of physical therapy or recovery therapy that has been prescribed and/or recommerdddd by physicians for my medical conditions that is not available at this facility.

3.   I have the following serious medical conditions invólving: <u>LEFT KNEE</u>, <u>DEGENERATIVE JOINT DISEASE</u> (OSTEOARTHRITIS), <u>RIGHT FOOT</u>, and <u>JOINTS</u>.

4.   I have had two left knee arthroscopic surgerys to remove pieces of bone and gristle that had broken loose and were floating around destroying the inside of my knee. I am currently in need of another surgery to remove more pieces and I have been asked by Dr. Patterson if I wanted a knee replacement.

5.   My physical recovery therapy accomodations needs include 'low impact' aerobic-type machines such as: stationary bikes, stair master machine, rowing machine and genralized equipment for accomplishing this therapy. Also, for safety purposes for those with heart ailments, these machines should be equipped with the "heart rate" monitoring attachments.

6.   Further information in support of my need of recreation equipment accomodations includes:  When I do attempt to jog, or run on the outside track my right foot inflames/swells up and the pain prevents me from being comfortable. My left knee also swells up and because the medial miniscus (phonetic spelling) is completely worn out and gone I have severe pain when walking for any length of time much less trying to run or jog.  I have had a pair of show inserts made for me by the podiatrist due to my right foot injury-condition and these have been taken away from my by security staff even though I had them for over 5 years, at this facility where they were prescribed, and at two other facilities.

1. of 2

7.   I believe this 'medical recreation equipment' should be installed in a seperate area of the gym to prevent unauthorized, meaning the general population, abuses and to provide more availability for those requiring recovery therapy/ physical therapy and recreational therapy usage.  An area IS currently available in the gym.

8.   Affiant further states:  The L.C.F. Administration does have most of these types of low impact machines available now.  They were purchased with monies from the Canteen Fund for general population inmate usage but these machines were diverted to the (TC) Theraputic Community program inmates usage back in 2001 and 2002.  The (TC) Theraputic Program is no longer a program here at this facility and the machines we could use and need are being stored in a shed outside and some are being used for staff recreation.

9.   AFFIANT FURTHER SAYETH NAUGHT.

STATE OF COLORADO   )
COUNTY OF LINCOLN   )

SS#: 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

_[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS _11_ DAY OF OCTOBER, 2006.

_[signature]_
Notary Public:

4-26-10
My Commission Expires:

10-11-06

To: The Clerk of the Court,

Re: Additional 'Attachments' for Rule 65(a)
(filed 10-10-06)

Dear Sir:

Enclosed are (2) Additional Attachments to be included [FILED together with] my Rule 65(a) Memorandum of Law -- Preliminary Injunction I mailed to you on 10-10-06.

PLEASE locate my Rule 65(a) Package and Attach these to the Memorandum of Law -- Preliminary Injunction, so the Judge can See them All at the Same time.

Thank you.

Sincerely
x Louis Peoples Jr.
Louis Peoples Jr  #43943
Claim #02-049     Cat III

At this time of mailing I could get NO COPIES to send to the A.G. Office or to keep for myself. PLEASE FORWARD to the A.G. office.

x Louis Peoples Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No: 92 CV 870 EWN-OES
96·N·343

Jesse Montez, et.al.,
  Plaintiff,

V.

Bill Owens, et. al.,
  Defendants.

Claimant: Louis Peoples Jr. #43943    Cat # III    Claim # 02-049
LCF  49030 State Highway 71
Limon, CO. 80826

ADDITIONAL ATTACHMENT (EXHIBITS)

Enclosed are the following to be considered along with the Preliminary Injunction And Memorandum of Law Action filed yesterday (10/10/06) because they are relevant to this case.

1. Affidavit from Clayton Phillips
2. Notice of Anthony Thomas' Services (died 7-10-06)

Both Involve Chronic Care Medical Exercise Accommodations Not being provided at this D.O.C. Facility. (See Memo. of Law Page 4)

Claimant Louis Peoples Jr. Requests this Court to allow the Above Attachments to be considered in his Rule 65(a) Filing.

Respectfully Submitted this date: 10/11/06

Louis Peoples Jr.
Louis Peoples Jr #43943

## CERTIFICATE OF SERVICE

I swear that I mailed the Attached:
 ADDITIONAL ATTACHMENT (EXHIBITS)
  1. AFFIDAVIT of Clayton Phillips
  2. NOTICE of Anthony Thomas Svc.

