IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane
Judge Edward W. Nottingham

Civil Action No. 92-N-870 (OES)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

GREGORY C. LANGHAM
CLERK

---

Re: Claimant Anthony Hernandez, Claim Number: 03-152

---

I object to Final Order of Special Master.

The Special Master abused his discretion. This Assertion is based on several obvious and undisputable facts.

Special Master concluded in final Order, that theuncontroverted evidence established that defendants discriminated against me. Forcing me to choose bewteen utilijng the recreation facilities and keeping my job or receiving my insulin medication alnd medical testing supplies. The fact this took place for well over 7 years, in a "close" facility, where inamtes are locked down all the time, when not at work. And inmates are allowed access to yard/gym for only 45 minutes 4 to 5 days each week. This denial of exercise causes irreversable damage to diabetics. As Special Master is not a doctor, he should have inlisted the expertise of a doctor (as I requested) to determine all the ramifications of my being denied recreation, insulin and the opportuniaty to test my blood sugar levers. This court must consult a unbiased doctor for a real and meaningful accessment of just what damage my body has been subjected to, as a result of defendants discriminatory actions.

Further, I showed that defendants have retaliated against me because of my involvement, with this Montez action. I showed how

every medical permit I had, has been taken from me. This done without any examination, without me even being there and without a doctors order. When I asked why, defendants medical personnel telling me straight out that I wouldn't get anything medical, because of my involvement with Montez. That our (Montez litigants) sniveling and whining has caused more problems, than we'er worth.

I ask this courtto order defendants to stop the retalitory action and to re-instate all the medical permits I had prior to my involvement with Montez. Only common sense is needed to realize that my medical needs are greater now after being subjected to defendants discrimination practice of denying me recreation, medication and medical testing supplies, for close to ten years. Again, I request this court have a real and unbaised doctor examine me. Reaching any decision without consultation of a doctor will make a farce of the whole case and be a mockery of justice. This court can't allow defendants to evade jstice, just because they are part of the goverement.

Respectfully submitted,

Mr. Anthony Hernandez   Reg. 83042
CTCF
P.O. Box 1010
Canon City, CO 81215-1010