IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-892
Category II
Claimant: Ruby Maria Montano, #106173
Address of Claimant: 940 Lincoln Street, Denver, CO 80204

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant filed a claim pursuant to the settlement agreement approved by Judge Nottingham on August 27, 2003. Claimant alleged in her claim that she was a member of the class and was entitled to receive compensation or other relief from Defendants.

      Claimant was released on parole. Defendants' motion indicates that Claimant has absconded from parole supervision. An order was issued to Claimant granting her the opportunity to respond to the motion to dismiss. Claimant has filed no response to the motion and there is no indication that Claimant has returned to DOC custody. A warrant is outstanding for Claimant's arrest.

      Federal courts have the authority to dismiss an appeal when a defendant becomes a fugitive. *Degen v. United States*, 517 U.S. 820 (1996); *United States v. O'Neal*, 453 F.2d 344 (10th Cir. 1972). A court does not need to invest its resources on an appeal where a defendant has chosen to absent himself. *Gonzales v. Stover*, 575 F.2d 827 (10th Cir. 1978).

      The Special Master does not see any difference between the defendant who becomes a fugitive while his appeal is pending from the claimant who chooses not to keep in contact with the court and absconds from parole supervision. The claim will be dismissed. If Claimant can establish good cause, the claim may be reinstated. The resources for processing of claims is limited and should not be abused by those who choose to abscond from supervision.

   IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

   IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 29, 2007.**

   SIGNED this 16th day of October, 2006.

              BY THE COURT:

              */s/ Richard M. Borchers*

              _____
              Richard M. Borchers
              Special Master