UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

October 17, 2006

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   FRED F. FRANZONE, vs. BILL OWNES, et al**

Court of Appeals Case No. 06-1233
District Court Case No. 92-cv-00870-EWN

Dear Clerk:

The notice of appeal in the above entitled case was filed on 5/24/06 in our court. The appellant's fee status is as follows:

The initial partial filing fee HAS NOT been paid.

Sincerely,
GREGORY C. LANGHAM, Clerk

by  s/ Gail Shaw
    Deputy Clerk