

ICE OF THE CLERK
ed States District Court
19th Street, Room A105
ver, CO 80294-3589

CIAL BUSINESS

017H15524679

HASLER $0.879

09/28/2006

Mailed From 80202

IN THE UNITED STAT
FOR THE DISTRIC

Plaintiffs,

RETURNED TO SENDER
UNCLAIMED

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006

GREGORY C. LANGHAM
CLERK

92-CV-870 EWN
#2293

OCT 10

Case: 1:92cv870

Fred F. Franzone
241 North 4th Street
General Delivery
Grand Junction, CO 81501