To: Honorable John T. Kane

From: Phillip Johnson, Jr #61588

Re: DoC is not in Compliance: im being denied Medical by Physician Partners.

Date: 10-18-06

RECEIVED OCT 13 2006 BY:

FILED UNITED STATES DISTRICT COURT DENVER, COLORADO OCT 18 2006 GREGORY C. LANGHAM CLERK

I Phillip Johnson, Jr #61588 have been seen by Abilities Unlimited and was also seen by there Podiatrist and he order that some shoes be made to help my disability, but some how this keep getting denied: my disability is getting worse. I have wrote to Cathie Holst, HI (T)ADA, My Case Manager here at "limon" O'connor" Will not give me a Grievance without taking me through hardship, I have a Civil Action # 06-CV-00064 BNB on this Deliberate indifferent: Eighth Amendment

Honorable John T. Kane I ask that this be looked at because the Medical Staff here at limon is not helping me: want me to keep paying $5.00, as well as the Medical Staff is not staying here long enough for some reason. The last PA Steck, had me walking around in pain for 10 months.

**Colorado Department Of Corrections**
Name: Billy Robinson Sr.
Register Number: #61588
Unit: 6-B-1-14
Box Number: 19030 State Hwy 71
City, State, Zip: Limon, Colo. 80826

RECEIVED
OCT 13 2006

COLORADO SPRINGS CO 800
12 OCT 2006 PM 2 L

To: The Honorable John L. Kane
Judicial Masters
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colo. 80030-4444