# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: <u>92-N-870(OES)</u>

Jesse(Jesus) Montez, et al., Plaintiff(s),

v.

Bill Owens, et al., Defendant(s).

RE: Claimant: Howell F. Roberts, Reg. #90353
     Claim Number 01-041
     Category I

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 9 2006

GREGORY C. LANGHAM
CLERK

---

## NOTICE OF ADDRESS CHANGE

---

**COMES NOW,** Howell F. Roberts, III, the Claimant, Pro Se, and enters his Notice of Address Change, and for grounds, states as follows:

1. On September 12, 2006, the Colorado Department of Corrections moved this Claimant unexpectedly and without notice to his current address of Limon Correctional Facility in Limon, Colorado.

2. This Claimant's current address is: **Limon Correctional Facility, 49030 State Highway 71, Limon, Colorado 80826**. This address is current until further notice.

3. As of this date, this Claimant has had nor response or resolution to his claim. Respectfully Submitted on this 13th day of October, 2006.

1

Respectfully Submitted,

Howell F. Roberts, III, Claimant
Reg. #90353
c/o L.C.F.
49030 State Highway 71
Limon, Colorado  80826

## CERTIFICATE OF MAILING

I hereby certify that on this 13th day of October, 2006, a true and accurate copy(Original and one copy to U.S. District Court) of the foregoing Notice of Address Change, was placed in the United States Mail, postage prepaid, and addressed to the appropriate parties with their appropriate addresses, and mailed to the following addresses:

Clerk of the Court
U.S. District Court of Colorado
902 - 19th Street, Room #A105
Denver, Colorado  80294-3589

Colorado Attorney General's Office
1525 Sherman Street
Denver, Colorado  80203

Ms. Paula Griesen, Attorney
1670 York Street
Denver, Colorado  80206

Special Masters
7907 Zenobia Street
Westminster, Colorado  80030

Claimant