IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 92-CV-870-EWN-OES (consolidated for all purposes with Civil Action No: 96-CV-343

JESSE (JESUS) MONTEZ, et.al.

Plaintiff

Vs.

BILL OWENS, et.al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2006

GREGORY C. LANGHAM
CLERK

Claim Number: 02-751
Catetory II
Claimant: Floyd Allen #117789
Address of Claimant: C.T.C.F., P.O.Box 1010, Canon City, Co. 81215-1010

### CLAIMANT'S REPLY TO DEFERNDANT'S

### RESPONSE TO CLAIM AND SUPPORTING DOCUMENTS

**COMES NOW, FLOYD ALLEN**, Claimant, Pro-Se, and Indigent. Let it be known that Claimant is known as "PETITIONER" hereinafter. Petitioner requests that this Hon. court to change the catetory II to Catetory III. Petitioner can show arguable issues that has not been present to this Hon. court. Petitioner can show meritorious grounds as follows:

1. Petitioner asserts the Defedndants has CONCEDED that he is unable to walk without the assistance of a cane or wheelchair. And can not climb stairs without a pause. Therefore, he is permanent mobility impaired under the Remedial Plan. In addition, although the time frame that Mr. Allen was substantially limited in one or more of his major life activities is at issue. Defendants will CONCEDE that he does have a physical impairment that substantially limits one or more of his major life activities, such that he may

be considered disabled under the ADA and the Rehabilitation Act.   see: Defendant's Response, §B, pgs. 4-5.

2. Petitioner has apparently suffered numerous heart attacks and related ailments.  Accord to Ambulatory Health Record daterd 4/19/05.  Cardiologist did an angroplasty.  Accord to Ambulatory Health Record dated 7/13/06 states he suffers chronic airway obstruction nec other and unspecified Hyperlipidemia unspecified essental Hypertension unspecified chronic ischemic heart disease.  Also states under objective "Wheelchair to small for his width; needs one with oxygen carrier probably for future... .   Exhibit A and B.

   Ambulatory Health Record dated 4/12/06 under subjective:  Pt is schedule for CCC for coronary Artery Disease which was diagnosed 1909w1st.Mi.  Exercise Tolerance as defined by yards to dyspnea/chest pain: 1 lap around track causes doe, another lap causes chest tightness.  Mostly resolved w ntg/ rest.
   Side-effects include:  Frequence of angina: daily this has been ongoing for 2-3 mos.
   Last cardiac evaluation: adenosine cardiolite 1/06- no new perfusion abnl, but old inflat wall motion hypokinesis.
   At this time he reports he was having daily even now angina than currently.  Exhibit C and D.

   Ambulatory Health Record dated 3/31/06 stated:   Under objective: Dyspneic I/m on 02.  New tranfer from Ft. Lyon.  Limited movement because of size/deconditioning.  Last knee X-ray 2003 showed some osteoarthritus.  No back exams will at X-rays for these to begin evaluation.
   CCC: 52 yo wm w/multiple serious combrbidities 1) HTN' @) Class 2/3 Angina w/known multi-vessel CAD; heart cath 2/25/05; 3) elevated HgAic7.0; 4) Hyperlipidemia; 5) chronic 02; 6) Hxinf.Mi; 7) Hypulori for highly pathogernic strain per lab, 3/7/06; 8) EGD w/mild gastritis and aiatal hernia; 9) has open sore between on 5th inner toe of Rfoot.
   Assessment: unspecified essential Hypertensions Helicobacter pylou infection cardiac complications NEC Lumlago.  Exhibit E.

3. Petitioner asserts he is a Diabetic his P/S are as low 62 and the highest in the 400's.  Exhibit C,F,and G.
   This claim has not been presented.  Just was diagnosed an Diabetic on approximately on 3/23/06.

