IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-640
Category II
Claimant: David L. Buniger, #62423 (Deceased)
Address of Claimant: Betty Buninger, 1375 Q Road, Loma, CO 81524

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

      THIS MATTER comes before the Special Master on his own motion. The Special Master was advised earlier that David Buninger had passed away. An order was issued allowing Ms. Betty Buninger, mother of Claimant, or another heir to pursue the claim that had been filed by Claimant. Ms. Buninger was granted up to and including October 9, 2006 in which to advise the Special Master in writing if the claim would be pursue. No response has been received. The claim will be dismissed without prejudice.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 22, 2007.**

      SIGNED this 23rd day of October, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master