IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-N-870 (OES)
(Consolidated for all purposes with Civil Action No. 96N-343)

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

OWENS, *et al.,*

    Defendants.

---

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD
---

    David H. Miller, counsel for Plaintiffs, pursuant to D.C. COLO. L Civ R 83.3D, hereby moves this Court for an Order allowing him to withdraw as counsel of record.  As grounds, counsel states as follows:

    1.    Pursuant to Rule 7.1, counsel for the defense has been contacted about this motion and does not oppose the motion.

    2.    Plaintiffs in this class action lawsuit are represented by Paula Greisen of King & Greisen, LLP, 1670 York St., Denver, CO 80206.  Mr. Miller was previously at King & Greisen, LLP, but left the firm as of May, 2006, to take a corporate counsel position at Qwest Corporation, a Colorado telephony and data transmission and services company.

    3.    Accordingly, undersigned counsel respectfully requests that this Court grant this motion to withdraw Mr. Miller as counsel of record.

    Dated this 24th day of October, 2006.

        Respectfully submitted,

        s/ David H. Miller
        David H. Miller, #8405
        Corporate Counsel
        Qwest Communications Corp.
        1801 California Street, Suite 900
        Denver, Colorado 80202
        (303) 383-6505
        (303) 383-8464 (fax)
        David.Miller@qwest.com

## CERTIFICATE OF SERVICE

I certify that on this 24th day of October 2006, a true and correct copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD and (Proposed) ORDER** was served on all counsel of record via electronic filing to:

Paula Greisen, Esq.
KING & GREISEN, LLP
1670 York Street
Denver, CO 80206

Beth McCann, Esq.
James Quinn, Esq.
Jess Dance
Assistant Attorney General
1525 Sherman Street
5th Floor
Denver, CO 80203

        s/David H. Miller_____