IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
(Consolidated for all purposes with Civil Action No. 96N-343)

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

OWENS, *et al.,*

    Defendants.

---

**ORDER**

---

    After reviewing the Unopposed Motion to Withdraw as Counsel of Record and the facts therein, it is hereby ordered that:

    Plaintiffs' Motion to Withdraw David H. Miller as counsel of record is hereby GRANTED.

    Dated this _____ day of _____, 2006.

    BY THE COURT:

    _____
    EDWARD W. NOTTINGHAM
    United States District Judge