IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

# ORDER
_____

This matter is before the court on a motion for review of "medical treatment indifference" filed by Phillip Johnson, Jr. (#2347). As this court has repeatedly stated, this case has settled, and only limited issues are still before the court. They do not include general claims that any prisoner has received inadequate medical treatment. Such claims must be asserted, if at all, in a new and separate case. Accordingly, it is

ORDERED that the motion be DENIED.

Dated this 25th day of October, 2006.

                                                    BY THE COURT:

                                                    s/ Edward W. Nottingham
                                                    EDWARD W. NOTTINGHAM
                                                    United States District Judge