IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

   Plaintiffs,

v.

BILL OWENS, *et al.,*

   Defendants.

# MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Attorney David H. Miller's "Unopposed Motion to Withdraw as Counsel of Record" (#2357, filed October 24, 2006) is GRANTED.

Dated: October 25, 2006