IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2006

GREGORY C. LANGHAM
CLERK

Montez vs Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

REQUEST FOR 90 Day Extension of Time
To file Objections to Final Order of Special Master

COMES NOW, I, Jimmy Bulgier (Plaintiff) Acting Pro-se in the above cause number do hereby request a 90 day extension of time in which to file his Objections to Final Order of the Special Master (Richard C. Davidson).

Plaintiff Bulgier is in receipt of the CD-ROM disk, which this court sent to Warden T. Morgan.

Plaintiff Bulgier is respectfully requesting this 90-day Extension of Time based on the following grounds.

- Plaintiff Bulgier has submitted his **previous Request for 90 Day Extension of Time** in a timely manner to this court on the 2nd day of October 2006. (See attached copy). - EXHIBIT "A"
- Plaintiff Bulgier mailed this **previous Request for 90-Day Extension of Time** to this Court (The U. S. District Court (**not to the Special Master's court**)). (See Certificate of Mailing.) - EXHIBIT "A"
- Plaintiff Bulgier submitted to this court the Request for 90 Day Extension of Time along with his **Request for Clarification** which the Special Master's court did address on the 11th Day of October 2006. - EXHIBIT "C"
- The clerk of this court erred by forwarding Plaintiff's two requests to the Special Master's Court. Plaintiff did in fact mail the Request for 90-Day Extension of Time to the U.S. district Court AS HE WAS REQUIRED TO DO.
- **These above facts can be verified by contacting Lt. Eleizabeth Stambaugh (Estelle Law Library Supervisor) or by reading her Statement of Conformation (hereto attached.)** - EXHIBIT "B"
- **Lt. Stambaugh assisted Plaintiff Bulgier (who is blind) in addressing his envelopes to this court and the Attorney General's Office.**
- **Lt. Stambaugh** read **Plaintiff Bulgier's previous Request for 90-Day Extension of Time. Lt. Stambaugh personally placed Plaintiff Bulgier's two aforementioned legal letters into the Law Library Indigent mail and properly processed them.**
- Because the error clearly was due to the Clerk of the court forwarding Plaintiff Bulgier Request to the incorrect court and Plaintiff Bulgier did in fact mail the request to the correct court, mailed his request within a timely manner; Plaintiff Bulgier Respectfully requests this court to review this error by the Court Clerk and Grant Plaintiff Bulgier's request for 90 Day Extension of Time on the following Grounds;

- Plaintiff Bulgier is legally blind and is currently in the process of Transcribing the CD-ROM Transcript Audio disks (3 disks) (word for word) in to Grade 2 Braille. This process is taking longer than Plaintiff Bulgier anticipated.
- Plaintiff Bulgier has been given on average 4 days per week, at 3&1/2 hours per day in which to transcribe the CD-ROM Audio Disks in the Inmate Law Library. Playing the CD-ROM disks bit by bit to obtain a word for word transcription is a very slow and tedious process.
- Thomas Goodson (Adaptive Resources Manager) and Lt. Stambaugh (Inmate Law Library Manager) informed plaintiff Bulgier that the Inmate Law Library **would be closed** on October 3rd, 2006.
- The Estelle Unit in Huntsville, Texas is expected to be in **facility wide lock down** from approximately October 23rd to November 14th of 2006 for its semi-annual shake down. Plaintiff Bulgier does not have access to the Inmate Law Library or Adaptive Resources class during this facility lock down.
- Plaintiff Bulgier is limited to **1 day per week**, for 3&1/2 hours at Adaptive Resources in order to work on and type his lengthy list of Objections, list of missing documents, documents not in evidence, etc. Plaintiff Bulgier needs additional time at Adaptive Resources in which to convert his Braille transcriptions to type written form and to type out his Objections to the Final Order which he is currently appealing.
- Plaintiff Bulgier is legally blind and must depend on the kindness of other visually impaired students to assist his in proof reading the documents, which he prepares for this court. Without this special reader assistance, Plaintiff Bulgier is severely limited in the progress, which he is able to make in preparing his court documents.

