IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Jill Coit's Motion regarding payment of the amount awarded her in this matter (doc. #2221) is denied. Defendants are aware of the Final Order of the Special Master, and this court's affirmation thereof, and will comply with the order, if they have not already done so, in due course.

Dated:  October 26, 2006