IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Dean Ross Denton's Motion Requesting the Honorable Judge Kane Reply or Answer the Numerous Unanswered Motions Filed by This Claimant, etc. (doc. #2327), is DENIED. Upon examination of the record, it appears that Mr. Denton's claim is still pending before the Special Master.

Dated: October 26, 2006