IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Jesse Tapia's Motion for Extension of Time (doc. #2325) is GRANTED.  Mr. Tapia shall have until **November 9, 2006**, to object to the Final Order of Special Master.

Dated:  October 26, 2006