IN THE UNITED STATES DISTRICT COURT6
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-N-870 (OES)

JESSE (JESUS) MONTEZ, *et al.,*

 Plaintiffs,

 -vs-

BILL OWENS, *et al.,*

 Defendants.

## Motion for Extension of Time for the Estate of Jesse Montez, Claimant # 05-006 to Respond to Special Master's Order

 The Claimant, by and through its attorney Paula Greisen, of KING & GREISEN, LLP, hereby file this Motion for Extension of Time as follows:

 1.  On October 12, 2006, the Special Master issued an Order setting the date for the damage claim hearing for Claimant the Estate of Jesse Montez, #05-006.

 2.   The Claimant's hearing has been set for March 6, 2007.

 3.  The Order set forth November 10, 2006 as the deadline for written motions to request additional days for the hearings and also to submit witness names and descriptions of anticipated testimony.

 4.  Counsel respectfully requests an extension of time from November 10, 2006 to December 10, 2006 to respond to the Order of the Special Master dated October 12, 2006, due in part to the current caseload of Plaintiffs' Counsel and also due to the difficulty in contacting the Claimant.

5. An extension of time to properly respond to the Order of the Special Master Regarding Additional Days for Hearings and Witness information to and including December 10, 2006, will not prejudice any of the parties to this action.

6. Pursuant to Rule 7.1, undersigned Counsel contacted Defense Counsel regarding the Defendants' position on this motion. Defense Counsel does not object to this motion for extension of time so long as they are afforded the same extension.

WHEREFORE Counsel respectfully ask the Special Master for an Order extending the time to respond to the Order of the Special Masters issued October 12, 2006 until December 10, 2006.

DATED at Denver, Colorado this 31st day of October 2006.

Respectfully submitted,

KING & GREISEN, LLP

By:
Paula Greisen, Esq.
1670 York Street
Denver, Colorado 80206
(303) 298-9878

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on this 31 day of October 2006, I served the Motion for Extension of Time to Respond to Special Masters Order via facsimile to:

Jess Dance
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Fax Number: (303) 866-5443