IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-623
Category II
Claimant: Edgar Lee Durre, #47939 (Deceased)
Address of Claimant: Ms. Mary Luttrell, 5739 Rawles Avenue, Indianapolis, IN 46219
_____

### ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on his own motion. On August 8, 2006, an order was issued granting Ms. Luttrell, as next-of-kin, the opportunity to advise the Special Master if she would be pursuing the claim of her brother. Edgar Durre is now deceased. Neither Ms. Luttrell nor another heir has advised that they wish to pursue this claim. It will be dismissed without prejudice.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

      IT IS FURTHER ORDERED that Ms. Luttrell is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 19, 2007.**

      SIGNED this 1st day of November, 2006.

                                   BY THE COURT:

                                   */s/ Richard M. Borchers*

                                   _____
                                   Richard M. Borchers - Special Master