FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

ICIAL BUSINESS

- [x] ~~Attempted Not Addressed~~
- Unable To Forward
- [ ] Insufficient Address
- [ ] Moved, Left No Address
- [ ] Unclaimed  [ ] Refused
- [ ] Attempted - Not Known
- [ ] No Such Street  [ ] Number
- [ ] Vacant  [ ] Illegible

017H15524679
HASLER  $0.630
10/18/2006
Mailed From 80202

Donnell E. Monroe #97586
30999 County Road 15
P.O. Box 1000
Fort Lyon, CO 81038

U2F

CANNOT LOCATE
92-CV-870
#2345
ENN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

## ORDER GRANTING SPECIAL MASTERS' FIFTEENTH APPLICATION FOR PAYMENT OF FEES AND COSTS

THIS MATTER comes before the Court on the Fifteenth Application for Payment of Fees and Costs filed by Richard M. Borchers, Bruce Pringle, and Richard C. Davidson who have been appointed as Special Masters in this case. The Court has reviewed the application and finds that the fees and costs in the amount of $57,197.68 are appropriate.

IT IS HEREBY ORDERED that the Special Masters' Fifteenth Application for Payment of Fees and Costs is approved in the amount of $57,197.68; and

IT IS FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard Borchers, Bruce Pringle, and Richard C. Davidson.

SIGNED this 17 day of October, 2006.

BY THE COURT:

John L. Kane, Jr.
Senior United States District Judge