FICE OF THE CLERK
ted States District Court
-19th Street, Room A105
ver, CO 80294-3589

OFFICIAL BUSINESS

Donnell E. Monroe #97586
30999 County Road 15
P.O. Box 1000
Fort Lyon, CO 81038

017H15524679
HASLER $1.11⁰
10/25/2006
Mailed From 80202

RETURN TO SENDER

☑ Not Deliverable As Addressed
☑ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

JTF

CANNOT LOCATE
92-CV-870
#2358, 2359