CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

017H15524679
HASLER $1.59⁰
10/27/2006
Mailed From 80202

☒ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due _____

Donnell E. Monroe #97586
30999 County Road 15
P.O. Box 1000
Fort Lyon, CO 81038

UTF

CANNOT LOCATE
92-CV-870
#2368, 2369, 2370, 2371
EWN