# *LRC* Legal Resolution Center

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM
www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin
Judge Kenneth M. Plotz

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah

FILED
UNITED STATES DISTRICT COURT
NOV - 6 2006

November 3, 2006

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Court House
901 - 19th Street
Denver, CO 80294

RE: *Montez, et al. v. Owens, et al.*
Civil Action No. 92-N-870 (consolidated with 96-N-343)
**Claim #:   02-852     John Manuel Ovalle**

Dear Gail:

    I am writing to request the return of the above-referenced *Montez v. Owens* file to our Westminster office temporarily so that we might review some of the documents contained within it. Your assistance in facilitating our request is greatly appreciated. Thank you.

Sincerely,

The Hon. Richard M. Borchers
Special Master