92-CV-870-EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 09 2006

GREGORY C. LANGHAM
CLERK

In answer to the order dated September 12, 2006; it doesn't amaze me that D.O.C. answered said petition the way they did.

Being such I do hereby appeal said order.

In your order, their were several facts stated that were untrue.

1) That I worked outside the fence (so I must be okay) the choices were if you didn't you were sent back to the high side, no matter the situation.

2) As for walking, if you didn't you were considered no worthy to be on the menimum side.

3) Alot of my ailments were because of my diabetes. As for refusing treatment for my legs. It was not stated that the so called physical therapist damaged my knee, by twisting it, causing further damage. When I hollered

in pain, she refused further treatment, and thus based I refused treatment.

As for the diets to control my diabetes, the Food Service went on what they wanted to fix (mostly starches) and to heck with what the doctor ordered.

Even though I am on parole, because of D.O.C.'s inaction, my health is still in peril.

D.O.C. being one of the biggest employers in the state, their concept is all about money, and because we are or were inmates we didn't matter. We are just a means to get to their goal.

I honestly believe my heart and health problems are related to the diabetes. It just seems no one wants to look.

D.O.C. knew I didn't have the means to

fight them, so they did as they pleased.

It just seems D.O.C, with their bevy of lawyers just use inmates as pawns in their political agenda.

I pray you will see this and reverse your decision in my favor.

Respectfully

Alan Spreckelmeyer

Clerk of the United States District Court
901 19th Street
Denver, Co
80294

Re: Montnez vs Owens