IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-185
Category Untimely Filed Claim
Claimant: Julio W. Trujillo, #130352
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

      THIS MATTER comes before the Special Master on the claim of Julio W. Trujillo. In that claim, Clamant indicated that he came into DOC custody on March 1, 2006. Since it appeared that Claimant was not part of the class, a show cause order was issued to him. He was granted up to and including November 6, 2006 in which to file a response to that order. Claimant did file a copy of a grievance, but has filed nothing further.

      The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. In order to file a claim, a claimant had to be have been in DOC custody on or before August 27, 2003. Anyone coming into DOC custody after that date was precluded from filing a claim, but could pursue a separate lawsuit. It appears that Claimant is not part of the class and, therefore, not eligible to file a claim.

      Claimant has the right to file a separate lawsuit in state or federal court. He may not pursue his claim, as he entered into DOC custody after August 27, 2003.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before**

**March 6, 2007.**

SIGNED this 10th day of November, 2006.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          _____

                                          Richard M. Borchers
                                          Special Master