IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Alfred A. Arraj U.S. Courthouse
901- 19th St. Room A 105
Denver, Colorado 80294-3589

Civil Action, File No. 92-N-870 (OES) 96-N-343
(To be supplied by the Court)

Jesse Montez et al
Barbara A. Freeman # 105776

Catagory 3  Claim #03-105  , Plaintiff(s)

vs.

Bill Owens et al

,Defendant(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2006

GREGORY C. LANGHAM
CLERK

---

MOTION FOR RECONSIDERATION TO BE ADDED TO THE MONTEZ CASE

---

Comes now, Barbara A. Freeman, plantiff, requesting to be reconsidered to be added to the montez case. With the information, plantiff has now received she can substantiate why she feels she was dropped from Montez wrongly.
I do not believe Cathie Holst nor Dr. Carey Shames ever checked all my medical records. Due to the case in U.S. District Court 04-MK-148 (PAC) plantiff's attorney had to get copies of her files from medical. Plantiff now has in her possession these copies of her medical records. Due to vision problems, no money and a hard time getting appointments to see her records at medical here at DWCF, she was unable to access her medical records. Plantiff found the following information in her medical record copies, which she does not believe ever came into light during the hearings with Judge Pringle.

On 7/12/00 S. Klarquist R.N. listed limitations on my medical records due to my medical problems being left knee, right hip/back and vision. Lower tier, lower bunk, no bending, no lifting over 5#, no standing, no squatting, no sitting more than 4 hours at a time, no intensive labor and medically unassigned. On 9/21/00 Radiographic Findings showed left knee problems and Spine problems which would both need surgery. On 10/3/00 Surgery was discussed as being a diffinite on left and the right hip/back. On 12/27/01 I was sent to Denver Health for x-rays of left knee as problem was getting worse and pain steadily increasing. On 5/12/02 Denver Health Orthopedic Clinic recommended left knee replacement and then consider surgery on right hip/back due to spine problems.

On 7/29/02 I was sent to outpatient Imagining (Aurora) for MRI due to back pain and right hip. It showed serious problems and again surgery was discussed for left knee and spine. On 9/27/02 I went to Denver Health Orthopedics due to left knee and right hip/back problems and pain was increasing steadily. Surgery was discussed again. There were 3 orthopedic doctors discussing the fact. On 3/11/03 I went to Denver Health orthopedic for left knee again as well as the spine problems. Surgery was again discussed and I was told it needed to be done. They wanted to do the left knee replacement first, then would do the spine surgery.

On 6/23/03 It was re-established tht my limitations would stay in effect. Same as before on 7/12/00. Lower tier, lower bunk, no bending, no lifting no standing, no squatting, no sitting for long periods, no intensive labor and medically unassigned.

On 8/8/03 I went to Denver Health Orthopedics had x-rays done on left knee and at that time it was stated they had waited long enough. I needed to have the surgery of knee replacement. After that surgery and I was back on my feet the surgery for the spine surgery would be discussed and setup.
I should have had the knee surgery done, but DOC forces one to suffer as much as possible before doing anything. Suffer I did.
In 2003 end of year, I was given a wheelchair part time but I used it only when I could no longer stand the pain. I did not want to be wheelchair bound and dependent on anyone. I was given an aide to push me when in the wheelchair, and walk with me when walking so I would not fall without someone there to help me. The aide was to help me do the things I could not do myself such as clean, wash etc., so I would not hurt myself doing things I was unable to do and was not suppose to do.
On 1/27/04 I went to Denver Health Orthopedics again, had x-rays on left knee diffinite arrangements had been made for the knee replacement, date decided everything scheduled for the upcoming surgery. Papers had been sent to the CDOC office for approval. Several pages of my medical records show left knee right hip/back problems. I came to DOC July 10, 2006, but even before that I had the medical problems and was under the care of orthopedica doctors.
On 9/13/04 I had the left knee replacement at Denver Health Orthopedics by Dr. Morgan. I still have the right hip/back (spine) problem which is getting worse daily. I have explained to my provider that after the porblem since my knee replacement, I am afraid to have the spine surgery done.

Wherefore, I have been disabled here at DOC since 7/12/00. The limitations for my medical problems that I have were placed on me when I first came to DOC in July 2000. My medical problems have not decreased but they have increased greatly.

Respectfully Submitted;

*Barbara A. Freeman*
Barbara A. Freeman   # 105776
DWCF Unit 2 - 125
P.O. Box 392005
Denver, Co. 80239-8005

Certificate of Mailing

I, Barbara A. Freeman do hereby certify that on this 8th day of November 2006, I sent thru the U.S. Mail this copy of Motion for Reconsideration to be added to the Montez Case.