# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action, File No.   92-N- 870 (OES)
(To be supplied by the Court)   96-N-343

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2006

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ, Plaintiff(s)

(Jill Coit Claim Number 03-129)
#86530, P.O. Box 392005, DWCF, Denver
CO 80239

vs.

BILL OWENS, ET AL, Defendant(s)

---

MOTION FOR RULING ON FILING OF NON COMPLIANCE_STRUCTURAL DWCF

---

Comes Now, Plaintiff pro se and does hereby request that a ruling on her Montez Motion regarding Non Compliance on Structural be ruled upon. Imate BarbaraFreman filed her report of non compliance the week before plaintiff and she received a response. Plaintiff would like a response to her filing. It was filed within the time limit so she deserves a response.

Respectfully,

J' ell Coit

DWCF Mail room
Verifies it was
Mailed 7-26-06

CERTIFICATE OF MAILING
I swear I placed in the US mail, postage pre paid to the following: US District Court, Judge Borchers, and Judge Kane and US Attorney General's Office

This 5 day Of November, 2006

J' ell Coit