# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action, File No.
(To be supplied by the Court)

#86530
Jill Coit claim number 03-129
P.O. Box 392005-dWCF
Denver, Co 80239

, Plaintiff(s)

JESSE (JESUS) MONTEZ_Plaintiff

vs.

, Defendant(s)

BILL OWENS, ET AL

92 N 870 (OES) and

96 N 343

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2006

GREGORY C. LANGHAM
CLERK

---

**MOTION TO PERSERVE EVIDENCE USED IN MONTEZ HEARING FOR ANOTHER CASE**

---

Comes now, plaintiff pro se and does hereby request that the evidence presented in the Montez Hearing on October 31, 2005 be preserved for case number 98 cv 02031 LTB-MEH . Plaintiff request that the shoes she presented at said hearing before Jude Pringle be preserved and to allow defendant's attorney Mr. Tom Lyons examination of said shoes. Plaintiff intends to use said shoes as supportive evidence in the above referenced upcoming jury trial.

Wherefore plaintiff request that this court make available for examination and persevere for trial the shoes submitted in the Montez Hearing.

I am sending a copy of this to the case 98 cv 02031

*Jill Coit* (signature)

Certificate of Mailing,

I swear under the penalty of perjury I placed in the US mail for inmate use to the following and that all the statements and affirmations are true and correct. :

The US District Court,

Mr. Tom Lyons

    Judge Borcher and

    Judge Kane

This ___ day of November 2006

Jill Coit