IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES
(Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

       Plaintiffs,

v.

BILL OWENS, et al.,

       Defendants.

_____

**ORDER**
_____

       Jill Coit's motion for a ruling (#2402) is GRANTED. The notice of non-compliance, construed in accordance with Ms. Coit's wish as a motion (#2170), is hereby DENIED.

       SO ORDERED.

       Dated this 15th day of November, 2006.

       BY THE COURT:

       s/ Edward W. Nottingham
       EDWARD W. NOTTINGHAM
       United States District Judge