IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-MEH (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86539
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

## NOTIFICATION REGARDING LOCATION OF RECORD AND EVIDENCE

Defendants, through the Colorado Attorney General, respectfully submit the following Notification Regarding Location of Record and Evidence.

1.      On November 14, 2006, Jill Coit "request[ed] that this court make available for examination and preserve for trial the shoes submitted in the Montez hearing." (Motion to Preserve Evidence, docketed at 2403).

2. On November 15, 2006, the Honorable Judge Nottingham granted the motion, ordering that "Defendants shall preserve the shoes until further order of this court." (Order, docketed at 2411).

3. Defendants (the Colorado Department of Corrections) do not have possession of Ms. Coit's shoes. The U.S. District Court does. Ms. Coit gave her shoes to Special Master Pringle during her Montez damages hearing. Upon resolving Ms. Coit's claim, Special Master Pringle forwarded the record of Ms. Coit's claim, including her shoes, to the U.S. District Court. Consequently, Ms. Coit's shoes are currently located at the U.S. District Court in Denver, Colorado.

Respectfully submitted this 21st day of November, 2006.

JOHN W. SUTHERS
Attorney General

s/ Jess A. Dance
JESS A. DANCE, 35803*
Assistant Attorney General
Civil Litigation & Employment Law
    Section
Attorneys for Defendants

Colorado Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-5165
Fax: (303) 866-5443
Email: jess.dance@state.co.us

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within NOTIFICATION REGARDING LOCATION OF RECORD AND EVIDENCE upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 21st day of November, 2006, addressed as follows:

Jill Coit, #86539
DWCF
P.O. Box 392005
Denver, CO 80239

*Courtesy Copy To:*

Cathie Holst

s/ Jess A. Dance_____