F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 1 2006

GREGORY C. LANGHAM
CLERK

Reg. #90353
c/o Limon Correctional Facility (L.C.F.)
49030 State Highway 71
Limon, Colorado 80826
November 15, 2006

United States District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado 80294

RE: Absentee Status from Limon C.F.
Address on Case #92-N-870(OES),
Claimant #01-041.

Dear Sirs;

  I am writing to notify your Honorable Court that I will be <u>temporarily</u> absent from my Limon, Colorado address from the dates of November 10, 2006 through December 8, 2006 due to being on a writ on a pending case in Denver County.

  If you have forwarded any type of paperwork that needs to be addressed or answered, it will have to wait until my return to the Limon C.F. circa December 8, 2006. I am advising you of this situation due to the fact that I do not want to be penalized for any later answers or returns.

  Thank you very much for your time and cooperation in this matter. If you have any further questions, please feel free to write to me at my Limon Colorado address. I look forward to receiving your favorable response shortly.

Sincerely,

Howell F. Roberts
Claimant

xc: file