US District Court
901—19 th street
Denver, Co 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 2 2 2006**

GREGO... / C. LANGHAM
CLERK

JESSE (JESUS) MONTEZ, ET AL
V
BILL OWENS, Et AL

CASE NUMBER 92 cv 00870-EWN-OES
Consolidated for purposes with Civil Action 96 –cv- 343

Jill Coit #86530
Claim number # 03-231
DWCF
P. O. Box 392005
Denver, Co 80239

Objection To Order Denying Pleadings of Non Structural Compliance at DWCF Under the Montez Remedial Plan

Comes Now, plaintiff pro se and does hereby allege: Plaintiff is within the 5 day time period to respond to the Order issued by Judge Edward Nottingham and does not wish to be disrespectful of his ruling however plaintiff allegation of structural violations are true and need to be addressed.

Plaintiff would like to know under what guidelines did the Order filed 11/15/2006 denying Plaintiff pleadings under violation of the Montez Remedial Plan for Non Compliance of Structure occur. Plaintiff would like a copy of the Defendants responds to her allegations of Non Structural compliance at DWCF, if they filed one. Plaintiff also contends that her pleading was not investigated, if so this court could not be denying and dismissing her pleadings. Defendants/CDOC has not fixed or come into compliance with the Montez Remedial Plan. There are still no tables for wheel chair inmates in the East dinning hall, there are no handicapped toilets in the holding cells, the fire wall was cut into to put in the hearing flashing light in cell 126 in unit 2 as well as throughout the facility. Plaintiff's handicapped cell has not been modified to meet her disabled needs nor has she been given the same structural furniture she had at CWCF. The cutting into the fire wall is not just a fire code violation but a real safety issue. None of plaintiff allegations have been fixed or addressed.

How can defendants get away with not obeying the Montez Remedial Plan was it just a joke to make money for the doc attorney's? Nothing has been corrected, Plaintiff file in time and the court received her pleadings. They are well founded and need to be addressed.

Plaintiff wish to file this as a violation under Montez, this court can not merely take defendants word that the structural issues have been resolved or corrected. Plaintiff hereby request a physical inspection of DWCF and the violations she alleged. I do not know the proper wording or legal case cites to cite but plaintiff is pro se and under _Haines + Hall_ -her pleadings are to be given some leniency.

Wherefore plaintiff request that his court reinvestigate plaintiff's allegations of structural non compliance under Montez and ADA. These violations endanger plaintiff and other Montez inmate's life and quality of life and violate the Montez Remedial Plan agreed upon by CDOC and Montez Attorney's and plaintiffs. And any other remedies this court cares to give.

Certificate of Milling
I swear I placed in the US Mail for inmate use first class to the following:
US District Court and ~~Bill and Evans~~ attorney General

This _19_ day of November, 2006

Jeu cort 11-19-06