IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-180
Category Untimely Filed Claim
Claimant: Arthur E. Miller, #82627
Address of Claimant: KCCC, P.O. Box 2000, Burlington, CO 80807

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant has been sent two orders that directed him to provide further information concerning his claim. The last order indicated that Claimant had to show cause why his claim should not be dismissed. Claimant was granted up to and including November 22, 2006 in which to respond. Nothing has been filed by Claimant in response to either order.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. In order to be a member of the class and to have the right to file a claim, a claimant had to have been in DOC custody on or before that date. In addition, the claimant had to have a disability recognized by the Remedial Plan and have been subjected to discrimination on or before August 27, 2003 because of the disability. A claimant who was incarcerated or discriminated against  after August 27, 2003 was not a member of the class and could not pursue a claim. That claimant retained the right to file his own lawsuit. A claimant who was disabled prior to August 27, 2003 and subjected to discrimination could amend his claim to include later discriminatory acts.

Claimant has raised significant allegations concerning treatment at KCCF. These allegations appear to be of recent vintage. Claimant's sentencing dates from the DOC website are from this year. Claimant may not pursue by claim something that occurred in DOC during 2006 unless he was disabled and was subjected to discrimination prohibited by the ADA on or before August 27, 2003.

The initial claim form states that Claimant came into DOC custody on February 16, 2006. The allegations set forth in the claim form all post-date that point in time. Claimant thus may pursue a separate lawsuit under the ADA and Rehabilitation Act concerning the actions of DOC staff after February 16, 2006. Claimant may not pursue his claim, as there are no allegations of disability or discrimination on or before August 27, 2003.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 12, 2007.**

SIGNED this 1st day of December, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master