IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-302
Category: II
Claimant: Curtis Taylor, #108725
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on his own motion. Claimant was in custody at the Colorado State Penitentiary in Canon City, Colorado. At some point, he was released because he discharged his sentence. The last order sent to Claimant was returned as undeliverable. Claimant is not listed on the DOC internet locator site. The Special Master waited two months to determine if Claimant would send an updated address. He has not. His present whereabouts are unknown.

      All claimants have a duty to keep the Special Masters advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. The claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 12, 2007.**

SIGNED this 4th day of December, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master