IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number: 02-863
Category: III
Claimant: Waylon Johnson, #1266
Address of Claimant: 128 E. Navajo, #20, Colorado Springs, CO 80906
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Defendants' motion to dismiss. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 6th day of December, 2006.

                             BY THE COURT:

                             */s/ Richard M. Borchers*

                             _____
                             Richard M. Borchers
                             Special Master