IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-184
Category Untimely Filed Claim
Claimant: Charles B. Armstrong, Jr., #62804
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim of Charles B. Armstrong, Jr. He has checked the boxes for mobility impairment and vision impairment. Claimant also stated that his date of incarceration was June 1, 2004.

    The Remedial Plan was approved on August 27, 2003 by Judge Nottingham. It was on that date that the class was set. In order to file a claim, a claimant has to allege that he was disabled, as defined by the Remedial Plan, on or before August 27, 2003. A claimant also had to allege that he was the victim of discrimination prohibited by the ADA on or before that date. A claimant who was disabled after August 27, 2003 could pursue a separate lawsuit but could not pursue a claim.

    Claimant was sent a show cause order. In light of the June 1, 2004 date, that order directed Claimant to show cause why his claim should not be dismissed. If Claimant is alleging actions that took place on or after that date, then the claim must be dismissed. The Special Masters have limited jurisdiction, and Claimant's claim would not be subject that jurisdiction.

    Claimant has not responded to the order to show cause. The Special Master finds that the claim as filed is beyond his jurisdiction, as it involves a alleged disability that post-dates approval of the Remedial Plan.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 12, 2007.**

      SIGNED this 11th day of December, 2006.

      BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master