IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-226
Category II
Claimant: Lawrence Bielecki (Deceased), #40625
Address of Claimant: Ms. Melissa Jacobsen, 2616 Oasis Drive, Plainfield, IL 60586
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. Claimant Lawrence Bielecki was an inmate in the custody of the Colorado Department of Corrections (DOC). He was at the Colorado State Penitentiary (CSP) in Canon City, Colorado when he filed his claim. Claimant passed away on January 26, 2006.

    The Special Master notified Ms. Melissa Jacobsen of the pending claim. Ms. Jacobsen is the daughter of Claimant. Ms. Jacobsen indicated that she wished to pursue the claim to its conclusion on behalf of the estate of Claimant.

    Defendants filed a motion to dismiss, alleging that Claimant had filed a separate civil action in this Court that precluded the claim from going forward. That lawsuit was denominated *Bielecki v. Neufeld, et al.,* 01-D-994. The lawsuit was dismissed by Judge Wiley Daniel. That dismissal was affirmed on appeal by the United States Court of Appeals for the Tenth Circuit. *Bielecki v. Neufeld, et al.,* No. 02-1448. Review of the documents submitted by Defendants reflect that Claimant had pursued allegations of discrimination under the ADA. Defendants have argued that Claimant, and now Ms. Jacobsen, are collaterally estopped by the previous dismissal of the separate lawsuit.

    The Special Master granted time to Ms. Jacobsen to respond to the motion to dismiss. Despite being granted up to and including December 4, 2006 in which to respond, Ms. Jacobsen has not filed anything further. As a result, the motion to dismiss will deemed to be confessed. The claim

will be dismissed as being barred by the doctrine of collateral estoppel.

IT IS HEREBY ORDERED that the claim of Claimant Lawrence Bielecki, now being prosecuted by Ms. Melissa Jacobsen, is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 12, 2007.**

SIGNED this 13th day of December, 2006.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master