IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2006

GREGORY C. LANGHAM
CLERK

Montez vs. Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

Letter to the Clerk of the Court

Comes Now, I, Jimmy Bulgier Acting Pro-se in the above cause number do hereby request the following information be provided to Claimant Bulgier.

On October 03, 2006 I, Plaintiff Bulgier did file with this honorable Court "Plaintiff's motion "Request for 90 to 120 Day Extension of Time to file Objections for Final Order of Special Master"" and "Plaintiff's Second and Revised motion "Request for 90 Day Extension of Time to file Objections to Final Order of Special Master"" dated October 18, 2006.

To this date (December 8th, 2006) Plaintiff Bulgier has not received any reply from this Honorable Court concerning his TWO "Requests for 90 Day Extension of Time …". Plaintiff Bulgier has sent the first Request (October 03rd) to the Court at the two following addresses:

U. S. District Court
For the District of Colorado
1929 Stout Street
Room #145
Denver, Colorado  80294-3589

U.S. District Court
For the District of Colorado
901 Stout Street
Denver, Colorado  80294

Plaintiff Bulgier did not send these "Requests to the Special Master's address at;

U.S. District Court
For the District of Colorado
Legal Resolution Center
7909 Zenobia Street
Westminster, Colorado  80030-4444

However, Plaintiff Bulgier received a response from this Court informing him that his first "Request for 90 Day Extension of Time ..." had been forwarded to the Special Master's Office in Westminster and the Court informed Plaintiff Bulgier that this was done in error because the Special Master's Office **no longer has jurisdiction over his case.** ((See Court's Response to Plaintiff Bulgier's "Request for Clarification..." filed October 03rd, 2006.)

The first 90 Day Extension was filed in the same envelope with his "Request for Clarification..." However, only the "Request for Clarification was responded to by this Court.

This prompted Plaintiff Bulgier to file with this Honorable Court a Second and Revised "Request for 90 Day Extension of Time ..." dated October 18th, 2006.

Plaintiff Bulgier respectfully requests a written response as to the disposition status of his TWO "Requests for 90 Day Extension of Time to file Objections to the Final Order of the Special Master" and also respectfully requests written documentation from this Court that these TWO documents were received by both the Courts at 1929 Stout Street and at 901 Stout Street.

Respectfully submitted on this 9h day of December 2006.

Signature: _____

Jim Bulgier TDCJ #902732

## Certificate of Mailing

Montez vs Owens
Case #92-N-870
Consolidated with: Case #06-N-343
Individual Damage Claim #03-147

I, Jimmy Bulgier do hereby certify that I have mailed a copy of the hereto-attached Letter to the Clerk of the Court and to the following parties:

United States District Court
For the District of Colorado
901 19th Street
Denver, Colorado 80294

Office of the Attorney General
James X. Quinn (Asst. Attorney General)
1525 Sherman Street
5th Floor
Denver, Colorado 80203

Respectfully submitted on this 09th day of December, 2006

Signature: *[signature]*

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322