Reg. #90353
c/o Limon Correctional Facility(L.C.F.)
49030 State Highway 71
Limon, Colorado  80826
December 8, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2006

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado  80294

RE: Temporary Absence from L.C.F.
on Case #92-N-870(OES), of Montez
v. Owens, and Claimant #01-041.

Dear Sirs;

    This letter is to advise you that I am still temporarily at the Denver County Jail in Denver, Colorado on a writ for a pending criminal matter. I was scheduled to return to my permanent facility of the Limon Correctional Facility(L.C.F.) on December 8, 2006, but that did not happen. I anticipate, no guarantee, that I will be transported back to the Limon Correctional Facility on December 15, 2006 by the Denver Sheriffs Department.

    Please be advised that any and all pleadings, paperwork, and responses that you have sent to my Limon Correctional Facility address have not been received since my transport from the facility on November 10, 2006. Upon my return to L.C.F., I will be responding to any and all mailings from your court/agency sometime after December 17, 2006. Please be patient, and I am requesting that you do not penalize me for any late responses or entries, and please consider this letter a Request For Time Enlargement, if necessary.

    Thank you very much for your time and cooperation in this matter. I look forward to your favorable response very shortly. Please take note that if I am temporarily extended past December 15, 2006 to be transported to the Limon Correctional Facility, I will keep your court/agency advised of the delay.

    Sincerely,

Howell F. Roberts, III
Claimant
Claimant #01-041

xc: file