IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 DEC 15 AM 8: 24

GREGORY C. LANGHAM

CIVIL ACTION No. 92-N-870 (OES)(consolidated for all purposes with Civil Action No. 96-N-343)

BY _____ DEP. CLK

JESSE MONTEZ, et al.,

Plaintiffs,

v.
BILL OWENS, et al.,

Defendants.

---

Claim No. 02-718
Catergory II
Claimant: Stephen Grace, #57349
Address of Claimant: L.C.F., 49030 State Highway 71, Limon, CO. 80826

---

## MOTION TO AMEND FINAL ORDER OF SPECIAL MASTER

---

COMES NOW, Stephen Grace, pursuant to the provisions of Fed.R.Civ.P. 59(e), or in the alternate, Fed.R.Civ.P. 60(b), and respectfully moves this Court to amend or alter its Final Order of Judgment and Dismissal entered on November 30, 2006, by Special Master Richard M. Borchers, and reconsider its decision based upon the following facts and exhibits:

1) The thrust of the November 30, 2006, Final Order was that Mr. Grace was not entitled to benefit from the decision in the above captioned action as his injuries all occurred after August 27, 2004. While this Court noted that Mr. Grace can raise claims for injuries regarding injuries which occur after this date, he must first show that he was mobility impaired prior to the August 27, 2004, date. This was a faux paus on Mr. Grace's part. Accordingly, Mr. Grace respectfully moves this Court to grant him liberal construction as is noted in Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991), and take note of the attached exhibits showing that indeed he was mobility impaired as early as 2000 and was recognized by C.D.O.C. as being such. Moreover, Mr. Grace initially stated in his opening

complaint that he was initially mobility impaired based upon the injuries which occurred and were addressed in the attached exhibits. Unfortunately in his initial response, Mr. Grace failed to re-address this fact and thus this Court, due to Mr. Grace's oversight, was left with insufficient information and/or evidence to properly determine whether Mr. Grace is entitled to the relief requested. Accordingly, Mr. Grace respectfully requests that this Court reconsider and amend/alter its November 30, 2006, Order to recognize that Mr. Grace is entitled to relief based upon the dates of his initial injuries.

WHEREFORE, Mr. Grace respectfully requests that this Court grant him the relief requested herein, and/or any other available relief whether stated or not.

Respectfully submitted this _11_ day of December, 2006.


Stephen Grace, #57349
Limon Correctional Facility
49030 State Highway 71
Limon, CO.   80826

### Certificate of Service Pursuant to 28 U.S.C. § 1746

Mr. Grace, hereby certifies that a true and correct copy of the foregoing motion was served on the below listed parties by depositing said, postage prepaid in the U.S. mail on the date indicated above, addressed as follows. This is attested to under the penalty of perjury:

U.S. District Court for Colo.
Atten: Special Masters Borchers
7907 Zenobia Street
Westminister, CO.   80030-4444
(original and 2 copies served)

Mr. James X. Quinn & Ms. Jess A. Dance
Assistant Attorney General's
1525 Sherman Street, 5th Fl.
Denver, Co.   80203
(1 copy served)


Stephen Grace, #57349

**EMSA CORRECTIONAL CARE**

COPY   CONFIDENTIAL

**MEDICAL PASS**

DATE: 4/05/2000

RE:
NAME: Grace Stephen
ARREST: # 57349
D.O.B.: 3/10/62

DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:

|  | PLACE AN "X" ON THE ITEMS BEING ORDERED | 1 MO. |  |  |  |
|---|---|---|---|---|---|
| EXTRA MATTRESS |  |  |  |  | X |
| EXTRA PILLOW |  |  |  |  | X |
| EXTRA BLANKET |  |  |  |  |  |
| LOW BUNK ASSIGNMENT |  |  |  |  | X |
| WHEELCHAIR |  |  |  |  |  |
| CANE |  |  |  |  |  |
| WALKER |  |  |  |  |  |
| OTHER |  |  |  |  |  |

* MEDICAL APPLIANCES FROM PROPERTY: Low Cost Soft State Shoe.

_____
HEALTH PROVIDER SIGNATURE

Rodney McKown PAC
NAME STAMP OR PRINTED NAME

Copy 00-
_____
MSS

*NOTE: COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED

CC 033   WHITE - HEALTH RECORD   CANARY - HOUSING UNIT   PINK - CLASSIFICATION UNIT

DC Form 78 (2/93) / Old No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COPY**   **CONFIDENTIAL**

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

---

PRICARE CODE NO.: 
NAME: Grace, Stephen
OFFENDER NO.: 57349
LIVING UNIT: CTCF
DATE: 1/16/02
TIME: 7:00/am

SUBJECTIVE: discharged from crcf Inf

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

PROBLEM 1 2
PLAN / ORDERS:
Parafon forte 500 mg po bid x 30 days

Protonix 40 mg po qd
D/C 2/27/03

ASSESSMENT: Acute LBP

SIGNATURE:
NURSE:
P.E.: Alessi CAn
PHYSICIAN:
Rx NO.:

---

PRICARE CODE NO.:
NAME: Grace, Stephen
OFFENDER NO.: 57349
LIVING UNIT: CTCF
DATE: 1/9/02
TIME: 10:30/am

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

pt remains in OPC having great difficulty walking — will admit

PROBLEM 1 2
PLAN / ORDERS:
Admit to Inf.

ASSESSMENT:

SIGNATURE:
NURSE:
P.E.: Alessi CAn
PHYSICIAN:
Rx NO.:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**CONFIDENTIAL**

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

PRICARE CODE NO.: 
NAME: Grace, Stephen
OFFENDER NO.: 57344
LIVING UNIT: CTCF
DATE: 12-9-02
TIME: 0715

SUBJECTIVE: States stepped on chair while getting out of top bunk. Chair slid - pt hit back + back of head on lower bunk.

OBJECTIVE: Temp. __ Pulse 68 Resp. 20 B/P 150/92
AAO x 3
? LOC
Came in on gurney - pt is fully alert & oriented -
PERRLA - mild point tenderness @ occiput - area is soft c̄ ? edema & redness - no bumps or bruises, lesions seen on rest of body - points to LBP - mainly on (R) paravertebral muscle - pt is able to move legs - Ø bowel/bladder incontinence
pt ed re: meds, injection & gentle ROM

ASSESSMENT: Acute LBP - strain -

PROBLEM 1 2
PLAN/ORDERS:
① Toradol 60 mg IM x 1
② Phenergan 25 mg IM x 1
③ Ice x 1 bag
④ Apply heat on own
⑤ F/U in 5-7 days
⑥ Vicoden ii tabs po bid x 48 hrs

SIGNATURE NURSE: [signature] 12/9/02 0805
P.E.: Alessi CANP
PHYSICIAN:
Rx NO. [signature] 12/9/02

---

PRICARE CODE NO.:
NAME: Grace, Stephen
OFFENDER NO.: 57349
LIVING UNIT: CTCF
DATE: 11/29/02
TIME:

SUBJECTIVE: Need renewal of Protonix? Requesting lower bunk, 1st tier?

PROBLEM 1 2
PLAN/ORDERS:
① Protonix 40 mg qd x 90 d
② Renewed restriction - Pt already is 1st tier

SIGNATURE NURSE: [signature] 11/29/02 1420
P.E.: [signature]
PHYSICIAN:
Rx NO. [signature] 12/2/02

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201