Reg. #90353
c/o Limon Correctional Facility(L.C.F.)
49030 State Highway 71
Limon, Colorado 80826
December 15, 2006

Clerk of the Court
United State District Court of Colorado
901 - 19th Street, Room #A104
Denver, Colorado 80294

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 0 2006

GREGORY C. LANGHAM
CLERK

RE: Temporary Absence from L.C.F.
    on Case #92-N-870(OES), of Montez
    v. Owens, and Claimant #01-041.

Dear Sirs;

    As promised in my previous letter dated December 8, 2006, I am keeping you informed of my <u>non-transport</u> from my temporary holding facility of the Denver County Jail in Denver, Colorado to my permanent facility of the Limon Correctional Facility in Limon, Colorado. I finished with my pending criminal matter on November 30, 2006, and am still awaiting transport which I <u>anticipate</u>, but no guarantee, will happen on December 22, 2006. With the holidays approaching, I may not be back at the Limon Correctional Facility until after January 1, 2007.

    Please be advised that any correspondence that your court/agency may have sent to me at the Limon Correctional Facility has <u>NOT</u> been opened since my departure from the Limon facility on November 10, 2006. Upon my return to the Limon facility, which as of now, could be after January 1, 2007, I will promptly respond to any and all requests and correspondence that you may have sent to me. Again, please be patient, and do not penalize me for any late responses or filings, and again, please consider this letter a **Request For Time Enlargement**, if necessary.

    Thank you very much for your time and cooperation in this matter. I look forward to your favorable response very shortly. Please take note, again, that if I am delayed too much past January 1, 2007, to be transported back to Limon Correctional Facility, I will keep your court/agency advised of the delay, and may request that you forward duplicate mailings to the Denver County Jail.

Sincerely,

Howell F. Roberts, III
Claimant
Claimant #01-041

xc: file