Civil Action No. 92-N-870 (OES) Consolidated for all purposes with Civil Action
No. 96-N-343)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2006

GREGG... / ... LANGHAM
CLERK

Jessa (Jesus) Montez., et al.,

Plaintiff,

V.

Bill Owens, et al.,

Defendants.

---

Claim Number: 02-362

Category: II

Claimant: Felix Mike Ortega #63216
Address of Claimant HCCC. 304 Ray Sandoval Street.
Walsenburg, CO 81089

---

## Request for Extension of Time

---

Name Felix Mike Ortega, The Plaintiff herein, Request
This Honorable Court to grant an Extension of time of 60
days to file The Reply as Requested by the Courts.

(1)

as grounds, therefore, Plaintiff States:

1.) The Plaintiff is filing his Reply Pro-Se and Will Need to Seek the aid of the Law Library Clerks on how to prepare Such a Reply, because The Plaintiff is not Practiced in the Law.

2.) The Plaintiff is in the Process of obtaining Medical documents Now being prepared by the Attending Physician, that are Crucial to his Claims.

3.) The facilities Law Library has not been open Except for one night for a period of 2 Hours and so the Plaintiff will need 60 days to Reply where within that time the Law Library Should be opened to Resume its daily function.

4.) The Plaintiff is Currently incarcenated in the Huerfano County Correctional Center.

5.) No Previous Request for time have been filed and NO Additional Extensions are Anticipated. No previous Extentions of time have been granted herein.

Name _Felix Mike Ortega_ #63216

Plaintiff Signiture

Huerfano Cty Correctional Center
304 Ray Sandoval St.
Walsenburg, Co 81089.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was placed in the U.S. Mail, postage prepaid, and addressed as follows on this (date) 12-18-06 . December 18, 2006

By: Feli Mike Ortega
Inmate's Signature
H.C.C.C. Unit Echo-5312
304 Ray Sandoval Road
Walsenburg, CO 81089

Mr. James X. Quinn
Mr. Jesse A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th floor
Denver, CO 80203

Clerk of the United States District Court
901 19th Street
Denver, CO 80294

1    Certificate of Service        1 pgs. total