In The United States District Court
For The District Of Colorado

Civil Action No. 92-N-870 (OES) (Consolidated For All Purposes with Civil Action No. 96-N-343)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2006

GREGORY C. LANGHAM
CLERK

JESSES (JESUS) MONTEZ, et al.

Plaintiffs.

V

BILL OWENS, et al.

Defendants.

Claim Number: 02-285
Category: II
Claimant: Alfred Raglin #97357
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

Objection to The Final Order of Special Master Pursuant to Federal Rule Of Civil Procedure 53(g)(2).

In Respect to the Final Order of the Special Master on October 20, 2006.

My name is Alfred Raglin: Claim Number 02-285.

I am objecting to the Final Order of Special Master pursuant to Federal Rule of Civil Procedure 53(g)(2).

Now where do I go from here.

Respectfully Submitted this 20th day of December, 2006.

Alfred Raglin #97357

*Alfred Raglin*

Limon Correctional Facility
49030 State Hwy 71
Limon, Colorado 80826