# EXHIBIT A

Susan Carter

    Total Hours for Period                        218.25 hrs.

Judy Olive

    Total Hours for Period                        00.00 hrs.

Lynda Rowe

    Total Hours for Period                        6.00 hrs.

                                                                            ―――――

                             TOTAL HOURS:              224.25 hrs.

Larry Dean Valente

    Total Hours for Period                        85.75 hrs.