## EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending November 15, 2006:

| Date | Description | Hours |
|---|---|---|
| 9/17/06 | Review files and mail | 1.10 hrs. |
| 9/20/06 | Review mail and files | .75 hrs. |
| 9/26/06 | Review mail and settings | .25 hrs. |
| 9/28/06 | Review of mail | .25 hrs. |
| 9/30/06 | Review mail and files; plan for settings | 2.00 hrs. |
| 10/2/06 | Review mail; talk with RCD concerning scheduling of hearings; talk to Dino Valente concerning hearings | 2.00 hrs. |
| 10/3/06 | Review mail and talk to Sue Carter concerning settings and procedures | 1.00 hrs. |
| 10/8/06 | Review mail | .35 hrs. |
| 10/9/06 | Telephone conference with Dino Valente | .50 hrs. |
| 10/12/06 | Review mail and files | 1.00 hrs. |
| 10/14/06 | Review all files and review mail | 1.25 hrs. |
| 10/15/06 | Review mail and files | .50 hrs. |
| 10/18/06 | Review mail | .50 hrs. |
| 10/22/06 | Review mail | .50 hrs. |
| 10/23/06 | Review mail; talk with BDP; meet with Dino Valente; meet with Sue Carter | 1.75 hrs. |
| 10/25/06 | Convert orders and send to court | .75 hrs. |
| 10/27/06 | Review mail | .50 hrs. |
| 10/30/06 | Review mail; talk to Dino Valente on case settings | 1.00 hrs. |
| 10/31/06 | Send electronic orders to court; talk to Dino Valente; review of files | 2.00 hrs. |
| 11/2/06 | Review of files and mail | .50 hrs. |
| 11/3/06 | Talk with RCD and review of files | 1.00 hrs. |
| 11/13/06 | Review of files and meet with Dino Valente | 1.00 hrs. |
| 11/14/06 | Meet with Dino; talk with Sue Carter | .75 hrs. |
| | TOTAL: | 21.20 hrs. |