# EXHIBIT C

Administrative Time of Bruce D. Pringle for Period ending November 15, 2006:

| Date | Description | Time |
|---|---|---|
| 9/28/06 | Review all drafts of orders from 9/18/ to 9/28; transmit draft orders to D. Valente for review and issuance | 1.25 hrs. |
| 9/29/06 | Conference with R. Borchers concerning Category II and Category III claims | .25 hrs. |
| 10/17/06 | Review all drafts of orders from 9/29 to 10/17/06 (Condit; R. Sullivan; C. Rhodes; J Molina; P. Andrade; D. Sam); transmit orders to D. Valente for review and issuance | 1.50 hrs. |
| 10/17/06 | E-mail to R. Borchers, R. Davidson and D. Valente re Greisen letter of 10/11 regarding review of past orders on 8th amendment issue | .50 hrs. |
| 10/31/06 | Review all drafts of orders from 10/17/06 to 10/31/06 (R. Smith, O. Graham; R. Guardano, K. Lucero; D. Johnson; J. Perry; R. Freisen); transmit orders to D. Valente for review and issuance) | 1.75 hrs. |

TOTAL TIME:     5.25 hrs.