## EXHIBIT D

## Work Done By Richard M. Borchers

Claims closed during the period ending November 15, 2006. Work done prior to September 15, 2004 has already been billed:

**01-104        Antonio Chavez**

| | | |
|---|---|---|
| 9/24/04 | Review claim and issue order | .25 hrs. |
| 12/23/04 | Review file and issue order | .20 hrs. |
| 3/26/05 | Review file and issue order | .15 hrs. |
| 4/23/05 | Review response & file; issue order | .25 hrs. |
| 3/1/06 | Review response and issue order | .25 hrs. |
| 3/9/06 | Review letter and issue amended order | .15 hrs. |
| 5/27/06 | Review file and issue order | .30 hrs. |
| 7/31/06 | Review file | .40 hrs. |
| 8/7/06 | Further review of file | .35 hrs. |
| | TOTAL: | 2.30 hrs. |

**01-114        Kenneth H. Kyle**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 7/27/06 | Review motion and issue order | .25 hrs. |
| 11/2/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.20 hrs. |

**02-065        Richard Shults**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 12/16/05 | Review file | .20 hrs. |
| 2/19/06 | Review file and motion; issue order | .25 hrs. |
| 4/4/06 | Review response and issue order | .30 hrs. |
| 7/6/06 | Review file | .50 hrs. |
| | TOTAL: | 1.40 hrs. |

1

**02-073**      **Robert Sullivan**

| | | |
|---|---|---|
| 12/29/04 | Review of file and issue order | .15 hrs. |
| 2/19/06 | Review motion and file; issue order | .25 hrs. |
| 4/2/06 | Review response and issue order | .25 hrs. |
| 6/30/06 | Review file and issue order | .30 hrs. |
| 7/14/06 | Review letter and file | .25 hrs. |
| | TOTAL: | 1.20 hrs. |

**02-096**      **Troy Fettes**

| | | |
|---|---|---|
| 12/19/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-160**      **Reginald Price**

| | | |
|---|---|---|
| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 4/2/06 | Review response and issue order | .25 hrs. |
| 6/5/06 | Review file and issue order | .25 hrs. |
| 9/10/06 | Review file | .20 hrs. |
| 9/18/06 | Draft final order; issue extension order | 1.15 hrs. |
| 11/4/06 | Finalize order | .50 hrs. |
| | TOTAL: | 2.70 hrs. |

**02-174**      **Andy Anderson**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/3/06 | Review file and issue order | .20 hrs. |
| 6/4/06 | Review file | .20 hrs. |
| 6/5/06 | Issue order | .20 hrs. |
| 11/14/06 | Prepare final order | .35 hrs. |
| | TOTAL: | 1.10 hrs. |

**02-185**        **Achell Pack**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 5/27/05 | Review file | .20 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 4/3/06 | *Review phone message and file* | .15 hrs. |
| 4/7/06 | Review response and issue order | .30 hrs. |
| 7/31/06 | Review file | .35 hrs. |

TOTAL:    1.35 hrs.

**02-257**        **James R. Sinclair**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 6/6/06 | Review file and issue order | .25 hrs. |
| 9/17/06 | Prepare final order | 1.00 hrs. |

TOTAL:    1.65 hrs.

**02-259**        **Thomas Mack**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |

TOTAL:    .40 hrs.

**02-279**        **Anthony R. Murphy**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and issue order | .25 hrs. |
| 2/22/06 | Prepare order | .20 hrs. |
| 7/3/06 | Review file | .40 hrs. |

TOTAL:    1.00 hrs.

**02-285**        **Alfred Raglin**

| | | |
|---|---|---|
| 1/5/05 | Review of file and issue order | .15 hrs. |

3

| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/26/06 | Review file and issue order | .25 hrs. |
| | | ———— |
| | TOTAL: | .65 hrs. |

**02-295      Jayson Preble**

| 1/5/05 | Review of file and issue order | .15 hrs. |
| 3/18/05 | Review file and motion; issue order | .25 hrs. |
| 4/17/05 | Review of file and letter; issue order | .20 hrs. |
| 6/15/05 | Review of letter and issue order | .15 hrs. |
| 7/1/05 | Review file and motion; issue order | .20 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 3/8/06 | Review file and letter; issue order | .20 hrs. |
| | | ———— |
| | TOTAL: | 1.40 hrs. |

