## EXHIBIT E

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 10/19-21/06 | Ft. Lyon and return | 8.00 hrs. |
| 11/10-11/06 | Ft. Lyon and return | 8.00 hrs. |
| | TOTAL TRAVEL TIME: | 16.00 hrs. |

**Lodging Expenses:**

| | | |
|---|---|---|
| 10/19-20/06 | La Junta | $ 181.70 |
| 11/10/06 | La Junta | $ 85.51 |