## EXHIBIT F

### Work Done By Bruce D. Pringle

Claims closed during the period ending November 15, 2006. Work done prior to September 15, 2004 has already been billed:

See attached sheets

Total:              52.00 hrs.

1

and all Exhibits; legal research re requiring
claimant to work as the basis for an ADA
claim in a prison context

### Daniel M. Werkmeister 02-472

| | | |
|---|---|---|
| 9/19/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 1.75 hrs |

### Willie Lee Malone 02-491

| | | |
|---|---|---|
| 9/19/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 1.75 hrs |

### Lawrence Savage 02-390

| | | |
|---|---|---|
| 9/19/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.25 hrs |

### Lionel Vigil 02-444

| | | |
|---|---|---|
| 9/20/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.00 hrs |

### Joann Davis 02-447

| | | |
|---|---|---|
| 9/21/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order | 2.25 hrs |

dismissing claims; review and
revise draft of findings, conclusions and
Order

### Christopher Gray  02-448

| | | |
|---|---|---|
| 9/21/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.00 hrs |

### James R. Street 02-453

| | | |
|---|---|---|
| 9/28/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 1.75 hrs |

### David Sam 02-557

| | | |
|---|---|---|
| 9/29/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.00 hrs |

### Philip Andrade 02-524

| | | |
|---|---|---|
| 10/3/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order granting judgment for Claimant; review and revise draft of findings, conclusions and Order | 2.50 hrs |

### Jorge Medina 02-542

| | | |
|---|---|---|
| 10/3/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and | 2.00 hrs |

**Robert Whitworth 02-499**

| | | |
|---|---|---|
| 9/18/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order *dismissing claims; review and* revise draft of findings, conclusions and Order | 2.00 hrs |

**Craig Cordell Ralston 02-732**

| | | |
|---|---|---|
| 9/18/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.25 hrs |

**Cleo D. Bramwell 02-807**

| | | |
|---|---|---|
| 9/18/06 | Review Claim, Supplemental Claim, Response | 1.25 hrs |

revise draft of findings, conclusions and
Order

### Robert Sullivan 02-073

| | | |
|---|---|---|
| 10/4/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.75 hrs |

### Cheryel Rhodes 02-551

| | | |
|---|---|---|
| 10/4/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Begin preparation of draft of findings of fact, conclusions of law, and Order dismissing claims | 3.00 hrs |
| 10/5/06 | Complete draft of findings of fact, conclusions of law and Order; review and revise draft of findings, conclusions, and Order | 1.25 hrs |

### Paul Condit a/k/a Mary Kay Condit 02-568

| | | |
|---|---|---|
| 10/5/06 | Review Claim, Supplemental Claim, Response and all Exhibits; legal research re medical records issue | 3.25 hrs |
| 10/6/06 | Prepare draft of findings of fact, conclusions of law and Order dismissing claims; Complete draft of findings, conclusions, and Order | 1.00 hrs |

### David L. Johnson 02-663

| | | |
|---|---|---|
| 10/18/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.00 hrs |

**Martin Schweitzer 02-707**

| | | |
|---|---|---|
| 10/18/06 | Review Claims, Supplemental Claim, Response and all Exhibits; direct that matter be moved to Category III | 1.25 hrs |

**Kenneth Lucero 02-727**

| | | |
|---|---|---|
| 10/26/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 1.75 hrs |

**Ricardo Ray Garduno 02-717**

| | | |
|---|---|---|
| 10/26/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 2.00 hrs |

**Otto Graham 02-710**

| | | |
|---|---|---|
| 10/26/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise drft of findings, conclusions and Order | 1.75 hrs |

**James Perry 02-248**

| | | |
|---|---|---|
| 10/27/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of fact, conclusions of law, and Order dismissing claims; review and revise draft of findings, conclusions and Order | 1.75 hrs |

**Randall Friesen 02-716**

| | | |
|---|---|---|
| 10/27/06 | Review Claim, Supplemental Claim, Response and all Exhibits; Prepare draft of findings of | 2.00 hrs |

fact, conclusions of law, and Order
dismissing claims; review and
revise draft of findings, conclusions and
Order

### Raymond Smith 02-700

10/27/06  Review Claim, Supplemental Claim, Response          2.50 hrs
and all Exhibits; Prepare draft of findings of
fact, conclusions of law, and Order
granting claims; review and
revise draft of findings, conclusions and
Order