## EXHIBIT G

**Work Done By Richard C. Davidson (September 16, 2006-November 15, 2006) on Claims**

| | | |
|---|---|---|
| 03-131 | Martha Sharp | 3.00 hrs. |
| 03-150 | Shannon Ricci | 1.00 hrs. |
| 03-186 | Brandy James | .75 hrs. |
| 03-208 | Lora Woods | 2.00 hrs. |
| 03-210 | David Paul McKinney | 1.00 hrs. |
| 03-213 | Jamie James | 1.00 hrs. |
| 03-235 | John Eastman | 3.00 hrs. |
| 03-266 | Michael J. Olsen | 2.00 hrs. |
| 03-293 | Wanda Crawford | 2.00 hrs. |
| | TOTAL: | 15.75 hrs. |