# EXHIBIT H

## Administrative Work Done By Richard C. Davidson (September 16, 2006 - November 15, 2006)

| | |
|---|---|
| Miscellaneous work done to review mail, etc. | 3.50 hrs. |
| TOTAL: | 3.50 hrs. |