**EXHIBIT I**

**Travel Time and Lodging Expenses of Richard C. Davidson**

Period ending November 15, 2006.

No Lodging Expenses