# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

December 19, 2006

Ms. Paula D. Greisen
Mr. David H. Miller
King & Greisen
1670 York St.
Denver, CO 80206

Ms. Patricia Bellac
4845 Pearl East Circle
Suite 101
Boulder, CO 80301

Ms. Elizabeth H. McCann
Ms. Brooke H. Meyer
Ms. Jennifer Allison Berman
Ms. Jennifer L. Veiga
Mr. Jess Alexander Dance
Mr. Adam B. Wiens
Mr. John Aaron Atkinson
Mr. James X. Quinn
Attorney General's Office
General Legal Services Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Mr. Fred F. Franzone
P.O. Box 1046
Grand Junction, CO 81501

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2006

GREGORY C. LANGHAM
CLERK

     Re:     06-1233, Montez v. Owens
               Dist/Ag docket: 92-cv-870-EWN-OES

Dear Appellant, Counsel and Clerk:

    Enclosed is a copy of a final order dismissing the appeal entered today in the captioned case.

    Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28

U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. See Fed. R. App. P. 4(c) and United States v. Ceballos-Martinez, 358 F.3d 732 (2004), revised and superseded, 371 F.3d 713 (10th Cir. 2004), reh'g denied en banc, 387 F.3d 1140 (10th Cir. 2004), cert. denied, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: Deputy Clerk

clk:sts

cc:
Honorable Edward W. Nottingham, District Judge

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| JESSE (JESUS) MONTEZ, *et al.*,<br><br>Plaintiffs,<br><br>FRED F. FRANZONE,<br><br>Interested Party - Appellant,<br><br>v.<br><br>BILL OWENS; FRANK GUNTER, Former Executive Director of the Colorado Department of Corrections; BEN JOHNSON, Former Warden of Colorado Territorial Correctional Facility; CHERYL SMITH, Medical Administrator at CTCF; ARI ZAVARAS, Executive Director of Colorado Department of Corrections; BOB FURLONG, Warden of Limon Correctional Facility; COLORADO DEPARTMENT OF CORRECTIONS; BILL PRICE, Warden of the Arkansas Valley Correctional Center; R. MARK MCDUFF, Warden of the Arrowhead Correctional Center, the Four Mile Correctional Facility, the Skyline Correctional Center, and the Pre-Release Correctional Center; GARY NEET, Warden of the Buena Vista Correctional Facility; WARREN DIESSLIN, Former Warden of the Buena Vista Correctional Facility; FRANK MILLER, Warden of the Centennial Correctional Facility; DONICE NEAL, Warden of the Colorado State Penitentiary; MARK WILLIAMS, | No. 06-1233<br>(D.C. No. 92-cv-870-EWN-OES)<br><br>A true copy<br>Teste<br>   Elisabeth A. Shumaker<br>   Clerk, U.S. Court of<br>   Appeals, Tenth Circuit<br>By<br>   Deputy Clerk |

Warden of the Colorado Women's Facility; MARK MCKINNA, Warden of the Colorado Territorial Correctional Facility; J. FRANK RICE, Dr., Warden of the Denver Reception and Diagnostic Center; LARRY EMBRY, Warden of the Fremont Correctional Facility; TOM COOPER, Former Warden of the Fremont Correctional Facility; BILL BOGGS, Warden of the Rifle Correctional Facility; BILL BOKROS, Warden of the Pueblo Minimum Center and Warden of the Limon Correctional Facility; ; DAVID HOLT, Medical Administrator at the Arrowhead Correctional Facility, the Centennial Correctional Facility, the Colorado State Penitentiary, the Fremont Correctional Facility, and the Skyline Correctional Facility; JEAN MOLTZ, Medical Administrator at the Buena Vista Correctional Facility and the Rifle Correctional Facility; RON JOHNSON, Medical Administrator at the Denver Reception and Diagnostic Center; DON LAWSON, Clinical Administration Director at the Limon Correctional Facility and the Arkansas Valley Correctional Facility; BOB MOORE, who supervises the medical department at the Pueblo Minimum Center, and JOHN DOE(S), current and former Wardens of any correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and JOHN ROE(S); CRAIG KIDDER; COLORADO TERRITORIAL CORRECTIONAL FACILITY; BRAD ROCKWILL; ANNETTE PORTER; DENVER RECEPTION AND DIAGNOSTIC CENTER, Sgt.; R. MURPHY; GLENNTTE SMITH; BECKY

RHOMONA; JIM WEBER; NARD
CLAAR; BILL REED; FREMONT
CORRECTIONAL FACILITY,

Defendants - Appellees.

ORDER

Filed December 19, 2006

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

A certified copy of this order shall stand as and for the mandate of this court.

                Entered for the Court
                ELISABETH A. SHUMAKER, Clerk

                by:
                Deputy Clerk