<div style="text-align: right;">
Reg. #90353<br>
c/o Limon Correctional Facility(L.C.F.)<br>
49030 State Highway 71<br>
Limon, Colorado 80826<br>
December 22, 2006
</div>

Clerk of the Court
United States District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 3 2007

GREGORY C. LANGHAM
CLERK

RE: Temporary Absence from L.C.F.
on Case #92-N-870(OES), of Montez
v. Owens, and Claimant #01-041.

Dear Sirs;

     This is my fourth letter to your court/agency regarding this matter. Attached is a reprint copy of a December 20, 2006 letter that I sent to the Limon Correctional Facility mailroom advising them of my situation, asking them to forward my legal mail, and advising them of the penalties for not forwarding my legal mail. I am currently in a temporary situation where I have no control, and I have not been apprised of when I will be transported back to the Limon Correctional Facility. At this time and situation, I am very indigent and broke, existing only on state hygiene. I have finished my court matters as of November 30, 2006, but will have to come back to the Denver County Jail for sentencing on March 9, 2007. I may be kept here until then.

     Again, please be advised that any correspondence that your court/agency may have sent to me at the Limon Correctional Facility has <u>NOT</u> been received and opened by me since my departure from the Limon facility on November 10, 2006 some six(6) weeks ago. Upon my return to the Limon facility, I will promptly respond to any and all correspondence that you may have sent to me in my absence from the prison. Please do not penalize me for any late responses or filings, and consider this letter a **Request For Time Enlargement**, if necessary. I have attempted to the best of my abilities to keep your court/agency informed of my present unavoidable situation.

     Thank you very much for your time and cooperation in this matter. I look forward to your favorable response shortly. I will leave it to the discretion of your court/agency to remail any duplicate correspondence to my current temporary Denver County Jail address of: **Howell F. Roberts, Booking #1515568, c/o Denver County Jail, P.O. Box 1108, Denver, CO 80201**. Please be advised that I could be transported back to Limon at any time or kept here until March 9, 2007. You will know by my prompt response to any previous mailings.

<div style="margin-left: 40%;">
Sincerely,<br><br>
*Howell F. Roberts*<br>
Howell F. Roberts, III<br>
Claimant<br>
Claimant #01-041
</div>

xc: file
    Attached reprint/copy of Roberts' December 20, 2006 to the L.C.F. Mailroom

Booking #1515568
c/o Denver County Jail(D.C.J.)
P.O. Box 1108
Denver, Colorado  80201
December 20, 2006

Mailroom
Attn: Sergeant and Ms. Kolar
c/o Limon Correctional Facility(L.C.F.)
49030 State Highway 71
Limon, Colorado  80826

RE: Facility Holding of Legal Mail.

Dear Sergeant and Ms. Kolar;

    I am writing to advise you that I have been here at the Denver County Jail for almost six(6) weeks, and I am missing out on various court litigations in almost ten(10) jurisdictions. My current Denver County District Court proceedings were completed on November 30, 2006. There was a transport to the Limon Correctional Facility(L.C.F.) from the Denver County Jail on December 8, 2006, but I was not on it as you are aware of. I need all of my Legal Mail correspondence to be able to stay current with all of the time bars in these numerous and various jurisdictions, and I do not know when I will be back to the Limon Correctional Facility(L.C.F.).

    Please be aware that there is a snow storm in Denver and heading toward Limon today with a predicted snowfall of one to two feet of precipitation. I do not know if the Denver Sheriffs Department will make a transport on December 22, 2006, with that kind of hazardous road conditions. Also, please be aware that it is <u>against</u> federal law, **Simkins v. Bruce**, 406 F.3d 1239 (10th Cir.2005), for any prison facility staff or mailroom to hold on to an offender's legal mail while that offender is out of the facility on a writ to court; the offender's legal mail must be forwarded to that offender's temporary jail address <u>promptly</u>.

    Thank you very much for your time and cooperation in this matter. I look forward to your favorable response shortly, and my legal mail. If you have any further questions regarding this situation, please feel free to write to me at the Denver County Jail post office box address. Moreso, I look forward to getting back to the Limon Correctional Facility to be able to respond to all of my personal and business correspondence.

Sincerely,

Howell F. Roberts, III
Offender
D.O.C. Reg. #90353

xc: file