IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 8 - 2007

GREGO... C. LANGHAM
CLERK

JESSE MONTEZ, et al.       §
      Plaintiffs,          §
                           §
                           §
v.                         §   CILVIL ACTION NO. 92-cv-00870-EWN
                           §
                           §
BILL OWENS, et al.         §
      Defendants.          §

CLAIMANT BULGIER'S MOTION FOR ADDITIONAL TIME
TO FILE HIS OBJECTIONS

Jimmy Bulgier is a claimant in the above civil action, and request this court to grant him an additional 30-45 days in which to file his objections to the Special Masters ORDER. Bulgier has **exceptional** good cause for this court to grant him this additional time, to wit;

1.   On **October 3, 2006,** Bulgier filed a motion with this court requesting a 90 day extention to file his objections;

2.   Bulgier **did not** receive any response to this motion from this court;

3.   **However,** Bulgier received notice from the Special Master that his motion had been improperly forwarded to him and that he did not have jurisdiction over the motion;

4.   On **October 18, 2006,** Bulgier again filed another motion with this court requesting a 90 day extension **in** which to file his objections and explaining to this court that his previous motion had been improperly forwarded to the Special Master;

5.   Bulgier **did not** receive any response to this second motion until **December 18, 2006,**

6.   On **December 9, 2006,** Bulgier had written a letter to the Clerk of this court inquiring about his two motions. **(See Exhibit "A",**

-1-

attached hereto).

7.    On **December 18, 2006,** Bulgier received a copy of the minute
ORDER granting Bulgier only a 60 day extension of time to file
his objections, till **December 15, 2006.** **B**ulgier received this
**MINUTE ORDER** 3 days after the expiration of his time in which
to file his objections.  Bulgier has not received any other
responses or ORDERS of this court in regards to his motions prior
to the **MINUTE ORDER** he received on **December 18, 2006.** Bulgier has
attached as exhibits the envelope from the Clerk of this court
which is post-marked **12/12/06,** in which he received a copy of this
court's **MINUTE ORDER. (See exhibit "B").**  Additionally, Bulgier
has attached a Verification Notice from the Estelle Unit Law
Library Supervisor who verified herself that Bulgier received this
**MINUTE ORDER** on **12/18/06,** from the Estelle Unit Mail Room. **(See
exhibit "C").**

8.    **T**his **MINUTE ORDER** was dated **October 26, 2006,** but the Clerk
of this court obviously forgot to mail a copy of this courts ORDER
to Bulgier until **December 12, 2006,** which is understandable due
to the large amout of documents processed in this case.

9.    Simply put, Bulgier was not aware that this court had given
him only a 60 day extension and was not aware that his objections
were now due on **December 15, 2006,** because he **did not** receive
proper notice of this court's order until after **December 15, 2006,**
which was 3 days after the expiration of when his objections were
due on **December 18, 2006.**

### CONCLUSION AND PRAYER

WHEREFORE, Bulgier request this court to grant him an
additional 30-45 days in which to file his objections with this
court because he **did not** receive proper notice that his objections
were due on **December 15, 2006,** until after that date had expired.

12-20-06

Respectfully Submitted,

_Jim Bulgier_

Jim Bulgier #902732
Estelle Unit
264 FM 3478
Huntsville, Texas 77320-3322

**-2-**    Claimant

## INMATE DECLARATION

I, Jim Bulgier, do hereby declare under the penalty of perjury that the foregoing statements made in this Motion for Additional Time are both true and correct.

12-20-06

Jim Bulgier #902732

## CERTIFICATE OF SERVICE

I, Jim Bulgier, hereby certify that a true and correct copy of the foregoing Motion for Additional Time was sent to the Attorney General of the State of Colorado, via U.S. Mail, postage prepaid, on this the _____ 20 th _____ day of December, 2006.

Jim Bulgier #902782

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

*Exhibit* A

B2 108



Jim Bulgier
TDCJ
#902732
J.W. Estelle Jr. Unit
264 FM 3478
Huntsville TX 77342-3322

Exhibit [B]

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Montez vs. Owens
Case #92-N-870
Consolidated with: Case #96-N-343
Individual Damage Claim #03-147

---

Letter to the Clerk of the Court

---

Comes Now, I, Jimmy Bulgier Acting Pro-se in the above cause number do hereby request the following information be provided to Claimant Bulgier.

