Attn: LRC                    15-07 92-CV-870 ewn-

Category II    Claim II    02 FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

RE: Jessie Montez V. Owens     JAN 8 - 2007

GREG... .. ... ...HAM
CLERK

✗ Assistant To The Speciut Masters ✗

I am writing to inform you
that I have been advised that
I may file an objection to this
order pursuant to the Federal
Rule Civil Procedure 53)G)2)
These are the grounds for which
I am filing an objection to
this order.

1) I was never transferred
unltimately to Sterling Correctional
it had taken Camp George West nine
months to transfer me to a medical
facility were in time my medical
problems got worst. And all along
complaining of my medical problems
2)
disqualification from benefits
which was to be able to work.
Also disqualification from the
medical service because George
West did not have a medical
staff or program or service.
3)
discriminated from the service
that D.O.e offers which is
Community Corrections not being
able to work because of my
disability