IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 8 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action, File No. 92-CV-870-EWN-OES
(To be supplied by the Court)

JESSE (JESUS) MONTEZ, et al.,
LILBERT L. BEASLEY Jr.

, Plaintiff(s)

vs.

,Defendant(s)   BILL OWENS, et al.,

## AMENDED STIPULATION AND ORDER REGARDING STATUS OF COMPLIANCE BY DOC WITH REMEDIAL PLAN

The Plaintiff Class, Lilbert L. Beasley Jr., pro se, Plaintiffs, as representatives of themselves and all others similarly situated in this class action, hereby enter into the following amended stipulation with respect to the status of compliance by the Department of Corrections with Remedial Plan, as follows:

1. The Remedial Plan was entered as an Order of the Court on August 27, 2003. The Remedial Plan provides that the Defendants had a two-year period, until August 27, 2005 to achieve substantial compliance with the terms of the Plan. Compliance hearings regarding the Remedial Plan commenced in April 2006. The parties agreed to suspend the compliance hearing and have entered into the following stipulation with the approval of the Court.

2. As remedies for not achieving substantial compliance with the Remedial Plan by the required date of August 27, 2005, the parties agree as follows: The terms of this Stipulation do not preclude the Plaintiff Class from seeking other remedies associated with an assertion of non-compliance with the Remedial Plan by the CDOC at any future hearing by the Court.

3. Honorable Judge John L. Kane, I Lilbert L. Beasley Jr. had ACCOMMODATION in 2003 while I was at Bent County Correctional Facility and that is when I attended the Jess (Jesus) Montez meeting and sign-up at the meeting. When I left B.C.C.F. and went to Trinidad Correctional Facility, I was denied the proper medical requirements. My button down shirt(s) were denied and I could not received Medical Tenny shoes from medical. I am asking of a Order from the Court to grant me better comfort with my medical needs. I have been waiting for year(s) to straighten this compliance from CDOC with my medical needs. The Remedial Plan was entered as an Order of the Court on August 27, 2003.

   I know that finances are pretty hard on my Dad Lilbert L. Beasley Sr. and I can not afford Tenny shoes, but my Dad has a credit card and could send me some all white Tenny shoes. I am asking the Court to please approve these Order of Tenny shoes and button-down BVCF shirts and the shoes must be <u>sender</u> Company store of business.

4. I have mailed with this Motion non compliance Kites I written to BVCF, Warden and Medical supervisor Doug Roberts # 7046, ACCOMMODATION RESOLUTION, Huerfano County Correctional Center, Medical Request for Service, Colorado Department of Corrections, X-Ray Request/Report, MEMORANDUM, From: Cathie Holst, AIC, and Inmate Banking History given to my by case Manager Mrs. McCormack.

WHEREFORE, the Plaintiff, Lilbert L. Beasley Jr., pro se, prays that the Court Order him relief in asking of this MOTION AMENDED STIPULATION AND ORDER REGARDING STATUS OF COMPLIANCE BY DOC WITH REMEDIAL PLAN, to the named Plaintiff.

RESPECTFULLY SUBMITTED

Lilbert L. Beasley Jr. #115474

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2007 I place this MOTION AMENDED STIPULATION AND ORDER REGARDING STATUS OF COMPLIANCE BY DOC WITH REMEDIAL PLAN, in the U.S. Mail, postage prepaid, and address to the following party:

John L. Kane
United State District Judge
901-19th St., Room A105
Denver, Co. 80294-3589

RESPECTFULLY SUBMITTED
Lilbert L. Beasley Jr. 115474

BVCC Form 100-19A

**Colorado Department of Corrections**
**Buena Vista Correctional Complex**

**Warden's Office**

DEC 2 9 2006

**Offender Communication**

BVCC

**To:** Warden Broaddus  **Date:** 12-28-06

**State your request in detail:** I am asking you, Warden Broaddus for relief, because of my proof of Qualifying Disability Pursuant To The ADA/Rehabilitation Acts. I wrote my Dad and talk to him about my medical conditions. I know that finances are pretty hard on him and I can not afford Tenny Shoes but my Dad has a credit card and could send me some Tenny shoes the same Brand that is sold on canteen, if you would approve them being Mailed from the store or postage Mailing from the post office.

