IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-195
Category: Untimely Filed Claim
Claimant: Joseph Huston, #130693
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81082
_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the claim of Joseph A. Huston. In that claim, Claimant indicates that he came into DOC custody in December, 2004. Further, he states that "[m]y discrimination is against the Adams County Jail who by ignore my medical kite request in sense refused me medical attention."

    The Settlement Agreement was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. In order to file a claim, a claimant had to have been in DOC custody on or before August 27, 2003. In addition, the discrimination had to be the result of something DOC did or did not do. In this claim, Claimant indicates his complaint is with the Adams County Jail.

    Since it appeared from the claim form that Claimant was not part of the class, a show cause order was issued to Claimant. Though he was granted up to and including December 22, 2006 in which to respond, he has filed nothing further. Claimant has not alleged that he was in DOC custody on or before August 27, 2003. He is not part of the class. His remedy concerning the Adams County Jail is to file a separate lawsuit. He may not pursue his claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 9, 2007.**

      SIGNED this 3rd day of January, 2007.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master