IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-196
Category: Untimely Filed Claim
Claimant: Joe E. Lewis, #65706
Address of Claimant: HCCC, 304 Ray Sandoval Street, Walsenburg, CO 81089
_____

**FINAL ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the letter of Claimant Joe E. Lewis. Claimant has not filed a claim pursuant to the Remedial Plan. Claimant was provided a claim form and information sheet. Claimant was to have filed a claim by December 22, 2006, but he has not done so.

    The Special Masters only have jurisdiction to deal with claims filed pursuant to the Americans with Disabilities Act and Rehabilitation Act. This is a result of the approval by Judge Nottingham of the Remedial Plan on August 27, 2003. A claimant has a right to file a claim if he was disabled on or before that date and subjected to discrimination prohibited by the ADA.

    Claimant has failed to file a claim. In addition, Claimant's letter reflects that he came into DOC custody on November 15, 2003. This was after the Remedial Plan was approved. Claimant is not part of the class, as he has alleged that he came into custody after August 27, 2003 and has not alleged any discrimination that occurred on or before that date. Claimant's remedy is to file a separate lawsuit. He may not pursue a claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with

the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 9, 2007.**

SIGNED this 3rd day of January, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master