IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-197
Category: Untimely Filed Claim
Claimant: Richard A. Quintana, #128529
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim of Richard A. Quintana. In that claim, Claimant indicates that he came into DOC custody on October 24, 2005.

      The Settlement Agreement was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. In order to file a claim, a claimant had to have been in DOC custody on or before August 27, 2003.

      Since it appeared from the claim form that Claimant was not part of the class, a show cause order was issued to Claimant. Though he was granted up to and including December 22, 2006 in which to respond, he has filed nothing further. Claimant has not alleged that he was in DOC custody on or before August 27, 2003. He is not part of the class. His remedy concerning any discrimination that occurred after August 27, 2003 is to file a separate lawsuit. He may not pursue his claim.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 9, 2007.**

SIGNED this 3rd day of January, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master