IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-191
Category: Untimely Filed Claim
Claimant: Richard Alonzo Gonzales, Jr., #62366
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim of Richard Alonzo Gonzales, Jr. Claimant alleges that he is hearing and vision impaired.

Claimant previously filed a claim that was dismissed on November 7, 2005. Claimant has alleged in this new claim that he came back into DOC custody on August 29, 2005.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. On that date, the class was set. A claimant had to have been in DOC custody on or before that date in order to file a claim. In addition, a claimant had to have been subjected to discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Claimant sets forth allegations concerning events that began on August 29, 2005.

Claimant was granted time to show cause why his claim should not be dismissed. He has filed nothing in response to that motion. Claimant is not part of the class, as all of his allegations relate to actions by Defendants after August 27, 2003. Claimant's remedy is to file a separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 26, 2007.**

SIGNED this 22nd day of December, 2006.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 22nd day of December, 2006 to the following:

Mr. Richard Alonzo Gonzales
#62366
FMCC
P.O. Box 200
Canon City, CO 81215-0200

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203