IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number: 02-285
Category: II
Claimant: Alfred Raglin, #97357
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

MOTION FOR ENLARGEMENT OF TIME

The claimant, Alfred Raglin, pro se, and in good faith requests this court grant him an enlargement of time from January 12th, 2007 until March 12th, 2007 to file a response

(1)

to "Defendant's Response to Claim and Supporting Document's". As grounds there fore, the claimant gives as follows:

1. The claimant is proceeding pro se and is a law laymen.

2. The claimant is at the complete mercy of prison administrators permitting his access to the law library, and the legal materials contained therein are limited.

3. The claimant has had to endure several periods of "Facility Lock-downs" do to disruptions perceived by LCF prison administrators since the Court's order of October 20th 2006, and has not been able to completely prepare his response to the Defendant's Response.

4. The claimant will show that the defendant's are attempting to have this court decide his issues on the basis of medical records that predate the diagnosis of his current medical condition, and will complete and file his response on or before March 13th 2007.

(2)

WHEREAS, the claimant Respectfully Requests this court grant him an Enlargement of time until March 12th, 2007 to file Response to FINAL ORDER OF SPECIAL MASTER.

*Alfred Raglin*
Alfred Raglin
Limon Correctional Facility
49030 State Highway 71
Limon, Colorado 80826

I certify that on this January 11th day of 2007, a copy of the foregoing:
MOTION FOR ENLARGEMENT OF TIME, was mailed to:
CLERK OF THE UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ U.S. COURT HOUSE
901 19TH STREET
DENVER, CO 80924

(3)