IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-736
Category: II
Claimant: Gregory Vincent Palmer, #121563
Address of Claimant: Peer One, 3712 W. Princeton Circle, Denver, CO 80236
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on his own motion. Mail sent to Claimant was returned as non-deliverable. Claimant did not provide to the Special Masters a current mailing address. Staff of the Special Masters had to find the above address through DOC Inmate Locator.

      Since it appeared that Claimant was not part of the class, a show cause order was issued to Claimant. Though granted up to and including December 27, 2006 in which to respond to the show cause order, Claimant has filed nothing further. In review of the DOC Inmate Locator, Claimant has discharged his sentence and is not under DOC custody in any form.

      Claimant stated on his claim form that he came into DOC custody on April 9, 2004. The Remedial Plan was approved on August 27, 2003 by Judge Nottingham. It was on that date that the class was set. In order to pursue a claim, a claimant had to have been in DOC custody on or before August 27, 2003. Individuals who came into DOC custody after August 27, 2003 are not able to file claims, but may pursue separate lawsuits for violation of the ADA and Rehabilitation Act. Claimant clearly has stated that he came into DOC custody after August 27, 2003. He may not pursue his claim, but may file a separate lawsuit if he so desire.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant is not part of the class; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 9, 2007.**

SIGNED this 11th day of January, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————————
Richard M. Borchers
Special Master