IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-193
Category: Untimely Filed Claim
Claimant: Ethel White, #68138
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter and claim form of Ethel White. Claimant has filed an initial claim form and a letter indicating why her claim is being file late. Claimant appeared to be alleging actions that occurred after August 27, 2003. A show cause order was issued to Claimant. She was granted up to and including January 8, 2007 in which to respond to that order. Claimant has filed nothing further.

      The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was on that date that the class was set. In order to file a claim, a claimant had to have been in the custody of DOC on or before August 27, 2003 and been disabled, as defined by the plan. In addition, Claimant had to have been the victim of discrimination prohibited by the ADA on or before that date. If a claimant was disabled and the victim of discrimination before August 27, 2003, then she could amend her claim to add any acts of discrimination after that date. An inmate coming into DOC custody after August 27, 2003 is not able to file a claim but may pursue her own lawsuit.

      Claimant indicated in her initial claim that she was incarcerated on July 31, 2006. The DOC website reflects a sentencing date of July 20, 2006 in Denver. Claimant is not part of the class and may not pursue her claim. The Special Master noted in the Order to Show Cause that Claimant's DOC number reflected a previous period of incarceration in DOC custody. If Claimant was disabled during that previous period and was the victim of ADA prohibited discrimination, she has not so stated in any amended claim. Claimant has the right to bring her own lawsuit for any actions that

violated the ADA after her placement in DOC custody in 2006.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that she may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 23, 2007.**

SIGNED this 16th day of January, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

------------------------------------------------

Richard M. Borchers
Special Master