Atti: Clerk                                         1-19-07

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 22 2007
GREGORY C. LANGHAM
CLERK

RE: Montez et al. v. Owens, et
Civil Action No: 92-N-870
(Consolidated) with 96-N-343

I Wayne Thomas writing to have this court give me and up date on the letter that I had forward to you regarding my letter objecting to Judge Borchers final order. Can you please send me all new information in regards to my Civil Action No. (92-N-870) with (96-N-343) the P.O. Box 16700 Suite 7-C Golden CO. 80401. I have been told that I should check with your office for any new information. I have been told by the assistant to the Special Master. I could be reach @ my P.O. Box 16700 Golden CO. 80401 Suite 7C

Thank you.

Wayne Thomas