IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

**SPECIAL MASTERS' SEVENTEENTH APPLICATION
FOR PAYMENT OF FEES AND COSTS**

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Seventeenth Application for Payment of Fees and Costs. This application is for work done from November 16, 2006 to January 15, 2007, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

    3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

    4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center, and payment should be made to that company.

    5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issued. Ms. Carter spent 145.25 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours.

    6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 21.00 hours working on case reviews and drafting documents for the Special Masters.

    7. Richard M. Borchers expended 27.00 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce D. Pringle expended 0.00 hours of time during this period for administrative matters related to the claims process. This

is reflected in Exhibit C. Richard C. Davidson expended 0.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 163.50 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $301.83 and travel time of 16.00 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F.

9. Richard C. Davidson spent 15.25 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson did not travel during this time period as reflected in Exhibit I.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from the work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending January 15, 2007 are as follows:

   a. Richard M. Borchers        59.40 hrs. @ $175.00 per hr. =   $ 10,395.00

                                 131.25hrs. @ $200.00 per. hr. =  $ 26,250.00

   b. Richard M. Borchers(travel) 16.00 hrs. @ $100.00 per hr. =  $  1,600.00

   c. Bruce D. Pringle           0.00 hrs. @ $200.00 per hr. =    $      0.00

   d. Richard Davidson           15.25 hrs. @ $200.00 per hr.=    $  3,050.00

   e. Susan Carter & other staff  151.25 hrs. @ $35.00 per hr. =  $  5,293.75

   f. Larry Dean Valente         21.00 hrs. @ $75.00 per hr. =    $  1,575.00

   g. Lodging and Expenses                                        $    301.83

   TOTAL FEES: $ 48,465.58

10. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

11. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Collena Dickerson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date in this case.

WHEREFORE, the Special Masters request that the Seventeenth Application for Payment of Fees be granted in the amount of $48,465.58 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____
Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Seventeenth Application for Payment of Fees and Costs this 24 day of January, 2007 to the following:

Ms. Paula Greisen
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203