**EXHIBIT A**

Susan Carter

    Total Hours for Period                 145.25 hrs.

Judy Olive

    Total Hours for Period                 0.00 hrs.

Lynda Rowe

    Total Hours for Period                 6.00 hrs.

                                                 _____

                     TOTAL HOURS:       151.25 hrs.

Larry Dean Valente

    Total Hours for Period                 21.00 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending January15, 2007:

| | | |
|---|---|---|
| 11/18/06 | Review files and mail | 1.00 hrs. |
| 11/25/06 | Review files and mail | 1.00 hrs. |
| 11/27/06 | Review files and discussion with Dino Valente | 1.00 hrs. |
| 12/1/06 | Talk to Sue Carter and sent electronic orders to court | 1.00 hrs. |
| 12/2/06 | Review settings and cases | .75 hrs. |
| 12/6/06 | Review files and talk with Sue Carter and Dino Valente. Orders to court | 1.00 hrs. |
| 12/12/06 | Review files and talk to Sue Carter | .75 hrs. |
| 12/13/06 | Review files for settings | .75 hrs. |
| 12/15/06 | Review files and set hearing dates | 1.00 hrs. |
| 12/16/06 | Review files and set hearing dates | 2.00 hrs. |
| 12/19/06 | Review files and settings | .75 hrs. |
| 12/22/06 | Reschedule hearings | 1.00 hrs. |
| 12/22/06 | Review mail and filings | .75 hrs. |
| 12/23/06 | Pull and review files | 1.00 hrs. |
| 12/24/06 | Review files for locations of claimants and for procedures for settings | 1.75 hrs. |
| 12/26/06 | Set cases for hearing; review procedures with Sue Carter; meet with Dino Valente on cases | 3.25 hrs. |
| 12/27/06 | Settings for Judge Davidson | 1.75 hrs. |
| 1/2/07 | Review files and talk with Sue Carter; talk to Dino Valente for scheduling | 1.50 hrs. |
| 1/3/07 | Review mail | .25 hrs. |
| 1/4/07 | Review mail and settings | .75 hrs. |
| 1/6/07 | Review settings and files | .75 hrs. |
| 1/8/07 | Review mail; talk with Dino Valente | 1.00 hrs. |
| 10/10/07 | Review files and send electronic orders | .75 hrs. |
| 1/13/07 | Review files and mail | .50 hrs. |
| 1/14/07 | Review files and settings | 1.00 hrs. |

TOTAL:       27.00 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for Period ending January 15, 2007:

0.00 hrs.

_____

TOTAL TIME:                0.00 hrs.

# EXHIBIT D

## Work Done By Richard M. Borchers

Claims closed during the period ending January 15, 2007. Work done prior to September 15, 2004 has already been billed:

### 02-097        David L. Majors

| | | |
|---|---|---|
| 12/29/04 | Review of file and issue order | .15 hrs. |
| 1/27/05 | Review motion and issue order | .10 hrs. |
| 2/19/06 | Review file and response; issue order | .20 hrs. |
| 4/6/06 | Review motion and issue order | .25 hrs. |
| 6/19/06 | Review file and motion; issue order | .20 hrs. |
| 9/20/06 | Review file and issue order | .20 hrs. |
| 11/28/06 | Prepare final order | 1.00 hrs. |
| | TOTAL: | 2.10 hrs. |

### 02-120        Michael Bonds

| | | |
|---|---|---|
| 2/19/06 | Review file and motion: issue order | .20 hrs. |
| 4/2/06 | Review response and issue order | .25 hrs. |
| 7/1/06 | Review file | .50 hrs. |
| 10/1/06 | Review file | .30 hrs. |
| 12/7/06 | Review file | .50 hrs. |
| 12/8/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 3.25 hrs. |

### 02-226        Lawrence Bielecki

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and e-mail; issue order | .35 hrs. |
| 4/12/06 | Review file and issue order | .30 hrs. |
| 6/13/06 | Review file and issue order | .25 hrs. |
| 12/12/06 | Review file and prepare final order | .70 hrs. |
| | TOTAL: | 1.75 hrs. |

1

**02-490**       **Elic Johnson**

| | | |
|---|---|---|
| 1/25/05 | Review file and issue order | .15 hrs. |
| 1/30/05 | Review file and issue order | .15 hrs. |
| 10/29/05 | Review file and motion; issue order | .25 hrs. |
| 5/8/06 | Review response and issue order | .25 hrs. |
| 8/29/06 | Review file | .30 hrs. |
| 9/10/06 | Review file and issue order | .30 hrs. |
| 12/11/06 | Prepare final order | 1.25 hrs. |

TOTAL:       2.65 hrs.

