IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Alfred Raglin, Claim number 02-285

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Extension of Time (doc. #2479), filed by Claimant Alfred Raglin on January 16, 2007, will be viewed as a motion to supplement his Objection to the Magistrate Judge's Final Order (doc. #2354), and as such is GRANTED. Mr. Raglin shall have until March 12, 2007 to more fully object to the denial of his claim.

Dated: January 25, 2007