IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Donnell E. Monroe, Claim number 03-250

## ORDER

Kane, J.

This matter is before the court on Claimant, Donnell E. Monroe's Objection to Final Order of Special Master (doc. #2214). The court has reviewed the final order and the objection as well as the additional documentation submitted and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. It appears that Mr. Monroe's claim was thoroughly considered, and the Final Order of the Special Master examined the relevant medical details at great length.

Mr. Monroe's complaints regarding the quality of his medical care are beyond the scope of this case and must be raised by a separate individual action, and not as part of the remedial plan in this case. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2194) is AFFIRMED.

Dated:   January 26, 2007

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT