IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Joseph Martinez, Claim #03-062

## ORDER

Kane, J.

This matter is before the court on Claimant, Joseph Martinez's Objection to the Final Order by Special Master (doc. #2328). Claimant's document was actually entitled as a Motion to Reconsider Based on New Evidence, but for the purposes of this order, it will be viewed as a timely filed objection to the dismissal of his claim. The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The claimant's complaints regarding quality of his medical care are beyond the scope of this case and must be raised by a separate individual action, and not as part of the remedial plan in this case. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #1625) is AFFIRMED.

Dated: January 26, 2007

                                                  BY THE COURT:

**s/John L. Kane**
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT