IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Motion for Reconsideration to Be Added to the Montez Case (doc. #2401), filed by Barbara Freeman on November 13, 2006, is DENIED.

Dated:  January 26, 2007