IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Order to Correct Violation of Due Process of Law Through Abuse of Discretion by Judge Richard M. Borchers in Disallowing Claimant to Present all Evidence by Means of Limitation of Crucial Witnesses (doc. #2448), filed by George Charles Knorr on December 13, 2006, is DENIED.

Dated: January 26, 2007