# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 2 6 2007
GREGORY C. LANGHAM
CLERK

---

Claim Number 02-896
Category II
Claimant: Frankie Evans, #115813
Address of Claimant: 5035 Uvalda Street, Denver Co 80239

---

## OBJECTION TO ORDER OF DISMISSAL

    Persuant to Federal Rule of Civil Procedure 53(g)(2), Claimant respectfully comes before the court to show good cuase why he did not file response to motion to dismiss his claim in time allocatted by the Court in hope that his claim in this Civil Action may be reinstated.

    Upon my release from the Colorado Department of Correction on January 25, 2006, I was to be givin one month supply of the prescription medication (Elavil) from the Department of Correction upon my mandatory release date.

The medication Elavil was prescribed to me for a nervous stomach, and depression. I was not given this medication upon my release date from the Department of Correction.

One stipulation of my parole is that I take this medication, Miss Renee Hogsett my parole officer has this documented in my file. After a month I went into a deep depression, and failed to report to my scheduled parole visit with Miss Hogsett on April 5, 2006 at 3980 Quebec Street. I was taken into custody on December 31, 2006 and ordered back to the Department of Corrections for one hundred and eighty days.

During this nine month absence, I was homeless, bouncing from place to place and did not recieve my correspondence from the Special Masters, nor did I take my medication in the process.

I am deeply sorry that I did not keep in touch with the court, and I am attempting to get back on my medication to control my nerves, and depression in hope of avoiding this kind of conduct in the future. Under the circumstances I was not charged with absconding, but a technical violation for change of residence unknown location without consent from parole officer. I am now being housed at Adams County Detention Facility awaiting transfer to Colorado Department of Corrections.

I pray that because I have returned to the custody of the Department of Corrections and hoping I have justly showed good cause that my claim may be reinstated.

Respectfully Submitted,

Frankie L. Evans

Case No. 1:92-cv-00870-CMA-MEH   Document 2500   filed 01/26/07   USDC Colorado   pg 3 of 3

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing OBJECTION to ORDER of DISMISSAL this 24th day of January, 2007 by placing said in the U.S. Mail, postage pre-paid, to the following:

Clerk of the United States District Court,
901 19th Street,
Denver, Co. 80294

Sighned,
Frankie L. [signature]