IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Claimant Felix Mike Ortega's Request (Motion) for Additional Time (doc. #2452), filed December 22, 2007, is GRANTED.  Mr. Ortega shall have until February 28, 2007 to file his objections to the Final Order of Special Master (doc. #2355).

Dated:  January 31, 2007