Duncan Leach-1242458
3 Jester Road
Richmond, TX 77469

FILED
UNITED STATES DISTRICT COURT
         COLO.

January 29, 2007

FEB - 2 2007

Gregory C. Langham
U.S. District Court Clerk
Alfred A. Araj Federal Courthouse
901 19th Street
Denver, CO 80202

re:   Montez v. Owens Civil Action No. 92-N-870
      Duncan Leach, Claimant
      Claim Number 03-087

Dear Clerk of the Court,

My name is Duncan Leach. I am the claimant in the above refrenced case and claim number. I would like to receive copies of the follwing documents relating to my claim for damages against the State of Colorado. Please research and send me a letter telling me what the costs are in obtaining these documents including postage and handling.

1.   Original claim for damages filed in my case. Claim number 03-087/Category III. All pages

2.   Motion filed with Special Master dated in February 2005 and attached letter to James X. Quinn of the Attorney Generals Office. All Pages.

3.   Final Order issued by Special Master in Claim number 03-087.

4.   Objection filed relating to Special Masters Final Order

5.   Courts decision to objection

6.   Docket sheet showing all motions filed in case.

7.   Witness list for Duncan Leach filed with the Special Master.

Thank you for your assitance in this matter.

Sincerely,
Duncan Leach