IN THE UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF COLORADO

CivilAction No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No,96-N-343)

JESSE (JEDUS)MONTEZ,et,al.

Plaintiffs.

V.

BILL OWENS et,al,

DEFENDANT.

---

CLAIM Number 03-116
Category III
Claimant: JAMES R. DUNCAN DOC# 41762
Address of Claimant:SCF P.O. Box 6000,Sterling,Colo.8075100600

---

## RECONSIDERATION OF ACTION(new evidence)

Now comes the plaintiff JAMES R. DUNCAN DOC# 41762 and is Pro-Se and asks this court to GRANT this:RECONSIDERATION OF ACTION (new evidence) and now gives the - - following reasons why;

1) Plaintiff Duncan was disqualify,becouse the plaintiff could not prove that the DOC, HAdnot discrimating against the plaintiff Duncan.

2) plaintiff Duncan dose not understand this; plaintiff had proved that (he) plaintiff had bwer(2) different disabilitys :one (1) was a mobility impairment with (his) the plaintiffmeneceve damage in his lower back, and left leg. and two(2) a visional - - impairment with ( DYSLEXICA) plaintiff see's just the letters backwards and cannot get a G.E.D. becouse of it!!( this is one of the discrimination against the plaintiff) berceingtthe plaintiff Duncan to stay in GED class;s inorder for him too go to the ART class!!!

3) In 1998 the DOCdamaged plaintiffs lower "RIGHT" nerve that go's to plaintiffs left leg and foot. By fefusing theallow the plaintiff Duncan any assistants in walking (with out any assastant the plaintiff mustcrawlito get around)!!!

4) the DOC failed to understand that the plaintiff Duncan had a lower opperation on his back, and was having trouble walking!!"and had denied the plaintiff anyway of walking" at this time the plaintiff was housed at DRDC, this took place on the first (4) four days of his incarceration at DRDC!!

5)Without assaatant for walking the plaintiff Duncan can not walk!!! even today the plaintiff stell cannot walk without any assastant!! the only other way for the plaintiff to get around was ( BY HAFE WALKING AND HAFE CRAWING ) the plaintiff was in pain all this time!!! and the lower nerve were damage from this refusely of any assastant!!! no cane, no wheelchair, no walker NO assastant at all!!! for that (4) four days!!!

6) On the fifth (5) day plaintiff Duncan was given a (CANE)- - -plaintiff Duncan had to complain about his back hearing 24 hours a day. DRDC medical staff seem not to understand that the plaintiff back and left leg and foot had been damage from the (( medical neglect )) and gave him a pain killer that did not kill the pain!! and a muscle relaxer that did not relex any of the muscles at all!!! the medication did not seem to work!!! each night plaintiff Duncan leg's muscles jumped and twested almost all night and all the next day!!! Driving the plaintiff NUT"S and keep him in pain !! the medical staff at DRDC OR the medical staff here at SCF did not seem to care or understand the crys of need of medication or the plaintiff problems for the last (7) seven years, now the plaintiff has been in constant pain and his (both ) legs and never damage his back are stell the same ( plaintiff knows that his back had been damage in the opperation that was given to him to help or releif!!! plaintiff Duncan KNOWS that the medical place that did the opperation did infact hurt the plaintiffs more and did some more damage to the plaintiff nevers in his back!!) both plaintiffs legs has driven the plaintiff nuts!!!

7) In or around Fed.of 2000 plaintiff Duncan had his back "FUSED" dering which time the plaintiff back and lower S5/L1 got nerve damage done to it by the Doctors and inturns that had Opperaed on the plaintiffs back!!! Do to this nerve damage the

7) contusus- -
that occured it was affected the use of the plaintiffs lower back ahd left leg and foot!! And stelliis affecting it steell today!!!

8) Todat 10/03/06 they (SCF) medicaIstaff has tooken X-rays of the plaintiffs left foot at the ankle down and"refuses" to show the X-rays to the plaintiff Duncan!!! The P.A. stated that (eits nothing but Arthirtis!!) but I've (the plaintiff ) has never seen arthirtis do what this arthirtis is doing to the plaintiffs left feot, at the ankle down the plaintiff foot is nume but the plaintiff can stell feal a persons hand on it - - its - -ok,the tosets the plaintiff cannot move them at all!!!! the plaintiff cannot move his foot - - from the ankle down - -move it right or left!!! The plaintiff tryed to tell the Judge this in his hearing but, did not make them to understand what the plaintiff was trying to tell them!!! and stell today the plaintiff has to have assistnat in walking becouse of the nerve damage in his lower back and the left foot damages!!! ~~[redacted]~~

9) On or around March 30,31, and April 1, 2006 offender Duncan was forsed to prove that he could not walk without assistants!!!( cane, wheelchair,and walker ) all of the United (1) one staff - - by ordered of C/O Aguirre refused offender Duncan fooD for (3) three Days - - bucouse the plaintiff could not walk out of his cell to the food cart and back to get his food!!! Offender Duncan put forth a Grievance and the first (2) two staps are attached to this action!! the first grievance was destroyed and the plaintiff did not find out for 2½ months the plaintiff had to put forth another grievance !! exhibit 3-3 A -3 A-1

10) offender Duncan was placed in a handicapped cell some (6) "six years" After his back opperation!!! offender Duncan was force to bend his back (getting in and out - of bed!!) and the Denver Doctors had ordered the plaintiff a NO BENDING ordered!! the plaintiff had to get in and out of bed!!! andf this did infact hurt the offenders back and may be the reasons why the plaintiffs back and left leg and foot are stell messed up today???? After this is over I'll bed that the SCF staff well place the offender Duncan back in to a non handicapped cell???

