# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

**APPOINTMENT**
Page 1 of 1

Printed By: WEBSTER, BRIAN R
Printed at: 11/16/2005 14:47:56
Encounter#: 1098387

| 41762 | DUNCAN, JAMES R | Facility: SF | LU: SCF/UNIT03 | B | 1 | 2 | B |

Temperature: 94.7 | Pulse: 86 | Weight: 247
Respiratory: 16 | BP: 133 / 86
Vitals Taken: PULSE OXSYM=98.00; HEIGHT=66.00;

### SUBJECTIVE
Active Medication(s): CAPOTEN - 25 MG; COLACE - 100 MG; K-DUR - 10 MEQ; LASIX - 40 MG; NAPROSYN - 500 MG; PAMELOR - 25 MG; ZANTAC - 150 MG
Kite to renew front closure shirts.
Also, toes of Lt foot don't bend like they used to x 18 mos.

### OBJECTIVE
Unable to flex toes. Passive r.o.m. of toes are dramatically reduced.

### ASSESSMENT
Bilateral shoulder O.A. with impingement

### PLANS / ORDERS

1. Allergies: No Known Allergies

2. X-Ray Lt Foot, both shoulders.

3. D/C - Rx#: 1934444  Drug Brand Name: PAMELOR - 25 MG  Alternate Name: NORTRIPTYLINE  Rx Date: 06/16/2005  Disc Date: 11/16/2005  Rx Instructions: ONE CAPSULE AT BEDTIME

4. NEW - Rx#: 1994584  Drug Brand Name: VITAMIN B-6 - 50 MG  Alternate Name: PYRIDOXINE  Rx Date: 11/16/2005  Disc Date: 11/11/2006  Rx Instructions: ONE TABLET DAILY

5. NEW - Rx#: 1994586  Drug Brand Name: PAMELOR - 25 MG  Alternate Name: NORTRIPTYLINE  Rx Date: 11/16/2005  Disc Date: 05/15/2006  Rx Instructions: 2 CAPS AT BEDTIME X 14 DAYS, THEN 4 CAPS AT BEDTIME, THEREAFTER...AS TOLERATED

6. Medical Housing Restrictions: Added: LOWER BUNK; NO STAIRS;

7. Medical Work Restrictions: Added: EXCERCISE; INTENSIVE;NO BENDING;NOHVY-LIFT - No lifting > 10 lbs.;WRK-CONSIS;

8.

9.

10.

Datetime: 11/16/2005 14:16
Providers: WEBSTER, BRIAN R

PA/NP/RD __Webster PAC__ PHYSICIAN _____ NURSE __Clawson LPN__
Datetime: 11/16/2005 14:16    Provider: 5578    DateTime 11-16-05  1505

## VISION SCREENING

PATIENT NAME _Duncan, James_
DOC # _4176 2_                         DATE _3/18/04_

1. According to the Snellen chart, is the patient's corrected central visual acuity in the better eye more myopic than 20/200?        Yes   **(No)**   (Circle one)

2. Other than myopia, are there any other problems which would interfere with his/her vision, e.g. cataracts or glaucoma?    Yes   **(No)**   (Circle one)

   If yes, what?

*(If your answer to either of the above questions is No, this patient does not meet the Montez criteria for a vision disability and may not qualify for an accommodation)*

Does the patient wear glasses?                        **(Yes)**   No    (Circle one)
Is the patient completely blind in both eyes?         Yes   **(No)**   (Circle one)
If no, is the patient completely blind in one eye?    Yes   **(No)**   (Circle one)
*("Blind" is defined to mean that the patient has NO SIGHT beyond distinguishing light and dark)*

3. Give Snellen values for corrected vision in each eye: R _____25____  L __20/20__
   *(Also attach copy of results of patient's most recent exam conducted by ophthalmology clinic)*

4. Has the patient been prescribed any special home treatment (eye drops, compresses, etc), medication or exercises for his eye problem?   Yes   **(No)**   (Circle one)

   If yes, what? Does it appear that the patient compliant with the treatment regimen?

