2/2/07

Attn/ Senior Judge
John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 5 2007
GREGORY C. LANGHAM
CLERK

RE: 92CV00870 - Thomas, #98562

Dear Judge I have file an objection to the dismissal of my claim or final oder. By Judge Richard M. Bochers. First I would like to point out that the quality of my medical care there were none. I was @ Camp George West here in Golden Colorado for ten months. Eight months of that time I had suffer a great deal of pain. This facility did not have a med line for ofenders your not allow @ the Camp if you have a medical problem. Instead of taking me to a medical facility they put me on a list that took over three weeks to go to. This was Denver Reception and Diagnostic Center. It was clear that I was in pain once I got their I was told to stay off work and was going to be put on the list to go to a medical facility in Sterling Colorado which took them six months. Once I got to Sterling the medical staff had no record of why I was their. - OVER -

Before they ship me to the Sterling Medical Facility I had three weeks left to be release. Which was 11-4-05 The medical staff would not treat me at all. There statement was that I'm being release real soon and to see my own doctor once I'm release. So once again I did not get any medical attention at all. Due to me being release within two week. This is clearly discretion and abuse. All offenders are title to medical attention know matter when there release date is. This is the State law. Sir a great deal of my medical problem is because the lack of medical attention. So I am writing this letter to say that the Judge Richard Borches disallow me to present all the evidence in this claim. And I am objecting to the final order by Judge Richard M. Borches. @ this time I can be reach @ P.O. Box 16700 Golden Co 80401 Suite 7-C. I am preparar to wait til hell freezes over to hold the Department of Correction

Responsible for the quality and the lack of medical attention with the Department medical staff. This is not new information about the Department poor if any medical problems. If you have been incarcerated with the Department and had or have a medical problem then you would know were I'm coming from and would be writing this same note that I'm writing S.R. This matter should not go undone. This claim need to be look @ by the appropriate personel. Thank you for your time

Wayne Thomas