Case No. 1:92-cv-00870-CMA-MEH   Document 2512   filed 02/05/07   USDC Colorado   pg 1 of 1

OFFICE OF THE CLERK
STATES DISTRICT COURT
FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 5 2007

GREGORY C. LANGHAM
CLERK

Doc. 2493 — Minute Order

017H15524679
HASLER
$0.630
01/25/2007
Mailed From 80202
US POSTAGE

Gaudalupe Ramirez #112701
P.O. Box 1010
Canon City, CO 81215-1010

NIXIE      808     1         39 02/01/07
         RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 80294250151        *0420-01301-25-46