ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
IVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 5 2007

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.63⁰
01/25/2007
Mailed From 80202

Doc 2493 Minute Order

Dexter Gail Millican #86568
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

NIXIE       808      1       39 01/31/07
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 80294250151         *0420-01544-25-46