OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 5 2007

GREGORY C. LANGHAM
CLERK

E/ISP Doc 2493 Minute Order

Vernest M. Jones #98313
LCF
49030 Highway 71
Limon, CO 80826

NIXIE   808   1   39 02/01/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   *0420-00416-25-46