

Vernest M. Jones #98313
LCF
49030 Highway 71
Limon, CO 80826

CANNOT LOCATE
92-cv-870    EWN
#2495, 2496, 2499, 2498, 2497

MAIL ROOM
JAN 8 2007
RECEIVED