et, Room A105
30294-3589
INESS

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address

Guadalupe Ramirez #112701
P.O. Box 1010
Canon City, CO 81215-1010

☑ Not Deliverable As Addressed
Unable To Forward
☑ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☑ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

CANNot LOCATE
92-CV-870

#2496, 2495, 2499, 2498, 2497

EWN - OES