IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-200
Category Untimely Filed Claim
Claimant: Ronnie Smith, #90402
Address of Claimant: 3170 Lawrence Street, Denver, CO 80205

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on the claim of Ronnie Smith. In the claim form, Claimant stated that he was incarcerated on June 6, 2006. He checked the boxes for mobility impairment, vision impairment and diabetes.

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was that document that settled the case and established the class. In order to file a claim, an inmate or former inmate had to allege that he was disabled on or before August 27, 2003 and was subjected to discrimination prohibited by the ADA. Inmates or former inmates who became disabled after that date could not file a claim but could pursue a separate lawsuit on their own.

Claimant was issued a show cause order to indicate why his claim should not be dismissed. Despite being granted up to and including January 29, 2007 in which to respond, Claimant has filed nothing further.

Claimant has alleged that he was incarcerated and disabled on or after June 6, 2006. He is not part of the class and may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this

Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 1, 2007.**

SIGNED this 5th day of February, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master