IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-201
Category: Untimely Filed Claim
Claimant: Larry Glover, #65371
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on his own motion. Claimant Larry Glover sent a letter to the Special Masters. No claim form has ever been filed by Claimant. He was granted time in which to file a claim, but nothing further has been received from him.

      The Special Masters only have jurisdiction to deal with claims filed pursuant to the Americans with Disabilities Act and Rehabilitation Act. This is a result of approval by Judge Nottingham of the Remedial Plan on August 27, 2003. A claimant has a right to file a claim if he was disabled on or before that date and subjected to discrimination prohibited by the ADA. The Special Masters have no jurisdiction over any other aspect of this case, except for the claim process set forth in Paragraph XXXII.

      Claimant was provided a claim form and information sheet. He was granted up to and including February 1, 2007 in which to file a claim. He has not filed anything further.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 1, 2007.**

SIGNED this 5th day of February, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master