IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-203
Category Untimely Filed Claim
Claimant: Felix Dino Trujillo, #48900
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on the claim of Felix Dino Trujillo. In his claim form, Claimant stated that he was incarcerated from 1987 to 2002. He stated further that he was incarcerated again in April, 2006. He checked the boxes for mobility impairment and diabetes.

    The Remedial Plan was approved by Judge Nottingham on August 27, 2003. It was that document that settled the case and established the class. In order to file a claim, an inmate or former inmate had to allege that he was disabled on or before August 27, 2003 and was subjected to discrimination prohibited by the ADA. Inmates or former inmates who became disabled after that date could not file a claim but could pursue a separate lawsuit on their own.

    All allegations in the claim appeared to relate to what has occurred since Claimant returned to DOC custody. Claimant was given the opportunity to indicate why his claim should not be dismissed. Claimant has filed nothing further. He cannot pursue his claim, as all of his allegations relate to actions occurring after August 27, 2003.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

    IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May**

**1, 2007.**

SIGNED this 5th day of February, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master