OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS






Vernest M. Jones #98313
LCF
49030 Highway71
Limon, CO 80826




CANNOT LOCATE
92-CV-870
#2504, 2505, 2503
EWN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

Claimant Felix Mike Ortega's Request (Motion) for Additional Time (doc. #2452), filed December 22, 2007, is GRANTED. Mr. Ortega shall have until February 28, 2007 to file his objections to the Final Order of Special Master (doc. #2355).

---

Dated: January 31, 2007