

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

REF

Daniel N. Robles #47382
Four Mile Correctional Center (FMCC)
P.O. Box 200
Canon City, CO 81215

Rt. #
Carr. Init.
Date
☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☒ Refused
☐ Attempted / Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

017H15524679
HASLER  $0.63⁰
02/02/2007
Mailed From 80202
US POSTAGE

Comm - ISP

CANNOT LOCATE
92-cv-870
EWN
#2506

NO LONGER
AT Facility