

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

Dexter Gail Millican #86568
Fort Lyon Correctional Facility (F
P.O. Box 1000
Fort Lyon, CO 81038

UTF

CANNOT LOCATE
92-CV-870
#2506, 2504, 2505, 2503, 2495, 2496, 2499, 2498, 2497