IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

___

Claim Number 03-037
Category III
Claimant: James Martinez, #56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

### ORDER OF SPECIAL MASTER – RE: REQUEST TO REVIEW MEDICAL RECORDS AND FOR APPOINTMENT OF COUNSEL AND FOR PRODUCTION OF DOCUMENTS

___

THIS MATTER came before the Special Master upon numerous motions filed by Claimant with both the Special Master and the U.S. District Court. Those motions filed with the U.S. District Court have been referred back to the Special Master.

Claimant was scheduled to have his *Montez* claim heard on May 8, 2006. At the onset of the hearing, Claimant requested and was granted a continuance. Since that time, Claimant has filed numerous motions as well as a partial witness list. Claimant's motions will be addressed herein.

1. Request for Appointment of Counsel. Claimant has had this motion denied by Order of U.S. District Court Edward W. Nottingham on May 31, 2006. The Remedial Plan does not contemplate appointment of counsel.

2. Partial Witness List. The Special Master understands that Claimant is in a difficult situation with respect to being able to provide addresses and telephone numbers for specific witnesses. However, the Remedial Plan does not give the Special Masters subpoena power. Therefore, only those witnesses who are in the current custody or employ of the Colorado Department of Corrections may be compelled by the Special

Master to testify either in person or by telephone. Any witnesses outside of the jurisdiction of the Colorado Department of Corrections must appear voluntarily. Claimant is hereby ordered that within 30 days of the date of this order, he is to file a new witness list with the Special Master which includes the names, titles and general locations (such as Sterling Correctional Facility) of any witnesses who are requested to be called by Claimant. The Special Master will then have his staff coordinate with the Defendants to determine which witnesses can be made available and which witnesses that are outside of CDOC jurisdiction (e.g., personal doctor, spouse) may appear by telephone or personally based upon security concerns and legitimate penological interests.

3. Production of Medical Records. Pursuant to general orders previously issued by the Special Masters and the U.S. District Court, Claimant has a right to review his medical records, have them present at the hearing and be provided 10 free copies. Within 30 days of the date of this order, Defendants are to arrange for Claimant to review his medical records and to receive 10 copies at no charge to Defendant.

4. Resetting of Hearing. The Special Master, upon his own motion, will set a new hearing date on Claimant's *Montez* claim sometime in the fall.

IT IS HEREBY ORDERED that Claimant's Request for Appointment of Counsel is DENIED; and

IT IS FURTHER ORDERED that Claimant has 30 days from the date of this order to provide a new, complete witness list; and

IT IS FURTHER ORDERED that Defendants have 30 days from the date of this order to arrange for Claimant to review his medical files; and

IT IS FURTHER ORDERED that Claimant is to be provided 10 free copies; and

IT IS FURTHER ORDERED that a new hearing date will be set this fall by the Special Master upon his own motion; and

IT IS FURTHER ORDERED that all previous orders entered remain in full force and effect.

SIGNED this 26th day of June, 2006

BY THE COURT:

Richard C. Davidson,
Special Master

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – re: REQUEST TO REVIEW MEDICAL RECORDS AND FOR APPOINTMENT OF COUNSEL AND FOR PRODUCTION OF DOCUMENTS this ____ day of June, 2006 to the following:

Mr. James Martinez, #56997
SCF
P.O. Box 6000
Sterling, CO 80751

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Susan L. Carter