CE OF THE CLERK
d States District Court
9th Street, Room A105
er, CO 80294-3589

IAL BUSINESS

ITF



017H15524679
HASLER $0.63 9
02/02/2007
Mailed From 80202

Vernest M. Jones #98313
LCF
49030 Highway 71
Limon, CO 80826   WM ISP

CANNOT LOCATE
92-CV-870
#2506
EWN-OES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

Re: Claimant Daniel N. Robles, Claim number 02-296

**ORDER**

Kane, J.

This matter is before the court on Claimant, Daniel N. Robles' Objection to the Final Order by Special Master (doc. #2334), filed October 13, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The claimant's complaints regarding quality of his medical care are beyond the scope of this case and must be raised by a separate individual action, and not as part of the remedial plan in this case. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2297) is AFFIRMED.

Dated:   February 1, 2007

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT