Civil Action.No.92-N-870(OES) Consolidated for all purposes with Civil Action No. 96-N343)

Jesse (Jesus) Montez,et al.

Plaintiffs,

V.

Bill Owens,et al.

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER COLO.

FEB 15 2007

GREGORY C. LANGHAM

---

Claim Number.

Catagory. II

Claimant Felix Mike Ortega

Address Claimant HCCC 304 Ray Sandoval Street Walsenburg Co. 81089

---

### Objections to the order of the Sprcial Masters

Argument

1.) III Definition: The Remedical Plan Colorado Department of Corrections August 27.2003 States:

A) Coverd disabilities the persons covered by this plan are individuals with Mobility, Hearing, and Vision impairments and inmates with Diabetes.

B) Permanent Disability / Impairments
Definition - A condition which is not expected to improve within six months

C) My disability that I suffer from is diabetes which is not expected to improve in six months. It has affected my eyesight.feet, circulation in my legs and mobility. How can the Department of Corrections contradict their statement in the Remedical Plan that states a condition which is not expected to improve within six months that includes diabetes.

D) DRDC Reception Center Processing; disabilities arising after DRDC intake. When I arrived at Huerfano Correctional Center I had no problems with my diabetes or my health it started when my insulin was changed to a sliding scale then to 70/30 insulin thats when my body was affected , my eyesight, mobility, circulation in my legs. I had eye surgery done but my left eye is still not clear. Also it was stated that I refused eye glasses here is a copy of my receipt were I signed for my glasses. I was not informed about the ADA Grievance or any information about a diabetic spokesperson from DOC to ask questions involving my diabetes. I did not go through DRDC I was brought straight from Denver County jail on April 4. 2004.

(1)

Argument Cont:

E.) My mobility is affected by my diabetes on a few occations my blood sugar was 39,40, 41 and 29 on these occations I was in medical were the nurse has to bring me back from diabetic shock it could of resulted to diabetic coma I don't even know I got to medical. The medical nurses know about these incidents because they treated me I had to wait untill I knew where I was at before I could go back to my unit.

F.) My vision is not 20/20 with glasses or with the laser surgery. The doctor at Rocky Mountain eye Center said he could not prescibe me any set glasses because of my diabetes and my eyes fluctuates. I can't see far even with my glasses. My right eye is ok its my left that I have problems with. Iam never going to have 20/20 vision eyesight again.

G.)

## CONCLUSION

When I came to Huerfano Correctional Center on April 4, 2004 I had no problems with my diabetes, Vision, Mobility. I was in good health I was taking my insulin like always untill my insulin was changed then I started having problems with my Vision, it got worse as well as my mobility my sugar is hard to control even with insulin pills and a diabetic diet. I am sending a copy of my health problems that I got from the doctor. I also want the court to know that I had a job as a cook in one of Denvers best restaurants. I walked (15) fifteen blocks to and from work everyday I stood for about (10) ten hours a day with no problems now I can't even do that. The only thing I can do is Apply for SSD because nobody wants to hire a worker who can't put in eight (8) hours a day. Everything that I have stated since filing this claim is the truth I have nothing to gain by claiming false accusatons

*Felix Mike Ortega* 2-13-07
Felix Mike Ortega #63216
HCCC
304 Ray Sandoval Street
Walsenburg, Co 81089

(2)

CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Objections to the Order of the Special Masters this 13th day of Febuary 2007 to the following Parties:

Clerk of the District Court of Colorado
901 19th Street room A105
Denver, Co. 80294

Bruce D. Pringle
Special Masters
Legal Resolution Center
7907 Zenobia Street
Westminister, Co. 80030-4444

*Felix Mike Ortega* (signature)
Felix Mike Ortega #63216
HCCC
304 Ray Sandoval Street
Walsenburg, Co 81089

(3)

# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 63216 - Name: ORTEGA, MIKE

| ICD Code | PROBLEM Description | Status | Since | Provider |
|---|---|---|---|---|
| 789.00 | ABDOMINAL PAIN, UNSPECIFIED SITE | Active | 01/22/2007 | TRUJILLO, ROBERTA |
| Comments: | | | | |
| 070.54 | CHRONIC HEPATITIS C WITHOUT MENTION HEPATIC COMA | Chronic | 12/07/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 250.60 | DIAB W/NEURO MANIFESTS TYPE II/UNS NOT UNCNTRL | Chronic | 12/07/2006 | MCCLINTOCK, KEVIN L |
| Comments: PERIPHERAL NEUROPATHY | | | | |
| 250.70 | DIAB W/PERIPH CIRC D/O TYPE II/UNS NOT UNCNTRL | Chronic | 12/07/2006 | MCCLINTOCK, KEVIN L |
| Comments: PVOD | | | | |
| 716.90 | UNSPECIFIED ARTHROPATHY SITE UNSPECIFIED | Chronic | 12/07/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 250.50 | DIAB W/OPHTH MANIFESTS TYPE II/UNS NOT UNCNTRL | Chronic | 11/06/2006 | MCCLINTOCK, KEVIN L |
| Comments: PROLIFERATIVE LEFT EYE, NON-PROLIFERATIVE RIGHT EYE | | | | |
| 250.20 | DIAB W/HYPEROSMOLARITY TYPE II/UNS NOT UNCNTRL | Chronic | 08/30/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 788.21 | INCOMPLETE BLADDER EMPTYING | Chronic | 08/30/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 690.11 | SEBORRHEA CAPITIS | Chronic | 08/30/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 564.00 | UNSPECIFIED CONSTIPATION | Chronic | 08/30/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 110.1 | DERMATOPHYTOSIS OF NAIL | Chronic | 06/07/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 600.00 | HYPERTROPHY OF PROSTATE W/O URINARY OBSTRUCTION | Chronic | 04/26/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 791.0 | PROTEINURIA | Chronic | 04/26/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 272.0 | PURE HYPERCHOLESTEROLEMIA | Chronic | 04/26/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 593.9 | UNSPECIFIED DISORDER OF KIDNEY AND URETER | Chronic | 04/26/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 788.20 | UNSPECIFIED RETENTION OF URINE | Chronic | 04/26/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 719.41 | PAIN IN JOINT, SHOULDER REGION | Chronic | 03/01/2006 | MCCLINTOCK, KEVIN L |
| Comments: RIGHT SHOULDER | | | | |
| 556.2 | ULCERATIVE PROCTITIS | Chronic | 02/22/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 599.7 | HEMATURIA | Active | 02/08/2006 | MCCLINTOCK, KEVIN L |
| Comments: | | | | |
| 719.40 | PAIN IN JOINT, SITE UNSPECIFIED | Chronic | 02/08/2006 | MCCLINTOCK, KEVIN L |
| Comments: RIGHT SHOULDER | | | | |
| 250.30 | DIAB W/OTH COMA TYPE II/UNS NOT STATED UNCNTRL | Chronic | 05/16/2005 | TRUJILLO, ROBERTA |
| Comments: | | | | |

FORM 13-75A

████████████████████████████████████

**Inmate/Resident Name:** _Ortega_____ _Mike_____
                          Last              First            Middle

**Inmate/Resident Number:** _63216_____

I have received the following:

_1 pr of glasses c soft case_
                (Item)

**Received by:** _[signature] Felt Ortega_      _03/30/06_
                 Inmate's Signature              Date

**Issued by:** _____      _03/30/06_
               Signature/Title                   Date

**Property of Corrections Corporation of America**          Revised JAN 2005