Duncan Leach-1242458
3 Jester Road
Richmond, TX 77469

February 12, 2007

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 5 2007

GREGORY C. LANGHAM
CLERK

Gregory C. Langham
Clerk of the U.S. District Court
Alfred A. Araj Federal Courthouse
901 19th Street
Denver, CO 80202

re:  Montez v. Owens, Civ. Action No. 92-cv-00870-EWN-OES
     Duncan Leach, Claimant-Claim Number 03-087

Dear Clerk of the Court,

On February 6, 2007, Judge Nottingham issued a minute order GRANTING my request for copying costs for documents relating to my claim in the above related case. See document number 2511.

At this point I wish to enlarge my request to include specific portions of the hearings transcript in my claim. The hearings took place over the course of two days. I am not certain as to the exact days however one was in early June of 2005 and the second day was in late July 2005.

Specifically, I need the following portions of the transcript and need the costs involved in transcribing those portions of the testimony given.

1.   Day one, my Counsel, H. Earl Moyer's attempt to amend the original claim for damages, the States objection to the attempt and the ruling by the Special Master.

2.   Day two, Testimony provided by Dr. Carey Shames, Cheif Medical Director for the Colorado Department of Corrections.

I do not know if I can incorporate the transcript request into the minute order issued by Judge Nottingham or I need further permission from the court to obtain this needed information. Would you please take whatever steps are needed to obtain the approval needed so that I can obtain the costs associated with obtaining those portions of the transcript. In the event I am unable to obtain portions of the transcript but can only obtain the entire transcript of both days of the hearings please send those costs however, I would like to keep my costs to a minimum if possible.

Your assistance is greatly appreciated, I look forward to hearing from you soon regarding this additional request.

Sincerely,

Duncan Leach
Duncan Leach