

☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted - Not Known
☐ No Such Street  ☐ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due _____

02/01/2007
Mailed From 80202

Daniel N. Robles #47882
Four Mile Correctional Center (FMCC)
P.O. Box 200
Canon City, CO 81215

Comm-ISP

No Longer
at Facility

CANNot LoCATE
92-CV-870
EWN
#2504, 2505, 2503