OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS



Alan Cordwel Spreckelmeyer
1516 D. East 21st Street
Pueblo, CO 81001

92-CV-870   EWN
#2496, 2495, 2499
2498, 2497

☐ Not Deliverable As Addressed
   Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed Unsecured
☐ Attempted Not Known
☐ No Such Street and Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed No Order
☐ Returned to Better Address
☐ Postage Due

UTF