IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number: 02-801
Category: II
Claimant: Kyle Lee Stotler, #83367
Address of Claimant: Unknown

___

### ORDER OF DISMISSAL OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on his own motion. The Special Master was advised in October, 2006 that the claim had been settled. Time was granted to submit documentation reflecting that a settlement had been reached. The order sent to Claimant was returned as undeliverable at the two addresses provided by Claimant. The Special Master notes that Claimant no longer is in custody and has not provided an updated address. The claim will dismissed as having been settled.

      IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

      SIGNED this 28th day of February, 2007.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      Richard M. Borchers
                                      Special Master