IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number: 02-262
Category: III
Claimant: Edward Corbin, #114258
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 809038

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's notice of settlement. This claim has been settled, as reflected in the attached written agreement signed by Claimant.

    IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

    SIGNED this 28th day of February, 2007.

                                       BY THE COURT:

                                       */s/ Richard M. Borchers*

                                       _____
                                       Richard M. Borchers
                                       Special Master