IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-322
Category III
Claimant: Gustavo Santistevan, #110627
Address of Claimant: 1260 W. 46th Avenue, Denver, CO 80211

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER came before the Special Master on February 23, 2007 at 9:00 a.m. for hearing at the offices of Legal Resolution Center, 600 17th Street, Suite 2800 South, Denver, Colorado. Claimant did not appear for the hearing.

      Claimant was notified by mail on December 4, 2006 of the hearing date. The order sent to Claimant was not returned. Claimant further was advised that the failure to appear would lead to dismissal of his claim.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

      IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 14, 2007.**

      SIGNED this 23rd day of February, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master