IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-870-EWN-OES
(Consolidated with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

BILL OWENS, *et al.,*

    Defendants.

---

**MOTION TO WITHDRAW MOTION TO ADMINISTRATIVELY OPEN CASE FOR ENTRY OF JUDGMENT AND FOR PRE- AND POST JUDGMENT INTEREST ON ATTORNEY FEES AND COSTS (Document 2217)**

---

Plaintiffs, by and through undersigned counsel of record, Paula Greisen, Esq., of King & Greisen, LLP, hereby withdraw the above-referenced Motion as the remainder of fees owed were paid in January 2007.

RESPECTFULLY SUBMITTED on this 28th day of February 2007.

                KING & GREISEN

                /Paula Greisen
                Paula Greisen
                1670 York Street
                Denver, CO 80206
                (303) 298-9878

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 28th day of February 2007, I electronically filed the foregoing **Motion to Withdraw Motion to Administratively Open Case for Entry of Judgment and for Pre- and Post Judgment Interest on Attorney Fees and Costs (Document 2217) and Proposed Order to Withdraw Motion to Administratively Open Case for Entry of Judgment and for Pre- and Post Judgment Interest on Attorney Fees and Costs (Document 2217)**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses via U.S. Mail, addressed to:

Beth McCann, Esq.
James X. Quinn, Esq.
Jess Dance, Esq.
Assistant Attorney General
Civil Litigation and Employment Law Section
1525 Sherman St., 5th Floor
Denver, CO 80203
beth.mccann@state.co.us
james.quinn@state.co.us
jess.dance@state.co.us

                                                    __*s*/ Paula Greisen____
                                                    Paula Greisen