IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-870-EWN-OES
(Consolidated with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

    v.

BILL OWENS, *et al.,*

    Defendants.

---

**ORDER RE:  MOTION TO WITHDRAW MOTION TO ADMINISTRATIVELY OPEN CASE FOR ENTRY OF JUDGMENT AND FOR PRE- AND POST JUDGMENT INTEREST ON ATTORNEY FEES AND COSTS (Document 2217)**

---

    Having reviewed the above-referenced motion, this court deems that the issue of attorneys fees and costs have been resolved (Document 2217) and,

    ORDERS that the request to withdraw motion (Document 2217) is GRANTED.

    The Motion to Administratively Open Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs is hereby vacated

    DONE AND SIGNED this ___ day of _____ 2007.

                                                   _____
                                                   Judge Edward W. Nottingham