IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-037
Category III
Claimant: James Martinez, #56997
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER – RE: STATUS OF PRODUCTION OF MEDICAL RECORDS

---

THIS MATTER came before the Special Master upon his own motion. On June 26, 2006, the Special Master entered an order concerning, among other issues, Claimant being given 30 days from that date in which to review his medical file and to receive 10 free copies at no charge. Since the entry of that Order, the Special Master has heard nothing from either party as to whether or not Claimant has reviewed his file and whether or not Claimant received his 10 free copies. On February 12, 2007, the Special Master received a personal call from the Honorable Edward Nottingham, District Court Judge wanting to know what had occurred. A follow up call was received from his clerk Jamie. Because Claimant originally filed his motion with the District Court and not the Special Master[1], the motion was docketed with the District Court.

To ensure that Claimant's claim proceeds and can be reset for this summer when the Special Master can travel to Sterling where Claimant is housed, the Special Master hereby orders the Defendants to provide an update within 10 days from the date of this order.

IT IS SO ORDERED.

---

[1] Upon receipt of the motion, Judge Nottingham referred the motion to the Special Master for determination.

SIGNED this 16th day of February, 2007.

BY THE COURT:

/s/ Richard C. Davidson
_____
Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – RE: STATUS OF PRODUCTION OF MEDICAL RECORDS this 16th day of February, 2007, to the following:

Mr. James Martinez, #56997
SCF
P.O. Box 6000
Sterling, CO 80751

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter
Susan L. Carter

3