IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## MOTION TO WITHDRAW

The undersigned, Berina Ibrišagić, respectfully moves the Court for an Order permitting her to withdraw as counsel of record for the Defendants. As grounds for this Motion, undersigned counsel states the following:

1. Attorney Berina Ibrišagić entered her appearance or record as counsel for the Defendants on June 7, 2006.

2. Having left the employment of the Office of the Colorado Attorney General, the undersigned hereby submits her Withdrawal of Counsel for the Defendants. Further, her updated contact information can be found in the signature block below.

3.  The case will not in any way be affected by the withdrawal of the undersigned, as there are still several other attorneys, including Jess Dance, Scott Wilkonson and Celia Randolph, still working on this matter.

WHEREFORE, the undersigned requests that the Court enter the proposed order granting the Motion to Withdraw in this case.

Respectfully submitted this 1st day of March, 2007.

JOHN W. SUTHERS
Attorney General

s/ Berina  Ibrišagić
Berina Ibrišagić
STETTNER, MILLER, P.C.
1050 17th Street, Suit 700
Independence Plaza
Denver, CO 80264 – 2008
Telephone:  (303) 534 – 0273
Fascimile:   (303) 534 – 5036
bibrisagic@stetmil.com

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 1st day of March, 2007 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

        s/ Darlene Hill_____
        Darlene Hill