**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 92-N-870 (OES), (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO. 96-N-343).

JESSE MONTEZ, PLAINTIFF'S,

-vs-

BILL OWENS, DEFENDANT'S.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2007

GREGORY C. LANGHAM
CLERK

---

CLAIM NO: 03-206

CATEGORY: III

CLAIMANT: Dean Ross Denton

ADDRESS OF CLAIMANT: S.C.F. P. O. Box 6000, Sterling, Co. 80751

---

**MOTION FOR INTERVENTION BY HONORABLE JUDGE KANE FOR FURTHER PROCEEDINGS TO RESOLVE THIS CASE AND STOP DISCRIMINATION AGAINST THIS CLAIMANT BY THE DEFENDANT'S**

---

COMES NOW the Claimant Dean Ross Denton herein requesting the Honorable Judge Kane "Intervene" on this Claimant's behalf to stop the Discrimination against him by these Defendant's.

### HISTORY

Claimant filed with the Montez Class Action in the year (2002). Upon his initial disclosure, Claimant was and still is Fully Disabled. Claimant has fought and sought treatment and medical care for these disabilities throughout his incarceration. Claimant in turn has been injured by discrimination against him and his disabilities while incarcerated.

Attention:                                                                              (PAGE .2.)

    Defendant's have forced the Claimant to live on the Second tier with the use of a cane. Allowed the Claimant to be jumped by other inmates by taking away the Single Cell that was ordered upon his intake into the facilities. Forced the Claimant to work hard jobs that were beyond his restrictions and disabilities. Denied Claimant Programs due to his being disabled, and numerous other violations of the (A.D.A.) -(Rehabilitation Act). Defendant's refuse to answer any of the Claimant Requests for Admissions, Medical Disability Requests, (A.I.C.)-Claims, and have failed to reply to the Court Orders, Such as supplying a witness list in the time limit allowed by the Court Order. Defendant's have therein kept moving the Claimant upon each Hearing Date set or infraction claimed against them.

    Special Masters do not understand these Deliberate Method's of Tampering with the Court's Orders and Rulings, by these Defendant's, Leaving this Claimant to be denied access to a Specific Hearing to present Claimant's Claims of Discrimination and have not answered many of the Claimant's Motions for relief in this matter.

    Claimant was determined to be in need of "Oxygen" by a Lung Specialist, and Facility Doctors. Defendant with full knowledge by the (A.I.C.) therein just keep moving the Claimant to other facilities wherein the "Oxygen has been removed and the Claimant forced to walk a ($\frac{1}{4}$)-mile each time he goes to eat. Claimant has stated to the Medical Staff and the (A.I.C.) that this is "Too Far" with the past use of "Oxygen" and "Failed Back Surgeries", It is felt that the Defendant's have purposely falsified the Claimant's Move to "Force" him to walk further that he can. Defendant's Cannot see Pain and under estimate the Pain the Claimant is in.

    Claimant is being "Warehoused", due to him being denied access to Programs due to being medically restricted. Claimant was seen by the same Doctor who currently runs the A.H.C.C. Medical Facility where Claimant is not entitled to go for programs. This Doctor has a separate (42-U.S.C.-§1983) claim filed on him by this Claimant in Case No. 06-CV-02450-(BNB) in that this Dr. Aasen treated this Claimant for Chronic Intractable Pain, (C.R.S.-§12-36-117-(1.5.)a & b), But therein stopped all treatments due to the (Department of Corrections) Stopping all pain medications, Leaving the Claimant with a Severe Mobility Impairment due to Pain, This Dr. Aasen fought to have the Claimant sent to

A.H.C.C., by therein allowed him to be moved out due to medical reasons, stopping all programs the Claimant is required to fulfill to be released from prison. Dr. Aasen saw the Claimant at (C.T.C.F.), but then transferred himself to A.H.C.C., and subsequently changed his status with having the Claimant at his facility to do the programs he sought for the Claimant, By now denying the Claimant the Programs while he works at such said facility.

Claimant has thereafter been Warehoused since the date of March 2006. Claimant is not entitled to programs due to his disabilities and failure of (D.O.C.) to allow disabled inmates to participate in the Programs.

1.)- It is requested the Honorable Judge Kane "Intervene" to stop the Discrimination Abuses" against this Claimant.

2.)- It is further requested that the Honorable Judge Kane stop the Defendant's tactics to circumvent this case by continuously moving the Claimant to other facilities in duress of his Claims, and therein assist the Special Masters in this case.

3.)- Claimant has been moved more times than most inmates in the last (14)-months by these defendant's discrimination against him. Claimant requests Honorable Judge Kane see this abuse as "Tactical Conniving" by the Defendant's of the entire Montez Class Action, The **Claimant, The Special Masters, and Honorable** Judge Kane himself.

4.)- Claimant has repeatedly filed motions with the Special Masters which have not been answered since early (2006) "A-YEAR", without any intervention on this Claimant's behalf. Claimant was suppose to have a hearing in August 2006, but was moved to a holding facility where he did not have access to his legal materials and or the Pre-Filed Motions Answered, to have a hearing.

5.)- Claimant has substantial Proof of his Claims for this Class

(PAGE .4.)

Action, But denied a mannerism in which to present them to the Court.

6.)- Defendants have removed his Oxygen, and forced the Claimant to walk extremely far distances to allow them show falseness to the Claimant's Claims, through specific forced conditions on him without care or concern for his disabilities.

Wherefore it is again requested the Honorable Judge Kane "Intervene" on this Claim / Case to stop the abuse and discrimination against the Claimant and Manipulation of the Special Masters through the tactics of the Defendant's.

Claimant cannot get assistance through the Special Masters due to these Specific Tactic's used by the Defendant's so it is requested the Claimant be allowed to present his Claim to the Honorable Judge Kane as soon as conditionally possible.

Dean Ross Denton
Registration no. 108801
Sterling Correctional Facility
P. O. BOX 6000
Sterling, Co. 80751

**CERTIFICATE OF MAILING**

I certify that true official copies were mailed by and through the Prison Mail Services to the following parties.

On this 21-St day of February, 2007.

cc: Honorable Judge Kane
U.S. District Courthouse
901 19-Th Street
Denver, Co. 80203

cc: Honorable Special Masters
7907 Zenobia St.
Westminster, Co. 80294

cc: Attorney Generals Office
1525 Sherman St. 5-Th, Floor
Denver, Co. 80203

cc: Cathie Holst (A.I.C.)
2862 S. Circle Dr.
Colorado Springs, Co. 80906

Dean Ross Denton Reg. No. 108801
Sterling Correctional Facility
P. O. Box 6000
Sterling, Co. 80751