IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]


JESSE (JESUS) MONTEZ, *et al.,*

        Plaintiffs,

v.

BILL OWENS, *et al.,*

        Defendants.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Withdraw" filed by Berina Ibrišagić (#2563, filed February 28, 2007) is
GRANTED.

Dated: March 1, 2007