FEB

TO: Federal Judge John Kane
U.S. District Court
901 - 19th St., Rm A-105
Denver, CO. 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 5 - 2007

GREGO.. /(. ..NGHAM
CLERK

MONTEZ #92cv870 (EWN) CLAIM 01-092 CAT(I)

FROM: James Rudnick
Colorado D.O.C. #68432
L.C.F. 49030 State Highway 71
Limon, CO. 80826

RE: D.O.C. Failure to Provide Proper Corrective Vision Accommodations For This Prisoner.

Dear Sir(s):

I have made just about every effort to get state issue eye glasses that work, or get alternates such as contacts, surgery implants, or even to be permitted to buy my own eye correction accommodations. This facility has BLOCKED (since 1996) these efforts and the eye specialist recommendations (year 2000!) The various eye doctors that check our vision Rx seem unable to get it right and unable to get the type of corrective eye wear that I need! Hi-index - thin lenses, small diameter lenses. Contact lenses (just like they provide others) (or) info. on new plastic lens implant for life surgery. This has caused me to go for many years now using old eyeglasses, contacts no longer useable, and endure serious eye strain + headaches as a result.

I need your help. I have much information on this and am still in limbo in Fed. Ct. MONTEZ case (because of this). Please contact me A.S.A.P.

January 31st 2007
To: LCF Medical
From: J. Rudnick  #66432  L.U. 3A
RE: State Issue Eyeglasses Unuseable

To Medical Staff Overseeing Eyeglasses Issue

I just Received a pair of State Issue Eyeglasses (1-26-07) which are simply TOO FAR OUT OF FOCUS and unuseable. Especially the Right Lens. In addition, the lenses are <u>not constructed</u> of the <u>High Index Plastic</u> Nor Made to the <u>Minimum Thickness</u> we discussed @ the Appt.nt. Why was it changed?

I asked for info. on LENS IMPLANT Procedure under serious consideration as Alternative and <u>permanent</u> <u>Vision treatment</u> (once a proper exam is completed with an Exact prescription on Lenses). But This Doctor had no clue what it is.

Who is this Eye Doctor And why is he doing exams producing faulty Prescriptions for Eye Glasses?

I <u>need to be seen by an eye specialist</u> trained in 21st Century Vision treatment who can Accurately do an Eye Exam for any Eye Condition. Because of these delays (due to improper corrective Eye Glasses & Exams) which has effectively DENIED me Vision Correction, I am forced to notify the Colorado Medical Bd., D.O.C. Inspector General, and Fed. Judge Kane (and/or Montez) As well as begin Separate Civil Action Because The Need to See is a Basic and Fundamental Right not to be denied by Policy or Incompetent Prison Doctoring or by any outrageous excuses given me over the past 10 yrs. There is NO Excuse to have Prescribed Faulty Vision Eye Glasses as many times as it has occurred through this facility...

My God, what is so difficult And why Aren't <u>You People</u> doing Something About it? How much Time + Expense must be spent?

1 of 2

2

Under 8th Amendment and Numerous Precedence, The failures to provide for Basic and Fundamental Needs of Prisoners Constitutes Cruel + Unusual Punishment where the Repeated Incompetence Rises to the Level of Malicious Misconduct.

Facility Policy Limiting Prisoners Vision Accommodations to "State Issue" only does prejudice (and prohibitions Against Outside Dr. Accommodations) does deny Prisoner from Basic Fundamental Need when Facility "State Issue" Eyeglasses Are Unusable - And - is Actionable.

Strict Adherence to such Policies Allowing No Exceptions is especially Heinous when it denies Basic Fundamental Need "such as Vision", to those who Don't qualify for Insurance Company Covered up-to-date Accommodations given other prisoners (such as Contact Lenses And High Index Lenses provided for special Condition) (living at this Same Facility)

This Facility Policy Must Change And Allow prisoners full access to 21st Century (Accurately Prescribed) Vision Accommodations!

AR 100-01 states The DOC "shall operate in a Fair Firm + Consistent Manner" (but Each Facility has it's own Eye Wear Accommodations Policy Allowing More options than permitted here @ LCF)

There is NO Justification For the Incompetence, the limited "One Size fits All" ignorance, And denial of even Self-purchase Alternatives.

