IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-204
Category: Untimely Filed Claim
Claimant: David R. Flinn, #49493
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on his motion. Claimant sent a letter to the Special Masters detailing problems that occurred in January, 2007. Claimant is a diabetic and alleged that he had not received proper accommodations for his condition.

On January 16, 2007, Claimant was sent an initial claim form and instruction sheet. He was granted up to and including March 5, 2007 in which to file his claim and to indicate why it had not been filed earlier. Claimant has not filed a claim, and that is a requirement of the Remedial Plan.

The Remedial Plan was approved on August 27, 2003. It was on that date that the class was set. A claimant must show that he was in DOC custody on or before August 27, 2003 and was the victim of discrimination prohibited by the ADA and Rehabilitation Act. In his letter, Claimant indicated that the problems arose earlier this year. If so, this would be outside of the time period over which the Special Masters have jurisdiction. Claimant retains the right to file his own separate lawsuit concerning anything that occurred in 2007.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant is advised that he may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May**

**21, 2007.**

SIGNED this 7th day of March, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master