IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-055
Category III
Claimant: Rebecca F. Davis, #56962
Address of Claimant: c/o King & Greisen, LLP, 1670 York St., Denver, CO 80206
With copy to: Patricia Bellac, Esq., 4845 Pearl East Circle, Suite 101
 Boulder, CO 80301

---

## FINAL ORDER OF SPECIAL MASTER – DISMISSAL OF CLAIM WITH PREJUDICE DUE TO SETTLEMENT

---

THIS MATTER comes before the Special Master on Defendants' Motion to Dismiss Due to Settlement. This claim has been settled, as reflected in the attached "Release and Settlement Agreement of Claimant Rebecca F. Davis, #56962, Claim 03-055" written agreement signed by Claimant and Defendants. This Order shall constitute the Final Order of the Special Master for this claim.

IT IS HEREBY ORDERED that this claim is dismissed with prejudice.

SIGNED this 31st day of January, 2007

/s/ Richard C. Davidson

Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing FINAL ORDER OF SPECIAL MASTER – DISMISSAL OF CLAIM WITH PREJUDICE DUE TO SETTLEMENT this 31st day of January, 2007 to the following:

King & Greisen, LLP
1670 York St.
Denver, CO 80206

Patricia S. Bellac, Esq.
4845 Pearl East Circle, Suite 101
Boulder CO 80301

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter
Susan L. Carter

2