IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**[1]

      Defendants.

_____

## MINUTE ORDER
_____

KANE, J.

      In light of the passage of time and the intervening Stipulation Regarding Status of Compliance approved by Judge Kane on July 11, 2006, the pending Plaintiff Class Motion for Order Concerning Disclosure of Funds Paid to Class Members (Doc. 2066) is DENIED as MOOT.  The disclosure and accounting issues raised in that Motion may be reasserted, if necessary, at any hearing set this July or August (2007) upon expiration of the July 27, 2007 next substantial compliance date.

Dated March 12, 2007.

_____

---

[1]     I note Governor Owens was replaced by newly elected Colorado Governer Bill Ritter effective January 1, 2007.  The caption in this case has yet to reflect the change formally.