Willis Horn 127918
Unit 2-C
PO Box 6000
Sterling, CO 80751

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2007

**GREGORY C. LANGHAM**
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
[Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.*,

      Plaintiffs,

v.

BILL OWENS, *et al.*,

      Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Withdraw Motion to Administratively Open Case for Entry of Judgment and for Pre- and Post Judgment Interest on Attorney Fees and Costs (Document 2217)" (#2561, filed February 28, 2007) is GRANTED.

Dated: March 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92-cv-00870-EWN-OES
[Consolidated for all purposes with Civil Action No. 96-cv-00343]

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Withdraw" filed by Berina Ibrišagić (#2563, filed February 28, 2007) is GRANTED.

Dated: March 1, 2007