IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.92-870(OES)(Consolidated for all purposes with Civil Action No. 96-343)     EWN

JESSE MONTEZ, et al.
        Plaintiffs,

vs.

BILL OWENS, et al
        Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2007

GREGORY C. LANGHAM
CLERK

Claim Number 03-253
Category III
Claimant: George Tinsley, #108526
Address of Claimant: HCCC, 304 Ray Sandoval Street, Walsenburg, CO. 81089-8535

## OBJECTION TO FINAL ORDER OF SPECIAL

The Claimant in this action, George Tinsley, #108526 respectfully enters his objections to the findings of the Special Master dated January 4, 2007 and specifically states as follows:

In the final order received by this claimant on 1-10-07 there was no addressing of the neuropathy that I suffer. In addition, this facility has failed to comply with the order issued in this action on April 2, 2002. There have been limited, ineffective attempts at compliance with the Court's directives. Also, the defendants have failed to provide the necessary medical appliances (i.e. tennis shoes) that the Court had ordered.

Therefore based upon this failure of the defendants at the Huerfano County Correctional Center to fully comply with this Court's directive, the Claimant respective requests the Court to modify the ORDER to address these concerns.

Respectfully Submitted,

George Tinsley #108526

## CERTIFICATE OF MAILING

I, the undersigned, do hereby declare that I have mailed a copy of this attached pleading to the following individual, by placing it in the U.S. Mail, via the prison legal mail systems

Office of The Attorney General
1525 Sherman Street
Denver, CO. 80202

Respectfully submitted this 12th day of March, 2007.

KG

## RELOCATION/MED PASS

**NAME:** Tinsley, George

**ID #:** 108526

**D.O.B.:** 9/26/60

**REQUEST DATE:** 1/8/07      Your Honor: my Hearing was on 1/4/07

**CURRENT LOCATION:** 4325

### RELOCATION TO:

### MED PASS:

☒ LOW BUNK  x 180 days

### CONSIDERATIONS FOR HOUSING:

✶ Medically restricted from wt pile

✶ Medically unassigned

Signature _Golfer per Dr McClintock_    Your Honor: this is from the Neuropathy — see Medical records

Name Stamp

**RELOCATION/MED PASS**

NAME: Tinsley George

ID #: 108526

D.O.B.: 9-26-60

REQUEST DATE: 4-2-02

CURRENT LOCATION: D 4138

**RELOCATION TO:**

~~GP~~

~~INFIRMARY~~   ~~FEMALE~~   ☒ MALE

~~FORENSIC UNIT~~   ~~FEMALE~~   ~~MALE~~

FORENSIC UNIT LOCATION: _____

**MED PASS:**

~~EXTRA MATTRESS~~   ~~EXTRA PILLOW~~

~~EXTRA BLANKET~~   ~~LOW BUNK~~

~~COTTON BLANKET~~

**CONSIDERATIONS FOR HOUSING:**

~~BLIND~~   ~~_____~~   may wear tennis shoes

~~HEARING IMPAIRED NEED (TDY)~~

~~CANE~~   ~~_____~~

~~MEDICAL APPLIANCE~~

Signature: K. Jordan per K. Morales

Name Stamp: _____