IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al.,**[1]

      Defendants.

_____

## AMENDED MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

      The Minute Order issued March 12, 2007 (Doc. 2593) is AMENDED to clarify that the Motion for Order Concerning Disclosure (Doc. 2066) was denied as moot for the purpose of clearing the court's docket of a motion that had been addressed substantively during the course of discussions on the record during last summer's compliance hearings, and not as a denial on the merits of the Motion. All rulings, agreements and representations made during the course of those hearings remain in effect and are the law of the case. As set forth in the March 12 Minute Order, should disclosure and accounting issues remain at the conclusion of the next substantial compliance date in July 2007, they may be reasserted in a new motion.

_____

Dated March 15, 2007.

---

[1] As previously noted, Governor Owens was replaced by newly elected Colorado Governer Bill Ritter effective January 1, 2007.