

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2007

GREGORY C. LANGHAM
CLERK

DOC 2593

James Martinez 55997
SCF
P.O. Box 6000
Sterling, CO 80751-0600

NIXIE    802    1    74 03/14/07
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *1820-10800-12-40

REASON CHECKED:
Name & # don't match
No. Doc. Number
Not at this facility
Paroled (circled)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**[1]

      Defendants.

## MINUTE ORDER

KANE, J.

      In light of the passage of time and the intervening Stipulation Regarding Status of Compliance approved by Judge Kane on July 11, 2006, the pending Plaintiff Class Motion for Order Concerning Disclosure of Funds Paid to Class Members (Doc. 2066) is DENIED as MOOT. The disclosure and accounting issues raised in that Motion may be reasserted, if necessary, at any hearing set this July or August (2007) upon expiration of the July 27, 2007 next substantial compliance date.

Dated March 12, 2007.

---

[1] I note Governor Owens was replaced by newly elected Colorado Governer Bill Ritter effective January 1, 2007. The caption in this case has yet to reflect the change formally.