Special Masters of United States District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 1 2 2007

MAR 2 0 2007

GREGORY C. LANGHAM
CLERK

3/8/07

Dear Judges: Davidson / Borchers:

This letter is being submitted to you in response to the proposed settlement agreement that I have recently received, which offered $1000.00 compensation for the A.D.A. Montez v. Owens lawsuit, Category 3. After careful review, I am requesting reevaluation of the settlement amount, due to the severity and duration of the situation that led to the filing of this suit.

I am formally requesting compensation in the amount of $50,000.00. This amount is based on the physical and emotional damage incurred, which is irreversable and irreplaceable for the duration of my lifetime.

This letter is submitted to you within the timeframe set forth by the last correspondence I received in January 2007. Please review and respond at your earliest convenience. I am currently incarcerated at the Denver County Jail; earliest release is March 29th. Please submit all copies of correspondence to both my

home address as well as directly to me at the Denver County Jail, so that I may respond in a timely matter.

Thank you for your consideration,

Nathaniel Huguley

Nathaniel Huguley - DOC # 55740

Nathaniel Hagley
P.O. Box 1108
Denver, CO 80201

DENVER CO 802
09 MAR 2007 PM 2 T

8000504444

Special Masters of United States,
District Court
Attn: Judge Borchers
Judge Friedric
7907 Zenobia #1
Westminster, CO 00030