ATTN: Court Clerk                           3-19-07

RE: Wayne Thomas  Doc # 98062
Civil Action # 92-CV00870-EWN

Anyway I am writing this Letter to inform the Court of an Adress Change that is P.O. Box 818 Arvada Colo 80001 All Information can be Sent to me @ that Adress I am still Perseeing this Civil Action Though The END. So Please Put This Information on File. Once Again I can Be Reach @ P.O. Box 818 Arvada CO 80001.

Thank You

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2007

GREG___ ___NGHAM
CLERK

_Wayne Thomas_ (signature)

THOMAS, WAYNE
P.O. BOX 16700
Golden CO 80401

Legal Mail *

DENVER CO 802
JEFFERSON 2007 PM 7 T

United State District
Court
901-19TH ST Room A-1
Denver CO 80294-35