IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Jennifer S. Fox, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants.

Respectfully submitted this 22nd day of March, 2007.

JOHN W. SUTHERS
Attorney General

s/ Jennifer S. Fox
JENNIFER S. FOX
Corrections Unit
Civil Litigation and Employment
Law Section

> 1525 Sherman, 5th Floor
> Denver, CO 80203
> (303) 866-4500
> jennifer.fox@state.co.us
> Attorney for the Defendants

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 22nd day of March, 2007 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

> s/ Mariah Cruz-Nanio