IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Leon Bates, Claim number 02-113

## ORDER

Kane, J.

This matter is before the court on Claimant, Leon Bates's Objection to the Final Order by Special Master (doc. #2404), filed November 14, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The claimant's contention that the standard applied by the Special Master was too strict is rejected. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2263) is AFFIRMED.

Dated:   March 22, 2007

      BY THE COURT:

      *s/John L. Kane*
      JOHN L. KANE, SENIOR JUDGE
      UNITED STATES DISTRICT COURT