IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Alan Cordell Spreckelmeyer, Claim number 02-412

## ORDER

Kane, J.

This matter is before the court on Claimant, Alan Cordell Spreckelmeyer's Objection to the Final Order by Special Master (doc. #2397), filed November 9, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The claimant's complaints regarding failure to provide timely medical care are beyond the scope of this case, but may be raised by a separate individual action, and not as part of the remedial plan in this case. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2271) is AFFIRMED.

Dated:  March 22, 2007

                                                      BY THE COURT:

                                                      *s/John L. Kane*
                                                      JOHN L. KANE, SENIOR JUDGE

UNITED STATES DISTRICT COURT