## EXHIBIT A

Susan Carter

    Total Hours for Period                 230.00 hrs.

Lynda Rowe

    Total Hours for Period                     6.00 hrs.

Judy Olive

    Total Hours for Period                     0.00 hrs.

                                                   ———————————

                TOTAL HOURS         236.00 hrs.

Larry Dean Valente

    Total Hours for Period                 99.70 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending March 15, 2007.

| | | |
|---|---|---|
| 1/18/07 | Review mail and settings | 1.00 hrs. |
| 1/22/07 | Talk to RCD and Dino Valente; talk to Susan Carter | 1.25 hrs. |
| 1/24/07 | Review order and files | 1.00 hrs. |
| 1/29/07 | Talk to Susan Carter and Dino Valente concerning cases | .75 hrs. |
| 1/31/07 | Meet with RCD; talk to Susan Carter concerning scheduling of cases | 1.75 hrs. |
| 2/3/07 | Review files | .75 hrs. |
| 2/5/07 | Talk to Susan Carter and Dino Valente; Review files | 1.25 hrs. |
| 2/7/07 | Review files and RCD orders; send orders electronically to court | 1.00 hrs. |
| 2/11/07 | Review files and make notes for Susan Carter; check calendars | 1.00 hrs. |
| 2/16/07 | Talk to Dino Valente; talk to Susan Carter; Review files | 1.00 hrs. |
| 2/18/07 | Review of files; issue orders setting hearings; and prepare memos | 3.00 hrs. |
| 2/21/07 | Talk to RCD; talk to Dino Valente; set additional cases for hearing | 2.75 hrs. |
| 2/22/07 | Review settings | 1.75 hrs. |
| 2/23/07 | Complete settings | 1.50 hrs. |
| 2/24/07 | Set more claims for hearings | 1.50 hrs. |
| 3/1/07 | Review settings and files | 1.75 hrs. |
| 3/3/07 | Review files for settings | 1.25 hrs. |
| 3/4/07 | Review further settings | 1.00 hrs. |
| 3/5/07 | Review settings and orders; talk with Susan Carter | 1.00 hrs. |
| 3/6/07 | Review of files and settings | 1.25 hrs. |
| 3/7/07 | Review of all claims presently set for hearings | 2.50 hrs. |
| 3/8/07 | Issue orders on continuances | .75 hrs. |
| 3/9/07 | Redo hearings and review mail | 1.25 hrs. |
| 3/3/07 | Review hearings and revamp orders | 1.25 hrs. |
| 3/14/07 | Review files and talk with Susan Carter | .75 hrs. |
| 3/15/07 | Talk with RCD; talk to Dino Valente; Review files | 1.25 hrs. |

TOTAL TIME:          35.25 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending March 15, 2007.

0.00 hrs.

———————

TOTAL TIME:            0.00 hrs.

## EXHIBIT D

### Work Done by Richard M. Borchers

Claims closed during the period ending March 15, 2007. Work done prior to September 15, 2004 has already been billed.

**01-199        Wayne Brown**

| | | |
|---|---|---|
| 11/24/04 | Review claim and issue OSC | .25 hrs. |
| 1/8/05 | Review response and issue order | .15 hrs. |
| 2/9/05 | Review response and issue order | .25 hrs. |
| 4/9/06 | Review file and issue order | .30 hrs. |
| 6/10/06 | Review file and response; issue order | .30 hrs. |
| | TOTAL TIME: | 1.25 hrs. |

**02-162        Spencer Quinn Whiteshirt**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/15/05 | Review file and issue amended order | .15 hrs. |
| 3/3/06 | Review file and issue order | .20 hrs. |
| 6/5/06 | Review file and issue order | .30 hrs. |
| 10/12/06 | Review file and issue order | .25 hrs. |
| 1/11/07 | Review file | .30 hrs. |
| 1/19/07 | Begin work on final order | .35 hrs. |
| 1/22/07 | Prepare final order | 1.25 hrs. |
| | TOTAL TIME: | 2.95 hrs. |

**02-207        Dung Duong**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 7/6/05 | Review file and letter | .25 hrs. |
| 7/30/05 | Review file and motion | .20 hrs. |
| 11/24/05 | Review letter and file | .25 hrs. |
| 3/3/06 | Review file and response; issue order | .25 hrs. |
| 6/5/06 | Review file and issue order | .25 hrs. |
| | TOTAL TIME: | 1.35 hrs. |

**02-422        Ross Morales**

| | | |
|---|---|---|
| 3/8/05 | Issue scheduling order | .15 hrs. |
| 4/19/06 | Review motion and issue order | .30 hrs. |
| 6/13/06 | Review file and issue order | .25 hrs. |
| | | _____ |
| | TOTAL TIME: | .70 hrs. |

