IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 92-N-870

Jesse (Jesus) Montez, etal.,
Plaintiffs

V.

Bill Owens, etal.,
Defendants

Motion for Contempt of Order & Remedial Plan

Contempt is the proper and appropriate remedy for violation of an Order.
Saleem V. Evans, 866F2d 1313,1314 (11th.C.89); Welch V. Spnagler, 939F2d 570, 572 (8th.C.860.

1. a party who disobeys a court order can be held in contempt. Rule 70, Federal R. Civil P.
2. Civil contempt is aimed at vindicating the rights of the litgant who has obtained a Court Order.

REDEDIAL PLAN REQUIREMENTS VIOLATED

D. The AIC shall review ed, vocational, and work programs available to inmates with with disabilities to ensure that the assignments of the inmates is nondiscriminatory.
E. In the event that an inmate with a disability is unable to work or participate in programs because of his disability, that individual shall not be penalized because of the failure to participate in these programs with respect to earned-time benefits allowed to other inmates who are able to work and participate in programs, including but not limited to yard time and other activities such as visiting.
F. evaluation of an inmates's removal from a program assignment shall be done on a case by case basis, and will take into account a number of factors including the inmates's ability to perform the essential functions of the program or work duites.

XVI. Health Care Appliances:
  A. Definition:
     Health care appliances are assistive devices or medical support equipment, which are/have been prescribed for the inmate and approved by clenical SVS.
     Include: Orthopedic prosthesis, orthopedic braces, shoes, crutches, canes, walkers, wheelchairs, hearing aids, prescription glasses, artificial eyes, dental prosthesis, breathing devices, and gloves for wheelchair use only.
  C. Possession of Health Care Appliances:
     no inmate shall be deprived of a helath care appliancee that was in the inmates's possession upon entry into the DOC system, or was properly obtained while in DOC custody, unless for safety, or security reasons or the Chief Medical Officer determines that the appliance is no longer medically necessary or appropriate.

THE UNJUSTIFIABLE FAILURES OF SCF AND ARROWHEAD TO COMPY WITH THE MONTEZ REDEDIAL PLAN:

A. These noncompliances of the Remedial Plan are proven by the affidavitts filed with this contempt Motion.
B. These affidavitts were typed out for clarity and singned by each individual that are making the accusations, some of these affidavitts are done in thier own handwriting because they have left the facilty.
C. These noncompliances should prove the burden on the party seeking the contempt. Glover V. Johnson, 934 F2d 703,707 (6th.C.91).
D. These personnel of SCF have not taken "all reasonable steps within their power to ensure compliance' with the court's Order of the Remedial Plan."'
   Stone V. City of San Francisco, 968 F2d 850,856 (9th.C.92).

E. These noncompliances are intentional and willful disobedience against the Remedial Plan and all the Court's Orders, they simply believe that they are above the law and can do as they please! This was the Head of Case Managers reply to moving an inmate (mentally handicapped) from Education (GED) to the Kitchen. Benjamin V. Sielaff, 752 F.Supp.140, 147 (S.D.N.Y.90).

Thus, because the prison Administration has been informed of this Remedial Plan, and the Court's Orders to comply, these guards, Education Administrator, and Education Employees, Head Case Manager, and all personnel of SCF and Arrowhead are subject to the contempt sanctions when they ahve deliberately violated this Remedial Plan. Aspira of New York V. Board of Ed., 423 F.Supp. at 654.

The Supervisory Officials over these people should be held subject to the contempt also as they are responsible for the AR's & POR's and policies that these people are advocating in their daily duties here and at Arrowhead, that goes agaisnt the disabled. Landman V. Royster, 354 F.Supp. 1292, 1294,1301-02 (E.D.VA.73).

A civil contempt remedy is to coerce the judgment violators into compliance with the Remedial Plan and Court's orders, and to compensate all parties for losses or damages caused by the other party's violation of the Remedial Plan and Court Orders. Benjamin V. Sielaff, 752 F.Supp. 570-572 (8th.C.91).

Therefore, the disabled here at SCF and Arrowhead asks this court to Order all personnel at SCF and Arrowhead to comply with the Remedial Plan and to stop all discrimination that is the policy here at this facility and at Arrowhead, that as you can see by the Affidavitts its very prominent here by all Officials and especially Education and Medical.

SUBMITTED ON THIS __18th__ DAY OF __MARCH__,)&.

_____
Roy J. Main #48337