In The United States District Court
For The District of Colorado

Civil Action No 92-N-870 (OES)

Jesse (Jesus) Montez, et al.,
   Plaintiffs

v.

Bill Owens, et al.,
   Defendants

Alfred Kaufman Affidavit by Roy J. Main, Jr.:
   Contempt order Against (SCF) Personnel & Medical

A. Hip Replacement Approx (5) years ago, VA Hospital in Denver.

B. A Compound Fracture to my right Femur (16" Steel plate), Lutheran Hospital in Lakewood.

C. Crushed right foot (which required surgery & 2 yrs. of casts), San Mateo Hospital in CA, then flown to University Hosp. in Denver.

D. Herniated L3, L4 and L5 discs which were operated on at St. Anthony's in Denver.

E. Heart Angeogram at the VA Hosp. in Denver.

F. Wheelchair was given to me by MD at Territorial.

G. Arrived at SCF Feb. 26, 06.

H. Wheelchair was taken from Def by Medical and gave him a walker to use.

I. Defendant has to walk to & from chow and Classes 660 yards, 6 times per day.

J. This causes the defendant extreme pain in hips and legs.

K. By the time defendant gets back to the cell house he is dragging his right foot, which is also partly due to a

heart attack that I also had.

L. The walker doesn't work because of the large seams in the sidewalk, it tends to tip over on me.

M. Grievances have been filed but to of no use, they still have denied me my wheelchair and have denied to move me to Lyons facility for the ones that can't get around very good.

N. They also have taken away the Oxygen that was for the poor blood circulation and the heart attack.

O. They also have taken away the "Short Passes" for all the handicapped individuals here at SCF, these "Short Passes" were so these individuals didn't have to walk the long distance during Chow time and classes.

Alfred J. Kaufman   120388

I Gary Atkinson 82478 at Sterling Correctional facility. Was diagnios with Chronic psorisias and I have been seen by the P.A. at sterling Corr facility. My P.A. who was asign to me was P.A. Webster, who he said to me he exshaulted all his remedys and that he is gonna recomend that I see a skin specialist. P.A. Webster did finally recomend me to see a skin specialist and D.O.C. refused his request for me to be seen by a skin specialist. My skin has gotten worse since I've been here to the point that I cant sleep or walk properly anymore, the P.A's here at Sterling, all they have done was issuse me creams to put on my skin, but that is not souleing the problem because I'm constantly in pain and my skin inflamed constantly to wear I cant even walk at times, I need to be seen by a skin specialist, as soon as possibly, its gotten to the point I cant even see right at times, all I'm truely asking for is to see someone who know about chronic skin problems.

#82478 Gary Atkinson

GRIEGO  117534

Conditions from Accident:

Memory Loss

Headaches

Slow understanding or learning new things

Explaining myself and or the situation

Uncontrollable anger in spurts for unknow reasons

Depressed, Hopeless

What DOC has Done:

Had me on Prozack in DRDC. No help or change

I quit 3 months after I got sent to Sterling in '03

The Psych from Denver told me to look in the library for books on brain injuries to help me or have my family send me one (book) from the street.

What They (DOC) has Not Provided:

They havent provided any help at all, no meetings no kind of help at all.

Robert Griego #117534
117534

MARCH, 10th, 2007

- started Special education at age 4.
- IN behavioral disorder classrooms from Kindergarten through 5th grade due to extreme explosive and problematic behaviors.
- treated for depression at age 4.

Disabilities:
- ADHD and Intermittent explosive Disorder.
- Also have a Mental-emotional Disorder.

- Have a lack of impulse control, symptoms of anxiety and depression, attention problems and also behavior problems too.

- IN the area of Pragmatic Judgement, or social language skills, is well below average. Has trouble in areas of giving directions, making introductions, considering the source of information, asking for clarification, offering explanations, recognizing the wrong topic, making indirect statements, rewording a request, and remembering the most important information.

Signed this 10th day of 2007, Jason Compton

(Please make copy and send this back to Haley.)

# GROUP LOG

INMATE NAME  Michael Haley        DOC # 105526

**Monday Sept 25** — We were told that Arrowhead is a hard place to be, the work in the mendous, and achieving success was a challenge. That alone tells me I'm not ready, I can't even handle things emotionally in the know & I have there and more the truth. I'm getting better but there is a whole lot in me that needs improvement.  *Good insight & Reality check*

We also did homework on loving relationships again I went and did it my way or the way I thought is was to be done without asking help & screwed up, so I had to do it again. I've got to learn to ask for help a lot of times I just don't understand it all and want to sound stupid or take up the groups time which we heard about this day by starting, making statements or asking questions get certain group members upset according to them we drag things out and they are in a hurry to get it done. So the heck with everyone else.

**Sept 26 Tuesday** — Today we continued on signs of a healthy belonging. We had to make a list which was good I just hope he follows up on it. In Arrowhead I believe it is in for a while more. Watching Mr Lewis has a problem of tearing himself down a lot after he builds himself up, he keep telling us how he could walk right through his chains but I see him struggle more every day. Perhaps what he stated about reviewing his moms and dads DNA is finally coming out in full view. He says he is a smart man, by saying this it means he can stay here. I knew I went to the Arrowhead program, it would be too much stress on this heart of mine to handle, I have a hard enough problem with stress on my heart here, ask medical they'll tell you they don't believe me. But I do want to go on with therapy because I want to get better.

**Wednesday Sept 24,** Today Mr. Burke was having problems emotional about his relationship. He was thinking he was never loved, it seemed like he was only choosing those he knew showed as being to ask for a hug, I felt that he was teaching or telling her that she was interested in something she wanted to do and he felt that he too wanted that attention right then or else so he could get mad. Just to do or say something with my spouse, I wanted to be put first, the heck with anything else. I tried to conform her thoughts and needs to just me. I see that more and more as I learn about my distortions in our relationship, no wonder the relationship did not work.

Maybe she gave a reason for not doing his lesson and to wait. I believe that if I had to face that I would have had to write a concept paper and so would his other people as well. Because I had smuggled out my papers at my cell and the only time I could sit and write them out was during class. I sat up till morning writing mine yet I would have got a concept paper for failing to pre-set it correctly in class. He would have (as well as you or anyone else) of the assignment when Tuesday when we got to him. I told him that I missed that.

**Thursday Sept 28** Today we continued & finished on my/your relationship. I got it done right (hurrah), sometimes I just don't get what is being said for different assignments, it has that I don't hear it or I am not listening that I've not understood what is written. We also continued on with Mr. Burke who thinks it is very good when a good relationship to a marriage that is over, it's hard also to even stop for him. He just doesn't want to let go. I am in some problems now. I realize I should have told a lot to look at my marriage when it got back in shape or leave living on so it as long as I do.

---

Every log you mention Mr. Lewis & Mr. Koseck. Why? Do you think we do not see Things in all of you That people think They "con" us with.?

Why do you Let these people rub you wrong? What is it. That truly bugs you?

If you see Them playing a game Call it.

2nd. Look at your reactions when called on something. Why Anger & Sarcasm?

# ACCOMMODATION RESOLUTION

| NAME | MAIN, ROY | DOC # | 48337 |
|---|---|---|---|

| Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a physician & Chief Medical Officer | NONE |
|---|---|

**NO ACCOMMODATIONS NECESSARY AT THIS TIME**

A DOC physician and the Chief Medical Officer have determined that you do not have a qualifying hearing disability pursuant to the mandates of the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are not entitled to accommodations.

If your condition(s) worsens and you feel you require accommodations to access programs, services & benefits, please complete and submit a new Request for Accommodation to the AIC.

To the extent you require clinical attention such as medication, assistive devices, restrictions, medical care or special clothing, your requests should be directed to Clinical Services where they will be evaluated for medical need. **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.

_____    6/14/06
Signature: Chief Medical Officer         Date

Cathie Holst                              6-14-06
Signature: AIC                            Date

Prepared: May 23, 2006
Original – AIC
Copies:  1-Warden
         7-Warden for distribution to the following:
         1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
         2 –Offender
         AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised 5-1-06

*[Handwritten note:]* I have not had a hearing test since "94" and my left ear has grown worse, yet these medical people won't do a test to see just how bad my left ear really is.

*[Signed:]* Roy J. Main