**Colorado Department Of Corrections**

Name  Roy J. Main
Register Number  48337
Unit  21
Box Number  6000
City, State, Zip  Sterling, Co.  80751

DENVER CO 802
19 MAR 2007 PM 2 T

LEGAL RESOLUTION CENTER
Judge Richard M. Borchers
7907 Zenobia Street
Westminster, Co. 80034-4444

80034+4444