Civil Action No 92-N-870
Civil action 53(9)(2) Objection To
final Order of Special Masters
Tomas Martinez # 117601
PAge # 5 and # 6

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2007

GREGORY C. LANGHAM
CLERK

Mr Tomas Martinez did with due
respects to Special Masters finding
Suffer a stroke. Witness Dr. Song Sterling
Because He was not provided with
High blood pre sure Medication for three
days His blood presure was out of Control
He suffered a Stroke leaving Hem with
problems walking as stated in
final Order of Special Masters
Dr Orville Neufeld, was a Witness
to the stroke. We are Not asking simpaty
because of no typ Writer We are un able
to do this better, We pray the Courts will
ex sept the fore Going stat ment of
objections.

I am asking for damages due to
severe physical injuries due to neglect
any physical by a Dr will show
my statements are Correct, to objections
of Special Masters
to the Clerk of the Unit l States District
Court
901 19th Street
Denver, Colo.
Signed Thomas Martinez