**Colorado Department Of Corrections**
Name: Jomas Martinez
Register Number: 17601
Unit: C.D.O.C. Bunit C143.07
Box Number: 392-004
City, State, Zip: Denver, Co 80239

United States District Court
Clerk
901 19th Street
Denver,
Co. 80294

DENVER CO 800
26 MAR 2007 PM 5 L