**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



REFUSED

REASON CHECKED
Name
No. Doc. Number ~~don't match~~
Not at this facility
Paroled



92-cv-870
EWN-OES

FILED
UNITED STATES DISTRICT
COLORADO

MAR 30 2007

GREGORY C. LA...



James Martinez 56997
SCF
P.O. Box 6000
Sterling, CO 80751-0600