FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 0 2 2007
GREGORY C. LANGHAM
CLERK

MAR 2 9 2007

March, 22, 2007

Dear Judge Richard M. Borchers,

    I recieved a **FINAL ORDER OF SPECIAL MASTER**, in the mail, on March, 19, 2007, with a notice that a objection must be made by me by March, 29, 2007. I was under the assumption that this was being handled by some attornies, appointed by you. I had no idea that I had to represent myself on this matter, to tell you the truth I am at a loss, a while back I received a notice stating that I didn't qualify, I never knew that I was disqualified. I understand that there are others with more disabilities than I, and even though the issues I have may not be in the later stages as some of the others, I still do have some things that have never been met. My problem is that I suffer from low blood sugar, I was given a glucose test and during the course of the five hours that this test involved, my blood sugar dropped to 35. This was the first time in my life that i even knew that I suffered from this problem, I am now learning about diabetes, and though I may not have to take insulin at this time there stands the great possibility that I just may have to in the future, and at the present I am doing all I can to avoid that, thing is I am having other problems that relates to this low blood sugar thing sometimes I can't see, I am having problems with my kidneys at times, but I try to drink plenty of fluids and exercise, but my levels of energy elude me. I am not very good with writing motions and if it was a motion that I was to produce to still seek adequate care than, I don't think I should be excluded because of my ignorance of the law. I wasn't given a hearing test hear at this facility, the last test I received was at Arrowhead in 1992. I can only hope that my voice is still heard. I am not out to receive an award, I just want to be able to get the medical assistance I need should I need it, I just don't know what I need to do.

    Thankyou for taking the time to read my response, and for the time and cooperation you have given me.

Sincerely yours, Rudy Saiz #43781

**Colorado Department Of Corrections**

Name _Mr Rudy SAiz_
Register Number _# 43781_
Unit _A.V.C.F. Unit # 4_
Box Number _1000_
City, State, Zip _Crowley CO 81034_

COLORADO SPRINGS CO 809 1 T
28 MAR 2007 PM



Special Masters for the United States District Court
for the District of Colorado
Judge Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-1444