IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

## ORDER GRANTING SPECIAL MASTERS' EIGHTEENTH APPLICATION FOR PAYMENT OF FEES AND COSTS

---

THIS MATTER comes before the Court on the Eighteenth Application for Payment of Fees and Costs filed by Richard M. Borchers, Bruce Pringle, and Richard C. Davidson who have been appointed as Special Masters in this case. The Court has reviewed the application and finds that fees and costs in the amount of $ are appropriate.

IT IS HEREBY ORDERED that the Special Masters' Eighteenth Application for Payment of Fees and Costs is approved in the amount of $70,771.71; and

IT IS FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson.

SIGNED this 3 day of April, 2007.

BY THE COURT:

John L. Kane, Jr.
Senior United States District Judge