

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-00870

RfS Doc [2615]

REFUSED
REASON CHECKED
Name & # don't match
No. Doc. Number
Not at this facility
Paroled

James Martinez 56997
SCF
P.O. Box 6000
Sterling, CO 80751-0600

017H15524679
HASLER $0.390
04/03/2007
Mailed From 80202

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2007

GREGORY C. LANGHAM
CLERK

NIXIE   802   1   74 04/06/
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151   *1320-01895-03-