92-CV-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

4-13-07

APR 13 2007

GREGORY C. LANGHAM
CLERK

Claim Number 03-218
Category III
Claimant: Nathaniel Huguley #55740
Address of: Denver County Jail, 10500 Smith Road, Denver, Colo 80239 and 1685 Colorado Blvd Apt # 201, Denver, Colo 80220

This matter is about a hearing held on January 12, 2007 in the Final order by the specail Master Richard C. Davidson. A Settlement Claim was Awarded to me Nathaniel Huguley in the Amount of 1,000.00 Dollars ordered by the Special Master Richard C. Davidson, How do I go about Accepting the Settlement that was offered to me by the Special Master I will Accept the offer please send information to me about this matter please send all future correspondence To me the claimant Nathaniel Huguley At the following adress's stated above. All information will be greatly Appreciated Thank you for you time.

April 11, 2007
Nathaniel Huguley

Nathaniel Huguley
Claim # 03-218
#55740

Nathaniel Huguley

NATHANIEL Huguley
10500 EAST Smith Road
DENVER, CO 80239

DENVER CO 802
APR 2007 PM 1 T



Office of the clerk
UNited States DISTRICT COURT
ALFRED A. ARRAJ Court House
901 - 19TH ST, Room A 105
Denver, Colo 80294-3589
OFFICIAL BUSINESS

80294+2500