Due April 23, 2007

0 Days Previously Granted

| | |
|---|---|
| United States District Court<br>For the District of Colorado<br><br>901 19th Street<br>Denver, CO 80294 | |
| Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)<br><br>JESSE MONTEZ, et al.<br><br>       Plaintiffs,<br><br>-vs.-<br><br>BILL OWENS, et al.<br><br>       Defendants. | COURT USE ONLY |
| Claim Number 02-610<br>Category II<br>Claimant: Douglas Lee Crawford, #55972<br>Address of Claimant: LCF, 49030 St.Hwy 71,<br>Limon, CO 80826 | |

OBJECTION - MOTION FOR ENLARGEMENT OF TIME = NINETY (90) DAYS

   Douglas Lee Crawford, pro se, Claimant herein, pursuant in knowing this request is within the Federal Rules of civil procedure that this Honorable Court could allow for this time delay of its rulings. As Claimant pleads for delay, this here will seek to show regards why this time enlargement should be granted.

   Claimant is incarverated, is with out assistance of counsel, plus this facilities Law Library whom Chaimant is unawair of.

   Claimant herein pleadingly request this Honorable Court for time delay of its response to be of ninety (90) day enlargement before Claimant herein could and will be able to properly present this case and does show the following:

   Respects why: Claimant herein is request both "trial transcript copies and copies of prior hospital documentation [from as: Swedish Medical Center and St. Joseph Hospital - Denver, Colorado]. Hence, for such documentation as Claimant herein will use

-- information both by criminal court transcribed, and medical as well as psychiatrist's opinions, as what am seeking obtain is some from the transcript info and some produced in/for the hospitals while this Claimant within -- Whereas by end of this requested enlargement of time, then, this Claimant will then have at least enough information so be able to factually show, as needed, for case.

    WHEREFORE, this Claimant respectfully pleads -- begs -- that this Honorable Court does grant this motion for its time delay of this requested ninety (90) days, to the 23rd of July, 2007, in and addedly allow this Claimant to obtain, file, with the information as request

Dated this the 22 day of April, 2007

Respectfully,

Douglas Lee Crawford #55972
49030 St. Hwy 71 - LCF
Limon, CO 80826
Claimant Pro Se