22 April 2007

ATTN: Clerk of the Court
United States District Court
For the District of Colorado

901 19th Street
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 4 2007

GREGORY C. LANGHAM
CLERK

Re: Civil Action No. 92-N-870 (CES) (Consolidated for all purposes
    with Civil Action No. 96-N-343)
    Jesse Montez, et al., Plaintiffs,
    -vs.-
    Bill Owens, et. al., Defendants.

Claim Number 02-610
Category II
Claimant: Douglas Lee Crawford, #55972
Address of Claimant: LCF, 49030 St. Hwy 71, Limon, CO 80826

Dear Sir,

    Enclosed please find the original -- OBJECTION - MOTION FOR ENLARGEMENT OF TIME = NINETY (90) DAYS -- in the above styled and entitled case. Please file my pleadings thus bring them to the attention of the Court. Thank you

Respectfully,

Douglas L. Crawford
Claimant Pro Se