Attn: J. Kane,        4-23-07

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 24 2007
GREGORY C. LANGHAM
CLERK

RE: Motion for Order Concerning Closurer to the Civil Action No. 92CV-00870 EWN

Doc #

Dear Sir I am Wayne Thomas 98562 And I am writing this letter to you to inform the courts that I have violated my parole which I had only 4-months to Discharge my Sentence. The Problem was a Residence Issue the parole office had listed me as Absconder and has Requested that I be sent Back to my Remainder Sir my Discharge Date is 10/1/07 4-months from now Sir. At this time I am willing to Dismiss the Class Action Civil Claim that I have had open with the State Colorado Regarding quality of my Medical Care and Discrimination I am willing to dismiss my Class Action Claim for reducing my Sentence. And Sir the Reason I'm Requesting this is so that I can keep on useing my own Primary Physician And not the Correctional Service Clinical

This is were my problems started. @ Correctional Service Clinicent on Complaints Regarding the quality of there medical care Dated Back in 3/05 and sir I ~~pay for my~~ own treatment And Have Been Sence 3-10-05. With all due Respect Sir I have been dealing with this claim for over two years, and would like to ask the courts to open my file and review my claim. Sir my family and friends do agree with this offer. I Can Be Reached @ Skyline Minimum Center @ the East Canon Complex the Address is P.O. Box 800 Canon City Colo 81215 Unit D-3. Sir Let me also point ~~out that I Not~~ Asking for my Hold Sentence to Be Reduce Im Just Requesting that some of my Reminder Sentence Be Reduce Sir for the Expenses and the Pain and Suffering that I Have Been Though the Past two years Thank you for your time
P.S Please Send all Up Date Information Here. Cuyde Thomas # 98562