**Colorado Department Of Corrections**

Name: THOMAS WAYNE
Register Number: 98563
Unit: SCC - UNIT D-3
Box Number: P.O. Box 800
City, State, Zip: Canon City, CO 81215

United States District Court
901-19th St Room A-105
Denver CO 80294-3589

Attn: Office of the Clerk

Colorado Springs CO 809 3 L
23 APR 2007 PM