IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      This matter is set for Status Conference on May 7, 2007 at 2:30 p.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The parties shall file a joint status report/agenda on or before May 3, 2007.

Dated:  April 25, 2007