IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Douglas Lee Crawford, Claim number 02-610

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Extension of Time to File Objection to Final Order of Special Master (doc. #2627), filed April 24, 2007, is GRANTED. Mr. Crawford shall have until July 23, 2007 to file his Objection to the Final Order of Special Master.

Dated:  April 25, 2007