IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is before the court on Wayne Thomas' request for a reduction in his sentence in exchange for dropping his claim in this case (doc. #2628), filed April 24, 2007. This court is without authority to make such an agreement. The request, therefore, is **DENIED**.

Dated:  April 25, 2007