IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

―――――――――――――――――――――――――――――――――――――――――――――――

Claim Number X-183
Category: Untimely Filed Claim
Claimant: David Felix, #65022
Address of Claimant: c/o Doug Schat, 310 E. Abriendo, Unit #D, Pueblo, CO 81004

―――――――――――――――――――――――――――――――――――――――――――――――

## ORDER OF DISMISSAL OF SPECIAL MASTER

―――――――――――――――――――――――――――――――――――――――――――――――

    THIS MATTER comes before the Special Master on his own motion. Claimant initially wrote to the Special Masters in July, 2006 requesting information about the claim process. A blank claim form and information sheet were provided to Claimant on July 24, 2006, and he was granted time in which to file a claim. Claimant was in custody at the Buena Vista Correctional Facility in Buena Vista, Colorado at that time.

    Claimant filed a request for appointment of an attorney, as he indicated that he could not read or write. The request for appointment of an attorney was denied on August 16, 2006, as there is no basis in the Remedial Plan for appointment of an attorney.

    Claimant requested additional time to file a claim. He initially was granted up to and including November 27, 2006. Claimant was placed on parole, and two additional extensions were granted. The last extension was through April 23, 2007. Claimant has not filed a claim. The Special Masters cannot proceed without having a claim filed, and that has not occurred in this case. Claimant has been granted months to submit a claim, and he has not done so.

    IT IS HEREBY ORDERED that the claim file of David Felix is dismissed, as he has failed to file an initial claim form; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file

an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 26, 2007.**

SIGNED this 25TH day of April, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master