IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

**JOINT STATEMENT RE; MATTERS TO BE RAISED AT THE STATUS
CONFERENCE TO BE HELD WITH THE HONORABLE JUDGE KANE ON
MAY 7, 2007**

---

The parties through their respective counsel submit the following statement of matters to be discussed at the status conference on May 7, 2007.

1. The parties have been meeting over the last several months to discuss the compliance status of the Dept. of Corrections (DOC) with the Remedial Plan in anticipation of the conclusion of the compliance period on July 27, 2007.

2. Some issues have arisen that counsel would like to discuss with Judge Kane at this time. A status conference has been scheduled for May 7 at 2:30 p.m. for this purpose.

3. One issue that has arisen is whether the Plaintiffs' architectural and structural expert, Peter Orleans, will be allowed to again inspect DOC facilities to determine if they are in substantial compliance with the Remedial Plan.  The Plaintiffs' position is that he should be allowed to inspect the facilities in order to find out if they continue to be in substantial

compliance and that the Remedial Plan expressly authorizes such inspections. The Defendants'
position is that the parties stipulated that DOC was in substantial compliance with respect to the
architectural and physical plant requirements of the plan as of July 27, 2006 (Document 2228
filed 8/30/06) in reliance on Mr. Orleans' report, and no further review by an expert of this
aspect of the plan is required nor necessary.

4. Another issue concerns which facilities Plaintiffs' counsel will be allowed to visit for
compliance review.  Plaintiffs' position is that their counsel should be entitled to visit any and all
facilities which house class members or potential class members, including those inmates who
have diabetes. Defendants' position is that Plaintiffs' counsel are entitled to visit representative
facilities from those designated in the Remedial Plan in order to review substantial compliance,
rather than all facilities in which class members may be housed.

5. Plaintiffs' counsel have requested that they and/or Peter Orleans be allowed to attend
emergency evacuation drills to ensure that the new methods employed for evacuation procedures
are correctly utilizing the accommodations recommended by Mr. Orleans to cope with existing
architectural barriers.  Defendants object to this because Peter Orleans does not have any special
expertise regarding emergency evacuation drills and DOC's process for emergency evacuations
can be reviewed in the procedures which will be provided to Plaintiffs' counsel. It is not
necessary to have an expert observe an actual drill to determine substantial compliance.

6. There remain two outstanding motions in front of the court: the briefing regarding the
legality of DOC's medical co-payment program (docket #'s 2233, 2234, 2317, and 2318) and the
briefing regarding the clarification on standards used to determine disability by the Special
Masters (docket #s 2245, 2244, and 2316).

7. We would like to discuss the next steps in the compliance process. The compliance period ends on July 27, 2007.

Respectfully submitted this 3rd day of May, 2007.


KING AND GREISEN                          JOHN SUTHERS
                                          Colorado Attorney General


s/ Paula Greisen                          s/ Elizabeth H. McCann
Paula Greisen Esq.                        Elizabeth H. McCann
Counsel for Plaintiff Class               Deputy Attorney General
1670 York St.                             Civil Litigation and Employment Law
Denver, Col 80206                         Section
gresien@kinggreisen.com
                                          James X. Quinn
                                          Assistant Attorney General
                                          Corrections Unit, Litigation Section
                                          Attorneys for Defendants
                                          1525 Sherman Street, 5th Floor
                                          Denver, Colorado  80203
                                          beth.mccann@state.co.us

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of May, 2007, I electronically filed the foregoing Position Statement  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen                            Honorable Richard M. Borchers
David Miller                             dborchers@legalres.com
miller@kinggreisen.com                   Special Master
greisen@kinggreisen.com                  Legal Resolution Center
Counsel for the class                    7907 Zenobia St.
King and Greisen, LLP                    Westminster, Colorado 80030
1670 York St.
Denver, Co. 80206

                                         s/Elizabeth H. McCann
                                         Elizabeth H. McCann
                                         Attorney for Defendants