IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

# MOTION TO WITHDRAW

The undersigned, Scott Wilkonson, respectfully moves the Court for an Order permitting him to withdraw as counsel of record for the Defendants.

As grounds for this Motion, undersigned counsel states the following:

1. Attorney Scott Wilkonson entered his appearance or record as counsel for the Defendants.

2. Having left the employment of the Corrections Unit of the Office of the Colorado Attorney General, the undersigned hereby submits his Withdrawal of Counsel for the Defendants. Further, his updated contact information can be found in the signature block below.

3. The case will not in any way be affected by the withdrawal of the undersigned, as there are still several other attorneys, including Jess Dance and Celia Randolph, still working on this matter.

WHEREFORE, the undersigned requests that the Court enter the proposed order granting the Motion to Withdraw in this case.

Respectfully submitted this 7th day of May, 2007.

                                        JOHN W. SUTHERS
                                        Attorney General

                                        /s Scott Wilkonson
                                        Scott Wilkonson
                                        Natural Resources Section
                                        Office of the Attorney General
                                        1525 Sherman St., 2nd Floor
                                        Denver, CO 80203
                                        720-233-8221

CERTIFICATE OF SERVICE

       This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 4th day of May, 2007 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

                                 /s Darlene S. Hill
                                  Darlene Hill