IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## ORDER AUTHORIZING WITHDRAWAL

**THIS MATTER** coming before the Court upon the Motion of Scott Wilkonson to withdraw from representation of Defendants, and the Court having examined the Motion finds that good cause has been shown for granting of the relief requested.

**IT IS HEREBY ORDERED,** that Scott Wilkonson hereby is granted leave to withdraw from this case as attorney of record.

**ORDERED** this _____ day of _____ 2007.

**BY THE COURT:**

_____

**U.S. District Court Judge**