**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et al*.,

    Plaintiffs,

v.

BILL OWENS, *et al*.,

    Defendants.

---

**ENTRY OF APPEARANCE**

---

Edward T. Ramey, of the law firm of Isaacson Rosenbaum P.C., hereby enters his appearance as co-counsel on behalf of Plaintiffs.

Respectfully submitted this 7th day of May, 2007.

              s/ Edward T. Ramey
              Edward T. Ramey
              ATTORNEYS FOR PLAINTIFFS
              Isaacson Rosenbaum P.C.
              633 17th Street, Suite 2200
              Denver, CO  80202
              Phone:  303/256-3978
              Fax:  720/974-7932
              E-mail:  eramey@ir-law.com

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 7th day of May, 2007, I electronically filed a true and correct copy of the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

(greisen@kinggreisen.com)  
Paula Greisen, Esq.  
(miller@kinggreisen.com)  
David Miller, Esq.  
King and Greisen, LLP  
1670 York Street  
Denver, CO  80206  
*Attorneys for Plaintiffs*

(beth.mccann@state.co.us)  
Elizabeth H. McCann, Esq.  
Deputy Attorney General  
James X. Quinn, Esq.  
Assistant Attorney General  
1525 Sherman Street, 5th Floor  
Denver, CO  80203  
*Attorneys for Defendants*

(dborchers@legalres.com)  
Honorable Richard M. Borchers  
Special Master  
Legal Resolution Center  
7907 Zenobia Street  
Westminster, CO  80030

        s/ Jayne Wills  
        Jayne Wills