Shawn Winkler #48319
P.O. Box 10000 Unit 3
Limon, CO 80826

May 3, 2007

Office Of The Clerk
United States District Court
901 19th Street Room A105
Denver, CO 80294-3589

92-cv-00870-EWN-OES

Greetings:

Please be advised of my change of address.

New address: Mr. Shawn M. Winkler
12264 Point Reyes Drive
Peyton, Colorado 80836

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 7 2007

GREGORY C. LANGHAM
CLERK

Respectfully Submitted
5-3-07  Shawn M. Winkler

xc: file

**Colorado Department Of Corrections**
Name Winkler, Shawn
Register Number 48319
Unit 3
Box Number 10000
City, State, Zip Limon, CO 80826



COLORADO SPRINGS
CO 809 2 L
04 MAY 2007 PM

Office Of The Clerk
United States District Court
901 19th Street Room A105
Denver, Colorado 80294-3589

80294+2500