```
U.S. District Court
For the District of Colorado
901 19th At.
Denver, CO 80294
```

```
Civil Action # 92-N-870 (OES)
(Consolidated for all purposes with
Civil Action # 96-N-343)
   Jesse Montez, et al., Plaintiffs,
 -vs-
   Bill Owens, et al., Defendants.
```

```
Douglas Lee Crawford, DOC #55972
49030 St. Hwy 71 - LCF
Limon, CO 80826
   Claim # 02-610, Claimant
```

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 7 2007

GREGORY C. LANGHAM
                CLERK

Claimant MOTION TO DISMISS THUS CANCELLATION OF PRIOR MOTION:
OBJECTION - MOTION FOR ENLARGEMENT OF TIME = NINETY (90) DAYS,
22, APRIL 2007

Submitted for:

Douglas Lee Crawford #55972
49030 St. Hwy 71 - LCF
Limon, CO 80826
Claimant

    I write this for the respects of the Claimant: Douglas Lee Crawford. I have listened to, and read of, as well as read 22 day of April, 2007, Motion for Extension of Time to File Objection = Ninety (90) Days, and most surely note that motion needs to be canceled. Do surely agree regarding for the Claimant, and can not emphasize enough that there is no way the Claimant could ever even consider building motions and/or obtain the factual medical, etc., documents as was noted of Claimant seeking within the "April 22, 2007, Objection - Motion For Enlargement of Time = Ninety (90) Days." Whereby do, please, for the Claimant's behalf, grant this MOTION TO DISMISS THE CANCELLATION OF PRIOR MOTION: Objection - Motion For Enlargement of Time = Ninety (90) Days, 22, April, 2007.

    Unusual and exception circumstances do exist in this case because 'caused by a motorcycle accident the Claimant: Douglas Lee Crawford, did suffer brain damage that has left him in a severely impaired mental condition with the loss of memory and a limited ability to comprehend his surroundings and situations.

    As do note this Claimant has suffered brain damage and is not mentally fit to represent himself. He has had to rely upon the goodwill and services of fellow inmates, as now, to prepare and present any complaints as well as to prepare any documents and pleadings to any litigation or actions. Thus, this Claimant could be classified as being somewhat retarded due to the brain injuries.

    Please also note the Claimant is a laymen of the law, thus he is not trained or educated in the finer arts and sciences of the laws and he is not qualified to represent himself before this court.

    Herein the Department of Corrections medical records do show with absolute clairty that the DOC medical staff has diagnosed the Claimant as suffering with brain damage, thus, he suffers a mental impairment.

    Though your Honor. This Claimant is not requesting your concers respecting criminal case, but he is requesting the Motion For Enlargement of Time = Ninety (90) days, 22, April, 2007. That it be fully dismissed and cancelled. Thus allowing counsel whom as been handling = continue on, please, Sir.

    Although, Sir, once was offered to the Claimant settlement of this case, thus Claimant would receive $50.00. If that is agreeable now = fine. As okay, Claimant would settle hence accepting such finance,

Of the __2__ day in May, 2007

Respects,

Douglas Lee Crawford #55972
49030 St. Hwy 71 - LCF
Limon, CO 80826
Claimant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Claimant Douglas Lee Crawford, Claim number 02-610

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Extension of Time to File Objection to Final Order of Special Master (doc. #2627), filed April 24, 2007, is GRANTED. Mr. Crawford shall have until July 23, 2007 to file his Objection to the Final Order of Special Master.

---

Dated: April 25, 2007

*[Handwritten annotation: "Please Cancel this Enlargement of time / Prior counsel continue or settlement"]*

**Colorado Department Of Corrections**
Name: Douglas Lee Crawford
Register Number: 55972
Unit: LCF
49030 St. Hwy 71
City, State, Zip: Limon, CO 80826



U.S. District Court
For the District of Colorado
901 19th St.
Denver, CO 80294

Clerk