**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: May 7, 2007                                     Court Reporter: Terri Lindblom
Civil Action No. 92-cv-00870-EWN-OES      Deputy Clerk: Bernique Abiakam


JESSE MONTEZ, et al.,                                 Paula D. Greisen
                                                      Edward T. Ramey

Plaintiff,

v.

BILL OWENS, et al.,                                   Elizabeth H. McCann
                                                      James X. Quinn
                                                      Jess A. Dance

Defendants.

---

**COURTROOM MINUTES**

---

**Status Conference**

2:43 p.m.      Court in session.

Preliminary remarks by the Court regarding Joint Status report.

2:44 p.m.      Argument by Ms. Greisen.

2:51 p.m.      Argument by Ms. McCann.

2:56 p.m.      Response by Ms. Greisen.

Comments by the Court.

**ORDERED**:  The Court will allow the report as specified.

Further comments and questions by Ms. McCann.

Discussion regarding pending motions.

3:15 p.m.      Court in recess.
Hearing concluded.
Time: 00:32