FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATE DISTRICT
FOR THE DISTRICT OF COLORADO

APR 2007

Claim Number 02-668
Category II
Claimant: Fred K. Loftin, #58934
Address of claimant: Limon Correctional Facility 49030 State Hwy 71
Limon, CO 80826

Dear Clerk of The Court, Claimant Motion To Object To Courts January 22, 2007 order Dening claimant's claim.

Claimant Pro Se. Respectfully files this motion To object To the Courts last order for Claim 02-668. Claimant have evidence that was sent to the Court on 11-10-05, as a supplemental form. The evidence is for my feet Problem and medically necessary soft sided shoe and boots. Some how my information was not receive by the court. Please see exhibit [A] thats attach to this objection.

WHEREFORE, Claimant object to this Courts order dening Claimants Claim 02-668. And return the case back to the Court for Further proceedings.

APR. 19, 2007

FRED K. Loftin

Fred K. Loftin

APR 2 3 2007

LOFTIN, FRED M. CMHIP#68074 CCCF/58934 DOB: 2/25/63

LOFTIN, FRED M
68074   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  / NA   /
11-01-05 DOB 02-25-63   M
EP 3   DOC 58934   OLD 1094S
NEU/SRG  F/CCCF

PODIATRY CLINIC, 11/1/05 DICTATION BY DR. ARLIN PETERSON

PHP# 1229125

APR ? ? 2007

S.   Patient presents to podiatry clinic with multiple complaints of foot pain. Patient initially states his feet are burning and tingling. Second complaint is that of heel pain which occurs when first stepping out of bed in the morning. Patient has ingrown toenail which was removed about a year ago, and keeps coming back on the left great toe.
   Past medical history: patient is diabetic and blood sugars are elevated above 200 at times, once or twice throughout the week, he is on Neurontin 200 mg. bid. Patient does have arch supports, yet does not wear them because they are ordered to be in sandal type shoes.
Other past medical history, unremarkable.

O.   Vascular exam intact, 1 over 4 dorsalis pedis, posterior tibial artery bilaterally. No edema noted bilaterally. Neurological; sensation is intact with light touch to all digits, and proprioception intact bilaterally. Dermatological exam; there is moderate incurvation of the tibial border of the left hallux with moderate dystrophic nail returning along what appears to be a previously resected border. No erythema or purulence noted today. Proximal 2/3 of nail plate returning in the tibial groove. Tenderness upon palpation. No other open lesions noted bilaterally. Musculoskeletal exam; there is tenderness upon palpation of the plantar fascia near the calcaneal insertion bilaterally. Also, there is moderate pes planus upon weight bearing, and moderate pes planus with medial deviation of first metatarsal left foot greater than right.

A/p.   This is a 42 y/o diabetic male with peripheral neuropathy which could be better controlled by rigid glucose control and also increasing Neurontin to 300 mg. tid.
   Also, plantar fasciitis which could be controlled with good rigid shoe gear. Patient's shoe gear today is not supportive. Order written for New Balance Tennis shoes and to be in rigid arch supports x 3 weeks. If pain has not resolved, patient will return in 3 weeks with x-ray to rule out possible heel spur.
   Ingrown toenail left hallux. No sign of infection today, yet recommend to patient to have matrisectomy and have root removed, yet patient declines today.
   Patient will follow up within a month if symptoms are continuing. Otherwise, patient will be discharged from clinic.
   Thank you for the consultation.

11/14/05

Dx: Peripheral neuropathy/plantar fasciitis/ingrown left hallux nail.
D: 11/1/05
T: 11/10/05
AP/rh
9:25a-9:37a
cc/CCCF

rh

Arlin Peterson, DPM

**Colorado Department Of Corrections**
Name Fred K. Loftin
Register Number 58934
Unit 1-C-2-9   L.C.F.
Box Number 49030 state Hwy 71
City, State, Zip Limon Co 80826

COLORADO SPRINGS
CO 809 2 L
20 APR 2007 PM

Judge Richard M. Boreners
Court for the District of Col
Legal Resolution Center
7907 Lenobia Street
Westminster, Co 80030-444
Legal