Judge Richard Borchers
7907 Zenobia Street
Westminster, Co. 80030

Samuel Powers
156 Sierra Ave.
Durango, Co. 81303

☀ Court Copy ☀  4-4-07

APR 6 2007
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2007
GREGORY C. LANGHAM
CLERK

Claim Number  03-023
Category III
Claimant: Samuel J. Powers, #105003
Address of Claimant: 156 Sierra Ave., Durango, Co. 81303

Dear Judge Borchers,
   Greetings your Honor,
   I am writing to inform you I was released on parole March 6, 2007. My new mailing address is: Samuel Powers, 156 Sierra Ave., Durango, Co. 81303.
   After careful consideration I have decided to accept the Damage Award you proposed in your December 11, 2006 Final Order.
   I sincerely appreciate the careful consideration you applied toward reaching a decision in my favor.
   I will also write the Defendants and inform them of my current address.
   If I can be of any further assistance you may contact me by mail.
   I am also enclosing a hand written copy of this letter for my records. Please return the copy stamped RECEIVED. Thank you Samuel Powers

Judge Richard Borchers            Samuel Powers
7907 Zenobia Street               156 Sierra Ave.
Westminster, Co. 80030            Durango, Co. 81303

* Claimant Copy *                 4-4-07

APR 6 2007

Claim Number  03-023
Category III
Claimant: Samuel J. Powers, #105003
Address of Claimant: 156 Sierra Ave., Durango, Co. 81303

Dear Judge Borchers,
   Greetings your Honor,
   I am writing to inform you I was released on parole March 6, 2007. My new mailing address is: Samuel Powers, 156 Sierra Ave., Durango, Co. 81303.
   After carefull consideration I have decided to accept the Damage Award you proposed in your December 11, 2006 Final Order.
   I sincerely appreciate the careful consideration you applied toward reaching a decision in my favor.
   I will also write to inform the Defendants of my current address.
   If I can be of any further assistance you may contact me by mail.
   I am also enclosing a hand written copy of this letter for my records. Please return the copy stamped, RECEIVED. Thank you. Samuel Powers

Samuel Powers
156 Sierra Ave.
Durango, Co. 81303
#03-023

Judge Richard Bor[ens]
Special Masters/Legal Resolut[ion]
7907 Zenobia Str[eet]
Westminster, Co. 800[

80030$4444 C014