Attn: Special Master

RE: Motion for order Concerning to the Civil Action No: 92CV00870EWN

Dear Sir

I am writing this letter to you to inform the Courts that I am discharging my sentence and that date is 10/1/07. @ one point I was offer a reduction of sentence I only have five months to discharge my sentence. I am at this time asking that the Department of Correction reduce some of my sentence in exchange to dismiss the class action civil claim that I have with the Dept of corrections for quality of medical care and discrimination. Back in 3/10/05. I would like to keep on with my treatment with my Primary Physician and not with the Correctional Services. This claim has been going on long enough.

Wayne R Thomps

P.O. Box 800 Canon City   98562 DOC#

**Colorado Department Of Corrections**
Name: THOMAS WAYNE
Register Number: 98562
Unit: D-3/SCC
Box Number: P.O. BOX 800
City, State, Zip: CANON CITY CO 81215

COLORADO SPRINGS
CO 809 1 T
27 APR 2007 PM

Legal Resolution C
7907 Zenobia
Westminster Colo

Attn: Special Masters for the United