Felix Paul Olguin,
Reg. Doc. ~~000~~ No. 102076704
Colorado Department of Corrections
AAN Carlos Correctional Facility
P.O. Box 3
Pueblo, CO. 81002
            Phone: 719-583-5501  Fax: 719-583-5527

May ~~■~~ 9, 2007.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2007

GREGORY C. LANGHAM
            CLERK

Subject: Information and data requested, for the appropriate procedures for serving and for drafting and framing of the subpoenas, and for serving and for filing, them.

TO: Gregory C. Langham, Clerk
United States District Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, CO. 80294-3589

Dear Mr. Langham,
    I am a class member of the class, civil action no. 92-N-870 (OES) (consolidated for all purposes with civil action no. 96-N-343, JESSE MONTEZ, et al, Plaintiffs, -VS- BILL OWENS, et al, Defendants, ect.
    but, my claim has been assigned to category III, and a hearing has been set for August 2, 2007. The hearing will be presided over by the special master Judge Bruce D. Pringle, the hearing will be held either at SCCF or at CSP, but is subject, to change, at any time, ect. hearing scheduled at 9:00 a.m.

                    (1)



So, then, in this respect and regard, Mr. Langham, by an order from Special Master Judge Richard M. Borchers, dated: February 28th, 2007, on page 2, he advised me, that claimant and counsel for defendants shall advise the special master in writing on or before July 1, 2007, as to the names of witnesses to be called.

A brief synopsis of anticipated testimony will be required to be submitted at the same time. Each side may file a written objection to an endorsed witness, and the special master will resolve the objection prior to the hearing.

Any witness who is not located within this special Co. Department of Corrections' (DOC) facility will testify by telephone. It will be the responsibility of the party wanting testimony by telephone to provide a number at which the individual may be reached.

Mr. Langham, it is helpful if I could look at an example form of a subpoena form submitted by a competent attorney in the court or in the resolution center I am litigating in and use it as a model, in order to see exactly how subpoenas should be drafted, framed, served, filed, ect. However, I shouldn't worry too much about details of form; as long as I meet the basic requirements of the rules, the court or the resolution center should give my subpoenas forms, the proper consideration, but if I'm wrong please correct me ok.

Do you have some kind of a package, that you can sent me, that would aid me, please sent me a copy of the most resente rules, please underline, any and all sections, that apply, that I should review, ok, and a copy of a civil rights complaint form, and a Habeas corpus form, ok.

See the enclosed legal letter, from my former lawyer, C. Keith Pope, ect.

Respectfully submitted
Felix Paul Olguin
Felix P Olguin

or is it the responsibility of the clerk, to prepare and serve the subpoenas.

(2)