IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-083
Category III
Claimant: Marcos Garza, #84806
Address of Claimant:  c/o Patricia Bellac, Esq., 4845 Pearl East Circle, Suite 101
Boulder, CO 80301

---

**FINAL ORDER OF SPECIAL MASTER**

---

THIS MATTER came before the Special Master upon Defendants Motion to Dismiss Due to Settlement filed with the Special Master on April 19, 2007.

In the motion, Defendants indicated that they reached a settlement with Claimant. Additionally, a signed copy of the settlement was attached as an exhibit. Upon review, the Special Master has determined the settlement is not unconscionable and notes that Claimant was represented by counsel. Claimant's claim is hereby DISMISSED WITH PREJUDICE in favor of Claimant.

IT IS HEREBY ORDERED that Claimant's claim is DISMISSED WITH PREJUDICE and in favor of Claimant; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Final Order of Special Master pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed **on or before June 25, 2007** with the Clerk of the United States District Court at the following address:

901 19th Street
Denver, CO 80294.

2

SIGNED this 25th day of April, 2007

BY THE COURT:

/s/ Richard C. Davidson

_____

Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

  I hereby certify that I have mailed a copy of the foregoing FINAL ORDER OF SPECIAL MASTER this 25th day of April, 2007 to the following:

Mr. Marcos Garza, #84806
c/o Patricia Bellac, Esq.
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                /s/ Susan L. Carter
                _____
                Susan L. Carter