IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-210
Category: Untimely Filed Claim
Claimant: Morgan Boggs, #45660
Address of Claimant: BCCF,11560 CR FF-75, Las Animas, CO 81054

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on his own motion. On March 23, 2007, an order was issued by the Special Master granting Claimant the opportunity to file a claim and to indicate why it was being filed late. Claimant was granted up to and including May 7, 2007 in which to file his claim. Despite being given time to file a claim, no further correspondence has been received from Claimant.

      On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement.

      Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Claims filed pursuant to this article are to be adjudicated by the appointed Special Masters. Without a claim being filed, the Special Masters lack jurisdiction to do anything relative to issues that might be raised by any claimant.

      The Remedial Plan also contemplated a ninety-day period for filing of claims. The Special Masters are accorded some discretion to allow a claim to be filed late. Claimant was required to indicate why he had waited so long to pursue any claim. Claimant has not responded at all to the order.

IT IS HEREBY ORDERED that the claim of Morgan Boggs is dismissed, as he has failed to file a claim form and to indicate what good cause existed for filing late; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 30, 2007.**

SIGNED this 14th day of May, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master