Civil Action No. 92-N-870 (OES) consolidated with
Civil Action No. 96-N-343

Jesse Montez
vs
Bill Owens

Claim Number 02-685
Category II
Claimant: Amado Alvarez Benavides, #91761
Address of Claimant: DCC, 4102 Sawmill Mesa Road,
Delta, CO 81416

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2007

GREGORY C. LANGHAM
CLERK

Dear Judge Borchers,

To begin with, I want to thank the court for their decision in this case. However, I was surprised to not be awarded time off sentence. For every COPD conviction I recieved, I also lost good time. To be awarded six months to 12 months time off sentence would be appropriate. I was also surprised by the amount awarded for damages. I think this figure amount is very low. This is only my opinion.

In my initial filing, I stated that I would leave these amounts of time off sentence and damages awarded, to this honorable court and I still stand by this statement. This is my final word in this matter. Thank You

Sincerely,

Amado Alvarez Benavides

Amado Alvarez Benavides

**Colorado Department Of Corrections**

Name _Amado Alvarez Benavides_

Register Number _91761_

Unit _DCC - Unit 4_

~~Box Number~~ _4102 Sawmill Mesa Rd._

City, State, Zip _Delta, CO_
_81416_

MAY 1 1 2007



Judge Richard M. Borche[r]
Special Master for the Uni[ted]
District Court for the District
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado
80030-4

8003054444 C014