# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action, File No.   92-N870 (OES)
(To be supplied by the Court)
Claim Number: 03-303
Category III

JOHN L. SHEETS,   , Plaintiff(s)

vs.

BILL RITTER,   ,Defendant(s)

```
                    F I L E D
            UNITED STATES DISTRICT COURT
                 DENVER, COLORADO

                  MAY 1 8 2007

              GREGORY C. LANGHAM
                                CLERK
```

---

### MOTION OF SUPPRESSION OF EVIDENCE AND QUELCH
### MOTION TO MODIFY AND AMEND MASTER'S ORDER

COMES NOW, Claimant John L. Sheets #94967 moves this Court to modify the master's order by Motion Of Suppression of Evidence and Quelch that has substantially disqualified his claim. Accordingly Claimant moves this Court to strike-out Exhibit A,B,C,E,G,M,Q,R,S,W from the record as this information damaged Mr. Sheets claim. Exhibit B reflects information significant to John Raymond Sheets DOB 2/14/1950. This Claimant was born on 6/08/74 and his name is John Leamon Sheets. Obviously an error by way of procedure where this Court holds the discretion to amend or modify the master's order.

THIS COURT in this case should concur with the master in part and dissent in other based on the foregoing information thus provided:

CLAIMANT moves this Court to review all objections made by the master de novo and further suppress and quelch the attached exhibits from the record as the information damaged the Claimant's claim in pursuit of happiness and justice. The fact that the Claimant admitted playing basketball and other sports does not have enough significant weight to undermine claim. The statement was made under false pretense and under duress. The statement was made in effort that Dr. Creany would provide adequate medical care in treating the damaged area in which he did not. Claimant admitted that he liked playing ba basketball and other sports and if he could play he would play 3X to 5X times a week. Due to injury and discrimination by DOC, Claimant cannot physically play.

Claimant cannot walk 100 yards without pausing because of damage. The problem is significant because it affects the left knee area. Claimant has established that his foot problems will be with him forever therefore, the Court should reconsider this claim and suppress and quelch all attached exhibits. The master does not provide enough information to deny this claim. He states that "It's not disputed that claimant injured his ankle in 1997." Then in another line he states "He has foot problems that will be with him probably forever but he has not established that he is mobility impaired." Two conflicting statements that arbitrarily counterdict eachoother.

WHEREFORE, Claimant moves this Court respectfully and accurately to modify or adopt the master's order by way of correcting the order in light of MOTION OF SUPPRESSION OF EVIDENCE AND QUELCH OF ATTACHED EXHIBITS that denied this claim, and to further order the restoration of earned time credits and any other damages awarded. As a procedural matter, this Court establishes a different standard of review where this Court may set aside a master's ruling only for an abuse of discretion allowing an Exhibit (Exhibit B) which led to information that pertains to John Raymond Sheets DOB 2/14/1950 and not this Claimant John Leamon Sheets DOB 06/08/1974.

Sincerely,

JOHN L. SHEETS #94967

CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing motion this day ____ of May, 2007 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO. 80203

*/s/ John Shreeto*

| DEPARTMENT MANDATED | PARTMENT OF CORRECTI 'S | Printed By: CREANY, TIMOTHY |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 10/31/2006 16:00:39 |
| | | Encounter#: 1306806 @ FF |

| 94967 | SHEETS, JOHN L | Facility: FF | LU: FCF/LU 6LO | F | | 4 | T |

Temperature: 96.2   Pulse: 76   Weight: 201
Respiratory: 16   BP: 123 / 68
Vitals Taken: PULSE OXSYM=95.00;

**SUBJECTIVE**

pt here for montez/ada eval. he no-showed for his last appt 10/31.

pt reports mobility and vision disabilities.

he tells me that his vision started to deteriorate in 2005, he wears glasses and says his vision is alright currently.

he also reports a problem with both feet after a fall down a staircase in 1997. he was seen for this in bccf and took motrin and says it helped a bit. he did not seek care for it until he came to doc in 9/05. he came to fcf a few mos ago and has not asked to be seen for his disabling problem.

he admits to playing full court basketball 3x a week for 30 min. he wears riddel's for this.

**OBJECTIVE**

staff report that pt is able to read signs and reads books and magazines. he has no difficulties walking noted and goes to the yard to exercise. he has been witnessed walking > 100 yards at a time without stopping or trouble.

pt has a mri from 6/06 that shows "localized tenosynovitis near the metatarsal heads and in the toes, flexor digitorum longus. there also appears to be a small amount of associated soft tissue edema in the intermetatarsal spaces of the rigth foot"

pt is able to easily read small print in my office
his feet appear to be in mild valgus, but has not edema or inflammation seen. he has normally developed calves. he does report tenderness on both achilles and on the flexor digitorum longus bilaterally.

vision with glasses
od 20/25
os 20/20

**ASSESSMENT**

367.1 - MYOPIA- mild and easily controlled w glasses. NO DISABILITY FOUND
FOOT PAIN- pt has a medical problem. i rec he submit a kite to explore his rx options. would start w stretching, activity modification, etc. NO DISABILITY FOUND
99213 - OFFICE OUTPT EST 15 MIN

**PLANS / ORDERS**

Allergies: No Known Allergies

send a copy of this note and all original montez forms to the aic at hq legal

Medical Level: Changed from: 2 Qualifier: PERMANENT to 2 Qualifier: PERMANENT

DEFENDANT'S EXHIBIT A

Datetime: 10/31/2006 15:26   Providers: CREANY, TIMOTHY P

PA/NP/RD _____   PHYSICIAN _____   NURSE _[signature]_
Datetime: 10/31/2006 15:26   Provider: CREANY, TIMOTHY P   DateTime: 10/31/06 1700

# FINAL

Sheets, John Raymond
BD: 2/14/50
DOC # 94967
HIMS: 90909
Admission date: 2/2/06
Dr. Oba
Exam date: 2/2/06

Bilateral feet:

Indication: Pain

Findings:

   Four views of both feet demonstrate no osseous or soft tissue abnormality.

IMPRESSION:

   Negative radiographic examinations of both feet.

02/27/06
O Keys b/l/l/feet

D: 2/3/06
T: 2/6/06
WJB/cb


DEFENDANT'S EXHIBIT 3



| Signature of Radiologist | | Date |
|---|---|---|
| W.J. Bufkin, M.D. | cb | 2/6/06 |

Colorado Mental Health Institute at Pueblo     Unit __BCCF__
RADIOLOGY REPORT

425 (12/01)



Sec. 3.x-req.m.
(Rev. 3-94)

**COLORADO DEPARTMENT OF CORRECTIONS**
**X-RAY REQUEST/REPORT**

REQ. RECEIVED 11-23-98
REPORT RECEIVED 11/
REPORT SIGNED 25/
REPORT OUT /98

HISTORY: (INFORMATIVE CLINICAL HISTORY REQUIRED BY RADIOLOGIST)
Trauma

UPPER EXTREMITIES
( ) Scapula         ( ) L   ( ) R
( ) Clavicle        ( ) L   ( ) R
( ) Acro/Clav Jt    ( ) L   ( ) R
( ) Shoulder        ( ) L   ( ) R
    West Point      ( ) L   ( ) R
( ) Humerus         ( ) L   ( ) R
( ) Elbow           ( ) L   ( ) R
( ) Forearm         ( ) L   ( ) R
( ) Wrist           ( ) L   ( ) R
( ) Hand            ( ) L   ( ) R
( ) Fingers         ( ) L   ( ) R

CRANIAL BONE
( ) General Skull Study
( ) G Facial bones study
( ) Orbit           ( ) L   ( ) R
( ) Mandible
( ) Tempromandibular Jt.
( ) Nasal Bone
( ) Sinuses, Upright waters
( ) Other _____

LOWER EXTREMITIES
( ) Pelvis
( ) Hip           ( ) L   ( ) R
( ) Femur         ( ) L   ( ) R
( ) Knee          ( ) L   ( ) R
( ) Lower Leg     ( ) L   ( ) R
(X) Ankle         ( ) L   (X) R
( ) Calcaneus (Heel)
( ) Foot          ( ) L   ( ) R
( ) Toes          ( ) L   ( ) R    1st ( )   2nd ( )   3rd ( )   4th ( )   5th ( )
1st ( )   2nd ( )   3rd ( )   4th ( )   5th ( )

SPINE
( ) Cervical, Ap, Lat, Obliq
( ) Thoracic study, Ap, Lat
( ) Lumbar Ap, Lat, Obliq
( ) Sacrum - Coccyx

THORAX
( ) Chest PA, Lat
( ) Ribs          ( ) L   ( ) R
( ) Sternum
( ) Sternoclavicular
ABDOMEN
( ) Supine (KUB)
( ) Supine & Upright
( ) L   ( ) R

CONTRAST STUDIES
( ) Esophagram
( ) Upper GI
( ) Barium enema
( ) with air        ( ) without air
( ) Oral Cholecystogram
( ) IV Pyelogram

****************************************************************
RADIOGRAPHIC FINDINGS

**JOHN SHEETS**            **#94967**                    **FCF**

**RIGHT ANKLE:**  No fractures or dislocations.

_CZH_
Curtis Harlow, MD
Radiologist

Dict:  11-24-98
Recd:  11-24-98
Typd:  11-24-98 msb

DEFENDANT'S EXHIBIT C

INMATE NAME  Sheets, John            DOC# 94967          D.O.B. 6/18/24
Requested by  al Jalil                X-Ray Tech: OM
Date of Request   11-21-98            Date Taken: 11-23-98
Facility Code  FCF
31206    Distr:   White – Medical Record    Canary – X-Ray    Pink – RAD    Sent to Doctor for review and signature.

**ARKANSAS VALLEY REGIONAL MEDICAL CENTER**
**1100 CARSON AVE, LA JUNTA, CO 81050**
**(719)383-6163**

```
Name: SHEETS,JOHN L
Phys: UNDEFINED
DOB: 06/06/1974  Age: 32      Sex: M
Acct: H06337752  Loc: RAD
Exam Date: 06/02/2006  Status: REG REF
Radiology No: 51714
Unit No: H00212916
```

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000257362 | MRI/LOW EXT LT (NON-JT) | WO CONT |
| 000257363 | MRI/LOW EXT RT (NON JT) | W/O CON |

«Continued»

I cannot see any sign of osteochondritis dissecans or bone marrow edema in the bony structures of the right foot. There is no ankle joint effusion. The sinus tarsi appears normal. The major tendons around the ankle joint appear normal.

**CONCLUSION:**
Localized tenosynovitis near the metatarsal heads and in the toes, flexor digitorum longus. There also appears to be a small amount of associated soft tissue edema in the intermetatarsal spaces of the right foot.

D: 06/03/06

--------------------------------------
Reported By: ANTON S. NESSE, MD

```
CC: UNDEFINED

Technologist: DAVID JARAMILLO
Transcribed Date/Time: 06/03/2006 (1143)
Transcriptionist: TRA.DEF
Printed Date/Time: 06/14/2006 (1041)

PAGE 2           Signed Report
```



DEFENDANT'S EXHIBIT



DC Form 78 (2/93) / Old. No. 2635

WHITE - Medical Record
CANARY - Pharmacy
PINK - Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS/AMBULATORY HEALTH RECORD**

PRICARE CODE NO. | NAME: Sheets, John | OFFENDER NO.: 94967 | LIVING UNIT: BCCF

SUBJECTIVE:
7/24 Both feet still hurt. Walks to chow, plays handball but hurts to walk or stand next 2-3 days.

OBJECTIVE: Temp 98° Pulse 46 Resp ___ B/P 112/60
202 lbs
Aches in to (R) & (L) calf besides foot pain now.
Awakened from sleep 2 nights ago
c̄ (B) 3rd toe pain., no injury

ASSESSMENT:
B. lat foot pain? Tarsal Tunnel.

DATE: 7/17/06  TIME: 1015
PROBLEM 1 2 ___
PLAN / ORDERS:
DSC to discuss ADL's & foot pain

SIGNATURE NURSE: [signed] 7/17/06 1120
P.E.:
PHYSICIAN:
Rx NO.

---

PRICARE CODE NO. | NAME: Sheets, John | OFFENDER NO.: 94967 | LIVING UNIT: BCCF

SUBJECTIVE:
MRI results

OBJECTIVE: Temp 98.4 Pulse 49 Resp 18 B/P 114/64

DEFENDANT'S EXHIBIT G

ASSESSMENT:
Scoliosis - chronic low back pain.
B lat foot pain, tinea pedis chronic.

DATE: 6/19/06  TIME: 100
PROBLEM 1 2 ___
PLAN / ORDERS:
1. Body nsal for chronic foot pain.
2. Ibu 600 bid x 90 l
3. Gel insoles 12 mg.
4. Size 12 EE boot
    ok for East Bay

SIGNATURE NURSE:
P.E.:
PHYSICIAN: [signed]
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

601502-3113

DC Form 78 (2/93) / Old. No. 2
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

PRICARE CODE NO.  NAME: SHEETS, JOHN  INMATE NO.: 94967  LIVING UNIT: FCF

SUBJECTIVE: Rec'd call from CH. Inmate fell on stairs – hit face on railing.

DATE: 11-27-98  TIME: 1500

PROBLEM 1 2

PLAN / ORDERS: Standing orders.
Ice to area x48°
Motrin 600mg po QID c food x48°
Then Motrin 600mg po QID prn x 5d c food
X-ray L orbit
Kite if further problems.

OBJECTIVE: Inmate to medical c̄ abouts c/o L orbit c̄ mild edema and redness. Area non-tender to palpation. Also c/o continued edema and discoloration to R lower ext. and ankle area. Moderate edema and discoloration present to entire area. c/o ↓ ROM 2° to edema. Advised to continue c̄ use of crutches and elevation. Refused lay in.

ASSESSMENT:

SIGNATURE NURSE: [signature]
P.E.:
PHYSICIAN: [signature]
Rx NO.

DEFENDANT'S EXHIBIT M

---

PRICARE CODE NO.  NAME: Sheets JOHN  INMATE NO.: 94967  LIVING UNIT: FCF

SUBJECTIVE: Injured Rt ankle playing basketball PTA. Edema noted inner/outer aspect R

DATE: 11-21-98  TIME: 1940

PROBLEM 1 2

PLAN / ORDERS: x-ray notified motrin 800mg + D10 x 2d
① X-ray Rt ankle 1 yr mon 11-23
② posterior splint
③ crutches
④ ice + elevate
Seen/noted Dr Jalil

OBJECTIVE: ankle, CMS Rt ft adeq. I: posterior splint applied – CMS adeq post splint R toes
Ice given / crutches c̄ instructions 2105 11-21-98

ASSESSMENT: Alt comfort / Potential for injury (trauma)

SIGNATURE NURSE: [signature]
P.E.:
PHYSICIAN: [signature]
Rx NO.

*'S BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

# STATE OF COLORADO--DEPARTMENT OF CORRECTIONS
## PHYSICAL EXAMINATION

| INMATE NO. | NAME | DATE | PURPOSE OF EXAM |
|---|---|---|---|
| 94967 | SHEETS, JOHN L | 24 OCT 97 | INTAKE |

| TEMP. | PULSE | RESP. | B/P SITTING | HT. | WT. | EKG-DATE | CHEST X-RAY | TONOMETRY DATE / RESULTS | FACILITY |
|---|---|---|---|---|---|---|---|---|---|
| 1) 96² | 2) 84 | 3) 16 | 4) 124/78 | 5) 6'2 | 6) 200 | 7) | (8) | (9) | DRDC |

| TINE TEST PPD (10) | VDRL (11) | SICKLE dex (12) | PAP SMEAR (13) |
|---|---|---|---|
| DATE 10/23/97  RESULT 0x0 | DATE 10/23/97 RESULT | DATE  RESULT | DATE  RESULT |

| DISTANT VISION (14) | COLOR VISION (15) | HEARING (16) |
|---|---|---|
| WEARS GLASSES YES ( ) NO (X) | NORMAL (X) | RIGHT NORMAL (✓) ABN. ( ) |
| R 20/20  CORR. to 20/ | ABNORMAL ( ) | LEFT NORMAL (✓) ABN. ( ) |
| L 20/20  CORR. to 20/ | TEST USED ( ) | HEARING AID YES ( ) NO (✓) |
| | | AUDIO METRIC TEST NEEDED YES ( ) NO (✓) |

NORMAL (✓) · ABNORMAL (X)  (Leave blank is not examined)

| | NORMAL | | | NORMAL | | DIAGNOSTIC LABORATORY TESTS |
|---|---|---|---|---|---|---|
| 17. SKIN | (✓) | 25. THROAT | (✓) | 33. GENITALIA | ( ) | List all abnormalities only: |
| 18. GAIT | (✓) | 26. MOUTH | (✓) | 34. SPINE | (✓) | Chol 205 |
| 19. SPEECH | (✓) | 27. NECK | (✓) | 35. RECTUM | ( ) | TRIG 240 |
| 20. SCALP | (✓) | 28. CHEST | (✓) | 36. PELVIC | ( ) | |
| 21. EYES | (✓) | 29. BREASTS | (✓) | 37. NEUROLOGICAL | (✓) | |
| 22. FUNDI | ( ) | 30. LUNGS | (✓) | 38. EXTREMITIES | (✓) | |
| 23. NOSE | ( ) | 31. HEART | (✓) | 39. LYMPH NODES | (✓) | |
| 24. EARS | ( ) | 32. ABDOMEN | (✓) | 40. MUSCULO-SKELETAL | (✓) | |
| | | | | 41. OTHER | ( ) | |

**ABNORMAL FINDINGS** (Refer to number above)

DEFENDANT'S EXHIBIT Q

**RECOMMENDATIONS/** none

**FOLLOW/UP**

**LIMITATIONS** YES ( ) NO (✓)  (Describe if yes)

26-37 Rev. 9-80  SIGNATURE _____ PA-C  DATE 24 OCT 97

White - Medical Record      Yellow - Voc. Rehab.      Pink - Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS
## PHYSICAL EXAMINATION

| 94967 | SHEETS, JOHN L | | | | | | Date: 3/28/03 | Intake Examination |
|---|---|---|---|---|---|---|---|---|
| 1) Temp. | 2) Pulse | 3) Resp. | 4) B/P Sitting | 5) Height | 6) Weight | 7) EKG-Date | 8) Chest X-Ray | 9) Tonometry | Facility |
| 97.2 | 51 | 18 | 126/72 | 6'2" | 213 lbs | | | Date:<br>Results: | DRDC |

| 10) PPD Test | 11) VDRL | 12) Sickle dex | 13) Pap Smear |
|---|---|---|---|
| Date: 3-27-3<br>Results: 0×0 | Date:<br>Results: neg | Date:<br>Results: | Date:<br>Results: |

| 14) Distant Vision  color | 15) Color Vision | 16) Hearing |
|---|---|---|
| Glasses NO   Normal vision<br>Ⓡ 20/25  Ⓛ 20/25 | Normal ( )<br>Abnormal ( )<br>Test Used ( ) | Right  Normal (✓)  ABN. ( )<br>Left  Normal (✓)  ABN. ( )<br>Hearing Aid  Yes ( )  No (✓)<br>Audiometric Test Needed  Yes ( )  No (✓) |

Normal = checked   Abnormal = X   (Leave blank if not examined)

| | | | | | |
|---|---|---|---|---|---|
| 17) Skin | ✓ | 25) Throat | ✓ | 33) Genitalia | ✓ |
| 18) Gait | ✓ | 26) Mouth | ✓ | 34) Spine | ✓ |
| 19) Speech | ✓ | 27) Neck | ✓ | 35) Rectum | |
| 20) Scalp | ✓ | 28) Chest | ✓ | 36) Pelvic | |
| 21) Eyes | ✓ | 29) Breasts | | 37) Neurological | ✓ |
| 22) Fundi | | 30) Lungs | ✓ | 38) Extremities | ✓ |
| 23) Nose | ✓ | 31) Heart | ✓ | 39) Lymph Nodes | ✓ |
| 24) Ears | ✓ | 32) Abdomen | ✓ | 40) Musculo-Skeletal | ✓ |
| | | | | 41) Other | |

**DIAGNOSTIC LABORATORY TESTS** — List all abnormalities only:

**Abnormal Findings (Refer to number Above)**

#33 testicular self exam taught – pt. receptive
#40 back FROM all directions, ø limitations, ø TTP of spine, ø saddle anesthesia, ø foot drop, ⊖ SLR

ALL: NKDA
SH: ⊕ IVDA last ~ yrs ago, ⊕ meth, ⊕ cocaine ⊕ tob 3 pk/wk, ø ETOH
FH: M-HTN  sib-?? ?-? brother DM
PMH: neg

DEFENDANT'S EXHIBIT R

**Recommendations/ Follow/Up**

see AHP

**Limitations**  Yes ( )   No (✓)   (Describe if Yes)

(MI)

26-37 Rev. 9-80   Signature _____ [illegible] FNP   Date 3/28/03

# COLORADO DEPARTMENT OF CORRECTIONS
## PHYSICAL EXAMINATION

| 94967 | SHEETS, JOHN L | | | | | | | Date: 6/24/05 | Intake Examination |
|---|---|---|---|---|---|---|---|---|---|
| 1) Temp. | 2) Pulse | 3) Resp. | 4) B/P Sitting | 5) Height | 6) Weight | 7) EKG-Date | 8) Chest X-Ray | 9) Tonometry | Facility |
| 98 | 50 | 20 | 131/80 | 6'3" | 201 | | | Date: / Results: | DRDC |

| 10) PPD Test | 11) VDRL | 12) Sickle dex | 13) Pap Smear |
|---|---|---|---|
| Date: 6/23/05  Results: Ø | Date: RPR ⊖  Results: HIV ⊖ | Date:  Results: | Date:  Results: |

| 14) Distant Vision | 15) Color Vision | 16) Hearing  in command |
|---|---|---|
| Wears Glasses  Yes ( )  No (X)  R 20/60  Corr. to 20/60 20  L 20/50  Corr. to 20/50 40 | Normal ( )  Abnormal ( )  Test Used ( ) | Right  Normal (✓)  ABN. ( )  Left  Normal (✓)  ABN. ( )  Hearing Aid  Yes ( )  No ( )  Audiometric Test Needed  Yes ( )  No ( ) |

Normal = checked   Abnormal = X   (Leave blank if not examined)

| 17) Skin ✓ | 25) Throat ✓ | 33) Genitalia ✓ |
| 18) Gait ✓ | 26) Mouth X | 34) Spine ✓ |
| 19) Speech ✓ | 27) Neck ✓ | 35) Rectum ☐ deferred |
| 20) Scalp ✓ | 28) Chest ✓ | 36) Pelvic ☐ |
| 21) Eyes ✓ | 29) Breasts X | 37) Neurological ✓ |
| 22) Fundi ✓ | 30) Lungs ✓ | 38) Extremities ✓ |
| 23) Nose ✓ | 31) Heart ✓ | 39) Lymph Nodes ✓ |
| 24) Ears X | 32) Abdomen ☐ | 40) Musculo-Skeletal ✓ |
| | | 41) Other ☐ |

DIAGNOSTIC LABORATORY TESTS
List all abnormalities only:

**Abnormal Findings (Refer to number Above)**   Pulse: 52   BP: 118/78   Allergies: Ø
Pulse ex: 96

#26 caries
#24 ⊕ clear fluid
#29 avoid firm, mobile ® breast; firm elongated 1.2cm @ 11 o'clock
® breast +@ ; o'clock ⓛ breast

Mental issues: anxiety
Surg/Hosp: Ø
PMH: Ø
FmH: Moms DM, MI, HTN, Hypo
Substance abuse: 1 ppd x 5, last used 5 L
smoked speed, THC, last used 2003
IV meth, last used 2001

Recommendations/Follow/Up

Limitations   Yes ( )   No (✓)   (Describe if Yes)

DEFENDANT'S EXHIBIT

26-37 Rev. 9-80   Signature _Josephine F ___ PA-C_   Date 6/24/05

# Prostheses, Orthoses, Eyeglasses Receipt

Inmate/Resident Name: __Sheets____ __John____ _____
                         Last          First          Middle

Inmate/Resident Number: __94967__

I have received the following:

_____eye glasses_____
              (Item)

Received by: __John Sheets__      __8/11/05__
             Inmate's Signature        Date

Issued by: __Vheyha MRT__         __8/11/05__
           Signature/Title              Date


DEFENDANT'S EXHIBIT W

Property of Corrections Corporation of America

Revised JAN 2005