Shawn M Winkler   [Former Inmate #48319]
12264 Point Reyes Drive
Peyton, Colorado  80831

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2007

Clerk of the Court
United States District Court
For The District of Colorado

GREGORY C. LANGHAM
                              CLERK

May 24, 2007

RE: Civil Action No. 92-cv-00870-EWN   CHANGE OF ADDRESS

Dear Clerk:
Please be advised of my new mailing address:

>               Shawn M. Winkler
>               12264 Point Reyes Drive
>               Peyton, Colo.  80831

Respectfully Submitted

*/s/ Shawn M. Winkler*

Copy: file