**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAY 29 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

RE: MULTIPLE CASES, MONTEZ CLASS ACTION NO. 92-N-870 (OES), CONSOLIDATED FOR ALL PURPOSES, WITH CIVIL ACTION NO. 96-N-343) DEAN ROSS DENTON CLASS ACTION CLAIM 03-206-MONTEZ, 06-CV-02450 - DEAN ROSS DENTON. (D.O.C. - #108801)

DEAN ROSS DENTON,

PLAINTIFF / CLAIMANT

-vs-

MULTIPLE CASES,

DEFENDANTS.

---

NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR RETURN OF ANY MISSED MAIL

---

**COMES NOW,** Dean Ross Denton hereby advising the Court of his new address.

NEW ADDRESS:

DEAN ROSS DENTON

2701 ROBINSON ST. LOT B-6

COLORADO SPRINGS, CO. 80904

In addition it has come to my attention that the Colorado Department of Corrections never forwarded and of Dean Ross Denton's Mail to him. The Department of Corrections knew of Dean Ross Denton's new address, but failed to forward any mail to him.

Please make the appropriate changes in reference to Dean Ross Denton, and return any un-delivered mail if possible.

---

DEAN ROSS DENTON

### CERTIFICATE OF MAILING

I certify that original and copies were mailed through the U. S. Postal Service.

On this May 24-Th, 2007

cc: U. S. Court Clerk

U.S. District Courthouse

901 - 19-Th, St. Room -105

Denver, Co. 80294

cc: Attorney General's Office

1525 Sherman St. Fifth Floor

Denver, Co. 80202

Dean Ross Denton