IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' NINETEENTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Nineteenth Application for Payment of Fees and Costs. This application is for work done from March 16, 2007 to May 15, 2007, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This documents was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 132.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 10.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 73.50 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 25.25 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 0.00 hours of time during this period for administrative matters related to the claims process. This

2

is reflected in Exhibit C. Richard C. Davidson expended 2.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 132.30 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $338.29 and travel time of 22.50 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F.

9. Richard C. Davidson spent 32.15 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 19.50 hours, as reflected in Exhibit I.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending March 15, 2007 are as follows:

a. Richard M. Borchers      42.65 hrs.@ $175.00 per hr. =        $ 7,463.75

                                 89.65 hrs.@ 200.00 per hr. =        $17,930.00

b. Richard M. Borchers (travel) hrs. 22.50 @ 100.00 per hr. =   $ 2,250.00

c. Bruce D. Pringle      0.00 hrs.      @ $200.00 hr. =       $        0.00

d. Richard C. Davidson   32.15  hrs.  @ $200.00 hrs. =       $ 6,430.00

e. Susan Carter and other staff 142.50 hrs. @ $ 35.00 hr. =  $ 4,987.50

f. Larry Dean Valente            73.50 hrs.  @ $ 75.00 hr. =  $ 5,512.50

g. Lodging and expenses                                      $    338.29

H. Richard C. Davidson (travel) 19.50 hrs. @ $100.00 hr. =   $ 1,950.00

            TOTAL FEES:                            $    46,862.04

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Nineteenth Application for Payment of Fees be granted in the amount of $46,862.04 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____

Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

4

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Nineteenth Application for Payment of Fees and Costs this ___ day of May, 2007 to the following:

Ms. Paula Greisen
Attorneys at Law
King & Greisen, P.C.
1670 York Street
Denver, CO 80206

Ms. Elizabeth McCann
Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
State of Colorado
1525 Sherman Street, Fifth Floor
Denver, CO 80203

## EXHIBIT A

Susan Carter

    Total Hours for Period                      132.50hrs.

Lynda Rowe

    Total Hours for Period                      10.00 hrs.

Judy Olive

    Total Hours for Period                      0.00 hrs.

                                            _____

                     TOTAL HOURS       142.50 hrs.

Larry Dean Valente

    Total Hours for Period                      73.50 hrs.

## EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending May 15, 2007.

| | | |
|---|---|---|
| 3/17/07 | Prepare letter to counsel; review files | 1.90 hrs. |
| 3/19/07 | Finalize letter to counsel; talk to Sue on settings | 1.00 hrs. |
| 3/20/07 | Review of files to be set for hearing | 1.50 hrs. |
| 3/21/07 | Review files and setting with Sue | .75 hrs. |
| 3/24/07 | Review files and settings | 1.00 hrs. |
| 3/27/07 | Review files and mail | .75 hrs. |
| 3/28/07 | Review mail and settings | 1.00 hrs. |
| 3/29/07 | Review mail and pull files | .50 hrs. |
| 3/30/07 | Talk to Sue on cases and settings | .50 hrs. |
| 4/2/07 | Review mail and talk with Sue on cases | 1.00 hrs. |
| 4/3/07 | Review mail and set out work for Sue | 1.00 hrs. |
| 4/6/07 | Review mail and issue hearing orders | 1.25 hrs. |
| 4/7/07 | Review mail and pull files | .75 hrs. |
| 4/11/07 | Review mail | .45 hrs. |
| 4/12/07 | Review mail | .25 hrs. |
| 4/13/07 | Review mail | .35 hrs. |
| 4/15/07 | Review mail | .30 hrs. |
| 4/19/07 | Review mail | .30 hrs. |
| 4/20/07 | Review mail | .50 hrs. |
| 4/23/07 | Conference call and review mail | .75 hrs. |
| 4/24/07 | Review mail and sort out files | 1.00 hrs. |
| 5/1/07 | Review files and schedule | .75 hrs. |
| 5/5/07 | Review mail and settings | 1.50 hrs. |
| 5/6/07 | Finalize disks and labels | 1.70 hrs. |
| 5/7/07 | Review mail and settings | .75 hrs. |
| 5/8/07 | Review mail | .25 hrs. |
| 5/12/07 | Review mail; coordinate schedules; finalize disks and work on files | 3.00 hrs. |
| 5/1307 | Review calendars for hearings | .50 hrs. |

TOTAL TIME:                25.25 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending May 15, 2007.

0.00 hrs.

TOTAL TIME:                              0.00 hrs.

## EXHIBIT D

### Work Done by Richard M. Borchers

Claims closed during the period ending May 15, 2007. Work done prior to September 15, 2004 has already been billed.

**02-248**       **James O. Perry**

| | | |
|---|---|---|
| 1/3/05 | Review of file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| | TOTAL TIME | .40 hrs. |

**02-390**       **Lawrence Savage**

| | | |
|---|---|---|
| 10/25/05 | Review file and issue OSC | .30 hrs. |
| 11/24/05 | Review file and response; issue order | .25 hrs. |
| 2/7/06 | Review response and issue order | .25 hrs. |
| 3/4/06 | Review reply and response | .30 hrs. |
| 3/14/06 | Review letter | .10 hrs. |
| 4/16/06 | Review file | .25 hrs. |
| 6/9/06 | Review file and issue order | .30 hrs. |
| | TOTAL TIME: | 1.75 hrs. |

**02-444**       **Lionel Vigil**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review response and file; issue order | .35 hrs. |
| | TOTAL TIME: | .50 hrs. |

**02-447**       **Joann Davis**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review response and file; issue order | .30 hrs. |
| 9/10/06 | Review file | .25 hrs. |
| | TOTAL TIME: | .70 hrs. |

**02-448**        **Christopher Gray**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/18/06 | Review file and answer; issue order | .35 hrs. |
| 8/24/06 | Review file | .30 hrs. |
| 9/10/06 | Review file | .15 hrs. |

TOTAL TIME:      .95 hrs.

**02-453**        **James Street**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review response and file; issue order | .35 hrs. |
| 9/10/06 | Review file | .30 hrs. |

TOTAL TIME:      .80 hrs.

**02-472**        **Daniel Werkmeister**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review file and issue order | .30 hrs. |
| 9/10/06 | Review file | .20 hrs. |

TOTAL TIME:      .65 hrs.

**02-491**        **Willie Malone**

| | | |
|---|---|---|
| 2/19/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review file and response; issue order | .30 hrs. |
| 8/29/06 | Review file | .30 hrs. |
| 9/10/06 | Review file | .20 hrs. |

TOTAL TIME:      .95 hrs.

**02-499**        **Robert Whitworth**

| | | |
|---|---|---|
| 1/31/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 8/25/06 | Review file | .50 hrs. |

|  |  | TOTAL TIME: | .95 hrs. |
|---|---|---|---|

**02-663**      **David L. Johnson**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 6/19/06 | Review file and issue order | .25 hrs. |

|  | TOTAL TIME: | .40 hrs. |
|---|---|---|

**02-679**      **Rudy Saiz**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 10/13/06 | Review file and response; issue order | .25 hrs. |
| 1/11/07 | Review file | .25 hrs. |
| 3/10/07 | Prepare final order | 1.75 hrs. |

|  | TOTAL TIME: | 2.40 hrs. |
|---|---|---|

**02-700**      **Raymond Smith**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/21/06 | Review response and issue order | .35 hrs. |

|  | TOTAL TIME: | .50 hrs. |
|---|---|---|

**02-710**      **Otto Graham**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 6/23/06 | Review response and issue order | .35 hrs. |

|  | TOTAL TIME: | .50 hrs. |
|---|---|---|

**02-716**      **Randall Friesen**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 10/14/06 | Review file | .35 hrs. |

|  | TOTAL TIME: | .75 hrs. |
|---|---|---|

**02-717**          **Ricardo Garduno**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/27/06 | Review response and issue order | .25 hrs. |

TOTAL TIME:          .40 hrs.

**02-727**     **Kenneth Lucero**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/27/06 | Review response and issue order | .25 hrs. |

TOTAL TIME:          .40 hrs.

**02-732**     **Craig Ralston**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/14/06 | Review file and response; issue order | .25 hrs. |

TOTAL TIME:          .40 hrs.

**02-761**     **Benny Lee Hodge**

| | | |
|---|---|---|
| 9/29/04 | Review of claim | .10 hrs. |
| 9/30/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/18/06 | Review response and issue order | .30 hrs. |
| 2/4/07 | Review file and issue order | .25 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 4/11/07 | Review file | .20 hrs. |
| 4/14/07 | Prepare final order | 1.00 hrs. |
| 4/20/07 | Finalize final order | .35 hrs. |

TOTAL TIME:          2.70 hrs.

**02-770**     **James Dumm**

| | | |
|---|---|---|
| 10/17/04 | Review claim | .10 hrs. |
| 11/10/04 | Issue order | .10 hrs. |
| 1/5/05 | Review motions and issue order | .10 hrs. |
| 10/17/06 | Review response and issue order | .20 hrs. |

| | | |
|---|---|---|
| 2/4/07 | Review response and issue order | .25 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 4/11/07 | Review file | .25 hrs. |
| 4/14/07 | Prepare final order | 1.45 hrs. |
| 4/20/07 | Finalize order | .35 hrs. |

TOTAL TIME: 3.05 hrs.

## 02-803    Kenneth Armbeck

| | | |
|---|---|---|
| 11/24/04 | Review claim and issue OSC | .25 hrs. |
| 1/25/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review of file and issue order | .15 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 1/21/07 | Review file and issue order | .25 hrs. |
| 4/3/07 | Review file | .30 hrs. |
| 4/7/07 | Prepare final order | 1.65 hrs. |

TOTAL TIME: 3.05 hrs.

## 02-806    Mark Marler

| | | |
|---|---|---|
| 1/28/05 | Review file | .10 hrs. |
| 2/22/05 | Review supp. Forms and issue order | .15 hrs. |
| 6/6/06 | Review file and issue order | .25 hrs. |
| 9/19/06 | Review file and response; issue order | .20 hrs. |
| 12/6/06 | Review file and issue order | .25 hrs. |
| 3/11/07 | Review reply of claim and file | .75 hrs. |
| 3/16/07 | Review file and prepare final order | 1.70 hrs. |

TOTAL TIME: 3.40 hrs.

## 02-840    Jerald Lewis

| | | |
|---|---|---|
| 3/5/05 | Review letter and issue order | .20 hrs. |
| 4/1/05 | Review file and issue order | .15 hrs. |
| 9/21/06 | Review response and issue order | .25 hrs. |
| 3/26/07 | Prepare final order | 1.75 hrs. |

TOTAL TIME: 2.35 hrs.

**02-841**          **Michael Barry**

| | | |
|---|---|---|
| 3/4/05 | Review claim | .10 hrs. |
| 3/5/05 | Issue order | .10 hrs. |
| 3/22/05 | Issue order | .15 hrs. |
| 4/1/05 | Review motion and issue order | .10 hrs. |
| 7/24/05 | Review motion and issue order | .20 hrs. |
| 11/6/05 | Review file and response | .15 hrs. |
| 11/12/05 | Review file and motion; issue order | .25 hrs. |
| 12/5/05 | Review motion and file; issue order | .20 hrs. |
| 10/12/06 | Review response and file; issue order | .25 hrs. |
| 1/8/07 | Review file and letter; issue order | .25 hrs. |
| 3/16/07 | Prepare final order | 2.00 hrs. |

TOTAL TIME:          3.75 hrs.

**02-895**          **Alex Herrera**

| | | |
|---|---|---|
| 6/15/05 | Review document and issue order | .40 hrs. |
| 7/2/05 | Review letter and issue order | .25 hrs. |
| 7/27/05 | Review claim | .15 hrs. |
| 7/30/05 | Review claim and issue order | .20 hrs. |
| 8/19/05 | Review supp forms and issue order | .25 hrs. |
| 1/20/06 | Review documents | .25 hrs. |
| 10/12/06 | Review motion and issue orders | .25 hrs. |
| 12/19/06 | Review file and motion; issue order | .20 hrs. |
| 3/14/07 | Review file | .75 hrs. |
| 3/16/07 | Prepare final order | 1.75 hrs. |

TOTAL TIME:          4.45 hrs.

**03-083**          **Marcos Garza**

| | | |
|---|---|---|
| 12/2/04 | Review file and issue order | .20 hrs. |
| 3/8/05 | Review file and issue order | .25 hrs. |
| 3/24/05 | Review motion and issue order | .15 hrs. |
| 4/23/05 | Review file and motion; issue order | .15 hrs. |

TOTAL TIME:          .75 hrs.

**03-103**          **Trevor Howell, Sr.**

| | | |
|---|---|---|
| 12/28/04 | Review file and recategorize | .20 hrs. |
| 12/29/04 | Issue order | .10 hrs. |
| 4/1/05 | Review file and issue order | .25 hrs. |
| 5/14/05 | Review letter and issue order | .20 hrs. |
| 5/18/05 | Review file and issue order setting hearing | .20 hrs. |
| 5/26/05 | Review motions and issue order | .25 hrs. |
| 10/23/05 | Review file | .20 hrs. |
| 11/8/05 | Review letter | .15 hrs. |
| 11/25/05 | Review letter and file; issue order | .25 hrs. |
| 6/1/06 | Review file and issue order | .30 hrs. |

                                        TOTAL TIME:          2.10 hrs.

**03-204**          **Thomas Martinez**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 10/22/05 | Review response and issue order | .25 hrs. |
| 3/4/06 | Review file and response; issue order | .40 hrs. |
| 4/11/06 | Review file and issue order for hearing | .30 hrs. |
| 5/22/06 | Review file and witness lists | .15 hrs. |

                                        TOTAL TIME:          1.25 hrs.

**03-239**          **Leonard Rogers**

| | | |
|---|---|---|
| 1/16/05 | Review of file and issue order | .15 hrs. |
| 10/25/05 | Review file and issue order | .25 hrs. |
| 12/3/05 | Review motion and file; issue order | .20 hrs. |
| 4/30/06 | Review file and issue order | .35 hrs. |
| 6/7/06 | Review file and issue order | .30 hrs. |
| 8/7/06 | Review file for hearing | .30 hrs. |
| 8/10/06 | Hearing | 2.00 hrs. |
| 8/15/06 | Review file and issue order | .60 hrs. |
| 12/17/06 | Review file and issue order | .30 hrs. |
| 1/13/07 | Review letter and file; issue order | .25 hrs. |
| 1/16/07 | Review file and entry of appearance; issue order | .25 hrs. |
| 3/1/07 | Review motion and issue order | .30 hrs. |
| 3/23/07 | Review letter | .15 hrs. |
| 4/15/07 | Work on final order | 1.50 hrs. |
| 4/20/07 | Finalize final order | .75 hrs. |

|  |  | TOTAL TIME: | 7.65 hrs. |
|---|---|---|---|

**03-260**          **Isidro Vega**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/4/06 | Review of file | .50 hrs. |
| 6/6/06 | Review file and issue order | .25 hrs. |
| 4/22/07 | Review file for hearing | .20 hrs. |
| 4/27/07 | Hearing | 1.25 hrs. |
| 5/1/07 | Prepare final order | 1.30 hrs. |

|  | TOTAL TIME: | 3.90 hrs. |
|---|---|---|

**03-267**          **Joseph Ramirez**

| 5/6/06 | Review letter and open file; issue order | .35 hrs. |
|---|---|---|
| 5/18/06 | Review file and claim | .30 hrs. |
| 6/20/06 | Review file and issue order | .50 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and motion; issue order | .20 hrs. |
| 11/17/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .20 hrs. |
| 5/2/07 | Review file for hearing | .50 hrs. |
| 5/3/07 | Hearing | 1.25 hrs. |
| 5/10/07 | Prepare final order | 1.35 hrs. |
| 5/12/07 | Finalize order | .50 hrs. |

|  | TOTAL TIME: | 5.65 hrs. |
|---|---|---|

**03-271**          **Cornelius Jenkins**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 6/21/06 | Review reply and file | .35 hrs. |
| 6/23/06 | Review file and issue order | .25 hrs. |
| 8/19/06 | Review file and issue order for hearing | .25 hrs. |
| 11/4/06 | Review letter and issue order | .25 hrs. |
| 11/13/06 | Review file for hearing | .30 hrs. |
| 11/17/06 | Review file and prepare order | .25 hrs. |
| 2/4/07 | Review file | .20 hrs. |
| 2/6/07 | Review file for hearing | .50 hrs. |
| 2/8/07 | Hearing | 2.00 hrs. |

| 2/19/07 | Issue order | .20 hrs. |
| 4/8/07 | Work on final order | 2.00 hrs. |
| 4/11/07 | Finalize order | .35 hrs. |

|  | TOTAL TIME: | 7.30 hrs. |

## 03-273        David L. Mares

| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review file and issue order | .10 hrs. |
| 5/14/05 | Review response | .10 hrs. |
| 5/5/06 | Review motions and file; issue order | .35 hrs. |
| 6/20/06 | Review file and motion | .35 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and motion; issue order | .20 hrs. |
| 11/17/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .20 hrs. |
| 12/27/06 | Review file and issue order | .20 hrs. |
| 4/26/06 | Review file for hearing | .25 hrs. |
| 5/4/07 | Hearing | 1.50 hrs. |
| 5/15/07 | Prepare final order | 1.50 hrs. |

|  | TOTAL TIME: | 5.40 hrs. |

## 03-276        Michael Tivis

| 12/19/04 | Review filed and issue order | .15 hrs. |
| 4/1/05 | Review letter and documents; issue order | .15 hrs. |
| 1/7/05 | Review answer and file; issue order | .40 hrs. |
| 3/16/06 | Review file | .75 hrs. |
| 4/12/06 | Review exhibits and file | .50 hrs. |
| 9/19/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and motion; issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 12/11/06 | Review file and letter; issue order | .20 hrs. |
| 4/26/07 | Review file for hearing | .25 hrs. |
| 5/3/07 | Hearing | 1.75 hrs. |
| 5/15/07 | Prepare finala order | 1.50 hrs. |

|  | TOTAL TIME: | 6.35 hrs. |

## 03-288        William Esch

| 1/28/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review response and file; issue order | .30 hrs. |
| 5/3/07 | Review file for hearing | .50 hrs. |
| 5/4/07 | Hearing | 1.65 hrs. |
| 5/10/07 | Prepare final order | 1.50 hrs. |
| 5/12/07 | Finalize final order | .50 hrs. |
| | TOTAL TIME: | 4.60 hrs. |

**03-312        Adam Morales**

| 2/2/05 | Review file and issue order | .15 hrs. |
| 3/18/06 | Review response and issue order | .25 hrs. |
| 9/19/06 | Review file and issue order | .25 hrs. |
| | TOTAL TIME: | .65 hrs. |

**03-321        Jeffrey Harris**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 1/25/05 | Review motion and issue order | .15 hrs. |
| 3/4/05 | Review motion and response; issue order | .25 hrs. |
| 5/14/05 | Review motion | .10 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 6/5/06 | Review file and issue order | .30 hrs. |
| 8/1/06 | Review motion and issue order | .20 hrs. |
| 9/30/06 | Review file | .25 hrs. |
| 10/1/06 | Review file | .20 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 4/26/07 | Review file | .25 hrs. |
| 5/3/07 | Final Review for hearing | .30 hrs. |
| 5/4/07 | Hearing | 1.00 hrs. |
| 5/13/07 | Prepare final order | 1.50 hrs. |
| | TOTAL TIME: | 5.10 hrs. |

**03-324        Curtis Robinson**

| 2/7/05 | Review of file and issue order | .15 hrs. |
| 12/26/05 | Review file and issue order | .25 hrs. |
| 5/18/06 | Review response and file; issue order | .30 hrs. |
| 8/15/06 | Review letter and file; issue order | .25 hrs. |

| 9/30/06 | Review file and elevate to Category III | .30 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 4/22/07 | Review file for hearing | .30 hrs. |
| 4/26/07 | Hearing | 2.25 hrs. |
| 5/3/07 | Work on final order | .55 hrs. |
| 5/6/07 | Finish final order | 1.25 hrs. |

TOTAL TIME: 5.80 hrs.

**03-331**      **Ronald Atencio**

| 9/13/05 | Review letter and issue order | .20 hrs. |
| 10/12/05 | Review claim form | .20 hrs. |
| 10/14/05 | Review file and issue order | .25 hrs. |
| 12/26/05 | Review file and issue order | .25 hrs. |
| 3/9/06 | Review letter | .15 hrs. |
| 3/28/06 | Review file and letter | .25 hrs. |
| 4/28/06 | Review file and issue order | .30 hrs. |
| 5/6/06 | Review letter and file | .20 hrs. |
| 5/13/06 | Review letter and issue order | .30 hrs. |
| 9/26/06 | Review file | .30 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 12/9/06 | Review file and issue order | .25 hrs. |
| 4/26/07 | Review file | .25 hrs. |
| 5/3/07 | Hearing | 1.25 hrs. |
| 5/10/07 | Work on final order | 1.50 hrs. |
| 5/12/07 | Finalize order | .50 hrs. |

TOTAL TIME: 6.60 hrs.

**03-339**      **Joseph Olmedo**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 10/12/06 | Review file and motion | .15 hrs. |
| 10/14/06 | Issue order | .20 hrs. |
| 4/22/07 | Review file for hearing | .30 hrs. |
| 4/26/07 | Hearing | 2.25 hrs. |
| 5/3/07 | Work on final order | .50 hrs. |
| 5/6/07 | Finalize final order | 1.50 hrs. |

TOTAL TIME: 5.05 hrs.

**03-357**          **Lee Filipiak**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 11/8/06 | Review file and elevate | .25 hrs. |
| 11/11/06 | Issue order | .15 hrs. |
| 4/22/07 | Review file for hearing | .30 hrs. |
| 4/24/07 | Hearing | 2.00 hrs. |
| 4/29/07 | Work on final order | 1.00 hrs. |
| 4/30/07 | Finalize order | .50 hrs. |
| | TOTAL TIME: | 4.35 hrs. |

**03-362**          **Jesus Berzoza**

| | | |
|---|---|---|
| 12/24/04 | Review file and issue order | .15 hrs. |
| 2/24/06 | Review motion and file; issue order | .25 hrs. |
| 4/14/06 | Review file and prepare order | .50 hrs. |
| 6/28/06 | Review motion and issue order | .30 hrs. |
| 8/9/06 | Review file and response; issue order | .30 hrs. |
| 11/16/06 | Review file and elevate | .30 hrs. |
| 11/18/06 | Issue order | .15 hrs. |
| 4/22/07 | Review file for hearing | .30 hrs. |
| 4/26/07 | Hearing | 1.25 hrs. |
| 4/29/07 | Prepare final order | 1.50 hrs. |
| | TOTAL TIME: | 5.00 hrs. |

**03-365**          **Frederick Province**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 8/1/06 | Review file and response; issue order | .25 hrs. |
| 11/14/06 | Review file and elevate | .25 hrs. |
| 11/16/06 | Review file and issue order | .35 hrs. |
| 4/22/07 | Review file for hearing | .35 hrs. |
| 4/27/07 | Hearing | 1.25 hrs. |
| 5/8/07 | Work on final order | 1.00 hrs. |
| 5/9/07 | Finalize order | .50 hrs. |
| | TOTAL TIME: | 4.10 hrs. |

**03-367**          **Ricardo Campos**

| | | |
|---|---|---|
| 3/26/05 | Review of claim and file; issue order | .25 hrs. |
| 4/22/05 | Review response to show cause; issue order | .25 hrs. |
| 6/12/05 | Review supp. Forms and issue order | .25 hrs. |
| 9/8/06 | Review file and issue order | .25 hrs. |
| 11/11/06 | Review file and elevate | .30 hrs. |
| 11/18/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 2/23/07 | Hearing | 2.00 hrs. |
| 2/24/07 | Issue order | .25 hrs. |
| 4/7/07 | Draft final order | 2.00 hrs. |
| 4/11/07 | Review motion and issue order | .35 hrs. |
| 5/13/07 | Finalize order | .50 hrs. |

TOTAL TIME:                          6.90 hrs.

**05-003        Nathan Jones**

| | | |
|---|---|---|
| 9/24/04 | Review file and issue order setting hearing | .20 hrs. |
| 12/7/04 | Review file and issue order | .25 hrs. |
| 2/3/05 | Issue stay order | .15 hrs. |
| 3/8/05 | Issue order | .10 hrs. |
| 5/3/05 | Review file and issue order | .15 hrs. |
| 5/7/05 | Set hearing by order | .15 hrs. |
| 3/17/07 | Review file and issue order | .25 hrs. |
| 3/30/07 | Review file and issue order | .35 hrs. |

TOTAL TIME:                          1.60 hrs.

**05-004        Rex Serene**

| | | |
|---|---|---|
| 12/10/04 | Review file and issue order | .25 hrs. |
| 2/3/05 | Review file and issue stay order | .15 hrs. |
| 3/8/05 | Issue order | .15 hrs. |
| 5/2/05 | Review file and issue order | .15 hrs. |
| 5/7/05 | Review file and issue hearing order | .15 hrs. |

TOTAL TIME:                          .85 hrs.

**05-005        Paul Mossman**

| | | |
|---|---|---|
| 12/7/04 | Review file and issue order | .25 hrs. |
| 2/3/05 | Issue stay order | .15 hrs. |

| | | |
|---|---|---|
| 3/8/05 | Issue order | .10 hrs. |
| 5/4/05 | Review file and issue order | .30 hrs. |
| 3/17/07 | Review file and issue order | .25 hrs. |
| 3/30/07 | Review documents and issue order | .35 hrs. |

TOTAL TIME:     1.40 hrs.

**X-183**     **David Felix**

| | | |
|---|---|---|
| 7/22/06 | Review letter, set up file and issue order | .35 hrs. |
| 8/14/06 | Review motion and issue order | .25 hrs. |
| 9/20/06 | Review file and issue order | .25 hrs. |
| 4/24/07 | Prepare order for dismissal | .50 hrs. |

TOTAL TIME:     1.35 hrs.

**X-205**     **Benad Abiodun**

| | | |
|---|---|---|
| 1/29/07 | Review letter and issue order | .40 hrs. |
| 3/14/07 | Review file | .30 hrs. |
| 3/21/07 | Prepare final order | .50 hrs. |

TOTAL TIME:     1.20 hrs.

**X-210**     **Morgan Ross**

| | | |
|---|---|---|
| 3/23/07 | Review file and issue order | .30 hrs. |
| 5/13/07 | Review file and issue order of dismissal | .30 hrs. |

TOTAL TIME:     .60 hrs.

**X-211**     **Kevin Chillis**

| | | |
|---|---|---|
| 3/23/07 | Review letter and issue order | .30 hrs. |
| 5/13/07 | Review file and issue order of dismissal | .35 hrs. |

TOTAL TIME:     .65 hrs.

TOTAL HOURS at $175.00 per hour: 42.65 hours = $  7,463.75.

TOTAL HOURS at $200.00 per hour: 89.65 hours = $17,930.00.

**EXHIBIT E**

Travel Time for Richard M. Borchers

|            |          |           |
|------------|----------|-----------|
| 4/26-27/07 | Ft. Lyon | 8.00 hrs. |
| 5/2-4/07   | Ordway   | 6.50 hrs. |
| 5/9-11/07  | Ft. Lyon | 8.00 hrs. |
|            |          | ————————  |
| TOTAL TRAVEL TIME: | | 22.50 hrs. |

Lodging Expenses:

|           |          |            |
|-----------|----------|------------|
| 4/26/07   | Pueblo   | $ 72.59    |
| 5/2-4/07  | Ordway   | $ 84.00    |
| 5/9-11/07 | La Junta | $181.70    |
|           |          | ————————   |
| TOTAL EXPENSES: | | $ 338.29 |

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending May 15, 2007:

None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending May 15, 2007:

    (See attached sheet)

    Total Time: 32.15 hours

# LRC
## Legal Resolution Center

## Judge RCD  -  Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

**Name:** _March 15 — May 15_          **DOC #** _____

**Claim No:** _____

**Category No:** _____

| Date | Activity | Time |
|------|----------|------|
| 3/20 | Administrative - Mail, Rulings, etc | 2.0 |
| 3/22 | Lora Woods 03-208 - Prep final Ruling Order | 2.0 |
| 3/27 | Travel To Canyon City | 4.0 |
|      | Michael Bass  03-263     Hearing | 1.4 |
|      | Roy Jack Pollard 03-272     Hearing | 2.5 |
| 3/29 | John T. Eastman 03-235  Prep Final Order | 2.5 |
|      | Juan Maldonado 03-248  Prep final Order | 2.0 |
| 3/30 | Paul Pollard  03-323  Prep final Order | 3.0 |
| 4/3  | Clint Crews Sr  03-184  Prep final Order | 1.5 |
|      | Martin Schweitzer 03 - 358  Prep final Order | 2.0 |
| 5/1  | Travel To Canyon City | 4.0 |
|      | Mileage  200 | |
|      | Albino Sanchez - Garcia    03-263  Motion | .25 |
|      | Anthony Dembry  03-275    Hearing | 1.0 |
|      | Enrogue Martinez 03-309    Hearing | 1.5 |
|      | | |

# *LRC*
*Legal Resolution Center*　　　　Page 2

## Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

**Name:** Richard C. Davidson　　　　DOC # _____

**Claim No:** 3-15 — 5/15/07

**Category No:** _____

| Date | Activity | Time |
|------|----------|------|
| 5/2 | Travel To Colo Springs | 2.5 |
| | Ellen Polanco    03-385    Hearing | 1.5 |
| | James Craven    03-384    Default | 1.0 |
| | Joseph Vigil    03-376    Hearing | 1.25 |
| | Eugene Lucero    03-374    Default | 1.0 |
| 5/8 | Travel To Burlington | 6.0 |
| | Benjamin Franklin    03-299    Hearing | 1.5 |
| | Phillip Duran    03-396    Hearing | 1.0 |
| | Ronald Macetas    03-296    Hearing | 1.0 |
| 5/9 | Travel To Limon | 3.0 |
| | Robert Fry    03-177    Hearing | 3.0 |
| | Paul Hendrick    03-166    Hearing | 1.0 |
| | William List    03-338    Motion | .25 |
| | | |
| | | |
| | | |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending May 15, 2007:

    (See attached sheet to Exhibit G)


    2.00 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending May 15, 2007:

(See attached sheet to Exhibit G)

Total Travel Time:                                    19.50 hours.

No lodging expenses: