IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## MOTION TO WITHDRAW

Celia F. Randolph respectfully moves the Court for an Order permitting her to withdraw as counsel of record for the Defendants and states the following grounds in support:

1. Attorney Celia F. Randolph entered her appearance on record as counsel for the Defendants on June 16, 2006.

2. Ms. Randolph is leaving the employment of the Corrections Unit of the Office of the Colorado Attorney General on June 1, 2007 and her updated contact information can be found in the signature block below.

3. The case will not in any way be affected by the withdrawal of Ms. Randolph as there are still several other attorneys, including James X. Quinn, Jess Dance, Jennifer Fox and Rob Huss, still working on this matter.

WHEREFORE, Celia F. Randolph respectfully requests that the Court enter the proposed order granting her Motion to Withdraw in this case.

Respectfully submitted this 1st day of June, 2007.

JOHN W. SUTHERS
Attorney General

s/ Celia F. Randolph
CELIA F. RANDOLPH
P.O. Box 1780
Bailey, CO 80421
(303) 378-4132
celiarandolph@hotmail.com

CERTIFICATE OF SERVICE

This is to certify that I have duly served the within MOTION TO WITHDRAW upon class counsel by uploading the document to the U.S. District Court e-filing system, this 1st day of June, 2007 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

s/ Celia F. Randolph

2