IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343

JESSE (JESUS) MONTEZ, et al.

Plaintiffs

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN  4 2007
GREGORY C. LANGHAM
CLERK

v.

BILL OWENS, et. al.

Defendants

Claim Number 03-203
Category III
Claimant Darryl Martin 61336
6564 St. Hwy 96 Olney Springs C.O. 81062 7C 208 Box 1000

### AFFIDAVIT

As of 5-10-07 around 8 a.m. I was summoned to medical. I had been given a pass to see a Dr. Cabiling. I was immediately told that Department of Corrections will no longer give Type II diabetics snacks consisting of a piece of meat or peanut butter, fruit, milk, bread three times daily. I was also told I would receive a package of glucose pills to take two tablets three times daily. I had 20 some pills to keep in my possession at all times.

Darryl Martin 5-22-07

I informed Dr. Cabiling that:

1. I had not placed a kite for this visit. I did not want to be charged.

2. I did not want to be taken off of snacks, as if I crash I could eat them they provide enough sugar, minerals to sustain me to my next meal.

3. I was not informed of this new D.O.C. policy as I have been receiving snack supplements for 10 years since becoming hypo glycemic type II diabetic after umbilical hernia surgery in Minnesota as a Colorado prison inmate.

4. I believe that an unscheduled practice concerning my hypo glycemic diet at my age 44 will result in flucuations in my sugar level.

5. I am over four hundred dollars in debt and cannot supplement my diet with canteen as was suggested by the Attorney Generals' representative attorney during my testimony at a Montez hearing in February 2007 8th in Sterling prison as an inmate there.

While with Dr. Cebrling that morning I was informed I would be given a glucose tolerance test. This test was incomplete as I could not produce enough blood to fill the tubes. It was determined I was dehydrated.

It was then I was informed about the new D.O.C wide policy effectively terminating 'hypo snacks' three times daily for inmates.

After going to segregation on 5-10-07 8.pm for an unrelated incident I was given the glucose tablets and several glucose tests.

<u>I was never told to fast while in segregation nor could I. Segregation trays are smaller portions</u> and not having access to population where I could hustle food through drug sales, gambling or theft I would save food to eat later and eat toothpaste for the 'sugar high'.

The first test levels recorded were done late at night or right before breakfast. I informed the nurse doing the test that not only have I been eating the 10 or so glucose pills when I felt I needed them but I ate toothpaste and portions of my tray I saved for later stretching the smaller segregation trays and my inability to hustle for food.

I went to Segregation for an unrelated incident 5-10-07 8pm. I was given 10 glucose tablets. I was given a blood Several tests record glucose levels of 92, 86. On 5-16-07 at 4 am I gave a 70 level. On 5-17-07 I gave a 134. At. 5-18-07 I gave a 77. I believe I may drop more than <u>fifty points in several hours time.</u> If this occurs after a 70 reading I will be too weak to make it to the buzzer to alert Segregation guards.

As of 5-20-07 9:30 pm I am told by a nurse I must give a reading UNDER sixty 60 before I can have glucose pills. When I was diagnosed type II diabetic in 98 I was given the snacks to stave off a crashing. I must now prevent my crashing through eating toothpaste. I have one other tube in my property.

In 10 years due to the inconsistent methods of treating my type II diabetes my fluctuations in glucose level are more rapid. I am continually treated not treated. After 10 years of the hypo snacks which have on occasion been discontinued and miraculously restarted my health has decreased. My vision blurs, hearing loss, testicular spermatoceles, epididymitis, heart murmur or whatever is due to inconsistent or the lack thereof concerning medical treatment.

## CONCLUSION

The only consistency from the development of my type II diabetic condition outside of my deteriorating health has been the charge medical co-pay of five dollars.

This court issued a REMEDIAL ORDER concerning inmates who are diabetic AND ARE CALLED to MEDICAL for EXAMINATIONS of their condition. This is evidence, as I was called on 5-10-07 by Dr. Cabiling, at 8.am given an incomplete glucose test, charged five dollars at 11:34 a.m. Dr. Cabiling was informed by me about my participation in the Montez suit.

This is not the first time I have been charged for visits to medical scheduled by D.O.C to test glucose tolerance levels, I have had over nearly ten years worth of these charges.

Jay/ Mor 5-22-07

Wanona Wiker 5-22-07

WANONA WIKER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 10/10/2008

# COLORADO DEPARTMENT OF CORRECTIONS
## Colorado Springs, Colorado
### **Statement of Account Activity**
Period: 04/13/2007 - 05/14/2007
Printed: 05/14/2007

Name: MARTIN, DARYL
Number: 61336
Location: CROWLEY - CROWLY/SEG  7C20P

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/07 00:00 | Beginning Balance | | -419.47 | 0.00 | | | 0.00 | 0.00 | |
| 04/17/07 08:42 | XEROX-DEBIT | -2.00 | -421.47 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/17/07 08:47 | POSTAGE-DEBIT | -2.70 | -424.17 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/17/07 08:47 | POSTAGE-DEBIT | -3.66 | -427.83 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/23/07 09:35 | XEROX-DEBIT | -3.20 | -431.03 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/23/07 09:39 | XEROX-DEBIT | -0.05 | -431.08 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/23/07 10:01 | POSTAGE-DEBIT | -0.39 | -431.47 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/23/07 10:02 | POSTAGE-DEBIT | -0.39 | -431.86 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/23/07 10:17 | POSTAGE-DEBIT | -3.42 | -435.28 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/23/07 12:57 | POSTAGE-DEBIT | -0.39 | -435.67 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/27/07 14:26 | POSTAGE-DEBIT | -7.47 | -443.14 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/27/07 14:26 | POSTAGE-DEBIT | -1.74 | -444.88 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/27/07 14:41 | XEROX-DEBIT | -1.30 | -446.18 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/27/07 14:41 | XEROX-DEBIT | -0.75 | -446.93 | 0.00 | | | 0.00 | 0.00 | CL |
| 04/27/07 14:44 | XEROX-DEBIT | -7.45 | -454.38 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 11:43 | XEROX-DEBIT | -0.50 | -454.88 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:09 | XEROX-DEBIT | -0.10 | -454.98 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:14 | XEROX-DEBIT | -1.50 | -456.48 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:16 | XEROX-DEBIT | -3.00 | -459.48 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:17 | XEROX-DEBIT | -0.80 | -460.28 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:34 | POSTAGE-DEBIT | -3.57 | -463.85 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:34 | POSTAGE-DEBIT | -1.74 | -465.59 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:49 | POSTAGE-DEBIT | -4.14 | -469.73 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/02/07 12:53 | POSTAGE-DEBIT | -1.26 | -470.99 | 0.00 | | | 0.00 | 0.00 | CL |
| 05/07/07 16:26 | 2 B-POD PORTER | 3.60 | -467.39 | 1.80 | | | 0.00 | 1.80 | CL |
| 05/07/07 16:26 | 2 B-POD PORTER | 3.00 | -464.39 | 3.30 | | | 0.00 | 3.30 | CL |
| 05/07/07 16:47 | 1 BB UNASSIGNED | 2.30 | -462.09 | 4.45 | MANDATORY | 0.92 | 0.92 | 3.53 | CL |
| 05/10/07 10:14 | XEROX-DEBIT | -2.00 | -464.09 | 2.45 | | | 0.92 | 1.53 | CL |
| 05/10/07 10:14 | XEROX-DEBIT | -0.40 | -464.49 | 2.05 | | | 0.92 | 1.13 | CL |
| 05/10/07 10:16 | XEROX-DEBIT | -2.40 | -466.89 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:18 | XEROX-DEBIT | -0.45 | -467.34 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:21 | XEROX-DEBIT | -3.20 | -470.54 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:21 | XEROX-DEBIT | -0.10 | -470.64 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:21 | XEROX-DEBIT | -3.42 | -474.06 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:23 | XEROX-DEBIT | -1.02 | -475.08 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:24 | XEROX-DEBIT | -2.94 | -478.02 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 10:25 | XEROX-DEBIT | -3.90 | -481.92 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/10/07 23:34 | MEDICAL CHRONIC | (-5.00) | -486.92 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/14/07 09:12 | POSTAGE-DEBIT | -0.63 | -487.55 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/14/07 09:13 | POSTAGE-DEBIT | -2.11 | -489.66 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/14/07 09:35 | XEROX-DEBIT | -2.50 | -492.16 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/14/07 09:35 | XEROX-DEBIT | -0.15 | -492.31 | 0.00 | | | 0.92 | 0.00 | CL |
| 05/14/07 09:35 | XEROX-DEBIT | -0.35 | -492.66 | 0.00 | | | 0.92 | 0.00 | CL |

*This is my only evidence of this charge. I went to segregation 5-10-07 8pm have no way of obtaining medical file showing Dr. Cebillings' authorized call for CHRONIC CARE*

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

# COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 04/13/2007 - 05/14/2007
Printed: 05/14/2007

**Name:** MARTIN, DARYL
**Number:** 61336
**Location:** CROWLEY - CROWLY/SEG

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 05/14/07 10:57 | Ending Balance | | -492.66 | 0.00 | | | 0.92 | 0.00 | |
| | Total Deposits: | 8.90 | | | | | | | |
| | Total Withdrawals: | 82.09 | | | | | | | |

### Account Information as of 05/14/2007 10:57AM

| Status: ACTIVE | Current Balance: | -492.66 | Total Money In Hold: | $0.00 |
|---|---|---|---|---|
| | Total Reserved/Encumbered: | $0.92 | Available Balance | $0.00 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**