FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2007

GREGORY C. LANGHAM
CLERK

02-118

Masters:

I filed on the Montez vs Owens back in 2003-2004 I never got any results & here it is 2007 & the same thing is happening my insulin is pre-packaged on a T.B. syringe not an insulin syringe also my 2400 diabetic tray is no more there aren't any diabetic trays

P.A. Stock says I'm cured I no longer have diabetes, heart murmurs, asthma ect... yet I take 35 c/dol insulin lentis glyburide 5mg glucophase 500mg 2 times daily also I take quinine sulphate for heart. I currently had an EKG done somehow it got lost & they don't want to do another one my heart hurts alot my insides do also I took tests for S.T.D.(s) I'm supposed to be clean yet I'm dripping & I haven't been able to see the results on paper P.A. Stock says I'm clean.

I've been getting charged $5.00 for diabetic services that should be free I allready paid $5.00 for 6 months chronic care I put in for heart checks & I get charged I was diagnosed with heart murmur at Denver General

The computers aren't working on Saturdays usual also Diabetic snack is only peanut butter & jelly or cheese & crackers I'm hyperglemcimic type 2 diabetic snack says fish meat & eggs never get it also P.A.

Stock used a #7 q-tip looking thing instead of a regulation #5 for STD check she likes to see people in pain also for refills of 81mg aspirin, glucophase, glyburide, quinine sulphate. I have to see P.A. Stock & get charged $5.00 every time.

This place hasn't improved I have now moved from the High side which I never should have been in the first place to the minimum side which I'm still inside a kill fence & movement is controlled through out both sides, the P.A.(s) on the minimum side are worse, P.A. Stock stresses me out every time I see her.

I find it hard to believe I'm cured & still taking medication feeling worse.

I also never recieved any compensation from when I first filed in 2003-2004; please help me with these problems

Thank you

Adolfo Sanchez
118788

I have filed grievances for my $5.00 back how long do they take to respond? a couple of months ago & currently I am not getting my $5.00 back on the 1st or 15th of the month according to Montezus Owens this is the poorest excuse for a medical faucility they are currently being sued alot then they are sending the victims to Fort Lyons 4 mile real medical faucility.

**Colorado Department Of Corrections**

Name  *Adolfo Sanchez*

Register Number  *118288*

Unit  *3 4*

Box Number  *6000*

City, State, Zip  *Sterling CO 80751*



Office of Special Masters
Legal Resolution Center
7907 Zenobia Street
Westminster CO
80030-4⸺

80030+4444