Date Sunday May 20-2007

MAY 2 9 2007

02-474

To: Special Masters Borchers, Davidson and Pringle
From: Catherine T. Gardner DOC #110773
Re: Montez Claim.

I have not heard anything regarding a Claim, referencing to Montez. This Claim was filed in 2003 or 2004. I would like to know the status of my claim.

I look forward to hearing from you shortly.

Kindest Regards

Catherine T. Gardner
DOC # 110773
DWCF 1-B-105
Denver Co 80239-8005

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2007

GREGORY C. LANGHAM
CLERK

**Colorado Department Of Corrections**
Name: Catherine T. Gardner
Register Number: 110773
Unit: 1-B 105
Box Number: 392005
City, State, Zip: Denver CO 80239-8005

DENVER CO 802
21 MAY 2007 PM 9 L

legal mail

Special Masters Borchers,
Davidson, and Pringle
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 800

80030+4444