5-21-07

JUDGE RICHARD M. BORCHERS
JUDGE BRUCE D. PRINGLE
JUDGE RICHARD C. DAIVIDSON

SPECIAL MASTERS FOR THE UNAITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

VICTOR A. GONZALEZ
DOC 125288 UNIT 5-C8
A.V.C.F. P.O. BOX 1,000
CROWLEY COLO 81034

X-137
VICTOR A. GONZALEZ
648 MEADE ST.
DENVER COLO 80204

FILED X137
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2007
GREGORY C. LANGHAM
CLERK

MAY 29 2007

TO WHOM IT MAY CONSERN

I NEED YOU TO SET UP A DATE TO GO TO COURT TO SETTLE THE LAW SUIT A.D.A. REHABILITATION. IF YOU HAVE THE AMIABILITY TO CONTACT ME AT EITHER ADDRESS LISTED ABOVE. I LOOK FORWARD HEARING FROM YOU.

TANK YOU

Victor A. Gonzalez

**Colorado Department Of Corrections**

Name  VICTOR A. GONZALEZ

Register Number  125288

Unit  A.V.C.F.  5- C 8

Box Number  P.O. BOX 1000

City, State, Zip  CROWLEY  COlo. 81034

COLORADO SPRINGS
CO 809 1 L
21 MAY 2007 PM

JUDGE
JUDGE
JUDGE

SPECIAL MA
STATE Dist
DISTRICT OF

LEGAL RES
7907 ZENOB
WESTMINISTER

≜0030+4444