IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-378
Category III
Claimant: Earl Reed, #64637
Address of Claimant: BCCF, 11560 CR FF-75, Las Animas, CO 81054
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion to dismiss. The case has been settled, and Defendants have included copies of the release signed by Claimant.

    IT IS HEREBY ORDERED that the claim of Earl Reed is dismissed, as a settlement has been reached between the parties: and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 20, 2007.**

    SIGNED this 4th day of June, 2007.

                                                    BY THE COURT:

                                                    */s/ Richard M. Borchers*

                                                    _____
                                                    Richard M. Borchers
                                                    Special Master