IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-107 (formerly 02-115)
Category: III
Claimant: Daniel Hullett, #82953
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. The file for this claim reflects that Claimant was last in federal custody at the Florence Correctional Institute in Florence, Colorado. In February, 2006, Claimant was granted a motion to continue his hearing which had been scheduled for a telephone hearing. Claimant had indicated that he was to be released from federal custody and until such time could not access his state medical records. According to the federal records, Claimant was released on September 13, 2006. Also, state records indicate that Claimant is not presently under the jurisdiction of the Colorado Department of Corrections. The Special Master has had no contact from Claimant since 2006 and Claimant's federal parole officer has indicated to the Special Master's assistant that the parole officer does not have an address for Claimant either.

All claimants have a duty to keep the Special Master advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. Therefore, Claimant's claim will be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed **on or before August 6, 2007** with the Clerk of the United States District Court at the following address:

                              901 19th Street
                              Denver, CO 80294.

SIGNED this 6th day of June, 2007.

                              BY THE COURT:

                              /s/ Richard C. Davidson
                              _____
                              Richard C. Davidson,
                              Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing FINAL ORDER OF SPECIAL MASTER dated this 6th day of June, 2007 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                                /s/ Susan L. Carter
                                                _____
                                                Susan L. Carter