IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number 03-341 (formerly 02-739)
Category: III
Claimant: Shawn Pack, #91728
Address of Claimant: 3637 Holly Street, Denver, CO 80207

_____

## FINAL ORDER OF SPECIAL MASTER

_____

THIS MATTER came before the Special Master upon his own motion. Claimant was scheduled to have a hearing on his *Montez* claim on February 28, 2007. Claimant paroled on February 27, 2007. The Special Master has contacted Claimant's parole officer who provided the following address for Claimant:

3637 Holly St.
Denver, CO 80207

On April 10, 2007, the Special Master sent to Claimant a letter requesting an updated address and contact information from Claimant within thirty days of the date of the order. To date nearly 60 days later, Claimant has not responded and no mail has been returned to the Special Master.

All claimants have a duty to keep the Special Master advised of a current mailing address. The Court rule provides that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant has failed to abide by the requirements of this rule. Therefore, Claimant's claim will be dismissed for failure to comply.

1

IT IS HEREBY ORDERED that the claim of Claimant is dismissed; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed **on or before August 6, 2007** with the Clerk of the United States District Court at the following address:

901 19th Street
Denver, CO 80294.

SIGNED this 6th day of June, 2007.

BY THE COURT:

/s/ Richard C. Davidson

_____

Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing FINAL ORDER OF SPECIAL MASTER this 6th day of June, 2007 to the following:

Mr. Shawn Pack, #91728
3637 Holly Street
Denver, CO 80207

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter

_____

Susan L. Carter