IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et. al.,

    Plaintiffs

v.

BILL OWENS, et al.,

    Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 7 2007
GREGORY C. LANGHAM
CLERK

---

Claim Number 03-203
Category III
Claimant Darryl Martin 61336
Crowley Correctional Facility 6564 St Hwy 96 Olney Springs CO 81061-8700

---

SECOND AFFIDAVIT OF DARRYL MARTIN 61336 Claimant No. 03-203

This is my second affidavit concerning the now COMPLETE neglect for treatment for my hypoglycemic condition (which started after surgery while a DOC inmate in Minnesota prison in 97-98 and continuing on until today). On 5-22-07 I was called to medical again by Dr. Cebiling and told I would receive a glucose test. This test was never taken. I was ready to have blood withdrawn and drink the 'sugar soda'. Dr. Cebiling cancelled the test. I had stayed in medical from the evening of the 21st of May 9:30 pm until shortly before lunch May 22nd. I believe I will be charged co-pay for this visit as well as my May 10th 2007 visit.

*Wanona Wiker* 5-31-05

WANONA WIKER
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 10/10/2008

*Darryl Martin* 61336  5-31-07

CERTIFICATE OF SERVICE

I certify I have sent a SECOND AFFIDAVIT to the United States District Court at 901 19th St, Denver CO. 80294 through U.S. Mail postage prepaid.

Jerry Mar 61336 5-31-07

Darryl Martin
Crowley Correctional Facility
6564 St. Hwy 96  Olney Springs Co. 81061-8700

Wanona Wiker 5-31-05

WANONA WIKER
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 10/10/2008