Booking #1538268
c/o Denver County Jail(D.C.J.)/Bldg. #8-A-6
P.O. Box 1108
Denver, Colorado 80201
May 4, 2007

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 8 2007

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado 80294

RE: Temporary Address Change to County Jail;
on Case #92-N-870(OES), of Montez
v. Owens, and Claimant #01-041.

Dear Sirs;

    I am writing to advise you that on April 27, 2007, I was packed out, dressed out, and transported to the Denver County Jail, by the Denver County Sheriffs, on a Detainer for sentencing in July 2007 to Colorado D.O.C. I discharged my original Colorado D.O.C. mandatory parole sentence on May 2, 2007. I will be at the Denver County Jail through at least July 17, 2007.

    My current temporary address through July 17th is:
**Howell F. Roberts, III**
**Bkg. #1538268**
**P.O. Box 1108**
**Denver, Colorado 80201**

    Tentatively, after July 20, 2007, my Colorado Department of Corrections(C.D.O.C.) address will be:
**Howell F. Roberts, III**
**Reg. #90353**
**P.O. Box 392004**
**Denver, Colorado 80239**

    Thank you very much for your time and cooperation in this matter. If there are any changes to this schedule, I will keep your Honorable Court informed. Please be advised that if you have mailed any documents to my Limon facility address after April 27, 2007, I have not received them, and you may have to remail the documents again to me at the Denver County Jail address.

Sincerely,

Howell F. Roberts, III
Claimant
Claimant #01-041

xc: file