Case No. 1:92-cv-00870-CMA-MEH   Document 2705   filed 06/08/07   USDC Colorado   pg 1 of 1

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2007      JUN 1 2007

GREGORY C. LANGHAM
CLERK

Dear Sirs

Im writing letter in regards to damages awarded to my claim number 02-723 I was a Category II and was awarded $100.00 back in January 22' 07 I had till April 23. 07 to file an objection but never did. I was wondering who do I have to write or contact about this money I have writen Cathie Holst AIC. And was told it should take up to 90 days. Its been 5 months and yet to recive any damages awarded to me

Sincerly
Steve C. Lopez
#65877
PO Box 1000
Crowley Colo
81034