# *LRC* *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
rmlrc@aol.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin
Judge Kenneth M. Plotz

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah

June 4, 2007

Mr. Steve Chavez Lopez
# 55877
AVCF
P.O. Box 1000
Crowley, CO 81034

    RE:    *Montez, et al. v. Owens, et al.*
            Claim #: 02-723

Dear Mr. Lopez:

    I am writing in response to your letter postmarked May 31, 2007 regarding the delay in processing your settlement funds as part of the *Montez v. Owens* class action suit. Please write to Mr. Jess Dance, Litigation Section, Colorado Attorney General's Office, 1525 Sherman Street, 5th Floor, Denver, CO 80203. Mr. Dance or one of his assistants can provide you with the information, paperwork, and steps necessary to obtain your settlement funds. They should also be able to answer your questions regarding the payment delay in your case. Thank you.

Sincerely,

Susan L. Carter
Assistant to the Special Masters