IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number 03-232
Category III
Claimant: Timothy Casey Kelligan, #80650
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This case has been settled. The appropriate documentation has been submitted reflecting the settlement.

      IT IS HEREBY ORDERED that the claim of Timothy Casey Kelligan is dismissed with prejudice, as the claim has been settled between the parties; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 20, 2007.**

      SIGNED this 7th day of June, 2007.

      BY THE COURT:

      */s/ Richard M. Borchers*
___
      Richard M. Borchers
      Special Master