FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 1 2007

GREGORY C. LANGHAM
CLERK

92-cv-00870

6/6/07

#98668

My name is Curtis Lee Robertson and My claim number is 03-324 Catagory III, and I should send you this letter to let you know that I will no longer file any more claims on My behalf. I will Just accept My 300 dollers and end This now. Thank you all very Much.

Curt Robertson #98668

Colorado Department Of Corrections
Name  Curtis Lee Robertson
Register Number  95668
Unit  FLCF 5-3
Box Number  1000
City, State, Zip  Fort Lyon, CO
                  81038



COLORADO SPR...
CO 80...
05 JUN 2007

Clerk of the United States District Co
901 19th Street
Denver, CO
        80294

