92-cv-00870

To: Gregory C. Langham

From: Matthew Archuleta

Date: 6-8-07

Filed
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 11 2007
GREGORY C. LANGHAM
CLERK

Subject: American Disability Act Case (Archuleta #103218 v. Owens)

Gregory C. Langham,

    I'm writing to get my case number to this case and also any information to help get this case resolved. I really would like to get this case matter resolved as soon as possible. I'm currently incarcerated at the Sterling Correctional Facility. Please respond back to this letter it would be greatly appreciated. Thank you for your time and patience.

From,
Matthew Archuleta

Matthew Archuleta #103218

Claim 03-332

Colorado Department Of Corrections
Name  Matthew Archuleta
Register Number  103218
Unit  1-C 1-17 SCF
Box Number  6000
City, State, Zip  Sterling, Co. 80751

DENVER CO 802
08 JUN 2007 PM 3 L

Gregory C. Langham
Clerk of District Court
Alfred A. Arraj Federal Courthous
901 19th St.
Denver, Co. 80202