IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-182
Category III
Claimant: John Tensley, #85555
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This case has been settled. The appropriate documentation has been submitted reflecting the settlement.

    IT IS HEREBY ORDERED that the claim of John Tensley is dismissed with prejudice, as the claim has been settled between the parties; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 30, 2007.**

    SIGNED this 12th day of June, 2007.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            Richard M. Borchers
                                            Special Master