IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

―――――――――――――――――――――――――――――――――――――――――

Claim Number X-213
Category: Untimely Filed Claim
Claimant: Christopher M. Sanchez, #130108
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

―――――――――――――――――――――――――――――――――――――――――

**AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER**

―――――――――――――――――――――――――――――――――――――――――

      THIS MATTER came before the Special Master previously on the claim of Christopher M. Sanchez. In his initial claim form, Claimant indicated that he came into DOC custody in February, 2005. Since it appeared that there was no jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including June 4, 2007 in which to respond, Claimant has filed nothing further.

      Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Claimant came into DOC custody in February, 2005. Claimant may not pursue his claim, as he was not in DOC custody on or before August 27, 2003. Claimant may pursue a separate lawsuit concerning the discrimination he alleges that he has suffered while in DOC custody.

      IT IS HEREBY ORDERED that the claim of Christopher M. Sanchez is denied, as he has failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294

**on or before August 20, 2007.**

SIGNED this 12th day of June, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master