June 10, 2007

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2007

GREGORY C. LANGHAM
CLERK

JUN 1 2 2007

Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United States District
      Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster  CO  80030-4444

Re:  Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

       Plaintiffs,

-vs-

BILL OWENS, et al.

       Defendants


Reference    Gaynor Atkinson
             550 Upper Vista Road
             Manitou Springs, CO 80829
             DOC No. 117297

Approximately two years ago I signed and sent in a form to the court accepting a small lump sum settlement in the above matter.

I have never received said settlement. I would appreciate you looking into this matter.

Thank you,

*Gaynor Atkinson* (signature)

Gaynor Atkinson

Gaynor Atkinson
550 Upper Vista Rd.
Manitou Springs   CO   80829

COLORADO SPRINGS
CO 809 3 T
11 JUN 2007  PM

JUN 1 3 2007

Judge Richard M. Borchers
Judge Bruce D. Pringle
Special Masters for the United States District Court
      For the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster   CO   80030-4444