FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 19 2007

GREGORY C. LANGHAM
CLERK

Honorable Judge Richard M. Borchers.

92-N-870

My name is Adolfo Sanchez DOC# 118788 I currently inquired about what was happening with Montez vs Owens & I'm not sure I understand the response.

It is an order granting special Masters nineteenth application for payment of fees & costs.

Does that mean that I don't recieve any money & that the case is closed?

I filed Montez vs Owens back in 2003-2004 & I never recieved anything here at Sterling Correctional Facility, & I have had some offers of 100.00 ect... yet I never took any nor recieved any money.

The situation remains the same if not worse here at S.C.F. my diabetes is extremely fluxuating ever since they have stopped giving diabetic trays also my insulin is still pre-packaged & some times I use 1½" T.B. syringe needles instead of 1¢" insulin syringes

Also P.A. JoAnn Stock says I'm cured I have no heart problems, yet I take Quinine Sulphate & that my diabetes is cured yet I take 35 lantis there is no longer a sliding scale according to her when I first got here

I was on a sliding scale until February 2007 I have to pay to see the P.A. just to get a refill on chronic medication(s) & I get charged $5.00 every time I see the P.A. which is JoAnn Stock & she tells me I'm cured my body has slowly detoriated since 2003 - Here it seems like they the P.A. likes to give me a lot of stress.

Still I would like to know what happened with Monter vs Owens

Thank You
Adolfo Sanchez

Colorado Department Of Corrections
Name Adolfo Sanchez
Register Number 103235
Unit 34
Box Number 6000
City, State, Zip Sterling CO 80751

DENVER CO 802
18 JUN 2007 PM 3 L

Office of the Clerk
United States District Court
Special Masters Richard M Borchers
901 - 19th St Room A105
Denver Colorado
80294-3589

