MR DAVID MONTOYA
D.O.C. REG 55220
UNIT 4-1-12
P.O. BOX 6000
STERLING, COLO.
80751,

Claim 03-061

HONORABLE JUDGE, JOHN KANE
FEDERAL DISTRICT COURT
901 19Th STREET, RM A-105
DENVER, COLORADO. 80294.

Filed
~~RECEIVED~~
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 19 2007

GREGORY C. LANGHAM
CLERK

Re: Non compliance

Dear Sir the basis for this letter is D.O.C. being non-compliant to the Montez-v-Owens. I am part of this suit, and here is my delema. I arrived at the Sterling Correctional Facility on Feb 28, 2007. At which time all of my medical appliances where confiscated. This being my medical button down shirts, diabetic walking shoes, diabetic socks, diabetic soak basin for maintanance on my feet, and my wedge pillow that I need to sleep at night due to the amount of medications I take twice a day.

They also confiscated some of my special medications that are used for my Diabetes. namely my eye drops that where ordered for the Retenal Hemoraging in both of my eyes along with my mineral oils for my feet and legs. All of these appliances, and medications were ordered for me by Specialist, and purchesed for me by the Colorado Department of Corrections.

This is exactly what happened to me. The day after I arrived at this facility I put in a kite to be seen by Medical to ask about the return of my Medical Appliances, and Medications. I was interviewed by a Physicians Assistant whos name is Mrs Jo Ann Stock. I informed her that I was there for my Appliances and Medications. I removed all my permits for these Appliances at which time she stated that the interview was over because I was too demanding. She had me escorted out of medical with no other explaination. So I placed another Kite in to see The Dr whos name is Mrs Frantz. The day of my appointment I went to the Medical Department, I was escorted to an office and P.A. Stock was sitting in there. I stated that I had made an appointment with Dr Frantz, she told me that Dr Frantz did not want to see me. Once again I stated that I was there for my medical appliances, at which time she stated that she would never give my appliances, because I was a pest, I felt that this Physician was getting too aggrivated so I asked a nurse, and an officer to please step into the room with us. At which time once again I was escorted out of Medical. The third time I went to medical I was called there for an appointment, apon me entering the Medical Department I asked the nurse why I was there and who I was seeing. She told me I was there because I put in a kite, and that I was seeing Mrs Stock again. I explained that I hadnt put a kite in for one and that I couldent see Mrs Stock any way. The nurse stated that I had put in a kite, so I asked her to show me a kite with my hand writing. She informed me that it had been thrown away, so I asked her how they knew what I was there to be treated for then if they threw my kite away. She stated that I may as well see her because I was going to be charged for the visit. I informed her that I had no reason to see that lady. I was placed back in the holding tank. I was in this holding tank talking to myself at which time a nurse walked by and told the security officer that I was in there causing a disturbance. The Officer came in to the cell told me to cuff up, and I complied, then she called for responders I was basicly drug to the shift commanders office. I explained the whole situation to him, and he had the cuffs removed and had me escorted to my cell. He told me that would be my punnishment, however a week later I recieved a write up for Advocating

a Facility Disruption.I went to the hearing for this infraction,and in my
Defence I took a Physicians Desk Referance along with 4 of my medications that
cause adverse side effects,such as Behavioral Changes,Aggitation,Confussion,and
Perinoia.At which point the hearing should have been stopped and a Medical Staff
from the Mental Health department  brought in to determan if in fact these
Medications would cause these side effects.In stead the officer who presented the
case for the State of Colorado made the determination that I was in my right frame
of mind during this incident. I appealed this decission on the grounds that first
off this officer had no kind of medical training,and second that he was not even
present at this incedent to know my state of mind.This Facility is the most "FOUL"
FACILILITY I have been in,and I have been to several in the (14) years straight I
have done. I even won a Judgement of $750.00 by Specialist Master Bourches for the
facility refusing to give me my life sustaining Insulin.This accoured at Ft Lyons
Correctional Facility,because the Dr forgot to write down the ammount of Insulin
to administer,the nurses swore up and down that he had canceled my insulin seven
days later I was rushed to medical with several complications due to my Diabetes.
I have been through so many complications because of all my Medical Issues yet I
have been at this Sterling Facility since Febuary 28,2007 and I have not recieved
(ONE SECOND) of medical attention for all my several cronic illnesses.Here is a list
of some of these illnesses.I am also including a few other documents to show that
I am not just bringing these problems to your attention with no merit. I am aware
of the fact that you are a busy man,but I have nobody in the world I can turn to my
Case Maneger,Family,or even the A.I.C. Representitive. What I am asking is if you
can make it a Court Order to have me transfered out of this facility before I pay
the ultiment price of me life. I can already tell me medical conditions have gotten
worse since my arrival at this ficility.Can you please make sure that all of this
paper work I am sending you returnes to me. I would like to take this time to thank
you for your time and consideration on these issues.


                                                            SINCERELY.

                                                            David Montoya
                                                            DAVID MONTOYA

MR DAVID MONTOYA
D.O.C. REG 55220
UNIT 4-1-12
P.O. BOX 6000
STERLING, COLO.
80751


HONORABLE JUDGE, JOHN KANE
FEDERAL DISTRICT COURT
901 19th STREET, RM A-105
DENVER, COLORADO 80294

Re: Non compliance

Your Honor the reason for this letter is I found some other evidence that might interest you. Here is a breakdown of my grievances I have placed since 2003. There are 26 medical grievances and out of those 26, 24 have been denied and 2 were resolved. On June 11, 2007 I did finally have a medical appointment for my disabilities and cronic care. It seems my medical condition has dropped drastically since I arrived at this facility. When I asked about my medical appliances I was told I could have my wedge pillow back and that is all. But as for my diabetic shoes, diabetic socks, and my soak basin that I use for maintainance on my feet, I was told they no longer retain medical appliances at the Sterling Correctional Facility. And that the Montez Remedial Plan does not apply to this facility. The problem is they may be correct, I filed my last grievance on 4-23-07 and it is 6-14-07 and the A.I.C. Cathic Holst has not yet answered it.

Your Honor if you would please return all this paperwork, as I want to use it for my legal action I'am going to bring against this facility.

I would like to take this time to thank you for your time on this issue and ask that you please keep me informed.

SINCERELY-

David Montoya