**MEMO**

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

To: whom it may concern Date: 7-26-06 Re: Montoya David 55220

From: medical

( ) For information ( ) For your action ( ) For your files

( ) Confer with me ( ) Reply requested ( ) No further action needed

May have wedge pillow indefinitely.

no expiration
[signature]

8-CRS-02-1
Form 26-69

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
| --- | --- | --- | --- |
| | Montoya, David | 55220 | BVCF / [illegible] |

SUBJECTIVE:

DATE: 2/10/05 TIME:

PROBLEM 1 2 ______
PLAN / ORDERS

OBJECTIVE: Temp. ______ Pulse ______ Resp. ______ B/P ______

Received 1 pair of black [illegible] shoes

x David Montoya

Issued by [signature]

ASSESSMENT:

SIGNATURE:
NURSE: ______
P.E. ______
PHYSICIAN ______
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Please Return

**MEMO**

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

To: whom it may concern Date: 11/21/05 Re: Montoya, David 55220

From: Medical

( ) For information ( ) For your action ( ) For your files

( ) Confer with me ( ) Reply requested ( ) No further action needed

Button up shirts - may keep current shirts until they are determined by laundry to be worn out.

Wedge pillow - may keep current wedge pillow indefinitely

[illegible signature]

CRS-02-1
Form 26-69

**MEMO**

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

#55220

To: Montoya David Date: ________ Re: ________

From: ________

( ) For information ( ) For your action ( ) For your files

( ) Confer with me ( ) Reply requested ( ) No further action needed

Pocket Pack Medical Items are necessary for Mr. Montoya's care [illegible]

[illegible signature]

8-CRS-02-1
Form 26-69

Distribution: White - Inmate Pink - Medical Yellow - Unit

**MEMO**

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

To: East Montoya David Date: 12.31.05 Re: Socks

From: Medical

(✓) For information ( ) For your action ( ) For your files

( ) Confer with me ( ) Reply requested ( ) No further action needed

please allow ankle socks x3 pair
[illegible]

[illegible signature] RN

issued 12 31.05 [initials]

8-CRS-02-1
Form 26-69

Distribution: White - Inmate Pink - Medical Yellow - Unit

MEMO

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

To: ______ Date: ______ Re: ______

From: ______

( ) For information ( ) For your action ( ) For your files

( ) Confer with me ( ) Reply requested ( ) No further action needed

R-CRS-024 Distribution: White - Inmate Pink - Medical Yellow - Unit
Form 26-69

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Montoya, David | 55220 | BVCF/East |

DATE: 2/10/05 TIME:

SUBJECTIVE:

PROBLEM 1 2

PLAN / ORDERS

OBJECTIVE: Temp. ______ Pulse ______ Resp. ______ B/P ____/____

Received 1 pair of black Rockport shoes

x David Montoya

Issued by S Humba

ASSESSMENT:

SIGNATURE:
NURSE:
P.E.
PHYSICIAN.
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Grievance Number** ____________ **STEP (Circle One)** (1) 2 3 **ADA?** Yes ☑ No ☐

| NAME David Montoya | DOC NO. 55220 | FACILITY SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

THE basis for this grievance is sterling Corr. facility refusal to give to give me Cronic Care treatment, And denial to return my medical appliance On Feb. 28th 2007 I arrived at Sterling Corr. Facility. At which time all my Medical appliances were Confinscated. It is April 22, 2007 and I still have not Seen a Dr Concerning my Cronic Care Issues. I was seen by P.A Stock who denied me any type of Medical Care. and made me leave her office both times after 2 minutes each time. My medical appliances were all orderd and purched for me by D.O.C After Seeing serveral specialist Poked Probbed and tested me, for my Stomach Issues feet and legs and Shoulders. The remedy I Seek is that all my medical Appliances be Returned and that I be. Transferred from this facility. I have been told that Cathie Holst Placed a Red flag ADA Accomadations hold on me. This Contridicts the Accommoda Resolution where she stated I have no Accommodations at this time. I Also want this Red flag taken off. because this Medi. Dept. Cannot treat me Properly.

| DATE: 4-23-07 | OFFENDER SIGNATURE David Montoya |
|---|---|
| DATE RECEIVED: | RESPONDING STAFF SIGNATURE & ID |

**RESPONSE**

Copy. 4-24-07 F. Gutierrez C.M.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/ PRINT NAME & DOC # |

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# ACCOMMODATION RESOLUTION

| **NAME** | MONTOYA, DAVID | **DOC #** | 55220 |
|---|---|---|---|

| **Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a physician & Chief Medical Officer** | **NONE** |
|---|---|
| NO ACCOMMODATIONS NECESSARY AT THIS TIME | |

A DOC physician and Chief Medical Officer have determined that you have **diabetes** which is considered a covered disability pursuant to the Montez Remedial Plan. However, **diabetes** alone does not render you disabled pursuant to the Americans With Disability/Rehabilitation Acts as your present condition does not substantially limit your ability to perform a major life activity. At this time, you have no need of accommodations associated with your diabetic condition in order to facilitate access to programs, services or benefits.

Clinical Services shall manage all aspects of your clinical diabetic care as it relates to prescribing medication, finger sticks, diabetic diets, diabetic education, exercise, weight management, special clothing, assistive devices, etc., and all requests related to such care should be directed to Clinical Services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you do not receive clinically mandated treatment or services as prescribed by a DOC physician, related to your diabetic condition, you shall file an ADA grievance pursuant to AR 850-04. If your condition worsens and you feel you require accommodations to access programs, services and benefits, please complete and submit a new Request for Accommodation to the AIC.

**You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.**

Signature: Chief Medical Officer — 8/21/06 Date

Signature: AIC Callie Hallett — 9-20-06 Date

Original – AIC
Copies: 1-Warden
7-Warden for distribution to the following:
1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
2 –Offender
AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised 5-1-06



# Department of Corrections Intranet

Home | Advanced Search | Feedback | PageNet | Support Center | EGuide | GroupWise Email

## Legal Grievances

Legal Services Home<<Legal Services Databases<<Grievances Main<<Update Grievances

Records 1 to 38 of 38

| Edit Record | Delete Record | DOC # +/- | Offender Name +/- | Facility +/- | Tracking # +/- | Step +/- | Issue +/- | Date Rec'd +/- | Resp. Rec'd Date +/- | Due Date +/- | Response Date +/- | Respondent +/- | Disposition +/- | Comments | Unit/Pod +/- | Case Mgr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | 55220 | MONTOYA | SCF | D-SF06/07-065 | 1 | DISABILITY | 4/23/2007 | 5/3/2007 | 5/28/2007 | 1/1/1900 | CATHIE HOLST, AIC | N/A | | 35 | CM F COURTNE |
| Edit | Delete | 55220 | MONTOYA | BVMC | BM06/07-322 | 1 | JOBS | 2/2/2007 | 2/2/2007 | 2/27/2007 | 2/12/2007 | D STEVENS | NOT GRIEVABLE | K9 PROGRAM - FIRED | BVMC | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | BVMC | BM06/07-280 | 1 | OTHER | 1/3/2007 | 1/12/2007 | 1/23/2007 | 1/12/2007 | JOHNSON | NOT GRIEVABLE | RP ISSUE | BVMC | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | BVMC | D-BM06/07-019 | 1 | DISABILITY | 12/29/2006 | 1/8/2007 | 1/30/2007 | 1/18/2007 | CATHIE HOLST, AIC | DENIED | DISABILITY - FIRED FROM JOB FOR MISSING WORK CAUSE BY DISABILITY | BVMC | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | BVMC | C-BV06/07-105 | 2 | MEDICAL | 12/4/2006 | 12/4/2006 | 12/29/2006 | 12/12/2006 | D. ROBERTS | DENIED | REQUESTS COPAY REIMBURSEMENT. | A | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | BVMC | C-BV06/07-105 | 1 | MEDICAL | 11/7/2006 | 11/7/2006 | 12/2/2006 | 11/22/2006 | K. BASSETT | DENIED | REQUESTS COPAY REIMBURSEMENT. | A | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | BVMC | D-BM06/07-010 | 2 | DISABILITY | 11/21/2006 | 1/1/1900 | 12/12/2006 | 1/1/1900 | | N/A | MONTEZ RULING ISSUE | BVMC | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | SCF | D-SF06/07-070 | 1 | DISABILITY | 4/25/2007 | 5/3/2007 | 5/28/2007 | 1/1/1900 | CATHIE HOLST, AIC | N/A | | 35 | CM F COURTNE |
| Edit | Delete | 55220 | MONTOYA | BVMC | D-BM06/07-010 | 1 | DISABILITY | 10/13/2006 | 10/18/2006 | 11/12/2006 | 11/9/2006 | CATHIE HOLST, AIC | DENIED | MONTEZ RULING | BVMC | PFALZGRA |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV05/06-200 | 2 | MEDICAL | 7/5/2006 | 7/5/2006 | 7/30/2006 | 7/13/2006 | ROBERTS | DENIED | GRIEVING NOT GETTING MEDS DURING LOCKDOWN. | EAST | CURTIS |
| | | | | | C- | | | | | | | | | WANTS HIGH BLOOD PRESSURE | | |

| Edit | Delete | 55220 | MONTOYA | BVCF | BV05/06-200 | 1 | MEDICAL | 6/7/2006 | 6/7/2006 | 7/2/2006 | 6/21/2006 | K. BASSETT | DENIED | MEDS DURING LOCKDOWN. | EAST | CURTIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | 55220 | MONTOYA | BVCF | D-BV05/06-039 | 1 | DISABILITY | 4/14/2006 | 4/19/2006 | 5/14/2006 | 5/17/2006 | CATHIE HOLST | DENIED | ISSUES ABOUT PROGRESSION (POINTS) THROUGH SYSTEM DUE TO MEDICAL STATUS | EAST | CURTIS |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV05/06-378 | 1 | LEGAL ACCESS | 2/6/2006 | 2/3/2006 | 2/16/2006 | 2/3/2006 | SCHWARTZ | DENIED | REDUCED ACCESS TO LAW LIBRARY | EAST | CURTIS |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV05/06-036 | 1 | MEDICAL | 9/8/2005 | 9/8/2005 | 10/3/2005 | 9/26/2005 | K. BASSETT | DENIED | RESOLUTION OF INCIDENT WITH STAFF | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV05/06-012 | 1 | MEDICAL | 7/29/2005 | 7/29/2005 | 8/23/2005 | 8/11/2005 | K. BASSETT | DENIED | REQUEST CO-PAY REIMBURSEMENT | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV04/05-165 | 1 | MEDICAL | 6/20/2005 | 6/20/2005 | 7/15/2005 | 7/12/2005 | K. BASSETT | DENIED | COPAY REIMBURSEMENT | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-330 | 3 | HOUSING CONDITIONS | 3/25/2005 | 1/1/1900 | 5/10/2005 | 9/22/2005 | TONY DECESARO | DENIED | TOILET PAPER RESTRICTION | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-330 | 1 | HYGIENE | 3/3/2005 | | 3/17/2005 | 3/8/2005 | ARGYS | DENIED | | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-219 | 2 | PUBLICATIONS | 1/17/2005 | | 2/11/2005 | 1/25/2005 | AHRENS | NO RELIEF | | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-219 | 1 | PUBLICATIONS | 12/17/2004 | | 12/31/2004 | 12/29/2004 | MCGOWAN | DENIED | | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-199 | 1 | CASE MANAGEMENT | 11/26/2004 | | 12/10/2004 | 12/6/2004 | JOHNSON | RESOLVED | | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | | 3 | DISABILITY | 10/8/2004 | 1/1/1900 | 11/22/2004 | 1/13/2005 | TONY DECESARO | DENIED | ADA | | |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV04/05-008 | 3 | MEDICAL | 9/27/2004 | | 11/11/2004 | 12/22/2004 | TONY DECESARO | DENIED | CO PAY | | |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV04/05-008 | 2 | MEDICAL | 8/30/2004 | | 9/20/2004 | 9/13/2004 | WRIGLEY, SHIREEN | DENIED | INCREASED CO-PAY | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV94/05-008 | 1 | MEDICAL | 7/28/2004 | | 8/18/2004 | 8/5/2004 | BASSET, KATHY | DENIED | INCREASED CO-PAY | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-034 | 3 | OTHER | 9/1/2004 | | 10/16/2004 | 11/10/2004 | TONY DECESARO | DENIED | COPD & VISITATION DENIAL | | |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-034 | 2 | OTHER | 8/4/2004 | | 8/24/2004 | 8/12/2004 | C. ROBINSON | DENIED | | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | BV04/05-34 | 1 | OTHER | 7/20/2004 | | 8/9/2004 | 7/30/2004 | ARGYS | DENIED | | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | D-BV03/04- | 1 | DISABILITY | 7/12/2004 | 1/1/1900 | 1/1/1900 | 7/12/2004 | CATHIE HOLST, AIC | DENIED | ADA | EAST | HANSEN |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 262 | | | | | | | | | | | |
| Edit | Delete | 55220 | MONTOYA | FLCF | FL03/04-086 | INF | ACCOUNT | 8/28/2003 | | 9/23/2003 | 9/16/2003 | GOLDSBERRY | DENIED | | 7 | CORDOV. |
| Edit | Delete | 55220 | MONTOYA | FLCF | C-FL02/03-219 | INF | MEDICAL | 6/11/2003 | | 7/6/2003 | 6/19/2003 | R PETERSON | ONGOING | REQ IS AVAILABLE AND ON ORDER IM ELECTS TO FILE STEP I | 7 | J CORDOV |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV02/03-016 | INF | MEDICAL | 8/20/2002 | | | 8/20/2002 | KATHY BASSETT | ELECTED STEP 1 | | | |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV02/03-014 | INF | MEDICAL | 8/9/2002 | | | 8/9/2002 | JUDY AVERY | RESOLVED | | | |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV02/03-016 | 1 | MEDICAL | 8/26/2002 | | 9/20/2002 | 9/16/2002 | JUDY AVERY | RESOLVED | | | |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV03/04-087 | INF | MEDICAL | 5/21/2004 | | 5/21/2004 | 5/21/2004 | BASSETT, KATHY | ELECTED STEP 1 | WANTS PAIN MEDS NOT NARCOTICS FOR DIABETIC NEUROPATHY OR SEE SPECIALIST | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV02/04-046 | INF | MEDICAL | 11/17/2003 | | 11/17/2003 | 11/17/2003 | KATHY BASSETT | ELECTED STEP 1 | WANTS ORIGINAL MEDS FOR CHRONIC ARTHRITIS - SUBS AREN'T WORKING | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV03/04-046 | 1 | MEDICAL | 11/20/2003 | | 12/10/2003 | 12/3/2003 | JUDY AVERY | DENIED | CHRONIC PAIN MED DX/D - MEDICAL - WANT REINSTATED | EAST | HANSEN |
| Edit | Delete | 55220 | MONTOYA | BVCF | C-BV03/04-046 | 2 | MEDICAL | 12/17/2003 | | 1/9/2004 | 12/24/2003 | WRIGLEY, SHIREEN | DENIED | CHRONIC PAIN - MEDICAL DX'D MEDS | EAST | HANSEN |

[ Home ][ Advanced Search ][ Feedback ][ PageNet ][ Support Center ][ EGuide ][ GroupWise Email ]

KING & GREISEN, LLP
ATTORNEYS AT LAW

Diane S. King
Paula Greisen

1670 YORK STREET
DENVER, COLORADO 80206

Laura E. Schwartz
Alison Butler Daniels
Jason Cobb
Jennifer W. Riddle

Mr. David Montoya, #55220
SCF
P.O. Box 6000
Sterling, Colorado 80751

March 9, 2007

**ATTORNEY-CLIENT PRIVILEGED**

*Re: Transfer to Sterling*

Dear David,

This letter is in response to your letter received by our office March 8 and the conversation you and I had today.

I advised you to file an ADA grievance to make the AIC aware of your transfer and that you have been without your diabetic related accommodations (wedge pillow and foot bath) while being held in the transfer unit. In your grievance, request that your accommodations be restored.

If necessary, file a new Request for Accommodation to remind the AIC of your disability status (diabetic) and that you require certain accommodations.

I understand that you would be willing to testify at the compliance hearings, and we appreciate your support. I will make a note in my compliance file of your interest, and we will follow up with you when we determine whose testimony will be most beneficial to our case. At this time the compliance hearings have not been set. There is a chance that hearings will not be held, if through our compliance review, the DOC is found to be in substantial compliance. Either way, we will keep you posted.

In the meantime, take care of yourself. Enclosed are your original documents, we made copies for our file.

Sincerely,
KING & GREISEN, LLP

Jennifer W. Riddle

Jennifer W. Riddle

TELEPHONE: (303) 298-9878 ✧ FACSIMILE: (303) 298-9879 ✧ E-MAIL: riddle@kinggreisen.com

Issued 6/23/06 [illegible]

Mr. Montoya's copies

DC FORM 850-4A (06/04)

**[DEPAR]TMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

**Grieva[nce]** **STEP (Circle One) 1 (2) 3** **ADA? Yes ☐ No ☑**

| NAME DAVID MONTOYA | DOC NO. 55220 | FACILITY B.V.C.F. |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: THE BASIS FOR THIS GRIEVANCE IS NURSE BASSET REFUSING TO ADMINISTER MY BLOOD PREASURE MEDICATIONS. ON 5-30-06 THERE WAS A PROBLEM WITH THE DINNER MEAL. SO IT TOOK LONGER TO FEED THE INMATES. THERE WAS NO LOCK DOWN OR DISRUPTION IN THE FAC ILITY. NURSE JAHNER AND NURSE BASSETT ANSWERED MY STEP I, READ THE ATTACHED AMSWER. WHAT MAKES NO SENCE IS THAT BOTH OF THESE NURSES ARE TRAINED PROFESSIONALS IN MEDICINE, AND ARE AWARE THAT THE FIRS T TIME I WAS DENIED THIS MEDICATION MY BLOOD PREASURE READING WAS 200/125 AND THIS TIME IT WAS 170/100. IF THIS MEDICAL STAFF CANT UNDERSTAND THAT THESE ARE DANGEROUS READINGS, AND THAT THIS MEDIC-ATION IS ESSENTIAL TO MY HEALTH, AND MUST BE ADMINISTERED WITH NO QUESTION THEN MAYBE A JUDGE CAN SORT THIS ISSUE OUT FOR THEM. THE REMEDY I SEEK IS FOR THIS MEDICAL DEPT TO START TAKING RESPONSIB-ILITY FOR THERE ACTIONS AND STOP MAKING PHONEY ANSWERS TO THERE ERRORS. I ALSO ASK THAT I NEVER BE DENIED THIS MEDICATION BECAUSE OF THE FOLLOWING REASONS. 1. WITHOUT IT I CAN HAVE A MASIVE STROKE 2. WITHOUT IT THE ARTERIES TO MY HEART ARE BEING DAMAGED. 3. IT IS CAUSING HEMORAGING IN ME EYES, WHICH I ALREADY SUFFER FROM. I AM NOT ASKING THIS MEDICAL DEPT TO DO ME ANY EXTRA FAVORS I AM JUST ASKING THEM TO UNDERSTAND THEY HAVE A JOB, AND TO DO IT RIGHT

| DATE: 6-28-06 | OFFENDER SIGNATURE David Montoya |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

RESPONSE You are correct in that there was no lock-down on 5-30-06. But because there was such a long delay in our ability to start evening med line, it was my decision to issue emergency meds only – those medications given out during the first 24 hours of a lock-down. I'm sorry if that inconvenienced you, however, we can not promise that a lock-down or other similar situation will not occur again. The only solution that is likely to ensure this will not happen again is if you participate in the Self-med. program. Grievance Denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 7/13/06 | SIGNATURE/PRINT NAME& Staff ID # [signature] HSA, Doug Roberts #7046 |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medication

| DATE: 7-05-06 | SIGNATURE/PRINT NAME & Staff ID # Patricia Jahner #12907 [signature] |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

CLINICAL SERVICES MENTAL HEALTH DEPT. JUL - 5 2006 RECEIVED BVCF

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

East/Curtis

Attachment "A"
Page 1 of 1

# Living Will And Testament

I David Montoya, Son of Juan and Gloria Montoya. Born on April, 19 1960 being of sound mind and body declares this to his dying wishes. His executor to his will be his older sibling, Naomi Bartolo. That any belongings that are owned by David be devided between his son David Eugene Riffe, and his Daughter Juanita Gloria Martinez. I also request that any inheritance that is to be left to David by his parents, Be distributed to these two children in the same manner. I also request that my executor to my will. Have the Logan County District Attorneys Office Investigate his untimel death. I can guarantee that the Sterling Correctio al medical Staff or the Sterling Correctional facility Security Staff had a big Involvement into my early demise. To my family I only have these words. It has been my honor to be in your lifes and hearts. I am so sorry I was not a better brother and son. I promise to be a treasured brother and son in our next lifes!

x David Tofoya [signature]
Witnessed by

x Montoya, David [signature]
Singed by
Montoya David

KING & GREISEN, LLP
ATTORNEYS AT LAW

Diane S. King
Paula Greisen
Margaret B. Funk

1670 YORK STREET
DENVER, COLORADO 80206

Laura E. Schwartz
Alison Butler Daniels
Jason Cobb

Mr. David Montoya, #55220
Buena Vista Correctional Facility
P.O. Box 2005
15125 Highway 24 & 285
Buena Vista, CO 81211

October 30, 2006

**ATTORNEY –CLIENT PRIVILEGED**

*Re: Montez Update*

Dear Mr. Montoya,

I am sorry to hear of your continued battle with the DOC regarding your diabetes and classification. I do appreciate your updates on the matter and will retain your letters in our non-compliance records.

Enclosed, please find the documents you requested returned. Because of the high volume of letters we receive, it is not our usual practice to return documents. In the future, please make copies of important documents and retain the original for your records.

I hope this letter finds you well.

Take Care,

KING & GREISEN, LLP

Jennifer Riddle

Jennifer Riddle, Esq.

TELEPHONE: (303) 298-9878 ✧ FACSIMILE: (303) 298-9879 ✧ E-MAIL:greisen@kinggreisen.com

RECEIVED
JUN 14 2006
Office of Correctional Legal Services

# COLORADO DEPARTMENT OF CORRECTIONS
## HISTORY PROBLEM LIST
### DOC#: 55220 - Name: MONTOYA, DAVID

| ICD Code | PROBLEM Description | Status | Since | Provider |
|---|---|---|---|---|
| 250.43 | DIABETES TYPE I UNCONTROLLED W/NEPHRITIS | I | 11/21/2002 | ROBERTS, DOUG |
| Comments: | | | | |
| 250.43 | DIABETES TYPE I UNCONTROLLED W/NEPHRITIS | I | 02/14/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 250.02 | DIABETES,TYPE II, UNCONTROLLED | I | 07/30/2002 | ROBERTS, DOUG |
| Comments: | | | | |
| 250.02 | DIABETES,TYPE II, UNCONTROLLED | I | 07/01/2002 | ADKISSON, KAREN |
| Comments: | | | | |
| 924.3 | CONTUSION OF TOE | I | 07/12/2002 | ROBERTS, DOUG |
| Comments: | | | | |
| 362.81 | RETINAL HEMORRHAGE | I | 07/01/2002 | ADKISSON, KAREN |
| Comments: | | | | |
| 250.02 | DIABETES,TYPE II, UNCONTROLLED | I | 09/26/2001 | BLOOR, ANITA |
| Comments: | | | | |
| 465.9 | URI | I | 06/14/2002 | ROBERTS, DOUG |
| Comments: | | | | |
| 714.0 | RHEUMATOID ARTHRITIS | I | 05/22/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 250.01 | DIABETES, TYPE 1 | I | 05/22/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 070.51 | HEPATITIS, TYPE C | I | 05/01/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 714.0 | RHEUMATOID ARTHRITIS | I | 05/01/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 250.01 | DIABETES, TYPE 1 | I | 12/11/2001 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 250.03 | DIABETES TYPE I UNCONTROLLED NO COMPLICA | I | 05/01/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 070.51 | HEPATITIS, TYPE C | I | 03/14/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 250.03 | DIABETES TYPE I UNCONTROLLED NO COMPLICA | I | 03/11/2002 | MCCALLON, T DWAINE |
| Comments: | | | | |
| 786.59 | CHEST PAIN | I | 10/24/2000 | BLOOR, ANITA |
| Comments: | | | | |
| 782.1 | DERMATITIS | I | 09/06/2000 | BLOOR, ANITA |
| Comments: | | | | |
| 250.00 | DIABETES, TYPE 2 | I | 06/04/1998 | NEUFELD, ORVILLE |
| Comments: | | | | |
| 250.02 | DIABETES TYPE 2 UNCONTROLLED NO COMPLICA | I | 06/27/1997 | NEUFELD, ORVILLE |
| Comments: ANGRY | | | 1st. diagnosis date. | |
| 250.00 | DIABETES, TYPE 2 | I | 02/26/1998 | NEUFELD, ORVILLE |
| Comments: | | | | |

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Grievance Number** ____________ **STEP (Circle One)** 1 2 3 **ADA?** Yes ☐ No ☐

| NAME David Montoya | DOC NO. 55220 | FACILITY SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** The Basis for this Emergency Grievance is Medical Constantly placing my life and liberty In danger. On 4-30-07 I was called to the medical Dept, and was told I put in a kite. I have not put in a kite to see anybody in medical, Due to the fact Every time I go to medical P.A. Jo Ann Stock kicks me out of medical with No Treatment. And today they Involved security, I was cuffed and taken to The shift commanders office, and Constantly Threatend with Bodily Harm if I moved wrong pulled away or spoke. I stated I was None violent But was still Threatened. I Believe medical is Just Being Retalitiory Towards me and Now They have Involved security. I have several "CRONIC" Illnesses, And I have yet to see a DR to Address my Diabetes, High Blood Preasure, Heart Issues, urinating blood, problems with my leg & Feet. The Remedy I seek is That I Be moved out of the Sterling Correctional Facility. Reason Being If I do go down and Need medical to Rescue me Between security, and medical They will Let me Die!

| DATE: 4-30-07 | OFFENDER SIGNATURE David Montoya |
|---|---|
| DATE RECEIVED: 5/1/07 | RESPONDING STAFF SIGNATURE & ID C Soares 3056 |

**RESPONSE** This is not an emergency situation for medical issues of your health status. You are hereby instructed to use the normal grievance process to address your issues.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 5/1/07 | SIGNATURE/ PRINT NAME & STAFF ID # Carol Soares 3056 |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 5-1-07 | OFFENDER SIGNATURE/ PRINT NAME & DOC # David Montoya 55220 |

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED OCT 18 2006 Office of Correctional Legal Services

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number D-BM06/07-010 STEP (Circle One) (1) 2 3 ADA? Yes ✓ No ☐

| NAME Montoya David | DOC NO. 55220 | FACILITY BVMC |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: The basis for this Grievance is Cathie Holst,AIC claiming I have no Accommodations issues at this time. I beg to differ. I am told that beings I am a Diabetic I am not going to be able to progress to a level one facility when I am elgible to progress which will be in three months. If this is the case then they are in violation of the Montez agreement that Inmates with Disabilities will not be kept in higher level facilities solely because of their disibilities. The remedy I seek is that Cathie Holst be trained better at her job or released from her job and somebody else else be placed in this job who is willing to help us Inmates.And I ask that somebody else look into this issue of me not being allowed to progress through the prison system like any other inmate.Or get into compliance with the Montez Verdict and make D.O.C. have these level one facilitys all be able to Accomidate all diabetics into their facilitys.

| DATE: 10-03-06 | OFFENDER SIGNATURE David Montoya |
|---|---|
| DATE RECEIVED: 10/18/06 | RESPONDING STAFF SIGNATURE & ID |

RESPONSE

ATTACHED RESPONSE

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst 11-9-06

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Montez Ruling Disabled | |
| DATE: 10/13/06 | SIGNATURE/PRINT NAME & STAFF ID # K. Porter 269K |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 11-15-06 | OFFENDER SIGNATURE/PRINT NAME & DOC # BVCC David Montoya 55220 |

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

NOV 13 2006 Response (KP) Admin Svcs Rec'd

Attachment "A" Page 1 of 1

CLINICAL SERVICES MENTAL HEALTH DEPT. OCT - 6 2006 RECEIVED B.V.C.F.

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us

Bill Owens
Governor
Joe Ortiz
Executive Director

Response to Step 1 ADA Grievance
To: Offender David Montoya
DOC #: 55220
Facility: BVCF
Grievance No: D-BM06/07-010
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
through
Craig Dalrymple, Legal Assistant I

---

**In the grievance referenced above, you allege the following:**

1. You disagree with your September 2006 Accommodation Resolution that states that you have diabetes but you do not have a qualifying disability and are not entitled to accommodations at this time.

2. You were told that because you are a diabetic you are not going to be able to be transferred to a Level 1 correctional facility.

**Requested Relief/Remedy**
1a. "The remedy I seek is that Cathie Holst be trained better at her job or be released from her job and somebody else be placed in this job who is willing to help us inmates."
2a. Have Level 1 facilities all be able to accommodate all diabetics into their facilities.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. Your September 2006 Accommodation Resolution states that you do not have a qualifying diabetes disability pursuant to the mandates of the ADA.

2. Your September 2006 Accommodation Resolution states: "A DOC physician and the Chief Medical Officer [CMO] have determined that you have diabetes which is considered a covered disability pursuant to the Montez Remedial Plan. However, diabetes alone does not render you disabled pursuant to the ADA since your present condition does not substantially limit your ability to perform a major life activity. At this time, you have no need of accommodations associated with your diabetic condition in order to facilitate access to programs, services or benefits."

3. AIC Cathie Holst had no say in the CMO's decision that you do not have a disability. As your

Accommodation Resolution states: "The AIC is neither responsible for nor qualified to make decisions regarding your clinical care."

4. Buena Vista Minimum Center (BVMC) Health Services Administrator Doug Roberts stated that is is not true that you cannot be transferred to a Level 1 correctional facility because of your diabetes.

5. Doug Roberts stated that he is sure that no one at Buena Vista Correctional Complex (BVCC) told you that you could not go to a Level 1 facility because of your diabetes. Mr. Roberts explained that someone on the BVCC staff might have told you that given your history of poor control of your diabetes, you would only be eligible for a Level 1 facility if you are able to achieve adequate control of your diabetes.

6. Mr. Roberts stated that currently you are not eligible for transfer to a Level 1 facility because you are classified as a M3 (Medical Code 3).

7. According to Mr. Roberts, if you lower your Hemoglobin A1C to 6.5% or lower, you would then become an M2 (Medical Code 2) and be eligible for transfer to Delta Correctional Center (DCC). Hemoglobin A1C is one measure used to determine diabetic control.

8. At present there are no insulin dependent diabetics at Level 1 facilities because most Level 1 facilities do not have adequate staffing and few diabetic inmates are motivated to achieve the excellent diabetic control necessary to reach a Hemoglobin A1C of 6.5% or lower.

**CONCLUSION:** You have been fully screened for a disability by a Department of Corrections (DOC) medical doctor and found not to have a disability; this result was confirmed by the DOC Chief MMO. This finding was reduced to writing in your Accommodation Resolution. There is no objective evidence that your screening was deficient or inaccurate, therefore, I must accept the doctor's assessment as accurate. Your requested remedy, that Cathie Holst be better trained or replaced as AIC, is not available or necessary because she had no role in deciding that you do not have a disability and she did nothing wrong. Therefore, your grievance is denied on factual grounds.

Our investigation has revealed that contrary to your allegations, it is not true that you cannot be transferred to a Level 1 correctional facility solely because of your diabetes and no one at BVCC told you that you could not go to a Level 1 facility because of your diabetes. It is true that you are now not eligible for transfer to a Level 1 facility because you are classified as a M3. In order for you to be transferred to a Level 1 facility, you would need to be classified as a M2 through better control of your diabetes and achieving a Hemoglobin A1C of 6.5% or lower.

Your requested remedy, that all diabetic inmates be allowed to transfer to all Level 1 facilities is not available because as stated above it is impossible since most Level 1 facilities do not have adequate staffing and most inmates do not have the required control over their diabetes. Since there is no truth to your allegations that you cannot be transferred to a Level 1 facility because you have diabetes and someone at BVCC told you that you cannot be transferred to a Level 1 facility due to your diabetes, your grievance is denied on factual grounds.

**GRIEVANCE DENIED.**

DC Form 150-1A
(Revised 09/02)

# DEPARTMENT OF CORRECTIONS
# NOTICE OF CHARGE(S)

**Facility** SCF

CASE NO. 07-3061

| **1. OFFENDER NAME** MONTOYA, DAVID | **DOC NUMBER** 55220 |
|---|---|
| **CURRENT HOUSING UNIT** LU 35 | **CURRENT SECURITY DESIGNATION** Minimum |

**2. ALLEGED CHARGES** Date 04/30/2007 Time 1:30 pm Location Clinical Services - West

| Class | Rule | Specific Charge (Code of Penal Discipline) Use extra sheets if necessary |
|---|---|---|
| II | 16. | ADVOCATING OR CREATING FACILITY DISRUPTION |

**3. SUMMARY** (Factual Reporting, including who, what, when, where, and how).

On 4/30/2007 at approximately 1:30 pm Inmate Montoya 55220 was brought to West Medical to see PA Stock. Inmate became argumenative with Nurse Lynn Kier about being charged five dollars. Inmate stated that he never put in a kite. Nurse Lynn verified on computer that a kite was filed on 4/17/07. Inmate said he didn't want to be seen by PA Stock and asked to see another doctor. He was denied. Inmate was then informed to either see the provider or go home and grieve the charges. Nurse Kathleen Dingus came over and said to send him home because we were not going to discuss the issue with Mr. Montoya any further. Nurse Kathleen then came around the corner after Inmate was place in the East holding room and stated he was causing a disruption. I opened the door and asked what the problem was. He stated he was angry. I asked him to calm down and not to yell. He was still loud and I informed him that if he kept going I was going to call First Responders. He continued and stated he would tear the place apart to see the Shift Commander. First Responders were called, inmate was restrained and then escorted by staff to speak with Shift Commander. Inmate was then escorted back to Eastside, report was written and no further action taken. EOR

**NOTE: Initiating Employee is Hoff, Shalan.**

**4. CONTRABAND** (Description and disposition. Also including same type information as required in number 3 if not listed.)

**5. NAMES OF WITNESSES TO VIOLATION:** (Including employees)

I certify that aforementioned charges and summary are true and correct to my knowledge. The date of my signature reflects the discovery date of the violation.

S/ [signature] 5/1/07
Initiating Employee Hoff, Shalan — Date

S/ [signature]
Reviewing Supervisor — Date

**6. INVESTIGATIONS/PHARMACY REPORT** (when required) Date :

Signature ______ Comment(s) : ______

**7. HEARING SCHEDULE:** This case is [handwritten] at: [handwritten]
Date — Time

Formal Hearing ☒ Informal Conference ☐

**8. SERVING EMPLOYEE:** You are hereby served with a copy of alleged charges this [handwritten] day of [handwritten] 20 07 at [handwritten] (am) (pm). If you desire witnesses, in accordance with the Code of Penal Discipline, please notify the Reviewing Supervisor as soon as possible, but no later than 24 hours prior to scheduled hearing, to avoid a continuance.
Signature [signature] Date 5/8/07

**9. OFFENDER ACKNOWLEDGEMENT.** I acknowledge receipt of a copy of the Notice of Charge.

I do ☐ do not ☐ desire an offender representative.

Signature X [signature] Date X [handwritten]

DISTRIBUTION: WHITE--Department File CANARY--Working File PINK--Warden/Director GOLD--Offender

Attachment "A"

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER APPEAL FORM**

DC FORM 150-1D (REVISED (11/02)

**CASE NO.** [illegible] 7-3061

1. Offender Name David Montoya 2. DOC No. 55210

3. Current Facility Sterling Corr Fac 4. Facility Initiating Hearing Sterling Corr Fac

5.Type of Appeal: ______ Disciplinary ______ Classification 6. Date Hearing Held: 5-10-07

7. Basis of Appeal (check the boxes which apply) Please Print. **Be brief-no additional attachments allowed.**

☑ PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
☑ LACK OF SUBSTANTIAL EVIDENCE: (State specifically what evidence was not present in this hearing)
☐ NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

This Appeal is Based on two Issues. First the hearing Board was [illegible] in its Decision, The Conviction was Based Solely on [illegible] Person [illegible] LT Owens Friendship and Comradery, second When I Asserted that I was suffering From Mental [illegible] Disorders [illegible] my several mental [illegible] and Mood Altering Medications. The Hearings officer should have stopped the hearing on the spot and should have sent for somebody from Mental Health who was trained in psychology, to Explain this Issue. Hence procedures violated. I agreed [illegible] Relied on LT Owens Diagnoses of my Mental State. 1. LT Denny Owens has no medical Training what so Ever to Make This Type of Diagnosis. 2. LT Owens was Not present during this Incident so he could not have [illegible] This hearing I presented [illegible] Evidence [illegible] Medical [illegible] Reference [illegible] Medications side Effects of the 12 pills I take [illegible] cause [illegible] 1. Behavioral changes 2. [illegible] Depression [illegible] Confusion, 5 [illegible] Even at these medications I am on [illegible] possible [illegible] These side Effects. This case should be [illegible] the [illegible] and Their side Effects. I [illegible] [illegible]

Do **NOT** attach additional page. **Additional attachments may not be considered.**

8. Offender Signature David Montoya Date: 5-14-07

## RECEIPT BY FACILITY

Appeal Received by: [illegible] ______ ______
Name Title Date:

## HEARING DECISION (Please type)

10. Conviction is: ☑ Upheld ☐ Reversed ☐ Modified ☐ Remanded Explanation: (Must Respond)

[illegible] no new evidence [illegible] and procedures were followed.

By: [signature] 5/18/07
Administrative Head Date

## RECEIPT BY OFFENDER

11. Appeal Decision received by: [illegible]
Offender Name DOC# Date

[signature]
Staff Witness Date

20031 (R 11/02) White - Department File Canary - Working File Pink - Time Computation Gold - Offender