To The Clerk of the United States District Court,

Civil Action No. 92-N-870 (Consolidated For All Purposes With Civil Action No. 96-N-343)

Jesse Montez, et. al.,
Plaintiffs

-Vs-

Bill Owens, et. al.,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 0 2007

GREGORY C. LANGHAM
CLERK

Claim Number 03-373
Category III. Claimant: Leroy Cunningham #75593
Address of Claimant: Bent C.C.F. 11560 CR. FF-75
Las Animas Co. 81054-9573

I Leroy Cunningham is Filing An Objection
To The Finding in This Claim,
An Objection To This Order of denial
under the Federal Rule of Civil procedure
53 (g)(2).

Date 6-19-07,

By The Claimant:

Leroy Cunningham

To The Clerk of the United States District
Court,