**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2007

**GREGORY C. LANGHAM**
CLERK

OFFICE OF THE SPECIAL MASTERS
LEGAL RESOLUTION CENTER
7907 ZENOBIA STREET
WESTMINSTER,CO 80030-4444

JUN 2 0 2007

### Special Master,

       I CONRAD TRUJILLO, filed a Montez damage
claim #02-136 in 2005. My claim was denied on 11/7/05 for failure to pro-
vide a current address.(per. Cathie Hoist, AIC.), the deadline for an appeal
was 12/27/05. However I was incarcerrated at that time. I never recieved a
response to my ~~initial~~ filing until October 25th 2006,(as indicated in the
attached MEMORANDUM.)At this time I would like to request a review of my
claim showing good cause at your earliest convience.
       The office of legal services at The Depart-
ment of Corrections in COlorado Springs made me an offer of " $50.00 dollars
to settle my claim which I found insulting and did not accept. I would very
much like my case re-opened and reviewed again as the offer of $50.00 dollars is
very unrealistic. My D.O.C. number is #68978. I am currently incarcerrated at
the Rifle Correctional Facility, find the address below. Thank You.

RESPECTFULLY SUBMITTED,
THIS 13th Day of June,2007

CONRAD TRUJILLO #68978

CONRAD TRUJILLO #68978
R.C.C.
RIFLE CORRECTIONAL FACILITY
0200 COUNTY RD,219
RIFLE CO. 81650

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us

Office of Correctional Legal Services



Bill Owens
Governor
Joe Ortiz
Executive Director

### MEMORANDUM

**TO:**      **Offender Trujillo #68978**
            **BCCF**

**FROM:**    **Cathie Holst, AIC**

**RE:**       **Correspondence received 10/10/06**

**DATE:**    **October 25, 2006**

I apologize for the delay in responding to your above referenced correspondence, after being under-staffed for quite some time, we are trying our best to get offenders screened for disability determinations, provide appropriate accommodations and respond to offender correspondence such as yours.

You are requesting the status of your Montez damage claim #02-136. Your claim was denied on 11/7/05 for failure to provide a current address. The deadline to file an appeal was 12/27/05.

My office does not manage the damage claims process, you will need to contact the Special Master to request a review of your dismissed claim upon showing of good cause. The contact information for the Special Master's office is:

Office of the Special Masters
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030-4444

cc: AIC File

**Colorado Department Of Corrections**

Name Conrad Trujillo

Register Number 68978

Unit Rifle Corr. facility

Box Number 0300 County Rd 219

City, State, Zip Rifle Colo 81650



Office of the Special unai
legal resolution Center.
7907 Zenobia Street
Westminster, Colorado
80030-444

8003084444 C014

Illulllludluulldlluulddlddddlddlulllludulllut