IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-329
Category III
Claimant: Curtis M. Rigdon, #115792
Address of Claimant: Unknown

___

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on his own motion. The last contact with Claimant was in December, 2006 when he advised the Special Master in writing that he had been moved to the Limon Correctional Facility in Limon, Colorado. Claimant discharged his sentence on February 23, 2007. He was released from custody. The Special Master has no way to contact Claimant at this time. He has failed to provide an updated mailing address. He is not in DOC custody.

    All claimants have a duty to provide an updated mailing address within ten days of any move. D.C. Colo. L.R. 10.1 states, in part as follows:

> M. Notice of Change of Address or Telephone Number. Within ten days after any change of address, telephone number or e-mail address of any attorney or pro se party, notice of the new address, telephone number or e-mail address shall be filed.

Claimant has not complied with this rule. There is no way to contact Claimant at all. As a practical matter, Claimant has abandoned his claim.

    IT IS HEREBY ORDERED that the claim of Curtis M. Rigdon is dismissed for failure to provide an updated mailing address; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 10, 2007.**

SIGNED this 25th day of June, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 25th day of June, 2007 to the following:

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203