IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-206
Category: Untimely Filed Claim
Claimant: Jeremy Anderson, #103115
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 80211

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on the claim of Jeremy Anderson. In his claim form, Claimant stated, in part, as follows:

> I was assaulted on September 28, 2006. The result was a orbital blowout (all the bones around my eye, my cheek, and my eye socket were shattered) and a badly broken nose. It has left me dizzy and light headed a lot of the time my equilibrium doesn't seem right.

Claimant did not allege any discriminatory acts toward him prior to the assault. A show cause order was issued to Claimant to indicate how he would be able to proceed with his claim. Despite being granted up to and including June 18, 2007 in which to respond, Claimant has filed nothing further.

      On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement.

      Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Claims filed pursuant to this article are to

be adjudicated by the appointed Special Masters. To date, over one thousand four hundred claims have been filed.

Claimant has alleged that his physical problems began with the assault on September 28, 2006. The Remedial Plan was approved on August 27, 2003. It was on that date that the class was set. A claimant had to have been in DOC custody on or before that date *and* been the victim of discriminatory conduct prohibited by the ADA and Rehabilitation Act.

The assault and resulting medical problems arose after August 27, 2003. Claimant may pursue a separate lawsuit but may not proceed with his claim.

IT IS HEREBY ORDERED that the claim of Jeremy Anderson is dismissed, as the incident out of which the claim arose took place after August 27, 2003 and the Special Master has no jurisdiction over that matter; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 10, 2007.**

SIGNED this ___ day of June, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 27 day of June, 2007 to the following:

Mr. Jeremy Anderson
#103115
BVMC
P.O. Box 2005
Buena Vista, CO 80211

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203