Clerk of the Court
Ms. Gail Shaw
Docket Supervisor
U.S. District Court, D.C. (Colo)
U.S. Courthouse
901 19th Street
Denver, Colorado 80294.

Manuel S DePineda
59436
SCF # 36
P.O. Box 6000
Sterling Colo. 80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 28 2007
GREGORY C. LANGHAM
CLERK

JUN 26 2007

June 22, 07

Dear Ms. Shaw:    Re: Montez, et al v. Owens et al, Claim # 03-230

On August 31, 2006, I had a meeting with Judge Richard Borchers, at S.C.F. re: my Claim # 03-230, at which time I withdrew my Claim. The case was not dismissed, I withdrew my claim. At that time I asked Judge Borchers, to give me back my file of the Original documents. He said he would like to make a copy, then he would send me back my Originals. There was no case to dismiss, so I am entitled to get back my Original documents. I don't want the file because it means nothing. Since I withdrew my Claim the Court has no jurisdiction over my Original papers. I am requesting my Original Copies, not Copies. Judge Borchers, promised he was going to make Copies, then send me back my Originals, and I'm holding him to his word. I don't care what you do with the file. Junk it if you wish, because if I withdrew my Claim, it was not dismissed. My case was withdrawn on August 31, 2006 in the presence of the Rep. from Colo. Atty. Gen. & Judge Borchers, So as you can see the case was not dismissed & if I withdraw, there is no dismissal. on Sept 5, 2006, which was error on part of Ms. Susan L. Carter. Get it straight dismissal, was not an issue. I read my Original papers, and

Send back to me as requested & promised by Judge Borchers, The court cannot claim jurisdiction over a case that has been legally withdrawn. There is a difference between Withdrawal, and dismissal.

Thank you, Please Comply

Manuel S. D. [signature]

ATTN. Judge Borchers,

Said he wanted a copy of my documents, & he would send me back my Originals. Remember, I withdrew so its the same as if I had never filed a claim, Correct.

# LRC *Legal Resolution Center*

| | | |
|---|---|---|
| 7907 Zenobia Street<br>Westminster, Colorado 80030<br>303-426-7365<br>303-426-7714 (FAX)<br>1-888-881-7365 (Toll-Free)<br>rmlrc@aol.com<br><br>Lynda Rowe, Administrator | Judge Richard M. Borchers<br>Judge Richard C. Davidson<br>Judge Donald E. Abram<br>Judge James N. Wolfe<br>Judge Michael R. Enwall<br>Judge Bruce D. Pringle<br>Judge Stephen L. Carter<br>Magistrate Sandra Franklin<br>Judge Kenneth M. Plotz | Other Offices:<br>Denver<br>Denver Cherry Creek<br>Denver Tech Center<br>Boulder<br>Colorado Springs<br>Grand Junction<br>Fort Collins<br>Cheyenne, Wyoming<br>Omaha, Nebraska<br>Salt Lake City, Utah |

June 18, 2007

Mr. Manuel DePineda
DOC #: 59436
SCF, Unit #36
P.O. Box 6000
Sterling, CO 80751

   RE: *Montez, et al. v. Owens, et al.*
      Claim #: 03-230

Dear Mr. DePineda,

  I am writing in response to your letter to Special Master Richard M. Borchers dated June 14, 2007. Unfortunately, our office is unable to send you copies of the documents in your *Montez v. Owens* case file, due to the fact that we no longer have possession of your file. Your case was dismissed on September 5, 2006, and all of your records were sent to the U.S. District Court for the District of Colorado because the Court has jurisdiction in that matter. Please send your request for a copy of your file to: Ms. Gail Shaw, Docket Supervisor, United States District Court for the District of Colorado, United States Courthouse, 901 19th Street, Denver, Colorado 80294. Thank you.

Sincerely,

*[handwritten annotation: I withdrew the Claim, it was done on Aug. 31, 2006, you people have the dates mixed up. and you cannot dismiss what does not exist, and cannot keep my legal papers, they are needed for a 42 USCA § 1983/1988 action.]*

Susan L. Carter
Assistant to the Special Masters

*[handwritten at bottom: Please send this letter back with my Original Legal Papers as is legally proper]*

**Colorado Department Of Corrections**
Name: Manuel S. DePineda
Register Number: 59436
Unit: SCF # 36
Box Number: 6000
City, State, Zip: Sterling Colo. 80751

JUN 2 6 2007

Legal Mail

Lynda Rowe, administrator
Susan J. Carter, assist to:
Richard J. Borchers, U.S. Dist. Judge
Legal Resolution Center
7909 Zenobia Street
Westminster, Colorado
80030-4444