ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action, File No.
(To be supplied by the Court)
    92-N-870(oes)

Jesse (JESUS) Montez, et al., Plaintiff(s) )
Cynthia Hosea-Butler )
    vs. )
Bill Owens, et al., Defendant(s) )

Contest The Final Order and or Recommendations

I, Cynthia Ruth Hosea- Butler,#127487 an inmate at Denver Womens Correctional Facility do hereby contest the final order of the Special Master due to the fact that even though I was not under the jurisdiction of the Colorado Department of Correction(CDOC) until 2005 I am still at this present time a inmate at the said above Facility and since I have been at the CDOC I have suffered just as munch or if not as munch as any and all parties under the Civil Action No. 92-N-870(OES). I have also reviewed SectionXXXII and as it so states that any individual who has a claim for damages whicharises after the compliance period may bring their claim in any court of competent jurisdiction regardless of the ongoing jurisdiction exercised by the federal court in this case.While I was not incarcerated with CDOC for more than a year after the cutoff date of August 23, 2003 I am still considered a inmate at the CDOC and I have and still am suffering from a mobility impairment, a vision impairment and diabetes. There are days that I am unable to even rise up to even be able to sit up in my bed, there are times when I cry myself to sleep at night due to the fact that I am in severe pain due to a nerve disease devloped from diabete and I also think about the fact that I did not

walk into this facility going through what I am currently going through, this is a result of negligence on the part of CDOC who in fact for almost a year ignored my kites to medical begging for help for the pain I was enduring and the humiliation I went through each time that I walked into the medical clinic ran under the CDOC I always left that clinic in pain and humiliated that nothing was done nor did I feel as though I was heard. This Remedial Plan was put into effect to cover any and all persons that are being housed at the CDOC with a Disability under Title 42 of the United States Code, Section 12102 shall not be excluded from participation in or denied the benefits of services, programs or the activities of DOC or subjected to discrimination. At this time I am asking that I do not be denied the opportunity to be accepted not only into the class for filing late but to also be able to feel as though I can be able to know that this was not all in vain. As I have stated before I have a permanent disability that I did not have when I walked into the CDOC doors. Thank you for your time and please consider my request.

Sincerely,

*Cynthia Ruth Hosea-Butler, #127487*

Cynthia Ruth Hosea-Butler, #127487

## Certificate of Mailing

I hereby certify that I have mailed a copy of the foregoing Request to File an Objection dated this 26th day of June, 2007 to the following:

Mr. James X. Quinn
Mr. Jess A. Dance
Office of Attorney General
Litigation Section
1525 Sherman Street, 5th floor
Denver, Co 80203

+

United States District Court
901 19th Street
Denver, Co 80294
c/o Clerks Office

signed
Cynthia Butler
#127487

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: X-208
Category:
Claimant: Cynthia Hosea-Butler, #127487
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. On November 13, 2006, during the hearing of Wanda Crawford, the Special Master was given a letter from Ms. Hosea-Butler indicating that she was a member of the *Montez* class action suit. Upon further investigation, Ms. Hosea-Butler was discovered not to have filed a claim and was issued an order to show cause and was provided an Initial Claim Form for Damages. With still unanswered questions, the Special Master had the Defendants produce a copy of Claimant's incarceration history.

Claimant has alleged that she suffers from a mobility impairment, a vision impairment and diabetes. By both Claimant's admission and the records produced by Defendants, Claimant was not under the jurisdiction of the Colorado Department of Corrections (CDOC) until 2005. The Remedial Plan which settled the litigation was signed on August 23, 2003. This is the date that has been accepted by the courts as the cutoff date for which an inmate needed to be under the jurisdiction of the CDOC. Section XXXII. "Damages" states in relevant part:

> Damage claims must be filed within 90 days of receipt by the inmate of the Damage Claims Form. However, if a claim arises during the compliance period, then the inmate may amend his/her claim to request compensation for additional damages. No additional claims for damages will be allowed during the

1

monitoring period, but any individual who has a claim for damages which arises after the compliance period may bring their claim in any court of competent jurisdiction regardless of the on-going jurisdiction exercised by the federal court in this case. The Special Master may only extend the time limits for filing a damage claim upon a showing that the class member was prevented from, or incapable of fling within the specified time period.

Here, the Special Master must find and conclude that Claimant has not met the burden to prove that she is entitled to file a late claim within the parameters set forth by the Remedial Plan quoted above. The simple fact is that Claimant was not incarcerated with the CDOC for more than a year after the cutoff date of August 23, 2003. While Claimant may not have a claim under the Remedial Plan, this ruling does not preclude her from filing her claim in an appropriate court as set forth by the Damages section of the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant will not be accepted into the class for late filing and must be dismissed as being untimely; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed on or before August 20, 2007 with the Clerk of the United States District Court at the following address:

>   901 19th Street
>   Denver, CO 80294.

SIGNED this 20th day of June, 2007.

>   BY THE COURT:
>
>   /s/ Richard C. Davidson
>
>   Richard C. Davidson,
>   Special Master

2