June 29, 2007

Clerk of the Court
United States District Court
Room A-105
United States Courthouse
901 19th Street
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2007

GREGORY C. LANGHAM
CLERK

Re: Civil Action No. 92-cv-870-EWN-OES, Specifically Damage Claim Number 03-002

Clerk of the Court,

I am writing to find out the status of my Damage Claim, Number 03-002 in the above intitled case. It was to my understanding my damage claim was going to be reviewed again, but I have not heard anything from this court since August 29, 2006 Amended Stipulation and Order Regarding Status of Compliance by DOC with Remedial Plan. I hope you can assist me in this request

thank you,

Joe Eubanks

Joe Eubanks, #64033
SCCF / 1 Left
P.O. Box 3
Pueblo, CO 81002

Colorado Department Of Corrections
Name Joe Eubanks
Register Number 64033
Unit SCCF / 1 Loft
Box Number 3
City, State, Zip Pueblo, CO 81002

COLORADO SPRINGS
CO 809 3 T
05 JUL 2007  PM

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2007

GREGORY C. LANGHAM
                CLERK

Clerk of the Court
United States District Court
Room A - 105
United States Courthouse
901 19th Street
Denver, CO   80294-3589

80294250