IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 9 2007

GREGORY C. LANGHAM
CLERK

IN re: Jesse Montez, et al.

Plaintiffs,

vs.

Bill OWENS, et al.

Defendants,

Civil Case No: 92-N-870 (OES)
Consolidated with Civil Action No. 96N343)

Claim No. 03-230
Category III
Claimant, Manuel DePineda, #59436
S.F.C. Box 6000, Sterling, Colorado, 80751

Request for Original Document, to withdrawn action:

---

Clerk of Court: Request to Return my Legal Documents to Claim No. 03-230 Greg Lagham, The Originals Belong to Claimant, and Court is not authorized to keep them. On August 22, 2007, Claimant Manuel S. DePineda, filed a motion to case claim 03-230, to withdraw the claim cited as 03-230. Mr. DePineda did not file for dismissal. On Aug. 31, 2007, Judge Brochers oked the withdrawal of the Claim, not a dismissal. At that time Mr. DePineda, asked Judge Borchers, for all the papers he had submitted to the Court, in Claim 03-230. At that time Judge Borcher, asked Mr. DePineda for permission to copy all the Original documents, Mr. DePineda had submitted to the Court, and that he would see all the Originals back to Mr. DePineda, this has been 11 months ago, and they have not been returned. On June 20th, 2007, the Clerk for Judge Borchers, wrote back to Mr. DePineda that since the Case had been dismissed the file shows it had been returned to U.S. DC, (DC Colo) to request the Court to send documents back to Mr. DePineda at S.C.F. Note worthy, Mr. DePineda withdrew the claim, and it was not dismissed, as claimed by J. Brochers, Secretary: I am requesting they be returned, as promised by J. Borchers, after he made a Copy of them.

Executed on: July 5th, 2005:

Manuel S. DePineda,

Please Send Back to DOC

COPY

RECEIVED
AUG 24 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

IN re: Jesse Montez, et al
Plaintiffs,

vs.

Bill Owens,
Colo. Dept. of Corrections,
Attorney General of Colorado.
Defendants,

Civil Case No: 92-N-870, OES
Consolidated with 96-N-343
Claim No. 03-230
Category III
Claimant, S.C.F. P.O. Box 6000
Sterling Colorado 80751

28 USCA § 2254; F.R.Civ.P. Rule 12(b)(1)(2)

MOTION TO WITHDRAW CLAIM under U.S. Constitution ARTICLE III § 2.
THE C.D.O.C. Has/is Confining and Mistreating Claimant without Legal Authority

The Plaintiff herein, Claimant No. 03-230, moves to withdraw his Claim because this Court Resolution Judges have no Jurisdiction over all the USCA Title 42, § 1983, § 1985 of this Claimant intends to Pursue, on the pending Habeas Corpus, now pending in U.S. Supreme Court ART. III § 2 Court: 28 USCA § 2254 is decided.

1. The Claimant is being held in C.D.O.C. without any authority of Law.

2. The Claimant is Confined upon a District Court mittimus, that is defacto.

3. The Claimant will be filing his own § 1983 and § 1985 Civil action, Against the Parties above as encaptioned, the D.O.C. has Confined Claimant for 18 years without any legal basis.

4. The resolution Center does not have Subpoena power in this case 03-230, and is legally toothless in the issues, of Claimant 03-230, to give Claimant access to Witnesses.

5. The Claimant voluntarily withdraws Claim, because his claims entail larger violations of his Constitutional Civil Right and A.D.A Rights. USCA 42 § 1983 § 1985.

6. The Colo. Attorney General has conceded and confessed that this Claimant is confined upon Colo. Statutes no Longer law, and unconstitutional, when he was convicted on Oct. 21, 1988, which states a claim of False, illegal, wrongful Imprisonment.

7. That because this is a Legal fact, all acts by the State of Colorado and its Dept. of Corrections, are proceeding against Claimant, without no Law, no Authority.

8. This states, a private action upon a tort against the State of Colo, and its agents that are acts without any Juristriction, because his confinement is without any Law.

9. Since the mittimus the D.O.C. Depends upon, is based on a repealed statute, no Longer Law, when charged on Claimant, as Confessed by the Colo. Attorney General.

10. This is an issue to be decided upon U.S. Const. Art. III §2, in pending U.S. Supreme Court, and once decided, all the acts by D.O.C. medical or otherwise are without any defense or immunity, for the Lack of all Juristriction of C.D.O.C. and the State of Colorado, Bill Owens .et al. and rise up higher than the paltry case now before this resolution Center, which also has no Juristriction of the Claimant.

Wherefore, The Claimant moves, Pursuant to F.R.Civ.P. Rule 12(b)(1) dismisses his claim, and withdraws it, because the Lack of Juristriction over This Claimant, and should now be dismissed without prejudice, this Center cannot resolve what does not exist. Claimant is being held without any Juristriction:

1963 CRS 40-2-3,  CRS§18-1-103(2)

Respectfully Submitted

Manuel S. Dequineda Claim No 03-23c

(Certificate of mailing)

I hearby Certify that I have mailed a copy of the foregoing motion to withdraw this 22nd day of Aug 2006.

Colo. Attorney General
Litigation Section
1525 Sherman St. 5th floor
Denver Colo., 80203

Manuel S. Dequineda, 59436
S.C.F. P.O. Box 6000 #36
Sterling, Colorado 80751

The Secretary for Judge Richard Borcher, wrote to Mr. DePineda to write to this court for the return of the documents submitted to the Court in Claim 03-230 Category III, on June 20, 2007.

Please acknowledge, and send me back my documents, as promised by Judge Borcher on August 31rst 2007, at SCF Conference. Attached is copy of the motion to withdraw claim, not a motion to dismiss, documents should be returned.

(Certificate of Mailing)

I manuel S. DePineda, have mailed the forgoing motion to return documents of Claim 03-230, as promised by Judge Richard Brochers, and Secretary letter of June 20th 2007, to request Clerk of U.S. District Court to return, those documents to case., that is the motion has been Postage Prepaid to Clerk of the Court for the U.S. District Court, for District of Colorado,. Those documents belong to mr. DePineda, and not U.S. District Court, since the Claim was withdrawn, and not dismissed, this was error of the litigation section.

To:
Clerk of the Court,
Gregory Langham
U.S. District Court (DC. Colo.)
901 19th Street Room A-105
~~Denver Colorado 80294-3589~~

Respectfully Submitted
Manuel S DePineda 59436
SCF  # 36
P.O. Box 6000
Sterling Colorado 80751