Judge Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2007

GREGORY C. LANGHAM
CLERK

Civil Action No 92-N-870 (OES)

Claim Number 03-103 (Formerly 02-064)
Claimant Wallman E. Gibson

Request for Non-Compliance Hearing

On 1-22-07 Special Master Richard C. Davidson issued a final order on the above mentioned claim. The above order called for the return of property (Books on tape material) & brought into question me being housed at a Non Montez compliant facility, which is Centennial Correction facility. The medical staff and Administration here at CCF informed me I would not receive any property back & I would not be moved as they consider I am like ALL other Inmates & trying to manipulate the system & that the court order ment nothing to them. Specifically Nurse III Yvette Pope

I am requesting a hearing to have D.O.C. comply with the final order issued on 6-22-07 by Special Master Davidson as the order called for the imed. return of disability items

Weldon Adson
#29384
7-5-07

Sir I needed to add that this action also prevents me from practicing my religion (Jewish) as I had my daily prayers & Tanakh on tape because of my dexterity problems & I have not been able to practice my religion since April

Colorado Department Of Corrections
Name Wellman Gibson
Register Number 74384
Unit E-2
Box Number 600
City, State, Zip Canon City, Co 81215-0600



Office of the Clerk
Judge Kane
U.S. Dist. Court
901 19Th ST Room A105
Denver, Co 80294