IN THE  *UNITED STATES DISTRICT COURT*
IN AND FOR *THE DISTRICT OF COL* FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 0 2007

GREGORY C. LANGHAM
CLERK

_JOHN OVALLE_____,
( AS uncle and Heir of Pete Solis Jr,  DC NO: 67368 Deceased )

                    v.                      CASE NO.: _05-014___

_ATTORNEY GENERAL JOHN W SUTHERS_

et al;       _DEFENDANTS AND_,

_ATTORNEY JESS A DANCE___ / ATTy For Defendant

TO: Clerk of the Court


    Please be advised that all relevant correspondence in the
above-styled cause of action should, from _Jackson C.I. Malone_, FL.
be addressed and/or forwarded to the following address:


        _John Ovalle_____
        _c/o Mike Gonzalez_____
        _2180 Moulder Drive_ •
        _Naples FL. 34120_____


    Further be advised that the correction/change as set forth
above should be noted on the file.


                              Respectfully submitted,

                              _John Ovalle_____

                              Name: _JOHN Ovalle_____
                              DC #: _Y17797_____
                                    _Jackson Corr Inst___
                                    _5563 10th st_____
                                    _Malone, FL 32445____

# CERTIFICATE OF SERVICE

**I HEREBT CERTIFY** that a true and correct copy of the foregoing

NOTICE of _CHANGE OF ADDRESS_

has been furnished to: _ATTorney General John W. Suthers_
_and Atty Jess A Dance attorney for the defendants_

by U.S. Mail, this ___7___ day of __July__ , 200_7_ .

S/ _John Ovalle_

Name: _JOHN Ovalle_

D.C.# _Y17797_

_Jackson Corr Inst_
_5563 10th St_
_Malone, FL 32445_

JOHN OVALLE
C/o MIKE GONZALEZ
2180 MOULDER DRIVE
NAPLES FL 34120

FORT MYERS FL 339

07 JUL 2007 PM 1 L

CLERK OF COURT  FOR

ATTORNEY GENERAL JOHN W. SUTHE

IN THE UNITED STATES DISTRICT COU

FOR THE DISTRICT OF COLORADO

901 19 Th STREET  ROOM A-105

DENVER COLORADO  80294-3589

8029432300