IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.

Plaintiffs,

v.

BILL OWENS, et al.

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 18 2007

GREGORY C. LANGHAM
CLERK

PLAINTIFFS REQUEST THAT THIS COURT FIND DEFENDANTS IN VIOLATION OF AMENDED STIPULATION AND ORDER REGARDING STATUS OF COMPLIANCE BY DOC WITH REMEDIAL PLAN

Defendants have allowed that I be continually charged for medical visits to DOC approved hospitals for ailments associated with my Type II diabetes.

I am suffering from eyesight - hearing - testicular conditions I believe are a direct result from my advancing Type II diabetic condition. On 5-10-07 I was called to medical for a glucose test ordered by Dr. Cabiling. After several attempts to find a vein it was determined the test be cancelled. Dr. Cabiling then informed me that I would not be receiving an hypoglycemic snack supplements from this date forward. I was given ten sugar glucose pills to take when needed. I had been receiving the snacks 3X daily for the last TEN YEARS in DOC since being diagnosed Type II diabetic.

[signature] 7-11-07
Claimant 203

Several days later I was informed by a Nurse I must give a glucose reading under sixty to have any more sugar pills. To stave off a glucose crash I have now been eating toothpaste and packets of a juice we get during meals called Nutri-boost. I am running out of toothpaste. I get the juice packets like EVERY OTHER INMATE during meals.

Several other hypoglycemics here in Seg from May 10 to today have received hypoglycemic snacks 2 to 3 times daily. None are African American as I am. None to my knowledge are plaintiffs on the Montez suit. I live in 7C wing.

I was told by Dr. Cabiling that DOC had issued a directive which amounted to a moratorium on hypoglycemic snacks for Type II diabetics. Since May 10 on tens of inmates in Seg who I believe are not Montez plaintiffs or African American have been receiving hypoglycemic snacks. My snacks remain cut-off. On May 28 I was ordered another glucose test which was cancelled by Dr. Cabiling. I submitted an affidavit with my account statement attached showing I was charged for the glucose test (which was not completed) five dollars in VIOLATION of the REMEDIAL PLAN.

I ask this court find DOC in violation of the remedial for instituting the May 10 on charge. I ask this court to direct DOC

to stipulate, why I am no longer receiving hypoglycemic snacks but pay five dollars for a uncompleted glucose test.

Since May 22 07 I have been ordered to give daily glucose readings. I complied thinking treatment would be instituted.

I was told once again that I must "crash" under sixty to get glucose pills.

I cannot allow myself to "crash" I get suicidal, depressed to the point of insanity. I will run out of toothpaste shortly. I am five hundred plus dollars in debt to DOC unable to buy any vitamins etc to supplement my diet.

This Court should order must order DOC to reimburse me ALL medical charges I received after this Court first stipulated a REMEDIAL plan in 2002.

This Court must find I am a Montez plaintiff and inform DOC to inform Dr. Cabiling who should/must be ordered to produce some directive which he claims DOC was given which authorized Dr. Cabiling to charge me a medical co-pay for diabetic treatment and discontinue my hypoglycemic snacks. I wrote DOC TWICE ASKING THEM TO SEND ME THE DIRECTIVE DR. CABILING said he received re: hypoglycemic snacks. I haven't received an answer.

Larry M  7-11-07

## CERTIFICATE OF SERVICE

I, D. MARTIN, hereby certify that a true and correct copy of the Plaintiff Request was placed in the U.S. mail at the Crowley County Correctional Facility, postage prepaid, on the 12 day of June 200 7, addressed to the following parties:

Office of the Clerk of Court 1+2
United States District Court
901 19th Alfred A Arraj Bldg
Denver C.O. 80294

Attorney General State of Colorado
1525 Sherman Ave
Denver C.O. 80203

*[signature]*

Register Number: # 61516
Crowley County Correctional Facility
6564 State Hwy. 96 Unit Jc-204
Olney Springs, Colorado 81062-8700