**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 3 2007

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado 80294

Booking #1538268
c/o Denver County Jail(D.C.J.)/Bldg. #8-A-6
P.O. Box 1108
Denver, Colorado 80201
July 3, 2007

RE: Address Change to C.D.O.C. after 08/25/2007,
on Case #92-N-870(OES), of Montez
v. Owens, and Claimant #01-041.

Dear Clerk and Judge;

I am writing to advise you that on this date, July 3, 2007, in Denver County District Court, my tentative sentencing date has been moved back for a fourth and final time to August 10, 2007, which means that I will be in the physical custody of the Colorado Department of Corrections (C.D.O.C.) after August 25th, 2007. I will be at the Denver County Jail through at least August 25, 2007.

My current temporary address up to August 25, 2007 is:
**Howell F. Roberts, III**
**Booking #1538268**
**P.O. Box 1108**
**Denver, Colorado 80201**

Tentatively, **only after** August 25, 2007, my Colorado Department of Corrections (C.D.O.C.) address will be:   **Howell F. Roberts, III**
**Reg. #90353**
**P.O. Box 392004**
**Denver, Colorado 80239**

Thank you very much for your time and cooperation in this matter. If there are any changes to this schedule, I will keep your Honorable Court informed. Please be advised that once I am transported to D.R.D.C. of the Colorado D.O.C. **only after** August 25th, I will be without direct access to a Law Library for at least ninety(90) days and I will have a difficult time responding to any documents that you want answered after August 25th in a timely manner.

Sincerely,

Howell F. Roberts, III
Claimant
Claimant #01-041

xc: file