IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number X-207
Category: Untimely Filed Claim
Claimant: Clair L. Beazer, #49801
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

### ORDER OF DISMISSAL OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim on April 10, 2007. On the claim form, Claimant checked only the box for mobility impaired. Claimant listed his entry date into DOC custody as "10-04." In an accompanying letter, Claimant stated, in part, as follows:

I was not in DOC custody before August 27, 2003. I am addressing problems now currently: April 5, 2007 (Emphasis in original).

Since the claim form indicated that Claimant was not in DOC custody on or before August 27, 2003, a show cause order was issued to Claimant. Claimant has sent an additional letter to the Special Master concerning his claim.

In his cover letter to his claim, Claimant stated further as follows:

May I respectfully ask: (1) What other venues are there to seek relief in this matter? ; (2) How and when will the Court enforce its actions?; (3) When will this dispute be resolved? ; (4) Is there anything else that I can do to further seek relief?

The Remedial Plan was approved by Judge Nottingham on August 27, 2003. That document settled the case between the class and DOC. The settlement essentially contained two parts. The first

part dealt with systemic changes to DOC and its facilities. Certain facilities were to be designated for inmates who are disabled. Those facilities were to have ADA components such as cells with handrails and specialized treatment for diabetes. The Special Masters have no jurisdiction to deal with any aspect of the systemic changes to DOC. That is reserved to Judge Nottingham and Judge Kane.

The second part of the Remedial Plan was the claims process. Individuals who believed that they were disabled (mobility, vision, hearing, and diabetes) could file a claim and have it adjudicated by a Special Master. The claim had to relate to August 27, 2003 or prior. In order words, an individual had to show that he was in DOC custody on or before August 27, 2003 and was disabled due to one of the four conditions noted. The individual also had to show that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act on or before August 27, 2003. An individual who was disabled and discriminated against prior to August 27, 2003 would be able to amend his claim to include incidents that occurred after August 27, 2003.

Individuals who came into DOC custody after August 27, 2003 or became disabled after that date would not be able to file a claim. Those individuals would have the right to file a separate lawsuit.

The Special Master does not have jurisdiction over anything that occurred after August 27, 2003, unless there is a tie in to something that occurred before that date. Claimant has presented nothing upon which the Special Master may exercise his limited jurisdiction. The claim must be dismissed, as everything discussed in the claim post-dates August 27, 2003.

Claimant may pursue a separate lawsuit under the ADA and Rehabilitation Act for anything that occurred after August 27, 2003. Claimant may contact class counsel concerning aspects of the remedial portions of the Settlement Agreement and their implementation. The Special Masters have extremely limited jurisdiction, and this claim is outside of that jurisdiction.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant has not alleged anything that occurred on or before August 27, 2003, and the Special Masters have no jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 24, 2007.**

SIGNED this 25th day of July, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master