IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Robert C. Huss, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants.

Respectfully submitted this 25th day of July, 2007.

JOHN W. SUTHERS
Attorney General

s/ Robert C. Huss
ROBERT C. HUSS
Corrections Unit
Civil Litigation and Employment
Law Section

>1525 Sherman, 5th Floor
>Denver, CO 80203
>(303) 866-4500
>rob.huss@state.co.us
>Attorney for the Defendants

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 25th day of July, 2007 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

>s/ Mariah Cruz-Nanio