**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2007

JUL 19 2007

BY: _____

**GREGORY C. LANGHAM**
CLERK

NATHANIEL Huguley
P.O. Box 1108
DenveR Colo
80201

To whom it may concern:

I am writing you this Letter on my
Behalf Concerning Several matter that
Several of my Legal Rights are
Being Violated and cruel and
unusual punishment Here At the
County Jail, I have Submitted
Several grievances and the Response
that i gotten back are all Lie's
I would Like for you to investgate
this matter and or give me Legal
Advise I would Like to know How
to go About Filling A CLASS Action
Law Suit. I am A inmate here At
the Denver county Jail medicAil WARd
I am on oxygen 24 Hours A DAY
And my oxygen concentrater Sits
on the other Side of A DooR
and the Canula is under the
DooR to the inside

It HAS A DiRt and LiNT FiLTeR
that HAS Not BeeN changed iN
SeveRAL months. WheN I KNock
GN the DooR to get A OFFiceR's
AttentioN it takes them 20-30
minutes to RespoNd Which PUts
my LiFe iN gReAt DANgeR, I
am iNCLosiNg A copy of the
RespoNce giviNg back To me.
thaNk you foR you time and
pleAse give me A ResPoNce bAck
AS SooN AS you cAN.

NAthaNiel Huguley
PoBox 1108
DenveR CoLo
80201



**DENVER**
THE MILE HIGH CITY

JOHN W. HICKENLOOPER
Mayor

| | |
|---|---|
| **OFFICE OF THE INDEPENDENT MONITOR**<br>**RICHARD ROSENTHAL**<br>**MONITOR** | OFFICE OF THE INDEPENDENT MONITOR<br>WELLINGTON E. WEBB MUNICIPAL<br>OFFICE BUILDING<br>201 WEST COLFAX AVENUE, DEPT 1201<br>DENVER, COLORADO 80202<br>PHONE: (720) 913-3306<br>FAX:      (720) 913-3305 |

June 5, 2007

Mr. Nathaniel Hugley
Denver County Jail
P.O. Box 1108
Denver, CO 80201

RE: Case #S200704124

Dear Mr. Hugley,

The Denver Sheriff's Department Internal Affairs Bureau (IAB) received your complaint and initiated an investigation. We are now enclosing a letter advising you of the findings made by the Department. The case was thoroughly investigated. However, there was insufficient evidence to sustain a complaint. The evidence presented information either exonerating the set policies and/or procedures suggesting that they are being followed or there was insufficient evidence to show that there was a sustainable violation at any specified given time.

You should be aware that the Office of the Independent Monitor monitors all complaints made against members of the Sheriff's Department. As such, your complaint and the conduct alleged will be maintained as part of our database and permit us to conduct quarterly and annual reviews of potential patterns of officer conduct. We hope that these reviews will assist us in improving the level of police services provided to the community in the long term.

I hope that the enclosed letter from IAB clearly explains to you the reasons for their action.

Sincerely,

Gregory W. Crittenden
Senior Deputy Monitor



# CITY AND COUNTY OF DENVER

**DEPARTMENT OF SAFETY**

JOHN HICKENLOOPER
Mayor

DENVER SHERIFF DEPARTMENT
P.O. BOX 1108
DENVER, COLORADO 80201

May 30, 2007

Mr. Nathaniel Hugley
Denver County Jail
P.O. Box 1108
Denver, Co 80201

Dear Mr. Hugley,

The Denver Sheriff Department Internal Affairs Bureau has completed its review of your complaint (S200704124). In your complaint you made numerous allegations claiming that you were denied access to the gym or yard, restricted from physical activity, poor ventilation in housing areas, meals served in an erratic schedule, poor food quality, and other various complaints.

Major V. Connors from the Denver County Jail investigated your complaint and determined the following.

I have listed your complaint and the response from Major Connors.

| | |
|---|---|
| Complaint | 24 hours lockdown with no yard or gym. |
| Response | You were housed as an XO2 indicating that you were not sufficiently mentally stable to be housed in regular housing. Your special housing restricts your access to the gym and yard. |
| | |
| Complaint | Restricted physical activity |
| Response | See prior response. |
| | |
| Complaint | Poor ventilation, no natural sunlight or fresh air. |
| Response | There is natural sunlight in the housing ward. Large windows cover one of the side rooms and there are a total of 5 windows on the other side of the room that looks out into the large corridor and the offices desk area. |
| | |
| Complaint | HVAC vents clogged with accumulated debris, pollen, dust and other foreign material. |
| Response | Inmates dry their clothes by attaching them to the vent covers. They also block the vents or redirect the heat or AC flow toward them or away from themselves. Officers have been reminded to assure the vents are not obstructed. |

| | |
|---|---|
| Complaint | Rapid accumulation of dirt and dust in the lavatory area. |
| Response | All inmates are responsible for keeping the area around their bunk or cell clean and free of debris.  They are also responsible to keep the common areas clean. |
| Complaint | Heightened danger of chemical inhalation from restricted ventilation when cleaning supplies are used. |
| Response | Cleaning supplies are specifically selected for their ability to neutralize viruses and bacteria and to be used in a correctional setting.  They are relatively harmless, odorless, and biodegradable. |
| Complaint | Meals are served on an erratic schedule.  Food is frequently cold, with evidence of small hairs throughout food trays. |
| Response | Meals served in your housing area are always hot and fresh because the trusty's that serve the meals live in that building.  There is no time lost between the carts arriving and the food being served.  There is no evidence of hairs in the food. |
| Complaint | Food is of extremely poor nutritional quality and combined with restricted physical activity, often leads to constipation. |
| Response | All menus at the Denver County Jail are approved by dieticians from the Denver Health Medical Center. |
| Complaint | Medication provided is both inadequate and served on an irregular basis. |
| Response | Medication is prescribed specifically for the individual and is dispensed on an accurate schedule. |
| Complaint | Low ceiling clearance coupled with high voltage lighting results in eye strain. |
| Response | The ceilings in your housing area are 10 feet in height.  There is fluorescent lighting in the area and lights are dimmed at night. |
| Complaint | Commissary items are restricted to non-food items only, restricting the ability to supplement the inconsistent and inadequate food service schedule. |
| Response | The commissary menu is restricted for people housed in your housing unit. Many are on special diets per medical orders and other food items could cause medical problems. |
| Complaint | Nurse and officer response frequently delayed and met with hostility, as though they are being inconvenienced. |
| Response | Your housing unit is one of the smallest buildings with officers and nurses feet of every inmate housed there.  There have been no other complaints regarding the nurse's and officer's demeanor in your housing unit. |

Complaint    Minimal access to the Law Library.
Response     Law Library access is via kite with no limit to number of requests made.
             While there may be a limit on case law copies, there is no limit to the
             amount of time you may request.

Complaint    No access to religious services.
Response     While religious services do not take place within your housing unit,
             inmates housed there have unlimited access to the providers from the
             outside.  That is, their pastor can visit on a daily basis if they so request.

Based on your complaint there is no evidence to support any specific violation of jail
rules and regulations on any particular date or time.  The purpose of this letter is to let
you know the case has been closed.  The outcome of this investigation was made after
careful consideration of all the evidence, statements, and circumstances surrounding this
incident.  If you have any questions please contact this office Monday through Friday at
(720) 865 – 3888.


Sincerely,


Major Phil Deeds
Internal Affairs Bureau
CC:    File

DATE: 6-18-07

TO: PAULA GRIESEN          1670 YORK St.

From: Nathaniel Hockley    Den. Co. 80206

DEAR. PAULA

I am Sending you A copy of Responce to A
Grievance Filed by me And At LEAST 10 other
people AgAinst Denver County JAILS infermAry
Unit the Responce thAt we hAve Received
IS NOT TRUE OUR Housing IS CRUEL and
UNUSAL punishment. Their ARE 14 —
ComplAints in AnswerS in ALL.

1. 24 hours LockDown with No yArd or gym.
ANSwer IS A FAbricAtion. I am Oxygen
DependAnt. I am NOT mentAlly UnStAble
And gym is Used For Housing jnmAtes.
ALL other Units is Allowed yArd And gym outSide

2. Restricted physicAL Activity
I am Not physicAL HAndicApped
See PRIOR Responce

3 OUR ANSwer We CANNot See out Side
WINDOWS ARe pAinted on Both Side's

3. Other five windows have curtains on out side that we can not reach officers can see in but we cannot see out we have no kind of Fresh air coming in at all from out side no windows to open at all.

4. HVAC vents are full of dust pollen and other foreign debris.

5. Lavatory vents are so full of dust and other debris that have not been cleaned in years.

6. Same as number 4 and 5.

7. #7 is a complete lie meals are not served on time meals are all ways cold food sits 30 to 1 hour before served trustys are not called to work when food arrives.

8. Food is extremely poor most of the time lacking enough food.

9. Medication is passed out on irregular basics 8 nurses have quit in the last month or so due to faulty treatments to inmates

10. Lights are on atleast 20 hours a day

11. All jail units have people on special diets and they are allowed full commissary we in ward #4 are not allowed any food items.

12. See # 9, and nurses and officers do not respond in timely matter some times it take 20-30 minutes to get their attention,

13. Access to law library once a week if lucky limited to 15 minutes,

14. No religious services at all for us in unit 4-ward, other units have religious services

Nathaniel Huguley
PO Box 1108
Denver Colo
80201

B0030384444 C014



Special Master of united States
District Court

Judge Borcirek)

7907 Zenobia Street
Westminster Colo
80030



# *LRC* *Legal Resolution Center* _____

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
|   303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
|   303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
|   1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
|   RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | | Omaha, Nebraska |
| | | Salt Lake City, Utah |

July 20, 2007


Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294


      RE:    ***Montez, et al. v. Owens, et al.***
                **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)**
                **Claimant:  Nathaniel Huguley, Claim #:  03-218**

Dear Gail:

      Enclosed for filing with the Court,  please find a letter and several pages of documents that we received from Mr. Huguley in today's mail. Our records reflect that the Final Order pertaining to Mr. Huguley's ***Montez*** claim was issued on January 12, 2007.  Should you have any questions regarding this matter, please call me.  Thank you.


Sincerely,

*Susan L. Carter*

Susan L. Carter
Assistant to Special Masters


Enclosures