Civil Action NO. 92-N-870 (OES)

03-173

Claim Number 03-173 (Formerly 02-064)

Category III

02-064

Claimant Wellman E. Gibson #54384

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 27 2007
GREGORY C. LANGHAM
CLERK

Request Status of Case

I received a letter from Cathie Holst the AIC dated July 18-07. It was short & here it is word for word.

I received your correspondence on 7/5/07 & 7/12/07. Both letters address the final order of the Special Master, & compliance with that order. The Special Master's decision is being appealed & until such time as a final determination is made, you will remain at C.C.F. & your books on tape will not be returned.

Please let me know what is going on & shouldn't I receive some type of notice of appeal from the AG's office? Also from Ms. Riddle at King & Griesen?

Wellman Gibson

7-20-07

Please let me know if you would like to see a copy of what Ms Holst sent me but I did put it down word for word.

Thank You

Also I definatley belive this shows what I am going through & I belive D.O.C. is worried about farther court action. It does not affect this but I complained of pain & problems from 1992 & I was told you have arthritas & nothing can be done & yet my medical file stated severe degenerative disk disease. D.O.C knew of my medical problems & waited untill I was permanently disabled to do surgery 10 years later in 2006. D.O.C knows by it coming out that I do have a disability leaves them in a messed up position for future litigation & my medical file & MRI results show this.

**Colorado Department Of Corrections**

Name  Wellman Gibson

Register Number  74384

Unit  E-2

Box Number  600

City, State, Zip  Canon City, Co. 81215-0600

Judge Richard C. Davidson
Special Masters U.S. Dist. Court
Legal Resolution Center
7907 Zenobia St.
Westminster, Co. 80030-4444

80030४४४४ C014



**LRC** *Legal Resolution Center*

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
| RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | | Omaha, Nebraska |
| | | Salt Lake City, Utah |

July 25, 2007


Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294


      RE:    *Montez, et al. v. Owens, et al.*
                  **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)**
                  **Claimant: Wellman E. Gibson, Claim #: 03-173**

Dear Gail:

      Enclosed for filing with the Court, please find a letter that we received from Mr. Gibson in today's mail. The Final Order pertaining to Mr. Gibson's *Montez* claim was issued on June 22, 2007. Should you have any questions regarding this matter, please call me. Thank you.


Sincerely,

Susan L. Carter
Assistant to Special Masters



Enclosure