IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' TWENTIETH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twentieth Application for Payment of Fees and Costs. This application is for work done from May 16, 2007 to July 15, 2007, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This documents was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 146.75 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 10.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 73.40 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 23.30 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 0.00 hours of time during this period for administrative matters related to the claims process. This

2

is reflected in Exhibit C. Richard C. Davidson expended 2.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent  hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $267.62 and travel time of 36.50 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F.

9. Richard C. Davidson spent 63.00 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 24.00 hours, as reflected in Exhibit I. He also had lodging expenses of $199.76.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending July 15, 2007 are as follows:

a. Richard M. Borchers   39.20 hrs.@ $175.00 per hr. =        $ 6,860.00

                         132.75 @ 200.00 per hr. =        $26,550.00

b. Richard M. Borchers (travel)36.50 hrs. @ 100.00 per hr. = $  3,650.00

c. Bruce D. Pringle        0.00 hrs.       @ $200.00 hr. =        $      0.00

d. Richard C. Davidson   65.00 hrs.    @ $200.00 hrs. =        $13,000.00

e. Susan Carter and other staff 156.75 hrs. @ $  35.00 hr. =   $ 5,486.25

f. Larry Dean Valente        73.40 hrs.  @ $  75.00 hr. =     $ 5,505.00

g. Lodging and expenses                              $    467.38

H. Richard C. Davidson (travel) 24.00 hrs. @ $100.00 hr. =    $ 2,400.00

               TOTAL FEES:                     $ 63,918.63

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Nineteenth Application for Payment of Fees be granted in the amount of $63,918.63 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____
     Richard M. Borchers
     Special Master
     7907 Zenobia Street
     Westminster, CO 80030-4444
     303-426-7365

**EXHIBIT A**

Susan Carter

     Total Hours for Period                         146.75 hrs.

Lynda Rowe

     Total Hours for Period                         10.00 hrs.

Judy Olive

     Total Hours for Period                         0.00 hrs.

                                                                       ————————

                                TOTAL HOURS        156.75 hrs.

Larry Dean Valente

     Total Hours for Period                         73.40 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending July 15, 2007.

| | | |
|---|---|---|
| 5/17/07 | Review mail and pull files | .50 hrs. |
| 5/31/07 | Review mail and settings | 1.00 hrs. |
| 6/2/07 | Review mail and settings | 1.00 hrs. |
| 6/5/07 | Review mail and settings | 1.25 hrs. |
| 6/6/07 | Meet with RCD, Sue and Lynda | 1.50 hrs. |
| 6/9/07 | Review settings | .75 hrs. |
| 6/10/07 | Review mail and settings | 1.00 hrs. |
| 6/12/07 | Talk to RCD and Sue; settings for RCD and additional reviews | .50 hrs. |
| 6/13/07 | Review mail | .50 hrs. |
| 6/14/07 | Review mail | .50 hrs. |
| 6/15/07 | Review mail and talk to Sue about settings | .75 hrs. |
| 6/20/07 | Review settings and mail; issue orders resetting hearings; talk to Sue on cases; talk to RCD | 2.75 hrs. |
| 6/23/07 | Review mail and settings | .75 hrs. |
| 6/30/07 | Review mail and settings | 1.00 hrs. |
| 7/1/07 | Review mail and settings | 1.25 hrs. |
| 7/3/07 | Review mail and settings | 1.00 hrs. |
| 7/7/07 | Review mail and talk to RCD | 1.00 hrs. |
| 7/8/07 | Review mail | .30 hrs. |
| 7/9/07 | Review mail and talk to Sue | 1.00 hrs. |
| 7/10/07 | Review mail | .50 hrs. |
| 7/11/07 | Talk to Sue and Dino; review mail and and motions | 1.50 hrs. |
| 7/14/07 | Review mail; do settings and resettings; review files for setting | 3.00 hrs. |

TOTAL TIME:          23.30 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending July 15, 2007.

0.00 hrs.

—————

TOTAL TIME:          0.00 hrs.

**EXHIBIT D**

**Work Done by Richard M. Borchers**

  Claims closed during the period ending July 15, 2007. Work done prior to September 15, 2004 has already been billed.

**02-138**  **Jose Acevedo**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-157**  **Darin Klocker**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/25/06 | Review response and file; issue order | .25 hrs. |
| 3/8/06 | Review letter and issue order | .20 hrs. |
| | TOTAL: | .60 hrs. |

**02-612**  **Hector Maldonado**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 9/19/06 | Review file and motion; issue order | .20 hrs. |
| 10/17/06 | Review file | .10 hrs. |
| 11/14/06 | Review file | .20 hrs. |
| 12/9/06 | Review file and issue order | .25 hrs. |
| 3/3/07 | Review file and issue order | .30 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 6/2/07 | Review file and issue final order | 1.25 hrs. |
| 6/4/07 | Finalize final order | .35 hrs. |
| | TOTAL: | 3.05 hrs. |

**02-742**  **Michael Milligan**

| | | |
|---|---|---|
| 9/18/04 | Review of claim form | .10 hrs. |
| 9/22/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 2/1/07 | Review motion and file; issue order | .25 hrs. |

| 3/28/07 | Review file and issue order | .25 hrs. |
| 5/6/07 | Review file | .30 hrs. |
| 5/16/07 | Prepare final order | 1.35 hrs. |

|  | TOTAL: | 2.50 hrs. |

**02-898      Dennis F. O'Connor**

| 8/13/05 | Review letter and file; issue order | .25 hrs. |
| 8/21/05 | Review claim and issue order | .25 hrs. |
| 9/1/05 | Review supp. Form and file; issue order | .25 hrs. |
| 10/18/06 | Review response and file; issue order | .25 hrs. |
| 1/21/07 | Review file and issue order | .25 hrs. |
| 3/25/07 | Review letter and file - issue order | .30 hrs. |
| 5/29/07 | Prepare final order | 1.15 hrs. |

|  | TOTAL: | 2.70 hrs. |

**02-906      Michael W. Purcell**

| 9/13/06 | Review letter; open file and issue order | .30 hrs. |
| 9/20/06 | Review file and claim; issue order | .30 hrs. |
| 10/3/06 | Review documents and issue order | .25 hrs. |
| 12/6/06 | Review file and letter; issue order | .30 hrs. |
| 1/5/06 | Review file and response; issue order | .25 hrs. |
| 5/29/07 | Review file | .50 hrs. |
| 5/30/07 | Prepare final order | 1.25 hrs. |

|  | TOTAL: | 3.15 hrs. |

**03-107      Daniel Hullett**

| 12/31/04 | Review of file and issue order | .25 hrs. |
| 2/15/05 | Review letter and issue order | .25 hrs. |
| 3/22/05 | Review file and issue order | .15 hrs. |
| 4/14/05 | Review file and issue order | .25 hrs. |
| 4/27/05 | Review letter and file | .20 hrs. |
| 5/1/05 | Review file and issue order for hearing | .20 hrs. |
| 5/7/05 | Review motion and issue order | .25 hrs. |
| 6/5/05 | Research and order on motion | 2.00 hrs. |
| 6/6/05 | Finalize order on motion to dismiss | .50 hrs. |
| 10/25/05 | Review file and issue order | .25 hrs. |

|  |  | TOTAL: | 4.30 hrs. |

**03-139**    **Frank L. Vargas**

| 5/7/05 | Review claim and issue OSC | .25 hrs. |
| 6/18/05 | Review response and issue order | .20 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |
| 11/3/05 | Review file and issue amended order | .25 hrs. |
| 11/19/05 | Review file and letter; issue order | .20 hrs. |
| 3/30/06 | Hearing order | .20 hrs. |
| 5/24/07 | Review file for hearing | .30 hrs. |
| 6/1/07 | Hearing | 1.25 hrs. |
| 6/2/07 | Begin work on final order | 1.50 hrs. |
| 6/5/07 | Finalize work on final order | .50 hrs. |

|  | TOTAL: | 4.90 hrs. |

**03-173**    **Wellman Gibson**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/6/05 | Review letter and issue order | .15 hrs. |
| 3/4/05 | Review motion and issue order | .25 hrs. |
| 3/16/05 | Review motion & File; issue order | .15 hrs. |
| 3/26/05 | Review motion and issue order | .15 hrs. |
| 4/22/05 | Review file and issue order | .15 hrs. |
| 7/20/05 | Review file and issue order | .15 hrs. |
| 8/13/05 | Review letter | .15 hrs. |
| 8/17/05 | Review file and issue order | .20 hrs. |
| 8/24/05 | Review letter and file; issue order | .25 hrs. |
| 9/10/05 | Review pleading | .15 hrs. |
| 9/13/05 | Review response and issue order | .20 hrs. |
| 9/21/05 | Review letter and issue order | .20 hrs. |
| 9/24/05 | Review letter | .15 hrs. |
| 10/1/05 | Review letter and issue order | .25 hrs. |
| 12/11/05 | Review file and issue order | .30 hrs. |
| 12/22/05 | Review motion and issue order | .35 hrs. |

|  | TOTAL. | 3.55 hrs. |

**03-181**    **Paul Marler**

| | | |
|---|---|---|
| 12/11/05 | Review claim and issue OSC | .35 hrs. |
| 12/26/05 | Review claim and response; issue order | .30 hrs. |
| 1/20/06 | Review file and supp. forms; issue order | .40 hrs. |
| 5/25/06 | Review file and check inmate locator; prepare order | .50 hrs. |
| 6/20/06 | Review file and determination location of Claimant; issue order | .25 hrs. |
| 9/13/06 | Review file | .20 hrs. |
| 1/16/07 | Review file and letter; issue order | .25 hrs. |
| 3/5/07 | Review file | .50 hrs. |
| 5/24/07 | Review file for hearing | .30 hrs. |
| 5/26/07 | Prepare order | .20 hrs. |
| 6/12/07 | Review documents and issue order of dismissal | .30 hrs. |

TOTAL:                 3.55 hrs.

**03-182      John Tensley**

| | | |
|---|---|---|
| 11/11/05 | Review letter and issue order | .30 hrs. |
| 12/3/05 | Review letter and claim | .25 hrs. |
| 1/20/06 | Review file and issue order | .30 hrs. |
| 5/16/07 | Review motion and issue order | .25 hrs. |
| 6/12/07 | Review file and issue order of dismissal | .30 hrs. |

TOTAL:                 1.40 hrs.

**03-183      Terry Gibbens**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review motion and issue order | .15 hrs. |
| 12/3/05 | Review motion and file; issue order | .20 hrs. |
| 1/18/06 | Review file and letter; issue order | .25 hrs. |
| 1/20/06 | Issue order | .15 hrs. |
| 4/13/07 | Review file and set hearing | .30 hrs. |
| 5/14/07 | Review motion and file; issue order | .25 hrs. |
| 5/22/07 | Review objection and issue order | .25 hrs. |
| 6/1/07 | Review file for hearing | .45 hrs. |
| 6/8/07 | Hearing | 2.40 hrs. |
| 6/11/07 | Work on final order | 1.00 hrs. |
| 6/12/07 | Finish final order | 1.00 hrs. |

TOTAL:                 6.55 hrs.

**03-211**  **Matthew Mounts**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/2/06 | Review response and issue order | .25 hrs. |
| 3/20/06 | Review reply and file; issue order | .50 hrs. |
| 4/19/06 | Review file and issue order | .30 hrs. |
| 5/18/06 | Review file and motion; issue order | .30 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and motion; issue order | .20 hrs. |
| 12/2/06 | Review file and issue order | .20 hrs. |
| 12/6/06 | Review motion and file; issue order | .50 hrs. |
| 4/26/07 | Review file | .25 hrs. |
| 5/3/07 | Hearing | 2.75 hrs. |
| 5/19/07 | Work on final order | 1.00 hrs. |
| 5/20/07 | Finish final order | 1.50 hrs. |

TOTAL:  8.15 hrs.

**03-219**  **Frank Romeo**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 11/29/05 | Review letter | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 4/8/06 | Review file and issue order | .25 hrs. |
| 4/11/06 | Review file and issue order for hearing | .25 hrs. |
| 5/13/06 | Review letter and file; issue order | .35 hrs. |
| 5/21/06 | Review file and issue order | .30 hrs. |
| 2/22/07 | Review file and issue order for hearing | .35 hrs. |
| 5/16/07 | Review motion and issue order | .25 hrs. |
| 6/12/07 | Review file and issue order of dismissal | .40 hrs. |

TOTAL:  2.70 hrs.

**03-223**  **Rocky York**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 10/14/05 | Review pleadings | .15 hrs. |
| 2/7/06 | Review response and issue order | .25 hrs. |
| 4/9/06 | Review file and issue order | .25 hrs. |
| 4/11/06 | Review file and issue order for hearing | .30 hrs. |
| 7/6/06 | Review motion and file; issue order | .30 hrs. |
| 8/27/06 | Review file and motion; issue order | .25 hrs. |
| 9/26/06 | Review file and issue order | .20 hrs. |

| | | |
|---|---|---|
| 10/27/06 | Review file and motions; issue order | .50 hrs. |
| 11/28/06 | Review file and motion; issue order | .30 hrs. |
| 12/3/06 | Review file and motion; issue order | .35 hrs. |
| 12/11/06 | Review letter and motion; issue order | .30 hrs. |
| 12/16/06 | Review file and motions; issue order | .50 hrs. |
| 1/11/07 | Review file for hearing | 1.50 hrs. |
| 1/12/07 | Hearing | 1.50 hrs. |
| 1/14/07 | Review file and issue order | .35 hrs. |
| 5/9/07 | Review file for hearing | .75 hrs. |
| 5/10/07 | Hearing | 1.25 hrs. |
| 5/21/07 | Review file | .75 hrs. |
| 5/28/07 | Prepare final order | 2.15 hrs. |

TOTAL: 12.10 hrs.

**03-232      Timothy Kelligan**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 1/28/05 | Review pleadings | .10 hrs. |
| 8/13/05 | Review letter and file; issue order | .25 hrs. |
| 10/14/05 | Review motion and issue order | .20 hrs. |
| 2/2/06 | Review response and issue order | .25 hrs. |
| 2/13/06 | Review reply | .25 hrs. |
| 2/22/06 | Research | .75 hrs. |
| 3/22/06 | Work on file | .65 hrs. |
| 4/12/06 | Review file and issue order | .75 hrs. |
| 6/5/07 | Dismiss claim and issue order | .35 hrs. |

TOTAL: 3.75 hrs.

**03-304      Michael Huggins**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 8/29/06 | Review file | .30 hrs. |
| 9/12/06 | Review file and issue order | .20 hrs. |
| 1/24/07 | Review file and issue order | .25 hrs. |
| 2/33/07 | Review file | .35 hrs. |
| 6/28/07 | Review file for hearing | .50 hrs. |
| 7/21/07 | Hearing | .50 hrs. |
| 7/3/07 | Prepare final order | .50 hrs. |

|  |  | TOTAL: | 3.05 hrs. |

**03-329        Curtis Rigdon**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 12/26/05 | Review file and issue order | .20 hrs. |
| 7/14/06 | Review file and response; issue order | .30 hrs. |
| 10/1/06 | Review file and elevate | .20 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 6/9/07 | Review file and issue order for hearing | .20 hrs. |
| 6/25/07 | Order of dismissal | .25 hrs. |

|  | TOTAL: | 1.50 hrs. |

**03-336        Gerry Kelly**

| 9/9/06 | Review letter and attachment; issue order | .50 hrs. |
| 9/30/06 | Review claim and issue order | .30 hrs. |
| 10/13/06 | Review file | .15 hrs. |
| 10/14/06 | Issue order | .20 hrs. |
| 11/13/06 | Review supp. forms and file | .25 hrs. |
| 6/14/07 | Review file for hearing | .35 hrs. |
| 6/22/07 | Hearing | 1.10 hrs. |
| 6/25/07 | Work on final order | .50 hrs. |
| 6/29/07 | Review draft of final order | .30 hrs. |
| 7/3/07 | Finish final order | 1.00 hrs. |

|  | TOTAL: | 4.65 hrs. |

**03-341        Shawn Pack**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/2/06 | Review motion and issue order | .30 hrs. |
| 10/15/06 | Review file and elevate | .35 hrs. |
| 10/17/06 | Issue order | .20 hrs. |

|  | TOTAL: | 1.00 hrs. |

**03-343        Keith W. Percival**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 7/27/06 | Review file and response; issue order | .25 hrs. |

| 10/23/06 | Review file and issue order | .25 hrs. |
| 5/31/07 | Review file for hearing | .30 hrs. |
| 6/8/07 | Hearing | 1.15 hrs. |
| 6/11/07 | Prepare final order | 1.25 hrs. |
| | | _____ |
| | TOTAL: | 3.35 hrs. |

**03-344**   **Jay Bailey**

| 4/19/05 | Review claim and issue order | .25 hrs. |
| 5/14/05 | Review supp. forms and issue order | .20 hrs. |
| 6/6/06 | Review file | .25 hrs. |
| 10/23/06 | Review file and response; issue order | .25 hrs. |
| 4/13/06 | Review letter and issue order | .25 hrs. |
| 5/8/07 | Review file for hearing | .30 hrs. |
| 5/11/07 | Hearing | 2.25 hrs. |
| 5/19/07 | Prepare final order | 2.00 hrs. |
| | | _____ |
| | TOTAL: | 5.75 hrs. |

**03-347**   **Gilbert Shackleford**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 7/27/06 | Review file and response; issue order | .30 hrs. |
| 10/19/06 | Review file | .40 hrs. |
| 11/6/06 | Further review | .15 hrs. |
| 11/7/06 | Issue order | .15 hrs. |
| 6/15/07 | Review file and documents; issue final order | .30 hrs. |
| | | _____ |
| | TOTAL: | 1.45 hrs. |

**03-349**   **Richard Horton**

| 4/15/05 | Review claim and issue order | .20 hrs. |
| 5/18/05 | Review file and issue order | .15 hrs. |
| 11/1/06 | Review file and response | .40 hrs. |
| 11/7/06 | Further review and issue order | .25 hrs. |
| 6/12/07 | Review file and issue order of dismissal | .30 hrs. |
| | | _____ |
| | TOTAL: | 1.30 hrs. |

**03-352**        **Dean Cordova**

| | | |
|---|---|---|
| 2/4/05 | Review of claim | .10 hrs. |
| 2/6/05 | Issue order | .10 hrs. |
| 3/11/05 | Review file and supp. forms; issue order | .20 hrs. |
| 11/8/06 | Review file and issue order | .25 hrs. |
| 6/14/07 | Review file for hearing | .35 hrs. |
| 6/22/07 | Hearing | 1.50 hrs. |
| 6/23/07 | Work on final order | .75 hrs. |
| 6/24/07 | Work on final order | 1.00 hrs. |
| 6/25/07 | Finish final order | .50 hrs. |

|  |  |
|---|---|
| TOTAL: | 4.75 hrs. |

**03-368**        **Mark Majors**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 6/4/05 | Review file and elevate | 1.50 hrs. |
| 12/2/06 | Review file and issue order | .20 hrs. |
| 12/13/05 | Review file and issue order | .25 hrs. |
| 12/15/06 | Review file and issue order | .30 hrs. |
| 3/4/07 | Review file | .50 hrs. |
| 3/17/07 | Review file and issue order | .30 hrs. |
| 4/24/07 | Review file and motion; issue order | .35 hrs. |
| 5/26/07 | Review file and issue order | .30 hrs. |
| 6/2/07 | Review motion and issue order | .40 hrs. |

|  |  |
|---|---|
| TOTAL: | 4.25 hrs. |

**03-372**        **James Christensen**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 11/16/06 | Review file | .20 hrs. |
| 11/27/06 | Review file and elevate | .50 hrs. |
| 12/1/06 | Issue order | .20 hrs. |
| 5/8/07 | Review file for hearing | .30 hrs. |
| 5/11/07 | Hearing | .75 hrs. |
| 5/17/07 | Prepare final order | 1.75 hrs. |

|  |  |
|---|---|
| TOTAL: | 3.85 hrs. |

**03-373**        **Leroy Cunningham**

| | | |
|---|---|---|
| 12/18/04 | Review claim and issue OSC | .25 hrs. |
| 1/5/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/26/05 | Review file and issue order | .25 hrs. |
| 12/10/05 | Review letter | .15 hrs. |
| 8/6/06 | Review response and file; issue order | .35 hrs. |
| 11/27/06 | Review file and elevate | .50 hrs. |
| 12/1/06 | Issue order | .15 hrs. |
| 6/1/07 | Review file for hearing | .30 hrs. |
| 6/8/07 | Hearing | 2.25 hrs. |
| 6/12/07 | Review file | .50 hrs. |
| 6/13/07 | Work on final order | 1.25 hrs. |
| 6/14/07 | Finish final order | 1.00 hrs. |
| | | _____ |
| | TOTAL: | 7.25 hrs. |

**03-374      Eugene Lucero**

| | | |
|---|---|---|
| 4/19/05 | Review claim and issue order | .25 hrs. |
| 5/7/05 | Review letter and issue order | .15 hrs. |
| 6/12/05 | Review of motion and order | .20 hrs. |
| 7/26/05 | Review file and issue order | .15 hrs. |
| 9/20/06 | Review file and issue order | .25 hrs. |
| 11/23/06 | Review file | .50 hrs. |
| 12/1/06 | Issue order | .20 hrs. |
| | | _____ |
| | TOTAL: | 1.70 hrs. |

**03-375      Alphonso Greer**

| | | |
|---|---|---|
| 6/21/05 | Review letter and issue order | .25 hrs. |
| 8/13/05 | Review claim | .15 hrs. |
| 8/17/05 | Review file and issue order | .25 hrs. |
| 8/9/06 | Review response and issue order | .30 hrs. |
| 11/27/06 | Review file | .35 hrs. |
| 12/1/06 | Issue order | .20 hrs. |
| 3/4/07 | Review file | .50 hrs. |
| 5/24/07 | Review file for hearing | .35 hrs. |
| 6/1/07 | Hearing | 2.00 hrs. |
| 6/3/07 | Work on final order | 1.25 hrs. |
| 6/10/07 | Complete final order | 1.00 hrs. |
| | | _____ |

|            |                                                                  | TOTAL:   | 6.60 hrs. |

**03-378**      **Earl Reed**

| 2/12/05  | Review file and issue order                           | .25 hrs. |
| 7/30/05  | Issue amended OSC                                     | .15 hrs. |
| 8/13/05  | Review response to OSC and issue order               | .25 hrs. |
| 9/24/05  | Review letter and issue order                        | .20 hrs. |
| 4/19/06  | Review further and issue order                       | .30 hrs. |
| 5/24/06  | Review motion and response; review file and issue order | .50 hrs. |
| 10/13/06 | Review file and issue order                          | .25 hrs. |
| 12/11/06 | Review file and elevate                              | .35 hrs. |
| 12/13/06 | Prepare order                                        | .15 hrs. |
| 6/4/07   | Issue order of dismissal                             | .40 hrs. |

|          |                                                  | TOTAL:   | 2.80 hrs. |

**03-380**      **Jason Perdue**

| 2/13/05  | Review file and issue order             | .15 hrs. |
| 9/14/06  | Review file and response; issue order   | .25 hrs. |
| 12/26/06 | Review file and elevate                 | .50 hrs. |
| 12/30/06 | Prepare order                           | .25 hrs. |
| 2/23/07  | Review file                             | .30 hrs. |
| 6/28/07  | Review file for hearing                 | .60 hrs. |
| 7/2/07   | Hearing                                 | .50 hrs. |
| 7/3/07   | Prepare final order                     | .50 hrs. |

|          |                                         | TOTAL:   | 3.05 hrs. |

**03-381**      **Eugene Gilpin**

| 2/15/05  | Review file and issue order             | .15 hrs. |
| 9/13/06  | Review file and response; issue order   | .25 hrs. |
| 12/17/06 | Review file and elevate                 | .25 hrs. |
| 12/30/06 | Prepare order and review file           | .25 hrs. |
| 1/25/07  | Review file                             | .15 hrs. |
| 2/23/07  | Review file                             | .50 hrs. |
| 6/28/07  | Review file for hearing                 | .50 hrs. |
| 7/2/07   | Hearing                                 | .50 hrs. |
| 7/3/07   | Prepare final order                     | .50 hrs. |

|          |       | TOTAL: | 3.05 hrs. |

**03-384**      **James Craven**

| 11/24/04 | Review claim | .10 hrs. |
| 11/29/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 12/27/06 | Review file and elevate | .25 hrs. |

|          |       | TOTAL: | .60 hrs. |

**03-388**      **Henery Whitley**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/13/06 | Review response and file; issue order | .25 hrs. |
| 1/11/07 | Review file and elevate | .30 hrs. |
| 1/13/07 | Issue order | .20 hrs. |
| 5/7/07 | Review file for hearing | .30 hrs. |
| 5/11/07 | Hearing | 1.50 hrs. |
| 5/18/07 | Prepare final order | 1.50 hrs. |

|          |       | TOTAL: | 4.20 hrs. |

**03-394**      **Ben Lopez**

| 2/27/05 | Review claim | .10 hrs. |
| 3/1/05 | Issue order | .10 hrs. |
| 10/25/05 | Review file and issue OSC | .25 hrs. |
| 8/6/06 | Review file and issue order | .30 hrs. |
| 10/17/06 | Review response and issue order | .25 hrs. |
| 2/7/07 | Review file and elevate | .40 hrs. |
| 2/19/07 | Issue order for hearing | .20 hrs. |
| 5/8/06 | Review of file for hearing | .30 hrs. |
| 5/9/07 | Review of file | .20 hrs. |
| 5/10/07 | Hearing | 1.25 hrs. |
| 5/17/07 | Prepare final order | 1.50 hrs. |

|          |       | TOTAL: | 4.85 hrs. |

**03-401**      **David Noble**

| 2/15/05 | Review file and issue order | .15 hrs. |

| | | |
|---|---|---|
| 8/9/06 | Review file and response; issue order | .25 hrs. |
| 11/16/06 | Review file and issue order | .30 hrs. |
| 2/22/07 | Review file and elevate | .25 hrs. |
| 3/12/07 | Issue order for hearing | .15 hrs. |
| 4/13/07 | Review file | .20 hrs. |
| 6.5.07 | Review motion and file; issue order | .35 hrs. |

TOTAL:                     1.65 hrs.

**03-404        Marcus Fowler**

| | | |
|---|---|---|
| 4/11/05 | Review claim and issue order | .25 hrs. |
| 5/18/05 | Review response and send order | .25 hrs. |
| 6/22/05 | Review supp. forms and issue order | .25 hrs. |
| 11/24/05 | Review letter and documents; issue order | .25 hrs. |
| 10/17/06 | Review response and issue order | .25 hrs. |
| 1/29/07 | Review file | .30 hrs. |
| 3/4/07 | Review file and elevate | .40 hrs. |
| 5/24/07 | Review file for hearing | .30 hrs. |
| 6/1/07 | Hearing | 1.75 hrs. |
| 6/3/07 | Prepare final order | 2.00 hrs. |
| 6/4/07 | Finalize order | .50 hrs. |

TOTAL:                     6.50 hrs.

**03-408        James Maldonado**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 5/12/06 | Review file and motion | .30 hrs. |
| 9/21/06 | Review file | .50 hrs. |
| 10/21/06 | Review file and issue order | .30 hrs. |
| 12/14/06 | Review file and issue order | .25 hrs. |
| 1/25/07 | Review letter and file; issue order | .20 hrs. |
| 3/14/07 | Review file | .15 hrs. |
| 3/21/07 | Review file | .35 hrs. |
| 7/6/07 | Hearing | .50 hrs. |
| 7/7/07 | Prepare final order | .50 hrs. |

TOTAL:                     3.20 hrs.

**03-418        Steven Bosh**

| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 2/4/07 | Review file and issue order | .25 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 4/11/07 | Review file | .20 hrs. |
| 4/23/07 | Review file and issue order | .25 hrs. |
| 6/9/07 | Review file and issue order | .30 hrs. |
| 6/28/07 | Review file for hearing | .50 hrs. |
| 7/2/07 | Hearing | .50 hrs. |
| 7/3/07 | Prepare final order | .50 hrs. |

TOTAL: 3.20 hrs.

**X-206        Jeremy Anderson**

| 3/5/07 | Review letter and issue order | .35 hrs. |
| 5/13/07 | Issue amended order | .25 hrs. |
| 6/23/07 | Review file and issue order | .40 hrs. |

TOTAL: 1.00 hrs.

**X-213        Christopher Sanchez**

| 4/18/07 | Review letter | .25 hrs. |
| 5/5/07 | Review claim and issue OSC | .35 hrs. |
| 6/4/07 | Prepare final order | .35 hrs. |

TOTAL: .95 hrs.

TOTAL TIME:      148.65

TOTAL HOURS at $175.00 per hour: 39.20 hours = $ 6,860.00

TOTAL HOURS at $200.00 per hour: 109.45 hours = $ 21,890.00

**EXHIBIT E**

Travel Time for Richard M. Borchers

| | | |
|---|---|---|
| 5/24-25/06 | Fort Lyon and return | 8.00 hrs. |
| 5/31-06/01/07 | Walsenburg and return | 6.50 hrs. |
| 6/7-8/07 | Las Animas and return | 8.00 hrs. |
| 6/22/07 | Buena Vista and return | 5.50 hrs. |
| 7/1-2/07 | Grand Junction and return | 8.50 hrs. |
| | | ———— |
| | TOTAL TRAVEL TIME: | 36.50 hrs. |

Lodging Expenses:

| | | |
|---|---|---|
| 5/24/07 | La Junta | $ 90.85 |
| 5/31/07 | Pueblo | $ 78.18 |
| 7/1/07 | Grand Junction | $ 98.59 |
| | | ———— |
| | TOTAL EXPENSES: | $ 267.62 |

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending July 15, 2007:

None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending July 15, 2007:

    (See attached sheet)

    Total Time: 63.00 hrs.

# LRC
## Legal Resolution Center

## Judge RCD  -  Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

**Name:**  5/15 - 7/15                          **DOC #** _____

**Claim No:**  Page 1

**Category No:** _____

| Date | Activity | Time |
|------|----------|------|
| 5/22 | Travel To Canon City | 4.5 |
|      | Orlando Clark  03-241         Hearing | 1.5 |
|      | Abad Martinez  03-212      Hearing | 1.0 |
|      | Gregory Rodriguez 03-259   Hearing | 2.0 |
| 5/29 | Travel To Sterling | 5.0 |
|      | Robert Rochfort  03-317      Hearing | 1.5 |
|      | James Miera  03-258          Hearing | 1.5 |
|      | Domingo Valenzuela 03-075  Hearing | 1.0 |
| 5/30 | Randy Kailey        03-308    Hearing | 1.0 |
|      | Michael Ingram     03-327     Hearing | 2.0 |
|      | Walter Price     03-320       Hearing | 2.0 |
| 6/3  | Travel To Canon City | 4.5 |
|      | Michael Johnson   03-240    Hearing | 2.0 |
|      | Harry James Hall   03-245   Hearing | 1.5 |
|      | Michael Southern  03-190    Hearing | 1.0 |

# LRC
## Legal Resolution Center

## Judge RCD  -   Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _5/15 — 7/15_                       DOC # _____

Claim No: _Page 2_

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 6/11 | Bass  03-263   Prep final order | 2.0 |
|      | BreTz 03-138  Work on final order | 6.0 |
| 6/12 | BreTz 03-138  Finished final order | 3.0 |
|      | MoTen 03-008  Prep final order | 2.0 |
| 6/13 | O'Banion 03-155  Prep final order | 2.5 |
|      | Forbes  03-134   Prep final order | 3.0 |
| 6/15 | Sharp 03-131   Prep final order | 2.25 |
| 6/19 | Travel To Canon City | 5.0 |
|      | Richardson 03-234  Hearing en Motion | 1.0 |
|      | MacKay 03-228  Hearing | 2.0 |
| 6/26 | Travel To Limon | 5.0 |
|      | Wadkins 03-325   Hearing | 1.5 |
|      | Silva 03-291   Hearing | 1.5 |
|      | MarTinez 03-187  Hearing | 1.0 |
|      |  |  |
|      |  |  |

# LRC
## Legal Resolution Center

## Judge RCD  –   Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _5/15 – 7/15_                    DOC # _____

Claim No: _Page 3_

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 7/9 | Ray 03-301  Prep final order | 2.0 |
| 7/10 | Administrative – Mail, mileage, etc | 2.0 |
|  | Klein - 03-265  Prep of final order | 1.75 |
|  | Alvarez 03-290  Prep of final order | 2.25 |
| 7/11 | James 03-213 Prep of final order | 3.5 |
| 7/12 | Duran 03-396  Prep of final order | 2.25 |
| 7/13 | Heisch 03-269  Hearing | 5.5 |
|  |  | 89.0 |
|  |  |  |
|  | Travel Costs |  |
|  |  |  |
|  | Mileage |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending July15, 2007:

(See attached sheet to Exhibit G)


2.00 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending July 15, 2007:

(See attached sheet to Exhibit G)

Total Travel Time:                                   24.00 hours.

Lodging expenses:

Best Western, Sterling, Colorado                    $199.76