# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

05CV234-BNB OES

Civil Action, File No.   92-N-870 (OES)
(To be supplied by the Court)  96-N-343

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2007

GREGORY C. LANGHAM
CLERK

Jesse Montez )
   , Plaintiff(s) )
Barbara Freeman )
Claim # 03-105 )
                   vs. )
Bill Owens et al )
   , Defendant(s) )

**MOTION FOR AMENDED STIPULATION AND ORDER FOR STATUS OF COMPLIANCE FOR CDOC WITH REMEDIAL PLAN**

COMES NOW, Barbara Freeman requesting this Honorable Court for a rehearing on my full case, which started in 2004.

My Motions to this court have been repeatedly denied, for my being included in Montez. The basis from being what this court was given by Cathie Holst (AIC OFFICER AT CDOC) her statements and the documents she included to the court. She has undermined and covered up many factual medical records, so that the inmates would not be covered. I have written both the court letters and motions regarding this and been ignored and denied by the court.

I have written letter grievences regarding ADA to Cathie Holst which were denied by her stating I was not ADA either. Recently Cathie Holst has been found out about the wrong doings, covering up medical facts regarding inmates among other things. So her actions have finally come to light as to what she has been doing.

I was ADA when I came to CDOC in July 2000. Cathie Holst refused to accept that even though my medical records were here at DOC. She destroyed all the ADA grievances I sent in. She closed out my files for Montez due to the denials from the court. These things included my requesting the accomodations that I had at CDOC before being sent to DWCF for my medical problems. After 3 years of denial that I was/am ADA, recently she admitted to that fact. Dr. Singh had to get involved after I spoke to him. I am sure that in a rehearing the court will find there were things overlooked or just ignored that should have been given to the court.

When one finds 3 years of denial with one thing you wonder how much else was buried and hidden, that should have come to light.

I am blind in the right eye, and my vision in left is 100/200 not totally blind. I have glaucoma in that eye, plus a cataract which obstructs my vision considerabely. To remove the cataract, the specialist would not increase my vision that much and being its the only eye I have IF some thing went arie I could be totally blind. The fact that I had both eyes for 65 years they became dependent on each other so much of the vision problems I have is due to that reason. It will never get better, only worse as time goes on, which has been the case. At present they are suggesting right eye removal to try helping some of the medical problems I am having. After the eye removal the vision in left eye could be worse and there would be no having the right eye replaced once its gone. I have been having problems getting the eye drops that I need as medical does not order them when I send in a kite for reorder. Each day my left eye loses more and more problems occur. This loss is never recovered. That is the reason they want eye removal. One does not have to be totally blind to be limited to total vision loss, as there are times when I do have total vision loss even though it is for short periods of time. The glasses I need should be fitted as what they gave me keep falling off. The light bothers my eyes and the sun glasses from canteen do not help. They are not dark enough nor do they cover the sides of my eyes, same with snow, which blinds me. The flourscent lights bother me if they are in my eyes. I have to sit with the lights behind me to read as they bother me in thefact I get pains in the eyes, and migraine headaches, same as sun and snow type of eye vision problems.

Wherefore, I believe I should be under Montez according to all my medical records prior to 2004 and including this date.

Respectfully ;

*Barbara Freeman* (signature)
Barbara Freeman   # 105776
DWCF   # 2-125D
P.O. Box 392005
Denver, Co. 80239-8005