IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

v.

BILL OWENS, *et al.,*

    Defendants.

___

**PLAINTIFF CLASS NOTICE TO THE HON. JOHN L. KANE OF DEFENDANTS' NON-COMPLIANCE WITH MONTEZ REMEDIAL PLAN**

___

    The Plaintiff Class, through counsel of record, Paula Greisen of KING & GREISEN, LLP, submits the following Plaintiff Class Notice of Defendants' Non-Compliance with the Montez Remedial Plan. In support of this Notice the Plaintiff Class states as follows:

    1.    The Remedial Plan was entered as an Order of the Court on August 27, 2003. Pursuant to the Remedial Plan, the Defendants were provided a two-year period, until August 27, 2005, to achieve substantial compliance with the terms of the Plan. The Remedial Plan also provides that if the parties disagree as to whether substantial compliance has been achieved, the dispute shall be submitted to Judge Kane for a final determination.

    2.    Compliance hearings regarding the Remedial Plan commenced in April 2006. The parties subsequently agreed to suspend the compliance hearings and entered into a stipulated agreement, which was approved by the Court on August 29, 2006.

3. The Defendants stipulated that CDOC was not in substantial compliance with the Remedial Plan by August 27, 2005, except the architectural-physical plant provisions of the Remedial Plan. The compliance period was therefore extended to July 27, 2007.

4. Counsel for the Class began meeting with the Defendants in March of 2007 to review compliance issues. During these meetings, the parties have had productive discussions regarding how DOC will comply with the terms of the Remedial Plan. However, it is the position of the Class that as of July 27, 2007, Defendants are not in substantial compliance with the Remedial Plan.[1]

5. The parties are presently in the process of negotiations to discuss whether they can reach an agreement regarding substantial compliance and what, if any, remedies for non-compliance are appropriate.

6. The Parties will be meeting on August 6, 2007 to attempt to resolve this matter and will notify the Court regarding that status.

RESPECTFULLY SUBMITTED this 31st day of July, 2007.

~Paula Greisen
Paula Greisen
King & Greisen LLP
1670 York Street
Denver, CO 80206
Phone:  (303) 298-9878
Fax:  (303) 298-9879
E-mail:greisen@kinggreisen.com

---

[1] As the parties agreed that DOC was in substantial compliance with the architectural issues in 2005, there will be reviews of the facilities for continued compliance under the monitoring provisions of the Remedial Plan.

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 31st day of July 2007, I electronically filed the foregoing **PLAINTIFF CLASS NOTICE TO THE HON. JOHN L. KANE OF DEFENDANTS' NON-COMPLIANCE WITH MONTEZ REMEDIAL PLAN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses via U.S. Mail, addressed to:

Beth McCann, Esq.
James X. Quinn, Esq.
Assistant Attorney General
Civil Litigation and Employment Law Section
1525 Sherman St., 5th Floor
Denver, CO 80203
james.quinn@state.co.us

~Paula Greisen____
Paula Greisen