FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2007

GREGORY C. LANGHAM
CLERK

JUL 27 2007

Hon. Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, Co 80030-4444

James G.J. Chenevert
55098
FLCF-S
1000
Fort Lyon, Co 81038-1ac
22 July 2007

Pursaunt to last notice regards to Montez Case the following information is respectively submitted.

Since my original claim #01-146, I feel that my health and wellbeing has deterioated and I feel that the original causes were pending.

8 August 2006 I suffered a cardiac arrest and on 9 of August a procedure was accomplished at Parkview Hospital in Pueblo, Colorado. Since then my mobility has been restricted to a wheel chair. I also have been diagnosed with parkinsons disease and also cancer of the prostrate. Also my eyesight and hearing have greatly depreciated. Also I have been diagnosed with congestive heart disease to include benign tremers. Which precludes me from writing this letter therefore I had assistance in this communication.

Sincerely,
Jame G.J. Chenevert
James G.J. Chenevert

Colorado Department Of Corrections
Name: James G.J. Chenevert
Register Number: 55098
Unit: FLCF-5
Box Number: 1000
City, State, Zip: Ft. Lyon, Co 81038-1000

COLORADO SPRINGS
CO 809 1 L
26 JUL 2007   PM

Hon. Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, Co 80030-4444

80030$4444



# *LRC* Legal Resolution Center

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
www.legalres.com

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin
Judge Kenneth M. Plotz

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah

July 27, 2007

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Court House
901 - 19th Street
Denver, CO 80294


RE:   *Montez, et al. v. Owens, et al.*
      Civil Action No. 92-N-870 (consolidated with 96-N-343)
      **Claimant: James G. Chenevert    Claim #: 01-146**

Dear Gail:

Enclosed for filing with the Court, please find a letter that we received from Mr. Chenevert today. Our records reflect that his case was dismissed on November 23, 2004.

If you have questions regarding this matter, please call me. Thank you!


Sincerely,

Susan L. Carter
Assistant to the Special Masters


Enclosure