IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

    v.

BILL OWENS, *et al.,*

    Defendants.

---

## ENTRY OF APPEARANCE
_____

    I, Jennifer W. Riddle, of the law firm of KING & GREISEN, LLP, do hereby enter my appearance as co-counsel on behalf of the Plaintiff Class in this case.

    Respectfully submitted this 2nd day of August, 2007.

                                                 s/Jennifer W. Riddle
                                               Jennifer W. Riddle, #36385
                                               King & Greisen LLP
                                               1670 York Street
                                               Denver, CO 80206
                                               Phone: (303) 298-9878
                                               Fax: (303) 298-9879
                                               E-mail:riddle@kinggreisen.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 2nd day of August 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses via U.S. Mail, addressed to:

(beth.mccann@state.co.us)
 Elizabeth H. McCann, Esq.
 Deputy Attorney General
 James X. Quinn, Esq.
 Assistant Attorney General
 1525 Sherman St., 5th Floor
 Denver, Colorado 80203
 *Attorneys for Defendants*

(dborchers@legalres.com)
 Honorable Richard M. Borchers
 Special Master
 Legal Resolution Center
 7907 Zenobia Street
 Westminster, Colorado 80030

                                                        s/Jennifer W. Riddle
                                                        Jennifer W. Riddle, #36385
                                                        King & Greisen LLP
                                                        1670 York Street
                                                        Denver, CO 80206
                                                        Phone:  (303) 298-9878
                                                        Fax:  (303) 298-9879
                                                        E-mail:riddle@kinggreisen.com