IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-200
Category: III
Claimant: Lyle Jamison, #88913
Address of Claimant: Unknown

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on his own motion. Claimant was released from DOC custody in May, 2007. Two addresses were provided for mail. Both addresses were in Moab, Utah. An order was sent to both addresses, and both have been returned as undeliverable.

      Claimant has had no further correspondence with the Special Masters. There is no forwarding address that has been provided. Claimant has not returned to DOC custody. The Special Masters do not know where Claimant is.

      D.C.Colo.L.Civ.R. 10.1(L) provides, in part, that "[w]ithin ten days after any change of address or telephone number of any attorney or pro se party, notice of the new address and telephone number shall be filed." Claimant has failed to comply with this rule. There is no way to contact Claimant concerning his claim. This claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of Lyle Jamison is dismissed, as he has failed to provide an updated mailing address and has abandoned his claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 24, 2007.**

SIGNED this 1st day of August, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master