IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-221
Category: Untimely Filed Claim
Claimant: Terry Gordy, #67830
Address of Claimant: BCCF, 11560 CR FF-25, Las Animas, CO 81054
_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the special appearance affidavit of Terry Gordy. There is no record of Mr. Gordy having filed a claim.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    The Special Masters have no authority over general prison life and may only adjudicate claims filed pursuant to the Remedial Plan. The Special Masters have no jurisdiction over compliance aspects of the Remedial Plan.

    Claimant was provided a claim form and information sheet. Claimant was granted up to and including July 26, 2007 in which to file a claim form. Despite being granted time in which to file a claim form, Claimant has filed nothing further.

    IT IS HEREBY ORDERED that the case of Terry Gordy is dismissed, as Claimant has failed

to file a claim form within the time provided to him.

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 24, 2007.**

      SIGNED this 1st day of August, 2007.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master