JUL 3 0 2007

Civil Action No. 92-N-870 (OES)

Claim Number 03-023 (Formerly 02-065)
Category III
Claimant Wellman Gibson

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 0 3 2007
GREGORY C. LANGHAM
CLERK

I am sorry to bother the Special Masters again but I am at a loss as what to do.

By procedure D.O.C medical does medical permits year to year for braces, canes & other medical things such as shirts, shoes & well just all medical items. My yearly permit for my cane is comming up on Aug 8-07 & The Nurse 3 that has given me such a problem here (Yvette Pope) has threatened that she will make sure my permit is not renewed by influencing the Provider & not allowing to let me see the Doctor.

I know it is irrelevant to this issue but as you

know Orville Neufeld D.O. was named by me back a few years ago in a suite I filed & it was dismissed for not exhausting state remedies. The grievances were found after it was dismissed in a file (medical) that had been hidden from me. I don't have the knowledge or ability to know what to do but again I feel like the appeal is based on the fear of D.O.C. of what could happen since I have been declared Montez & ADA disabled, Because D.O.C. keeps saying there is nothing wrong with me, which as you know is contradicted by MRI results & then testimony by Neuro Surgeons & Doctors.

Can you please issue a order preventing Nurse Pope from taking my care?

Also by the reply of the A.T.L. in stating I would be housed here

②

at C.C.F without my books on tape material & ordered to climb up & down stairs at the threat of being locked up proves what I am going through. Again 4 D.O.C. Doctors have signed off on my books on tape & I sent you paper work to show the administrators knew & approved of it since 2002 & the MRI's as you stated show that my spinal cord problems are degenerative in nature.

As I said before I am requesting the court order for them to not take my cane & also 100 a day for the blatant & intentional housing of me at a non compliant facility & denial of books on tape.

7-22-07                                    [signature]

Judge Davidson I can imagine how tired you are of my letters but what is going on now is nothing but a prime example of the So what attitude exhibited by DOC that I have been TRying to deal with for years

If I'm not mistaken the final order said they were to imedratley return my Books or tape material & they said so what to that also.

I was also given a Report today for Facility disruption dated 5-1/07 for objecting when they took my case from me in the library & said I wasent allowed to use it there. Is'int it funny they make up a Report from 2 MONTHS A-go right when your final order is also being Appealed & I'm told I will get nothing returned