Centenial Correctional Facility / Colorado State Penitentiary
# UNAUTHORIZED OFFENDER PROPERTY

Inmate Name __VALDEZ_____ DOC # __68856__

Date __5/3/07__

The items of personal property listed below are not authorized at the Colorado State Penitentiary (CSP). Final disposition must be completed within thirty (30) days.

Indicate property disposition by initialing the desired disposition for each item, and sign and date the form. Complete a shipping blank and a Miscellaneous Withdrawal Ticket for items to be mailed. Your disposition notification to Property is required within ten (10) days, in accordance with Administrative Regulation 850-6, Offender Property.

## Unauthorized Property / Disposition

| Unauthorized Property | mail | donate | destroy |
|---|---|---|---|
| 1 WHITE BOX (NOT ALLOWED) | | | X |
| APPROX 1¾ CUBIC FOOT OF LEGAL PAPERWORK (OVERLIMIT) | X | | |
| 3 SHEETS TRACING PAPER | X | | |

Inmate Signature: __VALDEZ #68856__    Date: __03/May'07__

Staff Signature: __(illegible)__    Date: _____

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Executive Director's Office
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# Memorandum

To: Offender Thomas Valdez #68556, D-2-4

Date: 4-4-07

From: Lt Jim Aragon, D/E Diversion Specialist

Re: Excess legal paperwork

Offender Valdez #68556 I am writing this letter in regards to your excessive legal paperwork that you posses in your cell. Per AR 850-06 page 5 paragraph 3, clearly states that all offender property ( both legal and personal) must fit within a three cubic foot DOC issued duffle bag. However, offenders can posses up to a 2.0 cubic foot box for legal papers. Also, to accommodate effective property management and fire safety concerns the maximum amount of legal paperwork is two cubic feet. I am going to give you until Friday 4-6-05 to come into to compliance with this AR. Thank you very much for your assistance in this matter. If you have any concerns about the content of this memo then feel free to contact me and I will gladly discuss any issues that you have concerning your property. Lt Aragon

xc: Diversion Staff
   Associate Warden Wright
   Captain Richardson
   Captain Martinez
   LT Audet
   Sgt Morris

( 1 of 2 ) (C) (D) (A)

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Personnel | Offender Property | 850-06 | EFFECTIVE 11/15/06 |

E.  Facility Transfer

1. Upon the facility transfer of an offender, the sending facility must inventory the offender's property, personal and state-issued, against the current DC Form 850-06A to ensure that all items are accounted for and are in compliance with this administrative regulation. If any state-issued clothing articles are missing, the property officer at the sending facility will note the shortages on DC Form 850-06A. The property officer will contact the laundry supervisor, or designee, at the sending facility to verify if the missing articles are being processed. It will be noted on DC Form 850-06A whether or not the missing articles are in the laundry, or if the laundry was closed. Shortages of state issued clothing will be resolved between the laundry supervisors at the sending and receiving facilities.

2. Prior to routine moves or transfers, a DOC employee shall inventory offender property and compare it to the computerized property inventory to ensure property ownership and compliance. The property shall then be secured, prior to the transfer.

3. All authorized offender property (both state and personal) must fit within a three cubic foot DOC issued duffle bag. In addition the following will be allowed:

    a. A 2.0 cubic foot box for legal papers which is available for sale through the DOC Canteen. In the interest of effective property management and fire safety concerns, *facilities shall limit the amount of personal legal papers that an offender may maintain in his/her possession to a maximum of two cubic feet. It is the offender's responsibility to determine what legal papers he/she will retain to comply with this* restriction. Excess legal material shall not be stored by any facility, nor shall other property be stored in this box.

    b. Allowable canteen-purchased appliances, TV, radio, fan, typewriter and coffee pot.

    c. Health care appliances.

4. All state issued property shall take precedence in packing. The offender will ordinarily pack his/her own property. Any property which does not fit into the storage limitations listed above will be deemed contraband and sent out at the offender's expense, or disposed of with a record maintained of the disposition.

5. During emergency moves or transfers (e.g., to segregation), or when it is not feasible to have the offender pack his/her own property, the offender's property shall be secured by facility DOC employees with a full inventory completed on DC Form 850-06A. When possible, two DOC employees will conduct the inventory and sign DC Form 850-06A.

6. The receiving facility shall conduct an inventory and verify DC Form 850-06A, upon arrival of the offender, to ensure that all property is accounted for and authorized. If the receiving facility finds a discrepancy between the sending facility inventory and the inventory conducted upon arrival, an incident report must be completed noting the difference between the two property inventories. A copy of the incident report will be sent to the respective administrative heads, or designees, for appropriate resolution.

*UNDERLINING BY CLAIMANT (ORIGINAL HIGHLIGHTED (YELLOW) BY (DEFENDANTS) CDOC STAFF).

(2 of 2) (c)(D)(A)