1  Thomas T. Valdez
2  #68556
3  CCF CH D-2-4
4
5  06 Apr '07

Copy

6
7  TO: CCF, Shift Commander (SC)
8  Captain Richardson
9
10 RE: Personal & Legal Paperwork, Memo dated: 04 Apr '07 and
11      Events of 06 Apr '07.
12
13      First and Foremost, I thank you for the rewriting of
14 the Shake Down Slip dated: 06 Apr '07, to reflect not just legal
15 papers confiscated, but also the majority of my personal papers.
16      I requested an **Inperson Audience** with you Today.
17 CH Staff did advise me that they had in fact contacted you, and
18 that you elected **NOT** to come to see me, that you were aware of
19 the situation, had been briefed on Today's event, and seen the
20 Memo addressed to me dated: 04 Apr '07.
21      As such, please allow me to address just three points
22 and details, RE Memo, of particular significance:
23      #1. Memo states "...all offender property (not in the 2.0 cubic
24 foot state issue box) (emphasis mine), (both legal and personal)
25 must fit within a three cubic foot (white) DOC issued duffle bag."
26 (emphasis mine). Today, when I requested a duffle bag to pack
27 and prove (once again) that all my property fits, my request was

(1 of 4) (C) (D) (A)

Atch 2

1. CCF SC Captain Richardson (continued from page 1) COPY 06 Apr '07
2. flat out denied, by none other than CH D Lt. Aragon.
3. #2. Memo states, "Excess legal paperwork", as the basis
4. for this Memo (harassment and retaliatory actions), yet Aragon,
5. capriciously comes in and confiscates everything in sight, most
6. everything outside my, new, state issued legal box, to include
7. personal letters and pictures, religious prayers and papers,
8. personal medical documents, personal interest papers (other
9. than legal) (ie. drawings, music, literature studies, etc. etc.).
10. #3. Memo states, "... offenders can possess up to a 2.0
11. cubic foot box for legal papers." Yet, I am left with less
12. than the allowable 2.0 cubic feet of legal paperwork, at
13. Aragon's whimsical fancy.
14. These three particulars suffice to raise doubts and
15. prompt suspicion toward motives and intent of such continu-
16. ing actions by Aragon. What Aragon fails to mention is the
17. fact that he - himself, has attempted these very actions a-
18. gainst me on several occassions, with the most recent having
19. taken place not more than (6) six months ago, with identical
20. results on each and every attempt, "I/M Compliant."
21. This is not the first time that I have voiced my displea-
22. sure to Higher-Ups, of such treatment directed towards me
23. from Aragon('s) directly and directives, the past actions and
24. issues alone necessitate further inquiry. At this point and
25. time, I am left with no other option, than to, formally request
26. an Official Inquiry into these matters.
27. One more note re this so called "Excess legal paper-

(2 of 4) (C) (D) (A)

1  CCF SC CAPTAIN RICHARDSON (CONTINUED FROM PAGE 2)  COPY   06 APR '07
2  WORK, ON TUESDAY 03 APR '07, I HAD THE OPPORTUNITY TO MEET WITH PRO-
3  PERTY SGT. MS MORRIS AND CH SGT. MR. JOHNSTON (ALL PRESENT), AT
4  WHICH TIME MY STANDPOINT WAS (AS IS TODAY) THAT "I AM COMPLIANT
5  WITH ALL CDOC/CCF ADMINISTRATIVE REGULATIONS IN RE TO THIS ISSUE."
6  THE DECISION AT THE MEETING WAS TO LEAVE CH D SGT. MR. JOHNSTON
7  IN CARE OF VERIFING MY STANCE, AND IF REQUIRED, BRING ME INTO
8  COMPLIANCE.  OBVIOUSLY (AS I RECEIVED THE MEMO AT APPROX. 0830
9  HRS, WEDNESDAY 04 APR '07), THERE EXISTED NO APPARENT JUSTI-
10 FICATION FOR ARAGON TO GET INVOLVED, I WAS **NOT** (AND AM NOT), IN
11 ANY WAY, SHAPE, OR FORM, NON-COMPLIANT TO CH AND/OR PRO-
12 PERTY OFFICERS' REQUESTS OR DIRECTIVES.
13      I UNDERSTAND THAT THERE EXISTS ~~A VIDEO RECORDING~~ POLAROID PICTURES OF THIS
14 CONFISCATION (AS IT TOOK PLACE), I ASK THAT SAID ~~VIDEO~~ PICTURES BE PRESERV-
15 ED, AND I REQUEST AN OPPORTUNITY TO VIEW ~~THIS VIDEO~~ THESE PICTURES IN ~~ITS~~ THEIR EN-
16 TIRETY, AFTER SUCH TIME, THAT I CAN MAKE AN INFORMED DECISION
17 AS TO REQUEST ~~A COPY~~ COPIES, OR NOT TO MAKE SUCH REQUEST.
18      IN CLOSING, I STATE, THE TIME HAD COME TO VERIFY PROPERTY
19 LIMIT COMPLIANCE (THUS THE **DUFFLE BAG**), I WAS NOT GIVEN
20 THE OPPORTUNITY. "BECAUSE SOMETHING IS PERCEIVED TO BE IN
21 EXCESS, PERCEPTION ALONE DOES **NOT** MAKE IT SO.", "POWER
22 CORRUPTS, ABSOLUTE POWER ABSOLUTELY CORRUPTS.".
23      UNLIKE ARAGON, I DO NOT HAVE THE LUXURY OF OBTAINING
24 COPIES, AT THE READY, PLEASE FORWARD COPIES OF THIS LETTER TO
25 ALL PARTIES LISTED ON THE MEMO DATED: 04 APR '07, AND PLEASE
26 INCLUDE CCF CASE MANAGER, MR. MURPHY (MY ASSIGNED C/M), ON
27 THE LIST OF RECIPIENTS, FOR PLACEMENT OF COPY IN MY

(3 OF 4) (C) (D) (A)

1  CCF SC Captain Richardson (continued from page 3) COPY 06 Apr '07
2  Working File.
3      Thank you for your time, I look forward to hearing from
4  you.

        _____  #68556
        Thomas T. Valdez              #68556

9  HWCC: P. File
10 XC:  Diversion Staff
11      Associate Warden Wright
12      Captain Richardson
13      Captain Martinez
14      Lt. Audet
15      Sgt. Morris
16      Working File (Thomas T. Valdez #68556, per C/M Murphy).

(4 of 4) (C) (D) (A)