DC FORM 750-01B (11/15/06)

## COLORADO DEPARTMENT OF CORRECTIONS
## LEGAL ACCESS PROGRAM
## PHOTOCOPY REQUEST FORM

CCF

Rec'd 21 July '07 1520 HRS

LAST NAME: VALDEZ   FIRST INITIAL: T.   DOC #: 68556
FACILITY: CCF   UNIT: E-3-11   DATE SUBMITTED: 18 July '07
LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: SEP., 2007 (EXACT DATE UNAVAILABLE AT THIS TIME)

A signed and completed miscellaneous withdrawal slip must accompany this request. (ENCLOSED)
The Legal Access Program copies only original pleadings in the nature of habeas corpus, post conviction relief and conditions of confinement. Please list each document to be copied on separate lines and include description, number of pages you are submitting and number of copies you are requesting. Incomplete forms will be returned or denied.

| DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|
| 1 APPEAL TO JUDGE KANE... DATED: 17 JULY '07 | 3 x4ea | X4 | = 12 |
| 2 ATTACHMENT #1 TO 1 ABOVE DATED 07 JUNE '07 W/ATTACHMENTS MOTION FOR RESOLUTION OF DISPUTE-LEGAL/MAT. & JURISDICTION | 51 x4ea | 204 | Denied - see Below |
| 3 ATTACHMENT #2 TO 1 ABOVE DATED 09 JULY '07 ORDER OF SPECIAL MASTER - RICHARD M. BORCHERS | 2 x4ea | X4 | = 8 |
| 4 | \ \ \ | \ \ \ | \ \ \ |
| 5 TOTALS | 56 x4ea | 224 | |

T. Valdez #68556   18 July

**OFFENDER SIGNATURE (REQUIRED)**

HWCC: P. FILE

### DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY

CHARGE TO ACCOUNT: $ 20X.05 = 1.00
DATE RECEIVED AT SENDING FACILITY: 7/20/07   NUMBER OF PAGES RECEIVED: 56 a
DATE RECEIVED IN PROCESSING LAW LIBRARY: 7/20/07
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 56
DATE COMPLETED: 7/20/07
STAFF/CLERK PHOTOCOPIER INITIALS: Q
  METER END: 55648
MINUS METER BEGIN: 55627
  TOTAL COPIES: 21
MINUS ADMINISTRATIVE COPIES: 1
  TOTAL COPIES TO OFFENDER: 20+ ___   DATE DENIED: 7/20/07
  Partial Denial

Your request has been **DENIED** _____ in whole __✓__ in part for the following reasons:

_____ Your request form was not properly completed (Missing required signature, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
_____ The material you have submitted does not meet program definitions of legal material as described in AR 750-1. Legal photocopies are limited to the areas of habeas corpus, post conviction and conditions of confinement.
__✓__ Your photocopy request exceeds the page limit established by the legal access program (see attached). Also see posted photocopy policies.
_____ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.
_____ You have not submitted the documents to be copied.
_____ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.
_____ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
_____ Your account is in arrears for at least $300. See AR 750-1 for additional information.
_____ The legal access program will not copy A.R.s, I.A.s, O.M.s, or material contained in the law library, even as attachments/exhibits.
_____ The legal access program will not copy transcripts, incomplete documents, unsigned documents, altered documents, and/or blank forms.
_____ The legal access program will not copy non-original documents, previously-copied documents, incoming correspondence, administrative correspondence or documents (account statements, mittimus, etc.), grievances, COPD appeals; *except* as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.
__✓__ Other: Max of 20 pgs for all other USDC court filings. You may bring into compliance + resubmit

20052

(1 of 1) (A) Attch 4