IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-359
Category III
Claimant: Thomas T. Valdez, #68556
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for resolution of dispute. Claimant is objecting to the previous ruling of the Special Master which found no jurisdiction to order materials in excess of the regulatory limit. Claimant's remedy is to appeal the denial of his motion to Judge Kane.

IT IS HEREBY ORDERED that Claimant's motion is denied, as his remedy concerning possession of excess legal materials is to file an appeal.

SIGNED this 9th day of July, 2007.

BY THE COURT:

By: _____
Richard M. Borchers
Special Master

(1 of 2) (A)

Attch 5

## CERTIFICATE OF MAILING

    I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 9th day of July, 2007 to the following:

Mr. Thomas T. Valdez
#68556
CCF
P.O. Box 600
Canon City, CO 81215-0600

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203



(2 of 2)(A)