IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No. **92-N-872 (BES) (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NUMBER 96-N-343).**
(To be supplied by the Court)

JESSE MONTEZ, ET AL.
_____, Plaintiff(s)

V.

BILL OWENS, ET AL., Defendant(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 3 2007

GREGORY C. LANGHAM
CLERK

---

CLAIM NUMBER: **03-359**

CATAGORY: **III**

CLAIMANT: **THOMAS T. VALDEZ, #68556**

ADDRESS OF CLAIMANT: **CCF, P.O. BOX 600
CAÑON CITY, COLORADO
81215-0600**

---

APPEAL TO JUDGE KANE
OF SPECIAL MASTER'S RULINGS/ORDERS
RE JURISDICTION AND EXCESS LEGAL MATERIALS/DISCOVERY

---

COMES NOW, CLAIMANT, THOMAS T. VALDEZ, PRO SE, RESUBMITS, 17 JULY '07, THE FOLLOWING: (1 of 3) (A)

ORDER OF SPECIAL MASTER RICHARD M. BORCHERS, DATED 09 JULY '07, (ATTACHED), STATES: "CLAIMANT'S REMEDY IS TO APPEAL THE DENIAL OF HIS MOTION TO JUDGE KANE.

IT IS HEREBY ORDERED THAT CLAIMANT'S MOTION IS DENIED, AS HIS REMEDY CONCERNING POSSESSION OF EXCESS LEGAL MATERIAL IS TO FILE AN APPEAL.", SEE ATTACHED, (09 JULY '07), ORDER OF SPECIAL MASTER.

CLAIMANT THUS RESUBMITS MOTION FOR RESOLUTION OF DISPUTE, LEGAL MATERIALS AND JURISDICTION, DATED 07 JULY '07.

RESPECTFULLY SIGNED AND SUBMITTED THIS 17 DAY OF JULY, 2007.

_____  #68556
THOMAS T. VALDEZ        #68556

ATTACHMENTS: 1.) MOTION FOR RESOLUTION OF DISPUTE, LEGAL MATERIALS AND JURISDICTION, DATED: 07 JULY '07, (35 PAGES PLUS 4 ATTACHMENTS 16 PAGES) 51 TOTAL PAGES.

2.) ORDER OF SPECIAL MASTER, DATED 09 JULY '07, 2 PAGES.

XC: P. FILE (D)
VC: P. FILE

( 2 OF 3 )(A)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT I HAVE MAILED A TRUE AND CORRECT COPY OF THIS FOREGOING  Appeal to Judge KANE or Special Master's Rulings/Orders, re Jurisdiction and Excess Legal Materials / Discovery, DATED: 17 July '07, THIS 31st DAY OF July, 2007, TO THE FOLLOWING:

Honorable Judge KANE
Alfred A. Arraj US Courthouse        (A)
901 19th St.
Denver CO 80294

Ms Paula Greisen, Esq.
Counsel for the Montez Class        (B)
King & Greisen
1670 York Street
Denver CO 80206

Mr Jess Dance
Attorney General's Office            (C)
1525 Sherman Street 5th Floor
Denver CO 80203


Postage Pre-Paid and Logged in CDOC Legal Mail Log, 31 July '07.

Valdez  #68556
Thomas T. Valdez    #68556

( 3 of 3 ) (A)