Civil Action No. 92-N-870

Claim No. 03-173 (Formerly 02-0...)
Category III
Claimant Wellman Gibson

RECEIVED AUG - 6 2007
FILED UNITED STATES DISTRICT COURT DENVER, COLORADO
AUG 0 7 2007
GREGORY C. LANGHAM CLERK

(Notice of Retaliation)

Today 7-31-07 The nurse that I have warned the special masters about (Yvette Pope) had a new Doctor discontinue my cane & had a Sgt. Dockstever come confiscate it. I was told per Montez there is nothing wrong with me & that any court order I had was fake. (Sgt. Chase) said this & said he was personally giving me a direct order to climb stairs without my cane & walk to & from a class & to gym. I will probably be in permanent lock down when you receive this

* I am requesting the special masters please hurry to intercede in some way here at A.C.F.

7-31-07

Walter [signature]
74384

I need help today as I am being FORCED to navigate stairs & other areas with out the use of a cane & I was blatantly told your court order is a fake & if it isint it still means nothing. Yvette Pope said she had clearance to do as she pleased from the AIC. office of Kathie Holst. Housing & security officer's were very adament in stating so what we cant be held personaly responsiable any way, file what ever the hell you want to file. I am also now forced to push chow carts out side.