August 7, 2007

Juanita E. Billiot
16500 Yellow Sage St. Apt. 1804
Pflugerville, TX 78660

```
                                              F I L E D
                                    UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO

                                          AUG - 7 2007

                                    GREGORY C. LANGHAM
                                    _____
                                                      CLERK
```

Office of the Clerk of Court
U.S. District Court
1921 Sprout St.
Denver, CO 80294-3589
Fax: 303-335-2714

Subject: Jill Coit, 86530, DWCF
        Case Number #1 92N870
        Case Number #2 96N345-MONTEZ VS. BILL OWENS

Today August 7, 2007, Jill Coit,. 86530, Denver Women's Correctional Facility
(DWCF) Denver, CO., called me, Juanita Billiot (Mother of Jill Coit) to assist her with
the following issue.

Jill Coit was notified that she had a package from the Clerk of Court, U.S. District Court,
District of Colorado. Jill Coit went to the office where the package was located. She
noticed that the package had been opened and refused to receive the package. She was
told that the package contained documents that were being sent back to her. Jill Coit had
submitted the documents to the U.S. District Court and now they were being returned due
to the fact that there was no Case Numbers referenced. The documents should have been
received by the Office of the Clerk of Court prior to July 7, 2007.

Jill Coit was escorted to her cell by a D.O.C. Officer to review a copy of the original
documents. The D.O.C. Officer acknowledged that the original documents did reference
Case Numbers. The documents were to be sent to the U.S. District Court and filed. Jill
Coit handed over the original documents (Case numbers noted) to the DWCF mailroom
personnel (receipt received) to be mailed to the U.S. District Court.

Please receive this information so that, when returned to your office, the documents may
be filed at the Office of the Clerk of Court, U.S. District Court, District of Colorado.

Sincerely,

*Juanita E. Billiot*

Juanita E. Billiot