Clerk of the Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 7 2007

GREGORY C. LANGHAM
CLERK

Civil Action NO. 92-870 (OES)
Plaintiff Jesse Montez
Claim No. 03-173 (Formerly 02-064)
Category III
Claimant Wellman Gibson D.O.C. #74384

Can you please tell me if the above case has been appealed?

The final order was issued on 6-22-07 & D.O.C. keeps telling me they refuse to abide by the final order because everything (Final order) has been appealed, Appeal deadline is 8-22-07.

Please let me know as I have wrote to King & Griesen & also the Special Masters but I can get no reply.

Thank you

Wellman Gibson

**Colorado Department Of Corrections**
Name Wellman Gibson
Register Number 74384
Unit E-2-9
Box Number 600
City, State, Zip Canon City, CO 81215-0600

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 07 2007
GREGORY C. LANGHAM
CLERK

Office of the Clerk
U.S. Dist. Court
901 19th St, Room A105
Denver, CO 80294-3589