RE:   Your sending me back ~~pention~~ petition filed within deadline

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

8-6-07

AUG 08 2007

Dear Clerk of Court,

**GREGORY C. LANGHAM**
_____
CLERK

I can not accept this legal mail because once I touch it then the filing date is void.

If you will look at the filing it has case number on it.

at the top it has   92-N- 870 and 96-N-343

Morley J. Owens

thanks
Jill Coit

Please accept back because your note is incorrec and I did not touch it only the officers touched it.

~~officer oppened it, inmates do not get to~~ touch before signing it

Thnaks
Jill Coit

Jill Coit 86530

This is to important for me to touch or just let it slide.

I am being punished for filing this so must not void anything.

it cost me over $75.00 to mail copy.

**Colorado Department Of Corrections**

Name _Jell Cox_
Register Number _D6530_
Unit _2_
Box Number _392005_
City, State, Zip _Dra Co 80239_

DENVER CO 802

07 AUG 2007 PM

US DISTRICT COURT
901--19 th street
Denver, Co 80294

clerk of court

me not accepting legal mail in error caseno  92 N 870  & 96 N 343

80294+2501 C044