IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

   -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-176
Category III
Claimant: Christopher, #56113
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant has agreed to settle his claim. The documentation attached to the motion reflects that the settlement has been completed and this claim should be dismissed.

IT IS HEREBY ORDERED that the claim of Christopher is dismissed, as a settlement has been reached between the parties.

SIGNED this 6th day of August, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master