IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-187
Category III
Claimant: David D. Brumbley, #47004
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant has agreed to settle his claim. The documentation attached to the motion reflects that the settlement has been completed and this claim should be dismissed.

IT IS HEREBY ORDERED that the claim of David D. Brumbley is dismissed, as a settlement has been reached between the parties.

SIGNED this 6th day of August, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master