IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-419
Category III
Claimant: William Cokley, #53327
Address of Claimant: c/o Julie David, 4335 W. Florida Ave., Denver, CO 80219

---

## FINAL ORDER OF SPECIAL MASTER
---

      THIS MATTER came before the Special Master on August 6, 2007 in Denver, Colorado. The claim was set for a hearing. Chris Albers appeared as counsel for Defendants.

      Claimant did not appear for his hearing. Nothing had been received in writing before the hearing indicating that Claimant could not appear. Further, no messages were received from Claimant on the day of the hearing. Claimant carries the burden of proof to establish that he had a disability on or before August 27, 2003 and that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act. Claimant presented no testimony or evidence at the hearing, as he did not appear. He did not prove his claim.

      IT IS HEREBY ORDERED that the claim of Claimant William Cokley is denied, as he has failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 1, 2007.**

      SIGNED this 9th day of August, 2007.

BY THE COURT:

*/s/ Richard C. Davidson*

Richard C. Davidson
Special Master