IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all Purposes with Civil Action No. 90-N-343)

JESSE (JESUS) MONTEZ, et al.,
   Plaintiff

v.

BILL OWENS, et al.,
   Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 9 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-d03
Category III
Claimant Darrel Martin 61338
Address of Claimant Buena Vista Correctional Facility P.O. Box 2017
Buena Vista, Colorado 81211-2017

---

Plaintiff DARRYL MARTIN AFFIDAVIT AND REQUEST THE COURT ORDER THE BUENA VISTA MEDICAL STAFF TO TREAT PLAINTIFFS IN THIS FACILITY FOR TYPE II DIABETES (HYPOGLYCEMIA) AND MOTION TO REMOVE MR. KING AND PAULA GRIESEN AS COUNSEL FOR PLAINTIFF

---

I am a plaintiff/claimant in this suit and have been for about five years.

                                                         /s/ Darryl Martin 8-6-07

(1)

I received hypoglycemia immediately after an umbilical hernia surgery in Minnesota private prison under contract with the Department of Corrections in 97-98. I do not remember the exact date of the surgery. Since recovering from the surgery I have been treated for Type II diabetes (hypoglycemia) for nearly ten years by the Department of Corrections.

The only period of time where my treatment for hypoglycemia radically declined was when I became a plaintiff in this suit. Receiving snacks daily three times (one after every meal) has kept me from 'crashing' due to low sugar for almost ten years. I did not crash inordinately for about ten years. Every now and then after prison movement I would periodically wait to have my snacks reinstituted.

I have previously written this court with affidavit describing how on 5-10-07 after an incomplete glucose test authorized by Dr. Cabiling I was informed by

Dr. Cabiling that DOC had issued a directive which will discontinue hypoglycemic snacks. I received no formal NOTICE by way of any document. On 5-10-07 I was told by Dr. Cabiling Montez inmates would be exempted from this new directive. Not only are my snacks discontinued but now I am/have been charged for the medical visit concerning Type II diabetes (hypoglycemia). EXHIBIT A is a request to continue my nearly ten year treatment regimen in my new facility Buena Vista Colorado Facility P.O. Box 2017 Buena Vista Colorado 80211-2017. EXHIBIT A is also the response from my new facility. Attorneys King and Griesen have not accomplished anything for me as plaintiff. I alone made sure I was treated for type II diabetes I received after umbilical hernia surgery while in prison. I have never been released from prison am indigent and

in debt to DOC fore several hundred dollars for over fourteen years. I have shown through affidavit and testimony how I received hypoglycemia and that the three snack supplements prevent me from low sugar crashing. Since 5-10-07 I have not received treatment for hypoglycemia. After five years in court nearly ten years of painful needle poking glucose test I have been informed that DOC just decide not to treat hypoglycemia as I was getting treated. I do not need to EXHAUST remedies as this case and non-treatment issues have been before this court for years. EXHIBIT B I received along with EXHIBIT A 8-5-07. EXHIBIT B is my allowance to go to medical if I experience low blood sugar symptoms. By the time I crash I eat toothpaste, I have no food cannot afford candy. The snacks consisted of a piece of fruit, bread, meat. This well balanced supplement prevented me from

sugar crashing for nearly ten years. With no supplement very soon after my 44 year old body realizes there will be no continual supplement. The DOC medical has just decided not to recognize hypoglycemia. DOC does not say hypoglycemia is not a treatable medical condition, or that DOC does not have the facilities and where withal to treat hypoglycemics. The last paragraph of EXHIBIT A states that there is nothing in MONTEZ that exempts hypoglycemics from medical co-pay charge.

Since the ADA resolution it has been ORDERED BY THIS Court that MONTEZ plaintiffs are not to be charged. I am a MONTEZ claimant with type II diabetes. When it is convenient DOC just decides to discontinue treatment and charge ONCE AGAIN MONTEZ claimants five dollar medical charge for visits to DOC medical involving diabetes.

The five dollar charge for visits to medical concerning hypoglycemic would be unnecessary if I continued my hypoglycemic snacks which went UNINTERRUPTED for nearly ten years. This court should ORDER DOC treat me and other plaintiffs with hypoglycemic, stop charging type II diabetic MONTEZ plaintiffs for medical visits concerning hypoglycemia and discharge lawyers King and Grieson 1670 York St. Denver C.O. 80203 from representing me.

State of Colorado
County of Chaffee

Daryl Martin 8-6-07

SWORN AND SUBSCRIBED BEFORE ME THIS DAY 8-6-07
THE UNDERSIGNED Daryl Martin

SIGNATURE AND SEAL OF NOTARY                    Celia Schwartz

MY COMMISSION EXPIRES  11-21-08

CELIA SCHWARTZ
NOTARY PUBLIC
STATE OF COLORADO

# CERTIFICATE OF SERVICE

I hereby certify that I have mailed through United States mail the following postage prepared the AFFIDAVIT AND REQUEST OF COURT ORDER to the following parties

United States District Court
901 19th St. Alfred A. Arraj Bldg
Denver C.O. 80294   1+2

Larry Max 8-6-07

Attorney General for State of Colorado
1525 Sherman Ave 5th fl
Denver C.O. 80203   1

Attorney P. King and P Griesen
1670 York St.
Denver C.O. 80203   1

*I AM INDIGENT UNABLE TO COPY NECESSARY DOCUMENTS*

DC FORM 750-01B (11/15/06)

**COLORADO DEPARTMENT OF CORRECTIONS**
**LEGAL ACCESS PROGRAM**
**PHOTOCOPY REQUEST FORM**

*FOR ALL PARTIES TO SUIT*

LAST NAME: Martin   FIRST INITIAL: O   DOC #: 61338

FACILITY: BVCF   UNIT: LVUE 5   DATE SUBMITTED: 8-6-07

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: Aug 14 2007

A signed and completed miscellaneous withdrawal slip must accompany this request.
The Legal Access Program copies only original pleadings in the nature of habeas corpus, post conviction relief and conditions of confinement. Please list each document to be copied on separate lines and include description, number of pages you are submitting and number of copies you are requesting. Incomplete forms will be returned or denied.

| # | DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|---|
| 1 | Amended Complaint (USDC) | 9 | 9 | 9x4=36 |
| 2 | Change of Address | 1 | 3 | photocopy |
| 3 | Change of Address | 1 | 8 | photocopy |
| 4 | Motion In forma Pauperis Supreme Court | 6 | 10 | 6x10=60 |
| 5 | Petition Supreme Court | 31 (27) | 10 | 27x10=270 |

OFFENDER SIGNATURE (REQUIRED)

44

**DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY**

CHARGE TO ACCOUNT: $ 18.30
DATE RECEIVED AT SENDING FACILITY: AUG - 6 2007   NUMBER OF PAGES RECEIVED: 44
DATE RECEIVED IN PROCESSING LAW LIBRARY: AUG - 6 2007
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 44
DATE COMPLETED: AUG - 6 2007
STAFF/CLERK PHOTOCOPIER INITIALS: S

MINUS   METER END:
        METER BEGIN: 22716
        TOTAL COPIES: 367
MINUS   ADMINISTRATIVE COPIES:
        TOTAL COPIES TO OFFENDER: 366

DATE DENIED:

✓ Civil lawsuit postcon
Not habeas or civil rights
OR - Classification

Your request has been **DENIED** ~~in whole~~  X  in part for the following reasons:

___ Your request form was not properly completed (Missing required signature, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
 X  The material you have submitted does not meet program definitions of legal material as described in AR 750-1. Legal photocopies are limited to the areas of habeas corpus, post conviction and conditions of confinement.
___ Your photocopy request exceeds the page limit established by the legal access program (see attached). Also see posted photocopy policies.
___ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.
___ You have not submitted the documents to be copied.
___ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.
___ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
___ Your account is in arrears for at least $300. See AR 750-1 for additional information.
___ The legal access program will not copy A.R.s, I.A.s, O.M.s, or material contained in the law library, even as attachments/exhibits.
___ The legal access program will not copy transcripts, incomplete documents, unsigned documents, altered documents, and/or blank forms.
 X  The legal access program will not copy non-original documents, previously-copied documents, incoming correspondence, administrative correspondence or documents (account statements, mittimus, etc.), grievances, COPD appeals; except as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.
___ Other

20052

*I HAVE NO COPY FOR MYSELF*
*Unable to copy MUNIZ DOCUMENTS!!!!*

# EXHIBIT A

BVCC Form 100-19A

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

**To:** Medical due to lack of medical kites    **Date:** 7-28-07

**State your request in detail:** I want my hypo snacks renewed. I received hypoglycemic snacks for 10 years from 1997-2007. I received a response from my kite stating my snacks were cut off 7-19-07. I have not been cured.

I had a glucose test May 10, 2007 which was incomplete because my veins collapsed and no blood flowed. I was told DOC issued a directive changing ALL hypoglycemics from snacks to sugar cubes. I wrote DOC. I was not given any directive. There is a inmate here in Upper North A/o not a MONTEZ inmate who upon arrival receives hypo snacks 3 x daily. I was told in Crowley that MONTEZ inmates are not only exempted from five dollar charge for medical visits due to hypoglycemia but were to receive snacks. I WAS CHARGED five dollars for a doctor visit the doctor initiated for glucose test. My snacks were not renewed. I WANT A MEDICAL ADA grievance.

**Offender Name:** Jerry Mint Darryl Martin    **Doc #:** 61335   61336
(Name must be printed and signed)

**Work Assignment:** New Arrival    **Unit/Cell#:** LN UW4

**Response/Action Taken:** Montez does not recognize hypoglycemia as a disability. However, we will repeat the test from May 10, 2007, but we will do it using finger sticks. In the mean time you can come to the clinic if you are experiencing symptoms of low blood sugar to get tested. The DOC has not issued a directive to give out sugar cubes - but there is no longer any thing called "hypoglycemic snacks." The emphasize is now more on education. You were misinformed there is nothing in Montez that states Montez claiments will not be charged a $5.00 copay for hypoglycemia. If you have seen this any where, please forward it to me.

**Date Received:** 7/30/07    **Staff Signature:** Doug Roberts HSA # 7046
**Date Answered:** 8/05/07    (Name must be printed and signed)
DCRoberts

Attachment A
Page 1 of 1

**MEMO** #61336/LWNo

EXHIBIT B

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

To: Martin, Daryl      Date: 8/05/07      Re: _____

From: Medical

( ) For information          ( ) For your action          ( ) For your files

( ) Confer with me          ( ) Reply requested          ( ) No further action needed

Please allow offender Martin, Daryl #61336 to come to medical 05:50, 11:40, 16:30, or 20:30 if he states he is experiencing low blood sugar symptoms.

Doug Roberts, HSA

8-CRS-02-1
Form 26-69

Distribution: White - Inmate     Pink - Medical     Yellow - Unit