AUG - 7 2007

Civil Action No. 92-N-870 (OES)

Claim No. 03-173 (Formerly 02-068)
Category III
Claimant ~~wallace Gibson~~ #74384

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 9 2007

GREGORY C. LANGHAM
CLERK

Today 8-2-07 I was called to Medical to see the Dentist & while there the Nurse Ms Yvette Pope informed me she spoke to Kathie Holst's boss in central office (Mr. Davis or Davidson I think) I'm not sure but she threatened me & said she would file intimedation charges against me if I sent any more kites to the Doctor mentioning her & or my court order.

She said the guy in Springs told her the court order does not exist as everything is under appeal & she can confiscate & or do what ever she wants to do with my care & other medical issues

I have wrote numerous times & as I have said when nothing is done the treatment here gets worse & worse.

At least let me know if things are under appeal as I keep geting told, by the people here for justification of the treatment I am receiving

William Gibson

I was again told the reason my cane was taken is because I do not qualify under Montez & that the Special Masters exceeded their authority in saying I was a disabled person because D.O.C. says I am not & there is nothing wrong with me & that will be the final word on this issue.

I have wrote to Ms Ribble & no one will let me know anything. When cane was taken I was told Nurse III Yvette Pope over rode any court order (IF it did exist)

Case No. 1:92-cv-00870-CMA-MEH   Document 2800   filed 08/09/07   USDC Colorado   pg 3 of 3



# *LRC* *Legal Resolution Center*

| | | |
|---|---|---|
| 7907 Zenobia Street<br>Westminster, Colorado 80030<br>303-426-7365<br>303-426-7714 (FAX)<br>1-888-881-7365 (Toll-Free)<br>RMLRC @ AOL.COM<br><br>Lynda Rowe, Administrator | Judge Richard M. Borchers<br>Judge Richard C. Davidson<br>Judge Donald E. Abram<br>Judge James N. Wolfe<br>Judge Michael R. Enwall<br>Judge Bruce D. Pringle<br>Judge Stephen L. Carter<br>Magistrate Sandra Franklin<br>Judge Kenneth M. Plotz | Other Offices:<br>Denver<br>Denver Cherry Creek<br>Denver Tech Center<br>Boulder<br>Colorado Springs<br>Grand Junction<br>Fort Collins<br>Cheyenne, Wyoming<br>Omaha, Nebraska<br>Salt Lake City, Utah |

August 8, 2007

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

       RE:    *Montez, et al. v. Owens, et al.*
                  Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)
                  Claimant: Wellman E. Gibson, Claim #: 03-173

Dear Gail:

      Enclosed for filing with the Court, please find another letter from Mr. Gibson that we received in yesterday's mail. The Final Order pertaining to Mr. Gibson's *Montez* claim was issued on June 22, 2007. Should you have any questions regarding this matter, please call me. Thank you.

Sincerely,

Susan L. Carter
Assistant to Special Masters

Enclosure