IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Anthony Hernandez, Claim number 03-152

**ORDER**

Kane, J.

This matter is before the court on Claimant, Anthony Hernandez' "Objection to the Final Order by Special Master" (doc. #2333), filed October 13, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that a monetary damage award will adequately compensate Mr. Hernandez for Defendants' violation of his rights. The Objection is OVERRULED. The Final Order of Special Master (doc. #2210) is AFFIRMED.

Dated:  August 10, 2007

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT