Box 392005
Denver, CO  80392
August 6, 2007

The Clerk of the U.S. District Court
901 19th Street
Denver, CO  80294

RE: Case #92N870 (OES) & 96N343

Dear Madam or Sir:

On July 27, 2007, which was the deadline for filing for the Montez Noncompliance, I filed an Amended Stipulation and Order for Compliance for CDOC/OWCF Within Montez Remedial Plan Violations and Noncompliance.

On August 6, 2007, I was called to the Unit Office for Legal Mail and told by Officer Gortner that the document I had mailed on the 27th had been returned to me. The package had been opened outside my presence and I was able to see a checkmark on a paper which said the case number was not enclosed.

Because my copy has a case nymber, I feel sure that the other copies were the same, and because the filing date has now expired, I refused the package. I am confused. Did all my copies have a defect? Had they been tampered with? I am already experiencing repercussions from staff for my attempts to expose this bad situation. I don't want this important information to be lost or to file untimely because ~~I was ignorant of procedure~~. some one did not see the case number at the top.
What should I do? Enclosed is a copy of the first page of my copy. If you want, I can send a copy of the complete filing, but I want to first make sure this reaches the court.

Sincerely,

Jill Coit
Jill Ciit
#86530

Enclosure

*[handwritten note:]* My Mother sent you a note/fax after she called the court to notify them I refused the mailing and did not touch it — Jill Coit

*[handwritten margin note:]* My copy please Return I did not sign for it