IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 10 2007

GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 02 2007

GREGORY C. LANGHAM
CLERK

Civil Action, File No.       92-N-870 (OES) 96 N 343
(To be supplied by the Court)

JESSE (JESUS) MONTEZ, ET AL                )
                                , Plaintiff(s)  )
                                               )
                                               )
                                               )
              vs.                              )
BILL OWENS, ET AL                              )
                                               )
                                               )
_____            )
Jill Coit # 86530  -Plaintiff                  )
Claim No. 03-129 Cat III   ,Defendant(s)       )
DWCF P.O.Box 392005                            )
Denver, Co 80239                               )

AMENDED STIPULATION & ORDER FOR STATUS FOR COMPLIANCE FOR CDOC WITHIN MONTEZ REMEDIAL PLAN VIOLATIONS AND NON COMPLIANCE.

Comes Now, Plaintiff Jill Coit, pro se and does hereby notify this court that Denver Women's Correctional Facility (DWCF) is not obeying the Montez Remedial Plan agreement in the following ways:
1. there are no handicapped/disability wheel chair table access in the East dinning hall and only 1 in the West dinning hall despite there being between 4 to 6 wheel chairs needing to eat in the dining halls. That is 4 to 6 in each dinning hall at each meal.
2. There are no handicapped toilet facilities (handicapped bars) in the property and holding area of DWCF, NO alarm buttons either that work so no way to call for help.
3. No alarm buttons in any of the DWCF cells as CWCF had and disabled/handiapped/elderly inmates are being beaten by DWCF inmates as well as having having their canteen and property taken.
4. No alarm button in the holding area off visiting and I got caught in that area and could not get out for 45 minutes until an officer walked by and let me out. If a disabled/handicapped inmate fell or had a heart attack they could die.
5. The so called handicapped cells (I am speaking about the one I am in Unit 2-126 are deficient in the following ways: Wheel chair inmates do not have access to the storage unit - it is to low for us to use(A). (b) we do not have storage access to under the bed because we can not bend to get under the bed-need file cabnet for compensation for non disabled inmates having legal boxes and hobby craft boxes.

C. Storage/closet is ~~not~~ to low. D. Desk is to high for wheel chair-need desk lower E. IN my cell all there is is a flashing strobe blue light with an ear pearcing alarm (since it is declared a hearing impaired handicapped cell) they do not always let us out and the strobe light and ear pearcing alarm goes off for sometimes an hour and we must stay in the cell. I have seizures and get physially sick from being in this cell when the alarm goes off. It is a fire alarm but DWCF does not deem it a fire alarm so the inmates are forced to stay in thier cells even though the alarms are going off. Besides DWCF cut through the fire wall to put in the cell alarm/flashing blue light. I am hearing imparied only due to back ground noises and should not be in this cell but Holst the ADA coordinator placed me in this cell because I greived her. Retalitory acts are not supposed to be allowed. I was in Unit 2 cell 120 which got adequate sun light to compensate for my Seasonal Affective disorder according to the MOntez Remedical Plan other disabilities will be considered. I was ~~~~ in cell 120 but was ordered by Holst to change cells down the hall even though the director of Mental Health dr. Helvig researched which cell got the most sunlight to accommodate my Seasonal Affective Disorder and cell 120 was his selection. I was cell 120 until Holst ordered me moved. I need back in cell 120- same unit (2). The retaliatory actions of HOlst needs to stop.

6. DWCF refuses to get me my medical appliances that I had at CWCF. I was moved to DWCF from CWCF because CWCF could not accommodate my disabilities in October 2001. According to DWCF property sgt, sgt Johnson and DAniel Gallegos my medical braces and appliaces were given to a "more deserving" inmate that did not file law suits or grievances. I want my back brace back, my hand spica splints repalced due to wear, my cervical and wedge pillow back. As well as other medical applinces that were issued to me by CWCF medical and Dr. Razzabhi agreed I should have but DWCF will not allow me to have.

7. Cathie HOlst -ADA coordintor keeps teling DWCF medical that I am not part of Montez even though I was awarded $350 damage settlement. see exhibits ___ RAndy Smith's letter to me dated March 20, 2006. Ms. Holst tried to pull the I have not completed the appropriate DOC forms to Judge Pringle and I submitted proof (A. medial record dated 3-16-04 stating "ADA screening forms filled". B. Accommodation REsoultion dated 3-22-04 signed by Holst (this is out of date since I had a stroke/TIA and heart attack and my hand has gotten much worse) C. Letter from Holst dated Oct 29, 2004 stating that, "My office recommends appropriate accommodations after you have been determined to be disabled.." So obviously if she signed the accommodation resolution I must have been determined disabled. D. Montez Resolution Plan page 2 states, " The inmate's status as an inamte with a disability shall be effective until a change in the inmate's condition causes a change in disability status." E. DR. Pollack of DWCF according to RAndy Smith's letter dated May 21, 2007 "granted you wellness...". This is what CDOC/DWCF does they just deem you well without any treatment or anything else. They do not want to accommodate your disabilities so they make you well on paper without any change in your medical condition that made you disabled.

F. See Dr. Razzaghi's message from Medical dated 8-2-05 stating that " I received your packet regarding your request to change your Montez Accommodations. As you well know, all accommodatios need to be <u>initiated through DOC legal office</u> , if related to MOntez and I can not make any changes to alrady set resolution. Your best way <u>to get help would be through communication with Ms. Holst.</u> I have no choice but to sending  back all your documents. However as a clinicain I'll be more than happy to help with your medical needs." ex 6

G. Yet Dr. Pollack merely granted me wellness. and chaged my permanent medical restritions(that ADA/Montez Dr. Cabling did on me) and made them temporary and even removed some of them or made them vague. ex 7A+7B

H. When I tried to get my MOntez restrictions and accommodatios resolutions in line with my medical conditions I was told, "<u>I have not received an notification from HQ in this regard and you have already had your screening. TY</u>  ex 8

I. Ms. Holst still claims I am not part of Montez and will not process my Montez grievances or ADA grievances. she refuses to answer them and tears them up according to Randy Smith. I was declared totally disabled through Social Security in 1983 see exhibit 9 So I am automatically ADA qualified and this court made me Montez qualified by Judge Pringle. Holst keeps claiming I did not sign CDOC Offender Consent for Disclosure of Confidential Information see exhibit 10  whre Dr. Razzaghi signed it on 2-2-05 again.

J.  I had a Stroke/TIA in december 2006 and lost part of my vision in both eyes see exhibit 11 .  The specialist at DEnver Health where DWCF took me stated in writing that I need specail tinted glsses with the sides enclosed because CDOC/DWCF has flourscent lighting in all cells, sleeping aread, library, dinning halls, class  rooms, gym etc. That this type of lighting harms my eyes and causes my conditiosn to excerbate so I need special glasses. I have lost vision in both of my eyes, I do not see out of the bottom of both eyes, basicaly I see you from the waist up.  ex ---

I now am worse because of I believe another stroke that was in July 2007 because I now only see out of the upper  halv of my right eye, my left eye is dark. DWCF does not have anyway of making the law books larger print. I was also granted permission to use the computer  program called DRAGON that is voice activated computer program that the DWCF business computer class has. But now according to DWCF I am not allowed to use it. ex 12+13

K. Cahtie HOlst directed that I not be allowed to hear the tape that MOntez Judge Pringle sent to me of my deposition in October 2004. Holst stated that the court has no control over what CDOC does or allows. Judge Pringle could send me anything he wants but that does not mean she must allow me to hear it, I can see it but I can't hear it. ( Although in truth, DWCF seized the computer disk that Judge Pringle sent me even though the same computer  disk are in the DWCF computer lab. This is denial of access to the courts. Holst is still retalating against me for beating her in the Montez deposition. She was sent by the Attorney General's office a copy of my exhibits so she can not claim she does not have medical records or signed medical reqest. I refuse to play her games any longer. I have repeatedly showed medical including Randy Smith my Montez  "Final Order of Special Masters" but DWCF medical  state they must obey Cathie Holst. If HOlst says I am not Montes then I am not Montez and they can do nothing for me.

L. I need my hand braces replaced and they have been replaced since 1995 when I cam into CDOC but now I can't get them replaced despite DWCF doctors asking that they be repalced. NOw CDOC insurance company does not provide hand braces or so Randy Smith states.

M. I have ordes for Tens unit that I had in CWCF that was taken away from me in 2001 and given to a more deserving inmate. I need my tens unit returend.

N. I need my back brace that was lost in 2001 replaced liek the one Denver Health issued to me replaced.

O. I need shower shoes that accommode the plantar Fibroma that I have on my left foot that was caused by CWCF making me wear state issued boots that were two sizes to small because I reported sexual abuse by a correctional officer. DWCF medical ordered that I be allowe to purchase CROCs at no cost to them to buy shower shoes that could be cut to accommodate my planatar fibrom but DWCF refused to allow me to have the showere shoes even though an inmate already had crocs shower shoes. Crocs shower shoes have an antibacterial rubber that inhibits bacterial growth and is no slip. I have fallen many times and gotten injured due to CDOC not providing shower shoes that are non slip. Several of the eleerly have already become seriously hurt but CDOC refuses to sell us proper foot wear or shower shoes.

p. I have listed the way DWCF is not in complaice with montez as ATTACHMENT A see below.

Q. I have a severe hand deformity and verified arthritis in my right hand that prevents me from using my hand. I have been issued an inmate to help me with my showering and other daily personal care actities. DWCF medical has issued orders that, "Ok for her to use computer -voice activiated program due to hand deformity and arthritis"dated 6-27-06. Yet I just got fired for using computer with my instructors permission.
The Director A. Zavaras is a defendant in a law suit I have against CDOC failing to protect me from former sgt. Joseph Smith in CWCF sexually abusing me for a year and a half. Dirctor Zavaras ordered that i be fired from my job as para pro in the computer lab for using the computer lab computer to do my legal work. I Had the instructors permit and Ms. Volz (instructor) would proof read my work and print my documents. But she had no choice but to fire me when ordered to do so. I even had her state in front of her boss Capatain Lutz that she had given me permission to do my legal work and confidential letter to the court in an attempt to try to settle the sexual abuse law suit. Director and defendant Zavaras ordered my legal work confiscated and me fired. I am not to use the computer lab for one year and not allowed to take part in any programs. I have been terminated illegally. This was the only job I could do because it is the only own that is computer with the voice actiated program on it. So I have been denyied employment and access to program that accommodate my disability.

I want computer use back as medical ordered.

R. The library does not have a computer for checked out status or even for library use. I need a computer , I am having my friend type this and it is not my work. I need the same access and to have the same abilities as tehe non disabled. The ability to communicate by the written work by myself

The DWCF library needs o thave computer for inmates with hand disabilities to use as set forth on page 22 of Montez Remedical Plan. *q 17*

S.. DWCF is threatening to remove my medical appliance and all property that is listed as medical issued. See property sheet which is in compliance with CDOC/DWCF rules and reguations. I do not want them to retaliate against me by taking away any of my property as listed on this exhibit. Retaliation is not supposed to be allowed but we know from what Holst has doen it is beingdone to me. I want protection. *q 18*

T. Jusge Pringle told me I could file for expansion of montez because the way Montez was worded it was to narrow it does not include my hand disability even though it is a MOBILITY DISABILITY but I can not do this because Host will not let me use or hear the montez dispositation. I want to be able to take the MOntez disk that Judge Pringle sent me to the Computer lab and use the comuter-coice activated program totranscribe the disk. This is reasonable and fair and will not cost CDOC/DWCF anything.

**Cost CDOC Nothing -**

I want to be able to purchase special glasses like Denver Health said I needed.
2. purchase croc shower shoes or better yet have DWCF purchase them.
3. I want all braces returned that were given away because i filed law suits adn greivances . Heating pad returned immediately.
4. Medical orders from specialist obeyed.
5. My job back with me being allowed to do my legal work on the computer or have computers placed in the CDOC libararies to accommodate the disabled inmates that have hand and vision disabilities.
5. DWCF move me back to cell 120 in unit 2 (I am in unit two currently just need to be moved down the hall) where i get sunlight to accommodate my Seasonal affective disorder.
6. My cell to be modified to accommodate my disability needs and the same things I was allowed in CWCF medical unit number 7. see Final order for items
7. Need file cabnet to replace legal box that slides under the bed as non disabled inmates are allowed.
8. Allowed to purchase hobby craft equipment for my cell that will allow me to do the same hobby craft project as the non disabled-knitting machine and appropriate tools.
9. stop retaliation from Cathie Holst ADA coordinator. Recognixed as Montez participant/claimant.
10. Returen of all legal documents seized and my cell not trashed.
11. Obey Montez Remedical Plan and other complaince noted herein.
ALL EXHIBIT TO FOLLOW:

respectfully,

Jill Coit

CERTIFICATE OF MAILING
I swear I placed in the US mail for inmate use the above docuements sent to the following: US District Court for Montez, attorney General.

This 27 day of July, 2007