# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action, File No.     92-N-870 (OES) 96 N 343
(To be supplied by the Court)

JESSE (JESUS) MONTEZ, ET AL     )
                     , Plaintiff(s)    )
                                     )
                                     )
           vs.     )
BILL OWENS, ET AL     )

Jill Coit # 86530 -Plaintiff
Claim No. 03-129 Cat III     , Defendant(s)
DWCF P.O. Box 392005
Denver, Co 80239

---

**AMENDED STIPULATION & ORDER FOR STATUS FOR COMPLIANCE FOR CDOC WITHIN MONTEZ REMEDIAL PLAN VIOLATIONS AND NON COMPLIANCE.**

    Comes Now, Plaintiff Jill Coit, pro se and does hereby notify this court that Denver Women's Correctional Facility (DWCF) is not obeying the Montez Remedial Plan agreement in the following ways:
1. there are no handicapped/disability wheel chair table access in the East dinning hall and only 1 in the West dinning hall despite there being between 4 to 6 wheel chairs needing to eat in the dining halls. That is 4 to 6 in each dinning hall at each meal.
2. There are no handicapped toilet facilities (handicapped bars) in the property and holding area of DWCF, NO alarm buttons either that work so no way to call for help.
3. No alarm buttons in any of the DWCF cells as CWCF had and disabled/handiapped/elderly inmates are being beaten by DWCF inmates as well as having having their canteen and property taken.
4. No alarm button in the holding area off visiting and I got caught in that area and could not get out for 45 minutes until an officer walked by and let me out. If a disabled/handicapped inmate fell or had a heart attack they could die.
5. The so called handicapped cells (I am speaking about the one I am in Unit 2-126 are deficient in the following ways: Wheel chair inmates do not have access to the storage unit - it is to low for us to use(A). (b) we do not have storage access to under the bed because we can not bend to get under the bed-need file cabnet for compensation for non disabled inmates having legal boxes and hobby craft boxes.