According to the notice of Stipulation and Order Regarding Status of Compliance by DOC With Remedial Plan issued on July 11, 2006 by Judge Kane DOC has completed the compliance for the Architectural-physical plant provision on July 27, 2006. However I wish to enter a motion stating that DOC has not complied with the Montez Remedial Plan compliance provision. They are not in compliance because according to page 7 VII Structural Compliance/Physical Plant Changes the second paragraph states," Structural modifications …. shall be made to ensure inmates with disabilities have **full use and enjoyment** of all the following areas, including but not limited to accessible housing, **inmate cells, restrooms,** and **bathing areas,** water fountains, **recreation areas such as gyms, yards,** and weight rooms, medical clinics, infirmaries, laundry facilities, cafeterias and/or **dining halls,** chapels, visiting areas, vocational training, employment opportunities, libraries, **pathways**, including evacuation routs, and other programs, services and benefits. DWCF disabled inmates do not have full use and enjoyment of the areas I have highlighted. I have listed the following violations below:

My disability and mobility medical impairments are as follows: Wheel chair bound , back and knee mobility impairment includes not able to

**Handicapped Cells**

Handicapped cells at DWCF do not meet my needs as a wheel chair disabled inmate with back, shoulder, knees, hand and spine mobility problems. I have restrictions on bending, lifting, pulling, pushing, and squatting. Other mobility disabled inmates have these same issues.

(1) When I was housed in the medical unit at CWCF unit 7 we had single cells that met our individual disabilities because my cell a low table that served as my desk approximately 36 inches long, a four drawer dresser, night stand with drawer, chair with rollers, medical egg shell mattress, a closet that was low for hanging clothes, and a book case. See Final Order of Special Master dated December 15, 2005. I have none of these in my cell at DWCF. This violates the Montez Remedial Act page 4, V Placement "Inmates who are currently in DOC and are moved to a designated facility because of a disability and pursuant to this agreement will have the **same privileges and property** rights as they possess in their current placement. "

(4)

**Desk   -structural issues since it is built in/attached**

DWCF handicapped cells in units 1 and 2 have desk (which is nothing more than a board that is ____inches wide and ____inches deep) that are one inch higher than non handicapped cells. I need a lower desk not one that is raised one inch. My injured rotator cuffs of both shoulders prevent me from lifting my arms above my breast. My wheel chair sits low to accommodate my size therefore my desk must be even lower for me to use it.   The desk attaches to the bed and then to the storage/ hanging closet unit. If you make the board that serves as the desk _____inches wide instead of __ you could add a unit that has storage compartments I have attached a copy of one as exhibit ___.They are cheap cost less than $20 and would meet the disabled needs. Due to my mobility problem involving use of my hands, with my severe arthritis I cannot pick things up from a flat surface without pain. This small adjust would meet our disability need.


The desks in units 3, 4, 5, and 6 are merely a shelf that has a 2 inch border on the sides that prevents disabled inmates with hand and arm problems  from using the desk since  they must keep their arms flat to use it. Disabled inmates should never be forced to use this type of desk if they have shoulder or hand impairments. *to lift for wheel chair error*

(5)

**Storage/hanging Closets –structural issue, attached.**

DWCF unit 1 & 2 cells and handicapped cells have a hanging closet/storage unit. The storage compartment since it is on the bottom and deep must only be access by bending; this does not work for the wheel chair, elderly or mobility inmates that can not bend.  We can not get down low enough to get into the storage unit. We need something to store our clothes and personal property in. Again a 2 drawer file cabinet would solve this need. Or if you used the same type of unit with the hanging area on the bottom and the storage and shelf area on the top, wheel chair inmates could use the unit, but this would be more expensive and require that Correctional Industries make a new storage/hanging closest.

(6)

**BED- this is a structural problem that can easily be remedied.**

DWCF beds are to low for mobility and wheel chair inmates with back problems to get out of without **have a grab bar attached to part of the front of the bed**. Also the beds need to be made higher for mobility impaired inmates with knee problems. *part*

I need a higher bed or a way to make my bed higher either by adding mattresses or actually lifting up the bed. My bed needs to be at least 36 inches from the floor so I do not have to stain and injure my back and knees trying to get off the bed.

DWCF already has the two drawer file cabinets. There are only four inmates that were transferred from CWCF to DWCF during the time period covered under Montez so they are the only ones that qualify. IE: Coit, Freeman, Davis and Crawford. He said you could take one of the apartment units and convert it into four cells since it is a two bed room. It has a day room that would accommodate desk and furniture to meet our individual disability needs and would meet all requirements of what we had at CWCF in our sleeping room cells. There are already camera set up since these apartments (4 of them) already accommodate inmates and their children only on week ends. He said we could then be allowed to have all medical appliances and hobby craft machines to allow us to function as the non disabled and we would not be in the general population so they would not have access to our equipment. We could get patted out if we left the unit. It has a outdoor area that is about 6 fee by 8 feet so we could have outside air with no mold problems and it is totally enclosed and secure. This would be an optional placement and if they declined they would forfeit any claims of not having what they are entitled to under Montez. If any chose not to take DWCF on this move other disabled inmates could be allowed to live there if they were really disabled and were not aggressive or would hurt the elderly. That is always a problem when you put disabled elderly inmates with intuitional violent predators as they are subjected to in general population. Unit 7 at CWCF protected the disabled and impaired inmates. By having them in a secluded area but still allowing them to go to general population functions, programs, gym, benefits, library and services they were kept save and controlled.

(7)

**DWCF handicapped cells do not meet ACA 25 sq feet of unencumbered space as required by ACA**

DWCF handicapped cells do not meet ACA 25 sq feet of unencumbered space as required by ACA when they house two wheel chair inmates together as they do now. Handicapped inmates normally have more property due to having medical appliances, multiple braces, medical aids, wheel chairs and items necessary to help them function in their cells therefore they should not be celled with other disabled inmates. Having 2 drawer file cabinets will help reach the 25 sq feet of unencumbered space requirement. DWCF already has them in the facility. *Very dangerous out enter in can of fire.*

**(8) DWCF handicapped cells get very little direct sunlight**

The handicapped cells are in the center of the building so they get very little direct sunlight. They are cold because the sun can not warm up the cell when you raise the blinds. Placing me in a handicapped cell that gets very little sunlight is a violation of the Montez Remedial Plan. Page 4, V Placement first paragraph, "Inmates with ….. and other disabilities or compound conditions sever enough to require special housing and program will be assigned to placement in these designated facilities". This means my other disabilities or compound conditions will be considered. I have a severe arthritis and need a warm environment.

Summer time is especially hurtful due to air conditioning, without the full exposure to afternoon sunlight to warm up the cell it is to cold and causes me to hurt. I also suffer from a mental disorder labeled Seasonal Affective Disorder that requires that I have direct sunlight exposure.

I was removed from Unit 2cell 120 that mental health placed me in due to its getting direct sunlight multiple hours per day and placed in a handicapped cell just down the hall that gets very little sunlight (cell 126). I want moved back to cell 120 and cell accommodations made to meet my structural disability needs.

Utility Tubs

According to ACA standards each floor is to have utility tubs for cleaning items. Units 1 and 2 do not have the utility tubs therefore inmates must use the bathroom sink to clean and wash dishes, shoes and other things. These are especially important to the disabled since they can not always reach the bathroom sinks and they do not have handles that enable the disable to use them. Only some sinks have levers on the sinks to turn on the water flow.

**Lights**

Fluorescent lights are left on in DWCF units 3, 4, 5 and 6 -24 hours per day. This is extremely harmful to the elderly and those with vision disabilities. Also CTCF infirmary in Canon and DRDC infirmary florescent lights are also left on 24 hour per day. Only DWCF units 1 & 2 have control of these lights. *need full*

*Spectrum*

Bathroom Structural non compliances.

**Showers**

The handicapped showers in unit 1 & 2 at DWCF in wings A and D were not designed to keep the water in and when you shower the water runs all over the bathroom and hall, Creating a very dangerous situation. Many inmates have fallen due to these poorly designed stalls. This is not my opinion but I was told this by maintenance worker.

The shower in the handicapped bathroom showers need to have a lever type control not the push button they have. In Canon CWCF unit 7 the medical unit 7 had this type of shower control and they worked well for us hand/wrist mobility disabled inmates. No other facility has this type of shower levers. Unit 7 at CWCF was turned into medical offices so they are no longer available to disabled inmates. With the again and disabled inmate population increasing you need this type of level for handicapped showers. All of DWCF/DRDC as well as CTCF and CWCF showers have the push button shower water control This is extremely

painful and causes swollen joints in the hand/wrist and fingers. In fact the pain shoots all the way up my arm.

Some of the buttons which control the showers in unit 1 & 2 are actually placed behind the grab bars. You must twist your fingers to get to the buttons. Most painful to the elderly and disabled inmates with arthritis and hand mobility issues.

DWCF units 3, 4, 5, and 6 handicapped showers do not have a dressing area off the showers so inmates must dress in the wet showers. This is especially difficult if you're in a wheel chair. The shower stalls measure only _____ inches wide. Also DRDC and CTCF have no dressing area except in the wet showers.

Unit 4 Segregation where I was housed for over 8 months in 2001 does not even have a handicapped shower.

**MOLD and Water Damage/** *settlement*

DWCF/Denver Complex filed legal action against the Construction company alleging roof damage. When it rains water runs down the walls and in the electrical lights in Unit 4 –segregation. In fact if you will inspect when DWCF is not expecting you will find water damage spots all over the complex. Check maintenance records for repairs if you're really investigating compliance to Montez Remedial Plan.

I now live in unit 2 and when it rains or snow melts it runs in the building and causes water damage. It travels down the pipes and other conduits and causes damage.   For example A hall cell 138 the wall collapsed and the TV stand mounted on the wall fell on an inmate. In B hall cell 108 there is mold growing on the baseboards next to the bathroom. In D hall cell 128 I was forced to live in a handicapped cell that had water running down the wall flooding the cell. I had to put my legal box in plastic bags to keep it dry. They fix as best they can the water damage caused by the roofing problem. However all they do is use a band aid approach- put a sealer on the water damaged walls and wait till the next time and do it again.
    I am allergic to mold and all the units at DWCF have mold and the mold smell. Especially the handicapped cells because they are all placed in the center of the units next to the bathroom so they get all the water and mold problems. It is not just causing me breathing problems but also elderly and disabled inmate Barbara Freeman. She lives in the handicapped cell I used to live in cell 128 with mold growing rampantly. You can not fix the mold problem just by painting over it. It is in the walls and sheetrock.
    See report done in March 2004 at CWCF about mold smell and unit 4. I was forced to live in mold conditions from 1995 till I was transferred to DWCF in October 2001. I have documentation both medical and officers reports about mold

issues. This is very dangerous for me with my medical history. See Montez exhibits _____ and _____

Structural problems at DWCF that do not conform to Montez

The East dining hall does not have any handicapped tables for wheel chair inmates. The wheel chair inmates must squeeze between the metal stools and do a balancing act to eat. The West dining hall only has one table that seats four for wheel chairs even though there are on average at least 20 wheel chair inmates.

The holding cells in property do not have handicapped toilets or grab bars. The intercom to call for help do not work in most of the holding cells. They sometime use these cells as cooling off cells where inmates are locked for hours without constant supervision.

There is no call for help button in the holding area where you enter to go to property and visiting so if there is not an office in the control center for visiting you can get stuck without any way to call for help. I was caught in there of almost an hour a few years ago. This is a dangerous situation considering the elderly/diabetic and heart/asthma inmates housed at DWCF.

There is a lip on the bathroom doors in the gym so very difficult to get your wheel chair over.

There is no cement walk way to get ~~to the~~ around in the "big yard" so it is inaccessible to wheel chair inmates.

**Toilet/sink combination- is not accessible for wheel chair and inmates with mobility problems of the knees, back, shoulders and hand/wrist.** _ D w CF Units 3+4+5 c w CF - 1, 2, 3 +4 units

I am not the only disabled inmate that has these problems. I only gave you my medical conditions so you would know why these structure compliances need to be adapted to wheel chair and mobility disabled inmates. Females are generally smaller and there need adjustments made to accommodate their individual disability needs. I thought the whole reason for Montez was to accommodate the disabled inmate's needs.
                                           at DWCF- 3, 4, +5
                                              C WCF- 1, 2, 3 +4
The **toilet/sink combination unit**- the toilet is to low and the grab bars that are supposed to assist you in rising is to far away. Knee injury prevents me from being able to lift myself up from that low without pain. I have injured/torn rotator cuffs so I can not stretch that far to use the bars nor can I lift my weight that far up due to severe arthritis and deformed hand. I have fallen trying to raise myself up from these low toilets and gotten injured. The flush button is too small (it is almost flush with the unit) and difficult to use due to arthritis and hand deformity. I get sharp shooting pains in my thumb/hand that shoot all the way up my arm. The sink is not accessible in these units for wheel chair inmates unless they are

ATTACHED EXHIBITS

I was declared totally disabled by Social Security in 1983 so
I am automatically ADA qualified and this court mande me
part of the Montez Remedical Plan by its judgment


1. CWCF property list  showing my medical property
2. Randy Smith's Letter Telling me I am not a part of Montez according
   to Cathy Holst -ADA coordinator.
3. DWCF medical record shoiwng I was screened for ADA and forms filed out
   on 3-16-04
4, Montez Remedial Plan page 2
5. Letter from Rany Smith with dr.   Pollack granting me "Wellness"
6. Letter  from Dr. razzaghi stating that she can not make changes in
   my medical accommodatoins.
7. Medical restrictions that were permanent now are temporary (7B)
8. Notice on medical kite telling coit she has alreaady been screened
9. Social Security disabilty documentation.
10.  Medical confidential disclosure signed
11.  Denver Health eye loss vision in both eyes lower half. (5 pages)
12.  Medical Report stating "Ok for her to use computer-voice activated
     program due to hand deforminty."
13. MEdical record documenting hand problems-        chronic carpal
    tunnel syndrome and probable basilar joint arthritis render her
    R (dominate ) hand very limited functionally.
14.  Tens unit order
15.Documentation for croc shower shoes paged (14) and plantar fibroma
16.  medical records and orthotic shees.
16.  Attachment  A  showing how DWCF is not in compliance with Montez.
17.  Montez Remedical Plan page  22
18.  Coit's property list reflecting medical appliances/aids that will
be removed  in retaliation for filing this.
19  Letter from Major Two Bears Chavez stating Medical is responsible-
how medical and security pass th ebuck.
20.  Holst letter where Coit request medical accommodations to support
her grievances that Holst refuses to process or acknowledge stating
she is not part of MOntez.
21.  Parts of m Coit's Montez award Final Order from Judge pringle
supporting her claims. pages 3, 4, & 5,

FILE: TG&OMP

ADD TO LIST (NO NUMBERS):

4 ACH BANDAGES
3 WRIST BRACES
1 ANKLE BRACE
1 CERVICAL PILLOW
MISC. JEWISH FOOD
1 MOIST HEAT PAD
1 TORAH/HOLY BOOK (JUDAISM)
3 PR. SUPPORT PANTY HOSE
TENS UNIT

RELIGIONS ITEMS
----------------
1 JEWISH SACRED ITEMS BOX

FACILITY SPECIFIC ITEMS
-----------------------
1 ADDRESS BOOK (PMC) CANTEEN ITEM
1 CABLE SPLITTER
1 MICROWAVE BOWL.
1 MISC.PAPERWORK
1 WEIGHT LIFTING GLOVES

1 CABLE CORD
1 JEWISH MEDALLION
1 MISC.CANTEEN/HYGIENE ITEMS
24 SPONGE ROLLERS (PMC) CANTEEN ITEM

MEDICAL APPLIANCES
------------------
2. KNEE BRACE/BRACES
1 MEDICAL TENNIS SHOES
1 WEDGE PILLOW

1 CANE
1 MEDICAL MATTRESS
2 PRESCRIPTION EYE GLASSES/CONTACTS

Inventory Staff____D. Marshall____    ____D. Marshall____
                   (print name)          (signature)

Inventory Staff_____    _____
                   (print name)          (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.

Offender Signature_____    Date__5-15-01__

EXHIBIT _____1_____

13

# STATE OF COLORADO



**COLORADO DEPARTMENT OF CORRECTIONS**
**DENVER WOMENS CORRECTIONAL FACILTY**
**CLINICAL SERVICES**
Randy R. Smith, Health Services Administrator
3600 Havana Street, Denver, CO 80239



March 20, 2006

To:     Ms. J. Coit, #86530
From:   Randy R. Smith, HSA, Clinical Services, DWCF
Subject: Montez Resolution / Response to Letter

Ms. J. Coit

EXHIBIT ___2___

I have submitted an inquiry based on your requests to HQ and have discussed your letter dated February 9th to myself and NP Harrelson with Cathie Holst of Legal Services. My question to Legal was whether you were under the ADA Accommodation Resolution as referred to in your letter. Ms. Holst replied that they have sent numerous communiqué to you so that you may fill out the appropriate paperwork to be considered for a formal ADA Screening.

Currently, you do not fall under the Montez Resolution Plan as indicated in your letter. Ms. Holst suggested I convey to you the importance of completing the appropriate forms and request a formal screening. She also asked me to have you send all future correspondence concerning the legality of the Montez Resolution to the attention of the A.I.C at Legal Services and they will assist you with your claim. After the screening is complete, Legal Services will be able to communicate a determination whether you are a qualified disability pursuant to the mandates of the Montez Remedial Plan.

In response to the braces/property loss as indicated in your letter, I am unable to secure your braces until you comply with the above screening as that will indicate a need for definitive medical care. Once I am authorized to issue these devices to you based on your healthcare needs as dictated from the results of the hearing, I will do so immediately.

Randy R. Smith, HSA, Clinical Services, DWCF

---

Denver Women's Correctional Facility – Clinical Services
Denver, CO 80239-8005



DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.    NAME    OFFENDER NO.    LIVING UNIT

SUBJECTIVE:    DATE    TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:  Temp. _____ Pulse _____ Resp. _____ B/P _____

EXHIBIT _____ 2 _____

SIGNATURE:
NURSE:

P.E.:

PHYSICIAN:
Rx NO.

ASSESSMENT:

---

PRICARE CODE NO.    NAME  Cort, Jill    OFFENDER NO.  86533    LIVING UNIT

SUBJECTIVE:    DATE  3/16/04    TIME

PROBLEM  1  2
PLAN / ORDERS

wt 162

OBJECTIVE:  Temp. 97.4  Pulse 79  Resp. _____  B/P 109/75

R 20/25
L 20/30
B 20/25

ADA screening
forms filed

SIGNATURE:
NURSE:  [signature] 3/16/04  1200

P.E.:

PHYSICIAN:  [signature] MD
Rx NO.

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Inmate with a permanent physical disability/impairment which substantially limits his or her ability to perform a major life activity.

C.    PERMANENT DISABILITY/IMPAIRMENT

A condition which is not expected to improve within six months.

## IV.    DRDC: RECEPTION CENTER PROCESSING

All inmates sentenced to the DOC will initially be processed through the Denver Diagnostic and Reception Center (DRDC). Generally, inmates shall be processed out of DRDC in a timely manner, no more than 60 days from the date they are received by the DOC. Detention at DRDC in excess of 60 days shall not be based on an inmate's disability.

If an inmate with a disability is housed at DRDC beyond 60 days, DRDC will ensure that the inmate is not denied access to programs, benefits and services comparable to those at the designated facilities. These programs may be provided through video transmission.

At the beginning of the intake processing, it shall be determined whether the inmate has a disability. If so, the disability shall be identified on the Inmate Disability Verification Form. The inmate shall then be referred to the designated ADA Intake person who will coordinate the intake process at DRDC to determine if any accommodations are required to assist the inmate through the DRDC intake process. Such accommodations may include, but are not limited to providing a sign language interpreter, testing in large print Braille or other assistive devices. Any such accommodations provided shall be documented in the inmate's file and forwarded to the AIC. The Inmate Disability Verification Form shall be forwarded to the AIC and shall become part of the inmate's files, and recorded in a central computerized system. The inmate's status as an inmate with a disability shall be effective until a change in the inmate's condition causes a change in disability status.

As a part of the intake process, inmates with disabilities will be provided written information regarding their rights as individuals with disabilities, the accommodations that can be provided relative to their disability, and informed that they will not be denied access to the programs, benefits and services simply because of their disability. They will be provided contact information for the AIC. The inmates will also be informed of the ADA grievance process and the method for filing such grievances. The information will be provided in a way that accommodates an inmate's specific disability. Inmates with disabilities who are illiterate or sight impaired will be provided a video orientation regarding these procedures.

Inmates must cooperate with staff in the staff's efforts to obtain documents or other information necessary to verify a disability, including but not limited to, signing a release for medical or mental health information, if necessary. Verification may be triggered by any of the following:

2

EXHIBIT _____ 4

# STATE OF COLORADO



DENVER WOMENS CORRECTIONAL FACILITY
CLINICAL SERVICES

## Message from Medical:





Name: <u>Jill Coit</u>
DOC#: <u>86530</u>
Unit: <u>2</u>   Date: <u>21 May 2007</u>

Due to Dr. Pollack's evaluation of granting you wellness coupled with his departure, I consulted with Legal at HQ and they informed me you must start the screening process from the beginning with an official application. Though you will not agree, it will be the quickest way to a resolution if you concede and go through the screening process. I am providing you with the paperwork, definitions and process that must be followed.

IV.   PROCEDURES – Admin Reg 750

A.   Identification of Disabled Offenders

*1.*   Any DOC employee, contract worker and volunteer who becomes aware of an offender's possible need for an accommodation shall notify the AIC via email of the offender's name, DOC number, current facility and a description of the possible nature of the disability. *(I have done this with Ms. Baxter at Legal)*

2.   All offenders who choose to proceed with a disability screening are required to fully cooperate with the process, to include properly completing the Request for Accommodation Form, ADA Medical Release and the Functional Ability Questionnaire.

3.   Once the completed forms are received by the AIC, the offender will be screened by a DOC physician and the chief medical officer (CMO) will determine whether the offender's condition rises to the level of a disability.

4.   An offender with a verified disability shall be provided accommodations as determined necessary by the CMO.

To request an accommodation offenders shall complete the "Request for Accommodation" ("the Request") (Attachment "A") the "ADA Medical Release" ("the Release") (Attachment "B") and the Functional Ability Questionnaire ("the FAQ") (Attachment C). Forms may be obtained upon request from any DOC employee, contract worker or volunteers having access to DOCNET or by submitting a written request to the AIC. Forms shall not be edited, redacted, or otherwise changed from their original form. The request and release may be sent by the offender directly to the AIC at DOC Central Office via inter-facility mail (see AR 300-38, *Offender Mail*). *(I have also provided these forms to you).*

2.   The request shall specifically state the offender's alleged disability or disabilities, the major life activity that their condition places a substantial limitation upon, the specific accommodation(s) requested, and the reason the accommodations are needed. One additional page may be attached to the request if necessary.

---

Denver Women's Correctional Facility – Clinical Se
Denver, CO 80239-8005

*1 of 4 page*

EXHIBIT <u>5</u>



3.   Offenders may request assistance from their case manager to complete the Request for Accommodation, Medical Release Form and Functional Ability Questionnaire.

3.   Accommodations do not include clinical care. The AIC is neither responsible for nor qualified to make decisions related to clinical care.

4.   If the forms are improperly completed, the AIC will notify the offender that he/she is required to submit another form with the errors corrected. A request, release and functional ability questionnaire that is not properly submitted will not be processed. Offenders may contact their case managers for assistance with completing the forms.

5.   An offender whose condition is not severe enough to be considered disabling pursuant to the ADA, as determined by the CMO, is not entitled to accommodations or placement at a designated facility. The offender's medical condition will be managed clinically and he/she will receive appropriate treatment and restrictions as determined to be medically necessary.

6.   An offender may request additional accommodations at any time and all such requests will be evaluated for medical need by a physician and the CMO. **Offenders may submit a Request if they feel a new disability has arisen since their last screening; their current disability has worsened**; access to a program, benefit, or service requires accommodation; and for any other legitimate reason not included above. [4-4142]

C.   <u>Determination of Disability</u>

1.   When the request, release and functional ability questionnaire have been properly completed and submitted, the AIC shall refer the offender to DOC clinical services staff. They will schedule the offender for a screening to be performed by a facility physician. The physician shall report the results of the screening to DOC clinical services staff at HQ or the reason for any delay in the screening process.

2.   DOC clinical services staff at HQ shall then forward the physician's recommendations to the CMO for review and determination regarding disability status. The CMO may adopt, revise, or disagree with the physician's findings or may request further testing or information.

4.   The CMO shall provide the AIC with the final disability determination at which time the AIC will prepare an accommodation resolution ("resolution"). It shall list the disability(ies) and enumerate the approved accommodations. The resolution shall be forwarded to the CMO for signature. The AIC shall then sign and provide copies to (1) the CMO, facility administrative head, and housing supervisors (2) the facility HSA who will ensure that a copy is placed in the offenders working, clinical and mental health file; and (3) the custodian of offender records at Headquarters who will ensure a copy is placed in the department file.

5.   Offenders shall be provided two copies of the accommodation resolution printed on yellow paper. The resolution shall serve as the offender's permission to receive specific accommodations and it is required that he/she maintain a copy on his/her person at all times. It is advised that offenders keep the second copy in their personal papers maintained in their cell.

Ms. Coit, I hope this helps to get your questions and concerns resolved in the quickest possible manner. Please follow the instructions above and you should see results soon after the required paperwork is received by the AIC. Thank you for your cooperation.

*Randy R Smith*

Randy Smith, HSA, DWCF
Clinical Services

4 of 4 page
Randy Smith 5-21-07

EXHIBIT _____

EXHIBIT _____6_____



# MESSAGE FROM MEDICAL

**TO:** Coit, Jill                    **DOC #:** 86530

**DATE:** 8/2/05                    **UNIT#:** 2

pls copy for chart

Dear Ms. Coit,

    I received your packet regarding your request to change your Montez Accomodations. As you well know, All accomodations need to be initiated through DOC legal office, if related to Montez and I cannot make any changes to already set resolution. Your best way to get help would be through communication with Ms. Holst. I have no choice but sinding back all your documents. However, as a clinician I'll be more than happy to help with your medical needs.

**SIGNED:** Sincerely,

Dr. Razzaghi
_____, MD

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========== 08/24/2005 = Page  1
Doc No: 86530   Name: COIT, JILL                    DW/UNIT2   PRES FACIL
==================================================================================
Medical Level: 4   Qual Code: P   Desc: PERMANENT   Date Assigned: 08/23/2005
Dental Level: 2   Qual Code:     Desc:              Date Assigned: 05/10/1999
```

| Date Assgnd | Restriction | Qualifier | Date Assngd | Restriction | Qualifier |
|-------------|-------------|-----------|-------------|-------------|-----------|
| 03/23/2004 | LOWER BUNK | | 03/23/2004 | EXCERCISE | |
| 07/15/2005 | MED HOLD | TEMPORARY | 03/23/2004 | INTENSIVE | |
| 08/23/2005 | FIRST-TIER | PERMANENT | 03/23/2004 | SITTING | |
| 08/23/2005 | WHEELCHAIR | PERMANENT | 03/23/2004 | NOHVY-LIFT | |
| 08/23/2005 | NO STAIRS | PERMANENT | 08/31/2004 | SQUATTING | TEMPORARY |
| 08/23/2005 | NO PRVTPRS | PERMANENT | 08/23/2005 | NO BENDING | PERMANENT |
| | | | 08/23/2005 | SQUATTING | PERMANENT |
| | | | 08/23/2005 | STANDING | PERMANENT |
| | | | 08/23/2005 | WRK-CONSIS | PERMANENT |

EXHIBIT _____ 7A _____

Medical   Restriction created during OC New.                          Comment
s

Diagnostic
Narrative:

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========== 04/17/2007 = Page  1
Doc No: 86530    Name: COIT, JILL                    DW/UNIT2   PRES FACIL
================================================================================
Medical Level: 4   Qual Code: P   Desc: PERMANENT   Date Assigned: 04/05/2007
Dental Level: 2    Qual Code:     Desc:             Date Assigned: 05/10/1999

Date Assgnd  Restriction  Qualifier      Date Assngd  Restriction  Qualifier
-----------  -----------  ----------     -----------  -----------  ----------
03/15/2007   LOWER BUNK   TEMPORARY      03/15/2007   INTENSIVE    TEMPORARY
03/15/2007   FIRST-TIER   TEMPORARY      03/15/2007   EXCERCISE    TEMPORARY
03/15/2007   WHEELCHAIR   TEMPORARY      03/15/2007   NO BENDING   TEMPORARY
03/15/2007   MED HOLD     TEMPORARY      03/15/2007   WRK-CONSIS   TEMPORARY
                                         03/15/2007   NOHVY-LIFT   TEMPORARY
                                         03/15/2007   NOHVY-MACH   TEMPORARY
```

EXHIBIT _____

# REQUEST FOR SICK CALL

NAME: __Jill Coit__ NUMBER: __86530__

DATE: __7-27-05__ LIVING UNIT: __2__

WORK ASSIGNMENT: __CAD__

**Offender needs to be seen by: (CHECK ONLY ONE)**

X Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication. Med Name:

____ Other:

*I want to know why I have not been called in by Dr. Razzaghi to discuss what accomodations are needed under MOntez-disability since I am a class 1 claimant. Every other disabled inmate has had a meeting to discuss their needs.*

Explain your need for request: _____

_____

_____

Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: *I have not received any notification from HQ in this regard. You have already had your*

2002 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

EXHIBIT ____8____

.-*** REC 2001151 183832 HD0604E0 BCFS C1PQYA2 PQA2 (F-BCF ) ***

TPQY   DTE:05/31/01   SSN: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        DOC-D29 UNIT:999        PG: 001.
STATUS   MBR YES LOU-05/31 SSACCS NO LOU-05/30 SSR NO LOU-00/00/00
INPUT SOCIAL SECURITY NUMBER 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A   NAME J COIT        USER
TPQY CONFIDENTIAL SOCIAL SECURITY DATA - CLAIM NUMBER 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A   CODE 999
INDIVIDUALS OWN SOCIAL SECURITY NUMBER: 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
   JILL L COIT FEMALE BORN:06/11/44   ENTITLED:11/1983
   JILL L COIT                   STEAMBOAT CO 80466
               P O BX 772434
PAYMENT STATUS CODE: S7-BENEFITS SUSPENDED IN 05/95
NET MONTHLY BENEFIT IF PAYABLE: $716.00
INPUT SOCIAL SECURITY NUMBER 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A   NAME J COIT        USER CODE 999
TPQY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA ON 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
***INFORMATION***
NOT IN FILE AS OF 05/31/01

EXHIBIT

7

| DOC #: 86530 | Name: COIT, JILL | | Facility: DW/UNIT2 | Date Initiated: 12/20 |
|---|---|---|---|---|
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | | SSN: 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 | DOB: 06/11 |
| Level: 1-2 WEEKS | Tele-Med: NO | Provider: HARRELSON, JAMIE, NP | | SDD: 03/26 |
| Request: OPHTHALMOLOGY | Auth #: | Number of Visits: 1 | | PED: 03/26 |
| Location: DENVER HEALTH | Appt Dt: | Specialist: | | DH #: 20988 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62 Y/O FEMALE W/ CONT. DECREASED VISION IN HER LT. EYE SINCE EPISODE O 12/15/05 FOR WHICH SHE WAS SEEN IN THE ED FOR LT. ARM WEAKNESS, LT. EYE VISON LOSS, AND DIFF TALKING. PER THE E.D. THE PT. NEEDS TO F/U W/ OPTH. IN 5 DAYS. SHE STATES SHE WAS SEEN BY OPTH. THE ED, BUT NO NOTE WAS RECIEVED.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Y
3. URGENCY OF NEED V. REMAINING SENTENCE: Y
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: N
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NA
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT
8. PAIN COMPLAINTS/BEHAVIOR: SEE ABOVE.
9. RISK AND/OR COST BENEFIT:

| ICD | | CPT | |
|---|---|---|---|
| 719.41 | PAIN IN JOINT, SHOULDER REGION | 99215 | OFC/OUTPT VISIT E&M ESTAB MOD-HI SEVRTY |
| 346.90 | UNSPEC MIGRAINE WITHOUT MENTION INTRACT MIG | | |
| 722.6 | DEGENERATION INTERVERTEBRAL DISC SITE UNSPE | | |
| 716.59 | UNSPEC POLYARTHROPATHY/POLYARTHRIT MX SIT | | |

| Provider Signature: | *Electronically Signed* | Date: 12/20/2005  17:48 |
|---|---|---|
| Provider Name: | HARRELSON, JAMIE, NP | j10710 |

EXHIBIT _____11_____

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719 226 4566



EXHIBIT

EXHIBIT



© 1994-2000 HUMPHREY SYSTEMS
HFA II 750-4608-12.5/12.5

April 26, 2006

**To: Randy Smith, H.S.A.**

**From: Nancy Nola, NP**

**Subject: Special requests from inmate Jill Coit (#86530)**

I saw Jill Coit for an appointment this am and these are the items she is requesting:

1. She requested a pair of **tinted glasses** that were recommended by the opthamologist she saw at DHMC last November of 2005. She claims the light bothers her eyes, especially the left eye affected by her stroke. She states she is willing to pay for the glasses.

2. She requests the **special orthotic shoes** that she had before—she claims she has trouble walking without them. (She still uses the wheelchair to get around). She states she will pay for these shoes or reimburse DOC for these shoes. She would also like **shower shoes** as she has had them in the past. She is complaining of foot pain related to the fibromas in her feet.

I informed this inmate that you are the one to approve or disapprove these items. She requested that I give you the supporting documents for these special requests.

*Nancy Nola NP*

# DENVER HEALTH
## OUTPATIENT ENCOUNTER
### EYE CLINIC

M..., MR#, Pat#, DOB

```
86112174
03/09/06   HSC: EYE
COIT, JILL
2098863      F   06/11/1944
G08              DVR: Y
1:   2:   RX:  IP:
PCP:
PHN: (303)307-2307    MRLO: DGOP
```

**ATTENDING NOTE:**
Review of Housestaff Note:

#2 → light sensitivity – sun +
fluorescent lights.

**History:**

medically OK to wear tinted
glasses outdoors and i-
fluorescent light.

**Exam:**

**Assessment and Plan:**

Please Provide this
Patient with tinted
glasses at ordered
by physician

**Patient Education: See Patient Plan & Orders**

Debra Brown
Denver Health
Eye Clinic
x26 8075

Technician Signature/Title/Date  (mm/dd/yy)  (Pager & Provider #)

Scott Oliver, MD     116749.

Resident Physician Signature/Title/Date  (mm/dd/yy)  (Pager & Provider #)

3/9/6         11090

Attending Physician Signature/Title/Date  (mm/dd/yy)  (Pager & Provider #)

Page 1 of 2

# AMBULATORY HEALTH RECORD

Printed at: 06/27/2006 13:37:48
Encounter#: 1224860 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

## SUBJECTIVE

Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

Temperature: ___   Pulse: ___   Weight: ___
Respiratory: ___   BP: ___ / ___

### PLANS / ORDERS

Allergies: PENICILLIN G

☒ Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

## OBJECTIVE

Jill was here for several items.
1. Had injured her back on Sunday--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Ok given for shower shoes and bre extension.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

☒ ok for her to use computer-voice activiated program due to hand deformity and arthris.

## ASSESSMENT

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006 Disc Date: 06/27/2006 Rx instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006 Disc Date: 09/25/2006 Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

EXHIBIT ___

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006 Rx Instructions: ONE TABLET DAILY

Datetime:          Providers: NOLA, NANCY D
06/27/2006 13:07

EXHIBIT ___

PA/NP/RD ___          PHYSICIAN ___          NURSE ___
Datetime: 06/27/2006 13:07          Provider: NOLA, NANCY D          DateTime ___

213

Appt#: 80853

**Colo  do Department of Correctio**                                      age 1 of 1
**Consultation Report Form**                          Run Date: 10/31/2006 17:47
                                                      **REQUESTED**

DOC #: 86530    Name: COIT, JILL            Facility: DW/UNIT2      Date Initiated: 10/31/2006

Gender: FEMALE       Security: CLOSE              SSN: 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    DOB: 06/11/1944

Level: 1 MONTH       Tele-Med: NO      Provider: POLLACK, NATHAN M , MD    SDD: 03/16/3004

Request: DME         Auth #:                Number of Visits:  1       PED: 03/26/3004

Location: DEN-WOMENS     Appt Dt:           Specialist: ABILITIES UNLIM    DH #: 2098863

Diagnosis and requested evaluation or care:

1. CLINICAL INFORMATION: 62yoF whose chronic carpal tunnel syndrome and probable basilar joint arthritis render her R (dominant) hand very limited functionally. Current wrist splints are quite worn and need replacement.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: N/A
3. URGENCY OF NEED V. REMAINING SENTENCE: None
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Hand function depends on outside support
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: Yes, previous diagnosis and treatment documented on 8-volume chart.
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: More definitive electrodiagnostics, consideration of surgical intervention could be tried.
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Good
8. PAIN COMPLAINTS/BEHAVIOR: Appropriate to clinical findings
9. RISK AND/OR COST BENEFIT: Low risk, good potential benefit.

Subjective: Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; FOSAMAX - 70 MG; LIORESAL - 10 MG; NAPROSYN - 375 MG; ZOMIG - 2.5 MG

62yoF for group orientation to colonoscopy screening. She reports previous Ca colon 1972 w/ bowel resection, no recent F/U. Colonoscopy 1999 found polyps (according to pt) but no bx done.

Also discuss increasing hand pain R>L, need for new splints (as recommended by consultant 10-24-06).

Objective: WDWNF NAD AOCC
limited examination of hands and wrists (esp. R) shows tenderness about basilar jt., thenar atrophy, no remarkable + compression response.

Assessment:
787.91 – DIARRHEA
562.10 – DIVERTICULOSIS OF COLON
354.0 – CARPAL TUNNEL SYNDROME
787.6 – INCONTINENCE OF FECES
V76.51 – SPECIAL SCREENING FOR MALIGNANT NEOPLASMS COLON
99215 – OFFICE OUTPT EST 40 MIN

| ICD | | CPT | |
|---|---|---|---|
| 787.91 | DIARRHEA | 99215 | OFFICE OUTPT EST 40 MIN |
| 562.10 | DIVERTICULOSIS OF COLON | | |
| 354.0 | CARPAL TUNNEL SYNDROME | | |
| 787.6 | INCONTINENCE OF FECES | | |

| Provider Signature: | *Electronically Signed* | Date: 10/31/2006 17:47 |
|---|---|---|
| Provider Name: | POLLACK, NATHAN M , MD | nmpollac |

Please do not discuss dates of the follow-up appointments with the offender. EXHIBIT ___13___
Insurance:  Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 36..
ease send all dictated reports to: Clinical Services - Dept of Corrections - 286
FAX to  Your Scheduler @ 719-226-4566

EXHIBIT    10

Fax: 719-269-4030          Aug 29   15  13:55          P.01

## Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Run Date: 08/29/2005 14:22

Appt#: 65366

| | | |
|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW | Date Initiated: 08/08/2005 |

| | | | |
|---|---|---|---|
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: UPTO 2 MNTHS | Tele-Med: NO | Provider: HARRELSON, JAMIE , NP | SDD: 03/26/3004 |
| Request: DME | Auth #: 0106240590201 | Number of Visits: 1 | PED: 03/26/3004 |
| Location: DEN-WOMENS | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: SEEN BY PT ON 8/4/05 FOR KNEE, HIP AND SHOULDER PAIN. NEEDS TENS UNIT PER P.T REQUEST FOR PAIN MANAGEMENT OF THE SHOULDER PAIN.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: NA
3. URGENCY OF NEED V. REMAINING SENTENCE: Y
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: Y
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: Y
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Y
8. PAIN COMPLAINTS/BEHAVIOR: PT. W/ LROM OF BILAT SHOULDERS AND CHRONIC PAIN.
9. RISK AND/OR COST BENEFIT: Y

| Provider Signature: | *Electronically Signed* | Date: 08/08/2005 18:03 |
|---|---|---|
| Provider Name: | HARRELSON, JAMIE , NP | J10710 |

**Specialist's Subjective, Objective, Assessment Plan:**

*Approved for purchase of Wrist Splints (denied custom Orthotics). Please handle. Thanks!*

EXHIBIT _____ 14

EXHIBIT "00" 23

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Access Correctional Care   Phone: (888) 380-3726   FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

# AMBULATORY HEALTH RECORD

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |
|-------|-----------|--------------|--------------|---|---|-----|---|

## SUBJECTIVE

Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

Temperature: ___   Pulse: ___   Weight: ___

Respiratory: ___   BP: ___ / ___

### PLANS / ORDERS

Allergies: PENICILLIN G

Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

## OBJECTIVE

Jill was here for several items.
1. Had injured her back on Sundsy--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Ok given for shower shoes and bre extension.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

ok for her to use computer-voice activiated program due to hand deformity and arthrlis.

## ASSESSMENT

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE-OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

Datetime: 06/27/2006 13:07

Providers: NOLA, NANCY D

PA/NP/RD ___
Datetime: 06/27/2006 13:07

PHYSICIAN ___
Provider: NOLA, NANCY D

NURSE ___
DateTime ___

# MEDICAL RESTRICTIONS

EXHIBIT _____

Date _____ O6 27 06

Name _____ Coit, Jne

DOC _____ 86530

- No work with heavy machinery
  *Yes or No*

- No assignment where loss of
  consciousness would be hazardous
  *Yes or No*

## Physical Restrictions:

- No lifting greater than
  _____ lbs *Yes or No*

- No bending *Yes or No*

- No prolonged standing
  greater than _____ hours
  *Yes or No*

- No prolonged sitting greater
  than _____ hours
  *Yes or No*

- No weight bearing to (L) (R)
  Leg  *Yes or No*

- Four hour work restriction *Yes or No*

- No intensive labor *Yes or No*

- No vigorous exercise *Yes or No*

- Medically unassigned *Yes or No*

- Work consistent with age and
  condition *Yes or No*

- No squatting *Yes or No*

## Housing Restrictions:

- First Tier *Yes or No*

- Lower Bunk *Yes or No*

- No stairs *Yes or No*

- Oxygen required *Yes or No*

- May wear tennis shoes
  where allowed by Security
  *Yes or No*

- Needs _____ extra blankets
  *Yes or No*

- Needs _____ extra pillows *Yes or*

- Elevator pass *Yes or No*

- Single cell *Yes or No*

- Other *Yes or No*

  _____
  _____

① White (CROC)
   Shower
   Shoes, SELF
   Purchase

② 4 Pronged Bra Size extension — Self purchase

③ OK to use computer — Voice Activated Program
   due to HAND Deformity and Arthritis.

Expiration Date ___ O6 27 2007

Medical Officer ___ Nancy Nola

Print Name: ___ Nancy Nola  NP

⑩

ootSmart :: Comfortable Walking Shoes & Foot Pain Products for Heel Pain, Back Support & Foot Pro...   Page 1 of 1

# ‖FootSmart®
Smarter, Better Products for Lower Body Health

🛒 Shopping Cart | My Account | Order Status | 🍁 Canadian Pricing
☎ 1-800-870-7149 | Help

| HOME | CLEARANCE | The Smarter Body | CATALOG REQUEST | CUSTOMER SERVICE | E-NEWSLETTER | SHOP CATALOG |

## Confirmation

Begin Checkout | Shipping & Billing | Review | **Confirmation**

**Thank you! Your FootSmart order has been received and is being processed. You will receive an email confirmation shortly. We are delighted that you selected FootSmart and hope you will return often. We suggest you print this page in case you have questions about your order.**

Feel Confident Shopping at FootSmart
100% Guarantee
Credit Card Security
Returns & Exchanges
Shipping Fees
Contact Customer Service
or call 1-800-230-4077

Order Number:         W1068625          Order Date:          5/16/2006

| Item Description | Item # | Price Each | Quantity | Total |
|---|---|---|---|---|
| **Etonic Trans Am Walker Plus Women**<br> 9 M/B WHITE | 70998 | 69.95 | 1 | 69.95 |

| | |
|---|---|
| Product Total: | 69.95 |
| Standard Shipping: | 4.95 |
| Order Total: | 74.90 |

1 YEAR - 100% SATISFACTION
**GUARANTEE**
YOU MUST BE PLEASED

## Bill To
Mrs. Juanita Billiot
16500 Yellow Sage St
Apt 403
Pflugerville, TX 78660
(512) 644-3001
hmarkbil@swbell.net

## Ship To
Jill Coit #86530
PO Box 392005
PROPERTY DWCF
Denver, CO 80239

## Shipping Method
Standard (6-10 business days)

## Payment Information
Credit Card Type:      Visa
Card Number:           ***********3060
Expiration Date:       06/2009

SHOP MORE

Home | About Us | Contact Us | Help | Privacy Policy & Security | Affiliate Programs | FootSmart Health | Terms of Use | 800-870-7149

Add FootSmart.com to your Favorites | © 2006 FootSmart.com

CUIT, JILL                          #86530                          CWCF

**ORTHOPEDIC CLINIC (7-26-95):** This is an interesting lady complaining of left knee pain. She is doing a life sentence. She is now 51 years old. She says her knee swells on occasion. She enjoys her job and has occasional medial joint line pain, but if she elevates, she is able to manage satisfactorily. She had a right total hip replacement done in 1993 after she was apparently repeatedly kicked in an assault. She does well with the right hip and has intermittent pain and swelling in the left knee. She also had a scope on the right knee for similar symptoms.

**PAST MEDICAL HISTORY:** Remarkable for high cholesterol. She has a history of CA of the colon 1978. Circulation is good. She has had seizures twice a month.

**ALLERGIES:** MS, Demerol, Darvon, Darvocet, Percodan

**MEDICATIONS:** Premarin, Naprosyn.

**EXAMINATION:** She is a healthy appearing woman. She does have some tenderness over the medial joint, left knee. There is no effusion. Range of motion 0-130. Patello-femoral joint nontender. Some pain with patellofemoral compression. Knee stable. Negative Lachman, negative posterior drawer, stable to medial and lateral stress at 0 and 30°. Good pulses, normal sensation, normal motor function. No pain with range of motion, right hip.

**X-RAYS:** Show a right total hip in excellent position. X-rays left knee, minor DJD.

**IMPRESSION:** Medial compartment DJD. Possible medial meniscus tear. Minimal mechanical symptoms at this time.

**RECOMMENDATIONS:** Limit activity, soft soled shoes, ice and elevate. Continue to work on range of motion, use anti-inflammatories. If she continues with mechanical symptoms, would reschedule an appointment for consideration of arthroscopy.

Jacob Patterson, M. D.
Orthopedic Consultant

T: 7-28-95/mg

8/1/95



JUL 31 1995

# COLORADO DEPARTMENT OF CORRECTIONS
## CAÑON CITY, COLORADO
### TERRITORIAL CORRECTIONAL FACILITY

# PODIATRY CLINIC

**PATIENT:** JILL COIT
**DOC#:** 86530

DATE: 01-27-99

This patient is seen in the clinic today 7 weeks status post plantar fibroma excision left foot. The patient is having minimal to no pain presently. She is very pleased with her progress.

My examination today reveals slight swelling at the incision site, but otherwise well healing wound. There is no sign of infection or untoward effects from the procedure. I note no recurrent plantar fibroma.

I do want to follow this patient. I also noted that the patient's boots that she is wearing today are far too small for her feet. The patient normally wears 8 to 8-1/2 size shoe. The shoe she has on today is probably a size 7-1/2, although it is very difficult to find the sizing. I recommended therefore that the patient be fit shoe again with boots that fit her feet.

James Gremillion, D.P.M.

RECEIVED JAN 29 1999

CC/Mary Lou Judiscak

#A011867

PODIATRY CLINIC   8/4/99   A0118867

S. Patient is seen today indicating that her fibroma excision site has healed very well. She has no pain in the left foot whatsoever. She is very pleased with her progress. She however indicates that she was granted a request for a heel lift 3/4" with a left shoe last year. She also indicates that she was supposed to be given one orthotic devices last year. I reviewed the notes and find no reference to this whatsoever. Patient does have a slight leg length discrepancy.

P. Recommend a 1/4" lift left. This needs to be approved by Colorado Access. I examined the surgical site and note that it is totally healed with no sign of fibroma.

Dx: F/u



James Gremillion, DPM
8/4/99

Mary Lou Judiscak

RECEIVED
AUG 10 1999

White - Clinic
Yellow - Chart

COIT, JILL        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
7412E
6-11-44
12-7-98    TA2    5F6
MED/SRG    F/CxCF 86530 RE

Colorado Mental Health Institute at Pueblo.

Ward

# WENTZ FOOT AND ANKLE CLINICS

## RALPH J. WENTZ, DPM, FACFAS
### DIPLOMATE AMERICAN BOARD OF PODIATRIC SURGERY



**TERRITORIAL OUTPATIENT FACILITY**

Coit, Jill ( DOC # 86530)
July 21, 2000

FILE

**SUBJECTIVE:**  This inmate returns for follow up of her left foot.  She feels her heel lift is helping but would like it a little bit higher.  Also, Jill is concerned about recurrence of her plantar fibromatosis in her left arch.  She has subjective complaints of pain in the left arch.

**PHYSICAL EXAMINATION:**  Palpation of the left arch does not demonstrate any evidence of recurrence.  The incision is well healed.  There is no evidence of recurrence on physical examination.

**ASSESSMENT:**
1. Post op evaluation following excision of plantar fibromatosis from the left arch.
2. Limb length discrepancy.

**TREATMENT PLAN:**
1. The real issue here today with Jill is that she is requesting shoes with air pockets.  With the prior fibromatosis, it is sensible to use a soft athletic shoe, such as a New Balance, which is available in the canteen.
2. If there is continued pain an orthotic with a plantar fascia cutout groove is certainly an option.
3. MRI study of the left arch certainly an option if pain persists.

Ralph J. Wentz, Jr., DPM/cah 07/24/00
cc: Mary Kay Carter, N.P.



RECEIVED
AUG 0 1 2000

550 West Highway 50  •  Salida, Colorado 81201  •  (719) 530-2000  •  FAX (719) 530-2031

Page 1

DENVER HEALTH MEDICAL CENTER

DATE OF SERVICE: 11/14/2003

CHIEF COMPLAINT: Severe plantar fasciitis, right foot.

HISTORY: Patient has severe right heel pain due to severe plantar
fasciitis. Patient also has leg length discrepancy 1-1/2" short left
extremity. Patient has considerable difficulty ambulating without proper
shoes and orthotics.

PHYSICAL EXAMINATION: Severe right heel pain due to plantar fasciitis.

IMPRESSION: Leg length discrepancy approximately 1-1/2" short, left
extremity. Patient has right heel pain.

PLAN: Patient requires custom made shoe with 1-1/2" sole lift, sole
buildup left and patient requires orthotics to accommodate severe
plantar fasciitis. Patient is a DOC patient and prescriptions have been
written for those shoes and orthotics.

cc:  Lucille Marino Peacock, DOC


DICTATOR:   Dale H. Carnegie, D.P.M.        COIT, JILL
ATTENDING:  Dale H. Carnegie, D.P.M.        MR#:   2098863   Outpatient
ORT    ORY                                  HFC#:  67877407
                   ORTHOPEDIC OUTPATIENT ENCOUNTER
594\355940 D:11/14/2003 16:59    T:11/14/2003 21:08:06 R:   /   /

Signed by DALE CARNEGIE MD on 11-20-2003

# Colorado Department of Corrections
## Consultation Report Form

**Appt#:** 63911

Page 1 of

Run Date: 06/29/2005 06

| | | | |
|---|---|---|---|
| **DOC #:** 86530 | **Name:** COIT, JILL | **Facility:** DW | **Date Initiated:** 06/29/200 |
| **Gender:** FEMALE | **Security:** MINIMUM RESTRICTIVE | **SSN:** 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 | **DOB:** 06/11/194 |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** RAZZAGHI, MITRA A , MD | **SDD:** 03/26/300 |
| **Request:** DME | **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/300 |
| **Location:** DEN-WOMENS | **Appt Dt:** | **Specialist:** | **DH #:** 2098863 |

### Diagnosis and requested evaluation or care:

1. CLINICAL INFORMATION:  This a request for replacement of worn out bilateral wrist braces ( for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift ( due to 1.5 inch leg length discrepancy). Both DMEs are more than 1 year old and have been approved multiple times before. thank you.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life time sentence
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: great morbidity and functional disability
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: n/a
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: most conservative way
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: none
9. RISK AND/OR COST BENEFIT: no risk

| Provider Signature: | *Electronically Signed* | Date: 06/29/2005 06:08 |
|---|---|---|
| Provider Name: | RAZZAGHI, MITRA A , MD | m11204 |

### Specialist's Subjective, Objective, Assessment Plan:

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Access Correctional Care   Phone: (888) 380-3726  FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

DC Form 78 (2/93) / Old. No. 2835
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection



| PRI/CARE CODE NO. | NAME | OFFENDER NO. | DATE | TIME | LIVING UNIT |
|---|---|---|---|---|---|
| S454 | Coit, Jill | 86530 | 05/21/04 | 05:20 | DWCF |

PROBLEM 1 2

PLAN/ORDERS

**SUBJECTIVE:** Fell due to objective dizziness.
Threading on bottom. pt tripped over self – shower. (L) shoulder skin burns like pt + pt is seen thru (L) wrist to lower but bent w/able R & S travel down to lower but

**OBJECTIVE:** Temp. 97.1  Pulse 86  Resp. 16  B/P 108/80
4.0 fell of crush hall
@ Ston-ton v(L)wrist

**ASSESSMENT:**
s/p fell
shoulder + wrist

**PLAN/ORDERS:**
O para for 500mg 1po × now
OTTC if widening of ...
see a RN w/ no ... in 24hr
③ may have to F/U w/ dr.
wrist
① use ice × 1/h to
② spirit Behaves to wrist

| | |
|---|---|
| NURSE: | D. Baltimore LPN |
| PHYSICIAN: | |
| P.E.: | |
| SIGNATURE: | |
| Rx NO.: | |





September 9, 2003

Mrs. Billiot,

I am giving you permission to send in Jill Coit's Hush Puppy shoes that have been approved by Podiatry. Also, her moist heating pad for her medical conditions such as DJD and Osteoarthritis. She will also need Haines Support Panty Hose x3 pairs for her chronic leg pain. Lastly, her Accupressure Inserts x2 for her shoes as she has neuromas.

Thank-you,

Patricia Valenzuela RN III



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

This type of shoe
shower shoe is
adjustable and has
padding that could
be cut away plus
a way to keep the
shoe on

16

| PRICARE CODE NO. | NAME | | INMATE NO. | | LIVING UNIT |
|---|---|---|---|---|---|
| | Coit, Jill | | 86530 | | CWCF |

SUBJECTIVE:

c/o Pain ® Knee & Ⓛ hip.
Difficult to Amb.

| DATE | TIME |
|---|---|
| 7-14-00 | 1800 |

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE:   Temp. _____   Pulse _____   Resp. _____   B/P _____

Swelling noted ® Knee.
Growth on bottom of Ⓛ Foot
causing her to walk on side
of Foot causing hip pain

① Cane use prn
until seen by PA or
Dr.

SIGNATURE:
NURSE: _Cocoleman RN_

P.E.:

PHYSICIAN:

Rx NO.

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

# Colorado Department of Correction
## Consultation Report Form

**Appt#: 75640**

Page 1 of 1
Run Date: 05/02/2006 15:42
**REQUESTED**

| | | |
|---|---|---|
| **DOC #:** 86530   **Name:** COIT, JILL | **Facility:** DW/UNIT2 | **Date Initiated:** 05/25/2006 |
| **Gender:** FEMALE   **Security:** CLOSE | **SSN:** 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 | **DOB:** 06/11/1944 |
| **Level:** 1 MONTH   **Tele-Med:** NO   **Provider:** POLLACK, NATHAN M , MD | | **SDD:** 03/26/3004 |
| **Request:** DME   **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/3004 |
| **Location:** DEN-WOMENS   **Appt Dt:** | **Specialist:** ABILITY, INC. | **DH #:** 2098863 |

**Diagnosis and requested evaluation or care:**

L knee pain and instability post prev. medial meniscal resection, associated degenerative changes.  Assymmetric gait secondary to congenital short L leg.

POLLACK, NATHAN M ( nmpollac )  6/2/2006 15:41:54
=======================================
Request is for orthopedic shoe or boot with L sole elevation of about 1 1/2".  Also need knee brace for stabilization of gait secondary to meniscal injury previously operated.
Thanks,
NMP

POLLACK, NATHAN M ( nmpollac )5/25/06 14:59:20
=======================================
1. CLINICAL INFORMATION: Congenital L leg deficit of 1 1/2" as compared to R which complicates associated extremity and low back complaints to the extent the pt. uses a wheelchair for locomotion whereas she was able to ambulate adequately previously withthis sort of corrective device.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Yes
3. URGENCY OF NEED V. REMAINING SENTENCE: Clear need.
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Substantial.
5. PRE-EXISTING CONDITION PRIORTO INCARCERATION: Congenital and acquired long prior to incarceration.
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: Wheelchair as currently, but that is less adequate for conditioning as well as safety.
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Good.
8. PAIN COMPLAINTS/BEHAVIOR: Appropriate to condition.
9. RISK AND/OR COST BENEFIT: No risk, clearbenefit.

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPO | 99325 | CONSLTJ COMPRE REVIEW-REPRT REFERRED MATH |
| 736.81 | UNEQUAL LEG LENGTH | | |
| 719.46 | PAIN IN JOINT, LOWER LEG | | |
| 724.2 | LUMBAGO | | |

| | | |
|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** 05/25/2006 10:29 |
| **Provider Name:** | POLLACK, NATHAN M , MD | nmpollac |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719 226 4566



# THE ALEPH INSTITUTE

JOSEPH & STERNA GUTNICK NATIONAL HEADQUARTERS
9540 Collins Avenue • Miami, Florida 33154-7127
305.864.5553 • Fax: 305.864.5675 • www.alephinstitute.org

Robert H. Burns
*Director of Prisoner Services*

Chairman / Founder
Rabbi Sholom D. Lipskar

President
Lloyd S. Rubin

Executive Vice President
Rabbi Aaron Lipskar

Director of Prison and
Military Programs
Rabbi Menachem M. Katz

Director of Religious Education
Moshe N. Barouk

Director of Family Programs
Raquel Hahne

Programs Coordinator
Elisheva Tucker

Director of Prisoner Services
Robert H. Burns

Prisoner Services Coordinator
Leah Solomon

Administrative Legal Assistant
Deborah Bothol

Correspondence Coordinator
Skip A. Alevy

RECEIVED
DEPT. OF CORRECTIONS
APR 0 5 2004
OFFICE OF
LEGAL SERVICES

March 31, 2004

Anthony A. DeCesaro
Step III Grievance Officer
2862 South Circle Drive
Suite 140
Colorado Springs, Colorado 80906-4122

Re:    Jill Coit, #86530 – Denver Women's Correctional Facility
       Grievance #C-DW03-0032 – Defective boots

Dear Mr. DeCesaro:

By way of introduction, The Aleph Institute is the largest not-for-profit charitable religious organization dedicated to giving spiritual guidance and societal help to Jewish inmates in the federal and all state prison systems and their families. We have been doing this in excess of past 22 years, and have had an excellent working relationship with prison authorities, including the Colorado Department of Corrections.

I am sorry to have to take you away from your busy schedule, but a matter of great concern has arisen and I am advised that you are the official with the jurisdiction and authority to rectify it. In order to help you refresh your memory, I have enclosed a copy of your response to Jill Coit's grievance filed over boots that are causing her great harm when she has to wear them.

From the content of your letter it appears to be quite obvious that you also view her boots as being defective for her use. Altering of the boots was apparently considered, but you found out that due to their design they could not be altered. Jill also advises that the boots are two sizes too small and that there are holes in them. In addition to being too small, the heel portion was found to be too wide and that, instead of being women's shoes they were shoes for men to wear. See, doctor's report which is also enclosed herein.

The fact that she has a medical pass to wear sneakers most of the time should illustrate the need for correct boots regardless of the time limitation that she may be wearing them, not the other way around. Whenever she wears the boots she is in pain and suffers therefrom.

All Jill wants is woman's shoes that fit her, and she is entitled to this. I cannot fathom the reluctance on the part of the D.O.C. to provide boots that she can wear without the attendant pain and suffering, not to mention that the boots are apparently old and worn out.

In light of all of the foregoing, please reevaluate your previous determination and see that she gets boots that will fit her.

Take care and be well.

Very truly yours,

Robert H. Burns

EXHIBIT _____

Enclosures (2)

### G.   MAINTENANCE OF ACCESSIBLE FEATURES AND EQUIPMENT

The DOC has a duty to maintain structural features and equipment in operable working conditions in order to make the prison system's services, programs, and activities accessible to disabled inmates. Isolated or temporary interruptions in service or access due to maintenance or repairs are not prohibited, as long as the facility is taking prompt action to correct the deficiency.

## XVII.  LIBRARY EQUIPMENT



Electronic equipment, such as audio equipment, tape recorders, and computers will be available for use and when appropriate, to be checked out, in the general library and other areas where appropriate, for use by inmates with disabilities. Each facility will be responsible for training staff and inmates with disabilities, in the proper use of the equipment. Each facility shall provide a list of such equipment available to inmates with disabilities to the AIC and submit a protocol for the use of this equipment to be approved by the AIC. There will be a protocol, approved by the AIC that will be used for each facility. The librarians shall maintain a list of resources regarding available accommodations which can be provided, such as books-on-tape and inter-library loan programs.

## XVIII. INSTITUTION PROCEDURES

### A.   ORIENTATION AT PLACEMENT FACILITY

When an inmate with a disability initially arrives at a new facility, the case manager assigned to the inmate shall ensure that during the orientation process, the inmate is provided relevant information regarding the accommodations and/or assistive devices that will be made available to that inmate to accommodate his/her needs. The inmate shall also be informed of the availability of the AIC for assistance with programs, services or benefits at DOC and of the ADA Grievance Process. The information shall be provided in a format that is accessible to the inmate.

### B.   NOTICES, ANNOUNCEMENTS, AND ALARMS

#### 1.   Written and/or Recorded Materials

Each designated facility shall ensure that the printed materials that are distributed to inmates are accessible to inmates with disabilities. Accommodations such as large print, computer assisted devices, audio tapes, and Braille will be made available on a case by case basis. When such assistive devices are not adequate to communicate with the inmate, then it is the responsibility of the inmate's case manager to ensure that the inmate is aware of the distributed material. Each facility will adopt an Implementation/ Adjustments (I/A) or an Operational Memorandum (O/M) that identifies a position that will be responsible for providing the assistance and equipment necessary to all inmates with disabilities to ensure that inmates who have

EXHIBIT _____17____

*Leave my Personal property + close medical it is on ~ DOC form ~*

## COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: COIT, JILL                                          DOC #: 86530
Facility: DENVER WOMENS CORRECTIONAL FACILITY                      Date: 01/11/2007


STATE ISSUE ITEMS
-----------------
```
    5 BRAS(5)                         1 ID CARD(1)
    1 JACKET(1)                       1 KNIT CAP(1)
    3 SHIRTS(3)                       1 SHOES(1)
    5 SOCKS(5)                        5 T-SHIRTS(5)
    2 TOWELS(2)                       3 TROUSERS/SLACKS(3)
    5 UNDERWEAR(5)
```

PERSONAL ITEMS
--------------
```
   12 BOOKS (INCLUDING FAITH AND LEGAL)(15)  1 LEGAL BOX (2 CUBIC FEET)(1)
```

Books, magazines and newspapers cannot exceed 3 cubic feet when
combined with other property.


| CANTEEN ITEMS | Description | Serial # |
|---|---|---|
| 1 BASEBALL CAP(1) | | |
| 3 BRAS(3) | FRONT CLOSURE PLAYTEX MAILED | PER MED NOTE IN FILE |
| 3 BRIEFS/BOXERS/PANTIES(3) | MEDICAL ALL COTTON | |
| 1 COFFEE MAKER(1) | | |
| 1 COMBINATION LOCK(1) | | |
| 1 CURLING IRON(1) | | |
| 1 DOO RAG(1) | | |
| 1 FAN(1) | | |
| 1 GLOVES(1) | | |
| 1 GYM SHORTS(2) | COTTON | |
| 1 HAIR DRYER(1) | | |
| 3 HANDKERCHIEFS(7) | | |
| 1 HEADBAND(1) | | |
| 1 LAMP(1) | | |
| 1 MULTI-OUTLET(1) | | |
| 1 PAJAMAS(2) | MEDICAL - ALL COTTON | OUT SIDE VENDOR |
| 1 SHOWER SHOES(1) | MEDICAL | |
| 3 SOCKS(3) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 1 SUNGLASSES(1) | MEDICAL - OUTSIDE VENDOR | 1 DARK 1TINT 1 CLEAR |
| 2 SWEATPANTS(2) | MEDICAL - ALL COTTON | |
| 2 SWEATSHIRTS(2) | MEDICAL - ALL COTTON | |
| 3 T-SHIRTS(3) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 1 TELEVISION(1) | | DN1A0523043270 |
| 1 TENNIS SHOES(1) | ETONICS MEDICAL VELCRO | OUTSIDE VENDOR |
| 2 THERMAL DRAWER(2) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 2 THERMAL SHIRT(2) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 2 TOWELS(2) | | |
| 1 TYPEWRITER(1) | H2E387051 | |
| 2 WASH CLOTHS (CANTEEN)(4) | | |
| 1 WATCH(1) | | |


RELIGIONS ITEMS

EXHIBIT _____ 18

## COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: COIT, JILL                        DOC #: 86530
Facility: DENVER WOMENS CORRECTIONAL FACILITY    Date: 01/11/2007


Offender Person
    1 JEWISH FAITH PROPERTY BOX(1)

FACILITY SPECIFIC ITEMS
-----------------------
    1 ADDRESS BOOK(1)
    1 ARCH SUPPORTS(1)        MEDICAL - OUTSIDE VENDOR      ACCUPRESSURE INSERTS
    1 BLANKET (CANTEEN)(1)
    2 CABLE CORD(2)
    1 CLOCK/RADIO(1)          020701498
    1 EARBUDS(1)
    1 FLOSS ORGANIZER BOX (CLEAR)(1)
    1 HEARING AID(1)          ONE PAIR
    1 HEEL CUPS - SHOES(1)    MEDICAL2 ACCUPRESSER          OUTSIDE VENDOR
    1 HOBBY CRAFT PERMIT(1)   ARTWORK & NEEDLEWORK
    1 MEDICAL APPLIANCE(1)    MEDICAL - 11 BRACES
    1 MEDICAL APPLIANCE (SEE NOTES)(1)MEDICAL BLANKET      ALL COTTON
    1 MEDICAL EQUIPMENT (SPECIAL ISSUE)(1)YELLOE EXERCISE BANDS2
    3 MEDICAL OTHER(3)        SOCK AID EGG CRATE MATTRESS   2 EXTRA UNIFORMS
    1 MEDICAL STOCKINGS(1)    2 PAIR OUTSIDE VENDOR
    1 MEDICAL WALKER MED APPROVED(1)
    1 MEDICAL WHEEL CHAIR(1)
    1 MISC. HOBBY SUPPLIES(1) MEDICAL GRABBER
    1 SACRED ITEMS BOX(1)
    1 SHEETS /PILLOW CASE G/FATHERED(1)MEDICAL - ALL COTTON PERSONAL OUTSIDE VEN
    1 WRIST BRACE(1)          MEDICAL - THUMB BRACE         ABILITIES UNLIMITED
    1 YARN(16)


MEDICAL APPLIANCES
------------------
    4 KNEE WRAPS/BRACES(4)              1 MEDICAL MATTRESS(1)
    1 MEDICAL STREET SHOES(1)           1 MEDICAL TENNIS SHOES(1)
    1 PRESCRIPTION EYE GLASSES/CONTACTS(1)  1 WEDGE PILLOW(1)

Inventory Staff _____
                        (print name)           (signature)

Inventory Staff _____
                        (print name)           (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.


Offender Signature _____ Date _1-11-2007_

# STATE OF COLORADO



**COLORADO DEPARTMENT OF CORRECTIONS**
**DENVER COMPLEX**
**DRDC, DWCF, CCC**
Joan M. Shoemaker, Warden
P.O. Box 392005
Denver, CO  80239-8005
(303) 371-4804



**Governor**
**Bill Owens**

**Executive Director**
**Joe Ortiz**

2-119

# MEMORANDUM

**TO:**       Jill Coit #86530

**FROM:**   Major V. "Two Bears" Chavez, External Custody/Control Manager

**DATE:**    March 6, 2006


I have reviewed your letter and at this time, I will be referring this issue back to Randy Smith, H.S.A.  All decisions concerning medical restrictions, permits, and equipment must go through Medical.


cc. Randy Smith

*medical + security play pass the Buck - Neither make a decision - Claiming each other is responsible tc*

---

Denver Reception and Diagnostic Center
10900 Smith Road
P.O. Box 392004
Denver, CO  80239-8004
(303) 371-4804  Fax (303) 307-2215

Denver Women's Correctional Facility
3600 Havana Street
P.O. Box 392005
Denver, CO  80239-8005
(303) 371-4804  Fax (303) 307-2514

Colorado Correctional Center
15445 Old Golden Road
P.O. Box 4020
Golden, CO  80401-0020
(303) 273-1620  Fax (303) 279-4407

March 1, 2006

RECEIVED
MAR 06 2006

Dear Major Two Bears Chavez,

Please explain to me how medical permit/approvals given by medical prior to the new rule implementation will be handled? I have medical permits that have been renewed each year for years.

With Mr. Smith's note it seems that security will now be in charge of whether prior medical authorization will be recognized. Would you be kind enough to tell me if my medical restrictions and permits will still be honored?

I have attached a copy of some of my medical restrictions and permits so you can tell me which ones you will honor.

Sincerely,

Jill Coit # 86530
Unit 2

# STATE OF COLORADO



COLORADO DEPARTMENT OF CORRECTIONS
DENVER COMPLEX
DRDC, DWCF, CCC
Joan M. Shoemaker, Warden
P.O. Box 392005
Denver, CO  80239-8005
(303) 371-4804





Governor
Bill Owens

Executive Director
Joe Ortiz

*MEMORANDUM*                                Date: September 27, 2005

To:     All DWCF Offenders
        All DWCF/DRDC Staff

From:   Randy R. Smith, HSA, Clinical Services, DWCF
        And Providers

Subject: Comfort Items.

Medical **is not** responsible for providing comfort items. These include *but are not limited* to: tennis shoes, blankets, mattresses, sports bras, pillows or clothing to include sweats and headgear.

- Providers **will not** write prescriptions or authorizations for offenders to wear sweats.
- Security will determine the validity of purchasing personal items through canteen.
- Personal shoes will be purchased through canteen by the offender unless there is a definitive medical need. The HSA of Clinical Services will research and review each request based on provider documentation on a case-by-case basis to determine legitimate cause.

**Providers:**
- D. Reilly
- J. Harrelson
- M. Razzaghi
- H. Victoroff

Randy R. Smith, HSA, Clinical Services, DWCF

---

Denver Women's Correctional Facility -- Clinical Services
3600 Havana Street
Denver, CO  80239-8005

*Holst refuses to process my grievances.*

*21 Do*

March 14, 2006

Dear Ms. Holst,

   I am really getting discouraged, I have sent you this same request for accommodations five times and each time you tell me to do them again, with another stipulation. Please accept this set, I am tired of trying to play the game. It is a game because according to the Montez Judge I qualify for ADA and the Montez Remedial Plan. You state you will not accommodate my disabilities until I submit the proper paper work, so here it is for the last time. If this is not acceptable I am not going to try any more. It hurts my wrist and hand/fingers to type. My arthritis is very bad and my vision is not getting any better. I do not need this added stress.

Mobility issues include: hands, knee, foot, hip, back, neck, shoulders, eyes, hearing, autoimmune, living environment, diverticulitus & bowels.   **Hand Mobility/Disability:** Due to deformed right hand/thumb, severe arthritis in both hands, and wide spread Degenerative Joint Disease, severe Carpal Tunnel; I can not use my hand (s) without pain and swelling.  I can not write, type or take care of my daily hygiene needs such as bathing, washing my hair, dress myself- hook bra or button or pull up clothing, cutting my toe nails or do the massage therapy the Podiatrist ordered on my feet for my Plantar Fibroma; Can't do household chores,  or hobby crafts without special accommodations. It hurts to even hold a book up. Can't use my hands to lift myself off my bed, or peeling an orange. Twisting or bending my wrist causes severe pain and swelling. Can do side to side movement/ motion only. I drop items and can seem too hold on to or grasp, or open things. Doing any manual labor with my hands causes me to hurt for days. Have growths (cysts) on my right arm which prevents me from bending it more than 45 degrees and I have them trough out my entire body. I do not use my hands for wheelchair mobility; I use only my feet and legs to move my wheelchair. Can't twist wash cloth out to wring out for bathing or to open simple packets or containers. Need caregiver and pusher for wheelchair. Need wipes for bowel problems and Toilet that has handles for flushing and levers on sink and shower. Need ergonomic items, equipment to take care of Dental needs- water pick for plaque and electric tooth brush, acupressure items and exercise equipment to accommodate disability needs. Need medication to reduce inflammation and swelling (Celbrex due to not being able to take other medication). Need shirt & pants with Velcro closures.

(2) **Knee Mobility/Disability** - I have Advanced Arthritis and widespread Degenerative Joint Disease in both knees and a torn menisus tear on my left knee that prevents me from walking, climbing stairs, bending, twisting or squatting without swelling and pain. My right knee swells occasionally when I use it to much to move my wheel chair. Had arthroscopy surgery on both knees that needs to be done again or have knee replacement. Must elevate my knee to sleep or rest. Ice and prescribed heat (heating pad). Need braces and ability to have property at waist level.

(3) **Foot Mobility/Disability** - I have a leg length discrepancy of one and one half inches on my left leg that throws off my entire spine, hip, knees, back, and neck. Have Plantar Fibromatosis on my left foot, bone and heal spurs on both feet all of which prevent me from walking, standing or climbing stairs without pain or any distance beyond 50 feet. I also have advanced arthritis in both feet and wide spread Degenerative Joint Disease in my ankles and toes. I am supposed to massage my feet daily but can't due to hand and back mobility problems. Two pair of tennis shoes with inserts and shower shoes that allow grove cut. Custom Orthotic shoes from Ability Unlimited provided yearly.

**(4) Hip Mobility/Disability** -have artificial right hip and have severe Advanced Arthritis in left hip and wide spread Degenerative Joint Disease. It hurts to walk, bend, lift, climb or twist. Have joint pain and swelling and can't lie on my side to sleep. Deep massage and heat helps with pain management. Can't sit for more than two hour. Can't stand or climb stairs. Wheel chair cushion and backpack for chair. Need elevator pass and no stair restriction in place.

**(5) Back Mobility/Disability** - have advanced arthritis in spine/back with wide spread Degenerative Joint Disease, Scoliosis, Spinal Stenosis, Osteoarthritis, and Sciatic problems. I can't bend, lift, or turn without pain. Can't bend to make bed or get things under the bed or get things off the floor or get my feet high enough to take care of hygiene or care. Can't stand for more than 5 minutes. Need Bath tub for soaking and bathing. Pool and Occupational therapy as ordered by Ortho. Ergonomic chair and desk. Need all items waist high.

**(6)  Neck Mobility/Disability** - have advanced arthritis in neck and upper spine with wide spread Degenerative Joint Disease, Scoliosis, Spinal stenosis, osteoarthritis, and fibromgalgia. Bending or twisting my neck to look down or to read causes pain. I get severe headaches (migraines). The only thing that seems to help my neck pain is deep heat and massage. Book holder and scanner to enlarge and put at acceptable height.

**(7)  Shoulder Mobility/Disability** – Have arthritis in both shoulders along with torn/damaged Rotator Cuffs which prevent me from lifting my arms above my breast without severe pain. Have constant swelling and joint pain. Can't get dressed with clothing that goes over the head and have problems with basic hygiene and reaching. Heat pad helps with pain management.

**(8)  Eye Mobility/Disability-** Since my TIA (stroke on December 15, 2005) I have lost vision in my left eye- it looks like I am looking through a waterfall and have  impaired vision –can't see the lower section. Can make out letters on eye chart but can't read small print or read the writing on the bottom of TV screen. I keep running into things in my wheel chair because I do not see them. Can't read for more than a few minutes or get a headache. Fluorescent lights give me migraines and make it harder for me to see. Need to wear glass that are tinted dark all the time and wear dark glasses when I have a migraine because light hurts and causes me to feel nauseous. Get dizzy often. Need  TV enhancer screen or larger TV, tinted glass that have enclosed sides to eliminate glare and light. Full spectrum light, and permit for ordering outside sunglasses that meet medical needs. Sign language classes and material.

**(9)  Hearing Mobility/Disability-** need hearing aids all the time because I can not hear due to background noise. Can hear emergency alarms because they are really loud and in fact hurt my ears and give me a headache when they go for long periods of time when I am confined and can't get away from the noise. Should not be in handicapped cell that has strobe/flashing lights because of seizures. Prison is noisy and I need a cell that is on the end to reduce the background noise of dayrooms and inmates gathering. Still having trouble getting hearing aid batteries that fit my hearing aid and that last more than a week. When I get a migraine or headache, I can not wear my hearing aid. Still have trouble hearing on the telephones due to background noise and the fact that the telephones are all placed in high traffic area which has lots of noise. I get dizzy often and have ringing in my ear. Need earphones for TV listing and headset that fit over hearing aids.  Need watch that hangs from the neck since watch sold on canteen can not go around my hand braces.

(10) **Autoimmune Disability/mobility and Allergy Issues:** I have an ANA count of 1:1280 when normal is 1:160 therefore my body cannot fight bacteria and infections efficiently. I am tired and need more than normal sleeping/resting time. Need safe living environment ~~away from infected inmates~~ since my autoimmune system can not fight diseases and attacks itself. Need clothing that is non polyester (all cotton has been provided) . Fragrance free living area. All cotton clothing ~~as presently~~ allowed without further testing or invasive treatments.)
*now disallowed 7-21-07 all cotton clothing —*

(11) **Diverticulitus/ bowel disabilities-** need extra clothing, wipes, diet that is high in fiber and low in salt and trans fats. Need to be able to supplement kosher diet with vegetables and fruits that enhance bodies ability to fight disease/infection and that supplies needed vitamins that DOC does not provide at no cost to DOC. Needs to be able to continue eating in unit and preparing food so no retaliation or taking away this privilege. Soy gives me diarrhea and causes stomach cramping, have intolerance to soy products so need soy free foods. Need extra set of pants and underwear, Handiwipes for cleaning rectal area, antibacterial soap and lotion, Neutogena, wash clothes separately, free laundry detergent, two sets of sheets. Need high fiber diet with fresh vegetables that help fight infection . *need special panties .*

(12) **Living Environment-** Perfume free and Mold free living environment. Safety issues need to be away from general population where inmates bump, push or threaten to do bodily harm to disabled/handicapped inmates because you are in their way at movement or in the housing units. Need elevator pass that allows access 5 minutes prior to movement so disabled inmates can get to programs on time and be out of way for mass movement. Need to be allowed to purchase allergy free items and bedding and clothing that are warm. Cell modified to accommodate individual disabilities. Not packed out for surgery and be allowed to returned to same cell. Caregiver to assist with daily living needs Need cell that has sun light for at least 6 hours per day and is warmed by the sun due to arthritis (summer time is especially difficult due to air conditioning so need sunlight exposure for added warmth.

**Accommodations Requested for:**
**(1) Hand Mobility :** To accommodate my inability to use my hands to write legibly or type, I need a computer with speech identification  program ( such as the Dragon program) with ergonomic key board and a hand held scanner that has memory to be used with the computer to enlarge print  (due to sight impairment from TIA).Need large handled items such as large handled tooth brushes, water pick for flossing-can't floss as the dentist ordered due to hand deformity, insulated cups that will accommodate hand braces, bowels with large handle, eating utensils,  hygiene items with flip top lids, containers  to hold desk items and personal  hygiene items, adjustment for hobby craft tools and crafts that would allow me to do the same hobby crafts that  non-disabled inmates are allowed to do in their cells, such as knitting , embroidery and long arm quilting machine and tools to do knitting & craft projects. Rotary scissors, mats, rulers  and ergonomic tools  or machines that would accommodate my hand disability. Any items sold on canteen or allowed on hobby craft list allowed in larger size or that would enable me to do same as non disabled offenders are allowed.  Need all cotton or non polyester clothing that has Velcro openings (have) so do not have to go over head or must be pulled up. This includes shoes, tennis shoes, shirts, bras, pants, coat and all clothing. (Need to be replaced yearly without trouble as long as I pay for all except state uniform and orthotic shoes- I pay for tennis shoes with inserts) Need a Coffee pot that does not have glass carafe, hair dryer I do not have to hold. Hospital bed that is high enough that I do not have to use hand to get out of.  Fitted sheets and bedding that is hypo-allergic (I pay for). Had the following medical items at CWCF  so want them back- Tens unit, wedge pillow, cervical pillow, ice pack, egg shell mattress pad,  dresser, bookcase, heating pad (sitting in medical) ,sponge for bathing, and other products as they

become available.   **(2)Knees:** braces that do not need to be pulled on; need exercise equipment, heating pad, ice pack and medication to reduce inflammation .   **(3)Feet/walking impairment**: Due to leg length discrepancy of 1 and ½ inches as well as Plantar Fibroma on my left foot need special custom orthotics shoes that were ordered and supplied by Abilities Unlimited. I need these shoes replaced, also need shower shoes that are have at least ½ inch rubber soles so a grove can be cut to accommodate my plantar Fibroma- had at CWCF, Tennis shoes with Velcro closures and inserts- two pair, support  panty hose and equipment to take care of feet.-….. Hand held massager to massage feet as order, support hose. Can not bend to take care of feet.

   **(7)Shoulder and back impairment**: Need care giver to help with bathing and cleaning. Can't bend or lift myself up off the low bed-would like hospital bed that can be raised to higher to meet my disability needs.  **(9) Hearing impairment**-Access to hearing aid batteries that fit and are not dead. Need access to a phone that has a booth or hood on it so that I can hear with out background noise -where phones are placed at DWCF can't hear due to inmate noise. Need a quite cell not next to the day room or washer that gets sunlight to accommodate mental health needs (SAD) and PTSD.  Eyes: Due to TIA vision is impaired and Fluorescent lights hurt my eyes and give me a migraine. Need to be able to order glass and sun glasses that do not allow light in on sides. Floor lamp that can be adjusted so does not cause glare for hobby crafts, reading and seeing. Fluorescent lights cause my migraine to be worse.  **(11) Diverticulitis/ hypoglycemia/diabetes**: need diet that is high in fiber, whole grain breads, fresh green, yellow, red and purple vegetables, non processed or prepackaged foods, low sodium foods, yogurt and nuts. These foods will keep my blood sugar regulated; help keep cholesterol and triglyceride lower thus  Reducing diabetes risks. I am supposed to be on a low sodium and low  Cholesterol diet. Disability needs: extra clothing, wipes to clean, shower as needed, wash own clothes-soap provided, and HS snack to provide protein and fruit.  **(12) Living Environment** : Need Cell modified to accommodate inability to bend or pick up items: such as lower desk, book case, adjustable roller desk chair, foot stool, table, and night stand. All these items I had at CWCF the medical unit 7. Inmates are allowed a legal box and craft box that sits under their bed. I need a file cabinet to place these items in due to my inability to bend or store under the bed. I am in a wheel chair so I need a closet and storage area that will accommodate my inability to bend.  The 35 Sq. Foot required floor space of unencumbered space would be met with file cabinets and a board for the desk on top with bookcase and hanging closet area sitting on the desk.

*Requested through Holst - ADA inmate coordinator - denied all*

Mobility issues include: hands, knee, foot, hip, back, neck, shoulders, eyes, hearing, autoimmune, living environment, diverticulitus & bowels.  **Hand Mobility/Disability:** Due to deformed right hand/thumb, severe arthritis in both hands, and wide spread Degenerative Joint Disease, severe Carpal Tunnel; I can not use my hand (s) without pain and swelling. Can not write, type or take care of my daily hygiene needs such as bathing, washing my hair, dress myself- hook bra or button or pull up clothing, cutting my toe nails or do the massage therapy the Podiatrist ordered on my feet for my Plantar Fibroma; Can't do household chores,  or hobby crafts without special accommodations. Hurts to even hold a book up. Can't use my hands to lift myself off my bed, or peeling an orange. Twisting or bending my wrist causes severe pain & swelling. Can do side to side movement/ motion only. Drop items & can seem too hold on to or grasp, or open things. Have growths (cysts) on my right arm which prevents me from bending it more than 45 degrees & I have them trough out my entire body. Do not use hands for wheelchair mobility; use only feet & legs to move my wheelchair. Can't twist wash cloth out to wring out for bathing or to open simple packets or containers. Need caregiver & pusher. Toilet that has handles for flushing & levers on sink and shower. Need ergonomic items, acupressure items & exercise equipment to accommodate disability . Need medication to reduce inflammation & swelling (Celebrex ) Need shirt & pants with Velcro closures. (2) Knee Mobility/Disability - I have Advanced Arthritis & widespread Degenerative Joint Disease in both knees & torn menisus tear on my left knee that   prevents me from walking, climbing stairs, bending, twisting or squatting without swelling & pain. Right knee swells occasionally when use it to much.

Must elevate my knee to sleep or rest. Ice and prescribed heat (heating pad). Need braces & ability to have property at waist level. (3) **Foot Mobility/Disability** - Have a leg length discrepancy of 1 &1/2 inches on left leg that throws off my entire spine, hip, knees, back, and neck. Have Plantar Fibromatosis on my left foot, bone and heal spurs on both feet all of which prevent me from walking, standing or climbing stairs without pain or any distance beyond 50 feet. Have advanced arthritis in both feet & wide spread Degenerative Joint Disease in ankles & toes. Supposed to massage my feet daily but can't due to hand and back mobility problems. Two pair of tennis shoes with inserts & shower shoes that allow grove cut. Custom Orthotic shoes from Ability Unlimited provided yearly. **(4) Hip Mobility/Disability** -Artificial right hip &  severe Advanced Arthritis in left hip & DJD . Hurts to walk, bend, lift, climb or twist. Deep massage & heat helps with pain management. Can't sit for more than two hours, stand or climb stairs. Wheel chair cushion and backpack for chair. Need elevator pass and no stair restriction in place. (5) **Back Mobility/Disability** - have advanced arthritis in spine/back with wide spread DJD , Scoliosis, Spinal Stenosis, Osteoarthritis, and Sciatic problems. Can't bend, lift,  turn ,  bend to make bed or get things under the bed or get things off the floor or get my feet high enough to take care of hygiene or care. Can't stand for more than 5 minutes. Need Bath tub for soaking and bathing. Pool & Occupational therapy as ordered by Ortho. Ergonomic chair & desk. Need all items waist high. (6)   **Neck Mobility/Disability** - have advanced arthritis in neck & upper spine with wide spread DJD , Spinal stenosis, osteoarthritis, and fibromgalgia. Bending or twisting neck to look down or to read causes pain. Severe headaches (migraines).  The only thing that seems to help  neck pain is deep heat and massage. Book holder & scanner to enlarge. **Shoulder Mobility/Disability** –Arthritis in both shoulders along with torn/damaged Rotator Cuffs which prevent lifting arms above  breast without severe pain.  Can't get dressed with clothing that goes over the head &  have problems with basic hygiene & reaching. (8) **Eye Mobility/Disability**-Since my TIA (stroke on December 15, 2005)  lost vision in  left eye-  looks like I am looking through a waterfall & have impaired vision –can't see the lower section. Can make out letters on eye chart but can't read small print or read the writing on the bottom of TV screen. Keep running into things  because I do not see them. Can't read for more than a few minutes or get a headache. Fluorescent lights give me migraines & make it harder for me to see. Need to wear glass that are tinted dark all the time &  wear dark glasses when I have a migraine because light hurts & causes me to feel nauseous. Get dizzy often. Need  TV enhancer screen or larger TV, tinted glass that have enclosed sides to eliminate glare and light. Full spectrum light, & permit for ordering outside sunglasses that meet medical needs. Sign language classes and material. (9)  **Hearing Mobility/Disability**-need hearing aids all the time because I can not hear due to background noise. Can hear emergency alarms because they are really loud & in fact hurt my ears & give me a headache when they go for long periods of time when I am confined & can't get away from the noise. Should not be in handicapped cell that has strobe/flashing lights because of seizures. Prison is noisy & I need a cell that is on the end to reduce the background noise of dayrooms & inmates gathering. When I get a migraine or headache, I can not wear my hearing aid. Still have trouble hearing on the telephones due to background noise and the fact that the telephones are all placed in high traffic area which has lots of noise. I get dizzy often and have ringing in my ear. Need earphones for TV listing and headset that fit over hearing aids.  Need watch that hangs from the neck since watch sold on canteen can not go around my hand braces. (10) **Autoimmune Disability/mobility and Allergy Issues:** I have an ANA count of 1:1280 when normal is 1:160 therefore my body cannot fight bacteria and infections efficiently. I am tired & need more than normal sleeping/resting time. Need safe living environment away from infected inmates since  autoimmune system can not fight diseases &  attacks itself. Need clothing that is non polyester (all cotton has been provided) . Fragrance free living area. All cotton clothing as presently allowed without further testing or invasive treatments. (11) **Diverticulitus/ bowel disabilities**- need extra clothing, wipes, diet that is high in fiber & low in salt &  trans fats. Need to be able to supplement kosher diet with vegetables and fruits that enhance bodies ability to fight disease/ infection & that supplies needed vitamins that DOC does not provide at no cost to DOC. Needs to be able to continue eating in unit and preparing food so no retaliation or taking away this privilege. Need extra set of pants and underwear,  antibacterial soap & lotion, Neutogena, wash clothes separately,  free laundry detergent, two sets of sheets. (12) **Living Environment**-  Safety issues need to be away from general population where inmates bump, push or threaten to do bodily harm to disabled/handicapped inmates because you are in their way at movement or in the housing units. Need to be allowed to purchase allergy free items. Cell that has sun light for at least 6 hours per day & is warmed by the sun due to arthritis (summer time is especially difficult due to air conditioning so need sunlight exposure for added warmth.  **Accommodations Requested for: (1) Hand Mobility :**Need  computer with speech identification  program ( Dragon program) with ergonomic key board & hand held scanner that has memory to be used with the computer to enlarge print .Need large handled items tooth brushes, water pick for flossing- insulated cups that will accommodate hand braces, bowels, eating utensils,  hygiene items with flip top lids, containers, adjustment for hobby craft tools and crafts that would allow me to do the same hobby crafts that  non-disabled inmates are allowed to do in their cells- knitting , embroidery and long arm quilting machine and tools.  Rotary scissors, mats, rulers & ergonomic tools  or machines.  Any items sold on canteen or allowed on hobby craft list allowed in larger size. Need all cotton or non polyester clothing that has Velcro openings (have). Including  shoes, tennis shoes, shirts, bras, pants, coat and all clothing. (replaced yearly)  Need a Coffee pot that do not have glass carafe, hair dryer I do not have to hold. Hospital bed that is high enough that I do not have to use hand to get out of.  Fitted sheets & bedding that is hypo-allergic (I pay for). Had the following medical items at CWCF  so want them back- Tens unit, wedge pillow, cervical pillow, ice pack, egg shell mattress pad, dresser, bookcase, heating pad (sitting in medical) ,sponge for bathing, and other products as they become available. **(2)Knees:** braces that do not need to be pulled on; need exercise equipment, heating pad, ice pack and medication to reduce inflammation . **(3)Feet/walking impairment:** Custom orthotics shoes by Abilities Unlimited. shower shoes that are have at least ½ inch rubber soles so a grove can be cut out to accommodate my plantar Fibroma- had at CWCF,  support  panty hose & equipment to take care of feet.  Hand held massager to massage feet as order,  (7)**Shoulder and back impairment:** Need care giver, can't bend or lift myself up off the low bed. . **(9) Hearing impairment** Need access to a phone that has a booth or hood on it . Eyes: Due to TIA vision is impaired & Fluorescent lights give me a migraine. Order glass & sun glasses that do not allow light in on sides. **(11) Diverticulitis/hypoglycemia/diabetes:** diet that is high in fiber, whole grain breads, fresh green, yellow, red and purple vegetables, non processed or prepackaged foods, low sodium , yogurt, cheese & nuts. Needs: extra clothing, **(12) Living Environment** : Need Cell modified to accommodate individual disabilities.

3.      Proper notice of the hearing was given and Claimant along with Defendants appeared.

4.      Claimant is currently under the jurisdiction of the Colorado Department of Corrections (CDOC). She entered CDOC custody in 1995. From 1995 to October of 2001, Claimant was housed at the Colorado Women's Correctional Facility (CWCF). Since October of 2001, she has been housed at the Denver Women's Correctional Facility (DWCF), except for a brief 10-day period, from March 19, 2004 to March 29, 2004, when she was transferred to CWCF.

5.      Claimant has suffered from a variety of medical problems that are the basis for her alleged mobility disability. When she came under the jurisdiction of the CDOC in 1995, she suffered from low back pain and degenerative joint disease. She had an artificial hip that prevented her from bending or twisting. Claimant also had a leg length discrepancy. Claimant testified that from 1995 to the present, she has been unable to walk more than 50 to 60 feet and cannot walk up or down stairs. This testimony was disputed by a CDOC witness and, according to Dr. Shames, by Claimant's medical records. Claimant has had a stair restriction of 6 to 8 stairs a day since 1998.

6.      In 1995, Claimant suffered a partial meniscus tear. Surgery was performed in 1997 or 1998, but it was not completely successful in repairing the meniscus tear. Claimant also developed plantar fibroma, a growth on the bottom of her foot. This was removed in 1998 but reoccurred shortly thereafter.

7.      Claimant also suffers from carpel tunnel syndrome and sustained injuries to her hand and shoulder which made it difficult for her to utilize handrails while attempting to walk.

8.      Claimant has been classified as totally disabled by Social Security.

9.      Claimant produced extensive testimony of documentary evidence in support of her contention that DWCF has willfully refused to provide her with a plethora of medical devices and treatment that was prescribed or recommended by various health care professionals. For example, Claimant had a back brace while she was incarcerated at CWCF. The brace was taken away in October of 2001 and has not been given back to her. Claimant did not receive orthopedic shoes until 2003, although her doctors requested them on numerous occasions. She has not been given acceptable shoes or orthotics, and clothing that is consistent with various allergies that she has to fabric. Claimant has been denied a heating pad. In 2001, Claimant's hand braces were taken away, and were were not returned until 2003. While at CWCF, Claimant was provided with a dresser, a low table, an adjustable roller chair, egg shell mattress and a night stand. None of these were provided to her at DWCF. Cervical pillows and ice packs which were provided to Claimant at CWCF have not been made available at DWCF. Claimant was given Celebrex, an anti-inflammatory from 1998 to 2001 but this prescription medication has been denied to her since arriving at DWCF. A special typewriter was

3

available at CWCF, but Claimant asserts that since her arrival and DWCF she has not had the use of a special typewriter.  Claimant requested a Tens Unit to assist in alleviating pain but it has not been provided.

10.     Claimant testified that she has difficulty hearing, particularly when there is background noise.  She used hearing aids in 1995 but, since 1995, she has not been provided with hearing aids.  Claimant was cleared for hearing aids in 2001 and in 2002 or 2003 she was allowed to have her own hearing aids sent to her.  Claimant asserts that in 2004 she received discipline that resulted directly from her inability to hear.

11.     Claimant contends that she has difficulty with her distance vision.  It is undisputed, however, that she does not fall below the 20/200 vision acuity standard in the Montez Remedial Plan.

12.     Claimant has also testified to several threats and acts of retaliation for filing grievances and pursuing her *Montez* claims.

13.     Claimant testified that she fell in the shower causing swelling and pain; and that she fell from the low toilet in her handicapped cell prior to 2003.  She indicated that the falls were due to the fact that she could not grasp the hand bars firmly because of her hand and shoulder problem.

14.     Claimant testified that she has fallen due to the lack of proper shoes and shoe inserts.

15.     Claimant was unable to use the carpentry shop at DWCF because of lifting and hand use restrictions.  She wanted to participate in a dog training program but was unable to do so because she could not bend down to remove the dog excrement.  DWCF refused to provide her with a shovel that she might have been able to utilize to accomplish this task.  There were limited jobs for handicapped inmates.  Claimant testified that she did computer aided drafting and design for a while but could not sit or use her hands.  Claimant did have jobs in the law library.

16.     From 1995 to 2001, Claimant wanted to work as a teacher in the CWCF GED program.  She was not able to do so because she would have had to negotiate approximately 14 stairs to get to the area where the classes were held.  She requested an accommodation of being allowed to go through the yard and a gate in order to get from the building where she was housed to the building where the classes were held but this request was rejected.

17.     Claimant could not take part in the hobby program because of a medical problem with her thumb that prevented her from utilizing the rotator scissors.  She was also prevented from knitting because of the thumb condition.

18.     Claimant requested that she be moved out of her handicapped cell at DWCF because it did not have sufficient light. She was moved to a non-handicapped cell that provided more light. *Then moved Back to handicapped cell with no light (cell 12-6)*

## III. CONCLUSIONS OF LAW

1.      The legal standards applicable to this claim are derived from three sources:  (a) the Remedial Plan; (b) the Rehabilitation Act, 29 U.S.C. § 794, *et seq.;* and (c) the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, *et seq.*

2.      The first issue before the Special Master is whether Claimant is a disabled individual who is a member of the class.  Under the Rehabilitation Act and the ADA, the term "disability" means "(1) a physical or mental impairment that substantially limits one or more of the major life activities of such individual; (2) a record of such an impairment; or (3) being regarded as having such an impairment."  42 U.S.C. § 12102(2); 29 U.S.C. 29 U.S.C. § 794(d); 29 U.S.C. § 705(9)(B).  The term "substantially limits" refers to disabilities that make an individual unable to perform a major life activity that the average person in the general population can perform; or that significantly restricts an individual as to the condition, manner or duration under which he or she can perform a major life activity as compared to the condition, manner, or duration under which the average person in the general population can perform that same major life activity.  29 C.F.R. § 1630.2(j)(1).  "Major life activities" include functions "such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working." 29 C.F.R. § 1630.2(h)(2)(i).

The Remedial Plan limits the class of persons who might otherwise have a disability under the Rehabilitation Act and the ADA to those with mobility, hearing, vision disabilities, and those with disabilities due to diabetes.  *Remedial Plan* ¶ III(A). Additionally, the Remedial Plan limits participation to inmates with permanent physical disabilities/impairments.  *Remedial Plan* ¶ III(B).  A permanent disability/impairment is a condition which is not expected to improve within six months.  *Remedial Plan* ¶ III(C).

Based on the criteria established by the Rehabilitation Act, the ADA, and the Remedial Plan, a claimant is a disabled individual who is a member of the class if, while an inmate in a facility under the control of the DOC, he or she (a) had a permanent physical mobility, hearing, or vision impairment or was a diabetic; and (b) this condition substantially limited one or more of his or her major life activities.

 The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class.  Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps performing manual tasks.

The Special Master finds and concludes that Claimant has not sustained her claim that she has a vision disability within the meaning of the ADA and/or the Remedial Plan.