August 7, 2007

Juanita E. Billiot
16500 Yellow Sage St. Apt. 1804
Pflugerville, TX 78660

Office of the Clerk of Court
U.S. District Court
1921 Sprout St.
Denver, CO 80294-3589
Fax: 303-335-2714

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2007

GREGORY C. LANGHAM
CLERK

Subject: Jill Coit, 86530, DWCF
    Case Number #1 92N870
    Case Number #2 96N345-MONTEZ VS. BILL OWENS

Today August 7, 2007, Jill Coit,. 86530, Denver Women's Correctional Facility (DWCF), Denver, CO., called me, Juanita Billiot (Mother of Jill Coit) to assist her with the following issue.

Jill Coit was notified that she had a package from the Clerk of Court, U.S. District Court, District of Colorado. Jill Coit went to the office where the package was located. She noticed that the package had been opened and refused to receive the package. She was told that the package contained documents that were being sent back to her. Jill Coit had submitted the documents to the U.S. District Court and now they were being returned due to the fact that there was no Case Numbers referenced. The documents should have been received by the Office of the Clerk of Court prior to July 7, 2007.

Jill Coit was escorted to her cell by a D.O.C. Officer to review a copy of the original documents. The D.O.C. Officer acknowledged that the original documents did reference Case Numbers. The documents were to be sent to the U.S. District Court and filed. Jill Coit handed over the original documents (Case numbers noted) to the DWCF mailroom personnel (receipt received) to be mailed to the U.S. District Court.

Please receive this information so that, when returned to your office, the documents may be filed at the Office of the Clerk of Court, U.S. District Court, District of Colorado.

Sincerely,

*Juanita E. Billiot*
Juanita E. Billiot