Civil Action No 92-N-870 (OES) (consolidated with 96-N-343)

Claim No: 03-175 (Formerly 02-064)
Category III
Claimant Wellman E. Gibson #74

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 16 2007
GREGORY C. LANGHAM
CLERK

Request Amendment of Final Order & non compliance Request By D.O.C. For Refusing to acknowledge Final order.

The administration of C.C.F. (Warden Frasier) used the excuse of telling claimant every thing was under appeal & the AIC (Kathie Holst) also used this excuse (see enclosed letter) to keep from returning Books on tape material & continued to house me at a non montez complaint facility. Ordering claimant with the threat of being locked down to go up & down stairs & to get food trays, medication & to attend the gym & classes at school.

I was housed at C.C.F for 3 months prior to Final order being issued even though case management

at A.V.C.F & offender services were aware of my medical restrictions & problems. After the final order D.O.C. used the above named excuse to house me at C.C.F & refused to return books on tape even though the order stated imediatley return items, they did this for another 2 months & they knew there was no appeal filed by the AGs office. This shows blatant intent to disregard the Final order issued on 6-22-07.

I am requesting the following amendment to the final order $100 a day for being intentionaly housed at a non montoz compliant facility, $100 a day for refusal to return books on tape material & refusing to abide by Final order issued on 6-22-07. Time to run from 4-11-07 to present. Also include in the order because of threats made to me

that if I ever get a penny D.O.C. will confiscate it, that D.O.C. is not to confiscate any monies awarded to me. This is 125 days as of 8-12-07?

I don't believe this request is unreasonable as D.O.C. & this Facility has exhibited a blatant so what attitude & as I was told when moved here <u>SO WHAT file it</u>.

Also added to the order that Warden Fraiser is to Return my property Imediatley. which means $100 a day & not to confiscate monies awarded & housed at Montez compliant facility.

8-?-07

Wallman Gibson
74384

Something has to be done as D.O.C. & this facility has said <u>so what</u> to any court order issued concerning me.

I informed the Special Master that on 7-31-07 my cane was confiscated by yvette Pope (Nurse in) & Sgt. Chase who was later heard telling other officers "see I told you I would get it taken" Nurse Pope used papers from 2 years ago stating I had nothing wrong with me & intentionaly misled Dr. Wright into recending my order for my cane. This is blatant retaliation & I was told the court order you issued on 6-22-07 was fake & they would not abide by it.
  Security & housing officers justified their treatment by saying medical is telling them to do it.
  Please, Please HELP ME

  9
  [signature]

Sgt. Chase   8-9-07
  ↓
8-10-07  I was informed today I will be forced to push carts chow Again the more nothing is done the worse D.O.C & this facility get!

8-10-07

Today I was informed by Sgt Chase that Nurse 3 Yvette Pepe informed them that she (Medical) got the ok from Kathie Holst the AIC to say I had no restrictions per Montez & there for no work restrictions. I have been threatened with lock up & loss of privileges & a probable move to C-S.8 for refusing to work if I don't comply. This is the same person that had my cane confiscated & said AGAIN that Kathie Holst told her to because per Montez there is nothing wrong with me.

AND Again Kathie Holst says they can do what ever as the AG's office is appealing the final order & there for it does not exist.

I am also forced to attend (day hall) with the threat of lock up when I could not even come out to pick up food tray eat