# REQUEST FOR SICK CALL

NAME: Wilman Gibson   NUMBER: 74384

DATE: 8-2-07   LIVING UNIT: E-2-9

WORK ASSIGNMENT: U/A

Offender needs to be seen by: (CHECK ONLY ONE)

____ Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

Prescription Number: _____

X Other: Doctor Wright

Explain your need for request: Need to speak with Dr. Wright about him being misled when taking my cane & also of him being in violation of the Remedial plan section XII Health care appliances

Offender's request was received at Dispensary: NO.C.
Date: _____ By: _____

Action Taken: POS session of Health care appliances. The cane was properly obtained by paper work exists to prove this.

20053 Distribution: White Copy-Dispensary / Canary Copy-Medical   Pink Copy-Offender

You were told to stop kiting for appt about the cane issue. further request will result in a write-up.

↑ above is the reply I received for this interview slip. More Blatant threats... & retaliation By D.O.C.

**Colorado Department Of Corrections**

Name: Wellman Gibson

Register Number: 24384

Unit: E-2-9

Box Number: 600

City, State, Zip: Canon City, Co, 81215-0600

AUG 1 6 2007

Judge Richard C. Davidson
Special Masters U.S. Dist Court
Legal Resolution Center
7907 Zenobia St
Westminster, CO. 80030-4444

80030+4444



# *LRC* Legal Resolution Center

| | | |
|---|---|---|
| 7907 Zenobia Street<br>Westminster, Colorado 80030<br>303-426-7365<br>303-426-7714 (FAX)<br>1-888-881-7365 (Toll-Free)<br>RMLRC @ AOL.COM<br><br>Lynda Rowe, Administrator | Judge Richard M. Borchers<br>Judge Richard C. Davidson<br>Judge Donald E. Abram<br>Judge James N. Wolfe<br>Judge Michael R. Enwall<br>Judge Bruce D. Pringle<br>Judge Stephen L. Carter<br>Magistrate Sandra Franklin<br>Judge Kenneth M. Plotz | Other Offices:<br>Denver<br>Denver Cherry Creek<br>Denver Tech Center<br>Boulder<br>Colorado Springs<br>Grand Junction<br>Fort Collins<br>Cheyenne, Wyoming<br>Omaha, Nebraska<br>Salt Lake City, Utah |

August 15, 2007


Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294


      RE:    <u>*Montez, et al. v. Owens, et al.*</u>
                  **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)**
                  **Claimant: Wellman E. Gibson, Claim #: 03-173**

Dear Gail:

      Enclosed for filing with the Court, please find another letter from Mr. Gibson that we received in today's mail. The Final Order pertaining to Mr. Gibson's *Montez* claim was issued on June 22, 2007. Should you have any questions regarding this matter, please call me. Thank you.


Sincerely,

*[signature]*

Susan L. Carter
Assistant to Special Masters



Enclosure