Civil Action No. 92-N-870 (OES)

Jesse Montez, et al.,

v.

Bill Owens, et al,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2007

GREGORY C. LANGHAM
CLERK

Claim No. 03-173 - (Formerly 02-064)
Category III
Claimant Wellman E. Gibson

Reply to Judge Nottingham
from order of Special Master
Filed 8-8-07

The Special Masters have notified me they no longer have any jurisdiction since they issued their final order dated 6-22-07. The problem is D.O.C says they dont have to comply with the special order. They (C.C.F staff & administration) say it is under appeal & therefore does not exist & yet I cant find out if & I have not been notified of any appeal

also things have goten worse for me with more retaliation by D.O.C. staff which is 2 paticular people a Vanse Pope & Sgt. Chase. Vanse pope said to hell with the final order & sent Sgt. Chase to confiscate my cane from me which I had a valid medical permit for & Sgt. Chase said he has to do what medical says. Vanse Pope made the statement to me, that I was like ALL other inmates & nothing was wrong with me as we were all just trying to manipulate the system.

Now I am forced to get around in constant pain & again this facility C.C.F says they DO NOT have to comply to any court order.

Please let me know what is the status of things

8-13-07