

**_LRC_** *Legal Resolution Center* _____

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
| RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| www.legalres.com | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | | Omaha, Nebraska |
| | | Salt Lake City, Utah |

August 17, 2007

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 - 19th Street
Denver, CO 80294


RE: **_Montez, et al. v. Owens, et al._**
Civil Action No. 92-N-870 (consolidated with 96-N-343)
**Claim #:   02-373   Alfonso Hollis**

Dear Gail:

We would like to request the return of the *Montez v. Owens* file pertaining to the above-referenced claimant, who is now deceased. An heir has filed a claim on behalf of Mr. Hollis, based upon the fact that Mr. Hollis was unable to provide a current address to our office due to his death. If you have any questions regarding this matter, please do not hesitate to call or e-mail me. Thank you for your assistance.

Sincerely,



Susan L. Carter
Assistant to the Special Masters