IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number 02-904
Category II
Claimant: Michael Brodsky, #53425
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This case has been settled. The appropriate documentation has been submitted reflecting the settlement.

      IT IS HEREBY ORDERED that the claim of Michael Brodsky is dismissed with prejudice, as the claim has been settled between the parties.

      SIGNED this 17th day of August, 2007.

      BY THE COURT:

      */s/ Richard M. Borchers*

      Richard M. Borchers
      Special Master