IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-117
Category III
Claimant: Shannon Williams, #105799
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

      THIS MATTER comes before the Special Master on his own motion. Staff for the Special Master have determined that Claimant is no longer at the Denver County Jail. The Special Master sent an order to the last known address of Claimant, and that order has been returned. The Special Masters have no address for Claimant.

      All claimants have a duty under the Local Rules of this Court to advise of any change of address. The time granted to do that is ten days. The Special Masters have made every effort to find an address for Claimant but without any success. Claimant has not complied with the local rules and has abandoned her claim. It will be dismissed.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as she has failed to provide an updated mailing address at which she can be contacted.; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 8, 2007.**

      SIGNED this 17th day of August, 2007.

2

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master