IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-422
Category III
Claimant: David John Burton, #57415
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This case has been settled. The appropriate documentation has been submitted reflecting the settlement.

    IT IS HEREBY ORDERED that the claim of David John Burton is dismissed with prejudice, as the claim has been settled between the parties.

    SIGNED this 17th day of August, 2007.

                                   BY THE COURT:

                                   */s/ Richard M. Borchers*

                                   _____

                                   Richard M. Borchers
                                   Special Master