IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-215
Category: Untimely Filed Claim
Claimant: Joe Allen Mascarenas, #75571
Address of Claimant: CMRC, 2925 E. Las Vegas St., Colorado Springs, CO 80906

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on the claim of Joe Allen Mascarenas. In his claim form, Claimant has indicated that he has a vision impairment. He also indicated that he was sentenced to DOC confinement on October 13, 2006.

On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant has stated that he came into DOC custody in 2006. This post-dates the approval of the Remedial Plan. Claimant cannot pursue his claim unless he was in custody of DOC on or before August 27, 2003 and had a vision impairment on or before that date. The Special Masters have no jurisdiction over this claim.

The Special Master issued a show cause order to Claimant to allow him to indicate why there was jurisdiction over his claim. Claimant was granted up to and including August 6, 2006 in which to file a response to the Amended Order to Show Cause. Claimant has filed nothing further.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as the Special Masters have no jurisdiction over the claim since Claimant came into DOC custody after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 8, 2007.**

SIGNED this 13th day of August, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master