UNITED STATES
DISTRICT COURT For COLORADO

Civil Action NO 92-N-870 (OES) (Consolidated for all purposes with Civil action NO. (96-N-343)

Jesse Montez, et al.

VS                              August 13, 07

Bill OWENS, et al.

Claim Number: 03-321   Category III
Claimant: Jeffery Harris #101324
Address: CCCF, 6564 State Highway 96, Olney Springs, Co 81062-8700

## MOTION FOR PAYMENT

Please be advised, I was awarded by the Special Masters on my claim $350.00 to be Objected by July 30, 07 or paid. THE STATE of Colorado, did not send me any objection or Notify ME that they were going to file any objection to my award. I owe NO debts to the State or Federal Government and have NO REASONS Why the state has not paid me, my awarded $350.00 settle-MENT Payment.

Therefore, I ask this Honorable Court to issue IT'S ORDER TO PAY, this claim Forth With.

Respectfully Submitted
Thank You
Jeffery Harris #101324

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 17 2007
GREGORY C. LANGHAM
CLERK