UNITED STATES DISTRICT COURT

FOR THE STATE OF COLORADO

Civil Action No: 92-N-870(OES) ( Consolidated for all purposes
with Civil Action No; 96-N-343

Jesse Montez, et all.

        Plaintiff,

V.

BILL OWENS, et all

        Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2007

GREGORY C. LANGHAM
                CLERK

Claim Number 02-049
Category III
Claimant: Louis Peoples Jr, #43943, LCF 49030 State HWY 71, Limon, Colo 80826

ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND A TEMPORARY

RESTRAINING ORDER

Upon the original **Montez V. Owens** complaint, the supporting motion for preliminary injunction of Plaintiff' and the memorandum of law submitted herewith, it is:

**Ordered** that defendant' Governor Owens, Director of Corrections Joe Ortiz, and Warden Heartly of the Limon Correctional Facility, **Show Cause** in room _____ of the **United States District Court For Colorado, 901 19th Street, Denver, Colorado 80294-3589** on the _____ day of _____ 200__, at _____ O'Clock, Why a preiminary injunction should not issue pursuant to **Rule 65(a) bf** the Federal Rules of Civil Procedure enjoining the defendant', their successors in office, agents acting in concert and participation with them providing Plaintiff and all other **Chronic Care Prisoner'** at the Limon Correctional Facility with a separate area and separate equipment to assist with **Cardiovascular Rehabilitation** for exercising and other recreational opportunities pursuant to **ADA** standards, **Stair Master, Blowflex, Rowing Machince, Universal Cable Machine, Hand Peddle Walk-out Machine**, for wheel chair patient/prisoner'.

**IT IS FURTHER ORDERED** THAT EFFECTIVE IMMEDIATELY OF THIS Order to **Show Cause,** the defendant' **Owens, Ortiz, and Heartly** and it' agents, employees, and all persons acting in concert or participation with them are restrained from making lame or false excuses denying equipment and prescribed medical thearpy and exercise needs for **chronic case priosner/patients** with any disability. Also to restraine them from **Taunting of Utter Indifference and Contemptuous** back talk as to staff stating: **If you don't like it, don't come to prison,** and giving the Runaround stating: **We don't control recreation equipment,** knowing No one other than medical understands these chronic care exercise needs and the equipment this involves. Such attitude can not be tolerated.

**IT IS FURTHER ORDERED** THAT THE Order to **Show Cause,** and all other paper attached to this application, be served on aforesaid defendants by the _10th_ day of _Oct_ 200_6_.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS FURTHER ORDERED that effective immediatation o