Case: 1:92cv00870

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 7 2007

GREGORY C. LANGHAM
CLERK

Wellman E. Gibson #74384
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600

# Incident # 143624

**Linked #**    **Created by**

## CENTENNIAL CORRECTIONAL FACILITY

Created: **Aug 14, 2007  06:49 pm**    By: **DARROW, RANDY N**
Closed:    By:

Incident Date: **08/14/2007**

Approx Time: **03:15 PM**    Status: **Open**

Incident Type: **Mail Issues**

Incident Location: **E-Unit Office**

Misc. Location Info:

Summary: **Gibson #74384 assigned to E 2-9 received legal mail, however contents inside where for a different offender.**

---

Report:   **1**    by **DARROW, RANDY N ( rndarrow )**    for Incident **143624**
  Officers Facility: **CENTENNIAL CORRECTIONAL FACILITY**
Approximate Time of Incident:  **03:15 PM**    Shift: **Second**
Work Unit:**Custody/Control**    Days Off: **Thurs/Fri**

---

Suspected Gang Related: ☐    Evidence: ☐

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|--------|-------|--------------|-----|------|------|------|
| 74384 | GIBSON, WELLMAN | CCF/UNIT2E | E | 2 | 9 | 6 |

| | |
|---|---|
| Report Rejected: ☐ | **Report**    Needs Approva☑ |
| Report Approved: ☐ | Submitted:  08/14/07 08:00 PM |
| Report Voided: ☐ | **Duty Officer's Initiation of Investigation** |
| **Parole/Community/ Shift Commander:** | Charge:☐ **Duty Officer:** |
| **Date Approved:** | Informational:☐  **Reviewed:** |

# Detailed Report on following Page

# Incident# 143624

## Report 1 detail  by DARROW, RANDY (rndarrow)  for Incident 143624

---

On 8/14/07 at approximately 3:15 P.M. I Officer Darrow was distributing offender Gibson, Wellman # 74384(P-Code-3)cell # E 2-9 his legal mail. After searching it I handed it to Gibson. He then told me that the contents of the mail was not his. There were 3 separate pages inside the envelope. The cover sheet is addressed to Gibson. However one of the pages is in regards to a Anthony Hernandez and the other page is in regards to a Ronald G. Pierce. The legal mail was forwarded back to the CSP mail room along with a copy of this report . Lt Fairbairn was notified. EOR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

Re: Claimant Ronald G. Pierce, Claim number 02-459

## ORDER

Kane, J.

This matter is before the court on Claimant, Ronald G. Pierce's "Objection to the Final Order by Special Master" (doc. #2412), filed November 17, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The dismissal of Mr. Pierce's claims was appropriate as he failed to prove discrimination based on his disability. The Objection is OVERRULED. The Final Order of Special Master (doc. #2272) is AFFIRMED.

Dated: August 10, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

> Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

> Defendants.

Re: Claimant Anthony Hernandez, Claim number 03-152

---

## ORDER

---

Kane, J.

This matter is before the court on Claimant, Anthony Hernandez' "Objection to the Final Order by Special Master" (doc. #2333), filed October 13, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that a monetary damage award will adequately compensate Mr. Hernandez for Defendants' violation of his rights. The Objection is OVERRULED. The Final Order of Special Master (doc. #2210) is AFFIRMED.

Dated:   August 10, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT