# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

FREMONT CORRECTIONAL FACILITY
P. O. Box 999
Cañon City, Colorado 81215–0999
Phone (719) 269-5002
FAX (719) 269-5020



Bill Ritter, Jr.
Governor

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Aristedes W. Zavaras
Executive Director

AUG 2 0 2007

GREGORY C. LANGHAM
CLERK

## MEMORANDUM

DATE:         8/14/2007

TO:           Whom it may concern

FROM:         Co Stephanie Walker

SUBJECT:      Legal Mail

Enclosed are two envelopes addressed to inmates and FCF but the contents are for someone else.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ  COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS



017H15524679

HASLER

$0.410

08/10/2007

Mailed From 80202

John L. Sheets #94967
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

81215+0999

appropriate as he failed to prove discrimination based on his disability.  The Objection is

*This copy was sent to inmate Purcell # 85034 by mistake!*