Case: 1:92cv00870

I am returning the following Orders you mistakingly sent me, one of Ronald Pierce, & one of Anthony Hernandez. Please sent them to their correct destinations.

Manuel S. DePineda 59436
SCF
P.O. Box 6000
Sterling, CO 80751

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 20 2007

GREGORY C. LANGHAM
CLERK

Dear Clerk of the U.S. Dist. Ct (D.C.) & Judge Kane;

I received the 2 orders enclosed, my name is not Anthony Hernandez Case No. 03-152, nor is it Ronald G. Pierce 02-459. My name is correctly Manuel S. DePineda, and I have no claim in your court, other than 93-F-1137, in which there was an attempt to murder me, by D.O.C. officers in Fremont Corred. Fac. that case the Defendants defaulted, and its high time I get paid for that claim, in which the defendants were properly defaulted as ruled by Judge Mag. O.E. Schallator, but did not know why the Clerk had not entered the default. The case is cited as 93-F-1137, default was proper Sept 12, 1994, Check your records & please enter the default. The Defendants in all these years have never moved to have the default dismissed, thus they have defaulted under the F.R.Civ.P. 55 and have nothing coming.

I wrote your court on July 10th 2007, to please return my legal documents, Judge Borchers, kept from me to copy them, then after they were copied, he would return them to me. They do not belong to the court because I withdrew my Montez claim 02-336 on Aug 31, 2006. and so the Dist. Judge Borchers, asked me to lend him my papers, to copy, then he would send me my records back and I only think its right since I withdrew & dropped my claim, the court had no jurisdiction over my papers.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

Re: Claimant Ronald G. Pierce, Claim number 02-459

## ORDER

Kane, J.

This matter is before the court on Claimant, Ronald G. Pierce's "Objection to the Final Order by Special Master" (doc. #2412), filed November 17, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The dismissal of Mr. Pierce's claims was appropriate as he failed to prove discrimination based on his disability. The Objection is OVERRULED. The Final Order of Special Master (doc. #2272) is AFFIRMED.

Dated:   August 10, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

> Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

> Defendants.

Re: Claimant Anthony Hernandez, Claim number 03-152

## ORDER

Kane, J.

This matter is before the court on Claimant, Anthony Hernandez' "Objection to the Final Order by Special Master" (doc. #2333), filed October 13, 2006. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that a monetary damage award will adequately compensate Mr. Hernandez for Defendants' violation of his rights. The Objection is OVERRULED. The Final Order of Special Master (doc. #2210) is AFFIRMED.

Dated:   August 10, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT