FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 20 2007

GREGORY C. LANGHAM
CLERK

Clerk of the Court

Civil Action No. 92-N-870 (OES)
Claim No. 03-173
Category III
Claimant Wellman E. Gibson #74384

I received a order of Special Master on 8-13-07 stating they no longer had jurisdiction since they issued their final order on 6-22-07 & I was told contact you. The problem is this facility & D.O.C. has told me to hell with you Wellman & that order, our medical dept. over rides it & besides it is under appeal so as far as we are concerned it is non existant. I can't get any one to tell me anything & the appeal deadline is 8-22-07 & I haven't received any paper work from the AG's office either & I have wrot King & Greisen numerous letters & they refuse to contact me also.

I have even wrote to Judges Kane & Nottingham & again I have received no reply. & the more nothing is done the more retaliation is done by staff here such as taking my cane from me when I had a valid permit & forcing me to do work they know I cant do. I am threatened with lock up if I dont.

I dont know what to do! Will some one please let me know what is going on

8-14-07                    William [signature]

& just was denied access to my medical file by yvette Pope the Nurse III here at C.C.F. & kicked out of the hospital & Nurse pope said they have clearance from Legal Dept. to do what ever they want to me & deny me what ever they want contrary to any court order

Clerk of the Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 20 2007

GREGORY C. LANGHAM
CLERK

Today 8-19-07 Legal mail was just passed out & I received 2 letters pertaining to the Montez suite & appeals. Both papers were not mine & belonged to others & it was appeal papers that I have been waiting to receive. One paper belonged to a Pierce & the other to Hernandez claim # of Hernandez was 03-152 & Ron Pierces I don't know.

Now Did my paper won't get sent to the Wrong Person? Pierce or Hernandez. Please let me know A.S.A.P.

I gave the letters to staff in Unit E swing shift at C.C.F. & they said they had to do a report & would arrange to send things back to you. Please get back A.S.A.P

[signature]