re: claim 03-211

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 2 0 2007
GREGORY C. LANGHAM
CLERK

8-12-07

AUG 1 4 2007

Dear Sir,

I wanted to take this opportunity to thank you / your staff for the work you've done in my case. Now that I am approximately 1 week past CDOC's appeal date & I have not heard anything I assume it's over, and writing you should be okay.

I remember mentioning to you (during a break) that I thought CDOC/Medical would retaliate, well they did & here's how it went: Starting the 4th of July I was letting them know on an almost daily basis that my prescription for my meds was going to expire 7/19. Well when I picked up my meds 7/17, my muscle relaxants had a discontinue date (DC) of 7/19. The prescription expired 5 doses after I was given them. I told the nurse who gave them to me that even though she gave me 60 doses only 5 were properly prescribed. The nurse then told me to take my med card & leave. On the 20th I spoke with a Physicians Asst (PA) and told him I had a card that was past its 'DC' date but still had pills in it. He (the P.A.) then told me I could get "written up" (Code of Penal Discipline charges) for unauthorized possession, Abuse of Medications, possession of Dangerous Drugs etc... multiple write ups (if I had meds in that card). So I flushed them, and was going to speak with medical admins on Monday the 23rd. Well long story shortened - Sunday the 22nd I was placed in Segregation for not having any pills in that DC'd card.

As you may recall I have M.S. & the muscle relaxants were for spasticity in my leg that caused

②

the majority of my mobility problems. Well after 2 weeks in Seg so no real exercise & no meds for the spasticity - I can barely climb stairs now. I haven't even been 'written up' yet & I still don't have my medicines for the spasticity. So even though the Nurse Violated FDA Regs by giving me 60 Doses & Verbally Telling me to leave with them I'm the one in Trouble. Well that's how CDOC gets even / Retaliates when they loose a suit. I actually did Not expect it until After CDOC medical paid the $200⁰⁰ dollar Judgement, But they have not done that either.

Well Sir, once Again I thank you for Your Time when you came here to hear my claims well as for the Judgement in my favor. Hopefully they'll get it to me before Medical makes it even worse for me.

Sincerely,

Matthew Mants CDOC #66276
Clam 3-211
AVCF 5
PO Box 1000
Crowley Co 81034

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92—870 (OES) (Consolidated for all purposes with Civil Action No.96—343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-211
Category III
Claimant: Matthew Mounts, #66276
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, Claimant advises that he has been subjected to retaliation since his hearing.

Claimant is advised that the Special Masters have limited jurisdiction. Once a final order is issued, then jurisdiction for the Special Masters is at an end. Claimant needs to submit his documents directly to Judge Nottingham. The Special Masters do not have continuing jurisdiction to resolve post-final order issues. At this juncture, Claimant's remedy is to write to Judge Nottingham and/or contact the office of Class Counsel. Claimant may want to contact Class Counsel first.

IT IS HEREBY ORDERED that Claimant's letter will be forwarded to the Clerk of the Court for action by Judge Nottingham or Judge Kane.

SIGNED this 17th day of August, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 17 day of August, 2007 to the following:

Mr. Matthew Mounts
#66276
AVCF
P.O. Box 1000
Crowley, CO 81034

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203



**LRC** *Legal Resolution Center*

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
| RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | | Omaha, Nebraska |
| | | Salt Lake City, Utah |

August 17, 2007

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

      RE:    *Montez, et al. v. Owens, et al.*
              **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)**
              **Claimant: Matthew Mounts, Claim #: 03-211**

Dear Gail:

      Enclosed for filing with the Court, please find a letter that we received from Mr. Mounts in this week's mail. For your referral, I am also enclosing a copy of the Order that Judge Borchers issued today regarding this matter. The Final Order pertaining to Mr. Mounts' *Montez* claim was issued on May 21, 2007. Should you have any questions regarding this matter, please call me. Thank you.

Sincerely,

Susan L. Carter
Assistant to Special Masters


Enclosures