IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-173
Category III
Claimant: Wellman Gibson, #74384
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## MOTION FOR ENLARGEMENT OF TIME

Defendants, through the Colorado Attorney General, respectfully request an enlargement of time to file their Objection to the "Final Order of Special Master."

1. The Special Master entered a Final Order, (doc. 2742, filed 6/25/07), finding in favor of Claimant Wellman Gibson, #74384. The Special Master found that a problem with Mr. Gibson's hand constituted a mobility disability. Defendants wish to object to the Final Order in this case.

2. Under Section XXXII of the Remedial Plan, the parties can appeal the Special Masters' final decisions to the Honorable Judge Kane. The parties were given until August 22, 2007, to file their objections.

3. Undersigned counsel has been unable to finalize Defendants' Objection because he has been preparing for a three-day trial in Blum v. CDOC, et al., a religious rights case in Fremont County District Court (05 CV 294). Trial was scheduled for August 27-29, 2007. Yesterday, August 21, 2007, the parties attended an all-day settlement conference at the Fremont County District Court and were able to reach a settlement agreement.

4. In addition to preparing for trial (which, as noted above, settled yesterday), undersigned counsel is in the midst of several other deadlines as well. During the week of August 20, 2007, counsel is scheduled to file a Reply in support of a Motion to Dismiss in Erickson v. Newberry, et al., 07-cv-00618-MSK-BNB, a 42 U.S.C. § 1983 action in federal court; a Response to an Objection to a Magistrate Judge's Recommendation in Kelly v. Olin, et al., 06-cv-02448-REB-MEH, a § 1983 action in federal; an Answer Brief in a C.R.C.P. 106(a)(4) case in Bent County District Court, Hernandez v. Smotherman, et al., 06 CV 52; a Reply in support of a Motion to Dismiss in Blevins v. Reid, et al., 06-cv-00969-MSK-CBS, a § 1983 action in federal court; and a Response to an Objection to a Magistrate Judge's Recommendation in Grady v. Edmonds, et al., 06-cv-01612-DME-PAC, a § 1983 action in federal court. In addition, undersigned counsel is scheduled to appear for a scheduling conference on Thursday, August 23, 2007, in the Blevins case.

5. For these reasons, Defendants request an additional 30 days to complete and file their Objection to the Final Order of Special Master regarding Claimant Gibson.

6. This request is not for the purpose of delay and the parties will not be prejudiced by the requested extension.

7. Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel was unable to confer with the Gibson before filing this motion because he is currently incarcerated.

WHEREFORE, Defendants respectfully request an enlargement of time up to and including September 21, 2007, to file their objection.

Respectfully submitted this 22nd day of August, 2007.

JOHN W. SUTHERS
Attorney General


s/ Jess A. Dance
JESS A. DANCE, 35803*
Assistant Attorney General
Civil Litigation & Employment Law
  Section
Attorneys for Defendant

1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: 303-866-5165
Email: jess.dance@state.co.us
*Counsel of Record

3

## CERTIFICATE OF SERVICE

I further certify that I have mailed copies of the foregoing via the United States mail, postage prepaid, at Denver, Colorado, this 22nd day of August, 2007, addressed as follows:

Wellman Gibson, #74384
Centennial Correctional Facility
P.O. Box 600
Canon City, CO 81215-0600

*Courtesy Copy To:*

Cathie Holst

                                        s/ Jess A. Dance