IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) ewn-oes (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.
   Plaintiffs,
-vs-
BILL OWENS, et al.
   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-276
Category III
Claimant: Michael K. Tivis, #52378
Address of Claimant: AVCF, P.O. Box 1000 Crowley, Co 81034-1000

---

## DEFENDANTS REFUSAL TO COMPLY WITH FINAL ORDER OF SPECIAL MASTER

THIS MATTER came before the Special Master for hearing on May 3, 2007. This hearing was held at the Arkansas Valley Correctional Facility (AVCF) in Crowley, Co. Present were the following: Michael K. Tivis (Claimant); and Rob Huss, attorney for Defendants.

Testimony was received from Claimant. Defendants' Exhibits A thur D were offered and admitted into evidence. All documentation previously submitted by both sides was accepted.

After final closing arguments, the case was taken under advisement. And a "ORDER" constituting the final action by the Special Master on this specific claim was issued.

It was Ordered that the claim of Michael K. Tivis is granted, in part, and he is awarded damages in the amount of $180.00;

To date Claimant has not received any parts of the awarded damages. And he is still being charged for Matrin. Claimant is asking this Court to order the defendants to

Comply with this order of the Special Master signed May 16, 2007.

Michael K. Luia

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing request this 17th day of August, 2007 to the following:

UNITED STATES DISTRICT COURT, Clerk
901 19th St. Rm A105
Denver, Co. 80294

OFFICE OF THE ATTORNEY GENERAL
1525 Sherman St.
Denver, Co. 80203