Aug. 14, 2007

Dear

I recently recieved these (2) papers in the mail so I am therefore returning them to you. I must say that although people make mistakes it is always best to recheck (proof/read) our work. Can you please make sure that my response did not go to another person please. Thank you for your time.

Sincerely

Cynthia Butler, #127487

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 21 2007

GREGORY C. LANGHAM
CLERK

Case: 1:92cv00870

Cynthia Hosea-Butler #127487
Denver Women's Correctional Facility (DWCF)
P.O. Box 392005
Denver, CO 80239

United States District Court
Alfred A. Arraj Courthouse
901. 19th St  Rm A #105
Denver, Co  80294-3589

United States District Court
Alfred A. Arraj Courthouse
901. 19th Street Rm A #105
Denver, Co 80294-3589

