IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Claimant Wellman Gibson, Claim Number 03-173

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Enlargement of Time (doc. #2826), filed August 22, 2007, is GRANTED. Defendants have until September 21, 2007 to file their objections to the Special Master's Final Order (doc. #2742). Mr. Gibson will have an opportunity to reply to Defendants' objection AFTER it is filed, but no later than October 11, 2007.

---

Dated:  August 22, 2007