IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Stephen Grace, Claim number 02-718

## ORDER OF REMAND

Kane, J.

This matter is before the court on Claimant, Stephen Grace's Motion to Amend Final Order of Special Master (doc. #2449), filed December 15, 2006. The Motion is granted to the extent that the court will ask the Special Master to consider the additional evidence presented by Mr. Grace in connection with his motion.

Mr. Grace has presented additional evidence of mobility impairment dating back to April of 2000. This matter is remanded to the Special Master for the limited purpose of reviewing the supplemental evidence that was submitted with document entry number 2449. No additional evidence or testimony is to be considered.

Dated: August 23, 2007

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT