IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Alfred Raglin, Claim number 02-285

## ORDER

Kane, J.

This matter is before the court on Claimant, Alfred Raglin's Objection to Final Order of Special Master (doc. #2453), filed December 26, 2006. Following his objection Mr. Raglin requested and was given additional time (until March 12, 2007) to more fully object to the Final Order. As of this date, no additional filings have been made.

I have reviewed the Final Order of the Special Master and have determined as follows: The rulings of the Special Master are based on the evidence and the law was properly applied. Mr. Raglin offered no basis whatsoever for his objection. I find that the dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2354) is AFFIRMED.

Dated:   August 23, 2007

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT