IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is before the court on Lilbert L. Beasley, Jr.'s Motion to Amend Stipulation and Order Regarding Status of Compliance by DOC with Remedial Plan (doc. #2464), filed January 8, 2007. The Motion is DENIED. Mr. Beasley's complaints regarding quality of his medical care are beyond the scope of this case and must be raised by a separate individual action, and not as part of the remedial plan in this case.

Dated:  August 23, 2007