IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Frankie Evans, Claim number 02-896

## ORDER OF REMAND

Kane, J.

This matter is before the court on Claimant, Frankie Evans' Objection to Order of Dismissal (doc. #2500), filed January 26, 2007. The Objection is sustained. The Special Master is directed to consider this claim based on the merits. Claimant Evans is reminded to advise the court immediately of any change of address.

Dated:   August 24, 2007

                                                              BY THE COURT:

                                                              *s/John L. Kane*
                                                              JOHN L. KANE, SENIOR JUDGE
                                                              UNITED STATES DISTRICT COURT