IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant James R. Duncan, Claim number 03-116

## ORDER

Kane, J.

Claimant James R. Duncan has filed a "Reconsideration of Action" (doc. #2508), on February 2, 2007. It is noted that two previous objections were filed regarding Mr. Duncan's claim and they were overruled in an order dated March 22, 2007. The current document will be considered a motion for reconsideration, and as such, it is DENIED. Again, the Special Master's ruling was based entirely on the evidence and a correct application of the law that this claim does not fall within the provisions of the settlement agreement. Complaints regarding quality of care must be raised, if at all, in a separate individual action, and not as part of the remedial plan in this case. The Final Order of the Special Master (doc. #1155) is, once again, AFFIRMED. No additional objections will be considered.

Dated:   August 24, 2007

                                            BY THE COURT:

                                            **s/John L. Kane**
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT