IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Jimmy R. Bulgier, Claim number 03-147

## ORDER

Kane, J.

This matter is before the court on Claimant, Jimmy R. Bulgier's' "Objections to Final Order of Special Master and Request for Reconsideration" (doc. #2519), filed February 8, 2007. The court has reviewed the final order and the objection, along with the supplemental documents submitted by the claimant and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion. No such abuse was found. On the contrary, the Special Master's ruling is based entirely on the evidence and a correct application of the law that this claim does not fall within the provisions of the settlement agreement. Mr. Bulgier's complaints regarding quality of care, while compelling, must be raised, in a separate individual action, and not as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #1986) is AFFIRMED.

Dated: August 24, 2007

                                          BY THE COURT:

                                          ***s/John L. Kane***
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT