IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

> Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

> Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Motion to Withdraw (doc. #2686), filed June 1, 2007, is GRANTED.  Celia F. Randolph is permitted to withdraw as attorney of record for Defendants.

---

Dated:  August 24, 2007