IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Felix Mike Ortega, Claim number 02-362

## ORDER

Kane, J.

This matter is before the court on Claimant, Felix Mike Ortega's "Objections to the Orders by Special Masters" (doc. #2546), filed February 15, 2007. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The Special Master's ruling is based entirely on the evidence and a correct application of the law that this claim does not fall within the provisions of the settlement agreement. Mr. Ortega's complaints regarding quality of care, medical malpractice and deliberate indifference must be raised in a separate individual action, and not as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #2355) is AFFIRMED.

Dated:   August 24, 2007

                                                  BY THE COURT:

                                                  *s/John L. Kane*
                                                  JOHN L. KANE, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT