US DISTRICT COURT
901-19 th street
Denver, Co 80294

JESSE MONTEZ, ET AL
V
BILL OWENS, ET AL

Case No. 92 N 870 CO ES)
96-N-343
92-CV-00870 EWN

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2007

GREGORY C. LANGHAM
~~CLERK~~

CLAIM NUMBER 03-129
Jill Coit # 86530
P.O.BOX 392005
Denver, Co 80239

Original 1

REQUEST FOR ADDITIONAL DAMAGES DURING THE COMPLIANCE PERIOD

Comes Now, Plaintiff Jill Coit pro se and does hereby under section XXXII (page 29) next to last paragraph as states, "However, if a claim arises during the compliance period then the inmate may amend his/her claim to request compensation for <u>additional damages</u>." Coit alleges the following even though the Montez Remedial Plan (MRP) does not list damages for retaliatory acts she states: DAMAGE & Violations of M.R.P.
1. Coit is not allowed to file grievances under Montez/ADA-her grievances are not process or not answered or not even accepted by her case manager, Ms. Linda Fisher as of 8-19-07 rejection. see attached grievances 1A & 1B est
2. DWCF refused to <u>obey</u> there own screening doctor, DR. CAbbling medical restrictions (2 hour work restriction) and Coit was released from her library clerk position.
3. Most importantly Randy Smith took away Coit's wheel chair which she had a permenant restricturb/ for as if 8-23-<u>05</u>. MR. Smith took it away on 8-1-07 stating that Coit is <u>not</u> a part of Montez. Mr. Smith also stated he did <u>not</u> have to obey the Final Order of Special Master that only CDOC/Cathie Holst could grant Montez status.
(A.) Final Order of Special Master states on page 5," The Specail Master finds and concludes that Claimant is a <u>disabled</u> individual who is a member of the class. Claimant has a <u>permanent physical mobility impairment</u> that substantually limits the major life activities of <u>walking</u>, working, and perhaps performing manual tasks.
(B.) Coit appeared before the October 2005 Montez Hearing in a wheel chair however Smith who is not a medical doctor nor does he have medical training in Ortopedic disabilities removed Coit's wheel chair just one week after Coit notified this Court of approximately 35 Montez <u>Vioations</u>- at least 6 of which involed wheel chair violations.
(C.) Mr. Smith took away Coit specail made front closure state issued greens that were given to her due to her severe hand deformity, severe arthriis in both hands/wrists,etc. Coit also has torn rotator cuffs in both shoulders she received when she was sexually abused and forced to perform sexually devient acts on former CWCF officer, Sgt.Joseph Smith. Coit received said injuries because she refused to perform said acts willingly and was injuried. Knees, shoulder, hand-thumb broken and arthritis set in, neck, back and feet.
D. Coit has torn menuisis tear of the left knee requiring surgery. Knee is painful and swollen as document throughout her medical record. By forcing Coit to walk more than 100 feet to go to medical and where she is paged, she runs the risk of breaking bones. Coit is a 63 year old, totally disabled according to Social Security since 1983. ~~Due to steee Coit has suffered~~ and in severe pain

(E.) Coit has had numerous TIA/STrokes which Denver Health Optomoligist stated was probably due to stress, diet and heredity. Coit is totally blind in the left eye and only sees out of the upper half of the right eye since May 2007 stroke. First TIA/Stroke occurred in Dec 2005 which lost vision was 1/2 in each eye. Coit does not qualify under Montez since it requires total blindness but does meet ADA requirements. Coit can not see normal size print or rather can not read for more than a few minutes — without getting severe migraines. DWCF has denied her Denver Health specialist ordered tinted glasses even though it would not cost them anything since she is willing to pay for needed glasses.

(G) Now that Coit has lost here wheel chair she is having pain in her right foot because she is walking on the side of her right foot to compensate — for left knee damages.

(F.) Coit has plantar Fibroma on left foot that prevents her from walking on left foot without pain.. DWCF refused to let her have the ordered anit-bacterial shower shoes-croc's that her family paid for and was given written permission to have sent in. Coit's plantar fibroma growth was surgically removed but came back. It influences how she walks and pain.

(G.) Randy Smith ordered that no one help Coit walk or give any assistance to Coit in any way. Coit had a pusher and aid to help her get dressed, bathe, wash hair and perform other needed daily tasks due to her arthritis, severe hand problems, pain and degenertive disk disease as well as torn rotator cuff. Now removed,

(H.) When Smith removed her front closure state issued greens this caused coit's rotator cuff shoulder problems to excerbate. Coit is in pain and can not sleep due to pain in knee nad shoulders.

(I.) DWCF now has issued rules that the five minute movement rule will be enforced. Coit can not make it to the elevator within the five minutes allowed to non disabled inmates, so she was told to go back to her unit and that if she does not get to where she is going within the five minutes she will be give a write up. Coit was denied law library access Friday because she could not get to the elevator in the five minutes.

(J.) Coit has not been able to access the dinning room since she must stand in line for more than 20 minutes at a time to get her food. Just walking over to the dinning hall is painful but to stand in line is impossible.

(K.) Coit filed a grievance in 2003 and was granted the privildege to eat in her cell. Coit has diverticulitous and must use the rest room upon eating. DWCF does not have bathroom access for inmates in dinning hall. So Coit deficates upon herself because she can not make it back to unit in time. With Coit having to walk to dinning hall she could never make it back to bathroom in time, Coit had eat_ing in unit awared grievance resolution taken away for no reason outside to punish her for filing grievances.

(L.) Case manager Fischer told coit the week of August 10 that if she filed any more grievance she would be further retaliated against. That DWCF was going to move her to CWCF. Coit told her that CWCF was not for mobility impaired inmates but Fisher said Randy Smith was going to make her not mobility impaired or she would be sent to Texas. Apparently texas is the next place CDOC is going to punish inmates with since they have no accommodations for the disabled. Coit tried to file an emergency grievnce and Fisher would not accept it. Fisher told Coit she would loose because DWCF/officers stick together and lie.

(M.) RAndy Smith issued a memo stating that Coit is not under Montez and that no one is to help her in any way. That if any inmate picks her up or assisted in any way they would be given a PREA charge and sent to segregation.

CAN-NOT PURCHASE - NEEDED -
MEDICAL APPLIANCES/AIDS - ON CANTEEN
see list

N. Randy Smith ordered Coit's wheel chair to be brought back to medical but Lt Butcher and Sgt. Infonta (?) confiscated all Coit's greens including a pair of green zippered pants that Coit had in 1995 that have sgt. Jospeh Smith Sperm on it-for case number 98 cv 2031 and is in the Appeals court returned immediately please.

O. All of Coit's medical property is listed on her property sheet as the Administrative regulations require. Coit wants to maintain her property as listed on her property sheet and it not be taken away in the event she is shipped to another facility. Coit has been told "they are watching her" to give her a write up so they can take her grandfathered items and medical appliances. When Coit was sent to DWCF in 2001, DWCF officers gave her medical appliances (tens unit, hand braces and other braces to more deserving inamtes who do not file grievances) See July 27, 2007 filing Violation wages aug 10, 2007 - entered.

P. That the retaliation stops, NOW.

Q. Medical issued permit for Coit to use voice activated computer progran and this was removed from Coit. Coit can not use typewrites due to hand pain she having to have this done for her. Order that Coit again be allowed to use computer voice activated program on computer.

R. Judge Pringle sent Coit the DVD of her hearing (October 2005) but CAthie Holst has refused to allow Coit to hear or transcribe-computer of record. Coit ask that this court either allow coit transcripton means-voice activated computer that she had access before being punished or give her a hard printed copy of hearing.

S. Coit ask this court for protection and that she get her wheel chair back immediately, state velcro cotting sets and her grievances processed in a timely mannor.

T. That her cell be modified to the same items she had at CWCF as part of the Final Order of Specail Master reflects.

U. That she be given her helper back as well as her pusher.

V. That her medical aids not be taken away or "lost" and that DWCF honor their written permits and not be allowed to play games with wording or that it is not worded just right.

W. That coit be allowed to purchase the special sided enclosed tinted glasses that Denver health Specialist ordered so her vision does not deteriorte further.

X. That if any bodily harm comes to Coit they be held responsible.

Y. That Coit be given surgery and that CDOC defendants be forced to obey Specialist orders and their own doctors who are not specialist not be allowed to override them. That once an order is written that Defendants must obey orders/recommendations of their won doctors uless it is counter to Specialist orders.

1. Cahtie Holst, AIC coordinator told Randy Smith Coit is not a member of Montez. Coit proved she filled out all the necessary paper work and the judge ruled in Coit's favor instead of Holst's.
Holst claims Coit did not get screened or fill out proper works. See evidence:
(1) Coit's medical Record of 4-16-04 "ADA Screening forms filled" Dr. Razzaggi.
(2) Mobility Screening with fax number and leg services on bottom dated 3-16-04, Dr. Razzaghi
(3) CWCF screening by Dr. Cabbling per Cathie Holst orders when Coit was sent illegall to CWCF in March 2004. Dr. Cabbling wrote, " This patient 59 year old white female has physical disability due to DJD of the hips & knees-w/ sp R That s/P L knee arthroscopic surgery- w 1 1/2 leg lenght discrepancy L leg shorter than r. + ANA w/O SLE. R hand contracture. Patient needs follow up by ortho for her L knee problems, Rheumatolgy for + ANA... 2 hour work restrictions-.. may wear own presription sunglass as needed for migraine headaches, M3 to M4, No lifting greater than 5 pounds, no stairs, handicapped cell, elevator use as needed. (Coit was not in wheel chair until end of march 2004 when CTCF transported her in van that did not have step and she was injured when officer told her to jump & he did not catch her. Coit injured her hip and knee and required wheel chair to get around.-still has not been taken to specialist. recommended in 2004).
(4.) See med kite Coit submitted where it says, ".. You have already had your screening-TV dated 7-27-05.
(5.) Holst hereself signed accommodation Resolution 3-22-04 prior to wheel chair and TIA/Strook disabilities/impairments.
(6.) CDOC medical release form signed again by Dr. Razzaghi dated 2-2-05
(7.) MEd release form signed by Nancy Nole dated 6-27-06
(8) request for accommodation dated 3-20-06 signed by DWCF-pa Jamie Ha...? which was not completely filled out because she called legal services- holst and was told not to fill it out that legal services had all they needed on me.
(9) Letter from Randy Smith that states according to Cathie Holst I am do not fall under Montez. she claims I have not filled out medical release forms. see next entry.
(10.) Copy of medical release form I signed 8-1-07 look at date it began REVISED 4/06, it was not even in effect when i sgined medical release forms.
(11) If Cathie Hoslt claims she did not receive copyies of my medical release form from me, the State of Colorado-state servies for the Attorney General, Jennifer Berman sent Holst a copy of my MOntez exhips see where exhibit M is Dr Razzaghi's 2-2-05, it is impossible for Holst to claim she did not have medical release form years ago or that she did not have ADA screening done on me. see Bothem-copy to Holst. Page 2.

THE ABOVE EXHIBITS PROVE I WAS ADA SCREENED IN 2004 and that I have been mobility impaired for years as the Final Order of Specail Master states.

Randy smith and Cathie Holst do not get to disregard a court order making me a member of the Montez Remedical Plan because they choose to punish me for filing violations with this court.
                    C.J. Billiot
    Coit's mother call and Randy Smith told her Coit is a liar that she is not part of Montez. She spoke to many DWCF medical staff and all told her they could not counter Randy Smith's order even though he is not a medical doctor. Coit showed the Final Order to all medical staff and was told they have no power to over ride Smith and Holst.

Wherefore Coit asks that this court order the Colorado Department of Corrections obey the Final Order of Special Master, that Coit be allowed to file her grievances and that they be responded to within Admistrative Regualtions Ar 850-04 (30 days), that the retaliation stop, that coit not be transferred to CWCF which is not for the mobility impaired, that coit be given her wheel chair back, her state issued grens back that were made for her including shirt and pants (that were reinforced for her leg/knee braces), that she again be allowed to eat in her unit as was awareded in her grievance resolution,

That defendants be advised that this is their second warning, see Minute Order dated October 26, 2006, stating that Defendants are aware of the Final Order of the Specail Master, and this court's affirmation thereof and will comply with the order..." That defendants return Coit's zippered green pants she got at CWCF that are a part of case number 98 cv 2031 evidence (these pants have sgt. Joseph Smith's sperm on them). That in the future if defendants take anything from Coit's cell they give her a shake down slip for the items they took. Coit be given computer voice activated use back.

That appropriate damages be awarded for pain and suffering/as well as for not obeying Final Order of Special Masters and the Montez Remedial Plan.

*[handwritten margin note: and new damages to body and lost item if sent away to another facility]*

Respectfully,

*Jill Coit* [signature]

Jill Coit # 86530

CERTIFICATE OF MAILING
I swear I placed in the us mail box for inmate mail to the following:
US DISTRICT COURT, ~~ATTORNEY GENERAL AND FAX OREGON~~

THIS 20 day of August, 2007

*Jill Coit* [signature]

Typed by A.L.