IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

       Jill Coit's Motion regarding payment of the amount awarded her in this matter (doc. #2221) is denied. Defendants are aware of the Final Order of the Special Master, and this court's affirmation thereof, and will comply with the order, if they have not already done so, in due course.

---

Dated:  October 26, 2006

*claim No 03-129 - Cont court organ*

18.     Claimant requested that she be moved out of her handicapped cell at DWCF because it did not have sufficient light. She was moved to a non-handicapped cell that provided more light. *Then moved Back to handicapped cell with no light (call is to)*

## III. CONCLUSIONS OF LAW

1.     The legal standards applicable to this claim are derived from three sources: (a) the Remedial Plan; (b) the Rehabilitation Act, 29 U.S.C. § 794, *et seq.*; and (c) the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, *et seq.* .

2.     The first issue before the Special Master is whether Claimant is a disabled individual who is a member of the class. Under the Rehabilitation Act and the ADA, the term "disability" means "(1) a physical or mental impairment that substantially limits one or more of the major life activities of such individual; (2) a record of such an impairment; or (3) being regarded as having such an impairment." 42 U.S.C. § 12102(2); 29 U.S.C. 29 U.S.C. § 794(d); 29 U.S.C. § 705(9)(B). The term "substantially limits" refers to disabilities that make an individual unable to perform a major life activity that the average person in the general population can perform; or that significantly restricts an individual as to the condition, manner or duration under which he or she can perform a major life activity as compared to the condition, manner, or duration under which the average person in the general population can perform that same major life activity. 29 C.F.R. § 1630.2(j)(1). "Major life activities" include functions "such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working." 29 C.F.R. § 1630.2(h)(2)(i).

The Remedial Plan limits the class of persons who might otherwise have a disability under the Rehabilitation Act and the ADA to those with mobility, hearing, vision disabilities, and those with disabilities due to diabetes. *Remedial Plan* ¶ III(A). Additionally, the Remedial Plan limits participation to inmates with permanent physical disabilities/impairments. *Remedial Plan* ¶ III(B). A permanent disability/impairment is a condition which is not expected to improve within six months. *Remedial Plan* ¶ III(C).

Based on the criteria established by the Rehabilitation Act, the ADA, and the Remedial Plan, a claimant is a disabled individual who is a member of the class if, while an inmate in a facility under the control of the DOC, he or she (a) had a permanent physical mobility, hearing, or vision impairment or was a diabetic; and (b) this condition substantially limited one or more of his or her major life activities.

The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps performing manual tasks.

The Special Master finds and concludes that Claimant has not sustained her claim that she has a vision disability within the meaning of the ADA and/or the Remedial Plan.

5

*2/3A*

= RECEPTION/DIAG ===== QUERY ADMISSION SUMMARY ========= 08/24/2005 = Page  1
Doc No: 86530   Name: COIT, JILL                        DW/UNIT2   PRES FACIL
==================================================================================
Medical Level: 4   Qual Code: P   Desc: PERMANENT   Date Assigned: 08/23/2005
Dental Level: 2   Qual Code:      Desc:             Date Assigned: 05/10/1999

| Date Assgnd | Restriction | Qualifier | Date Assngd | Restriction | Qualifier |
|-------------|-------------|-----------|-------------|-------------|-----------|
| 03/23/2004 | LOWER BUNK |  | 03/23/2004 | EXCERCISE |  |
| 07/15/2005 | MED HOLD | TEMPORARY | 03/23/2004 | INTENSIVE |  |
| 08/23/2005 | FIRST-TIER | PERMANENT | 03/23/2004 | SITTING |  |
| 08/23/2005 | WHEELCHAIR | PERMANENT | 03/23/2004 | NOHVY-LIFT |  |
| 08/23/2005 | NO STAIRS | PERMANENT | 08/31/2004 | SQUATTING | TEMPORARY |
| 08/23/2005 | NO PRVTPRS | PERMANENT | 08/23/2005 | NO BENDING | PERMANENT |
|  |  |  | 08/23/2005 | SQUATTING | PERMANENT |
|  |  |  | 08/23/2005 | STANDING | PERMANENT |
|  |  |  | 08/23/2005 | WRK-CONSIS | PERMANENT |

EXHIBIT 

Medical  Restriction created during OC New.                        Comment
s

Diagnostic
Narrative:

# AMBULATORY HEALTH RECORD

Printed at: 06/27/2006 13:37:48
Encounter#: 1224860 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

| Temperature: | | Pulse: | | Weight: | |
| Respiratory: | | BP: | / | | |

**PLANS / ORDERS**

Allergies: PENICILLIN G

Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

**OBJECTIVE**
Jill was here for several items.
1. Had injured her back on Sundsy--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Ok given for shower shoes and bre extension.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

ok for her to use computer-voice activiated program due to hand deformity and arthriis.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

| Datetime: | Providers: | NOLA, NANCY D |
| 06/27/2006 13:07 | | |

**PA/NP/RD** _____   **PHYSICIAN** _____   **NURSE** _____
**Datetime:** 06/27/2006 13:07   **Provider:** NOLA, NANCY D   **DateTime** _____

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE

TIME

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE:   Temp. _____   Pulse _____   Resp. _____   B/P _____

SIGNATURE:
NURSE:

P.E.:

ASSESSMENT:

PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME Cort, Jill | OFFENDER NO. 86530 | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE 3/16/04

TIME

PROBLEM 1 2
PLAN / ORDERS

Wt 162

OBJECTIVE:   Temp. 97.4   Pulse 79   Resp. _____   B/P 109/75

R 20/25
L 25/30
B 20/25

ADA screening
forms filed

SIGNATURE:
NURSE:

P.E.:

ASSESSMENT:

PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

DOC #: 86530   Name: COIT, JILL

Gender: FEMALE

Level: 1-2 WEEKS

Request: OPHTHALMOLOGY

Location: DENVER HEALTH

Security: MINIMUM RESTRICTIVE

Tele-Med: NO

Auth #:

Appt Dt:

Facility: DW/UNIT2

Provider: HARRELSON, JAMIE , NP

Number of Visits:   1

Specialist:

Date Initiated: 12

SSN: 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   DOB: 06

SDD: 03/

PED: 03/

DH #: 2098

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62 Y/O FEMALE W/ CONT. DECREASED VISION IN HER LT. EYE SINCE EPISODE 12/15/05 FOR WHICH SHE WAS SEEN IN THE ED FOR LT. ARM WEAKNESS, LT. EYE VISON LOSS, AND DIFF TALKING. PER THE E.D. THE PT. NEEDS TO F/U W/ OPTH. IN 5 DAYS.SHE STATES SHE WAS SEEN BY OPTH THE ED, BUT NO NOTE WAS RECIEVED.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Y

3. URGENCY OF NEED V. REMAINING SENTENCE: Y

4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y

5. PRE-EXISTINGCONDITION PRIOR TO INCARCERATION: N

6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NA

7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT

8. PAIN COMPLAINTS/BEHAVIOR: SEE ABOVE.

9. RISK AND/ORCOST BENEFIT:

| ICD | | CPT | |
|-----|-----|-----|-----|
| 719.41 | PAIN IN JOINT, SHOULDER REGION | 99215 | OFC/OUTPT VISIT E&M ESTAB MOD-HI SEVRTY . |
| 346.90 | UNSPEC MIGRAINE WITHOUT MENTION INTRACT MIG | | |
| 722.6 | DEGENERATION INTERVERTEBRAL DISC SITE UNSPE | | |
| 716.59 | UNSPEC POLYARTHROPATHY/POLYARTHRIT MX SITE | | |

Provider Signature:

Provider Name:

*Electronically Signed*

HARRELSON, JAMIE , NP

Date: 12/20/2005  17:48

J10710

EXHIBIT _____

Please do not discuss dates of the follow-up appointments with the offender.
insurance:  Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719 226 4566

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One)  (1)  2  3     ADA?  Yes ☐  No ☐

| NAME  Jill Coit | DOC NO.  86530 | FACILITY  dwcf |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:
EMERGENCY GRIEVANCE — I have a swollen left knee the size of a football. I keep falling or catching my self.I am 63 years old have deformed/arthritic hand(s) and am in fear of breaking a bone or my hip due to arthritis and other medical issues. Waling causes severe pain and I am now having pain in my right knee and foot. the pain goes all the way down from my hip through my leg. I am waling on the  inside of my right foot to compensate for the swollen left knee and back pain. My right hand is hurting from holding on and using it to  manitain blance/stability causing more pain and swelling in hands. Even my shoulder is hurting more than normal because of use and holding me up/balancing. I need help immediately. I am asking that my wheel chair be returned until I can see otho specialist. There is no legitimate penological reason to cause me this pain and excerbate my  knee, foot, back, shoulder and neck condition. The idea that if you force me to walk you can claim I am not disabled is not valid. I only walk to medical or where I am forced to continue living. I AM IN PAIN. According to DWCF medical they can not go against Smith's taking away my wheel chair for fear of losing their job. I need help immediately before i break a bone or do further damage to my knee and other body parts medical indifference/rotalation etc—8th amend viol

| DATE:  8-17-07 | OFFENDER SIGNATURE  Jill Coit |
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE:

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DENVER HEALTH MEDICAL CENTER     Radiology Consultation Report
717 Bannock Street    Denver, CO 80204-4507     (303) 436-6011
                                        Chart Loc:  D
NAME: COIT, JILL                              MR#:  209-88-63
                                      Account #:  000071873590

SEX: F      AGE: 60Y        DATE OF BIRTH:     06/11/1944
LOCATION:    -             DATE OF EXAM:      Jun 15 2004
PHYSICIAN:    ALLAN LIEBGOTT M.D.    ORD#:       95002
                                        Disch Date:

***Final Report***

MRI 0822 - MRI LOW XTRM KNEE W/O CN LT    - Jun 15 2004  2:30PM

REASON FOR EXAM:  LEFT KNEE MENISCUS TEAR, S/P LEFT ARTHROSCOPY, PT HERE, CDOC

ADDITIONAL CLINICAL HISTORY:     Meniscal tear, status post left arthroscopy.

TECHNIQUE:     This examination was performed triplanar according to the orthopedic protocol.

COMPARISON STUDIES:

FINDINGS: MRI of the left knee: There is no evidence of an acute bone bruise or subchondral fracture.  No joint effusions are seen at this time, although there is minimal synovial thickening that may be related to prior irritation and inflammation.  There is also focal chondromalacia at the femoral articulation with the patella. The cartilage overlying the femoral condyles in the weightbearing aspect adjacent to the tibial plateau is intact.

The ACL and PCL are intact.  The quadriceps tendon and patellar ligament are also normal.

There is a horizontal tear through the posterior horn of the medial meniscus, extending to the inferior articulating surface.  The lateral meniscus is intact.  The medial meniscal tear is associated with a grade 2 tear of the collateral ligament and the meniscus does appear to be displaced posteriorly out of alignment with the joint space. There is also a grade 2 injury to the lateral collateral ligament group without meniscal displacement.  An incidental note is made of varicose veins noted in the region of the popliteal fossa.

Interpreting Physician:  LINDA FIELDING,
I have reviewed the film and report and concur with the above findings.
Reviewing Physician:
Transcribed by/Date:   M18 on Jun 16 2004  9:23P
Approved electronically by / Date:  LINDA FIELDING,   Jun 18 2004 12:46P
Page 1

EXHIBIT     5

DENVER HEALTH MEDICAL CENTER
777 Bannock Street    Denver, CO 80204-4507

NAME: COIT, JILL

SEX: F                    PATIENT AGE:
      Jun 11 1944
LOCATION: -               DISCH DATE:
       12/27/2004
ORDERING: LIEBGOTT, ALLAN

Radiology Consultation Report
(303) 436-6011
            CHART LOC: D
            MR#:    209-88-63
            ACCOUNT #:   000076549575
            60Y         DATE OF BIRTH:
                        DATE OF EXAM:
            ORD#:      90006

***Final Report***

*Should 3 #*

ATTENDING:
       LIEBGOTT, ALLAN              LIEBGOTT, ALLAN      ORDERING:
ADMITTING:                          LIEBGOTT, ALLAN      PCP:

Result for MRI 0023 - MRI UP XTRM SHLDR W/O CN LT - Dec 27 2004 11:38AM
                                    ACC#.4192926
REASON FOR EXAM:   DECR'D STRENGTH ROM TROUBLE W/OVER HEAD ACTIVITIES,DRDC PT

TECHNIQUE:  Bilateral shoulder MR's were performed according to the rotator
cuff protocol.

FINDINGS:  The left shoulder shows evidence of increasing -------- within the
tendinous insertions of both the supraspinatus and infraspinatus.  The
subscapularis and the teres minor are unremarkable.  There is hypertrophic
osteoarthritic change of the acromioclavicular joint that does not appear to
grossly impinge upon the underlying muscles.

The right shoulder shows a similar appearance with increased tendinous
insertion signal on the proton density and GTTR images indicating tendinosis
or tear.  There is also hypertrophic change of the acromioclavicular joint
which again does not appear to impinge upon the underlying muscles.  The
subscapularis and teres minor are unremarkable.

IMPRESSION:  Bilateral tendinosis or tear of the supraspinatus and
infraspinatus with bilateral hypertrophic osteoarthritis of the
acromioclavicular joints.

*1/25/05 MAR*

Result for MRI 0025 - MRI UP XTRM SHLDR W/O CN RT - Dec 27 2004 11:38AM
                                    ACC#.4192927
REASON FOR EXAM:   DECR'D STRENGTH ROM TROUBLE W/OVER HEAD ACTIVITIES

Interpreting Physician:  ELIZABETH K. DEE M.D.
I have reviewed the film and report and concur with the above findings.
Reviewing Physician:
Transcribed by/Date:  M3  on Dec 28 2004  9:03A
Approved electronically by / Date:  DEE M.D., ELIZABETH K. Dec 28 2004  3:15P
Page 1

Radiology Consultation Report
Name: COIT, JILL              NEWEST              MR#: 209-88-63

DENVER HEALTH MEDICAL CENTER
777 Bannock Street    Denver, CO 80204-4507

NAME: COIT, JILL

SEX: F                    PATIENT AGE:
      Jun 11 1944
LOCATION: -               DISCH DATE:
       12/27/2004
ORDERING: LIEBGOTT, ALLAN

Radiology Consultation Report
(303) 436-6011
            CHART LOC: D
            MR#:    209-88-63
            ACCOUNT #:   000076549575
            60Y         DATE OF BIRTH:
                        DATE OF EXAM:



EXHIBIT

**ADMINISTRATIVE**
Page 1 of 2

# AMBULATORY HEALTH RECORD

Printed at: 06/27/2006 13:37:48
Encounter#: 1224860 @ DW

| 86530 | COIT, JILL | | **Facility:** DW | **LU:** DW/UNIT2 | 1 | D | 126 | L |
|---|---|---|---|---|---|---|---|---|

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

**Temperature:** ___  **Pulse:** ___  **Weight:** ___
**Respiratory:** ___  **BP:** ___ / ___

**PLANS / ORDERS**

Allergies: PENICILLIN G

☐ Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

**OBJECTIVE**
Jill was here for several items.
1. Had injured her back on Sunsday--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

☐ Ok given for shower shoes and bre extension.

☐ Self purchase for above items.

☐ Back X-RAY at DRDC (post fall)

☐ ok for her to use computer-voice activiated program due to hand deformity and arthriis.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

☐ Dietary Consult done.

☐ D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

☐ NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

☐ NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

**Datetime:**          **Providers:** NOLA, NANCY D
06/27/2006 13:07

---

**PA/NP/RD** _____    **PHYSICIAN** _____    **NURSE** _____
**Datetime:** 06/27/2006 13:07    **Provider:** NOLA, NANCY D    **DateTime** _____

**Colorado Department of Correctio**
## Consultation Report Form

**Appt#:** 80853

Run Date: 10/31/2006 17:47
**Page 1 of 1**

*REQUESTED*

| | | | |
|---|---|---|---|
| **DOC #:** 88530 | **Name:** COIT, JILL | **Facility:** DW/UNIT2 | **Date Initiated:** 10/31/2006 |
| **Gender:** FEMALE | **Security:** CLOSE | **SSN:** 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 | **DOB:** 06/11/1944 |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** POLLACK, NATHAN M , MD | **SDD:** 03/16/3004 |
| **Request:** DME | **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/3004 |
| **Location:** DEN-WOMENS | **Appt Dt:** | **Specialist:** ABILITIES UNLIM | **DH #:** 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62yoF whose chronic carpal tunnel syndrome and probable basilar joint arthritis render her R (dominant) hand very limited functionally. Current wrist splints are quite worn and need replacement.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: N/A
3. URGENCY OF NEED V. REMAINING SENTENCE: None
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Hand function depends on outside support
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: Yes, previous diagnosis and treatment documented on 8-volume chart.
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: More definitive electrodiagnostics, consideration of surgical intervention could be tried.
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Good
8. PAIN COMPLAINTS/BEHAVIOR: Appropriate to clinical findings
9. RISK AND/OR COST BENEFIT: Low risk, good potential benefit.

Subjective: Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; FOSAMAX - 70 MG; LIORESAL - 10 MG; NAPROSYN - 375 MG; ZOMIG - 2.5 MG

62yoF for group orientation to colonoscopy screening. She reports previous Ca colon 1972 w/ bowel resection, no recent F/U. Colonoscopy 1999 found polyps (according to pt) but no bx done.

Also discuss increasing hand pain R>L, need for new splints (as recommended by consultant 10-24-06).

Objective: WDWNF NAD AOCC
limited examination of hands and wrists (esp. R) shows tenderness about basilar jt., thenar atrophy, no remarkable + compression response.

Assessment:
787.91 – DIARRHEA
562.10 – DIVERTICULOSIS OF COLON
354.0 - CARPAL TUNNEL SYNDROME
787.6 – INCONTINENCE OF FECES
V76.51 – SPECIAL SCREENING FOR MALIGNANT NEOPLASMS COLON
99215 – OFFICE OUTPT EST 40 MIN

| ICD | | CPT | |
|---|---|---|---|
| 787.91 | DIARRHEA | 99215 | OFFICE OUTPT EST 40 MIN |
| 562.10 | DIVERTICULOSIS OF COLON | | |
| 354.0 | CARPAL TUNNEL SYNDROME | | |
| 787.6 | INCONTINENCE OF FECES | | |

| **Provider Signature:** | *Electronically Signed* | **Date:** 10/31/2006 17:47 |
|---|---|---|
| **Provider Name:** | POLLACK, NATHAN M , MD | nmpollac |

Please do not discuss dates of the follow-up appointments with the offender.
surance: Physician Health Partners Phone: (866) 362-1374 FAX: (866) 36...
ease send all dictated reports to: Clinical Services - Dept of Corrections - 286
FAX to Your Scheduler @ 719 226 4566

EXHIBIT 13

EXHIBIT 10

DC FORM 850-4A (8/99)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE FORM
### STEP I

Dtw 03/04

| NAME Jill Coit | DOC NO. 86530 | FACILITY dwcf |
|---|---|---|

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

**REQUEST:**

*Exhibit 3 K*

DATE: 0   OFFENDER SIGNATURE:

**RESPONSE:**

On an interview with Ms. Coit, the following decisions have been made with respect to the above issues and Ms. Coit is satisfied with the resolution:

1. Ms. Coit obtains her meals from the dining hall and eats in Unit 2.
2. Ms. Coit has a current medical permit to soak her feet.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

DATE: 10/27/03   SIGNATURE:

**RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 9/15/03   SIGNATURE: Beverly Thompson

**RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance 11-6-03

DATE:   SIGNATURE:

20085

13

# STATE OF COLORADO



**COLORADO DEPARTMENT OF CORRECTIONS**
**DENVER WOMENS CORRECTIONAL FACILTY**
**CLINICAL SERVICES**
Randy R. Smith, Health Services Administrator
3600 Havana Street, Denver, CO  80239



March 20, 2006

To:    Ms. J. Coit, #86530
From:  Randy R. Smith, HSA, Clinical Services, DWCF
Subject: Montez Resolution / Response to Letter

Ms. J. Coit                                    EXHIBIT _____ 2 _____

I have submitted an inquiry based on your requests to HQ and have discussed your letter dated February 9th to myself and NP Harrelson with Cathie Holst of Legal Services. My question to Legal was whether you were under the ADA Accommodation Resolution as referred to in your letter. Ms. Holst replied that they have sent numerous communiqué to you so that you may fill out the appropriate paperwork to be considered for a formal ADA Screening.

Currently, you do not fall under the Montez Resolution Plan as indicated in your letter. Ms. Holst suggested I convey to you the importance of completing the appropriate forms and request a formal screening. She also asked me to have you send all future correspondence concerning the legality of the Montez Resolution to the attention of the A.I.C at Legal Services and they will assist you with your claim. After the screening is complete, Legal Services will be able to communicate a determination whether you are a qualified disability pursuant to the mandates of the Montez Remedial Plan.

In response to the braces/property loss as indicated in your letter, I am unable to secure your braces until you comply with the above screening as that will indicate a need for definitive medical care. Once I am authorized to issue these devices to you based on your healthcare needs as dictated from the results of the hearing, I will do so immediately.

Randy R. Smith, HSA, Clinical Services, DWCF

MAR·16·2004 16:34 FROM:                                               TO:719228  49                    PAGE:07

# MOBILITY SCREENING
### (applies to lower extremities only)

EXHIBIT _____

PATIENT NAME _____ Cor't J.H _____

DOC # ___ 86 53  o _____          DATE _____ 3/16/07 _____

1. Does the patient require the use of a wheelchair for more than 6 months?   Yes   (No)      (Circle one)
   *If yes, the patient automatically meets the Montez criteria and requires special placement in a handicapped cell at a designated facility unless he/she has "opted out" of special placement.  Contact the AIC if the patient needs to be moved to another facility or into a handicap cell in the current facility.*

2. If yes, does the patient have upper body strength to compensate for disability?   N/A
   * Can he move from wheelchair to toilet?          Yes      No
   * Can he move from wheelchair to bunk?            Yes      No
   * Can he dress himself, get his meals, and attend programs, classes or recreation by himself?   Yes   No
   * Can he remain in a wheelchair all day?                    Yes      No

3. If yes, does this patient require the assistance of an inmate aide?        Yes      No
   What percentage of the time?        Full       Part
   To perform what duties?

4. If the patient does not require the use of a wheelchair, can he walk 100 yards on a level surface or climb a flight of stairs without a pause?   No per pt ( indicated not ___ boy staff )
5. Does the patient require the use of other assistive devices (cane, walker, crutches, special clothing, footwear, or prosthetics, etc.)?  If so, what?  Uses knee brace   (Yes)   No
6. Does the patient have a catheter?    prosthetic ( knee ___ )   (Yes)   (No)  brace for left ___
7. Does he require an assignment to a handicapped table?                    Yes    (No)   2 wrist splint
   Is this patient assigned to a handicapped table in the chow hall?         Yes    No

8. Does he require a shower chair?                              (Yes)    No
   Is a shower chair available in his living unit?              (Yes)    No

9. Is this patient capable of attending class/programs/work for a full day?   Yes   (No)
   If no, how many hours per day is he capable of attending? on 2 hr restriction since 1998
10. Does the patient complain of any other problem(s) associated with the mobility impairment that have not been addressed?                                      (Yes)   No
    If yes, what are they? Pt has degenerative changes in lower back with L4-L5 disc space narrowing, no neurological change. but causing pain + decreased range of motion. Also has (R) total hip prosthesis and (L) hip degeneration

11. Is the patient's condition affected by the seasons or weather?   (Yes)   No
    Explain: More pronounced pain in cold weather

*If you have determined that this patient DOES have a mobility impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

+ left (full) meniscus tear - has had OK

_____ Nihin _ J. Snyk _____ ,III )
Signature & Title

Mar 25 '04   10:13   F:1:1

EXHIBIT ___ 2 2
DOC LEGAL SERVICES   Fax:7192264249



A DA Screen

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.    NAME: *C017*    OFFENDER NO. *86530*    LIVING UNIT: *CWCF*

SUBJECTIVE:

DATE: 3/25/04    TIME: 1100

PROBLEM 1/2
PLAN / ORDERS

OBJECTIVE: Temp. _____ Pulse _____ Resp. _____ B/P _____ / _____

✓ — May wear own prescription sunglasses as needed for migraine headache

✓ walker brought to medical

SIGNATURE NURSE: *Karen Kamrocki RN 3-25-04 1330*

P.E.:

PHYSICIAN:
Rx NO.

*[signature]*

ASSESSMENT:

---

PRICARE CODE NO.    NAME: *C017 JILL*    OFFENDER NO. *86530*    LIVING UNIT: *CWCF*

SUBJECTIVE:

DATE: 3/25/04    TIME: 1100

PROBLEM 1 2
PLAN / ORDERS

This patient 59 year old WF has physical disability due to DJD of the hips + knees - w/ s/p (R) THA s/p (L) knee arthroscopic surgery. w/ 1½ leg length discrepancy (L) leg shorter than (R). + ANA w/o SLE. (R) hand contracture.

Patient needs follow up by ortho for her (R) knee problem Rheumatology for + ANA

OBJECTIVE: Temp. _____ Pulse _____ Resp. _____ B/P _____ / _____

✓ — M3 to M4
✓ — No lifting greater than 5 lbs
✓ — 2 Hour work restriction
✓ — No stairs
✓ — Handicapped cell

SIGNATURE NURSE: Elevator use as needed

P.E.:

PHYSICIAN: *Karen Kamrocki RN 3-25-04 1330*
Rx NO.

*[signature]*

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET. (Rheum appt and x 2) No SLE

31 201

# REQUEST FOR SICK CALL

NAME: ___Jill Coit___ NUMBER: ___86530___

DATE: ___7-27-05___ LIVING UNIT: ___2___

WORK ASSIGNMENT: ___CAD___

**Offender needs to be seen by: (CHECK ONLY ONE)**

X___ Physician Assistant/Nurse Practitioner

___Dentist

___Nurse

___Mental Health

___Self Medication: Item Name: _____

___Other: _____

I want to know why I have not been called in by Dr. Razzaghi to discuss what accomodations are needed under MOntez -disability since I am a class 3 chairman. Every other disabled inmate has had a meeting to discuss their needs.

Explain your need for request: _____

_____

_____

**Offender's request was received at Dispensary:**

Date: ___8/1/05___ By: ___MD___

Action Taken: _I have not received any notification from HQ in this regard. You have already had your_

Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

EXHIBIT ___24___

DC Form 850-04D (06/04).

# COLORADO DEPARTMENT OF CORRECTIONS

## OFFENDER CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION

I, ___Jill Coit_____ DOC # __86530_____ DOB _6-11-44__, authorize the Department of Corrections to release, request, review, and/or discuss my medical and/or mental health records for the purposes of investigating my claim of disability, evaluating my disability status for an accommodation under the Americans With Disabilities Act, and if necessary assisting DOC staff in understanding my disability with respect to my housing, program, and daily living needs.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to medical records, mental health records, HIV status, and drug and alcohol information.

I certify that my request for accommodation has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with my request, and that authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this release. I have read the above and foregoing **OFFENDER CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

_____
Offender Signature

2-2-05
Date

_____
Witness (REQUIRED)

2-2-05
Date

Original: AIC/
Copies: Medical File, Mental Health File

Attachment "D".
Page 1 of 1

EXHIBIT _____

EXHIBIT 6

montez
exhibit
number

EXHIBIT
M

AR Form 850-04D (12/15/05)

## COLORADO DEPARTMENT OF CORRECTIONS

### OFFENDER CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION

I, _Jill Coit_ DOC # _86530_ DOB _6-11-44_
authorize the Department of Corrections to release, request, review, and/or discuss my medical
and/or mental health records for the purposes of investigating my claim of disability, evaluating my
disability status for an accommodation under the Americans With Disabilities Act, and if necessary
assisting DOC staff in understanding my disability with respect to my housing, program, and daily
living needs.

I understand that the information disclosed and discussed will be done so only to the extent
necessary and only on an as-needed basis; however, once disclosed it may be disseminated to any
person or organization that may become involved in the determination and/or accommodation of my
disability.

I understand that any relevant information may be disclosed, including but not limited to medical
records, mental health records, HIV status, and drug and alcohol information.

I certify that my request for accommodation has been made voluntarily and that the information
given above is accurate to the best of my knowledge. I understand that this authorization may be
revoked at any time, except to the extent that action has already been taken to comply with my
request, and that authorization to use any information that has already been released may not be
revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel,
and any authorized volunteer from any liability which may result from furnishing or using the
information requested as authorized in this release. I have read the above and foregoing
**OFFENDER CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and do
hereby acknowledge that I am familiar with and fully understand the terms and conditions of this
consent.

_____        06/27/06
Offender Signature                                    Date

_____        06/27/06
Witness (REQUIRED)                                 Date

Original: AIC

Attachment "D"
Page 1 of 1

*Some one I submitted in 2005 (...) with Dr Ross ghi*

AR Form 850-04C (12/15/05)

# REQUEST FOR ACCOMMODATION
*(Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

## I.    OFFENDER INFORMATION:   *(Please print)*

| Offender Name: | Jill Coit | DOC #: | 26530 |
| Current Facility: | DWCF | Date: | 3-15-06 |

## II.   CLAIMED DISABILITY:   *(Check all that apply)*

| Vision | X | Hearing | X | Mobility | X | Diabetes | | Other: | | X |

## III:  ACCOMMODATION REQ

*if necessary to fully describe your c*

Need computer with voice recognition program (Dragon) with ergonomic key board that can accommodate Brail dots (for future vision impairments du TIA) and has a hand held scanner that will be compatible to enlarge printed materials. Computer needed due to deformity & severe arthritis in hands/thumb/ wrists causing pain and swelling when attempting to write or type

Mobility Issues include: hands, knee, foot, hip, back, neck, shoulders, eyes, hearing, autoimmune, living environment, diverticulitus & bowels.  Hand Mobility/Disability: Due to deformed right hand/thumb, severe arthritis in both hands, and wide spread Degenerative Joint Disease, severe Carpal Tunnel; I can not use my hand (s) without pain and swelling. Can not write, type or take care of my daily hygiene needs such as bathing, washing my hair, dress myself- hook bra or button or pull up clothing, cutting my toe nails or do the massage therapy the Podiatrist ordered on my feet for my Plantar Fibroma; Can't do household chores, or hobby crafts without special accommodations. Hurts to even hold a book up. Can't use my hands to lift myself off my bed, or peeling an orange. Twisting or bending my wrist causes severe pain & swelling. Can do side to side movement/ motion only. Drop items & can seem too hold on to or grasp, or open things. Have growths (cysts) on my right arm which prevents me from bending it more than 45 degrees & I have them trough out my entire body. Do not use hands for wheelchair mobility; use only feet & legs to move my wheelchair. Can't twist wash cloth out to wring out for bathing or to open simple packets or containers. Need caregiver or pusher. Toilet that has handles for flushing & lowers on sink and shower. Need ergonomic items, acupressure items & exercise equipment to accommodate disability . Need medication to reduce inflammation & swelling (Celebrex) Need shirt & pants with Velcro closures. (2) Knee Mobility/Disability - I have Advanced Arthritis & widespread Degenerative Joint Disease in both knees & torn meniscus tear on my left knee that prevents me from walking, climbing stairs, bending, twisting or squating without swelling & pain. Right knee swells occasionally when use it to much.

*Jill Coit*
Offender Signature

*Offender:  do not write below this line*

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

# VERIFICATION OF DISABILITY
*(Please Print or Type)*

| Date of Evaluation: | 3-20-06 | Facility: | DWCF |
| Chief Medical Officer or Designee *(Please print):* | | James Harrelson (?) | |
| Title *(if designee)(Please print):* | | | |

## I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES:  *(Circle all that apply and attach disability-specific screening form)*

| Vision | | Hearing | | Mobility | | Diabetes | | None | | |
| | Other (Please be Specific): | | | | | | | | | |

_____                          _____
Signature of Screening Chief Medical Officer/Designee                 Date

Original: AIC

Attachment "C"
Page 1 of 1

*428*

Cour #6536

Must elevate my knee to sleep or rest. Ice and prescribed heat (heating pad). Need braces & ability to have property at waist level. (3) **Foot Mobility/Disability** - Have a leg length discrepancy of 1 &1/2 inches on left leg that throws off my entire spine, hip, knees, back, and neck. Have Plantar Fibromatosis on my left foot, bone and heal spurs on both feet all of which prevent me from walking, standing or climbing stairs without pain or any distance beyond 50 feet. Have advanced arthritis in both feet & wide spread Degenerative Joint Disease in ankles & toes. Supposed to massage my feet daily but can't due to hand and back mobility problems. Two pair of tennis shoes with inserts & shower shoes that allow grove cut. Custom Orthotic shoes from Ability Unlimited provided yearly. **(4) Hip Mobility/Disability** -Artificial right hip & severe Advanced Arthritis in left hip & DJD . Hurts to walk, bend, lift, climb or twist. Deep massage & heat helps with pain management. Can't sit for more than two hours, stand or climb stairs. Wheel chair cushion and backpack for chair. Need elevator pass and no stair restriction in place. (5) **Back Mobility/Disability** - have advanced arthritis in spine/back with wide spread DJD , Scoliosis, Spinal Stenosis, Osteoarthritis, and Sciatic problems. Can't bend, lift, turn , bend to make bed or get things under the bed or get things off the floor or get my feet high enough to take care of hygiene or care. Can't stand for more than 5 minutes. Need Bath tub for soaking and bathing. Pool & Occupational therapy as ordered by Ortho. Ergonomic chair & desk. Need all items waist high. (6) **Neck Mobility/Disability** - have advanced arthritis in neck & upper spine with wide spread DJD , Spinal stenosis, osteoarthritis, and fibromgalgia. Bending or twisting neck to look down or to read causes pain. Severe headaches (migraines). The only thing that seems to help neck pain is deep heat and massage. Book holder & scanner to enlarge. **Shoulder Mobility/Disability** –Arthritis in both shoulders along with torn/damaged Rotator Cuffs which prevent lifting arms above breast without severe pain. Can't get dressed with clothing that goes over the head & have problems with basic hygiene & reaching. (8) **Eye Mobility/Disability-** Since my TIA (stroke on December 15, 2005) lost vision in- left eye- looks like I am looking through a waterfall & have impaired vision –can't see the lower section. Can make out letters on eye chart but can't read small print or read the writing on the bottom of TV screen. Keep running into things because I do not see them. Can't read for more than a few minutes or get a headache. Fluorescent lights give me migraines & make it harder for me to see. Need to wear glass that are tinted dark all the time & wear dark glasses when I have a migraine because light hurts & causes me to feel nauseous. Get dizzy often. Need TV enhancer screen or larger TV, tinted glass that have enclosed sides to eliminate glare and light. Full spectrum light, & permit for ordering outside sunglasses that meet medical needs. Sign language classes and material. (9) **Hearing Mobility/Disability-** need hearing aids all the time because I can not hear due to background noise. Can hear emergency alarms because they are really loud & in fact hurt my ears & give me a headache when they go for long periods of time when I am confined & can't get away from the noise. Should not be in handicapped cell that has strobe/flashing lights because of seizures. Prison is noisy & I need a cell that is on the end to reduce the background noise of dayrooms & inmates gathering. When I get a migraine or headache, I can not wear my hearing aid. Still have trouble hearing on the telephones due to background noise and the fact that the telephones are all placed in high traffic area which has lots of noise. I get dizzy often and have ringing in my ear. Need earphones for TV listing and headset that fit over hearing aids. Need watch that hangs from the neck since watch sold on canteen can not go around my hand braces. (10) **Autoimmune Disability/mobility and Allergy Issues:** I have an ANA count of 1:1280 when normal is 1:160 therefore my body cannot fight bacteria and infections efficiently. I am tired & need more than normal sleeping/resting time. Need safe living environment away from infected inmates since autoimmune system can not fight diseases & attacks itself. Need clothing that is non polyester (all cotton has been provided) . Fragrance free living area. All cotton clothing as presently allowed without further testing or invasive treatments. (11) **Diverticulitus/ bowel disabilities-** need extra clothing, wipes, diet that is high in fiber & low in salt & trans fats. Need to be able to supplement kosher diet with vegetables and fruits that enhance bodies ability to fight disease/ infection & that supplies needed vitamins that DOC does not provide at no cost to DOC. Needs to be able to continue eating in unit and preparing food so no retaliation or taking away this privilege. Need extra set of pants and underwear, antibacterial soap & lotion, Neutogena, wash clothes separately, free laundry detergent, two sets of sheets. (12) **Living Environment-** Safety issues need to be away from general population where inmates bump, push or threaten to do bodily harm to disabled/handicapped inmates because you are in their way at movement or in the housing units. Need to be allowed to purchase allergy free items. Cell that has sun light for at least 6 hours per day & is warmed by the sun due to arthritis (summer time is especially difficult due to air conditioning so need sunlight exposure for added warmth. **Accommodations Requested for: (1) Hand Mobility :**Need computer with speech identification program ( Dragon program) with ergonomic key board & hand held scanner that has memory to be used with the computer to enlarge print .Need large handled items tooth brushes, water pick for flossing- insulated cups that will accommodate hand braces, bowels, eating utensils, hygiene items with flip top lids, containers, adjustment for hobby craft tools and crafts that would allow me to do the same hobby crafts that non-disabled inmates are allowed to do in their cells- knitting , embroidery and long arm quilting machine and tools. Rotary scissors, mats, rulers & ergonomic tools or machines. Any items sold on canteen or allowed on hobby craft list allowed in larger size. Need all cotton or non polyester clothing that has Velcro openings (have). Including shoes, tennis shoes, shirts, bras, pants, coat and all clothing. (replaced yearly) Need a Coffee pot that does not have glass carafe, hair dryer I do not have to hold. Hospital bed that is high enough that I do not have to use hand to get out of. Fitted sheets & bedding that is hypo-allergic (I pay for). Had the following medical items at CWCF so want them back- Tens unit, wedge pillow, cervical pillow, ice pack, egg shell mattress pad, dresser, bookcase, heating pad (sitting in medical) ,sponge for bathing, and other products as they become available. (2)**Knees:** braces that do not need to be pulled on; need exercise equipment, heating pad, ice pack and medication to reduce inflammation . (3)**Feet/walking impairment:** Custom orthotics shoes by Abilities Unlimited. shower shoes that are have at least ½ inch rubber soles so a grove can be cut out to accommodate my plantar Fibroma- had at CWCF, support panty hose & equipment to take care of feet. Hand held massager to massage feet as order, (7)**Shoulder and back impairment:** Need care giver, can't bend or lift myself up off the low bed . (9) **Hearing impairment** Need access to a phone that has a booth or hood on it . Eyes: Due to TIA vision is impaired & Fluorescent lights give me a migraine. Order glass & sun glasses that do not allow light in on sides. (11) **Diverticulitis/hypoglycemia/diabetes:** diet that is high in fiber, whole grain breads, fresh green, yellow, red and purple vegetables, non processed or prepackaged foods, low sodium , yogurt, cheese & nuts. Needs: extra clothing, **(12) Living**

**ADA Medical Release**

I, _____Jim Coit_____, DOC # ___2653___

date of birth __6-11-44__, authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC staff in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this Release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that the authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this Release. I acknowledge that I understand the terms and conditions of this Release.

_____          _____
Offender Signature                                    Date

Revised 4/06



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General
Acting Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

**STATE SERVICES BUILDING**
1525 Sherman Street - 5th Floor
Denver, Colorado  80203
Phone (303) 866-4500

March 17, 2006

Jill Coit
DOC # 86530
Denver Womens' Correctional Facility
P.O. Box 392005
Denver, CO  80239

RE:    Court Order of March 7, 2006

Dear Ms. Coit:

    Pursuant to Judge Nottingham's Order of March 7, 2006 concerning your <u>Montez</u> claim, enclosed are copies of the exhibits tendered by you at your hearing on October 31, 2005.  This includes the fifty-six exhibits admitted by the Special Master, and two of the exhibits tendered by you but not admitted by the Special Master at your hearing.

                    Sincerely,

                    FOR THE ATTORNEY GENERAL

                    *Jennifer Berman*

                    JENNIFER BERMAN

                    Corrections
                    Litigation
                    (303) 866-5647

Enclosures

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within LETTER TO CLAIMANT, JILL COIT upon Claimant by depositing a copy of the same in the U.S. Mail, postage prepaid, at Denver, Colorado, this 17ᵗʰ day of March , 2006, at Claimant's address as follows:

Jill Coit
DOC # 86530
Denver Women's Correctional Facility
P.O. Box 392005
Denver, CO 80239

*Courtesy Copy To:*

Cathie Holst

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
**DENVER COMPLEX**



Denver Reception & Diagnostic Center
10900 Smith Road  P.O. Box 392004
Denver, Colorado 80239
Phone 303-371-4804  Fax 303-307-2215

Denver Women's Correctional Facility
3600 Havana Street  P.O. Box 392005
Denver, Colorado 80239
Phone (303) 307-2500  Fax (303) 307-2514

Bill Owens
Governor

Joe Ortiz
Executive Director

**To:**　　　**Unit staff**

**From:**　　**Captain Phillips, Programs Supervisor**

**Date:**　　**02-14-07**

**Ref:**　　 **Clothing and Linen for Offender Coit #86530**

Offender Coit #86530 has certain medically confirmed allergies to clothing and linen regularly issued to DOC offenders.  In an attempt to meet the needs of her medical condition, DNC laundry has issued her appropriate clothing and linens.  These items should be tagged with her name and number or listed on her property inventory sheet.

If while conducting a shakedown items in question must be confiscated, please bag and mark the items with her name and number and secure them in the DWCF laundry.  These items are time consuming and costly to replace.

Please direct any questions or concerns to Captain Phillips.

# REQUEST FOR ACCOMMODATION

## I. OFFENDER INFORMATION: *(Please print)*

| Offender Name: | Jill Coit | DOC #: | 86530 |
|---|---|---|---|
| Current Facility: | dwcf | Date: | 8-2-07 |

## II. CLAIMED DISABILITY: *(Check all that apply)*

**Mobility** X          **Hearing** X          **Other** X     mental-Seasonal Affective disorder,etc.
**Vision** X            **Diabetes** ___

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.* Not enough space to respond fully.

1. Describe your disability: hand(s)- limits ability to function and care for myself, severe arthritis, thumb on right hand swells & is painful with any movement, Knee-gives way and I fall and hurt myself. shoulder-lifting or moving arm above breast causes pain, vision, back, hip, feet, neck diverticilitus-vo bowel proble

2. What information do you have to verify your disability? You have outside doctors prior to incarceration, Specialist at Denver Health, Xrays and MRI's. massive amount of documentation. Also have court ordered Montez Claim 3-129 page 2 states,"Claimant has a permanent physical impairment that substantially limits the major life activities of walking,

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)?   working and perhaps performing manual tasks"

Walking, caring for myself, performing manual tasks, seeing, hearing, learing an dworking.

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? **Yes/ No**. If yes, name the job, program, or service and provide a brief description of how you were denied:

Yes, see Montez Final Order of Special Masters dated December 15, 2005 and dwcf not obeying medical restrictions- clerk/para pro etc. Montez & ADA screening done in 2004 prior to stroke Dr. Cabling listed 2 hour work restriction. No update has been done to update more severe disabilities.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: w keel CHA, R +

Need computer with voice activated program-DRAGON due to hand limitations, vison problems, writs add inability to function without severe pain. Need help with performing manual tasks and careing for myself, etc.

Signature of Offender    *Jell Coit*

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note: DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

per gared By mc.                                           Revised 5/06

Hand mobility-due to severe arthritis in both hands, widespread Degenerative Joint Disease, carpal Tunnel, I can not use my hand(s) without pain & swelling Can not write, type or take care of my daily hygiene needs such as bathing, washing my hair, dressing, pull on clothing, can't do household chores-making bed, flosing teeth, it even hurts to hold a book, can't peel an orange, open containers-no twisting or pulling, even wringing out wash cloth causes pain Flushing toilet causes pain due to button needs to be pushed-cause sharp shooting pain up arm & swelling.(toilets in units donot have handles-only small buttons) Constant finger joint pain & swelling- need voice activated computer program

**MOBILITY**
that does not require much hand use, regular typewriter causes pain & impossible to hold pen, even holding saw eating utensils hurts, wiping after toilet use causes pain in wrist.

1. Do you use a wheelchair or other assistive device?  (Yes)   No

If so, what? <u>until removed by Randy Smith</u> on 8-1-07 Need due to inability to walk more than 20 feet due to knee giving out and me falling.

2. Do you require assistance with your activities of daily living?  (Yes)   No

Hand-severe arthritis injury to right thumb, carpal tunnel, torn rotator cuff both shoulders. In what way? <u>can't write or hold items in right hand without hand swelling</u> and severe pain. need help washing hair bathing, drssing, chore

3. Are you currently assigned to a handicapped cell?  (Yes)   No
Yes, but it does not meet my handicapped needs. need desk lowered, way to store personal items, can't bend or twist or pull

4. Do you require any specialized equipment in your cell?  (Yes)   No
Yes, assistive aids for dressing, etc

5. Are you assigned to a handicapped table in the chow hall?   Yes   (No) none
There are no HC tables in East chow hall and only one in west chow hall, first come basis.

6. Do you need someone else to assist you in an emergency?  (Yes)   No
Yes, need help with my wheel chair and getting out.

**USE THE SPACE BELOW TO ADVISE ME OF OTHER MOBILITY NEEDS YOU HAVE:**

Knee mobility/disability-advanced arthritis & DJD, loss of cartledge-torn menisus tear left knee-had surgery and needs to be repeated-did not work as MRI showed. I am ambulatory for short distances but never know when knee will give out and I will fall and injury myself. pain if I twist, bend, squat or climb stairs. Foot-1 1/2 inch leg discrepancy length-left leg, plantar fibroma that causes pain when put food down without padded surface or cut out grove. was surgical removed but came back. Hip-need left hip replaced, had right hip repaired-artifical hip. Sciatic pain runs down butt into leg-painful, hip pain laying and sitting, walking painful in hip.  Shoulders-torn rotator cuffs can't lift arms above breast high-sharp shooting pain, buring-lingering pain. Need wheel chair due to hip, knee and back pain to assist walking, can't use crutches or walker due to shoulder and hand disabilities. Back-arthritis, DJD widespread pain, neck pain when bending neck or turning. All family members-(elderly) are crippled with arthritis on both sides and have autoimmune disease I am tired all the time and hurt, I force myself to move. Need daily help with major life activities such as caring for myself, performing manual tasks, working, communicating. I have seizures-since 1983-taste funny prior so have some warning-took tegretal prior to prison, was declared totally disabled by social security after accident-car-have inability to think under pressure and Seasonal Affective Disorder-extreme depression-need sunlight-stress makes me hurt more, at times suicidal and see no hope for any improvement from pain. Stress seems to make my Lupus flair up-autoimmune system compromised. Except for thumb, knee & shoulder had conditions prior to inceration. Had heart attack, stroke that caused loss of vision in part of both eyes, then about 2 moths ago I think I had another stroke, lost more vision-left eye seems like darker & loss strength in left side. can't see small normal size print, when I try to read I get severe migraine. I have migraines anyway so more problems.

Must elevate my knee to sleep or rest. Ice and prescribed heat (heating pad). Need braces & ability to have property at waist level. (3) **Foot Mobility/Disability** - Have a leg length discrepancy of 1 &1/2 inches on left leg that throws off my entire spine, hip, knees, back, and neck. Have Plantar Fibromatosis on my left foot, bone and heal spurs on both feet all of which prevent me from walking, standing or climbing stairs without pain or any distance beyond 50 feet. Have advanced arthritis in both feet & wide spread Degenerative Joint Disease in ankles & toes. Supposed to massage my feet daily but can't due to hand and back mobility problems. Two pair of tennis shoes with inserts & shower shoes that allow grove cut. Custom Orthotic shoes from Ability Unlimited provided yearly. (4) **Hip Mobility/Disability** -Artificial right hip & severe Advanced Arthritis in left hip & DJD . Hurts to walk, bend, lift, climb or twist. Deep massage & heat helps with pain management. Can't sit for more than two hours, stand or climb stairs. Wheel chair cushion and backpack for chair. Need elevator pass and no stair restriction in place. (5) **Back Mobility/Disability** - have advanced arthritis in spine/back with wide spread DJD , Scoliosis, Spinal Stenosis, Osteoarthritis, and Sciatic problems. Can't bend, lift, turn , bend to make bed or get things under the bed or get things off the floor or get my feet high enough to take care of hygiene or care. Can't stand for more than 5 minutes. Need Bath tub for soaking and bathing. Pool & Occupational therapy as ordered by Ortho. Ergonomic chair & desk. Need all items waist high. (6) **Neck Mobility/Disability** - have advanced arthritis in neck & upper spine with wide spread DJD , Spinal stenosis, osteoarthritis, and fibromgalgia. Bending or twisting neck to look down or to read causes pain. Severe headaches (migraines). The only thing that seems to help neck pain is deep heat and massage. Book holder & scanner to enlarge. **Shoulder Mobility/Disability** –Arthritis in both shoulders along with torn/damaged Rotator Cuffs which prevent lifting arms above breast without severe pain. Can't get dressed with clothing that goes over the head & have problems with basic hygiene & reaching. (8) **Eye Mobility/Disability**- Since my TIA (stroke on December 15, 2005) lost vision in left eye- looks like I am looking through a waterfall & have impaired vision –can't see the lower section. Can make out letters on eye chart but can't read small print or read the writing on the bottom of TV screen. Fluorescent lights give me migraines & make it harder for me to see. Need to wear glass that are tinted dark all the time & wear dark glasses when I have a migraine because light hurts & causes me to feel nauseous. Get dizzy often. Need TV enhancer screen or larger TV, tinted glass that have enclosed sides to eliminate glare and light. Full spectrum light, & permit for ordering outside sunglasses that meet medical needs. Sign language classes and material. (9) **Hearing Mobility/Disability**- need hearing aids all the time because I can not hear due to background noise. Can hear emergency alarms because they are really loud & in fact hurt my ears & give me a headache when they go for long periods of time when I am confined & can't get away from the noise. Should not be in handicapped cell that has strobe/flashing lights because of seizures. Prison is noisy & I need a cell that is on the end to reduce the background noise of dayrooms & inmates gathering. When I get a migraine or headache, I can not wear my hearing aid. Still have trouble hearing on the telephones due to background noise and the fact that the telephones are all placed in high traffic area which has lots of noise. I get dizzy often and have ringing in my ear. Need earphones for TV listing and headset that fit over hearing aids. Need watch that hangs from the neck since watch sold on canteen can not go around my hand braces. (10) **Autoimmune Disability/mobility and Allergy Issues:** I have an ANA count of 1:1280 when normal is 1:160 therefore my body cannot fight bacteria and infections efficiently. I am tired & need more than normal sleeping/resting time. Need safe living environment away from infected inmates since autoimmune system can not fight diseases & attacks itself. Need clothing that is non polyester (all cotton has been provided) . Fragrance free living area. All cotton clothing ~~as presently~~ ~~allowed without further testing or invasive treatments.~~ (11) **Diverticulitus/ bowel disabilities**- need extra clothing, wipes, diet that is high in fiber & low in salt & trans fats. Need to be able to supplement kosher diet with vegetables and fruits that enhance bodies ability to fight disease/ infection & that supplies needed vitamins that DOC does not provide at no cost to DOC. Needs to be able to continue eating in unit and preparing food so no retaliation or taking away this privilege. Need extra set of pants and underwear, antibacterial soap & lotion, Neutogena, wash clothes separately, free laundry detergent, two sets of sheets. (12) **Living Environment**- Safety issues need to be away from general population where inmates bump, push or threaten to do bodily harm to disabled/handicapped inmates because you are in their way at movement or in the housing units. Need to be allowed to purchase allergy free items. Cell that has sun light for at least 6 hours per day & is warmed by the sun due to arthritis (summer time is especially difficult due to air conditioning so need sunlight exposure for added warmth. **Accommodations Requested for: (1) Hand Mobility :**Need computer with speech identification program ( Dragon program) with ergonomic key board & hand held scanner that has memory to be used with the computer to enlarge print .Need large handled items tooth brushes, water pick for flossing- insulated cups that will accommodate hand braces, bowels, eating utensils, hygiene items with flip top lids, containers, adjustment for hobby craft tools and crafts that would allow me to do the same hobby crafts that non-disabled inmates are allowed to do in their cells- knitting , embroidery and long arm quilting machine and tools. Rotary scissors, mats, rulers & ergonomic tools or machines. Any items sold on canteen or allowed on hobby craft list allowed in larger size. Need all cotton or non polyester clothing that has Velcro openings (have). Including shoes, tennis shoes, shirts, bras, pants, coat and all clothing. (replaced yearly) Need a Coffee pot that dos not have glass carafe, hair dryer I do not have to hold. Hospital bed that is high enough that I do not have to use hand to get out of. Fitted sheets & bedding that is hypo-allergic (I pay for). Had the following medical items at CWCF so want them back- Tens unit, wedge pillow, cervical pillow, ice pack, egg shell mattress pad, dresser, bookcase, heating pad (sitting in medical) ,sponge for bathing, and other products as they become available. **(2)Knees:** braces that do not need to be pulled on; need exercise equipment, heating pad, ice pack and medication to reduce inflammation . **(3)Feet/walking impairment:** Custom orthotics shoes by Abilities Unlimited. shower shoes that are have at least ½ inch rubber soles so a grove can be cut out to accommodate my plantar Fibroma- had at CWCF, support panty hose & equipment to take care of feet. Hand held massager to massage feet as order, **(7)Shoulder and back impairment:** Need care giver, can't bend or lift myself up off the low bed. . **(9) Hearing impairment** Need access to a phone that has a booth or hood on it . **Eyes:** Due to TIA vision is impaired & Fluorescent lights give me a migraine. Order glass & sun glasses that do not allow light in on sides. **(11) Diverticulitis/hypoglycemia/diabetes:** diet that is high in fiber, whole grain breads, fresh green, yellow, red and purple vegetables, non processed or prepackaged foods, low sodium , yogurt, cheese & nuts. Needs: extra clothing, **(12) Living Environment** : Need Cell modified to accommodate individual disabilities.

see appeals court decision, someone from here attempted to blacken out the inmate crons where my case manager listed I reported sexual abuse but the Appels court ruled that the date of Major Bohm's employment was the date they knew of the sexual abuse that was August 1995 but sgt. Smith was not released until 1-1-97 a full year and four months after I reported sexual injuries. Smith broke my thumb,injured my knee, & shoulder. that is why I have those injuries.

# FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: ___Jill Coit___        DOC #: ___86530___

## Section I: PROGRAMS

1. What is your current program or job assignment? Please be specific and list your main duties.

   None was unassigned for years but I wanted to try and dr. Pollack wrote I would not be punished for trying and that all my restrictions would remain in place. That was a lie and I am stupid for believing him. I was the clerk/para pro for computer class using voice activated program so i did not have to use

2. What programs do you need? my hands due to constant swelling and pain.

   For RA I need to take program that stimulate my mind and helps prevent loss of brain activities. I need to here feel productive and useful, need to learn.

3. What is your prison employment history?

   I was Major Bohm- (He ran CWCF-clerk, then was law library clerk for years, From June 1995 to December 1996 I was sexually abused by former CWCF Sgt. Joseph Smith. I filed a civil rights law suit and a CWCF employee removed pages from it that listed sexual abuse. The Attorney general's office admitted that I had been sexually abused but claimed they were not indifferent to my care.

4. What was your employment on the street? Prior to becoming a totally disabled in 1983 I owned bed and breakfast's in three states, Owned Advertising Agency, Real Estate and Auction Firm, Travel Agency, Health Food Restaurant and store, and Insurance Firm. Was on board of many charitable organizations. Played in tax sales and other business enterprises. I traveled throughout the

5. What do you do for recreation? world and procured country specific items for B & B sa es.

   Nothing since I am not allowed accommodations for hand disability, or vision impairment, I used to do crafts, etc. I was trying to build up my leg for knee surgery but can do nothing since my wheel chair was taken.

6. Do you currently have a hobby permit? If so, what do you do?

   Yes, I am not allowed tools or items to accommodate my disabilities.

7. Can you access your religious services? If not, why?

   I did but without wheel chair I will not be able to gt get to gym without pain fear my knee giving way, it is not worth my while to try to walk that far, I do not need to add a broken or injured hip to my disabilties.

8. Are you able to use the general and law libraries? If not, why?

   Not now without wheel chair, can't slimb stairs, I need enlargment of books in order to read small print. No accommodations made for my handicapped/ disability. NO computers =typing hurts my writs and hand/thumb(right).

## Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area? If not, why?

   No, too far away, can't walk more than 20 feet withut pain.

I wore hearing aids prior to incercation-finally allowed my hearing aids, can hear when no background noise is present-can't hear over head anounces ments but can hear alarms. hearing aids sometimes painful because they excerbate noise-need cell away from day room so I can hear tv, speach,etc. Some soft sounds -voices I have trouble hearing. had broken ear drum from pool accident, had patch put on. Even though I only make phone calls when unit is ~~~~ fairly quiet, I have problems hearing on phone due to background noise.

**HEARING**

1. Do you wear a hearing aid?  (Yes)  No

2. With your hearing aid operational, are you:

   a. Able to hear a speaking voice?  (Yes)  No
   b. Able to hear a PA announcement?  *Sr mE*  (Yes)  No
   c. Able to hear the fire alarm?  (Yes)  No
   d. Able to hear instructions from a teacher or supervisor?  (Yes)  No

   *no Background noise*

3. When your hearing aid is **not** operational, are you:
   a. Able to hear a speaking voice?  Yes  No  *depends*
   b. Able to hear a PA announcement?  Yes  No  *depends*
   c. Able to hear the fire alarm?  (Yes)  No
   d. Able to hear instructions from a teacher or supervisor?  Yes  No  *depends*

4. Do you read and write English?  (Yes)  No

   a. Do you read and write another language? If yes, what language?  Yes  No
   *Some Spanish*

5. Do you understand and use ASL?  Yes  (No)

6. Do you require telephone amplification on the CIPS phone?  (Yes)  No

7. Do you require the use of a TTY?  Yes  (No)

8. Are you able to hear better if you sit in one particular area of the room?  (Yes)  No

   If so, which?  *close*

9. Do you need special assistance from a parapro in programs?  Yes  No  *Some*

10. Do you need someone else to assist you in an emergency?  (Yes)  No

11. Do you need close-captioned TV and videos?  (Yes)  No

**USE THE SPACE BELOW TO ADVISE ME OF OTHER HEARING NEEDS YOU HAVE:**

Noise gives me a  headache, never have i gone to concerts(rock & roll etc)due to noise. I have been diagnosed with ringing in ears and balance problems in the outside world.

**VISION**

1.  Do you wear glasses?      Yes      No

Dr. Specialist at Denver Health when seen for TIA/STROK in 2006 ordered that I wear special tinted glasses with enclosed sides

2.  Are you able to see at all?      Yes     No

only see out of upper half of right and left eyes. Left eye now worse due to... now vision dark and no clear.

3.  Are you completely blind?      Yes     No

NO do I need to be before I can get what specialist at DH ordered? Then it wil be to late, floursent lighting harmful, getting cara

4.  Are you able to read with a magnifier?    Yes     No

Need magnifier that is not hand held due to hand disabilities.

5.  Do you understand and use Braille?      Yes     No

no

6.  Do you need someone else to assist you in an emergency?      Yes     No

yes, already covered that issue.

7.  Are you able to see better if you sit in one particular area of the room?  Yes     No

of course closer is better bu_t my vision problems is not type that sitting If somwhere? ___ closer to material solves, lighting plays important part

as well as size of print. can't read small print.

8.  Do you need special assistance from a parapro in programs?      Yes     No

sometimes depending on issues.

9.  Do you require assistance with your activities of daily living?      Yes     No

Yes, already covered that, need help due to hand mobility, knee and back mobiity and yes vision mobility. I do not see everything and I run into thinkgs that are low to the ground.

**USE THE SPACE BELOW TO ADVISE ME OF OTHER VISION NEEDS YOU HAVE:**

See Denver Hwealth vison specialist reports.

my friend typed this for me.

## Section II:  PHYSICAL ACCESS

1.  Are you able to access the visiting area?  If not, why?

    ```
    not without wheel chair, can't walk that far.
    ```

2.  Are you able to access other areas of the facility (chow, programs, medline, etc) and get there on time?

    ```
    No, not without wheel chair,I am         ambilatory for short distances
    but my knee gives out when I try to walk sometimes even short distances, I
    never knw when I will fall and hurt myself. My fi r is full of my falling
    and injuring myself.
    ```

3.  Are you able to access all areas of your cell, bathroom and dayhall?  If not, describe why.

    ```
    I do not have access to storage under bed because      can't pull or push
    the boxs canteen sells for storage and can't access the storage compartment
    inmy  closet because it    is to low and I have severe bending problems.
    ```

4.  Are you able to use the CIPS phone on your unit?  If not, why?

    ```
    Sometimes I can not hear due to background noise.
    ```

## Section III:  SECURITY

1.  Are you able to respond to orders during an emergency without delay?

    ```
    yes, but need help getting out of building.
    ```

2.  Do you have any problems during transport?

    ```
    only when handicapped van is not used, I can't climb into van steps to
    high and I need wheel chair.
    must be cuffed front without   metal box due to position metal box places
    hands in, causes severe pain and swelling. I am chaninded to wheel chair.
    ```

3.  Do you have any problems with other security procedures, for example, restraints, searches, count, etc?

    ```
    already answered that  cuffs must go over hand braces,etc.
    ```

4.  Do you wear a prosthesis?  If so, what?

    ```
    Have internal prosthesis artifical right hip so can't bend some ways or
    sit some ways.
    ```

**ADA Medical Release**

I, _Jll Coit_ , DOC # _26532_

date of birth _6-11-44_ , authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC staff in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this Release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that the authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this Release. I acknowledge that I understand the terms and conditions of this Release.

_____          _A-r-07_
Offender Signature                              Date

Revised 4/06

Case Manage

Fischer returned

these grievances

to Cost on

8-20-07

Refused to file, process or

submit

Medical

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) (1) 2  3     ADA? Yes ☐ No ☒

| NAME  Jill Coit | DOC NO.  86530 | FACILITY  dwcf |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

On 8-1-07 RAndy Smith removed/confiscated my wheel chair, declaring I am not part of Montez Class action even though I present ed him with a copy of Final Order of Special Master US District court case No. 92-N-870 (OES) 96 N 343- dated 12-15-05 stating page  5."The special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical 🅐 mobility impair-ment that substantially limits the major life activities of walking, work-ing & perhaps performing manual tasks.". Smith along with D. Reily and V. Hilbey H stated that it did not matter if the court listed me under Montez that only CDOC could make me Montez and that it did not matter that I was declared totally disabled under Social security. and that it did not matter that I was obey Montez Judge's order that Cathie HOlst said I was not Montez and there fore I had to begin the entire ADA process again.  Under the Montez Remedia l Plan (MRP)  legal stands appliacable to this claim are Rehabilation Act & ADA. I want my wheel chair back because of my torn menuis tear-knee, severe arthritis in hip & back causes severe pain and swelling. I can not walk, am in pain. I am only ambiatoryfor short distances. Smith ordered that no one was to asist me in any way. I can not get to the dinning hall because it is tofar so can't get DWCF food: Obey Montez give back wheel chair before I am seriously injured further. No more retaliation. I filed with court 6-27-0

| DATE: 8-6-07 | OFFENDER SIGNATURE  J W Coit |

| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |
| RESPONSE | |

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

*Medical*

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) ①  2  3     ADA?  Yes ☐  No ☒

| NAME  Jill Coit | DOC NO.  86530 | FACILITY  dwcf |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

on 8-1-07 —Under directive from ~~assistant~~ Warden Green-actually acting warder (DWCF) & Randy Smith DWCF sgt. Enfonta (?) confiscated state issued green pants that were to be used in law suit no. 98 cv 2031 zippered greens with Sgt. Jospeh Smith's sperm on them that I have been saving for trial. I told her that I needed them kept & not put in plastic because they were evidence for trial. She refused to even give me a shake down slip. This is deliberate destruction of evidence. They were listed on my property sheet and in a manilla envelope in my legal box when she demaded I ~~ask~~ my greens. She also confiscated another pair of ~~wholey~~ holey greens (turn over all) to be used to show that I was forced to wear along with 2 sets of pants—new just issued and Ea pair of decent green pants. This continued patter of taking eviden I need for trial must stop, it prevents me from access to the courts and violates my constitutional rights. I was just issued new green pants that had reinforced seams so that my knee/leg braces do not wear ~~throw them~~ through them so quickly. They were made for me and I was told I could have them until they wore out by Capt Phillips. The thin pants I have been issed are never going to hold up, in fact I have had ~~none~~ them on onlyfor a few hours and already my braces are wearing through the thin fabric. Some one is ripping off CDOC by forcing inmates to wear thin pants. I want my evidence returned ~~immediately~~

*V Coit's Complaint*

| DATE: 8-5-07 | OFFENDER SIGNATURE  *Jill Coit* |
|---|---|
| DATE RECEIVED:  RESPONSE | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Original: Department File/AIC        Copies: Working File. Administrative Head. Offender. Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

*Medical*

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One)  1  2  3     ADA?  Yes ☐  No ☒

| NAME   Jill Coit | DOC NO.  86530 | FACILITY  dwcf |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Medical=RAndy Smith stating I am not part of the Montez Remedial Plan (RMP) (MRP) when despite my showing him Final Order of Special Master claim no 03-129 dated 12-15-05 page 5, "The Special Master finds & concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps performing manual tasks." I produced Med Record of 3/16/04 "ADA screening forms filled" dr. Razzaghi;Request for sick call 7/27/05 "I have not received any notification from HQ in this regard You have already had your screening-TV" Med record 3-25-04,"Dr. Cabbling screened me for ADA/Montez listed," This patient 59 year old wf has physical disability due to DJD of the hips & knees...M3 to M4, 2 hour work restriction, handicapped cell, elevator use as needed..% memorandum from Holst 10-29-04,"...my office only redommends appropriate accommodations after you have been determined to be disabled..";Accommodation Resolution 3/22/04 signed by Cathie hOlst; CDOC Offender consent for disclosure of confidential information signed by Dr. razzaghi 2-2-05; Mobility screening form with fax to DOC legal services on it 7192264249-dated 3-16-04.: Smith stated that dr. Pollack (cross) granted me wellness-:Smith stat state Iam Montez so I am not Montez. Want DWCF to obey Montez & state Iam Montez. monetary damages.

| DATE: 8-16-07 | OFFENDER SIGNATURE  *Jill Coit* |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*Medical*

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____         STEP (Circle One) ① 2  3      ADA?  Yes ☐  No ✓

| NAME    Jill Coit | DOC NO.  86530 | FACILITY    dwcf |

Instructions:   1.  FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2.  CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3.  STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4.  ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

8-1-07 Randy Smith order my state issued green Velcro shirts confiscated giving me shirts-green state issued that must be pulled over the head. Ihave torn rotaor cuffs and raising my head/arms above my breast causes severe buring pain in my shoulders. These velcro shirts were made for me due to my rotator cuff shoulder problem. This is direct retaliation for me filing with the US District court on 7-26-07 all the  Montez Remedical Plan violations at DWCF.  These shirts met my disability needs- I also have carpel tunnel and severe DJD arthritis. There was no legitimate penological reason for my state issued green velcro shirts to be removed. Want shirts-velcro back immediately and the retaliation stopped.    I am part of MOntez and ADA/remedial plan

No legitimate penological reason to take away front closure shirts and them for over 3 years-retaliation for filing on Montez violations 7-27-07. Smith stated he did  not have to obey court order regarding MONTEZ that only Cathie Holst/DOC determins who is mOntez. I am in apin and there is no reason to punish me. Raising my arms abovve my head further execrbates my rotator cuff problem it is inhumaine to cause pain just because you can.

| DATE:  8-6-07 | OFFENDER SIGNATURE  Jill Coit |
| DATE RECEIVED:  RESPONSE | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual).

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

*Medical*

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) (1)  2  3     ADA?  Yes ☒  No ☒

| NAME   Jill Coit | DOC NO.  86530 | FACILITY dwcf |
|---|---|---|

Instructions:  1.  FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2.  CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3.  STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4.  ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:
(X) Grievance)  I asked Nancy for medical appliances I had at CWCF when they transferred me here to DWCF in 2001 because CWCF could not accomonadate my handicapped/disability needs, she stated I needed to file a grievance since she did not have the power to give me the items I asked for. Here is the grievances issues! tens unit, cell accommodations- low long desk, foot stool, egg crate matress, heating pad, ice pack-screw on top, rolling chair, dresser, night stand with drawer, wedge pillow, ceverical pillow, zipper pants, front closure bras, panties that had pad accommodation shower shoes that allowed for cut out insert-non slip, headphones that accomodated hearing aids, heavy blankets-not mere bed covers, female socks, shoes mad efor females-not male boots, velcro shirts closures, cups with large handle to accomodate hand brace, low closet,  raised storage area for legal and hobby craft storage- Special typewriter for hand mobility problem (IBM) Some items i paid for some paid for by state, want these items/accommodations/allowences back . my disabilities/handicapped issues have gotten worse not better.. Had special hobby craft items in larger size to accommodate hand disabilities.  I am filing this under Montez and ADA both since I am both. Nancy said they are not allowed to make these decisions now that security decides if you are allowed these items. These are medical allowances not security issues. all are allowed at other CDOC facil.

| DATE: 8-1-07 | OFFENDER SIGNATURE  Jill Coit |
|---|---|

| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |
|---|---|

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # . |
|---|---|

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) ①  2  3     ADA?   Yes ☐  No ☒

| NAME   Jill Coit | DOC NO.   86530 | FACILITY   dwcf |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

on 8-1-07 — Under directive from ~~assistant~~ Warden Green-actually acting warder (DWCF) & Randy Smith, DWCF sgt. Enfonta (?) confiscated state issued green pants that were to be used in law suit no. 98 cv 2031 zippered greens with Sgt. Josheph Smith's sperm on them that I have been saving for trial. I told her that I needed them kept & not put in plastic because they were evidence for trial. She refused to even give me a shake down slip. This is deliberate destruction of evidence. They were listed on my property sheet and in a manilla envelope in my legal box when she demaded I ~~all~~ my greens. She also confiscated another pair of ~~dr~~ holy holey greens (turn over all) to be used to show what I was forced to wear along with 2 sets of pants+-new just issued and 0x pair of decent green pants. This continued patter of taking eviden I need for trial must stop, it prevents me from access to the courts and violates my constitutional rights. I was just issued new green pants that had reinforced seams so that my knee/leg braces do not wear ~~throw them~~ through them so quickly. They were made for me and I was told I could have them until they wore out by Capt Phillips. The thin pants I have been issed are neve going to hold up, in fact I have had ~~here~~ them on onlyfor a few hours and already my braces are wearing through the thin fabric. Some one is ripping off CDOC by forcing ~~inmates to wear thin~~ pants. I want my evidence returned ~~immediately & a most~~

| DATE: 8-5-07 | OFFENDER SIGNATURE   Jill Coit |
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |
| RESPONSE | |

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1



DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____  STEP (Circle One) (1) 2  3   ADA?  Yes☒ No☒

| NAME Jill Coit | DOC NO. 86530 | FACILITY dwcf |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:   On 8-1-07 RAndy Smith removed/confiscated my wheel chair, declaring I am not part of Montez Class action even though I presented him with a copy of Final Order of Special Master US District court case No. 92-N-870 (OES) 96 N 343- dated 12-15-05 stating page  5."The special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical ☒ mobility impairment that substantially limits the major life activities of walking, working & perhaps performing manual tasks.". Smith along with D. Reily and V. ~~Wilkey H~~ stated that it did not matter if the court listed me under Montez that only CDOC☒ could make me Montez and that it did not matter that I was declared totally disabled under Social security. That DWCF did not have to obey Montez Judge's order that Cathie HOlst said I was not Montez and there fore I had to begin the entire ADA process again. Under the Montez Remedial Plan (MRP) legal stands applicable to this claim are Rehabilation Act & ADA. I want my wheel chair back because of my torn menuis tear-knee, severe arthritis in hip & back causes severe pain and swelling. I can not walk, am in pain. I am only a ambiatoryfor short distances. Smith ordered that no one was to asist me in any way. I can not get to the dinning hall because it is tofar so can't get DWCF food. Obey Montez, give back wheel chair before I ☒ am seriously injured further. No more retaliation. I filed with court 6-27-☒

| DATE: 8-6-07 | OFFENDER SIGNATURE   Jill M Coit |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |
| RESPONSE | |

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

Case No. 1:92-cv-00870-CMA-MEH   Document 2840-1   filed 08/23/07   USDC Colorado   pg 41 of 44

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) ①  2  3     ADA?   Yes ☐   No ☒

| NAME Jill Coit | DOC NO. 86530 | FACILITY dwcf |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

This grievance is against Cathie Holst who continues to cause me pain and excerbate my medical disabilities/handicappedness by her refusal ~~this~~ continued denial of my Montez & ADA status. Her own letters prove I was screened for ADA Ie:4-21-04"I was made aware of your transfer from DWCF to CWCF when our request to have a disability screening was returned." Returned and request! State O/Col Dept. Of Law-Berman on 3-17-06 sent you all exhibits of Montez hearing which included dr.Razzagni 's signed medical release, of 2-2-05. DWCF Nancy Nola sent you one on 6-27-06-Med release form. On 3-20-06 DWCF -PA Jamie H. signed the verific ation of disability & request for accommodation form but stopped filling out the form After calling you and being told that I had already submitted the request for accommodations & med release. On 2-11-05 you sent me lett er stating,"..Demands for specific medical attention for specific complain ts have been sent by Silvestro Media on her behalf to among others the Goveronor of the State of Co, various organizations in other states, & Joanie Shoemaker, DWCF Warden." Look at the bottom of the medical release form i have been sending to you since 2005-no date, Now look at date on newest form I signed on 8-1-07 see date of 4-06. So how could i have not signed a form that was not even in existance when HOlst claims I have not Want holst to stop harassing, lying and denying me Montez/ADA status &

| DATE: 8-5-07 | OFFENDER SIGNATURE  Jill Coit |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Case No. 1:03-cv-00870-CMA-MEH Document 2840-1 filed 08/23/07 USDC Colorado pg 42 of 44

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) (1)  2  3     ADA?  Yes ☒  No ☐

| NAME Jill Coit | DOC NO. 86530 | FACILITY dwcf |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:          Randy Smith stated that my MRI's were to old for him to consider them reliable.(MRI of shoulder on 12/27/04 and MRI of knee June 15, 2004.) I have never heard of knee Menisus tear healing on its own but if Smith knows some from of magic I am willing to be healed. However under Montez Remedical Plan page 2, IV fourth paragraph 1st two lines state, "The inmate's status as an inmate with a disability shall be effective unitl a change in the inmate's condition causes a change in disability status." Just Smith declaring I am healed or not disabled any more is not enough under Montez. I want as a resolution to have MRI of Knees (both),both shoulders, neck, back-upper and lower-spine, bothhips, and feetand both hands-wrist and elbows.

I have pain in all these joints and they swell and influence my every day care and ability to take care of myself, perform manual tasks, walk and working. I want these done all at once not just pieced mealed out since going out on a medial trip is painful and excerbates my injuries. Besides it would be cheaper and cut down on the putting of radioactivity stuff in my body as MRI's require. I would alsolike an MRI of my breast since I have a history of cancer and fribrois BREAST. I would like to see Rheumatologist, perodintist for my bleeding gums and edxposed roots.&aller

| DATE: 8-2-07 | OFFENDER SIGNATURE Jill Coit |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

*Security*

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____   STEP (Circle One) ①  2  3   ADA? ~~Yes~~ *no*

| NAME  Jill Coit | DOC NO.  86530 | FACILITY  dwcf |
|---|---|---|

Instructions:   1.   FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2.   CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3.   STATE SPECIFICALLY WHAT REMEDY IS REQUESTING:
4.   ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy  DWCF/CDOC does not provide or accommodate inmates who have *HAND* disabilities/mobility (in using one or both hands) I have severe pain when I bend my writs, have a deformed right hand in the thumb area that swells constantly and is painful when I bend or twist or grab using my right hand. i need hobby craft allowance made so I can knit and do drawing, etc. Need larger pens, supplies, that allow me to function as non disabled inmates. Rotary scissors with mats and rullers/stencils/cutaways. I want to purchase a knitting maching that would allow me to knit but was told I can't -actually told  could keep in hobby shop but had to fit in locker when not using. this would destroy project. You allow needls that could harm inmates, the  needles on knitting machine are curved and not dangerous as metel crocet hooks you allow in or other needles-t's or other items even on canteen. Is should be allowed to do knitting in cell as non disabled are allowed. I do not mind purchasing the knitting machine & keeping it at hobby craft center if it is transferred to whatever facility I am sent. UNder Montez disabled inmates transferred keep the same property rights at new facility. It is very costly and I want this in guarantee in writing before i spend between $600 & 1,000 for knitting machine. I am willing to allow other hand crippled inmates to use machine when I am not using it. Want to be able to purchase & store yarn for machine at Leasur

| DATE:  8-1-07 | OFFENDER SIGNATURE  Jill Coit |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Original: Department File/AIC        Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

*Security*

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) ①  2  3     ADA?  Yes ☒  No ☐

| NAME Jill Coit | DOC NO. 86530 | FACILITY dwcf |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

*DWCF= Security —* **Please see X-1 grievance I submitted to medical** medical appliances I had at CWCF but DWCF did not allow in 2001, I request ed PA Nancy write order for items but was told to file grievance because medical isno longer allowed to order medical aids/appliances of this nature even though Montez states that inmates transferred to another facility because former facility could not accomodate their disabilites are allowed the same privileges and property rights. My is security making decisions on medical ppliances/aids and going against Montez Remedical Plan and ADA standards. There is nothing i had at CWCF that other CDOC facilities are not allowing its disabled/handicapped inmates to have. Just because I am a female and not a male-male offenders have all items I listed. Want items I had at CWCF and for my handicapped/dis- abilities to accommodated. Just because MOntez is not crystal clear and does not state in black and white you must obey the Final Orders does not mean DWCF/CDOC must not obey the intent of the law and ORDER. I am submitting this the same day as the medical grievance so you can see what appliances/aids/cell accommodations/clothing/ foot wear/ I am referencing. WAnt the items back and for you to stop making medical decisi ons of if you do make medical decision then please obey MOntez and what I need to make me whole or in line with non disabled & CDOC allowed accomo

| DATE: 8-1-07 | OFFENDER SIGNATURE *Jill Coit* |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1