①

U.S. District Judge Kane,
Denver, Colo.

92-CV-870-EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2007

GREGORY C. LANGHAM
CLERK

Sir,

I am informally complaining against "special master" Richard Borchers, who is under your jurisdiction.

My name is Robert Neely #114438, an inmate presently held at Freemont Facility in Canon City.

Approximately April of 2003 I joined the class-action suit of MONTEZ V. OWENS, as a co-plaintiff, with perhaps 900 or so other inmates. This action concerned civil rights abuses toward diabetic inmates in C.D.O.C. – Sometimes to the point of death thru malpractice & negligence.

This action was won by Jesse Montez & a multi-million settlement was awarded. "Special master" Borchers was appointed along w/ others to hold "evidentiary hearings" for each co-plaintiff, to decide what damages incurred from C.D.O.C. violations.

A great many inmates settled very quickly for such petty amounts as $50. & $100.

I have requested, & waited, for MY hearing, for FOUR & ONE-HALF YEARS now. SEVERAL hearing dates have been scheduled, then cancelled, by Borchers. The last hearing was to be ONE YEAR AGO, 8/24/06 – and of course, cancelled. I have sent a FEW HUNDRED evidentiary documents to support my claims. I have been retaliated against, by withholding insulin many times – I have written Borchers eight times the last year. (see 'withdrawal tickets') I have recieved NO RESPONSE FROM BORCHERS in a YEAR.

Due to Borchers delays & negligence – my diabetes & complications have grown very fast & very advanced. Borchers himself has admitted to several HUNDRED DEATHS



since this action began!

The manner in which this process has been handled— has tainted any confidence inmates may have had, concerning justice here. I, myself, don't give a damn about the settlement anymore — I REQUEST ACCOUNTABILITY.

What amount was the settlement?
How much has gone to the lawyers?
How much has gone to "expenses"?
How much has gone to the diabetic inmate?
How many diabetics have <u>died</u>, waiting on the "special master"?!

I realize there were a lot a claims, BUT — Borchers lacks nothing of help & resources at his beck & call. Period. FOUR YEARS for Pete's sake!?!

I have not been contacted or scheduled AT ALL.
I discharge in 7 months.

Something stinks here.

Robert Nichy #114438
#03-238
Freemont Facility
Canon City, Colo 81215

B15

**DEPARTMENT OF CORRECTIONS**
**MISC. WITHDRAWAL TICKET**   DC 200-2C

DATE 8/21/06   AMOUNT .39

OFFENDER NO. 114438   FAC. FCF   UNIT 5

OFFENDER NAME Neely - R.

REASON FOR TRANSACTION Legal Borchers
Money ost for legal paper

I hereby authorize this amount to be deducted from my account

Authorized by _____

Offender Signature Robt Neely

20003 (R.5/01)   601504-2225

---

**DEPARTMENT OF CORRECTIONS**   DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE 4/23/07   AMOUNT $1.30

OFFENDER NO. 114438   FAC. FCF   UNIT 4

OFFENDER NAME Neely R

REASON FOR TRANSACTION Legal - Borchers
Wantanche
#07CV297 MJW

I hereby authorize this amount to be deducted from my account.

Authorized by Brown

Offender Signature Robt Neely

20003(R.5/01)

**DEPARTMENT OF CORRECTIONS**
**MISC. WITHDRAWAL TICKET**    DC 200-2C

DATE 8/29/06    AMOUNT .63
OFFENDER NO. 114438    FAC. FCF    UNIT 4-F9
OFFENDER NAME Neely - R

REASON FOR TRANSACTION Legal - Montez
Damages (Boucher)

I hereby authorize this amount to be deducted from my account

Authorized by _____

Offender Signature Robt Neely

20003 (R.5/01)    601504-2225

---

**DEPARTMENT OF CORRECTIONS**
**MISC. WITHDRAWAL TICKET**    DC 200-2C

DATE 8/26/06    AMOUNT .63
OFFENDER NO. 114438    FAC. FCF    UNIT 4 F9
OFFENDER NAME Legal Neely Montez

REASON FOR TRANSACTION Answer
Objection/list - revised/list -

I hereby authorize this amount to be deducted from my account

Authorized by _____

Offender Signature Robt Neely

20003 (R.5/01)    601504-2225

**DEPARTMENT OF CORRECTIONS**  DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE 11/6/06    AMOUNT .63

OFFENDER NO. 114438  FAC. FCF  UNIT 4

OFFENDER NAME Robt Neely

REASON FOR TRANSACTION Legal - Montez Borchers Motion / Orders / States ?

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature Robt Neely 114438

20003(R.5/01)

---

**DEPARTMENT OF CORRECTIONS**  DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE 10/17/04    AMOUNT .39

OFFENDER NO. 114438  FAC. FCF  UNIT 4

OFFENDER NAME Neely - R

REASON FOR TRANSACTION Legal - Borcher - montez Objection / Witness

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature Robt Neely

20003(R.5/01)

**DEPARTMENT OF CORRECTIONS**
**MISC. WITHDRAWAL TICKET**   DC 200-2C

DATE 4/1/07            AMOUNT 1.59
OFFENDER NO. 114438   FAC. FCF   UNIT 4-D14
OFFENDER NAME Neely, Robt.
REASON FOR TRANSACTION Legal - Montez-Borchers
Grievance - Disability / Accomm.

I hereby authorize this amount to be deducted from my account

Authorized by _____
Offender Signature Robert Neely

20003 (R.5/01)                     601504-2225

---

**DEPARTMENT OF CORRECTIONS**   DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE 1/30/07           AMOUNT 4.20
OFFENDER NO. 114438 FAC. FCF   UNIT 4 F10
OFFENDER NAME Neely R
REASON FOR TRANSACTION Legal - §1983 Complaint
U S Dist Ct.

I hereby authorize this amount to be deducted from my account.

Authorized by _____
Offender Signature Robert Neely

20003(R.5/01)

**DEPARTMENT OF CORRECTIONS**  DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE 4/13/07   AMOUNT 1.39

OFFENDER NO. 114458   FAC. FCF   UNIT 4/

OFFENDER NAME Neely - R

REASON FOR TRANSACTION Legal - Brakers - Mouth Step + Grievan

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature Robert Neely

20003(R.5/01)