FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2007

GREGORY C. LANGHAM
CLERK

Clerk of The Court

Civil Action No. 92-N-870 (OES)

Claim No. 03-173
Category III
Claimant Wellman E. Gibson
P.O. Box 600 Canon City, Co. 81215-0600

Last week I sent you Two Appeal papers (Results of) that had been sent to me by mistake, one for Hernandez claim no. 03-152 & one for a guy named Pierce claim no. unknown.

I have wrote to you to the judges & to the Attorneys & NO ONE will reply to me.

Was my paper work put in the wrong envelope & sent to the wrong person as their papers were sent to me. Some people in D.O.C. dont have the

same consideration I did & would not hesitate to throw them away instead of sending them back to you as I did.

Will you please, please let me know ~~the~~ status of my claim as the harassment & retaliation by D.O.C. has gotten worse on a daily basis

8-21-07

William Riehm
#24384

P.S. The appeal deadline is up tomorrow & D.O.C. is saying to hell with you Wellman & that court order as far as we are concerned it does not exist - LET ME KNOW something (Please)