*Legal Resolution Center* _____

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
| RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | | Omaha, Nebraska |
| | | Salt Lake City, Utah |

August 24, 2007

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294


      RE:    <u>***Montez, et al. v. Owens, et al.***</u>
               **Civil Action No. 92-cv-00870 -EWN-OES (Consolidated for all purposes with**
               **Civil Action No. 96-cv-00343)**
               **Claimants:  Stephen Grace, Claim #:  02-718 and**
                             **Frankie Evans, Claim #:  02-896**

Dear Gail:

      Judge Kane has issued an Order of Remand pertaining to each of  the above-referenced ***Montez*** claimants.  Judge Borchers would therefore like to request the temporary return of the files for both claimants.
      We will return the files to the U.S. District Court as soon as possible.  We appreciate your kind assistance in this matter.  Thank you.



Sincerely,


s/Susan L. Carter
Assistant to the Special Masters