OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
01-19TH ST., ROOM A105
ENVER, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2007

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN #2801  rel

017H15524679
HASLER $0.41⁰
08/10/2007
Mailed From 80202
US POSTAGE

**RELEASED**

NIXIE   802   DC 1       CO 08/24/07
       RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 80294250151    *1620-09208-10-40

80294@2501

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Anthony Hernandez, Claim number 03-152

## ORDER

Kane, J.

      This matter is before the court on Claimant, Anthony Hernandez' "Objection to the Final Order by Special Master" (doc. #2333), filed October 13, 2006. The court has reviewed the final order and the objection and finds as follows:

      The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that a monetary damage award will adequately compensate Mr. Hernandez for Defendants' violation of his rights. The Objection is OVERRULED. The Final Order of Special Master (doc. #2210) is AFFIRMED.

Dated:  August 10, 2007

      BY THE COURT:

      *s/John L. Kane*
      JOHN L. KANE, SENIOR JUDGE
      UNITED STATES DISTRICT COURT