Civil Action No. 92-N-870 (OES)

Jesse Montez

vs

Bill Owens
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 27 2007
GREGORY C. LANGHAM
CLERK

Claim No. 08-173
Category 3
Claimant Wellman E. Gibson

Notice of Non Compliance
of Final order by D.O.C.

The Final order was issued on 6-22-07 by Special Master Richard C. Davidson with a deadline of 8-22-07 for D.O.C. To appeal it. The deadline has passed & this facility C.C.F. which is a Non Montez compliant facility continues to say SO WHAT & that the final order does not apply to them. I have never received anything concerning a appeal & I have wrote Ms Riddle

at King & Greisen, The court & The clerk of the court numerous times concerning this issue & NEVER received word from any one & I never received word from the AG's office of any appeal.

This facility says they are going on the orders of Nurse 3 Yvette Pope & The A.I.C. that The Final order does not apply to them.

My safety & Health are in jeopardy as I am constantly ordered to do things that staff on 2 can not do & my cane was even taken plus I have been placed on lock up for not going out & pushing chow carts again staff know I can't.

Please address this issue A.S.A.P.

Nathan Dilts

8-22-07