IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2007

GREGORY C. LANGHAM
CLERK

Claim Number 03-203
Category III
Claimant Daryl Martin # 61336
Address of Claimant P.O. Box 2017 Buena Vista Co 81211-2017

### AFFIDAVIT OF CLAIMANT 03-203 DARYL MARTIN 61336

1. On 8-20-07 I was given a memo to set up an appointment with medical here for a glucose tolerance test.

2. In 10 years in DOC I have received glucose tolerance tests.

3. Each time tested I was proven hypoglycemic and issue snack supplements three times daily.

4. Since developing type II DIABETES here~~most~~ in prison after hernia surgery I have developed poor hearing, eyesight

Daryl Martin 61336
8-23-07

14. I sent another request for renewal of my hypoglycemic snacks. I crash every three to four hours experiencing shakiness, depression, suicidal thoughts panic attacks. This was dated 7-30-07.

15. I sent in another request for treatment was given a grievance which I promptly filed.

16. I am given an inmate pass and instructions not to eat anything after 8-20-07 5:30 p.m. for a glucose test.

17. The glucose test involved my pricking my finger (finger stick which I did Tuesday 8-21-07 5:30 a.m. My stick read 82. Before coming to medical 8-21-07 I had brushed my teeth.

18. I drank a sweet juice and my next stick was 150.

19. My next stick was 111.

20. I do not know the next number. The previous ten years of testing involved my drinking several bottles of sweet juice and giving blood.

MEDICAL

# Crowley County Correctional Facility
## Offender Request Form

Name **MARTIN** (Last) **O** (First)    DOC# **61336**

Housing Unit **4B**    Cell **6245**    Work Assignment **Pod Porter A**

| MISC. | SECURITY | PROGRAMS |
|---|---|---|
| Canteen | Warden | Academic Ed. |
| Hobby Shop | Asst. Warden Op. | Chaplain |
| Intake | Asst. Warden Spt. | Job Board |
| Laundry | Chief of Sec. | Law Library |
| Music | Shift Cdr. | Program Dir |
| Property | Unit Mgr. | Sub. Abuse |
| Visiting | Case Mgr. | Vocational Ed. |
| Kitchen | Investigator | Other _____ |
| Mailroom | Contract Rep. (CO/Other) | |

Staff Name **Medical Dietician** — If you desire to speak to a specific staff member.

Reason for Request: **Please Renew my hypoglycemic diet. please give me peanut butter the lunch meat is hard on my stomach**

Date _____    Signature **Martin**

Denied
Approved

Staff Response: **The doctor wrote you a regular diet with no snacks — a acough**

THIS AUTHORIZATION (IF APPROVED) WILL SERVE AS YOUR PASS

APPOINTMENT: SCHEDULED FOR _____
                              (Date)      (Time)       (Location)
STAFF SIGNATURE _____           DATE: _____

[ALL REQUEST FORMS MUST BE DEPOSITED IN THE APPROPRIATE MAILBOX BY 7:00 A.M. DAILY TO BE CONSIDERED FOR AN APPOINTMENT WITHIN THE FOLLOWING 5 DAYS]

Rev. 06/09/03



# REQUEST FOR SICK CALL

NAME: Darryl Martin   NUMBER: 61376

DATE: 7-17-07   LIVING UNIT: UNW4

WORK ASSIGNMENT: New Arrival

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

*Your snacks ended 7/19 from Crowley please kite for an appt.*

____ Self Medication: Refill Name: _____

Prescription Number: _____

✓ Other: _____

Explain your need for request: I am a Montez claimant / hypoglycemic Category III 03-203. I've been receiving snacks 3X daily for 10 years. Also have personal testimony CD in my file

**Offender's request was received at Dispensary:**

Date: _____   By: _____

Action Taken: _____

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-203
Category III
Claimant: Darryl Martin, #61336
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

### SETTING OF HEARING DATE: December 29, 2006 at 2:00 p.m.

---

    THIS MATTER comes before the Special Master on his own motion. This claim has been assigned to Category III. The settlement agreement provides for hearings on all claims assigned to Category III.

    The settlement agreement approved by Judge Nottingham on August 27, 2003 provides, in part, as follows:

    Class members with damages allocated under categories 1 and 2 shall not be entitled to a hearing before a special master. Class members (or their representatives) with damages under categories 3, 4 & 5 shall be entitled to a hearing before a Special Master. Generally, these hearings should be no more than two hours in length. However, the Special Master may extend the time for the hearing when the issues require additional time. Class members that are entitled to a hearing on their respective damages are entitled to counsel during that hearing, to present witnesses, make argument, and to any remedy otherwise available in a court of law.

    After review of the evidence, the Special Master shall issue a written




# EXHIBIT A

BVCC Form 100-19A

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

**To:** Medical due to lack of medical kites                **Date:** 7-28-07

**State your request in detail:** I want my hypo snacks renewed. I received hypoglycemic snacks for 10 years from 1997-2007. I received a response from my kite stating my snacks were cut off 7-19-07. I have not been cured.

I had a glucose test May 10, 2007 which was incomplete because my veins collapsed and no blood flowed. I was told DOC issued a directive changing ALL hypoglycemics from snacks to sugar cubes. I wrote DOC. I was not given any directive. There is a inmate here in Upper North A/o not a MONTEZ inmate who upon arrival receives hypo snacks 3x daily. I was told in Crowley that Montez inmates are not only exempted from five dollar charge for medical visits due to hypoglycemia but were to receive snacks. I WAS CHARGED five dollars for a doctor visit the doctor initiated for glucose test. My snacks were not renewed. I WANT A MEDICAL ADA grievance.

**Offender Name:** Jerry Mont Darryl Martin        **Doc #:** 61331   61336
(Name must be printed and signed)
**Work Assignment:** New Arrival         **Unit/Cell#:** LN UW4

**Response/Action Taken:** Montez does not recognize hypoglycemia as a disability. However, we will repeat the test from May 10, 2007, but we will do it using finger sticks. In the mean time you can come to the clinic if you are experiencing symptoms of low blood sugar to get tested. The DOC has not issued a directive to give out sugar cubes - but there is no longer any thing called "hypoglycemic snacks." The emphasize is now more on education. You were misinformed there is nothing in Montez that states Montez claimants will not be charged a $5.00 copay for hypoglycemia. If you have seen this any where, please forward it to me.

**Date Received:** 7/30/07        **Staff Signature:** Doug Roberts HSA #7046
**Date Answered:** 8/05/07                (Name must be printed and signed)

Attachment A
Page 1 of 1

BVCC Form 100-19A

# Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

To: Medical    Date: 7-30-07

State your request in detail: Please renew my hypoglycemic snacks 1x daily. I have received these snacks for 10 years. I am a Montez plaintiff.

Offender Name: Darryl Martin  *Darryl Martin*    Doc #: 61435
(Name must be printed and signed)
Work Assignment: New Arrival (A/O)    Unit/Cell#: UNW84

Response/Action Taken: You sent in a number of kites yesterday. They are in your chart for provider review. Be patient. As far as I know hypoglycemic doesn't get snacks. But your other kite is in the provider drawer for review.

Date Received: 7/30/07    Staff Signature: _____
Date Answered: 7/30/07    (Name must be printed and signed)

Attachment A
Page 1 of 1

UW-4

BVCC Form 100-19A

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

**To:** Medical  **Date:** 7-30-07

**State your request in detail:** I am a Montez inmate I am claimant category III 03-203. I have in my file here a CD where I testified at a Montez hearing in Sterling Feb 8, 07. I received hypoglycemic snacks for the last 10 tan years. I received a kite from medical here yesterday stating my snacks were discontinued 7-19-07. I am not cured need hypo snacks 3X daily. Please give me an ADA grievance. I had a glucose test scheduled 5-10-07 which was incomplete due to inability to find veins.

**Offender Name:** Darryl Martin Taylor  **Doc #:** CB26  61336
(Name must be printed and signed)

**Work Assignment:** D/O new arrival  **Unit/Cell#:** UNW 4

**Response/Action Taken:** See attached, please make the grievance ADA ft corner ☐ yes Box

**Date Received:** _____  **Staff Signature:** TBassett RN
**Date Answered:** 7-30-07                (Name must be printed and signed)

Attachment A
Page 1 of 1

MEMO  *INMATE Copy*

BUENA VISTA CORRECTIONAL COMPLEX
P.O. BOX 2017
BUENA VISTA, CO 81211-2017

#61336

To: MARTIN DARYL  Date: 8-19-07  Re: FINGER STICKS to check for Diabetes
From: Medical

( ) For information  ( ) For your action  ( ) For your files
( ) Confer with me  ( ) Reply requested  ( ) No further action needed

ON MONDAY 8-20-07 PLEASE DO NOT EAT ANYthing AFTER your DINNER MEAL. Come to medical at 05:30. You will have a finger stick at 05:30, 6AM, 6:30AM, 7:30AM & 8:30AM. You will be in Medical untill your test is completed.

Thank you
Denise /Mortman

8-CRS-02-1
Form 26-69

Distribution: White - Inmate  Pink - Medical  Yellow - Unit