Dear Judge Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO 8/28/07

AUG 2 9 2007

GREGORY C. LANGHAM
CLERK

RE: Montez. Civil Action No. 92cv-0870 EWN

I am writing this letter to inform the court that I am filing with your court that another accident has happen with the Department of Corrections @ the Skyline Facility in Canon City Colorado. Discrimination has also played a big part. This facility was aware of my medical and still assign me to a heavy labor farm too. Superviser name is Tom with Farm #5 He was aware of my back and neck problems that I have I was riding with Farm #5 crew in the GMC suv and the driver Tom superviser was backing up and hit a power pole with 3 inmate in the suv and one on the tail bumper This is the second time Tom has hit something when he is backing up. I have witness to prove it      (over)

2) 79

I Then Went To The Doctor
To Have Him Check me out
He First Gave me Two Weeks
off, My work Superviser Had
A Problem With That He Riley
Told me To Find Ather Job I
Went To My Case Manager
John Ball To Explain What Was
Going on With Staff And That
I Was Concern For My Health
Working This Man. My Case
Manager Told me To Hang In
Their For A Couple Days And
I Did. Tom with Farm #5
Had The Crew Feed Goats And
By Me Lifting The Heavy Bails
of Hay I Felt Somiing In
My Lower Back Pop. Now My
Uper Neck Was Still Sore
from Him ~ Hitting That Power
Pole. I Was Still Taking
Medication For My Neck Pains
Sir I Then Went To My
Case Manager And Explain
What Happend. At That Time
I Was Taking off of This
Labor Farm Job

OVER

Pg 3)

At That Time Sent Correspondence For Recommodation And Seen The Doctor. Two Week Later I Was Sent To Sterling Frcilty And Things Has Just Got Worse. First Of All Medical Has Been A Big Problem. #2 I Am On The Third Floor And On A Top Bunk And Have To Walk 400 Yards To Eat And To Pick Up Meds. There's a lot of Damages Here To Me And Some Discrimination on The Dept of Corrections. At, The Skyline Correcatnl Frclity In Canon City This Frclity Shall And Will Be Held Accountable For Their Action. So At This Time I Am Filing A Claim, For Damage And Discrimination This Makes my Second Civil Action With The Department of Corrections I Discharge my Sentence on 10/1/07 And I Doing it With Body Injury I am In A Great Deal of Pain Due To Being on This Work Crew.     (over)

Pg(4)

I will Also Be Writing The Warren @ Skyline To Make Sure That The SuperViser Of Form Five Was Made it Reports And To Also To Inform Him on THis Persons Action And Knowing My Medical Problems SiR I Also Will Be Xo Filing The Office OF Correctional, Legal Services OF These Matters. Inclose you Will Also Find. Copy of Medical Requestes And Not one of Then Has Gotton Back With Me. I Went Though THis Same Problem IN 2005. Here Kale I THink That it Time That SomeThing Be Done About THis Medical Discrimination. And The Damages That Has Been Done Here. Oner Again I Will Be Speaking With My Family Attorney About How I Was Theated By The Dept And Staff. if I Dont Here From The Courts Upon My Release I Will Be Getting In Touch With Them.

~~Montez Class~~

# REQUEST FOR SICK CALL

NAME: _Thomas W_ NUMBER: _98562_

DATE: _8/18/0_ LIVING UNIT: _4-B101_

WORK ASSIGNMENT: _None_

**Offender needs to be seen by: (CHECK ONLY ONE)**

_✗_ Physician Assistant/Nurse Practitioner

___ Dentist _I Need Medical_

_✗_ Nurse _ATTN: FAST_

___ Mental Health _I AM ALSO A_

___ Self Medication: Refill Name: _M-3_

Prescription Number: _____

___ Other: _I WAS @ Skyline_
_I in Canion City Am_

Explain your need for request: _I_
_WAS Hurt on The_
_Job my Problem_
_is Neck Pain + Lower_
_Back Pain. I Also on_

**Offender's request was received at Dispensary:**
_The Top Bunk_

Date: _____ By: _____

Action Taken: _____
_Need Hotran Right AWAy_

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

ATTN: X X/OW X

# REQUEST FOR SICK CALL

NAME: THOMAS, W NUMBER: 98562

DATE: 8/19/07 LIVING UNIT: 4-B 101

WORK ASSIGNMENT: None

**Offender needs to be seen by: (CHECK ONLY ONE)**

X Physician Assistant/Nurse Practitioner

___Dentist I AM HERE

X Nurse ON A WORK

INJURY FROM

___Mental Health CANON CITY.

___Self Medication: Refill Name:

Prescription Number: Please

___Other: See my medical

Explain your need for request: X Records X

I Have BACK Pain + Neck

Pain From WORK Injury

Need Help X/OW X

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

ALSO They Have me on

THE TOP Bunk

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES  LAY IN SLIP**

OFFENDER: _WAyNE. R - Thomas_

DOC#: _99562_          LIVING UNIT: _____

WORK ASSIGNMENT: _____

_Lay in until 8/13/07_

Restricted Activities: _____

[   ]  Meals and meds only

[   ]  No yard or gym          [   ]  Feed in Cell

[   ]  Other:_____

Allowed activities (specify): _____

_____

**RETURN TO NORMAL ACTIVITIES ON:**

DATE: _8/13/07_

_Mike Aasfsum_          _8/2/07_

Clinical Services                    Date

Distribution:      Original Medical   Pink: Work Supervisor/L.U.   Yellow: Offender

31229(Rev.2/00)

## COLORADO DEPARTMENT OF CORRECTIONS
## CLINICAL SERVICES  LAY IN SLIP

OFFENDER: _Wayne Thomas_

DOC#: _98564_ LIVING UNIT: _SCC_

WORK ASSIGNMENT: _Quat ( fm 5 )_

Restricted Activities:

[  ] Meals and meds only

[  ] No yard or gym          [  ] Feed in Cell

[  ] Other:_____

Allowed activities (specify): _____

_____

_____

**RETURN TO NORMAL ACTIVITIES ON:**

DATE: _8/3/07_

_____                    _8/1/07_
Clinical Services                              Date

Distribution:          Original Medical   Pink: Work Supervisor/L.U.   Yellow: Offender

31229(Rev.2/00)

*Appt + No Cost Work Related Intury*

# REQUEST FOR SICK CALL

NAME: *Thomas W* NUMBER: *98562*

DATE: *8-23-07* LIVING UNIT: *A-15*

WORK ASSIGNMENT: *Unasign Work*

**Offender needs to be seen by: (CHECK ONLY ONE)**

[X] Physician Assistant/Nurse Practitioner

____ Dentist *+ Need Medical*

[X] Nurse *Attn + Now+*

____ Mental Health

____ Self Medication: Refill Name:_____

Prescription Number:_____

____ Other: *Lower Back Pains*

Explain your need for request: *And Neck Pain These Inturys Has Gotten Bad*

**Offender's request was received at Dispensary:**

Date:_____ By:_____

Action taken: *Sterling Correctional Facility, I Should Be On The 1st Floor And On The Bottom Bunk*

# REQUEST FOR SICK CALL

NAME: _Thomas, W_ NUMBER: _9852_

DATE: _8/15/07_ LIVING UNIT: _D-23_

WORK ASSIGNMENT: _Farm 5_

Offender needs to be seen by: (CHECK ONLY <u>ONE</u>)

____Physician Assistant/Nurse Practitioner

____Dentist

____Nurse

____Mental Health

____Self Medication: Refill Name: _____

Prescription Number: _____

____Other: _____

Explain your need for request: _____

_____

_____

## Offender's request was received at Dispensary:

Date: _____ By: _____

Action Taken: _____

20053 Distribution:   White Copy-Dispensary    Canary Copy-Medical    Pink Copy-Offender

*Tenth Request*

# REQUEST FOR SICK CALL

NAME: _Thomas, W_   NUMBER: _9856_

DATE: _8/28/07_   LIVING UNIT: _Blg 23_
_F-7_

WORK ASSIGNMENT: _Yorke_

**Offender needs to be seen by: (CHECK ONLY <u>ONE</u>)**

\_\_\_\_Physician Assistant/Nurse Practitioner

\_\_\_\_Dentist   _This is my_
_Tenth Time_

\_\_\_\_Nurse   _Requesting my Self_

\_\_\_\_Mental Health   _Medication_

\_\_\_\_Self Medication: Refill Name: _____

   Prescription Number: _____

\_\_\_\_Other:   _I came here_

Explain your need for request: _With_
_Four Cards of my_
_Self Medication!_

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender