IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

A Status Conference is scheduled for **September 14, 2007 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The parties shall file a Joint Status Report no later than noon on September 12, 2007 outlining the issues to be addressed at the Status Conference.

---

Dated:  August 30, 2007