IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Darryl Martin, Claim number 03-203

## ORDER

Kane, J.

This matter is before the court on Claimant, Darryl Martin's Objection to the Final Order by Special Master (doc. #2572). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The court agrees with the Special Master that the failure of the facility to provide adequate medical care is egregious, but that issue is not within this court's jurisdiction as is relates to this case. Mr. Martin may, however address that issue through separate individual action, not as part of the remedial plan in this case. The dismissal of this claim was appropriate, as Mr. Martin is not a member of the class as defined in the Settlement Agreement. The Objection is OVERRULED. The Final Order of Special Master (doc. #2571) is AFFIRMED.

Dated: August 30, 2007

      BY THE COURT:

      *s/John L. Kane*
      JOHN L. KANE, SENIOR JUDGE
      UNITED STATES DISTRICT COURT