1-92-CV-00870-EWN-DES  8/28/2007

Attention Clerk of Court:

Yes this letter is in reference to document #2708 filed on 6/08/2007 and document #2829 filed on 8/23/2007. Can you please explain to me who these documents apply to? Do they personally apply to Lynn Sheets the writer of this article and Michael Purcell who is a disabled member as well? Anyhow, please let us know and thank you.

Filed
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2007

GREGORY C. LANGHAM
PAP CLERK

Sincerely,
Lynn Sheets #94967
Document #2708

[signature] #85035
Document #2829

**Colorado Department Of Corrections**

Name  Mike Purcell

Register Number  85034

Unit  6-Lower

Box Number  999

City, State, Zip  Canon City Co.
81215-0999

Office of the Clerk
U.S. D.C.
A. A. Arraj Courth.
901 - 19th St. Room A
Denver Co. 80294-