Civil Action No. 92-CV-870-EWN-OES (consolidated
for all purposes with Civil Action No. 96-CV-
343)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Jesse (Jesus) Montez, et al.,
      Plaintiff

AUG 29 2007

GREGORY C. LANGHAM
                        CLERK

      V.

Bill Owens, et al,
      Defendants

Claim Number 08-173
Category III
Claimant Westman E. Gibson #74384
Address Claimant: CCF, P.O. Box 600 Canon City CO,
81215-0606

Response To Motion Filed For
Enlargement of time by Defendants

      I have to object To any
extension as the AG's office
had 60 days to file an
appeal which is 30 days longer
than normal. Also I am currently
on total lock down because of
treatment by this facility & R.O.C.
of discrimination & retaliation

②

in No. one of the motion
it states they are objecting
to the finding of a dexterity
problem & NOT the lower
mobility impairment also
ruled on in my favor yet
I have been on Books on
tape program for 5 years signed
off on by D.O.C doctors
because of extensive nerve
damage caused by a degenerative
disk problem, I am also on
medication (Neurontin) because of
my Neuropathic problems

Please note when the final
order was issued a Sgt. CHASE
said Yvette Pope the Nurse (!)
said they over rode the order
& sent him to confiscate
my cane from me & I have
been forced with the threat
of being moved To C.S.P.
if I dont comply with
orders for C.C.F where I
must navigate stairs to
even eat or get meds

③

as C.C.F is a non Montez
Compliant Facility.
I am also forced to
partisipate in a program that
involves extensive reading &
writing causing me extream
pain trying to hold onto items
This facility has told one
Per the A.I.C Kathie Holst
that they dont have to
abide by the final order
as it is under appeal &
have said this since 6-22-07
yet just now on 8-24-07
I receive word of any
appeal. Please see the papen
work I have enclosed of
D.O.C. lying about the appeal
My request for legal assistance,
The Memo from Kathie Holst
& the letter to me from
Ms. Riddle, Also please see
the Accomodation Resolution
because Nurse III yvette Pope
Said Kathie Holst ordered
her to confiscate my
cane & take _All_ work

④

restrictions & The underlined part shows that would be an illegal order. Also enclosed is interview slips sent to Lyn Erickson who is the Administrator for Medical & as you can see she refused to even talk with me & Nurse Pope answered the 2nd one.

I also sent to the S.M. a sick call slip where I was threatened with legal action if I requested to see some one concerning my care, again (Signed by yvette Pope)

Again I am on lock up & all privelages were taken because I have been complaining about pain & told So what, Medical says there is nothing wrong with you & you WILL come out & do as we tell you to do.

5

It has taken me 3 days to write this out to be sent out on 8-26-07

I have been lyed to, laughed at & told so what & panished farther every day because D.O.C. says they can do as they please.

Also enclosed is another accomodation resolution (Golden rod) that concerns ADA & not only Montez & again D.O.C Tryed to say I did not have a problem when a MRI dated 1-03-04 states I have approximately 50% reduction in overall weight matter in 2 different areas of my spine (Myelomalacia)

Because of those actions taken by D.O.C in the treatment of me since the final order was issued I pray the court not grant any extension & issue an imediate order directing D.O.C. to cease the retaliation & discrimination

(6)

I have also not been able
to practice my Religion
(Jewish) for 4 months as
my books on tape material
that I have had for 5
years was taken & I
had the Tanakh & my
daily prayers on tape. Again
it is this administration &
medical dept. along with
certain housing officers doing
this.

Also. Please issue an med.
order to cease all of
this as my safety & well
being are in jeapordy because
of things I am ordered
to do (physically) & a so called
staffing to move me to seg the
week of 8-27-07

Celben & Dan

8-24-07                        74384

⑦

your honor I am SORRY
to add that I belive I
will be prejudiced in any
delay as the treatment I
have received has gotten
worse & worse & continues to
do such & certain people
lied about an appeal to
speccifically come & confurcate
my case & refuse to
return Books on tape material
& now to place me in lock
up as I am told, since
we appealed it (D.O.C.) it
dosen't exist (Final order) &
since it does not exist we
are going To place you
on permanent lock dow &
punish you for not doing
things we order you to do
(physically) because Nurse Ill-
yuette pope says I have no
work restrictions & said I am like
all inmates FAKING & nothing
is wrong with me. If you
contact the S.M.S I have wrote
numerous times complaining about
this & worse & treatment I have received

①

Judge Kane

As you can tell I obviously
Know nothing of the law &
as I said I notice the AG
office is chalenging the upper
mobility & not the lower I
dont Know what you have
access to (Paper work) but I
have memo's & medical files
& grievance reply's all concerning
My upper mobility Problems
(dexterity)

① Memo dated 2-17-04 where D.O.C.
officials discass my Looks on tape.

② Grievance that verifys Books on
Tape being granted & approved
by Dr Creany 2-4-04 & one
from 9-1-05

③ Grievance denied access to library
dated 4-5-06 with MRI Results
diagnosed me with myelomalacia
which is softening & deteriotion of
the spinal cord leading to being
paralized. MRI date 1-7-04

④ Ambulatory Health record dated 9-8-05

②

⑤ Verification of Disability dated
12-24-03 & Jul 8-04 by Dr.
Wermers marked Mobility
& Books on tape approved

⑥ Memo from A T C Kathie Holst
verifying inability to hold
items dated 7-15-04 to
Lou Archuleta & recommended
MRI which when done
verified degeneration of spine.

⑦ Motion titled Plaintiffs Class
Counsel's Response to S M order
requesting compliance report with
regard to Claimant Wellman E
Gibson & 83-123 dated 1-31-07

⑧ Colo Talking Books patron
I D # 23116

⑨ Jewish Braille Institute info

⑩ Numerous property Slips for
me listing U.S. gov't C-players

⑪ Medical Permit X OR Books on tape dated
9-16-06

Again I am sorry to add all
this but it is hard for me
to write & the more I
try the more dificult it gets
To even hold a Train of thought.
Do I need to send you the above items?

**State of Colorado**
**Department of Corrections**
DC Form 20-22
(Revised 10/90)

# REQUEST FOR INTERVIEW ①

Date 8-7-07

Name Wellman Gibson

Reg. No. 74384

C.H. E-2   Tier 1   Cell 9

Audience With: Lyn Erickson

Give Reason: This is about My 5th Request to speak with you. I would appreciate just a few minutes please

Thank you

20047

---

Mr. Gibson. ②

I am not able to speak with you concerning your medical issues. You need to Refer your concerns to the DOC legal services

Buck 8/9/07

---

**State of Colorado**
**Department of Corrections**
DC Form 20-22
(Revised 10/90)

# REQUEST FOR INTERVIEW

Date 8-12-07

Name Wellman Gibson

Reg. No. 74384

C.H. E-2   Tier 2   Cell 9

Audience With: Lyn Erickson

Give Reason: Again I am Requesting To speak with you. IS there A specific reason you refuse? Also do only my medical writes get routed directly to Xuetta Pope, & why?

20047

---

Already been addressed per L. Erickson

4 Pope

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM

DC Form 750-01A (11/15/06)

# REQUEST FOR LEGAL ASSISTANCE

**INCOMPLETE FORMS WILL BE DENIED.**

TODAY'S DATE: _7-J 6 - 07_

LAST NAME: _Gibson_   FIRST INITIAL: _W-_   DOC #: _79384_

FACILITY and HOUSING UNIT/CELL: _F-2-9_   WORK/PROGRAM ASSIGN. INCL. TIME _None -_

SESSION TIME REQUESTED* _____ AM SESSION _____ PM SESSION
*Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _None_
**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED**
NATURE OF MATTER: _____ Habeas Corpus   _X_ Conditions of Confinement _____ Post Conviction Relief
Other: _____

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY: ___ YES ___ NO _X_

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED? ___ YES ___ NO _X_
IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT _____

**STATE THE TYPE OF ASSISTANCE YOU REQUIRE:**          **(PLEASE WRITE LEGIBLY)**

_The Judge ruled on my Montez & ADA
issues & gave a final order on
6-22-07. The remedial plan says assistance
will be given to me to complete
my legal work because of dexterity
issues & reading. What are you going to
do?_

DATE RECEIVED: _7/17/07_   (scribbled)

OFFENDER SIGNATURE _Walter Gibson_
DATE ACCESS PROVIDED: _7/20/07_

Your request has been DENIED for the following reasons:          DATE DENIED: _____

_____ Your request form was not properly completed (missing required signature, full cell location, facility, unit, tier, cell, assignment, DOC #, date, etc.)

_____ You have failed to submit the proper form. Please resubmit: _____

_____ The Legal Access Program does not accept the "Request for Interview" form for any reason.

_____ The Legal Access Program does not provide the forms you have requested.

_____ The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.

_____ You may bring your request into compliance and **resubmit a new form**. A photocopy of this denied form will not be accepted.

_____ The legal access program cannot assist you with your request. It falls outside our program parameters.

_✓_ Other _CDOC has appealed this order. You may write to
the AIC for further information._

METER END: _55326_   MINUS (-) METER BEGIN: _55324_   EQUALS (=) TOTAL ADMIN COPIES: _2_

20027

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:        Offender Gibson, Wellman #74384
           CCF

FROM:      Cathie Holst, AIC

RE:        Correspondence Received 7/5/07 & 7/12/07

DATE:      July 18, 2007

I received your correspondence on 7/5/07 & 7/12/07. Both letters address the Final Order of the Special Master, and compliance with that order. The Special Master's decision is being appealed and until such time as a final determination is made, you will remain at CCF and your books on tape will not be returned.

Cc: AIC file.

# ACCOMMODATION RESOLUTION

| NAME | GIBSON, WELLMAN | DOC # | 74384 |
|------|------|------|------|

| QUALIFYING DISABILITY AS DETERMINED BY PHYSICIAN: | NONE |
|------|------|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

The Chief Medical Officer or designee has determined that the above offender does not have a qualifying disability pursuant to the mandates of the Montez Remedial Plan, therefore he is not entitled to accommodations for an impairment.

To the extent this offender requires clinical attention such as medication, assistive devices, restrictions, medical care or special clothing his requests should be directed to Clinical Services where they will be evaluated for medical need. **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

**The offender has 30 days from the date this document is served upon him to file a grievance on any matter addressed in this Resolution.**

Signature: Chief Medical Officer        Date 1/16/05

Signature: AIC _Cathie Holst_        Date 10-24-05

Original – AIC
Copies: 1-Warden
    5-Warden for distribution to the following:
    1-Inmate, 1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA
    AIC will distribute 1-Department File, 1 – Chief Medical Officer

*[handwritten notes in margins:] Montez. Nurse III Yvette Pope said the AIC office is the one that told her to take my camp. See Bold print with ARROWS which it was an illegal order*

# KING & GREISEN, LLP
## ATTORNEYS AT LAW

Diane S. King
Paula Greisen

1670 YORK STREET
DENVER, COLORADO 80206

Laura E. Schwartz
Alison Butler Daniels
Jason Cobb
Jennifer W. Riddle

Wellman E. Gibson, #74384
Centennial Correctional Facility
P.O. Box 600
Canon City, Colorado 8125-0600

*Received 7-24-07*

July 18, 2007

## ATTORNEY-CLIENT PRIVILEGED

*Re: Follow up*

Dear Mr. Gibson,

I am in receipt of your letters dated June 4 and 27, 2007 – I am sorry that you feel I have ignored you over the past two months and hope that you received my letter dated May 30, 2007 and the enclosed supplemental compliance report that I drafted on your behalf for submission to the Special Master. (I am enclosing another copy here in case you did not receive it in May). I would hope that my efforts are in indication to you that your interests have not been ignored.

I also have before me the Final Order of the Special Master awarding you $600 for your damages. Congratulations! $600 is one of the higher reward amounts the Special Master has awarded to a claimant; I hope you are pleased with this result. I also understand that the DOC was directed to immediately restore your tape machine and books on tape so you can continue your participation in the Books on Tape program. I am however concerned that CCF is not complying with the Order of the Special Master. I am glad you notified the Special Master of this, I will also send a letter to make sure he received your letter and to notify him of my concern.

If the DOC continues to discriminate and/or retaliate against you, you need to continue to file ADA grievances and write letters directly to the AIC to let her know what is going on. Please also keep updated.

With regard to your interest in filing a §1983 claim against the DOC, because I am not your attorney of record, I cannot offer you legal advice. However, I can tell you that in order to bring a §1983 claim for violations of the Eighth Amendment (for deliberate indifference towards your safety or health) you will need evidence showing that the DOC knew of and ignored your degenerative disc disease (which I understand you may have some evidence) and that you have

suffered an injury as a result of the DOC's deliberate indifference to your medical condition (which I understand you have sustained permanent injuries). I cannot tell you, however, without knowing all the facts, what the merits of your claim may be and what success you may have in filing a suit. I don't know of any other attorneys taking such cases at this time, so unfortunately, I cannot give you a referral at this time. You may try contacting the American Civil Liberties Union of Colorado (ACLU of Colorado). Contact information for the ACLU of Colorado is: 400 Corona Street, Denver, CO 80218, (303) 777-5482.

I hope this information is of assistance to you and I wish you luck with your future endeavors.

Take Care,
KING & GREISEN

Jennifer W. Riddle

# ACCOMMODATION RESOLUTION

| **NAME** | GIBSON, WELLMAN | **DOC #** | 74384 |
|---|---|---|---|

| **Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a physician & Chief Medical Officer** | **NONE** |
|---|---|

**NO ACCOMMODATIONS NECESSARY AT THIS TIME**

A DOC physician and the Chief Medical Officer have determined that you do not have a qualifying **vision or lower or upper mobility** disability pursuant to the mandates of the Americans With Disabilities/Rehabilitation Acts (ADA); therefore you are not entitled to accommodations.

If your condition(s) worsens and you feel you require accommodations to access programs, services & benefits, please complete and submit a new Request for Accommodation to the AIC.

To the extent you require clinical attention such as medication, assistive devices, restrictions, medical care or special clothing, your requests should be directed to Clinical Services where they will be evaluated for medical need.  **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

**You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.**

Signature:  Chief Medical Officer                    Date  2/17/01

Signature:  AIC   *Callie Holst by KB*            Date  2/21/07

Prepared: January 25, 2007

Original – AIC
Copies: 1-Warden
       7-Warden for distribution to the following:
       1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
       2 –Offender
       AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised 5-1-06