OFFICE OF THE CLERK
ED STATES DISTRICT COURT
.FRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2007

GREGORY C. LANGHAM
CLERK

92-CV-00870 EWN
#2835

017H15524679
HASLER $0.58⁰
08/24/2007
Mailed From 80202
US POSTAGE

NIXIE        808  5E 1       39 08/28/0
RETURN TO SENDER
UNKNOWN REASON
UNABLE TO FORWARD
BC: 80294250151    *1968-02350-28-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Frankie Evans, Claim number 02-896

## ORDER OF REMAND

Kane, J.

This matter is before the court on Claimant, Frankie Evans' Objection to Order of Dismissal (doc. #2500), filed January 26, 2007. The Objection is sustained. The Special Master is directed to consider this claim based on the merits. Claimant Evans is reminded to advise the court immediately of any change of address.

Dated: August 24, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT