FICE OF THE CLERK
TATES DISTRICT COURT
) A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
IVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 05 2007

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER
$0.41⁰
08/10/2007
Mailed From 80202
US POSTAGE

Return to sender
Not at this address

ADDRESSEE UNKNOWN

92-cv-870 EWN
# 2801

Shawn M. Winkler
12264 Point Reyes Drive
Peyton, CO 80831

ANK