Civil Action No. 92-CV-0087...

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 5 - 2007

GREGORY C. LANGHAM
CLERK

RE. Claimant Wellman E. Gibson
claim No. 03-175

8-30-07

Notice of Probable Move

Today I was seen by Dr Wright at C.C.F concerning work restrictions & my cane that were taken from me 2 months after the final order of the Special Masters was issued.

Once the medical dept here at C.C.F were aware of the final order they came & took my cane & all existing work restrictions I had had for years.

The Doctor informed me the only people (inmates) that could have any work restrictions were the ones declared disabled under the Montez guidelines & he had been informed that my final order was under appeal by D.O.C. So I was NOT a Montez inmate.

& they were instructing (ordering) me to go out & pass chow carts & if I refuse I would probably be moved to C.S.P. for refusal to work. After all I am housed at a NON Montez Compliant Facility & they want to hurry & justify sending me across the street since C.S.P. is Montez Compliant. I requested that things be at a stand still with work restrictions & my care & staff but I was informed NO & we will take all your restrictions.

The Doctor said he has no doubt I cant pass carts & I am in pain when working but again he was informed I am not Montez so there was nothing he could do. And this facility said they will not freeze things where they are untill you rule.

my hearing for not pushing show carts is in the morning 8-31-07 & They will be trying to do this A.S.A.P. Can you r please issue an order for all work restrictions to stay where they were when the order was issued & remain there untill you make your ruling? And all housing remain the same untill Ruling

William Selm
24384
8-30-07

My safety & well being are being put in danger with lifting of restrictions I have had for years

I also know I was instructed to not file anything till after the appeal but things here are a mess & getting worse daily