92-CV-00870-EWN

Timothy Moses
Doc# 107837
Po Box 1010
Canon City, Co 81215

8-31-07

Judge Kane
U.S. District Court
901 19th Street
Room #A105
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 5 - 2007

GREGORY C. LANGHAM
CLERK

RE: Montez v/s Colorado Dept. of Corrections

Your Honor,

My name is Timothy Moses my old claim # was 03-007. I am writing this letter not as a chance to get my claim re-instated, but to let you know of a few of the things D.O.C. is duing to the mobility impaired. First I am confined to a wheelchair due to M.S.

I filed a step 1 greivance on March 6, 2007 asking D.O.C. to provide me with a wheelchair suitable for someone of my height (6'5"). The one I am currently in causes sever pain in my knees and hips. I received the greivance back stating they were in contact with

there vendors and as soon as they found one suitable, they will purchase and issue to me. (All this after a year of them telling me they would order a chair). The problem is after 4-2-07 I kept asking then on June 13, 2007 they had a guy come in and measure me for a chair and he told me I would get my new chair in 3-4 weeks. It has now been 11 weeks still no chair. I have already filed a request for accomadations in August of 2005. I think they have had enough time. Could you order them to provide a wheelchair suitable for a person of my height.

Second we have 1 shower for wheelchair inmates who don't have use of their legs. The problem is we only have one spray nozzle for two pods that is 16 wheel chair guys so someday's we have to wait for two or three hours to take a shower even if the handicap shower is open if the spray nozzle is in the other Pod we still can't take a shower causing me to be late for work, miss religious functions, as well as miss meals just so I can take a shower.

Finally, all wheel chair inmates are provided with two A.D.L's to assist them on a

Daily basis. They are suppose to be trained by medical personal who have prior experence. Well Major Mallory has changed that and wants the Health Teacher Ms. Becky Kelly and the Social Science Teacher Ms. Debbie Ross to teach the class. The only training they have been given is they took the same A.D.L class as the inmates that work as A.D.L's. I don't feel that is sufficient training to teach others how to help disabled inmates. They have both written letter's to Major Mallory explaining they have no medical background and don't feel comfortable teaching the class. Could you look into this.

These are just a few of the many violations that are happening here at Territorial Correctional Facility. Thank you for your time with this matter.

Sincerly
Timothy Moses

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CT06/07-316    STEP (Circle One) ① 2 3    ADA? Yes ☐ No ☐

NAME: Timothy Moses    DOC NO. 107837    FACILITY C.T.C.F

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: I have repeatedly filed kites as well as grievances regarding my wheelchair being to small. I keep getting the same answer as "we are awaiting approval from the insurance company or we have approval and are awaiting delivery" and yet the chairs that get ordered for me are wider NOT Taller. I have spoken with Nurse Mike Lavato regarding this and nothing get's done. I am requesting a wheelchair be purchased that is BIG enough and safe for a person of my height. Not wider just taller.

DATE: 3-6-07    OFFENDER SIGNATURE: Timothy Moses

DATE RECEIVED: ___    RESPONDING STAFF SIGNATURE & ID: ___

RESPONSE:

I am in contact with three different vendors regarding getting you a "taller" than standard wheelchair, which is what you are currently using. As soon as one of these vendors has one, we will purchase and issue to you. Remedy Granted.

DATE: 3/28/07    SIGNATURE/PRINT NAME & STAFF ID #: [signature] Well #4012 Mike Lovato

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: ___    SIGNATURE/PRINT NAME & STAFF ID #: ___ 6817

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 4-2-07    OFFENDER SIGNATURE/PRINT NAME & DOC #: Timothy Moses

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

Department of Corrections
...thy Moses
umber 107837
...er 1010
y, Colorado 81215

COLORADO SPRINGS
CO 809 3 T
04 SEP 2007 PM

Judge Kane
U.S. District Court
901 19th Street
Room # A105
Denver, CO
80294-3589