Reg. #117601
c/o D.R.D.C.
P.O. Box 392004
Denver, Colo. 80294
August 31, 2007

U.S. District Court
of Colorado
Attn: Hon. Judge Kane
901-19th Street, #A105
Denver, Colo. 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 6 2007

GREGORY C. LANGHAM
CLERK

Re: 92-CV-00870-EWN-OES
of Montez v. Owens.

Dear Clerk of the Court,

I am writing to advise your Honorable Court that I will be unable to attend the Status Conference scheduled for September 14, 2007 at 10:00 AM due to my incarceration at this time.

I am inquiring to this court about a settlement due to the fact that this agency, Colorado D.O.C., will not even work on my wheelchair. Please advise me.

Sincerely,
Thomas R Martinez
Thomas Martinez