IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE John L. Kane

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP  7 2007

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 92-cv-00870-EWN

Jesse Montez, et at,

        Plaintiff
           Shawn Winkler
           12234 Point Reyes Drive
           Peyton, CO    80831

Bill Owens, et al,

        Defendants

---

NOTICE OF CHANGE OF ADDRESS

---

Pleas be advised of my address change:

**Shawn M. Winkler**
**12234 Point Reyes Drive**
**Peyton Colorado  80831**

Thank You

*[signature]*

Dated September 6, 2007

Cc file