IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

AUG 2 8 2007

Civil Action No. 92-N870 (OES) (Consolidated for all purposes
with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.
    Plaintiffs,

-vs.-

BILL OWENS, et al.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 7 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-375

Category III

Claimant: Alphonzo Greer, Jr., #67494
Address of Claimant: HCCF, 304 Ray Sandoval Street, Walsenburg, CO 81089

---

### REQUEST FOR EXTENSION OF TIME

---

    I humbly ask this Honorable Court to grant me a 30 to 60 day extension.

    I understand that per Federal Rule of Civil Procedure 53 (g)(2) that: A party may file objections to -or a motion to adopt or modify- the master's order, report, or recommendations no later than 20 days from the time the Master's order, report, or recommendations are served, unless the court sets a different time.

    This is by no means a attempt to subvert justice, but only do to response time for records from outside of Prison. I had intended to have very thing prepared by now but as a incarcerated person many things are out of my control.

RESPECTFULLY,

ALPHONZO GREER JR 67494

**Colorado Department Of Corrections**
Name Alphonzo GREER JR
Register Number 67494
Unit HCCC - Huerfano County Correctional
Box Number 304 Ray Sandoval St,
City, State, Zip WALSENBURG, CO. 81089



COLORADO SPRINGS
CO 809
27 AUG 20

02 1M
0004231620
MAILED FROM ZIP

Judge Richard M. Borchers
Special Master's for the United States
      Court For The District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

80030+4444



# *LRC* *Legal Resolution Center*

| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
|  | Judge Bruce D. Pringle | Colorado Springs |
|  | Judge Stephen L. Carter | Grand Junction |
|  | Judge Kenneth M. Plotz | Fort Collins |
| Lynda Rowe, Administrator | Judge Patricia Madsen | Cheyenne, Wyoming |
|  |  | Omaha, Nebraska |
|  |  | Salt Lake City, Utah |
|  |  | Minneapolis, Minnesota |

September 4, 2007

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

> RE: *Montez, et al. v. Owens, et al.*
> Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)
> Claimant: Alphonzo Greer, Jr., Claim #: 03-375

Dear Gail:

Enclosed for filing with the Court, please find a Request for Extension of Time that we recently received from Mr. Greer. The Final Order pertaining to Mr. Gibson's *Montez* claim was issued on June 11, 2007. Should you have any questions regarding this matter, please call me. Thank you.

Sincerely,

Susan L. Carter
Assistant to Special Masters

Enclosure