FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 0 7 2007
GREGORY C. LANGHAM
CLERK

SEP 0 7 2007
GREGORY C. LANGHAM
CLERK

92-cv-00870-EWN
Claim 02-118

Fred A ARRAJ Office of the Clerk

Hello my name is Adolfo Sanchez DOC # 118288.

I was represented by MR. Borchers back in 2003-2004 Montez v Owens.

I am currently at S.C.F. my claim never was settled

I have been here at S.C.F. since Jan 3rd 2007 my diabetes is up & down plus I have not had any seizure medication I was told to have a seizure then I would get medication. I have been epileptic since I was little, plus I'm a diabetic that makes it hard on my body to take pills. I only take pills when they are necessary other than diabetic pills & insulin.

Currently there are no more diabetic trays at SCF they haven't been since May 2007 My insulin is still pre-packaged. Sometimes they use different syringes, that is still happening.

At first when the diabetic trays stopped I was given plenty of pies, cookies, cake, my sugar level was high, I am still given cookies, pies, cake ect, now my sugar is low in the month of July sugar level was 290+ average August first 1/2 month around the same 290+ average late August, & current my sugar level is 48+ average. I don't know

how often they check my diabetic sugar levels, yet I have a copy a record of my sugar levels since 5-12-07 yet I am sure that my finger sticks are on the computer.

I would like to tell you that P.A. Joan Stock & me have had deliberate indifferences concerning my diabetes, seizures, asthma, yet my sugar level shouldn't go unnoticed this low for this amount of time & it shouldn't have been unnoticed eighter when I was extremely high. I believe that they don't check the charts until I bring it up to them then I'm charged $5.00 even though its chronic care on Montez v Owens it states that my $5.00 will be given to me on eighter the 1st of the month or the 15th of the month so far I have been patiently waiting for 90 days to recieved $5.00 yet that is a minor object.

I do not have a choice of substituting fruit for cakes cookies or pies, unless I am on a special diet according to the kitchen Licttantents seargents ect...

Thanks you for everything
time & trouble ect...
Adolfo Sanchez