IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-383
Category III
Claimant: Todd Sandoval, #108602
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This case has been settled. The appropriate documentation has been submitted reflecting the settlement.

    IT IS HEREBY ORDERED that the claim of Todd Sandoval is dismissed with prejudice, as the claim has been settled between the parties.

    SIGNED this 10th day of September, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master