IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-232
Category: Untimely Filed Claim
Claimant: Felicia A. Walker, #135374
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the claim of Felicia A. Walker. In the claim form, Claimant stated that she came into DOC custody in March, 2007. Since it appeared that Claimant was not in DOC custody on or before August 23, 2003, a show cause was issued to Claimant. She has responded to that order.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    Claimant came into DOC custody after August 27, 2003. The Special Masters have no jurisdiction over this claim. Claimant may file her own separate lawsuit concerning the treatment she has received while in DOC custody.

    IT IS HEREBY ORDERED that the claim of Claimant Felcia A. Walker is dismissed, as the Special Masters have no jurisdiction over the claim as Claimant came into DOC custody after the

Remedial Plan was approved on August 27, 2003; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 19, 2007.**

    SIGNED this 5th day of September, 2007.

    BY THE COURT:

    */s/ Richard M. Borchers*

    _____
    Richard M. Borchers
    Special Master