Case: 1:92cv00870

Nathaniel Huguley #55740
10500 East Smith Road
Denver, CO 80239

OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2007

GREGORY C. LANGHAM
CLERK



RTS
92-cv-870 EWN
# 2829



017H15524679
$0.58⁰
08/23/2007
Mailed From 80202
US POSTAGE