Case: 1:92cv00870

Nathaniel  Huguley #55740
10500 East Smith Road
Denver, CO 80239



ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
/ER, CO 80294-3589

FFICIAL BUSINESS

RTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 10 2007
GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
#2835