Case: 1:92cv00870

Nathaniel Huguley #55740
10500 East Smith Road
Denver, CO 80239

ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
/ER, CO 80294-3589

FFICIAL BUSINESS



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2007

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
# 2849

017H15524679
$0.41
08/30/2007
Mailed From 80202