Civil Action No. 92-CV-00870-EWN

Jesse Montez, et al
    Plaintiffs
    v.
Bill Owens, et al.
    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2007

GREGORY C. LANGHAM
CLERK

Claimant Wellman Gibson, Claim No. 03-173

## Reply to Minute Order

I received a Minute order on 9-4-07 stating the parties shall file a joint status report no later than noon on Sept 12, 07 concerning issues to be resolved & a status conference for Sept. 14, 2007.

I fail to understand this & I have wrote & wrote & wrote the court concerning blatant retaliation & been ignored. Did this minute order dated Aug 30, 07 even concern me? Please let me know A.S.A.P.

9-4-07                          Wellman Gibson

Judge Kane

I have a motion I would like to file for the final order to be amended. Because of retaliation & harassment on the part of D.O.C & the staff here at C.C.F. It is not just an allegation by me & there is a paper trail & examples of what has been going on since the final order was issued. Is it appropriate for me to do so.

9-6-07