IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

 Plaintiffs,

v.

BILL OWENS, *et al.,*

 Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

A hearing regarding "Plaintiff's Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute" (#2234, filed September 1, 2006) and "Plaintiff Class Motion for Clarification on Standards Used to Determine Disability Status" (#2245, filed September 6, 2006) is set for **Friday, September 14, 2007, at 9:00 o'clock a.m.**

Dated: September 12, 2007