IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Nathaniel Huguley, Claim number 03-218

## ORDER

Kane, J.

This matter is before the court on Claimant, Nathaniel Huguley's letter (Motion for Reconsideration)(doc. #2600) dated March 8, 2007 (received by the Court on March 20, 2007). For the purposes of this review, the letter will be construed as a timely filed Objection to the Final Order of the Special Master. The Objection is overruled. The Special Master issued a favorable decision on January 12, 2007 (doc. #2482), finding that the claimant met his burden and proved his claim by a preponderance of the evidence, and awarded the claimant $1,000.00. I find that the award of $1,000.00 is appropriate. The Final Order of Special Master is AFFIRMED.

Dated:  September 12, 2007

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT