IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

Re: Claimant Dean Ross Denton, Claim number 03-206

## ORDER

Kane, J.

      This matter is before the court on Claimant, Dean Ross Denton's Motion for Intervention by Judge Kane (doc. #2564) filed February 26, 2007. The Motion is DENIED. The scope of my authority is limited to that of review of objections to Final Orders of the Special Masters.

Dated:   September 12, 2007

                            BY THE COURT:

                            *s/John L. Kane*
                            JOHN L. KANE, SENIOR JUDGE
                            UNITED STATES DISTRICT COURT