IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2007

GREGORY C. LANGHAM
CLERK

Civil Action, File No. 92-cv-00870-EWN
(To be supplied by the Court)

, Plaintiff(s) ) JESSE MONTE, et al.
             ) LILBERT L. BEASLEY JR.
             )
vs.          )
             )
             )
             )
             )
             )
,Defendant(s) ) BILL OWENS, et al.
             )

---

**D.C. COLO. LCivR 6.1 STIPULATIONS AND MOTION FOR EXTENSION OF TIME**

---

Comes Now the Plaintiff Lilbert L. Beasley Jr., pro se, and hereby files his Motion, D.C. COLO. LCivR 6.1 STIPULATIONS AND MOTION FOR EXTENSION OF TIME, and respectfully Moves this Court to grant his Motion and as grounds states as follows:

1. Extension on Stipulation. The parties may stipulate in writing to a first extension of not more than 20 days beyond the time limits prescribed in the Federal Rules of Civil Procedure to respond to a complaint, cross-claim, counterclaim, third-party complaint, interrogatories, requests for production of documents, or requests for admissions. The stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure, and shall be effective upon filing, unless otherwise ordered. No stipulation by the parties can affect a date or deadline established by court order, including hearing dates and case management deadlines.

2. The Plaintiff therefore submits to the Court that he is entitled to relief under D.C. COLO. LCivR 6.1 Action, based upon the below events that occurred during this above action.

3. A Status Conference is scheduled for September 14, 2007 at 10:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The parties shall file a Joint Status Report no later than noon September 12, 2007 outlining the issues to be addressed at the Status Conference.

WHEREFORE, the Plaintiff moves the court to grant his Motion and issue an order to a first extension of not more than 20 days beyond the time limits prescribed in the Federal Rules of Civil Procedure, in order for the Plaintiff to answer the MINUTE ORDER from Judge John L. Kane.

Dated: 9-7-2007

Respectfully submitted

Lilbert L. Beasley Jr. #115474

## CERTIFICATE OF MAILING

I hereby certify that on this 7th day of September, 2007, I placed this MOTION D.C. COLO. LCivR 6.1 STIPULATION AND MOTION FOR EXTENSION OF TIME, in the U.S. Mail, postage and address to the following party:

Judge John L. Kane
United States District Court
901-19th St. Room A105
Denver, Co. 80294-3589

Respectfully Submitted

Lilbert L. Beasley Jr. #115474