IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Alphonzo Greer, Jr., Claim number 03-375

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Request for Extension of Time (doc. #2862), filed September 7, 2007, is GRANTED. Mr. Greer has up to and including **October 30, 2007** to file his Objection to the Final Order of Special Master.

Dated: September 13, 2007