IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Lilbert L. Beasley, Jr.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Stipulation and Motion for Extension of Time (doc. #2877), filed September 13, 2007, is DENIED, as is unclear what relief is being sought.  If Mr. Beasley believed that he was required to file a Status Report, that is incorrect.  The Status Report was timely filed by counsel in this case.

---

Dated:  September 13, 2007