# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Date: September 14, 2007   Courtroom Deputy: Valeri P. Barnes
Reporter: Darlene Martinez

Case No. 92-cv-00870-EWN
(Consolidated for all purposes with Civil Action No. 96-cv-343)

| | |
|---|---|
| JESSE (JESUS) MONTEZ, et al., | Paula Greisen |
| | Edward Ramey |
| Plaintiffs, | Terrance Carroll |
| v. | |
| BILL OWENS, et al., | Beth McCann |
| | James Quinn |
| Defendants. | Jess Dance |

_____

# COURTROOM MINUTES
_____

**STATUS CONFERENCE**

**10:02 a.m.**   **Court in session.**

Counsel discuss with the Court the status of the case and discovery issues.

**ORDERED:** Plaintiffs' Oral Motion to Take Depositions is **granted in part**. Plaintiff may take the deposition of the AIC Cathie Holst.

**10:38 a.m.**   **Court in recess/hearing concluded.**

Total in-court time: 00:36