IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant, George Tinsley, Claim number 03-253

## ORDER

Kane, J.

This matter is before the court on Claimant, George Tinsley's Objection to the Final Order of the Special Master (doc. #2595), filed March 13, 2007. The Objection is overruled. The Special Master issued a partially favorable decision on March 12, 2007 (doc. #2590), finding that the claimant is entitled to an award of $100.00. The findings are made on the basis of the evidence presented. I find that the award of $100.00 is appropriate. The claimant's complaints regarding the quality of medical care are beyond the scope of this case, and should be raised by a separate individual action, nor as part of the remedial plan in this case. The Final Order of Special Master is AFFIRMED.

Dated:   September 14, 2007

                                                    BY THE COURT:

                                                    *s/John L. Kane*
                                                    JOHN L. KANE, SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT