IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Thomas Martinez, Claim number 03-204

## ORDER

Kane, J.

This matter is before the court on Claimant, Thomas Martinez's Objection to the Final Order by Special Master (doc. #2611), filed March 27, 2007.  The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found.  The rulings of the Special Master are based on the evidence presented, and the law was properly applied.  The claimant's complaints regarding substandard medical care and failure to treat a medical condition are beyond the scope of this case, but should be raised by a separate individual action, not as part of the remedial plan in this case.  The dismissal of this claim was appropriate. The Objection is OVERRULED.  The Final Order of Special Master (doc. #2599) is AFFIRMED.

Dated:   September 14, 2007

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT