IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-226
Category: Untimely Filed Claim
Claimant: Lawrence P. Alarid, Sr., #120163
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER came before the Special Master on the claim form of Lawrence P. Alarid, Sr. In his claim form, Claimant stated that he came into DOC custody in November, 2003. Since it appeared that the Special Masters might not have jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including September 7, 2007 in which to respond to the show cause order, Claimant has filed nothing further.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      According to the claim form of Claimant, he came into DOC custody after August 27, 2003. There is no jurisdiction over this claim. Claimant may file his own lawsuit concerning actions of DOC and its staff after August 27, 2003.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as there is no jurisdiction over the claim for the reasons noted; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 26, 2007.**

SIGNED this 12th day of September, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master