IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-229
Category: Untimely Filed Claim
Claimant: Cynthia G. Keeley, #127204
Address of Claimant: LVCF,1401 W. 17th Street, Pueblo, CO 81003
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim of Cynthia G. Keeley. In her claim form, Claimant has indicated that she came into DOC custody in July, 2005.

      Since it appeared that there may be no jurisdiction over this claim, a show cause order was issued to Claimant. She has responded by submitting a number of documents reflecting her health conditions.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant came into DOC custody in July, 2005. She was diagnosed as having significant health conditions. It is highly likely that Claimant is disabled. The problem is that he Remedial Plan limits consideration of claims to individuals who were in DOC custody on or before August 27, 2003. Claimant came into DOC custody after August 23, 2003. There is no jurisdiction over this

claim. Claimant does have the right to pursue her own lawsuit under the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as there is no jurisdiction over this claim as Claimant came into DOC custody after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 19, 2007.**

SIGNED this 14th day of September, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master