IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-231
Category: Untimely Filed Claim
Claimant: Tera Kristine Lewandowski, #135578
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim of Tera Kristine Lewandowski. In the claim form, Claimant states that she came into DOC custody on March 19, 2007.

      The Special Master reviewed the claim form and then issued a show cause order, as it appeared that there was no jurisdiction over the claim. Claimant has responded, detailing how she is disabled.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant has had significant medical issues in her life. She most probably is disabled, but she came into DOC custody on March 19, 2007. The Special Masters have no jurisdiction over her claim. She will need to file her own separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as there is no jurisdiction over her claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 19, 2007.**

SIGNED this 14th day of September, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master