Civil Action No. 92-CV-00870-EWN

Jesse Montez, et al.
  Plaintiff

v.

Bill Owens, et al
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2007

GREGORY C. LANGHAM
CLERK

Claimant Wellman E. Gibson   Claim No. 03-173

Request for Ammendment of Final Order

The final order was issued on 6-21-07 & the administration at C.C.F & D.O.C staff at central office (AIC office) said they did not have to abide by it because it was being appealed. An extension was not even requested until the last day of the appeal deadline of 8-22-07 by the AG's office.

On 7-31-07 the medical Dept. (nurse Lynette Pope) had my cane confiscated & all of my medical restrictions removed & said the AIC Kathie Holst ordered it done.

1

On 8-26-07 I was ordered by Sgt. Chase to go out & push chow carts which they knew I could not physically do. This was done by saying I no longer had work restrictions per medical. It enabled them to say I was refusing to participate in the diversion program as pushing carts was required. I was then pulled in front of a staffing headed by Care Mgr Murphy with Yvette Pope & Sgt Chase there & put on total lock up for refusing to push chow carts also all my personal property including religious items were taken & destroyed plus I was put on restricted privileges for 90 days. The Case manager told me by the time the appeal was turned in on 9-21-07

2

& jailed on in count, they could keep me in this situation untill Nov. or Dec.

By waiting untill after the Final order was issued & when this facility was made aware of it there actions show blatant retaliation by removal of all work restrictions & confiscating my walking cane & then ordering me to do work they knew I could not physically do & using that as an excuse to put me on total lock up & destroy personal property.

Comments of staff & their actions show all of this was & is intentionally done

3

I am requesting Judge Kane ammend the final order because of these actions to award me $100 a day from the time I was intentionally housed at a non-Montez compliant facility & $1000 a day from 7-31-07 when my restrictions were maliciously taken & orders were given to have me do work that Medical & officers knew I could not do for the purpose of having me refuse & then use that refusal to place me on lock up. Pointing out the fact that all medical Restrictions were not removed untill

4

after the final order was given & demands were at that time made for me to do work I was unable to do.

Your Honor the intent was obviously to cause pain & further physical harm or if I refused to do said work the intent was to place me in lock up & threaten me with being moved to C.S.P. & confiscate all personal property. Because of the time frame as things were done to me it is obvious the intent was harassment & punishment & to let me know that no matter what D.O.C. is in charge & they were out to prove it to me.

5

Your Honor even if the final order is upheld D.O.C. knows they will have to move me to a Montez compliant facility & reinstate my medical restrictions. The problem now is they effectivly striped me of All personal property, even personal hygiene items, wash cloths, towells under ware & personal family pictures along with all electrical appliances I am 52 years old with no family & no way to replace any of these items

Please grant my request for the final order to be amended for the $100 & $1,000 a day because of D.O.C.'s blatant retaliation & intent to cause physical & emotional pain & suffering & financial hardship. The move in April to a non-Montez facility was intentional as they were made aware of medical concerns & no stairs restrictions & then the blatant retaliation after the final order was issued borders on the criminal

6

and since taking my medical restrictions on 2-31-07. I am now forced to go up & down stairs to go to medical, and & even to get my medication which I take for severe Neuropathy

9-12-07

Welton Gilson
74384

Enclosed are copies of property that was confiscated by housing me at a Non Montez compliant facility that shows actual loss to me by D.O.C.'s actions

2

Law Library refused to copy prop lists so listed below are items taken & Date taken

4-18-07

1 moustache scissors
1 plug adapter
1 Bottle oil sandlewood
1 Baby powder (Body)
2 Next Pencil Sharpers
1 Fixodent
9 Ramen Noodles
1 inst. Coffee
1 sewing kit
1 Multi outlet
6 combs for boots
21 thumbtacks
1 Magnavox Color TV.
1 Legal Book

1 of 3

2 personal Towels
4 bars Next Soap
6 Gry Boxer Briefs
1 pr Shower Shoes
2 plastic Bowles/w-lids
1 Radio alarm clock
1 Lamp
2 Tooth Brushes
4 Ink pens
1 Mirron
c Eye drops
1 Lip chap
1 Nail clip
1 Toe nail clip
1 Tweezers
1 Missing Hot Pot
1 Missing Shaver Shaped
1 Missing Eye Glasses (Personal)

2 of 3

9 - CD's    The Massor Institute

1 Tape

8-31-07
---

3 Books
6 Magazines
1 Baseball cap
2 gym shorts
2 pr socks
2 pr. underware
2 T Shirts
1 pr gym shoes
2 wash cloths
1 Box cotton Swabs

1 of 1

All of these items were taken from me when I was moved to a non-Montez compliant facility & items taken after 8-31-07 was done when this facility told me I no longer had any work restrictions & placed me on perm. lock up for not being able to do work I was instructed to do.

9-12-07   William [signature]

Certificate Of Service

I further certify I have mailed copies of the foregoing via U.S. Mail, postage prepaid at C.C.F. in Colorado this 12th day of Sept. 2007, addressed as follows

Office of the Atty General.
C/O Jess A. Dance
1525 Sherman St. 7th Floor
Denver, Co. 80203-1760

William Gibson
#74384