Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs-

BILL OWENS, et al.

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-276

Category III

Claimant: Michael K. Tivis, #52378

Address of Claimant: AVCF, P.O. BOX 1000, Crowley Co. 81034-1000

Plaintiff Michael K. Tivis, for the past (7) years has been forced to live in pain. And the pain has gotten greater with each year. Mr. Tivis has seen several specialist for the degenerate joint disease (DJD) in his (L) hip and the recommendations of each is surgery (hip replacement). My question to this court is, is it legal for Ms Cathie Holst, legal services for Colo Dept of Corrections, to refuse to provide neccessary medical care and the $180= ordered by this court, as a means to force Mr. Tivis to release his medical records to her office. A ADA hearing was held on May 3, 2007. And evidence was presented by both sides including medical records. Afterward the Court rendered its order. And gave both sides ample time to object. There was no objections entered. Mr. Tivis than requested the ordered payment. And the payment is being held by Ms Holst until Mr. Tivis releases his medical, which was not part of the order. If

the medical records used as evidence was good enough for the Court to render its order, why aren't they good enough for Ms. Holst to provide Mr. Tivis with the ordered payment. Instead Ms. Holst has closed Mr. Tivis file to keep from providing proper medical care. Could this honorable Court please look into this matter.

Micheal Tivis #52378
AVCF-CH-1 P.O 1000
Crowley Co. 81034

Date 9-13-07