IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Roy J. Main

---

**ORDER**

---

Kane, J.

This matter is before the court on the Motion for Contempt of Order and Remedial Plan (doc. #2610), filed March 26, 2007 by Roy J. Main. The motion relates to compliance issues that have already been raised by counsel in this case. These issues and are being addressed through ongoing compliance hearings. The motion, therefore, is denied as moot.

Dated: September 18, 2007

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT