IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

　　　　　　　Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

　　　　　　　Defendants.

_____

Re: Claimant Rudy Saiz, Claim number 02-679

_____

**ORDER**

_____

Kane, J.

　　　　This matter is before the court on Claimant, Rudy Saiz's Letter regarding the Final Order of Special Master (doc. #2614), filed April 2, 2007.   Given that Mr. Saiz is not asking for re-consideration of the order, but rather that he simply be provided adequate medical care, the Final Order of Special Master (doc. #2355) is AFFIRMED.

　　　　Should Mr. Saiz have complaints regarding the quality of care, he may raise them in a separate individual action.

Dated:　September 18, 2007

                                        BY THE COURT:

                                        _s/John L. Kane_____
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT