IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Michael Sorden, Claim number 02-684

## ORDER

Kane, J.

This matter is before the court on Claimant, Michael Sorden's Response and Objection to the Final Order by Special Master (doc. #2625), filed April 18, 2007. The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. Claimant failed to prove he was disabled as defined by the Settlement Agreement.

The claimant's complaints regarding quality of his medical care are beyond the scope of this case and should be raised by a separate individual action, not as part of the remedial plan in this case. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2588) is AFFIRMED.

Dated:   September 18, 2007

      BY THE COURT:

      *s/John L. Kane*
      JOHN L. KANE, SENIOR JUDGE
      UNITED STATES DISTRICT COURT