IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

_____

## DEFENDANTS' POSITION STATEMENT ON PLAINTIFF CLASS' MOTION REGARDING LEGALITY OF THE DOC'S MEDICAL CO-PAY PROGRAM AND THE UNDERLYING COLORADO CO-PAY STATUTE

_____

Defendants, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado

Attorney General's office, file this statement regarding the Colorado Dept. of Corrections

(CDOC) medical co-pay program pursuant to the Court's order of Sept. 14, 2007.

Counsel for the Defendants has been informed that CDOC intends to take, or has already

taken the following actions with respect to medical co-pays for incarcerated diabetics:

1. The charge for chronic care offenders will be reduced from $10 annually to $5

annually. This will cover any regularly scheduled clinical visits concerning chronic care for

diabetics for a one year period. Regularly scheduled visits for other issues will be charged the $5

co-pay. This charge will be automatically deducted annually from the offenders' account.

2. When a diabetic inmate comes in for after hours care (which has been described in the

past as a self declared emergency), if the visit is caused by some condition related to the

diabetes, the inmate will not be charged. This will include visits for finger sticks or adjustments to prescriptions. If the inmate comes in for another purpose, the $10 co-pay for a self declared emergency will be charged if the visit does not concern an emergency, and $5 will be charged if it is an emergency.

3. No co-pay charge is made for ADA screening, lab work or x-rays.

4. These procedures will be contained in an Administrative Regulation. In addition, the CDOC will seek approval from the appropriate legislative committee or the full Legislature to adopt these procedures as necessary.

WHEREFORE, Defendants believe that the Court does not need to rule on the Plaintiffs' motion regarding the legality of medical co-pays for diabetics as these procedures address the concerns expressed by Plaintiffs' counsel in these proceedings.

Respectfully submitted this 19th day of September, 2007.

JOHN SUTHERS
Colorado Attorney General

_____

ELIZABETH H. MCCANN 5834
Deputy Attorney General
Civil Litigation and Employment Law Section
JAMES X. QUINN, 21729
Assistant Attorney General
Corrections Unit, Litigation Section

Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Fax: (303) 866-5443
Email: beth.mccann@state.co.us

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 19th day of September, 2007, I electronically filed the foregoing Position Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com
Counsel for the class
King and Greisen, LLP
1670 York St.
Denver, Co. 80206

Ed Ramey
Terrance Carroll
eramey@ir-law.com
tcarroll@ir-law.com
Isaacson Rosenbaum PC
633 17th St. Ste 2200
Denver, Co. 80202

Patricia Bellac
psblawfirm@comcast.net
4845 Pearl East Circle #101
Boulder, Co. 80301

Honorable Richard M. Borchers
dborchers@legalres.com
Special Master
Legal Resolution Center
7907 Zenobia St.
Westminster, Colorado 80030

s/Elizabeth H. McCann_____
Elizabeth H. McCann