Louis Peoples, Jr. #43943
49050 State Hwy. 71
Unit Three - A
Limon, Co 80826-0001

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
CLERK

18th Sept. 2007

State of Colorado
U.S. District Court      92-N-870
901 - 19th Street
Denver, Co 80294-3589

Re: Claim Number 03-278, et al

Dear Hon. Judge John Kane:

Greetings! Rather than placing you into a coma. On a overly lengthy letter. I shall cut to the chase.

Now, I was somewhat confessed on the "Special Master" order so dated on 14th day of February, 2007 at which I was unaware this was a "FINAL ORDER" of the U.S. District Court - so I did NOT file any objection, see 53(g)(2) - if any favor is so sought it should be truly in my

Part Two
II

favor (Claimant) - and Judge Kane please do NOT dismiss the matter at hand.

Yes, I was indignant person because I truly felt that all was futile, based on my Title II of a(n) ADA of 1990, 42 USC 12101, et seq., plus I felt I was being humiated based on my race and color.

To be honest CDOC, LCF did and have continued to be discriminated against me as NOTED in this letter. To hurt and still hurt, to the point of death.

Judge Kane, since I am late, no this should NOT constitute any final action I should be HEARD, or sir, could you please forward to me my FINAL US DISTRICT COURT ORDER here at LCF, if any.

Judge Kane my condition is very SEVERE PHYSICAL INJURY (IES) must I so suffer to the point of my own death.

I so testified to the fact that I was unable to get medical care, et al.

Judge Kane, again thank you for all your time, efforts, as well as patience- write back.

Sincerely,

*[signature]*

101 L. Peoples, Jr. 4/39413
Claimant

LPJ, ldsd

P.s. If said Letter, Motion is unclear or the syntax is incorrect on this Courts own motion the SAME must be so corrected in favor of the Claimant.

## Other Orders/Judgments
1:07-cv-00153-WDM-CBS Peoples v. Ortiz
ALLMTN

## U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 9/10/2007 at 1:26 PM MDT and filed on 9/10/2007
**Case Name:**       Peoples v. Ortiz
**Case Number:**     1:07-cv-153
**Filer:**
**Document Number:** 31

**Docket Text:**
Minute ORDER Setting Hearing on Motion [28] Renewed MOTION to Amend [9] Amended Complaint by Plaintiff. Motion Hearing set for 9/18/2007 09:15 AM in Courtroom A 402 before Magistrate Judge Craig B Shaffer by Magistrate Judge Craig B Shaffer on 9/10/07. (dln, )

*Telephone for Case manager*

**1:07-cv-153 Notice has been electronically mailed to:**
James Xavier Quinn James.Quinn@state.co.us

**1:07-cv-153 Notice has been mailed by the filer to:**

Louis Peoples
#43943
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=9/10/2007] [FileNumber=1194460-0
] [4d033db75697909d43ab75069d02f00011a722a7248fd7726da3ae66ca6f1948f2a
83b30cc2f6c0908078b179be4e4702d1bcfd8bfdc3a5f3cd9a9f31f7c890f]]