IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-173
Category III
Claimant: Wellman E. Gibson, #74384
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF SPECIAL MASTER – RE: FEBRUARY 26, 2006 LETTER

---

THIS MATTER came before the Special Master upon a letter sent to the Special Master on February 26, 2006. A copy of the letter is contained herein. Claimant has requested that the Special Master respond to the allegations in the letter. The letter, therefore, will be treated as a motion. Of note, a hearing on this claim was conducted on Monday, February 13, 2006 at the Sterling Correctional Facility where Claimant is housed. A final order has not been forthcoming as the parties are briefing an issue raised during the hearing.

Essentially, Claimant's letter is asking the Special Master to address issues related to his ability to access the law library due to Claimant's alleged inability to sign his name. Additionally, Claimant has asked for the Special Master to order a move "to a facility wher they will not say to hell with Montez" (sic).

Having reviewed the letter, the Special Master believes that Claimant's library access issue is dealing with an internal issue beyond the scope of the Special Master's jurisdiction as set forth in the Remedial Plan. Additionally, the Special Master does not believe he has the ability to order an inmate to be moved to a different facility. Therefore, the requests will be denied.

However, the Special Master believes that the issue raised by Claimant is one which class counsel does have the duty to investigate pursuant to Section XXXI – "Compliance and Monitoring" – as set forth in the Remedial Plan. A copy of this order and Claimant's letter is being forwarded to class counsel and class counsel are hereby ordered to investigate the issues raised by Claimant in his letter.

IT IS SO ORDERED.

SIGNED this 31st day of March, 2006

BY THE COURT:

Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

      I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – RE: FEBRUARY 26, 2006 LETTER this _29_ day of March, 2006 to the following:

Mr. Wellman E. Gibson, #74384
SCF
P.O. Box 6000
Sterling, CO 80751-6000

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York St.
Denver, CO 80206

Mr. J. Aaron Atkinson
Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

                                              *Judy Olive* (signature)
                                            ~~Ann Noder~~