IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

Claim Number 03-173
Category III
Claimant: Wellman E. Gibson, #74384
Address of Claimant: AVCF

## ORDER OF SPECIAL MASTER – RE: NUMEROUS MOTIONS FILED BY CLAIMANT

THIS MATTER came before the Special Master upon multiple requests made of the Special Master by Claimant between April and August of 2006. The Special Master has delayed ruling on the motions in part because the Special Master has been awaiting an update from class counsel concerning an issue raised by Claimant in a letter. The Special Master understands that class counsel were busy for several months with compliance hearings. However, the Special Master considers the issues about access to the library significant enough that he has withheld final ruling pending an update from class counsel concerning their investigation. Therefore, the Special Master directs class counsel to provide him with an update as to their investigation of the issues within thirty (30) days from the date of this letter so that a final ruling can be commenced.

With respect to Claimant's numerous requests that the Special Master order a move, those requests are denied as beyond the scope of authority provided to the Special Master in the Remedial Plan. The Special Master notes that Claimant has been reassigned by CDOC to the Arkansas Valley Correctional Facility (AVCF).

With respect to Claimant's request for intervention on Civil Action 05-CV-01458, Judge Watanabe has jurisdiction over that matter and the Special Master cannot intervene.

With respect to Claimant's August 26, 2006 Request for Intervention, that request is also denied as beyond the scope of the Special Master's jurisdiction.

IT IS HEREBY ORDERED that the Special Master orders class counsel to provide an update within thirty (30) days from the date of this order as to the investigation of the issues raised by Claimant and previously forwarded to class counsel so that the Special Master can prepare a final order; and

IT IS FURTHER ORDERED that Claimant's requests for the Special Master to order a move and for the Special Master to intervene on various matters are all DENIED.

SIGNED this 15th day of November, 2006

BY THE COURT:

_Richard C. Davidson_
Richard C. Davidson,
Special Master

## CERTIFICATE OF MAILING

   I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – RE: NUMEROUS MOTIONS this 15th day of November, 2006 to the following:

Mr. Wellman E. Gibson, #74384
AVCF
P.O. Box 1000
Crowley, CO 81034

Ms. Paula Greisen
Counsel for the Class
King & Greisen, LLP
1670 York St.
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

               Susan L. Carter