Civil Action No. 92-cv-00870-EWN

Jesse Montez et al

v.

Bill Owens, et al
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2007

GREGORY C. LANGHAM
CLERK

Re: Claimant Wellman Gibson claim No. 03199

Objection to any request for continuance to file appeal

I am requesting the court not grant any more requests to the AG's office & listed below is a time line of events showing blatant retaliation on the part of DOC & further discrimination, as to reasons why.

(1)

Enclosed is a memo from the AIC Kathie Holst to me in regards to my concern in being moved to a facility where I had to navigate stairs daily. Dated March, 12-07.

On April 11th I was moved to C.C.F ignoring my medical restrictions, stating I was not Montez disabled as Memo points out. My case had not been ruled on by the special Masters yet.

On 6-22-07 the special masters ruled in my favor for Montez & ADA.

On 8-27-07 the AG's office filed for an extension to file appeal prior to the request for an extension the medical dept.

(2)

here at C.C.F. removed all of my work restrictions & the house Lt. Yvette Pope confiscated my cane also saying I was like ALL Inmates & just faking. This was all done on 7-31-06 After D.O.C. became aware of the final order.

On 8-26-07 I was told to push chow carts since I no longer had any restrictions

On 8-31-07 I had a hearing for not pushing chow carts. (They knew I couldn't)

On 9-6-07 I was moved to 23 hr a day lock up & lost good time & pay for not pushing the carts. Also intentionally moved to a second tier when 1st tier houses (cells) were open

(3)

I believe the listed events show blatant retaliation because of the punishment aspect in what has been done by this facility & D.O.C. <u>after</u> the final order was issued & they became aware of it.

This is why I am requesting the final order be amended to $100.00 a day from the time I was intentionally moved to C.C.F. a non-Montez compliant facility & $1,000.00 a day from the time my medical restrictions & cane were taken from me after the final order was issued

I was placed in total lock up after my medical restrictions were taken for not doing work officers knew I could not do plus I lost good time & pay & also my Books on Tape & there fore Religious Items has Been withheld for over 6 months

Also as of Today NO Appeal has been filed & this facility continues to say So What. Please issue an order for D.O.C & this facility to abide by court orders & to return cane to me that was confiscated after issuance of final order along with all prop. confiscated when moved to a non-Montez facility 9-19-07 (4)

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:       719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:     Offender Gibson, Wellman #74384
        AVCF

FROM:   Cathie Holst, AIC

RE:     Correspondence Received 3/7/7

DATE:   March 12, 2007

---

I received your correspondence stating your concerns about moving from an ADA designated facility to a non-designated facility because of an alleged disability. The Chief Medical Officer has determined that you do not have a qualifying vision or lower or upper mobility disability pursuant to the mandates of the ADA. This determination was reduced into writing on the Accommodation Resolution you received on 3/7/7. Therefore, you are not required to be housed in a CDOC designated ADA facility.

You also indicate you have made requests for such things as elastic waist band pants and slip on Velcro closure shoes. You will also find stated on the Accommodation Resolution that to the extent you require special clothing your requests should be directed to Clinical Services where they will be evaluated for medical need.

*My medical restrictions were Bottom Bunk/Tier & no stairs & I was moved to C.C.F. where you had to Navigate stairs to even eat*

Certificate of Service

I hereby certify I have mailed a copy of the foregoing to below listed party on ~~9-20-07~~ 9-19-07

Mr. Jess A. Dance
Office of the Atty General
1525 Sherman St, 5th Floor
Denver, Co. 80203

Willmon Sh
#384

9-19-07