OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RTS



Nathaniel
#55740
Denver Coun.
10900 East Sn.
Denver, CO 802

UNABLE TO FORWARD

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2007

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN

#2878

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

_____

Re: Claimant Alphonzo Greer, Jr., Claim number 03-375

_____

### MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

       The Request for Extension of Time (doc. #2862), filed September 7, 2007, is GRANTED. Mr. Greer has up to and including **October 30, 2007** to file his Objection to the Final Order of Special Master.

_____

Dated:  September 13, 2007