OFFICE OF THE CLERK
NITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-CV-00870-EWN

#2875
#2874
#2873

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2007

GREGORY C. LANGHAM
CLERK

RTS
RELEASED

017H15524679
HASLER
$1.48⁰
09/12/2007
Mailed From 80202
US POSTAGE

Nathaniel [illegible]
#5[illegible]740
Denver County Jail
10500 East Smith Road
Denver, CO 80239

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Dean Ross Denton, Claim number 03-206

## ORDER

Kane, J.

This matter is before the court on Claimant, Dean Ross Denton's Motion for Intervention by Judge Kane (doc. #2564) filed February 26, 2007. The Motion is DENIED. The scope of my authority is limited to that of review of objections to Final Orders of the Special Masters.

Dated: September 12, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT