OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 4 2007

GREGORY C. LANGHAM
CLERK



92-cv-00870_EWN
#2892

Plan (doc. #2610), filed March 26, 2007 by Roy J. Main.

issues that have already been raised by counse

addressed through ongoing compliance hearing

NIXIE       802    CE  1        74 09/22/07
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294250151     *1720-19886-19-38

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

---

Re: Roy J. Main

---

## ORDER

Kane, J.

This matter is before the court on the Motion for Contempt of Order and Remedial Plan (doc. #2610), filed March 26, 2007 by Roy J. Main. The motion relates to compliance issues that have already been raised by counsel in this case. These issues and are being addressed through ongoing compliance hearings. The motion, therefore, is denied as moot.

Dated: September 18, 2007

                                BY THE COURT:

                                *s/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT