FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No. 92-cv-00870-EWN
(To be supplied by the Court)

, Plaintiff(s) ) Jesse Montez, et al.
) Lilbert L. Beasley Jr.

vs.

,Defendant(s) ) Bill Owens, et al,

## JOINT STATUS REPORT

Comes now, the Plaintiff, Lilbert L. Beasley Jr., pro se, and does hereby file a Joint Status Report to be receive from the Clerk of the Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th street.

1. This court has jurisdiction pursuant to Joint Status Report.

2. A Status Conference is scheduled for September 14, 2007 at 10:00am. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver County.

3. No more than sixty (60) days have elapsed from the final action and/or extending of the Defendants.
This last action was: An Order of the Court extending the compliance period under the Montez Remedial Plan until July 27, 2007.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grants him a Joint Status Report.

Dated: 9-19-07

Respectfully submitted

Lilbert L. Beasley Jr. #115474

## CERTIFICATE OF MAILING

I hereby certify that on this 19th day of September, 2007, I placed this MOTION JOINT STATUS REPORT, in the U.S. mail, postage prepaid, and address to the following party:

Judge John L. Kane
United States District Court
901-19th St., Room A105
Denver, Co. 80294-3589

Respectfully submitted

Lilbert L. Beasley Jr.
#115474