# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) Consolidated for all purposes with civil Action No. 96-N-343

JESSE (JESUS) MONTEZ, et al.

Plaintiffs,
V.

BILL OWENS, et, al.
Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2007

GREGORY C. LANGHAM
CLERK

Claim Number: 02-208
Category II
Claimant: Francisco R. Flores, #56923
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, Co 81062

## NOTICE OF APPEAL OF SPECIAL MASTERS FINAL ORDER

Pursuant to the special masters final order section II. Finding of Fact, paragraph 6. Claimant's record confirm that he has a back problem and Diabetes. It appears that additional surgery has been considered. He has been provided with a wedge pillow and a back brace. Claimant has also received various medical restrictions including no lifting over 20 pounds, no sitting or standing over 20 minutes, no bending or squatting, no intense labor, no heavy machinery and a lower bunk restriction the lower bunk restriction was denied until August 2003 wrongfully, (an obvious discrimination). The medical records also show the claimant has been provided with a diabetic diet and medication for his diabetes.

**Section III of the Settlement Agreement (Definitions) B. Qualified Inmates.** Inmates with A permanent disability/ impairment which substantially limits his or her ability to perform a major life activity.

### II Finding of Facts # 4

Plainly makes Claimant qualify for category IV ( Back Surgery ) # 5 and # 6 qualifies claimant to damages pursuant to Montez.

## CONCLUSION OF LAW

# 2 also qualifies claimant to damages.

" Major life activities" ( walking ) and ( working ) 29 C.F.R. § 1630.2 (h)(2)(i)

Special Master classified claimant to wrong category and used wrong criteria, dismissing claimant's claim.

Claimant was and is disabled pursuant to major back surgery. An injury that will NEVER fully heal 100 %.

**THEREFORE**: Claimant is not only permanently disabled but, will always be in pain and limited in his ability to function in normal life activities ( walking ) and ( working ).

RESPECTFULLY SUBMITTED

FRANCISCO FLORES # 56923

## CERTIFICATE OF SERVICE

I Francisco Flores, hereby certify that on September 21st 2007 I did deposit in the inmate legal mail at Crowley County Correctional Facility A true correct copy of the forgoing NOTICE OF APPEAL to the following address.

COLORADO ATTORNEY GENERAL
1525 Sherman Street Suit 500
Denver, Colorado
80203
Attn: CLERK OF THE COURT
U.S. DISTRICT COURT
901 19TH Street
Denver, Colorado
80294