Judge Richard M. Borchers
Special Master
United States District Court
District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado
      80030-4444

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 5 2007

GREGORY C. LANGHAM
CLERK

SEP 1 9 2007

September 15, 2007

Re: Class Action, Montez case.

Dear Judge Borchers,

    This letter is in regards to recent developments in the Montez case and D.O.C.'s attempts to provide the necessary accomodations to persons named in the suit. I was notified by my casemanager, Lt. Heikei Campbell, that Ms. Adrienne L. Jacobson of the Office of the ADA Inmate Coordinator was in need of the documents that I submitted in my initial claim form and the supplementary form, in order to make arrangements for the accomodations provided for in the Settlement Agreement.

    I informed my casemanager that I didn't have a copy of those documents since D.O.C. wouldn't approve copies through facility law libraries, which leads to this request: I would like to know if you could have the assistant that was working on this case make a copy of the documents that I submitted for your review and either send them to me or, send them to Ms. Jacobson. I have enclosed her address in the event that you don't have it handy. Thank you for your time and consideration in this matter.

                                                     Respectfully Submitted,

*Adrienne L. Jacobson
 Legal Services
 Office of the ADA Inmate Coordinator
 Colorado Department of Corrections
 2862 So. Circle Drive
 Colorado Springs, Colorado
         80906-4195

Greggory Wade Oliver
Register # 63284
P.O. Box  1000
A.V.C.F.
Crowley, Colorado
       81034

**Colorado Department Of Corrections**

Name __Gregg W. Oliver__

Register Number __63284__

Unit __2__

Box Number __1000__

City, State, Zip __Crowley, Co   81034__

**CONFIDENTIAL**

**LEGAL DOCUMENTS**

SEP 19 2007

Judge Richard M. Borchers
Special Master
United States District Court
District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado   80030-4444



# *LRC* *Legal Resolution Center*

| | | |
|---|---|---|
| 7907 Zenobia Street | Judge Richard M. Borchers | Other Offices: |
| Westminster, Colorado 80030 | Judge Richard C. Davidson | Denver |
| 303-426-7365 | Judge Donald E. Abram | Denver Cherry Creek |
| 303-426-7714 (FAX) | Judge James N. Wolfe | Denver Tech Center |
| 1-888-881-7365 (Toll-Free) | Judge Michael R. Enwall | Boulder |
| RMLRC @ AOL.COM | Judge Bruce D. Pringle | Colorado Springs |
| www.legalres.com | Judge Stephen L. Carter | Grand Junction |
| | Magistrate Sandra Franklin | Fort Collins |
| Lynda Rowe, Administrator | Judge Kenneth M. Plotz | Cheyenne, Wyoming |
| | | Omaha, Nebraska |
| | | Salt Lake City, Utah |

August 17, 2007

Ms. Gail Shaw
Docket Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 - 19th Street
Denver, CO 80294

    RE:   *Montez, et al. v. Owens, et al.*
           Civil Action No. 92-N-870 (consolidated with 96-N-343)
           **Claim #:  02-477  Greggory Wade Oliver**

Dear Gail:

    Enclosed, please find a letter dated September 15, 2007 that Mr. Oliver addressed to Judge Borchers. Mr. Oliver is requesting a copy of documents contained in his *Montez* file. According to our records, Mr. Oliver's case was dismissed on September 11, 2006. Please call or e-mail me if you have any questions regarding this matter. Thank you.

Sincerely,

Susan L. Carter
Assistant to the Special Masters


Enclosure