92 CV 870

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Montez vs Owens
Case #92-N-870
Consolidated with: Case #92-N-343
Individual Damage Claim #03-147

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2007

Notice of Appeal

GREGORY C. LANGHAM
CLERK

Comes now, I, Jimmy Bulgier acting Pro-se in the above case numbers do hereby request this court to permit Plaintiff Bulgier to Proceed on Appeal based on the following facts:

I, Jimmy Bulgier hereby request this court to grant Petitioner's request to Proceed on Appeal. Plaintiff Bulgier request this court to order the Clerk of the Court to transfer to the U.S. Court of Appeals (10th Circuit) all documents pertaining to Plaintiff Bulgier's case. Plaintiff Bulgier is a certified member of the Montez vs Owens Class Action case. Plaintiff Bulgier is not requesting that all documents of the Class Action be transferred to the 10th Circuit. Plaintiff Bulgier is requesting documents pertaining to his portion of the case:

- All documents pertaining to Plaintiff Bulgier's case #96-N-343 (formally known as #94-B-343).
- 2nd Amended Complaint.
- Defendant's Purposed Settlement.
- Remedial Plan.
- All Plaintiff Bulgier's Requests for Appointment of counsel.
- Plaintiff Bulgier's Objections to Special Master's Final Order.
- All court Orders pertaining to Plaintiff Bulgier's portion of the Class Action case. The CD-ROM Transcripts of the Hearing for Individual damage Claims (January 24th, 2006).
- Court Transcripts and Court Records. Any court documents which this court may deem necessary.

Plaintiff Bulgier respectfully requests this court to grant his request to Proceed on Appeal and to file his Brief and/or Request for Denovo Review.

Respectfully submitted on this 19th day of September 2007.

Signature: *Jim Bulgier*

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322