92cv870

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2007

GREGORY C. LANGHAM
CLERK

Montez vs Owens
Case #92-N-870
Consolidated with: Case #92-N-343
Individual Damage Claim #03-147

MOTION to Proceed Informa Pauperous

Comes now, I, Jimmy Bulgier acting Pro-se in the above case numbers do hereby request this court to permit Plaintiff Bulgier to Proceed on Appeal based on the following facts:

I, Jimmy Bulgier being of sound mind and over the age of 21 do hereby certify that the following facts are true and accurate. I, Jimmy Bulgier does fully understand that any false information is punishable under penalty of law.

- Does Plaintiff Bulgier have any stocks, bonds certificates of Deposits financial trusts, etc? No.
- Has Plaintiff Bulgier acquired or sold any stocks, bonds, Certificates of Deposits or Trust accounts within the last 6 months? No.
- Does Plaintiff Bulgier have any real estate, property, land or tangible assets? No.
- Has Plaintiff Bulgier acquired or sold any real estate, property, or tangible assets within the last 6 months? No.
- Does Plaintiff Bulgier have any automobiles; cars, trucks, boats, campers, etc? No.
- Has Plaintiff Bulgier acquired or sold any automobiles, cars, trucks, boats, campers, etc within the last 6 months? No.
- Does Plaintiff Bulgier have any bank accounts; checking, savings, loans, etc? No.
  If yes give balance(s) of each account.
- Has Plaintiff Bulgier currently have any money(s) held within his inmate trust account? No.
  If yes, give balance.
- Has Plaintiff Bulgier received any deposits of money(s) to his inmate trust account within the past 6 months? No.

Respectfully submitted on this 19th day of September 2007.

Signature: Jim Bulgier

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

## Certificate of Mailing

Montez vs Owens
Case #92-N-870
Consolidated with: Case #96-N-343

    I, Jimmy Bulgier do hereby certify that I have mailed copies of the attached Motion for Informa Pauperous" and Notice of Appeal" to the following parties:

| | |
|---|---|
| U. S. Court of Appeals<br>C/O Patrick Fisher, Clerk<br>1823 Stout Street<br>Denver, Colorado 80257 | U. S. District Court<br>For the District of Colorado<br>901 19th Street<br>Room A-105<br>Denver, Colorado 80294-3589 |

U. S. Attorney General
C/O James X. Quinn, Asst. Attorney General
1525 Sherman Street
Denver, Colorado 80203

Respectfully submitted on this 19th day of September 2007

Signature: *[signed] Jim Bulgier*

Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

```
DK:U902/CINI202       TEXAS DEPARTMENT OF CRIMINAL JUSTICE                 __/__/__
EP22/RKI5729          IN-FORMA PAUPERIS DATA                               __/__/__
TDCJ#: 00902732 SID#: 03235524 LOCATION: ESTELLE            INDIGENT DTE: 07/27/05
NAME: BULGIER,JIMMY ROSS                     BEGINNING PERIOD: 03/01/07
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:            0.00 3MTH TOT DEP:         0.00
6MTH DEP:             0.00 6MTH AVG BAL:            0.00 6MTH AVG DEP:         0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/07         0.00           0.00        05/07         0.00          0.00
07/07         0.00           0.00        04/07         0.00          0.00
06/07         0.00           0.00        03/07         0.00          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF **Walker**
ON THIS THE **18th** DAY OF **September, 2007**, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NO SIG.
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: **902732** OR SID NUMBER: **03235524**

*Regina Kizzee*

REGINA KIZZEE
Notary Public, State of Texas
My Commission Expires
09/30/2008
Notary without Bond