Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

Scanned by
US Marshal

92 cv 870

N HOUSTON TX 773
18 SEP 2007 PM 5 T

US Court of Appeals
c/o Patrick Fisher, Clerk
1823 Stout Street
Denver, Colorado 80257

USA First-Class