# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

September 27, 2007

SEE NOTICE OF ELECTRONIC FILING

**RE:   Montez et al v. Romer et al**

District Court Case No. 92-cv-00870-EWN-OES
Notice of Appeal filed by Jimmy R. Bulgier on 09/21/07
Other pending appeals: no

      Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. Attached for the pro se appellant is a letter from the U.S. Court of Appeals and a Pro Se Docketing Statement.

      The appellant has filed a Motion and Affidavit to Proceed on Appeal In Forma Pauperis, which does not appear to comply with 28 U.S.C. § 1915(b) and Fed. R. App. P. 24. If the appellant intends to move this court to proceed on the appeal pursuant to 28 U.S.C. § 1915(b) and Fed. R. App. P. 24, the proper motion and affidavit form is enclosed. Please complete and file this as soon as possible.

      Upon determination of the appellant's "fee status", the record on appeal will be transmitted to the Court of Appeals in accordance with the Tenth Circuit Rules.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
    Deputy Clerk

cc:   Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)