IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Louis Peoples, Jr.

## ORDER

Kane, J.

This matter is before the court on the Plaintiff's Motion for Preliminary Injunction (doc. #2330), filed August 12, 2006, Motion for Emergency Injunction Relief (doc. #2612), filed March 29, 2007, and Motion for Emergency Relief (doc. #2819), filed August 17, 2007, by Louis Peoples, Jr.. The motions relate to compliance issues that have already been raised by counsel in this case. These issues and are being addressed through ongoing compliance hearings. The motions, therefore, are denied as moot.

Dated:  September 27, 2007

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT