Civil Action No. 92-CV-00870-EWN

Jesse Montez, et al
 Plaintiffs

v.

Bill Owens, et al
 Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2007

GREGORY C. LANGHAM
CLERK

Re: Claimant Wallman Gibson Claim No. 03-123

Motion for enforcement of Final Order

As of today 9-24-07 I have received nothing from the AG's office so I assume they did not file an appeal.

I am sending grievances marked A through D to show what is going on since being moved to C.C.F. This facility & D.O.C. has blatantly been punitive in all treatment of me. They have confiscated all personal property & placed me on total lock up for not being able to do work they ordered me to do. See # C. No 1.

(1)

grievance A deals with refusal to return disability items & being told I will not get them returned no matter what.

Grievance B deals with the confiscation of my cane well <u>after</u> the final order was issued saying I was seen moving around without cane. It does not state I was seen walking from my cell to shower. & further does not state I was in cell 16 which is <u>ONE</u> step away from shower

Grievance C deals with being ordered to do work they knew I could not do & claiming certain papers (memos) don't exist. The memo 3-15-04 was from Kathie Holst to Lou Archuleta concerning Dr. Wermers findings & states can't grasp hand rails so lower tier & other items. See also verification of disability from Wermers to Holst dated 2-25-04

(2)

Grievance D deals with D.O.C. lying about the existance of said memos & other paper work from A. Weamons to the A.I.C.

I sent the court paper work that showed D.O.C. knew of my medical restrictions prior to moving me to C.C.F. where one has to use stairs & steps to even leave ones cell & then after the final order was issued to further confiscate personal property & place me on total lock up.

If the court will not amend the & final order for monetary ammount please order this facility to return All property confiscated when moved to C.C.F. along with lost wages & good time. Also to move me to a Montez compliant facility.

(3)

Also After the final order was issued property was confiscated & all medical restrictions were taken along with my cane & I was intentionally moved to a top tier & placed on total lock up when I could not push chow carts around the facility, stating I was refusing to work

This facility has surpassed just being non compliant, they have blatantly ~~& into~~ intentionly went out of their way to say we are exempt from the court order & implemented punitive sanctions to prove it

9-24-07

Wellman Sih

I hereby certify that a copy of the foregoing document was mailed to counsel for defendants at (see below) on 9-24-07

Mr. Jess Dance
Office of Atty General
1525 Sherman St
Denver, Co- 80203

Wellman Bil
74384