

# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS

**Prison Operations**
P.O. Box 300
Canon City, CO 81215-0300
Phone: (719) 269-5761
Fax: (719) 269-5762

C-CF/06/07 -369

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

| | |
|---|---|
| Response to: | Step II ADA Grievance |
| Prepared by: | Anna Cooper, Prison Operations |
| Received Grievance: | June 11, 2007 |
| Sent Response: | August 20, 2007 |
| Offender Name: | Gibson, Wellman |
| DOC No: | 74384 |
| Facility: | CCF |
| Case No. | D-CF06/07-369 |

*[handwritten: Well after Final Order issued]*

Offender Gibson:

Your Step I ADA grievance was filed on 04-30-07. You were provided a response from the AIC, Ms. Holst on May 14, 2007. You filed your Step II on May 25, 2007, and it was received in this office for response on June 11, 2007. I apologize for the delay in responding to your grievance within the required time frames. In accordance with AR 850-04 Grievance Procedure, you were entitled to proceed to Step III as of July 6, 2007, without a response to this Step II.

The issue you addressed in your Step I ADA grievance was that you claim all of your disability items were confiscated from you, specifically, books on tape material. You did not state a requested remedy. The response you received from the AIC stated that you were screened and it was determined that you do not have a qualifying vision, lower or upper mobility disability, and not required to be housed in a designated ADA facility. Further, the property items you had at AVCF are not allowed at CCF and you cannot have them. Your Step II grievance stated different DOC doctors had approved the books on tape to include Dr. Creany who approved it at your screening. You requested the return of the books on tape.

It appears that the initial medical screening conducted by competent medical staff was appropriate. You do not meet the criteria for a qualifying disability in any of the categories and are not entitled to accommodations. The books on tape will not be returned to you as they are not allowable property items at CCF.

Your Step II ADA grievance # D-CF06/07-369 is **Denied**.

/amc
xc: **Offender**
   **Medical/Mental Health**
   **Working File**
   **Department File**



# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:      719.226.4249

# D-CF07/08-075



Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)  *CH by K.Baxter*
through Marshall Griffith, Legal Assistant I *MG*
Received Grievance: 8/30/07
Sent Response: 9/11/07  ← *date is 2 months after final order*
Offender Name:  Gibson, Wellman
DOC No:  74384
Facility:  CCF
Grievance No: D-CF07/08-075

---

**In the grievance referenced above, you allege the following:**
1. On 7/31/07 Dr. Wright renewed your permit for a cane that was issued to you at AVCF by Dr. Beecroft because of pain in your back and hip when walking.
2. Nurse Pope objected and called Colorado Springs and had an administrator object and told you said administrator told her to take it. This is in violation of the Remedial Plan section XVI health care appliances section C possession of appliances. This put Nurse Pope, Dr. Wright, and the administrator in violation of the Remedial Plan. No one ever looked at me and I did have a valid permit for the cane. Cane was taken from me 9 days before permit expired.

**Requested Relief/Remedy:**
1a. Return you cane and inform staff, specifically Nurse III Yvette Pope to stop making threats and to leave you alone.
2a. Same as 1a.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**
1. A cane permit provided by Dr. Wright was rescinded upon observation of you ambulating without the use of the cane and using the cane in a manner for which it was not intended.
1. The subject matter of returning the cane in this grievance was included in the subject matter of the previous Step 1 Grievance #D-CF07/08-74.
2. The Remedial Plan Section XVI Health Care Appliances, Section C Possession of Appliances is intended for offenders who have current medical necessities for such appliances. *which I had*

**CONCLUSION:** A.R. 850-04 states a grievance which is duplicative shall be denied.

**GRIEVANCE DENIED**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

*[handwritten: See #1 which verifies punitive actions by D.O.C. when I was unable to physically do work I was ordered to do]*

Response to Step 1 ADA Grievance
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC) *[initialed]*
through Marshall Griffith, Legal Assistant I *[initialed MG]*
Received Grievance: 8/30/07
Sent Response: 9/11/07
Offender Name: Gibson, Wellman
DOC No: 74384
Facility: CCF
Grievance No: D-CF07/08-074

---

**In the grievance referenced above, you allege the following:**

1. You are threatened with lock up and loss of privileges if you refuse to push chow carts when you have showed officers paper work by numerous DOC doctors stating you should not do this work.

2. You are told Yvette Pope told officers (Sgt. Chase) that the AIC office, Kathie Holst, ordered Pope to take away restrictions to your cane yet the Accommodation Resolution signed by Kathie Holst on 2/21/07 states she can not do that.

3. A memo from Ms. Holst to Dr. Wermers dated 3/15/04 Ms. Holst acknowledges your disability.

4. Staff are aware of all this paper work and choose to ignore it. This is an 8th Amendment violation.

**Requested Relief/Remedy:**
1a. Offender does not directly state a requested relief. Yet offender is objecting to the removal of a cane, and being threatened with lock up and loss of privileges for refusing to push chow carts.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. Correctional Officers conduct policies, procedures, and protocols upon official CDOC paperwork or information available to them through official DOC channels. Being disciplined for refusing to push chow carts is not an ADA matter.

2. Nurse Pope contacted the AIC office to re-check the existing Accommodation Resolution and to inquire if there were any legal constraints unknown by Medical Staff to prevent the enforcement of the Accommodation Resolution. There were not, and this information was sent to you in correspondence on 8/27/07.

3. A memo from Ms. Holst to Dr. Wermer's dated 3/15/04 acknowledging your disability cannot be substantiated.

4. The paperwork you refer to includes the Final Order of the Special Master. The Final Order of the Special Master is being appealed.

**CONCLUSION:** The AIC did not order the removal of a cane.

**GRIEVANCE DENIED**

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CCF06/02170    STEP (Circle One) 1 2 ③    ADA? Yes ☐ No ☒

NAME: Wellman Gibson    DOC NO. 74384    FACILITY: S2-4

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Your reply on the step I was premature & I NEVER told Ms. Pope I was reading a book. I am referring to the court order issued on 6-22-05 by special masters Judge Davidson which does verify my disability & now Ms. Pope is put in a position of saying SHE overrides the federal court order. This is a non Montez compliant facility. There are no handicap rails on showers & you refuse to comply with court order concerning my disabilities. Move me to a Montez compliant facility.

DATE: 7-18-07    OFFENDER SIGNATURE: Wellman Gil

DATE RECEIVED:    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE: Med - Erickson

Mr. Gibson: You do not have a medical restriction on stairs because there is not any medical evidence that you need this type of restriction at your facility.

You may pursue this issue thru the Montez and/or ADA process. Grievance denied.

Step III 9-21-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 9/13/07    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3453 Lynn Erickson

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 7/20/07    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3770   medical

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

9-20-07    OFFENDER SIGNATURE/PRINT NAME & DOC #

Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED JUL 3 0 2007

COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CCF-06/07-170   STEP (Circle One) 1  2  3   ADA? Yes ☐ No ☒

NAME: Wilman Gibson    DOC NO. 74584    FACILITY: CCF  (Unit) E-2

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: I have medical restrictions that are NO STAIRS. I am exempt from gym for that reason yet I am forced to go up & down stairs to eat or use the phone or to shower at times. The medical restriction is from both the Neuro surgeon & a D.O.C. Doctor. The medical restriction does not say it is fine to go up & down 4 or 6 stairs 10 or 15 times a day. It says no stairs. Remedy, there is none. I am just exhausting remedies prior to court. You are definitely violating medical restrictions.

DATE: 5-27-07    OFFENDER SIGNATURE: Welbun Gibson

DATE RECEIVED:     RESPONDING STAFF SIGNATURE & ID
RESPONSE: Med - Lousberg

As has been discussed with you by Mrs. Pope, you did not have a no stair restriction. The restriction you had on the computer referred to bottom bunk/bottom tier. Also, it should be noted at the time you claimed you had a no stair restriction, you were observed walking up and down the stairs in the unit to, in your words, "I need to go up and talk to someone who is helping me with definitions of words in a book I am reading". Also, as per your conversation with Mrs. Pope 5/29/07, you agreed that you can walk up and down stairs. Lastly, you persuade an evaluation according for ADA accommodations with the resolution resulting in no accommodations awarded. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual

DATE: 7/11/07    SIGNATURE/PRINT NAME & STAFF ID #: Lousberg M-C 9836
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: MEDICAL

DATE: 5-30-07    SIGNATURE/PRINT NAME & STAFF ID #: S. MURPHY 2415
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 7-18-07    OFFENDER SIGNATURE/PRINT NAME & DOC #: Welbun Gibson

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED JUN 1 2 2007