Civil Action No. 92-cv-00870-EWN

Jesse Montez, et al
  Plaintiffs
        v.
Bill Owens, et al
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2007

GREGORY C. LANGHAM
CLERK

Re: Claimant Wellman Gibson Claim No. 03-123

On 8-22-07 the Atty General requested an extension to file an appeal on above case's final order issued on 6-22-07. Judge Kane granted their request & gave until 9-21-07 to file appeal. It is now 9-24-07 & I have not received a copy of the appeal from the AG so I could reply as Judge Kane gave me until 10-10-07 to reply. Did the AG file an appeal? If so why have I not received a copy so I can reply

9-24-07

— Wellman Gibson