IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2007

GREGORY C. LANGHAM
CLERK

Plaintiffs, as Representatives of themselves and all others similarly situated in the class action

V.

BILL OWENS, et al,

Defendants.

Re: Claimant Alfred Raglin, Claim number 02-285
Claimant: Alfred Raglin #97357
Address of Claimant: L.C.F. 49030 State Hwy. 71
Limon, CO 80826

---

To the Honorable Judge John L. Kane. With regard to your orders on January 25, 2007, and August 23, 2007. My name is Alfred Raglin: Claim Number 02-285.

(1)

In respect to your orders dated: January 25, 2007, and August 23, 2007. Please forgive my ignorance. I am sending you a small summary about my claim. Asking for reconsideration.

Your Honor, on January 16, 2006 (doc #2479). I filed a motion objecting to the Final Order of Special Master (doc #2354). And requested and was given additional time (until March 12, 2007) to more fully object to the Final Order. It was GRANTED to me.

Your Honor on August 23, 2007. I received and order whereas, my objection was OVERRULED, and the Final Order of Special Master (doc #2354) is AFFIRMED. Again your Honor please forgive my ignorance.

Your Honor, I am asking for reconsideration of the order. I offer the following reasons. Here in support of asking for this.

Honorable Judge John L. Kane, here at the Limon Correctional Facility we have been having major problems causing shake-downs and lock-downs as we are now at this present time.

During the allowed time that was given me to file more information on my objection and claim

during the period GRANTED, WE your Honor had problems with staff and inmates causing a major shak-down and also facility Lock-down.

To get to the points as needed.

1). I have a chronic disease. Will have this until the day I die.

2.) My dependency is on the staff of the unites and the medical staff here at L.C.F.

3.) Discrimination, neglect, and just lack of attention was going on during my time period.

4.) On Feburary 27, 2007, was moved to a cell that almost took my life. During this time period, was moved to another cell in which an inmate lived in whom assaulted a staff employer here some medical and court papers came up missing during shake-down called trash.

5) Could not get in contact with my witness that works at Denver Health Medical Center.

6.) Mailed a brief letter to you about what was going on with me being moved. The way I was being treated, and the people that were involed. It seems you never received it.

Your Honor, will get what is needed to and show a much better presentation of my case to you.

(3)

Some cases to help with my objection.

A). <u>Miller v. Department of Correction of State of Illinois</u> 916 F. Supp 863 (C.D. Ill. 1996).

B). <u>Fehr v. McLean Packing Crop</u> 860 F. Supp 198 (E.D. Pc. 1994).

C). <u>Johnson v. America Chamber of Commerce Publishers Inc</u> 108 F.3d 818 (CA. 7 Ill. 1997)

The Honorable Judge Kenp stated in

D). <u>Ramos v. Lamm</u> 485 F. Supp 122 (D. Colo 1979). The ground breaking Lawsuit that brought to life D.O.C's negligence in an aggragate. He stated that "Over the years Reports have pointed to an ongoing conflict of interest and lack of cooperation between security and medical service. Etc."

<u>Ramos v. Lamm</u> It is well established that good faith efforts, even unreaching ones are not a defense to equitable relief from constitutional violations.

And more. Please give me 30 days. Believing you will reconsider when you get all the facts.

Respectfully Submitted this 25th day of September, 2007

Alfred Raglin #97357

*Alfred Raglin* #97357
Limon Correctional Facility
49030 State Hwy. 71
Limon, Colorado 80826

(4)

partment Of Corrections
d Raglin
#97357
2-13
030 State Hwy 71
Imon, Co. 80826

COLORADO SPRINGS
CO 809 3 L
26 SEP 2007 PM

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589