IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Gregory Wade Oliver

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Return of Documents submitted in connection with Claim No. 02-477 (doc. #2909), filed September 25, 2007, is GRANTED. The Clerk of the Court will return the documents requested.

Dated: September 28, 2007