September 26, 2007

Office of the Clerk
United States District Court
Alfred A. Arrat Courthouse
Attn: Senior Judge John L. Kane
901 19th Street, Room A-105
Denver Colorado, 80294-3589

FILED
UNITED STATES DISTRICT
DENVER, COLORADO

SEP 2 8 2007

GREGORY C. LANGHAM
CLERK

Case NO. 92-CU-00870-EWN

Jesse (Jesus) Montez, et al,
Plaintifts

Vs.

Bill Owens, et al,
Defendants

Senior Judge John L. Kane

Judge Kane,

   My name is Alfred Harris. I am one of the claimants of the Montez suit. While I was denied monetary gains from this suit, I was allowed accommodations for the Diabieities which I do have.
   My disabilities fall under the headings of Diabetes, Vision, and mobility. For the first few years after the settlement inthe case, the Department Of Corrections (D.O.C.) granted my request for accommodations in the diabetes and vision claim.
It took until Augest of 2006 for me to be issued a cane. This took a act by a doctor at the state hospital in Pueblo. Everything was fine after recieving the cane.
   In January of 2007 I was transfered to the Sterling Correctional Facility. Upon my arrival here the first thing the Physicians Assistant (P.A. Webster) did was deny me a special diet, HS snack, bottom tier, and bottom bunk. Also my cane! I ask how he could do this as he didn't have any of my medical records. "Can't you see that I walk with a profound limp?" He stopped everything except my cane and that was because I dared him to take it!
   I filed greivances and wrote letters to the A.I.C. in Colorado Springs. The A.I.C. (Cathie Holst) is suppose to assist claimants with accommodations. The only answer you get from her is "this is beyond the scope of my job." I have sent letters to D.O.C.'s dietitian (Carol Berends R.D.) and she approved a diabetic diet and HS snack for me! She sent her approved diet and HS snack order to Sterling Medical. P.A. Webster recieved the order and never fowarded it to the kitchen. Two months later Carol Berends came to Sterling and informed me of what happened. These are the type of things that the Department of Corrections does to Inmates. My diet was finally started along with my HS snacks.

Though they have stopped a couple of times, I can get them re-started after a week or so.

In June of 2007, I was summoned to Sterling Medical. I was told that the A.I.C., Cathie Holst had ordered a physical for me. Doctor Fortonoto proceed to examine me. He kept asking me about my left knee. I told him the problem was in my left hip! He still proceeded to examine my knee. He told me that my diabetes was under control and that I didn't need anything extra. He examined my eyes and found cataracts in both eyes! He said that I should be scheduled to see the eye doctor A.S.A.P.! I told him I had just seen the eye doctor in March and picked up some glassed in May. He told me my records showed I hadn't had an eye appointment since 2005!

As luck would have it, the eye doctor was here that day. We went to talk to him and he remembered me and remembered making my glasses! We were both looking at Dr. Fortonoto like he was stupid. The eye doctor examined me and said that I do have cataract in both eyes! I asked how this was possible ever a three month period of time? He didn't know but said I should be seen soon before they got any worse. I later figured out how I got them.

On September 12, 2007 I recieved my Accommadation resolution from Cathie Holst. It states that I do have diabetes but at this time I have no need of accommodations at this time!! Does this mean that I will no longer recieve <u>Insulin</u>, <u>Diet tray,</u> <u>HS snack and Glucophase??</u> Judge Kane, Sir, if the Department of corrections has found a cure for Diabetes, I'm sure that the Medical Community would like to know what it is! If there is a reason for my diabeties being under control it is out of my own diligence and nothing else.

Also in the Accommodation Resolution it states that I do not have a qualifying mobility or vision disability. Judge Kane, I have had multiple fa;lls since being in D.O.C. When my hip goes out, I go down! I also have two herniated disc in my back (L-2,L-4). This is in my records when I was first admitted to D.O.C.

As far as me not having a vision disability?! Dr. Fortonoto himself found the cataracts. It has now been over three months and I'm still waiting to see the eye doctor! I have made repeated requests! Are they waiting for me to go blind? My vision is rapidly decreasing. As I stated earlier I figured out what caused the cataracts. In April of 2007, P.A. Webster injected me with a drug called KENALOG! I have had one reaction after another to this injection. Most are still evident, and I believe the cataracts are one of these reactions.

Judge Kane, Cathie Holst's job seems to be to disband all claims under the Montez suit. If you look into the records of the claimants you will find we have had a disability denied to us just two years after they were granted. <u>This is just wrong!!</u> The D.O.C. has not corrected any of our disabilities so how can they deny them?? The medical personal seem to be going along with this plan. I have written you about my problems but there are many others that need help also. Medical has discontinued medications, denied appliances and other things.

We are told that if we do not like it to file a grievance! Grievances are nothing but a joke in D.O.C. All you get are Dumb looks and stupid answers! How can you tell someone you're

not responsible for putting the wrong insulin in the syringe? I was charged $5.00 to renew my medications. Cronic Care Clinic is laughable at best!

    Judge Kane can you please do something to stop this practice of denying disabilities. If D.O.C. says I don't have a disibility then I can not claim discrimination. Correct? Judge Kane if I can not get a response from you within a reasonable amount of time I will file a complaint with the Department of Justice under Title six.

    The doctor (Dr. Fortonoto) was run over here in the parking lot. He now knows how it feels to need special accommodations and have them denied, I wonder? Thank YOu for your time.

                                   Respectfully Submitted,

                                   Alfer Harris
                                   #91439 Unit 4-C
                                   P.O.Box 6000
                                   Sterling Colorado, 80751

**Colorado Department Of Corrections**

Name __Alfred Harris__

Register Number __91439__

Unit __S.C.F.__

Box Number __6000__

City, State, Zip __Sterling Co. 80751__



DENVER CO 802

27 SEP 2007 PM 7 L

Office of the Clerk
United States District Court
Alfred A. Arrat Courthouse
Attn: Senior Judge John L. Kane
901 19th Street, Room A-105
Denver Colorado, 80294-3589

80294+2500