IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number X-233
Category: Untimely Filed Claim
Claimant: Linda Salmen, #124140
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on the claim of Linda Salmen. In the claim form, Claimant stated that she was incarcerated on December 1, 2004. Since it appeared that the Special Masters might not have any jurisdiction over the claim, a show cause order was issued to Claimant. She has responded to that order.

      In her response, Claimant details significant medical problems that she presently has. Claimant states that she arrived at the Denver Womens Correctional Facility (DWCF) on December 1, 2004. She later states that "I have no control over the date I came to DOC."

      Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Individuals who came into DOC custody after August 23, 2003 may file a separate lawsuit, but may not utilize the claim procedure. As verified by Claimant and her documents, she came into DOC custody after August 27, 2003. As a result, the Special Masters have no jurisdiction to adjudicate this claim. The claim process is limited to adjudication of claims of individuals who were in DOC custody on or before August 27, 2003. Claimant's remedy is to file her own lawsuit concerning what occurred from December 1, 2004 on.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into DOC custody after August 27, 2003 and there is no jurisdiction to adjudicate this claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 10, 2007.**

SIGNED this 24th day of September, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master