IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

───────────────────────────────────────────────

Claim Number X-234
Category: Untimely Filed Claim
Claimant: Rita Erickson, #124753
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

───────────────────────────────────────────────

## ORDER OF DISMISSAL OF SPECIAL MASTER
───────────────────────────────────────────────

    THIS MATTER comes before the Special Master on the claim of Rita Erickson. In the claim form, Claimant states that she came into DOC custody on January 10, 2005.

    When the claim was filed, the Special Master noted the DOC entry date in January, 2005. Since it appeared that there may be no jurisdiction over the claim, a show cause order was issued to Claimant. Despite being granted up to and including September 21, 2007 in which to reply to that order, Claimant has filed noting further.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as she came into DOC custody after August 27, 2003 and there is no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 10, 2007.**

SIGNED this 26th day of September, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master