# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 01, 2007 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jimmy R. Bulgier
Texas Department of Criminal Justice Estelle Unit
264 FM 3478
Huntsville, TX 77320-3322

**RE:**     **07-1405, Bulgier, et al v. Gunter, et al**
            Dist/Ag docket: [92-cv-00870-EWN-OES]

Dear Counsel:

This appeal was docketed today.

We have enclosed an Entry of Appearance form. Attorneys for parties must complete and file the form within 10 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

Please note that under the Prisoner Litigation Reform Act prisoners are required to pay the full amount of the filing fee. *See* 28 U.S.C. 1915. The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the statute. They include, but are not limited to, providing a certified copy of your trust fund statement for the preceding six months, and consenting to the collection of the funds from your account by your custodian.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732 (2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

Enclosure(s)

cc:     Jess Alexander Dance
         Jennifer Susan Huss
         Robert Charles Huss
         Elizabeth H McCann
         Elizabeth H. McCann
         James X. Quinn
         Jennifer L. Veiga