

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-00870-EWN

RTS #2892, 2893, 2894

UNABLE TO FORWARD
RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2  2007

GREGORY C. LANGHAM
CLERK

017H15524679
$0.802
09/18/2007
Mailed From 80202

Nathaniel Hensley #55740
10500 East Smith Road
Denver, CO 80239

80239+3232