10-1-07

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2007

GREGORY C. LANGHAM
CLERK

Dear Clerk of Court

Please file and send to appropriate parties.

Monte I only have to file one copy to you

Shalom -
I'll Cout

**Court Address:**

US DISTRICT COURT
901-19th Street
Denver, Co 8020'

**Plaintiff(s):**

JESSE MONTEZ , ET AL
vs.

BILL OWENS, ET AL
**Defendant(s):**

Δ **COURT USE ONLY** Δ

Attorney Or Party Without Attorney (name and Address)

JILL   COIT # 86530
case number  03-129 Cat III
DWCF  P.O. Box 392005
Denver, Co 80294

**Case Number:**

92-N   870 (OES) &
96 N 343

**Division:**          **Courtroom:**

ADDITIONAL INFORMATION NEEDED TO UPHOLD  COIT'S MONTEZ JUDGMENT

Comes Now, Plaintiff Jill Coit, pro se in regards to defendants
claims that she is not part of Montez or should not be a part of
the Montez Remedial Plan. This court will be shown a film that
defendants claim make her not a part of Montez.
    According to the Montez Remedial Plan and Judge Pringles
determination that  Coit is a part of Montez and falls under the
criterial of the Montez Remedial Plan herein referred to as MRP.
Coit sets for the following facts:
1. Page  5 of the Final Order of special Masters sates:" The
                           Special Master finds
and concludes that Claimant is a disabled individual who is a
member of the classs. Claimant has a permanent physical modbity
impairment that substantially limits the major life activities
of walking , working and perhapes performing manual tasks."

You will see a tape of me performing necessary actions that are required to survive daily life. You will not see me doing anything that would voilate or change my status in the Montez Remedial Plan or this court granting me Montez Status.  I do exactly what is required for me to eat (use the microwave which is 25 steps from my cell door; going to medical and med line to pick up my medicine or when I am called to medical. Med line requires approximately standing in line for 25 minutes. DWCF doctor told me he would not renew my restiction for standing no more than 5 minutes because then I would not be able to go to med line. You will see that I picked up my canteen order each Wednesday as required and that I carried the bag over my shoulder and used my other hand/arm to brace myself when I needed wall support. I was given an order that I could not drag my canteen bag therefore I got it back to my unit the best way I could.

Inmate and I were given a direct order that they could assist me in any way which included picking me up  when I fell or they would be given a PREA sexual abuse charge for touching me.  When I was paged to the mail room I went and was told that I could not rest by sitting on the window ledges so I held onto the window support fram even though it was to high and caused me to have pain in my shoulders. I have a MRI that shows Rotator Cuff damage. If I lift my arm/actually elbow above my shoulder it causes severe burning and pain.

Due to my hand/thumb area on my right hand having soft tissue damage as opposed to my being told I had carpal tunnel syndrom I am not going to be given surgery or medical help. I normally used my arm to brace myself against the wall since I was not allowed to sit down or on the window  ledges for suppport when MY knee was hurting and visably swollen. My hands/wrist hurt and swell daily when I  try to hold a pen to write, eat or cut up food, type or even clean myself after using the toilet. Bathing/showering causes pain But lets be honest, I must eat, bath, and do daily things no matter how much pain I am in. None of the activities you will see on the numerious hours of tape show me doing anything that would change my disbiity status. see hand medical reports.

Montez & ADA do    not say that I must reamin in bed or  that I can walk short distances. I have never said I can not walk short distances only that I fall down and my knee swells when I am forced to stand or walk more than 50 feet. I can walk the fist distgance then when I continue to walk more my knee swells and I am in severe pain. I put ice on my swollen joints (Knees, hand, wrist, back and shoulder as evicdenced from me going to the ice machine in unit 2 which is about 30 steps away from my cell.

I attemped to go to the dinning hall and made it there without falling but  can not wait the 28 to 45 minutes in line that is required to get your food. IN fact I have not gone to the dining hall except for two times because of the waiting time. The first time I was told when I attempted to pick up mykosher break the fast meal that I had to wait in line when other inmates just picked up their kosher break the fast meal that was to be taken back to the unit to be eaten after sundown. The next time I was allowed to pick up the snack. I can not stand in line for 28 to 45 minutes, then eat and make it back to my unit without being in severe pain.

2. According to the Montez Remedial Plan filed September 11, 2003
   under III Definitions B Qualified inmate -Inmate with a permanent
disability/impairment which substantially limits his or her ability
to perform a major life activity.
(1) Coit has a leg length discrepancy of 1 and 1/2 inches according to
podiatrist CDOC sent her to. (ex 1) some shoes have lift others don't.

(2) Coit has an artificial right hip that is now extremely painful and
causes pain to radiate down her hip and the back half of her leg
since her wheel chair has been removed from her on 8-1-07. Not by
a medical doctor but by Randy Smith -DWCF medical coordinator after
Coit filed that DWCF was not in complaince with the Montez Remedial
Plan on July 27, 2007.  Smith has no medical Orthopedic training.
(3) Coit has a torn menusis tear as evidenced by MRI. Ex 2.

(4) Coit had permanent wheel chair permit . Ex 3.

(5) Defendants placed a camera in Coit's living unit directly in Coit's
vison then instructored Coit to hurry up and get to the office which
is approximately  30 steps from Coit's cell. They call Coit back
and forth to the office 4 time each time instructing her to hurry
as fast as  she could. Coit complied but still needed wall for
support at times. This short distance in no way violated Montez or
ADA standards of being able to walk 100 yards without stopping or
support.
(6) Defendants admit Coit walks to the bath room from her cell-approx-
imately  14 steps and go the micro wave to heat her food
           Coit can not go to the dinning hall not because she can
not walk to the dininng hall but because she can not stand in line
the 28 minutes (shortest time) to  45 minutes (longest time in line to
get food tray).
(7) Coit at all times even in the night wears her black leg brace. Coit
has fallen in the yard and in the unit but does not know if defendants
will show this to the court.
(8) Defendants through unit officer Mr. Howard ordered other inmates
to not be allowed to help Coit in any way either walking or carrying
items for her.
(9) Coit was given a direct order not to hold onto the building for
support when she is in the yard.
(10) Coit disobeyed this order when she went to get her Canteen items.
(11) You will see a picture of Coit carrying her canteen over her
shoulder because she was given a direct order not to drag it (over
mainly her left shoulder because she held onto the window frame for
balance.
(12) See back and hip MRI and X rays for back and hip mobility issues.
Back brace was lost in 2001 and never replacedeeven with medical ordering
it.
(13) Left foot has plantar fibroma growth that needs removing again but
has not been accommodated for.
SEE MEDICAL REPORTS AT END OF THIS.

3. Montez Remedical Plan on III - C. Permanent Disability/Impairment
"A condition which is not expected to improve within 6 months.

(A) Do defendants claim Coit's knee will stop swelling and be well within 6 months since her last Mri was in 2004 and her knee surgery which was not a success was in 1998. Coit was told by Denver Health that her knee surgery could take 4 or five surgeries to fix her knee (Left).

(B)    Because Coit's wheel chair was removed and she is now walkking on the inside of her (R) foot and Right ∫ knee is now <u>also</u> swelling daily and painful. Her right foot is so turned in that <u>she</u> will need to see podiatry to correct right foot problems.

(c)    Coit has rotator cuff injuries in both shoulders, do defendants plan on curring or having  her shoulder surgery within the next 6  months? Continual chronic problem.

(D)    Coit has severe arthritis in her hands , back, neck , shoulders, hip and knees that can not be curred or corrected within the next 6 months.

This section alone qualifies Coit under disabled and ADA impaired.

4. Page 2 of the Montez Remedial Plan states under Iv.-third paragraph  last two lines from the bottom:
"The inmate's status as an inmate with a disability shall be effective <u>until</u> a change in the inmate's condition causes a change in disability status."

(A) Defendants have now changed the ADA rules and declared Coit no longer disabled. Coit was declared permantly disabled by Social Security  due to back and hip medical conditions but CDOC/DWCF has not even addressed her back problems except to order a replacement for her back brace that was "lost" in 2001. Coit never has received her replacement back brace.
(B) In fact her medical restrictions have all been deleated which included No bending, lifting over 5 pounds, squatting, twisting, etc. DWCF doctor stated they could no longer list these restrictions.
(C) It is interesting to note that Coit's medical conditions have gotten <u>worse</u> <u>yet</u> on paper they seem to be getting better.
(D) She wants to know what magic being in CDOC does to make her better without any treatment or surgeries.
(F)
Coit has severe pain in her wrist and they swell daily when she uses her hands yet now after nerve test coit No longer has carpel tunnel. If that is true, what does she have? There are numerous documentations of her swollen wrist and hands?
(R)    Defendants  claim her hands <u>are soft tissue injuries</u> and not covered under their medical insurance. IN fact they  now refuse to replace her splica splints that have been provided for the last ten years of inceration. Coit had splica splints on her hands when she was admitted to CDOC in 1995 . Medical reports state braces are rquired due to severe DJD. Degenerative Joint Disease. However Coit wonders how long CDOC will decide that she no longer has a hand disability since her last CDOC Xray read mild not moderate to severe as the last ten years recorded. HOw did I get magically well since I filed for damages?

5. Under the Montez Remedial Plan page 4 - V Placement (A) (1)
(b) Permanent Mobility impairment (non Wheel Chair) inmates who
do not require a wheelchair but who have a permanent lowere extre-
mity mobility impairment that substantially limits  walking:
eg-an inmate who cannot walk 100 yaers on a level surface or
climb a flight of stairs without a pause. Such impairments may
require use of a cane, prosthesis or walker or other assistive
devises."

Coit clearly can not walk 100 yards without stopping, holding
on to the wall and without assistance. The demonstration
of camera never had Coit walking 100 yards and even on the part
that defendants will show you Coit needed assistance and stopped
frequently. IF you could just see her knee after she walks
even a short distance say 100 feet then you would see a totally
swollen knee. Coit places ice on her knee (left and right
every time she leaves the unit.)

Coit could not walk 100 yards even before defendatns  reinjured
her left knee when they illegally sent her to Colorado women's
Correctional Facility (CWCF) in March 2004. This was against

Montez Rules but Coit was sent even though Dr. Razzaghi had
faxes Coit's ADA screening records to Cathie Holst at legal
services.

Now defendants as of 5-06 have new ADA papers. Coit's ADA
screening, request for Accommodations, authrization for medical
release confidential information were all done in March 2004.

yet they claim Coit did not meet their proper paper work. HOW
can Coit be accussed of not meeting their proer paper work
when it did not exist in 2004 when she did ADA and Montez?

See exhibit 4,5,6,7 and 8.
Even Holst own letter states that accommodation resulution will
not be granted until AFTER all paper work is complete.

EX 9. Accommodation Resolution signed by Cathie Holst in March
2004.  That is correct 2004 yet now Coit is told she did not

follow procedure. What a joke, Coit can not help it if CDOC
and HOLST changes their rules.

Holst newest letter demands that I turn over the ORIGINALS
to her. That is impossible because RAndy Smith and MEDICAL _DWCF
have the originals and they refuse to  turn them over to me
so guess again I am not following procedures that they put in

place and then  deny me access or any means to comply.

(6).

   Under Administrative Regualtion 150-01 Code Of Penal Discipline
Class 2 Violation 25 Disobeying a Lawful Order- an offender commits
this when: (a) He refuses to obey a verbal or written order ot instrut-
ion given by a DOC employee,contract worker or volunteer which is
reasonable in nature and which gives reasonable notice of the conduct
expected '...
   Violating a posted operational rule is not an offense under this
subsection; however, refusing a verbal or written order to comply with
a posted operational rule is.

(A)  Because of my fear of being placed in a unit that has metal slidding
doors that bring back nightmare of rape by sgt. Jospeh Smith I will
obey any order given to me no matter what it is. I know that I will
probably commit suicide if I am placed again in a cell with metal
closing doors. Just the thought of it braings on cold sweats, headaches,
stomach pain, fear and to the point that life is not worth living
if I must constantly hear the slamming door that brings back the thoughts o
rape and physical injuries.

(B)  I wrote DWCF medical director Randy Smith a letter stating that I
would "confess" to anything even doing sumber saluts which would be
impossible for me to do with my knee, back and shoulder injuries
if he would just get me medical care and applinaces that I need.
I joked that other inmates told me to "moon" him since we all saw
them putting up the camera.

(C)  I never said I could not walk at all and the Montez Remedical Plan
doesn't say that either₂ I can not walk 100 yards without resting
or stopping for a brief time. Even when they had the fire drill and they
forced me to go faster than was comfortable, I obyed. My knee was
so swollen by the time I reached the gym (100 yyards) that the gym
officer got me me chair to sit down. My knee was almost splitting
the seams of my pants. In fact, an officer after seeing me attempt
to walk back got the emergency cart and wheeled me back to the unit.
A female officer bitched at him for helping me. I wrote Major Evans
regarding the incident.

(d)  If you want proof of my ability to walk why don't you get the transport
officers written report of when I went to the eye doctor at Denver
health, he had to assist me in getting to the appointment since
my knee was so swollen. date of med trip is ____8 — 3 — 07____

(E)  I could see CDOC trying to say I was not disabled if I was walking
on the second floor or using a jump rope but to tell you that the
judgment was wrong because they yell at me to do something or call
me to medial and when I get there try to use that against me is
just plain wrong. I must function and obey orders no matter how much
pain it puts me in.

   Just because CDOC and Cathie Holst changes the rules for ADA and
disability does not mean I am not disabled or in pain.

For the reasons listed above, Coit ask that her status in Montez remain as is, in accordance with the Montez Remedial Plan.

Respectfully,

*Jill Coit*

Jill Coit  86530
P.O.BOX 392005
Denver, Co 80239

CERTIFICATE OF MAILING

I swear I placed in the US mail to the following:

US DISTRICT COURT

THIS _1_ day of October, 2007

*Jill Coit*

## ST. THOMAS MORE HOSPITAL

NAME:             COIT, JILL
ROOM:             OP
MEDICAL RECORD #: 78983
DATE OF BIRTH:    06/11/1944
DOCTOR:           AUTREY/DOC
REASON FOR EXAM:  MILD TO MOD DJD
X-RAY NUMBER:     56746
DATE OF SERVICE:  02/01/2000

CERVICAL SPINE MRI:

Technique: T1, gradient echo, and fast spin echo T2-weighted sagittal
images obtained through the cervical spine along with 4 mm thick gradient
echo T2-weighted axial images.

Findings:  The spine is normal at C2-3 and C3-4.

At C4-5 there is the suggestion of a disc bulge and uncinate proliferation
resulting in a moderate left foraminal stenosis.  The right foramen is
patent and there is no spinal stenosis present.  At C5-6, there is
bilateral uncinate proliferation, worse on the right than the left
resulting in a moderate right and a mild left foraminal stenosis.  There
is also minimal narrowing of the spinal canal without cord compression.
C6-7 and C7-T1 are within normal limits.

IMPRESSION:   Degenerative disc disease at C4-5 and C5-6 with a left
              foraminal stenosis at C4-5 and a right foraminal stenosis
              at C5-6.  Minimal spinal stenosis without cord compression
              at C5-6.

LANCE PYSHER, MD
D: 02/01/2000 T: 02/01/2000
tgu



DIAGNOSTIC IMAGING REPORT

Sec. 3.x-req.m.
(Rev. 3-94)

## COLORADO DEPARTMENT OF CORRECTIONS
## X-RAY REQUEST/REPORT

REQ. RECEIVED 4-2-01

REPORT RECEIVED 4/6/01

REPORT SIGNED 4/6/01

HISTORY: (INFORMATIVE CLINICAL HISTORY REQUIRED BY RADIOLOGIST)

REPORT OUT

*boxes of plastic spoons fell on head, 3/31/01 - (?) back + neck pain + dizziness since then. Hx C-spinal stenosis*

| UPPER EXTREMITIES | | | LOWER EXTREMITIES | | | THORAX | | |
|---|---|---|---|---|---|---|---|---|
| ( ) Scapula | ( ) L | ( ) R | ( ) Pelvis | | | ( ) Chest PA, Lat | | |
| ( ) Clavicle | ( ) L | ( ) R | ( ) Hip | ( ) L | ( ) R | ( ) Ribs | ( ) L | ( ) R |
| ( ) Acro/Clav Jt | ( ) L | ( ) R | ( ) Femur | ( ) L | ( ) R | ( ) Sternum | | |
| ( ) Shoulder | ( ) L | ( ) R | ( ) Knee | ( ) L | ( ) R | ( ) Sternoclavicular | | |
| West Point | ( ) L | ( ) R | ( ) Lower Leg | ( ) L | ( ) R | ABDOMEN | | |
| ( ) Humerus | ( ) L | ( ) R | ( ) Ankle | ( ) L | ( ) R | ( ) Supine (KUB) | | |
| ( ) Elbow | ( ) L | ( ) R | | | | ( ) Supine & Upright | | |
| ( ) Forearm | ( ) L | ( ) R | ( ) Calcaneus (Heel) | | | ( ) L   ( ) R | | |
| ( ) Wrist | ( ) L | ( ) R | ( ) Foot | ( ) L | ( ) R | | | |
| ( ) Hand | ( ) L | ( ) R | ( ) Toes | ( ) L | ( ) R   1st ( ) | 2nd ( )  3rd ( )  4th ( )  5th ( ) | | |
| ( ) Fingers | ( ) L | ( ) R | 1st ( )  2nd ( )  3rd ( )  4th ( )  5th ( ) | | | | | |

| CRANIAL BONE | | | SPINE | CONTRAST STUDIES | |
|---|---|---|---|---|---|
| ( ) General Skull Study | | | (X) Cervical, Ap, Lat, Obliq | ( ) Esophagram | |
| ( ) G Facial bones study | | | ( ) Thoracic study, Ap, Lat | ( ) Upper GI | |
| ( ) Orbit | ( ) L | ( ) R | (X) Lumbar Ap, Lat, Obliq | ( ) Barium enema | |
| ( ) Mandible | | | (X) Sacrum - Coccyx | ( ) with air     ( ) without air | |
| ( ) Tempromandibular Jt. | | | | ( ) Oral Cholecystogram | |
| ( ) Nasal Bone | | | | ( ) IV Pyelogram | |
| ( ) Sinuses, Upright waters | | | | | |
| ( ) Other | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RADIOGRAPHIC FINDINGS

JILL COIT                                   #86530                         CWCF

**CERVICAL SPINE:**   Spurs are present between C4-5 and C5-6. The facets are sclerotic.

**IMPRESSION:**   Degenerative disc disease.

**LUMBAR SPINE:**   The L3-4, L4-5 and L5-S1 disc spaces are narrowed.

**IMPRESSION:**   Degenerative disc disease.

**SACRUM AND COCCYX:**   Normal.

Lance Pysher, M.D.
Radiologist

| | | | |
|---|---|---|---|
| Diot: 04-04-01 | | | |
| INMATE NAME Reep: 04-04-01 | | DOC# 86530 | D.O.B. 6-11-44 |
| Requested by Typ: 04-04-01 msb | | X-Ray Tech: CA | |
| Date of Request | | Date Taken: 4-2-01 | |
| Facility Code | WC (west) | | |
| 31206 | Distr:   White – Medical Record     Canary – X-Ray     Pink – RAD | | Sent to Doctor for review and signature. Date: 4-04-01   Initials: MSB |

 

## COLORADO DEPARTMENT OF CORRECTIONS
## X-RAY REQUEST/REPORT

Denver Women's Correctional Facility
3600 Havana Street
Denver, CO   80239

REGARDING:     Jill Coit
               BD:   6-11-44     #:   86530   Dr. Razzaghi

EXAMINATION DATE:     October 22, 2003

EXAMINATION:     AP pelvis.

INDICATION:     Pain.

FINDINGS:     There is a prosthetic right hip. The left hip is moderately narrowed. No other abnormality is noted in the pelvis. There are degenerative changes in the lower lumbar spine with L4-L5 disc space narrowing.

**IMPRESSION   :  Degenerative changes in the left hip, with right total hip prosthesis. Degenerative changes of the spine.  Nothing acute.**
**\*R2R**
EXAMINATION:   Right wrist 4 views

INDICATION:     Pain.

FINDINGS:     Again there is moderately severe narrowing of the scaphoid/multangular joint.  Moderately severe narrowing of the first carpal-metacarpal joint is also noted. These findings are not significantly changed when compared with 06/03/03.  No other abnormality is noted.

**IMPRESSION:   Stable degenerative changes in the medial wrist. Nothing acute.**
**\*R2R**
Interpreted by: Janice J. Ugale, M.D.
kr
DD: 11/11/03 DT: 11/12/03

## COLORADO DEPARTMENT OF CORRECTIONS
## X-RAY REQUEST/REPORT

June 4, 2003

Denver Women's Correctional Facility
3600 Havana Street
Denver, CO   80239

REGARDING:      Jill Coit

BD:   06/11/44      #: 86530      Razzaghi, M.D.

EXAMINATION DATE:      June 2, 2003

EXAMINATION:      4-VIEWS OF THE RIGHT WRIST

INDICATION:      Pain, I suspect arthritis.

FINDINGS:      There is moderate narrowing of the scaphoid/multangular joint.  There is moderate to severe narrowing of the first carpometacarpal joint, where there is some associated sclerosis and minimal spurring.  I see nothing acute.

IMPRESSION:      **Degenerative changes medially.  Nothing acute.**

6/12/03 MJR

*R2R

INTERPRETED BY: Janice J. Ugale, M.D.
sm

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
CONSULTATION REPORT FORM

OFFENDER INFORMATION:                           Date: 07/17/2003

    Name: COIT, JILL          DOC #: 86530      Facility: DEN-WOMENS

    DOB: 06/11/1944    SSN: 434622141    Gender: FEMALE    PED: 03/26/3004

    Insurance:  COLORADO ACCESS FOR COLORADO DEPARTMENT OF CORRECTIONS

    Authorization #:                    # Visits Authorized:      1

    Appointment is to be scheduled with Tele-medicine?: NO

PROVIDER'S CONSULT TO SPECIALIST:

    Hospital: ONSITE CLIN-NOR  Clinic: ABILITIES UNLIM  Specialist:

    Hospital #: _____    Appt: _____    Priority: 4  TWO MONTHS

    Diagnosis/Health Complaint:
        PT NEEDS R THUMB SPICA SPLINT DUE TO SEVERE DJD AND DEFORMITY

    Provider Signature: _____    Facility Physician: _Rmgl, MD)_

SPECIALIST'S SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN:

    _____

    _____

    _____

    _____

    _____

    _____

* PLEASE COPY CLINIC NOTES AND ATTACH TO THIS CONSULT.
* DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER.
* RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER.
* PLEASE SEND ALL DICTATED REPORTS TO:

    CTCF Clinical Services   PO Box 1010   Canon City, CO  81212
        Ph: 719-269-4089   Fax: 719-269-4092

Specialist: _____    Name: _____    _____
              (Signature)                    (Print)              (Date)

AUG-03-06   07:38   FROM-

Page 1

T-652   P.004/010   F-241

## DENVER HEALTH MEDICAL CENTER

DATE OF SERVICE: 11/29/2004

SUBJECTIVE: Patient is a 50-year-old female, right-hand dominant, who comes in complaining of bilateral shoulder pain, left worse than right. Her pain has been present since 1995. She states several instances of encounters and interactions with guards causing shoulder injuries. She has refused any prior injections secondary to having been told by a previous orthopedist that would eat away at her cartilage. She is again, today, refusing any injection.

PHYSICAL EXAMINATION: On physical examination today, her range of motion is, in the forward plain to approximately 30 degrees on the left side and 45 degrees on the right. Abduction to approximately 40 degrees on the left and about 60 to 70 degrees on the right. Internal rotation on the left is to her buttock, to her right it is to L-5. External rotation is to 45 degrees on the left and approximately 50 on the right. She has decreased strength against resistance of 4/5 on the right and -4/5 on the left. She is unable to hold her hand in abduction and pronation against resistance at 90 degrees on the right. She is unable to even maintain abduction and pronation of the thumb in the empty can position on the left side.

DATABASE: New x-rays do show evidence of acromioclavicular (AC) joint arthritis as well as some globalized glenohumeral joint arthritis. There is some superior translation of the humeral head on the left shoulder x-rays.

ASSESSMENT: Palpable rotator cuff pathology in bilateral shoulders along with degenerative joint disease.

PLAN: I ordered bilateral shoulder MRIs. She has, in the past, used Celebrex 10 mg b.i.d. with some adequate pain relief and is requesting this again, as well as use of a heating pad for pain relief. I have reinstated both and would like to see the patient for followup in clinic

DICTATOR:   Molly Matalits, PA-C
ATTENDING:                          COIT, JILL
ORTH    CRT                         MR#:  2098663  Outpatient
                                    HFC#: 76028182
                    ORTHOPEDIC OUTPATIENT ENCOUNTER

CWCF-SSI,

## CDOC CONSULTATION REPORT FORM

### OFFENDER INFORMATION

NAME: Jill Cort    DOC#/FACILITY: 86530    DATE: 2-24-00

**PLEASE SEND ALL DICTATED REPORTS TO:**

| | | | | | |
|---|---|---|---|---|---|
| [ ] | AVCF | Cinical Services | P.O. Box 1000 | Crowley, CO 81034 | Phone: 719-267-5074   FAX: 719-267-5079 |
| [ ] | BVCF | Cinical Services | P.O. Box 2017 | Buena Vista, CO 81211 | Phone: 719-395-2404   FAX: 719-395-7235 |
| [ ] | CTCF | Cinical Services | P.O. Box 1010 | Cañon City, CO 81212-1010 | Phone: 719-269-4089   FAX: 719-269-4092 |
| [ ] | DRDC | Cinical Services | P.O. Box 392004 | Denver, CO 80239-8004 | Phone: 303-307-2307   FAX: 303-307-2308 |
| [ ] | LCF | Cinical Services | P.O. Box 10000 | Limon, CO 80826 | Phone: 719-775-7651   FAX: 719-775-7651 |
| [ ] | SCCF | Cinical Services | P.O. Box 3 | Pueblo, CO 81002 | Phone: 719-583-5556   FAX: 719-583-5560 |

DOB: 6-11-44    SS#:    GENDER: M (F)    PED:

INSURANCE:    Colorado Access for Colorado Department of Corrections

AUTHORIZATION #: A0149230    NUMBER VISITS AUTHORIZED:

Appointment is to be scheduled with Tele-medicine (Circle One):    YES    (NO)

### PROVIDER'S CONSULT TO SPECIALIST

HOSPITAL:    CLINIC: hip specialist, DHMC    SPECIALIST: Dr. Smith

HOSPITAL #:    PRIORITY: 1    2    3    (4)    5

DIAGNOSIS/HEALTH COMPLAINT: Per recommendation of Dr. Ferrari, DHH Ortho, (2/17/00)
eval. of chr. L hip + knee pain (attributed to arthritis in hip.
Hx L hip replacement; + DJD in L hip, advanced.

PROVIDER SIGNATURE: MW Carter ANP    FACILITY PHYSICIAN: WR Autrom M

### SPECIALIST'S SUBJECTIVE   OBJECTIVE   ASSESSMENT   PLAN

Mild L hip OA, Sacro Iliitis

**FILE**
mkc

Cort - bill (given 3/27/00 - mkc) - can be
soft only; Can't exercise

45 x 2"
3 panel
dorsal
brace F/u 3 mo prn

Please copy clinic notes & attach to this consult.    USE REVERSE SIDE FOR ADDITIONAL NOTES
***DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER**
***RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER**

Specialist Signature:    Date: 3/27/00.

Print Name: Ferrari

31218 (11/99)    DISTRIBUTION:    Original - Medical Record    Canary - Scheduler

4/6/00

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: HARRELSON, JAMIE
Printed at: 02/08/2006 09:10:16
Encounter#: 1143849

| 86530 | COIT, JILL | | Facility: DW LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; BENADRYL - 50 MG; MIDRIN - 65/100/325; XYLOCAINE JELLY - 2%

Temperature: 97.7    Pulse: 94    Weight: 163
Respiratory:    BP: 110 / 84
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: PENICILLIN G

advised the patient of her carotid doppler studies.

**OBJECTIVE**

*offender copy*

Due to the patients physical limitations the patients needs to have her legal papers waist high and also needs assistance w/ bathing and other activities of daily activities.

**ASSESSMENT**

Datetime:              Providers: HARRELSON, JAMIE
02/08/2006 08:56

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 02/08/2006 08:56    Provider: 5053    DateTime

## Colorado Department of Corrections
## Consultation Report Form

Appt#: 63911

Page 1 o

Run Date: 06/29/2005 06:

| | | | |
|---|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW | Date Initiated: 06/29/200 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/194 |
| Level: 1 MONTH | Tele-Med: NO | Provider: RAZZAGHI, MITRA A , MD | SDD: 03/26/300 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/300 |
| Location: DEN-WOMENS | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: This a request for replacement of worn out bilateral wrist braces ( for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift ( due to 1.5 inch leg length discrepancy). Both DMEs are more than 1 year old and have been approved multiple times before. thank you.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life time sentence
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: great morbidity and functional disability
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: n/a
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: most conservative way
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THEPATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: none
9. RISK AND/OR COST BENEFIT: no risk

| Provider Signature: | *Electronically Signed* | Date: 06/29/2005  06:08 |
|---|---|---|
| Provider Name: | RAZZAGHI, MITRA A , MD | m11204 |

**Specialist's Subjective, Objective, Assessment Plan:**

_____

_____

_____

_____

_____

_____

_____

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Access Correctional Care    Phone: (888) 380-3726   FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719/226-4566

*Summary of Coit's attempt to get "Shower Shoes" croes"* (handwritten margin note)

(1)  Medical Restrictions signed by NP Nancy Nola dated 6-27-06, stating, "(1) White (Crocs) shower shoes, self purchase (2) 4 prong  extension-self purchase (3) OK to use computer voice activated program due to hand deformity and arthritis."

(2)  Sgt. Hatfield , property officer on 8-7-06 when I went to pick up my Croc shower shoes wrote, " Per Randy Smith, not able to give Croc's to offender Coit to be used as shower shoes".

(3)  Medical Report Ambulatory Health Record dated 6-27-06 by PA Nola states, "Ok given for shower shoes and bra extension. Self purchase for above items."

(4)  Medical record by Dr. Patterson dated 7-26-95, "limited activity, soft soled shoes, ice and elevate."

(5)  Podiatrist Clinic Dr. Gremillian, 1-27-99, "I want to follow this patient. I also noted that the patient's boots that she is wearing are far too small for her feet . The patient normally wears 8 to 8 ½ size shoes. The shoe she has on today is probably a size 7 ½ although it is very difficult to find the sizing. I recommend therefore that the patient be fitted once again with boots that fit her feet."

(6)  Podiatrist Clinic, Dr. Gremillian, 8-4-99, "Also note the patient's shoes she is wearing are too short. Recommend that she be given some longer shoes that fit her foot properly". (This report was 8 months after the first written documented request that I not be forced to wear shoes to small. I reported the laundry supervisor Ron Steinbauch for sexual misconduct and bringing in contraband so then he issued me boots to small. That is why I now have the plantar Fibroma that requires that I be allowed shower shoes (Crocs) that are soft soled to accommodate this growth that is painful when I stand or walk.)

(7)  Medical Record from Podiatrist Dr. Wentz dated July 21, 2000 stating," ..if there is continued pain an orthotics with a plantar fascia cutout grove is certainly an option. " (Plaintiff need shower shoes that will be soft enough to allow a grove to be cut out to accommodate her Plantar Fibroma growth.)

(8)  Denver Health Medical Center report by  Dr. Dale Carnegie director of Podiatry dated 11/14/2003, "Severe Plantar Fasciitis".

(9)  Colorado Department of Corrections Consultant Report Form dated 6/29/2005 stating, "This is a request for replacement of worn out bilateral wrist braces (for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift (due to 1.5 inch leg length discrepancy. Both DME's are more than 1 year old and have been approved multiple times before.' Signed by Dr. Razzaghi, MD DWCF Medical.

(10)   Copy of invoice where plaintiff's parents paid for Croc's shower shoes cost   $74.90.

(11) CDOC Medical Ambulatory Health Record 4/13/01 stating, "Suspect left                    hip and knee pain associated with heal lift adjustment."

(12)  CDOC Medical Ambulatory Health Record 5/21/04 stating, "Fell due to            defective shoes with threading on bottoms…"

(13)  CDOC Medical Ambulatory Health Record 6/8/04 by "Sgt. Risner from           laundry  came to see if inmate Coit could order another pair of tennis shoes        from canteen with Velcro straps. Advised that medical is not responsible for  this decision. It is a security matter." Rae Rice, RN

(14) Medical Restriction 5/2/06 by Nancy Nola NP, stating, "no shoes or socks            for left foot-can wear sandal/open toed shoes."

(15) Response to grievance answered September 9, 2003 from Patricia        Velenzuela RN III, "Ms. Billiot, I am giving you permission to send in Jill          Coit's Hush Puppy shoes that have been authorized by Podiatry. Also her     moist heating pad for her medical conditions such as DJD and Osteoarthritis.      Acupressure inserts x 2 for her shoes as she has neuromas. "

(16) Medical Records 7/14/00 stating, "Growth on bottom of L foot causing her to walk on side of foot brings her pain."

(17) Newspaper report on Crocs , 'shower shoes: Crocs or flip flops are standard footwear on the street or in the shower." Crocs have antibacterial fighting in their material that cuts infections and bacterial infections.

(18) Consultation Report 6/02/2006 by Dr. Pollack stating, "Asymmetric gait secondary to congenital short leg."

(19)   Fed Ex signed for by Ierlen July 19, 2006 Crocs- Denver Complex

*Exhibit 3* (handwritten at bottom)

COLORADO DEPARTMENT OF CORRECTIONS/ AMBULATORY HEALTH RECORD

DC Form 78 (2/93) / Old No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**PRICARE CODE NO.**

**NAME** Cort, Jill

**OFFENDER NO.** 86530

**DATE** 1-13-04

**TIME** 0900

**LIVING UNIT**

**SUBJECTIVE:**

Reviewed additional prescription for Custom made shoe with 1½" sole build up

+ Custom Made Orthotic for severe

**OBJECTIVE:** Temp.___ Pulse___ Resp.___ BP___/___

plantar fascitis. Evaluated existing shoe and found large holes in bottom from wear. Evaluated state boot and found they were too short. Evaluated gen. Medical Tenny shoe and found they were too wide at the heel. They were open shoe — feel custom made shoe appropriate.

**ASSESSMENT:**

shoe Appropriate

**PROBLEM 1 2**
**PLAN / ORDERS**

Will submit costs to Colorado Access

Once approved will release for treatment

**SIGNATURE:**

**NURSE:** Dr. Vahrist will review note

**P.E:**

**PHYSICIAN:** [signature] MD 1/15/04

**Rx NO.**

# STATE OF COLORADO



DENVER WOMENS CORRECTIONAL FACILITY
CLINICAL SERVICES

## Message from Medical:





Name: <u>Jill Coit</u>
DOC#: <u>86530</u>
Unit: ___2___  Date: <u>21 May 2007</u>

Due to Dr. Pollack's evaluation of granting you wellness coupled with his departure, I consulted with Legal at HQ and they informed me you must start the screening process from the beginning with an official application. Though you will not agree, it will be the quickest way to a resolution if you concede and go through the screening process. I am providing you with the paperwork, definitions and process that must be followed.

IV.    <u>PROCEDURES – Admin Reg 750</u>

A.    <u>Identification of Disabled Offenders</u>

*1.* Any DOC employee, contract worker and volunteer who becomes aware of an offender's possible need for an accommodation shall notify the AIC via email of the offender's name, DOC number, current facility and a description of the possible nature of the disability. *(I have done this with Ms. Baxter at Legal)*

2.  All offenders who choose to proceed with a disability screening are required to fully cooperate with the process, to include properly completing the Request for Accommodation Form, ADA Medical Release and the Functional Ability Questionnaire.

3. . Once the completed forms are received by the AIC, the offender will be screened by a DOC physician and the chief medical officer (CMO) will determine whether the offender's condition rises to the level of a disability.

4.  An offender with a verified disability shall be provided accommodations as determined necessary by the CMO.

To request an accommodation offenders shall complete the "Request for Accommodation" ("the Request") (Attachment "A") the "ADA Medical Release" ("the Release") (Attachment "B") and the Functional Ability Questionnaire ("the FAQ") (Attachment C). Forms may be obtained upon request from any DOC employee, contract worker or volunteers having access to DOCNET or by submitting a written request to the AIC. Forms shall not be edited, redacted, or otherwise changed from their original form. The request and release may be sent by the offender directly to the AIC at DOC Central Office via inter-facility mail (see AR 300-38, *Offender Mail*). *(I have also provided these forms to you).*

2.  The request shall specifically state the offender's alleged disability or disabilities, the major life activity that their condition places a substantial limitation upon, the specific accommodation(s) requested, and the reason the accommodations are needed. One additional page may be attached to the request if necessary.

1 of 4 pgs

Inmate with a permanent physical disability/impairment which substantially limits his
or her ability to perform a major life activity.

C.     PERMANENT DISABILITY/IMPAIRMENT

A condition which is not expected to improve within six months.

# IV.     DRDC:  RECEPTION CENTER PROCESSING

All inmates sentenced to the DOC will initially be processed through the Denver Diagnostic
and Reception Center (DRDC).  Generally, inmates shall be processed out of DRDC in a
timely manner, no more than 60 days from the date they are received by the DOC.  Detention
at DRDC in excess of 60 days shall not be based on an inmate's disability.

If an inmate with a disability is housed at DRDC beyond 60 days, DRDC will ensure that the
inmate is not denied access to programs, benefits and services comparable to those at the
designated facilities.  These programs may be provided through video transmission.

At the beginning of the intake processing, it shall be determined whether the inmate has a
disability.  If so, the disability shall be identified on the Inmate Disability Verification Form.
The inmate shall then be referred to the designated ADA Intake person who will coordinate
the intake process at DRDC to determine if any accommodations are required to assist the
inmate through the DRDC intake process.  Such accommodations may include, but are not
limited to providing a sign language interpreter, testing in large print Braille or other assistive
devices.  Any such accommodations provided shall be documented in the inmate's file and
forwarded to the AIC.  The Inmate Disability Verification Form shall be forwarded to the
AIC and shall become part of the inmate's files, and recorded in a central computerized
system.  The inmate's status as an inmate with a disability shall be effective until a change in
the inmate's condition causes a change in disability status.

As a part of the intake process, inmates with disabilities will be provided written information
regarding their rights as individuals with disabilities, the accommodations that can be
provided relative to their disability, and informed that they will not be denied access to the
programs, benefits and services simply because of their disability.  They will be provided
contact information for the AIC.  The inmates will also be informed of the ADA grievance
process and the method for filing such grievances.  The information will be provided in a way
that accommodates an inmate's specific disability.  Inmates with disabilities who are illiterate
or sight impaired will be provided a video orientation regarding these procedures.

Inmates must cooperate with staff in the staff's efforts to obtain documents or other
information necessary to verify a disability, including but not limited to, signing a release for
medical or mental health information, if necessary. Verification may be triggered by any of
the following:

2

FILE: 1da0ll

ADD TO LIST (NO NUMBERS):

4 ACE BANDAGES
3 WRIST BRACES
1 ANKLE BRACE
1 CERVICAL PILLOW
  MISC. JEWISH FOOD
1 MOIST HEAT PAD
1 TORAH/HOLY BOOK (JUDAISM)
3 PR. SUPPORT PANTY HOSE
  TENS UNIT

RELIGIONS ITEMS
----------------
          1 JEWISH SACRED ITEMS BOX

FACILITY SPECIFIC ITEMS
-----------------------
          1 ADDRESS BOOK (PMC) CANTEEN ITEM          1 CABLE CORD
          1 CABLE SPLITTER                           1 JEWISH MEDALLION
          1 MICROWAVE BOWL.                          1 MISC.CANTEEN/HYGIENE ITEMS.
          1 MISC.PAPERWORK                          24 SPONGE ROLLERS (PMC) CANTEEN ITEM
          1 WEIGHT LIFTING GLOVES

MEDICAL APPLIANCES
------------------
          1 BACK BRACES                               1 CANE
          1 KNEE WRAPS/BRACES                         1 MEDICAL MATTRESS
          1 MEDICAL TENNIS SHOES                      2 PRESCRIPTION EYE GLASSES/CONTACTS
          1 WEDGE PILLOW

Inventory Staff____D. Marshall____        ____O. Marshall____
                    (print name)               (signature)

Inventory Staff_____   _____
                    (print name)               (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.

Offender Signature_____     Date__5-15-01__

CWCF Medical
Equiptment

Encounter#: 1224860 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

## SUBJECTIVE

Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

| Temperature: | Pulse: | Weight: |
| Respiratory: | BP: / | |

### PLANS / ORDERS

Allergies: PENICILLIN G

☐

☐ Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

## OBJECTIVE

Jill was here for several items.
1. Had injured her back on Sundsy--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

☐ Ok given for shower shoes and bre extension.

☐ Self purchase for above items.

☐ Back X-RAY at DRDC (post fall)

☐ ok for her to use computer-voice activiated program due to hand deformity and arthrlis.

## ASSESSMENT

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

☐ Dietary Consult done.

☐ D/C - Rx#: 2071423 Drug Brand Name: ASA ENTERIC - 325 MG Alternate Name: ENTERIC COATED ASPIRIN Rx Date: 06/16/2006 Disc Date: 06/27/2006 Rx Instructions: ONE TABLET DAILY

☐ NEW - Rx#: 2075148 Drug Brand Name: FOSAMAX - 70 MG Alternate Name: ALENDRONATE Rx Date: 06/27/2006 Disc Date: 09/25/2006 Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

☐ NEW - Rx#: 2075152 Drug Brand Name: ASA ENTERIC - 325 MG Alternate Name: ENTERIC COATED ASPIRIN Rx Date: 06/27/2006 Disc Date: 09/25/2006 Rx Instructions: ONE TABLET DAILY

| Datetime: 06/27/2006 13:07 | Providers: NOLA, NANCY D ▼ |
| | ▼ |

PA/NP/RD _____
Datetime: 06/27/2006 13:07

PHYSICIAN _____
Provider: NOLA, NANCY D

NURSE _____
DateTime _____

# Colorado Department of Corrections
## Consultation Report Form

**Appt#: 63911**

| | | |
|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW | Date Initiated: 06/29/2005 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: RAZZAGHI, MITRA A , MD | SDD: 03/26/3004 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: DEN-WOMENS | Appt Dt: | Specialist: | DH #: 2098863 |

### Diagnosis and requested evaluation or care:

1. CLINICAL INFORMATION:  This a request for replacement of worn out bilateral wrist braces ( for severe carpal tunnel syndrome and deformity due to severe DJD) as well as replacement of worn out shoe lift ( due to 1.5 inch leg length discrepancy), Both DMEs are more than 1 year old and have been approved multiple times before.
thank you.

2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life time sentence
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: great morbidity and functional disability
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: n/a
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: most conservative way
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: none
9. RISK AND/OR COST BENEFIT: no risk

| Provider Signature: | *Electronically Signed* | Date: 06/29/2005  06:08 |
|---|---|---|
| Provider Name: | RAZZAGHI, MITRA A , MD | m11204 |

### Specialist's Subjective, Objective, Assessment Plan:

_____

_____

_____

_____

_____

_____

_____

_____

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Access Correctional Care   Phone: (888) 380-3726  FAX: (877) 232-5976
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler: Arlene Castro - 719 226 4566

# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 86530 - Name: COIT, JILL

| ICD Code | PROBLEM Description | Status | Since | Provider |
|---|---|---|---|---|
| 477.9 | ALLERGIC RHINITIS | Chronic | 12/20/2002 | 5346 |
| Comments: | | | | |
| 736.81 | UNEQUAL LEG LENGTH (ACQU) | Chronic | ~~01/10/2003~~ | VICTOROFF, HILARY S |
| Comments: REQ HEEL LIFT | | | 1995 *Came in With* | |
| 715.9 | OSTEOARTHRITIS | Chronic | ~~02/24/2003~~ | RAZZAGHI, MITRA A |
| Comments: CREVICAL DISC DZ | | | 1998 — *X-Ray etc* | |
| 627.2 | MENOPAUSE SYNDROME | Chronic | 02/24/2003 | RAZZAGHI, MITRA A |
| Comments: POST | | | | |
| 995.3 | ALLERGY, NOS, N/E CLASS | Chronic | ~~07/01/2003~~ | RAZZAGHI, MITRA A |
| Comments: MULTIPLE | | | 1995 — *entered DOC With* | |
| 346.96 | HEADACHE, MIGRAINE | Chronic | ~~10/07/2003~~ | REILLY, DEBRA S |
| Comments: | | | 1995 — *entered DOC with* | |
| 389 | HEARING LOSS | Chronic | ~~12/20/2003~~ | REILLY, DEBRA S |
| Comments: | | | 1995 *entered Doc with* | |
| 716.9 | ARTHRITIS NOS | Chronic | 05/14/2004 | RAZZAGHI, MITRA A |
| Comments: | | | | |
| 719.46 | KNEE PAIN | Chronic | ~~05/14/2004~~ | RAZZAGHI, MITRA A |
| Comments: | | | 1998 — *diagnosed* | |
| 729.5 | PAIN IN LIMB | Chronic | ~~05/14/2004~~ | RAZZAGHI, MITRA A |
| Comments: | | | 1996 — *phys. injury — Smith* | |
| 724.2 | LOW BACK PAIN | Chronic | ~~05/14/2004~~ | RAZZAGHI, MITRA A |
| Comments: | | | 1-31-1997 *diagnosed* | |
| 627.3 | POSTMENOPAUSAL ATROPHIC VAGINITIS | Chronic | 05/14/2004 | RAZZAGHI, MITRA A |
| Comments: | | | | |
| 716.90 | ARTHRITIS | Chronic | ~~07/27/2004~~ | RAZZAGHI, MITRA A |
| Comments: | | | 1995 *Came in With* | |
| 836.1 | TEAR OF LAT CART OR MENISCUS OF KNEE, CU | Chronic | ~~07/27/2004~~ | RAZZAGHI, MITRA A *Smith* |
| Comments: | | | 1998 — *phys injury diagnosed* | |
| 727.61 | COMPLETE RUPTURE, ROTATOR CUFF | Chronic | ~~07/27/2004~~ | RAZZAGHI, MITRA A *smith* |
| Comments: RIGHT SHOULDER | | | 2001 — *diagnosed — phy inj* | |
| 719.41 | SHOULDER PAIN | Chronic | 07/27/2004 | RAZZAGHI, MITRA A |
| Comments: LEFT | | | *diagnosed — Smith — injury* | |
| 530.81 | ESOPHAGEAL REFLUX | Chronic | 07/27/2004 | RAZZAGHI, MITRA A |
| Comments: | | | | |
| 715.0 | OSTEOARTHROSIS, GEN | Chronic | ~~09/28/2004~~ | RAZZAGHI, MITRA A |
| Comments: | | | 1998 *diagnosed* | |
| 782.1 | DERMATITIS | Active | 06/29/2005 | RAZZAGHI, MITRA A |
| Comments: DISHYDROTIC ECZEMA | | | | |
| 462 | PHARYNGITIS | Active | 08/30/2005 | HARRELSON, JAMIE |
| Comments: | | | | |
| 461.9 | ACUTE SINUSITIS, UNSPECIFIED | Active | ~~09/14/2005~~ | HARRELSON, JAMIE |
| Comments: | | | | |

Printed By: HARRELSON, JAMIE          Printed at: 12/20/2005 17:52:0

# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 86530  - Name: COIT, JILL

| ICD Code | PROBLEM Description | Status | Since | Provider |
|---|---|---|---|---|
| 999.99 | SENSITIVITY DISORDER | Chronic | 10/24/1995 | ALESSI, MARYANN |
| Comments: | *1995 - came in with* | | | |
| A930.0 | ALLERGIC TO PENICILLIN | Chronic | 10/26/1995 | ALESSI, MARYANN |
| Comments: | *came in with* | | | |
| 719.41 | SHOULDER PAIN | Chronic | 01/20/1998 | ALESSI, MARYANN |
| Comments: | *Smith injured* | | | |
| 610.1 | BREAST FIBROCYTIC | Chronic | 04/24/1998 | ALESSI, MARYANN |
| Comments: | | | | |
| 728.9 | NOS DISORDER, MUSCLE, LIGAMENT, & FASCIA | Chronic | 06/08/1998 | ALESSI, MARYANN |
| Comments: | | | | |
| 307.81 | TENSION HEADACHES | Chronic | 11/03/1998 | ALESSI, MARYANN |
| Comments: | | | | |
| 788.4 | FREQUENCY, URINATION & POLYURIA | Chronic | 09/13/1999 | CARTER, MARY K |
| Comments: | | | | |
| 346.9 | MIGRAINE HEADACHES | Chronic | 04/04/2000 | CARTER, MARY K |
| Comments: | *6-5-1995 came in with* | | | |
| 716.90 | ARTHRITIS | Chronic | 09/14/2000 | CARTER, MARY K |
| Comments: | *1-31-97 - came in with* | | | |
| 722.6 | DEGENERATION, INTERVERTEBRAL DISC, SITE | Chronic | 04/30/2001 | CARTER, MARY K |
| Comments: | *6-05-1995 came in with* | | | |
| 716.59 | NOS POLYARTHROP OR POLYARTHRITIS  MULT S | Chronic | 04/30/2001 | CARTER, MARY K |
| Comments: | | | | |
| 787.6 | INCONTINENCE, FECES | Chronic | 04/30/2001 | CARTER, MARY K |
| Comments: | | | | |
| 354.0 | CARPAL TUNNEL | Chronic | 06/01/2001 | SCHLICHTIG, ROSELLA M |
| Comments: | *1-6-97 came in with* | | | |
| 719.49 | PAIN IN JOINT  MULT SITES | Chronic | 09/10/2001 | CARTER, MARY K |
| Comments: | *6-5-1995 came in with* | | | |
| 389.09 | HEARING LOSS | Chronic | 09/10/2001 | CARTER, MARY K |
| Comments: | *6-5-1995 came in with* | | | |
| 251.2 | HYPOGLYCEMIA, NOS | Chronic | 01/17/2002 | BENDER, JOHN L |
| Comments: | *6-5-1995 came in with* | | | |
| 311 | DEPRESSIVE DISORDER, N/E CLASS | Chronic | 01/17/2002 | BENDER, JOHN L *assault* |
| Comments: | *10-5-1995 - Began after assault* | | | |
| 723.1 | NECK PAIN | Chronic | 01/17/2002 | BENDER, JOHN L |
| Comments: | *1-13-97 - injured - Smith* | | | |
| 562.10 | DIVERTICULOSIS | Chronic | 03/08/2002 | AL-ABDULJALIL, DIANE |
| Comments:  L COLON | *1995 came in with* | | | |
| 784.0 | HEADACHES | Chronic | 07/29/2002 - 1782 | |
| Comments: | *6-15-1995 came in with* | | | |
| 719.4 | ARTHRALGIA | Chronic | 10/15/2002 | CRICHTON, GAYLE |
| Comments: | | | | |

FOOT ISSUES - THAT INFLUENCE MOBILITY

SHOE ISSUE

This is an on going problem, just look at the facts. My comments are in { }.
I have listed the many specialists that CDOC sent me to and how CDOC refused to obey Specialist orders. This happened at both CWCF and DWCF. With specialist and podiatrist documenting I have a leg length discrepancy (1-1/2 inches) and growths on my left foot. There is no legitimate penological reason to deny me shoes that correct this leg length discrepancy and state issued boots that fit. See Dr. Gremillian (dated 1999) and Dr. Krieger (dated 9-10-02) reports. Surely, a span of 4 years is enough time to get me proper fitting state boots.

One needs only to remember the fact that my state boots were taken away by CWCF officer Steinbauch when I told on him for bring in contraband and trying to touch my breast. He was not a part of the law suit as a defendant because CWCF mail room refused to allow me the letter from the court listing his address so I could not serve him. The to small boots caused my foot to develop planters fibrama growths.

The fact that I was denied shoes to accommodate my leg length discrepancy for so long contributed to pain and suffering as well as hip and knee deterioration. Just imagine how great a 1 and ½ inch difference would make. Please see Mr. Robert Burns request to D.O.C. to get me boots that fit since Anthony Decesaro, step three grievance officer's responded stated that since I am limited to the time I am required to wear the state boots, limited to visiting where I am not typically standing on my feet for any length of time, the discomfort appears to be minor.

See Decesaro (step 3 grievance officer and attorney) response to me regarding Mr. Burns letter to him. Dated April 8,2004 ,"RE: Grievance #C-DW O3-04-0032 "I have received a letter from someone at The Aleph Institute, regarding my recent decision in your grievance #C-DW 03/-04 –0032. My decisions are final and will not be reconsidered. As a courtesy I am sending a copy of this letter with the attachments to you. I have neither the time nor the inclination to respond to any correspondence from outside individuals or institutions and will not do so. You may advise your contacts in the future that I will not respond to them or send them copies of their correspondence to you. Enclosed please find a copy the letter and attachments. Sincerely, Anthony A. Decesaro, Step III grievance officer:  cc working file, Tom Kolle ".

{This is not the only time I am required to wear state issued boots. Even if it was this is to long to were shoes to small. This is torture. This reflects the on going problem, deliberate indifference to my pain and suffering. Who ever heard of making a person wear boots that were to small and did not fit? The medical documentation is staggering and undeniably. For defendants to take the position that because I was transferred to DWCF and the officers at DWCF were not named is  ridiculous The problem still exist and is on going.}

Medical documentation:

On 7-26-95 Dr. Jacob Patterson, CDOC orthopedic specialist wrote in his report that I needed "soft-soled shoes due to knee and hip pain."

December 8,1998, Dr. James Gremillian exercision plantar fibroma Left foot.
{It grew back due to being forced to wear state issued boots that were too small.}

On 12-15-99 Dr Patterson's medical report reads:

"Leg length discrepancy was measured by Rick today. She is short on the right by 1-1/2 inch and she actually has a lift on the left side instead of the right."

"I would agree with a trial of Celebrex if indeed she has complications with the usual anti-inflammatory."

On 8-4-99 Dr. James Gremillion, Podiatrist reports states:

"Recommend a 1/2 inch lift left... Also note the patient's shoe she is wearing are too short. Recommend that she be given some longer shoes that fit her foot properly."

On September  1999, again medical report from Dr. Gremillian ask that I be given shoes that fit that my shoes are to small. {How many times does CDOC have to be told that my shoes are to small before some one gets me larger shoes}

On 7-14-00 CWCF medical doctor documented that I have growth on bottom of left foot causing her to walk onside of foot causing hip pain."

On September 9, 2000 Dr. Lilly, CDOC specialist wrote in his report that;

"A built up shoe would provide a better stabilization of the sacroiliac joint than would a heal lift. With a 2 CM discrepancy, a half-inch build up shoe would be appropriate

On August 9,2001 CDOC Consultation Report Form Diagnosis/health complaint states: Leg length discrepancy heel and sole lift insentation for new pair of tennis shoes." "Took shoes, once authorized will return shoes with lift."

{I had just gotten new tennis shoes with built in lift when I was sent to DWCF on October 2001. I was denied these new built up tennis shoes and they were shipped home to my parents. I was given the old tennis shoes that had holes in them to wear. See where I was injured due to defective-hole ridden shoes.}

On 5-28-02 DWCF issued me a pair of boots size 8.5. They were replaced the same day with a size 10. See diagram of shoe corp. made in China, which shoes my foot drawn on outline of boot size 10 given.

On September 10,2002 Dr. Howard Krieger, podiatrist's report reads:

"Patient is requesting the continuation of the scenario regarding shoes and insoles that has been occurring for a number of years. There was a previous recommendation from Dr. Gremlin that she receive two pairs of sneakers which she currently purchased herself and had a pair of insoles

that were shipped in from a health food store and apparently was taking care of the heal pain. She also had the shoes modified by Abilities Unlimited in order to accommodate the limb length discrepancy...She has recently arrived here from Canon city and one pair of shoes was removed from her possession and would like to get this back.

    Objective: " There is pain with palpation around the area of the insertion of the planter fascia and cakcaneus on the left foot.... She clearly has a limb length discrepancy causing the foot to mostly remain in equines and the toes to curl in attempt to stabilize her foot in this position. "

    Treatment plan; " A note was written in the chart for her to maintain the same style of shoe ordered from the outside, modified by Abilities Unlimited, but only one pair... Also, she will require medical boots to accommodate her work and the condition of her foot.

On 1-30-03, I received MESSAGE FROM MEDICAL it states:
" Medrin ......You can have your "built up" tennis shoes sent to here. If no problem we will give them to you rather than by another pair." singed by

{ my tennis shoes were kept for about 8 months then returned to my parents. No reason was given to me or reason for return. These are the tennis shoes that Ability Unlimited put the brace and correct the leg length discrepancy. I had them at CWCF, they were brand new.}

On 4-23-03 Denver Women's Correctional Facility Offender State Clothing Issue reflects I was again given a size 7 shoe when I wear a size 8 and ½.

On October 3,2003 medical CDOC Consultation report form listed the following from Denver General Hospital, Podiatry, Dr. Carnegie.
    S.  Right heal pain (Heal spurs/plantar fascists)
    O.  Heel pain Right leg length 1-1/2 inch shorter (left)
    A.  Chronic Right heal pain
    P.  Pt requires orthotics for heel spin ®
       Pt requires custom made shoe with 1-1/2 in Left sole build up."

On October 14,2003 Custom Made Orthotics for severe plantar fascistic, custom-made shoes with 1-1/2 left sole buildup. Per Denver General Hospital Podiatrist,
Dr. Carnegie.

On October 18,2003 CDOC Consultation Report Form reflects the following:
"Diagnosis/Health Complaint: 1.5 Inch Built up shoe needed for left leg 4 CM Length Inequality. Pt also has Plantar Fascistic and Heel Spur Syndrome. Needs Custom Made Orthotics per Podiatry."

On March 4, 2004, I received a step 3-grievance response from CDOC grievance officer Anthony A. Decessaro. It says:

"I have reviewed your step III grievance that you filed with regard to boots. In investigating into this matter I have found that the state issued boots are not able to be altered. You have a medical permit to wear tennis shoes at all times in the facility except when at visiting or leaving the facility, during a transport. Abilities Unlimited are not able to alter the state issue boots because of their design. BECAUSE OF THE LIMITED TIME YOU ARE REQUIRED TO WEAR THE STATE ISSUED BOOTS, LIMITED TO VISITING WHERE YOU ARE NOT TYPICALLY STANDING ON YOUR FEET FOR ANY LENGTH OF TIME, THE DISCOMFORT APPEARS TO BE MINOR. Because of the inability to alter the boots and the fact that you have the medical order for tennis shoes allowing them to be worn at all times except during visits, I cannot recommend any relief in this matter.

On March 5, 2004 medical record reveals that: "Please refit boots; needs new boots for orthotics."

On March 31, 2004 Mr. Robert Burns of the Aleph Institute for Jewish inmate wrote Mr. Anthony Decesaro the following response regarding grievance number #C-DW03-0032- Defective boots. Paragraph three states," From the contents of your letter it appears to be quite obvious that you also view her boots as being defective for her use. Altering of the boots was apparently considered, but you found out that due to their design they could not be altered. Jill also advises me that the boots are two sizes to small, the heel portion was found to be too wide an that instead of being women's shoes they were shoes for men to wear. SEE doctor's report which is also enclosed herein."

Fourth paragraph states," The fact that she has a medical pass to wear sneakers most of the time should illustrate the need for correct boots regardless of the time limitation that she may be wearing them, not the other way around. Whenever she wears the boots she is in pain and suffering there from."

Fifth paragraph states: "All Jill wantsis women's shoes that fit her, and she is entitled to this. I cannot fathom the reluctance on the part of the D.O.C. to provide boots that she can wear without the attendant pain and suffering, not to mention that the boots are apparently old and worn out. In light of all of the forgoing, please reevaluate your previous determination and see that she gets boots that will fit her.

