Civil Action No. 92-c-870-EWN

Claim No. 03-193 Wellman Gibson

FILED
UNITED STATES DISTRICT COURT
DR. COLORADO

OCT - 4 2007

GREGORY C. LANGHAM
CLERK

Clerk of the Court

Again a minute order was issued on Aug 22-07 giving the AG's office an extension to file an appeal until Sept 21, 07 & it further stated I would have until Oct 11, 07 to file a reply (After) the Defendants objection was filed.

Was one filed, & how do I know what to reply to since I never received anything from the AG's office.

If no appeal was filed is the final order in effect? If so why is D.O.C. telling me so what we have no intention of

following of the directions of the final order & to this day 9-27-07 implementing punative actions against me for being unable to do work I am being ordered to do? Also refusing to return Books on tape items which makes it imposscable for me to follow my religion (Jewish) as my Tanakh & Daily Prayers were on tape. & this has been for 7 months

Please inform me if the final order is in effect & if an appeal was filed by AG's office.

Wellendorf
9-27-07