IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with

Civil Action No. 96-N-3430

JESSE (JESUS) MONTEZ, et.al.,

Plaintiffs,

v.

BILL OWENS, et.al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number:03-215(formerly 02-236)
Category III
Claimant: GORDON RAYMOND REUELL, II, ç80544
Address of Claimant: CTCF, P.O. BOX 1010, Canon City, Co. 81215-1010

---

### CLAIMANT'S REQUEST FOR EXTENSION OF TIME

---

**COMES NOW**, <u>GORDON RAYMOND REUELL, II</u>, Pro-Se and Indigent. Request this Honorable Court to grant an 30 day Extension for the following grounds:

1.  Claimant asserts that he still waiting for evidence from the Aurora Public Schools for his copy of his diploma.

2.  Claimant asserts that the law-library at C.T.C.F. was closed two or three days per week for the stortage of staff and construction work being done here at C.T.C.F.

3.  Claimant is working and can only access law-library only one day per week in fear of being fired from his job.

Claimant prays that this Honorable court grants this request for Extension of Time so he can present his objection petition to this court.

Respectfully Submitted,

*[signature]*

GORDON RAYMOND REUELL, II

C.T.C.F. D.O.C. REG. No. 80544
P.O. BOX 1010
Canon City, Co.   80544

**CERTIFICATE OF SERVICE BY MAILING**

I Hereby certify that I have mailed a "CLAIMANT'S REQUEST FOR EXTENSION OF TIME" this 03 day of OCTOBER, 2007, first class Mail, Postage Prepaid to the following parties:

1. OFFICE OF THE ATTORNEY GENERAL
   1525 Sherman Street, 7th Fl.
   Denver, Colorado   80203

*[signature]*

GORDON RAYMOND REUELL, II
Colorado D.O.C. Reg. No: 80544