Civil Action No. 92-CV-00870-EWN

Jesse Montez, et al
   Plaintiffs
   V.
Bill Owens, et al
   Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT - 9 2007
GREGORY C. LANGHAM
CLERK

---

RE: Claimant Wellman Gibson, Claim NO. 03-123

---

Request for non Compliance Hearing & Retaliation on Part of D.O.C.

First of all because of the blatant punitive actions of the administration & staff at C.C.F. I am requesting a hearing in person or by T.V.

I was moved to C.C.F which is a non-Montez compliant facility around April 11, 2007. This was done after I informed central office on 2-28-07 as I had concerns because I had no stairs restrictions (Lower, Lower) per medical. One can not even go in & out of a cell without navigating stairs at C.C.F. On June 21st of 07 the special Masters ruled I did have a Lower mobility impairment per Montez & an upper mobility impairment per the ADA, both of which

D.O.C. had denied. On 7-31-07 Nurse Pope had the Docter confiscate my cane & when I questioned her I was told The AIC Kathie Holst told her to do it because nothing was wrong with me.

As you can see from the dates this was done <u>after</u> the final order was issued. Then on 8-31-07 I was ordered to go outside & push heavy chow carts, when I said I could not physically do this I was placed on 23ʰʳ a day lock up (perpanent) with out a hearing. I was told we will have a hearing on you. This was done because staff said all my work restrictions & cane were taken on 7-31-07. When I brought up the final order I was told we are going to appeal that final order so until it is finalized we can do what ever we want to you. I am also told by Case Mgr. Murphy this could be draged out for months. I am currently in 23HR a day lock up & threatened with loss of priveleges & being moved

②

to C.S.P. for not taking part in a program that Staff know I can not physically do. That is why I was as books as Tape, as Program regardless reading & writing.

This facility says they have no intention of following the directives of the final order & as you can see from the time the final order was issued I have been the target of blatant retaliation which continues as I am now housed on an upper tier besides the threats of going to Ad. Seg. for not taking part in a remediation program.

All my personal property was confiscated when I arrived at C.C.F even underware & personal hygeine besides all electrical items.

All above time lines & actions by this facility show blatent retaliation by this facility especially after the final order was issued & threats & punative actions exist even to this day.

(3)

Again I have been told this facility & DOC has no intentions of abiding by the final order of the Special Master.

I am requesting the court act accordingly & issue an order along with another punitive damages be awarded to Claimant Wellman Gibson because of Blatant disregard for all court orders & the return of all personal property.

9-28-07                                          Wellman Gibson

I want to apologize for my writing but I have been denied help by the law library also & this is in contrast to the agreed upon remedial plan but again I was told we are appealing so we won't help you. I sent the denial of help to the court. And as the court knows NO appeal was ever filed by D.O.C. or the AG's office.

(4)

Added

GP-10-R-OTT was moved to Seg. without a hearing or any form of due process. I was also told I can not use my religious items for prayer (Tefillin & Talit Gadol)

Again I was put in this situation because I was unable to push chow carts. I am still on 2nd tier & now I am expected to shower in my cell & there is nothing for me to hold onto, so I can't shower. The more the court does nothing, the more D.O.C does in their blatant punitive actions & treatment.

Certificate of Service

I further certify that I have mailed a copy of the foregoing via U.S. mail to Defendant counsel at below address on 10-3-07

Office of the Attorney General
1525 Sherman St. 5th Floor
Denver, Co. 80203

Weldon Gilson
10-3-07

(6)