Clerk of the court

92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT -9 2007
GREGORY C. LANGHAM
CLERK

I sent this request for legal assistance as an example of what is going on. I was told by the law librarian that my case had been overturned by the court. As you can see from his reply I was instructed to get confirmation from the court.

Enclosed is a self addressed stamped envelope. Please send me something giving the status of my claim. A final order was issued on 6-21-05 but that is the one they are claiming was overturned. (Claim # 03-125)

William [signature]

Dept. of corrections envelopes is all I had so I hope you can cover the return address & put the courts address there.

I have wrote numerous times requesting info. on the status of my claim & also status of requesting a non compliance hearing. Please dont continue to ignore me.

COLORADO DEPARTMENT OF CORRECTIONS  DC Form 750-01A (11/15/06)
LEGAL ACCESS PROGRAM
**REQUEST FOR LEGAL ASSISTANCE**

INCOMPLETE FORMS WILL BE DENIED.
TODAY'S DATE: 9-27-07

LAST NAME: Gibson    FIRST INITIAL: W    DOC #: 74384

FACILITY and HOUSING UNIT/CELL: A-2-2    WORK/PROGRAM ASSIGN. INCL. TIME: None

SESSION TIME REQUESTED* _____ AM SESSION _____ PM SESSION
*Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: 10-10-07

**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED**
NATURE OF MATTER: ___ Habeas Corpus  ___ Conditions of Confinement  ___ Post Conviction Relief
Other: Montez Issues

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY: YES ___ NO X

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED? YES X NO ___
IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT  92-CV-00870-EWN  claim # 03-173

STATE THE TYPE OF ASSISTANCE YOU REQUIRE: (PLEASE WRITE LEGIBLY)

I requested help in doing my legal work because of dexterity issues awhile back & you refused saying my Montez ruling was being appealed by D.O.C. The appeal deadline has expired & none was ever filed by the AG. Failure to supply me with requested help puts you in violation of the remedial plan. Supply me with help?

OFFENDER SIGNATURE
DATE RECEIVED: 9/28/07    DATE ACCESS PROVIDED: 9/28/07

Your request has been DENIED for the following reasons:    DATE DENIED: _____

___ Your request form was not properly completed (missing required signature, full cell location, facility, unit, tier, cell, assignment, DOC #, date, etc.)

___ You have failed to submit the proper form. Please resubmit: _____

___ The Legal Access Program does not accept the "Request for Interview" form for any reason.

___ The Legal Access Program does not provide the forms you have requested.

___ The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.

___ You may bring your request into compliance and **resubmit a new form**. A photocopy of this denied form will not be accepted.

___ The legal access program cannot assist you with your request. It falls outside our program parameters.

✓ Other: Please consult with the court/magistrate to obtain status of your case.

METER END: _____  MINUS (-) METER BEGIN: _____  EQUALS (=) TOTAL ADMIN COPIES: _____

20027

64623