FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 9 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK

Civil Action, File No. 92 cv 00870 EWN
(To be supplied by the Court)

J. MONTEZ et. al., Plaintiff(s)

ROBERT NEELY - Co-Plaintiff

vs.

B. OWENS et. al., Defendant(s)

## MOTION FOR T.R.O. & PRELIMINARY INJUNCTION

1. Pursuant to Fed. R. Civ. P. 65(a), the Co-Plaintiff, Neely, moves this Court for an Expidited T.R.O. & Prelimenary Injunction - for reasons set forth here, & in the Supporting Declaration, & Brief/Memorandum of Law.

2. Neely requests' this Action be construed most liberally, as per Haines V. Kerner - acting pro-se, submitting this as an addendum to Montez/Owens - 92 cv 00870 EWN.

3. There is a very substantial threat of irrepairable harm, if this Injunction is not granted. Continued denial on behalf of Defendants' can cause glaucoma & blindness for Neely.

There is reasonable likelyhood that Neely will prevail on the merits of this cause. Defendants C.D.O.C. & Physicians Health Partners (Dr. Krebs)

1

for over three (3) years now, have denied/refused prompt medical care (eye surgery) for cataracts. In doing so, they act w/ long-standing, well-documented, pattern of eighth amendment violations. Placing Neely at risk for substantial harm.

5. The public will not be dis-served by granting an Injunction. To the contrary, public interest is well-served by protecting the Constitutional rights of ALL its members. Example: Neely discharges his Sentence on 4/30/08 - seven (7) months. He has been a barber for 35 years. He needs both eyes to function at work. Period. Defendants' refuse to remove cataract (total) from his left eye - although Defendants' CAUSED the cataracts.

6. Neely is too old (54 yrs.) & ill health, to change profession now. He is - & will always be - a Barber. Does society want a functioning, contributing barber released? Or an unemployed, drain on resources?

7. Co-Plaintiff Neely requests this Court to consider these Motions, & related evidence. The prudent conclusion will be to grant Injunctive relief for eye surgery on one eye, BEFORE discharge date. And any monetary award this Court see's fit.

Respectfully,
Robert Neely #114438