IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO  F I L E D

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action, File No. ╪ 9 2 cv 0 0 8 7 0 - E W N
(To be supplied by the Court)

OCT - 9 2007

GREGORY C. LANGHAM
CLERK

T. Montez et. al , Plaintiff(s) )
)
)
)
vs. )
) Robert Neely- Co-Plaintiff
)
)
)
Bill Owens et. al. ,Defendant(s) )
)

## Brief /Memorandum of Law in Support of Motion For a Preliminary Injunction

### Statement of Case

1 _____ This is a Class-Action, brought under 42 U.S.C., by §1983, by Co-Plaintiffs who have suffered harm from C. D.O.C. & its entities, concerning their Diabetes & related dis- abilities. This Co-Plaintiff, Robert Neely #114438, seeks an EXPIDITED Temporary Restraining Order & Preliminary Injunction - to ensure prompt medical attention, for his related disability (cataracts) BEFORE his release/dis- charge in seven (7) months. To prevent glaucoma and blindness.

STATEMENT OF FACTS

2      As stated in my Declaration, this co-plaintiff, acting pro-se, alleges a number of Constitutional violations w/ C.D.O.C. (specifically, Dr. Krebs of 'Physicians Health Providers'- a C.D.O.C. entity) by denying cataract surgery for the past three (3) years.

3      On 8/27/02, Co-Plaintiff Neely entered C.D.O.C. w/ excellant vision in both eyes [Ex. B] Beginning approximately 2/24/04, Dr. Creany, of F.C.F. started giving 'kenalog' shots (a steroid) for chronic itching. Unknown to Neely, steroids cause radical, unsafe sugar levels in diabetics, along w/ permenant organ damage. These drugs - kenalog, prednisone, glucophage, are SPECIFICALLY not to be prescribed/given, to diabetics, alcoholics, liver & kidney patients. Neely is ALL of these! [Ex F]- The past three (3) years, Neelys' blood sugars have rocketed to dangerous levels (600 & up↑!)

4      On 3/4/04 [Ex. N]- over three (3) years ago, N/P Gilley, of F.C.F. noted in Neelys' records: "eyesight quickly becoming worst." Probably the first clue that blood sugars were at dangerous levels. [Ex. O, P]

5      On 9/8/06, F.C.F. Optomotrist noted in Neelys records the diagnosis of "dense cataracts" in both the right eye (O.D.) & the left eye (O.S.) - With "corrected vision of 20/400." [Ex D,E] This optomotrist notes 'kenalog' for causing cataracts, telling Neely this is "common knowledge" for eye M.D. & physicians. Causing dangerous blood sugar levels-cataracts-organ damage. Two eye doctors expressed their shock & head-shaking that ANY physician would Rx these drugs to someone w/ Neelys' history.

6      P.A. Wenci, of F.C.F., on 8/11/06 [Ex. M] notes once again, "dense, posterior subcapular cataracts - O.D. & O.S." Again - "best corrected vision at 20/400!" Again - "recommend opthamology consult for cataract removal - AGREE." - Even C.D.O.C. physicians recognize the need for surgery.

7      P.A. Wenci of F.C.F. applies for surgery on the same day, 8/11/06 [Ex L] - noting: "Criteria met? - YES" & "functional disability - poor, uncorrectable vision" also: "Alternative therapy appropriate?" - "NONE."

8      On 9/26/06, Neely submitted yet another request for cataract surgery [Ex, U] - Neely states: "can't read - recognize faces - watch T.V. - WORK." C.D.O.C. officials respond: "last opthomologist RECOMMENDED SURGERY."

9      A consultation w/ opthomologist, Dr. Greenlee of Rocky Mountain Eye Center [Ex. K] - shows his recommendations: "cataract eval. floaters & flashes in O.S. (left eye) - runs into walls - can't read - sunlight bothersome - X 3 yrs. - blood sugars WAY HIGH - liver desease - renal failure - Plan: SURGERY."

10     Here in lies the clencher: on 3/16/07 [Ex. T] - F.C.F. officials submitted an 'application' for surgery, to their 'care provider' (Dr. Krebs of H.P.H.) - On 9/19/07 (SIX MONTHS LATER!) Dr. Krebs 'denies' surgery for left eye (O.S.) stating "inmate has adequate 20/20 vision in O.D. (right eye) fails C.D.O.C. criteria." Neely does not even have 20/20 in one eye.

11     Dr. Krebs of P.H.P. submits a denial to F.C.F., by "post-dating" it ~~from~~ to 3-27-07, instead of the true date, 9/19/07. This is commonly practiced in C.D.O.C. when feet are put to the fire. (Ex. I)



12     On 3/26/07 - [Ex. V] - P.A. Walsh of F.C.F. Stonewalls Neely w/a promise to check for a 'surgery date' (also post-dating it to 3/07 from 8/07) - On 9/19/07 - [Ex. V] F.C.F. officials inform Neely " it was denied".

13     Neely submitted a Step I Grievance, marked 'A.D.A.', to Dr. Creany (F.C.F.) - Special Master Borchers - A.I.C. Holst. [Ex. Q, R, S] - Neely NEVER recieved ANY response, passing all time restraints (a common problem w/ AIC Holst)

14     On 4/16/07, [Ex. J] - F.C.F. Clinical Service Director R. Martinez promises Neely he "is scheduled this month" for cataract surgery. Neely complained that C.D.O.C. was retaliating at him for previous legal action. His suspicions bore out true.

15     On 4/18/07, [Ex. H] - Opthomologist Dr. Greenlee again tried to arrange surgery for Neely, stating " more delay can cause glaucoma & blindness." He noted: "excellent results in O.D. (right eye) - C.D.O.C. will not OK. surgery for O.S." - noting: "poor vision".

16     On 4/26/06 [Ex. W] - Neely again expresses concern of his DANGEROUS levels of blood sugar, & his lack of vision. Dr. Creany of F.C.F., "blame-shifts" to the patient for his judgement?!

17     On 7/11/07 - [Ex. G] - Dr. Creany of F.C.F. again lies to Neely saying: "surgery scheduled" also" referral appropriate in view of recent O.D. surgery. "

18     Last - on 8/1/07 - [Ex. C] - P.A. Walsh, of F.C.F. AGREES w/the diagnosis of " TOTAL cataract, O.S." & "Best V.A. O.S. is 20/400 !"

Co-Plaintiff is Entitled to an Expidited T.R.O. & Preliminary Injunction

19      The Defendants have placed Neely in the path of irrepairable harm & damage.

20      Neely alleges that he has, & is, being denied care for his serious medical need. In the spirit of Montez, the denial has gone on for three (3) years - longer than the six (6) months to be permenant. "Intentionally interfering w/Tx, once prescribed by a physician, is unlawful, deliberate, indifference." ( Olson V. Layton Hills Mall - 312, F.3d. 1304, 1315, (10th Cir. 2002) - (Hunt V. Upkoff - 199, F.3d. 1220, 1224 (10th Cir. 1999) the medical condition is one, even a lay person will recognize the need for attention. The Defendants are acting with a sufficiently culpable state of mind. (Oxendine - 241, F.3d. at 1276) - C.D.O.C. officals are "aware of", yet disregard the risk to Neelys' health, safety, eye-sight, by failing/refusing to take measures to abate the risk of glaucoma or blindness." ( Lopez V. LeMaster - 172, F.3d. 756, 761, (10th Cir. 1999) ; Sealock, 218, F.3d. at 1209 ( citing Farmer V. Brennan - 511, U.S. 825, 837 (1994)

21      The "contours of the right" are sufficiently clear, for an official of C.D.O.C. understands they are violating Neely's rights - (Anderson V. Creighton - 483, U.S. 635, 640 (1987).

22      Every person who, under color of any statute, ordinance, reg-ulation, custom, or usage, of any State - subjects, or causes to be subjected, any citizen of the United States, or other person w/in the jurisdiction thereof, to the deprivation of any rights, priv-eliges, or immunities secured by the Constitution & laws, shall be LIABLE to the party injured in an action at Law, suit in equity, or other proper proceeding for redress.

In establishing C.D.O.C. violation of §1983, the Defendants acted

23 "under color of State Law to deprive Neely of his right to medical Tx - this right was secured by the Constitution & Laws of the United States." (Am. Mfrs. Mut. Ins. Co. V. Sullivan - 526, U.S, 40, 49, 50 (1999)

24   The Defendants" committed acts & omissions sufficiently harmful to show deliberate indifference to Neely's serious medical need." (Supre v. Ricketts - 792, F.2d. 958, 963 (10th Cir, 1986)

25   "As a matter of Law, the CONTINUING deprivation of Neely's Constitutional rights constitutes irreparable harm". (Elrod V. Burns - 427, U.S. 347, 373, 96, S.Ct. 2673)

26   "A delay in the Tx of serious injuries rises to a Constitutional claim." (Brown V. Hughs - 849, F.2d. 1533, 1537, - cert. denied - 496, U.S. 928, 110, S.Ct. 2624, 110, L.Ed. 2d. 645)

27   "Prison officials knowledge of indifference to Neely's serious medical need, may be established by circumstantial evidence." (Boyd V. Knox - 47, F.3d. 966 (1995)

28   "Many other Courts have held that failure to carry out a physicians orders is Unconstitutional." (Aswegan V. Bruhl - 965, F.2d. 676, 677, 78.)

29   "Many Courts generally agree, a medical need is "serious" if it has been diagnosed by a physician as "mandating Tx."- (Olsen V. Layton - 312, F.3d. 1304, 1315, (10th Cir. 2002) - (Hunt V. Uphoff - 199, F.3d. 1220, 1224 (10th Cir. 1999) - (Ramos V. Lamm - 639, F.2d. 559, 575 (10th Cir. 1980) cert. denied - 486, U.S. 1046, (1981)

30   "When a State imposes imprisonment for a crime, it also accepts the obligation to provide that person w/ medical care that "meets current standards of reasonable care." Because it may be expensive, is no reason to deny it." (Estelle V. Gamble - 429, U.S. 97, S.Ct. 285, 291, 50, L.Ed. 251)

31    "A pattern of negligence through 'policy & proceedure' shows deliberate indifference" - (Martinez V. Mancusi - 443, F. Supp. 921)

32    An important fact here, is the fact that "internal agency regulations", or "policy & proceedure" CANNOT legitimate the violations of Constitutional or State rights." - (Aerolineous Argentinas V. U.S. - 77, F. 3d. 1564, (Fed. Cir. 1996) - (U.S. V. Moralf - 173, F. 3d. 1213, (1999)

33    "Injunctive relief is appropriate in cases involving "challenges to policies that result in a pattern of Constitutional violations" - (Walters V. Reno - 145, F. 3d. 1032, (1998) - (Tate V. Kassulke - 409, F. Supp. 651, (1976)

34    Neely's medical records indicate that he had, before coming to C.D.O.C. & falling under their care, excellent vision. Now, it continues to deteriorate BECAUSE of C.D.O.C. officials administering improper medications, severely aggravating his diabetes/blood sugar/A1c. levels, for a period of years.

35    The Defendants CONTINUE their violations/denials, knowing the consequences of their actions will be glaucoma/blindness.

36    Neely has requested care repeatedly, filed Grievances, w/A.I.C. Holst, (no response) & now this Court. Neely has only 7 months to discharge, w/no room or board, but a good barber job waiting, & no way to get surgery for C.D.O.C./Dr. Krebs actions.

37    Neelys' records are replete w/ recommendations for surgery from Dr. Greenlee, Dr. Creany, P.A. Walsh, P.A. Wendl, N/P Gilley, & a few civilian physicians at Pueblo. ALL recommend surgery - "no other options" - "cataract is total."

38    The facts set forth here demonstrate the Defendants (Dr. Krebs) fail/refuse to comply w/obligations/standards of care & responsibility that ALL physicians adhere to. Worst - when Neely brings their

refusals to Defendants attention, Neely is ~~eee~~ either ignored, stonewalled, or retaliated against.

39        The Defendants violate their own policies, when they refused to complete & submit Appeals Forms - telling Neely "it's the physicians duty to do that."

40        Due to the absence of any disputing facts regarding Defendants' failures - Neely is _ENTITLED_ to this T.R.O. & Prelimenary Injunction.

41        "Prisoners have a Constitutional right to recieve appropriate medical care from prison officials, while incarcerated." ( _Riddle V. Mondragon_ - 83, F.3d. 1197, 1203 (10th Cir. 1996 )

42        In this case, it is evident that the Defendants' failures to act on FIVE Doctors' recommendations for surgery, exposes Neely to what is objectively recognized as a substantial risk of serious damage to his eyesight / future health / earnings - the dire consequences of C.D.O.C. failures. ( _Oxendine V. Kaplan_ - 241, F.3d. 1272, 1276, (10th Cir. 2001)

43        More over, their on-going denial for such a long period (3yrs.) is a serious deprivation that satisfies the objective component of deliberate indifference.

44        Defendants' conduct from a subjective perspective, constitutes deliberate indifference to my serious medical needs. In light of this, there is no question, regarding the Tx. Neely should have recieved or requirements they should have taken - Specifically - Neely should have, long ago, recieved cataract surgery.

45        The Defendants are well aware of their obligations, & the grave risk to Neelys' eyesight - yet still refused prompt care. Their failure to provide Tx. in accordance w/ acceptable standards & timeframes, demonstrates their reckless ness w/ respect to Neelys health. Therefore - Defendants show sufficiently, their culpable state of mind - satisfying the subjective component of deliberate indifference.

46      There are no disputed facts w/respect to the issues of wether Neely meets criteria for Surgery — "the only option".

47      Consequently— Neely is entitled to an EXPIDITED T.R.O. & Prelimenary Injunction, w/respect to this issue - BEFORE his discharge of his Sentence in seven (7) months. And any monetary award this ct. see's fit.

Respectfully,

Robert H. Neely #114438

# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 114438 - Name: NEELY, ROBERT A

| ICD Code | PROBLEM Description | Status | Since | Provider |
|---|---|---|---|---|
| 690.9 | UNSPECIFIED PRURITIC DISORDER | Active | 04/20/2007 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 366.00 | UNSPECIFIED NONSENILE CATARACT | Active | 03/08/2007 | WALSH, MICHAEL S |
| Comments: | | | | |
| 708.9 | UNSPECIFIED URTICARIA | Active | 01/03/2007 | WALSH, MICHAEL S |
| Comments: | | | | |
| 366.14 | POSTERIOR SUBCAPSULAR POLAR SENILE CATARACT | Active | 08/11/2006 | WENCL, RUDOLPH R |
| Comments: OD>OS | | | | |
| 571.9 | UNSPEC CHRONIC LIVER DISEASE W/O MENTION ALCOHOL | Chronic | 03/10/2006 | BATSON, CONNIE |
| Comments: COMPENSATED CIRRHOSIS | | | | |
| 564.00 | UNSPECIFIED CONSTIPATION | Chronic | 03/09/2006 | BATSON, CONNIE |
| Comments: | | | | |
| 285.8 | OTHER SPECIFIED ANEMIAS | Chronic | 09/08/2005 | GILLEY, LORRI T |
| Comments: MACROCYTIC | | | | |
| 553.3 | DIAPHRAGMAT HERN W/O MENTION OBSTRUCTION/GANGREN | Chronic | 07/19/2005 | GILLEY, LORRI T |
| Comments: SMALL | | | | |
| 784.0 | HEADACHES | Chronic | 08/17/2004 | WENCL, RUDOLPH R |
| Comments: | | | | |
| 250.02 | DIABETES,TYPE II, UNCONTROLLED | Chronic | 07/07/2004 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 571.5 | CIRRHOSIS, LIVER W/O  ALCOHOL | Chronic | 03/31/2004 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 782.3 | EDEMA | Chronic | 11/26/2003 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 244.9 | HYPOTHYROIDISM | Chronic | 11/26/2003 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 070.51 | HEPATITIS, TYPE C | Chronic | 11/11/2003 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 530.81 | ESOPHAGEAL REFLUX | Chronic | 10/10/2003 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 287.5 | THROMBOCYTOPENIA, NOS | Chronic | 07/30/2003 | CREANY, TIMOTHY P |
| Comments: | | | | |
| 424.0 | MITRAL MURMUR | Chronic | 10/14/2002 | 5321 |
| Comments: | | | | |
| 553.1 | UMBILICAL HERNIA W/O OBSTR OR GANGRENE | Chronic | 10/14/2002 | 5321 |
| Comments: | | | | |
| 401.9 | HYPERTENSION | Chronic | 09/03/2002 | KATCHKA, LISA L |
| Comments: | | | | |

hx SVT



# DO DEPARTMENT OF C___CTIONS
## PHYSICAL EXAMINATION

*Vision* (2002)
20/30

| 114438 | NEELY, ROBERT A | | | | | | Date: 8/27/02 | Intake Examination |
|---|---|---|---|---|---|---|---|---|

| 1) Temp. | 2) Pulse | 3) Resp. | 4) B/P Sitting | 5) Height | 6) Weight | 7) EKG-Date | 8) Chest X-Ray | 9) Tonometry | Facility |
|---|---|---|---|---|---|---|---|---|---|
| 98.3 | 46 | 18 | 101/67 | 6'0" | 172 lbs | | | Date: | DRDC |
| | | | | | | | | Results: | |

| 10) PPD Test | 11) VDRL | 12) Sickle dex | 13) Pap Smear |
|---|---|---|---|
| Date: 8-23-2 | Date: | Date: | Date: |
| Results: 8-25-02  0x0 | Results: neg | Results: | Results: |

### 14) Distant Vision

Wears Glasses   Yes ( ✓ )   No ( )

R 20/ 20   Corr. to 20/

L 20/ 30   Corr. to 20/

### 15) Color Vision

| Normal | |
|---|---|
| Abnormal | ( ) |
| Test Used | ( ) |

### 16) Hearing

| Right | Normal ( ) | ABN. ( ) |
|---|---|---|
| Left | Normal ( ) | ABN. ( ) |

Hearing Aid   Yes ( )   No ( )

Audiometric Test Needed   Yes ( )   No ( )

Normal = checked          Abnormal = X          (Leave blank if not examined)

| | | ✓/X | | | ✓/X | | | ✓/X |
|---|---|---|---|---|---|---|---|---|
| 17) | Skin | ✓ | 25) | Throat | ✓ | 33) | Genitalia | X |
| 18) | Gait | ✓ | 26) | Mouth | X | 34) | Spine | ✓ |
| 19) | Speech | ✓ | 27) | Neck | X | 35) | Rectum | X |
| 20) | Scalp | ✓ | 28) | Chest | ✓ | 36) | Pelvic | |
| 21) | Eyes | ✓ | 29) | Breasts | | 37) | Neurological | ✓ |
| 22) | Fundi | | 30) | Lungs | ✓ | 38) | Extremities | ✓ |
| 23) | Nose | ✓ | 31) | Heart | X | 39) | Lymph Nodes | ✓ |
| 24) | Ears | ✓ | 32) | Abdomen | ✓ | 40) | Musculo-Skeletal | ✓ |
| | | | | | | 41) | Other | |

### DIAGNOSTIC LABORATORY TESTS
List all abnormalities only:

### Abnormal Findings (Refer to number Above)

#26 edentulous – has full dentures

#31 S1, S2, I-II/VI systolic (M)  ∅ JVD

#40 back FROM all direction, ∅ limitation

#32 (−) HSM, umbilical hernia ~2cm by 1½ cm, reducible

#33 hypogonadism

#35 prostate size WNL, non tender, ∅ nodules or induration, rubbery texture, heme stool (+)

### Recommendations/ Follow/Up

see AHr

### Limitations   Yes ( ✓ )   No ( )   (Describe if Yes)

∅ camps

(M3)

EXHIBIT B

26-37 Rev. 9-80          Signature ___ ___ FNP          Date 8/27/02

*Kenalog*

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| 12-26-5-3 | Neely, Robert | 114438 | fcf 7 |

**SUBJECTIVE:** ♂ c/o pruritis face/ears/H&neck scalp, eyelids, palms + soles — some present X up to 1yr → raw where X scratches. Uses baby lotion & cocoa butter

DATE: 2-24-04   TIME: 12:25   PROBLEM 1 2   PLAN / ORDERS

**OBJECTIVE:** Temp. 96⁹  Pulse 56  Resp. 18  B/P 116/6  Wt. 173   939 RA   112

QD → ℞ help ĉ pruritis. q'Vistaril didn't help ? help ĉ Diprosone

Meds: D/c'd Glucophage — on Thyroxin + Cozaar + Aldactone + Lasix + prozac — denied (not preco)

See NOSA   PMHS   MVP, Htn, Hep C

(cont) c/o anorexia, but QD in wt, c/o unusual stool color — gram, paly yellow, reports some blood streaked on stool → denies GERD. Skin ĉ raw telanglectasias, low petechia (shins) & lesions...

**ASSESSMENT:** ENT/masty/laryngln N I
Abd. -s, umb hernia. emaciated palp.

1° ℞ Pruritis — ? cause. √ labs to r/o
↑ Bili, ↑ Bun, ↑ TBili, PBC, ↑TSH, ↑WBC, ↑ ROSin — etc. √ stool hemoccult

(1) ✗ Triamcinalone
(2) √ BMP-14, TSH, CBC hemoccult X3, ESR — add pm to 2/23 labs if possible
(3) Pt exam req'd visit ĉ MD ĉ — request chronic Hep C (request)
1/22/04
SIGNATURE:
NURSE:
(3) Kenalog 80 IM X1 dose
(4) Doxepin 25mg po QPM X 90 days.
P.E.:
PHYSICIAN:
Rx NO.

cont diprosone & try kenalog — will refer to CH Provider derm

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| 12-26-53 | Neely, Robert | 114438 | fcf 7 |

**SUBJECTIVE:** ♂ ĉ c/o chronic itching states fever ĉ chills associated ĉ itching. was seen by WT 175

DATE: 2-17-04   TIME: 211 pm   PROBLEM 1 2   PLAN / ORDERS

**OBJECTIVE:** Temp. 97³  Pulse 173  Resp. 14  B/P 110/68

by Cressey 11/11/03, rec'd unistaril + didn't work © diprosone + lesions resolved ③ bx + dot not done

49 yo WM. ♂ AAO X 3. NAD head ĉ DB1 on beard area ĉ raised red lesion. ∅ sign of infect...

(1) appt /30" bx
(2) IgE
(3) per MH note 10-2-03
Flu 3 wks — pt never seen
2/17/04   Pls refer back to Ms Gilley
(4) diprosone 0.05% MM fob X 90d
amicale soln. MM X90d
Harm Ay/c
SIGNATURE:
P.E.:
PHYSICIAN:
Rx NO.

**ASSESSMENT:** HCV
cont. derm.

pt ĉ recent COPD violation - 9/2003

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

**114438** | NEELY, ROBERT A _(illegible)_     **Facility Code:** FF

## SUBJECTIVE

Trying to deal c hept c and _(illegible signature)_. Wants to continue Propac as it helps and wants to ↑ Dotepin.

C/O eye sight quickly becoming worse.

↑

3-4-04 :     vision ↑

## OBJECTIVE

alert, coop, verbal
polite, friendly
euthymic
0 X 4

## PLANS / ORDERS

✓ Propac 20 mg po q Am X 7 mo

✓ ↑ Dotepin 100 mg po q pm X 7 mo

RTC 3 mo

TO LAB    Dotepin level c ACP next week

## ASSESSMENT

Depressive D/o 2°
medical condition

| ate | 03/03/2004 | Clinicians | 374 |
| --- | --- | --- | --- |
| | | | 330 |

| | | |
| --- | --- | --- |
| ontact Type | 19 | |
| articipation Level | P - PRESENT | 4 - GOOD |
| ngth of Session | 02 | |
| oal Attainment Scale | 99 - NOT APPLICABLE | |

**PHYSICIAN** _S. Gilley FNP-C_     **NURSE** _(illegible)_ 3/04/04

_(illegible signature)_ 7-28-0_

_(illegible)_

13

**COLORADO DEPARTMENT OF CORRECTIONS**
Clinical Services Treatment Sheet

| Start | Stop | Treatment | Date/Time | | | | | | | | | | | |
|-------|------|-----------|-----------|--|--|--|--|--|--|--|--|--|--|--|
| 7/9/03 | 9/9/ | FSBS BID X 60 DAYS | 0600 | | | | 1/8 | | | | | | | |
| | | | 1000 | V | ✓ | | | | | | | | | |
| Day of Week | | | 1700 | | | | | | | | | | | |
| | | | 2030 | | | | | | | | | | | |

| Start | Stop | Treatment | Date/Time | | | | | | | | | | | |
|-------|------|-----------|-----------|--|--|--|--|--|--|--|--|--|--|--|
| 9/4/03 | 9/4/04 | FSBS BID X 1 year | 0600 | | | | | | | | | | | |
| | | | 1000 | UNCONTROLLED! | | | | | | 578 | | | | |
| Day of Week | | | 1700 | | | | | | | | | | | |
| | | | 2030 | | | | | | | | | | | |

| Start | Stop | Treatment | Date/Time | | | | | | | | | | | |
|-------|------|-----------|-----------|--|--|--|--|--|--|--|--|--|--|--|
| | | | 0600 | | | | | | | | | | | |
| | | | 1000 | | | | | | | | | | | |
| Day of Week | | | 1700 | | | | | | | | | | | |
| | | | 2030 | | | | | | | | | | | |

| Start | Stop | Treatment | Date/Time | | | | | | | | | | | |
|-------|------|-----------|-----------|--|--|--|--|--|--|--|--|--|--|--|
| | | | 0600 | | | | | | | | | | | |
| | | | 1000 | | | | | | | | | | | |
| Day of Week | | | 1700 | | | | | | | | | | | |
| | | | 2030 | | | | | | | | | | | |

| Start | Stop | Treatment | Date/Time | | | | | | | | | | | |
|-------|------|-----------|-----------|--|--|--|--|--|--|--|--|--|--|--|
| | | | 0600 | | | | | | | | | | | |
| | | | 1000 | | | | | | | | | | | |
| Day of Week | | | 1700 | | | | | | | | | | | |
| | | | 2030 | | | | | | | | | | | |

Signatures/Initials: _____

Allergies: _____

Name: Neely Robert

DOC#: 114438

31228 (Rev. 12/98)

(14)

11/14/06 - 2/16/07

| Start | Stop | Treatment | Date/Time | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4/06 | 10/4/07 | FSBS TID x lgs. | A.M. | | | | | | | | | | | | | | | |
| | | | NOON | | | | | | | | | | | | | | | |
| Day of Week | | | P.M. | | | | | | | | | | | | | | | |
| | | | H.S. | | | | | | | | | | | | | | | |

(illegible handwritten blood sugar monitoring chart)

⑧
SEC 6.OPHT

DOC# 114438   NAME Neely, Robert   DOB _____

DATE 8-9-06   FACILITY _____   PED _____   |   DATE _____   FACILITY _____   PED _____

| | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD | | OD | OD |
| OS | | OS | OS |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD | | | | | |
| OS | | | | | |
| ADD OD | | | | | |
| OS | | | | | |
| READING OD | | | | | |
| OS | | | | | |

| | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD | | OD | OD |
| OS | | OS | OS |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD | | | | | |
| OS | | | | | |
| ADD OD | | | | | |
| OS | | | | | |
| READING OD | | | | | |
| OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | | | | |
| BIFOCAL | | | | |
| NOTES | | | | |

DM - (BS 400-600) Blood Sugar
later stages of Hep C

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | | | | |
| BIFOCAL | | | | |
| NOTES | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. OPHTHALMOSCOPE | OD | Act 21.8a | | 1. OPHTHALMOSCOPE | OD |
| | OS | | | | OS |
| 2. OPHTHALMOMETER | OD | ODR ou | | 2. OPHTHALMOMETER | OD |
| | OS | | | | OS |
| 3. HABITUAL PHORIA | OD | Dense pscou | | 3. HABITUAL PHORIA | OD |
| 4. STATIC SKIASCOPE | OS | | | 4. STATIC SKIASCOPE | OS |
| 5 DYNAMIC SKIASCOPE (20") | OD | | | 5 DYNAMIC SKIASCOPE (20") | OD |
| | OS | | | | OS |
| 6. DYNAMIC SKIASCOPE (40") | OD | | | 6. DYNAMIC SKIASCOPE (40") | OD |
| | OS | | | | OS |
| 7. SUBJECTIVE ⌒ 20/← | OD | large TND | | 7. SUBJECTIVE | OD |
| ⌒ 20/400 | OS | N spo | | | OS |
| 8. INDUCED PHORIA | ESO     EXO | | | 8. INDUCED PHORIA | ESO     EXO |
| 9. TRUE ADDUCTION (W/O ACC) | (+) 1.50 | | | 9. TRUE ADDUCTION (W/O ACC) | |
| 10. CONVERGENCE (AAA & ADD) | | | | 10. CONVERGENCE (AAA & ADD) | |
| 11. ABDUCTION | Both eyes | | | 11. ABDUCTION | |
| 12. VERTICAL PHORIA | R.     L. | | | 12. VERTICAL PHORIA | R.     L. |
| 13. INDUCED PHORIA (NEW RX) | ESO     EXO | | | 13. INDUCED PHORIA (NEW RX) | ESO     EXO |
| 14. CROSS CYL. (Dissociated) | OD | | | 14. CROSS CYL. (Dissociated) | OD |
| | OS | | | | OS |
| 15. INDUCED PHORIA | ESO     EXO | | | 15. INDUCED PHORIA | ESO     EXO |
| 16. ADD. TOLERANCE | 16.A     16.B | | | 16. ADD. TOLERANCE | 16.A     16.B |
| 17. ADD. NEG. TOLERANCE | 17.A     17.B | | | 17. ADD. NEG. TOLERANCE | 17.A     17.B |
| 18. VERTICAL PHORIA | R.     L | | | 18. VERTICAL PHORIA | R.     L. |
| 19. AMP. OF ACC. | Refer to ophthal | | | 19. AMP. OF ACC. | |
| 20. TOL OF ACC STIMULATION | for Cat Surg, | | | 20. TOL OF ACC STIMULATION | |
| 21. TOL OF ACC INHIBITION | | | | 21. TOL OF ACC INHIBITION | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES   |   I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME _____   DATE _____   |   NAME _____   DATE _____

STAFF PERSON _____   |   STAFF PERSON _____

VISION

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.

NAME: R.

OFFENDER NO.

LIVING UNIT

SUBJECTIVE:

DATE

TIME

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE:  Temp. _____  Pulse _____  Resp. _____  B/P _____ / _____

SIGNATURE:
NURSE:

ASSESSMENT:

P.E.:

PHYSICIAN:
Rx NO.

---

PRICARE CODE NO.

NAME: Robert Neely

OFFENDER NO.: 114438

LIVING UNIT

SUBJECTIVE:

⊕ Hx of Cataract OD
⊕ Hx of Xenolos

DATE

TIME

PROBLEM 1 2
PLAN / ORDERS

Refer to Ophthalmology
for Cat Surgery OD
and eval OS

OBJECTIVE:  Temp. _____  Pulse _____  Resp. _____  B/P _____ / _____

Best Corrected Vision 20/400
Dense Post. Subcapsular Cataract OD > OS

SIGNATURE:
NURSE: _____ RN
P.E.: 8-4-06 15:55
PHYSICIAN:
Rx NO.: Michael Saxenian

ASSESSMENT:
Dense Cataract

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET

DC Form 78 (2/93) / Old. No
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE

TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:   Temp. _____   Pulse _____   Resp. _____   B/P _____ / _____

SIGNATURE:
NURSE:

ASSESSMENT:

P.E.:

PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Neely, Robert | 114438 | |

SUBJECTIVE:

1 mo. F/U. Cat. Sx OD.

DATE 4-28-07

TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:   Temp. _____   Pulse _____   Resp. _____   B/P _____ / _____

Top refraction
Clinic

Clear OD
poor vision OS 2° to
cataract.

I/P

SIGNATURE:
NURSE:

ASSESSMENT:  Xcellent result OD
c DOC will not
T nuclear for OS

P.E.:

PHYSICIAN:
Rx NO. [signature] (H)

# REQUEST FOR SICK CALL

NC

NAME: _Neely B_ NUMBER: _117738_

DATE: _4-26-06_ LIVING UNIT: _7_

WORK ASSIGNMENT: _unassigned_

**Offender needs to be seen by: (CHECK ONLY ONE)**

___ Physician Assistant/Nurse Practitioner
C. Clang

___ Dentist

Lantus will be

___ Nurse

___ Mental Health      increased. Remember

that Joy asked

___ Self Medication: Refill Name: _____

Prescription Number: _____

Other: Insulin is not (causing) my diabetes
An - 309 - AM - 250 (??) My vision is going along w/the intervals.
Dr away! I can't see! with a worn glasses.
Dr at the Dept front informed E.H-7 staff Philip
not able so no able pill for him. 3 times last pm!
I just don't get the specialty dr care smetimes.

Explain your need for request: I get Lantus & faster
as

**Offender's request was received at Dispensary:**

→ to be on Lantus

Date: _____

Action Taken: ✗ Glyburde only

if you could take
[illegible]

2005 Distribution: White Copy-Dispensary / Canary Copy-Offender

Glucophage is "TOXIC" to
alcholics & liver patients!

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

**ADMINISTRATIVE**
Page 1 of 1

Printed By: CREANY, TIMOTHY P
Printed at: 07/11/2007 10:01:51
Encounter#: 1467420 @ FF

| 114438 | NEELY, ROBERT A | Facility: | FF | LU: | FCF/SEG | F | 16 | S |

**SUBJECTIVE**

Kites #1 ? GB surgery
Kites #2 ? req optometrist

Active Medication(s): ALDACTONE - 100MG - ONE TABLET
TWICE DAILY; DIABETA - 5 MG - TWO TABLETS TWICE
DAILY; INSULIN HUMALOG - 100U/ML - AS DIRECTED;
INSULIN LANTUS - 100U/ML - AS DIRECTED; KLOR-CON
10 - 10 MEQ - TWO TABLETS TWICE DAILY TIMES TWO
DAY(S) THEN ONE TABLET DAILY; LACTULOSE -
10GM/15ML - 30 ML EVERY DAY; LASIX - 40 MG - ONE
TABLET EVERY MORNING; LOPRESSOR - 100 MG - ONE
TABLET TWICE DAILY; L-THYROXINE - 0.075 MG - ONE
TABLET DAILY

**OBJECTIVE**

**ASSESSMENT**

gb surgery scheduled
optometry referral appropriate in view of recent eye surgery
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

| Temperature: | | Pulse: | | Weight: | |
| Respiratory: | | BP: | / | |

**PLANS / ORDERS**

Allergies: No Known Allergies

refer to optometry per 4/18 by Dr. Greenlee

Datetime:
07/11/2007 09:52

Providers: CREANY, TIMOTHY P

PA/NP/RD
Datetime: 07/11/2007 09:52

PHYSICIAN
Provider: CREANY, TIMOTHY P

NURSE

DC Form 78 (2/93) / Old. No. 2
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Neeley, R. | 114438 | |

SUBJECTIVE:

DATE  8/1/07    TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:  Temp. _____ Resp. 8/1/07 B/P

agree
m b/
CM faxed
to scheduler

Referral to PMEL
for cataract remov
OS.

Best VA OS 20/<400

Total cataract increa
risk of developing
glaucoma

SIGNATURE:
NURSE:

P.E.:  M Walsh MC

PHYSICIAN:  MD OD
Rx NO.

ASSESSMENT:  Total Cataract OS

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | | | |

SUBJECTIVE:

DATE    TIME

PROBLEM  1  2
PLAN / ORDERS

OBJECTIVE:  Temp. _____ Pulse _____ Resp. _____ B/P _____/

SIGNATURE:
NURSE:

P.E.:

PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

VISION - Cataract

ADMINISTRATIVE
Page 1 of 1

**DEPARTMENT OF CORRECTION**
**AMBULATORY HEALTH RECORD**

Printed By: WENCL, RUDOLPH R
Printed at: 08/11/2006 13:00:17
Encounter#: 1254670 @ FF

| 114438 | NEELY, ROBERT A | | Facility: | FF | LU: | FCF/L.U.5 | | | |

**SUBJECTIVE**

Active Medication(s): ALDACTONE - 100MG; COLACE - 100 MG; DIABETA - 5 MG; FERROUS SULFATE - 325 MG; GLUCOPHAGE - 500 MG; INSULIN HUMALOG - 100U/ML; INSULIN LANTUS - 100U/ML; LASIX - 40 MG; LOPRESSOR - 50 MG; L-THYROXINE - 0.075 MG; PEGASYS - 180 MCG; PRILOSEC - 20 MG; RIBAVIRIN - 200MG

Temperature:         Pulse:         Weight:
Respiratory:         BP:       /

**OBJECTIVE**

Recent visit with optometry reveals dense, posterior subcapsular cataracts OD>OS. Best corrected vision in OD is 20/400, recommended opthalmology consult for cataract removal- agree.

**PLANS / ORDERS**

☑ Allergies: No Known Allergies

☑ Outside Consultation#: 78171 - Level: 1 MONTH - Request: OPHTHALMOLOGY - Location: RMEC CANON

☑ Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: TEMPORARY
??

☐

☐

☐

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
366.14 - 366.14 - POSTERIOR SUBCAPSULAR POLAR SENILE CATARACT - OD>OS
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

☐

☐

☐

☐

☐

| Datetime: | Providers: | WENCL, RUDOLPH R |
| 08/11/2006 12:50 | | |
| | | |
| | | |

PA/NP/RD                    PHYSICIAN                    NURSE

**Colorado Department of Correction**

Page 1 c

## Consultation Report Form

Run Date: 08/11/2006 1

**Appt#: 78171**

*REQUESTED*

**DOC #:** 114438   **Name:** NEELY, ROBERT A   **Facility:** FCF/L.U.5   **Date Initiated:** 08/11/200

**Gender:** MALE   **Security:** MEDIUM   **SSN:** 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   **DOB:** 12/26/195

**Level:** 1 MONTH   **Tele-Med:** NO   **Provider:** WENCL, RUDOLPH R , PA   **SDD:** 06/24/200

**Request:** OPHTHALMOLOGY   **Auth #:**   **Number of Visits:** 1   **PED:** 04/02/200

**Location:** RMEC CANON   **Appt Dt:**   **Specialist:** GREENLEE   **DH #:**

Diagnosis and requested evaluation or care:

1. CLINICAL INFORMATION: 53 yo W male with recent dx of dense, posterior sub scapular cataracts OU, OD> OS, optometrist recommends ophthalmology eval due to best corrected vision in OD is 20/400
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Yes
3. URGENCY OF NEED V. REMAINING SENTENCE: MRD is 06/08
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Functional disability- poor/uncorrectable vision
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: Probably ← No   Pesbablf 77 - 54Ys
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: None   NOTE EX. B
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Pt agrees to attend appt if approved.
8. PAIN COMPLAINTS/BEHAVIOR: Poor vision
9. RISK AND/OR COST BENEFIT: N/A

Subjective: Active Medication(s): ALDACTONE - 100MG; COLACE - 100 MG; DIABETA - 5 MG; FERROUS SULFATE - 325 MG; GLUCOPHAGE - 500 MG; INSULIN HUMALOG - 100U/ML; INSULIN LANTUS - 100U/ML; LASIX - 40 MG; LOPRESSOR - 50 MG; L-THYROXINE - 0.075 MG; PEGASYS - 180 MCG; PRILOSEC - 20 MG; RIBAVIRIN - 200MG

Objective: Recent visit with optometry reveals dense, posterior sub capsular cataracts, OD>OS. Best corrected vision in OD is 20/400, recommended ophthalmology consult for cataract removal- agree.

Assessment:
V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
366.14 - 366.14 - POSTERIOR SUBCAPSULAR POLAR SENILE CATARACT - OD>OS
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATERL

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURP( | 88325 | CONSLTJ COMPRE REVIEW REPRT REFERRED MATR |
| 366.14 | POSTERIOR SUBCAPSULAR POLAR SENILE CATARAC | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** 08/11/2006 12:59 |
| **Provider Name:** | WENCL, RUDOLPH R , PA | r11354 |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4566



## REQUEST FOR SICK CALL

NAME: NEELY      R    NUMBER: 114438

DATE: 5/26/06    LIVING UNIT: 4 - D-11

WORK ASSIGNMENT: _____ nna _____

**Offender needs to be seen by: (CHECK ONLY <u>ONE</u>)**

_____ Physician Assistant/Nurse Practitioner

_____ Dentist          *Last optometrist visit recommended Cataract Surgery*

_____ Nurse

_____ Mental Health

_____ Self Medication: Refill Name: _____

Prescription Number: _____

✓ Other: OPTOMOTRIST

Explain your need for request: *My eyesight is*
*BAD - I cant read - Recognize faces -*
*watch TV - its frustrating - Is my appt.*
*forthcoming?*

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

20053  Distribution:  White Copy-Dispensary     Canary Copy-Medical     Pink Copy-Offender

3

**VISION**

**RETURN EYE EXAM FORM**

ROCKY MOUNTAIN EYE CENTER

Doc# 114438

To be used in conjunction with patient database elsewhere in chart.

**Reason for Visit:** Cataract eval - floaters in OS/OMOS - occ flashes + Pt states VA OD the best vent - OS better exam - blurry x 1 yr - OS better exam - runs into walls - can't read - sunlight bothersome _____

**Allergies:** NKDA

**Medical Hx:** umbilical hernia _____ Hiata hernia, high thyroid liver d - renal failure

**Ocular Hx:** Ⓞ eye surg

**Family Hx:** Ⓞ diab

**Social Hx:** limited

**General Medical Observations:** Cuffed

**Mood and Affect:** _____

**Smoker** Y ☐ N ☒

**ETOH:** _____

**Orientation:** x 3

**PCP:** Dr ___

| | | | | |
|---|---|---|---|---|
| V$^D_{20/60+a}$ Uncorrected | V$^D$ Corrected | V$^N_{CC}$ SO | V GLARE | |

**P** _____ @ ___
**G** S B T P   PD ___ ADD ___
AGE ___ VERTEX ___
**M**
**R** S B T P   PD ___ ADD ___
VERTEX ___

**External/Adnexa:**

**Motility:** Rotations Full, Muscle Balance: Ortho, Ortho

**Conf. Fld.:**

**Stereoacuity:**

**Color:**

**Pupils:** PERRL

**LLL:**

**Conjunc:**

**Cornea:**

**A/C:**

**Lenses:** NSC dense PSC dense / NSC 2+ OS - PSC 2+

**Iris:**

**AT**

**Disk:** C/D 0.3

**Macula:**

**Vessels:**

**Vitreous:** floaters

**Periphery:**

**Undil/Dil:** Agent/Time:

**Assessment:** 1) Cataracts
2) IDDM -
3)

☐ Astigmatism
☐ Hyperopia
☐ Myopia
☐ Presbyopia

**Plan:** 1) Surgery
2)
3)

**Asst./Tech. Signature:** S Sierra COA   **Physician's Signature:** _____   **Return in:** (K)

Sep 19 2007 3:46PM Colorado Dept. of Correct 719-226-4540 p.1

PHP MCS

Page 1 of 1

*William Klenke — fcf*
*Please note Denial you Medical*
*called about —*
*XX*

**PHYSICIAN HEALTH PARTNERS**
1515 Arapahoe St, Suite #300, Tower
Denver, CO 80202

Utilization Review
**Phone:** (303) 605-1530
**Fax:** (303) 605-1545

**PHP Reference #:** 1352303

**Plan Identifier:**

| | | | |
|---|---|---|---|
| **IPA:** | CDC | **Date:** | 3/16/2007 11:49:12 AM |
| **Elective:** | Elective | | |

| | | | |
|---|---|---|---|
| **Patient Name:** | ROBERT NEELY | **Health Plan:** | DEPARTMENT OF CORRECTIONS |
| **Patient Sex:** | M | **Plan ID:** | 114438 |
| **DOB:blank** | 12/26/1953 | **Group:** | 4T |
| **Address:** | CDOCFREMONT CORRECTIONAL FAC | | |
| | CANON CITY, CO 81212 | **PCP Name:** | FREMONT CORRECTIONAL FACILITY |
| **Phone:** | | **Phone:** | (719) 269-5080 |

| | | | |
|---|---|---|---|
| **Requesting Provider:** | GREENLEE MD, LYNN F | **Referred To:** | GREENLEE MD, LYNN F |
| **Phone:** | (719) 275-7481 | **Phone:** | (719) 275-7481 |
| **Fax:** | (719) 275-0059 | **Fax:** | (719) 275-0059 |
| **Contact:** | REFERRALS | **Facility:** | |

If this is not a PCP, has the PCP approval been obtained?

The following are for Surgical Requests Only:

**Surgical Assist:** N
**Anesthesiologist:**

**Request Type:** AMBULATORY SURGERY

**ICD-9 Code Diagnosis:**
ICD9: 366.14 POSTERIOR SUBCAPSULAR POLAR SENILE CATARACT
366.16 SENILE NUCLEAR SCLEROSIS

**CPT/Procedure or Services:** **Requested DOS:**
66984 CATARACT SURG W/IOL, 1 STAGE

**Past Treatments/Comments**
SEE REQ - JD

**Authorization Status:** DENIED

**Notification Date:** 03/27/2007

**Reviewed By:** ABoyice
CGarland
SKrebs

**Surgical Assist:**
**Admit Date:**
**Discharge Date:**

**Approval Dates**
**From:**
**To:**

**Approved Units:**

**Approved LOS:**

**F/U Days:**

**Approval Specifications/Comments:**
cataract surg denied per SK, has adequate vision 20/20 in OD, falls doc. crit.

This referral is not a guarantee of payment. Coverage will be determined based on medical necessity, eligibility, policy provisions and availability of remaining benefits at the time of service.

Copy to new



**Physician Health Partners**

Collaborate, Innovate, Make a Difference

March 27, 2007

Fremont Correctional Facility

RE:    Robert Neely
ID#:   114438
Requested Service: Cataract surgery

Dear Fremont Correctional Facility:

This letter is to inform you that the PHP Medical Director reviewed your request for cataract surgery. The service(s) requested were determined not medically necessary/covered for the following reason:

The clinical information indicates the inmate has adequate vision 20/20 in OD, fails CDOC criteria. *One eye ?!*

A copy of the clinical review criteria or treatment guidelines may be obtained by contacting Physician Health Partners. Please refer to the enclosed information regarding the appeal process if you do not agree with this decision. *J tried - no response*

Should you have additional questions or concerns, please contact Physician Health Partners Medical Management Department at 1- 866-362-1374.

Sincerely,

Stephen R. Krebs, MD
Medical Director

cc:    Carey Shames, MD (CDOC)
       Dr. Lynn Greenlee

# REQUEST FOR SICK CALL   NUMBER: 114438

NAME: Neely R.   LIVING UNIT: 4

DATE: 3/19/01

WORK ASSIGNMENT: none

**Offender needs to be seen by: (CHECK ONLY ONE)**

___ Physician Assistant/Nurse Practitioner   WMISH

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name:

Prescription Number:

___ Other:

Explain your need for request: The optometrist recommended surgery for my cataract. Who to DR-2. Who is responsible? Thanx

**Offender's request was received at Dispensary:**

Date: 9/24/01   By: Reon

Action Taken: If you remember DENIED

White Copy-Medical   Canary Copy-Dispensary   Pink Copy-Offender

20053 Distribution

---

Kc   ent

# REQUEST FOR SICK CALL   NUMBER: 114438

NAME: Neely R.   LIVING UNIT: 4

DATE: 3/26/01

WORK ASSIGNMENT: none

**Offender needs to be seen by: (CHECK ONLY ONE)**

___ Physician Assistant/Nurse Practitioner   CREANY

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name:

Prescription Number:

___ Other:

Explain your need for request: The Optometrist said it would be 2 weeks to correct the other eye (he did 1 at a time) - It's been a month - have you heard of it? Is it scheduled?

**Offender's request was received at Dispensary:**

Date: 3/28   By: Walvap-C

Action Taken: 3/01 DENIED → I called Dr. Greenberg office & the scheduler & she said Dr. Greenberg's office will be contacted to see why you have not been scheduled. Sorry, no.

White Copy-Medical   Canary Copy-Dispensary   Pink Copy-Offender

20053 Distribution



m 3/22/07
NEELY 114438

Medical

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Co Mngr / McCormack - refuses to number & process

Grievance Number

STEP (Circle One) **①** 2 3     ADA? Yes ☒ No ☐

NAME **NEELY      ROBT.**     DOC NO. **114438**     FACILITY **FCF**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: ~~Retaliation~~ - FCF Clinical — ~~& Holst, AIC for DOC.~~
Dr. Creamy

This Grievance concerns my ADA "Accommodation Resolution", prepared by Drs. Creamy / Shamer, & AIL Holst, served to me on 3/22/07. This Grievance deals w/ one issue, Disability Qualifications, using 4 different disabilities - as the Resolution also does. Attached also, are 2½ evidentiary documents, to support my counter-claims, while also exposing the false information of D.O.C. officials.

TEMPORARY? VISION IMPAIRMENT: My vision impairment becomes permanent, when not addressed. Which it is NOT. The Ophthalmologist (Dr. Greenly, Canon City) who repaired my right eye stated: "D.O.C. refuses to approve surgery on the other eye!" I have "dense" w/two eyes! I came into DOC w/ two good eyes, Now - I can barely function at any profession, until BOTH eyes are restored, my vision is impaired, & D.O.C. has NOT addressed my disability!

My vision impairment DOES/limit "major life activities." I am a trucker - I drove cars. (lights BLIND people w/cataracks) ⑥ I big fish & paint pictures for recreation fly or draw w/ one eye?) - If left untreated, damage will become permanent.

This impairment has been diagnosed by 3 MD.'s & 2 specialist, as a medical need, mandating treatment! ⑦ ⑧ This states my claim for my left eye. The rest of this Grievance is attached.

DATE: **3/30/07**     OFFENDER SIGNATURE **Robert Neely 114438** - **3-378**

DATE RECEIVED:     RESPONDING STAFF SIGNATURE & ID

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

②<u>DIABETES:</u>  Diabetes alone DOES INDEED render me 'disabled', pursuant to the "Americans w/ Disability/Rehab Act of 1990" - also, any "contageous disease" qualifies me (Hepatitis C), also, "Heart Disease", "kidney disease"; "pancreas disease" "end-stage liver disease".

My B.S. (blood sugars) have been in the 300 to over 600 range for 2 years. My Alc. is 9 to 12! (over DOUBLE the recommended safe range) ⑥⑨⑩⑪⑭⑮

Unknown to me until recently - the drugs administered to me by D.O.C. medical personell for my diabetes (metformin/Glucophage) carry prominent, commonly known WARNINGS NOT to prescribe them to "alcoholics or liver patients"!? They warn of kidney/pancreas/liver FAILURE, & "intestinal diseases" ⑫⑬ Due to D.O.C. inactions I now suffer from "rare diverticulitis" - "intestinal polyps" - "4 stomach ulcers" Conditions I never had before DOC. I also suffer from kidney/pancreas/& liver failure now. ⑤⑫⑬⑯⑰ And my cataracks were caused by dangerously high B.S., caused by the drug Kenalog, & lack of sufficient insulin.

D.O.C. M.D.s also prescribed me STEROIDS (Prednisone - Kenalog) which, un-beknownst to me, until informed by civilian M.D.s - ALL steroids are dangerously forbidden to a DIABETIC, or LIVER/KIDNEY patient! Causing unsafe sugar/glucose levels/ organ damage/cataracks/ incapacitating cramps/ nephropathy. ⑥⑦⑧⑨⑩ ⑪⑫⑬⑭⑮⑯⑰⑱⑲⑳㉑㉒ - I now suffer from painful nephropathy, a serious complication causing intense pain/burning/cramps in legs, feet, hands. ⑱ ⑲⑳㉑㉒

All of these serious complications of my diabetes MOST DEFINATELY limit my "major life activities" Work- recreation- driving- walking -sleeping-

<u>MOBILITY:</u>  Due to my nephropathy, diabetes, organ failures, cardiac issues, cataracks, insulin dependance, incapacitating cramping, my mobility is INDEED restricted by these disabilities. Preventing work, recreation, ect. ⑤⑥⑦⑫ ⑬⑯⑰⑱⑲⑳㉑㉒㉓㉔㉕㉖㉗㉘㉙

<u>CARDIAC:</u>  I have an EXTENSIVE, & CHRONIC history of cardiac disease/ complications/ - Documented for 20 years - "Mitral-valve prolapse" - " Premature Super-ventricular tachycardia" (Sudden-death-syndrome, to Cardiologist's) - "Hypertension" - "Abnormal EKG's" - hospitalizations. ㉓㉔㉕㉖㉗㉘㉙ - Effecting my endurance ⑥㉒ - I have had serious problems RECENTLY ㉔ - This also effects my sleep constantly. It is <u>still</u> unaddressed.

17



③

<u>CONCUSION</u>: ? WHY does Dr. Creany falsify his report?

Look at the documentation! I have more!

<u>Diabetes</u> - "no resulting disabilities?" - Nephropathy? Cramps? organ failure/damage? Cataracts unaddressed?

<u>Mobility</u> — "Have OBSERVED him ambulating 100 yds." I think not. ⑥

<u>Vision</u> — "Is being addressed?" - FALSE

<u>Other</u> — "No confirmed cardiac or generalized disability?"
   I have "no disabilities", yet I have, since entering D.O.C., been medically classified as an "M-4" the most medically involved rating, next to DECEASED.
   I have had blood transfusions
I have been hospitalized numerous times
I have been medically unqualified to work.
I take massive doses of insulin, which was denied to me numerously.
My lab reports reflect dangerously low numbers, that SHOCK civilian doctors — along w/ shocked responses at my treatment. ⑥
I'm "quite capable of doing simple work?" WHY have I been deliberately denied work for the past year?

<u>REQUEST FOR RELIEF</u>:
✓ I request medically Rx tennis shoes, for my deseased feet (nephropathy)
✓ I request Tx for my nephropathy.
✓ I request Tx for my pruritis- caused by kidney failure,
✓ I request medical unassignable status, ㉒
✓ I request return of my earned time for 1 year, as a result of being punished for not working?!
✓ I request Surgery to finish repairing my left eye!!
✓ I request evaluation & Tx, by a QUALIFIED CARDIOLOGIST, for my dangerous heart conditions, (as previously ordered)

   How can the AIC even entertain Creany's evaluation?!
Do you need more evidence? Witnesses? civilian opinions?
I have it.
✓   I request a PROMPT EVIDENTIARY HEARING w/ a Montez
Special Master, to discuss higher damage classification & settlement

18

ADMINISTRATIVE
Page 1 of 1

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: MARTINEZ, RENEE
Printed at: 04/16/2007 15:28:04
Encounter#: 1412870 @ FF

| 114438 | NEELY, ROBERT A | Facility: FF | LU: FCF/L.U.4 | D | 14 | T |
|---|---|---|---|---|---|---|

**SUBJECTIVE**

Active Medication(s): ALDACTONE - 100MG - ONE TABLET TWICE DAILY; DIABETA - 5 MG - TWO TABLETS TWICE DAILY; FERROUS SULF - 325 MG - ONE TABLET(S) BY MOUTH TWICE DAILY; INSULIN HUMALOG - 100U/ML - AS DIRECTED; INSULIN LANTUS - 100U/ML - AS DIRECTED; KLOR-CON 10 - 10 MEQ - TWO TABLETS TWICE DAILY TIMES TWO DAY(S) THEN ONE TABLET DAILY;
LACTULOSE - 10GM/15ML - 30 ML
EVERY DAY; LASIX - 40 MG - ONE TABLET EVERY MORNING;
LOPRESSOR - 100 MG - ONE TABLET TWICE DAILY;
L-THYROXINE -
0.075 MG - ONE TABLET DAILY; PNU-IMUNE 23 - 25 MCG - INTRAMUSCULARLY TIMES ONE; PRILOSEC - 20 MG - ONE TABLET DAILY; SINEQUAN - 50 MG - ONE CAPSULE AT BEDTIME

Letter to CMO regarding delay in cataract surgery. States that other offenders have had cataracts removed w/in 30 days, but believes that his delay has to do with retaliation by HSA for his legal efforts. *5 mo. delay*

**OBJECTIVE**

Letter referred by HQ to HSA. Checked on status of cataract surgery, patient is scheduled this month. Called offender in and explained that he is cheduled and reassured him that there is no retaliatory measures on part to delay his care or treatment. He was happy to to hear that he was scheduled shortly and appeared grateful that I informed on his surgery status.

*Appt. never happened*
*no surgery - blind/one eye*

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL
Continue with plan of care.

*never happened*

**PLANS / ORDERS**

Allergies: No Known Allergies

Temperature: ___ Pulse: ___ Weight: ___
Respiratory: ___ BP: ___ / ___

| Datetime: 04/16/2007 15:07 | Providers: MARTINEZ, RENEE |
|---|---|

PA/NP/RD
Datetime: 04/16/2007 15:07

PHYSICIAN
Provider: MARTINEZ, RENEE

NURSE
DateTime: 4/19/07