FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 9 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No. 92cv00870 EWN
(To be supplied by the Court)

J. MONTEZ et.al., Plaintiff(s)

vs.

B. OWENS et.al., Defendant(s)

Robert Neely - Co-Plaintiff

# DECLARATION IN SUPPORT OF MOTIONS

Co-Plaintiff Robert Neely DECLARES under penalty of perjury;

1- Neely is a Co-Plaintiff in this Class Action. He makes this Declaration in support of his Motion & Brief/Memorandum of Law for a T.R.O. & Prelminary Injunction, to ensure prompt medical care.

2- Neely entered C.D.O.C. in 8/2002 w/good vision in both eyes & a 35 yr. career as a Barber.

3- Since 2003 I have been diagnosed/treated for diabetes,

4- Since 2003, C.D.O.C. doctors have also treated my 'pruritis' (chronic itching) w/'kenalog' & 'prednisone'. Both are steroids.

5- C.D.O.C. medical personell know that diabetes, liver patients, alcoholics, kidney desease should not - under any circumstances - be



'treated' w/ kenalog, prednisone, or glucophage.

6- Neely only learned these facts recently.

7- 'Kenalog', as known by C.D.O.C. medical personell, causes tremendously high & unsafe blood sugar levels. (we are talking: 600-↑!)

8- A continuous high level of blood sugar, over time, CAUSES organ damage (kidney failure) & CATARACTS.

9- Several (7) physicians have diagnosed w/'total cataract' in the left eye.

10- This qualifies as a disability & is named such in Neelys' records.

11- It has been refused surgery far over six (6) months, qualifying as 'permenant' by A.D.A.

12- C.D.O.C. & Physicians Health Partners (Dr. Krebs) granted surgery for the O.D. (right eye) w/excellent results.

13- C.D.O.C. & Dr. Krebs have, for over a year now, refused surgery for the O.S. (left eye).

14- No less than six (6) physicians have mandated Neelys' disability as 'serious', recommending surgery.

15- Neely has requested it - grieved a 'Step I' to A.I.C. Holst (no response)

16- C.D.O.C. regulations cannot overide clearly established Law.

17- Neely requests' any monetary consideration this Court sees fit.

18- Pursuant to 28 U.S.C. 1746, I declare, under penalty of purjury that the foregoing is true & correct.

Respectfully,

Robert Neely 114438