OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

*Paroled*

RETURNED TO SENDER
REASON CHECKED
refused
Addressee unknown
Insufficient address
No registration number

92-CV-00870
[2913]

017H15524679
HASLER $0.410
09/27/2007
Mailed From 80202

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 4 2007

GREGORY C. LANGHAM
CLERK

JK

Victor A. Gonzalez 125288
Arkansas Valley Correctional Facility
P.O. Box 1000
Crowley, CO 81034

NIXIE   808   DE 1        00 10/02/0
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250151    *1920-03285-27-31

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Louis Peoples, Jr.

## ORDER

Kane, J.

This matter is before the court on the Plaintiff's Motion for Preliminary Injunction (doc. #2330), filed August 12, 2006, Motion for Emergency Injunction Relief (doc. #2612), filed March 29, 2007, and Motion for Emergency Relief (doc. #2819), filed August 17, 2007, by Louis Peoples, Jr.. The motions relate to compliance issues that have already been raised by counsel in this case. These issues and are being addressed through ongoing compliance hearings. The motions, therefore, are denied as moot.

Dated: September 27, 2007

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT