IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' TWENTY-FIRST APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-First Application for Payment of Fees and Costs. This application is for work done from July 16, 2007 to September 15, 2007, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 127.05 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 10.75 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 38.40 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 4.00 hours of time during this period for administrative matters related to the claims process. This

2

is reflected in Exhibit C. Richard C. Davidson expended 0.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 102.50 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $133.85 and travel time of 15.50 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 51.50 hours on individual claims. This is reflected in Exhibit F. He also had 12.50 hours of travel time that is reflected on Exhibit J.

9. Richard C. Davidson spent 24.60 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 15.00 hours, as reflected in Exhibit I. He had no lodging expenses.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending September 15, 2007 are as follows:

a. Richard M. Borchers          33.90 hrs.@ $175.00 per hr. =          $ 5,932.50

                                107.00          @ 200.00 per hr. =          $21,400.00

b. Richard M. Borchers (travel) 15.50hrs. @ 100.00 per hr. =          $ 1,550.00

c. Bruce D. Pringle          55.50 hrs.          @ $200.00 hr. =          $11,100.00

d. Richard C. Davidson          24.60 hrs.   @ $200.00 hrs. =          $ 4,920.00

e. Susan Carter and other staff  hrs.          @ $ 35.00 hr. =          $ 4,656.75

f. Larry Dean Valente          10.75 hrs.          @ $ 75.00 hr. =          $    806.25

g. Lodging and expenses                                          $    133.85

H. Richard C. Davidson (travel) 15.00 hrs. @ $100.00 hr. =          $ 1,500.00

J. Bruce D. Pringle (travel) 12.50 hrs. @ $100.00 hr. =        $ 1,250.00

TOTAL FEES:                    $53,249.35

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-First Application for Payment of Fees be granted in the amount of $ 53,249.35 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____
Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

**EXHIBIT A**

Susan Carter

     Total Hours for Period                          127.05 hrs.

Lynda Rowe

     Total Hours for Period                          6.00 hrs.

Judy Olive

     Total Hours for Period                          0.00 hrs.

                                                   _____

                          TOTAL HOURS           133.05 hrs.

Larry Dean Valente

     Total Hours for Period                          10.75 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending September15, 2007.

| | | |
|---|---|---|
| 7/16/07 | Review mail and talk with Sue Carter concerning settings | .75 hrs. |
| 7/18/07 | Review files; set hearings; talk with Sue Carter; talk to Judge Davidson and Judge Pringle concerning procedures and settings | 5.25 hrs. |
| 7/19/07 | Review mail and set additional hearings | 1.25 hrs. |
| 7/21/07 | Talk with Sue Carter and Judge Davidson; review files | 1.00 hrs. |
| 7/23/07 | Talk with Dino Valente and Sue Carter; set additional cases for hearing | 2.00 hrs. |
| 7/24/07 | Review mail and do electronic filing of final orders | .75 hrs. |
| 7/25/07 | Review mail and issue orders for continuances; talk to Sue Carter | .75 hs. |
| 7/26/07 | Review mail and settings; prepare orders for hearings | 1.50 hrs. |
| 7/28/07 | Review mail and do orders for settings; review files; talk with Sue Carter | 1.25 hrs. |
| 7/29/07 | Review mail and settings | 1.00 hrs. |
| 7/31/07 | Review mail and settings | .75 hrs. |
| 8/1/07 | Review mail and issue orders for Judge Pringle | 1.00 hrs. |
| 8/3/07 | Talk to Sue Carter and review mail | 1.00 hrs. |
| 8/5/07 | Review files and settings | 1.00 hrs. |
| 8/7/07 | Review mail; talk with Dino concerning cases | 1.25 hrs. |
| 8/8/07 | Conference call; talk to Judge Davidson; talk to Judge Pringle; talk with Sue Carter; talk with Gail Shaw at court | 3.25 hrs. |
| 8/11/07 | Review files and mail; issue orders | 1.75 hrs. |
| 8/13/07 | Review mail | .75 hrs. |
| 8/15/07 | Talk to Judge Davidson and Sue Carter; do additional orders for settings | 1.00 hrs. |
| 8/17/07 | Review mail; talk with Sue Carter on various case issues | 1.50 hrs. |
| 8/19/07 | Review mail and files | .75 hrs. |
| 8/20/07 | Review mail and talk with Sue Carter | .50 hrs. |
| 8/21/07 | Review mail and settings | .75 hrs. |
| 8/26/07 | Review mail and settings | 1.00 hrs. |
| 8/27/07 | Review mail | .50 hrs. |
| 8/29/07 | Review mail and settings | .75 hrs. |
| 8/30/07 | Review mail | .50 hrs. |

| | | |
|---|---|---|
| 8/31/07 | Review mail | .40 hrs. |
| 9/5/07 | Review mail and talk with Sue Carter | .75 hrs. |
| 9/7/07 | Review mail | .50 hrs. |
| 9/8/07 | Review mail | .50 hrs. |
| 9/10/07 | Review mail and settings; talk with Sue Carter concerning cases | .75 hrs. |
| 9/12/07 | Review mail | .50 hrs. |
| 9/13/07 | Review mail | .50 hrs. |
| 9/15/07 | Review mail and settings | 1.00 hrs. |

TOTAL TIME:                  38.40 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending September 15, 2007.

|  | 4.00 hrs. |
| --- | --- |
| | _____ |
| TOTAL TIME: | 4.00 hrs. |

Montez Time 7/15-9/14/2007

### Administrative

| 07/18/2007 | Meeting with R. Borchers re Category II and Category III Claims; prepare list of all Category II and III Claims for which Special Master Pringle has prepared final orders | 2.75 hrs |

| 7/31/2007 | Telephone conference with R. Borchers regarding various legal issues involved in claims | .25 hrs |

| 8/8/2007 | Telephone conference with R. Borchers regarding potential stipulation by counsel on use of housing criteria for damage claims | .25 hrs |

| 8/13/2007 | Telephone conference with R. Borchers re Category III claims | .25hrs |

| 9/6/2007 | Telephone conf. with R. Borchers re resolving claims of nonappearing claimants | .25 hrs |

| 9/15/2007 | E-mail to Legal Resolution Center attaching Archuleta, Garza, Millican, Swazer, Balazs, and Hostetter Orders | .25 hrs |

## EXHIBIT D

### Work Done by Richard M. Borchers

Claims closed during the period ending September 15, 2007. Work done prior to September 15, 2004 has already been billed.

**02-171      David W. Smith, Jr.**

| | | |
|---|---|---|
| 11/1/05 | Review file and issue order | .15 hrs. |
| 10/26/05 | Review file and issue OSC | .30 hrs. |
| 12/10/05 | Review of file and response; issue order | .20 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 3/16/06 | Review file and issue order | .25 hrs. |
| 3/31/06 | Review file and mail | .15 hrs. |
| 6/5/06 | Review file and issue order | .25 hrs. |

|  |  |
|---|---|
| TOTAL: | 1.55 hrs. |

**02-208      Francisco Flores**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 10/14/05 | Review file and response; issue order | .25 hrs. |
| 3/29/06 | Review file and issue order | .25 hrs. |
| 5/8/06 | Review motion and file; issue order | .35 hrs. |

|  |  |
|---|---|
| TOTAL: | 1.00 hrs. |

**02-498      Robert Taylor**

| | | |
|---|---|---|
| 1/31/05 | Review file and issue order | .15 hrs. |
| 2/4/05 | Review letters | .10 hrs. |
| 2/20/05 | Review motion and issue order | .10 hrs. |
| 3/15/05 | Review motion and response; issue order | .15 hrs. |
| 6/24/05 | Review letter and issue order | .20 hrs. |
| 1/12/06 | Review file and issue order | .25 hrs. |
| 5/5/06 | Review response and file; issue order | .30 hrs. |
| 5/7/06 | Review file | .30 hrs. |

|  |  |
|---|---|
| TOTAL: | 1.55 hrs. |

**02-504      Marvin Eddings**

| 1/31/05 | Review file and issue order | .15 hrs. |
| 4/24/06 | Review file and response; issue order | .35 hrs. |
| | | |
| | TOTAL: | .50 hrs. |

**02-904**      **Michael Brodsky**

| 7/14/06 | Work to date, including orders | .75 hrs. |
| 7/20/06 | Review file and motion | .20 hrs. |
| 7/22/06 | Review motion and file | .40 hrs. |
| 7/25/06 | Review file and issue order | .30 hrs. |
| 11/5/06 | Review file and response; issue order | .25 hrs. |
| 12/26/06 | Review amended response and issue order | .25 hrs. |
| 1/18/07 | Review file and motion; issue order | .25 hrs. |
| 3/27/07 | Review pleading and file; issue order | 1.00 hrs. |
| 4/22/07 | Review motion and issue order | .30 hrs. |
| 4/25/07 | Review file | .20 hrs. |
| 6/16/07 | Review file and issue order | .20 hrs. |
| 8/16/07 | Review file and issue order of dismissal | .30 hrs. |
| | | |
| | TOTAL: | 4.40 hrs. |

**02-907**      **Melvin Ray Elizer**

| 9/20/06 | Review claim and open file; issue order | .35 hrs. |
| 10/14/06 | Review file and response; issue order | .30 hrs. |
| 1/13/07 | Review file and motion; issue order | .25 hrs. |
| 3/23/07 | Review motion and issue order | .30 hrs. |
| 5/22/07 | Review file and issue order | .30 hrs. |
| 5/28/07 | Review file and issue amended order | .20 hrs. |
| 9/15/07 | Prepare final order | 1.50 hrs. |
| | | |
| | TOTAL: | 3.20 hrs. |

**03-117**      **Shannon Williams**

| 2/1/05 | Review claim | .10 hrs. |
| 2/19/05 | Issue order | .15 hrs. |
| 4/1/05 | Review file and issue order | .25 hrs. |
| 5/3/05 | Review motion and issue order | .20 hrs. |
| 7/28/07 | Review file and issue order | .25 hrs. |
| 8/16/07 | Prepare order of dismissal; review file | .40 hrs. |

|  |  | TOTAL: | 1.35 hrs. |

**03-127**      **Andrew Gallegos**

| 4/15/05 | Review claim and issue order | .20 hrs. |
| 5/27/05 | Issue order | .15 hrs. |
| 9/10/05 | Review documents and issue order | .20 hrs. |
| 10/24/05 | Review file and issue order | .30 hrs. |
| 5/24/07 | Review file for hearing | .50 hrs. |
| 6/1/07 | Hearing | 1.75 hrs. |
| 6/3/07 | Review file and issue order | .25 hrs. |
| 7/19/07 | Prepare final order | 2.00 hrs. |

|  | TOTAL: | 5.35 hrs. |

**03-138**      **Kevin Mark Bretz**

| 5/3/05 | Review claim and issue OSC | .25 hrs. |
| 6/14/05 | Review file and response | .20 hrs. |
| 6/15/05 | Review response and issue order | .25 hrs. |
| 7/26/05 | Review supplemental forms | .20 hrs. |
| 8/6/05 | Review file | .15 hrs. |
| 8/13/05 | Review file | .25 hrs. |
| 10/26/05 | Review file and issue order | .35 hrs. |
| 12/13/05 | Review file and motions; issue order | .25 hrs. |

|  | TOTAL: | 1.90 hrs. |

**03-176**      **Christopher**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 10/8/05 | Review response and issue order | .25 hrs. |
| 10/15/05 | Review file | 1.00 hrs. |
| 12/12/05 | Review file and issue order | .25 hrs. |
| 8/5/07 | Review motion and file; issue order | .35 hrs. |

|  | TOTAL: | 2.00 hrs. |

**03-179**      **Brandon Madrid**

| 12/31/04 | Review file and issue order | .15 hrs. |
| 10/7/05 | Review response and issue order | .25 hrs. |
| 12/13/05 | Review file and issue order | .75 hrs. |
| 8/5/07 | Review file and motion; issue order | .35 hrs. |

TOTAL:     1.50 hrs.

**03-187**     **David Brumbley**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 1/21/06 | Review file and issue order | .75 hrs. |
| 8/5/07 | Review motion and file; issue order | .35 hrs. |

TOTAL:     1.40 hrs.

**03-193**     **Luis Echemendia Diaz**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 7/12/05 | Review file and motions; issue order | .25 hrs. |
| 10/12/05 | Review response and issue order | .25 hrs. |
| 1/18/06 | Review file and letter; issue order | .25 hrs. |
| 4/11/06 | Review file and issue order for hearing | .30 hrs. |
| 5/22/06 | Review file and witness list | .20 hrs. |

TOTAL:     1.40 hrs.

**03-215**     **Gordon Reuell**

| 1/3/05 | Review of file and issue order | .15 hrs. |
| 11/6/05 | Review motion and file; issue order | .25 hrs. |
| 2/25/06 | Review file and response; issue order | .25 hrs. |
| 3/30/06 | Review pleadings and issue order | .35 hrs. |
| 4/11/06 | Review file and issue order for hearing | .30 hrs. |
| 5/5/06 | Review motion and issue order | .25 hrs. |
| 5/22/06 | Review file and witness list | .20 hrs. |

TOTAL:     1.75 hrs.

**03-200**     **Lyle Jamison**

| | | |
|---|---|---|
| 11/21/04 | Review pleadings and file | .25 hrs. |
| 12/23/04 | Review file and issue order | .20 hrs. |
| 1/30/05 | Review letter and issue order | .10 hrs. |
| 2/15/05 | Review letter and issue order | .15 hrs. |
| 3/4/05 | Review motion and response; issue order | .25 hrs. |
| 3/11/05 | Review letter and issue order | .15 hrs. |
| 3/16/05 | Review response | .10 hrs. |
| 4/17/05 | Review response and issue order | .15 hrs. |
| 5/14/05 | Review documents of Claimant | .25 hrs. |
| 3/16/06 | Review file | .20 hrs. |
| 4/13/06 | Review file and issue order setting hearing | .30 hrs. |
| 5/12/06 | Review motion and file; issue order | .35 hrs. |
| 7/6/06 | Review file and research | .30 hrs. |
| 8/7/06 | Review file | .20 hrs. |
| 7/19/07 | Review file and issue order | .25 hrs. |
| 7/28/07 | Order of dismissal | .35 hrs. |
| | | —————— |
| | TOTAL: | 3.55 hrs. |

**03-221**      **Jimmy Graham**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/27/05 | Review motions and issue order | .15 hrs. |
| 8/17/05 | Review motion and file; issue order | .25 hrs. |
| 9/10/05 | Review letter and issue order | .15 hrs. |
| 10/16/05 | Review responses and file; issue order | .50 hrs. |
| 11/7/05 | Review reply and issue order | .25 hrs. |
| 11/24/05 | Review file and motion; issue order | .25 hrs. |
| 2/5/06 | Research on name tag issue; prepare recommendation | 2.10 hrs. |
| 4/8/06 | Review file and issue order | .30 hrs. |
| 5/6/06 | Review letter and issue order | .30 hrs. |
| 1/14/07 | Review file and issue order | .25 hrs. |
| 2/19/07 | Hearing order | .20 hrs. |
| 5/8/07 | Review file for hearing | .30 hrs. |
| 5/9/07 | Review file | .30 hrs. |
| 5/10/07 | Hearing | 2.00 hrs. |
| 8/22/07 | Work on final order | 2.00 hrs. |
| 9/10/07 | Finish final order | 1.50 hrs. |
| | | —————— |
| | TOTAL: | 10.95 hrs. |

**03-261**      **Richard Sandoval**

| 1/5/05 | Review of file and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 6/6/06 | Review file and issue order | .25 hrs. |
| 4/27/07 | Hearing | 1.25 hrs. |
| 4/28/07 | Issue order and review file | .25 hrs. |
| 7/19/07 | Review file and prepare final order | 2.00 hrs. |

TOTAL:  4.15 hrs.

**03-281       Alice Randle**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 2/22/06 | Review motion and file; issue order | .25 hrs. |
| 4/4/06 | Review response and issue order | .25 hrs. |
| 6/30/06 | Review file | .40 hrs. |
| 4/28/07 | Review file and issue order | .25 hrs. |

TOTAL:  1.30 hrs.

**03-294       Jackie Carr**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/22/05 | Review letter and issue order | .15 hrs. |
| 1/1/06 | Review file and motion; issue order | .25 hrs. |
| 4/14/06 | Review file and motion; research and issue order | .50 hrs. |
| 5/18/06 | Review filing and file; issue order | .50 hrs. |
| 8/6/06 | Review file and elevate to Category III | .75 hrs. |
| 8/14/06 | Issue order | .25 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and motion; issue order | .25 hrs. |
| 1/28/07 | Review file and motion; issue order | .20 hrs. |
| 3/6/07 | Review file and motion; issue order | .30 hrs. |
| 8/17/07 | Review file for hearing | .30 hrs. |
| 8/23/07 | Hearing | 2.00 hrs. |
| 8/31/0 | Work on final order | 1.35 hrs. |
| 9/9/07 | Finish final order | 1.50 hrs. |

TOTAL:  8.70 hrs.

**03-330       Oliver Giller**

| 12/18/04 | Review of claim and file; issue OSC | .25 hrs. |

| 1/14/05 | Review file and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/1/06 | Review file and elevate claim to Category III | .50 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 4/2/07 | Review file | .25 hrs. |
| 5/3/07 | Review for hearing | .30 hrs. |
| 5/4/07 | Hearing | .50 hrs. |
| 8/22/07 | Review file for hearing | .50 hrs. |
| 8/23/07 | Hearing | 1.35 hrs. |
| 8/26/07 | Review file | .30 hrs. |
| 9/9/07 | Prepare final order | 1.50 hrs. |

|  | TOTAL: | 5.95 hrs. |

**03-364        Lester Henderson**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 8/16/06 | Review file and issue order | .25 hrs. |
| 11/16/06 | Review and elevate claim | .20 hrs. |
| 11/18/06 | Review file and issue order | .20 hrs. |
| 5/16/07 | Review letter and file; issue order | .25 hrs. |
| 6/9/07 | Review file and issue order setting hearing | .30 hrs. |

|  | TOTAL: | 1.35 hrs. |

**03-382        Edgar Lloyd Hostetter**

| 1/10/05 | Review file and issue order | .15 hrs. |
| 3/9/06 | Review file and motion; issue order | .25 hrs. |
| 6/4/06 | Review file and issue order | .50 hrs. |
| 12/27/06 | Review file and elevate | .30 hrs. |

|  | TOTAL: | 1.20 hrs. |

**03-383        Todd Sandoval**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 10/5/06 | Review motion and issue order | .20 hrs. |
| 12/23/06 | Review file and elevate | .25 hrs. |
| 3/12/06 | Hearing order | .20 hrs. |
| 9/7/07 | Order of dismissal | .25 hrs. |

|  |  | TOTAL: | 1.05 hrs. |
|---|---|---|---|

**03-387**      **James Sibert**

| 2/14/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 10/5/06 | Review response and issue order | .25 hrs. |
| 11/11/07 | Review file and elevate to Category III | .35 hrs. |
| 11/13/07 | Issue order | .20 hrs. |
| 8/17/07 | Review file for hearing | .30 hrs. |
| 8/23/07 | Hearing | 1.25 hrs. |
| 8/25/07 | Work on final order | 1.00 hrs. |
| 8/26/07 | Finalize order | 1.00 hrs. |

|  | TOTAL: | 4.50 hrs. |
|---|---|---|

**03-410**      **Robert Lee Bellm**

| 1/30/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/13/06 | Review letter and file; issue order | .25 hrs. |
| 4/19/06 | Review motion and issue order | .30 hrs. |
| 5/24/06 | Review file and issue order | .35 hrs. |
| 10/18/06 | Review file and response; issue ruling | .30 hrs. |
| 1/29/07 | Review file and letter; issue order | .25 hrs. |
| 3/23/07 | Review file and elevate to Category III | .20 hrs. |
| 3/24/07 | Review file and set hearing | .30 hrs. |
| 4/28/07 | Review motion and issue order | .25 hrs. |
| 5/5/07 | Review file | .20 hrs. |
| 5/31/07 | Review file and issue order | .30 hrs. |
| 6/30/07 | Review witness lists; issue order | .25 hrs. |
| 7/27/07 | Review file for hearing | .60 hrs. |
| 8/1/07 | Further review for hearing | .45 hrs. |
| 8/2/07 | Hearing | 2.00 hrs. |
| 8/17/07 | Work on final order | 2.00 hrs. |
| 8/19/07 | Complete final order | 1.00 hrs. |

|  | TOTAL: | 9.15 hrs. |
|---|---|---|

**03-412**      **Donald Revere**

| 10/27/04 | Review claim | .10 hrs. |
|---|---|---|
| 11/10/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 10/17/06 | Review response and issue order | .25 hrs. |

| 2/7/07 | Review file and issue order | .30 hrs. |
| 3/27/07 | Review file and elevate to Category III | .75 hrs. |
| 3/30/07 | Issue order | .35 hrs. |
| 4/24/07 | Review file | .20 hrs. |
| 4/28/07 | Review file | .10 hrs. |
| 6/12/07 | Review file and issue order for hearing | .30 hrs. |
| 6/23/07 | Review file and witness lists; issue order | .25 hrs. |
| 8/17/07 | Review file for hearing | .30 hrs. |
| 8/23/07 | Hearing | 1.25 hrs. |
| 8/30/07 | Prepare final order | 1.75 hrs. |

TOTAL:                      6.15 hrs.

**03-417        Anthony Rodriguez**

| 12/23/04 | Review file and issue order | .20 hrs. |
| 2/25/06 | Review file and motion; issue order | .20 hrs. |
| 5/27/06 | Review file and issue order | .25 hrs. |
| 11/6/06 | Review file and issue order | .25 hrs. |
| 1/21/07 | Review file and issue order | .35 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 4/11/07 | Review file | .25 hrs. |
| 4/23/07 | Review file and issue order | .25 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |

TOTAL:                      2.30 hrs.

**03-419        William Cokley**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 10/26/05 | Review motion and file; issue order | .25 hrs. |
| 10/12/06 | Review motion and file; issue order | .50 hrs. |
| 2/16/07 | Review file and response; issue order | .25 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 4/24/07 | Review file and elevate | .25 hrs. |
| 4/28/07 | Issue order | .20 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |

TOTAL:                      2.15 hrs.

**03-422        David Burton**

| 3/5/05 | Review claim | .10 hrs. |
| 3/8/05 | Issue order | .10 hrs. |
| 4/19/05 | Review supplemental forms and issue order | .20 hrs. |
| 8/9/06 | Review response and issue order | .25 hrs. |
| 10/22/06 | Review motion and file; issue order | .20 hrs. |
| 1/29/07 | Review file and motion; issue order | .25 hrs. |
| 4/3/07 | Review file | .20 hrs. |
| 5/5/07 | Review file and elevate | .35 hrs. |
| 6/9/07 | Review file and issue order | .30 hrs. |
| 8/16/07 | Review file and issue order of dismissal | .30 hrs. |

TOTAL:  2.25 hrs.

**03-425      Myron Carter**

| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/10/05 | Review motion and issue order | .15 hrs. |
| 5/18/05 | Review file and response; issue order | .30 hrs. |
| 8/14/06 | Review file and motion; issue order | .25 hrs. |
| 11/8/06 | Review file and letter; issue order | .25 hrs. |
| 3/3/07 | Review file and issue order | .35 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 5/5/07 | Review file and motions; issue order | .35 hrs. |
| 6/16/07 | Review file and upgrade to Category III | .30 hrs. |

TOTAL:  2.35 hrs.

**X-207      Clair Beazer**

| 3/15/07 | Review file and issue order | .45 hrs. |
| 4/10/07 | Review letter and issue order | .30 hrs. |
| 5/22/07 | Review file and issue order | .25 hrs. |
| 6/12/07 | Review letter and issue order | .30 hrs. |
| 7/24/07 | Review file and issue order of dismissal | .75 hrs. |

TOTAL:  2.05 hrs.

**X-215      Joe Mascarenas**

| 5/15/07 | Review claim and issue order | .25 hrs. |
| 6/23/07 | Review file and issue order | .25 hrs. |
| 8/13/07 | Review file and issue order of dismissal | .35 hrs. |

|  |  | TOTAL: | .85 hrs. |

**X-218**      **Marilynn O'Donnell**

| 5/31/07 | Review letter and issue order | .30 hrs. |
| 7/27/07 | Work on order of dismissal | .30 hrs. |

|  | TOTAL: | .60 hrs. |

**X-221**      **Terry Gordy**

| 6/9/07 | Review file and issue order | .35 hrs. |
| 7/27/07 | Review file and prepare order of dismissal | .30 hrs. |

|  | TOTAL: | .65 hrs. |

**X-226**      **Lawrence Alarid**

| 7/28/07 | Review claim and issue order | .35 hrs. |
| 9/11/07 | Review file and issue order of dismissal | .30 hrs. |

|  | TOTAL: | .65 hrs. |

**X-229**      **Cynthia Keeley**

| 8/16/07 | Review file and issue OSC | .30 hrs. |
| 9/13/07 | Review file and issue order of dismissal | .50 hrs. |

|  | TOTAL: | .80 hrs. |

**X-231**      **Tera Lewandowski**

| 8/19/07 | Review file and issue OSC | .30 hrs. |
| 9/12/07 | Review file and response; issue order | .30 hrs. |

|  | TOTAL: | .60 hrs. |

**X-232**      **Felicia Walker**

| | | |
|---|---|---|
| 8/29/07 | Review file and issue order of dismissal | .40 hrs. |
| | | —————— |
| | TOTAL: | .40 hrs. |

——————————————

TOTAL TIME:      102.50 hrs.

TOTAL HOURS at $175.00 per hour: 33.90 hours = $ 5,932.50

TOTAL HOURS at $200.00 per hour: 68.60 hours = $13,720.00

**EXHIBIT E**

Travel Time for Richard M. Borchers

| | | |
|---|---|---|
| 8/1-2/07 | Fort Lyon and return | 8.00 hrs. |
| 8/22-23/07 | Olney Springs and return | 7.50 hrs. |
| | | ——— |
| | TOTAL TRAVEL TIME: | 15.50 hrs. |

Lodging Expenses:

| | | |
|---|---|---|
| 8/1/07 | La Junta | $90.85 |
| 8/22/07 | Ordway | $43.00 |
| | | ——— |
| | TOTAL EXPENSES: | $133.85 |

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending September 15, 2007:


See Attached


51.50 hrs.



Montez Time 7/15-9/14/2007

### Administrative

| | | |
|---|---|---|
| 07/18/2007 | Meeting with R. Borchers re Category II and Category III Claims; prepare list of all Category II and III Claims for which Special Master Pringle has prepared final orders | 2.75 hrs |
| 7/31/2007 | Telephone conference with R. Borchers regarding various legal issues involved in claims | .25 hrs |
| 8/8/2007 | Telephone conference with R. Borchers regarding potential stipulation by counsel on use of housing criteria for damage claims | .25 hrs |
| 8/13/2007 | Telephone conference with R. Borchers re Category III claims | .25hrs |
| 9/6/2007 | Telephone conf. with R. Borchers re resolving claims of nonappearing claimants | .25 hrs |
| 9/15/2007 | E-mail to Legal Resolution Center attaching Archuleta, Garza, Millican, Swazer, Balazs, and Hostetter Orders | .25 hrs |

### Travel

| | | |
|---|---|---|
| 7/30/2007 | Travel to and from Denver to LCF for hearings on claims of Lester Henderson; Myron Carter; and Larry Simms | 3.00 hrs |
| 8/3/2007 | Travel to and from Denver to Canon City for hearings on claims of Felix Olguin and Alice Randle | 5.00 hrs |
| 9/6/2007 | Travel to and from Denver to Canon City for hrgs on Claims of Edgar Hostetter and Daniel Balazs | 4.50 hrs |

### Felix Olguin 03-399

| | | |
|---|---|---|
| 7/23/2007 | Review Olguin file; telephone conf. with R Borchers re Olguin file | 2.50 hrs |

| 8/3/2007 | Begin hearing of Olguin claim at CSP | 3.00 hrs |

**Lester Henderson 03-364**

| 7/26/2007 | Review Henderson file; prepare for hearing on Henderson's Category III claim | 2.00 hrs |
| 7/30/2007 | Conduct hrg on Henderson claim at LCF | 2.00 hrs |
| 8/1/2007 | Prepare Order on Henderson claim | 2.25 hrs |

**Myron Carter  03-425**

| 7/26/2007 | Review Carter file; prepare for hearing on Carter's Category III claim | 1.75 hrs |
| 7/30/2007 | Conduct hrg on Carter claim at LCF | 1.50 hrs |
| 8/1/2007 | Prepare Order on Carter claim | 1.75 hrs |

**Larry Simms 03-416**

| 7/26/2007 | Review Simms file, prepare for hearing on Simms' Category III claim; legal research re Simm's claim | 3.00 hrs |
| 7/30/2007 | Begin hearing on Simms claim at LCF (adjourned to conclude at a later date) | 1.75 hrs |

**Alice Randle 03-281**

| 8/2/2007 | Review Randle file; prepare for Randle hrg. | 1.00 hrs |
| 8/3/2007 | Conduct hearing on Randle claim | 1.50 hrs |
| 8/6/2007 | Prepare Final Order; review and revise Final Order | 2.25 hrs |

Robert Archuleta 03-390

| 8/23/2007 | Review Archuleta file; prepare for Archuleta hrg. | 1.00 hr |
| 8/24/2007 | Conduct hearing on Archuleta Claim (no appearance by Claimant) | .50 hrs |
| 8/31/2007 | Prepare Order on Archuleta Claim | 1.00 hr |

**Dexter Millican   03-348**

| | | |
|---|---|---|
| 8/23/2007 | Review Millican file; prepare for Millican hrg. | 1.50 hrs |
| 8/24/2007 | Conduct hearing on Millican Claim (no appearance by Claimant) | .50 hrs |
| 8/31/2007 | Prepare Order denying Millican Claim | 1.00 hr |
| 9/14/2007 | Review and revise Millican final Order | 1.00 hr |

**David T. Swazer 03-402**

| | | |
|---|---|---|
| 8/30/2007 | Review Swazer Claim file; prepare for hearing | .75 hrs |
| 8/31/2007 | Conduct hearing on Swazer Claim (no appearance by Claimant); prepare Order on Swazer Claim | 1.50 hrs |
| 9/14/2007 | Review and revise Swazer final Order | .50 hrs |

**Abel Garza 03-342**

| | | |
|---|---|---|
| 8/30/2007 | Review Garza Claim file; prepare for hearing | .75 hrs |
| 8/31/2007 | Conduct hearing on Garza Claim (no appearance by Claimant) prepare Order on Garza Claim | 1.50 hrs |
| 9/14/2007 | Review and revise Garza final Order | .50 hrs |

**Edgar Lloyd Hostetter 03-382**

| | | |
|---|---|---|
| 9/5/2007 | Review Hostetter Claim file; prepare for hearing | .75 hrs |
| 9/6/2007 | Conduct hearing on Hostetter Claim | 1.75 hrs |
| 9/9/07 | Prepare Final Order on Hostetter Claim; review and revise Final Order | 2.00 hrs |

**Daniel Balazs (03-393)**

| | | |
|---|---|---|
| 9/5/2007 | Review Balazs Claim file; prepare for hearing | .75 hrs |
| 9/6/2007 | Conduct hearing on Balazs Claim | 2.00 hrs |
| 9/14/2007 | Prepare draft of final Order on Balazs Claim; review and revise final draft of Order | 3.25 hrs |

**<u>Robert Archuleta (03-390)</u>**

| | | |
|---|---|---|
| 8/30/2007 | Review Archuleta Claim file, prepare for hearing | .75 hrs |
| 8/31/2007 | Conduct hearing on Archuleta Claim ( no appearance by Claimant) prepare Order on Archuleta Claim | 1.50 hrs |
| 9/14/2007 | Revise Archuleta final Order | .50 hrs |

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending September 15, 2007:

(See attached sheet)

Total Time: 24.60 hrs.

# LRC
## Legal Resolution Center

## Judge RCD – Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: 7/15 – 9/15                    DOC #

Claim No:

Category No:

| Date | Activity | Time |
|------|----------|------|
| 7/16 | Franklin 03-299    Prep final Order | 1.5 |
|      | Fry 03-177    Prep final Order | 2.25 |
| 7/24 | Travel 6.0 | 6.0 |
|      | MonToya 03-300    Hearing | 1.1 |
|      | Ornelas    " | 1.0 |
| 8/6  | SKaggs 03-415    Hearing | 1.0 |
|      | Wm. CoKley 03-419    " | 1.0 |
|      | Anthony Rodriguez 03-417  " | 1.0 |
| 8/17 | Travel | 5.0 |
|      | Harry Trounce 03-355    Hearing | 1.0 |
|      | Eric Marshall 03-361    " | 2.25 |
|      | Michael Graham 03-333    " | 1.25 |
| 9/5  | Paul Heinrich 03-166 Prep final Order | 2.0 |
|      | Harry Trounce 03-355 Prep final Order | 2.5 |
| 9/6  | Eric Marshall 03-361 Prep final Order | 2.5 |

# LRC
## Legal Resolution Center

## Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _____7/15 - 9/15_____        DOC # _____

Claim No: _____

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 9/10 | Travel To Canon City | 4.0 |
|      | Mileage | |
|      | Wetherbee     03-145     Hearing | 1.0 |
|      | Copp     03-337     Hearing | 1.25 |
|      | O'Boyle     03-088     Hearing | 1.0 |
| 9/14 | Roger Hollis 03-387   Hearing - Dsisit | 1.0 |
|      | Left off last Billing | |
| 5/9  | Travel To Limon | 4.0 |
|      | 03-172 Fry          Hearing | 3.0 |
|      | 03-166 Hendlock     Hearing | 1.0 |
|      | 03-738 List | 1.0 |
|      | | |
|      | | |
|      | | |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending September15, 2007:

0.00 hrs.

## EXHIBIT I

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending September 15, 2007:

(See attached sheet to Exhibit G)

Total Travel Time:                                    15.00 hours.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending September 15, 2007:

Total Travel Time:                                      12.50 hrs.