IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-217
Category: Untimely Filed Claim
Claimant: David B. Beery, #115894
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211

_____

## ORDER DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim of David Beery. In the claim form, Claimant stated that he was incarcerated on June 6, 2006. It appeared that the Special Masters might not have any jurisdiction over this claim.

    Claimant has responded to the show cause order. He acknowledges that the discrimination against him took place in January, 2007. He also has stated that he initially came into DOC custody on December, 2002.

    Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Claimant has candidly indicated that his allegations of discrimination occurred in 2007. The Special Masters have no jurisdiction over this claim. Claimant may pursue a separate lawsuit, but Claimant may not utilize the claim process set up by the Remedial Plan.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant has acknowledged that his allegations of discrimination by DOC and its staff took place in January, 2007; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file

an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 17, 2007.**

SIGNED this 15th day of October, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master