Civil Action No. 92-CV-00870-EWN-OES
consolidated with 96-CV-00343

Jessie Montez, et al
       Plaintiff

v.

Bill Owens, et al
      Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2007

GREGORY C. LANGHAM
CLERK

---

claim no 03-177
category III
claimant Wellman E. Gibson #74389

---

Objection to Defendants
objection of final order, &
request for time extension
if Judge Kane aloows their
motion to be filed

---

First of all I received
a copy from the Atty General
on 10-9-07 of their objection
to final order & I belive
the AGs office exceeded their

①

time limit of Sept 21, 2007 because of all the dates on their paper work.

Paper work reads Respectfully submitted this 12th day of Sept. 2007 & the Certificate of Service reads I certify that on Sept. 21, 2007 I Electronically filed the foregoing with the clerk of the court using the CM/ECF system & mailed copies to the foregoing via the US Mail to & lists will man Gibson & courtesy copy to Cathie Holst.

Now the postmark on the envelope I received this in is Dated Oct 4, 2007 & it arrived here on Oct 9, 2007 which dates are correct? The AG's office alleges they filed their objection the last

②

day of their deadline 9-21-07 &
one paper states that, the certificate
of service, yet a paper signed
by Mr. Dance says they
submitted it to the court
on 9-12-07 & then the post
mark on the envelope is
10-4-07. So the certificate of
Service is <u>not a true document</u>

The post Mark on the envelope
shows my copy of the AG's
objection was not mailed to
me untill <u>2 weeks</u> after the
AG's office claim that it was
mailed on Sept. 21-07

All of this is very un-
settling as it is obviously not
a clerical error

③

there is to many different dates, the AGs office also insinuates I was moved from S.C.F. & placed in Ad. Segg. & This is NOT True I was placed in Ad Seg at A.U.C.F for 4 months & Taken OFF Ad. Seg. 2 Months before being moved to C.C.F.

Also if the court will look at Page 2 of Plaintiffs class counsel Response to Special Masters order Requesting Compliance Report with regard to Claimant Wellman E Gibson #03-193

(4)

NO. 4 The D.O.C. & AG were made aware & informed class counsel it was as they put it a mere miscommunication. So they did know!

Anyway if the court allowes the objection to the final order to be filed I will obviously need time to properly reply to it. Again because of all the conflating dates on the objection filed by the AG I strongly object to it being accepted by the court

William [signature]

10-9-07

⑤

Certificate of Service

I certify that on Sept 9 of 2007 I mailed the foregoing forms to the below listed address

Office of the Atty General
1525 Sherman St. 7th Floor
Denver, Co. 80203-1760

Walter Hill

orado Department Of Corrections
Wellman Robson
er Number 24384
A-1
umber 600
tate, Zip Canon City, Co 81215-0600



049J82038434
$00.97⁰
10/10/2007
Mailed From 81212
US POSTAGE

Office of the Clerk
Judge Kane
901 19th St. Room A105
Denver, Co. 80294-3589