92CV 870 - EWN

DEAR MR. LANGHAM,

10/8/07

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2007
GREGORY C. LANGHAM
CLERK

As per your letter of 9/27/07, you stated that you enclosed ~~the proper~~ motion and affidavit form for proceeding in forma pauperis. However, those motions and affidavit forms WERE NOT enclosed.

I have enclosed a form that is used in Texas to perfect in forma pauperis. Also attached is the trust fund account statement required.

Also, I am POWERLESS to provide "ANY" copies of the documents which are to be attached to the docketing statement. TDCJ (Texas prison) does not provide any avenues for offenders to obtain copies of "ANY" documents, legal or otherwise.

Please let me know of any further steps I must take to perfect my appeal.

P.S. Also keep in mind that I am blind.

Thank you,

Jimmy Ross Bulger
TDCJ # 902732
Estelle Unit
264 FM 3478
Huntsville, TX 77320-3320