IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF ~~TEXAS~~ COLORADO
_____ DIVISION

Jimmy Ross Bulger #902732
Plaintiff's name and ID Number

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2007
GREGORY C. LANGHAM
CLERK

Estelle Unit - Huntsville, TX.
Place of Confinement

CASE NO. 92CV870 - EWN
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

Owens
Defendant's name and address

I, Jimmy Ross Bulger, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐  No☑
   b. Rent payments, interest or dividends?                  Yes☐  No☑
   c. Pensions, annuities or life insurance payments?        Yes☐  No☑
   d. Gifts or inheritances?                                 Yes☐  No☑
   e. Family or friends?                                     Yes☐  No☑
   f. Any other sources?                                     Yes☐  No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____ N/A _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
              Yes☐            No☑
   If you answered YES, state the total value of the items owned.

   _____ N/A _____

1                                                    ATCIFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes☐     No☑

If you answered YES, describe the property and state its approximate value.

_____ N/A _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __8th__ day of __October__, __2007__.

_____ 902732
Signature of Plaintiff         ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        10/10/07
E223/RKI5729                  IN-FORMA-PAUPERIS DATA              05:58:15
TDCJ#:  00902732 SID#: 03235524 LOCATION: ESTELLE      INDIGENT DTE: 07/27/05
NAME: BULGIER,JIMMY ROSS              BEGINNING PERIOD: 04/01/07
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:       0.00
6MTH DEP:            0.00 6MTH AVG BAL:         0.00 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
09/07       0.00            0.00        06/07      0.00           0.00
08/07       0.00            0.00        05/07      0.00           0.00
07/07       0.00            0.00        04/07      0.00           0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Walker_
ON THIS THE _10th_ DAY OF _October_, _2007_ CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _902732_ OR SID NUMBER: _03235524_

_Regina Kizzee_

REGINA KIZZEE
Notary Public, State of Texas
My Commission Expires
09/30/2009
Notary without Bond

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2007

GREGORY C. LANGHAM
CLERK