Jim Bulgier TDCJ #902732
264 FM 3478 / Estelle Unit
Huntsville, Texas 77320-3322

92CV 870-EWN

N HOUSTON TX 773
10 OCT 2007 PM 6 L

USA First-Class

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2007
GREGORY C. LANGHAM
CLERK

GREGORY C. LANGHAM, CLERK
U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO
80294-3589

80294+2500

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION

RECYCLED