IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

           Plaintiffs, as representatives of themselves and all others similarly situated in the
           class action,

v.

**BILL OWENS, et al,**

           Defendants.

---

Re: Claimant Wellman E. Gibson, Claim number 03-173

---

## ORDER OF REMAND

---

Kane, J.

       This matter is before the court on Defendants' Objection to Final Order and Motion to

Remand (doc. #2903), filed September 21, 2007.  Defendants have objected to the Final Order

of the Special Master (doc. #2742) concerning the claims of Wellman E. Gibson on the grounds

that defendants were not permitted to respond to new incidents of alleged discrimination filed

by Mr. Gibson nor to respond to a special report from class plaintiffs' counsel ordered by the

Special Master.  Defendants are entitled to make such responses because the special report and

the added claims formed part of the basis for the Special Master's Final Order, and the objection

contains grounds which, if established have merit, might cause the Final Order to be changed.

It is, therefore

       ORDERED that this claim is REMANDED to the Special Master to provide defendants

with an opportunity to be heard on all matters contained in the Final Order.

       In the interim, Mr. Gibson's Motion to Enforce (doc. #2914), filed September 27, 2007,

is DENIED as prematurely filed.  Likewise, the Request for Non-Compliance Hearing (doc.

#2933), filed October 9, 2007 is DENIED.  Mr. Gibson's dozen or so other requests, notices and letters are noted.

I reiterate my admonition regarding the treatment of Montez class members by Department of Corrections personnel and expect that Mr. Gibson will suffer no retaliation or mistreatment during the pendency of his claim , review, or any other time.

Dated:   October 19, 2007

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT