IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Gordon R. Reuell, II, Claim number 03-215

## MINUTE ORDER

**Judge John L. Kane ORDERS**

    Claimant's Request for Extension of Time (doc. #2930), is GRANTED. Claimant Reuell shall have until November 19, 2007 to file an objection to the Final Order of Special Master.

Dated:  October 19, 2007