**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker            October 19, 2007            Douglas E. Cressler
Clerk of Court                                                Chief Deputy Clerk

Mr. Jimmy R. Bulgier
Texas Department of Criminal Justice Estelle Unit
264 FM 3478
Huntsville, TX 77320-3322

**RE:    07-1405, Bulgier, et al v. Gunter, et al**
         Dist/Ag docket: [92-cv-00870-EWN-OES]

Dear Appellant:

The district court has notified this court that it has denied appellant leave to proceed without prepayment of fees. Since the fees have not been paid and a further application to proceed without prepayment has not been filed in district court, appellant must pay the $5.00 filing fee and $450.00 docket fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment fees pursuant to 28 U.S.C. 1915. Appellant may use the Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form (to be mailed to appellant) and return them to this court within 40 days of the date of this letter. Unless the fees are paid or the forms are returned within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

In addition, please note that under the Prisoner Litigation Reform Act prisoners are required to pay the full amount of the filing fee. *See* 28 U.S.C. 1915. The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the statute. They include, but are not limited to, providing a certified copy of your trust fund statement for the preceding six months, and consenting to the collection of the funds from your account by your custodian.

Appellant must file an opening brief within 40 days from the date of this letter. Appellant may use the Pro Se Brief form (to be mailed to appellant) or may file a separate brief. If appellant does not use the form, appellant's brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732 (2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

                Sincerely,

                Elisabeth A. Shumaker
                Clerk of the Court

cc:      Jess Alexander Dance
          Jennifer Susan Huss
          Robert Charles Huss
          Elizabeth H McCann
          Elizabeth H. McCann
          James X. Quinn
          Jennifer L. Veiga