Civil Action No. 92-N-870-OES
Jesse Montez et al
  Plaintiff

v.

Bill Owens et al
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 19 2007
GREGORY C. LANGHAM
      CLERK

Claim No. 03-173
Claimant Wellman S. Gibson #74384

I am sending two letters I received from the AIC concerning me not receiving any word concerning an appeal to the final order until 10-9-07. The letters show I was concerned & notified the A.I.C. & I am told it was filed on 9-21-07 the date of their deadline. The postmark on the envelope I received my copy in is dated 10-4-07 which again means the certificate of mailing is a false document as it states & is sworn to that it was mailed on 9-21-07.

On 10-9-07 I sent in an objection to the appeal of

the AG because of late & untimely filing of it & I also requested that if the court accept it to grant me an extension since I did not receive a copy until 1 day before I had to file a reply.

I have wrote & requested the status of things & for some reason I have NEVER received any type of reply. Please let me know what is going on.

10-16-07                           Wellman S[___]
                                   >#98[__]

I have been intentionally harassed on 2nd tier & had my walking cane & work restrictions taken & placed in total lock up. This was blatantly done AFTER the Final order was issued. The treatment by D.O.C. gets worse daily, reason being I am laughed at & told, is because we cant be held accountable!

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:       719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

| | |
|---|---|
| TO: | Offender Gibson, Wellman #74384<br>CCF |
| FROM: | Cathie Holst, AIC<br>Through Marshall Griffith, Legal Assistant *MG* |
| RE: | Correspondence Received 10/3/07 |
| DATE: | October 9, 2007 |

I received your correspondence dated 9/24/07. You state the following.

- As of today there has been no appeal file by the AG office. Should you request a contempt of court against the DOC for non compliance?
- You want the cane returned and books on tape material returned per the court order.

The Defendant's Objection to the Final Order and Motion to Remand (Directed to the Honorable Judge Kane) was filed on 9/21/07. Please address any further correspondence regarding these matters to the AG office.

Cc: AIC file.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:         Offender Gibson, Wellman #74384
            CCF

FROM:   Cathie Holst, AIC
            Through Marshall Griffith, Legal Assistant

RE:         Correspondence Received 10/4/07

DATE:    October 10, 2007

I received your correspondence. You state concerns and questions related to the Final Order of the Special Masters and the DOC decision to appeal that decision. The Defendant's Objection to Final Order and Motion to Remand (Directed to the Honorable Judge Kane) was filed on 9/21/07.

The Attorney General office is representing the DOC in this matter. Therefore, please direct all further concerns and or questions related to the Final Order and DOC appeal to the Attorney General office.

Cc: AIC file.