IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-221
Category III
Claimant: Jimmy Graham, #58513
Address of Claimant: Teller County Jail, P.O. Box 730, Divide, CO 80414

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on the motion of Claimant. The Special Master will provide to Claimant a copy of F.R.C.P. 53. Additional time will be granted to allow the filing of an objection to the Final Order of the Special Master.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **December 17, 2007** in which to file an objection to the final order of the Special Master.

    SIGNED this 22th day of October, 2007.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master