IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-235
Category: Untimely Filed Claim
Claimant: Jennifer Nelson, #119400
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER came before the Special Master on the claim of Jennifer Nelson. In the claim form, Claimant stated that she came into DOC custody on October 14, 2003. Since it appeared that the Special Masters might not have jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including October 15, 2007 in which to respond, Claimant has filed nothing further.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant came into DOC custody after August 27, 2003. The Special Masters have no jurisdiction over this claim. Claimant has the right to file a separate lawsuit.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into DOC custody after August 27, 2003 and there is no jurisdiction by the Special Masters over this

claim; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 17, 2007.**

    SIGNED this 22nd day of October, 2007.

    BY THE COURT:

    */s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master