| | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>OCT 22 2007<br>GREGORY C. LANGHAM<br>CLERK |
|---|---|
| United States District Court<br>Clerk of the Court<br>901 19th Street<br>Denver, Co 80294 | |
| (Lower Court or Agency Name, and Case Number)<br>(Lower Court Judge or Magistrate Name) | |
| (Case Caption) | |
| | ▲ Court Use Only ▲ |
| (Counsel or self-represented party name, address, phone number, fax number, e-mail address and attorney registration number)<br>Cynthia Gail Keeley #127204<br>3844 N. Nevada Ave<br>Colorado Springs, Co 80907 | Case No:<br>Civil Action No.<br>92-N-870(OES)-EWN<br>Claim no. X-229 |
| Motion to Object | |

Order pursuant to Federal rule of Civil Procedure 53(g)(2)

In response to the order of Dismissal of Special Master. To the Honorable Judge and the United States District Court. I am filing an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), and said objection being filed with the Clerk of the United States District Court.

In response to there may be no jurisdiction over this claim. For the reason I was not in DOC on or before August 27, 2003, when Judge Nottingham held a Fairness hearing and then approved the Settlement. Article XXXII of the Remedial Plan Provides for a claim process for individuals who were in DOC custody on or before, August 27, 2003, and were victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

I had no control over the date I came to DOC. DOC lost the Montez case and they still proceed to discriminate agains

cont. pg2

ADA inmates regardless of the courts. I don't want a new class action but ask we (I) fall under the action already taken. We (I) just ask we are taken care of by past presidence. Be respected for the condition we came into DOC and present time; Do to a disability/impairment that doesn't change.

Taking focus of physical or existing condition/disability by even suggesting any suggestion of time element is frivolous and does not warrant any consideration when determining what medical relief and entitlement should be of this claim.

Do to the Court acknowledge that there is an existing disability and reviewing the plaintiffs medical records that there is clearly sufficient documentation/evidence that the claim be relevant. Therefore, I am requsting that I am included in the existing Montez Claim.

Respectfully

Cynthia G. Keeley

Submitted and sent the 17th day of October, 2007.

Cynthia G. Keeley - ComCor
#127204
3844 N. Nevada Ave
Colorado Springs Co  80907