IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-229
Category: Untimely Filed Claim
Claimant: Cynthia G. Keeley, #127204
Address of Claimant: LVCF,1401 W. 17th Street, Pueblo, CO 81003

---

### ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim of Cynthia G. Keeley. In her claim form, Claimant has indicated that she came into DOC custody in July, 2005.

Since it appeared that there may be no jurisdiction over this claim, a show cause order was issued to Claimant. She has responded by submitting a number of documents reflecting her health conditions.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant came into DOC custody in July, 2005. She was diagnosed as having significant health conditions. It is highly likely that Claimant is disabled. The problem is that he Remedial Plan limits consideration of claims to individuals who were in DOC custody on or before August 27,

2003. Claimant came into DOC custody after August 23, 2003. There is no jurisdiction over this claim. Claimant does have the right to pursue her own lawsuit under the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as there is no jurisdiction over this claim as Claimant came into DOC custody after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 19, 2007.**

SIGNED this 14th day of September, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

There has been an Order of the Court extending the compliance period under the Montez Remedial Plan until July 27, 2007. The following is a list of your rights that were agreed to by the parties

Wherefore, Plaintiff prays this Honorable Court grants Plaintiff's MOTION Objecting Dismissal Pursuant to Federal Rule Civil Procedure 53 (g) (2)

In response to the Order of Dismissal of Special Master. To the Honorable Richard M. Borchers and to the United States District Court. I am filing an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), And said objection being filed with the Clerk of the United States District Court.

In response to there may be no jurisdiction over this claim. For the reason I was not in DOC on or before August 27, 2003, when Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

I had no control over the date I came to DOC. DOC lost the Montez case and still proceed to discriminate against ADA. I don't want a new action but ask that we (I) fall under the action already taken. We (I) just

(Continued)

ask we are taken care of by past presidence Be respected for the condition we came into DOC and the present time; Do to a disability/impairment that doesn't change

Taking focus off physical or existing condition by even suggesting any suggestion of time element is frivolous and does not warrant any consideration when determining what medical relief and entitlement should be of this claim.

Do to the Court acknowledging that there is an existing disability and reviewing the plaintiffs medical records that there is clearly sufficent documentation/evidence that the claim be relevant. Therefore, I am requesting that I am included in the existing Montez suit.

How can a retro act a date in prison system do to the fact that the court can't control the date of incarceration. This is no fault of the complaintives

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870

JESSE MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,           CLAIM NO. _X-229_____

      Defendants.        CATEGORY NO._____

---

### INITIAL CLAIM FORM FOR DAMAGES

---

Name of Claimant: _Cynthia G. Keeley_____   DOC No. _127204_____

Mailing Address of Claimant: _____

_____

Dates incarcerated? _July 7, 2005_____

When is your expected release date? _____

Please check area in which you have a disability:

☑ Mobility impaired
☐ Hearing impaired
☐ Vision impaired
☐ Diabetic

Describe each disability and how it affects your life. If you have more than one disability, describe each disability separately (You may use additional pages, if necessary): _____
_____
_____
_____
_____

**DO NOT FORWARD THIS CLAIM FORM TO THE CLERK OF
THE UNITED STATES DISTRICT COURT**

The Jesse Montez vs Bill Owens matter.
Case commenced in 1992 under the
American with Disabilities Act and
Rehabilitation Act.

Even though the Montez lawsuit
was won by many people who
were and are incarcerated in CDOC.
Inmates allegations were by many
who stated CDOC were discriminating
against them due to their disabilities.

Since Montez vs Owens where they
had a fairness hearing and approved
settlement. CDOC still to this day are
discriminating against inmates
under ADA. For this is going on
at La Vista Correctional Facility, Women's
Prison in Pueblo, Co. It is an injustice
act on CDOC's part.

It is in CDOC AR's 700-10 QMP To develop
& implement processes to facilitate, monitor
and improve quality through the
Clinical Services health care system.

They are to deal with:
1) Issues that qualify for reporting, includes
but are not limited to:
A) Access to care issues
B) treatment/diagnosis issues

c) Medication errors and related issues
D) Coordination/continuity of care issues
E) Utilization issues
F) Patient outcome/safety/patient behavior issues
g) Professional conduct issues
h) Scheduling/appt. issues

AR 700-01 Responsibility & Org. of Clinical Svcs.

It is the policy of CDOC to assure that offenders will be provided w/Clinical Svcs. that maintain basic health + prevent other than normal + emotional deterioration. ~~Clinical Svcs shall include Medical~~

AR 700-01B CDOC Clinical Svcs mission + philosophy statement:

It is the mission of the CDOC Clinical Svcs to deliver cost-effective, quality health care, comparable to that of the community + consistent w/the ethical obligations

We believe that it is not only possible, but imperative, that all facets of health care delivery meet community standards ~~apply regardless~~ + that the same standard apply regardless of the location of the Correctional Facility

**MEDICAL RESTRICTIONS**

Date _7-29-05_

Name _Cynthia Keeley_

DOC _127204_

## Physical Restrictions:

- No lifting greater than _15_ lbs *Yes or ~~No~~*

- No bending *Yes or ~~No~~*

- No prolonged standing greater than _one_ hours *Yes or ~~No~~*

- No prolonged sitting greater than _one_ hours *Yes or ~~No~~*

- No weight bearing to (L) (R) Leg *Yes or No*

- Four hour work restriction *Yes or No*

- No intensive labor *Yes or ~~No~~*

- No vigorous exercise *Yes or No*

- Medically unassigned *Yes or No*

- Work consistent with age and condition *Yes or No*

- No bending *Yes or ~~No~~*

- No squatting *Yes or No*

- No work with heavy machinery *Yes or No*

- No assignment where loss of consciousness would be hazardous *Yes or No*

## Housing Restrictions:

- First Tier *~~Yes~~ or No*

- Lower Bunk *Yes or ~~No~~*

- No stairs *Yes or No*

- Oxygen required *Yes or No*

- May wear tennis shoes where allowed by Security *Yes or ~~No~~*

- Needs_____ extra blankets *Yes or No*

- Needs_____ extra pillows *Yes or No*

- Elevator pass *Yes or No*

- Single cell *Yes or No*

- Other *Yes or ~~No~~*  _ice to back 2x day_ _exp 1/29/06_

Expiration Date _7-29-06_

Medical Officer _H & 8 M D_

Print Name: _Hilary Duckworth_

# REQUEST FOR SICK CALL

NAME: C. Feeley #127204

DATE: 8/23/05   LIVING UNIT: 1-3

WORK ASSIGNMENT: _____

**Offender needs to be seen by: (CHECK ONLY ONE)**

_____ Physician Assistant/Nurse Practitioner

_____ Dentist

_____ Nurse

_____ Mental Health

_____ Self Medication: Refill Name: _____

Prescription Number: _____

X Other: NEED copy of restriction

Explain your need for request: I need copy of my restrictions. I can not bend I am only standing & sitting were to be changed. I look at MED records on HGT RATE. BEEN HAVING PROBLEMS This is wonied about. VA hop over

**Offender's request was received at Dispensary.**

Date: _____   By: _____

Action Taken: Over

20053  Distribution:  White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

Dr. Cabiling has your restrictions as follows:

No heavy lifting > 15 lbs.
NO intensive labor
Lower bunk
Tennis shoes where allowed.
Ice 2x daily
No Bending

This is it!

These These are all on the staff restrictions list which is E-Mailed every Saturday.

~ Sien 8/24/05

September 1, 2005

Offender Services

To whom it may concern:

My name is Cynthia G. Keeley DOC 127204
I am currently at PMC in Pueblo, Co. The reason for this letter
is do to the fact of why I am here. No one even the officers
and myself have a clue of why I am here.  Do to all my medical
restrictions.  I was on Social Security Disablilty on the
outside.  I have had 12 back surgerie the last 5 1/2 years.
Six on my back, My back has had several back fusions, my R-SI
joint has been fused, I have lost 1/2 of my R-scapula. I have
8 cages in my back nad 6 titanium on the sides of my discs.

My restrictions that were given to me at DW were no bending,
no standing for greater than 1 hour, no sitting for greater
than 1 hour, tennis shoes restriction, no lifting more than
10 to 15 lbs., no intensive labor and after all that classifiy
me as a M1 when I should have been classified as a M4.  To stay
at PMC I had to ask the Doctor here to uplift the sitting and
standing so I could stay here and not get sent to Canon.  My
medical history is very well documentated at AF Wiliiams Family
Medicine Center in Glenndale, Co near the Denver metro area.
303-372-9797.  However I have also had a heart problem for the
last 2 years. My heart rate is in excess of a 125+ per minute.
Which is documentate very well at AF Williams as well. I am very
concerned of how I was sent here. Could you please see what is
going on and let me know.  I am concerned for my health and
concerned foul play has been played with my health issues.

Sincerely

Cynthia G. Keeley
127204

CALL'S FOR CYNTHIA G HEELEY #127204
TO COLO. CORRECTIONAL HEADQUARTERS OFFICE
COLO. SPGS 719-226-4880. TO TALK TO SOMEONE
ABOUT HER MEDICAL AND WHY NO ONE IS TAKING
CARE OF HER MEDICAL NEEDS.
LEFT MESSAGES NO ONE CALLED ME BACK.
JANUARY 2007 CALLS ON 4TH - 10TH - 18TH - 23RD - 26TH -
31ST AND RETURN CALL FEBRUARY 2007 CALLED MORE ON 5TH
9TH - 13TH 16TH LEFT MESSAGES NO ONE RETURND MY
PHONE CALL'S ON FEBRUARY 21ST 2007 JUDY BEEMAN
CALLED FROM D.O.C LA VISTA IN PUEBLO, COLO.
WE TALKED ABOUT CYNTHIA'S MEDICAL AND SHE
TOLD ME SHE WILL MAKE AN APPOINTMENT WITH
DR. WARMER FOR CYNTHIA TO GET HER BACK ON THE
MED'S D.O.C STOPED GIVING HER. JUDY BEEMAN TOLD
ME TO CALL IF I NEED MORE HELP OR ANSWER'S.
ON MARCH 21.2007 CYNTHIA STELL DIDNOT SEE TH DR.
WARMER SO I CALLED JUDY BEEMAN BACK ON MARCH
22ND 2007 TALK TO JULLIE SYKESS SHE WILL GIVE
JUDY BEEMAN THE MESSAGE NEVER HERD FROM JUDY.
ON MARCH 26 TH 2007 CALLED LEFT MESSAGE NO CALL BACK
FROM JUDY ON APRIL 6TH 2007 CALLED LEFT MESSAGE.
NO CALL BACK FROM JUDY. STOPPED CALLING FOR HER.
BECAUSE CYNTHIA TOLD ME D.O.C. WAS SENDING HER
TO COMCOR . SO I JUST THOUT D.O.C. WAS GETTING RIDE
OF HER AND DIDNOT CARE.
                    THANK YOU
                    Jan M Neil   303-477-4375

COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LV06/07-016 STEP (Circle One) 1 2 3   ADA? Yes ☐ No ☐

| NAME Cynthia G. Keely | DOC NO. 127204 | FACILITY La Vista | Medical |
|---|---|---|---|

INSTRUCTIONS
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Unit 6
C/m: L. Hager

Subject of Grievance and Requested Remedy: Jeopardizing safety & health. After several Kites to Dental & Lower Molear which has been worked on before prior in DOC at San Carlos it got absessed again. I saw medical for absess with Lorane on 7/17/06 & got on Antibotic till 7/23/06. ON 7/26/06 Was to see Dentist & Appointment was canceled. ON 7/26/06 Officer Giddeon called Medical after 400 count, had a absess. Puss pocket on Gum. K.m looked at Gum told me to come in at 8:00AM next morning to see Judy sin☆Z. Judy looked at Gum next morning during the night the puss pocket burst in my mouth. Was not to see Dentist again until 7/31 have had prior problems with same tooth. Judy would not put me back on antibotics. She said it was Dentals problem. Ask her to call Dentist, she did not. Very concerned for my health & my tooth. Asking for dentist to be called. Asking for Montary damages. Judy is risky as health provider

| DATE: 7/27/06 | OFFENDER SIGNATURE Cynthia Keely |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID Jennifer Mascarena Rn 4016 |

RESPONSE The above issues have not jet been resolved. Ms. Keely feels that Ms. Saiy should have called dental as requested by Keely to see if antibiotics should be extended again. Today Ms. Keely was reminded of her visit with NP Saiy on 7/27/06 and feels NP Saiy did her job. This grievance is resolved. — J. Mascarena Rn

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 9/15/06 | SIGNATURE/PRINT NAME & Staff ID # Jennifer Mascarena Rn 4016 |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical Care

| DATE: 08-14-06 | SIGNATURE/PRINT NAME & Staff ID # Cecilia Lopez (Cecilia LOPEZ #2022 |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: 9/18/06 | Cynthia Keely NAME & DOC # |
|---|---|

COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

DC FORM 850/01.01g

Grievance Number C-LV06/07-016 STEP (Circle One) (1) 2 3    ADA? Yes ☐ No ☐

NAME Cynthia G. Keeley    DOC NO 127204    FACILITY La Vista    Medical
Unit 6
C/m: L. Hager

Instructions
1  FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2  CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3  STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4  ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Jeopardizing safety & health. After several Kites to Dental & Lower Molear which has been worked on before prior in DOC at San Carlos it got absessed again. I saw medical for absess with Lorane on 7/17/06 & got on Antibiotic till 7/23/06. ON 7/26/0 was to see Dentist & Appointment was canceled. ON 7/26/06 Office Giddeon called Medical after 400 count, had a absess. Pass porter on Gum K.m looked at Gum told me to come in at 8:00AM next morning to see Judy sin 8z. Judy looked at Gum next morning during the night the puss pocket burst in my mouth. Was not to see Dentist again until 7/31/ have had prior problems with same tooth. Judy would not put me back on antibotics. She said it was Dentals problem. Ask her to call Dentist, she did not. Very concerned for my health.& my tooth. Asking for dentist to be called. Asking for Montary damages. Judy is risky as health provider

DATE: 7/27/06    OFFENDER SIGNATURE Cynthia Keely

DATE RECEIVED    RESPONDING STAFF SIGNATURE & ID Jennifer Mascarenas Rn 4016

RESPONSE   The above issues have not has been resolved. Ms. Keely feels that Ms. Saiz should have called dental as requested by Keely to see if antibiotics should be extended again. Today Ms. Keely was reminded of her visit with NP Saiz on 7/27/06 and feels NP Saiz did her job. This grievance is resolved. — J. Mascarenas Rn

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 9/15/06    SIGNATURE/PRINT NAME & Staff ID # Jennifer Mascarenas Rn 4016
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical Care

DATE: 08-14-06    SIGNATURE/PRINT NAME & Staff ID # Cecilia Lopez / CECILIA LOPEZ # 2022
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance

DATE: 9/10/06    SIGNATURE/PRINT NAME & DOC #

M 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____    STEP (Circle One) (1)  2   3    ADA? Yes ☐  No ✓

| NAME Cynthia G. Keeley | DOC NO. 127204 | | FACILITY LVCF |
|---|---|---|---|
| Instructions: | 1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED; | | |
| | 2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; | | |
| | 3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING; | | |
| | 4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS. | | |

Subject of Grievance and Requested Remedy    All my Chronic care meds have been expired and medical at LVCF refuses to give me Motrin since 10/31/06 Baclofen 1/29/07. I Have had several surgeries lower back fusions, ® si joint fusions, lost half of ® scapula, Nerve transposition carpal tunnel. Problem w/disk in Neck etc, etc, etc. Been on SSDI since 1999. I have been being treated for several surgeries & Chronic Care. Doc was treating me for Chronic Care & now Judy Siaq says I do not follow under Chronic Care. I order alot of Aleve, IBprofen off canteen I need my chronic care meds. I'm under ADA

| DATE: 2-3-07 | OFFENDER SIGNATURE Cynthia G. Keeley | |
|---|---|---|
| DATE RECEIVED: 02/20/07 | RESPONDING STAFF SIGNATURE & ID Cecilia Lopez/ Cecilia Lopez #2022 | |

RESPONSE

This grievance will not be accepted, due to you already submitting a grievance on the same issue; Grievance - C-LV06/07-055 Step 1, Step 2 & Step 3.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 02/20/07 | SIGNATURE/PRINT NAME & STAFF ID # Cecilia Lopez/ Cecilia Lopez #2022 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical | |
| DATE: 02/20/07 | SIGNATURE/PRINT NAME & STAFF ID # Cecilia Lopez/ Cecilia Lopez #2022 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC        Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

I have shown + my medical records have shown CDOC I am permanetly disabled/impairment (a condition which is not expected to improve)

At DROC/DW I was determined disabled. I had also written a letter that was send to central office in Aug/Sept. 2005

Inmate health care file and central office file should have and does have enough documenta- tion to show I am disabled

There have been enough grievance's sent to Cathie Holst, AIC, to gives reason of disability. Upon which she claims not too have recieved

Friends have called CDOC several time's leaving messages with Judy Beeman (medical director at LVCF) and central office.

I was moved August 2005 from DW to PNC. PNC was not a institution for mobility disabled/ impaired. When I got to PNC I talked to case manager, Ms Morten who had said DW didn't want me there. Reason, I knew to may officer's at DW from the streets.

I wrote a letter to central office sent out legal mail end of Aug. first Sept 2005. Which is documentated by PNC all legal mail going out.

Afterwards, staff at PNC gave me a job at

Clinical SVCS. at La Vista Correctional Facility are denying inmates their disabilities.

Example: Myself (Cynthia H. Keeley #127204) who has had multiple surgeries. Several fusions to lower lumbar, right SI joint fused, lost half of right scapula, nerve transposition, carpel tunnel, degenerative discs, arthritis.

My Understanding of CDOC's rating medically.
M1 — perfect, normal, excellent health
M4 - permanently and totally disabled

I am a disabled woman in CDOC. I have been disabled since Mar. 1997, But on disability 1999. A person who on somedays is very much in pain. A person who my first year in CDOC, CDOC acknowledged my disability at DRDC/DW in July of 2005.

At first I was rated an M4. Restrictions enclosed is follow:
No lifting greater than 15 lbs, No bending, No prolong standing, No prolong sitting

No intensive labor, lower bunk, tennis shoe restriction, ice 2x a day. They carried these out my first year and denied me since.

CDOC has my medical from University Hospital and American Family Medical Center in Denver, Co.

Enclosed is paperwork. Copies of restrictions, Grievances, answers to kites, letter sent to Colorado Springs Central Office on disabilities, people who have called DOC about my medications (Monica Cooper / Tom Kile).

Memo's & letters from Cathie Holst AIC, loss of paperwork, etc.

People who have contacted CDOC on my behalf. Witnesses

Tom Kile
5220 Lilac Ln
Denver Co 80221
hm: 303.477.4375
Cell: 303.946.9482

Monica Cooper
155 Price Ct.
Tracy, CA. 95374
hm: 209.836.1893
Cell 510.798.6774

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

Claim Number X-229
Category: Untimely Filed Claim
Claimant: Cynthia G. Keeley, #127204
Address of Claimant: LVCF,1401 W. 17ᵗʰ Street, Pueblo, CO 81003

---

## ORDER TO SHOW CAUSE OF SPECIAL MASTER

---

     THIS MATTER comes before the Special Master on the claim form of Cynthia G. Keeley. In her claim form, Claimant states that she came into DOC custody in July, 2005.

     This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

     It appears that Claimant came into DOC custody after August 27, 2003. There may be no jurisdiction over the claim.

     IT IS HEREBY ORDERED that Claimant is granted up to and including **October 1, 2007** in which to show cause why her claim should not be dismissed because she came to DOC custody after August 27, 2003.

SIGNED this 17th day of August, 2007.

BY THE COURT:

By: _____

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 17 day of August, 2007 to the following:

Ms. Cynthia Keeley
#127204
LVCF
1401 W. 17th Street
Pueblo, CO 81003

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

Last medical on 9/5/07 was scheduled
for 2:30 AM. Instead they called comp.
class. And I went at 9:30AM It was
on ADA.

Sgt Mapes also filled out questionaire
on me used on ADA.

Gen MC — Nov 2006
Mr CW Miller - 8-24-07
Dr Werner   9.5.07

CDOC Responses

Since first grievance in Dec. of 2005
Denied, stating no accommodation, prior
to filing grievance. Check restrictions
given on 7-29-05. I believe that's
pretty much accommodation. Plus DOC
has much of my medical file from
University Medical - AF Williams into
which address is enclosed.
I have been letting DOC know I was
disabled since first day in CDOC

University of Co Hospital
Anschutz Outpatient Pavilion at Fitzsimmons
Pain Management                    720.848.1970

Swedish Medical Center- Health One
501 E. Hampden Ave
Englwood, Co. 80113
                                   303.788.5000
                                   303.788.6555

University Family Medicine - AF Williams
3055 Roslyn St.
Glendale, Co        80237
                                   720.848.9000

Luthern Medical Center
8300 W. 38Av  Wheatridge   80033
                           303.425.4500
main

Porter Adventist Hospital
2525 Downing
Englewood Co.
                           303.778.1955

# Medical Providers

Carl G. Goldberg
psychologists

Englewood, Co                          303.792.3414

Spine Consultants
Dr. Jeffery Kleiner
1411 S. Potomac
Aurora, Co  80012               303.671.6400

Medical Center of Aurora Health One
1501 S. Potomac
Aurora, Co  80012
info                            303.695.2600
emergency                       303.695.2628

University of Co. Hospital
4200 E. 9th Ave.
Denver, Co  80262
general info                    303.372.0000

# Mobility

I have had several back surgeries to my lower lumbar, right si joint, loss half of my right scapula, carpal thunnel to right hand/wrist, nerve transposition to left elbow.

Mainly my disability lies in my lower back and my right si joint. It is hard to bend do to lower lumbar fusions. Sometimes it is hard to stand for a prolong period of time, same as sitting Bending hurts alway. Carrying or lifting things of any amount of time or and any weight of 10 lbs hurts even for a moment Recently I am also carrying and experience more and more pain in thorastic area and cervical area as well as extreme pain in the surgical spot of my right si joint

I was on ssi di since 1999. Until 2004 when I went to jail
Enclosed.

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

Response to Step I ADA Grievance
Prepared by Cathie Holst, ADA Inmate Coordinator
Received Grievance: 12/22/05
Sent Response: 1/3 /06
Offender Name: KEELEY, Cynthia
DOC No.: 127204
Facility: CWCF
Case No.: D-CW05/06-C02

Administrative Regulation 850-4 requires that you request and be denied an accommodation prior to filing a grievance. My office has no record of an accommodation request by you.

You have failed to follow the correct procedure for filing an ADA grievance, therefore your grievance is denied on procedural grounds.

GRIEVANCE DENIED

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone:  (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



**Bill Owens**
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

| | |
|---|---|
| **To:** | Offender Cynthia Keeley, #127204<br>PMC |
| **From:** | Cathie Holst   *Cathie Holst by Katie Baxter*<br>AIC |
| **Date:** | December 27, 2005 |
| **RE:** | ADA Process Instructions |

You may have a disability requiring an ADA accommodation.  The Americans with Disabilities Act and the Montez Remedial Plan require the DOC to provide an offender with a qualifying disability an accommodation which allows the offender to participate in programs and services available to able-bodied offenders.  This is not true in all cases, however.  Some limitations are:

- **You must be "otherwise qualified" in order to receive the accommodation.**  This means, for example, that a blind offender would not be assigned a reader to participate in GED class if the blind offender had already graduated from high school.
- **The requested accommodation must be reasonably related to the disability.**  In other words, if a deaf offender who was otherwise healthy requested a wheelchair, the request would be denied.
- **It is possible to be disabled without needing an accommodation.**  You may be diabetic but have no needs beyond your clinical treatment.  You may contact the AIC in the event your situation changes and you require an accommodation in the future.
- **The DOC is not required to institute or change any policy or procedure that would compromise safety, security and legitimate penological concerns.**  You would not be moved to a lower security facility than is permitted by your classification, even if it was better suited to your disability.
- **Not every condition causing you pain or discomfort is a disability.**  You must be "substantially limited in your ability to perform a major life function", such as walking, seeing or hearing.
- **The ADA process will not supercede the judgment of Clinical Services.**  If you feel you need stronger pain medication, surgery, orthopedic shoes, a specialist consult, etc. you must take this up with Clinical Services.  It is not an ADA matter.

**The Americans with Disabilities Act and the Montez Remedial Plan are not ways by which you may make 8th Amendment claims against the DOC; medical or other clinical matters will not be addressed under the ADA. The ADA has nothing to do with medical care, and no disputes with Clinical Services will be investigated.** In short, the ADA is about access to programs and services; not medical care, although the difference between the two can sometimes be difficult to grasp.

Some examples of appropriate requests for accommodation are:
- You are in a wheelchair and request to be moved into a handicapped cell
- You only have one arm and require a open-front shirt
- You are diabetic and need permission to leave your GED class in order to take your insulin
- You are deaf and require a cell with a strobe alarm
- You are blind and request permission to have books on tape and a tape recorder in your cell
- You are deaf and request a sign-language interpreter for your COPD hearing
- You are blind and request an aide be provided in GED class to read to you
- You have a nerve disease which prevents you from being able to write and ask that you be permitted to take oral rather than written tests in GED class.

We ask that you consider your situation realistically. If you believe you are disabled and require an accommodation, there are some preliminary steps to take. In order to begin investigating your request I must have a completed request for accommodation form and a medical release. The forms are being provided to you as an attachment to this letter.

1) The Authorization for Release of Confidential Information must have your full name, DOC number and date of birth filled in at the top and must be signed by you and a witness at the bottom. The Release must be signed as is. **You are not permitted to edit, redact, or alter the terms of the release.** If the Release is not returned as written, your accommodation request will not be processed.

2) The Request for Accommodation should indicate your name, DOC number, facility and the date (Part I). Check which disability or disabilities you are claiming (Part II). Finally, complete the form by stating the accommodation you request in the space provided (Part III). You may attach ONE additional page if necessary to fully explain your condition and requested accommodation. Do not attach documents from your medical file, grievances etc. Sign the form. Do not complete or attempt to have anyone complete the Verification portion of the form on your behalf.

Return the two forms by interfacility mail to:

**AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906.**

When your forms have been properly completed and returned to me, I will begin to investigate your request for accommodation.

Thank you.

Cc: AIC File

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO:        Offender Cynthia Keeley, #127204
           PMC

FROM:      Cathie Holst, AIC   *Cathie Holst by Katie Baxter*

RE:        ADA Process

DATE:      January 26, 2006

You were sent correspondence on 12/27/05 asking that you properly complete the required forms for requesting an accommodation.  To date, you have failed to return them to me.  I have enclosed another Request for Accommodation and Medical Release form for your use in requesting an accommodation.  If you do not submit the Request for Accommodation & Signed Release I cannot proceed with my investigation and this will conclude my involvement in your case.

◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇

Please properly fill out the Request and/or Release and return them by interfacility mail to:

### AIC, 2862 S. Circle Drive, Colorado Springs, CO  80906

Your request for accommodation will not be processed until these forms have been properly submitted.

Thank you.

Cc:  AIC File

# AUTHORIZATION TO RELEASE/REQUEST MEDICAL INFORMATION

I Cynthia G. Keeley  **DOB** 08/31/1963  **DOC#**127204 **Facility** La Vista Correctional
Facility

Authorize Boulder County Treatment Center to **release** the following medical
information of reason for denial of BCTC for **Cynthia G. Keeley** to **Monica D. Cooper**

Extent or nature of information may include.

Copy and History and Physical, Dis. Summary and Procedure Note

Copy of Health Record

Copy of Medical/Mental Health Records–Records released for continuity

All Criminal Records

All and any information used by Community Corrections Board in Boulder and
elsewhere to come up with a Denial for Cynthia G. Keeley to go out to Boulder County
where Cynthia G. Keeley has lived prior with excellent community ties to the Boulder
area.

Information may be sent to Monica D. Cooper DOB 03/21/1975 mail to:

I certify that the information to be released may include HIV infections and Drug and
Alcohol documentation.

I certify that this request has been made voluntarily and that the information given
above is accurate to the best of my knowledge.  I understand that I may revoke this
authorization at any given time, except to the extent that action has already been taken
to comply with it.  This release will remain in effect for 120 days.

I make this this consent upon the premise that all the disclosure made pursuant to the
authority granted by this consent shall be accomplished by a written notice which states
as follows:

"This information had been disclosed to you from the records whose confidentiality is
protected by Federal Law. Fed Regulation (42 CFR, part 2) prohibits you from making
any further disclosure of it without specific written consent of the person to whom it
pertains , or as otherwise permitted by such regulations.

I hereby release the health care provider from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION to be given to Monica D. Cooper of information regarding Cynthia G. Keeley and I hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

Date _10-20-06_   **Cynthia G. Keeley** _Cynthia G. Keeley_

DARLENE HERNANDEZ
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 2/8/2009

## COLORADO DEPARTMENT OF CORRECTIONS

### OFFENDER CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION

I, _Cynthia G. Keeley_ DOC# _127204_ DOB _8-31-63_

authorize the Department of Corrections to release, request, review and/or discuss my medical and/or mental health records for the purposes of investigating my claim of disability, evaluating my disability status for an accommodation under the Americans with Disabilities Act and if necessary assisting DOC staff in understanding my disability with respect to my housing, program, and daily living needs.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis, however once disclosed it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this release. I have read the above and foregoing **OFFENDER CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

_____     _11-8-06_
Offender Signature                                    Date

_____     _____
Witness                                                    Date

## REQUEST FOR ACCOMMODATION

*(After completing Request portion of this form, Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

**I.   OFFENDER INFORMATION:**  *(Please print)*

| Offender Name: | Cynthia G. Keeley | DOC #: | 127204 |
|---|---|---|---|
| Current Facility: | LVCF | Date: | 11/8/06 |

**II.   CLAIMED DISABILITY:**  *(Check all that apply)*

| Vision | | Hearing | | Mobility | | Diabetes | | Other |
|---|---|---|---|---|---|---|---|---|

**III.   ACCOMMODATION REQUESTED:** *(Be specific and brief.  You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation)*

_Cynthia G. Keeley_
Signature

*Offender:  Do not write below this line*

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

## VERIFICATION OF DISABILITY

| Date of Evaluation: | | Facility: | |
|---|---|---|---|
| Chief Medical Officer or Designee *(Please print)*: | | | |
| Title *(if designee)(Please print)*: | | | |

**I SCREENED THE OFFENDER ON THE ABOVE DATE AND  VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES:**   *(Check each & attach disability-specific evaluation)*

| None | | Vision | | Hearing | | Diabetes | | Mobility |
|---|---|---|---|---|---|---|---|---|
| Other *(Please be specific)* | | | | | | | | |

Signature of Evaluating Chief Medical Officer/Designee_____ Date _____

Original:  AIC

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# MEMORANDUM

TO:     Offender Cynthia Keeley, #127204
        LVCF

FROM:   Cathie Holst, AIC  *AM for CH*

RE:     ADA Process

DATE:   May 31, 2007

---

**You were sent correspondence on January 26, 2006 asking that you properly complete the required forms for requesting an accommodation. To date, you have failed to return them to me and your file is now inactivated. It will remain as such until I receive the completed forms. Note: You may obtain these forms from any DOC employee who has access to DOCNET. If you do not submit the _Request for Accommodation_, signed _Medical Release and completed Functional Ability Questionnaire_ I cannot proceed with my investigation.**

◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇◇

Please properly fill out the _Request for Accommodation, ADA Medical Release and Functional Ability Questionnaire_ and return them by inter-facility mail to:

AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906

**Please note: DOC AR 300-38 IV-B-8-h. allows offenders to mail materials to the office of the AIC via inter-facility mail free of cost.**

Your request for accommodation will not be processed until these forms have been properly submitted.

Thank you.

cc:  AIC File

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)

## MEMORANDUM

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

| | |
|---|---|
| **To:** | Offender |
| **From:** | Cathie Holst<br>AIC |
| **Date:** | June 07 |
| **RE:** | ADA Process Instructions |

You are beginning the process of requesting accommodations pursuant to the Americans with Disabilities/Rehabilitation Acts (ADA).  These Acts require the Colorado Department of Corrections to provide offenders with disabilities accommodations which allow them to participate in programs and services available to able-bodied offenders.  There are, however, limitations to this entitlement:

- **You must be "otherwise qualified" in order to receive the accommodation**.  This means, for example, that a blind offender would not be assigned a reader to participate in GED class if the blind offender had already graduated from high school.
- **The requested accommodation must be reasonably related to the disability**.  In other words, if a deaf offender who was otherwise healthy requested a wheelchair, the request would be denied.
- **It is possible to have a "covered" disability without needing an accommodation**.  You may be diabetic but have no needs beyond your clinical treatment.  You may contact the AIC in the event your situation changes and you require an accommodation in the future.
- **The DOC is not required to institute or change any policy or procedure that would compromise safety, security and legitimate penological concerns**.  You would not be moved to a lower security facility than is permitted by your classification, even if it was better suited to your disability.
- **Not every condition causing you pain or discomfort is a disability**.  You must be "substantially limited in your ability to perform a major life function", such as walking, seeing or hearing.
- **The ADA process will not supercede the judgment of Clinical Services**.  If you feel you need stronger pain medication, surgery, orthopedic shoes, a specialist consult, etc. you must take this up with Clinical Services.  It is not an ADA matter.

**The ADA has nothing to do with medical care.**  The ADA addresses access to programs and services.

Some examples of appropriate requests for accommodation are:
- You are in a wheelchair and request to be moved into a handicapped cell
- You only have one arm and require a open-front shirt
- You are diabetic and need permission to leave your GED class in order to take your insulin
- You are deaf and require a cell with a strobe alarm
- You are blind and request permission to have books on tape and a tape recorder in your cell
- You are deaf and request a sign-language interpreter for your COPD hearing or a required

# ADA Medical Release

I, *Cynthia Gail Keeley* , DOC # *127204* ,

date of birth *08-31-1963* , authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC staff in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this Release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that the authorization to use any information that has been already released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this Release. I acknowledge that I understand the terms and conditions of this Release.

_____  
Offender Signature

*6-12-07*  
Date

Revised 4/06

# REQUEST FOR ACCOMMODATION

## I.   OFFENDER INFORMATION:  *(Please print)*

| Offender Name: | *Cynthia Gail Keeley* | DOC #: | *127204* |
|---|---|---|---|
| Current Facility: | *LVCF* | Date: | *6-12-07* |

## II.   CLAIMED DISABILITY:  *(Check all that apply)*

**Mobility** ✓        **Hearing** _____        **Other** _____
**Vision** _____        **Diabetes** _____

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below.  Be specific and brief.  You may attach one additional page for explanation, if necessary.*

1. Describe your disability: *motion disability to lower back. 6 back surgeries — lower lumbar fused also; R SI joint fused. Lost 1/3 of scapula to the R. Carpel tunnel R hand.*

2. What information do you have to verify your disability? *SSDI. Was on SSDI since 1999. Also Dr Jeffery Klesen - Spine Consultants at Aurora South Campus*

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)? *moving bending sitting standing*

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? **Yes/ No.**  If yes, name the job, program, or service and provide a brief description of how you were denied: *No*

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: *N/A*

_____
Signature of Offender

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note: DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

Revised 5/06

# FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: _____ DOC #: _127204_

## Section I: PROGRAMS

1. What is your current program or job assignment?  Please be specific and list your main duties.

Computer Class. From 8-10:30 Am I set at computer. From 1:00 Am - 3:30 Am sit at computer.

2. What programs do you need? Need access to gym time to stretch & do treadmill. Dr. Cabling has taken me off Chronic Care. & have been buying all meds. off canteen.

3. What is your prison employment history? Para-pro, laundry, Computer class, fried ci

4. What was your employment on the street?  SSDi since 1999 Sales

5. What do you do for recreation?

Walk. Tread Mill

6. Do you currently have a hobby permit?  If so, what do you do?

Yes  Crochet

7. Can you access your religious services?  If not, why?

Yes

8. Are you able to use the general and law libraries?  If not, why?

Yes

## Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area?  If not, why?

Yes

# ADA Medical Release

I, _Cynthia Gail Keeley_, DOC # _127204_,

date of birth _08-31-1963_, authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC staff in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this Release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that the authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this Release. I acknowledge that I understand the terms and conditions of this Release.

_____          _6-12-07_
Offender Signature                                    Date

Revised 4/06

# REQUEST FOR ACCOMMODATION

## I.   OFFENDER INFORMATION:   *(Please print)*

| Offender Name: | *Cynthia Gail Keeley* | DOC #: | *127204* |
|---|---|---|---|
| Current Facility: | *LVCF* | Date: | *6-12-07* |

## II.   CLAIMED DISABILITY:   *(Check all that apply)*

Mobility   ✓            Hearing _____            Other _____

Vision _____            Diabetes _____

RECEIVED

JUN 1 4 2007

Office of Correctional
Legal Services

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.*

1. Describe your disability: *motion disability to lower back. 6 back surgeries. lower lumbar fused also, R SI joint fused. Lost 1/3 of scapula to the R. Carpel tunel R hand.*

2. What information do you have to verify your disability? *SSDI. Was on SSDI since 1999. also Dr Jeffery Kleiner - Spine Consultants at Aurora South Campus*

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)? *moving, bending, sitting, standing*

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? **Yes/ No.** If yes, name the job, program, or service and provide a brief description of how you were denied: *No*

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: *N/A*

_____
Signature of Offender

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note: DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

Revised 5/06

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (A C)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:          Offender Cynthia Keeley, #127204
             LVCF

FROM:        Cathie Holst, AIC *AM for CH*

RE:          ADA Process

DATE:        July 16, 2007      *Copied by Mr. Aw Miller & sent out 7-24-07*

This is to notify you of the status of your request for ADA accommodation:

☐ Your Request and/or Release were improperly completed.

☐ Your Request is not specific enough to identify your disability and/or the accommodation you need.

☐ The information provided on your Request is incomplete.

☐ Your Request is unsigned.

☐ You have filled out the Verification portion of the Request.

☐ Your Release has been edited.

☐ You failed to submit a properly completed ADA Medical Release.

☐ You must submit the ORIGINAL Request and/or Release to the AIC.

☒ You failed to submit a properly completed Functional Ability Questionnaire to the AIC.

Please properly fill out the Request and/or Release and return them by inter-facility mail to:

### AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906

Your request for accommodation will not be processed until these forms have been properly submitted.

Thank you.

Cc:  AIC File

# FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: _Cynthia G. Keeley_     DOC #: _127204_

## Section I: PROGRAMS

1. What is your current program or job assignment? Please be specific and list your main duties. Computer Class - NEED to get up several times due to stiffness & pain

2. What programs do you need?   NONE

3. What is your prison employment history?  Para-pro ABE
Ci-Crew
Laundry
Computer class

4. What was your employment on the street? Since 1999 ON SSDI.

5. What do you do for recreation? Walk, do ABS

6. Do you currently have a hobby permit? If so, what do you do?
YES

7. Can you access your religious services? If not, why?
YES

8. Are you able to use the general and law libraries? If not, why?
YES

## Section II:  PHYSICAL ACCESS

1. Are you able to access the visiting area?  If not, why?

YES

2. Are you able to access other areas of the facility (chow, programs, medline, etc) and get there on time?

YES

3. Are you able to access all areas of your cell, bathroom and dayhall?  If not, describe why.

YES

4. Are you able to use the CIPS phone on your unit?  If not, why?

YES

## Section III:  SECURITY

1. Are you able to respond to orders during an emergency without delay?

YES - slower at times

2. Do you have any problems during transport?

YES - stiffness & pain

3. Do you have any problems with other security procedures, for example, restraints, searches, count, etc?

YES, restraints

4. Do you wear a prosthesis?  If so, what?

NO

**HEARING**

1. Do you wear a hearing aid?                                           Yes          (No)

2. With your hearing aid operational, are you:

    a. Able to hear a speaking voice?                            (Yes)        No
    b. Able to hear a PA announcement?                       (Yes)        No
    c. Able to hear the fire alarm?                                (Yes)        No
    d. Able to hear instructions from a teacher or supervisor?   (Yes)     No

*N/A*

3. When your hearing aid is **not** operational, are you:
    a. Able to hear a speaking voice?                            Yes          No
    b. Able to hear a PA announcement?                       Yes          No
    c. Able to hear the fire alarm?                                Yes          No
    d. Able to hear instructions from a teacher or supervisor?   Yes       No

4. Do you read and write English?                                (Yes)        No

    a. Do you read and write another language? If yes, what language?   Yes   (No)

5. Do you understand and use ASL?                              Yes          (No)

6. Do you require telephone amplification on the CIPS phone?   Yes          (No)

7. Do you require the use of a TTY?                                Yes          (No)

8. Are you able to hear better if you sit in one particular area of the room?   Yes   (No)

    If so, which? _____

9. Do you need special assistance from a parapro in programs?   Yes          (No)

10. Do you need someone else to assist you in an emergency?    Yes          (No)

11. Do you need close-captioned TV and videos?                 Yes          (No)

**USE THE SPACE BELOW TO ADVISE ME OF OTHER HEARING NEEDS YOU HAVE:**

**MOBILITY**

1. Do you use a wheelchair or other assistive device?   Yes   (No)

   If so, what? _____

2. Do you require assistance with your activities of daily living?   (Yes)   No

   In what way? _____
   _____

3. Are you currently assigned to a handicapped cell?   Yes   (No)

4. Do you require any specialized equipment in your cell?   Yes   (No)

5. Are you assigned to a handicapped table in the chow hall?   Yes   (No)

6. Do you need someone else to assist you in an emergency?   Yes   (No)

**USE THE SPACE BELOW TO ADVISE ME OF OTHER MOBILITY NEEDS YOU HAVE:**

**VISION**

1. Do you wear glasses?  (Yes)  No

2. Are you able to see at all?  Yes  (No)

3. Are you completely blind?  Yes  (No)

4. Are you able to read with a magnifier?  (Yes)  No

5. Do you understand and use Braille?  Yes  (No)

6. Do you need someone else to assist you in an emergency?  Yes  (No)

7. Are you able to see better if you sit in one particular area of the room?  Yes  (No)

   If so, where? _____

8. Do you need special assistance from a parapro in programs?  Yes  (No)

9. Do you require assistance with your activities of daily living?  Yes  (No)

**USE THE SPACE BELOW TO ADVISE ME OF OTHER VISION NEEDS YOU HAVE:**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:        Offender Keeley, Cynthia #127204
           LVCF

FROM:   Cathie Holst, AIC   *O H by CO*

RE:        ADA Screening

DATE:     August 3, 2007

I have received your Request for Accommodations and Medical Release and a copy of each is being returned to you with this memo. You are being referred to a DOC medical provider for a disability screening. You will be contacted if additional information is required by my office. A DOC medical provider and the Chief Medical Officer (CMO) will make the determination as to whether or not you have a qualifying disability pursuant to the Americans with Disability Act (ADA) in approximately 60 days. You will be notified at that time of their findings. If additional time is required to perform specialized tests or obtain further information to make an informed decision, I will notify you of the delay.

Only a medical provider can determine whether you have a disability and what if any assistive devices, restrictions, medications, treatment regimes, therapy, etc., are medically necessary. The AIC is not qualified to make such determinations. The AIC will discuss all non-medical accommodations with a physician and the CMO prior to their implementation.

The role of the AIC is to ensure that disabled offenders have access to programs, services, and benefits equal to those of able-bodied offenders. The AIC is involved in the accommodation phase only to the extent that non-medical accommodations are necessary. For example, if you are unable to walk and the medical provider and Chief Medical Officer determine that you require the use of a wheelchair, that is a determination that must be made by clinical staff; not the AIC. If you then want to attend a class that is available on the second floor and there is not an elevator, the AIC would be responsible to ensure that the class is moved to a location that is accessible to offenders in wheelchairs. This is a non-medical accommodation.

Thank you.

Cc:  AIC File

Revised 5/06

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

Delay Memo for Step I ADA Grievance
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)    *CH by CO*
       through Craig Dalrymple, Legal Assistant    *CO*
Received Grievance: 11/21/06
Grievance Response Due: 12/16/06
Offender Name: Keeley, Cynthia
DOC No: 127204
Facility: LVCF
Grievance No: C-LV06/07-063

---

This memo is being sent pursuant to AR 850-4:

IV. D.   <u>Time Limits</u>

    1.    All grievances must be responded to within the time limits stated in this regulation.

        a.    A Step 1 grievance must be filed no later than 30 calendar days from the date the offender knew, or should have known, of the facts giving rise to the grievance.

            1)    The 30 day time period for an ADA grievance shall begin on the date the offender is served with the accommodation resolution.

            2)    It is the responsibility of the offender's case manager to advise the AIC of the date of service of the accommodation resolution upon the offender.  Notification shall be made via email.

        b.    The offender shall receive a written response to each Step 1 and Step 2 grievance within 25 calendar days of its *<u>receipt by the responding staff member</u>*. Step 3 grievances shall be answered within 45 days of receipt by the grievance officer.

        c.    When an offender wishes to proceed to the next step in the process, the offender shall file the next step within five calendar days after receiving the response.

        d.    In the event the time limit concerning any step of the process expires without a response, *<u>the offender may proceed to the next step within five calendar days of the date the response was due</u>*.

    ***2.    When a good faith investigation into the issue alleged in the grievance will proceed past the time limitation, the offender will <u>be notified in writing</u>.***

Your grievance was received in this office for response on 11/21/06 and is in the process of being investigated and evaluated.  Staff responsible for responding to your grievance is currently out of the office in mandatory training and due to the extreme volume of grievances currently pending, the response time limit of 25 days will not be met for the grievance(s) listed above.  All grievances are being investigated and answered in order of receipt.  Every effort is being made to respond as soon as possible.

Thank you for your patience and cooperation in this matter.  Your response will be forthcoming.  However, pursuant to AR 850-4, you may proceed to the next step within five calendar days of the date the response was due: 12/16/06. This memo should be attached to your grievance, if you choose to proceed and forgo receiving a Step 1 ADA Grievance Response.

AIC file

To whom it may concern:          1/14/07

     I have two grievances C-LV06/07-055

S/B: ← & C-LV06/07-074. Somehow when I wrote
C-LV06/07-055
my step 1 grievance (which were both
ADA) the grievance number was changed.

STEP 1&2 ← There is also an ADA grievance
@ C. Holst
going w/ Cathie Holst  C-LV06/07-063.

     I have had severe surgeries to my
back leaving me disabled. I was
recieving SSDI prior to CDOC. Since 8/1999

     I have restrictions in CDOC that
follows: No standing for more than
an hour, No sitting for more than
an hour, No bending, lower bunk
restriction, No lifting more than 15
lbs, No intense labor.

     I have been on chronic care meds
since 3/1997.

     Since CDOC I was given motrin,
baclofen, Elivel for chronic care since
7/2005. My motrin was taken 10/31/2006
per Dr. Colbing and Quincy Jay, N.P.

     The response given to me was they
were no longer giving me motrin.
I would order it off unit (In which I do)

     I do not take motrin for a headache.
I take motrin so may give elivel

does not get out of control. Hence both called chronic care

All grievances were checked WA.

My meds are chronic care do to several lower back surgeries, scapula surgeries, (R) arm, (R) SI joint which left me disabled since 3/1997 and recieved SSDI in 8/1999.

Medical here has much of my medical file here from my medical provider on the outside.

Medical (CDOC) took away my morphine. However, they expect my deliver. I find that to be risky.

I want my mother put back on as my chronic care med.

I want all my expense since 11/06 for alevecent morton refunded

Thank You

Cynthia S. Keeling
#127204

Dept of Corrections
LVCF
Cynthia S. Keeling
#127204   Unit 5
1401 W. 17th St
Pueblo, Co 81003

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone:  (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

Response to Step 1 ADA Grievance
To:  Offender Cynthia Keeley
DOC #:  127204
Facility:  LVCF
Grievance No:  C-LV06/07-063
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
       through
       Craig Dalrymple, Legal Assistant I

**In the grievance referenced above, you allege the following:**

1. On 11/8/06 LVCF Nurse Practitioner Judy Saiz refused to renew Clinical Services provision of Motrin because Ms. Saiz said that Motrin is harmful to your liver and stomach.

**Requested Relief/Remedy**
1a. An apology.
1b. Monetary damages.
1c. Receive Motrin or some other type of pain reliever from Clinical Services.

## FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:

1. You did not submit a Request For Accommodation form, there has not been a denial that you have a qualifying disability, and there has not been a failure to accommodate a qualifying disability.

2. Under Administrative Regulation 850-4, it is the sole responsibility of the offender to appropriately designate a grievance as ADA or non-ADA in the space provided on the grievance form. You marked this grievance as "ADA? Yes."

3. Your grievance does not claim that you have a disability or mention the ADA.

4. La Vista Correctional Facility (LVCF) HSA Judy Beeman stated that Clinical Services temporarily provided you with Motrin for lower back pain relief until 10/31/06. Ms. Beeman stated that since 10/31/06, you have been able to buy Motrin from the canteen.

5. Ms. Beeman confirmed that on 11/8/06, LVCF Nurse Practitioner Judy Saiz refused to renew your Clinical Services Motrin allotment because Motrin would be harmful to your stomach and liver.

**CONCLUSION:** You have filed an ADA grievance without sending us an ADA Request For Accommodations form. Thus, there has been no denial that you have a qualifying disability pursuant to the ADA or a failure to accommodate a qualifying disability. Therefore, under Administrative Regulation 850-4, your grievance is denied on procedural grounds.

Your grievance addresses LVCF Clinical Services denying you Motrin which is a Clinical Services issue in which I have no authority or influence. Furthermore, your grievances make no reference to you having a disability. As the ADA Inmate Coordinator (AIC), I may only address and resolve problems which impact the access to DOC programs and services of offenders with disabilities. **I must therefore deny your grievances on factual grounds and request that you do not further occupy the time and resources of my staff in responding to grievances of a non-ADA nature.** You have done this by marking your grievance regarding Clinical Services refusing to renew you receiving Motrin "ADA" when there is not an ADA issue.

**GRIEVANCE DENIED.**

M 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LVO607-063          STEP (Circle One)   1  (2)  3       ADA?   Yes ☑  No ☐

NAME Cynthia G. Keeley          DOC NO. 127204          FACILITY LVCF

Instructions:  1.  FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2.  CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3.  STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4.  ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: On step 1 grievance. I clearly describe in my grievance I was on SSDi on the streets. My medical records from my medical provider also clearly states my disabilities. Again I was take off my chronic care meds. Take off motrin. DOC provider claim it was do to stomache & liver. However Ive had no stomache or liver Problems. Elivil will also hurt your liver but they upped that. It seems it's okay to purchase from Doc on canteen Ibuprohen, Aleve. But do to possibly expense take away it as chronic care meds. I also checked ADA on the box. How does this not constitute ADA. I have SSDi. on the streets.

Want money refunded for Aleve, IBprofen, want chronic care med motrin back

DATE: 1/14/07          OFFENDER SIGNATURE Cynthia G. Keeley

DATE RECEIVED:          RESPONDING STAFF SIGNATURE & ID

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|
| **RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:** | |
| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
| **RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.** | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

**RECEIVED**

NOV 2 1 2006

M 850-4A (10/04)

Office of Correctional
Legal Services

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _C-LVO6/07-063_          STEP (Circle One)  (1)  2  3          ADA?   Yes ☑   No ☐

| NAME _Keeley, Cynthia G._ | DOC NO. _127204_ | FACILITY _LVCF_ |
|---|---|---|

Unit 5
CM: L. Hager

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: On Nov. 8 2006, I had an appt. w Judy Sain on my Chronic care Meds. (Motrin) Judy refused to renew, said it was harmful on my stomach & liver. To Order it from Canteen (still harmful for my stomache, liver) However she did up my elevil which is just as hard on my liver + classed as a scheduled drug. Told me all my hard work & help of Ms. Armeni running & making progress on my disabilities (was on SSDI) was over. Quit running & Lynda Gessner too. At this time nurse Jen came to the room. She said she didn't like the way I was talking to Judy. Jen said she would write an incident report. She called Cpt. Cesaos & Ms. Wells. Then Judy had me go get my prior restrictions No Armeni + I uplifted so Judy could put them back on. Jen at that time walked me out so I could comeback to the unit get restrictions + self meds. Jen let me No. I had NO MED DEGREE (wrong, I do) + NO court would believe me over Judy. Even with attorneys + outside help. Believe Med to be discriminating, harrassing, risking safety + health not only for me but others. Staff code of conduct. Conduct unbecoming + unprofessional

Want apology, monetary damages, want some type of pain reliever, Motrin, Naperson, Indocin

| DATE: _11-12-06_ | OFFENDER SIGNATURE _Cynthia A. Keeley_      _127204_ |
|---|---|
| DATE RECEIVED _11/21/06_ | RESPONDING STAFF SIGNATURE & ID |

**RESPONSE**

### SEE ATTACHED RESPONSE

_Cathie Holst 1-7-07_

Cathie Holst, **Manager**
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Sent step 2 out on
01/14/07
on file outgoing
legal mail

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _medical_ | |
| DATE: _11-17-06_ | SIGNATURE/PRINT NAME & STAFF ID # _Cecilia Lopez_ _Cecilia Lopez #2022_ |
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: _1/10/07_ | OFFENDER SIGNATURE/PRINT NAME & DOC # _Cynthia Keeley_ _127204 for Step 2_ |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

C-LV06/07-0762

Grievance Number C-LV06/07-0552 STEP (Circle One)  1  2  ③  ADA? Yes ☐ No ☐

| NAME | Cynthia G. Keeley | DOC NO. 127204 | FACILITY LVCF |
|---|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Was taken off Chronic care meds. (motrin). I have had several back surgeries & ® SI surgery, ® scapula. I was on ssdi on the outside. Worked hard on my disability while in DOC. Chronic care is to make sure my pain level does not get out of control. Henceforth, Chronic Care. Was told if I need Motrin to order it off Canteen. (I do). It's a risky situation to take me off Motrin and upped my elivil. Was told concern was on my stomache & Liver. I'm having no problems with my stomache. However I do spend alot on Aleve & motrin

Would like my motrin back & reimbursed for motrin

| DATE: 1/14/07 | OFFENDER SIGNATURE Cynthia G. Keeley |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME& Staff ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & Staff ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Debra          unit 5                    M 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LVRF06/07- 076    STEP (Circle One)  1 (2) 3    ADA?  Yes ☐  No ☐

MEDICAL

| NAME Cynthia G. Keeley | DOC NO. 127204 | FACILITY LVRF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Unit 5
Clm: L. Hager

Subject of Grievance and Requested Remedy: WAS taken off chronic care medication (motrin) I take motrin for pain due to 6 back surgeries + 3 scapula surgeries. Judy Saiz took me off my medication as of 10/31/06. I do not take motrin just for a headache or a small ache or pain. I take it so my pain level won't get out of control - CHRONIC CARE. I have been ordering Aleve + IBProphen off canteen. However this issue is chronic care. It's a risky situation to take me off. However provider upped my elivil which is harder on my stomache + liver + makes me sleepy + incoherent at night. Endangering safety + health.

want my motrin for my chronic care + monetary damages

| DATE: 12/4/06 | OFFENDER SIGNATURE Cynthia G. Keeley    127204 |
|---|---|
| DATE RECEIVED: 12/11/06 | RESPONDING STAFF SIGNATURE & ID Debra Kenny    11063 |

you are taking Baclofen per your request for your low back pain per recent medical appt. 12/22/06. Step II grievance denied.
Debra Kenny
1-10-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 12-11-06 | SIGNATURE/PRINT NAME & STAFF ID Debra Kenny Rn    11063 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical | |
| DATE: 12-5-06 | SIGNATURE/PRINT NAME & STAFF ID # Cecilia Lopez/Cecilia Lopez #2022 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 1/10/07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Cynthia Keeley    127204    Going to Dept |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Step 3
An Amievance

M 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LVO6/07-.055       STEP (Circle One) (1) 2  3       _MEDICAL_

ADA? Yes ☑ No ☐

NAME Cynthia G. Keeley       DOC NO. 127204       FACILITY LVCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Unit: 5
C/M: L. Hager

Subject of Grievance and Requested Remedy:

Again Judy Saiz endangers an inmates safety & health. I take chronic care meds. After several surgeries to back, scapula, hands + arms. Motrin is given to me for pain. It would make better sense to give me Naperson. I have put in 4 medical kites. Dates include 10/2/06, 10/9/06, 10/16/06 & 10/29/06. Responses include; chart to provider, R/O 10/10/04 - No response on renewal, given to Dr. Cabling, purchase from canteen per Judy Saiz. Prior 1st of Oct when seen by Judy Saiz I was told she could not do anything because Dr. Cabling was my provider. Inconsistency such a much in medical staff. I have worked hard on dealing w/my back pain by working out. I have much medical knowledge + treatment from outside consistently. Judy Saiz is a risky health provider again. I am scared my pain level will get out of hand with no pain relievers. No Motrin after 10/31/06. I work hard taking care of me & my pain level. I have done everything the correct way. I get no help from Medical Staff. INVESTIGATE JUDY SAIZ, AN A APOLOGY TO ME. I AM SCARED

DATE: 10/30/06       OFFENDER SIGNATURE Cynthia G. Keeley

DATE RECEIVED:       RESPONDING STAFF SIGNATURE & ID #

**RESPONSE**

Cynthia Keeley has had an order for Motrin in the past from Dr. Cabling. She has been instructed to obtain Motrin from Canteen by providers, but doesn't feel she should have to due to her pain level. She recently saw Judy Saiz on 11/8/06 and NP Saiz agreed to increase her Elavil from 100 mg to 125 mg. Ms. Keeley agreed with this at that apt.
                                            J. Mascarenas Rn

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 11/30/06       SIGNATURE/PRINT NAME & STAFF ID # Jennifer Mascarenas Rn 4016

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical NP

DATE: 10-31-06       SIGNATURE/PRINT NAME & STAFF ID # Cecilia Lopez Cecilia Lopez #2022

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 11-30-06       OFFENDER SIGNATURE/PRINT NAME & DOC # Cynthia Keeley 127204 GOING TO STEP 2

Original: Department File/AIC       Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Grieve *resolved*    DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number __C-LV07/08-041__    STEP (Circle One) (1) 2  3    ADA?   Yes ☐   No ☑

| NAME Kecley Cynthia | DOC NO. 127204 | FACILITY LVCF Med |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Doc's M.D's

In 8/2005 Dr. Cabling put me on Tenormin 25mg. 1 at morning, 1 at night. Do to rapid HR. 8/6/07 Dr. Werner took me off Tenormin stating not enough documentation to keep me on tenormin. Even though my HR. was at 116, that day. On 8/7/07 I saw Judy Saiz for pap. when vitals were checked m HR was 128. I have been off tenormin since 7/29/07 when it expired. My concern is this: I do have enough documentation I have a Rapid H. Dr. Cabling was in a hurry to put me on Tenormin even though I was insure. Then, Dr Werner is taking me off without monitoring my HR. fo a while to truly find out. There is inconsistancy. I am concerned no one is truly handling Quality Management or living up to LVCF misson statement for medical. Treatment & diagnosis issues.
Remedy: I would like LVCF medical to implement process & facilitate, monitor & improve quality of diagnosis as it would be done if I was in community.

| DATE: 8-9-07 | OFFENDER SIGNATURE (signature) | 127204 |
|---|---|---|
| DATE RECEIVED: 8/21/07 | RESPONDING STAFF SIGNATURE & ID (signature) | 14461 |

RESPONSE

On 8/6/07, Dr Werners Discussed stopping Tenormin & you said you would contact medical if Any problems. On 8/7/07, your pulse was 116. Normal Range is 60-100; so 116 is not extremely high. ON 7/31, pulse was 131, But pain increases heart rate (shoulder injury). I will Let Dr Werners know you are concerned About the heart RATE and Let him decide on Course of Action.
NOTE: Dr Werner will restart Tenormin

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 8/21/07 | SIGNATURE/PRINT NAME & STAFF ID # (signature) | 14461 |
|---|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the within subject. | | |
| DATE: 8/13/07 | SIGNATURE/PRINT NAME & STAFF ID # J. Beeman, HSA  J. Beeman HSA #4627 | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | | |
| DATE: 8/21/07 | OFFENDER SIGNATURE/PRINT NAME & DOC # | grievance stopped on this action |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

CDOC misdiagnosis, endangered safety &

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One)  1  2  3     ADA?  Yes ☐  No ☑

| NAME Kedley Cynthia | DOC NO. 127204 | FACILITY LVCF Med |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Doctis M.D's

In 8/2005 Dr. Cabling put me on Tenormin 25 mg. 1 at morning, 1 at night. Do to rapid HR. 8/6/07 Dr. Werner took me off Tenormin stating not enough documentation to keep me on tenormin. Even though my HR was at 116 that day. On 8/7/07 I saw Judy Saiz for pap. when vitals were checked my HR was 128. I have been off tenormin since 7/29/07 when it expired. My concern is this: I do have enough documentation I have a Rapid HR Dr. Cabling was in a hurry to put me on Tenormin even though I was unsure. Then, Dr Werner is taking me off without monitoring my HR for awhile to truly find out. There is inconsistancy. I am concerned noone is truly handling Quality Management or living up to LVCF misson statement for medical. Treatment & diagnosis issues.

Remedy: I would like LVCF medical to implement process & facilitate, monitor & improve quality of diagnosis as it would be done if I was in community.

| DATE: 8-9-07 | OFFENDER SIGNATURE | 127204 |
|---|---|---|
| DATE RECEIVED: | RESPONDING STAFF SIGNATURE & ID | |

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical | |
| DATE: 8/9/07 | SIGNATURE/PRINT NAME & STAFF ID # Jerry Armsler 3910 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

In 8/2005 Dr. Cabling put me on tenormin 25 mg, morning and night. For reasons of rapid heart rate showing in my medical file.

On 8/06/07 Dr. Werner (at LVCF) endangered my safety, my health with taking away my tenormin (heart medication)

It was said by Dr. Werner on 8/6/07 "Ms. Keely, you would do or think you need a pill." Dr. Werner restart meds on 8/21/07.

I do believe Dr. Werner mis-diagnosis and mis-medicated. It was excessive risk to endanger my health, my safety. The provider took substantial risk of serious harm that could have exist and must also draw the inference.

The provider knew by strong circumstancial evidence) that they knew the harm that could happen by ignoring it or mistreating it. Also risk of future harm.