FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2007

GREGORY C. LANGHAM
CLERK

92-cv-00870-EWN-OES

I Donald Lee Revere # 67342 - Old Claim # 02-779 Category II. New Category III; Claim # 03-412

I filed a Claim under Montez. Your Respose package after my hearing on Aug 23, 07. It says that on page 2 Paringrah 2. The Settlement Agreement Should be approved.

This is not to object to the ruling or the outcome of my trail hearing for boots on 8-23-07, My Claim back in 03 was not only for boots but a $30-50,000 dollars as well.

From reading this letter, I'm wondering about the rest of my Claim. I'm reading also that my whole claim has been approved. My remedy was Montery as-well and if it's not in this ruling then I need to set up another hearing for my whole Claim.

I've never tesified that I only wanted a better boot or shoe. I'm also seeking Composation for my pain & Suffering over 2-3ys in prison wearing them boots. I'm asking, is this ruling covering every-thing if not. I'm reading it right it says the judge has approved my Claim. Is that so or is there more to it. Is it some-thing I'm missing or not understanding.

In my requesting for settlement on the response to Claim and Support Documents as a remedy and accommodations of Monetary support between 30.000 to 50.000 was all part of my settlement, my asking was-ent only Comfortable Shoes, due to the fact of pain and suffering.

I'm asking were do I stand on that issue is that a part of this Approvement from Judge Nottingham if not, I need to know why it was-ent addressed on Aug 23, 07 if it was to be. To my understanding it was all one package.

Note: I'm not satisfied with the whole out come if it's not Montery. I've should've been informed to the weight of this hearing and settlement, to what to be ruled on if it was-ent Montery as well.

I've should've been told by the Judge.

Please Asst and advise to Satisfiy this Claim

Signed this day 23rd day of October 2007
Thank-You
Claimant: Donald Lee Reven