Judge Nottingham                                               10-21-07

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2007

GREGORY C. LANGHAM
CLERK

My name is Wellington Gibson & my claim No. 15-03-173 on Reg. Montez issues. I am writing to you because I have had numerous letters sent to the court & to the AG's office & Jinnifer Riddle of King & Greisen & I have been compleatly ignored since April of this year.

The Special Masters issued their final order on my claim on 6-22-07 & gave the AG's office untill 8-22-07 to file their appeal. On 8-22-07 the AG requested a time extension which was granted untill 9-21-07 & it stated I had till 10-11-07 to reply after their objection was filed.

Up till Oct 9, 07 I had received NO word concerning any appeal being filed. I wrote the court, AG's office & King & Greisen requesting word if one had been filed & received no reply. Then on Oct 9, 07 I received an appeal from the AG's office. The problem is the Motion was dated 9-12-07 & the certificate of service was dated 9-21-07. I wondered where it had been so I checked the postmark & the envelope was dated 10-4-07 & signed by Mariah Cruz-Nanio which means it is a false document as she certified it was mailed out 9-21-07

& the postmark proves differently. Also this can be proved as our legal mail, incoming & outgoing is logged who & when it leaves or comes in. This put the appeal in my hands one day before I had to reply to it. I hurry & sent in an objection to the courts accepting the objection because of being late & untimely & also stated that if the court did accept its to grant me an extension so I could properly reply. Again I have received no word from any one & yes I did send a certificate of Service informing the court that a copy of the motion had been sent to the A.G.

I have also had my sister call the court & Ms. Riddle & she is compleatly ignored also. The administration here at C.C.F where I am housed think the final order is a joke & I have been severely punished since the final order was issued in my favor. After being issued my cane was confiscated & I was intentionaly housed on a 2nd tier & I have been told their is no intention of returning my books or type material to me as ordered by the court (D.M.R.)

your honor will you please let me know what the status is of my claim. Also the AG only appealed the upper mobility & not the lower & again this facility says so what their medical dept. over-rides everything & as I said that was how they delt with things. After the final order was issued my case was taken along with all my work restrictions & I was told there is nothing wrong with you & I was placed on total lock up.

Please sir inform me or have some one inform me as to what is going on & whats up with the motion I filed on 10-9-07 objecting to the appeal of final order & my request for time extension.

[signature]
74389

10-21-07