Judge Kane

92-cv-00870-EWN

FILED OCT 23-2007
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 26 2007
GREGORY C. LANGHAM
CLERK

I received your order remand dated Oct 19th today the 23rd. I am wondering what is going on. I did NOT file for a non-compliance hearing doc #2933 dated Oct. 9th. You gave the AG's office a time extension till 9-21-07 to file their objection to final order. I did not get a copy of that objection & motion to remand antill Oct. 9th 2007 & I only had till Oct. 11th to reply. I sent in a motion on Oct 9th 2007 objecting to the court accepting the AG's motion to remand since it was not mailed out to me antill OCT. 4 2007. The certificate of service was not a truthful document as the AG's office stated they mailed me a copy on Sept. 21, 2007 yet the envelope I received it in was dated Oct. 4 2007. That is what I filed on OCT 9 2007 & I went on to say if the court did accept the motion filed by the AG then I be granted an x-tension to properly reply since it was not mailed to me till Oct. 4. 2007. The AG's by accident or on purpose denied me adequate time to reply

①

you put in your minute order dated Aug 22, 2007 that I would have an opportunity to reply to defendants objection <u>After</u> it was filed but no later than Oct 11, 2007.

C.C.F legal mail logs will show I did <u>NOT</u> receive a copy of the AG'S motion requesting it be remanded until OCT. 9, 2007, which left me one day to reply. As I said I hurry & wrote objecting the court accept such a late & untimely filing of the AG'S motion & requested that if the court did accept it that I be granted an x-tension to reply as the court said I would have a chance to do in the Aug 22 minute order.

How can the court grant the motion to remand with out allowing me a chance to reply???

From the time limit of the AG'S being able to file Sept 21, 2007 I sent numerous requests for a status report because I had not received a copy of any motion filed by the AG.

(2)

I am enclosing my reply to the defendant request to have things remanded.

Again <u>I Did NOT</u> Request a non compliance hearing on Oct 2007 I requested a time X-tension because of the AG's office late & untimely filing & getting a copy of their motion on Oct 9, 2007 leaving me one day to reply. To alow this to happen is a definate prejudice against me

What I am sending in my motion to reply shows why the AG's office has done what they did in sending me a copy on Oct 4th/6th 2007 & me not getting it till Oct 9, 2007 as what I have sent shows C.D.O.C. did Reply to allegations of Plaintiff

(3)

I am requesting Judge Kane rescind the the order to remand dated Oct 19, 2007 because of the mix up & to accept my reply & then rule on the AG's request to Remand.

William Keil

Oct 23-2007

Your Honor you go on to state that you reiterate your admonition regarding retaliation. Well I have been retaliated against & have had my walking cane confiscated & put on total lock up AFTER After the final order was issued & as I was told by D.O.C. WE Run This

(4)