October 23, 2007

District of Colorado
U.S. Courthouse
1929 Stout Street
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 25 2007
GREG_____NGHAM
CLERK

Clerk of the Court:

    I am a member of Civil Action No. 92-cv-870-EWN-OES, Damage Claim No. 03-002. Per Amended Stipulation And Order Regarding Status Of Compliance By DOC With Remedial Plan, dated 8/30/06 section B.(7) I was suppose to have my Damage Claim hearing re-reviewed. My original Damage Claim hearing was held in July of 2005. I have not heard from the Court regarding this issue. Has damage claim No. 03-002 been reviewed, what is the status of this request.

Thank you,

Joe Eubanks

Joe Eubanks, #64033
SCCF/ 1 Left
P.O. Box 3
Pueblo, CO 81002