IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREG... ...HAM
CLERK

Civil Action No. 92-N-870   EWN

JESSE MONTEZ, et al

    Plaintiffs, as representatives of themselves and all others similarily situated in the class action

V

BILL RITTER,

    Defendants.

---

### REQUEST BY CLASS MEMBER FOR DISCLOSURE OF FUNDS PAID TO CLASS MEMBERS

---

    NOW COMES, Duncan Leach, DOC No. 76849, class member and would request this Honorable court allow a disclosure of funds to class members paid to date.

    Currently, Mr. Leach is in an ongoing legal action against his attorney for negligence in the handling of his claim in the above styled and numbered cause.

    At issue is Counsel's failure to investigate the claimants physical injury to his back, amending the original claim for damages after discovering a new theory to claimants physical injury and failing to retain an expert witness on behalf of the claimant to establish injury causation.

    Had Mr. Leach been recatorgorized as a "category 4" claimant what range of compensation would have been awarded for his injury. This would show the potential financial injury Mr. Leach suffered as a result of this negligence.

    Mr. Leach as a class member would pray this Honorable Court allow this disclosure as it is a core issue which would affect any offers of settlement or demands.

    Respectfully submitted this 26th day of October, 2007.

*/s/ Duncan Leach, Claimant*
Duncan Leach, Claimant
Claim No. 03-087

CERTIFICATE OF FILING AND SERVICE

On the 26th day of October, 2007, I filed and served a copy of the foregoing REQUEST BY CLASS MEMBER FOR DISCLOSURE OF FUNDS PAID TO CLASS MEMBERS by depositing it in the Texas Department of Criminal Justice internal legal mailing system, postage pre-paid and addressed to:

Gregory Langham, Clerk of the District Court
United States District Court
Alfred A. Arraj Federal Courthouse
901 19th Street
Denver, CO 80202

Heather K. Kelly, Esquire (Counsel for Defendant Harry Earl Moyer)
GORDON & REES, LLP.
370 Seventeenth Street, Ste. 4450
Denver, CO 80202

_/s/ Duncan Leach_
Duncan Leach