IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-401
Category III
Claimant: David Noble, #75842
Address of Claimant: 1805 East 31st Avenue, Apt. B, Denver, CO 80205

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This case has been settled. The appropriate documentation has been submitted reflecting the settlement.

IT IS HEREBY ORDERED that the claim of David Noble is dismissed with prejudice, as the claim has been settled between the parties; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 20, 2007.**

SIGNED this 7th day of June, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 2 day of June, 2007 to the following:

Mr. David Noble
1805 East 31st Avenue, Apt. B
Denver, CO 80205

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203