

# *LRC* *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin
Judge Kenneth M. Plotz

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah

October 8, 2007

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 09 2007

GREGORY C. LANGHAM
CLERK

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

RE:  *Montez, et al. v. Owens, et al.*
Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)
Claimant: Donald Lee Revere, Claim #: 03-412

Dear Gail:

Enclosed for filing with the Court, please find a letter that we received from Mr. Revere in Friday's mail. The Final Order pertaining to Mr. Revere's *Montez* claim was issued on September 5, 2007. His file was included in the three boxes of closed files that were delivered to you today. To assist you, I have pulled the file, and am having it delivered to you separately, along with this letter. Should you have any questions regarding this matter, please call me. Thank you.

Sincerely,

Susan L. Carter
Susan L. Carter
Assistant to Special Masters

Enclosures

Att: Judge Richard M. Borchers
Claimant

OCT 5 2007

My Name Donald L. Revere # 69342. Claim Number -03-412
Category III

HERE At Crowley County Correction Facility in Unit 2. I have a disibilty with my feet and left fumar bone. Medical and DOC have given me Lower bunk, Lower tier Restrictions due to the fact the stairs are pain full going up and down for as many times as it takes during a full day.

It's been 7 days and I'm still living on the second floor. I've been to the Unit SSG Baca to ask to be moved cause the pain in my foot and hip that was-ent this bad until moving me to the Second floor.

Nobody has made any attempt to follow my medical Restrictions and it's causing me more pain on a daily bases. I've been looked over and that to me shows discrimination to me and my disability.

I've took all of my medical records to his office and showed him SSG Baca doesn't care about me or my Medical Condiction.

Hes' had more than enough time to move me but keep putting it off. Staff is unwilling to follow doctors orders and my Montez.

There has been open rooms in Pod C is the pod I came from, there was an open room in Pod C with the whole room empty bottom bunk, bottom tier and they failed to asst me once again.

The damage is already done, the pain has come back and now it's still part of the Montez isen't it. Due to the fact that my feet are involved.

Im seeking damages for my pain and suffering plus being discriminated against. (ME) and my disabilty

I want to seek action against CCCF's staff and Unit 1 SSG Baca, Could you please asst. me in this matter or direct me, to the proper people or steps.

I asked SSG Baca for a handicap Room and he put some one of his Race (Mexican) instead of me and there is nothing handicap about him. I'm Black and thats the problem for not helping me.
My Case Managers Name is Tricia Florez Pod-C.   Thank-you. Please Advise. Donald Revere 69342

**Colorado Department Of Corrections**
Name: Mr Donald Revere
Register Number: 69342
Unit: I-B-3230-CCCF
Box Number: 6564 St Hwy 96
City, State, Zip: Olney Springs Co 81062

COLORADO SPRINGS
CO 809 2 L
03 OCT 2007 PM

OCT 5 2007

Judge Richard M. Borcher
Legal Resolution Center
7907 Zenobia St
Westminster, Colo. 80030-444