# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action, File No. 92-cv-00870-EwN-OES Consolidated with 96-cv-00343

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 6 2007

GREGORY C. LANGHAM
CLERK

Jesse Montez, et al.,
_____, Plaintiff(s)

V.

Bill Owens, et al.,
_____, Defendant(s)

Claim No. 03-173
Category III
Claimant Wellman E. Gibson #74984

Reply to defendants objection to final order & their motion to Remand.

I will try to reply to the best of my ability considering I have no legal background, but I am sure that is obvious to the court. Also please make allowance for my handwriting but I do have problems with dexterity & I take Neurontin for my problems with Neuropathy.

Again I have to object to the court allowing the AG's office to file their objection because of all the different dates on their paper work. Again the motion is dated 9-12-07 & the certificate of service is dated 9-21-07 which was their dead line to file an objection, YET the post mark on the envelope I received my copy in is dated 10-4-07 which means the certificate of service is a false document as it states & is certified to that everything was mailed out on 9-21-07. The post mark of 10-4-07 & me receiving it on 10-9-07 can be proved as D.O.C logs in all legal mail & who it came from & date received. I received mail from the AG on 8-24-07 (Their motion for enlargement of time) & the next time I received mail from the AG was 10-9-07 which was the defendants objection to final order which contained all the different dates & false certification of mailing.

A.G. is bringing up. First is the objection to class counsel doing an investigation for plaintiff on the orders of the special master & Second is the A.G. saying that Defendants never had an opportunit to reply to allegations.

Also I belive on page 3 of the AG motion in footnote marked # 2 at bottom of page the AG states Plaintiff was discontinued from books on tape shortly after the hearing & prior to that only received books on tape occasionaly

The First issue of class counsel doing an investigation is addressed in Exh A-1 through A-7 which Show defendants knew of request well over a year before Final order of Special Masters was issued & defendants never objected. Page 2 shows that special Masters referred to specific area of Remedial plan that confirms class counsel doing a compliance report.

The Second issue concerning defendants reply to allegation of first being denied access to library Exh B-1 through B-7 Shows that the defendants did reply as shown on page 2 by stating it was a mere miscommunication, page 3 shows memo between the AIC & Doctor concerning plaintiffs disability & page # 5 showed the AIC had to clear up the miscommunication & have plaintiffs library privileges reinstated. Again the certificate of service dated Jan. 31, 2003 shows that defendants had plenty of Notice & again never objected. And their reply to being denied access to library was A Mere Miscommunication. So they did Reply! As page 2 no 3 clearly states in response to the inquiries of Counsel D.O.C. admitted to !

②

To Plaintiff did not need books on tape & they were discontinued is disputed by plaintiff with Exh-C which is the memo from the A.I.C. To Lou Archuleta concerning Doctors findings. Exh-D shows a memo concerning Defendants need to show Doctor recomentation & documentation of disability & defendant receiving 2 books a week from 2003 till 2007, a lot more than occasionally as stated by Defendants. EXH E-1 through E-8 are property sheets from different facilities dates 3-15-06 through 9-27-06 which show defendant had books on tape material clearly marked Handicap item. Exh F-1 through F-13 show Plaintiff not only received books on tape material from Colo. Talking books but from other sources through 2007. when moved to C.C.F a non-Montez compliant facility which is NOT an Ad Seg. Facility. Again this is a lot more than just receiving Books on tape occasionally as defendants would like the court to belive

Defendants Knew of Request for compliance Report by Special Masters & they did reply & had well over a year to object. All prop. slips provided show defendant was not discontinued from talking book program & received material from different sources a lot more often than just occasionally as stated by defendants.

Also your honor I would request additional punitive sanctions as I have been denied books or tape material since April of 2007 when moved to C.C.F which is a non-Montez compliant facility

and was denied access to his religion as his Jewish Torath & Daily prayers were on tape which was denied him. Also D.O.C.s way of dealing with housing the plaintiff at a non compliant facility was to confiscate plaintiffs walking cane & taking away all work restrictions & saying there is no longer anything wrong with you & plaintiff was placed on total lock up for not being able to go out & push chow carts around the facility. Also plaintiff is requesting the court order the return of all personal property when moved to a non-compliant facility as central office was made aware of plaintiffs concerns at being moved to a non-compliant facility because of his existing medical & housing restrictions & they were made aware prior to being moved to C.C.F in April. & again as defendant states D.O.C.s way of fixing the move was to remove all medical, housing & work restrictions & to confiscate medical items (cane & books on tape)

OCT 23, 2007

Wellman Glow
74384

certificate of service

I certify that I have
mailed a copy of the
foregoing to below address
on Oct 23. 2007

Office of Atty General
1525 Sherman ST
7th Floor
Denver Co. 80203-1760

OCT, 23 - 2007

*Letter to counsel 12-1-06* ~~[redacted]~~ *Here*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number 03-173
Category III
Claimant: Wellman E. Gibson, #74384
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

_____

## ORDER OF SPECIAL MASTER – RE:  FEBRUARY 26, 2006 LETTER

_____

THIS MATTER came before the Special Master upon a letter sent to the Special Master on February 26, 2006. A copy of the letter is contained herein. Claimant has requested that the Special Master respond to the allegations in the letter. The letter, therefore, will be treated as a motion. Of note, a hearing on this claim was conducted on Monday, February 13, 2006 at the Sterling Correctional Facility where Claimant is housed. A final order has not been forthcoming as the parties are briefing an issue raised during the hearing.

Essentially, Claimant's letter is asking the Special Master to address issues related to his ability to access the law library due to Claimant's alleged inability to sign his name. Additionally, Claimant has asked for the Special Master to order a move "to a facility wher they will not say to hell with Montez" (sic).

Having reviewed the letter, the Special Master believes that Claimant's library access issue is dealing with an internal issue beyond the scope of the Special Master's jurisdiction as set forth in the Remedial Plan. Additionally, the Special Master does not believe he has the ability to order an inmate to be moved to a different facility. Therefore, the requests will be denied.

*Exh A-1     Page # 2*

*Finds*

However, the Special Master believes that the issue raised by Claimant is one which class counsel does have the duty to investigate pursuant to Section XXXI — "Compliance and Monitoring" – as set forth in the Remedial Plan.  A copy of this order and Claimant's letter is being forwarded to class counsel and class counsel are hereby ordered to investigate the issues raised by Claimant in his letter.

*Page #28 Remedial Plan*

IT IS SO ORDERED.

SIGNED this 29th day of March, 2006

BY THE COURT:

Richard C. Davidson,
Special Master

A-2

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER OF SPECIAL MASTER – RE: FEBRUARY 26, 2006 LETTER this _29_ day of March, 2006 to the following:

Mr. Wellman E. Gibson, #74384
SCF
P.O. Box 6000
Sterling, CO 80751-6000

*con reck*

Ms. Paula Greisen
Mr. David Miller
Counsel for the Class
King & Greisen, LLP
1670 York St.
Denver, CO 80206

Mr. J. Aaron Atkinson
Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

_____
~~Ann Noder~~

3

RECEIVED
FEB 2 0 2006
BY:

CASE NO. 92-CV-00870-EwN-OES
Claim No. 03-173
Category III

The other day I was having a lot of trouble with my hands (dexterity) & when I signed in at the library I was told they could not read it. I am on the books on tape program because of the nerve damage & 3 different D.O.C. doctors have signed off on it, so the library people know about my dissability.

I was kicked out of the library even though I requested a librarian sign for me. I was there to use the computer. I was informed that the Major & shift commander decided I NEVER be allowed in the library again which keeps me from books on tape material

A-4

& also keeps me from accessing the law library & keeps me from all programs where I have to sign up in the library.

I am disabled per Montez. As my restrictions are no stains per 2 Neuroligists. Also the dexterity problem is a interference with ADL's as I can not read, write or hold Items at times & does limit me to programs & such. Now this facility says I can not access the library, law library or programs because at times I lack the ability to sign my name. dT. Jones in unit 2 can verify this as she took the phone call from the shift commander saying

I can never go to the library & or area. Please reply & let me know what is going on & how in the middle of all this (Montez) something like this happens? I am requesting a move to a facility when they will not say to hell with Montez & Per Major Wade & Capt. Little I quote To hell with a magistrate this is our facility.

2-26-06

Wellman
Gibson
71754

I was also denied access to the library because on Jewish Sabbath we dont write, I was told so what we dont care about your Religion you <u>will</u> do what I say (per librarian)

A-6

Colorado Department Of Corrections

Name Wellman Gibson

Register Number 74384

Unit R-B

Box Number 6000

City, State, Zip Sterling, Co. 80751

Special Mail
Legal Resolution Center
7907 ZENOBI A ST.
Westminster, Co. 80030-4444

80030+4444

FIRST -

DENVER CO 802
27 FEB 2006 PM 4 L

A-7

IN THE UNITED STATES DISTRICT COURT6
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

    -vs-

BILL OWENS, *et al.*,

    Defendants.

*[handwritten: + this motion shows defendants knew]*

---

**Plaintiff Class Counsel's Response to Special Master's Order Requesting
Compliance Report with Regard to Claimant Wellman E. Gibson, #03-173**

---

    Plaintiff Class Counsel, Paula Greisen and Jennifer W. Riddle, of KING &

GREISEN, LLP, hereby file this response:

1.    The Special Master issued an Order requesting Class Counsel to investigate issues

    raised by Claimant Wellman E. Gibson.  Specifically, Mr. Gibson asserts that he

    has been discriminated against by the DOC due to his disability and has been

    repeatedly denied access to the library.

2.    In investigating the allegations, Class Counsel requested information from the

    DOC, had a phone conference with Mr. Gibson, and reviewed grievances filed by

    Mr. Gibson.  Based on this information, undersigned Counsel has determined that

    Mr. Gibson was intentionally denied access to the library for a period of

    approximately three months as a result of discrimination on the basis of his

    disability.

*[handwritten: Exh B-1]*

3. In response to the inquiries of undersigned Counsel, the DOC has admitted that Mr. Gibson was banned from the General Library at the Sterling Correctional Facility from February of 2006 to mid-May of 2006. The DOC claims that Mr. Gibson was initially ejected from the library for alleged "disruptive behavior" because he refused to sign in, or would sign his name illegibly at the General Library.

4. While the DOC admits that Mr. Gibson was denied access to the library for over three months, the DOC does not accept responsibility for the denial but rather it argues it was a mere "miscommunication."

*They did reply*

Mr. Gibson's Physical Impairment:

5. Mr. Gibson suffers from the softening and degeneration of the spinal cord leading to paralysis which results in limitations of the extremities. Due to this condition, Mr. Gibson's hands frequently lock up, preventing him from holding things like writing utensils and books. The DOC has been on notice of Mr. Gibson's impairment affecting his dexterity as far back as 2004, when Mr. Gibson identified his disability in an Informal Resolution Attempt. **Exhibit A, Informal Resolution Attempt.** Mr. Gibson was screened for disability in September of 2005. His ambulatory health record indicates a report of "Substantial difficulty holding a book with his left arm/hand. Over the last 2-3 years he also reports pain in his right arm with a loss of function intermittently in this arm when it is in certain positions."

*Proof of disability*

2



**Exhibit B, Ambulatory Health Record.** Subsequent requests for accommodations indicate that Mr. Gibson has been provided accommodations for his disability. **Exhibit C, Verification of Disability.** In a memo written by the AIC Cathie Holst in March of 2004, Ms. Holst acknowledges Dr. Wermer's finding that Mr. Gibson's condition implicates "his ability to grasp items with his hands." **Exhibit D, Memorandum.** While Mr. Gibson's impairment may not fall under one of the Montez categories, he certainly has been recognized by the DOC as an inmate who requires certain accommodation under the ADA.

<u>Mr. Gibson was Denied Access to the General Library for Discriminatory Reasons:</u>

6.  As a result of Mr. Gibson's condition, his inability to hold books, and the fact that his hands lock up on him, he has been allowed to participate in the Colorado Talking Books program. In order to make his selections for the books on tape, Mr. Gibson needs access to the library, where the computer database is located as well as the sign up sheet for books.

7.  To access the library at SCF, each inmate must first sign in at the Programs Hub, and then a second time at the General Library. Usually, when Mr. Gibson would arrive at the Programs Hub and the General Library, he was permitted to have someone else sign him in, or one of the guards would sign him in due to his inability to grasp a writing utensil.

8.  Apparently on the day in question, however, on or around February 23, 2006, Mr. Gibson had someone sign in for him at the Programs Hub, but when he got to the General Library, the librarian refused to allow anyone else to sign in for him. When he argued with her that he needed help because of his disability, Major

3

Waide decided that Mr. Gibson was being "disruptive," and ordered that he leave the library.

9.   After Mr. Gibson left the library, Major Waide also went to Mr. Gibson's housing unit and informed the staff that they were not to issue any library passes to Mr. Gibson because he was permanently banned from the library. One of the housing unit staff told Mr. Gibson that Waide had ordered the ban and then asked Mr. Gibson what he had done to upset Waide.

<u>Mr. Gibson Filed a Grievance Immediately After He was Banned From the Library:</u>

10.   On February 23, 2006, Mr. Gibson filed a Step I grievance regarding being denied access to the library. In his grievance, he specifically states that ". . . because of physical problems (dexterity) I am denied <u>ALL</u> access to the library." **Exhibit E, Grievance No. SF05106-1008-1.** Having received no response, on March 14, 2006, Mr. Gibson filed a Step II grievance stating, ". . .Waide informed the unit (Lt. Jones) that I not be allowed in the library per request made to him by library employees. This had to do with my inability to sign paperwork at times because of nerve damage that affects my dexterity. . ." **Exhibit F, Grievance No. SF05106-1008-2.** Mr. Gibson's Step II grievance was denied. Mr. Gibson then filed a Step III grievance on April 5, 2006, stating, ". . . per Major Waide's instructions to Lt. Jones in Unit 2 . . . I am not allowed in the library. This is an ADA violation . . ." **Exhibit G, Grievance No. SF05106-1008-3.** Mr. Gibson's Step III grievance was denied in November of 2006 on the grounds that he did not substantiate his claim that he was denied access to "law library" based on his dexterity concerns. **Exhibit H, Response to Step III grievance.**

4

*Never done*

11. Interestingly, although all his grievances clearly stated that they implicated ADA issues, the grievances were not routed through the ADA grievance process. Probably due to the complaint he filed in this case, the AIC office finally investigated the matter, cleared up the "miscommunication", and reinstated Mr. Gibson's library privileges.

*They Knew*

12. While the DOC asserts that denying Mr. Gibson access to the library was merely a result of miscommunication, the evidence shows that Mr. Gibson was intentionally banned from the library for clearly discriminatory reasons. Due to his physical impairment, Mr. Gibson was not accommodated in the signing-in process at the General Library, which resulted in his removal from the library, and subsequent three and one-half month ban.

13. Pursuant to the Americans with Disabilities Act, 42 U.S.C. §2132, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of services, programs, or activities of a public entity, or be subjected to discrimination by any such entity. The term "disability" means, with respect to an individual (A) a physical or mental impairment that substantially limits one or more of the major life activities of such individual; (B) a record of such an impairment; or (C) being regarded as having such impairment. 42 U.S.C. §2102.

*B~S*

14. Mr. Gibson is certainly a qualified individual with a disability under the ADA and

is therefore protected from discrimination on the basis of his disability.  When the

DOC denied him access to the library for over three months on the basis of his

disability, the DOC violated the rights secured to Mr. Gibson through the ADA.[1]

DATED at Denver, Colorado this 31st day of January, 2007.

KING & GREISEN, LLP

*Jennifer W. Riddle*

Jennifer W. Riddle
Paula Greisen
1670 York Street
Denver, Colorado
Telephone: (303) 298-9878
greisen@kinggreisen.com

Counsel for Class

---

[1] In a letter received by Class Counsel on January 26, 2007, Mr. Gibson requested that Class Counsel bring to the attention of the Special Masters that he feels he is being retaliated against by the DOC for participating in proceedings related to the *Montez* case. Mr. Gibson's letter reports that the day after he spoke with Class Counsel with regard to this compliance report, he was placed on permanent punitive segregation status while he awaits transfer to another facility. All of his property was confiscated, including his books on tape materials. This also violated Mr. Gibson's bottom/bottom restriction, as he was forced to go to the second tier.

6                                    B — 6

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2007, I served the Plaintiff Class Counsel's Response to Special Masters Order Requesting Compliance Report with Regard to Claimant Wellman E. Gibson, #03-173 via facsimile to:

Special Masters Borchers, Pringle and Davidson
Legal Resolution Center
7907 Zenobia Street
Westminister CO 80030
Facsimile: (303) 426-7714

Elizabeth McCann
James Quinn
Jess Dance
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Facsimile: (303) 866-5443

Wellman E. Gibson, #74384
Arkansas Valley Correctional Facility
12750 Highway 96, Lane 13
P.O. Box 1000
Crowley County, Colorado 81034



7



# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us

*Exh C*



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO:     Lou Archuleta
        Manager, Prison Operations

FROM:   Cathie Holst
        Office of Correctional Legal Services

RE:     Wellman Gibson  #74384
        Grievance AV 03/04-181

DATE:   March 15, 2004

---

This offender has filed a Step 2 grievance on the issue of facility placement/cell assignment.  He maintains he is mobility-impaired and therefore requires placement in a handicapped cell in a designated facility per Montez.

We responded to the Step 1 grievance, stating that he was required to have an evaluation specifically on this point before we could determine whether an accommodation was appropriate.  Dr. Wermers at AVCF conducted the evaluation in late February.

Dr. Wermers found that this offender has degenerative disc disease which may implicate his ability to grasp items with his hands.  For that reason he has a medical restriction of first tier, lower bunk (so he does not have to grasp handrails or ladder rungs).  He is able to ambulate the requisite 100 yards on a level surface without stopping, dress himself, feed himself, etc. without assistance.  He recently had an MRI and is scheduled for a neurology consult next month as part of his continuing care.

It is Dr. Wermer's opinion that this offender's spinal problems are not severe enough to warrant special placement.  Having reviewed the information available to me, I have to agree with Dr. Wermers' assessment of the situation.

Please respond to the Step 2 grievance with the above information in mind.  You should be aware that this offender has refused to execute a medical release in contravention of the Montez agreement, however the fact that he has chosen to utilize the grievance process operates as a waiver as to any confidentiality he might otherwise expect on the subject.

I have attached relevant documentation for your review, and of course you may contact me with any questions you may have on how to proceed.

Thank you.

MEMO TO FILE



2/17/04

Investigated Gibson's claim that they confiscated his tape recorder and books on tape. Talked with Curtis Robinette and the property sergeant (?), neither of whom claim to know any details (who gave the order to take, etc.)  They are supposed to look into it some more and call me back Wed. 2/18 because it seemed to make a difference whether this was actually a correspondence course, religious, college-credit, etc.

In the meantime, I called the 800 number Gibson referenced in his letter to see what I could find out.  This organization is called **COLORADO TALKING BOOK LIBRARY, 180 Sheridan Blvd. Denver.  Contact person is Dennis Petro 1-800-685-2136.**  This is a very nice guy; I talked to him for 10 minutes or so.  He handles "all the prison accounts" so will be our contact there for questions, etc about our inmates.  I also told him we would be his DOC point of contact if he needed anything.  He was unable to tell me how many other DOC inmates he loans stuff to; they don't keep records in a way that that information is retrievable.

This organization is set up just like a regular public library, except that they do everything through the mail (the place of business is basically a warehouse).  It's totally state and federally funded, so they can ship all this stuff through the mail to the client and back at no cost.  The only catch is, you must be disabled to become a client, and they require documentation (doctor's statement, I guess).

They ship out two talking books/week to Gibson and the inmate gets the loan of a tape recorder.  The tapes are a special type so that you can't play them on just any old walkman, you have to use their recorder.  They loan the client the recorder and it is marked "Property of the Federal Government"; for the prisoners they remove the batteries before sending it so inmate has to plug it in I guess.

Because they receive tax money to operate, they cannot refuse to serve anyone fitting their criteria (disabled) –  (i.e., if the inmate wants to order it they are obligated to send it even over our objections. Of course we can refuse to give it to the inmate and just send it back, but they would keep shipping as long as the inmate kept ordering).

Gibson has chosen several topics he is interested in and a computer apparently does the picking of the specific books.  His topics are:  various religious/inspirational stuff related to Judiasm, astrology, metaphysics, ancient history, biography, and history.  This is apparently not in any way related to academics or religion – it seems completely recreational/self-improvement oriented.

That's all for now.

*Exh . 28 - E-1*

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: STERLING CORRECTIONAL FACILITY          Date: 03/15/2006

STATE ISSUE ITEMS
-----------------
    1 BELT/BUCKLE(1)                 1 ID CARD(1)
    1 JACKET(1)                      1 KNIT CAP(1)
    3 SHIRTS(3)                      1 SHOES(1)
    5 SOCKS(5)                       5 T-SHIRTS(5)
    2 TOWELS(2)                      3 TROUSERS/SLACKS(3)
    5 UNDERWEAR(5)

PERSONAL ITEMS
--------------
   15 BOOKS (INCLUDING FAITH AND LEGAL)(15)  1 LEGAL BOX (2 CUBIC FEET)(1)
    6 MAGAZINE/NEWSPAPERS(6)

    Books, magazines and newspapers cannot exceed 3 cubic feet when
    combined with other property.

CANTEEN ITEMS                 Description                 Serial #
-------------   ------------------------------------------------------
    1 ALARM CLOCK RADIO COMBINATION(1)       CLEAR        020700330
    3 BRIEFS/BOXERS/PANTIES(3)
    1 CALCULATOR(1)            CASIO BASIC
    1 FAN(1)                   LAKEWOOD
    2 GYM SHORTS(2)            XL
    1 HOT POT(1)               REGAL
    1 MOUSTACHE SCISSORS(1)
    1 MULTI-OUTLET(1)
    1 PHOTO ALBUM(1)
    1 SHAVER/SHAPER(1)         ANDIS CLR
    1 SHOWER SHOES(1)
    3 SOCKS(3)
    1 STEREO HEADPHONES(1)
    1 SWEATSHIRTS(2)           XL
    2 T-SHIRTS(3)
    1 TELEVISION(1)            PHILLIPS MAG 13" COLOR      18973137/110003
    1 TENNIS SHOES(1)
    2 TOWELS(2)
    2 WASH CLOTHS (CANTEEN)(4)

RELIGIONS ITEMS
---------------
    1 JEWISH FAITH PROPERTY BOX(1)   1 JEWISH MEDALLION(1)
    1 JEWISH SKULL CAP/YARMULKE(1)   1 JEWISH TALLIS BAG(1)
    2 JEWISH TALLIT KATAN/TZIZIT(2)

FACILITY SPECIFIC ITEMS
-----------------------
    1 CANTEEN READING GLASSES(1)
    1 TAPE PLAYER - HANDICAP(1)

Page 1

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: STERLING CORRECTIONAL FACILITY          Date: 03/15/2006


MEDICAL APPLIANCES
------------------
    1 KNEE WRAPS/BRACES(4)            1 PRESCRIPTION EYE GLASSES/CONTACTS(1)


Inventory Staff _____
                (print name)                (signature)

Inventory Staff _____
                (print name)                (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.


Offender Signature _____          Date _____


Page 2

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: COLORADO TERRITORIAL CORRECTIONAL FACILITY    Date: 05/15/2006

STATE ISSUE ITEMS
-----------------
    1 BELT/BUCKLE(1)                  1 ID CARD(1)
    1 JACKET(1)                       1 KNIT CAP(1)
    3 SHIRTS(3)                       1 SHOES(1)
    5 SOCKS(5)                        5 T-SHIRTS(5)
    2 TOWELS(2)                       3 TROUSERS/SLACKS(3)
    5 UNDERWEAR(5)

PERSONAL ITEMS
--------------
    BOOKS (INCLUDING FAITH AND LEGAL)(15)   LEGAL BOX (2 CUBIC FEET)(1)
    MAGAZINE/NEWSPAPERS(6)

    Books, magazines and newspapers cannot exceed 3 cubic feet when
    combined with other property.

CANTEEN ITEMS                Description               Serial #
-------------  -------------------------------------- -------------
    ALARM CLOCK RADIO COMBINATION(1)    CLEAR         020700330
    BRIEFS/BOXERS/PANTIES(3)
    CALCULATOR(1)            CASIO BASIC
    FAN(1)                   LAKEWOOD
    GYM SHORTS(2)            XL
    HOT POT(1)               REGAL
    MOUSTACHE SCISSORS(1)
    MULTI-OUTLET(1)
    PHOTO ALBUM(1)
    SHAVER/SHAPER(1)         ANDIS CLR
    SHOWER SHOES(1)
    SOCKS(3)
    STEREO HEADPHONES(1)
    SWEATSHIRTS(2)           XL
    T-SHIRTS(3)
    TELEVISION(1)            PHILLIPS MAG 13" COLOR    18973137/110003
    TENNIS SHOES(1)
    TOWELS(2)
    WASH CLOTHS (CANTEEN)(4)

RELIGIONS ITEMS
---------------
    JEWISH FAITH PROPERTY BOX(1)       JEWISH MEDALLION(1)
    JEWISH SKULL CAP/YARMULKE(1)       JEWISH TALLIS BAG(1)
    JEWISH TALLIT KATAN/TZIZIT(2)

FACILITY SPECIFIC ITEMS
-----------------------
    CANTEEN READING GLASSES(1)
    TAPE PLAYER - HANDICAP(1)



Page 1

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: COLORADO TERRITORIAL CORRECTIONAL FACILITY    Date: 05/15/2006

MEDICAL APPLIANCES
-------------------
   KNEE WRAPS/BRACES(4)              PRESCRIPTION EYE GLASSES/CONTACTS(1)


Inventory Staff_____Woodson_____
                       (print name)              (signature)

Inventory Staff_____Sheaffer_____
                       (print name)              (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.


Offender Signature_____ Date_____



COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                  DOC #: 74384
Facility: ARKANSAS VALLEY CORRECTIONAL FACILITY  Date: 08/25/2006

STATE ISSUE ITEMS
-----------------
    1 BELT/BUCKLE(1)              1 ID CARD(1)
    1 JACKET(1)                   1 KNIT CAP(1)
    3 SHIRTS(3)                   1 SHOES(1)
    5 SOCKS(5)                    5 T-SHIRTS(5)
    2 TOWELS(2)                   3 TROUSERS/SLACKS(3)
    5 UNDERWEAR(5)

PERSONAL ITEMS
--------------
    8 BOOKS (INCLUDING FAITH AND LEGAL)(15)   1 LEGAL BOX (2 CUBIC FEET)(1)
    6 MAGAZINE/NEWSPAPERS(6)

    Books, magazines and newspapers cannot exceed 3 cubic feet when
    combined with other property.

CANTEEN ITEMS              Description                  Serial #
-------------  --------------------------------------  ---------------
    1 ALARM CLOCK RADIO COMBINATION(1)     CLEAR       020700330
    3 BRIEFS/BOXERS/PANTIES(3)
    1 CALCULATOR(1)          CASIO BASIC
    1 FAN(1)                 LAKEWOOD
    2 GYM SHORTS(2)          XL
    1 HOT POT(1)             REGAL
    1 MOUSTACHE SCISSORS(1)
    1 MULTI-OUTLET(1)
    1 PHOTO ALBUM(1)
    1 SHAVER/SHAPER(1)       ANDIS CLR
    1 SHOWER SHOES(1)
    3 SOCKS(3)
    1 SWEATSHIRTS(2)         XL
    2 T-SHIRTS(3)
    1 TELEVISION(1)          PHILLIPS MAG 13" COLOR    18973137/110003
    1 TENNIS SHOES(1)        RIDDELL                    SZ 9
    2 TOWELS(2)
    3 WASH CLOTHS (CANTEEN)(4)

RELIGIONS ITEMS
---------------
    1 JEWISH FAITH PROPERTY BOX(1)     1 JEWISH MEDALLION(1)
    1 JEWISH SKULL CAP/YARMULKE(1)     1 JEWISH TALLIS BAG(1)
    2 JEWISH TALLIT KATAN/TZIZIT(2)

FACILITY SPECIFIC ITEMS
-----------------------
    1 CANTEEN READING GLASSES(1)
    1 TAPE PLAYER - HANDICAP(1)

MEDICAL APPLIANCES

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: ARKANSAS VALLEY CORRECTIONAL FACILITY    Date: 08/25/2006


    Offender Personal
        1 KNEE WRAPS/BRACES(4)              1 PRESCRIPTION EYE GLASSES/CONTACTS(1)



Inventory Staff_____
                    (print name)              (signature)

Inventory Staff_____
                    (print name)              (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.

Offender Signature_____    Date_____



                            Page 2



COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: ARKANSAS VALLEY CORRECTIONAL FACILITY   Date: 09/27/2006

STATE ISSUE ITEMS
-----------------
```
1 BELT/BUCKLE(1)              1 ID CARD(1)
1 JACKET(1)                   1 KNIT CAP(1)
3 SHIRTS(3)                   1 SHOES(1)
5 SOCKS(5)                    5 T-SHIRTS(5)
2 TOWELS(2)                   3 TROUSERS/SLACKS(3)
5 UNDERWEAR(5)
```

PERSONAL ITEMS
--------------
```
3 BOOKS (INCLUDING FAITH AND LEGAL)(15)   1 LEGAL BOX (2 CUBIC FEET)(1)
6 MAGAZINE/NEWSPAPERS(6)
```

Books, magazines and newspapers cannot exceed 3 cubic feet when
combined with other property.

```
CANTEEN ITEMS               Description              Serial #
------------- ------------------------------------------------------
1 ALARM CLOCK RADIO COMBINATION(1)    CLEAR        020700330
3 BRIEFS/BOXERS/PANTIES(3)
1 CALCULATOR(1)             CASIO BASIC
1 FAN(1)                    LAKEWOOD
2 GYM SHORTS(2)             XL
1 HOT POT(1)                REGAL
1 MOUSTACHE SCISSORS(1)
1 MULTI-OUTLET(1)
1 PHOTO ALBUM(1)
1 SHAVER/SHAPER(1)          ANDIS CLR
1 SHOWER SHOES(1)
3 SOCKS(3)
2 SWEATSHIRTS(2)            XL
2 T-SHIRTS(3)
1 TELEVISION(1)             PHILLIPS MAG 13" COLOR   18973137/110003
1 TENNIS SHOES(1)           RIDDELL                  SZ 9
2 TOWELS(2)
3 WASH CLOTHS (CANTEEN)(4)
```

RELIGIONS ITEMS
---------------
```
1 JEWISH FAITH PROPERTY BOX(1)    1 JEWISH MEDALLION(1)
1 JEWISH SKULL CAP/YARMULKE(1)    1 JEWISH TALLIS BAG(1)
2 JEWISH TALLIT KATAN/TZIZIT(2)
```

FACILITY SPECIFIC ITEMS
-----------------------
```
1 CANTEEN READING GLASSES(1)
1 TAPE PLAYER - HANDICAP(1)
```

MEDICAL APPLIANCES

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: GIBSON, WELLMAN                    DOC #: 74384
Facility: ARKANSAS VALLEY CORRECTIONAL FACILITY    Date: 09/27/2006

Offender Personal
    1 KNEE WRAPS/BRACES(4)            1 PRESCRIPTION EYE GLASSES/CONTACTS(1)


Inventory Staff_____
                (print name)          (signature)

Inventory Staff_____
                (print name)          (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of
personal property to aggregate value $300.00. DOC assumes no responsibility
for lost, damaged, destroyed, or stolen personal property. Offenders assume
the liability for the privelage of possessing personal property during incar-
ceration. Inmates must retain receipts for proof of ownership.

Offender Signature_____    Date_____

Page 2

Recording for the Blind and Dyslexic
20 Roszel Rd.
Princeton, NJ 08540

# Recording for the Blind and Dyslexic

August 4, 2005

Wellman Gibson
#74384
12750 Highway 96
Lane 13
Crowley, CO 81034

Dear Mr. Gibson:

Of the books on your list we only own Nine and a Half Mystics by Herbert Weiner. We do not own anything published by Work of the Chariot or written by Aronson. We do have the Zohar on tape. I am sending you this along with the Weiner book. I am also sending you a bibliography on what we do own on Sephardic Jews and on the Kabbala.

Sincerely,

Susan C. Hawrusik

F-2

 **JBI**

**INTERNATIONAL**

ESTABLISHED IN 1931 AS THE JEWISH BRAILLE INSTITUTE

Mr. Wellman Gibson
Register Number 74384
Unit 2-A
Box Number 1000
Crowley, CO 81034

Dear Mr. Gibson,

Please be aware that we have been working on your behalf, trying to contact chaplains and volunteer coordinators at the facilities that you have been in to find out how we can best get materials to you.

I have been able to contact the volunteer coordinator at the facility that you are now in, Diana Shaufler, who has been most helpful. Ms. Shaufler has advised me that the best way to send materials to you is to send them directly to your attention. If that does not work, let me know and we shall try to work something else out.

MEETING THE JEWISH CULTURAL NEEDS OF THE VISUALLY IMPAIRED, BLIND AND READING DISABLED

110 EAST 30TH STREET, NEW YORK, NEW YORK 10016 • Tel 212 889 2525 • Fax 212 689 3692 • WWW.JBILIBRARY.ORG

OFFICERS: Judy E. Tenney, *Chairman of the Board;* Dr. Ellen Isler, *President & CEO;* Israel A. Taub, *Vice President & CFO;* Leroy Fadem, Bernice Friedman, Thomas G. Kahn, Myron Kaplan, Jay Leventhal, Stephen D. Solender, *Vice Chairmen;* Ralph Friedner, *Treasurer;* Paul R. Herman, *Assistant Treasurer;* Rita Rosen, *Secretary;* Phyllis Raskin, *Assistant Secretary*

*Approved*    F-3

JBI is now an approved sender of materials according to Ms. Shaufler. Accordingly, we have resent the materials that have not reached you until now.

Here is the list of items that were sent to you.
- Catalog - Bible Interpretation and Commentary
- Catalog - Jewish Law, Talmud, Responsa
- Catalog - Autobiography, Biography, Memoir
- Catalog - Historical Fiction
- Large Print - Ha-Siddur Hashalem – 2 volume prayer book in Hebrew and English. (Note: this is only available from JBI with a wire binding. Ms. Shaufler mentioned that the facility would be able to remove the wire binding for you, and to bind the prayer book with an approved of material.)
- Large Print - Yizkor Memorial prayers
- Large Print - Hebrew Conversation Course
- Large Print - Birkat Hamazon
- Large Print - Calendar

The date these were sent out was 8/7/06. You should allow at least 2-3 weeks for these items to get to you. Should you have any problems, contact Diana Shaufler who should be able to help you. If she is unable to assist you, feel free to contact us, and we will try to help you out.

You are able to receive cassettes from JBI, and in the past, JBI sent you some cassettes in black boxes, and perhaps some magazines. The magazines will be sent to you now as they become available. To receive cassettes, you should

F-4

refer to the catalogs that you receive and let us know which cassettes you would like to receive.

Please let me know when you receive the items we have sent to you, so that we know everything has been taken care of.

Please be advised that I am now handling your case, and all correspondence can be addressed to:
Brocha Burnstein
JBI International, Inc.
110 E 30th Street
New York, NY 10016


All the best,

Brocha Burnstein
JBI Library

 



## JBI
### INTERNATIONAL
ESTABLISHED IN 1931 AS THE JEWISH BRAILLE INSTITUTE

Wellman Gibson
Register Number 74384
Unit 6-B
Box Number 1000
Crowley, CO 81034

March 1, 2007

Dear Mr. Gibson,

I have entered all the book requests that you have made. Please be advised that I have increased your circulation quantity, which will allow you to receive more books at a time. However, if you have too many books out, we cannot send more out to you – as soon as we get books back, we can then send more to you. It appears from your file that you have been receiving

MEETING THE JEWISH CULTURAL NEEDS OF THE VISUALLY IMPAIRED, BLIND AND READING DISABLED

110 EAST 30TH STREET, NEW YORK, NEW YORK 10016 • Tel 212 889 2525 • Fax 212 689 3692 • WWW.JBILIBRARY.ORG

OFFICERS: Judy E. Tenney, *Chairman of the Board;* Dr. Ellen Isler, *President & CEO;* Israel A. Taub, *Vice President & CFO;* Leroy Fadem, Bernice Friedman, Ralph Friedner, Paul R. Herman, Myron Kaplan, Jay Leventhal, Susan L. Schlechter, Stephen D. Solender, *Vice Chairmen;* Frances Brandt, *Treasurer;* Thomas G. Kahn, *Assistant Treasurer;* Rita Rosen, *Secretary;* Phyllis Raskin, *Assistant Secretary*





**JBI**
**INTERNATIONAL**
ESTABLISHED IN 1931 AS THE JEWISH BRAILLE INSTITUTE

*Received 2-23-07*

**Welman Gibson**
**Register Number 74384**
**Unit 6-B**
**Box Number 1000**
**Crowley, CO 81034**

**February 12, 2007**

*Patron # JBI 1061116*

**Dear Mr. Gibson,**

**I have placed the requests for all of the cassettes that you listed in your letter that I received on February 12, 2007.**
**Please be advised that we DO have the 3 books you inquired about:**
**- Kuzari (EC 03679)**
**- Nine and One Half Mystics (EC 01227)**
**- Nine Gates to the Hassidic Mysteries (EC 03179).**
**I have placed requests for these books too. You will receive these as they become available and as**

110 EAST 30TH STREET, NEW YORK, NEW YORK 10016 • Tel 212 889 2525 • Fax 212 689 3692 • WWW.JBILIBRARY.ORG

OFFICERS: Judy E. Tenney, *Chairman of the Board;* Dr. Ellen Isler, *President & CEO;* Israel A. Taub, *Vice President & CFO;*
Leroy Fadem, Bernice Friedman, Ralph Friedner, Paul R. Herman, Myron Kaplan, Jay Leventhal, Susan L. Schlechter, Stephen D. Solender, *Vice Chairmen;*
Frances Brandt, *Treasurer;* Thomas G. Kahn, *Assistant Treasurer;* Rita Rosen, *Secretary;* Phyllis Raskin, *Assistant Secretary*

you send back some of the items that you currently have.

Please be advised that your Patron ID number is: JBI1061116. When using our website to enter requests, be careful to use capital letters. Also, do not leave any spaces between the letters and the numbers. You can place orders on-line, or over the telephone, at (800) 433-1531.

Sincerely,

**Brocha Burnstein**
**JBI Library**

*Exh F-8*

# JBI International
## 110 East 30th Street, New York, NY 10016
## (800) 433-1531   (212) 889-2525

*Front & Back please*

*Patron # JBI 106/116*

**Dear JBI Patron,**

**Have you been taking advantage of the wonderful range of audio materials produced by JBI?  Check out our audio books, audio magazines, and audio cultural programs. They're too good to miss.  Call us to request any or all of the following:**

*Reply & Request 2-22-07*

<u>**Audio Magazines:**</u>

*The JBI Voice*
**A monthly compilation of articles of interest drawn from a wide selection of newspapers and periodicals.**

*The Jerusalem Report*
**A semi-monthly news magazine covering Israel, the Middle East and the Jewish world.**

*The New Republic*
**A magazine of political and cultural commentary with a representative range of selected articles drawn from 4 weekly issues.  Recorded monthly.**

*Moment*
**A bi-monthly magazine on current Jewish issues, culture, and opinion.  Includes articles, letters and reviews.**

**(over)**



January 11, 2007

Mr. Wellman Gibson
Register # 74384
Unit Segregation
Box Number 1000
Crowley, CO 81034

Dear Mr. Gibson,

I have received your requests for the following books:
EC 07638, EC 07945, EC 06731, EC 04304, EC 07964, EC 04909, and EC 06192.
Unfortunately, the library cannot send things out in a particular order. Books are sent as they become available. You will receive these books when they become available and as you send back the books that you currently have on loan.

The catalogs you received in August or September of 2006 reflect the current catalogs. No new catalogs have been produced since then.

Your service for the periodicals requested has been resumed. You should receive material as it comes out, although they do not come out very frequently. Some of them come out only once every few months.


Sincerely,


Brocha Burnstein
JBI Library

November 27, 2006

Wellman Gibson #74384

Unit: Seg

Box Number 1000

Crowley, CO 81034

Dear Mr. Gibson,

*F-13 shows Jews Religious items confiscated & denied access to*

## Regarding your letter dated November 9, 2006:

The reason that you have not received any materials from JBI since mid-October, is because some tapes that had been sent to you were sent back with the note "return to sender." I called the facility to find out why the tapes had not been given to you. I was told that you were refusing everything. Therefore, I placed a temporary hold on your account so that nothing would be sent to you. We were waiting for correspondence indicating that you were ready to receive JBI materials once again. Now that I know you will accept JBI materials, I will have your account reactivated.

## Regarding your letter received by JBI on November 27, 2006:

Please do not accuse me of ignoring your requests. I have made every attempt to reasonably address all of your requests. Additionally, on a number of occasions I

have corresponded with you via letters such as this one. I would appreciate more civil communication from you, as well.

If you refer to my letter to you dated September 15, 2006, you will notice a number of your requests were addressed.

1. Combination machine: Since you are located in Colorado, and since the machine you currently have is from the Colorado Talking Book Library, all further requests for machine updates must go through the Colorado Talking Book Library. I returned the yellow request form that you sent to us, and gave you the address and phone number to the Colorado Talking Book Library, so that you can contact them with your request.

I will give you the contact information for the Colorado Talking Book Library again:

Colorado Talking Book Library

180 Sheridan Blvd

Denver, CO 80226

Toll free number: 800.685.2136

Regular number: 303.727.9277

2. Your requests for all talking books were submitted. That includes both the books from the lending library – the books that you must return, as well as the liturgical materials – the books that you can keep.

*E-13*

**I am including here a list of the liturgical materials that you requested on cassette. These were sent to you on September 15, 2006.**

**Torah – Hebrew** *6 Tapes 11-30-06*

**Torah – English** *5 Tapes 12-4-06*

**Traditional Daily Prayers** *Mailed back to be replaced on 12-7-06. Gave to Swing shift on 12-6-06 To be mailed out*

**Psalms**

**Prophets/ Nevi'im – Hebrew**

**Writings/ Ketubim – Hebrew**

*Prayers / 1 Tape from Hebrew world*

**Now that you are currently willing to accept materials that JBI sends to you, I have, as I noted in the beginning of this letter, reinstated all of your services.**

**I hope that this clarifies things for you.**

**Sincerely,**

*Received above underlined on 12-5-06 Swing shift.*

**Brocha,** *Burnstien*

**JBI Library**

*I only received the above & mailed back The Daily Prayers. I Received NO Tapes from J.B.I. since sept 06 & only started again when let out of Seg*