October 15, 2007

*Jesse Montez et al*
*v*
*Bill Owens et al*

United States District Court
For The District Of Colorado
Alfred A. Arraj   U.S. Courthouse
901 - 19th Street
Room A 105
Denver, Co. 80294

# 92-N-870 (OES)
# 96-N-343

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 31 2007
GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 25 2007
GREGORY C. LANGHAM
CLERK

Judge Edward W. Nottingham

Your Honor;

I am here at Denver Women's Correctional Facility.  Here at this facility in unit one and unit two we have four rooms in each unit which are wheelchair accessible.  Two are in A wing and two are in D wing. Room 136A is a wheelchair accessible room and holds two wheelchair inmates.  I am and have been in a wheelchair since January 2004, which was before I ever came to DWCF.  I have two wheelchairs at home as I have lost a foot/leg to just below the knee due to an infection which could not be healed.  I now have that same infection in the other foot and cannot walk on it.  Even at best I will be in a wheelchair at least 80% of the rest of my life, maybe full time 100%.  Medical here at DWCF here calls the past 4 years and the fact of what is to come TEMPORARY. It is only temporary if I am going to die shortly, which I pray is not the case.  So I do not think my situation is temporary.  I am also diabetic.

I have for past weeks requested to be put in one of the wheelchair rooms, as the regular rooms with the foot extension is not large enough to move about, turn around or park so it's out of the way.  A regular room is for two  people who can walk on two feet but not for a wheelchair, bound person and another person.  My wheelchair is a large one and I am in it full time.  I cannot move around if roommate is up and about no room. If I am up and moving around she cannot move around.  She has to sit or stand in one place until I stop moving or leave.  Neither of us can move around at the same time as the other.  When I sit at the desk roommate cannot get out the door.  During an evacuation one of us has to sit and wait on the other before leaving the room.  This is not right.  This is the same deal for meals and medlines.  I move slowly in the wheelchair as it is.

According to the Montez/ADA there are rooms for the handicapped/wheelchair accessible inmates but Lt. Meehan REFUSES to allow me into one of these rooms.  He allows inmates without any handicaps not Montez/ADA have these rooms, and forces me to survive/get by in a room which with the wheelchair should be a single room.  I am being discriminated against due to my age, race and the fact I am handicapped and he thinks I will do nothing about it.  Lt. Meehan should be advised that DWCF has the handicap/wheelchair rooms for the handicapped/wheelchair inmates.  I do not feel I should be punished because I am wheelchair bound and he wants to play games with my life.  He is jeopardizing my roommate as well as she is blind in one eye and only 60% vision in the other eye.  I have contacted Lt. Meehan 3 times by kite no reponse, contacted Capt. Carling twice and Major Evans twice by kite and still nothing accomplished.  I have contacted medical severl times as well.  I have been at DWCF since June 4, 2007 and do not understand why Cathie Holst has not yet approved me for Montez/ADA.  How Long does it take?  Now I am coming to you for help.

Respectfully;

Mary E. Slocum 136693
D.W.C.F.
P.O. Box 392005
Denver, Co. 80239-8005