IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-237
Category: Untimely Filed Claim
Claimant: Jennifer Sue Lembke, #132300
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

      THIS MATTER came before the Special Master on the claim of Jennifer Sue Lembke. Since it appeared that Claimant came into DOC after August 27, 2003, a show cause order was issued to Claimant. Despite being granted time to respond up to and including October 22, 2007, Claimant has filed no response to the show cause order.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      The Special Masters have no authority over general prison life and may only adjudicate claims filed pursuant to the Remedial Plan. The Special Masters have no jurisdiction over compliance aspects of the Remedial Plan. Claimant came into DOC custody after August 27, 2003. The Special Masters have no jurisdiction over her claim.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into

DOC custody after August 27, 2003 and there is no jurisdiction over her claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 7, 2008.**

      SIGNED this 29th day of October, 2007.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master