IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-238
Category: Untimely Filed Claim
Claimant: Tonya Bailey, #103268
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER came before the Special Master on the letter of Claimant. There was no record of Ms. Bailey having filed a claim. An order was issued directing Claimant to file a claim form on or before October 22, 2007. No claim form was filed by Claimant.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      The Special Masters have no authority over general prison life and may only adjudicate claims filed pursuant to the Remedial Plan. The Special Masters have no jurisdiction over compliance aspects of the Remedial Plan. Absent a claim form, the Special Masters can do nothing further for Claimant.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as she has failed to file a claim form as required by the Remedial Plan; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 7, 2008.**

      SIGNED this 29th day of October, 2007.

      BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master