Civil Action No. 92-N-870 (OES)

Jesse Montes, et. al.
        Plaintiff

        V,

Bill Owens, et. al
        Defendants

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 9 - 2007

GREGORY C. LANGHAM
                    CLERK

claim No. 03-173
category III
claimant: Wellman E. Gibson #74386

Judge Kane

In your order of Remand dated Oct, 19, 2007 you talk about there being no retaliation on the part of D.O.C. Well it has already started. Today 11-6-07 I was called to Medical & a P.A. said despite everything in my file (M.R.I. Results & other clinical ~~consult~~ results) that there is nothing wrong with me, & also that the recomendations by neuro ~~surgeons~~ surgeons & neurologists or irrelevant as they are outside providers & D.O.C does not have to follow their recomendations

Point being is I am being ordered to do work that D.O.C people know I can not do & then saying I am refusing to work & using that as an excuse to place me on lock up & taking all priveliges.

All I want is a court order instructing D.O.C. To leave all housing as it is & all restrictions as they were when I arrived at this facility untill this is resolved In court & another final order is issued.

I am not requesting anything more, only this so that the retaliation will Stop.

The P.A. that was doing this today thought she was very funny making remarks such as you want to know how to spell my name. I love seeing my name in print. (April Caldwell)

Please Sir as I requested I just want things frozen where they are untill a final order is issued so D.O.C. will stop with what they are doing to me.

Nov. 6. 2007

Certificate of Service

I certify that I sent a copy of the foregoing to the below listed party on 11-6-07

Mr. Jess A. Dance
office of the Atty General
Litigation Section
1525 Sherman St. 5th Floor
Denver, Co. 80203