| | |
|---|---|
| Court Address:<br><br>US DISTRICT COURT<br>901--19 th Street, Denver, Co 80294<br><br>JESSE (Jesus) Montez, et al<br>Plaintiff,<br><br>v.  BILL OWENS, ET AL<br><br>Defendant(s). | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 9 - 2007<br><br>GREGORY C. LANGHAM<br>CLERK<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>JILL COIT #86530  claim no 03-129<br>P.O.BOX 392005<br>Denver, Co 80239 | Case No.: 92 N 870 (0 of 9)<br>Div/Ctrm: 96 N 343 |

DEFENDANTS ARE IN VIOLATION OF JUDGE PRINGLE'S ORDER

Comes Now, Jill Coit plaitiff in the above named suit, Coit's Claim number is 03-129, Catagory III. Coit and defendants had a deposition lasting approximately 16 hours in October 2005 at the conclusion of which, Judge Pringle ordered that Coit was to be allowed a copy of the deposition she had. Judge Pringle on Disk 9 side 4 at about 6.00 stated that Coit was was to receive said disks and that she was to be allowed access to them and the ability to listen to them. Coit asked if she was to be charged for said disk and Judge Pringle stated they would be free of charge.

Judge Pringle's clerk mailed said disk obeying Judge Pringle's order to Coit at DEnver Women's Correctional Facility but DWCF confiscated said disks, and as denying Coit access to said disks. Holst the legal department stated to DWCF staff that the court and Judge Pringle could order Coit get the disks but that she did not have to allow Coit the "player" to hear the disks.

Judge Pringle on tape stated when Coit asked that he view her cell, responded that he did not believe a cell visit is relevant, that Coit's cell issue arose long past the time of damage claim. He went on to state that his "job is to deal with damage claims that arose when he believed his jurisdiction exist." The period prior to the Colorado Depeatment of Corrections entered into the Montez Remedical Plan.

page 2

According to Coit's records it was disk 9: Coit asked clerk for reference.

Coit was denied part of the Montez Class Action as of the Final Order of Special Master dated December 15, 2005 page 5, "The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps performint manual tasks.".

As such Coit is entitled to have acess to disk Special Master's Judge Pringle ordered the Court to provide.

Wherefore Coit prays this Court will order Denver Women's Correctional Facility to provide a disk player or written transcript for Coit to hear or see as ordered by Judge Pringle. Coit still has damage claims pending but has been unable to proceed due to Denver Womens's Corectional Facility and Cathie Holst, legal department denying her said acess to tapes.

According To Cahtie Holst, Legal affairs, she and the Colorado Departmetn of Corrections determins if an inmate is part of MONTEZ not the Court.

Respectfully submitted,

*Jill Coit*

Jill Coit #86530
P.O.BOX 392005
Denver, Co 80239


CERTIFICATION OF MAILING

I swear I placed in the US mail, postage prepaid to the following:
US DISTRICT COURT
ATTORNEY GENERAL'S OFFICER

THIS 7 day of November, 2007


*Jill Coit*