```
                                                        F I L E D
                                                   UNITED STATES DISTRICT COURT
                                                        DENVER, COLORADO
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT                            NOV 9 - 2007
901 - 19th Street   Rm A105
Denver, CO  80294-3589                             GREGORY C. LANGHAM
                                                              CLERK
```

RE; Civil Action No. 92-N-870 (OES) with 96-N-343 <u>MONTEZ v OWENS</u>
    Claim # 01-092 Cat: I <u>James Rudnick</u> D.O.C. #  68432

To the Clerk:

Please inform <u>Judge John Kane</u> of this Court that the prisoners of this LIMON FACILITY were denied our <u>MONTEZ</u> class action attorney visit scheduled for Nov. 1st, 2007 with Paula Greisen,

This facility shut down ALL COMMUNICATIONS from 10-31-07 'til 11-05-07 afternoon.

They claim this was an EMERGENCY FACILITY LOCKDOWN but this reason is bogus.

(1) person and (1) guard DO NOT MAKE AN EMERGENCY to PUNISH the 953 of us who had nothing to do with what occurred (which was really nothing) and clearly DO NOT give them the justification to deny 'attorney visits'! [or to deny any statutory and constitutional rights] complete 24hr lock-down

A re-scheduled <u>MONTEZ</u> class action "attorney visit (for Nov. 7th) has also been CANCELLED.

We need to speak with our representative as a class and feel this FACILITY has effectively barred us from our legal access denying our rights out of retaliation and whimsical fancy that must not be allowed · and will not be tolerated.

I am asking you to present this matter to the Judge and request that he contact this LIMON facility to INSTRUCT them that STATE FACILITIES and EMPLOYEES MUST operate within the LAW and CONSTITUTIONS of the STATE and the United States [which they swore an oath to abide by]

This would include all matters in the care and treatment of State Prisoners now in violation of even their own policies.

for example:
    mishandling of grievances and excessive delays giving inappropriate responses
    serving 'partial' meals (left out 3 hrs) served cold [making ppl sick]
    showers (3) days apart and refused after recreation (if you go ... when they
            choose to call it and if work assignment doesn't conflict that day)
    creation of explosive chow hall conditions forcing CHOICE OF EVILS. Either
            prisoners sit with enemies, or, you don't get to eat.
    and obviously the actions told to you regarding our medical care...
This latest practice (change of chow hall policy) has been the source of many acts of violence, which carries-over into other areas of the prison, and which facility staff currently enforce at-all-costs. (It's like there's NO THOUGHT to what is done)

These drastic and draconian acts against the entire population is unreasonable and unlawful for the circumstances here. We could really benefit from some input

Input from a LEGAL AUTHORITY well aware of the games of this C.D.O.C. who is now aware of magnitude of current violations, who is in a position to act and has shown his strengths to correct 'wrongs' against citizens (even those in prison), who will not stand for whimsical policies or practices which fail to serve State Penological purposes, and who will not allow the acts described here to continue (punishing of the innocent) because of his zest and appreciation of our Constitutions and in serving the interests of justice.

It is my hope that you can convey this message to Judge Kane as soon as possible and bring us much needed resolve.

There's more to this as you may well know. The fears of absolutely NO COMMUNICATION when locked-in prison where guards have portrayed acts of revenge against us, where you could die and nobody could tell anyone what happened, where the innocent are treated with more and more sanctions and the facility becomes more and more hostile, where policies are being changed again and again (often without notice) and where we are constantly agitated and pricked, where those 'beat-down' by the Khacky/Swat/ERT/who-knows-what are never heard from again, all of this adds up to a serious escalation of animosity between guards and prisoners, most of which have done <u>nothing wrong</u> (for some of us) for many years.

I would gladly bring forward any information this Judge may need from me to assist him in this request for resolve.

Please contact me should a need arise in this matter.

Thank you.

Sincerely and respecfully submitted this date 11/06/07

James Rudnick
C.D.O.C. # 68432
L.C.F. 49030 State Highway 71
Limon, CO 80826

Claim # 01-092  Catagory I