# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et al*.,

    Plaintiffs,

v.

BILL OWENS, *et al*.,

    Defendants.

## ENTRY OF APPEARANCE

Lara E. Marks, of the law firm of Isaacson Rosenbaum P.C., hereby enters her appearance as co-counsel on behalf of Plaintiffs.

Respectfully submitted this 13th day of November, 2007.

    s/ Lara E. Marks
Lara E. Marks
ATTORNEYS FOR PLAINTIFFS
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, CO  80202
Phone:  (303) 292-5656
Fax:  (720) 974-7966
E-mail:  lmarks@ir-law.com

1595020_1.doc

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 13th day of November, 2007, I electronically filed a true and correct copy of the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| (greisen@kinggreisen.com)<br>Paula Greisen, Esq.<br>(miller@kinggreisen.com)<br>David Miller, Esq.<br>King and Greisen, LLP<br>1670 York Street<br>Denver, CO  80206<br>*Attorneys for Plaintiffs* | (beth.mccann@state.co.us)<br>Elizabeth H. McCann, Esq.<br>Deputy Attorney General<br>James X. Quinn, Esq.<br>Assistant Attorney General<br>1525 Sherman Street, 5th Floor<br>Denver, CO  80203<br>*Attorneys for Defendants* |
| (dborchers@legalres.com)<br>Honorable Richard M. Borchers<br>Special Master<br>Legal Resolution Center<br>7907 Zenobia Street<br>Westminster, CO  80030 | |

  s/ Lara E. Marks
Lara E. Marks
ATTORNEYS FOR PLAINTIFFS
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, CO  80202
Phone:  (303) 292-5656
Fax:  (720) 974-7966
E-mail:  lmarks@ir-law.com