Office of the Clerk: U.S. District Court

I am writing this letter in regards to possibly coming to an agreement concerning my suit. I would like to accept the offer that was made to me moniterely. I have been recieving a lot of paperwork that I really dont understand. I am also currently at the Huerfano Correctional Facility. My mail has been going to the Rifle Correctional facility. So I would appreciate it if you could have the address changed. The Civil Action No. 92-CV-00870-EWN. I do appreciate your looking into this matter for me. And also ask that you respond to me and let me know the status of my claim. I do appreciate your time & consideration.

Sincerly

Conrad C. Trujillo #68978
Huerfano Corr. Facility #3243
304 Ray Sandoval Road
Walsenburg - Colorado
81089

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2007

GREGORY C. LANGHAM
CLERK