IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.*,

      Plaintiffs,

v.

BILL OWENS, *et al.*,

      Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

---

Terrance D. Carroll, of the law firm of Isaacson Rosenbaum P.C., respectfully moves the Court for an Order permitting him to withdraw as counsel of record for the Plaintiffs, and states the following grounds in support thereof:

1.    Terrance D. Carroll entered his appearance on record as counsel for the Plaintiffs on September 5, 2007.

2.    Mr. Carroll is leaving the law firm of Isaacson Rosenbaum P.C. as of November 30, 2007.

3.    The case will not be affected by the withdrawal of Mr. Carroll in this case as attorney Edward T. Ramey, Isaacson Rosenbaum P.C., is still working in this case on behalf of the Plaintiffs.

1594187_1.doc

WHEREFORE, Terrance D. Carroll respectfully requests that the Court enter the proposed Order granting his Motion to Withdraw As Counsel of Record for Plaintiffs, and that he be removed from the electronic service list in this case.

Respectfully submitted this 16th day of November, 2007.

s/ Terrance D. Carroll
Terrance D. Carroll
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Phone: 303/256-3978
Fax: 720/974-7932
E-mail: tcarrol@ir-law.com

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 16th day of November, 2007, I electronically filed a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

(greisen@kinggreisen.com)
Paula Greisen, Esq.
Jennifer Wardner Riddle
(riddle@kinggreisen.com)
King and Greisen, LLP
1670 York Street
Denver, CO  80206
*Attorneys for Plaintiffs*

(dborchers@legalres.com)
Honorable Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, CO  80030

(beth.mccann@state.co.us)
Elizabeth H. McCann, Esq.
Deputy Attorney General
James X. Quinn, Esq.
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO  80203
*Attorneys for Defendants*

s/ *Sharon Austin*
Sharon Austin