## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

## ORDER AUTHORIZING WITHDRAWAL OF TERRANCE D. CARROLL AS COUNSEL OF RECORD FOR PLAINTIFFS

**THIS MATTER** coming before the Court upon the Motion of Terrance D. Carroll to withdraw from representation of Plaintiffs, and the Court having examined the Motion, finds that good cause has been shown for granting the relief requested.

**IT IS HEREBY ORDERED**, that the Motion is **GRANTED**.  Terrance D. Carroll is withdrawn from representation of the Plaintiffs in this case

**ORDERED** this _____ day of _____, 2007.

                                            BY THE COURT:

                                            U.S. District Court Judge