IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-N-870 (OES) with civil Action # 96-N 343
(To be supplied by the court)

MONTEZ,

Oliver Giller (109839),          Applicant,
Claim # 03-330

v.

STATE of COLORADO,               Respondent,

and

The Attorney General
Of the State of:  COLORADO,      Additional Respondent.


OBJECTION TO (APPEALING) FINAL ORDER OF SPECIAL MASTER

United States District Court
Clerk of the Court
901 19TH. Street
Denver CO 80294

November 14, 2007

I am appealing the final order of the Special Master of the Montez hearing.

On P.6 of the rejection, Para. 6 The special Master states that claimant is a Diabetic and is part of the class as the result of the Diabetes.

Also on P.6 Dr. Sutton says claimant was diagnosed with gout, but Dr. Oba in September of 06 at the same time states claimant had an infected foot, the left foot around, just under the big toe. He gave the claimant an anti-biotic shot and pills for same. Yet Dr. Sutton gave claimant an acidity blood test for gout and it came back that claimant's "acid level was normal" Still at the hearing Dr. Neufield who was hired by the State only brings up what Dr. Sutton stated.
Gout is the swelling, and pain around the joint areas and is caused by high acid in the blood, yet claimants acid level was normal. Claimants foot was not swollen in the joint area but on the side and bottom of the foot. Also claimants foot was red hot with red streaks and was swollen and very painful. He was on crutches for over a month. Dr. Oba diagnosis was completely ignored by the doctor at the hearing showing he only showed the parts that would be favorable to the state instead of the whole record. Being red hot with streaks is "**infection not gout**".

[On page five, 2Nd. Paragraph] Dr. Neufield state claimant could request a diabetic diet, inferring claimant could get on it just by asking. Claimant used in evidence an exhibit from CCA stating a denial of said diet that claimant was not medically in need. Claimant is denied by CCA, and claimant also showed a denial form from CCA a denial slip for a stool, so claimant could elevate his feet and legs because of swelling and pain. Again this was denied by CCA after Dr. Sutton prescribed it. They said it was not medically needed. So why when the same doctor states claimant has gout and another Dr. states it is an infection they take the word of the one that suits their needs, but his other findings are completely ignored. Again showing they only use part of the medical records that benefits them at the hearing instead of the whole record.

[P2&3] Definition Answers:
A} Claimant has diabetes and vision impairment:

1

B} Claimant has swelling and pain in legs and ankle area due to diabetes.
C} Claimant has Diabetes and it is **"NOT"** going to get better in six months.
Also for B above, this condition cannot be gout when claimant "Acidity level is normal."

[P3&4] the last and first paragraph.} Claimant was not in segregation at AVCF for three weeks as stated waiting to be transferred to CCCF. And does not know where this information came from.
Also claimant stated about his meds, that almost every other month he is waiting for an extra week or two sometimes three for one or two of his seven meds he takes, and that they have been doing this every since he was put on KOP's. This happens even though he puts in kite for refills at least two weeks in advance of running out.

[P6] The {25} Twenty-five days claimant was in seg. at CCCF was the result of some kind of retaliation, because claimant has not received a write up or any other disciplinary action the four+ years he has been at CCCF and has never had a Disciplinary hearing during this time. This is also part of the Montez, because retaliation for nothing is detrimental to ones health when thrown is seg. for no reason without a hearing or charges.

Claimant is and said he is housed in Unit 6, and that it has a water softener, (which uses salt) and this is detrimental for anyone taking medication for high blood pressure. Again Dr. Neufield claims it is not, but when I worked installing and servicing water softener units, we were required to ask if anyone in the household was taking any kind of blood pressure meds and if so would have to install a bypass faucet which did not have softened water for medical reasons. We had to do this because the American Medical Association said it was harmful to ones health with high-blood pressure on medication.

Paragraph 7: Claimant stated all food trays whether diet of regular, was not receiving portions, as contracted with DOC, and the state of Colorado.

P7} 1ST. Para.} Claimant was specific, he has had to wait on at least one of his seven meds, almost every month or at least every other month. Also stated that the Atenolol and Captropril was the most important of the meds, because the atenolol, controls the rhythm of the heart and the captropril controls the high blood pressure

2

and when either is not there it does endanger claimants life and that is being prejudiced because of medical condition.

Para.2= Claimant has shown that most evidence post dates 2003, only because until after that time he did not keep the papers or close attention to the stuff and it is still an ongoing process, and has gotten worse instead of better.

Over two months ago claimant filled out a kite for diabetic shoes and still to this date has not had a response to the kite, outside of they said they passed the kite along.

P6: Para. 4.] Claimant received bottom bunk restriction in Jan. of 02: and it was taken away shortly after for a period of two years. Then claimant got it back in 2004: During this time his weight did not change. Yet it was taken away for two years. Then another doctor said claimants health was to bad and needed bottom bunk bottom tier restriction. Claimant showed that in November of 04 a kite from medical stating that fact.

The only evidence comes from doctors hired by the DOC and yet their opinion differs, even by those who examined claimant. Yet Dr. Neufield never personally examined claimant or personally discussed any issues with him and he only stated from the medical records the Parts of the record that was favored and beneficial to the State and did not bring up any thing else. Remember he was hired on behalf of the State and the defendant could not have a medical expert speak in his behalf.

Oliver Giller
109839  U.6


Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

3

## **CERTIFCATE OF SERVICE**

I, _Oliver Giller_, pro se hereby certify that a true and correct copy of the _Appeal_ was placed in the U.S. mail at the Crowley County Correctional Facility, postage prepaid, on the _15th_ day of _November_, 200_7_, addressed to the following parties:

```
U.S. District Court
Clerk of The Court
901, 19th Street
Denver, CO
80294
```

_Oliver Giller_ (signature)

Register Number: # _10939 U-6_
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Co. 81062-8700

...ver Biller EA
...y County Correctional Facility
Facility 109839
...ate High...
...rings...
...AL USE ONLY



United States District Court
Clerk of The Court
901 19th Street
Denver, CO
80294

CCCF  11-15-07

107839 Giller