IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-242
Category: Untimely Filed Claim
Claimant: Linette DeRasmo, #125710
Address of Claimant: 3844 N. Nevada Avenue, Colorado Springs, CO 80907

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER came before the Special Master on the claim of Linette DeRasmo. In the claim form, Claimant stated that she came into DOC custody in December, 2006. Since it appeared that the Special Masters might not have jurisdiction over this claim, a show cause order was issued to Claimant. She has responded to that order to show cause.

      Claimant states in her response that she had medical problems while in DOC custody in 2006. She was released from DOC custody but returned due to a violation. She is now in a community placement. Attached to her letter is a print out showing where she has been placed since coming into DOC custody. Claimant came to DOC custody on May 26, 2005.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant came into DOC custody after August 27, 2003. The Special Masters have no

jurisdiction over this claim. Claimant retains the right to file her own separate lawsuit if she chooses. She may not pursue her claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into DOC custody after August 27, 2003 and there is no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 14, 2008.**

SIGNED this 2nd day of November, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master