☐ County Court   ☑ District Court

_____ / _____ County,

Court Address:

_____

_____

Linette DeRasmo

vs.

Colorado Department of Corrections

Attorney or Party Without Attorney (Name and Address):

Phone Number:                E-mail:
FAX Number:                  Atty. Reg.#:

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 0 2007

GREGORY C. LANGHAM
CLERK

Case Number:
Civil Action No.
92-N-870

Division        Courtroom

Claim # X-242

## Motion to Object

In response to the order of dismissal of Special master. To the Honorable Judge and United States District Court. I am filing an objection.

In response to there maybe no jurisdiction over this claim for reason I was not in D.O.C. on or before August 27, 2003, when Judge Nothingham held a fairness hearing and then approved the settlement. Article XXXII of the ~~fede~~ remedial plan provides for a claim process for individuals who were victims of discrimination prohibited by on or before that date.

I had no control over the date I came to D.O.C. D.O.C. lost the Montez case and they still proceed to discriminate against inmates regardless of the courts.

When I went into D.O.C, I was seeing a doctor for my right knee. I had x rays that showed some arthritis and (2) shots of cortizone they did nothing to help my medical

problem. My doctor said most likely, had said I most likely had a torn ligament in my knee. He told me I needed an M.R.I. well, I went to prison before I had time to get an M.R.I. I can get my medical records if need be.

This medical problem is my right knee and affects my everyday activities. I am in much pain all of the time due to D.O.C. and there neglect.

I had told the prison all about my knee and Denver had me on a Medical, no work until further investigation into my medical problem. Then all of a sudden I was shipped out to La Vista in Pueblo. I was bottom bunk, bottom teir restricted. La Vista put me to work, climbing ladders painting I couldn't do it. I hurt myself and worsened my condition my boss Mr. Harris called medical and I went. I was lucky and saw a women doctor from out of town. She had diagnosed my knee as haveing alot of water and swollen. I had told her about all my xrays so she scheduled me for an MRI and put me on a lay in. La Vista prison went against doctors orders and turned down my MRI. They sent me to the state hospital for more xrays.

X Rays do not show a torn ligament so nothing was done. And they had me see a doctor there a knee specialist he would not even come near me and said your fine go back to work. If I refused I would go to the hole and I lose my time and not go home. This to me was traumatizing. I was in such pain and I was suffering all of the time.

So I went back to work this time doing porter cleaning bathrooms and day rooms upstairs. I was restricted from going upstairs they did not care told me I had to do this. I could hardly get up the stairs I would cry but I did not want to lose time and not go home. Then I hurt myself on the job again real bad my bosses called medical and they would not even see me. The nurse said to me cause I went to see her she said... you must have fallen through the cracks. They never saw me I was to continue working. I was suffering and in alot of pain, but did not want to lose my time and stay in that place.

This was deliberate they knew of my condition and did nothing.

Now I am at Comcor which is still

④ Department of Corrections but community. I am still being miss treated. If I don't keep full time employment and pay there rent I will go back. And they have me on top bunk I'm bottom bunk restricted. My case manager at the time said... I don't know what to tell you.

The officials knew and have disregarded my medical need. They have put me in excessive risk of my health and saftey and are still doing it. My knee has worsened.

A prisoner in need of medical treatment and or surgical treatment cannot, at will go to public or private facility, to secure the treatment and cannot at will call a practioner to treat her. Having custody of the prisoners body and control of the prisoners access to medical treatment, the prison authorities have a duty to provide and that was not done.

Again officials knew about my medical need and acted with deliberate indifference to it.

Respectfully

Zinette DeRasmo

# 125710

```
= MOVEMENT =============== QUERY MOVEMENTS ============== 10/23/2007 = Page  1
Doc No: 125710   Name: DERASMO, LINETTE J                C.S./PAROL PAR/COMCOR
```

| Facility | Location | Movement Date/Time | Agent/Mgr | Parole Cnty |
|----------|----------|--------------------|-----------|-------------|
| PS CP C.S./PAROL | 653 PAR/COMCOR | 09/21/2007 09:00 | 1545 SCHAF | 21 EL PASO |
| PS CP C.S./PAROL | 002 CN-PAROLE | 06/06/2007 08:15 | 1545 SCHAF | 21 EL PASO |
| LV 03 LVCF/UNIT3 | 001 PRES FACIL | 03/21/2007 14:22 | 3051 HERNA | N PERM MOVE |
| LV 03 LVCF/UNIT3 | 224 L/T CMHIP | 03/21/2007 10:04 | 3051 HERNA | N PERM MOVE |
| LV 03 LVCF/UNIT3 | 001 PRES FACIL | 02/23/2007 15:31 | 3051 HERNA | N PERM MOVE |
| LV 03 LVCF/UNIT3 | 213 L/T PUEBLO | 02/23/2007 13:38 | 3051 HERNA | N PERM MOVE |
| LV 03 LVCF/UNIT3 | 001 PRES FACIL | 02/22/2007 20:11 | 3051 HERNA | N PERM MOVE |
| LV 03 LVCF/UNIT3 | 001 PRES FACIL | 02/22/2007 17:37 | 3051 HERNA | N PERM MOVE |
| LV 07 LVCF/UNIT7 | 001 PRES FACIL | 01/23/2007 13:41 | 3051 HERNA | N PERM MOVE |
| TR TR TRANSPORT | 004 TRANSPORT | 01/23/2007 11:15 | 000  NOT R | N PERM MOVE |
| DW IN DW/INTAKE | 001 PRES FACIL | 01/23/2007 07:44 | 3114 GLIDE | N PERM MOVE |
| DW 03 DW//UNIT3 | 001 PRES FACIL | 01/12/2007 09:06 | 3114 GLIDE | N PERM MOVE |
| DW 03 DW//UNIT3 | 001 PRES FACIL | 01/11/2007 09:06 | 2997 | N PERM MOVE |
| DW 06 DW/UNIT6 | 001 PRES FACIL | 01/09/2007 09:04 | 2997 | N PERM MOVE |
| DW 4N DW/UNIT4N | 001 PRES FACIL | 01/08/2007 15:49 | 2997 | N PERM MOVE |
| DW IN DW/INTAKE | 001 PRES FACIL | 01/08/2007 12:12 | 2997 | N PERM MOVE |
| TP 21 EL PASO/TP | 001 PRES FACIL | 01/04/2007 12:00 | 2997 | N PERM MOVE |
| AT 21 EL PASO/AT | 001 PRES FACIL | 12/27/2006 12:00 | 000  NOT R | N PERM MOVE |
| PS CC C.S./ABSINC | 521 EL PASO/SH | 12/06/2006 21:33 | 7546 MOELL | 21 EL PASO |
| PS CA C.S./ABSCD | 732 ABSCONDERS | 12/06/2006 16:13 | 7546 MOELL | 21 EL PASO |
| PS CP C.S./PAROL | 002 CN-PAROLE | 04/17/2006 08:49 | 7546 MOELL | 21 EL PASO |
| DW 4N DW/UNIT4N | 001 PRES FACIL | 04/17/2006 08:47 | 000  NOT R | N PERM MOVE |
| DW IN DW/INTAKE | 001 PRES FACIL | 04/17/2006 08:06 | 000  NOT R | N PERM MOVE |
| DW 4N DW/UNIT4N | 001 PRES FACIL | 04/11/2006 15:19 | 000  NOT R | N PERM MOVE |
| DW IN DW/INTAKE | 001 PRES FACIL | 04/11/2006 15:09 | 000  NOT R | N PERM MOVE |
| TR TR TRANSPORT | 004 TRANSPORT | 04/11/2006 13:46 | 000  NOT R | N PERM MOVE |
| BR DU BR-D UNIT | 001 PRES FACIL | 03/06/2006 11:20 | 7401 NELSO | N PERM MOVE |
| BR DU BR-D UNIT | 230 L/T BRUSH | 03/06/2006 09:35 | 7401 NELSO | N PERM MOVE |
| BR DU BR-D UNIT | 001 PRES FACIL | 12/09/2005 02:32 | 7401 NELSO | N PERM MOVE |
| BR CU BR-C UNIT | 001 PRES FACIL | 08/15/2005 02:14 | 6078 WEST, | N PERM MOVE |
| BR CU BR-C UNIT | 001 PRES FACIL | 08/02/2005 03:04 | 6078 WEST, | N PERM MOVE |
| BR BU BR-B UNIT | 001 PRES FACIL | 06/22/2005 10:24 | 6078 WEST, | N PERM MOVE |
| BR AU BR-A UNIT | 001 PRES FACIL | 06/16/2005 11:48 | 000  NOT R | N PERM MOVE |
| TR TR TRANSPORT | 004 TRANSPORT | 06/16/2005 09:16 | 000  NOT R | N PERM MOVE |
| DW 03 DW//UNIT3 | 001 PRES FACIL | 06/16/2005 09:13 | 3114 GLIDE | N PERM MOVE |
| DW IN DW/INTAKE | 001 PRES FACIL | 06/16/2005 06:55 | 3114 GLIDE | N PERM MOVE |
| DW 03 DW//UNIT3 | 001 PRES FACIL | 06/10/2005 09:55 | 3114 GLIDE | N PERM MOVE |
| DW 05 DW/UNIT5 | 001 PRES FACIL | 06/03/2005 09:39 | 916  TRAXL | N PERM MOVE |
| DW 06 DW/UNIT6 | 001 PRES FACIL | 06/02/2005 12:06 | 2875 BUNNE | N PERM MOVE |
| DW 4N DW/UNIT4N | 001 PRES FACIL | 05/26/2005 13:45 | 2875 BUNNE | N PERM MOVE |
| DW SU DW/SEG | 001 PRES FACIL | 05/26/2005 13:28 | 000  NOT R | N PERM MOVE |
| DW IN DW/INTAKE | 001 PRES FACIL | 05/26/2005 07:41 | 000  NOT R | N PERM MOVE |
| JB 20 ELBERT/JB | 001 PRES FACIL | 04/26/2005 10:00 | 000  NOT R | N PERM MOVE |
| JB 21 EL PASO/JB | 001 PRES FACIL | 03/25/2005 10:00 | 000  NOT R | N PERM MOVE |