

**LRC** *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Judge Kenneth M. Plotz
Judge Patricia Madsen

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah
Minneapolis, Minnesota

October 31, 2007

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

      RE:    *Montez, et al. v. Owens, et al.*
                Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)
                Claimant:   Wellman E. Gibson, Claim #: 03-173

Dear Gail:

      Judge Kane has issued an Order of Remand pertaining to the above-referenced *Montez* claimant. Judge Davidson would therefore like to request the temporary return of Mr. Gibson's file.

      We will return the file to the U.S. District Court as soon as possible. We appreciate your kind assistance in this matter. Thank you.

Sincerely,

*Susan L. Carter*

Susan L. Carter
Assistant to the Special Masters

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

Montez, et al,

    Plaintiffs

v.

Romer, et al,

    Defendants.

---

### RECEIPT FOR FILE (Wellman E. Gibson 03-173)

Received by _____*Richard Boachear*_____, the following file and documents in the above entitled action:

_____
Deputy Clerk

_11-20-07_
Date

_____
Special Master

By: _____