IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-228
Category: Untimely Filed Claim
Claimant: Julius Caesar Herrera, Jr., #119727
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

THIS MATTER came before the Special Master on the claim of Julius Caesar Herrera, Jr. In his claim form, Claimant stated that he came into DOC custody on November 16, 2007. Since it appeared that there may be no jurisdiction over the claim, an order was issued to Claimant to allow him to indicate why the Special Masters have jurisdiction over this claim.

Claimant file a response to the order of the Special Master on November 12, 2007. Claimant stated, in part, as follows:

1. As previously stated, I noticed that I made a typographical error as to when I came into DOC custody, which is not 16NOV07, but is 16NOV03. Upon my entry into the DOC at DRDC, to include all other facilities, I was never given any NOTICE of the Montez v. Owens or the ADA Process until several months after I was transferred here at CTCF on or about January of 2007.

Claimant went on to state:

8. Since the DOC's AIC informed me that the time for filing a Montez damage claim ended on April 14, 2005 pursuant to the Special Master's Order, dated 17FEB05, and since I came into custody on 16NOV03, before April 14, 2005, I believe I fall under this jurisdiction, especially, since I was not provided NOTICE

nor afforded the opportunity to file a timely claim. The AIC further states that the Court has the discretion to allow a late filing. I'm sure there's other inmates allowed this with similar allegations which would therefore allow me the same equal opportunity.

Claimant has requested that his claim be allowed to continue to adjudication on its merits.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant has indicated that he came into DOC custody on November 16, 2003. This post-dates the approval of the Remedial Plan on August 27, 2003. Under the Remedial Plan, a claimant had to have been in custody on or before August 27, 2003 in order to file a claim. Claimant is not a part of the class, as he was not in DOC custody on or before August 27, 2003. Claimant may pursue his own separate lawsuit to seek a redress of actions that have been taken against him since he came into DOC custody. The Special Masters have only the jurisdiction provided to them in the Remedial Plan. The Special Masters have no jurisdiction over this claim.

Claimant notes that the Special Masters have discretion to allow the late filing of a claim. That is correct, but only for a claimant who was in DOC custody on or before August 27, 2003 and who has a valid reason for the late filing. The Special Masters have no discretion to allow the filing of this claim in light of Claimant's entry into DOC on November 16, 2003.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into DOC custody after August 27, 2003 and there is no jurisdiction over his claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 14, 2008.**

SIGNED this 14th day of November, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master