# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

Montez, et al,

    Plaintiffs

v.

Romer, et al,

    Defendants.

---

### RECEIPT FOR FILE (Wellman E. Gibson 03-173, Part 2)

---

Received by _Richard Borchers_, the following file and documents in the above entitled action:

_____
Deputy Clerk

11-23-07
Date

_____
Special Master  _Richard Borchers_
11/23/07

By: _____