IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-132
Category III
Claimant: Joe Fuller, #83479
Address of Claimant: c/o King & Greisen, LLP, 1670 York Street, Denver, CO 80206

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This claim has been settled.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

SIGNED this 26th day of November, 2007.

       BY THE COURT:

       _____
       Richard M. Borchers
       Special Master