IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 05-006
Category V
Claimant: Connie Jaramillo, as Personal Representative of the Estate of Jesse Montez
Address of Claimant: c/o King & Greisen, LLP, 1670 York Street, Denver, CO 80206

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion to dismiss filed by Defendants. This claim has been settled.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

SIGNED this 26th day of November, 2007.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master