IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-239
Category: Untimely Filed Claim
Claimant: Beverly Ann Roof, #120965
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim of Beverly Ann Roof. In the claim form, Claimant states that she came into DOC custody in 2006.

    It appeared that the Special Master might not have any jurisdiction over the claim. A show cause order was issued to Claimant. Claimant has filed a response to that order. In her response, Claimant has stated, in part, as follows:

> You've asked about discrimination due to my disability.
> Well, I feel I've been discriminated against by our medical staff, as they admit that I have a disability. But they refuse to treat me for it.
> I can't take a basic computer class that I have waited 7 months for a spot in, because it is in the basement of the "Programs Building" here.
> And I'm not allowed to work on any of the incentive crews, i.e., farm crews, because of my limitations. Therefore, I can't make any extra money.

    In her response, Claimant does not deal with the issue of when she arrived in DOC custody. Her claim form says June 23, 2006. The on-line DOC inmate Locator reflects three sentencing dates in 2004 and one in 2006. All available information, including the information provided by Claimant, indicates that Claimant came into DOC custody after August 27, 2003. The Remedial Plan was approved on that date and the class was set at that time. To be able to file a claim, a claimant had

to have been in DOC custody on or before August 27, 2003. Claimant was not in DOC custody on or before that date.

The Special Master has no jurisdiction over this claim. Claimant has the right to file her own separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 15, 2008.**

SIGNED this 26th day of November, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master