IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-243
Category: Untimely Filed Claim
Claimant: Imogene Roberts-Haskin, #131771
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim of Imogene Roberts-Haskin. In the claim form, Claimant states that she was incarcerated on October 7, 2004.

    It appeared that there may be no jurisdiction over this claim. A show cause order was issued to Claimant. Claimant has filed a response.

    In her response, Claimant discusses her significant medical problems. She alleges that she cannot get proper treatment for her medical conditions. Claimant does not provide any information to indicate that she came into DOC custody on or before August 27, 2003.

    Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Individuals who came into DOC custody after August 27, 2003 may file a separate lawsuit, but may not utilize the claim procedure.

    The Special Master can appreciate the concern about the quality of medical care in DOC facilities. The Special Master has only the power granted by the Remedial Plan. The Special Master does not have any authority to deal with day-to day operations of DOC and its facilities. The Special Master is limited to determining if a claimant had a disability recognized by the Remedial Plan on or before August 27, 2003 and was the victim of discrimination on or before that date.

Claimant came into DOC custody after August 27, 2003. Claimant may pursue a separate lawsuit for those things that may have occurred after she came into DOC custody in 2004.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into custody of DOC after August 27, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 22, 2008.**

SIGNED this 26th day of November, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master