✱ Civil Action No: 92-N-870
Civil Action No: 96-N-343
Claim Number : 03-131
Category : III

Judge John Kane
U.S. District Court
901 - 19th Street, Room A105
Denver, Colorado
80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 27 2007

GREGORY C. LANGHAM
CLERK

Jess (Jesus) Montez, et al.,

v.

Bill Owens, et al.,

▲COURT USE ONLY▲

Attorney or Party Without Attorney (Name and Address):
Martha Ann Sharp, Doc #115534
Department of Correction
901 Industrial Park Rd
Brush, Colorado 80723

Case No:

Div. _____ CTRM _____

Motion to Request Application

This is a motion to request application from U.S. District Court to Object to Special Master Richard Davidson Final Order to Dismiss (11-19-2007) my medical claim that has already been granted, the only thing pending was the amount of the award to be given to me? Is Paula Greisen and David Miller still my assigned Remedial Plan and ADA Disability and Montez Class Claim Attorney'S? Will they represent me in my Objection Appeal Due Feb. 15, 2008?

Martha Ann Sharp
Claimant

November 21, 2007

Civil Action No: 92-N-870 (OES) - was 343
Claim Number: 03-131
Category: III

| District Court    County, Colorado | |
|---|---|
| Court Address: Judge John Kane<br>U.S. District Court<br>901-19th Street, Room A105<br>Denver, Colorado 80294-3589 | |
| Plaintiff(s):<br>Jess (Jesus) Montez, et al.,<br>v.<br>Bill Owens, et al.,<br>Defendant(s): | ▲   COURT USE ONLY   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Martha Ann Sharp, Doc #115534<br>Department of Corrections<br>901 Industrial Park Rd<br>Brush, Colorado 80723-9999<br>Phone Number:           E-mail:<br>FAX Number:           Atty. Reg. #: | Case Number:<br><br>Division        Courtroom |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

    ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

    ☐ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

       ☒ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**
       ☒ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), **or**
       ☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: November 21, 2007                    _Martha Ann Sharp_
                                                              Signature of Party or Attorney for Party

**NOTICE**
✓ This cover sheet must be filed in all District Court Civil (CV) Cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.
✓ This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.
✓ This cover sheet shall not be considered a pleading for purposes of C.R.C.P. 11.

JDF 601  7/04   DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF
COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT



Martha Ann Sharp, Doc #115534
Department of Corrections
901 Industrial Park Rd
Brush, Colorado 80723

"Urgent"

TO: Gregory Langham
U.S. District Court
901-19th Street, Room A105
Denver, Colorado
80294-3589

"Legal"