IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' TWENTY-SECOND APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

     Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-Second Application for Payment of Fees and Costs. This application is for work done from September 16, 2007 to November 15, 2007, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

     1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

     2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 181.25 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. His appointment was made known to counsel for the class and Defendants. No objections were received concerning his appointment. Mr. Valente spent 58.55 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 40.60 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 1.00 hour of time during this period for administrative matters related to the claims process. This is

2

reflected in Exhibit C. Richard C. Davidson expended 4.50 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 87.95 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $102.61 and travel time of 8.00 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 51.50 hours on individual claims. This is reflected in Exhibit F. He also had 11.75 hours of travel time that is reflected on Exhibit J.

9. Richard C. Davidson spent 47.50 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 28.50 hours, as reflected in Exhibit I. He had no lodging expenses.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending September 15, 2007 are as follows:

a. Richard M. Borchers: 25.45 hrs.@ $175.00 per hr. =   $  4,453.75

   103.10 hrs. @ 200.00 per hr. =   $20,620.00

b. Richard M. Borchers (travel) 8.00 hrs. @ 100.00 per hr. =  $    800.00

c. Bruce D. Pringle      55.50 hrs.      @ $200.00 hr. =   $11,100.00

d. Richard C. Davidson    52.00 hrs.   @ $200.00 hrs. =    $ 10,400.00

e. Susan Carter and other staff  187.25 hrs.  @ $ 35.00 hr. =   $ 6,5553.75

f. Larry Dean Valente    58.55 hrs.     @ $ 75.00 hr. =    $  4,391.25

g. Lodging and expenses                  $     102.61

H. Richard C. Davidson (travel) 28.50 hrs. @ $100.00 hr. =   $ 2,850.00

J. Bruce D. Pringle (travel) 12.50 hrs. @ $100.00 hr. =       $ 1,250.00

TOTAL FEES:                                                   $62,521.36

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-Second Application for Payment of Fees be granted in the amount of $62,521.36 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By:_____
   Richard M. Borchers
   Special Master
   7907 Zenobia Street
   Westminster, CO 80030-4444
         303-426-7365

4

**EXHIBIT A**

Susan Carter

     Total Hours for Period                      181.25 hrs.

Lynda Rowe

     Total Hours for Period                      6.00 hrs.

Judy Olive

     Total Hours for Period                      0.00 hrs.

                             TOTAL HOURS      187.25 hrs.

Larry Dean Valente

     Total Hours for Period                      58.55 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for Period ending November 15, 2007.

| | | |
|---|---|---|
| 9/17/07 | Redo orders for RCD for LCF hearings | |
| | Review mail; Talk to Sue on cases and | |
| | procedure; Talk to BDP | 1.50 hrs. |
| 9/20/07 | Review mail and prepare order for RCD; | |
| | Review settings | .75 hrs. |
| 9/22/07 | Review mail and files | .75 hrs. |
| 9/23/07 | Review mail and files | .50 hrs. |
| 9/25/07 | Review mail | .50 hrs. |
| 9/29/07 | Review mail | .35 hrs. |
| 10/5/07 | Review settings and mail; talk to Sue | 1.00 hrs. |
| 10/5/07 | Review settings and mail; talk to Sue | 1.00 hrs. |
| 10/7/07 | Review mail and settings | .75 hrs. |
| 10/8/07 | Review mail and messages | .50 hrs. |
| 10/11/07 | Review mail and settings | 1.25 hrs. |
| 10/12/07 | Review letters and files for settings; talk to Sue | 2.00 hrs. |
| 10/14/07 | Review mail and settings; additional work on cases | 1.00 hrs. |
| 10/15/07 | Talk to Sue; Talk to Dino; redo orders and check | |
| | status of claimants | 3.00 hrs. |
| 10/16/07 | Review mail, settings and files | 1.00 hrs. |
| 10/17/07 | Review mail and talk to Sue | .75 hrs. |
| 10/18/07 | Review mail | .25 hrs. |
| 10/22/07 | Review mail and talk to Sue; revise settings | 1.75 hrs. |
| 10/23/07 | Review mail and issue setting orders | 1.50 hrs. |
| 10/27/07 | Review mail and notes | .50 hrs. |
| 10/28/07 | Review mail and settings | .75 hrs. |
| 10/29/07 | Review mail and talk to Sue | 1.00 hrs. |
| 10/30/07 | Review settings and mail; meet with RCD | 2.25 hrs. |
| 10/31/07 | Review mail | .25 hrs. |
| 11/1/07 | Review mail; talk to RCD and Sue; send e-mail to | |
| | Dino | 2.25 hrs. |
| 11/9/07 | Review mail and returned files; examine all | |
| | Files; talk with RCD; talk to BDP | 3.50 hrs. |
| 11/10/07 | Review files and settings | 1.00 hrs. |
| 11/11/07 | Review mail | .25 hrs. |
| 11/12/07 | Talk to Sue about cases | .75 hrs. |
| 11/13/07 | Talk to RCD; talk to BDP; review all files; | |
| | Proofread orders | 5.50 hrs. |

11/14/07       Work on files; talk to Sue concerning procedures;
Talk to RCD; review of various matters      2.50 hrs.

_____

TOTAL TIME:      40.60 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending November 15, 2007.

|  |  |
|---|---|
|  | 1.00 hrs. |
| TOTAL TIME: | 1.00 hrs. |

**EXHIBIT D**

**Work Done by Richard M. Borchers**

Claims closed during the period ending November 15, 2007. Work done prior to September 15, 2004 has already been billed.

**01-041**      **Howell Roberts III**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .20 hrs. |
| 7/13/05 | Review file and letter | .15 hrs. |
| 9/21/05 | Review file and letter; issue order | .25 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/7/06 | Review reply and file | .25 hrs. |
| | TOTAL: | 1.10 hrs. |

**02-008**      **Johnny L. Reynolds**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .20 hrs. |
| 10/4/05 | Review response and issue order | .25 hrs. |
| 10/16/05 | Review file and letter; issue order | .35 hrs. |
| 11/24/05 | Review letter and file; issue order | .25 hrs. |
| 3/2/06 | Review file | .20 hrs. |
| 11/13/07 | Review and finalize final order | .50 hrs. |
| | TOTAL: | 1.75 hrs. |

**02-057**      **Charles Shepard**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| | TOTAL: | .40 hrs. |

**02-059**      **Anthony Siracusa**

| | | |
|---|---|---|
| 11/24/04 | Review motion and issue order | .25 hrs. |
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/16/05 | Review letter and file; issue order | .20 hrs. |
| 3/4/05 | Review motion and issue order | .15 hrs. |
| 4/13/05 | Review motion and issue order | .15 hrs. |

| | | |
|---|---|---|
| 4/17/05 | Review response and issue order | .15 hrs. |
| 3/1/06 | Issue order and review file and motion | .25 hrs. |
| 4/3/06 | Review letter | .15 hrs. |
| | | ———————— |
| | TOTAL: | 1.45 hrs. |

**02-088**      **Julio Cesar Nunez**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/20/05 | Review letter and issue order | .15 hrs. |
| 3/16/06 | Review response and issue order | .15 hrs. |
| 2/4/05 | Review file and letter; issue order | .20 hrs. |
| 1/16/06 | Review letter and file | .40 hrs. |
| 2/22/06 | Review response and issue order | .20 hrs. |
| 4/16/06 | Review file | .35 hrs. |
| | | ———————— |
| | TOTAL: | 1.60 hrs. |

**02-142**      **William Gonzales**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 11/13/07 | Review file and finalize final order | .50 hrs. |
| | | ———————— |
| | TOTAL: | .90 hrs. |

**02-175**      **Richard Banks**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 11/13/07 | Review file and finalize order | .50 hrs. |
| | | ———————— |
| | TOTAL: | .90 hrs. |

**02-218**      **Scott Gray**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/9/06 | Review file and response; issue order | .35 hrs. |
| 4/16/06 | Review file | .40 hrs. |
| 11/13/07 | Review file and finalize order | .50 hrs. |
| | | ———————— |

TOTAL:                      1.40 hrs.

**02-261        Anthony Wantuck**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 4/23/06 | Review file and response | .30 hrs. |
| 11/13/07 | Finalize final order | .50 hrs. |

TOTAL:                      1.20 hrs.

**02-264        Junior Lybrand**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review response and issue order | .25 hrs. |
| 11/13/07 | Review file and finalize final order | .50 hrs. |

TOTAL:                      .90 hrs.

**02-266        Fernando Mora Ramirez**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 11/13/07 | Review file and finalize final order | .50 hrs. |

TOTAL:                      .90 hrs.

**02-350        Andrew Clarenson**

| 1/3/05 | Review file and issue OSC | .25 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 5/14/05 | Review pleading | .15 hrs. |
| 1/12/06 | Review file and issue order | .25 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 11/13/07 | Review file and finalize final order | .50 hrs. |

TOTAL:                      1.55 hrs.

**02-374        Roger Marsh**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and issue order | .25 hrs. |
| 4/23/06 | Review file and response | .25 hrs. |
| | TOTAL: | .65 hrs. |

**02-378**      **Richard Hickey**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 11/13/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | .65 hrs. |

**02-605**      **Jonathan Burnett**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 9/14/06 | Review response and issue order | .30 hrs. |
| | TOTAL: | .45 hrs. |

**02-606**      **Rocky Gonzales**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 3/26/05 | Review file and motion; issue order | .15 hrs. |
| 4/23/05 | Review motion and response; issue order | .15 hrs. |
| 9/20/06 | Review response and issue order | .25 hrs. |
| | TOTAL: | .70 hrs. |

**02-627**      **Willie Ates**

| | | |
|---|---|---|
| 1/28/05 | Review letter and documents | .10 hrs. |
| 2/13/05 | Review file and issue order | .15 hrs. |
| 9/19/06 | Review file and response; issue order | .20 hrs. |
| | TOTAL: | .45 hrs. |

**02-657**      **Larry Mershon**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |

| 8/25/06 | Review file and returned mail | .20 hrs. |
| 9/2/06 | Review file and draft memo to Sue | .20 hrs. |
| 9/20/06 | Review response and issue order | .25 hrs. |
| | TOTAL: | .80 hrs. |

## 02-691        Betty Maxwell

| 2/14/05 | Review file and issue order | .15 hrs. |
| 9/13/06 | Review file and response; issue order | .20 hrs. |
| | TOTAL: | .35 hrs. |

## 02-718        Stephen Grace

| 8/25/07 | Review file and issue order | .40 hrs. |
| 10/16/07 | Work on revised final order | 1.50 hrs. |
| 10/17/07 | Finish drafting of final order | 1.00 hrs. |
| 10/22/07 | Finalize order | 1.00 hrs. |
| | TOTAL: | 3.90 hrs. |

## 02-878        Gerald Timmons

| 4/15/05 | Review claim and issue order | .20 hrs. |
| 4/23/05 | Review supp. Form and issue order | .20 hrs. |
| 9/4/06 | Review file and response; issue order | .25 hrs. |
| | TOTAL: | .65 hrs. |

## 03-151        James Ross

| 12/29/04 | Review file and issue order | .15 hrs. |
| 8/17/05 | Review file | .20 hrs. |
| 8/19/05 | Review file and issue order | .20 hrs. |
| 9/1/05 | Review file and issue order | .20 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |
| 12/20/05 | Review file for hearing | .75 hrs. |
| 12/22/05 | Hearing | 1.00 hrs. |
| 12/26/05 | Review file and issue order | .50 hrs. |
| 1/26/06 | Review letter and issue order | .25 hrs. |

| 11/14/07 | Review file and issue order | .25 hrs. |
|---|---|---|
| | TOTAL: | 3.75 hrs. |

**03-206     Dean Ross Denton**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 2/6/05 | Review motion and issue order | .15 hrs. |
| 3/4/05 | Review of motion and response; issue order | .50 hrs. |
| 4/19/05 | Review motion and issue order | .25 hrs. |
| 9/17/05 | Review letter and documents | .20 hrs. |
| 11/24/05 | Review file and motion; issue order | .20 hrs. |
| 2/7/06 | Review motion and file | .25 hrs. |
| 3/2/06 | Review response and file | .25 hrs. |
| 3/9/06 | Review file and issue order | .25 hrs. |
| 5/20/06 | Review file and motion; issue order | .35 hrs. |
| 6/10/07 | Review file and issue order | 1.00 hrs. |
| 6/14/07 | Review file and issue order | 1.00 hrs. |
| 6/20/07 | Review file and motion; issue order | .50 hrs. |
| 7/6/07 | Hearing | 6.25 hrs. |
| 9/22/07 | Work on order | 2.00 hrs. |
| 9/24/07 | Finalize order | 2.00 hrs. |
| | TOTAL: | 15.30 hrs. |

**03-348     Dexter Millican**

| 12/4/04 | Review of claim; issue OSC | .25 hrs. |
|---|---|---|
| 1/14/05 | Review response and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 3/30/06 | Review letter and file; issue order | .25 hrs. |
| 8/16/06 | Review file and letter; issue order | .25 hrs. |
| 10/14/06 | Review file | .20 hrs. |
| 10/18/06 | Issue order | .20 hrs. |
| 11/6/06 | Review file | .30 hrs. |
| 11/17/06 | Issue order | .15 hrs. |
| 1/23/07 | Review file and letter; issue order | .25 hrs. |
| | TOTAL: | 2.15 hrs. |

**03-354**        **Thomas Sotelo**

| | | |
|---|---|---|
| 3/23/05 | Review Claim | .10 hrs. |
| 3/26/05 | Issue order | .10 hrs. |
| 4/23/05 | Review supp forms and issue order | .15 hrs. |
| 11/6/06 | Review file and issue order | .25 hrs. |
| 3/12/07 | Issue order for hearing and review file | .25 hrs. |
| | TOTAL: | .85 hrs. |

**03-379**        **Robert Turner**

| | | |
|---|---|---|
| 4/15/05 | Review claim and issue order | .20 hrs. |
| 5/27/05 | Review supp forms and issue order | .20 hrs. |
| 10/1/05 | Review motion and issue order | .25 hrs. |
| 8/23/06 | Review file | .15 hrs. |
| 10/20/06 | Review file | .25 hrs. |
| 12/11/06 | Review file | .30 hrs. |
| 12/14/06 | Elevate file to Category III | .30 hrs. |
| 12/16/06 | Issue order | .30 hrs. |
| 3/12/07 | Issue hearing order | .20 hrs. |
| | TOTAL: | 2.15 hrs. |

**03-390**        **Robert Archuleta**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and motion; issue order | .10 hrs. |
| 5/28/06 | Review file and issue order | .25 hrs. |
| 10/12/06 | Review response and issue order | .25 hrs. |
| 1/11/07 | Review file | .25 hrs. |
| 1/19/07 | Review file and elevate | .25 hrs. |
| 1/23/07 | Issue order | .20 hrs. |
| | TOTAL: | 1.45 hrs. |

**03-393**        **Daniel Balazs**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 2/7/07 | Review file and elevate | .35 hrs. |
| 2/9/07 | Draft order and review file | .20 hrs. |

| 3/12/07 | Issue order for hearing | .20 hrs. |
|---------|-------------------------|----------|
|         | TOTAL:                  | 1.20 hrs. |

**03-400**        **Stephen Daniel Hamer**

| 2/13/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 7/22/06 | Review file and response; issue order | .30 hrs. |
| 10/20/06 | Review file | .25 hrs. |
| 2/7/07 | Review file | .25 hrs. |
| 2/20/07 | Review file and elevate | .25 hrs. |
| 5/5/07 | Review file and issue order | .20 hrs. |
| 6/28/07 | Review of file for hearing | .30 hrs. |
| 7/6/07 | Hearing | .50 hrs. |
| 7/2/07 | Prepare final order | .50 hrs. |
| 7/17/07 | Review file and issue order | .30 hrs. |
| 7/25/07 | Review file and issue order | .25 hrs. |
| 11/6/07 | Review file | .30 hrs. |
| 11/8/07 | Prepare final order | .35 hrs. |
|         | TOTAL: | 3.90 hrs. |

**03-402**        **David Swazer**

| 9/18/04 | Review of claim | .10 hrs. |
|---------|------------------|----------|
| 9/23/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/20/06 | Review file and motion; issue order | .30 hrs. |
| 10/16/06 | Review file and issue order | .50 hrs. |
| 2/26/07 | Issue order elevating | .20 hrs. |
| 3/12/07 | Issue order for hearing | .20 hrs. |
|         | TOTAL: | 1.55 hrs. |

**03-405**        **James Chrysler**

| 3/30/05 | Review claim | .10 hrs. |
|---------|---------------|----------|
| 4/1/05 | Issue order | .10 hrs. |
| 5/13/05 | Review supp forms and issue order | .15 hrs. |
| 9/20/06 | Review file and motion; issue order | .20 hrs. |
| 11/21/06 | Review file | .15 hrs. |
| 11/23/06 | Review file and issue order | .35 hrs. |

TOTAL:                          1.05 hrs.

**03-406**        **Charles Mosby**

| | | |
|---|---|---|
| 2/12/05 | Review file and issue order | .15 hrs. |
| 2/13/06 | Review letter and file; issue order | .25 hrs. |
| 9/11/06 | Review file and issue order | .20 hrs. |
| 10/17/06 | Review motion and issue order | .30 hrs. |
| 12/9/06 | Review file and issue order | .25 hrs. |
| 3/17/07 | Review file and issue order | .40 hrs. |
| 4/13/07 | Review file and issue order for hearing | .30 hrs. |
| 8/28/07 | Review motion and file; issue order | .30 hrs. |
| 10/5/07 | Review letter and file | .20 hrs. |

TOTAL:                          2.35 hrs.

**03-409**        **Clinton Erickson**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 5/20/06 | Review motion and issue order | .30 hrs. |
| 7/25/06 | Review file and issue order | .35 hrs. |
| 10/14/06 | Review file | .20 hrs. |
| 10/28/06 | Review file | .20 hrs. |
| 12/16/06 | Review response and issue order | .25 hrs. |
| 3/14/07 | Review file | .30 hrs. |
| 3/21/07 | Review file and elevate | .35 hrs. |
| 4/13/07 | Review file and issue order for hearing | .30 hrs. |

TOTAL:                          2.40 hrs.

**03-414**        **Gregory Cook**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 2/16/07 | Review file and motion | .25 hrs. |
| 3/14/07 | Review file and check on status | .30 hrs. |
| 4/3/07 | Review file and elevate | .25 hrs. |
| 6/19/07 | Review witness list and issue order | .25 hrs. |
| 7/6/07 | Hearing | 2.25 hrs. |
| 7/7/07 | Prepare order and review file | .30 hrs. |
| 8/16/07 | Review file and motion; issue order | .30 hrs. |
| 10/11/07 | Prepare final order | 2.00 hrs. |

|  |  |
|---|---|
| TOTAL: | 6.05 hrs. |

**03-424**     **Hormoz Pourat**

| | | |
|---|---|---|
| 5/3/07 | Review motion and issue order | .35 hrs. |
| 6/15/07 | Review file | .25 hrs. |
| 6/25/07 | Prepare order for hearing and review file | .25 hrs. |
| 7/17/07 | Review file and issue order | .30 hrs. |
| 9/2/07 | Review file and motions; issue order | .30 hrs. |
| 9/15/07 | Review file and issue order | .25 hrs. |
| 9/22/07 | Review motion and issue order | .30 hrs. |
| 10/5/07 | Review file and witness list; issue order | .40 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 11/4/07 | Review file for hearing | .40 hrs. |
| 11/7/07 | Hearing | 6.25 hrs. |
| 11/9/07 | Prepare final order | 2.00 hrs. |

|  |  |
|---|---|
| TOTAL: | 11.30 hrs,. |

**X-217**     **David Beery**

| | | |
|---|---|---|
| 5/22/07 | Review letter and issue order | .35 hrs. |
| 7/23/07 | Review letter and issue order | .25 hrs. |
| 9/06/07 | Review file and issue OSC | .30 hrs. |
| 10/15/07 | Review file and response; issue order of dismissal | .40 hrs. |

|  |  |
|---|---|
| TOTAL: | 1.30 hrs. |

**X-223**     **Emery Mello**

| | | |
|---|---|---|
| 7/12/07 | Review letter and issue order | .30 hrs. |
| 9/11/07 | Review file and issue OSC | .30 hrs. |
| 10/8/07 | Review file and issue order of dismissal | .40 hrs. |

|  |  |
|---|---|
| TOTAL: | 1.00 hrs. |

**X-228**     **Julius Caesar Herrera**

| | | |
|---|---|---|
| 8/03/07 | Review file and motion; issue order | .30 hrs. |

| 9/23/07 | Review response and prepare OSC | .40 hrs. |
| 10/22/07 | Draft order | .25 hrs. |
| 11/12/07 | Finalize final order | .50 hrs. |
| | TOTAL: | 1.45 hrs. |

**X-230**      **Michael Ann Crowe**

| 8/19/07 | Review claim and issue OSC | .30 hrs. |
| 9/23/07 | Review file and issue final order | .40 hrs. |
| | TOTAL: | .70 hrs. |

**X-233**      **Linda Salmen**

| 8/21/07 | Review file and issue order | .30 hrs. |
| 9/6/07 | Review file and claim; issue OSC | .30 hrs. |
| 9/23/07 | Prepare final order; review response to OSC | .40 hrs. |
| | TOTAL: | 1.00 hrs. |

**X-234**      **Rita Erickson**

| 8/24/07 | Review claim and file; issue OSC | .30 hrs. |
| 9/26/07 | Prepare order of dismissal and review of file | .35 hrs. |
| | TOTAL: | .65 hrs. |

**X-235**      **Jennifer Nelson**

| 8/25/07 | Review file and issue OSC | .40 hrs. |
| 10/16/07 | Review file and prepare order of dismissal | .30 hrs. |
| 12/23/07 | Finalize order of dismissal | .25 hrs. |
| | TOTAL: | .95 hrs. |

**X-237**      **Jennifer Sue Lembke**

| 9/22/07 | Review claim and issue OSC | .30 hrs. |
| 10/22/07 | Prepare draft of order of dismissal | .25 hrs. |

| 10/28/07 | Finalize order of dismissal | .50 hrs. |
|---|---|---|
| | TOTAL: | 1.05 hrs. |

**X-238**     **Tonya Bailey**

| 9/23/07 | Review letter and issue order | .25 hrs. |
|---|---|---|
| 10/22/07 | Prepare draft of final order | .25 hrs. |
| 10/28/07 | Finalize order of dismissal | .40 hrs. |
| | TOTAL: | .90 hrs. |

**X-242**     **Linette DeRasmo**

| 10/11/07 | Review claim and issue OSC | .45 hrs. |
|---|---|---|
| 11/11/07 | Review response; issue order if dismissal | .40 hrs. |
| | TOTAL: | .85 hrs. |

TOTAL TIME:          87.95 hrs.

TOTAL HOURS at $175.00 per hour: 25.45 hours = $ 4,453.75

TOTAL HOURS at $200.00 per hour: 62.50 hours = $12,500.00

**EXHIBIT E**

Travel Time for Richard M. Borchers

| | | |
|---|---|---|
| 11/6-7/07 | Fort Lyon and return | 8.00 hrs. |
| | TOTAL TRAVEL TIME: | 8.00 hrs. |

Lodging Expenses:

| | | |
|---|---|---|
| 11/6/07 | La Junta | $102.61 |
| | TOTAL EXPENSES: | $  102.61 |

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending November 15, 2007:

See Attached

51.50 hrs.

Montez time 9-16-2007 to 11-15-2007

## Administrative

| | | |
|---|---|---|
| 10/5/07 | Meeting with R. Borchers re Montez issues | 1.00 hrs |

## Travel

| | | |
|---|---|---|
| 9/28/07 | Drive to Canon City and return for hearings at FCF | 4.25 hrs |
| 10/12/07 | Drive to Canon City and return for hearings at CSP | 4.00 hrs |
| 10/15/07 | Drive to CWCF and return for hearing on Zina Jones claim | 1.00 hrs |
| 10/19/07 | Drive to LCF and return for hearings | 2.50 hrs |

## Thomas J. Sotelo (03-354)

| | | |
|---|---|---|
| 9/27/07 | Review Sotelo file and medical records; prepare for hearing | 1.25 hrs |
| 9/28/07 | Conduct Sotelo hearing at FCF | 2.25 hrs |
| 10/1/07 | Legal research re Sotelo claim; prepare draft of final order; review and revise draft of final order | 3.25 hrs |

## Robert Turner (03-379)

| | | |
|---|---|---|
| 9/27/07 | Review Turner file and medical records; prepare for hearing | 1.00 hrs |
| 9/28/07 | Conduct Turner hearing at FCF | 1.75 hrs |
| 10/2/07 | Prepare draft of final order; review and revise draft of final order | 2.00 hrs |

## Jonathan Burnett (02-605)

| | | |
|---|---|---|
| 10/1/07 | Review claim file and medical records; prepare draft of final order; review and revise draft of final order | 2.25 hrs |

## Felix Olguin (03-399)

| | | |
|---|---|---|
| 10/10/2007 | Review notes, exhibits, and file to prepare for continuation of Olguin hearing | 2.00 hrs |
| 10/12/2007 | Complete Olguin hearing | 1.00 hrs |

| 10/14/2007 | Prepare draft of final order; review and revise draft of final order | 2.25 hrs |
|---|---|---|

**Thomas Valdez (03-359)**

| 10/10/2007 | Review Valdez claim, supplemental claim; medical records, pleadings;  prepare for hearing | 2.25 hrs |
|---|---|---|
| 10/12/2007 | Begin Valdez hearing; continue hrg pending ruling on appeal by Judge Kane | .50 hrs |

**Betty Ann Maxwell (02-691)**

| 10/14/2007 | Review Maxwell claim, supplemental claim, pleadings and exhibits; prepare draft of final order; review and revise draft of final order | 2.50 hrs |
|---|---|---|

**Gerald Timmons (02-878)**

| 10/14/2007 | Review Timmons claim, supplemental claim, pleadings and exhibits, prepare draft of final order; review and revise draft of final order | 2.75 hrs |
|---|---|---|

**Zina Jones (03-426)**

| 10/14/2007 | Review Jones claim and pleadings; prepare for hearing | .75 hrs |
|---|---|---|
| 10/15/2007 | Conduct hearing; prepare draft of final order; review and revise final order | 3.50 hrs |

**Larry Mershon (02-657)**

| 10/17/2007 | Review Mershon claim, supplemental claim, pleadings, and medical records; prepare draft of final order; review and revise draft of final order | 2.75 hrs |
|---|---|---|

**Ricky Gonzales (02-606)**

| 10/18/2007 | Review Gonzales claim, supplemental claim, pleadings, and medical records; prepare draft of final order, review and revise draft of final order | 3.00 hrs |
|---|---|---|

**Clinton Erickson (03-409)**

| 10/18/2007 | Review Erickson claim, supplemental claim, and Defendants' response; prepare for hearing | 1.00 hrs |
| 10/19/2007 | Hear Clinton Erickson claim | 2.00 hrs |
| 10/22/2007 | Prepare draft of final order; review and revise final order | 1.75 hrs |

### Charles Mosby (03-406)

| 10/18/2007 | Review Mosby claim, supplemental claim, and Defendants' response; prepare for hearing | 1.00 hrs |
| 10/19/2007 | Hear claim of Charles Mosby; prepare draft of final order; review and revise draft of final order | 4.75 hrs |

### Willie L. Ates (02-627)

| 10/20/2007 | Review claim, supplemental claim, medical records, and pleadings; prepare draft of final order; review and revise draft of final order | 3.75 hrs |

### Larry Sims (03-416)

| 10/19/2007 | Continued hearing on claim of Larry Sims (continued again because of Sim's illness) | .50 hrs |

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending November 15, 2007:

(See attached sheet)

Total Time:   47.50 hrs.

# LRC
## Legal Resolution Center

## Judge RCD  -  Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _____9/15 – 11/15_____          DOC # _____

Claim No: _____

Category No: _____4 Pages_____

| Date | Activity | Time |
|------|----------|------|
| 9/24 | Travel To Canon City | 4.0 |
|      | Cauley 03-169          Hearing | 1.5 |
|      | Liggett 03-128            " | 1.5 |
| 9/27 | Travel To Fort Lyon | 7.0 |
|      | Derwin 03-191   Site visit + Hearing | 2.0 |
| 10/17 | Travel To Sterling | 4.0 |
|      | Penron 03-398   Hearing | 1.75 |
|      | Goetz 03-356        " | 1.5 |
|      | Houston 03-163        " | 1.75 |
|      | Beeman 03-270   Motion Hearing | 1.0 |
| 10/21 | Travel To Burlington | 5.5 |
|      | Hall 03-315      Hearing | 1.0 |
|      | Romero 03-420        " | 1.5 |
|      | Herrera 03-367        " | 1.0 |
|      | | |
|      | | |

Page 1

# LRC
## Legal Resolution Center

## Judge RCD  -  Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _____     DOC # _____

Claim No: _____

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 10 26 | Wharlaw  03-421  Hearing | 2.5 |
|  | Hayward  03-389  Hearing | 1.25 |
|  | Chrysler  03-305   " | 1.0 |
| 10 29 | Travel To Canon City | 4.0 |
|  | Runnel  03-185   Hearing | 1.5 |
|  | Price   03-247   " | 2.5 |
| 11 05 | Travel To Canon City | 4.0 |
|  | Escobar  03-225   Hearing | 2.0 |
|  | Richardson  03-284   " | 2.5 |
|  | Prince  03-185   Continued | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Page 2

# LRC
## Legal Resolution Center

## Judge RCD  -  Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _____   DOC # _____

Claim No: _____

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 11/2 | Richard Banks 02-175  Prep final order | 2.0 |
|  | Johnny Reynolds 02-005  " | 1.5 |
|  | William Gonzales 02-142  " | 1.5 |
|  | Scott Gray 02-218  " | 1.25 |
| 11/8 | Anthony WesTuck 02-261  " | 1.5 |
|  | Tunier Lybrand 02-264  " | 2.5 |
| 11/9 | Administrative work - Travel to office | 3.0 |
|  | Consult in RMB |  |
|  | Fernando Ramirez 02-266  Prep final order | 2.0 |
| 11/12 | Andrew Clarenson 02-351  " | 1.75 |
|  | Richard Hickey 02-318  " | 2.0 |
| 11/13 | Atlanta - Met w Dick - Reviewed + sent files | 1.5 |
|  | Phone Call/from Dick |  |
|  |  |  |
|  |  |  |
|  |  |  |

Page 3

# LRC
## Legal Resolution Center

# Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _____     DOC # _____

Claim No: _____

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 11/15 | Graham  03-333         Prep Final Order | 1.75 |
|  | Price     03-297              " | 2.0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Page 4

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending November 15, 2007:

TOTAL:              4.50 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending November 15, 2007:

Total Travel Time:                               28.50 hrs.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending November 15, 2007:

Total Travel Time:                                11.75 hrs.