IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

 -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 04-001
Category IV
Claimant: Richard Allen, #65979
Address of Claimant: c/o King & Greisen, LLP, 1670 York Street, Denver, CO 80206

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion to dismiss due to settlement. This claim has been resolved by a settlement between the parties. The claim will be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

SIGNED this 3rd day of December, 2007.

      BY THE COURT:

      */s/ Richard M. Borchers*

      Richard M. Borchers
      Special Master