IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-911
Category: II
Claimant: Andrew Solazzo, #128688
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Defendants' motion to dismiss. Claimant was granted up to and including November 26, 2007 in which to respond to the motion. Claimant has filed nothing further.

Defendants have filed a motion to dismiss on the basis that Claimant came into DOC custody after August 27, 2003. Defendants allege that Claimant entered into DOC custody on November 28, 2005. The motion did not have an attachment reflecting entry, but the DOC Inmate Locator reflects that Claimant was sentenced in Custer County on October 26, 2005. Claimant could not have been in DOC custody prior to his conviction on a felony.

Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Individuals who came into DOC custody after August 27, 2003 may file a separate lawsuit, but may not utilize the claim procedure.

The Special Master has no jurisdiction over this claim. Claimant's remedy is to commence his own separate lawsuit concerning what has transpired since he came into DOC custody in November, 2005.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into

custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 22, 2008.**

      SIGNED this 3rd day of December, 2007.

      BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master