IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-089
Category III
Claimant: Gilbert A. Lovato, #50695
Address of Claimant: 111 W. 11th Street, #5, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

      THIS MATTER came before the Special Master for hearing on November 30, 2007 at the offices of Legal Resolution Center, 2 North Cascade, #1100, Colorado Springs, Colorado. The hearing was set for 9:00 a.m. Defendants were represent by Chris Alber, Deputy Attorney General.

      Claimant did not appear for the hearing. The case was called for hearing at 11:45 a.m. after a previous hearing was completed. Claimant did not contact the office of the Special Masters to indicate any problem in attending. Claimant was given notice of the hearing on July 23, 2007 at his last known address. Claimant presented no evidence to establish his claim.

      IT IS HEREBY ORDERED that the claim of Claimant is denied, as he failed to appear for his hearing and has failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 29, 2008.**

      SIGNED this 3rd day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master