# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 13, 2007

Douglas E. Cressler
Chief Deputy Clerk

Mr. Jimmy R. Bulgier
Texas Department of Criminal Justice Estelle Unit
264 FM 3478
Huntsville, TX 77320-3322

**RE:     07-1405, Bulgier, et al v. Gunter, et al**
         Dist/Ag docket: 92-cv-00870-EWN

Dear Appellant:

Appellant's brief and motion for leave to proceed without prepayment of fees and costs has not been timely filed in the subject case. Unless the brief and motion are filed within 10 calendar days after the date of this letter, the appeal will be dismissed without further notice. *See* 10th Cir. R. 42.1. The enclosed forms maybe used.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Jess Alexander Dance
        Jennifer Susan Huss
        Robert Charles Huss
        Elizabeth H McCann
        James X. Quinn
        Jennifer L. Veiga