IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      A 3-hour emergency hearing on compliance issues is scheduled for **December 21, 2007 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The parties are directed to file a Status Report on or before December 18, 2007 providing a detailed statement of the issues to be heard, identifying witnesses and nature of testimony expected, and identifying exhibits the parties intend to submit to the court.

---

Dated:  December 13, 2007

Service of this order shall be made only via NEF.  No mailings are required.