# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS
Fort Lyon Correctional Facility
Michael E. Arellano, Warden
P.O. Box 1000
30999 County Road 15
Fort Lyon, Colorado 81038
Phone: (719) 456-2288
Fax:   (719) 456-3211
Web:   www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes Zavaras
Executive Director

## MEMORANDUM

DATE:     October 24, 2007

TO:       Travis Horton, Custody Control Manager
          Trinidad Correctional Facility

FROM:     Cheryl Smith
          Associate Warden

SUBJECT:  **Fact Finding**

I am requesting that you chair a Fact Finding with assistance from Investigator Gregory Kirkland and Quality Improvement Administrator, Renae Jordan. Please review the circumstances surrounding the Use of Force that occurred on September 20, 2007. The staff member directly involved in the incident was Sgt. Chris Newman and the offender was Taylor, Jontah # 94633. Copies of the Use of Force report are attached.

Please address, at least, the following issues:

1.    An overview of the incident.
2.    Was the Use of Force appropriate?

Feel free to interview staff at your discretion. Please provide any recommendations you have to me no later than Wednesday, November 7, 2007. Thank you.

/sb

cc:    Michael Arellano, FLCF Warden
       Lou Archuleta, Deputy Director of Prisons
       Mike Romero, Custody Control Manager
       Gregory Kirkland, Investigator
       Renae Jordan, Quality Improvement Administrator
       File

Exhibit B  #2

AR Form 300-16B (10/01/06)
**TYPE OR PRINT ONLY!**

## COLORADO DEPARTMENT OF CORRECTIONS

# USE OF FORCE REPORT

| DATE/TIME OF INCIDENT: |
| September 20, 2007 Approx 1716 |

### 1. SHIFT COMMANDER INFORMATION:

| DOC EMPLOYEE NAME: James Larimore | DOC EMPLOYEE RANK: Captain |

### 2. IDENTIFICATION OF SUBJECT:

| SUBJECT NAME (LAST, FIRST, MI): Taylor, Jontah | DOC NUMBER: 94633 | SEX X [M] [F] | FACILITY/UNIT FLCF Currently Bld 5 Seg |

EXACT LOCATION OF INCIDENT: Clinic – away from view of GP, next to copier machine

### 3. REASON FOR THE USE OF FORCE:

[ ] NECESSARY TO EFFECT ARREST
[X ] NECESSARY TO DEFEND REPORTING OFFICER
[ ] NECESSARY TO PREVENT ESCAPE

[ ] NECESSARY TO PREVENT PROPERTY DAMAGE
[X ] PREVENT OFFENDER FROM INFLICTING SELF-INJURY
[ ] OTHER

### 4. MEDICAL EXAMINATION:

| DATE: 9/20/07 | TIME: 1730 after UOF / 1800 prior to seg |

LOCATION OF MEDICAL EXAM: Clinic

NAME OF ATTENDING MEDICAL DOC EMPLOYEE OR CONTRACT WORKER: Nurse Neuhold

CHECK HERE IF SUBJECT REFUSED TO ALLOW A MEDICAL EXAMINATION: ☐

### 5. SUBJECT'S ACTIONS:

A. AT THE TIME OF THE INCIDENT WAS THE SUBJECT:

[ ] SUSPECTED UNDER THE INFLUENCE OF ALCOHOL
[ ] SUSPECTED UNDER THE INFLUENCE OF CHEMICAL DRUG
[ ] SUSPECTED MENTAL DISORDER

B. LEVEL OF RESISTANCE BY SUBJECT (EXPLAIN):

[ ] PSYCHOLOGICAL INTIMIDATION: _None_____

Attachment "B"
Page 1 of 4

WARDEN'S OFFICE

SEP 2 1 2007

FT. LYON CORRECTIONAL FACILITY

AR Form 300-16B (10/01/06)

[X] VERBAL NON-COMPLIANCE: _Offender refused to accept necessary assistance to stabilze sugar levels by stating " im not going to play this game you mother fuckers", " Im not fucking around". Staff direct multiple directive to sit down._____

[ ] PASSIVE RESISTANCE: ___None_____

[X] DEFENSIVE RESISTANCE: __While attempting to restrain the offender he was pulling away and trying to roll over on his back to that cuffs could not be applied.

[X] ACTIVE AGGRESSION: _The offender aggressively jumped out of the chair at Sgt Newman, kicking the chair back, clenched fists and stepped directly towards Sgt Newman.

[ ] DEADLY FORCE ASSAULT/TYPE OF WEAPON: ___None_____

6.  **CONTROL EFFECTED BY DOC EMPLOYEES:**

A.  LEVEL OF CONTROL EFFECTED:
[X] VERBAL DIRECTION - COMMANDS GIVEN:__Numerous commands to sit in the chair, staff gave verbal direction that if the offender was not going to follow orders he would be placed in hand cuffs, numerous attempts to explain the severity of his condition _____

B.  TYPE OF EMPTY HAND CONTROL:
[x] STRENGTH TECHNIQUES: _ Minor strength was applied to maintain control of the offender on his left side while on the gurney to administer the I.V. _____
X ] JOINT LOCKS: _Straight arm bar take down used on left arm

[ ] PRESSURE POINTS/LOCATION: _____
[ ] HAND STRIKE/LOCATION: _____
[ ] LEG/FOOT STRIKE/LOCATION: _____
[ ] SHOULDER PIN/LEVEL USED: _____

C.  SOFT INTERMEDIATE CONTROL/TYPE:
[ ] OLEORESIN CAPSICUM (OC)/LOCATION OF USE: _____
[X] ELECTRONIC RESTRAINING DEVICE/TYPE/LOCATION: __Ultron, used in the left lower chest area
_____

D.  HARD INTERMEDIATE CONTROL/TYPE:
[ ] CHEMICAL AGENTS CS/CN/TYPE/LOCATION OF USE: _____
[ ] IMPACT WEAPON/TYPE/LOCATION OF STRIKE: _____
[ ] 37 MM/TYPE OF ROUND/LOCATION OF USE: _____
[ ] PEPPERBALL LAUNCHER: _____

E.  LETHAL ENCOUNTER/WEAPON USED:
          PRESENTED:          [ ] YES                [x] NO
                              [ ] LOW READY          [ ] HIGH READY

DISCHAR D:    [ ] YES    [ ] NO

TYPE OF WEAPON?_____ NUMBER OF ROUNDS FIRED? _____

F.    ADDITIONAL COMMENTS: _____

_____

Attachment "B"
Page 2 of 4

AR Form 300-16B (10/01/06)

7.    **EVIDENCE:**

DESCRIBED EVIDENCE OBTAINED AND DISPOSITION INCLUDING PHOTOS/ VIDEOS: _____

8.    **DOC EMPLOYEE COMPLAINT OF INJURY:**

NAMES:

9.    **ACCIDENTAL DISCHARGE OF FIREARM:**    (DESCRIBE IN NARRATIVE SECTION)

[ ] YES                          [ ] NO

10.   **NAMES/ASSIGNMENT OF OTHER DOC EMPLOYEES/CONTRACT WORKERS/VOLUNTEERS
      INVOLVED:**

| NAME | ASSIGNMENT/TEAM MEMBER NUMBER |
|------|-------------------------------|
|      |                               |
|      |                               |
|      |                               |
|      |                               |
|      |                               |
|      |                               |
|      |                               |
|      |                               |
|      |                               |

11.   **NAMES/DOC NUMBERS OF OTHER INVOLVED OFFENDERS:**

| NAME | DOC NUMBER |
|------|------------|
|      |            |
|      |            |
|      |            |

Attachment "B"
Page 3 of 4

AR Form 300-16B (10/01/06)

## 12.  SHIFT COMMANDER'S SUMMARY: (CONTINUE ON BACK IF NECESSARY)

_____ at approx 1717, 9-20-07, Thursday , A call for back up in the clinic was announced. First responders were sent. I, Captain, Larimore responded and observed offender Taylor 94633 in the clinic ER being combative and defiant.

Upon investigation through a discussion with staff and review of the DMViewer offender Taylor had reported to med line at approx 1700. It was discovered that Taylor's blood sugar level was low enough to be considered dangerous. Nurse Shibulhute, Med line med staff, contacted additional medical staff , Nurse's Neuhold and Gilbert to report to the med line window and provide further assistance in an attempt to raise the sugar levels of offender Taylor. Taylor was taken inside the clinic with the assistance of Sgt Newman. While in the clinic Taylor is observed being non-cooperative with medical intervention. Taylor was agitated and yelling abruptly standing up from his chair multiple times. Sgt Newman and Nurse Neuhold relocate Taylor out of the view of the general population and back in the clinic to a neutral location. Taylor again jumped from his chair but in an aggressive manor to which he kicked his chair back , clenched his fists and stepped towards Sgt Newman. At this point Sgt Newman felt threatened and feared for his safety in that Taylor was going to physically assault him. Sgt Newman withdrew his Ultron and stunned Taylor on the left side of his chest. Sgt Newman is observed re-directing Taylor back into his chair, while doing so offender Taylor is seen grabbing Sgt Newmans arm and pulling him towards his (taylors)direction. Nurse Gilbert calls for back up at 1717. As back up arrives approx 15 seconds later, Sgt Newman utilizes a straight arm bar take down to further gain control and restrain Taylor for both his staff safety and the safety of the offender. . Observed are Officer Wingard, Sgt Kimsey and Sgt Boone applying restraints and relocating Taylor to the clinic ER room. Additional staff are seen responding to the situation are Officers Valerio, Miller, Hernandez, Lt Britton, and Lt Valez. While in the clinic ER room, Taylor demonstrates that he is still in-coherent to his actions as a result of his acute illness. Taylor was very agitated and uncooperative by screaming at staff. Security Staff remained in the ER clinic maintaining physical control by utilizing minor strength tech's to hold Taylor on the gurry, on his left side, to prevent any further use for forces, while medical staff administered an IV in an attempt to stabilize Taylors bloods sugar level. Approx 30 minutes later, Taylor began to show some signs of coherency and ate some food. Medical ordered that Taylor be placed in observation for the next 24 hrs due to the severity of levels in his blood sugar. Taylor was RFP's due to immenentt threat of his safety and the safety of others. He was placed in a Seg observation cell where medical can monitor his condition throughout the night.

_____
_____
_____
_____
_____
_____
_____
_____
_____

**13. AUTHENTICATION:**

SIGNATURE: _____
SHIFT COMMANDER

|  | DATE/TIME OF REPORT: 9/20/07  2336 |
|---|---|

SIGNATURE: _____
ADMINISTRATIVE HEAD                          DATE

Original:   Administrative Head

Copies:    Executive Director
           Director
           Inspector General

Attachment "B"
Page 4 of 4

NAME: **TAYLOR, JONTAH C.**

Report Date: 09/20/2007    DOC #: **94633**    **MEDIUM**

INC #: **2**    DOB: **01/28/1976**

SS #: ‥ ‥    NEXT PAROLE HRG: 01-2009

FBI #: 855921XA3    PAROLE ELIGIBILITY: 03/22/2009    MANDATORY RELEASE: 09/22/2015    DATE RECIEVED:

SID #: 747922    PAROLE TERMINATION:    SENTENCE DISCHARGE:    RELEASE DATE:

## ALIASES

AKA / Alias

CHEETA,

TAYLOR, JON-TA

TAYLOR, JON-TAH C

## MOVEMENT

| Facility | Living Unit | Location | Move Date / Time | Type |
|---|---|---|---|---|
| FT LYON | FLCF/SEG | PRES FACIL | 09/20/2007  18:41 | I |
| FT LYON | FLCF/BLDG5 | PRES FACIL | 12/09/2006  16:36 | I |
| FT LYON | FLCF/BLDG4 | AV REG MED | 12/09/2006  13:35 | I |
| FT LYON | FLCF/BLDG4 | PRES FACIL | 12/06/2006  10:39 | I |
| FT LYON | FLCF/SEG | PRES FACIL | 11/26/2006  18:35 | I |

*** Only Moves that ocurred within six months of Offender's most recent move are displayed ***

## CRIMES \ SENTENCES

| Off # | Offense | Docket # | Off Dtd | Sent # | Type | Min Sent(s) | MAX Sent(s) | County | Status | Felony Cls | Incrno |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ROBBAGG ATTEMPT | 03CR4869 | 10/29/2003 | 3 | IN | 13 - 0 - 0 | 13 - 0 - 0 | EL PASO | A | 4 | ‥ |
| 1 | ROBB | 97CR912 | 03/09/1997 | 1 | IN | 5 - 0 - 0 | 5 - 0 - 0 | EL PASO | D | 4 | |
| | *PAROLE SENTENCE* | | | 2 | PO | 3 - 0 - 0 | 3 - 0 - 0 | | D | | 1 |

Off #: Offense Number
Sent #: Sentence Number (A crime may have multiple sentences of the same or different types)

Status: Sentence Status (A & R = Active,  P = Paroled on Mandatory Sentence,  D = Discharged,  V = Vacated,  H = Held in Abeyance, M = Merged)
Type: Sentence Type (IN = Incarceration,  PO = Parole,  YO = Youthful Offender Sentence)

## DISCIPLINARY OFFENSES

| Case # | Offense Dt | Hearing Dt | Facility | Crime | Sanction | Action | Days | Prob Date | Fin Cd | Cnv |
|---|---|---|---|---|---|---|---|---|---|---|
| 070250 | 11/26/2006 | 12/12/2006 | FT LYON | THREATS | PUNSG | ENFRC | 10 | | A | II13 |
| 050182 | 07/29/2004 | 08/12/2004 | ARK VALLEY | UNAUTHPOSS | LSTPV | PROBD | 30 | 10/10/2004 | A | II19 |

## CUSTODY ISSUES

| Empl Cd | Doc No | Name | Facility | Type | Issue | Date | Note |
|---------|--------|------|----------|------|-------|------|------|
| | 87692 | ATENCIO, SILVANO E. | CF | PREDATOR | ASSAULTIVE | 08/07/2006 | A LETTER MONITORED AT THE F.L.C.F. MAIL ROOM DEMONSTRATES TAYLOR AND ATENCIO HAVE BEEN INVOLVED IN A RELATIONSHIP.  ATENCIO WANTS TO BE ASSIGNED TO THE SAME POD AS TAYLOR TO START THIS RELATIONSHIP AGAIN. KEEP SEPARATED. |
| | 40375 | MARIN, GEORGE L. | SF | PREDATOR | ASSAULTIVE | 01/21/2000 | TAYLOR AND MARIN AHD A FIGHT AT BVCF ON 6/16/99. |

## OFFENDER BIO

FACILITY: **FT LYON**                                                        CASE MANAGER/PAROLE OFFICER: **DELEON, KENNETH**

AGE: **31**                                                              BIRTHPLACE: **INDIANAPOLIS, IN.**

GENDER: **MALE**             HEIGHT: **5' 04"**          EYES: **BLUE**          MARITAL STATUS: **SINGLE**

ETHNICITY: **BLACK**          WEIGHT: **140**          HAIR: **BROWN**                RELIGION: **PROTESTANT**

NOTES: **POTENTIAL FOR VIOLENCE/MENTAL HEALTH AND MEDICAL NEEDS-DIABETIC**

SCARS /
MARKS /      **RUOA-ANN;LUOA-JON TA.**
TATTOOS:

## EMERGENCY CONTACT(S)

PEARL SKINNER, GRANDPARENT, 819 HADEN DRIVE, COLO SPRINGS, CO, USA;   Home: 719-636-1024, ENTERED AT AVCF INTAKE ON 06/28/04..

DC-FORM 600-1D

## COLORADO DEPARTMENT OF CORRECTIONS
### REMOVAL FROM POPULATION

FACILITY _FLCF_

OFFENDER NAME: _TAYLOR, JONTAH_     DOC NUMBER: _94633_

CURRENT CUSTODY DESIGNATION _MEDIUM_   CURRENT PMD/PED _3-22-09_

REMOVAL FROM POPULATION: THE OFFENDER IS BEING REMOVED FROM THE POPULATION AND IS BEING SEGREGATED, OR MOVED TO A MORE SECURE FACILITY, PENDING AN ONGOING INVESTIGATION WHICH MAY LEAD TO EITHER DISCIPLINARY CHARGES OR ADMINISTRATIVE SEGREGATION.

REASON:
☐ Offender's conduct poses serious threat to security of facility
☒ To prevent imminent injury to an offender(s) or to an employee(s)
☐ To contain or prevent or quell a riot
☐ To prevent escape
☐ Other, specify _____

JUSTIFICATION: _Offender Taylor's behavior was verbally Non-Compliant and was physically resisting Custody/Control staff whom where attempting to place Taylor into restraints. Use of force was completed in order to gain Compliance_

SHIFT COMMANDER/DUTY OFFICER: _____
DATE: _9-20-07_     TIME: _1800_

☐ AGREE          ☐ DISAGREE-RETURN TO GENERAL POPULATION

COMMENTS: _____

WARDEN/ADMINISTRATIVE HEAD _____

DATE: _____     TIME: _____

CLASSIFICATION COMMITTEE/CLASSIFICATION OFFICER

☐ AGREE          ☐ DISAGREE-RETURN TO GENERAL POPULATION

DATE: _____     TIME: _____

SIGNED: _____

* NOTE: THIS REVIEW MUST BE COMPLETED WITHIN 3 WORKING DAYS OF THE WARDEN'S REVIEW

20045 Attachment "A"
Page 1 of 1
Distribution:   White-Department File
Canary-Working File

Sec. 2. Anatomical

## COLORADO DEPARTMENT OF CORRECTIONS
### CLINICAL SERVICES
### ANATOMICAL FORM




LIST INJURIES:
Circle area above and number according to description.

1. IV site
2. No injuries
3.
4.
5.
6.
COMMENTS: per security for segregation

Health Provider Name                                    RN

Patient's Name: Taylor S

Date: 9/20/2007      Time: 1800

DOC Number: 94633

Facility: FCCF      Living Unit: 5

Sec. 2. Anatomical

## COLORADO DEPARTMENT OF CORRECTIONS
### CLINICAL SERVICES
### ANATOMICAL FORM



R R

L L

R L

LIST INJURIES:
Circle area above and number according to description.

1.  No injuries noted
2.
3.
4.
5.
6.

COMMENTS: per security request following use ef force.

Health Provider Name _____ RN

Date: 9/20/2007    Time: 1730

Facility: FICF    Living Unit: 5

Patient's Name Taylor Jontah

DOC Number 94633

31221 (11/98)    DISTRIBUTION: White - Medical File

# Incident # 151591

Linked #    Created by          FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007  10:21 pm**       By: **LARIMORE, JAMES R**
Closed:                                    By:

Incident Date: **09/20/2007**

Approx Time: **10:19 PM**                      Status: **Open**

Incident Type: **Use of Force**

Incident Location: **Clinic**

Misc. Location Info:

Summary: **Offender Taylor 94633 became combative in medical, responders called, and the ultron was
utilized to gain control.**

---

Report:    1     by **LARIMORE, JAMES R ( j07204 )**              for Incident **151591**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:17 PM**                     Shift: **Swings**
Work Unit:**Custody/Control**                                  Days Off: **f/s**

Suspected Gang Related:  ☐                    Evidence: ☐

| Docno: | Name: | Living Unit: | Pod Tier Cell Bunk |
|--------|-------|--------------|--------------------|
| 94633 | TAYLOR, JONTAH C | FLCF/SEG | SU  3  334  A |

---

| | Report Rejected: ☐ | Report        Needs Approval ☐ |
|---|---|---|
| | Report Approved: ☐ | Submitted: |
| | Report Voided: ☐ | **Duty Officer's Initiation of Investigation** |
| **Parole/Community/** | | Charge: ☐  Duty Officer: |
| **Shift Commander:** | | Informational: ☐   Reviewed: |
| **Date Approved:** | | |

# Detailed Report on following Page

# Incident# 151591

## Report 1 detail  by LARIMORE, JAMES (j07204)  for Incident 151591

---------------------------------------------------------------------------------------------------------------------------------

At approx 1717, 9-20-07, Thursday , A call for back up in the clinic was announced. First responders were sent. I, Captain, Larimore responded and observed offender Taylor 94633 in the clinic ER being combative and defiant.
Upon investigation through a discussion with staff and review of the DMViewer offender Taylor had reported to med line at approx 1700. It was discovered that Taylor's blood sugar level was low enough to be considered dangerous. Nurse Shibulhute, Med line med staff, contacted additional medical staff , Nurse's Neuhold and Gilbert to report to the med line window and provide further assistance in an attempt to raise the sugar levels of offender Taylor. Taylor was taken inside the clinic with the assistance of Sgt Newman. While in the clinic Taylor is observed being non-cooperative with medical intervention. Taylor was agitated and yelling abruptly standing up from his chair multiple times. Sgt Newman and Nurse Neuhold relocate Taylor out of the view of the general population and back in the clinic to a neutral location. Taylor again jumped from his chair but in an aggressive manor to which he kicked his chair back , clenched his fists and stepped towards Sgt Newman. At this point Sgt Newman felt threatened and feared for his safety in that Taylor was going to physically assault him. Sgt Newman withdrew his Ultron and stunned Taylor on the left side of his chest. Sgt Newman is observed re-directing Taylor back into his chair, while doing so offender Taylor is seen grabbing Sgt Newmans arm and pulling him towards his (taylors)direction. Nurse Gilbert calls for back up at 1717. As back up arrives approx 15 seconds later, Sgt Newman utilizes a straight arm bar take down to further gain control and restrain Taylor for both his staff safety and the safety of the offender. . Observed are Officer Wingard, Sgt Kimsey and Sgt Boone applying restraints and relocating Taylor to the clinic ER room. Additional staff are seen responding to the situation are Officers Valerio, Miller, Hernandez, Lt Britton, and Lt Valez. While in the clinic ER room, Taylor demonstrates that he is still in-coherent to his actions as a result of his acute illness. Taylor was very agitated and uncooperative by screaming at staff.  Security Staff remained in the ER clinic maintaining physical control by utilizing minor strength tech's to hold Taylor on the gurry, on his left side, to prevent any further use for forces,  while medical staff administered an IV in an attempt to stabilize Taylors bloods sugar level. Approx 30 minutes later, Taylor began to show some signs of coherency and ate some food. Medical ordered that Taylor be placed in observation for the next 24 hrs due to the severity of levels in his blood sugar. Taylor was RFP's due to immenentt threat of his safety and the safety of others. He was placed in a Seg observation cell where medical can monitor his condition throughout the night.