# Incident # 151528

## FORT LYON CORRECTIONAL FACILITY

Linked #    Created by

Created: **Sep 20, 2007 06:18 pm**    By: **BOONE, JAMES A**
Closed:    By:

Incident Date: **09/20/2007**

Approx Time: **05:15 PM**    Status: **Open**

Incident Type: **Use of Force**

Incident Location: **Clinic**

Misc. Location Info: **CH 5-1 Medical**

Summary: **Inmate Taylor #94633 became combative in medical, back up was called, and the ultron utilized to gain control.**

---

Report:   1    by **NEWMAN, CHRIS H ( c09018 )**    for Incident **151528**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:09 PM**    Shift: **Days**
Work Unit:**Custody/Control**    Days Off: **sat/sun**

Suspected Gang Related: ▢    Evidence: ▢

| Docno: | Name: | Living Unit: | Pod Tier Cell Bunk |
|--------|-------|--------------|--------------------|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SEG** | **A   2   239   A** **RFP** |

---

| Report Rejected: ▢ | **Report** | Needs Approval ✓ |
|---|---|---|
| Report Approved: ✓ | | Submitted: 09/20/07 07:38 PM |
| Report Voided: ▢ | | |

**Parole/Community/**
**Shift Commander:** LARIMORE, JAMES R. ( j07204 )
**Date Approved:** 09/20/07 08:01 PM

**Duty Officer's Initiation of Investigation**
Charge: ▢  **Duty Officer:**
Informational: ▢  **Reviewed:**

# Detailed Report on following Page

Exhibit B - #3

# Incident# 151528

## Report 1 detail by NEWMAN, CHRIS (c09018) for Incident 151528

---

On 9-20-07 at about 1709 I Sgt. Newman entered medical at the request of Nurse Gilbert and Nurse Neuhold to help deal with I/M Taylor, Jontah 94633. When I entered the clinic I/M Taylor was sitting in a chair by the front door. I/M Taylor's blood sugar was very low and he was very uncooperative. I/M Taylor was given an Insure to drink which he did. I/M Taylor was also given several sugar tabs which he did not want to take. I/M Taylor was not making complete sentences and kept repeating himself about "I am not going to play this game with you mother fuckers." At that time I pulled out my hand cuffs and explained to I/M Taylor that if he was not to follow orders that I was going to place him in hand cuffs for his safety and mine. I gave I/M Taylor several direct orders to stay in the chair. . I/M Taylor kept getting up out of the chair and walking around. This was a concern because of his blood sugar level, as medical did not wont him to fall. After several minutes of explaining to I/M Taylor about the seriousness of his condition and not getting any where with him. Nurse Neuhold moved I/M Taylor's chair away from the front door of the clinic because I/M Taylor was scared of everyone on the other side of the door. I/M Taylor sat back down in the chair and snapped. I/M Taylor jumped up out of the chair with his hands clenched yelling how he was "not fucking around". In this processes I/M Taylor kicked his chair back. I thought that I/M Taylor was going to strike me, so I dropped my cuffs on the floor and reached for my ultron. Nurse Gilbert Picked up my cuffs and held on to them for me. I pulled my Ultron out and went to put it into his left shoulder but I believe it hit him in the left side of the chest. At the same time I was trying to put him back down in his chair with my left hand to have better control of him. I heard Nurse Gilbert call for back up on the radio. About 15 or 20 seconds later I heard the clinic door open and staff coming to assist me. At that time I started my take down of I/M Taylor to the ground with a straight arm bar. Sgt. Kimsey, Sgt. Boone, C/O Wingard, and C/O Valerio helped me put I/M Taylor into hand cuffs. I/M Taylor was resisting the entire time by pulling away from us and trying to roll over on his back. Sgt. Kimsey, Sgt. Boone, C/O Wingard, and C/O Valerio helped me take I/M Taylor to the ER in the clinic. We placed I/M Taylor on the gurney and medical started an I.V.. I sent Sgt. Kimsey to intake to get a full set of restraints for I/M Taylor. I/M Taylor was yelling the hole time about "you mother fuckers are trying to kill me". After about 10 minutes I/M Taylor calmed down and was more responsive to what was going on around him. After I/M Taylor calmed down Sgt. Kimsey went to intake an got the strip out restraints and we placed then on I/M Taylor so he could eat. After this was done I was relived so that I could start my Incident report. Shift Commander Notified. End of report nothing else follows at this time.

# Incident # 151545

Linked #    Created by

## FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007 07:39 pm**   By: **NEUHOLD, REBEKKA A**
Closed:                              By:

Incident Date: **09/20/2007**

Approx Time: **05:09 PM**                    Status: **Open**

Incident Type: **Injury/Illness**

Incident Location: **Clinic**

Misc. Location Info:

Summary: **Offender Taylor #94633 was acutely ill and uncooperative with medical/security treatment.**

---

Report:   **1**   by **NEUHOLD, REBEKKA A ( raneuhol )**         for Incident **151545**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

| Approximate Time of Incident: **05:09 PM** | Shift: **Swings** |
|---|---|
| Work Unit:**Clinical Services** | Days Off: **Sun, Mon,Tues** |

Suspected Gang Related: ☐              Evidence: ☐

| Docno: | Name: | Living Unit: | Pod Tier Cell Bunk |
|---|---|---|---|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SEG** | **SU 3 332 A** RFP |

| | |
|---|---|
| Report Rejected: ☐ | **Report**   Needs Approval ☑ |
| Report Approved: ☑ | Submitted: 09/20/07 08:06 PM |
| Report Voided: ☐ | **Duty Officer's Initiation of Investigation** |
| **Parole/Community/** | |
| **Shift Commander:** LARIMORE, JAMES R. ( j07204 ) | Charge:☐   **Duty Officer:** |
| **Date Approved:** 09/20/07 08:47 PM | Informational:☐   **Reviewed:** |

# Detailed Report on following Page

# Incident# 151545

## Report 1 detail by NEUHOLD, REBEKKA (raneuhol) for Incident 151545

---

On 9/20/2007 at approximately 1709 GP medline nurse called myself Rebekka Neuhold RN and Dianna Gilbert RN to respond to offender Taylor # 94633 as he had a dangerously low blood sugar and was disoriented. Upon arrival offender Taylor was not making sense when talking and had uncoordinated movements. Was escorted into clinic by SGT Newman. Offender was not cooperative with medical interventions in attempting to bring his blood sugar up. Numerous times he would begin yelling and abruptly stand up and state "I am not playing these fucking games with you people". Offender was getting very agitated at other GP offenders that he could see so I moved him further into the clinic. Offender still refusing to eat or drink anything. Offender was not coherent to actions or surroundings due to his acute illness and state of mind. Numerous times medical and security tried to explain to offender that his blood sugar was low and all we were trying to do was bring it back up so that he would feel better and then he could leave clinic. All of a sudden offender jumped up and began yelling and screaming profanities at medical and security staff. When asked to sit back down offender refused and charged security SGT Newman. Offender was out of control and throwing whole body all around. Ultron was used to calm offender and get him to sit back down. Back up was called for by Nurse Gilbert at 1717. Numerous security staff responded and offender was cuffed and taken into the ER room of the clinic. All during this time offender remained very agitated and uncooperative screaming at staff. Security had to restrain offender while an IV was started to bring blood sugar back up. Shortly after this the blood sugar started coming up and offender calmed down and began to become oriented to situation again. At approximately 1745 a tray of food was brought and offender ate. At 1805 offender was stable enough to move to observation room on 5-3. Provider Holt notified and gave orders to monitor offender closely in an observation cell through the night for any further drops in blood sugars and he would be seen in clinic on 9/21/2007.

# Incident # 151527

Linked #    Created by

## FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007 06:16 pm**    By: **GILBERT, DIANNA S**
Closed:    By:

Incident Date: **09/20/2007**

Approx Time: **05:10 PM**    Status: **Open**

Incident Type: **Injury/Illness**

Incident Location: **Clinic**

Misc. Location Info:

Summary: **Offender Taylor 94633 became combative in medical, back up called, and forced ised to restrain**

---

Report:   1    by **GILBERT, DIANNA S ( dxgilber )**    for Incident **151527**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:10 PM**    Shift: **Days**
Work Unit:**Clinical Services**    Days Off: **sun, mon, tues, wed**

Suspected Gang Related: ☐    Evidence: ☐

| Docno: | Name: | Living Unit: | Pod Tier Cell Bunk |
|--------|-------|--------------|---------------------|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SEG** | **A   2   239   A** **RFP** |

---

|  | Report Rejected: ☐ | **Report** | Needs Approval ☑ |
|--|--|--|--|
|  | Report Approved: ☑ |  | Submitted: 09/20/07 06:26 PM |
|  | Report Voided: ☐ | | |
| **Parole/Community/** | | **Duty Officer's Initiation of Investigation** | |
| **Shift Commander:** LARIMORE, JAMES R. ( j07204 ) | | Charge: ☐   **Duty Officer:** | |
| **Date Approved:** 09/20/07 08:01 PM | | Informational: ☐   **Reviewed:** | |

## Detailed Report on following Page

# Incident# 151527

## Report 1 detail by GILBERT, DIANNA (dxgilber) for Incident 151527

-----------------------------------------------------------------------------------------------------------------------------

On 9-20-07 about 1710, general pop med nurse phoned medical. Nurse stated to me, Dianna Gilbert,RN that offender Taylor 94633 was very ill. Nurse Neuhold and I went to the Medline to find offender Taylor disoriented. We asked offender to go into the clinic. Sgt. Newman escorted offender. Offender was unable to cooperate with medical, due to the acute illness. Offender began yelling and charging medical staff and security. When offender was told to sit down, he became agitated and stated."I ain't goona play this fuckin game." At 1717 I called for security backup. Offender was taken down and cuffs placed onto offender by security. Offender was taken into ER for acute medical treatment. About 1805 offender was stable and placed into observation cell.

# Incident # 151528

Linked #   Created by

## FORT LYON CORRECTIONAL FACILITY

Created: Sep 20, 2007 06:18 pm    By: BOONE, JAMES A
Closed:    By:

Incident Date: **09/20/2007**

Approx Time: **05:15 PM**      Status: **Open**

Incident Type: **Use of Force**

Incident Location: **Clinic**

Misc. Location Info: **CH 5-1 Medical**

Summary: **Inmate Taylor #94633 became combative in medical, back up was called, and the ultron utilized to gain control.**

---

Report: 1    by **BOONE, JAMES A ( jaboone )**      for Incident **151528**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:15 PM**      Shift: **Swings**
Work Unit:**Custody/Control**      Days Off: **Sun/Mon**

Suspected Gang Related: ☐      Evidence: ☐

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|--------|-------|--------------|-----|------|------|------|
| 94633  | TAYLOR, JONTAH C | FLCF/SEG | A | 2 | 239 | A |

**RFP**

---

| Report Rejected: ☐ | **Report** | Needs Approval ☑ |
|---|---|---|
| Report Approved: ☑ | | Submitted: 09/20/07 06:50 PM |
| Report Voided: ☐ | | |

**Parole/Community/**
**Shift Commander:** LARIMORE, JAMES R. ( j07204 )
**Date Approved:** 09/20/07 07:36 PM

**Duty Officer's Initiation of Investigation**
Charge: ☐    Duty Officer:
Informational: ☐    Reviewed:

# Detailed Report on following Page

# Incident# 151528

## Report 1 detail by BOONE, JAMES (jaboone) for Incident 151528

-------------------------------------------------------------------------------------------------------------------------

On 09-20-2007 at approximately 1715 I, (SGT Boone) responded to a back-up call in Medical. Upon entering medical I assisted Sgt Newman place wrist restraints on inmate Taylor, Jonathon #94633. Inmate Taylor placed his thumb through the cuffs and refused orders to stop resisting. I was able to pull inmate Taylor's thumb out of the cuff and secured the restraints to his wrist. Inmate Taylor was combative and refusing to comply with all verbal directions. COI Wingard, B. and COI Valerio where controlling Inmate Taylor's feet. Inmate Taylor was assisted to his feet and escorted to the Medical ER room. Inmate Taylor was assisted onto the gurney and medical staff gave inmate Taylor an IV due to his low Blood Sugar. I was instructed to report back to CH-5 at approximately 1720. I have no further knowledge of this incident. Shift Commander (Capt. Larimore) notified.

# Incident # 151546

Linked #    Created by

## FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007 07:39 pm**    By: **BRITTON, DONNY L**
Closed:                                By:

Incident Date: **09/20/2007**

Approx Time: **05:16 PM**                      Status: **Open**

Incident Type: **Injury/Illness**

Incident Location: **Clinic**

Misc. Location Info:

Summary: **Offender Taylor #94633 was non-compliant and aggressive towards staff. Offender was
restrained and given medical treatment**

---

Report:   1    by **BRITTON, DONNY L ( d02138 )**            for Incident **151546**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:16 PM**                     Shift: **Swings**
Work Unit:**Custody/Control**                          Days Off: **Sun-Mon**

Suspected Gang Related:  ☐              Evidence:  ☐

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|--------|-------|--------------|-----|------|------|------|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SEG** | **A** | **2** | **239** | **A** |

**RFP**

---

|  | Report Rejected: ☐ | **Report**   Needs Approval ✓ |
|--|--------------------|----------------------------|
|  | Report Approved: ✓ | Submitted: 09/20/07 07:58 PM |
|  | Report Voided: ☐ |  |
| **Parole/Community/** |  | **Duty Officer's Initiation of Investigation** |
| **Shift Commander:** LARIMORE, JAMES R. ( j07204 ) | | Charge: ☐   **Duty Officer:** |
| **Date Approved:** 09/20/07 08:11 PM | | Informational: ☐   **Reviewed:** |

# Detailed Report on following Page

# Incident# 151546

## Report 1 detail by BRITTON, DONNY (d02138) for Incident 151546

--------------------------------------------------------------------------------------------------------------------

On Thursday, September 20, 2007 at approximately 5:16 PM, I (Britton) responded to a back up call in the clinic area of building #5. Upon arrival Offender Taylor was being restrained due to being non-compliant and aggressive towards staff. Nurse Gilbert was consulted and information dictated that Taylor was in need of acute medical treatment. Taylor was moved to the treatment room and an I.V. was administered. As Taylor became more compliant he was given food which he did consume, then transported to segregation for observation. Taylor's conduct presented a security and safety concern for the facility and the staff. Medical was consulted and advised me Taylor may have more behavior problems due to his medical needs.

# Incident # 151528

Linked #    Created by

## FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007 06:18 pm**    By: **BOONE, JAMES A**
Closed:                                By:

Incident Date: **09/20/2007**

Approx Time: **05:15 PM**                    Status: **Open**

Incident Type: **Use of Force**

Incident Location: **Clinic**

Misc. Location Info: **CH 5-1 Medical**

Summary: **Inmate Taylor #94633 became combative in medical, back up was called, and the ultron utilized to gain control.**

---

Report: **1**    by **WINGARD, BRIAN G ( bgwingar )**         for Incident **151528**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:15 PM**                    Shift: **Days**
Work Unit:**Programs**                              Days Off: **Sunday, Monday**

Suspected Gang Related: ☐              Evidence: ☐

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|---|---|---|---|---|---|---|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SEG** | **SU** | **3** | **332** | **A** RFP |

---

| | Report Rejected: ☐ | **Report** | Needs Approval ☑ |
|---|---|---|---|
| | Report Approved: ☑ | | Submitted:  09/20/07 08:10 PM |
| | Report Voided: ☐ | | |
| **Parole/Community/** | | **Duty Officer's Initiation of Investigation** | |
| **Shift Commander:** LARIMORE, JAMES R. ( j07204 ) | | Charge: ☐    **Duty Officer:** | |
| **Date Approved:** 09/20/07 09:31 PM | | Informational: ☐    **Reviewed:** | |

# Detailed Report on following Page

# Incident# 151528

## Report 1 detail by WINGARD, BRIAN (bgwingar) for Incident 151528

---

On 09/20/07 at approx. 1700 hours I C/o Brian Wingard responded to a back up call in the 5-1 medical station. When I arrived I observed inmate Jontah Taylor #94633 on the ground face down being cuffed by Sgt. Newman. Sgt. Newman was giving the offender loud verbal commands to stop resisting. I secured offender Taylors legs by crossing them and holding them down so he couldn't kick anyone. The offender seemed very distressed and was yelling and not acknowledging our comands. At that time I heard Lt. Brittain say to go gentle on the offender that he is a diabetic and is low on sugar. Once the Inmate was cuffed up myself along with Sgt. Newman, Sgt. Kimsey, and Sgt. Boone picked him up and took him to a medical room where we laid the offender on a bed so medical could run an IV to get his sugar back up. He was non compliant at first but then calmed down and relaxed after his blood sugar started to rise. The offender was then put in full restraints so he could eat to help get his blood sugar back up and when he was finished with his meal he was escorted to Segregation where medical could observe him for the night. We had no more problems with the offender. Shift Commander was on site.     EAR

# Incident # 151528

Linked #    Created by

## FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007 06:18 pm**    By: **BOONE, JAMES A**
Closed:                              By:

Incident Date: **09/20/2007**

Approx Time: **05:15 PM**                    Status: **Open**

Incident Type: **Use of Force**

Incident Location: **Clinic**

Misc. Location Info: **CH 5-1 Medical**

Summary: **Inmate Taylor #94633 became combative in medical, back up was called, and the ultron utilized to gain control.**

---

Report:   **1**    by **VALERIO, GERALD W ( gwvaleri )**             for Incident **151528**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **05:15 PM**                  Shift: **Swings**
Work Unit: **Custody/Control**                         Days Off: **Sun/Mon**

Suspected Gang Related: ☐              Evidence: ☐

| Docno: | Name: | Living Unit: | Pod Tier Cell Bunk |
|--------|-------|--------------|--------------------|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SEG** | **SU   3   332   A**  RFP |

---

Report Rejected: ☐                **Report**    Needs Approval ☑
Report Approved: ☑                         Submitted: 09/20/07 08:11 PM
Report Voided: ☐

**Parole/Community/**                      **Duty Officer's Initiation of Investigation**
**Shift Commander:** LARIMORE, JAMES R. ( j07204 )    Charge: ☐    Duty Officer:
**Date Approved:** 09/20/07 09:37 PM         Informational: ☐    Reviewed:

# Detailed Report on following Page

# Incident# 151528

## Report 1 detail by VALERIO, GERALD (gwvaleri) for Incident 151528

---------------------------------------------------------------------------------------------------------------------------------

On 09/20/2007 at approximately 1730 I ( C/O Valerio ) responded to a back up call in 5-1 medical clinic. When I arrived offender Taylor # 94633 was on the floor and was already handcuffed. At this time offender Taylor began to kick his legs and was yelling very loud at medical staff. I then took hold of one of offender Taylor's legs and officer B. Wingard took hold of the other while holding his legs we were giving offender Taylor loud verbal commands to calm down and stop resisting. At this time myself, Sgt. Newman, Sgt. Boone, and officer B. Wingard escorted offender Taylor to the medical exam room. While in the medical exam room offender Taylor was still very aggressive and yelling, we had to hold the offender down on the gurney so that medical staff could evaluate the offender for a medical condition. I then went to food service to get offender Taylor some food because his blood sugar was too low.

## Mike Romero - Tips phone call

**From:** Mike Romero
**To:** Arellano, Michael; Smith, Cheryl
**Date:** 9/26/2007 1:41 PM
**Subject:** Tips phone call

Staff~

After reviewing the phone call by offender Taylor, Jontah #94633. he was very inconsistent with who was threaten him as well as being incoherent during the use of force and doesn't know of his own behavior. His medication continues to be regulated by medical staff and adjusted if needed.  In conclusion there is no apparent mistreatment toward offender Taylor by medical staff or correctional staff. Thanks Mike Romero

Major Mike Romero
Custody Control Manager
Fort Lyon Correctional Facility
719-456-3559 - office
719-431-0106- Blackberry

FLCF Form 100-07A (05/05)

## FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | Taylor, Jontah | | | DOC #: | 94633 | |
|---|---|---|---|---|---|---|
| Cell house/Cell Assignment: | | Ch-5 | | Custody Level: | | Medium |
| Date of Incident: | 9/25/07 | | | Time of Incident: | | 1130 hrs |
| Location of Incident: | | 5-1 Clinic | | | | |
| Employee Name: | | Lt. Cory Burket | | Work Assignment: | | FLCF Intel Officer |
| | | *(Print Clearly-First & Last Name)* | | | | |

### Summary: (Specific details of incident-who, what, when, where, why)

At approximately 1130 hrs on September 25, 2007 I, Lt. Burket interviewed offender Taylor, Jontah #94633 in reference to a phone call he made. In this phone call offender Taylor makes claims he is being mistreated by medical staff and correctional staff. This incident he refers to happened on September 20, 2007. He complains that he knows he was tasered by Sgt. Newman and since he is diabetic he should never have been restrained by staff. Taylor says though that he does not remember exactly what happened. He tells me that Sgt. Newman told him he tasered him. He says he made the phone call on the tips line because medical changed the way they are managing his insulin and they gave him a new kind of insulin. This he says caused his episode resulting in staff using force to control his behavior. Offender Taylor now claims his life is in jeopardy because staff will not provide him with the proper medicine to manage his diabetes and because other staff continue to make comments about him being tasered. He continues to say there were several offenders that witnessed this incident and mentions offender Bryant, Lamar #115190, Snider, Thomas #57207. However, he says he only remembers that he was feeling ill and believes Sgt. Newman forced him to spit up his sugar tablets. He states he tried to convince the staff to wait for the sugar to work but was told no. He then states that he has no recollection of the incident other than he saw a light go toward his chest. After he saw this "light" he states he was incoherent until he was being restrained by Officer Wingard and Sgt. Newman on the hospital bed with an IV in his arm. Offender Taylor did say that he was not sure what his behavior was like during this incident. I questioned Taylor about what staff are saying to him that made him upset and he could not recall any comments but knows they are harassing him. He also was defensive while I interviewed him. When I questioned him concerning his behavior he became agitated and says staff were still in the wrong. Since he has no recollection of what happen I asked what he has been told he did and he states, "Nothing, no one has told me nothing." This offender continues to be concerned only that force was used toward him and feels staff were excessive in doing so. He could not provide names of all the offenders that he claims witnessed this incident.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_____     _____
EMPLOYEE SIGNATURE     EMPLOYEE #          DATE   9/25/07

_____     _____
SHIFT COMMANDER     EMPLOYEE #          DATE

### STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:

Informational

Refer to Disciplinary Officer for review ____

Refer to Intelligence/Gang Officer ____

Refer to Internal Classification Officer ____

Refer to _____          _____
                                Staff Duty Officer Signature          Date

Printed by: cjburket

NAME: **TAYLOR, JONTAH C.**

Report Date: 09/25/2007

DOC #: **94633**     **MEDIUM**

INC #: **2**     DOB: **01/28/1976**

SS #:     NEXT PAROLE HRG: 01-2009

FBI #: 855921XA3     PAROLE ELIGIBILITY: 03/22/2009     MANDATORY RELEASE: 09/22/2015     DATE RECIEVED:

SID #: 747922     PAROLE TERMINATION:     SENTENCE DISCHARGE:     RELEASE DATE:

## ALIASES

| AKA / Alias |
|---|
| CHEETA, |
| TAYLOR, JON-TA |
| TAYLOR, JON-TAH C |

## MOVEMENT

| Facility | Living Unit | Location | Move Date / Time | Type |
|---|---|---|---|---|
| FT LYON | FLCF/SMNU | PRES FACIL | 09/21/2007 16:02 | I |
| FT LYON | FLCF/SEG | PRES FACIL | 09/20/2007 18:41 | I |
| FT LYON | FLCF/BLDG5 | PRES FACIL | 12/09/2006 16:36 | I |
| FT LYON | FLCF/BLDG4 | AV REG MED | 12/09/2006 13:35 | I |
| FT LYON | FLCF/BLDG4 | PRES FACIL | 12/06/2006 10:39 | I |
| FT LYON | FLCF/SEG | PRES FACIL | 11/26/2006 18:35 | I |

*** Only Moves that ocurred within six months of Offender's most recent move are displayed ***

## CRIMES \ SENTENCES

| | Offense | Docket # | Off Dtd | Sent # | Type | Min Sent(s) | MAX Sent(s) | County | | Status Felony Cls Incrno |
|---|---|---|---|---|---|---|---|---|---|---|
| z | ROBBAGG ATTEMPT | 03CR4869 | 10/29/2003 | 3 | IN | 13 - 0 - 0 | 13 - 0 - 0 | EL PASO | A | 4 | 2 |
| 1 | ROBB | 97CR912 | 03/09/1997 | 1 | IN | 5 - 0 - 0 | 5 - 0 - 0 | EL PASO | D | 4 | 1 |
| | *PAROLE SENTENCE* | | | 2 | PO | 3 - 0 - 0 | 3 - 0 - 0 | | D | | 1 |

Off #: Offense Number     Status: Sentence Status (A & R = Active, P = Paroled on Mandatory Sentence, D = Discharged, V = Vacated, H = Held in Abeyance, M = Merged)

Sent #: Sentence Number (A crime may have multiple sentences of the same or different types)     Type: Sentence Type (IN = Incarceration, PO = Parole, YO = Youthful Offender Sentence)

## DISCIPLINARY OFFENSES

| Case # | Offense Dt | Hearing Dt | Facility | Crime | Sanction | Action | Days | Prob Date | Fin Cd | Cnv |
|---|---|---|---|---|---|---|---|---|---|---|
| 070250 | 11/26/2006 | 12/12/2006 | FT LYON | THREATS | PUNSG | ENFRC | 10 | | A | II13 |
| 050182 | 07/29/2004 | 08/12/2004 | ARK VALLEY | UNAUTHPOSS | LSTPV | PROBD | 30 | 10/10/2004 | A | II19 |

## OFFENDER BIO

| FACILITY: **FT LYON** | CASE MANAGER/PAROLE OFFICER: **DELEON, KENNETH** |

AGE: **31**

BIRTHPLACE: **INDIANAPOLIS, IN.**

GENDER: **MALE**          HEIGHT: **5' 04"**          EYES: **BLUE**          MARITAL STATUS: **SINGLE**

ETHNICITY: **BLACK**          WEIGHT: **140**          HAIR: **BROWN**          RELIGION: **PROTESTANT**

NOTES: **POTENTIAL FOR VIOLENCE/MENTAL HEALTH AND MEDICAL NEEDS-DIABETIC**

SCARS / MARKS / TATTOOS: **RUOA-ANN;LUOA-JON TA.**

## EMERGENCY CONTACT(S)

PEARL SKINNER, GRANDPARENT, 819 HADEN DRIVE, COLO SPRINGS, CO, USA;  Home: 719-636-1024, ENTERED AT AVCF INTAKE ON 06/28/04..

# Incident # 151527

Linked #    Created by

## FORT LYON CORRECTIONAL FACILITY

Created: **Sep 20, 2007  06:16 pm**    By: **GILBERT, DIANNA S**
Closed:                                By:

Incident Date: **09/20/2007**

Approx Time: **05:10 PM**                          Status: **Open**

Incident Type: **Injury/Illness**

Incident Location: **Clinic**

Misc. Location Info:

Summary: **Offender Taylor 94633 became combative in medical, back up called, and forced ised to restrain**

---

Report:   **1**    by **GILBERT, DIANNA S ( dxgilber )**          for Incident **151527**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**
Approximate Time of Incident   **05:10 PM**                      Shift: **Days**
Work Unit:**Clinical Services**                       Days Off: **sun, mon, tues, wed**

Suspected Gang Related: ☐                    Evidence: ☐

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|--------|-------|--------------|-----|------|------|------|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SMNU** | **A** | **2** | **239** | **A** **RFP** |

| Report Rejected: ☐ | Report | Needs Approva ✓ |
|---|---|---|
| Report Approved: ✓ | | Submitted:  09/20/07 06:26 PM |
| Report Voided: ☐ | | |

**Parole/Community/**
**Shift Commander:** LARIMORE, JAMES R. ( j07204 )
**Date Approved:** 09/20/07 08:01 PM

| | Duty Officer's Initiation of Investigation |
|---|---|
| Charge: ☐ | **Duty Officer:**TRUJILLO, ALBERT J. ( ajtru |
| Informational: ✓ | **Reviewed:** 09/21/07 08:22 AM |

## Detailed Report on following Page

# Incident# 151527

## Report 1 detail by GILBERT, DIANNA (dxgilber) for Incident 151527

------------------------------------------------------------------------------------------------------------

On 9-20-07 about 1710, general pop med nurse phoned medical. Nurse stated to me, Dianna Gilbert,RN that offender Taylor 94633 was very ill. Nurse Neuhold and I went to the Medline to find offender Taylor disoriented. We asked offender to go into the clinic. Sgt. Newman escorted offender. Offender was unable to cooperate with medical, due to the acute illness. Offender began yelling and charging medical staff and security. When offender was told to sit down, he became agitated and stated."I ain't goona play this fuckin game." At 1717 I called for security backup. Offender was taken down and cuffs placed onto offender by security. Offender was taken into ER for acute medical treatment. About 1805 offender was stable and placed into observation cell.

# Incident # 151528

Linked #  Created by  **FORT LYON CORRECTIONAL FACILITY**

Created: **Sep 20, 2007 06:18 pm**    By: **BOONE, JAMES A**
Closed:                                By:

Incident Date: **09/20/2007**

Approx Time: **05:15 PM**                            Status: **Open**

Incident Type: **Use of Force**

Incident Location: **Clinic**

Misc. Location Info: **CH 5-1 Medical**

Summary: **Inmate Taylor #94633 became combative in medical, back up was called, and the ultron utilized to gain control.**

---

Report:  **1**    by **WINGARD, BRIAN G ( bgwingar )**          for Incident **151528**
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident  **05:15 PM**                  Shift: **Days**
Work Unit: **Programs**                                Days Off: **Sunday, Monday**

Suspected Gang Related: [ ]              Evidence: [ ]

| Docno: | Name: | Living Unit: | Pod Tier Cell Bunk |
|--------|-------|--------------|--------------------|
| **94633** | **TAYLOR, JONTAH C** | **FLCF/SMNU** | **SU  3  332  A** **RFP** |

| Report Rejected: [ ] | **Report** Needs Approval ✓ |
|---|---|
| Report Approved: ✓ | Submitted: 09/20/07 08:10 PM |
| Report Voided: [ ] | **Duty Officer's Initiation of Investigation** |
| **Parole/Community/** | Charge: [ ]  **Duty Officer:** TRUJILLO, ALBERT J. ( ajtru |
| **Shift Commander:** LARIMORE, JAMES R. ( j07204 ) | Informational: ✓  **Reviewed:** 09/21/07 02:43 PM |
| **Date Approved:** 09/20/07 09:31 PM | |

# Detailed Report on following Page

# Incident# 151528

## Report 1 detail by WINGARD, BRIAN (bgwingar) for Incident 151528

------------------------------------------------------------------------------------------------------------------------

On 09/20/07 at approx. 1700 hours I C/o Brian Wingard responded to a back up call in the 5-1 medical station. When I arrived I observed inmate Jontah Taylor #94633 on the ground face down being cuffed by Sgt. Newman. Sgt.Newman was giving the offender loud verbal commands to stop resisting. I secured offender Taylors legs by crossing them and holding them down so he couldn't kick anyone. The offender seemed very distressed and was yelling and not acknowledging our comands.At that time I heard Lt. Brittain say to go gentle on the offender that he is a diabetic and is low on sugar. Once the Inmate was cuffed up myself along with Sgt.Newman, Sgt.Kimsey, and Sgt. Boone picked him up and took him to a medical room where we laid the offender on a bed so medical could run an IV to get his sugar back up. He was non compliant at first but then calmed down and relaxed after his blood sugar started to rise. The offender was then put in full restraints so he could eat to help get his blood sugar back up and when he was finished with his meal he was escorted to Segregation where medical could observe him for the night. We had no more problems with the offender. Shift Commander was on site.    EAR