# Incident # 151243

### FORT LYON CORRECTIONAL FACILITY

Linked #    Created by

Created: Sep 19, 2007 05:38 pm     By: RHEINHEIMER, ALICIA M
Closed:                             By:

Incident Date: **09/19/2007**

Approx Time: **04:45 PM**     Status: **Open**

Incident Type: **Sanitary Violation**

Incident Location: **Food Service**

Misc. Location Info:

Summary: Offender Stuart#87437 had a bowel movement on himself and trailed it from the south chow hall into the kitchen.

---

Report: 1   by RHEINHEIMER, ALICIA M ( amrheinh )   for Incident 151243
Officers Facility: **FORT LYON CORRECTIONAL FACILITY**

Approximate Time of Incident: **04:45 PM**     Shift: **Swings**
Work Unit: **Food Service**                    Days Off: **sun/mon**

Suspected Gang Related: ☐     Evidence: ☐

| Docno | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|---|---|---|---|---|---|---|
| 87437 | STUART, RAYMOND A | FLCF/SMNU | D | 3 | 314 | A |

Report Rejected: ☐
Report Approved: ☑
Report Voided: ☐

Report   Needs Approval ☑
Submitted: 09/19/07 06:15 PM

**Parole/Community/**
**Shift Commander:** BRITTON, DONNY L. ( d02138 )
Date Approved: 09/19/07 09:23 PM

**Duty Officer's Initiation of Investigation**
Charge: ☐   Duty Officer: LOSEY, RANDY A. ( r10507 )
Informational: ☑   Reviewed: 09/20/07 04:30 AM

## Detailed Report on following Page

Exhibit B #4

# Incident# 151243

## Report 1 detail by RHEINHEIMER, ALICIA (amrheinh) for Incident 151243

---

On 9/19/07 at approximate 1645 I (Sgt Rheinheimer) was informed by an offender that offender Stuart, Raymond # 87437 had a problem. I observed Offender Stuart leaving a trail of human feces from his wheel chair. I asked Offender Stuart if he had messed himself and he said "yes". I then told Offender Stuart not to move and to stay where he was. I cleared the area of Offenders because of the biohazard us area. The area effected was the south dinning hall and the south serving line as well at the area to the west of the Office.

I notified Lt. Labazzetta of the incident. Lt. Labazzetta called up to building 5 and asked for the Offenders that does the biohazard clean up. Offender Deskins, Gerald #65813 came to the Food Service area and cleaned the areas that were effected and exposed to the human feces. Offender Stuart was waiting to be moved from the kitchen when at 1743 he began to secrete human feces again and also urinated in his chair and on the floor.

Once the area was cleaned and sanitized we resumed normal feeding. Feeding began at 1745.

FLCF Form 100-07A (07/04)

## F( T LYON CORRECTIONAL FACIL( ′
## INCIDENT REPORT FORM

Inmate Name: NA  
DOC #: NA  
Cellhouse/Cell Assignment: NA  
Custody Level: NA  
Date of Incident: 09/19/07  
Time of Incident:  
Location of Incident: Entrance to the south side kitchen  
Employee's Name: Lt. Labazzetta  
(Print Clearly)  
Work Assignment: Food service  

**Summary:** (Specific details of incident - who, what, when, where, why)

On 09/19/07, at approximately 1730 hrs, Medical staff Justin Cline and R. Neuhold came into the kitchen. They had been called, by the Shift Commander, to escort offender Stuart, D.O.C.87437, back to the cell house. Offender Stuart works in the kitchen and he had a bowel movement in his chair. When R. Neuhold walked in she immediately yelled out, " Stuart, what the fuck, you shit on yourself, and now you piss too. Your causing a facility disruption. I should make you clean it up!" There were approximately twenty offenders in the kitchen who witnessed , what I considered verbal abuse. There were also four staff members, CO Gauna , CO Daniels, Sgt. Rheinhiemer, and Sgt. Tafoya, who heard her screaming at the offender. I heard some gasps and I noticed some cringing from both staff and offenders. I believed that if I did not say or do something this situation could have escalated in to something serious. I , approached Ms. Neuhold and quietly asked, " could I please speak to you in the office?" She followed me into the office and I said," please don't talk to that offender like that, that is not a professional way to handle it." Ms. Neuhold said, ok and walked back to offender Stuart and escorted him out of the kitchen. I called Captain Chapman and explained the situation. The Shift Commander, Captain Larimore, came and spoke to me about the way this was handled. He explained to me that the next time a situation occurs in the kitchen, I need to call him and he will handle the situation. End of Report

Staff c/o Gauna  
c/o Daniels ✓  
Sgt Rhein. ✓  
Sgt Tafoya ✓  

I certify that aforementioned incident and summary are true and correct to my knowledge.

EMPLOYEE SIGNATURE            09/19/07  
                              DATE  

SHIFT COMMANDER               9/19/07  
                              DATE  

Original: Custody/Control Manager

FLCF Form 100-07A (05/05)

## ORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | Stuar | | DOC #: | 87437 | |
|---|---|---|---|---|---|
| Cellhouse/Cell Assignment: | 5-3 | | Custody Level: | | |
| Date of Incident: | 9/19/2007 | | Time of Incident: | 1730 | |
| Location of Incident: | Food Service | | | | |
| Employee Name: | Rebekka Neuhold | | Work Assignment: | Clinical Services | |
| | (Print Clearly-First & Last Name) | | | | |

Summary: (Specific details of incident-who, what, when, where, why)

I Rebekka Neuhold was called by Lt Labezzetta to come to dining room and deal with offender Stuart and the feces/urine incident. Offender Stuart has a history of doing this when he is reprimanded or denied something. Offender Stuart started laughing at the incident and I stated back to offender "What the hell, Stuart". Offender then started making light of what he had done and I got upset with him telling him that it was a big deal and that he was causing a scene. I do not know what I said exactly. At this time Lt Labezzetta pointed at me and stated "you, what is your name, come here" and pointed to the office in food service. She did this in front of numerous staff and offenders. Once in the office she told me "that we do not talk to offenders like that, it is not appropriate to cuss at the offenders, you need to treat them with respect" I acknowledged this and went back to assisting getting the offender out of the dining room so normal facility operations could resume. CPT Larimore and HSA Lastrella notified of incident.

I certify that aforementioned incident and summary are true and correct to my knowledge.

EMPLOYEE SIGNATURE    EMPLOYEE # 14620    DATE 9/19/2007

SHIFT COMMANDER    EMPLOYEE #    DATE 9/19/07

STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:

Informational ___
Refer to Disciplinary Officer for review ___
Refer to Intelligence/Gang Officer ___
Refer to Internal Classification Officer ___
Refer to _____

Staff Duty Officer Signature    Date

FLCF Form 100-07A (05/05)

## FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | Stuart, Raymond | | DOC #: | 87437 |
|---|---|---|---|---|
| Cellhouse/Cell Assignment: | | | Custody Level: | |
| Date of Incident: | 9/19/07 | | Time of Incident: | 1630 |
| Location of Incident: | Food service | | | |
| Employee Name: | Sgt Rheinheimer | | Work Assignment: | |
| | *(Print Clearly-First & Last Name)* | | | |

**Summary:** (Specific details of incident-who, what, when, where, why)

On 9/19/07 at approximate 1630 I (Sgt Rheinheimer) was in the food service office starting my report on offender Stuart,Raymond #87437 ( Sanitary violation incident 151243). When I heard this loud ladies voice say "What the fuck happened, first you shit your self and then you pissed your self. I should make you clean this shit up yourself. That is when I look out side the office door to see what was going on and I realized it was nurse Neuhold directing this language toward offender Stuart.

I then looked at Lt. Labazzatta to see if she was going to do any thing about this staff member's unprofessional language and approach to the situation at hand. That is when the Lt. asked the nurse if she could speak with her in the office. The Lt. Left the door ajar and I heard the Lt. say, "could you please not speak to offenders in that way." Neuhold replied with a simple okay and went about her work as well as the Lt.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_Sgt Rheinheimer_  13929                                          9-19-07
EMPLOYEE SIGNATURE   EMPLOYEE #                                   DATE

_[signature]_                                                      9-19-07
SHIFT COMMANDER   EMPLOYEE #                                      DATE

**STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:**

Informational                                    ____
Refer to Disciplinary Officer for review         ____
Refer to Intelligence/Gang Officer               ____
Refer to Internal Classification Officer         ____
Refer to _____                        Staff Duty Officer Signature        Date

FLCF Form 100-07A (05/05)

## FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | | DOC #: | |
|---|---|---|---|
| Cellhouse/Cell Assignment: | Building 6 | Custody Level: | |
| Date of Incident: | 9-19-07 | Time of Incident: | Approx. 1730 |
| Location of Incident: | Kitchen | | |
| Employee Name: | Nathan Gauna  13132 *(Print Clearly-First & Last Name)* | Work Assignment: | Custody Control |

**Summary:** (Specific details of incident-who, what, when, where, why)

On 9-19-07 At approximately 1730 CNA Newhold arrived at the chow hall and questioned offender Stuart about defecating in the chow hall and kitchen. I didn't hear the whole thing, but it was about making offender Stuart clean up after him self. Then Lt Labazetta asked Ms. Newhold to talk with her in her office. I then exited the chow hall to the dinning area.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_____   9-19-07
EMPLOYEE SIGNATURE   EMPLOYEE #    DATE

_____   9-19-07
SHIFT COMMANDER   EMPLOYEE #    DATE

**STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:**

Informational  ___
Refer to Disciplinary Officer for review  ___
Refer to Intelligence/Gang Officer  ___
Refer to Internal Classification Officer  ___
Refer to_____

Staff Duty Officer Signature    Date

FLCF Form 100-07A (05/05)

# FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| | | | |
|---|---|---|---|
| Inmate Name: | N/A | DOC #: | N/A |
| Cellhouse/Cell Assignment: | N/A | Custody Level: | N/A |
| Date of Incident: | 9-19-07 | Time of Incident: | 1630 |
| Location of Incident: | Food service | | |
| Employee Name: | Howard tafoya 11003 | Work Assignment: | Food service |
| | *(Print Clearly-First & Last Name)* | | |

**Summary:** (Specific details of incident-who, what, when, where, why)

On Wednesday September 19, 2007 at approx 1630 medical staff came into the kitchen because Offender Stuart 87437# had an accident he had a bowel movement and messed his pants it was so bad it was coming out onto the floor. Nurse Neuhold told Offender Stuart ( what the fuck you shit your self and pissed on your self to, What the shit I should make you clean the shit up your self.) that is when LT Labazzatta came out of the office and asked if she could talk to the nurse in the office. After the nurse came out of the office they continued to get offender Stuart ready to go back to the unit.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_Howard Tofr_  11003                     9-19-07
EMPLOYEE SIGNATURE   EMPLOYEE #        DATE

_[signature]_                            9-19-07
SHIFT COMMANDER   EMPLOYEE #            DATE

**STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:**

Informational                              ____
Refer to Disciplinary Officer for review   ____
Refer to Intelligence/Gang Officer         ____
Refer to Internal Classification Officer   ____
Refer to _____                   

_____
Staff Duty Officer Signature    Date

FLCF Form 100-07A (05/05)

## FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | N/A | | DOC #: | N/A |
|---|---|---|---|---|
| Cellhouse/Cell Assignment: | N/A | | Custody Level: | N/A |
| Date of Incident: | 9-19-07 | | Time of Incident: | Approx 1800 |
| Location of Incident: | Food Service | | | |
| Employee Name: | James Larimore | | Work Assignment: | C/C Swing Shift |
| | *(Print Clearly-First & Last Name)* | | | |

**Summary:** (Specific details of incident-who, what, when, where, why)

At approx 1800, Wednesday evening, 9-19-07 I, Captain Larimore, was contacted by Nurse Neuhold requesting to speak to me in private. I responded to Ch 5 3rd floor where Nurse Neuhold had stated she was very upset and felt like she had been put on the spot and embarrassed by Lt Labazzetta. She had stated that Labazzetta had confronted her immediately after Neuhold confronted Offender Stewert about him defecating and urinating himself and trailing it throughout the dining hall and kitchen area. Neuhold stated to me that she had approached Stewart in an aggressive manor but not recall what was said exactly. Neuhold stated that Labazzetta approached her asking her to step into the FS office were she proceeded to question the conduct displayed from Neuhold towards offender Stuart. Neuhold stated that Labazzetta confronted her in the presence of numerous staff and offenders.

I, Captain Larimore, proceded to FS and spoke to Labazzetta and informed her that a staff member made allegations that she, Labazzetta, questioned the conduct being displayed towards an offender. Labazzetta then stated that Nurse Neuhold was verbally abusive and unprofessional towards offender Stewart and she felt it necessary to confront her and correct her conduct. I, Captain Larimore asked Labazzetta at what point was she going to inform the Shift Commader? She stated she was not going to because she was following her chain of command. When asked to re-iterate what she meant she stated she had spoke to Captain Chapman after she confronted Neuhold and was given specific instructions by Capt Chapman that she was not to contact the Shift Commander but to do a report and send it to Paul Lastrella. I, Larimore, repeated her statement regarding instructions from Chapman not to inform the shift commander and she again said yes, that's what she was told. I informed Labazzetta that prior to confronting any staff member she is to contact the shift commander for direction. Situations involving staff must be delt with using a specific tact that they can become sensitive based on allegations being made. Lt Labazzetta began to question what was being instructed to her and responded by stating where does it state in the AR that she has to contact the Shift Commander prior to her addressing an issue she feels inappropriate and unprofessional? I, Larimore, informed her that AR or not I am instructing her that she will follow that procedure. If a situation involves a staff member out of her chain of command and does not pose an imminent threat or danger she will get direction from the on call shift commander. I, Larimore, instructed her to complete a hard copy report and submit to me.

After I received the report I contacted Neuhold and spoke to her. I informed her that she would be spoken to regarding code of conduct and professionalism. She was very concerned as what consequences she was facing. She was told to be honest, mistakes occur it how you react in a proactive manor to ensure it does not happen again.

Major Romero and then Paul Lastrell were contacted and updated. Reports written by all staff involved.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_____     9-19-07
EMPLOYEE SIGNATURE  EMPLOYEE #     DATE

_____     _____
SHIFT COMMANDER  EMPLOYEE #         DATE

**STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:**

Informational                              ____
Refer to Disciplinary Officer for review   ____
Refer to Intelligence/Gang Officer         ____
Refer to Internal Classification Officer   ____
Refer to _____           ____     _____
                                                    Staff Duty Officer Signature   Date

FLCF Form 100-07A (05/05)

# FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | Informational | | DOC #: | |
|---|---|---|---|---|
| Cellhouse/Cell Assignment: | n/a | | Custody Level: | n/a |
| Date of Incident: | 09-19-2007 | | Time of Incident: | 1750 |
| Location of Incident: | Building 6 Dinning Hall | | | |
| Employee Name: | Daniels, Troy  9410 | | Work Assignment: | Programs / Recreation |
| | *(Print Clearly-First & Last Name)* | | | |

**Summary:** (Specific details of incident-who, what, when, where, why)

On 09-19-2007 at 1750 I (Officer T. Daniels) was in building 6 Food Service monitoring a biohazard incident. Offender Stuart, Raymond #87437 had defecated on the floor. While we were waiting for Medical staff to show up we had Offender Stuart stay where he was so that he would not spread his human feces through the dinning hall.

Staff members Cline and Newhold came to the dinning hall from medical. Staff member Newhold started verbally abusing Offender Stuart. She came in the dinning hall and said "What the fuck Stuart why you shitting you self and holding up chow.". She also state along the lines of Why didn't you get a fucking dipper. At that time Lt. Labazzetta pulled staff member Newhold into the office to speak with her. I then went to the front of the chow hall to let medical do their job.

Staff member Cline said nothing to Offender Stuart.

I certify that aforementioned incident and summary are true and correct to my knowledge.

Daniels, Troy       9410           09-19-2007
EMPLOYEE SIGNATURE   EMPLOYEE #    DATE

_____       _____      9-19-07
SHIFT COMMANDER      EMPLOYEE #    DATE

**STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:**

Informational                                   ____
Refer to Disciplinary Officer for review        ____
Refer to Intelligence/Gang Officer              ____
Refer to Internal Classification Officer        ____
Refer to _____                        ____

Staff Duty Officer Signature      Date

FLCF Form 100-07A (05/05)

## FORT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| Inmate Name: | Stuart | DOC #: | 87437 |
|---|---|---|---|
| Cellhouse/Cell Assignment: | 5-3 | Custody Level: | n/a |
| Date of Incident: | 9/19/2007 | Time of Incident: | 1730 |
| Location of Incident: | Food Service | | |
| Employee Name: | Justin Klein | Work Assignment: | SMNU |
| | *(Print Clearly-First & Last Name)* | | |

**Summary:** (Specific details of incident-who, what, when, where, why)

On September 19, 2007, at approximately 1730. I, Justin Klein CNA, was in the kitchen with nurse Neuhold to escort offender Ray Stuart #87437 back to his cell. When we got there nurse Neuhold started to yell at offender Stuart. I don't recall what was said other than Stuart was causing a facility disruption. Stuart was taken upstairs and cleaned. There was nothing inappropriately said that I was aware of.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_Justin C. Kl._ #13785          9-19-07
EMPLOYEE SIGNATURE   EMPLOYEE #          DATE

_____   _____          _____
SHIFT COMMANDER        EMPLOYEE #            DATE

**STAFF DUTY OFFICER'S INITIATION OF INVESTIGATION AND COMMENTS:**

Informational                                    _____
Refer to Disciplinary Officer for review         _____
Refer to Intelligence/Gang Officer               _____
Refer to Internal Classification Officer         _____
Refer to _____

_____          _____
Staff Duty Officer Signature           Date

**From:** Cheryl Smith
**To:** Paul Lastrella
**Subject:** Nurse Neuhold

Paul - per our previous conversations, I am in need of documentation from you regarding the counseling that was provided to Nurse Neuhold regrading the incident with Offender Stewart. As you are aware per our conversation this morning, I am preparing a document this morning to submit for Mr. Arellano's approval and this documentation is an important component of the topic. Please help.

**CC:** Debra Foster; Michael Arellano

# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS
Fort Lyon Correctional Facility
Michael Arellano, Warden
30999 CR 15
P.O. Box 1000
Fort Lyon, CO 81038
Phone: (719) 456-2288
Fax:    (719) 456-3211
Web:    www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

DATE:   October 24, 2007

TO:     Michael Arellano, Warden
        Cheryl Smith, Associate Warden

FROM:   Paul Lastrella, HSA

RE:     Rebekka Neuhold

On September 20, 2007 I personally counseled Ms. Rebekka Neuhold, R.N. regarding an incident that took place in the food service area on September 19, 2007. According to Ms. Neuhold, Offender Stuart DOC# 87437 was in the food service area when he soiled himself. Ms. Neuhold states that offender Stuart proceeded to continue to spread his feces and urine all over the dining facility by refusing to be stationary, she further stated that offender Stuart started laughing on the situation. At that point Ms. Neuhold admits losing her temper and verbally reprimand offender Stuart in a most abrasive way. Ms. Neuhold realizes that her action towards offender Stuart was unnecessary and stated will make sure that similar situation will be handle differently. She further states that one of the officers, Lt. Labazetta was present during that time and overheard what was said. Lt. Labazetta reprimands Ms. Neuhold in front of offender Stuart and other offenders by pointing her finger to Ms. Neuhold and demanded her to come to her office while in the middle of taking care of offender Stuart which causes extended modified operation. I informed Ms. Neuhold to maintain high level of professionalism at all times.

Cc: Ms. Rebekka Neuhold

**From:** Paula Archuleta
**To:** Cheryl Smith; Robinette, Curtis
**Date:** 9/21/2007 3:49 PM
**Subject:** Re: Raymond Stuart #87437

I evaluated offender Raymond Stuart #87437 and he is mentally alert and stable. Mr. Stuart became ill and accidently defecated and urinated on himself in the kitchen after taking prescribed medication. He occasionally has problems controlling his bowel and bladder. If there are any further questions, please contact me at ext. 3589. Thanks. P Archuleta

WARDEN'S OFFICE
[illegible] 2007
[illegible] CORRECTIONAL FACIL[ITY]

9/24/07
Wendy - to have him
Curtis is to [be?] reassigned
reviewed for security
He was removed from health care.
CS

```
= INMATE SCHED ======== QUERY OFFENDER PROGRAMS ========== 10/19/2007 = Page   1
Doc No: 87437    Name: STUART, RAYMOND A                  FLCF/SMNU  PRES FACIL

Current Custody Level: CLOSE

Status    Facility    Program                            Start Date  End Date
--------  ----------  ---------------------------------  ----------  ----------
MPS/ASGN  FT LYON     GED EDU CLARK AM                   08/02/2007
MH/WAITL  FT LYON     OSMI TX PLAN UPDATE                08/16/2007
MH/WAITL  FT LYON     OSMI TX PLAN UPDATE                06/25/2007
MH/WAITL  FT LYON     OSMI TX PLAN UPDATE                02/08/2007
MH/WAITL  FT LYON     OSMI TX PLAN UPDATE                11/02/2006
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                09/01/2005
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                08/12/2005
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                07/01/2005
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                05/25/2005
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                10/21/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                09/08/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                08/02/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                06/10/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                04/23/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                03/19/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                02/06/2004
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                11/14/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                10/06/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                08/22/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                07/03/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                04/30/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                04/23/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                03/26/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                02/26/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                01/16/2003
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                12/11/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                10/30/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                10/23/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                09/25/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                08/28/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                05/20/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                04/18/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                03/21/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                02/20/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                01/22/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                01/10/2002
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                11/30/2001
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                11/09/2001
MH/WAITL  SAN CARLOS  OSMI TX PLAN UPDATE                10/12/2001
MH/WAITL  DRDC        CHRONICALLY MENTALLYILL MONITO     09/14/1995
```

(10/22/2007) Cheryl Smith - Page 1

**From:** Cheryl Smith
**To:** Curtis Robinette

I just had a conversation with CM Cordova about Offender Stewart. If you will recall, we discussed whether Stewart had been assigned to another half time job since he was terminated from Food Service. John advised me of the half time jobs and there is no other jobs suitable for Stewart. He does continue in the GED program. I asked John to get with Randy re the possibility of creating other half time positions especially for those who are physically challenged. Will you please discuss this with John tomorrow when you are here and let me know what possibilities we have. Thanks Curtis.

**CC:** John Cordova; Michael Arellano

FLCF Form 100-07A (02/07)

**FORT LYON CORRECTIONAL FACILITY**
**CONFIDENTIAL**
**INCIDENT REPORT FORM**

| Offender Name: | BOBB, P | | DOC #: | 54891 |
|---|---|---|---|---|
| Cellhouse/Cell Assignment: | 8 | | Custody Level: | CLOSE |
| Date of Incident: | Thursday, September 27, 2007 | | Time of Incident: | A/A 1315 |
| Location of Incident: | Main Entry | | | |
| Employee Name: | Grover, Wendy | | Work Assignment: | Administration |
| | *(Print Clearly-First & Last Name)* | | | |

**Summary:** (Specific details of incident-who, what, when, where, why)

Offender BOBB, P #54891 is assigned to the FLCF Shoe Shine Program located at main entry.

On Thursday, September 27, 2007 at approximately 1315, I was at main entry processing Plaintiff's attorneys into the facility to prepare for their Montez group meetings. Offender Bobb began a conversation with attorney Jennifer Riddle that quickly involved attorney Paul Griessen. The discussion included whether or not Ms. Griessen had received a letter from offender Bobb and what the status of his request was. Before the inappropriate conversation went any further I told offender Bobb that it was time for him to go back to the cellhouse. Ms. Griessen asked me if offender Bobb was in trouble for talking with her. I told her that he was returning to his cellhouse. She said it was not appropriate for offender Bobb to be in trouble for talking with her. I simply stated to her that he was returning to his cellhouse. I contacted master control to notify them that offender Bobb was being returned to his cellhouse. Main entry officer Donald Kenley and Physical Plant Manager Phil DeFelice were present during the conversation and agreed that offender Bobb should be returned to his cellhouse as his conversation was not appropriate.

I was given very clear guidelines that only offenders on the list provided by legal services were to be allowed to speak to Plaintiff's counsel. Offender Bobb was not on the list provided by legal services. Ms. Griessen is not offender Bobb's attorney nor was main entry the appropriate place for conversation between an offender and any attorney. Offender Bobb was later counseled by the shift commander on appropriate behavior for main entry. Personal and/or professional conversations with visitors to FLCF are not appropriate.

Offender Bobb returned to his regular duties on Friday, September 28, 2007.

I certify that aforementioned incident and summary are true and correct to my knowledge.

_Wendy Grover_   7402   10/22/07
EMPLOYEE SIGNATURE   EMPLOYEE #   DATE

WARDEN'S OFFICE
OCT 2 2007
FT. LYON CORRECTIONAL

IA 100-7 A

## FT LYON CORRECTIONAL FACILITY
## INCIDENT REPORT FORM

| | |
|---|---|
| Inmate Name: Bobb, Paul | DOC #: 54891 |
| Cellhouse/Cell Assignment: FLCF SEG | Custody Level: Close |
| Date of Incident: Sept. 27 | Time of Incident: Approx. 115pm |
| Location of Incident: Main Entry | |
| Employee's Name: Donald Kenley (Print Clearly) | Work Assignment: Custody and Control |

**Summary:** (Specific details of incident - who, what, when, where, why)

On 9/27/07 at approx. 115 pm I, C/O Kenley was assigned to Main Entry. I was told by ACA W. Grover that Inmate Bobb #54891, needed to return to his cell house. I advised ACA Grover that I would be available in a few minutes to search Bobb # 54891 as soon as I finished checking in the Staff waiting to enter the facility. Approximately one to two minutes later I finished my assigned duty and went to search offender Bobb. I found that another Staff had already conducted the search of him and sent him back to his cell house. From my perspective I did not notice any unprofessional behavior.

END OF REPORT.

WARDEN'S OFFICE
OCT 24 2007
FT. LYON CORRECTIONAL FACILITY

I certify that aforementioned incident and summary are true and correct to my knowledge.

EMPLOYEE SIGNATURE   DATE 10-24-07

SHIFT COMMANDER   DATE

Original: Custody/Control Manager

If charges are requested, housing supervisor must sign and date

Signature   Date

# STATE OF COLORADO



COLORADO DEPARTMENT OF CORRECTIONS
FORT LYON CORRECTIONAL FACILITY
Michael E. Arellano, Warden
30999 County Road 15
Fort Lyon, CO 81038
Phone: (719) 456-2288
Fax:   (719) 456-3211

Bill Ritter, Jr.
Governor
Aristedes W Zavaras
Executive Director

## MEMORANDUM

DATE:   10-24-07

TO:     Cheryl Smith

FROM:   Phil DeFelice, Physical Plant Manager

RE:     Montez Tour

*************************************************************************

On Friday September 28th I was part of a facility inspection that included several people concerning Montez compliance. During this inspection we were at main entry waiting for everyone to return from lunch I was standing in the main entry officer's station when Wendy Grover walked in and said I'm sending offender Bobb back to his cell house because he is visiting with our visitors and he knows the rules. About that time Paula Greisen came from around the metal detector and asked are you sending him back for talking to me. Wendy commented that I'm sending him back because he knows the rules about talking to people while he is at main entry. Paula made a comment that this is just wrong. He should not be sent back for talking to me. The offender was pat searched and sent back to his cell house. I did not hear or see anything further concerning this issue. I do not feel that at anytime was Wendy Grover unprofessional in this situation.

WARDEN'S OFFICE
OCT 2 - 2007
FT. LYON CORRECTIONAL FACILITY