# KING & GREISEN, LLP
### ATTORNEYS AT LAW

Diane S. King  
Paula Greisen

1670 YORK STREET  
DENVER, COLORADO 80206

Alison Butler Daniels  
Laura E. Schwartz  
Jason Cobb  
Jennifer W. Riddle

December 11, 2007

**VIA FACSIMILE AND EMAIL**
Elizabeth McCann, Esq.
Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, CO  80203
Facsimile:  (303) 866-5443

Re:   DRDC Compliance with *Montez v. Owens*

Dear Beth,

    As I referenced in my e-mail earlier today, there was another situation that occurred that seriously undermines our ability to effectively communicate with our clients.  Prior to my leaving town, on November 30, 2007, we had a meeting scheduled for 1:30 pm at DRDC with inmates who have diabetes.  Although Ms. Riddle and I arrived on time for the visit, we waited for our clients for over one-half hour.  As we waited, we could see our clients standing in the hallway adjacent to the visiting room.  When our clients were finally escorted in to the meeting room, they explained to us that they had been waiting in that hallway since 12:30.  For over an hour, these class members were left in a small hallway without access to a restroom, water, or anything to sit on.  Although one of the class members asked to use the bathroom and was told someone would come get him – he waited for a half an hour before he could use the restroom, and this wasn't until he was released into the visiting room for our meeting.

    More importantly, however, is the fact that these class members were told that they had the option of attending lunch (at 12:30) or our meeting at 1:30.  They were told that if they chose to attend the meeting, they would be given a lunch after the meeting, which was scheduled to end at 3:50 that afternoon.  Thus, despite the fact that these people have diabetes, and some are insulin dependent, they were not given any food or access to food during the interval.  Several of these class members had had their insulin shots at 10:00 that morning, had not eaten since that time, and were noticeably shaky during the meeting.  At the end of our meeting, it was quite clear that one class member in particular was becoming agitated due to low blood sugar.  After Ms. Riddle complained to a staff member that our clients needed something to eat, a snack was provided at the end of the meeting.  No doubt, this snack was their "lunch" and our

---

TELEPHONE: (303) 298-9878 ✧ FACSIMILE: (303) 298-9879 ✧ E-MAIL: greisen@kinggreisen.com

Exhibit C

Beth McCann
December 11, 2007
Page 2 of 2

class members would have to wait until dinner to receive a real meal. We were told that at least one of the class members opted to not attend the meeting because he did not want to risk missing his lunch.

It goes without saying that our clients should not have to choose between meeting with us or putting their health at risk. In the many years I have been working on this case, I have not encountered the type of problems we seem to be encountering during this compliance review. As I stated previously, these problems have a very real chilling effect on our communications with our clients. Our clients believe that these types of actions are retaliatory for their participation in this case. At a minimum, forcing class members to choose between food and a meeting with counsel indicates that the correctional staff has not grasped the mandates of this case and either do not know how to accommodate individuals with diabetes – or simply choose not to on a timely basis.

I do not believe that mere assurances that "it won't happen again" are sufficient to address this issue. Please let us know immediately what actions the DOC intends to take with respect to the situation that happened at DRDC, whether any officers will be reprimanded for the sequence of events, and what, if any, future action will be taken to assure that this will not happen again. We look forward to your response. Of course, please give me a call if you want to discuss this matter further.

Sincerely,

Paula Greisen

TELEPHONE: (303) 298-9878 ✦ FACSIMILE: (303) 298-9879 ✦ E-MAIL: greisen@kinggreisen.com