IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et. al.,
    Plaintiff's,

-vs-

BILL OWENS, et. al.,
    Defendant's,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2007

GREGORY C. LANGHAM
CLERK

Claim Number 03-247 (Formerly 02-278)
Category III
Claimant: George Charles, Knorr, # 45154
Address of Claimant: S.C.F. Unit #3, P.O. Box 6000, Sterling, Colorado 80751

---

MOTION TO RESCHEDULE HEARING DATE OF DECEMBER 14, 2007
FOR A PERIOD OF AT LEAST (90) DAYS BEYOND THE DECEMBER DATE

---

    COMES NOW, the Claimant, George Charles, Knorr; In Propria Persona (Pro se) and respectfully requests an ORDER of the Special Master and or the Unit States District Court extending the date presently set for this matter, for an additional period of at least Ninety (90) days to allow the U.S. District Court Senior Judge, John L. Kane, the necessary time to properly respond to Claimant's previous WRIT OF QUO WARRANTO which was filed with the District Court on or about the date of March 30, approximately 120 days prior to the previously established date for hearing (July 27, 2007).

    Claimant respectfully makes this request for the following reasons:

1. Claimant submitted, in good faith, a properly formed Writ of Quo Warranto to obtain authority, as to why the U.S. District Senior Judge, John L. Kane was denying the Claimant Due Process, both substantial and procedural, on or about the date of March 30, 2007 and was granted an extension of time to allow the Senior Judge sufficient time in which to respond to said Writ.

2. Said extension of time was granted by the Special Master, Judge Borchers, until the date of December 14, 2007.

3. Such period of extension is now upon us and the Honorable Senior Judge, John L. Kane has deliberately IGNORED said Writ of Quo Warranto and FAILED to properly respond with the authority which would establish his right to VIOLATE this Claimant's Constitutional Right of Substantive and Procedural Due Process of Law.

4. At the time of this filing, Claimant has resorted to the process of filing a COMPLAINT with the Circuit Executive, to correct the actions of the

(1)

Senior Judge, John L. Kane, or rather, the <u>INACTIONS</u> of said Senior Judge, pursuant to Rules established and Revised in the Year of 2003.

5. Claimant finds the deliberate efforts of the Senior Judge, to forestall the ends of justice in this matter abhorent and outside the jurisdiction of the Judge, when he is well aware of the importance of making <u>JUST</u> and <u>PROPER</u> Rulings which uphold the rights of the People as outlined in the <u>OATH</u> he swore upon becoming a United States District Court Judge.

6. This is the last person, the Claimant would expect such actions from, considering his past championing of Due Process Rights of Prisoner in the previous years of <u>1979</u> & <u>1980</u>, specifically dealing with the prisoners of the State of Colorado.

7. Due to the necessary filing of the complaint against the Senior Judge, with the Circuit Executive, to correct the actions of the Senior Judge, and to allow the time required for such investigation and determinations of the Office of the Circuit Executive, Claimant respectfully requests that the Special Master, Judge Borchers, issue such <u>ORDER</u> as he deems just and proper under the circumstances leading to this motion.

WHEREFORE, Claimant respectfully requests <u>RELIEF</u> in the nature of an <u>EXPANSION OF TIME</u>, which would facilitate the office of the Circuit Executive in their investigation and determinations concerning the complaint filed by Claimant; And to <u>again</u> allow the Senior Judge, John L. Kane to properly research and expound on Claimant's Writ of Quo Warranto.

Respectfully Submitted

*/s/ George Charles, Knorr*
George Charles, Knorr
45154
S.C.F.
P.O. Box 6000
Sterling, Colorado 80751

## CERTIFICATE OF SERVICE

I, George Charles, Knorr, Claimant, hereby <u>CERTIFY</u> that a true and correct copy of the foregoing <u>Motion for the Rescheduling of Hearing Date</u>, was placed in the United States Postal Receptacle at the Sterling Correctional Facility on this _Seventh_ day of December, 2007 and addressed to the concerned parties hereto listed below.

Office of the Attorney General for Colorado

Clerk of the U. S. District Court for the District of Colorado

Special Master, Richard M. Borchers

*/s/ George Charles, Knorr*

(2)