IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, et al.,
  Plaintiffs,
v.

BILL OWENS, et al.,
  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC    2007

DEC 14 2007

GREGORY C. LANGHAM
CLERK

Claim #: 03-424
Category: III
Claimant: Hormoz Pourat, #113890
Claimant's Address: FLCF, P.O. Box 1000, Fort Lyon, CO  81038-1000

## MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION

I, HORMOZ POURAT, CLAIMANT, APPEARING PRO-SE, HEREBY SUBMIT THIS MOTION FOR EXTENSION OF TIME. AS GROUNDS FOR THIS MOTION I SUBMIT THE FOLLOWING:

1. ON 11/12/07, THIS HONORABLE COURT DENIED MY CLAIM.
2. I WOULD LIKE TO FILE A MOTION FOR RECONSIDERATION.
3. I NEED TO MAKE COPIES OF THE MOTION FOR RECONSIDERATION SO THAT I CAN SEND A COPY TO THE DEFENDANT, SEND THE ORIGINAL TO THE COURT AND KEEP A COPY FOR MY RECORDS.
4. THE MOTION FOR RECONSIDERATION MUST BE FILED BY 12/11/07.
5. THE LAW LIBRARY OF THIS PRISON IS THE ONLY PLACE THAT I CAN GET COPIES OF MY LEGAL DOCUMENTS.
6. THE LAW LIBRARY HAS REDUCED TIME FOR THE HOLIDAYS.
7. THE LAW LIBRARY WILL BE OPEN ON 12/12/07, NEXT, OR MAYBE LATER THAN THAT.

WHEREFORE, FOR THE FOREGOING REASONS I REQUEST THAT THIS HONORABLE COURT GRANT THIS MOTION AND ALLOW ME TO FILE MY MOTION FOR RECONSIDERATION ON OR BEFORE DECEMBER 19, 2007.

SUBMITTED ON 12/5/07.

BY: _____
HORMOZ POURAT, #113890
FLCF
PO BOX 1000
FORT LYON, CO 81038-1000

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT I HAVE MAILED A COPY OF THE FOREGOING MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION THIS 5th DAY OF DECEMBER, 2007, TO THE FOLLOWING:

| | |
|---|---|
| THE HONORABLE JUDGE BORCHERS | MR. JAMES QUINN |
| SPECIAL MASTER | OFFICE OF THE A.G. |
| LEGAL RESOLUTION CENTER | 1525 SHERMAN ST. |
| 7907 ZENOBIA ST. | DENVER, CO 80203 |
| WESTMINSTER, CO 80030-4444 | |

BY: _____
HORMOZ POURAT

**Colorado Department Of Corrections**

Name _____Hormoz Pourat_____

Register Number _____113890_____

Unit _____4_____

Box Number _____1000_____

City, State, Zip _____Fort Lyon, CO 81038-1000_____

DEC 2007

THE HONORABLE JUDGE BORCHERS,
SPECIAL MASTER
LEGAL RESOLUTION CENTER
7907 ZENOBIA ST.
WESTMINSTER, CO 80030-4444



COLORADO SPRINGS CO 809
06 DEC 2007 PM 2 L