IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

_____

**WRIT OF HABEAUS CORPUS AD TESTIFICANDUM**
_____

TO THE UNITED STATES MARSHALL AND/OR THE DEPARTMENT OF CORRECTIONS, STATE OF COLORADO, OR TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD.

GREETINGS:

We command you to bring the body of Paul Bobb, DOC # 94633, witness, now confined in the Centennial Correctional Facility, before this Court on December 21, 2007, and from day to day thereafter, to testify to the truth, according to his knowledge, in hearings to be heard before this Court, and to appear therein as a witness, and immediately after return said witness to the institution where he was confined under safe and secure conduct, and have you then and there this writ.

1622845_1.doc

You are further commanded to serve a certified copy of this writ to the Warden or Superintendent of the Centennial Correctional Facility, or the Warden or Superintendent of any other institution wherein Mr. Bobb is confined.

BY THE COURT:

_____
Honorable John Kane