IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

### PLAINTIFFS' MOTION FOR WRIT FOR LANKFORD WELLS
---

Plaintiffs, by and through undersigned counsel, respectfully requests this Court enter a writ for the appearance of Lankford Wells at hearing in the above-mentioned matter. As grounds for this motion, Plaintiffs state:

1. Plaintiffs' counsel intends to call Mr. Wells as a witness for hearing, which is scheduled for December 21, 2007.

2. Mr. Wells is an inmate at Fort Lyon Correctional Facility.

WHEREFORE, Plaintiffs respectfully request this Court order inmate Lankford Wells be present on December 21, 2007 as a hearing witness for the Plaintiffs.

1623503_1.doc

2

Respectfully submitted this 17th day of December, 2007.

   s/ Lara E. Marks
Edward T. Ramey
Lara E. Marks
ATTORNEYS FOR PLAINTIFFS
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, CO  80202
Phone:  (303) 292-5656
Fax:  (720) 974-7966
E-mail:  lmarks@ir-law.com

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 17th day of December, 2007, I electronically filed a true and correct copy of the foregoing **PLAINTIFFS' REQUEST FOR WRIT FOR LANKFORD WELLS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| (greisen@kinggreisen.com) | (beth.mccann@state.co.us) |
| Paula Greisen, Esq. | Elizabeth H. McCann, Esq. |
| Riddle@kinggreisen.com | Deputy Attorney General |
| Jennifer Riddle | James X. Quinn, Esq. |
| King and Greisen, LLP | Assistant Attorney General |
| 1670 York Street | 1525 Sherman Street, 5th Floor |
| Denver, CO  80206 | Denver, CO  80203 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

  s/ Lara E. Marks
Lara E. Marks
ATTORNEYS FOR PLAINTIFFS
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, CO  80202
Phone:  (303) 292-5656
Fax:  (720) 974-7966
E-mail:  lmarks@ir-law.com