IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

## WRIT OF HABEAUS CORPUS AD TESTIFICANDUM

---

TO THE UNITED STATES MARSHALL AND/OR THE DEPARTMENT OF

CORRECTIONS, STATE OF COLORADO, OR TO ANY AUTHORIZED OFFICER IN

WHOSE CUSTODY THE WITNESS MAY BE HELD.

GREETINGS:

We command you to bring the body of Jonathon Taylor, DOC # 54891, witness, now

confined in the Fort Lyon Correctional Facility, before this Court on December 21, 2007, and

from day to day thereafter, to testify to the truth, according to his knowledge, in hearings to be

heard before this Court, and to appear therein as a witness, and immediately after return said

witness to the institution where he was confined under safe and secure conduct, and have you

then and there this writ.

writ_jonta taylor, emergency hearing.doc

You are further commanded to serve a certified copy of this writ to the Warden or

Superintendent of the Fort Lyon Correctional Facility, or the Warden or Superintendent of any

other institution wherein Jonathon Taylor is confined.

BY THE COURT:

December 17, 2007

Honorable John Kane

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 17, 2007, I mailed the Writ of Habeas Corpus

Adtestificandum, using the CM/ECF system which will send notification of such filing to the

following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the

following non CM/ECF participants:

U.S. Marshal
(1 certified copy and 1 regular copy)
(via placement in USDC box)

GREGORY C. LANGHAM, Clerk

By s/ Gail Shaw
Deputy Clerk