IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

## ORDER RE WRIT OF HABEAUS CORPUS AD TESTIFICANDUM

---

THIS MATTER having come before the Court on Plaintiffs' Request for Writ of Habeas Corpus Ad Testificandum, and the Court being fully advised,

ORDERS that the Department of Corrections produce Lankford Wells, DOC # 43510, at hearing in this case on December 21, 2007, pursuant to the attached Writ of Habeas Corpus Ad Testificandum.

December 17, 2007

BY THE COURT:

*Honorable John Kane*