IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

_____

**DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR STATUS REPORT RE: DEC. 21 HEARING**
_____

Defendants request that the Court allow them to file a more complete status report tomorrow, Wed. Dec. 19, 2007. Defendants are still in the process of locating and attempting to interview witnesses in preparation for the hearing on Dec. 21, 2007. Defendants have spent a good deal of time today and yesterday communicating with the Plaintiffs' attorneys and DOC personnel about arranging phone calls and transportation for the Plaintiffs' witnesses for the hearing. As a result, Defendants' attorneys have not had an opportunity to talk to their witnesses to make a final determination of what witnesses will be called. Defendants' attorneys are meeting with witnesses at DOC headquarters on Wed. Dec. 19 and should be better able to file a status report after those meetings.

Plaintiffs' counsel has no objection to this motion.

Respectfully submitted this 18th day of December, 2007.

JOHN SUTHERS
Colorado Attorney General


_____
ELIZABETH H. MCCANN 5834
Deputy Attorney General
Civil Litigation and Employment Law Section
JAMES X. QUINN, 21729
Assistant Attorney General
Corrections Unit, Litigation Section

Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Fax: (303) 866-5443
Email: Beth.McCann@state.co.us
James.Quinn@state.co.us

# CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that on the 18th day of December, 2007, I electronically filed the foregoing Position Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Greisen | Honorable Richard M. Borchers |
| Jennifer Riddle | dborchers@legalres.com |
| greisen@kinggreisen.com | Special Master |
| riddle@kinggreisen.com | Legal Resolution Center |
| Counsel for the class | 7907 Zenobia St. |
| King and Greisen, LLP | Westminster, Colorado 80030 |
| 1670 York St. | |
| Denver, Co. 80206 | |

Ed Ramey
Lara Marks
eramey@ir-law.com
lmarks@ir-law.com
Isaacson Rosenbaum PC
633 17th St. Ste 2200
Denver, Co. 80202

Patricia Bellac
psblawfirm@comcast.net
4845 Pearl East Circle #101
Boulder, Co. 80301

              s/Elizabeth H. McCann_____
              Elizabeth H. McCann