92-CV-810-EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2007

GREGORY C. LANGHAM
CLERK

Montez Suit          ADA

Petition for Lawyer          } Dec 17, 2007
& Protection from          } Monday
Doc & Oklahoma          } 100: Am.
Department of Corrections

Come Now Michael S. Forbes
Wishing to Inform This Court
Of Matters of Most unlawful
Nature and Kind also as
This In Mate is up for Heart Soregy
eather Before or After Christmas
Of 2007. He Would like This
Honorable Court to set a Time
and place With The Federal
atharities — to Make His depisions
about This Matter as Well as
a premeditated Murder of a
prison In Mate in Oklahoma
State prison By prison guards
I must Be Protected from These
Men as I would end up just like
The Young Boy did. Dead! Hope
you Have The Time — to Read
This Letter of Petition. and
Plea for Help I've Been in Nearly
30 years Its Time To Go Home.

one Sgt Tom Crown
and one Sgt. McNice
and others in Their little
Band of division, all played
parts in My Humiliation With
grate Sport To These less Than
Intelegent Staff, prisoners in
distress are a Thing to Have fun
With and play games With Rather
Then Help & Serve as a Humanitee
yan effort would dictate These
Men do For The less fortuenate
of Society, protecting us They will
Take a Pay Check Hard to Them
However once That Check is Cashed
or placed into Their Pockets They
forget Those pleges Quite Soon
enough. My Beef With Them is
That No one Calls Me a Mather Fer
to my face an Should Have Not The
Slightest doubt That I Will re-tali
ate With Some form of Lawful
redress of That Conduct forthWith
I asked to See a Capt. or a Lit. to
Make a Complaint. When I did
The Sgt. McNice Went over To Him
and Said Some Things to Him

2.

first, So When They Started for My Holding Cell I Said to The Sgt Yea Bring your Brass over Here We'll Talk to Him The Lt. Crown looked at Sgt McNice and Smiled Then Ohi Dub Came to my Cell and The Lt. Said No Not When you Tell Me to Bring my ass over Their! I Said Brass + He Knew it! too So I Said fine We'll all Have a Talk With Your Boss Maj Victor Chavaze + Mr Zeala us As Soon as my Layers get Hold of Them He left and Came Back in five min Proubably just Time enough to look up my record to See if I Would get to His Boss as I Said I Would They Keep files on all of The Inmates to Keep Records or Make fablse ones on The ones of us Which Will Stand up to Their Bullying and durision. I am just Such an Inmate So They Have Branded me as a Drouble Maker for Standing up for my Rights under our Constitical

3.

Mandates under 42US@ 1983. Fed Civil Rights Act; Win a few This is Clain Country I alway Has Been a Shame apon Colorado's prison & Justice System I've Known This for Sure as I even Saw With my own Two Eyes The death House at Cañon City Territorial Prison and the Bottom of The Chairs for The On lookers to The Death of a fellow Human Being Were Marked donated By The K.K.K.! Hell Justice is only given to Those That Can pay for it, Colo as So Many of Your Nations Have done Jale Running This Country By fear! & People let Them get away With it all The time Just to Keep The dogs from Snepping at Their Heals. This to me Tis Not a free Society Were a man Must Conform To a Pervers Sence of Justic! The me I feel Need Better under-

4

Standing of The Human
Condition of Mankind.'
or else find New Job's &
other lines of Work Something
That Will Suport Them With-
out Harming The rest of
Society, I Was Made to Set
for 3½ to 4 hors in Suild under
grometer. for Their amusement
also Was asked over again
if I'd like to Cancle My trip
to The Hospital I Said So Want
d to go Back to My Cell to
Kleen up as My appointment
Was for 3:30 pM So Why Was
I Held in a Cell for (9 hours)
if Not to intimidate me in
Some fashion or other. My
Medical Shoes That The Court's
final Master Orderd &
The $500⁰⁰ He gave Me for That
Claim # ADA Suite of The
Monteg Act's Number 92-N-870
(ces) I Consolidated w/ Civel
Action Number 96-N-343') & My
Claim Number of 03-134 Act III
for damages Which Has Not

5

Been Paid to me and to Which
I attribut most of my Trouble
With The Department of Correction
of Colo. I made These People
of Cognessent of my Heart
Problems as far Back I
ind I feel as of early as
1993 and Was told My falling
down Was a put on or a willed
event! on my Part. I Was Made
to due Hard labor With This
Condistrion I was given extra
Work loads Plus Things to do
Which Were psyicaly Impossibl
fore me to Do Was given a Cain to
Help Keep me from falling to
Which Guards at Arc Vall
Correctional Facility Hid from
me at times my eyes Had
Cateracts in Them and I
Couldn't See Past Three feet
Clearly enough to get The Job
done Right enough to Suit a
New Lt Franklin (She) Knowing of
my Religious Afilcation W/ The
CHasdic Jews of Which I like
My life under Rule. She Mocked

6

as She picked one reason or
a nather to argue with people
+ myself (lockey me) I
left Her Standing in my
Room in The middle of It.
She Said I Hit Her Which is
a lie She Through my Jewish
Books apon The floor and She
also Took my food and With
out gloves opened + Poked
about in my lunch to Which
I Had to get rid of it and go
Hungary That night at. She
rote me up Saverly My Personal
Property Was Taken and distroyed
Books Hair Dryins etc. Then my
Complaints Were Short Stopped
and Okla Homa Said They didn't
get any of my Complaints So
I Wrote Them a 4 page Single
Space type Written letter in 15
Faint 6 See What Would Be Said
Okla Homa a nather Claim State
Sent That letter Back to Colo.
and I Was given 3 More years
Set Back at The Baard + Was
Told That This Was going to
Happen to me as much as a

?

6 to 9 months in advance for my Complaints. I've only seen The Board (1) time in 29 years eventho The Law Did Sentences under Say I SHall See The Board after The first 15 years of my sentence as per The Law (I plead to in Oklahoma in 1978. 79.) I've Never Waved The Parole Board in all This Time. Have asked and Been Refused Help From The Law Library and other Sources But Have been given many punishments for my effort Cases Have Been filed upon my Person Unjustly I've Been Infected With Hep C & B Strains as well as Told I The Convict Had Stolen The Needle When They Say me Broke it off in The Trash Can to prevent Them from Bleach in Them out as Was The Practice for a While untel I Made a Big Stink over That. I Cost Them more money to do There Jobs The Right Way. and.

8.

and Have Been labeled a Trouble Maker for my efforts I've Been The Center of The Doc's Local Court of Division for some Time Now every Since I filed My Claims With This Carter System of filing Claims I don't see why It's To Their Best enterest to Drag Their feet on all The issues if The only main reason is to save Money as a Presistent person as myself. Will find The Time To fight The Opression From The Medical Department & Doc and Tring to keep a Clean Record While doing it is all But Impossible as lies are Told faulse Charges are filed against you as Well as being left out of anything good in The System of the Doc Such as Jobs etc Not to Mention The 2004 Case of Miller vs. King 384 F.3d 1248, 1266 (11th Cir.) Which is used By The Doc to Stop us from getting These Jobs and Services By way of a write up So They Can Put a Spin on Things So as to Be able to →

9.

Claim disciplinary resons, Health reasons or other Undalid penal Justifications for not Having to Give us Thake acomidations or other Services. When In fact Then is Not what The law was made for. But is Now Being perderted into Being By These People in The Medical Shortage Bassiness are up to They want To pay The Medical payments premeums But Not Have to give up Money at any Cost as it Takes The Profit out of doing This Sorte of Unscrupulous Thing To one fellow Man only Because you Can! The Whole System Needs ReVamping and The sitiua @hara Needs to Be Put under ones foot once and for good! Judge Kane Please apoint The Ferm of Issacson & Rosem Bahe To Protect My Right As under 42. USC 1983 and Right The Wronge Being Done I just Wone The Issue of My Diabeties for my feet However The Tenis Shoes Given me Were Taken away under a pre text Of Cutting Knocles in them which

10

Would I feel Hamper The
Stability of The Shoes as Well
as Their ment for gripping
action. Also The 500 ∞ dongo.
Claims final order of The Special
Master of Richard C. Davidson
Has Not Been Honored By
The State any More Then The
rest of This plan Has Their
Stalling us Hopeing This
Problem Will go aWay in time
or that people Will Die off or
Just forget Their Claims As being
to Complacated for Them to
Handle There Tactics May Work
But in The long run They are
Highly unEthical practices
at Best I Would like
The Court to file an InJunction
Halting Doc from any further
Such practices an Order
ordering Doc to Replace The
Shoes They Took from me as
as given to me as damages +
order Federal protection for me
until This Issue is over as
The leVel of anamosity I feel

11.

Has gotten out of Hand to The Point of us & Them! Which is not a good Thing. also on a Nother Matter, I Would like To Speak With The Feds as I Know of a Murder That was Pre meditated By guards in Ok la Homa MacAlister Maximum Prison in The 1980's By Higher ups in The Doc And To This day Have gotten away with Murder of This inmate a Kid of young years I'll Tell all I Know as I Will Have open Heart Sergery Soon I don't Know if I'll pull Through But I don't Want These Men To get away Scott free. Be Caus I was afraid to talk to Police records Will prove my Claims if serched for. Plus Their was a Nother Man Working With Me as a Barber Shop Helper at This Time, Called Darnell Ray. He, I Told What I over Heard & With in 5 mins Time The Boy Was Dead gased to Death By 11 gas Gernades in a Very Small Cell to Keep Him from getting

*11*

His Wish for Sweet potatos They didn't Want Him To Have. They Know I Know and Have Kept Me out of The State most of Fifteen years. As I said I've only seen The Board once in 29 years.—

Please apoint The firm of Jewish Lawyers I'ne Named in This patition as a matter of Justice. I would like Someone To Take down My Deposision in The event of Amy Death a Sergery (open Heart) in nature

Signed. Michael S Forbes
#OK 103524 Compact Inm
#CO 68650 DROC

Seal

Denver, Co. 80239-8004
Cell 3b-1-06

Notery Public
_____
_____
_____

Date _____