IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Motion for Extension of Time for Status Report Re: Dec. 21 Hearing (doc. #3094), filed December 18, 2007, is GRANTED up to and including December 19, 2007.

Dated:  December 18, 2007

Service of this order shall be made only via NEF.  No mailings are required.