IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 05-012
Category V
Claimant: Heather Maldonado (as Niece of Geraldine Romano Trujillo - #113320)
       Ernest Robles (As Son of Geraldine Romano Trujillo - #113320)
Address of Claimant: See attached Certificate of Mailing

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master for hearing at Noon on December 13, 2007. The hearing was held at the offices of Legal Resolution Center, 600 17th Street, Suite 2800-South, Denver, Colorado. Present were the following: Jess Dance, attorney for Defendants, and Dr. Orville Neufeld, D.O.

Neither Heather Maldonado nor Ernest Robles appeared for the hearing. The last documents sent to both came back as undeliverable. The Special Master has determined from the DOC Internet Inmate Locator that Ernest Robles is a DOC inmate in a community corrections placement. The Special Master does not know which placement he is in at the present time. More importantly, neither Ms. Maldonado and Mr. Robles have not provided current addresses to the Special Masters or Court.

### I.

It is important to review the procedural history of this claim. Geraldine Romana Trujillo (Trujillo) was an inmate in the Colorado Department of Corrections (DOC). She was incarcerated in May, 2002. At some point, Trujillo died.

Once the Remedial Plan was approved by Judge Nottingham, the Special Masters began to

receive claims, including claims alleging death as the result of discrimination prohibited by the ADA and Rehabilitation Act. On September 27, 2005, the Special Masters received a claim form related to the death of Trujillo. This claim form was signed by Daniel Robles. He alleged that he was the sister of Trujillo. Attached to that claim form was a letter to class counsel from Daniel Robles that stated that he was granting a power of attorney to Heather Maldonado.

A hearing was set for June 21, 2006. That hearing was canceled after a motion to intervene was filed in February, 2006 by Ernest Robles (Robles). In that motion, Robles alleged that he was the son of Trujillo and had the right to pursue the claim arising from her death. Robles was in DOC custody at that time at the Four Mile Correctional Facility in Canon City, Colorado.

On March 7, 2006, an order was issued by the Special Master to both Heather Maldonado, acting for Daniel Robles through a purported power of attorney, and Ernest Robles. The order directed both to respond on or before April 4, 2006 with the following information:

> 1. Was an estate opened in court as the result of Ms. Trujillo's death? If so, where was the estate opened and who was the personal representative or administrator?
> 2. Does a will exist? If so, please provide a copy.
> 3. At the time of Ms. Trujillo's death, was there a living spouse? If so what was his name and where is he located?
> 4. At the time of Ms. Trujillo's death, were there living children? If so, what are their names and where are they located?
> 5. If there were no living children, were either the mother or father of Ms. Trujillo living at the time of her death? If yes, then what are their names and where are they located?
> 6. At the time of the death of Ms. Trujillo, were there living sisters and brothers? If so, what were their names and where are they located?

To this date, neither Ms. Maldonado nor Mr. Robles have ever responded to this order. Neither has provided any documentation showing that they have any legal standing to pursue a claim arising out of the death of Trujillo.

The Special Master has a duty to determine who is the proper party to file a claim under Category V. In this case, neither Ms. Maldonado nor Mr. Robles have established, as a matter of law, that they are the appropriate heir to pursue a claim. As a result, the claim will be dismissed.

## II.

Neither Ms. Maldonado nor Mr. Robles have provided any medical records or other evidence to the Special Master. This is a Category V claim. As such, the individual inmate has passed on and the claim is being brought by an heir. Trujillo died before the claim was filed. As such, the claim forms reflect second-hand information and simply consist of allegations.

There is nothing before the Special Master that remotely resembles evidence. Neither Ms.

Maldonado nor Mr. Robles have submitted any evidence that legally could prove the claim. As a result, the claim must fail for lack of proof.

Both Ms. Maldonado and Mr. Robles were granted the opportunity to have a hearing and to prove the merits of the claim. They did not appear and did not submit any evidence. This claim will be dismissed with prejudice.

IT IS HEREBY ORDERED that the claim of Claimant Heather Maldonado, on behalf of Daniel Robles, and the claim of Ernest Robles are denied, as each has failed to prove their legal status to pursue the claim and have failed to submit any evidence to prove the claim on its merits; and

IT IS FURTHER ORDERED that Claimants and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 3, 2008.**

SIGNED this 18th day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master

**CERTIFICATE OF MAILING**

        I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 18th day of December, 2007 to the following:

Ms. Heather Maldonado
4721 West 2nd Avenue
Denver, CO 80219

Mr. Ernest Robles
2617 W. Evans, #309
Denver, CO 80219

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

                                              /s/ Susan Carter
                                              _____