IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-241
Category: Untimely Filed Claim
Claimant: Cheryl Turner, #103144
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the claim of Cheryl Turner. In the claim form, Claimant stated that she came into DOC custody on December 28, 2004. Since it appeared that the Special Masters might have no jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including December 3, 2007 in which to respond to the motion, Claimant has filed nothing further.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody *on or before* August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    Claimant came into DOC custody on December 28, 2004. There is no jurisdiction over this claim. Claimant does retain the right to file her own lawsuit under the ADA and Rehabilitation Act. She may not pursue this claim.

    IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into

custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 3, 2008.**

SIGNED this 10th day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master