IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-245
Category: Untimely Filed Claim
Claimant: Philip E. Stetzel, #92684
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the letter of Philip E. Stetzel. In that letter, Claimant appears to be seeking legal representation. Claimant was advised that the Special Masters have been appointed under the Remedial Plan approved by Judge Nottingham. The Special Masters cannot represent Claimant on any claim against DOC. As a practical matter, the Special Masters cannot represent Mr. Stetzel on any matter. The Special Masters do not practice law, but rather do mediations, arbitrations and related matters.

    Since it was not known if Claimant had a claim under the Remedial Plan, a claim form and information sheet were provided to Claimant.

    Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Individuals who came into DOC custody after August 23, 2003 may file a separate lawsuit, but may not utilize the claim procedure. A claimant who was subjected to discrimination after August 27, 2003 also must file a separate lawsuit.

    Claimant has not filed a claim, despite being granted time up to and including December 10, 2007. The Special Masters can do nothing further for Claimant, as there has been no claim filed under the Remedial Plan.

IT IS HEREBY ORDERED that the file of Claimant is dismissed, as Claimant has not filed a claim form as required by the Remedial Plan; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 3, 2008.**

SIGNED this 12th day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master