IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-250
Category: Untimely Filed Claim
Claimant: Diana Bastianos, #134448
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

___

## ORDER OF DISMISSAL OF SPECIAL MASTER

___

    THIS MATTER comes before the Special Master on the letter of Diana Bastianos. Claimant filed a claim and indicated that she was incarcerated initially in December, 2006. Since it appeared that there may be no jurisdiction over the claim, a show cause order was issued to Claimant. She has responded through her letter.

    In her letter, Claimant states that she has been battling cancer since 1992. She advised DOC personnel that she had cancer in the past. She was forced to do strenuous labor and it adversely affected her physically. Claimant did not indicate a different date when she came into DOC custody.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    Claimant came into DOC custody after August 27, 2003. The Special Masters have no jurisdiction over this claim. Claimant may file her own separate lawsuit under the ADA and

Rehabilitation Act. She may not pursue this claim.

      IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 3, 2008.**

      SIGNED this 18th day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master