Special Master  Borchers

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

12-14-07

2007 DEC 21  PM 1:32

GREGORY C. LANGHAM

RE:  Order of Dissmissal of Special Master

RECEIVED

DEC 19 2007

BY _____ DEP. CLK

By _____

Sir,

THIS IS IN RESPONSE TO your Dissision for Dissmissal of Claim Number X-217.

ON 12-4-07 IT was Brought To my Attition That I was Being Invited To meet with THE Montez Plaintiffs Attorney. ON 12-4-07 I Singed a form Staiting That Infact I Did wish To Attend. IT Read As Follows, Quote " you Have Been Invited To Attend a meeting with THE Montez Plaintiffs Attorney: PAULA GREISEN, And/or one of Her Associates Regarding Current Issues and Status of Compliance issues with THE Montez Settlement Agreement ON: THURSDAY, 12-13-2007 THIS meeting For Some Reason was Not Held. I Don't Know what THE Basis of This meeting was for. my Plains are To Go Forward with any And All Avenues of filling The Proper Paperwork Toward Settling The Issues. I HAVE yet Had a Chance To Explain To Anyone. So please Allow me To Continue Trying To Find Help In This Matter. I'm Trying To findout How To File An Objection As Ordered By you. or if I EVEN NEED To File This Objection. PLEASE Judge Bare with me, I'm Trying my BEST.   THANK you.

**Colorado Department Of Corrections**

Name _DAVID BEERY_

Register Number _115894_

Unit _CCF   D-1-13_

Box Number _600_

City, State, Zip _Cañon City Colo_
              _81215_





049J8

$00

12/16

Mailed Fro

US PO

JUDGE RICHARD M. BORCHERS, Specail Mas

DISTRICT COURT OF Colorado, Legal RESOLUTION CEN

7907 ZENOBIA ST.

WESTMINSTER, Colorado

80030-4444

80030$4444