12-17-07

Judge Davidson abuse DOC staff medical troubo problems abused negligent staff and nursing take cellhouse medications excuse harrasment, hostiguetion, menacing staff taken medicine no provide my pillows for diabetes, motrin, lisinopril, miniPres, Actos aspirin coluce abused date 12-9-07 take staff unit 3-e-314 sto Johnson check take medicine and staff Hardy taken medications my cell-3-303. excuse harrasment nursing name Kathy, nursing Nancy, nursin Connie used excuse harrasment, hostigue, misconduct. my hans right loss D.O.C culpable anestesy my haw broke problems cause nursing staff my legs problems cause accident up tap bunk live 3 floor up tap D.O.C DR. staff abuse no review lower bunk, lay D.O.C never acept last time mirin D.O.C case munager snyper lay not admitted never dismissed my case D.O.C abuse staff my exe loss no watch never recient to go private eye clinic sterling lay Dr. lay never accept exe examiner loss exe left D.O.C no exe gluses, my exe no watch never loss exe misconduct Dr. lain never accept good condition culpable D.O.C my ear loss problems no liste never failure staff medico. failure nursing failure. cancer problems, Diabetes problems staff assault inmate Hector Martinez Jimenez abusce visit mirin wednesday 1.30 P.M. D.O.C failure not believe never help medical staff lain never accept report D.O.C False; resolution my disability

**Colorado Department Of Corrections**
Name HECTOR MARTINEZ Jimenez
Register Number DOC 106871
Unit 3-C-303
Box Number 6000 STERLING FAC.
City, State, Zip STERLING CO 80751

"A"





RECEIVED
DEC 13 2007
By_____

COURT FOR The DISTRIC OF COLORADO
Judge Richard C. DAVIDSON
LEGAL RESOLUTION CENTER
7907 ZeNobiA Street
Westminster, Colorado 80030-4

80030+4444