TO: Honorable Richard M. Borchers

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2007 DEC 21  PM 1:32
GREGORY C. LANGHAM
CLERK

12-06-07

I am writing you about the settlement of the "Montez v Owens" I have agreed to a settlement of 1000.00 dollors at time it was offered. Sir I ask of you to offer me a better settlement at that time I did agree I was incoherent and under medications. I want you to please take in consideration and please offer me a better settlement due to the facks that I was not in the right state of mind. I do have life threating illness that i will have until to day I die I suffered a lot while in DOC which is in fault I will be disabled for the rest of my life and live in pain for the rest of my life from the lack of care which was caused by DOC. I am not smart enough to understand any type of legal matters or such big word from the letters that I have received from your office. Please consider a better offer or a hearing based on the facks that I was not totally aware of what —

— I was doing At that Time, I am sorry To cause you Any inconvence and I thank you for your Time, And thank you for your coresponce.

ADA
Catagory #3

Nathaniel Huguley
#55740
S.C.F.
Sterling. CO
80751

Nathaniel Huguley
#55740

12-06-07

**Colorado Department Of Corrections**

Name NATHANIEL Huguley
Register Number 55740
Unit 1-B-102
Box Number 6000
City, State, Zip Sterling, Colo 80751

## COURT FILING STAMP

| SCF | 12-6-07 |
| FACILITY | DATE REC'D |
| Clement | 9784 | K |
| NAME | ID # | |
| 55740 | Huguley | MH |
| | OFFENDER LAST NAME | INJ |

800304444

Honorable Richard
Special Master
Legal Resolution Ce
7907 Zenobia Street
Westminster, CO  8