**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date: December 21, 2007                    Court Reporter: Darlene Martinez
Civil Action No. 92-cv-00870-EWN-OES       Deputy Clerk: Bernique Abiakam


JESSE MONTEZ, et al.,                      Paula D. Greisen
                                           Lara E. Marks
                                           Jennifer Riddle
                                           Edward T. Ramey

Plaintiff,

v.

BILL OWENS, et al.,                        Elizabeth H. McCann
                                           James X. Quinn
                                           Jess A. Dance

Defendants.

---

**COURTROOM MINUTES**

---

**Evidentiary Hearing**

**9:09 a.m.      Court in session.**

Court calls case.  Counsel present.  Inmates Jon'Tah (Jonathan) Taylor, and Paul
Bobb, present and in custody.  Aristedes W. Zavaras, Exec. Director, DOC, also
present.

Preliminary remarks by the Court.

9:11 a.m.      Plaintiff's witness, Lorenzo Alexander, called and sworn.

9:12 a.m.      Direct examination begins by Ms. Riddle.

9:21 a.m.      Cross examination begins by Ms. McCann.

9:28 a.m.      Redirect examination by Ms. Riddle.

9:31 a.m.      Witness excused.

9:33 a.m.      Plaintiff's witness, Mr. Jon'Tah Taylor, called and sworn.
               Direct examination begins by Ms. Marks.

*92-cv-00870-EWN-OES*
*Evidentiary Hearing*
*December 21, 2007*

10:00 a.m.    Plaintiff's Exhibit 1 offered.

10:03 a.m.    Continued direct examination by Ms. Marks.

10:11 a.m.    Cross examination begins by Mr. Quinn.

10:25 a.m.    Redirect examination by Ms. Marks.

**10:28 a.m.    Court in recess.**

**10:46 a.m.    Court in session.**

**Plaintiff's Exhibit 1 offered and received.**

10:47 a.m.    Plaintiff's witness, Peter Orleans, called and sworn.
              Direct examination begins by Mr. Ramey.

10:57 a.m.    Cross examination begins by Ms. McCann.

11:05 a.m.    Redirect examination by Ms. Ramey.

11:07 a.m.    Witness excused.

**ORDERED:  Witness are sequestered during the testimony of Paul Bobb.**

11:08 a.m.    Plaintiff's witness, Paul Bobb, called and sworn.
              Direct examination begins by Ms. Greisen.

Plaintiff's exhibit 2 tendered to the Court.

11:09 a.m.    Continued Direct Examination by Ms. Greisen.

**Plaintiff's exhibit 2 offered and admitted.**

11:10 a.m.    Continued Direct Examination by Ms. Greisen.

Plaintiff's exhibit 3 tendered to the Court.

11:30 a.m.    Continued Direct Examination by Ms. Greisen.

11:33 a.m.    Cross examination begins by Mr. Dance.

Defendant's exhibits A-1 thru A133 tendered to the Court.

2

*92-cv-00870-EWN-OES*
*Evidentiary Hearing*
*December 21, 2007*

11:51 a.m.    Redirect examination by Ms. Greisen.

11:52 a.m.    Witness excused.

Discussion regarding remaining witness schedule.

11:53 a.m.    Defendant's witness, Sgt. Jason Salus, called and sworn.
              Direct examination begins by Ms. McCann.

12:02 p.m.    Cross examination begins by Ms. Greisen.

12:15 p.m.    Further direct examination by Ms. McCann.

12:16 p.m     Witness excused.

**12:17 p.m.    Court in recess.**

**1:35 p.m.     Court in session.**

1:36 p.m.     Defendant's witness, Officer Edwin Contes, Jr., called and sworn.
              Direct examination begins by Ms. McCann.

1:40 p.m.     Cross examination begins by Ms. Greisen.

1:41 p.m.     Witness excused.

**Plaintiff's Exhibit 3 offered and admitted.**

**Plaintiff's Exhibit 4 offered and admitted.**

1:43 p.m.     Defendant's witness, James Falk, called and sworn.
              Direct examination begins by Mr. Quinn.

1:51 p.m.     Cross examination begins by Mr. Ramey.

1:54 p.m.     Witness excused.

1:55 p.m.     Defendant's witness, Rebekka Neuhold, RN., called and sworn.
              Direct examination begins by Ms. McCann.

2:09 p.m.     Cross examination begins by Mr. Ramey.

2:16 p.m.     Witness excused.

*92-cv-00870-EWN-OES*
*Evidentiary Hearing*
*December 21, 2007*

2:17 p.m.        Discussion regarding remaining witness schedule.

All witnesses excused from the courtroom.

2:19 p.m.        Closing argument by Ms. Greisen.

2:23 p.m.        Closing argument by Ms. McCann.

2:27 p.m.        Conclusions by the Court.

Counsel are directed to Chambers to set a date for a Compliance Hearing.

**2:38 p.m.        Court in recess.**
Hearing concluded.
Time: 03:53