STEPHEN GRACE #57349
2240 LAFAYETTE ST
DENVER COLO 80205

(303) 832-0843 FOR MESSAGES

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 DEC 21 PM 12:00

GREGORY C. LANGHAM
CLERK

BY_____ DEP. CLK

92-CV-870-EWN

NEW Address

92-CV-870-EWN

Notice of Change of Address

*Stephen Grace*