ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with Civil Action No. 96-N-343).

JESSE MONTEZ, ED COLIE #00907, et.al.,

Plaintiffs

-vs-

BILL OWENS, et. al.,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2007

GREGORY C. LANGHAM
CLERK

MOTION OF APPEAL OF THE SPECIAL MASTER

**Comes Now Ed Colie DOC #00907** acting Pro-se on Motion of Appeal to this Honorable Court. The Plaintiff was heard before the Special Master on August 2, 2007. The hearing was held at the Ft. Lyon Correctional Facility (FLCF) in Fr. Lyon Colorado. Present at the hearing was Ed Collie (claiment); and Jennifer Huss, f/k/a Jennifer Fox, attorney for the Defendants.

Claimant Presented the following witnesses at the hearing: Cheryl Smith; Lou Archuleta; Donnie Brittain: Kathy Holt; Dr. Joseph Wermers M.D.; Kelly Wasko.
Closing arguments were presented by telephone on September 25, 2007. The Plaintiff presented documentation that he was Legaly blined with 20/400 for his vision.

(1)

The Special Master allowed an inmate to be present at the hearing because Plaintiff is legaly blind.

## JURISDICTION & VENUE

The Jurisdiction of this Court arises under the Constitution of hte United States Article III Section 28 USC §1331 &1343 relating to actions initiated pursuant to title VII as amended. The case was brought under the Americans with Disabilities Act 42 USC §794. Plaintiff filed his claim and requested appropriate damages or relief. In his initial claim form Clamant checked the boxes for mobility imparments, Visian impairments, and Hearing imparments. The imparments continue to occure within the State fo Colorado, Venue is proper in this Court pursuant to 28 USE §1391. Claimant asserts that he did in fact have Hearing Impairments and Vision Impairments before August 27, 2003 and asks this court to rule that he did. Regardless of the dates Claimant asks the Court to find this Plaintiff to have Hearing imparments and Visian Impairments.

### Hearing Impairment:

The only hearing test preformed on the claimant was preformed by Dr. Cabling by snaping his fingers next the the plaintiffs ear. After 1998 DOC medical has refused to give the claimant a proper audogram starting in 1998 and contenuing to this day. In 1998 a CNA used a tuneing fork only!.

(2)

## Vision Impairment:

Claimant has had a problem with eyesight as early as July of 2003. Plaintiff could not read, type, or print words. He was provided with Bifocals which did not work. DOC refused to properly exam claimant until 2005 and again told his vision could be "Corrected". It was NOT! Shortly befor the Hearing with the Special Master it was proven that claimant is in fact legaly blined 20/400.

Claiment asked the Special Master to order DOC to allow Plaintiff to buy a wordproccesor (at his expense) so words could be blowen up to the size he could see and type. He also asked to be allowed a "SIDE KICK" which magnifes reading, objects, and used for arts and crafts by using a large LCD screen (See "video Eye" @ www.videoeye.com.)  This too would be purchased at claimants expense.

## Mobility Impairment:

It is undisputed that Claimant has been using a wheelchair almost full-time since 2000. The evidence also indicates that Claimant has lower extremity problems. Claimant was found to be a member ofthe class as mobility impaired.

For the past 10 years Defendants have delibertely not complied to the ADA standards causing Paintiff great emotional stress. He has also been subjected to physical pain directely related to his disability. Plaintiff asks the Court to Order Plaintiff a hearing aid along with the wordprocesser and "Side-Kick.

(3)

The Special Master only awarded Claimant $200 related to the shoe issue The Claimant respectfully submits that the awarded sum is a token amount and is an insult to the Remedial Plan and the plaintiff.

The Plaintiff respectfully request this Honarable Court to Grant the MOTION OF APPEAL of the final order of the Special Masters .

Respectfully Submitted this 12 day, of December 2007

Ed Colie #00907

I hereby certify that I have mailed a copy of the foregoing MOTION OF APPEAL OF THE SPECIAL MASTER.

Subscribed and sworn to before me, a Notary Public, this 12th day of December , 2007

C.C. Office of the Attorney General
Jennifer Huss
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Notary Public

MARIA MUNIZ
Notary Public
State of Colorado

(4)



**Rocky Mountain Eye Center, Inc.**
Montebello Office
Eric E. Blom MD

PATIENT: Edward Collie
DATE OF BIRTH: 05/07/1932
DATE: 10/15/2007 9:08 AM

### Chief Complaint and HPI
Patient referred by: DOC

Complaint 1: This 75 year old presents for evaluation of trouble reading (near vision) in the both eyes. It started about 1 year(s) ago. The onset was progressive The symptom is not any better. It occurs when focusing. The condition is worsening. Trouble reconizing people at 10'. While reading a word will be blocked out. Needs very lg print. Glasses don't help bifocals. pt mentioned ditropan the cause of vision started medicine Jan 07 qd for 3wks.

Tech/Asst: Carolyn M. Radiff
Glasses Wearer: No
CL Wearer: No

### Past Ocular History

| Ocular Disease | Eye | When | Procedure | Proc.Date | IOL Model | IOL Power |
|---|---|---|---|---|---|---|
| Cataract | OU | | | | | |
| BRVO | OS | 2006 | -Focal grid laser | 01/03/2006 | | |

### Ocular Medications

| Brand | Dose | Sig |
|---|---|---|
| Minipress | 5mg | |

### Ocular Procedures

| Sx Procedure | Eye | Date | End Date | Surgeon |
|---|---|---|---|---|
| Focal grid laser | OS | 01/03/2006 | 01/03/2006 | Greenlee |

### Past Systemic History

| Systemic Disease | Year Dx | Sx Procedure | Year Px | Outcome |
|---|---|---|---|---|
| Gastroesophageal reflux disease | | | | |
| Hypertension | | | | |
| hyperplasia prostate | | | | |
| Arthritis | | | | |
| Actinic keratosis | | | | |

### Systemic Medications

| Systemic Med | Generic | Dose | Sig |
|---|---|---|---|

Edward Collie
Edward Collie
DOB: 05/07/1932
Date: 10/15/2007
Page # 1

| | | | |
|---|---|---|---|
| Cardizem | Cardizem | 60mg | |
| Aspirin | Aspirin | 325mg | 1T PO QD |
| Imodium | Imodium | 2mg | prn |

**Allergies**

| Allergen/Ingredien | Brand | Reaction: |
|---|---|---|
| Bacitracin | Bacitracin | |
| Bacitracin, Micronized | Bacitracin | |

**Family History**

| Family Member | Disease Detail | Age | Age at Death |
|---|---|---|---|
| Father | Cancer | | |
| Mother | HBP | | |
| Mother | Heart Disease | | |

**Social History**
Patient does not drink alcohol.
Patient does not smoke.
Patient does not use caffeine.
Occupation: INMATE
**Mood and Affect:**
Patient's mood is Alert - Cooperative - Pleasant.
**Orientation:**
Oriented x 3

**Technical Exam**

**Visual Acuity**
OD Dva  CF @ 5'  Nva  20/400 sc
OS Dva  CF @ 5'  Nva  20/400 sc
OU

**Lensometry**

| | SPH | CYL | Axis | ADD | PRISM | B |
|---|---|---|---|---|---|---|
| OD | | | | | | |
| OS | | | | | | |

Glasses Type: didn't bring

**Manifest Refraction**

| | SPH | CYL | Axis | ADD | Prism | B | Dva | Nva |
|---|---|---|---|---|---|---|---|---|
| OD | Plano | Sph | | +2.75 | | | CF | 20/200 |
| OS | Plano | Sph | | -2.50 | | | CF | 20/200 |

Refraction comments: difficult

**Cycloplegic Refraction**

| SPH | CYL | AXIS | Dva |
|---|---|---|---|
| | | | |

Glare test (BAT):   High:   Medium:   Low:

**Intraocular Pressure**
IOP Summary:

| Date | Time | OD | OS | Method | Measured by | Dilated | Comment |
|---|---|---|---|---|---|---|---|
| 10/15/2007 | 9:28 AM | 19 | 19 | Applanation | Carolyn M. Radiff | Dilated | |
| 04/05/2007 | 10:30 AM | 19 | 20 | Applanation | Andrea A. Masters | Dilated | |

**Pachymetry:** OD: 0 um     OS: 0 um

Edward Collie
Edward Collie
DOB: 05/07/1932
Date: 10/15/2007

**Other Tests:**
**New Glasses:**

|    | SPH | CYL | AXIS | ADD | PRISM | B | PRISM | B | PD | VD | NPD | BCVA |
|----|-----|-----|------|-----|-------|---|-------|---|----|----|-----|------|
| OD |     |     |      |     |       |   |       |   |    |    |     | CF   |
| OS |     |     |      |     |       |   |       |   |    |    |     | CF   |

**External Examination**
**Pupils**
  OD Dim light: 2.5 mm
 OD: pupils equal, round, reactive, no APD
  OS Dim light: 4 mm
 OS: APD 2+
**Confrontation Fields**
 OD: confrontation fields full to finger counting
 OS: confrontational field full to finger counting
**Motility**
 OD: EOM is full
 OS: EOM is full
 Cover Test Distance: Ortho
 Cover Test Near: Ortho'
**Adnexae**
OD: adnexae normal
OS: adnexae normal
**Eyelids**
OD: lids and lashes normal
OS: lids and lashes normal

**Dilation**
dilated with Mydriacyl 1% and Neo 2.5% OU with 1 drops @ 9:28 AM by Carolyn M. Radiff
Patient was advised of all side affects associated with dilation.
**Examination:**
**Conjunctiva:**
OD: white and quiet
OS: white and quiet
**Cornea:**
OD: normal endothelial, epithelial, stroma and tear film
OS: normal endothelial, epithelial, stroma and tear film
**Anterior Chamber:**
OD: anterior chamber is deep and quiet
OS: anterior chamber is deep and quiet

**Iris:**
OD: iris normal
OS: iris normal
**Lens:**
OD: nuclear sclerosis 3+
OS: nuclear sclerosis 3+

**Fundus Examination:**
dilated with Mydriacyl 1% and Neo 2.5%OU by Carolyn M. Radiff
The patient was advised of all side affects associated with dilation.
**Vitreous:**
OD: vitreous clear
OS: vitreous clear
**Optic Nerve:**
OD: flat, sharp, good color
OS: flat, sharp, good color

Edward Collie
Edward Collie
DOB: 05/07/1932
Date: 10/15/2007

**CD Ratio:**
OD Vertical: .3 Horizontal: .3
OS Vertical: .15 Horizontal: .15
**Macula:**
OD: dot and blot hemorrhages
OS: dot and blot hemorrhages
**Vessels:**
OD: Branch Retinal Vein Occlusion
OS: Central Retinal Vein Occlusion
**Retina:**
OD: flat x 360 degrees, no holes/RD
OS: flat x 360 degrees, no holes/RD

**Impression:**
1. Branch Retinal Vein Occlusion, OD - Though Dr. Greenlee suggested focal, and this seems reasonable to me, the patient states his vision only decreased OS after focal and he is afraid to proceed. Avastin or kenalog may be options instead? Will consult Retina Consultants.
* RTC next available with Retina Consultants
2. CENT RETINAL VEIN OCCLUS, OS - Stable, nonischemic, with a dry macula following focal. Nevertheless VA limiting.
3. Cataract, Nuclear Sclerosis, OU - Not vision limiting given vascular occlusions.

This chart has been reviewed and approved.

Signature: Eric E. Blom MD

Edward Collie
Edward Collie
DOB: 05/07/1932
Date: 10/15/2007