IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, et. al.

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

# WRIT OF HABEAUS CORPUS AD TESTIFICANDUM

---

TO THE UNITED STATES MARSHALL AND/OR THE DEPARTMENT OF CORRECTIONS, STATE OF COLORADO, OR TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE WITNESS MAY BE HELD.

GREETINGS:

We command you to bring the body of Michael Moore, DOC # 43681, witness, now confined in the Denver Reception Diagnostic Center, before this Court on December 21, 2007, and from day to day thereafter, to testify to the truth, according to his knowledge, in hearings to be heard before this Court, and to appear therein as a witness, and immediately after return said witness to the institution where he was confined under safe and secure conduct, and have you then and there this writ.

You are further commanded to serve a certified copy of this writ to the Warden or Superintendent of the Denver Reception Diagnostic Center, or the Warden or Superintendent of any other institution wherein Michael Moore is confined.

December 17, 2007

BY THE COURT:

Honorable John Kane

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and of record in my office.
WITNESS my hand and SEAL of said Court this 17th day of Dec 2007
GREGORY C. LANGHAM
By_____ Deputy

Not Needed per DOC
12/21/07