IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

        Plaintiffs,

    -vs.-

BILL OWENS, et al.,

        Defendants.

---

Claim Number: 03-057
Category III
Claimant: John Medina, #86921
Address of Claimant: c/o King & Greisen, LLP, 1670 York Street, Denver, CO 80206

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

       THIS MATTER comes before the Special Master on the motion to dismiss due to settlement. This claim has been resolved by a settlement between the parties. The claim will be dismissed.

       IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

       SIGNED this 21st day of December, 2007.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____

                Richard M. Borchers
                Special Master