IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)


JESSE MONTEZ, et al.,

        Plaintiffs,

   -vs.-

BILL OWENS, et al.,

        Defendants.

---

Claim Number: 03-264
Category III
Claimant: Sean Pearce, #54169
Address of Claimant: 300 Iris Drive, #2, Sterling, CO 80751

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on December 21, 2007 in Denver, Colorado for a hearing on the claim of Sean Pearce. Present were the following: Willow Arnold, attorney for Defendants, and Dr. Orville Neufeld, D.O. Claimant did not appear.

The hearing on this claim was set for May 24, 2007. That was vacated when Claimant was granted parole. Claimant was advised in an order dated February 23, 2007 to advise the Special Master if he was unable to travel to Denver for a hearing. Claimant never responded to that order. The hearing was set for August 31, 2007 in Denver, Colorado. Claimant was unable to attend, and the hearing was vacated.

On November 30, 2007, an order was issued setting the hearing for December 21, 2007 at the offices of the Special Master at 600 17th Street, Suite 2800-South, Denver, Colorado. The time set for the hearing was 11:00 a.m. Claimant did not appear nor notify the office of the Special Masters that he was unable to appear.

The claim was elevated to Category III due to the alleged severity of Claimant's condition and to allow a hearing to be held. Under the Remedial Plan, Claimant carried the burden of proof to establish that he was disabled and subjected to discrimination. Claimant was given the opportunity to present evidence at the hearing, but he did not appear. Claimant has failed to establish that he was disabled on or before August 27, 2003 or that he was the victim of discrimination

prohibited by the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as he has failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March17, 2008.**

SIGNED this 28th day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master