RE.
Special masters   To be taken as Legal document   12-10-07
As to objection to ruling by special masters.

*DEC 13 2007 FILED — DISTRICT COURT OF COLORADO*
*2007 DEC 26 PM 12:28*
*GREGORY C. LANGHAM CLERK*

On November 19th 2007 I recieved the order of the Special masters concerning plantiff pro se claimant Juan Maldonado #81249 and his claim. Special masters have denied plantiff's case due to a number of reasons plantiff feels are in error. On Section II (7) of the order. Mr. Maldonado still asserts that he was denied work and programs due to his illness furthermore since a grievance was tendered upon a Cuptain Hubbard Kitchen manager/part Time warden of Limon correctional facility mr. maldonado has been unfairly retaliated against by staff and work staff thereby resulting in trumped up disiplinary charges which defendant choses to cover up. In Section III (6) the special masters conclude plantiff Juan Maldonado is NOT disabled plantiff maldonado has been a diabetic since August of 1998 has had numerous problems with Nephropathy (Kidney Infection) and sores upon his feet which thereby limit him from engaging in major life activitys Section III (8) plantiff maldonado claims he has NOT been discriminated against by bieng required to take his medications but has been discriminated against for taking his medication, Insulin shots while at work thereby halting work production by requiring a staff member escort him to medical services to recieve said medication and as to bieng denied medication while plantiff was out of state plantiff still argues that he had sent proof of his bieng denied medication to the special masters and that all evidence pertaining to his out of state incurceration C.I. to C.M. does not contain plantiff's signature nor knowledge of such events supposedly ~~said~~ to have been taken plaintiff maldonado asserts and assures the special masters these out of state papers are false furthermore plantiff maldonado disagrees strongly with the falsehoods the defendant has perpetrated and seeks to object rather strenuously to the special masters orders and to the defendants lies and coverups   if plantiff maldonado is NOT disabled he challenges the defendant and the special masters to remove him from his medications and to inform him in writing so that plantiff maldonado can re submit another lawsuit and have a trial by judge and court he sees no other way to achieve justice from the special masters and the collective power of the defendant

Thank you   Signed on this day December 10th 2007

Juan Maldonado #81249

**Colorado Department Of Corrections**

Name: Juan Maldonado
Register Number: # 81249
Unit: CSP A-6-17
Box Number: PO Box 777
City, State, Zip: Canon City, Co. 81215

COLORADO SPRINGS
CO 809
11 DEC 2007 PM 3 L

Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson — Special Masters for Th
Court for The district of Colorado — Legal resolution center
7907 Zenobia Street
Westminister, Co. 80030-4444

80030+4444