IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-N-870(OES)(Consolidated for all purposes with
Civil Action No.96-N-343)

JESSE MONTEZ, et al,

Plaintiffs

V.

BILL OWENS, et al.,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2007

GREGORY C. LANGHAM
CLERK

---

Class-Action Counsel
Ms. Paula Greisen
Mr. David Miller
King & Greisen
1670 York Street
Denver, Colorado. 80206

Mr. James Quinn
Mr. Jess Dance
Colorado Attorney General's Office
1525 Sherman Street-7th Floor
Denver, Colorado. 80203

TABLE OF AUYHRITIES CASES

Muller-V-Oregon,208 U.S.412 (1908)id.at 419-420 n.1..........2

Procter & Gamble Co.-V-Haugen,179 F.R.D.622(D.Utah 1998)....2

Appendix-H-(A)(1),Hospitals Crack Down on Deadly Infections
Appendix-H-(A)(2),Hospitals Crack Down on Infections,pg.2
Appendix-H,Evolution at Work:Watching Bactera Grow Drug Resistant.
Appendix-H(B),Division of Registrations

STATUTES AND CONSTITUTIONAL PROVISION

42 U.S.C.§ 12131,et seq,Title II,sec.504

29 U.S.C.§ 794

42 U.S.C.§ 1985(2)

UUnited States Geneva Convention,Part I,Article (1)(2);Article,2(1)(1)(2)(3)

United States Constitution,art.II,sec.2,cl.2,1st.4th,5th,6th,8th,§5 of the 14th amendment

Dated *December 23, 2007*

*Randy Jordon* #53405

Respectfully Submitted pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-N-870(OES)(Consolidated for all purposes with
Civil Action No.96-N-343)

JESSE MONTEZ,et al.,
                Plaintiffs,
V.

BILL OWENS,et al.,

Defendants

---

Claim Number 03-201

Category III

Claimant: LARRY GORDON #53405

Address of Claimant:(L.C.F.)49030 State Hwy.71,Limon,Colorado.80826

---

OBJECTION TO THE: FINAL ORDER OF SPECIAL MASTER/December 12,2007

---

COMES now,LARRY GORDON,Claimant,pro se,and moves this Honorable Court, pursuant to,(42 U.S.C.§ 12131,et seq.and 29 U.S.C. § 794,42 U.S.C. §1985 (2)therein so prays.

1.that claimant is not an attorney,nor a student of law,request a rehearing into the hearing that was held on December 4th,2007,because the Defendants,and their attorneys intentional violated the " Courts...Order of March 14th,2005,at[n]o time have (CDOC)or the Colorado Attorney General's office disclose,or allowed claimant to review Colorado department (pink-Data Collection)files that the Special Master himself was not allowed to review these files,I object.

2.That the Special Master,denied Claimant the right to a expert witness,Dr.Robert M.Finlaw,M.D.is a Gastroenterology,at Southside Clinic 2002 Lake Ave.,Pueblo,Colorado.81004,see Exhibit-F(4)that my medical treatment had to be farmed-up because (mb)Doctor in (CDOC)have the skill or knowledge as a specialist in intestinal diseases,infections,viruss, and the(17)biologically test taken of claimants,colon,and intestines, (CDOC)medical staff,allowed claimant to take one round of medication, but interfered with the Dr.Robert Finlaws,Orders that claimant...be given a Antibiotic,for an infection(MRSA)see Exhibit-H,of the claimant in which claimant communicated to Dr.Anita Bloor,at a medical appoint-

(1) of 4

ment,an article out of the (Wall-Street Journal,Friday,June 8,2007, about EVOLUTION AT WORK:Watching Bacter Grow Drug Resistant)claimant requested that the article be read into the record,cause it is a learned treaties:

 DAY By Day,the doctors unwittingly helped the bacteris infecting their young heart patient to evolve.The more intensively they treated his affliction with antibiotics,the more the microbes resisted therapy.

   In a strict medical sense,the young man,identified only as Patient X,died of complications from a congenital heart ailment and a Staphylococcus aureus infection.More broadly,evolution killed him.The life-and death struggle inside his infected heart was driven by the same evolutionary forces of natural selection and adaptation that are causing a pandemic of drug-resistant diseases "World-wide.The emergence of such immunity among infectious diseases is one of the most well-documented problems in modern public health.Until now,however,researchers knew little about how bacteria multiplying inside the human body overcome the drugs deigned to control them.
Last month,an international team of(11)scientists,led by biologists at Rockefeller University in New York,for the first time identified the genetic changes that occurred as Staph bacteria developed resistance to successive antibiotics,step by step,in the living test tube of a sick man.To document events inside these virulent cells,Rockefeller University biologist Michael Mwangi and his colleagues analyzed the infection's genetic code as it changed in a series of blood samples taken during the patient's stay.Their work,reported in the Proceedings of the National Academy of Sciences,details how the molecular mechanics of survival are stregthening many deadly diseases.(quote,<u>Muller-V-Oregon</u>, 208 U.S.412(1908)id. at 419-420 n.1,))attachment Exhibit-H
Claimant respectfully request that this Honorable Court insist on seeking the (pink-Data-Collection files)because Dr.Robert Finlaws  comlete records,and order is in the custody of (CDOC)that have been withheld from review by the Federal Court(quote,<u>Procter & Gamble Co.-V-Haugen</u>,179 F. R.D.622 (D.Utah 1998):bad faith destruction of evidence to cover-up a PLAGUE that kills 90,000 people a year,more than AIDS/HIV.(DRDC)medical staff intentional destroyed claimants (3)page statement to cover-up secret government poisoning of claimant,these legal documents are not in claimants medical files for review.

3. That claimant makes an objection to any and all of the governments allegations in the hearing held December 4th, 2007, because the Colorado Attorney General's office, and (CDOC) allowed Doctors to take part in this hearings that do not have medical licene authorized by the State of Colorado, see Exhibit-H(B).

4. That claimant was subjected to torture here in the (CDOC) because of his race, and being mentally handicap, claimants state hospital records can be found, using my name and SSI number, torture is prohibited by both State and Federal Constitution, and laws, in violation of the Geneva Conventions rules on torture, (CDOC) and the Colorado Attorney Generals Office have intention concealed the facts of feeding my human feces to cause harm for no reason other than to cause internal injurys to my liver, lungs, bowels, and muscle around my heart, claimant is forced to run a mile a day in order activate peptide neurotransmitter in the brain to relieve the pain in my body caused by (methillin-resistant Staphylococcus aureus) that has caused both of my feet to freeze makin it hard to walk, sleep (CDOC) have no tests, or equipment for (MRSA).

WHEREFORE, Claimant request relief in the above-matter, that this Honorable Court, demand that (CDOC), and the Colorado Attorney General's office turn over the (Data-Collection) files for review, and any all other relief that this Honorable Court, deems just under the United State Constitution, and laws..

Dated: December 23, 2007

Larry Jordan #53405

Respectfully Submitted pro se

3 of 4

## CERTIFICATE OF SERVICE

I, LARRY GORDON, hereby certify that a true and corrrt copy of this (Motion of objection) as placed in the United States Mail to the following party's:

United States District Court
Special Masters For The United States District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado. 80030-4444

United States District Court
Alfred A. Arraj U.S. Courthouse
901 Nineteenth Street-A105
Denver, Colorado. 80294

Mr. James Quinn
Mr. Jess Dance
Colorado Attorney General Office
1525 Sherman Street-7th Floor
Denver, Colorado. 80203

Ms. Paula Greisen
Mr. David Miller
Class-Action Counsel
King & Greisen, LLP
1670 York Street
Denver, Colorado. 80206

Dated December 23, 2007

Larry Gordon #53405

Respectfully Submitted pro se

4 of 4

*Exhibit-H*

*Friday, June 8, 2007*

## SCIENCE JOURNAL

# Evolution at Work: Watching Bacteria Grow Drug Resistant

**DAY BY DAY,** the doctors unwittingly helped the bacteria infecting their young heart patient to evolve. The more intensively they treated his affliction with antibiotics, the more the microbes resisted the therapy.

In a strict medical sense, the young man, identified only as *Patient X*, died of complications from a congenital heart ailment and a *Staphylococcus aureus* infection.

More broadly, evolution killed him.

The life-and-death struggle inside his infected heart was driven by the same evolutionary forces of natural selection and adaptation that are causing a pandemic of drug-resistant diseases world-wide. The emergence of such immunity among infectious diseases is one of the most well-documented problems in modern public health. Until now, however, researchers knew little about how bacteria multiplying inside the human body overcome the drugs designed to control them.



*By Robert Lee Hotz*

Last month, an international team of 11 scientists, led by biologists at Rockefeller University in New York, for the first time identified the genetic changes that occurred as *Staph* bacteria developed resistance to successive antibiotics, step by step, in the living test tube of a sick man. To document events inside these virulent cells, Rockefeller University biologist Michael Mwangi and his colleagues analyzed the infection's genetic code as it changed in a series of blood samples taken during the patient's stay. Their work, reported in the Proceedings of the National Academy of Sciences, details how the molecular mechanics of survival are strengthening many deadly diseases.

*Patient X* died in October 2000 after a 12-week hospital stay. His case comes to light now because researchers only recently developed the computational techniques needed to sequence generations of bacteria. The hospital, which also wasn't identified, gave the patient's *Staph* samples to the Rockefeller team for research purposes. The techniques still are too slow and expensive for clinical use.

**WHEN PATIENT X** was admitted to the hospital, he was already suffering from a *Staphylococcus aureus* infection, but it was still vulnerable to antibiotics. During treatment, however, the bacteria quickly developed stronger resistance to four antibiotics, including vancomycin, the drug of last resort for intractable infections, the scientists reported. As living bacteria, the *Staph* were driven to survive.

Every time the patient took his medicine, the antibiotics killed the weakest bacteria in his bloodstream. Any cell that had developed a protective mutation to defend itself against the drug survived, passing on its special trait to descendants. With every round of treatment, the cells refined their defenses through the trial and error of survival. "It means that during a normal course of treatment there is an evolutionary revolution going on in your body," said Stanford University biologist Stephen Plaumbi, author of "The Evolution Explosion: How Humans Cause Rapid Evolutionary Change."

These resistant microbes, all disease-producing organisms spawned by the original infection, quickly accumulated 35 useful mutations. Each one altered a molecular sensor or production of a protein.

**RESEARCHERS THEN** matched these gradual genetic changes to increasing levels of drug resistance, shocked that it took so little to undermine the foundation of modern infectious-disease control. "We have now really looked into the belly of the beast and seen the mechanism," said Rockefeller microbiologist Alexander Tomasz.

Nearly two million people catch bacterial infections in U.S. hospitals every year and 90,000 of them die—seven times as high as a decade ago as germs become immune to almost every antibiotic developed during the past 60 years. The most common is the *Staphylococcus* bacteria. World-wide, some two billion people carry these bacteria; up to 53 million people are thought to harbor antibiotic-resistant forms.

On average, people who contract *Staph* infections stay in the hospital three times as long and face five times the risk of dying. But these infections are becoming more prevalent outside hospitals. Antibiotic-resistant *Staph* infections increased almost sevenfold from 2001 to 2005, researchers reported last week in the Archives of Internal Medicine. Contagions such as tuberculosis, pneumonia and bubonic plague also are becoming immune to the drugs that once kept them at bay.

The death of *Patient X* highlights the speed of natural selection in fostering antibiotic resistance. "When you talk about the evolution of an arm or an eye or a species, you might be talking about millions of years. You can get bacteria resistant in a week," Dr. Mwangi said.

The Rockefeller researchers believe that a better understanding of evolution will lead to better antibiotic treatments. They want to disable the genes that allow these disease bacteria to mutate and adapt. The *Staph* bacteria that evolved inside *Patient X* now have such strong defenses that, in recent tests, they easily withstood even the next generation of clinical antibiotics. For the time being, the microbes are keeping one step ahead.

*Email me at ScienceJournal@wsj.com.*

June 26, 2007   Exhibit-H(A)(1)

# Hospitals Crack Down on Deadly Infections

*New Testing Allows Facilities To Quickly Identify Carriers; The Hand-Washing Problem*

By Theo Francis

As concern over antibiotic-resistant infections grows, some hospitals are aggressively screening patients with new tests that can rapidly detect one of the most problematic bugs.

Several hospitals say the effort, though expensive, is paying off, in part because they can quickly isolate patients carrying the strain to help prevent its spread. After six months of testing every patient entering Newark Beth Israel Medical Center's intensive-care unit, officials say the new tracking regime has helped it slash new infections by methicillin-resistant staphylo-



Corbis

coccus bacteria to nearly zero, and cut the proportion of intensive-care patients carrying the bug to 10% from 33%.

Similarly, the University of Maryland Medical Center says early results from its own surveillance efforts suggest it is preventing enough costly infections to pay for itself.

Staph infections are common in health care set-

An estimated 5,000 people a year die from infection with methicillin-resistant staph aureus, or **MRSA**, according to the CDC.

tings, but the spread of drug-resistant strains is particularly worrisome because they are hard to treat and can quickly become deadly in patients whose immune systems are already under strain.

Methicillin-resistant staph aureus, or MRSA, has become increasingly common, making up more than 60% of hospital staph infections in recent years, up from 2% in the mid-1970s. The federal Centers for Disease Control and Prevention estimates that 126,000 people are hospitalized with MRSA infections each year and about 5,000 die, with an annual price tag totaling $4 billion a year.

"It's clear that MRSA infections are on the rise," says John Jernigan, a medical epidemiologist with the CDC in Atlanta.

Indeed, new data released this week suggest that the drug-resistant bacteria strain could be

Please turn to the next page

over →

# Colorado The Official State Web Portal

Exhibit-H(B)



## Division of Registrations

### Individual Search - Results List
### Medical

Click on a name for more information, including board or program actions:

| Name | License Number | License Status | License Type | City |
|---|---|---|---|---|
| Franz, Elmer Martin | DR-10376 | Lapsed | Physician | Englewood, CO |
| Franz, Joseph Carl | DR-24215 | Lapsed | Physician | Colorado Springs, CO |
| Franzbrooke, James Earl | DR-29027 | Active | Physician | Northglenn, CO |
| Franzoso, Nancy J | DR-35324 | Active | Physician | Boulder, CO |

Your query returned 4 Individual License Records based on the following search criteria:

|   |   |
|---|---|
| Licensing Board : | Medical |
| License Number : |   |
| Last Name : | franz |
| First Name : |   |
| City : |   |
| License Type : | Physician |

➡ Return to the top of the page

➡ Return to Colorado Division of Registrations - Main Search Page

➡ Search for Individuals - All Licensing Types

➡ View Registrations Online Documents

Generated : 11/02/07 4:40 pm

Federal Home Page || State Home Page || Department Home Page

Usage Statistics

Privacy Statement | Disclaimer

Technical Assistance:
E-Mail Information Technology Section

Contact the **Division of Registrations**
**1560 Broadway, Suite 1350**
**Denver, CO 80202**
(303) 894-7800 - Phone
(303) 894-7693 - Fax
Relay Colorado
(TTY (English & Spanish), Voice, VCO, ASCII, STS Assistance Numbers)

Colorado Department of Corrections
Name: LARRY GORDON
Register Number: 53405
Unit: L1-5
4653 State Hwy. 71
City, State, Zip: Limon, Colorado 80826

Honorable; Judge John Kane
United States District
Alfred A. Arraj U.S.
901 - 19Th Street
Denver, Colorado

Legal-mail