IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-400
Category III
Claimant: Stephen Daniel Hamer, #49679
Address of Claimant: 212 S. 27th Street, Colorado Springs, CO 80904-3020

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant was scheduled for a hearing on July 6, 2007 in Colorado Springs, Colorado. He did not appear for that hearing. The claim was dismissed. Subsequent to the hearing, Claimant contacted by telephone the office of the Special Masters. He stated that he had not received his mail from his parole agent and did not know of the hearing date.

On July 18, 2007, an order was issued directing Claimant to file a written motion to vacate the dismissal of his claim. That motion was to be filed on or before August 16, 2007. A second order was issued on July 25, 2007 setting a tentative hearing date. Claimant was reminded that he had to file a written motion to vacate the dismissal of his claim and that his signature needed to be notarized.

No written motion to vacate the dismissal has been filed by Claimant. He has submitted nothing further in support of his claim. Claimant has presented nothing in writing to establish that he did not receive notice of the first hearing date. As a result, this claim will be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant has failed to comply with the previous orders directing the filing of a written motion to vacate the dismissal of his claim for failure to appear at the scheduled hearing; and

IT IS FURTHER ORDERED that the hearing date set for November 30, 2007 is vacated; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 14, 2008.**

SIGNED this 8th day of November, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of November, 2007 to the following:

Mr. Stephen Daniel Hamer
#49679
212 S. 27th Street
Colorado Springs, CO 80904-3020

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203