To the Address listed below, Postage Prepaid, pursuant to the Colo. D.O.C. Legal Mail Policy for Prisoners on this date: 10-11-06

x *Louis Peoples Jr*
Louis Peoples Jr # 43943

I also state that due to these Prison Conditions that NO COPIES could be made. At this Time of Mailing.

x *Louis Peoples Jr*
Louis Peoples, Jr. # 43943

US. District Court
901 - 19th Street Rm A105
Denver, CO. 80294-3589
 Office of the Clerk

# Order of Service

Friday, July 28, 2006 - 2:00 PM
Pipkin Chapel of Peace
2531 Ogden Street
Denver, CO 80205
Minister George Roberts, Eulogist
Apostle Bernard Browder, Officiating

Processional....................................................................Hayward Hobbs
Selection.............................................."I Will Lift Mine Eyes"
..............................................................................Hayward Hobbs
Comfort From the Scriptures..................................................
Old Testament - Pastor Betty Patterson
New Testament - Minister Glenn Patterson
Prayer of Solace.................................................Pastor Peggy Barnes
Selection................................................................Hayward Hobbs
"God Made A Man"
Acknowledgements, Condolences and Obituary......Pipkin Mortuary
Expressions of Love (Remarks) - Two Minutes, Please
Selection................................................................Hayward Hobbs
"Amazing Grace"
Eulogy..................................................Minister George Roberts
A Glimpse Till Glory.........................................Funeral Directors

Please Return to Seats
Committal/Closing Prayer/Benediction
Recessional..........................................................Hayward Hobbs
"I Will Lift Mine Eyes"

### Honorary Pallbearers
Draymar Mays    William Thomas    Tyree R. McDaniel
Davonti D. McDaniel    Cammeron Mays

### Private Cremation
Denver, CO

### Acknowledgements
The family of Anthony Draymar "Tootsie" Thomas wishes to express their sincere appreciation for the kindness, love, prayers and expressions of sympathy we have received in our time of loss. God bless each of you.
Providing a Comforting Ministry for the Sake of Precious Memories



Pipkin Mortuary
2531 Ogden Street
Denver, Colorado 80205
(303) 861-4496



# Remembering the life of...
# Anthony Draymar Thomas
## "Tootsie"

November 5, 1958  ~  July 10, 2006

# Precious Memories
## Anthony Draymar Thomas

Anthony Draymar Thomas, affectionately known as "Tootsie" was born on November 5, 1958 to Henry T. Thomas and Charlesetta Walker-Thomas in Denver, CO. Born into a busy, happy family, Anthony was the fourth of five children. Anthony had three brothers, Tyree, William and Robert, and two sisters, Terryetta and Elaine. A carefree child, Anthony was happiest when he was helping others. A favorite memory of childhood, for him, was sliding down "Grasshopper Hill" with his sister in a cardboard box.

Anthony received his formal education in the public school system, attending Garden Place, and Ebert Elementary Schools and continued on through the tenth grade.

Anthony worked as a general laborer and also did landscaping. He was employed by John Gashen. He was a member of Church of God in Christ.

In his free time, Anthony enjoyed sharing quality time with his family and friends, especially his best friend, Tennessee Doss.. His friends, family and acquaintances will best remember Anthony for always helping someone and watching someones' kids. His gentle spirit, kindness and big heart were the trademarks of this man's life. His smile and love will be deeply missed by all who were fortunate enough to have shared even a small part of their lives with Anthony. To know him was to love him.

Anthony was preceded in death by his loving parents and brother, William H. Thomas.

*To everything there is a season*
*And a time to every purpose*
*under the heavens.*
*A time to be born and a time to die. Ecl. 3:1*

Anthony Draymar Thomas. "Tootsie" departed this life on July 10, 2006 those left to cherish the memories of this wonderful, helpful, and generous man include his brothers, Tyree (Deborah) McDaniel and Robert L. Davidson, both of Denver, CO; sisters, Terryetta E. (James) Murrell of Denton, TX and Elaine Lucas of Detroit, MI; sister-in-law, Judy Thomas and a host of other relatives and friends.

## My Last Request

*Please don't say that I gave up, just say that I gave in.*
*Don't say I lost the battle, for it was God's war to lose or win.*
*Please don't say how good I was, but that I did my best*
*Just say I tried to do what's right,*
*to give the most I could, not do less.*
*Please don't give me wings or halos, that's for God to do.*
*I want no more than I deserve, no extra's, just my due.*
*Please don't give flowers, or talk in harsh tones.*
*Don't be concerned about me now,*
*I'm well with God, I've made it home.*
*Don't talk about what could have been, it's over and it's done.*
*Just see to all my family's needs, the battle has been won.*
*When you draw a picture of me, don't draw me as a saint*
*I've done some good, I've done some wrong, so use all your paint*
*Not just the bright and light tones, use some gray and dark*
*In fact, don't put me down on canvas, paint me in your heart.*
*Don't just remember the good times, remember also all the bad*
*For life is full of many things, some happy and some sad.*
*But if you must do something, then I have one last request*
*Forgive me for the wrongs I've done and with the love that's left*
*Thank God for my soul's resting thank God for all who loved me*
*Praise God who loves me best.*