4.  Due to the facts the Defendants has CONCEDED on the claim of MOBILITY.  Mr. Allen is a member of the MONTEZ Action.

5.  Petitioner asserts damages as follows:
    1.  $150.00 per day until he gets appropriate wheelchair; startig from 12/29/03 to present; until he receives a appropriate wheelchair.
    2.  Order Cardio Physical Theorpy at the Colorado State Hospital at Pueblo, Colorado.
    3.  Change Petitioner's Catetory II to Catetory II.  Give Mr. Allen opportunity to present his burden to prove the harm D.O.C. has inflicted by the above stated grounds.

**CONCLUSION:**

With all of Mr. Alle$s medical problems D.O.C. has harmed him; grounds as follows:

1.  Needs wheelchair to contain his size/weight; to carrier for oxygen.
2.  Needs Physical Theorphy due to his cronic heart disease and C.O.P.D.
3.  Any Cardio will order Physical Theorphy for their patients with heart problems.  Due to the fact their has been no Physical Theorphy they are allowing him to just dye.
4.  Due to the Defendants has CONCEDED on the claim of Mobility. He is a member of the MONTEZ Action.

Respectfully Submitted,

*Floyd Allen*

Floyd Allen
C.T.C.F. #117789
P.O. Box 1010
Canon City, Co.   81215-1010

## CERTIFICATE OF SERVICE BY MAILING

This is to certify that I have duly served the "CLAIMANT'S REPLY TO DEFENDANT'S RESPONSE TO CAAIM AND SUPPORTING DOCUMENTS" upon all parties herein by depositing copies of same in the United States Mail, postage prepaid, at C.T.C.F. Canon City, Co. 81215-1010, on this _____ day of October, 2006.

Colorado Attorney General Office
John Suthers
Celia F. Randolph
Corrections Unit
Civil Litigation and Employment Law Section
Attorney for Defendants

*Floyd All___*

PETITIONER

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

CHRONIC CARE CLINIC
Page 1 of 2

Printed By: WERMERS, JOSEPH
Printed at: 07/13/2006 09:14:04
Encounter#: 1234810 @ CT

| 117789 | ALLEN, FLOYD | Facility: | CT | LU: | CTCF/CH3 | B | R | 101 | R |

**SUBJECTIVE**

CCC with multiple problems
Diabetes, no Rx until Glucotrol begun 5/22/06. Compliant re FSBS, sugars have gotten slightly higher past 7-10 days (160-198). ADA diet ordered 4/12/06 but he says he is not getting, is on regular with PM snack. A1C=6.7 in April
Hypertension, BP today good, not on regular monitor. Zestril for at least 3 years, causes a cough. On lasix, K-Dur with normal K+ last month
ASHD, see cardiology consult last month. Continue current program
Gout under control, right great toe when acts up
Lipids, were good 4/06. On Zocor, LFTs normal last month
Chronic chestpains, stable, says he is "doing all right on that" with no recent changes. Is familiar with recommendation from cardiologist last month, thinks are reasonable
Has Imodium order but not taking he says; only got it in Infirmary in May; none since, will not renew. Chronic diarrhea he says, no change with Rx
Humibid helps cough (ACE related?)
Needs consult and auth to get new wheelchair, I find none in chart or per query consult
Active Medication(s): ASA ENTERIC - 325 MG; COLCHICINE - 0.6 MG; COLCHICINE - 0.6 MG; GLUCOTROL - 5 MG; HUMIBID-DM - 30-600 MG; IMDUR 120MG SR - 120 MG SR; IMODIUM - 2 MG; K-DUR - 10 MEQ; LASIX - 40 MG; LOPRESSOR - 50 MG; NORVASC - 5 MG; PLAVIX - 75 MG; QVAR - 80MCG; ZANTAC - 150 MG; ZESTRIL - 20 MG; ZOCOR - 40 MG; ZYLOPRIM - 100 MG

**OBJECTIVE**

Wheelchair too small for his width; needs one with oxygen carrier probably for future (used to be on oxygen, was D/C)

**ASSESSMENT**

Consider replace or D/C Zestril due to cough
Has duplicate Colchicine order, will continue Rx but D/C one of the 2 orders
250.02 - DIAB W/O MENTION COMP TYPE II/UNS TYPE UNCNTRL
496 - CHRONIC AIRWAY OBSTRUCTION NEC
272.4 - OTHER AND UNSPECIFIED HYPERLIPIDEMIA
401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
414.9 - UNSPECIFIED CHRONIC ISCHEMIC HEART DISEASE
V68.1 - V68.1 - ISSUE OF REPEAT PRESCRIPTIONS - MULTIPLE
99203 - OFFICE OUTPT NEW 30 MIN

---

Temperature: 98.5  Pulse: 78  Weight: 250
Respiratory: 16  BP: 116 / 70
Vitals Taken: PULSE OXSYM=94.00;

**PLANS / ORDERS**

Allergies: PENICILLIN G

Please check with kitchen re diet. Is supposed to be on ADA diet and he says he does not get to use diabetic line

BP Q month X 12

Hgb A1C, lipid profile, K+

Unable to access pharmacy per computer, will order refills or changes as below

Change Glucotrol to 5mg BID X90 days

K-Dur 10mEq QD X90 days

Humibid BID X 90 days

CCC in 3 months

D/C - Rx#: 2048264 Drug Brand Name: COLCHICINE - 0.6 MG  Alternate Name: COLCHICINE Rx Date: 04/12/2006 Disc Date: 07/13/2006 Rx Instructions: ONE TABLET(S) EVERY TWO HOURS AS NEEDED FOR GOUT- UNTIL DIARRHEA STARTS

| Datetime: | Providers: | WERMERS, JOSEPH |
| 07/13/2006 08:25 | | |

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 07/13/2006 08:25  Provider: WERMERS, JOSEPH  DateTime _____

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

**CHRONIC CARE CLINIC**
Page 1 of 2

Printed By: CREANY, TIMOTHY
Printed at: 05/12/2006 08:51:45
Encounter#: 1198303

| 117789 | ALLEN, FLOYD | Facility: | CT | LU: | CTCF/CH7 | 1L | 16 | S |
|---|---|---|---|---|---|---|---|---|

| Temperature: | 97.3 | Pulse: | 73 | Weight: | |
|---|---|---|---|---|---|
| Respiratory: | 20 | BP: | 109 / 60 | | |

Vitals Taken: PULSE OXSYM=97.00;

## SUBJECTIVE

pt here for ccc f/u cad/htn/ copd. see 4/12 note for full details. pt was referred to cardio for consideration of cabg as i felt he is maximally medically managed and still has daily chest pain. this consult was approved, but made less urgent. this is now shceduled.

pt reports currently getting chest pains every day (he says it used to be q 2-3 days). pain is substernal and radiates to his left axilla w assoc left arm numbness and aching. he has assoc sob. he reports having some cp at rest.

Active Medication(s): ASA ENTERIC - 325 MG 1 qd; COLCHICINE - 0.6 MG; HUMIBID-DM - 30-600 MG; IMODIUM - 2 MG; imdur 120 mg po qd; K-DUR - 10 MEQ; KENALOG OINT 15 GM - 0.025%; LASIX - 40 MG; LOPRESSOR - 50 MG 1 bid; NITROSTAT - 0.4 MG; NORVASC - 5 MG 1 bid; PLAVIX - 75 MG 1 qd; PRILOSEC - 20 MG; QVAR - 80MCG; SEREVENT DISK INH - 50MCG; VENTOLIN INHALER - 90MCG; ZESTRIL - 20 MG 1 qd; ZOCOR - 40 MG 1 qpm; ZYLOPRIM - 100 MG

## OBJECTIVE

gen- appears well in w/c
lungs- cta
cor- rrr
chest- no reproducible chest wall pain
ext- no c/c/e x 2. pt has 1+ edema 2/3 up both shins

## ASSESSMENT

401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION- very well controlled. will need to follow bp on rx
414.9 - UNSPECIFIED CHRONIC ISCHEMIC HEART DISEASE- i think pt needs to be considered for cabg. he is awaiting cardiology visit. d/w pt and will try to increase lopressor until he is seen and considered for invasive rx.
496 - CHRONIC AIRWAY OBSTRUCTION NEC- not addressed today
DM- d/w pt use of low dose meds- lantus or glucotrol. for now will hold on this, but consider next visit
99215 - OFFICE OUTPT EST 40 MIN

## PLANS / ORDERS

Allergies: PENICILLIN G

please find/print out the 2nd page of the note from 4/12 and ensure it is in the chart

ccc in 6 weeks360

please complete paperwork to get a wheelchair permanently authorized for pt- it is medically appropriate

check cbc, cmp in 1 mos

D/C - Rx#: 2005774 Drug Brand Name: PLAVIX - 75 MG Alternate Name: CLOPIDOGREL Rx Date: 12/16/2005 Disc Date: 05/12/2006 Rx Instructions: ONE TABLET DAILY

D/C - Rx#: 2005775 Drug Brand Name: LOPRESSOR - 50 MG Alternate Name: METOPROLOL Rx Date: 12/16/2005 Disc Date: 05/12/2006 Rx Instructions: ONE TABLET TWICE DAILY

D/C - Rx#: 2007189 Drug Brand Name: ZYLOPRIM - 100 MG Alternate Name: ALLOPURINOL Rx Date: 12/20/2005 Disc Date: 05/12/2006 Rx Instructions: 1 TAB DAILY FOR 1 WEEK- THEN 2 TABS DAILY FOR A WEEK- THEN 3 TABS DAILY THEREAFTER

NEW - Rx#: 2059215 Drug Brand Name: IMDUR 120MG SR - 120 MG SR Alternate Name: ISOSORB MN 120MG SR Rx Date: 05/12/2006 Disc Date: 05/07/2007 Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2059219 Drug Brand Name: LOPRESSOR - 50 MG Alternate Name: METOPROLOL Rx Date: 05/12/2006 Disc Date: 05/07/2007 Rx Instructions: ONE AND ONE-HALF TABLET(S) TWICE DAILY

Datetime: 05/12/2006 08:19    Providers: CREANY, TIMOTHY P

PA/NP/RD _____ PHYSICIAN _____ NURSE E. Berwick
Datetime: 05/12/2006 08:19   Provider: 4883    DateTime 5-13-06 1130

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

CHRONIC CARE CLINIC
Page 1 of 2

Printed By: CREANY, TIMOTHY
Printed at: 04/12/2006 09:43:34
Encounter#: 1179872

| 117789 | ALLEN, FLOYD | | | | |
|---|---|---|---|---|---|
| Facility: | CT | LU: | CTCF/CH7 | 1L | 16 L |

| Temperature: | 97.2 | Pulse: | 68 | Weight: | 239 |
|---|---|---|---|---|---|
| Respiratory: | | BP: | 97 / 62 | | |

Vitals Taken: PULSE OXSYM=95.00;

## SUBJECTIVE

Pt is scheduled for CCC for Coronary Artery Disease
SUBJECTIVE: Pt has coronary artery disease diagnosed 1989 w 1st MI. he reports 5 MI's over time.
Coronary risk factors: htn, dm, tobacco
Ejection Fraction (date): 46% 1/06
Orthopnea/PND: no/ yes sev x a week
Exercise Tolerance as defined by yards to dyspnea/chest pain: 1 lap around track causes doe, another lap causes chest tigthness. mostly resolved w ntg/rest
Side effects include:
Frequency of angina: daily- this has been ongoing for 2-3 mos
Last reported episode of angina: some ss chest tightness right now.
Last cardiac evaluation: adenosine cardiolite 1/06- no new perfusion abnl, but old INFLAT wall motion hypokinesis. at this time he reports he was having daily even more angina than currently.

HTN- rare added salt, avg bp= 97/62 only #

DM- type 2, diet controlled, last hga1c 7.0 12/05.

COPD- 80 pk/yr hx, quit 2002. see above info.

Active Medication(s): ASA ENTERIC - 325 MG 1 qd; FLAGYL - 250 MG; HUMIBID-DM - 30-600 MG; IMDUR 120MG SR - 120 MG SR 1 qd; IMODIUM - 2 MG; INDOCIN - 50 MG; K-DUR - 10 MEQ; KENALOG OINT 15 GM - 0.025%; LASIX - 40 MG not currently getting; LIORESAL - 10 MG; LOPRESSOR - 50 MG 1 bid; NITROSTAT - 0.4 MG; NORVASC - 5 MG 1 qd; PEPTO-BISMOL TAB - 262 MG; PLAVIX - 75 MG 1 qd; PRILOSEC - 20 MG; QVAR - 80MCG; REGLAN - 10 MG; SEREVENT DISK INH - 50MCG; TETRACYCLINE - 250 MG; VENTOLIN INHALER - 90MCG; ZESTRIL - 20 MG 1 qd; ZOCOR - 40 MG1 qd; ZYLOPRIM - 100 MG

## OBJECTIVE

OBJECTIVE:
General: alert, no apparent distress
Head: normocephalic, atraumatic
Eyes: PERRLA, EOMI, conjunctiva normal
Neck: no carotid bruits, 2+ pulses, no adenopathy or thyromegaly
Cardiac: RRR, no murmurs, nl precordium
Lungs: CTA, no increased respiratory effort
Abdomen: soft, NABS, no masses palpated, no HSM, ND
Skin: warm, dry, no visible lesions, no palpable nodules
Ext: no c/c/e x 2, 2+ pitting 2/3 up shins

Pt educated about his disease

## ASSESSMENT

401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION- bp low now due to multiple meds for CAD will cont this

## PLANS / ORDERS

Allergies: PENICILLIN G

ccc in 1 mos

hga1c in 2 weeks     LABS 4/10/06 →
                     X-rays spine → 4/11/06

pt needs a pass to check bp 1x a week x 1 year and bg's qd x 1 year

D/C - Rx#: 2012161 Drug Brand Name: INDOCIN - 50 MG Alternate Name: INDOMETHACIN Rx Date: 01/04/2006 Disc Date: 04/12/2006 Rx Instructions: ONE CAPSULE AT BEDTIME BY MOUTH AS NEEDED. TAKE VERY CAUTIOUSLY AND SPARINGLY WITH SEVERE GOUT SYMPTOMS ONLY.

NEW - Rx#: 2048264 Drug Brand Name: COLCHICINE - 0.6 MG Alternate Name: COLCHICINE Rx Date: 04/12/2006 Disc Date: 10/09/2006 Rx Instructions: ONE TABLET(S) EVERY TWO HOURS AS NEEDED FOR GOUT- STOP ONCE DIARRHEA STOPS

Outside Consultation#: 74033 - Level: 1-2 WEEKS - Request: CARDIOLOGY - Location: PUEBLO CARDIO

New Diet: - 2400 CAL.DIAB W/HS SNACK - Start Date: 04/12/2006 - End Date: 04/07/2007

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

| Datetime: | Providers: | CREANY, TIMOTHY P |
|---|---|---|
| 04/12/2006 08:53 | | |

PA/NP/RD _____ PHYSICIAN _____ NURSE _[signature]_
Datetime: 04/12/2006 08:53   Provider: 4883   DateTime 4/12/06 1052

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

FOLLOW-UP
Page 1 of 1

Printed By: PAZ, DAVID R
Printed at: 03/14/2006 15:59:11
Encounter#: 1163762

| 117789 | ALLEN, FLOYD | Facility: FL | LU: FLCF/BLDG5 | A | 2 | 249 | B |

### SUBJECTIVE
Pt with coronary artery disease, s/p inferolateral wall MI with 46% EF, asthma, gout, with increasing frequency of chest discomfort radiating to neck and occaisionally only to back (certainly at risk for dissection) associated with shortness of breath. Yesterday had usual anginal episode no worse than usual. Starting to be a daily occurrence. Pt risk factors htn, family history, ?hyperuricemia, (was smoker until 4 years ago and was 2ppd for 40 years), obesity and most recently glucose intolerance and hyperlipidemia. On 1-17-06 had adenosine thallium stress with inferolateral nonreversible changes and on Feb 25th, 2005 had cardiac cath with 70% occlusion mid LAD distally. At bifurcation LAD apex 95 % stenosis and 100% occlusion of obtuse marginal and 98% distal circumflex.

Active Medication(s): ERYTHROMYCIN - 250 MG; HUMIBID-DM - 30-600 MG; IMDUR 120MG SR - 120 MG SR; IMODIUM - 2 MG; INDOCIN - 50 MG; K-DUR - 10 MEQ; KENALOG OINT 15 GM - 0.025%; LASIX - 40 MG; LOPRESSOR - 50 MG; NITROSTAT - 0.4 MG; PLAVIX - 75 MG; PRILOSEC - 20 MG; QVAR - 80MCG; REGLAN - 10 MG; SEREVENT DISK INH - 50MCG; VENTOLIN INHALER - 90MCG; ZESTRIL - 20 MG; ZOCOR - 40 MG; ZYLOPRIM - 100 MG

### OBJECTIVE
VSS Afebrile  Finger stick glucose at 3hours post lunch was 184
Pt noted not to be on aspirin and has NO allergy to aspirin
Cor: RRR (rate 62)
Lungs: clear (on beta blockers with asthma)
Ext: without edema

### ASSESSMENT
Discussed with patient the possibility of having him move to another facility closer to major medical center that would be able to have intervention both cath wise and surgical available. He is basically a patient with unstable angina with history of MI and multiple risk factors that most likely needs another cardiac cath very soon before he has another MI. The physician who did cath at Parkview in 2/05 was Dr. George and recommeded asa and if pain continued to add norvasc to his regimen.
401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
414.9 - UNSPECIFIED CHRONIC ISCHEMIC HEART DISEASE

401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
414.9 - UNSPECIFIED CHRONIC ISCHEMIC HEART DISEASE
99215 - OFFICE OUTPT EST 40 MIN

PLAVIX ??

### Vitals
Temperature: 96.8   Pulse: 60   Weight: 206
Respiratory: 18   BP: 112 / 74
Vitals Taken: PULSE OXSYM=98.00; FSB-GLUCOSE=184.00 - 03/14/2006 15:55:50;

### PLANS / ORDERS
Allergies: PENICILLIN G

start asa 325 mg po daily

toradol 30mg IM now (pt not taking his indocin for gout and is hurting presently
Given PL

Discuss with AIC the possible relocation of this patient to another facility closer to a hospital that has interventional capabilities

pt only to take indocin on prn basis. He states that he does this anyway

if patient has any further chest to neck or back discomfort he needs to be transferred to the nearest appropriate hospital

NEW - Rx#: 2038043 Drug Brand Name: ASA ENTERIC - 325 MG Alternate Name: ENTERIC COATED ASPIRIN Rx Date: 03/14/2006 Disc Date: 03/09/2007 Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2038045 Drug Brand Name: NORVASC - 5 MG Alternate Name: AMLODIPINE Rx Date: 03/14/2006 Disc Date: 03/09/2007 Rx Instructions: ONE-HALF TABLET DAILY

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

Datetime: 03/14/2006 15:37   Providers: PAZ, DAVID R

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 03/14/2006 15:37   Provider: 7420   DateTime 3/14/06 16:30

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

APPOINTMENT
Page 1 of 1

Printed By: KLENKE, WILLIAM
Printed at: 03/31/2006 16:29:26
Encounter#: 1174118

| 117789 | ALLEN, FLOYD | Facility: CT | LU: CTCF/CH7 | 1L | | 5 | L |

**Temperature:** | **Pulse:** | **Weight:**
**Respiratory:** | **BP:** /

### SUBJECTIVE
Active Medication(s): ASA ENTERIC - 325 MG; HUMIBID-DM - 30-600 MG; IMDUR 120MG SR - 120 MG SR; IMODIUM - 2 MG; INDOCIN - 50 MG; K-DUR - 10 MEQ; KENALOG OINT 15 GM - 0.025%; LASIX - 40 MG; LOPRESSOR - 50 MG; NITROSTAT - 0.4 MG; NORVASC - 5 MG; PLAVIX - 75 MG; PRILOSEC - 20 MG; QVAR - 80MCG; REGLAN - 10 MG; SEREVENT DISK INH - 50MCG; VENTOLIN INHALER - 90MCG; ZESTRIL - 20 MG; ZOCOR - 40 MG; ZYLOPRIM - 100 MG

"I'm having pain in my knees and back. Don't want to take any new pain medication, just want to find out what is wrong. Also, I have this sore toe."

### PLANS / ORDERS
Allergies: PENICILLIN G

[✓] MD referral for CCC

[✓] X-rays of knees, spine

[✓] Basin and pass to soak r. foot (4-5th little toe.

### OBJECTIVE
VSS; afebrile. Obese w/ BMI appr. 36.

Dyspneic I/M on O2. New transfer from Ft. Lyon. Limited movement because of size/deconditioning. Last knee x-ray 2003 showed some osteoarthritis. No back exams. Will get x-rays for these to begin evaluation.

CCC: 52yo WM w/ multiple serious comorbidities. 1)HTN  2) Class 2/3 Angina w/ known multi-vessel CAD; heart cath 2/25/05  3) Elevated HgA1C 7.0  4) Hyperlipidemia  5) Chronic O2  6) Hx inf. MI
7) H. pylori for highly pathogenic strain per lab 3/7/06.  8) EGD w/ mild gastritis and hiatal hernia.  9) has open sore between on 5th inner toe of r. foot;

### ASSESSMENT

401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
041.86 - HELICOBACTER PYLORI INFECTION
997.1 - CARDIAC COMPLICATIONS NEC
724.2 - LUMBAGO
99214 - OFFICE OUTPT EST 25 MIN

Datetime: 03/31/2006 16:00
Providers: KLENKE, WILLIAM

PA/NP/RD _____
Datetime: 03/31/2006 16:00
PHYSICIAN _____
Provider: 7439
NURSE _____
DateTime 3-31-06

# DEPARTMENT OF CORRE IONS
## AMBULATORY HEALTH RECORD

FOLLOW-UP
Page 1 of 1

Printed By: KLENKE, WILLIAM
Printed at: 04/06/2006 10:29:11
Encounter#: 1176883

| 117789 | ALLEN, FLOYD | Facility: CT | LU: CTCF/CH7 | 1L | 16 | L |

**Temperature:** 97.9  **Pulse:** 72  **Weight:** 240
**Respiratory:** 18  **BP:** 103 / 63
Vitals Taken: PULSE OXSYM=97.00;

### SUBJECTIVE
Active Medication(s): ASA ENTERIC - 325 MG; FLAGYL - 250 MG; HUMIBID-DM - 30-600 MG; IMDUR 120MG SR - 120 MG SR; IMODIUM - 2 MG; INDOCIN - 50 MG; K-DUR - 10 MEQ; KENALOG OINT 15 GM - 0.025%; LASIX - 40 MG; LOPRESSOR - 50 MG; NITROSTAT - 0.4 MG; NORVASC - 5 MG; PEPTO-BISMOL TAB - 262 MG; PLAVIX - 75 MG; PRILOSEC - 20 MG; QVAR - 80MCG; REGLAN - 10 MG; SEREVENT DISK
INH - 50MCG; TETRACYCLINE - 250 MG; VENTOLIN INHALER - 90MCG; ZESTRIL - 20 MG; ZOCOR - 40 MG; ZYLOPRIM - 100 MG

"I'm still having backpain. And pain my shoulder. It seems like a lot of this is in my joints. My mother had lupus."

### PLANS / ORDERS
Allergies: PENICILLIN G

Order wheelchair w/ oxygen carrier.

X-ray of r. shoulder and r. humerus; lumbar/sacral ordered on 3/31/06.

Labs: Lupus Test, Lupus Panel; CMP w/ fasting lipids, HgA1C, TSH, Rheumatoid Factor; C-reactive protein

Kite, prn.

NEW - Rx#: 2046245 Drug Brand Name: LIORESAL - 10 MG Alternate Name: BACLOFEN Rx Date: 04/06/2006 Disc Date: 05/06/2006 Rx Instructions: ONE TABLET TWICE DAILY

### OBJECTIVE
Obese WM complains of pain in back; was seen by this provider on 3/31/06, but refused any new medications at that time (baclofen). Is currently on indocin which he takes twice a day. Multiple comorbidities.
Elevated HgA1C 7.1 over several draws in past year; FS this AM reported 110; currently on H. pylori tx

PE: c/o of several aches and pains in legs and in r. upper arm. Obviously no rotator cuff problems; ROM slow, but not limited. Painful movement w/ joints in wrists, fingers, knees, etc.; states he has a burning sensation w/ movements at time.

### ASSESSMENT
724.2 - LUMBAGO
99214 - OFFICE OUTPT EST 25 MIN
Multiple comorbidity pt. whose health status is poor for 52 year-old which is beared out in cardiology reports (f/u due in 6/06 w/ Pueblo Cardiology).
Will screen for lupus and RA. Continue FS screening vs. elevated HgA1C.
Has initiated h. pylori treatment. Plan pending x-rays/labs.

Datetime: 04/06/2006 09:50   Providers: KLENKE, WILLIAM

PA/NP/RD _____ Datetime: 04/06/2006 09:50
PHYSICIAN _____ Provider: 7439
NURSE E. Berwick, RN  DateTime 4-6-06 1056

| ADMINISTRATIVE | DEPARTMENT OF CORRECTIONS | Printed By: KLENKE, WILLIAM |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 04/03/2006 08:31:41 |
| | | Encounter#: 1174441 |

| 117789 | ALLEN, FLOYD | Facility: CT | LU: CTCF/CH7 | 1L | | 5 | L |

**SUBJECTIVE**

Active Medication(s): ASA ENTERIC - 325 MG; HUMIBID-DM - 30-600 MG; IMDUR 120MG SR - 120 MG SR; IMODIUM - 2 MG; INDOCIN - 50 MG; K-DUR - 10 MEQ; KENALOG OINT 15 GM - 0.025%; LASIX - 40 MG; LOPRESSOR - 50 MG; NITROSTAT - 0.4 MG; NORVASC - 5 MG; PLAVIX - 75 MG; PRILOSEC - 20 MG; QVAR - 80MCG; REGLAN - 10 MG; SEREVENT DISK INH - 50MCG; VENTOLIN INHALER - 90MCG; ZESTRIL - 20 MG; ZOCOR - 40 MG; ZYLOPRIM - 100 MG

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

**PLANS / ORDERS**

Allergies: PENICILLIN G

FS BID x biweekly x 2 months.
✓ BP passes issued

**OBJECTIVE**

Discussed health status w/ Dr. Woermers. Initiating H. pylori treatment; will do FS Bid for 2 months;

Future Reference: monitor K+ per Lasix/K-dur regiment minimum q6m.

MEMORANDUM TO I/M REGARDING
H. PYLORI STATUS.

NEW - Rx#: 2044551  Drug Brand Name: FLAGYL - 250 MG  Alternate Name: METRONIDAZOLE  Rx Date: 04/03/2006  Disc Date: 04/17/2006  Rx Instructions: ONE TABLET FOUR TIMES DAILY

NEW - Rx#: 2044553  Drug Brand Name: TETRACYCLINE - 250 MG  Alternate Name: TCL  Rx Date: 04/03/2006  Disc Date: 04/17/2006  Rx Instructions: ONE CAPSULE FOUR TIMES DAILY

NEW - Rx#: 2044554  Drug Brand Name: PEPTO-BISMOL TAB - 262 MG  Alternate Name: BISMUTH SUBSALICYLATE  Rx Date: 04/03/2006  Disc Date: 04/17/2006  Rx Instructions: TWO TABLETS FOUR TIMES DAILY

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

H. Pylori

Noted

Datetime: 04/03/2006 08:14 | Providers: KLENKE, WILLIAM

PA/NP/RD ___  _wk_  ___ PHYSICIAN ___  NURSE ___
Datetime: 04/03/2006 08:14   Provider: 7439    DateTime: 4/3/06