- Plaintiff Bulgier respectfully requests this court to grant his request for 90 day Extension of Time in which to file his Objections to the Special Master's Order. Plaintiff Bulgier is doing the best he is able with his vision impairment and the restrictions and limitations in which he are under.

This court can contact via telephone the following staff in order to verify Plaintiff Bulgier's facts as listed above. The contact phone numbers are as follows:

Thomas Goodson
Adaptive Resources Manager
Phone (936)-291-6896
Ext. #3862 or
Ext. #3867

Lt. Stambaugh
Inmate Law Library Manager
Phone (936)-291-4200
Ext. #2216

Respectfully submitted on this 29th Day of October 2006.

Signature: [signature]

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

**Certificate of Mailing**

Montez vs Owens
Case #92-N-870
Consolidated with: Case #06-N-343
Individual Damage Claim #03-147

I, Jimmy Bulgier do hereby certify that I have mailed a copy of the hereto-attached "Request for 90 to 120 Day Extension of Time" to the following parties:

United States District Court
For the District of Colorado
901 19th Street
Denver, Colorado 80294

Office of the Attorney General
James X. Quinn (Asst. Attorney General)
1525 Sherman Street
5th Floor
Denver, Colorado 80203

Respectfully submitted on this 19th Day of October 2006.

Signature: [signature]

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

Ex. "A"
Copy

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Montez vs Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

REQUEST FOR 90 Day Extension of Time
To file Objections to Final Order of Special Master

COMES NOW, I, Jimmy Bulgier (Plaintiff) Acting Pro-se in the above cause number do hereby request a 90 day extension of time in which to file his Objections to Final Order of the Special Master (Richard C. Davidson).

Plaintiff Bulgier is in receipt of the CD-ROM disk, which this court sent to Warden T. Morgan.

Plaintiff Bulgier is respectfully requesting this 90-day Extension of Time based on the following grounds.

- Plaintiff Bulgier ~~is legally blind and is~~ currently in the process of Transcribing the CD-ROM Transcript Audio disks (3 disks) (word for word) in to Grade 2 Braille This process is taking longer than Plaintiff Bulgier anticipated.
- Plaintiff Bulgier has been given on average 4 days per week, at 3&1/2 hours per day in which to transcribe the CD-ROM Audio Disks in the Inmate Law Library. Playing the CD-ROM disks bit by bit to obtain a word for word transcription is a very slow and tedious process.
- Plaintiff Bulgier was informed by Thomas Goodson (Adaptive Resources Manager) and Lt. Stambaugh (Inmate Law Library Manager) that the Inmate Law Library **would be closed** on October 3rd, 2006.
- The Estelle Unit in Huntsville, Texas is currently **in facility wide lock down** for its semi-annual shake down. Plaintiff Bulgier does not have access to the Inmate Law Library or Adaptive Resources class during this facility lock down.
- Plaintiff Bulgier is limited to **1 day per week**, for 3&1/2 hours at Adaptive Resources in order to work on and type his lengthy list of Objections, list of missing documents, documents not in evidence, etc. Plaintiff Bulgier needs additional time at Adaptive Resources in which to convert his Braille transcriptions to type written form and to type out his Objections to the Final Order which he is currently appealing.
- Plaintiff Bulgier is legally blind and must depend on the kindness of other visually impaired students to assist his in proof reading the documents, which he prepares for this court. Without this special reader assistance, Plaintiff Bulgier is severely limited in the progress, which he is able to make in preparing his court documents.

- Plaintiff Bulgier respectfully requests this court to grant his request for 90 day Extension of Time in which to file his Objections to the Special Master's Order. Plaintiff Bulgier is doing the best he is able with his vision impairment and the restrictions and limitations in which he is under.

This court can contact via telephone the following staff in order to verify Plaintiff Bulgier's facts as listed above. The contact phone numbers are as follows:

Thomas Goodson
Adaptive Resources Manager
Phone (936)-291-6896
Ext. #3862 or
Ext. #3867

Lt. Stambaugh
Inmate Law Library Manager
Phone (936)-291-4200
Ext. #2216

Respectfully submitted on this 2nd Day of October 2006.

Signature: [signature]

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

## Certificate of Mailing

Montez vs Owens
Case #92-N-870
Consolidated with: Case #06-N-343
Individual Damage Claim #03-147

I, Jimmy Bulgier do hereby certify that I have mailed a copy of the hereto-attached "Request for 90 to 120 Day Extension of Time" to the following parties:

United States District Court
For the District of Colorado
901 19th Street
Denver, Colorado 80294

Office of the Attorney General
James X. Quinn (Asst. Attorney General)
1525 Sherman Street
5th Floor
Denver, Colorado 80203

Respectfully submitted on this 2nd Day of October 2006.

Signature: [signature]

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

Ex. "B"

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Montez vs Owens**
**Case #92-N-870**
**Consolidated with: Case #96-N-343**
**Individual Damage Claim #03-147**

**Letter of confirmation Mailing of Legal Documents**

**I, Lt. Elizabeth Stambaugh (the Estelle Law Library Supervisor) would like to inform this court that I am witness to the following facts with regards to Mr. Jimmy Bulgier's mailing of his legal mail:**

- **Mr. Bulgier requested me to read his Request for 90-Day Extension of Time, which ~~continued~~ contained information pertaining to my office and myself.**
- **I assisted Mr. Bulgier in addressing his two legal letters to the U. S. District Court in Denver and to the U. S. Attorney General's Office in Denver.**
- **I witnessed Mr. Bulgier place the legal documents into the envelopes and seal them.**
- **I placed Mr. Bulgier's two legal letters into the Law Library indigent mail.**
- **These above matters were processed on October 2nd 2006.**

**If you wish to contact me you may do so at the following phone number:**

Lt. Stambaugh
Inmate Law Library Manager
Phone (936)-291-4200
Ext. #2216

**Date: October 19th, 2006.**

**Signature:** E Stambaugh

**Lt. Elizabeth Stambaugh**
**Estelle Law Library Supervisor**
**264 FM 3478**
**Huntsville, Texas 77320-3322**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343).

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-147
Category III
Claimant: Jimmy Ross Bulgier, TDCJ #902732[1]
Address of Claimant: 264 FM3478/Estelle Unit, Huntsville, TX 77320-3322

---

**ORDER RE: REQUEST FOR CLARIFICATION**

---

THIS MATTER came before the Special Master upon Claimant's Request for Clarification. In his Request, Claimant notes that the Special Master and the District Court granted Claimant an extension of time to October 16, 2006 to file an objection to the Final Order of Special Master. Additionally, Claimant states that a copy of the letter sent to Warden T. Morgan indicated that the extension was to October 31, 2006. That date was in error.

Due to the extreme difficulty that the Special Master had in sending the CD-ROMs of the hearing to the Texas facility, the Special Master was required to issue a number of orders after the Final Order was entered. The intent of the Special Master was to grant an extension through and including October 16, 2006 so that the extension would mirror the one granted by District Court. The file and the CD-ROMs are all out of the control of the Special Master and are now in the District Court. Any further requests and motions shall be directed exclusively to the District Court as the Special Master has no further jurisdiction over this claim.

[1] Claimant's Colorado Department of Corrections number is CDOC #69812. To ensure that Claimant receives his mail, the Special Masters have used his Texas Department of Criminal Justice (TDCJ) number on all orders and correspondences.

IT IS DONE.

SIGNED this 11th day of October, 2006

BY THE COURT:

/s/ Richard C. Davidson

Richard C. Davidson,
Special Master