**02-296      Daniel Robles**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 7/23/06 | Review file | .30 hrs. |
| | | ———— |
| | TOTAL: | .70 hrs. |

**02-301      Terrence Allen Blount**

| 3/2/05 | Issue order and review file | .25 hrs. |
| 12/13/05 | Review file | .20 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/4/06 | Review file and issue order | .35 hrs. |
| 7/31/06 | Review file | .50 hrs. |
| | | ———— |
| | TOTAL: | 1.55 hrs. |

**03-344      David Rodriguez**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 2/28/06 | Review response and file; issue order | .25 hrs. |
| 6/6/06 | Review file and issue order | .25 hrs. |

| 9/17/06 | Prepare final order | 1.15 hrs. |
|---------|---------------------|-----------|

TOTAL:   1.80 hrs.

**02-362      Felix Mike Ortega**

| 1/06/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 3/15/05 | Review motion and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 4/8/06 | Review file and issue order | .25 hrs. |

TOTAL:   .80 hrs.

**02-379      George Murphy**

| 1/6/05 | Review file and issue order | .15 hrs. |
|--------|------------------------------|----------|
| 2/4/06 | Review of letter and file; issue order | .25 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 7/31/06 | Review file | .50 hrs. |

TOTAL:   1.15 hrs.

**02-382      Encarnacion Rivera**

| 1/8/05 | Review file and issue order | .15 hrs. |
|--------|------------------------------|----------|
| 11/24/05 | Review file and issue order | .20 hrs. |
| 12/21/05 | Review letter and file | .20 hrs. |
| 2/9/06 | Review response and file; issue order | .25 hrs. |
| 3/28/06 | Review file and letter; issue order | .25 hrs. |
| 6/2/06 | Review documents and file | .20 hrs. |

TOTAL:   1.25 hrs.

**02-389      Darrell D. Payne**

| 1/8/05 | Review file and issue order | .15 hrs. |
|--------|------------------------------|----------|
| 2/19/06 | Review motion and file; issue order | .20 hrs. |
| 4/2/06 | Review response and issue order | .25 hrs. |

.60
TOTAL:     ~~.65~~ hrs.

**02-399        Albert Hill**

| | | |
|---|---|---|
| 1/8/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review pleading and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 7/31/06 | Review file | .35 hrs. |

TOTAL:     .90 hrs.

**02-434        Timothy Dudley**

| | | |
|---|---|---|
| 4/6/05 | Review file and letter; issue order | .25 hrs. |
| 5/12/06 | Review motion and file; issue order | .35 hrs. |
| 6/2/06 | Review file and response; attempt to locate claimant | .50 hrs. |
| 10/1/06 | Review file | .30 hrs. |
| 10/3/06 | Prepare final order | 1.25 hrs. |

TOTAL:     2.65 hrs.

**02-450        Michael Lopez**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/18/06 | Review file and response; issue order | .35 hrs. |
| 9/10/06 | Review file | .30 hrs. |
| 10/8/06 | Prepare final order | 1.10 hrs. |

TOTAL:     1.90 hrs.

**02-520        Louis Mayfield**

| | | |
|---|---|---|
| 2/17/05 | Review file and issue order | .15 hrs. |
| 4/27/06 | Review response and file; issue order | .25 hrs. |
| 9/30/06 | Review file and prepare final order | 1.10 hrs. |

TOTAL:     1.50 hrs.

**02-524**     **Philip Andrade**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/10/06 | Review response and issue order | .30 hrs. |
| | TOTAL: | .45 hrs. |

**02-529**     **Debbie Short**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review file and response; issue order | .35 hrs. |
| 9/30/06 | Review file | .30 hrs. |
| 10/8/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.30 hrs. |

**02-541**     **Larry A. Middleton**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/12/06 | Review motion and file - issue order | .35 hrs. |
| 9/18/06 | Review file and motion; prepare final order | 1.00 hrs. |
| | TOTAL: | 1.50 hrs. |

**02-542**     **Jorge Molina**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 9/21/05 | Review letter | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| | TOTAL: | .60 hrs. |

**02-543**     **Michael Montoya**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 9/18/06 | Review file | .35 hrs. |
| 10/1/06 | Prepare final order | 1.15 hrs. |

|  |  | TOTAL: | 1.95 hrs. |

**02-551      Cheryel Rhodes**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
|  |  | ———— |
|  | TOTAL: | .45 hrs. |

**02-557      David Sam**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 9/21/06 | Review file | .25 hrs. |
|  |  | ———— |
|  | TOTAL: | .70 hrs. |

**02-558      John Edward Walker**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 12/26/05 | Review file and issue order | .40 hrs. |
| 9/22/06 | Review file and issue final order | .40 hrs. |
|  |  | ———— |
|  | TOTAL: | .95 hrs. |

**02-568      Marykay Lynn Condit**

| 1/28/05 | Review pleading | .10 hrs. |
| 2/7/05 | Review file and issue order | .15 hrs. |
| 1/18/06 | Review letter and file; issue order | .50 hrs. |
| 3/23/06 | Revire response and file; issue order | .40 hrs. |
|  |  | ———— |
|  | TOTAL: | 1.15 hrs. |

**02-570      Charles Jones, Jr.**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/8/06 | Review response and issue order | .25 hrs. |
| 10/1/06 | Review file | .30 hrs. |

8

| | | |
|---|---|---|
| 10/9/06 | Prepare final order | 1.50 hrs. |
| | | _____ |
| | TOTAL: | 2.20 hrs. |

**02-590      Antonio Roybal**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 9/19/06 | Review file | .25 hrs. |
| 9/20/06 | Prepare final order | 1.25 hrs. |
| | | _____ |
| | TOTAL: | 1.95 hrs. |

**02-600      Arthur Santistevan**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review motion and file | .25 hrs. |
| 4/2/06 | Review response and issue order | .25 hrs. |
| 11/1/06 | Review file and issue order | .35 hrs. |
| | | _____ |
| | TOTAL: | 1.00 hrs. |

**02-623      Edgar Lee Durre**

| | | |
|---|---|---|
| 2/4/06 | Review pleading | .10 hrs. |
| 2/13/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 8/6/06 | Review file and issue order | .35 hrs. |
| 10/29/06 | Review file and issue final order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.35 hrs. |

**02-636      Bryce Larry Graham**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 5/20/06 | Review motion and issue order | .25 hrs. |
| 10/15/06 | Prepare final order | 1.00 hrs. |
| | | _____ |

|  |  | TOTAL: | 1.40 hrs. |

**02-640**      **David Buniger**

| 12/26/05 | Review file and issue order | .25 hrs. |
| 8/27/06 | Review file and issue order | .30 hrs. |
| 10/19/06 | Review file | .20 hrs. |
| 10/22/06 | Review file and issue order | .35 hrs. |

|  |  | TOTAL: | 1.10 hrs. |

**02-642**      **Richard Churchill**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 10/14/06 | Review file and issue final order | .40 hrs. |

|  |  | TOTAL: | .80 hrs. |

**02-647**      **Scott Colin McNally**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 7/15/06 | Review response and issue order | .25 hrs. |
| 10/17/06 | Review file | .35 hrs. |
| 10/19/06 | Prepare final order | 1.15 hrs. |

|  |  | TOTAL: | 1.90 hrs. |

**02-697**      **Harry Martinez**

| 7/14/05 | Review file and issue order | .15 hrs. |
| 5/20/06 | Review motion and issue order | .30 hrs. |
| 10/1/06 | Review file | .30 hrs. |
| 10/2/06 | Work on file and draft of order | .75 hrs. |
| 11/14/06 | Prepare final order | 1.00 hrs. |

|  |  | TOTAL: | 2.50 hrs. |

**02-698**      **Sandra O'Neill-Lopez**

| | | |
|---|---|---|
| 9/8/06 | Review motion and issue order | .25 hrs. |
| 11/14/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 1.25 hrs. |

**02-706      Roland Martinez**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 7/7/05 | Review letter | .15 hrs. |
| 7/14/06 | Review response and issue order | .40 hrs. |
| 10/19/06 | Review file | .45 hrs. |
| 11/5/06 | Prepare final order | 1.40 hrs. |
| | TOTAL: | 2.55 hrs. |

**02-719      William Rose**

| | | |
|---|---|---|
| 2/15/06 | Review file and issue order | .15 hrs. |
| 5/26/05 | Review letter and issue order | .15 hrs. |
| 7/30/05 | Review letter | .15 hrs. |
| 6/21/06 | Review response and issue order | .35 hrs. |
| 11/3/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.30 hrs. |

**02-726      Franklin Kemp**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review motion and issue order | .25 hrs. |
| 8/23/06 | Review letter and file; issue order | .25 hrs. |
| 10/3/06 | Review file | .30 hrs. |
| 11/1/06 | Prepare final order | 1.10 hrs. |
| | TOTAL: | 2.05 hrs. |

**02-734      Jeremiah Hess**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 11/4/06 | Review file and issue final order | .35 hrs. |

|  |  |  | TOTAL: | .50 hrs. |
|---|---|---|---|---|

**02-745**      **Geri Stebnitz-Burt**

| 9/18/04 | Review of claim form | .10 hrs. |
|---|---|---|
| 9/23/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/2/06 | Review file and motion; issue order | .30 hrs. |
| 6/19/06 | Review file and issue order | .30 hrs. |
| 10/29/06 | Review file | .35 hrs. |
| 10/30/06 | Prepare final order | 1.00 hrs. |

|  |  | TOTAL: | 2.30 hrs. |
|---|---|---|---|

**02-751**      **Floyd Allen**

| 9/18/04 | Review of claim form | .10 hrs. |
|---|---|---|
| 9/23/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 4/30/05 | Review file and documents submitted | .25 hrs. |
| 7/22/06 | Review file and response; issue order | .30 hrs. |
| 10/20/06 | Review file | .30 hrs. |
| 10/28/06 | Prepare final order | 1.50 hrs. |

|  |  | TOTAL: | 2.70 hrs. |
|---|---|---|---|

**02-753**      **Paul Lopez**

| 9/18/04 | Review claim form | .10 hrs. |
|---|---|---|
| 9/23/04 | Issue order | .10 hrs. |
| 11/12/04 | Write letter to Kaiser Permanente | .20 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/2/06 | Review motion and issue order | .30 hrs. |
| 10/31/06 | Review file | .25 hrs. |
| 11/4/06 | Prepare final order | 1.00 hrs. |

|  |  | TOTAL: | 2.10 hrs. |
|---|---|---|---|

**02-757**      **Scott Neff**

| 9/24/04 | Review of claim | .10 hrs. |
| 9/28/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/26/06 | Review file and response; issue order | .20 hrs. |
| 10/19/06 | Review file | .40 hrs. |
| 10/23/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 1.95 hrs. |

**02-762        George Buels**

| 9/30/04 | Review claim and issue order | .20 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/12/05 | Review file and motion; issue order | .25 hrs. |
| 8/19/05 | Review letter | .15 hrs. |
| 7/27/06 | Review file and issue order | .25 hrs. |
| 11/5/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.50 hrs. |

**02-774        Vanessa Hall-Jackson**

| 10/24/04 | Review claim | .10 hrs. |
| 11/10/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/26/06 | Review response and file; issue order | .25 hrs. |
| 10/15/06 | Review file | .50 hrs. |
| 10/16/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 2.10 hrs. |

**02-786        Joseph Smith**

| 11/24/04 | Review of claim and issue OSC | .25 hrs. |
| 12/24/04 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/14/06 | Review response and file; issue order | .30 hrs. |
| 10/19/06 | Review file | .50 hrs. |
| 11/4/06 | Prepare final order | 1.40 hrs. |

|  |  | TOTAL: | 2.75 hrs. |
|---|---|---|---|

**02-800**      **Kevin McClearen**

| 1/5/05 | Review claim and issue OSC | .15 hrs. |
|---|---|---|
| 1/16/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and motion; issue order | .25 hrs. |
| 8/6/06 | Review motion and file; issue order | .25 hrs. |
| 9/18/06 | Prepare final order | 1.00 hrs. |

|  | TOTAL: | 1.95 hrs. |
|---|---|---|

**02-808**      **Tracey Hansen**

| 1/23/05 | Review of file and pleading; issue order | .25 hrs. |
|---|---|---|
| 1/28/05 | Review claim | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review response and file; issue order | .25 hrs. |
| 10/20/06 | Review file | .50 hrs. |
| 10/29/06 | Prepare final order | 1.50 hrs. |

|  | TOTAL: | 2.75 hrs. |
|---|---|---|

**02-853**      **Max Valles**

| 3/23/05 | Review claim | .10 hrs. |
|---|---|---|
| 3/25/05 | Issue order | .10 hrs. |
| 4/13/05 | Issue scheduling order | .15 hrs. |
| 6/5/06 | Review motion and issue order | .15 hrs. |
| 10/16/06 | Prepare final order | 1.00 hrs. |

|  | TOTAL: | 1.50 hrs. |
|---|---|---|

**02-870**      **Edward Rice**

| 4/13/05 | Review claim | .10 hrs. |
|---|---|---|
| 4/15/05 | Issue order | .10 hrs. |
| 7/22/06 | Review file and response; issue order | .25 hrs. |
| 10/19/06 | Review file | .40 hrs. |

14

| 10/29/06 | Review file and prepare final order | 1.00 hrs. |
|---|---|---|
| | TOTAL: | 1.85 hrs. |

**02-884      Allen Spencer**

| 4/19/05 | Review claim and issue order | .25 hrs. |
|---|---|---|
| 8/4/06 | Review response and issue order | .30 hrs. |
| 10/15/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 1.55 hrs. |

**02-889      Brian C. Levy, Sr.**

| 5/27/05 | Review file and claim | .25 hrs. |
|---|---|---|
| 6/1/05 | Review file and issue order | .25 hrs. |
| 7/14/05 | Review file and issue order | .20 hrs. |
| 8/27/06 | Review file and motion; issue order | .25 hrs. |
| | TOTAL: | .95 hrs. |

**02-892      Ruby Maria Montano**

| 5/10/05 | Review claim and documents; issue order | .50 hrs. |
|---|---|---|
| 6/18/05 | Review letter | .10 hrs. |
| 6/25/05 | Review file and issue order | .20 hrs. |
| 7/12/05 | Review claim and issue order | .25 hrs. |
| 7/14/06 | Review motion and file; issue order | .30 hrs. |
| 10/15/06 | Prepare final order | .40 hrs. |
| | TOTAL: | 1.75 hrs. |

**02-894      Edward Elspas**

| 6/18/05 | Review claim and issue order | .25 hrs. |
|---|---|---|
| 7/14/05 | Review file and claim | .20 hrs. |
| 7/16/05 | Review file and claim; issue order | .40 hrs. |
| 9/10/05 | Review file and issue order | .15 hrs. |

| | | | |
|---|---|---|---|
| 3/16/06 | Review file | | .50 hrs. |
| 3/19/06 | Review motion and file; issue order | | .40 hrs. |
| 4/11/06 | Review file and motion; issue order | | .25 hrs. |
| 8/6/06 | Review file | | .50 hrs. |
| 9/24/06 | Review file and issue order | | .25 hrs. |
| 11/14/06 | Review file and issue final order | | .45 hrs. |
| | | TOTAL: | 3.35 hrs. |

**02-896      Frankie L. Evans**

| | | | |
|---|---|---|---|
| 6/15/05 | Review claim and issue order | | .25 hrs. |
| 7/27/05 | Review file | | .20 hrs. |
| 7/30/05 | Review file and issue order | | .20 hrs. |
| 7/24/05 | Review file and supp. Form; issue order | | .20 hrs. |
| 8/1/06 | Review file and motion; issue order | | .25 hrs. |
| 10/15/06 | Review file and prepare final order | | .40 hrs. |
| | | TOTAL: | 1.50 hrs. |

**02-899      Marc Cinocco**

| | | | |
|---|---|---|---|
| 7/20/05 | Review claim and issue OSC | | .35 hrs. |
| 9/13/05 | Review claim and issue order | | .25 hrs. |
| 6/26/06 | Review file and motion; issue order | | .30 hrs. |
| 7/15/06 | Review file and response; issue order | | .25 hrs. |
| 11/1/06 | Review file | | .45 hrs. |
| 11/6/06 | Further review of file | | .15 hrs. |
| 11/13/06 | Prepare final order | | 1.25 hrs. |
| | | TOTAL: | 3.00 hrs. |

**03-063      Roger Stewart**

| | | | |
|---|---|---|---|
| 12/16/04 | Review file and issue order | | .25 hrs. |
| 4/13/05 | Review file and issue order | | .25 hrs. |
| 6/13/05 | Review motion and issue order | | .15 hrs. |
| 6/15/05 | Review file and issue order | | .20 hrs. |
| 10/8/05 | Review file and issue order | | .20 hrs. |
| 11/24/05 | Review file and letter; issue order | | .20 hrs. |

16

| 5/26/06 | Review file and issue order | .50 hrs. |
| 6/6/06 | Review file | .25 hrs. |
| 8/7/06 | Review file | .20 hrs. |
| 9/5/06 | Review file | .30 hrs. |
| 9/14/06 | Review motion and file; issue order | .15 hrs. |
| 9/30/06 | Review file and amended motion; issue order | .25 hrs. |

|  | TOTAL: | 2.90 hrs. |

**03-269**      **William Otto**

| 1/1/05 | Review claim | .10 hrs. |
| 2/25/06 | Review motion and file; issue order | .25 hrs. |
| 3/8/06 | Review letter and issue order | .20 hrs. |
| 6/15/06 | Review file | .50 hrs. |
| 6/20/06 | Review file and issue order | .50 hrs. |
| 6/23/06 | Review file and issue order | .25 hrs. |
| 7/22/06 | Review file and motion; issue order | .25 hrs. |
| 10/1/06 | Review file for hearing | .30 hrs. |
| 10/6/06 | Hearing | 1.00 hrs. |
| 10/8/06 | Prepare final order | .30 hrs. |

|  | TOTAL: | 3.65 hrs. |

**03-270**      **David McKinney**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 4/30/05 | Review letter and issue order | .20 hrs. |
| 2/19/06 | Review motion and file | .20 hrs. |
| 3/30/06 | Review letter and issue order | .25 hrs. |
| 6/23/06 | Review file and issue order | .25 hrs. |

|  | TOTAL: | 1.05 hrs. |

**03-280**      **Clarence Hart**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 4/7/06 | Review response and issue order | .30 hrs. |
| 7/2/06 | Review file | .25 hrs. |

|  |  | TOTAL: | .90 hrs. |
|---|---|---|---|

**03-285      Michael Moyer**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/18/06 | Review response and file; issue order | .30 hrs. |
| 7/20/06 | Review file | .50 hrs. |
| 7/25/06 | Review file and issue order | .30 hrs. |
| 8/27/06 | Review file and issue order for hearing | .25 hrs. |
| 10/19/06 | Review file for hearing | 1.00 hrs. |
| 10/21/06 | Hearing | 2.00 hrs. |
| 10/25/06 | Review file and exhibits | .50 hrs. |
| 11/12/06 | Prepare final order | 1.50 hrs. |

|  |  | TOTAL: | 6.50 hrs. |
|---|---|---|---|

**03-298      Lawrence Handy**

| 10/24/04 | Issue order | .15 hrs. |
|---|---|---|
| 12/28/04 | Review file and issue order | .20 hrs. |
| 2/10/06 | Review letter and file: issue order | .25 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 4/25/06 | Review file and issue order | .30 hrs. |
| 5/7/06 | Review reply and file | .25 hrs. |

|  |  | TOTAL: | 1.40 hrs. |
|---|---|---|---|

**X-182      Roy Velasquez**

| 7/8/06 | Review letter and issue order | .40 hrs. |
|---|---|---|
| 9/20/06 | Review file and issue final order | .30 hrs. |

|  |  | TOTAL: | .70 hrs. |
|---|---|---|---|

**X-185      Julio Trujillo**

| 8/23/06 | Review letter, open file and issue order | .25 hrs. |
|---|---|---|
| 9/30/06 | Review claim and file; issue order | .25 hrs. |
| 11/9/06 | Review file and issue final order | .35 hrs. |

18

TOTAL          .85 hrs.


TOTAL HOURS: 119.85


Total time prior to September 16, 2006:          61.65 hrs.

      61.65 x $175.00 per hr. =  $10,788.75

Total time from September 16, 2000 and later:      58.30 hrs.

      58.30 x $200.00 per hr. =  $11,660.00