On October 03, 2006 I, Plaintiff Bulgier did file with this honorable Court "Plaintiff's motion "Request for 90 to 120 Day Extension of Time to file Objections for Final Order of Special Master"" and "Plaintiff's Second and Revised motion "Request for 90 Day Extension of Time to file Objections to Final Order of Special Master"" dated October 18, 2006.

To this date (December 8th, 2006) Plaintiff Bulgier has not received any reply from this Honorable Court concerning his TWO "Requests for 90 Day Extension of Time ...". Plaintiff Bulgier has sent the first Request (October 03rd) to the Court at the two following addresses:

U. S. District Court
For the District of Colorado
1929 Stout Street
Room #145
Denver, Colorado  80294-3589

U.S. District Court
For the District of Colorado
901 Stout Street
Denver, Colorado  80294

Plaintiff Bulgier did not send these "Requests to the Special Master's address at;

U.S. District Court
For the District of Colorado
Legal Resolution Center
7909 Zenobia Street
Westminster, Colorado  80030-4444

However, Plaintiff Bulgier received a response from this Court informing him that his first "Request for 90 Day Extension of Time ..." had been forwarded to the Special Master's Office in Westminster and the Court informed Plaintiff Bulgier that this was done in error because the Special Master's Office **no longer has jurisdiction over his case.** ((See Court's Response to Plaintiff Bulgier's "Request for Clarification..." filed October 03rd, 2006.)

The first 90 Day Extension was filed in the same envelope with his "Request for Clarification..." However, only the "Request for Clarification was responded to by this Court.

This prompted Plaintiff Bulgier to file with this Honorable Court a Second and Revised "Request for 90 Day Extension of Time ..." dated October 18th, 2006.

Plaintiff Bulgier respectfully requests a written response as to the disposition status of his TWO "Requests for 90 Day Extension of Time to file Objections to the Final Order of the Special Master" and also respectfully requests written documentation from this Court that these TWO documents were received by both the Courts at 1929 Stout Street **and** at 901 Stout Street.

Respectfully submitted on this 9th day of December 2006.

Signature: _____

Jim Bulgier TDCJ #902732

**Certificate of Mailing**

Montez vs Owens
Case #92-N-870
Consolidated with: Case #06-N-343
Individual Damage Claim #03-147

I, Jimmy Bulgier do hereby certify that I have mailed a copy of the hereto-attached Letter to the Clerk of the Court and to the following parties:

United States District Court                        Office of the Attorney General
For the District of Colorado                        James X. Quinn (Asst. Attorney General)
901 19th Street                                     1525 Sherman Street
Denver, Colorado 80294                              5th Floor
                                                    Denver, Colorado  80203

Respectfully submitted on this 09th day of December, 2006

Signature: _____

                    Jim Bulgier TDCJ #902732
                    264 FM 3478 / Estelle Unit
                    Huntsville, Texas 77320-3322

*Exhibit [C]*

## VERIFICATION NOTICE

      This is to advise the United States District Court for the District of Colorado that I personally verify that on **December 18, 2006,** inmate Jim Bulgier, TDCJ#902732, received legal correspondence from the Clerk of this court advising him that the court had given him only a 60 day extension or until **December 15, 2006.** This notice was in the form of a **minute order** from this court.

      Additionally, this court can contact the Estelle Unit Mail Room at _____ **AND REQUEST A COPY** of the legal mail log sheet for inmate Bulgier in order to verify that he has not received any earlier correspondence from the Clerk of this court advising him of this court's order. <u>Please be advised that inmates **cannot** request and obtain this legal mail log but rather this court must request it and therefore inmate Bulgier cannot provide this court with a copy of that legal mail log to prove his claims.</u>


Date: _____

                                      _____
                                      Elizabeth Stambaugh
                                      Law Library Supervisor
                                      Estelle Unit
                                      264 FM 3478
                                      Huntsville, Texas  77320-3322
                                      Ph.# _____


CC: file