Thank you for your Time.

**Offender Name:** Lilbert Beasley Jr  **Doc #:** 115474
(Name must be printed and signed)
**Work Assignment:** School  **Unit/Cell#:** East-2-5-06

**Response/Action Taken:** Policy does not allow shoes to be shipped in from the outside.

**Date Received:** _____  **Staff Signature:** M& Broaddus
**Date Answered:** _____  (Name must be printed and signed)

Attachment A
Page 1 of 1

Copy: Property
Case Mgr. McCormack/East
File

COLORADO DEPARTMENT OF CORRECTIONS
X-RAY REQUEST/REPORT

November 27, 2002

Colorado Department of Corrections
10900  Smith Road
Denver, CO    80239-8004

REGARDING:    Lilbert Beasley

BD: 03/14/75        #: 115474        Harrelson, N.P.

EXAMINATION DATE:    November 25, 2002

EXAMINATION:    RIGHT SHOULDER 2-VIEWS

INDICATION:    Chronic pain.

FINDINGS:    The AC joint is widened and measures 2 cm in width.  The humeral head is seated normally in the glenoid, and I see no evidence of fracture or dislocation.

**IMPRESSION:    AC separation.**

*R1R
INTERPRETED BY:  Carol A. Rymer, M.D.
sm



# MEDICAL REQUEST FOR SERVICE
## Huerfano County Correctional Center



INMATE NAME: Lilbert Beasley    DOC#: 115474    UNIT: 3217
TO: Dr. McClintock    DATE: 10-17-05

SUBJECT: ( state briefly the problem on which you need assistance ) you told me last month (in September) you said that a Orthopedic Doctor was coming here to see me this month of October, could you let me know what week or Date.

I get exhausted and sometimes shortness of breath my lower-back and knees ache, and rib.

**NOTE; IF NECESSARY YOU MAY BE INTERVIEWED TO HANDLE YOUR REQUEST,**
your failure to specifically state your problem may result in no action being taken
**DO NOT WRITE BELOW THIS LINE**

DISPOSITION / RESPONSE: Dr. McClintock put in a consult for you to see physical therapy. The therapist comes to the facility. We are waiting for the approval for that

STAFF MEMBER: S. Sanchez

DATE: OCT 17 2005

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

# MEMORANDUM

TO: Offender Beasley, Lilbert #115474
BVCC

FROM: Cathie Holst, AIC  *Cathie Holst by K. Baxter*

RE: Accommodation Resolution

DATE: November 2, 2006

---

You have been screened for a disability and our findings have been reduced to writing in an Accommodation Resolution. This has been signed by the AIC and the Chief Medical Officer (or designee) and represents the final determination of your disability status and any accommodations to which you may be entitled.

Enclosed with this memo are two copies of your Accommodation Resolution. These are **your** copies for which **you alone** are responsible. It will be necessary that you keep **one copy with you at all times so that you are able to document your need for any accommodations to which you are now entitled to any staff person requesting verification.** I suggest that you maintain the other copy in a safe place among your possessions. If either of these documents is in need of replacement due to loss, destruction, or wear and tear, there will be a $.25 (25 cents) charge for its replacement, payable to the Office of the AIC.

Any attempt to alter the contents of your Accommodation Resolution will result in COPD charges against you.

Should the contents of your Resolution need to be amended at a later date, you will be issued replacement documents at no charge.

Thank you for your cooperation.


cc: AIC file.

BVCC Form 100-19A

**Colorado Department of Corrections**
**Buena Vista Correctional Complex**

**Offender Communication**

Warden's Office

DEC 0 5 2006

BVCC

To: Warden Broaddus         Date: 12-4-06

**State your request in detail:** I have filed my step I grievance, Ward Broaddus you have received AIC from Cathie Holst and Chief Medical Officer. I am to receive new boots ever 6 Months. The heels of my boots are like this L| |\_| and the insides are warn down.

Right now you are not in compliance with the MEMORANDUM I am to receive black state boots to clear the melt detectors if brown boots are issue I have to have Medical pass.

THank You.
Respectfully submitted
Lilbert L. Beasley Jr.

**Offender Name:** Lilbert Beasley           **Doc #:** 115474
(Name must be printed and signed)

**Work Assignment:** School A.M.          **Unit/Cell#:** 2-5-016 East

**Response/Action Taken:** The Warden's office has forwarded this to me to answer. They will receive a copy of this reply. Please see the attached Accomodation Resolution from the Chief Medical Officer and the AIC - Cathie Holst. You received a copy of this on or about 9/20/06. It state you have NO Qualifying disability. It does not state you are to receive new boots at all much less every 6 month. You were granted the accomodation of the temporary use of a cane only. Again, there is no mention of shoes in the Accomodation Resolution.

**Date Received:** 12/7/06         **Staff Signature:** [signature] HSA, Doug Roberts #7046
(Name must be printed and signed)

**Date Answered:** 12/7/06

Attachment A
Page 1 of 1

# ACCOMMODATION RESOLUTION

| NAME | BEASLEY, LILBERT | DOC # | 115474 |
|---|---|---|---|

| QUALIFYING DISABILITY PURSUANT TO THE ADA/REHABILITATION ACTS AS DETERMINED BY A PHYSICIAN & CHIEF MEDICAL OFFICER: | NONE |
|---|---|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

A DOC physician and the Chief Medical Officer have determined that you have a **MOBILITY IMPAIRMENT** that is correctable by the temporary use of a cane. With the use of your health care device, your mobility impairment does not substantially limit your ability to perform a major life activity; therefore your condition does not rise to the level of a disability pursuant to the ADA/Rehabilitation Acts.

You are required to use your cane at all times in order to avoid situations which may affect your safety while incarcerated. If your cane becomes inoperable for any reason, you are required to immediately notify clinical services who in turn will IMMEDIATELY notify the AIC. Temporary accommodations may be implemented, as necessary, until such time as your cane is repaired or replaced. Your cane is considered a health care device and subject to the provision enumerated in AR 850-06, "Offender Property" & AR 300-06 "Searches & Contraband Control".

Clinical services shall manage all aspects of your clinical care as it relates to your mobility impairment. All requests related to such care should be directed to clinical services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you do not receive clinically mandated treatment or services as prescribed by a DOC physician related to your mobility impairment you shall file an ADA grievance pursuant to AR 850-04. If your condition worsens or your employment/programmatic situation changes & you feel you require additional accommodations you are responsible for submitting a new Request for Accommodation to the AIC.

It is the responsibility of the Chief Medical Officer (clinical accommodations) and the facility Warden (all other accommodations) to implement these accommodations within 30 days of the date of receipt of this document. You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.

Signature: Chief Medical Officer    Date: 9/7/06

Signature: AIC    Date: 9-20-06

Original – AIC
Copies: 1-Warden
7-Warden for distribution to the following:
1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-Housing Unit Supervisor
2 – Offender
AIC will distribute 1-Department File, 1 Chief Medical Officer

Revised 6-14-06

CLINICAL SERVICES /
NOV 15 2006
MEDICAL DEPT. / RECEIVED



```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 01/02/2007 = Page  1

Account: 115474 BEASLEY, LILBERT L                BUENAVISTA BVCF/EAST
         To:From Dates  07/01/2006: 01/02/2007
================================================================================
 Trans Date      Description          Deposits   Withdrawls    Balance     Loc
 ----------   ------------------------ ---------- ---------- ---------------- ---
 07/01/2006 BALANCE AS OF 07/01/2006                             -35.62
 07/03/2006 1 AM STUDENTS                5.69                    -29.93 BV
 07/03/2006 POSTAGE-DEBIT                             0.78       -30.71 BV
 07/07/2006 Canteen Order #4504288                    2.13       -32.84 BV
 07/18/2006 MEDICAL APPOINT                           5.00       -37.84 BV
 08/01/2006 POSTAGE-DEBIT                             0.78       -38.62 BV
 08/02/2006 1 UNA PLV                    4.83                    -33.79 BV
 08/04/2006 Canteen Order #4561105                    2.13       -35.92 BV
 08/07/2006 POSTAGE-DEBIT                             0.39       -36.31 BV
 08/21/2006 POSTAGE-DEBIT                             0.39       -36.70 BV
 08/28/2006 XEROX-DEBIT                               0.15       -36.85 BV
 08/28/2006 XEROX-DEBIT                               0.90       -37.75 BV
 08/28/2006 POSTAGE-DEBIT                             3.18       -40.93 BV
 08/28/2006 POSTAGE-DEBIT                             0.39       -41.32 BV
 09/01/2006 1 UNA MCCORMACK              0.23                    -41.09 BV
 09/01/2006 1 UNA PLV                    0.23                    -40.86 BV
 09/01/2006 1 A & O                      3.22                    -37.64 BV
 09/07/2006 1 UNA SEG                    0.69                    -36.95 BV
 09/08/2006 Canteen Order #4623974                    1.59       -38.54 BV
 09/14/2006 POSTAGE-DEBIT                             0.63       -39.17 BV
 09/15/2006 Canteen Order #4643961                    0.53       -39.70 BV
 09/20/2006 POSTAGE-DEBIT                             0.74       -40.44 BV
 10/02/2006 1 KITCHEN UTILITY           13.20                    -27.24 BV
 10/04/2006 1 UNA MCCORMACK              0.23                    -27.01 BV
 10/05/2006 XEROX-DEBIT                              14.30       -41.31 BV
 10/12/2006 POSTAGE-DEBIT                             1.26       -42.57 BV
 10/18/2006 POSTAGE-DEBIT                             0.63       -43.20 BV
 10/23/2006 POSTAGE-DEBIT                             2.79       -45.99 BV
 10/26/2006 XEROX-DEBIT                               1.50       -47.49 BV
 10/26/2006 XEROX-DEBIT                               1.80       -49.29 BV
 10/30/2006 POSTAGE-DEBIT                             2.07       -51.36 BV
 10/31/2006 RESTITUTION-02CR1320                      2.69       -54.05 BV
 11/01/2006 1 STUDENT AM                 0.90                    -53.15 BV
 11/01/2006 1 STUDENT AM                 1.43                    -51.72 BV
 11/01/2006 1 STUDENT AM                 1.43                    -50.29 BV
 11/01/2006 1 STUDENT AM                 0.76                    -49.53 BV
 11/01/2006 1 KITCHEN UTILITY            2.40                    -47.13 BV
 11/06/2006 POSTAGE-DEBIT                             0.39       -47.52 BV
 11/06/2006 POSTAGE-DEBIT                             0.39       -47.91 BV
 11/06/2006 POSTAGE-DEBIT                             0.39       -48.30 BV
 11/09/2006 Canteen Order #4746016                    2.22       -50.52 BV
 11/20/2006 POSTAGE-DEBIT                             0.78       -51.30 BV
 11/20/2006 POSTAGE-DEBIT                             0.63       -51.93 BV
 11/24/2006 POSTAGE-DEBIT                             1.17       -53.10 BV
 12/04/2006 POSTAGE-DEBIT                             0.39       -53.49 BV
 12/04/2006 POSTAGE-DEBIT                             0.78       -54.27 BV
 12/04/2006 1 STUDENT AM                 5.03                    -49.24 BV
 12/04/2006 1 STUDENT AM                 3.43                    -45.81 BV
 12/04/2006 1 AM STUDENT                 0.23                    -45.58 BV
 12/07/2006 Canteen Order #4803856                    2.82       -48.40 BV
 12/11/2006 POSTAGE-DEBIT                             0.78       -49.18 BV
 12/11/2006 XEROX-DEBIT                               5.60       -54.78 BV
 12/21/2006 XEROX-DEBIT                               2.20       -56.98 BV

 12/21/2006 POSTAGE-DEBIT                             8.40       -65.38 BV
 12/21/2006 POSTAGE-DEBIT                             0.63       -66.01 BV
 12/29/2006 RESTITUTION-02CR1320                      0.05       -66.06 BV
 01/02/2007 BALANCE AS OF 01/02/2007                             -66.06
```

```
==============================================================================
                   Total money order in hold:           0.00
              Current balance as of 01/02/2007:       -66.06
                  **Reserved/Encumbered Monies:         0.00
              Available money as of 01/02/2007:         0.00
```

*Printed by Carol McCormick*
*CDOC Case Manager*

Colorado Department of Corrections
Name _Lilbert Beasley Jr_
Register Number _115474_
Unit _east 2-5-06_
P.O. Box 2017
Buena Vista, Colorado 81211



FIRST CLASS