**02-550**       **Douglas Price**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and motion; issue order | .30 hrs. |
| 9/18/06 | Review file and issue order | .25 hrs. |
| 11/16/06 | Review file | .25 hrs. |
| 11/25/06 | Prepare final order | 1.00 hrs. |

TOTAL:       1.95 hrs.

**02-561**       **Anthony Roebuck**

| | | |
|---|---|---|
| 2/9/05 | Review file and issue order | .15 hrs. |
| 4/28/06 | Review file and response; issue order | .35 hrs. |
| 10/11/06 | Review file | .40 hrs. |
| 10/21/06 | Review file and issue order | .25 hrs. |
| 12/14/06 | Review file | .30 hrs. |
| 12/17/06 | Prepare final order | 1.40 hrs. |

TOTAL:       2.85 hrs.

**02-589**       **Roger Kinney**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .25 hrs. |
| 8/23/06 | Issue order of extension | .20 hrs. |
| 11/25/06 | Prepare final order | 1.00 hrs. |

|  | TOTAL: | 1.60 hrs. |
|---|---|---|

**02-649**        **Nathaniel Smith**

| 2/19/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 9/19/06 | Review file and response; issue order | .20 hrs. |
| 12/26/06 | Prepare final order | 1.40 hrs. |
|  | TOTAL: | 1.75 hrs. |

**02-652**        **Todd Olson**

| 2/13/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 9/8/06 | Review file and response; issue order | .25 hrs. |
| 11/29/06 | Review file | .25 hrs. |
| 12/10/06 | Prepare final order | 1.60 hrs. |
|  | TOTAL: | 2.25 hrs. |

**02-656**        **Edward C. Loftin, Jr.**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 9/10/06 | Review response and issue order | .25 hrs. |
| 11/12/06 | Review file | .25 hrs. |
| 12/17/06 | Review file and prepare final order | 1.90 hrs. |
|  | TOTAL: | 2.55 hrs. |

**02-666**        **Erica D. Williams**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 9/13/06 | Review file and motion; issue order | .25 hrs. |
| 11/21/06 | Review file | .25 hrs. |
| 11/23/06 | Prepare final order | 1.00 hrs. |
|  | TOTAL: | 1.65 hrs. |

**02-669**        **Astolfo Perez**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 4/30/05 | Review motion and issue order | .15 hrs. |
| 5/3/05 | Review motion | .10 hrs. |
| 6/18/05 | Review motion and issue order | .15 hrs. |
| 7/1/05 | Review response and motion; issue order | .25 hrs. |
| 12/30/06 | Review file | .50 hrs. |
| 12/31/06 | Prepare final order | 1.60 hrs. |

TOTAL:   2.90 hrs.

**02-674      Michael J. Velasquez**

| 2/15/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 7/24/05 | Review of letter and file; issue order | .20 hrs. |
| 9/20/06 | Review motion and issue order | .25 hrs. |
| 11/22/06 | Prepare final order | 1.50 hrs. |

TOTAL:   2.10 hrs.

**02-682      Jerry Grady**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 5/18/06 | Review letter and file; issue order | .30 hrs. |
| 10/17/06 | Review motion and file; issue order | .25 hrs. |
| 12/30/06 | Review file and prepare final order | 1.50 hrs. |

TOTAL:   2.20 hrs.

**02-687      Timothy Conde**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 9/2/06 | Review response and issue order | .25 hrs. |
| 11/29/06 | Review file | .30 hrs. |
| 12/12/06 | Prepare final order | 1.40 hrs. |

TOTAL:   2.10 hrs.

**02-690      Gerald Lucas**

4

| 2/14/05 | Review file and issue order | .15 hrs. |
| 8/16/06 | Review file and response; issue order | .25 hrs. |
| 11/15/06 | Review file | .25 hrs. |
| 11/25/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.15 hrs. |

**02-718      Stephen J. Grace**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 11/29/05 | Review file and letter; issue order | .20 hrs. |
| 7/22/06 | Review file and letter; issue order | .25 hrs. |
| 10/5/06 | Review response and issue order | .30 hrs. |
| 10/22/06 | Review motion and file; issue order | .30 hrs. |
| 11/26/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.70 hrs. |

**02-728      Jo Ann Wenzinger**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 2/27/06 | Review pleading and file | .20 hrs. |
| 7/22/06 | Review file and response; issue order | .25 hrs. |
| 10/5/06 | Review motion and file; issue order | .25 hrs. |
| 12/8/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 2.35 hrs. |

**02-731      Teddy M. Long**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 12/29/06 | Prepare final order | 1.50 hrs. |
| | TOTAL: | 1.65 hrs. |

**02-736      Gregory Vincent Palmer**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/25/06 | Review file and issue OSC | .25 hrs. |

| 1/2/07 | Prepare final order | .50 hrs. |
|--------|---------------------|----------|
|        |            TOTAL:   | .90 hrs. |

**02-765        Manuel Gonzales**

| 10/5/04 | Review of claim | .10 hrs. |
|---------|-----------------|----------|
| 2/15/05 | Review of file and issue order | .15 hrs. |
| 10/12/06 | Review motion and file | .20 hrs. |
| 11/21/06 | Review file | .25 hrs. |
| 11/22/06 | Prepare final order | .25 hrs. |
|          |            TOTAL:   | .95 hrs. |

**02-784        Andrew Vigil** .

| 8/22/06 | Review response and issue order | .25 hrs. |
|---------|---------------------------------|----------|
| 11/28/06 | Review file and prepare final order | 2.00 hrs. |
|          |            TOTAL:   | 2.25 hrs. |

**02-787        Ernest W. West**

| 12/1/04 | Review claim and issue OSC | .20 hrs. |
|---------|----------------------------|----------|
| 12/24/04 | Review response and issue order | .20 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 4/20/05 | Review letter and issue order | .10 hrs. |
| 9/16/05 | Review letter and issue order | .20 hrs. |
| 12/26/05 | Review letter and file | .20 hrs. |
| 5/6/06 | Review letter | .15 hrs. |
| 6/7/06 | Review letter and file; issue order | .30 hrs. |
| 8/6/06 | Review file and response; issue order | .25 hrs. |
| 10/5/06 | Review file | .25 hrs. |
| 12/7/06 | Review file for final order | .75 hrs. |
| 12/9/06 | Prepare final order | 1.60 hrs. |
|         |            TOTAL:   | 4.35 hrs. |

6

**02-802**      **David Hall**

| | | |
|---|---|---|
| 12/29/04 | Review claim and issue OSC | .15 hrs. |
| 1/25/05 | Review file and issue order | .25 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 2/27/05 | Review letter and issue order | .15 hrs. |
| 7/22/06 | Review response and file; issue order | .25 hrs. |
| 8/2/06 | Review motion and file; issue order | .25 hrs. |
| 12/7/06 | Review file | .50 hrs. |
| 12/11/06 | Review file | .20 hrs. |
| 12/13/06 | Prepare final order | 1.50 hrs. |
| 12/14/06 | Finish final order | .50 hrs. |

TOTAL:      3.90 hrs.

**02-824**      **Cecelia Smiley**

| | | |
|---|---|---|
| 2/16/05 | Review of claim | .15 hrs. |
| 2/18/05 | Issue order | .10 hrs. |
| 12/14/05 | Review file and issue order | .20 hrs. |
| 9/13/06 | Review file and response; issue order | .25 hrs. |
| 11/21/06 | Review file | .20 hrs. |
| 11/22/06 | Prepare final order | .75 hrs. |

TOTAL:      1.65 hrs.

**02-828**      **Andrew J. Montoya**

| | | |
|---|---|---|
| 2/6/05 | Review file and issue OSC | .25 hrs. |
| 2/19/05 | Issue order | .10 hrs. |
| 2/20/05 | Issue order | .15 hrs. |
| 3/22/05 | Issue order and review file | .15 hrs. |
| 9/1/05 | Review documents and issue order | .25 hrs. |
| 10/17/06 | Review response and issue order | .25 hrs. |
| 12/30/06 | Review file | .50 hrs. |
| 12/31/06 | Finish final order | 1.25 hrs. |

TOTAL:      2.90 hrs.

**02-845**      **William Collester**

7

| 3/16/05 | Review of claim | .10 hrs. |
| 3/18/05 | Issue order | .10 hrs. |
| 8/6/06 | Review file and response; issue order | .25 hrs. |
| 11/26/06 | Review file | .50 hrs. |
| 11/27/06 | Prepare final order | 1.20 hrs. |

TOTAL:   2.15 hrs.

## 02-858       Maximillian Lewis

| 3/30/05 | Review file and issue order | .20 hrs. |
| 4/23/05 | Review file and supply forms; issue order | .15 hrs. |
| 10/13/06 | Review motion and file; issue order | .25 hr. |
| 12/28/06 | Review file and prepare final order | 1.25 hrs. |
| 12/29/06 | Finish final order | .25 hrs. |

TOTAL:   2.10 hrs.

## 02-863       Waylon Johnson

| 3/30/05 | Review claim | .10 hrs. |
| 4/1/05 | Issue order | .10 hrs. |
| 4/8/05 | Review supp. forms and issue order | .20 hrs. |
| 10/13/06 | Review file and issue order | .20 hrs. |
| 12/6/06 | Review file and motion; issue order | .30 hrs. |

TOTAL:   .90 hrs.

## 02-865       Blake Codding, Jr.

| 4/1/05 | Review claim and issue order | .20 hrs. |
| 12/27/06 | Review file | .30 hrs. |
| 12/30/06 | Prepare final order | 1.50 hrs. |

TOTAL:   2.00 hrs.

## 02-871       Dianne Smith

| 4/13/05 | Review claim | .10 hrs. |

| 4/15/05 | Issue order | .10 hrs. |
| 5/7/05 | Review supp forms and issue order | .15 hrs. |
| 9/19/06 | Review response and issue order | .20 hrs. |
| 12/26/06 | Prepare final order | 1.65 hrs. |

|  | TOTAL: | 2.20 hrs. |

**02-890        Anthony Dickey**

| 4/19/05 | Review claim and issue OSC | .25 hrs. |
| 6/4/05 | Review response and file | .20 hrs. |
| 6/8/05 | Review claim and issue order | .20 hrs. |
| 8/6/05 | Review file and supp forms; issue order | .25 hrs. |
| 12/14/05 | Review file and letter | .25 hrs. |
| 11/16/06 | Review file | .30 hrs. |
| 11/27/06 | Prepare final order | 1.50 hrs. |

|  | TOTAL: | 2.95 hrs. |

**02-893        Wayne Thomas**

| 6/29/05 | Review claim and issue order | .25 hrs. |
| 7/7/05 | Review claim and file; issue order | .25 hrs. |
| 7/16/05 | Review supp forms and issue order | .20 hrs. |
| 5/1/06 | Review letter and file; issue order | .30 hrs. |
| 9/2/06 | Review response and issue order | .25 hrs. |
| 11/24/06 | Review file | .30 hrs. |
| 12/12/06 | Prepare final order | 1.50 hrs. |

|  | TOTAL: | 3.05 hrs. |

**02-900        Brian Flanders**

| 8/13/05 | Review letter and issue order | .25 hrs. |
| 9/17/05 | Review claim and issue order | .25 hrs. |
| 9/21/05 | Review file and issue order | .25 hrs. |
| 10/12/06 | Review motion and file; issue order | .25 hrs. |
| 12/29/06 | Review file and prepare final order | 1.25 hrs. |
| 12/30/06 | Finish final order | .25 hrs. |

|  |  | TOTAL: | 2.50 hrs. |

**03-023**      **Samuel J. Powers**

| 11/21/04 | Review letter and issue order | .25 hrs. |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 12/24/04 | Review motion and issue order | .15 hrs. |
| 1/10/05 | Review letter and issue order | .10 hrs. |
| 1/27/05 | Review letter | .10 hrs. |
| 3/8/05 | Review file and issue order | .25 hrs. |
| 3/26/05 | Review motion and file; issue order | .25 hrs. |
| 4/6/05 | Review pleadings and issue order | .20 hrs. |
| 4/8/05 | Review file | .15 hrs. |
| 4/13/05 | Issue order resetting hearing | .20 hrs. |
| 6/25/05 | Review file and issue order | .35 hrs. |
| 7/6/05 | Review file and letter; issue order | .60 hrs. |
| 7/24/05 | Review letter | .15 hrs. |
| 7/31/05 | Review letter and issue order | .20 hrs. |
| 8/19/05 | Review letters and issue order | .25 hrs. |
| 8/24/05 | Review response and issue order | .20 hrs. |
| 9/1/05 | Review letter and file; issue order | .30 hrs. |
| 9/3/05 | Review file | .20 hrs. |
| 9/13/05 | Review response and issue order | .15 hrs. |
| 9/26/05 | Review letter and petition; issue order | .15 hrs. |
| 10/8/05 | Review file and issue order | .20 hrs. |
| 10/11/05 | Review file | .25 hrs. |
| 11/6/05 | Review motion and issue order | .30 hrs. |
| 12/8/05 | Review file and motion; issue order | .20 hrs. |
| 1/18/06 | Review file and reset hearing | .50 hrs. |
| 2/10/06 | Review witness list and issue order | .50 hrs. |
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 2/26/06 | Review file and issue order | .50 hrs. |
| 3/15/06 | Review file and preparation for hearing | 1.75 hrs. |
| 3/16/06 | Hearing | 6.75 hrs. |
| 3/19/06 | Work on case | 1.00 hrs. |
| 4/23/06 | Review of pleadings and issue order | .50 hrs. |
| 7/18/06 | Review motions and issue order | .25 hrs. |
| 7/22/06 | Review motions and file; issue order | .50 hrs. |
| 8/7/06 | Review motion and file; issue order | .30 hrs. |
| 8/14/06 | Review motions and issue order | .50 hrs. |
| 8/16/06 | Review file and issue order | .40 hrs. |
| 9/2/06 | Review file and motion; issue order | .25 hrs. |
| 9/30/06 | Review file and motion; issue order | .25 hrs. |

| 10/19/06 | Review of file and audio disks | 1.10 hrs. |
| 10/20/06 | Hearing | 4.50 hrs. |
| 12/9/06 | Review of notes and file | 3.00 hrs. |
| 12/10/06 | Prepare final order | 4.75 hrs. |
| | | _____ |
| | TOTAL: | 32.90 hrs. |

**03-094**     **Claude Burton**

| 12/20/04 | Review file and issue order | .10 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/12/05 | Review objection and file; issue order | .25 hrs. |
| 8/13/05 | Review file and issue order | .15 hrs. |
| 8/18/05 | Review file and preparation for hearing | .75 hrs. |
| 8/19/05 | Hearing | 1.50 hrs. |
| 8/20/05 | Prepare order | .30 hrs. |
| 10/16/05 | Review letter and file; issue order | .50 hrs. |
| 2/19/06 | Review motion and issue order | .20 hrs. |
| 3/19/06 | Review report and issue order | .30 hrs. |
| 8/2/06 | Review file and issue order | .35 hrs. |
| 9/24/06 | Review file and issue order | .25 hrs. |
| 10/23/06 | Review file and issue order | .20 hrs. |
| 12/15/06 | Hearing | 1.00 hrs. |
| 12/22/06 | Prepare final order; review notes and Listen to disks | 3.00 hrs. |
| | | _____ |
| | TOTAL: | 9.10 hrs. |

**03-175**     **Travis Lee Hosier**

| 4/20/05 | Review letter and issue order | .25 hrs. |
| 5/27/05 | Review claim | .15 hrs. |
| 6/1/05 | Review claim and issue order | .15 hrs. |
| 7/27/05 | Review supp documents and issue order | .20 hrs. |
| 9/1/05 | Review response and issue order | .15 hrs. |
| 10/12/05 | Review of file and reply | .35 hrs. |
| 10/26/05 | Review file and issue order | .30 hrs. |
| 12/2/05 | Review file and letter; issue order | .25 hrs. |
| 12/8/06 | Review file | .30 hrs. |
| 12/15/06 | Hearing | 1.00 hrs. |
| 12/23/06 | Prepare final order | 1.35 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 4.45 hrs. |

**03-218**       **Nathaniel Huguley**

| 3/8/05 | Issue order | .15 hrs. |
|---|---|---|
| 6/15/05 | Review letter and issue order | .20 hrs. |
| 7/24/05 | Review letter and file; issue order | .25 hrs. |
| 3/2/06 | Review response and fil; issue order | .25 hrs. |
| 4/11/06 | Review file and issue hearing order | .35 hrs. |
| 4/26/06 | Review motion and issue order | .25 hrs. |
|  | TOTAL: | 1.45 hrs. |

**03-249**       **Paul Hawkins**

| 1/3/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 1/30/05 | Review response and issue order | .50 hrs. |
| 5/7/06 | Review file and elevate to III; issue order | .50 hrs. |
| 6/23/06 | Review file and issue order | .30 hrs. |
| 8/20/06 | Review file and issue order for hearing | .25 hrs. |
| 10/27/06 | Review file and issue order | .25 hrs. |
| 11/10/06 | Review file for hearing | 1.00 hrs. |
| 11/20/06 | Review file | .50 hrs. |
| 12/6/06 | Work on final order | 2.50 hrs. |
| 12/7/06 | Finalize order | .50 hrs. |
|  | TOTAL: | 6.45 hrs. |

**03-253**       **George Tinsley**

| 12/22/04 | Review file and issue order | .20 hrs. |
|---|---|---|
| 6/29/05 | Review file and letter | .15 hrs. |
| 2/24/06 | Review file and motion; issue order | .25 hrs. |
| 5/16/06 | Review file | 1.00 hrs. |
| 5/25/06 | Review file and issue order | .50 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 12/30/06 | Review file for hearing | 1.00 hrs. |
| 1/4/07 | Hearing | 1.50 hrs. |
| 1/5/07 | Prepare final order | 1.25 hrs. |

|  |  |
|---|---|
|  | _____ |
| TOTAL: | 6.10 hrs. |

**03-255**  **Anthony Ganter**

| 12/20/04 | Review file and issue order | .20 hrs. |
|---|---|---|
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 4/7/06 | Review pleading and issue order | .30 hrs. |
| 5/24/06 | Review file and transfer to Cat. III. | .50 hrs. |
| 5/27/06 | Issue order | .25 hrs. |
| 9/9/06 | Review file and issue order | .50 hrs. |
| 1/4/07 | Hearing | 1.25 hrs. |
| 1/7/07 | Prepare final order | 1.25 hrs. |

|  |  |
|---|---|
|  | _____ |
| TOTAL: | 4.50 hrs. |

**03-274**  **Ronald Lucero**

| 1/28/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/23/06 | Review file and issue order | .30 hrs. |
| 6/23/06 | Review file and issue order | .35 hrs. |
| 8/7/06 | Review file and issue order for hearing | .25 hrs. |
| 9/24/06 | Review file and issue order | .20 hrs. |
| 10/23/06 | Review file and issue order | .25 hrs. |
| 12/11/06 | Review file for hearing | .30 hrs. |
| 12/15/06 | Hearing | 1.25 hrs. |
| 12/22/06 | Work on final order | 1.00 hrs. |
| 12/23/06 | Complete final order | 1.00 hrs. |

|  |  |
|---|---|
|  | _____ |
| TOTAL: | 5.05 hrs. |

**03-295**  **James Moulton**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/7/05 | Review letter and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 8/14/06 | Review file and issue order | .35 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 10/29/06 | Review file and issue order | .20 hrs. |
| 11/10/06 | Review file for hearing | 1.00 hrs. |

| 11/11/06 | Hearing | 2.50 hrs. |
| 11/17/06 | Review of file | .50 hrs. |
| 11/23/06 | Begin work on final order | .50 hrs. |
| 12/2/06 | Write final order | 2.00 hrs. |
| 12/6/06 | Finish final order | .50 hrs. |
| | TOTAL: | 8.40 hrs. |

**03-302      Curtis Taylor**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 4/13/05 | Review file and letter; issue order | .15 hrs. |
| 6/25/05 | Review motion and file; issue order | .20 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 6/5/06 | Review file and issue order | .25 hrs. |
| 9/6/06 | Review file and issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .30 hrs. |
| | TOTAL: | 1.50 hrs. |

**X-180      Arthur Miller**

| 6/23/06 | Review file and letter; issue order | .40 hrs. |
| 6/29/06 | Review file and claim; issue order | .50 hrs. |
| 9/10/06 | Review file and issue order | .25 hrs. |
| 9/12/06 | Review file and issue order | .25 hrs. |
| 10/29/06 | Review file and issue order | .25 hrs. |
| 11/28/06 | Issue final order | .50 hrs. |
| | TOTAL: | 2.15 hrs. |

**X-184      Charles Armstrong, Jr.**

| 8/23/06 | Review file and letter; issue order | .25 hrs. |
| 10/13/06 | Review file and claim; issue OSC | .30 hrs. |
| 12/9/06 | Prepare final order | .30 hrs. |
| | TOTAL: | .85 hrs. |

14

**X-191**        **Richard Gonzales, Jr.**

| 10/31/06 | Review file and claim; issue OSC | .40 hrs. |
| 12/2/06 | Issue final order | .30 hrs. |
| | TOTAL: | .70 hrs. |

**X-192**        **Rickey Williams**

| 10/12/06 | Review letter and issue order | .35 hrs. |
| 12/28/06 | Review file and issue final order | .30 hrs. |
| | TOTAL: | .65 hrs. |

**X-195 Joseph Huston**

| 10/23/06 | Review letter and file; issue order | .25 hrs. |
| 11/8/06 | Review file and claim; issue order | .25 hrs. |
| 12/27/06 | Prepare final order | .35 hrs. |
| | TOTAL: | .85 hrs. |

**X-196**        **Joe Lewis**

| 10/23/06 | Review letter and issue order | .25 hrs. |
| 12/27/06 | Review file and issue final order | .25 hrs. |
| | TOTAL: | .50 hrs. |

**X-197**        **Richard Quintana**

| 10/23/06 | Review file and letter; issue order | .25 hrs. |
| 11/9/06 | Review claim and issue order | .25 hrs. |
| 12/27/06 | Review file and issue final order | .30 hrs. |
| | TOTAL: | .80 hrs. |

TOTAL HOURS: 163.65 hours

Total time prior to September 16, 2006: 59.40 hrs.

59.40 hrs. x $175.00 per hr. = $10,395.00

Total time from September 16, 2000 and later: 104.25 hrs.

104.25 hrs. x $200.00 per hr. =  $20,850.00

## EXHIBIT E

**Travel Time for Richard M. Borchers:**

| | | |
|---|---|---|
| 12/14-15/06 | Canon City and return | 4.00 hrs. |
| 1/3/07 | Pueblo and return | 4.00 hrs. |
| 1/10-11/07 | Ft. Lyon and return | 8.00 hrs. |
| | TOTAL TRAVEL TIME: | 16.00 hrs. |

**Lodging Expenses**:

| | | |
|---|---|---|
| 12/14/06 | Canon City | $ 69.37 |
| 1/3/07 | Pueblo | $ 61.44 |
| 1/10-11/07 | La Junta | $ 171.02 |
| | TOTAL EXPENSES: | $ 301.82 |

1

**EXHIBIT F**

**Work Done By Bruce D. Pringle**

Claims closed during the period ending January 15, 2007. Work done prior to September 15, 2004 has already been billed:

No work to be billed

## EXHIBIT G

Work Done By Richard C. Davidson (November 16, 2006 to January 15, 2007) on Claims:

| | | | |
|---|---|---|---|
| 11/27/06 | 03-290 | Reuben Alvarez - Hearing | 1.00 hrs. |
| 11/27/06 | 03-268 | Jeffrey Klein - Hearing | 1.00 hrs. |
| 11/28/06 | 03-186 | Brandy Davis - Hearing | 4.00 hrs. |
| 12/5/06 | 03-186 | Brandy Davis - Hearing | .50 hrs. |
| 12/5/06 | 03-213 | Jamie James - Hearing | 2.50 hrs. |
| 12/6/07 | 03-213 | Jamie James - Review and Findings | 1.00 hrs. |
| 12/6/06 | 03-186 | Brandy Davis - Review and Findings | 1.00 hrs. |
| 12/6/06 | 03-268 | Jeffrey Klein - Review and Findings | .50 hrs. |
| 12/6/06 | 03-290 | Reuben Alvarez - Review and Findings | .75 hrs. |
| 1/3/07 | 03-103 | Trevor Howell - Review and Ruling | 1.00 hrs. |
| 1/3//07 | 03-218 | Nathaniel Hugeley - Hearing, Review & Findings | 2.00 hrs. |

_____

TOTAL:          15.25 hrs.

1

**EXHIBIT H**

Administrative Work Done By Richard C. Davidson (November 16, 2006 - January, 15, 2007)

Miscellaneous work done to review mail, etc.                    0.00 hrs.
                                                      _____

                                      TOTAL:          0.00 hrs.

1

**EXHIBIT I**

Travel Time and Lodging Expenses of Richard C. Davidson

Period ending January 15, 2007.

No Lodging Expenses