11) please see exhibits#1 this is a AMBULATORY HEALTH RECORD - - please see the upper left corner under ( subjective) please see last (2) two lines - - this proves that offender Duncan has "ARTHIRTIS" in his upper arms and cannot get in to a pullover shirt and cannot BEND at allin the back!!!

12) Again please see exhibits #1 this time in the right side called PLANS/ORDERS - see boxs 6 and 7 of that side of the paper (( after the judge turned the offender Duncan down the SCF doctors "ordered" the offender Duncan )) " no bending" - - no HVY-LIFT+ =10 lbs; wrk- consis; this proves that the plaintiff Duncan was not laing!!

13) Please see exhibit #2 two vision screening sign by DOCTOR Singh dated 3/18/04; please see #2 the medical staff has nerver asksed the plaintiff anything about his vision as far as the plaintiff "DYSLEXICA" go's the offender Duncan has told all the D.O.C. medical steff of the dyslexica and only one person has said or done anything about it!!! and that was the Educational person Miss Ring. and she stated this in the Educational report!! please see the attached copy!!

14
14) on or around 12/27/06 plaintiff Duncanhad putforth a grievance knowen as #C-SFo5/06-701 this stepII was denied by R.R.WESTER and the plaintiff whent forward with a step II (2) the step I was answered on 2/23/06 on this grievance the - - plaintiff had complainted about the fact that both medical and united (5) five hadrefused the plaintiff a way to get around with some way (assistant) in walking both united (5) and the DOC medical staff had refused the plaintiff "A CANE. OR WHEELCHAIR, AND OR A WALKER!!! then they told the plaintiff Duncan he could be in ORANGES (could have exercise.shower and clean his celltime) but refused the plaintiff anyway to do this for,the plaintiff cané not walk without some assistants, when the plaintiff was tolded that he would be UNABLE to have a wheelchair, or walker, or even his cane; this was the same as telling him to he could be free - - but left his door locked!!! the plaintiff was unable doanything without assistants!! Plaintiff Duncan could not get his"food.exercise, or shower and had asked the united

(5) five staff for some kind of assistant and at first the united (5) staff said
that the plaintiff could not have anything or anykind of assistant becouse the united
(5) captain order it!! them whin the plaintiff had sent in a kit to the united (5)
captain asking for assistants in walking the united staff told the plaintiff that
it was medical that had ordered that Duncan could not have anykind of assistants in
walking???So the plaintiff wrote to medical and asked them why he was being refused
assistant in walking???then when the united (5) medical Nurseccame by plaintiff asked
her why Duncan was being refused assistants in walking ?? she said she would look
in to it!!! she (nurse) never returned THEN Sgt. Bedetie refused plaintiff Duncan
his food because the plaintiff couldnot walk out and get it!!!
this shows that both united (5) staff ahd medical knew that Duncan needed assistants
in walking and ALL of them refused him - - his right to have FOOD,SHOWERS,EXERCISE,
POD TIME!!! this is under the (8) Eighth Amendment as both crule and unusual punishment
enddeliberate indifference!!!
In exhibit5 this shows that back in 2/9/00 that a Denver Doctor ORDERED in # 4- -
Instruction - -NO LEFTING and NO BENDING and none of thedDOC or SCF medical staff
followed his orders!! The SCF medical staff and united (3) three staff ordered
the plaintiff into a REGULAR CELL and not a handicapped cell - -( in a regular cell
the plaintiff must BEND his back some 65 degrees in order to get in and out of bed!!
this really hurttthe plaintiffs Back11 and the plaintiff completed about it to
both medical and united (1) staff and both of them refused to move PLaintiff Duncan
into a handicap cell untell just (6)sixs months ago!! for (6)six years that 2,190
days the plaintiff had to bend his back to get in and out of bed!! plaintiff
Duncan believes that,that shows DISCRIMINATION against the plaintiff for (6) sixs
years by the DOC and SCF medical staff and the C/Os that also refused the plaintiff
this right to be free from PAIN !!

I've tryed to tell and show the JUDGE THAT was on the hearing ADA board about my left leg and foot!! Plaintiff would like you to see EXHIBIT 6 part known as - - INDICATION"PAIN" noted and then in FINDING'S and IMPRISSION please read - - plaintiff Duncan dose not understand it "but" knows that his left foot from the ankle to his toes are and have been numb and in pain sence the 2/9/00 opperation plaintiff Duncan cannot move his toes or his foot from his ankle down!!sence that opperation!! Please see EXHIBIT "O" the ELectroneurodiagnostic report Dated June 29,2002 — there has never been a followup on or sence Please read both the FINDING; plaintiff has been refused to see that attached data. and then please see IMPRESSION - - this also is prove that offender Duncan back and left leg are and have been both painful and fibrillation and gapping All of this started at or around 2/9/00!!! plaintiff hopes that this helps you see that the DOC andSCF medical and regular staff have been DISCRIMINATING against the plaintiff for the last (7) seuen years!! Please understand that all this time the plaintiff has been and stellis in PAIN coused by the DOC and SCF medical staff NEGLECT of the plaintiff and the fact that both the United (5) and UNited (1) staff has both refused the plaintiff the right to food for three (3) days well (4) four days county the day that Sgt Beattie in united (5) now if this is right then to refused food to a mentally and physically handicap person dose show (( prijudice and discrimination )) against that person?? Plaintiff is Sarry that he was unable to get the step III (3) grievances answers the DOC grievance officer in Colorado Spring is holding them in hopes that the time has gone by and that this case hads failed becouse if it??

JAMES R. DUNCAN  DOC# 41762

/s/ James R Duncan
41762