*If you have determined that this patient meets the Montez criteria, contact the AIC to discuss what accommodations, if any, are appropriate.*

Signature & Title: _[signature]_    _SINGH, G_    _MD_

DEFENDANT'S EXHIBIT F

#555

exhibit 3

DC FORM 850-4A (10/04)

RECEIVED
1 8 2006

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **SF06/07-0100-2**  STEP (Circle One) 1 **2** 3   ADA? Yes ☐ No ☒

NAME **Duncan J**   DOC NO. **41762**   FACILITY **SCF D-4**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

10-6
10-13
got little

Subject of Grievance and Requested Remedy: I recieved grievance 3 months late!! I can not read c/o 8729 writing!! By me a typewriter and type each grievance!! How's that?? ~~[redacted]~~ did see me walk without my cane, I used a "Broom" to use as for assistan please see videos of march 30, 31 and April 1. 2006 of A pod in acity!! All white staff are guilty of physically & mental abuse!! And are all guilty of refuseing the offender Duncan food for those 3 day!! a "Handicapped" food for 3 days remedise!! Never refused food to and one Handicapped or not!! please see A pod video of march 30, 31 and

DATE: **9-16-06**  OFFENDER SIGNATURE **Duncan 41762**

DATE RECEIVED: **10-1-06**  RESPONDING STAFF SIGNATURE & ID **Clare 7902**

**RESPONSE**

You stated C/o Aguirre has seen you walk without a cane. By your own admittance you could have retrieved your own meal, but chose not to. Greivance Denied

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 10-1-06 | SIGNATURE/ PRINT NAME & STAFF ID # Clare 7902 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Property | |
| DATE: 9/17/06 | SIGNATURE/ PRINT NAME & STAFF ID # R. Manning 16526 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 10-4-06 | OFFENDER SIGNATURE/ PRINT NAME & DOC # Duncan 41762 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

#412

AUG 3 0 2006
DC FORM 850-4A (10/04)

exhibit -3-A

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **SF06/07-0100-2**   STEP (Circle One) 1 **(2)** 3   ADA? Yes ☐ No ☒

NAME: **Duncan J**   DOC NO. **41762**   FACILITY **SCF U-**

9-17
9-24
Cpt Little

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: [handwritten grievance, largely illegible — concerns received answer 3 months late, C/O Monroe #8729 did not investigate, video from March 30 and April, C/O not letting him walk with a broom as assistant, being a handicapped person, unable to walk without assistance, Sgt Gibson, has never been able to walk without assistance, requests remedy regarding handicap accommodations]

DATE: **8-28-06**   OFFENDER SIGNATURE **Duncan 41762**

DATE RECEIVED: _____

RESPONDING STAFF SIGNATURE & ID: _____

**RESPONSE** Cannot Read Grievance. Please re-submit legibly.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 09-05-2006 | SIGNATURE/ PRINT NAME & STAFF ID # Gary Little / 7538 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Property | |
| DATE: 8/29/06 | SIGNATURE/ PRINT NAME & STAFF ID # R. Manning 6526 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 9-4-06 | OFFENDER SIGNATURE/ PRINT NAME & DOC # Duncan 41762 |

Original: Department File/AIC   Copies: Working File, Administrative Head, ▓▓▓, Medical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

#15!

3-A-1
DC FORM

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FO

RECEIVE
JUL 25 2006
ADA

Grievance Number: SF06/07-0100-1    STEP (Circle One) ① 2 3

| NAME: Duncan J | DOC NO. 41762 | FACILITY S |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED.
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

8-12
8-19
Mr. White

Subject of Grievance and Requested Remedy: Physically and mental abuse on a handicap inmate, by "all" of unit one staff!! on 3-22-06, Duncan was placed in unit one Seg. Pod - Cell 406 and had his cane taken "Duncan cannot walk without assistance" on 3-30-06 at noon meal c/o Aguirre refused Duncan his meal because inmate Duncan could not walk out and get it without assistance (now this is also an issue) because Duncan could not get his own food he was refused food for the next 3 days!! This was only on one persons (orders!) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ now this order was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ being without his cane, Duncan was also refused the right to exercise, shower, pod time and "food" "no staff member can use food as a sanction against an offender!" this is one of your needed Remedies! when placing a Handicap inmate in Seg. and removing his cane give him his food - exercise, and pod time hours

| DATE: 4-5-06 | OFFENDER SIGNATURE: Duncan 41762 |
| DATE RECEIVED: 8-18-06 | RESPONDING STAFF SIGNATURE & ID: A. S. McMelin 8729 |

RESPONSE:
After speaking with c/o Aguirre, c/o Aguirre stated that he did not partake I/m Duncans cane. c/o Aguirre did state that he visually seen I/m Duncan 41762 walking around without a cane while housed in unit. No staff member I spoke with, said that they took his cane. With information present, I state that the grievance be denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 8-21-06 | SIGNATURE/PRINT NAME & STAFF ID #: S. McMahon / Shan McMahon 8729 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: 4-6-06 | SIGNATURE/PRINT NAME & STAFF ID #: D. Snyder 1878 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 5-24-06 | OFFENDER SIGNATURE/PRINT NAME & DOC #: Duncan 4172 |

Original: Department File/AIC    Copies: Working File, Administrative Head Office, Medical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*Original 2-3-06*
*Medical*

*exhibit 4*

DC FORM 850-4A (10/

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number  C-SF05/06-701          STEP (Circle One)  1  (2)  3          ADA?  Yes ☐  No ☒

| NAME | DUNCAN, J | DOC NO. | 41762 | FACILITY | SCF #3 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

This grievance is for P.A. Webster, Capt. Gibson, and the Unit 5 staff, all of which did not answer my previous grievance. While I was in segregation in December, I was refused the right to be in orange, to exercise, to have pod time and to shower. This all came about because I am a handicapped inmate and I needed assistance with walking. I asked for, but was refused, any assistance by way of a cane, a walker or a wheelchair. I was refused this assistance by Medical and by Capt. Gibson of Unit 5. Because of this refusal, I was not afforded the opportunity to eat at times, because I could not walk out and get food. If you review the video on 12/21/05, you will see that Sgt. Bady denied me breakfast on that morning because I was not able to walk out and receive the meal. All through my time in segregation the cellhouse 5 staff showed gross disregard and discrimination towards me, and all of this occurred only because I am a handicapped inmate that was not given assistance with his walking.

The requested REMEDY is obvious: In the future, any handicapped person that is taken to cellhouse 5 should be allowed any assistance that they require, wheelchair, cane etc..., if they have trouble walking. This will assure that they are able to exercise, have pod time, receive food, and shower. In addition, as mandated by D.O.C. regulations, no handicapped inmate should ever be treated inhumanely because of any handicap that they possess, whether that be in the cellhouse or in SEGREGATION.

*Re-did as requested*

DATE: 2-15-06   OFFENDER SIGNATURE: Duncan 41762
DATE RECEIVED: 2/23/06   RESPONDING STAFF SIGNATURE & ID: J.H. Fortunato 12970

RESPONSE: I agree that handicapped individuals should be allowed assistive devices that do not impair security in any way. Hopefully this is not a problem now or in the future. I however do not have any evidence or knowledge of your handicap being neglected @ SCF by any provider or security. Thank you.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 2/23/06 | SIGNATURE/PRINT NAME & STAFF ID # J.H. Fortunato  12970 - J.G. Fortunato DO |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: 2-17-06 | SIGNATURE/PRINT NAME & STAFF ID # Sheri Helbert   S. HELBERT #13356 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 3-15-06 | OFFENDER SIGNATURE/PRINT NAME & DOC # Duncan 41762 |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Snyder 2500 4-A
Medical) DC FORM 850-4A (1

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-SF05/06-701   STEP (Circle One) 1 (2) 3   ADA? Yes ☐ No

| NAME Duncan J | DOC NO. 41262 | FACILITY unit 3 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: P.A. Webster did not answer this grievance of [illegible] nor did Capt. Gibson nor unit 5 staff!! its against laws of [illegible] !! by refusing me the right to exercise, shower, or the right to be in oranges and have pod time!! This shows your prejudice and discriminating against a handicap inmate!! you must give up person assistance in walking if you take away their way of walking!! There is other ways to assistance them and I had asked for them and was also denied them!! - wheelchair - walker - cane!! I was refused stuff!! by both medical and the unit 5 captain and in fact refused food because I could not get up and get! without assistance!! Set Body Cam up please see the C-pod video on the 12-21-05 at the breakfast time!! by refusing me assistance to walk you denied me the right to exercise, shower, pod time and food!! Remedies!! If you take a handicap person's unit 5 and the only was to walk you must replace it with a cane - wheelchair - or walker!! never refuse them the right to exercise - shower - pod time - food!!

DATE: 1-24-06   OFFENDER SIGNATURE Duncan 41262

DATE RECEIVED: 1/31/06   RESPONDING STAFF SIGNATURE & ID [illegible] 12870

RESPONSE: Please re write kyte as I am sorry to say I can't understand what you are trying to say

are you making fun of me because I'm dyslexica??? Duncan 41262

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 1/31/06 | SIGNATURE/PRINT NAME & STAFF ID # Q.G. Fortunato 70 [signature] |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: 1-26-06 | SIGNATURE/PRINT NAME & STAFF ID # S. Herbert #1335b |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # no show for appt 2/10/06 to receive grievance response SH |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

exhibit 5

## DENVER HEALTH MEDICAL CENTER

### Discharge Record / Instructions Page 1 of 2

(Multidisciplinary - To be completed by physician and nurse)

```
STWIED
2 10 88 53
DUNCAN ,JAMES
41589292               04/01/194?
A/D   02/09/00
PCP
```

Admission Date: 2/9   Discharge Date: 2/15/00

PCP: _____   Attending: Dwyer

Resident: Students   Intern: _____

Diagnosis: Spondylosis / HNP

**FOLLOW-UP PLAN:**

1. Follow Up Visit / Appointments: (Doctor, Site, Date)   Appts made ☐   Patient to call for appts. ☐

   1 month ortho spine
   1 week pcp

2. Medications: 1. Resume Regular meds.
   2. Percocet → Vicodin for pain → see order sheet
   3. Valium prn

   O₂ to keep SATS > 90%. — especially at night.

3. Call Your Doctor: ORTHO ON CALL At _____ (Phone #) OR _____ (Phone #)
                              (Name)

   **If you develop problems or have questions before your follow-up visit.**

4. Instructions (Diet, activity, wound care, exercise, etc.)

   Diet ☑ Regular ☐ Other _____   Activity Restrictions: ☐ None ☑ Lifting
   Brace when ambulatory   No lifting / No Bending

   Incisions and Dressing Tubes/Drains: Instruction sheets provided
   Keep wound covered until staples are out.

5. Pending Labs or Procedures: _____

**These instructions have been explained and a copy has been given to me:**

Signatures: Patient / Significant Other _____   RN/LPN _____

Discharge Date: _____   Time: _____   Disposition: _____   With: _____

545

exhibit # 6

## COLORADO DEPARTMENT OF CORRECTIONS
## X-RAY REQUEST/REPORT

Sterling Correctional Facility
12101 Highway 61
Sterling, CO  80751

REGARDING:     James Duncan

BD:  04/01/48     #:  41762     Webster, PAC

EXAMINATION DATE:     12/01/05

EXAMINATION:     THREE VIEWS OF THE LEFT FOOT

INDICATION:     Pain.

FINDINGS:     Degenerative changes at the Achilles tendon insertion and plantar spur are noted.

Increased sclerosis in talus in the region of the tibiotalar joint and mild joint effusion in the ankle noted. This region is incompletely evaluated. If clinically appropriate, three views of the left ankle joint might be of help. No displaced fractures of the foot.

**IMPRESSION:** **Sclerosis of the talus in the region of the tibiotalar joint, incompletely evaluated. Degenerative changes of the Achilles tendon insertion and a plantar spur noted. Small ankle joint effusion. If clinically appropriate, follow-up three views of the left ankle might be of help.**

INTERPRETED BY: Edward Pinkus, M.D.

ki
#57

DD:  12/06/05     DT:  12/07/05

Exhibit O



# H. Rai Kakkar, M.D.

Diplomate, American Board of Psychiatry and Neurology
Adult Neurology • Electroneurodiagnostics • Geriatric Neuropsychiatry

June 29, 2002

DOC/PCP Sterling Correctional Facility

Re:   JAMES DUNCAN

**ELECTRONEURODIAGNOSTIC REPORT:**

**REASON FOR TEST:** Numbness and tingling in the left foot on the inner aspect since 1998, before patient's lumbar surgery in 1998, with L5-S1 fusion seen on x-rays dated May 2000. The patient reports that surgery has not significantly benefitted his symptoms.

**PROCEDURE:**
1. Nerve conduction study left lower extremity, including H reflex.
2. Needle EMG left lower extremity.
3. Lumbosacral paraspinous muscles were not tested due to significant scarring due to surgery.

**FINDINGS:** Please see attached data.
1. Nerve conduction study: Left sural sensory response was absent. Conduction velocities were borderline abnormal, with minimal slowing of the left peroneal and left tibial nerve.
2. H reflex study on the left side was absent, and H reflex response was present on the right side. This indicates left S1 nerve root involvement. Acuteness or chronicity cannot be determined due to absent H reflex response, and such may be due to residual of old radiculopathy noted in 1998.
3. Needle EMG left lower extremity: Abnormal findings were noted in the long head of the biceps on the left side, lateral gastroc on the left side and extensor digitorum brevis muscle atrophy, with fibrillation and gapping noted.

**IMPRESSION:**
Abnormal study. Findings indicate radiculopathy in L5 and S1 supplied muscles. H reflex study was abnormal, which is S1 nerve root dependent. Findings do correlate with patient's symptomatology of left foot paresthesias, and it is likely secondary to radiculopathy rather than a peripheral nerve entrapment.

Further correlation is being deferred to Sterling DOC/PCP. An updated MRI scan study may be of significant value.

Thank you for requesting electroneurodiagnostic assessment of this patient.

Sincerely,

H. Rai Kakkar, M.D.

HRK/aci.drb-19392

RECEIVED
JUL 2 2 2002
SCF Clinic

ADVANCED NEUROLOGY of COLORADO

14100 East Arapahoe Road, Suite 210, Centennial, Colorado 80112
1455 South Potomac, Suite 211, Aurora, Colorado 80012 — telephone: 303.750.8988 • fax: 303.750.8979