This Matter will not go away. I expect a prompt intelligent Response.
  Sincerely

**Anthony A. DeCesaro**

GRIEVANCE OFFICER
2862 S. Circle Drive, Suite 140
Colorado Springs, CO 80906-4122

February 8, 2007

RE: Grievance #C-LF05/06/207

Dear Mr. James Rudnick, #68432:

I have reviewed your Step 3 grievance that you filed with regard to eyeglasses.

The grievance procedure is outlined in Administrative Regulation 850-04. Duplicate grievances that reiterate issues which have previously been grieved will not be addressed again. This issue was previously addressed in grievance number C-LF05/06-25.

You failed to follow the grievance procedure in this matter; you have not exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
    grievance file
    Tom Kolle, Offender Records

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-LF0506-207  STEP (Circle One) 1  2  **(3)**  ADA? Yes ☐ No ☒

| NAME | Rudnick, James | DOC NO. | 68432 | FACILITY | LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** Medical Accommodations: Eyeglasses/Contacts or other —

Step II Response is incomplete — Where are my glasses (from Jan'06)? When are you going to comply w/ SPECIALIST order from (Dec 2000) on Contacts + exam? 6 1/2 yrs w/o Contacts! And Now 6 mos w/o proper glasses Rx'd in Jan 06. (if they work)

Relief! Because I've exhausted all other remedy — I want a Specialist visit to examine + review (New Lens Implant procedure) as it may provide 10 yrs w/o need of further hassles here. I do not wish to be forced to suffer continuously and want this simple issue solved ASAP. Lets get out of the 18th century Doctoring and excuses system and start treating the Med. Conditions. Thank You.

DATE: 6/11/06   OFFENDER SIGNATURE: [signature]

DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical**

| DATE: 6-15-06 | SIGNATURE/PRINT NAME & Staff ID # G.Ventura G.Ventura #13063 |
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LF 05/06-207  STEP (Circle One) 1 (2) 3   ADA? Yes ☐ No ☑

| NAME | Rudnick, James | DOC NO. | 68432 | FACILITY | LCF |

Instructions: *(handwritten: Grievance form received on 5/5/06 from Officer McCallum)*
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Medical Eyeglasses / Contact Lenses —

STEP I Response is FALSE in that YOU HAVE provided people with Contacts who do not have specified eye disease. And who cares? That is ONLY what YOUR provider "covers" NOT what you MUST provide at your own LCF expense based on SPECIALIST Recommendations. Failure to provide is liable for suit. Response on 'duplicative' is moot when issue is different and/or matter remains unresolved.

Eye Glasses + Exam — still remain unaddressed, And Eye Dr. has my Eyeglasses.

Relief: Proper Eye Exam, Proper Glasses, And Contact Lens Exam + Lenses — OR — Seek Buckley Eye/Vision Institute Lens Implants.

Thank you.

DATE: 5/9/06   OFFENDER SIGNATURE: *(signed)*
DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

See attached

A. Bloor (A. Bloor 6262)
5-24-06

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5-12-06   SIGNATURE/PRINT NAME & Staff ID # *Shonelew* G. Crowell, RN   7552
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: **Medical**

DATE:   SIGNATURE/PRINT NAME & Staff ID #
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 6/6/06   OFFENDER SIGNATURE/PRINT NAME & DOC #: RUDNICK 68432

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

You were seen by the eye doctor in January, 2006. He ordered glasses for you, asking for "thinner lenses with small plastic frame and adj. nosepieces". His note does not say that you need contact lenses. Grievance denied.

DC FORM 850-4A (06/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-LF 05/06-207    STEP (Circle One) **1** 2 3    ADA? Yes ☐ No ☒

| NAME | Rudnick, James | DOC NO. | 68432 | FACILITY | LCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** MEDICAL -- EYEGLASSES / CONTACTS

I saw the Eye Dr. a while back for an exam. He did the exam but then, made changes on the machine altering the prescription -- WHY? Because my eyesight is so touchy for prescriptions -- and because my last eye glasses & frames were WAY-OFF, the glasses and prescription have been "HELD-UP" for another review... I also need eye exam for contacts (just like you have provided others!)

Relief: I need a proper eye-exam for new prescription and eyeglasses that not only work clearly but that FIT and that are constructed with proper lenses for my condition.

Thank You.

DATE: 4-1-06    OFFENDER SIGNATURE: [signature]

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

AR 700-05 C.1.a states "Contact lenses---shall not be provided, prescribed, replaced nor approved by the DOC except where medically indicated for specific eye diseases as diagnosed by an opthalmologist." You do not have such a diagnosis.

AR 850-04.B.1.f states "Greivances which are duplicative or repetetive of the offenders prior greivances shall be denied. This same matter has been greived before, the last being on 8/6/2005.

For the above reasons, this greivance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 4/14/06 | SIGNATURE/PRINT NAME & Staff ID # Patricia DeeAnne Kahler #7276 [signature] |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

| DATE: 4-10-06 | SIGNATURE/PRINT NAME & Staff ID # G. Ventura #13063 |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: 4/26/06 | OFFENDER SIGNATURE/PRINT NAME & DOC # [signature] Rudnick 68432 |

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# EYE CLINIC MEMO
From G. Ventura, Medical Records

**RE: Eyeglasses**

TO: _G. Rudnick_                   DOC # _68432_ LU _3_

DOC policy (AR #700-05) regarding eye examinations and glasses states:

**Inmates will be eligible for (1) EYE EXAM & (1) PAIR OF EYEGLASSES every (3) years by the state unless authorized by a physician. A $5.00 co-payment will be charged for a "course of optometry treatment."**

Please note the following:
_____ Your medical record indicates your last eye exam was _____
_____ You are eligible for your next exam _____.   *Cancelled to be Rescheduled*

_____ Examinations will not be provided to offenders within 6 months or less to their mandatory release date.

_X_ You have been scheduled for the _12-4-06_ Eye Clinic. Check the Sick Call List for date and appointment time. Please do not submit additional kites unless you wish to cancel. "No-Shows" must submit another kite to start the process again.

_____ You have been scheduled to pick up eye glasses on _____. Please check the Sick Call List for the time.

Clinical Services is not responsible for an offender's personal prescription glasses, their damage, loss, repair or replacement. Offenders who damage or break State Issued glasses will be charged the current cost for repairs or replacement glasses.

_____ If your last exam was within the last (3) years and you want to be scheduled for an exam, replacement glasses, or repairs please indicate by signing below and return to me. You will be responsible for any fees, etc. **Please send me a signed Withdrawal Ticket with this form.**

Based on your current prescription, the cost for repairs/replacement is as follows:

Co-pay to see Optometrist - $5.00

| COMPLETE EYEGLASSES | COST |
|---|---|
| Single vision | $ 17.70 |
| Single vision High Power | $ 23.45 |
| Bifocal Complete | $ 27.70 |
| Bifocal High Power | $ 36.45 |
| Add ... polycarbonate lenses | $ 25.00 |

_____
Inmate Signature

**DEPARTMENT OF CORRECTIONS INMATE PASS**

A-3-03

NUMBER _68432_  NAME _Rudnick_  DATE _12/3/06_
TO _EYE CLINIC_
ISSUING OFFICER _A. Gardune_   ASSIGNMENT _A-03_
RECEIVING OFFICER _____  TIME OUT _0800 AM_
TIME IN _____       *CANCELLED to be Rescheduled*
TIME RETURNED TO ISSUING OFFICER _____
20049          DC FORM 130

## EYE CLINIC MEMO
From G. Ventura, Medical Records

RE: Eyeglasses

TO: __J. Rudnick__   DOC # __68432__   LU __3__

DOC policy (AR #700-05) regarding eye examinations and glasses states:

~~Inmates will be eligible for (1) EYE EXAM & (1) PAIR OF EYEGLASSES every (3) years by the state unless authorized by a physician.~~ A $5.00 co-payment will be charged for a "course of optometry treatment."

Please note the following:

_____ Your medical record indicates your last eye exam was _____
       You are eligible for your next exam _____.

_____ Examinations will not be provided to offenders within 6 months or less to their mandatory release date.

_____ You have been scheduled for the _____ Eye Clinic. Check the Sick Call List for date and appointment time. Please do not submit additional kites unless you wish to cancel. "No-Shows" must submit another kite to start the process again.

__X__ You have been scheduled to pick up eye glasses on __1-24-07__. Please check the Sick Call List for the time.

**Clinical Services is not responsible for an offender's personal prescription glasses, their damage, loss, repair or replacement. Offenders who damage or break State Issued glasses will be charged the current cost for repairs or replacement glasses.**

_____ If your last exam was within the last (3) years and you want to be scheduled for an exam, replacement glasses, or repairs please indicate by signing below and return to me. You will be responsible for any fees, etc. **Please send me a signed Withdrawal Ticket with this form.**

Based on your current prescription, the cost for repairs/replacement is as follows:

Co-pay to see Optometrist - $5.00

\*\* Please bring your old glasses with you to pick up these glasses

| COMPLETE EYEGLASSES | COST |
|---|---|
| Single vision | $ 17.70 |
| Single vision High Power | $ 23.45 |
| Bifocal Complete | $ 27.70 |
| Bifocal High Power | $ 36.45 |
| Add on fee for polycarbonate lenses | $ 25.00 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

_____   _____   _____
Inmate Signature            DOC#      Date

**PRIDE ENTERPRISES**
Broward Division
Post Office Box 848540
Pembroke Pines, FL 33084

500473
CO

## OPTICAL LABORATORY ORDER

MEDICAID I.D. #

1-A

RECIPIENT NAME: Redneck

| | SPHERE | CYLINDER | AXIS | PRISM | BASE | DECENTER IN | OUT |
|---|---|---|---|---|---|---|---|
| DISTANCE R | -8.50 | -3.00 | 13 | | | | |
| DISTANCE L | -8.00 | -2.25 | 164 | (4) | | | |

P.D. FAR 62 / NEAR

BIFOCAL TYPE / TRIFOCAL TYPE

**HEAT TREATED AND TESTED IN ACCORDANCE WITH FDA REGULATION**

BRIDGE SIZE 18
TEMPLE LENGTH 150

DELIVER TO: LF

SPECIAL INSTRUCTION: HI-INDEX

Handwritten notes (right margin):
- Glare and Focal Point Issues
- Frame fit issue too
- Hi-Index but Crude w/3 mm Center Lens Thk.
- Why?

RECEIVED MAY 17 2004
COLORADO DOC

Ph: 1-800-523-1766
FAX: 954-680-8165

92451

OPTICAL ORDER (7/83)    Rx# 995383
PSO-2006

**TO THE PROFESSIONS**
PLEASE SUPPLY THE Rx AND NECESSARY MEASUREMENTS FOR FABRICATION AND RETAIN THIS COPY

BP 30900046

**EYE GLASS ORDER FORM**

1. Inmate Name: RUDNICK

   Facility Name: LCF Limon

2. 

| | SPHERE | CYL | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| R (DISTANCE) | -8.75 | -3.00 | 015 | | | |
| L | -8.00 | -2.50 | 165 | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| R (NEAR) | | | | | |
| L | | | | | |

| PD | DIST | NEAR |
|---|---|---|
| | 64 | |

Handwritten margin notes:
- Not in focus! Both eyes — Manufacturing Problem?
- Glare Issues
- I was told these were supposed to be 1mm ctr thkness and HI-IND lenses. Why changed?
- Frame Size Wrong

3. **FRAME INFORMATION**

   STYLE: Ben    SIZE: 50/20    COLOR: G

4. **LENS INFORMATION**

   PLASTIC   (POLY)   PGX   HI IND

   HARDCOAT:   YES   NO

   **COLORS**
   ROSE ___ %
   GREEN ___ %
   GRAY ___ %
   BROWN ___ %
   SOLID-GRADIENT

   PGX
   TRANSITIONS
   U.V.

   Limon Correctional Facility

# EYE GLASS ORDER FORM

1. Inmate Name: RUDNICK, J        68432

   Facility Name: LCF

2. 

| | SPHERE | CYL. | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| DISTANCE R | -9.00 | -2.75 | 010 | | | |
| DISTANCE L | -8.00 | -2.50 | 173 | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| NEAR R | | | | | |
| NEAR L | | | | | |

| PD DIST | NEAR |
|---|---|
| 64 | |

CENTER THICKNESS 1.5 IF POSSIBLE

3. **FRAME INFORMATION**

| STYLE | SIZE | COLOR |
|---|---|---|
| Bei | 50/20 | G |

4. **LENS INFORMATION**

| PLASTIC | POLY | PGX | HI IND |
|---|---|---|---|

HARDCOAT:  YES  NO

**COLORS**
- ROSE ___ %
- GREEN ___ %
- GRAY ___ %
- BROWN ___ %
- SOLID-GRADIENT

PGX
TRANSITIONS
U.V.  Rcv'd 1/26/07

5. Account Name: Limon Correctional Facility

Handwritten notes (right margin):
- Rt Lens Out of focus
- Lens Appear UnClear Glare And focus Issues
- UnUseable
- Frame Ear Pieces too Short
- Again told these where to be HI-IND w/ inner Lens ctr And Longer Ear Pieces