**02-430**   **Brian Dean Walton**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/17/05 | Review file and letter; issue order | .10 hrs. |
| 2/2/06 | Review letter and file | .25 hrs. |
| 5/10/06 | Review response and issue order | .30 hrs. |
| | | _____ |
| | TOTAL TIME: | .80 hrs. |

**02-442**   **Daniel Talavera**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 10/6/05 | Review file and motion; issue order | .25 hrs. |
| 7/31/06 | Review file and issue order | .35 hrs. |
| 9/24/06 | Review file and issue order | .20 hrs. |
| 12/12/06 | Review file and issue order | .25 hrs. |
| 2/19/07 | Prepare final order | 1.25 hrs. |
| | | _____ |
| | TOTAL TIME: | 2.45 hrs. |

**02-454**   **Roy Hagedorn**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 2/20/05 | Review motion and issue order | .15 hrs. |
| 3/16/05 | Review response and issue order | .15 hrs. |
| 3/30/05 | Review motion and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| | | _____ |
| | TOTAL TIME: | .90 hrs. |

**02-456**   **William Porter**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/10/06 | Review response and issue order | .35 hrs. |
| | | _____ |

|  | TOTAL TIME: | .50 hrs. |

**02-516**      **Bruce Clifford Peterson**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/2/05 | Review motion and file; issue order | .25 hrs. |
| 7/6/05 | Review file and pleading | .25 hrs. |
| 11/5/05 | Review filing and issue order | .20 hrs. |
| 5/5/06 | Review response and file; issue order | .35 hrs. |

|  | TOTAL TIME: | 1.20 hrs. |

**02-523**      **William Gordon White**

| 2/7/05 | Review file & issue order | .15 hrs. |
| 5/8/06 | Review response and issue order | .25 hrs. |
| 9/24/06 | Review file and issue order | .25 hrs. |
| 1/29/07 | Review file and issue order | .35 hrs. |

|  | TOTAL TIME: | 1.00 hrs. |

**02-610**      **Douglas Lee Crawford**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 10/5/06 | Review response and issue order | .25 hrs. |
| 1/11/07 | Review of file | .35 hrs. |
| 1/25/07 | Prepare final order | 1.25 hrs. |

|  | TOTAL TIME: | 2.00 hrs. |

**02-644**      **Honorato Valencia-Alvarez**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 5/20/06 | Review motion and issue order | .25 hrs. |
| 6/21/06 | Review motion & response; review file; issue order | .75 hrs. |
| 10/18/06 | Review file and issue order | .30 hrs. |
| 2/7/07 | Review file | .25 hrs. |
| 2/14/07 | Prepare final order | 1.40 hrs. |
| 2/16/07 | Finalize order | .25 hrs. |

|  | TOTAL TIME: | 3.35 hrs. |

**02-646**         **Jerome Howe**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 10/18/06 | Review response and file; issue order | .30 hrs. |
| 1/29/07 | Prepare final order | 1.50 hrs. |

|  | TOTAL TIME: | 1.95 hrs. |
|---|---|---|

**02-659**         **Thomas Brown**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 3/12/06 | Review file and letter; issue order | .30 hrs. |
| 10/18/06 | Review file and response, issue order | .30 hrs. |
| 2/7/07 | Review file | .25 hrs. |
| 2/12/07 | Prepare final order | 1.50 hrs. |
| 2/16/07 | Finalize order | .25 hrs. |

|  | TOTAL TIME: | 2.75 hrs. |
|---|---|---|

**02-668**         **Fred Loftin**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 10/12/06 | Review file and response; issue order | .25 hrs. |
| 1/11/07 | Review file | .25 hrs. |
| 1/21/07 | Prepare final order | 1.50 hrs. |

|  | TOTAL TIME: | 2.15 hrs. |
|---|---|---|

**02-671**         **Guillermo Gomez**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 10/13/06 | Review file and response - issue order | .25 hrs. |
| 1/10/07 | Review of file | .30 hrs. |
| 1/28/07 | Prepare final order | 1.50 hrs. |

|  | TOTAL TIME: | 2.20 hrs. |
|---|---|---|

**02-684**         **Michael Sorden**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |

| 10/18/06 | Review file and response - issue order | .30 hrs. |
| 2/7/07 | Review file for adjudication | .40 hrs. |
| 2/14/07 | Prepare final order | 1.75 hrs. |
| 2/16/07 | Finalize order | .25 hrs. |

TOTAL TIME:      2.85 hrs.

**02-685**      **Amado Alvarez Benavides**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 11/21/05 | Review file and letter | .20 hrs. |
| 11/14/06 | Review file and issue order | .30 hrs. |
| 2/7/07 | Review file and issue order | .30 hrs. |
| 2/14/07 | Prepare final order | 1.75 hrs. |
| 2/16/07 | Finalize fiinal order | .25 hrs. |

TOTAL TIME:      2.95 hrs.

**02-712**      **Thurby Gillie, Jr.**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 3/18/06 | Review file and issue order | .25 hrs. |
| 4/3/06 | Review file and issue OSC | 1.25 hrs. |
| 4/13/06 | Review documents and issue order | .30 hrs. |
| 6/21/06 | Review response and issue order | .35 hrs. |
| 10/21/06 | Review file and issue order | .30 hrs. |
| 1/11/07 | Review file | .30 hrs. |
| 3/5/07 | Prpare final order | 1.50 hrs. |

TOTAL TIME:      4.40 hrs.

02-723      Steve Chavez Lopez

| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/12/06 | Review response and file; issue order | .25 hrs. |
| 1/10/07 | Review file | .25 hrs. |
| 1/21/07 | Prepare final order | 1.50 hrs. |

TOTAL TIME:      2.15 hrs.

**02-730**      **Joseph Dupre**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/19/06 | Review file and response; issue order | .30 hrs. |
| 10/26/06 | Review file and issue order | .20 hrs. |
| 1/11/07 | Review file | .25 hrs. |
| 1/19/07 | Review file and began work on final order | .25 hrs. |
| 1/21/07 | Prepare final order | 1.25 hrs. |

TOTAL TIME:    2.40 hrs.

**02-791        Roy Grimes**

| 12/4/04 | Review claim and issue OSC | .25 hrs. |
| 1/8/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .25 hrs. |
| 4/3/06 | Work on claim | .50 hrs. |
| 10/12/06 | Review response and issue order | .25 hrs. |
| 1/11/07 | Review file | .25 hrs. |
| 3/4/07 | Review file | .25 hrs. |
| 3/5/07 | Prepare final order | 1.75 hrs. |

TOTAL TIME:    3.65 hrs.

**02-801        Kyle Stotler**

| 1/10/05 | Review file and issue OSC | .15 hrs. |
| 1/16/05 | Review response and issue order | .15 hrs. |
| 2/6/05 | Review letter & file; issue order | .25 hrs. |
| 2/15/05 | Review file; issue order | .15 hrs. |
| 3/19/05 | Review motion and issue order | .15 hrs. |
| 10/12/06 | Review motion & file; issue order | .25 hrs. |
| 2/28/07 | Review file and issue order | .50 hrs. |

TOTAL TIME:    1.90 hrs.

**02-838        Robert O'Dell**

| 3/2/05 | Review claim | .10 hrs. |
| 3/14/05 | Issue order | .10 hrs. |
| 4/17/05 | Review response to order and issue new order | .15 hrs. |
| 11/24/05 | Review letter | .15 hrs. |
| 1/18/06 | Review letter and file | .15 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |

| 2/7/07 | Review file | .25 hrs. |
| 2/14/07 | Prepare final order | 1.50 hrs. |
| 2/16/07 | Finalize order | .25 hrs. |
| | TOTAL TIME: | 2.95 hrs. |

**02-875      Terry Jones**

| 3/26/05 | Review letter and issue order | .15 hrs. |
| 4/15/05 | Issue order | .10 hrs. |
| 4/27/05 | Review supp. Forms and issue order | .15 hrs. |
| 10/7/06 | Review response and issue order | .25 hrs. |
| 2/7/07 | Review file | .25 hrs. |
| 2/12/07 | Prepare final order | 1.50 hrs. |
| 2/16/07 | Finalize order | .25 hrs. |
| | TOTAL TIME: | 2.65 hrs. |

**02-880      Gilroy Vasquez**

| 4/15/05 | Review claim and issue order | .20 hrs. |
| 5/7/05 | Review supp. Forms and issue order | .15 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 2/7/07 | Review file | .25 hrs. |
| 2/14/07 | Prepare final order | 1.35 hrs. |
| 2/16/07 | Finalize order | .25 hrs. |
| | TOTAL TIME: | 2.50 hrs. |

**02-891      Peter Gonzales**

| 5/26/05 | Review file and pleadings; issue order | .25 hrs. |
| 6/4/05 | Review claim | .10 hrs. |
| 6/8/05 | Review claim and issue order | .25 hrs. |
| 7/2/05 | Review of documents and issue order | .15 hrs. |
| 10/12/06 | Review file and motion; issue order | .25 hrs. |
| 11/18/06 | Review file and letter; issue order | .30 hrs. |
| 2/7/07 | Review file and reply | .75 hrs. |
| 2/10/07 | Prepare final order | 1.25 hrs. |
| | TOTAL TIME: | 3.30 hrs. |

**02-901**         **Charles A. Martinez**

| | | |
|---|---|---|
| 9/24/05 | Review claim | .25 hrs. |
| 9/28/05 | Review claim and issue order | .25 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 2/4/07 | Prepare final order | 1.40 hrs. |

          TOTAL TIME:   2.20 hrs.

**02-903**         **Willana Williams**

| | | |
|---|---|---|
| 2/16/06 | Review letter; open file and issue order | .30 hrs. |
| 3/20/06 | Review file and letter; issue order | .50 hrs. |
| 3/25/06 | Review letter and file; issue order | .25 hrs. |
| 5/12/06 | Review file and issue order | .25 hrs. |
| 5/23/06 | Review file and motion; issue order | .45 hrs. |
| 6/10/06 | Review file and motion; issue order | .30 hrs. |
| 11/2/06 | Review motion and issue order | .20 hrs. |
| 1/3/07 | Review file | .50 hrs. |
| 1/18/07 | Review file and prepare final order | 1.25 hrs. |

          TOTAL TIME:   4.00 hrs.

**03-018**         **Richard Gonzales**

| | | |
|---|---|---|
| 12/12/04 | Review file and issue order | .25 hrs. |
| 3/4/05 | Review motion and issue order | .15 hrs. |
| 4/13/05 | Issue order for hearing | .25 hrs. |
| 6/13/05 | Review motion and issue order | .15 hrs. |
| 6/15/05 | Review file and issue order resetting hearing | .20 hrs. |
| 10/17/05 | Review file and issue order | .25 hrs. |

          TOTAL TIME:   1.25 hrs.

**03-052**         **Marvin Jenkins**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 2/12/05 | Review motion and issue order | .10 hrs. |
| 3/16/05 | Review response to motion and issue order | .15 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 7/21/05 | Review file | .15 hrs. |
| 8/13/05 | Review file and issue order | .25 hrs. |

| | | |
|---|---|---|
| 8/16/05 | Review motion and issue order | .25 hrs. |
| 10/27/05 | Review file and issue order | .30 hrs. |

TOTAL TIME: 1.70 hrs.

**03-055**    **Rebecca Davis**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 2/10/05 | Review file and motion; issue order | .15 hrs. |
| 3/16/05 | Review response and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order on hearing | .25 hrs. |
| 5/5/05 | Review motion to vacate | .15 hrs. |
| 5/7/05 | Issue order setting hearing | .15 hrs. |
| 11/6/05 | Review motion and file; issue order | .25 hrs. |

TOTAL TIME: 1.45 hrs.

**03-082**    **Arthur Montoya**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/13/05 | Review file and issue order | .25 hrs. |
| 7/12/05 | Review file and motion; issue order | .25 hrs. |
| 10/13/05 | Review file and issue order | .25 hrs. |

TOTAL TIME: .95 hrs.

**03-130**    **David Bryan**

| | | |
|---|---|---|
| 1/28/05 | Review of file and issue order | .15 hrs. |
| 2/27/05 | Review motions and issue order | .25 hrs. |
| 3/4/05 | Review motion and file; issue order | .25 hrs. |
| 3/26/05 | Review file and motion; issue order | .15 hrs. |
| 4/20/05 | Review motion and response; review file | .25 hrs. |
| 4/22/05 | Reassign to Cat III; issue order | .25 hrs. |
| 4/23/05 | Issue hearing order | .10 hrs. |
| 7/27/05 | Review motion and file; issue order | .20 hrs. |
| 9/10/05 | Review motion and issue order | .15 hrs. |
| 10/1/05 | Review file and motions; issue order | .50 hrs. |
| 10/8/05 | Review file and issue order | .20 hrs. |
| 11/2405 | Review file and witness list | .15 hrs. |
| 12/8/05 | Review motion and issue order | .20 hrs. |
| 1/18/06 | Review file and reset hearing | .50 hrs. |

| 2/10/06 | Review witness list and file; issue order | .40 hrs. |
| 3/15/06 | Review file and preparation for hearing | 1.25 hrs. |
| 3/17/06 | Hearing | 6.50 hrs. |
| 3/19/06 | Work on case | 1.00 hrs. |
| 4/8/06 | Review case file | .50 hrs. |
| 4/25/06 | Review letter and issue order | .30 hrs. |
| 8/14/06 | Review file and issue order | .25 hrs. |
| 9/2/06 | Review motion and file; issue order | .25 hrs. |
| 10/12/06 | Review file and response; issue order | .25 hrs. |
| 10/19/06 | Review file and listen to Disk #4 | 1.50 hrs. |
| 10/20/06 | Reconvene hearing | 5.50 hrs. |
| 1/2/07 | Review all exhibits and file | 2.10 hrs. |
| 1/11/07 | Hearing | 5.45 hrs. |
| 1/11/07 | Review notes and exhibits | 1.00 hrs. |
| 2/6/07 | Prepare final order; review of all exhibits | 4.50 hrs. |

|  | TOTAL TIME: | 34.05 hrs. |

**03-202      Leonires Duran**

| 1/3/05 | Review file and issue order | .15 hrs. |
| 3/4/06 | Review file and issue order | .35 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 12/30/06 | Review file for hearing | .50 hrs. |
| 1/4/07 | Hearing | 1.75 hrs. |
| 1/6/07 | Review of file | .50 hrs. |
| 1/14/07 | Prepare final order | 1.50 hrs. |

|  | TOTAL TIME: | 5.00 hrs. |

**03-203      Darryl Martin**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/22/06 | Review motion and file; issue order | .30 hrs. |
| 3/4/06 | Review motion and response; issue order | .50 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and issue order | .20 hrs. |
| 12/6/06 | Review file and issue amended order | .20 hrs. |
| 2/7/07 | Review file for hearing | .40 hrs. |
| 2/8/07 | Hearing | .75 hrs. |
| 2/9/07 | Review exhibits and file | .75 hrs. |
| 2/21/07 | Prepare final order | 1.40 hrs. |

|  | TOTAL TIME: | 4.90 hrs. |

**03-209**      **Thomas Robinson**

| 3/4/06 | Review claim and file; issue order | .35 hrs. |
| 3/19/06 | Review file and pleadings; issue order | .50 hrs. |
| 4/8/06 | Review file and issue order | .30 hrs. |
| 5/31/06 | Review file | .25 hrs. |
| 8/19/06 | Review file and issue order for hearing | .25 hrs. |
| 11/13/06 | Review file for hearing | .50 hrs. |
| 11/17/06 | Review file and issue order | .25 hrs. |
| 2/8/07 | Hearing | 2.00 hrs. |
| 2/11/07 | Begin to prepare order | .25 hrs. |
| 3/5/07 | Prepare final order | 2.00 hrs. |

|  | TOTAL TIME: | 6.65 hrs. |

**03-244**      John Claice

| 10/13/04 | Review motions and issue order | .20 hrs. |
| 1/6/05 | Review file and issue order | .15 hrs. |
| 2/7/06 | Review file and response; issue order | .25 hrs. |
| 3/30/06 | Review file | .50 hrs. |
| 4/23/06 | Review file and issue order | .35 hrs. |
| 6/12/06 | Review file and issue order for hearing | .25 hrs. |
| 8/19/06 | Review file and issue order | .20 hrs. |
| 11/13/06 | Review file for hearing | .35 hrs. |
| 11/17/06 | Review file and prepare order | .25 hrs. |
| 2/6/07 | Review file for hearing | .40 hrs. |
| 2/8/07 | Hearing | 1.50 hrs. |
| 2/11/07 | Work on final order | 1.40 hrs. |

|  | TOTAL TIME: | 5.80 hrs. |

**03-262**      **Edward Corbin**

| 6/7/06 | Review file and issue order | .30 hrs. |
| 8/14/06 | Review file and issue order for hearing | .35 hrs. |
| 10/17/06 | Review file and note; issue order | .25 hrs. |
| 10/19/06 | Review file for hearing | .90 hrs. |
| 10/21/06 | Hearing | 1.00 hrs. |

| 10/23/06 | Issue order | .15 hrs. |
| 11/8/06 | Review file and letter; issue order | .35 hrs. |
| 11/12/06 | Review file and issue order | .20 hrs. |
| 11/23/06 | Review letter and issue order | .20 hrs. |
| 1/7/07 | Review file for hearing | .30 hrs. |
| 2/28/07 | Prepare final order after review of file | .75 hrs. |

|  | TOTAL TIME: | 4.75 hrs. |

**03-278      Louis Peoples, Jr.**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/14/06 | Review file | .50 hrs. |
| 7/2/06 | Review file | .30 hrs. |

|  | TOTAL TIME: | 1.20 hrs. |

**03-289      Daniel Lambert**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 11/24/05 | Review response and issue order | .25 hrs. |
| 1/1/06 | Review file and issue order | .25 hrs. |
| 1/20/06 | Review file and issue order | .25 hrs. |
| 7/31/06 | Review file | .40 hrs. |
| 8/2/06 | Issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .30 hrs. |

|  | TOTAL TIME: | 1.80 hrs. |

**03-303      John L. Sheets**

| 8/23/06 | Review letter; open file and issue order | .25 hrs. |
| 9/2/06 | Review claim | .20 hrs. |
| 10/29/06 | Review file and issue order for hearing | .25 hrs. |
| 11/15/06 | Review file and motion; issue order | .25 hrs. |
| 11/28/06 | Review motion and issue order | .25 hrs. |
| 12/8/06 | Review file for hearing | .30 hrs. |
| 12/15/06 | Hearing | 1.50 hrs. |
| 12/17/06 | Prepare order | .25 hrs. |
| 1/30/07 | Telephone hearing and preparation | 1.00 hrs. |
| 3/5/07 | Prepare final order | 2.00 hrs. |

| | TOTAL TIME: | 6.25 hrs. |
|---|---|---|

**03-305**       **Ernest Smith**

| 1/30/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/12/06 | Review file and motion; issue order | .35 hrs. |
| 9/9/06 | Review file and elevate | .30 hrs. |
| 9/12/06 | Review file and issue order | .15 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

| | TOTAL TIME: | 1.20 hrs. |
|---|---|---|

**03-310**       **Peter Smith**

| 1/28/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/9/05 | Review letter | .10 hrs. |
| 5/18/06 | Review file and motion; issue order | .30 hrs. |
| 8/25/06 | Review file | .30 hrs. |
| 8/28/06 | Review file | .30 hrs. |
| 9/19/06 | Review file and issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

| | TOTAL TIME: | 1.60 hrs. |
|---|---|---|

**03-311**       **Terrence Turner**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/18/06 | Review response and file; issue order | .30 hrs. |
| 6/2/06 | Talk to parole agent; issue order | .30 hrs. |
| 9/18/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

| | TOTAL TIME: | 1.25 hrs. |
|---|---|---|

**03-313**       **Gloria Salazar**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 9/9/06 | Review file and issue order | .20 hrs. |
| 12/2/06 | Review file and set hearing | .25 hrs. |

|  |  |
|---|---|
| TOTAL TIME: | .90 hrs. |

**03-314      Paul Palecek**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/30/05 | Review letter and issue order | .15 hrs. |
| 6/12/06 | Review letter and file; issue order | .25 hrs. |
| 9/23/06 | Review file and issue order | .25 hrs. |
| 12/12/06 | Review file and issue order for hearing | .30 hrs. |
| 2/6/07 | Review file for hearing | .50 hrs. |
| 2/8/07 | Hearing | .85 hrs. |
| 2/11/07 | Review file and exhibits | 1.00 hrs. |
| 2/15/07 | Work on final order | 1.00 hrs. |
| 2/17/07 | Complete final order | 1.00 hrs. |

|  |  |
|---|---|
| TOTAL TIME: | 5.45 hrs. |

**03-322      Gustavo Santistevan**

| 1/8/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 2/19/06 | Review file and motion; issue order | .20 hrs. |
| 4/9/06 | Review response and issue order | .25 hrs. |
| 10/1/06 | Review file ane elevate | .40 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 2/18/07 | Review file for hearing | .30 hrs. |
| 2/23/07 | Hearing and sign order | .30 hrs. |
| 2/24/07 | Finalize order | .25 hrs. |

|  |  |
|---|---|
| TOTAL TIME: | 2.30 hrs. |

**03-326      William Booth**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/8/06 | Review response and issue order | .25 hrs. |
| 10/1/06 | Review file and elevate | .35 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 10/8/06 | Reissue order | .15 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 2/18/07 | Review file for hearing | .30 hrs. |
| 2/23/07 | Hearing and review of exhibits | 1.50 hrs. |

| | | |
|---|---|---|
| 3/1/07 | Prepare final order | 1.25 hrs. |

TOTAL TIME:                 4.40 hrs.

**03-332        Matthew Archuleta**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 10/9/06 | Review file and elevate | .30 hrs. |
| 10/12/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 1/27/07 | Review file and motion; issue order | .25 hrs. |

TOTAL TIME:                 1.20 hrs.

**03-346        Scott Newcomb**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 4/17/05 | Review supplemental forms | .15 hrs. |
| 3/31/06 | Review pleadings and file | .25 hrs. |
| 8/27/06 | Review file and response; issue order | .25 hrs. |
| 11/7/06 | Review file and issue order | .30 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

TOTAL TIME:                 1.35 hrs.

**03-360        Reggie Keyes**

| | | |
|---|---|---|
| 10/10/04 | Review of claim | .10 hrs. |
| 10/12/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 9/3/05 | Review motion and issue order | .15 hrs. |
| 9/10/05 | Issue order | .15 hrs. |
| 9/18/05 | Review file and motion | .25 hrs. |
| 10/13/05 | Review letter and issue order | .30 hrs. |
| 2/6/06 | Review file and letter; issue order | .25 hrs. |
| 4/11/06 | Review file and issue order | .25 hrs. |
| 4/19/06 | Review letter | .15 hrs. |
| 8/9/06 | Review file and response; issue order | .25 hrs. |
| 11/11/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

|  |  | TOTAL TIME: | 2.60 hrs. |
|---|---|---|---|

**03-363        James Henderson**

| 12/28/04 | Review file and issue order | .15 hrs. |
|---|---|---|
| 2/24/05 | Review file and motion; issue order | .25 hrs. |
| 4/14/06 | Review file and issue order | .40 hrs. |
| 5/28/06 | Review file and issue order | .30 hrs. |
| 6/9/06 | Review file and letter; issue order | .30 hrs. |
| 6/28/06 | Review file and motion; issue order | .25 hrs. |
| 8/9/06 | Review file and response; issue order | .30 hrs. |
| 11/14/06 | Review file and elevate | .35 hrs. |
| 11/18/06 | Issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

|  | TOTAL TIME: | 2.75 hrs. |
|---|---|---|

**03-366        George Karl**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 8/27/06 | Review response and file; issue order | .25 hrs. |
| 11/16/06 | Review file | .30 hrs. |
| 11/18/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |

|  | TOTAL TIME: | 1.20 hrs. |
|---|---|---|

**03-360        Randall Lee**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 9/13/06 | Review file and motion; issue order | .25 hrs. |
| 11/21/06 | Review file | .20 hrs. |
| 12/1/06 | Review file and issue order | .25 hrs. |
| 12/1/06 | Review file and issue order | .25 hrs. |

|  | TOTAL TIME: | 1.10 hrs. |
|---|---|---|

**03-371        Dorothy Thurman**

| 2/15/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 11/16/06 | Review file | .30 hrs. |
| 11/28/06 | Review file and elevate | .40 hrs. |

| 12/1/06 | Issue order | .20 hrs. |
| 12/8/06 | Review file and issue order | .25 hrs. |
| 12/9/06 | Review file | .15 hrs. |

TOTAL TIME:                      1.45 hrs.

**05-002      David Alonzo**

| 9/24/04 | Issue order vacating hearing | .15 hrs. |
| 12/7/04 | Review file and issue order | .25 hrs. |
| 2/3/05 | Review file and issue order | .15 hrs. |
| 3/8/05 | Issue order | .10 hrs. |
| 5/4/05 | Review file and issue order | .15 hrs. |
| 5/7/05 | Review file and issue hearing order | .25 hrs. |

TOTAL TIME:                      1.05 hrs.

**X-193      Ethel White**

| 10/14/06 | Review letter; open file and issue order | .50 hrs. |
| 10/22/06 | Review claim and letter; issue order | .40 hrs. |
| 1/14/07 | Review file and issue final order | .40 hrs. |

TOTAL TIME:                      1.30 hrs.

**X-200      Ronnie Smith**

| 11/1/06 | Review letter and issue order | .35 hrs. |
| 12/19/06 | Review claim and file; issue order | .25 hrs. |
| 2/7/07 | Issue final order | .25 hrs. |

TOTAL TIME:                      .85 hrs.

**X-201      Larry Glover**

| 11/8/06 | Review letter and issue order | .30 hrs. |
| 2/3/07 | Review file and issue order of dismissal | .25 hrs. |

TOTAL TIME:                      .55 hrs.

**X-202**      **Andre Thomas**

| | | |
|---|---|---|
| 11/12/06 | Review letter and prepare order | .35 hrs. |
| 2/3/07 | Review file and issue order of dismissal | .30 hrs. |

                              TOTAL TIME:             .65 hrs.

**X-203**      **Dino F. Trujillo**

| | | |
|---|---|---|
| 12/11/06 | Review file and letter; issue order | .30 hrs. |
| 2/3/07 | Review file and issue order of dismissal | .30 hrs. |

                              TOTAL TIME:             .60 hrs.

**X-204**      **David R. Flinn**

| | | |
|---|---|---|
| 1/16/07 | Review letter and issue order | .30 hrs. |
| 3/7/07 | Review file and issue order of dismissal | .35 hrs. |

                              TOTAL TIME:             .65 hrs.

TOTAL HOURS at $175.00 per hour: 61.70 hours.

TOTAL HOURS at $200.00 per hour: 113.85 hours.

**EXHIBIT E**

Travel Time for Richard M. Borchers

|  |  |  |
|---|---|---|
| 2/7-8/07 | Travel to Sterling and return | 4.00 hrs. |
|  |  | ———— |
|  | TOTAL TRAVEL TIME: | 4.00 hrs. |

Lodging Expenses:

|  |  |  |
|---|---|---|
| 2/7/07 | Sterling | $86.71 |
|  |  | ———— |
|  | TOTAL EXPENSES: | $86.71 |

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending March 15, 2007:


None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending March 15, 2007:

(See attached sheet)

Total Time:  59.15 hours

# LRC
## Legal Resolution Center

## Judge RCD - Billing Worksheet for Montez v. Owens
### Civil Action No. 92-N-870

Name: _Time 1/15/07 —_     DOC # _____

Claim No: _TO 3/15/07_

Category No: _Page 1_

| Date | Activity | Time |
|------|----------|------|
| 1/24 | Derwin     Telephone Conf re expert | .5 |
| 2/6 | Brian Ray 03-301 Hearing | 2.4 |
| | Louis Peoples 03-278 Hearing | 1.5 |
| | Travel To Limon | 4.0 |
| | 230 Miles | |
| 2/13 | Roger Marsh 02-374 Prep of final order | 2.5 |
| 2/13 | Anthony Siracusa 02-059 " | 2.5 |
| 2/14 | Julio Nunez 02-088 Prep of final order | 2.25 |
| 2/14 | Charles Shepard 02-057 " | 2.0 |
| 2/13 | Administration | .5 |
| 2/16 | Darin Klocker 02-157 " | 2.0 |
| 2/18 | Jose Acevedo 02-138 " | 2.5 |
| 2/20 | Travel To Canon City 200 miles | 4.0 |
| | Paul Pollard 03-323 Hearing | 2.0 |
| | Juan Maldonado 03-248 Hearing | 2.0 |
| | | |

# LRC
## Legal Resolution Center

# Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

**Name:** _Time To 3/15/07_          DOC # _____

**Claim No:** _Page 2_

**Category No:** _____

| Date | Activity | Time |
|------|----------|------|
| | Ernest Smith 03-305 - Default | 1.0 |
| | Daniel Lambert 03-289 - Default | 1.0 |
| | Peter Smith 03-310 - Default | 1.0 |
| | Terence Turner 03-311 - Default | 1.0 |
| | Administrative Time | 1.0 |
| | Gloria Salazar 03-313 - Default | 1.0 |
| 2/27 | Adam Morales 03-312 - Default Waiver | 1.0 |
| | Genady Slonimsky - 03-318 Hearing | 1.0 |
| | Marty Bueno 03-334 - Hearing | 1.0 |
| | Travel 200 miles Canon City | 4.0 |
| 2/28 | Charles Stroud 03-350 - Hearing | 2.0 |
| | Javon Gadlin 03- Hearing | 2.0 |
| | Travel 200 miles - Canon City | 6.0 |
| 3/7 | Reggie Keyes 03-360 - Default | 1.0 |
| | Scott Newcomb 03-346 - Default | 1.0 |
| | George Karl 03-366 - Default | 1.0 |

# LRC
## Legal Resolution Center

# Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

**Name:** _Time To 3/15/07_                   DOC # _____

**Claim No:** _Page 3_

**Category No:** _____

| Date | Activity | Time |
|------|----------|------|
| | James Henderson 03-362    Default | 1.0 |
| | Dorothy Thurman 03-371    Default | 1.0 |
| | Randall Lee 03-370    Default | 1.0 |
| 3/6 | MarTy Bueno 03-334   Review + Draft order | 3.0 |
| 3/7 | Robert Barnett 03-078   " | 3.0 |
| 3/7 | Howell Roberts 01-041   "   " | 1.5 |
| 3/8 | Wellman Gibson 03-173   "   " | 3.0 |
| | Rose Carlson 05-013 Ruled on Motions | .5 |
| | Dean Ross DenTon 03-206   " | 1.0 |
| | Robert Neely 03-238   " | .75 |
| 3/11 | Wellman Gibson 03-173 Finished final order | 2.5 |
| 3/14 | Martin Schwieter 03-358   Hearing | 1.5 |
| | Clint Crews 03-184   Hearing | 1.0 |
| 3/15 | Wellman Gibson 03-173 Review of mail - Ruling | .5 |
| | John Derwin 03-191 Review Mail - Ruling | .25 |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending March 15, 2007:

(See attached sheet to Exhibit G)

1.50 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending March 15, 2007:

(See attached sheet to Exhibit G)

Total Travel Time:                                18.00 hours.

No lodging expenses: