ORIGINAL

IN THE UNITED STATES DISTRICT COURT

OF COLORADO

CIVIL ACTION # 92-N-870

JESSE MONTE + CLASS.

VS

BILL OWENS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2007

GREGORY C. LANGHAM
CLERK

CLAIM 02-128, CLASS MEMBER STEPHEN MOORE

MOTION TO RECONSIDER DENIAL OF DISABILITY BY WRONG STANDARD OF REVIEW.

---

THE DEFENDANTS + MASTERS DENIAL OF DISABILITY STATUS PER REMEDIAL PLAN V A 3 IS WRONG, SHOWS BAD FAITH + INEFFECTUAL REVIEW BY ARBITRARY STANDARDS.

SYSTEMIC DENIAL OF DISABILITY BY ARBITRARY, UNREASONABLY HIGH STANDARDS EXCLUDING THE WIDEST RANGE OF A.DA QUALIFIED AND ALLOWING ONLY SMALL PERCENTAGE OF THE SEVEREST DISABLED IS THE MOST PREJUDICIAL FORM OF DISCRIMINATION.

(1) MASTERS, DEFENDANTS + COURT CLAIM PLAN PART V TO 'PLACEMENT' REQUIRING 'SPECIAL PLACEMENT'

PART A IS CRITERIA FOR SPECIAL PLACEMENT' PART 3 IS PERMANANT VISION IMPAIRMENT NOT CORRECTABLE TO 20-200" IS STANDARD FOR DISABILITY SEE EXBIT A

(2) MONTEZ PLAN V A 3 IN NO MANNER SETS A DISABILITY STANDARD STATING AT 20-200 CORRECTED LEGALLY BLIND STANDARD.

The DEFENDANTS MISTATE This SECTION TO ~~Placem~~ PLACEMENT IS STANDARD OF 'PERMANANTLY Blind' And IF NOT Blind Then NOT VISUALLY IMPAIRED' Pg 4. + DENIAL OF ADA REQUEST. ATTACHED EXBIT A

(3) NOR DOES SUTTON 527 U.S. 471 SET DISABILITY AT 20-200.

(4) The EXCLUSION OF PERSONS IMPAIRED BUT NOT LEGALLY BLIND EXCLUDES The WIDEST RANGE OF QUALIFIED PERSONS UNDER ADA By LAW

20-40 DRIVERS LISCENSE STANDARD

20-60 UNCORRECTED LOW VISION AMERICAN ACADEMY OF OPTHAMOLOGY SEE CLAIM + SUPPORT

20-50 20-70 DISABLED, IMPAIRED FIRE DST. 772 P2d. 70. Colo92

(5) TO BASE VISION DISABILITY ON 1 STANDARD DENYS THE VARIETY OF WAYS VISION FAILS, INJURY GLAUCOMA, MYOPIA ECT





(10). The DESTRUCTION OF DR EXAM + FALSIFICATION OF 7-9-07 OPTOMETRY EXAM IS RETALIATION + INTERFERENCE WITH ADA PROHIBITED By STATUE 42 USC 12202, 12203.

(11) By LAW + FACT MOORE IS IMPAIRED HAS A DEBILITY By 20-500 VISION + LEFT Eye INJURY MOORE HAS 2-6 Hours OF PAINFUL BAD VISION A DAY WITH CORRECTION. HAS TAKEN PAIN Killer 1997 TIL 2007.

2-6 hours A DAY VISION By LIMITING PAIN IS 'SUBSTANTIALLY LIMITS' 42 USC. 12102 (2) DISABILITY By 'DURATION' OF MEDICAL PROBLEM

(12) MOORE 'WHO WITH OR WITHOUT REASONABLE ACCOMODATION' 42 USC. 12111 (8) PART I PLAIN 'WITH OR WITHOUT' ACCOMODATION. CONGRESS WORDED LANGUAGE OF STATUE TO AVOID ARBITRARY EVASIONS, PRETEXTUAL DENIALS By Claims WITH ACCOMODATION NOT IMPAIRED.

WITHOUT ACCOMODATION 20-500 VISION + INJURY.

FALSE DENIALS OF DISABILITY BY PRETEXT EXCUSES, LEGAL CONTRIVANCES, ARE ADMINISTRATIVE METHODS OF DISCRIMINATION. VIOLATING 42 USCA 12182 (D).

ACTUAL INJURY + DEBILITY

MOORES VISION IS 20-500 WITH INJURY OS ORBITAL BLOW OUT' 7-9-07 OPTOMETRY EXAM MOORE HAS 2-TO 6 HOURS OF POOR PAINFUL VISION + DAY BY PAIN, BURNING. HAS TAKEN PAIN KILLERS 1997 TILL 2007. 7-9-07 EXAM STATES ALSO "20-800"

BY SPECIALIST OCULAR HX IS SIGNIFICANT 1992 HE SUFFERED A BLOW OUT FRACTURE TO HIS LEFT ORBIT NO REPAIR AT THE TIME 9-30-99 BY DR Schlomer

BY EXPERT TEXT GENERAL OPTHAMOLOGY

'VISUAL ACUITY IS NOT A PARTICULERLY SENSITIVE MEASURE OF FUNCTION' Pg. 379.

'VISUAL FUNCTION IS NOT ALWAYS MEASURED ACCURATELY BY READING AN EYE CHART.'

| | 12-94 EXAM | 12-00 | 3-04 | 7-07 |
|---|---|---|---|---|
| DETERIATION | 20-275 | 20-400 | 20-450 | 20-500 |

TRAUMA CAN CAUSE VISION LOSS YEARS LATER GENERAL OPTHAMOLOGY P 185, 200, 215 LATE EFFECTS OF TRAUMA + INJURY AND INTERVAL BETWEEN INJURY AND PROBLEM OBSCURE ASSOCIATION Pg 214, 216.

GLAUCOMA SECONDARY TO INJURY P 244. MYOPIA SUBJECTING TO HIGHER DEGREE OF DEGENERATIVE CHANGES' Pg 366 TRAUMA A COMMON CAUSE OF BLINDNESS. PATHOLOGICAL MYOPIA LEADING CAUSE OF BLINDNESS Pg 184

'ABNORMALITIES OF THE INTERCRANIAL VISUAL PATHWAYS USUALLY DISTURBS THE VISUAL FIELD MORE THAN CENTRAL VISION ACUITY' Pg 27 INJURY CONTROLS MOORES VISION"

GOOD VISION RESULTS FROM COMBINATION OF AN, ~~INTACT~~

INTACT NEUROLOGICAL PATHWAY (NERVES)

INTACT HEALTHY EYE STRUCTURE ORBIT + STRUCTURE

Pg 29 PROPER FOCUS OF THE EYE GLOBE, EYE ACUITY

MOORE HAS PROBLEMS IN ALL 3. 20-500 VISION ACUITY, BLOWN ORBITAL STRUCTURE, DISPLACED EYE. PRESSURES OPTIC NERVES ~~NEURO~~ NEUROLOGICAL PATHWAY

FREQUENTLY VISUAL DISTURBANCES BECAUSE OF DESTRUCTION OR PRESSURE UPON SOME PORTION OF THE OPTIC PATHWAY' Pg 244. OPTIC NERVE

INDIRECT OPTIC NERVE DAMAGE Pg 250

LOW VISION 20-60 UNCORRECTED AMERICAN ACADEMY OF OPTHAMOLOGY

" SEVERELY REDUCED VISUAL ACUITY.' SOME VISION

PATIENT EXPERIENCE DIFFICULTY PERFORMING ORDINARY TASKS' Pg 377.

IS USUALLY PROGRESSIVE' 2-6 HOURS VISION A DAY.

INDUSTRIAL BLINDNESS WHEN WORKER CAN NO LONGER PURSUE AN OCCUPATION CAUSE OF POOR VISION' Pg 384. 2-6 HOUR VISION A DAY

By LAW MOORES VISION IS DISABLING. THE DEFENDANT ABUSE SECTION V TO Exclude DISABILITY.

THE RECENT COMPLETE LOSS OF DR EXAM + FALSIFICATION OF OPTOMETRY EXAM. SHOWS ~~LARK~~ LACK OF GOOD FAITH' COMPLIANCE. + A TENDANCY TO EVADE + DENY ADA COMPLIANCE

AS TRUE + CORRECT 25 Th DAY OF 2007

EXIBIT A PS 4 DEFENDANTS CLAIM V NEGATED

B 7-9-07 EXAM

C 10-29-07 GRIEVANCE

D. DENIAL 2004 + 2007

E.

By Stephen Moore 57351

STEPHEN MOORE 57351

BOX 0777 B-4-12

CANON CITY COLO

81215

Certificate of mailing

Concurrent Copy Sent By mail to DEFENDANTS LAWYERS

ELIZABETH CANN

ATTORNEY GENERAL

1525 SHERMAN ST. 5Th Fl.

DENVER COLO 80203

## I. MOORE IS NOT "VISION IMPAIRED" UNDER THE REMEDIAL PLAN, ADA, OR REHAB ACT.

Moore claims to have a vision impairment. The Remedial Plan defines "permanent vision impairment" as "inmates who are permanently blind or who have a vision impairment not correctable to central vision activity of 20/200 or better, even with corrective lenses." (Remedial Plan, §V(A)(3)). Moore is not permanently blind and his corrected vision is 20/20. See Def. Exhs. B and D. He has consistently been provided glasses. Therefore, Moore does not meet the Remedial Plan's definition of vision impairment.

Corrective measures, such as glasses, must be considered in determining whether a claimant is disabled. Sutton v. United Air Lines, 527 U.S. 471, 482 (1999). In Sutton, the Supreme Court held that severely myopic claimants were not disabled under the ADA because the claimants could correct their visual impairments with corrective lenses. Id. at 488. Similarly, Moore's visual impairment is correctable with glasses. Therefore, Moore is not disabled under the Remedial Plan, ADA, or Rehab Act.

## II. MOORE WAS NOT DENIED ACCESS TO ANY JOBS, PROGRAMS, BENEFITS, OR SERVICES.

Moore also fails to prove the other three elements of a Montez damages claim. Moore has not been denied access to any job, program, or benefit that was he "otherwise qualified" for. Nor was he discriminated against by CDOC because of his alleged disability. As discussed below, this is an Eighth Amendment medical malpractice claim, which is beyond the scope of this case. The record shows Moore was never denied access to medical care. He visited doctors numerous times and received regular eye-exams. He never claims he was denied access to any job, program, or service.

-5.00 -2.00 015

SEC 6.OPHTH

DOC# 57381 NAME Moore, S DOB

| | |
|---|---|
| DATE 9/11/06 FACILITY CSP PED | DATE 7-9-07 FACILITY CSP PED |

**Left column (9/11/06):**

| WITHOUT CORRECTION | | EXISTING RX | | NEW RX | |
|---|---|---|---|---|---|
| OD 20/30 | | OD 20/20 | | OD Poor | |
| OS 20/40 | | OS 20/20 | | OS | |

| | | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|---|
| DISTANT | OD | -4.50 | -1.00 | 175 | 3↑ warping temp OU 1-2↑ | |
| | OS | -4.75 | -1.50 | 20 | | |
| ADD | OD | | | | | |
| | OS | | | | | |
| READING | OD | | | | | |
| | OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | | | | |
| BIFOCAL | | | | |

NOTES Can't see c gls. Got some cast yr but had no "astig or axis" on it. Ordered new ones 6/06 & is having hard time c dist vision & near (not just near)

| | | |
|---|---|---|
| 1. OPHTHALMOSCOPE | OD | |
| | OS | |
| 2. OPHTHALMOMETER | OD | |
| | OS | |
| 3. HABITUAL PHORIA | OD | |
| 4. STATIC SKIASCOPE | OS | |
| 5 DYNAMIC SKIASCOPE (20") | OD | |
| | OS | |
| 6. DYNAMIC SKIASCOPE (40") | OD | |
| | OS | |
| 7. SUBJECTIVE 20/20 20/20 | OD | Same |
| | OS | |
| 8. INDUCED PHORIA | ESO | EXO |
| 9. TRUE ADDUCTION (W/O ACC) | (A) Denver warped | |
| 10. CONVERGENCE (AAA & ADD) | | |
| 11. ABDUCTION | | |
| 12. VERTICAL PHORIA | R. | L. |
| 13. INDUCED PHORIA (NEW RX) | ESO | EXO |
| 14. CROSS CYL. (Dissociated) | OD | |
| | OS | |
| 15. INDUCED PHORIA | ESO | EXO |
| 16. ADD. TOLERANCE | 16.A | 16.B |
| 17. ADD. NEG. TOLERANCE | 17.A | 17.B |
| 18. VERTICAL PHORIA | R. | L. |
| 19. AMP. OF ACC. | (P) Re-order | |
| 20. TOL OF ACC STIMULATION | | |
| 21. TOL OF ACC INHIBITION | | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME Stephen Moore DATE 10-16-06

STAFF PERSON K Abel RN 10/16/06

**Right column (7-9-07):**

| WITHOUT CORRECTION | | EXISTING RX | | NEW RX | |
|---|---|---|---|---|---|
| OD 20/800 | | OD 20/50 | | OD | |
| OS 20/800 | | OS 20/30 | | OS | |

| | | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|---|
| DISTANT | OD | | | | | |
| | OS | | | | | |
| ADD | OD | | | | | |
| | OS | | | | | |
| READING | OD | | | | | |
| | OS | | | | | |

| | SIZE | TEMPLE | P.D. | COLOR |
|---|---|---|---|---|
| FRAME | | | | |
| BIFOCAL | Pt wishes new glasses - will pay for them himself | | | |

NOTES Mortez Exam. ⊖ Injury OS - orbital blow out

| | | |
|---|---|---|
| 1. OPHTHALMOSCOPE | OD | |
| | OS | |
| 2. OPHTHALMOMETER | OD | Gen 50 |
| | OS | PD 67/64 |
| 3. HABITUAL PHORIA | OD | |
| 4. STATIC SKIASCOPE | OS | Seg Ht 19 |
| 5 DYNAMIC SKIASCOPE (20") | OD | |
| | OS | c/d .2/.2 + Head OU |
| 6. DYNAMIC SKIASCOPE (40") | OD | |
| | OS | Mac. clear OU |
| 7. SUBJECTIVE 20/20 20/20 | OD -4.75 -1.25 X170 | |
| | OS -5.00 -2.00 X015 | |
| 8. INDUCED PHORIA | ESO | EXO |
| 9. TRUE ADDUCTION (W/O ACC) | +2.50 | |
| 10. CONVERGENCE (AAA & ADD) | Suspect malingering of | |
| 11. ABDUCTION | entering acuities. | |
| 12. VERTICAL PHORIA | R. | L. |
| 13. INDUCED PHORIA (NEW RX) | ESO Should be able | EXO |
| 14. CROSS CYL. (Dissociated) | OD to see at least | |
| | OS | |
| 15. INDUCED PHORIA | ESO 20/25 | EXO OD + OS |
| 16. ADD. TOLERANCE | 16.A with | 16.B Current Rx |
| 17. ADD. NEG. TOLERANCE | 17.A | 17.B |
| 18. VERTICAL PHORIA | R. | L. |
| 19. AMP. OF ACC. | (A) MAP | |
| 20. TOL OF ACC STIMULATION | | |
| 21. TOL OF ACC INHIBITION | (P) Rx BF | |

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME Stephen Moore DATE

STAFF PERSON [signature]

Note See Pg 4 money Response, Ploy to use Sutton to Deny ADA compliance, 90% vision Loss Does Not Disappear with Bifocals.

STEP I. 10-29-07 ADA.

Accurate

"DENIAL OF DISABILITY, ACCOMODATION, SYSTEMIC VIOLATION OF MONTEZ, ADA By 'SUTTON' STANDARD OF LEGAL BLIND TO DENIAL IN SYSTEMIC ARBITRARY MANNER. MOORES VISION IS 20-500 (20-800) WITH INJURY PER 7-9-07 EXAM. RX PAINKILLERS 97 TO 2007. MOORE HAS BEEN SYSTEMICALLY DENIED ADA BENEFITS AS HE ISNT LEGALLY BLIND 'PER MONTEZ (V) A-3. THIS IS TO 'PLACEMENT.' THIS MONTEZ SECTION IN NO WAY STATES DISABILITY IS TO BE ONLY BY LEGALLY BLIND 'SUTTON' STANDARD. BY 20-500 VISION + INJURY, 20-400 IS 90% VISION LOSS TABLE I PG398 GENERAL OPTHAMOLOGY. TO BASE DISABILITY ON LEGAL BLIND STANDARD DENIES ADA, SYSTEMICALLY THWARTS MONTEZ PLAN. MOORES VISION CORRECTS TO 20-20 BUT HE HAS CONSTANT PAIN, IS DEBILITATED, USEFUL VISION IS 2-6 HOURS A DAY, 20-500 VISION, INJURY 2-6 HOURS VISION A DAY, PAIN KILLERS 1997 TO 2007 IS PERMANENT PHYSICAL IMPAIRMENT, DISABILITY SUBSTANTIALLY LIMITING MAJOR LIFE ACTIVITY. 'SUTTON' STANDARD DENYS PROBLEM TO BUT LEGALLY BLIND. WHILE 20-60 IS LOW VISION, AMERICAN OPTHAMOLOGY COLLEDGE 20-50 20-70 DISABLED IMPAIRED, FIRE DST. 772 P2d. 70 COLO 89. FEW PRISONERS ARE 'LEGALLY BLIND' WHILE MANY IMPAIRED. NOR DOES SUTTON 119 SCT. 2139 WHILE CITES 'CORRECTED VISION' EXCLUDE DISABILITY FOR INJURY, MYOPIA, GLAUCOMA, VISION IS SUCH A WIDE FIELD, TO DENY DISABILITY ON 'STANDARD' EXCLUDES THE VARIETY OF WAYS OUR VISION FAILS, BY SUTTON MOORE MAY AS WELL NEVER FILE ADA TILL HIS VISION GOES FROM 20-20 TO 20-200 WHILE HE SUFFERS THROUGH LOW VISION, OF 20-60, INJURY, PROGRESSIVE DEBILITATION AGGRAVATED BY DENIAL OF ACCOMODATION. SUTTON STANDARD FOR 'PLACEMENT' IS WRONG ARBITRARY STANDARD TO DENY MONTEZ + ADA. APPEAR WILLFULL SUBTERFUGE TO EVADE + OBSTRUCT ADA COMPLIANCE." STEPHEN MOORE B-4-12 CSP

C

# ACCOMMODATION RESOLUTION

| NAME | MOORE, STEPHEN | DOC # | 57381 |
|---|---|---|---|
| FACILITY | CSP | DATE RESOLVED | 9/29/04 |
| CLAIMED DISABILITY | VISION | PROVIDER | WERMERS |

| REQUEST | Offender states that an old eye injury requires that he have two separate pairs of glasses instead of bifocals. He requests permission to have one pair of glasses for distance and a separate pair for reading. |
|---|---|
| QUALIFYING DISABILITY | NONE |
| ACCOMMODATION | NONE |

The clinical notes from his eye exams state that the offender's corrected vision is well within the normal range. There is nothing about the old eye injury which would cause the offender to need two separate pairs of glasses rather than bifocals. A second pair of glasses is unnecessary and will not be permitted.

The offender does not have a qualifying disability and no accommodations will be afforded him.

[signature] 10-19-04

Signature: Provider Date

[signature] 10/27/04

Signature: AIC Date

+ 2007. Denial

MOORE, STEPHEN, VISION. TO CRONIC VIOLATION OF MONTEZ, A.DA

MOORES VISION IS 20-500 WITH AN EYE INJURY STATED

20-800 7-9-07 OPTOMETRY EXAM.

PRESCRIBED PAINKILLERS 1997 TILL 2007.

HE FUNCTIONS WITH 2-6 HOURS OF VISION A DAY. WITH CONSTANT PAIN + EYE STRAIN RESTS AFTER VISION USE, CAUSING STRAIN, T.V. OF A MOVIE OR SPORTING EVENT, READING PAPER, NOW SCANNED, MAGAZINE LITERALLY SPENDS 10 HRS A DAY LAID UP T-SHIRT OVER HEAD, LISTENING TO RADIO. NO LONGER DOES LEGAL BY DEBILITATION.

20-400 VISION, "OCULAR HX IS SIGNIFICANT 1992 HE SUFFERED A BLOW OUT FRACTURE TO HIS LEFT ORBIT" NO REPAIR 9-30-99 DR SCHLOMER. "MYOPIA" ICD CODE 367.1 "CRONIC" 11-12-99 DR. NEUFELD

200-400 IS SEVERELY MYOPIC, PHYSICALLY IMPAIRED SUTTON 119 S.CT 2139

**20-400 VISION IS 90% VISION LOSS** TABLE I Pg 398

GENERAL OPTHAMOLOGY, TEXT, CITED SUTTON. VS. COURT

20-50 20-70 UNCORRECTED IS POOR VISION, DISABILITY IMPAIRMENT BY DEGENERATIVE CHANGE. COLO. LAW. CIVIL RTS. COMM V FIRE PROTECTION DISTRICT 772 P.2D 70 COLO. APPELLATE 1989.

DEGENERATIVE CONDITION, DETERIATING VISION

PER "SPECIFIC EXPECTATION OF DETERIATION" COLO. REVISED STATUE 24-85-102 (A) B. 26-2-103 (3) (C)

7-31-00 OPTOMETRY EXAM 20-20-10 TO "PERMANANT DEFORMITIES OF THE ORBIT -- CONSIDERED TO BE CAUSING WHOLE PERSON IMPAIRMENTS AS HIGH AS 10% PG 187 Twy. PHYSICIAN DESK REFERENCE FOR OPTHAMOLOGY 2D EDITION 1998

1.4.07 TO JONES

| 12-94 EXAM | 12-4-00 | 3-2004 |
|---|---|---|
| -2.50 -1.00 x 1.80. | -3.75 -1.25 1.70 | -4.25 -1.25 X 1.70 |
| -3.00. -1.25 X 17 | - 4.25 - 1.75 . 17 | - 4.75 -1.50 .17 |
| 20-2.75 | 20 - 400 | 20 - 450 |

7-2007
4.75 XXXXX
5.00

IMPAIRED VISION USUALLY PROGRESSIVE LOW VISION EVALUATION SHOULD NEVER BE DELAYED' PG 3.77 GENERAL OPTHAMOLOGY

INJURY, 1992, SPECIALIST 9-30-99, 12-4-00. 'TRAUMA CAN CAUSE 'VISION LOSS YEARS LATER' PG. 185, 200, 214 'TO LATE EFFECTS OF TRAUMA + INJURY AND INTERVAL BETWEEN INJURY AND PROBLEM OBSCURE THE ASSOCIATION' PG 214, 216 GENERAL OPTHAMOLOGY

COURT CASES WHERE INJURY CAUSES FULL VISION LOSS YEARS LATER KOEL 85 F3D 86 KERR 138 F3d 321, MIDLER 107 F3D 483.

GLAUCOMA SECONDARY TO INJURY P 214. 'THE INTERVAL BETWEEN THE INJURY AND THE DEVELOPMENT OF THE GLAUCOMA MAY OBSCURE THE ASSOCIATION. PG 214-216. 10% IMPAIRMENT FOR ORBITAL SCAR + DEFORMITY "IMPAIRMENT FOR PERMANANT DEFORMITIES OF THE ORBIT" PG 193 PHYSICIANS DESK REFERENCE FOR OPTHAMOLOGY

MYOPIA NEAR SIGHTEDNESS SUBJECTING TO HIGHE DEGREE, HIGHER SUSCEPTIBILITY OF DEGENERATIVE CHANGES.' PG 366

TRAUMA IS A COMMON CAUSE OF BLINDNESS, PATHOLOGICAL MYOPIA LEADING CAUSE OF BLINDNESS PG 184

GOOD VISION RESULTS FROM A COMBINATION OF AN INTACT NEUROLOGICAL PATHWAY, A INTACT HEALTHY EYE STRUCTURE,

AND PROPER FOCUS OF THE EYE Pg 29 = NERVES, GLOBE EYE, ACUITY ORBIT + STRUCTURE.

MOORE HAS VISION PROBLEMS IN 2 OF THE 3 BASICS, EYE BALL ACCUITY (20-500) > TO MOORE ORBIT + STRUCTURE (INJURY)

"ABNORMALITIES OF THE INTERCRANIAL VISUAL PATHWAYS USUALLY DISTURBS THE VISUAL FIELD MORE THAN CENTRAL VISION ACUITY' Pg. 27 INJURY CONTROLLS MOORES VISION

## LOW VISION VISUAL IMPAIRMENT (20-500 VISION 90% LOSS)

IF NEITHER OF YOUR EYES CAN SEE BETTER THAN 20-60 WITHOUT IMPROVEMENT' DEFINED AS LOW VISION, VISUALLY IMPAIRED AMERICAN ACADEMY OF OPTHAMOLOGY PO 7424 SAN FRANCISCO CA. 94120-7424. "3 MILLION PEOPLE IN U.S. DO NOT HAVE NORMAL VISION EVEN WITH EYE GLASSES OR CORRECTIVE LENS ARE CONSIDERED VISUALLY IMPAIRED'

NOT TO BE CONFUSED WITH LEGALLY BLIND OR TOTAL BLINDNESS. LEGAL BLINDNESS 20-200 CORRECTED SUTTON SOME VISION

TOTAL BLINDNESS NO LIGHT PERCEPTION.

A PERSON WITH LOW VISION HAS SEVERELY REDUCED VISUAL ACUITY OR A SIGNIFICANTLY OBSTRUCTED FIELD OF VISION OR BOTH. 'VISUAL FUNCTION IS NOT ALWAYS MEASURED ACCURATELY BY READING AN EYE CHART'

(6 million Visually IMPAIRED BUT NOT Legally Blind.)

3 Pg. 2 pages OPTHAMOLOGY TEXT SUPPORTING FACTS

53

# Appendix I: Visual Standards

*Eleanor E. Faye, MD, FACS*

Standards for evaluating visual impairment have been provided for many years by the American Medical Association (AMA) in its *Guides to the Evaluation of Permanent Impairment,* also reproduced in the *Physicians' Desk Reference for Ophthalmology.* Standards are also set forth in the *International Classification of Diseases,* in sections relating to blindness and low vision.

## ASSESSMENT OF VISUAL IMPAIRMENT

Three equally important criteria are used to assess visual impairment: visual acuity, visual field, and ocular motility. The percentage impairments of the three criteria are summed to produce an overall assessment of impairment of the visual system. This can then be converted to a percentage of whole-person impairment, to which 10% impairment can be added for cosmetic deformities of the eyes or orbits.

### Visual Acuity

In line with improvements in test optotype design, the most acceptable charts for testing visual acuity for distance, such as the ETDRS chart (Figure 22–1), utilize the ten equally difficult block letters (D, K, R, H, V, C, N, Z, S, and O) developed by Louise L. Sloan. Also acceptable are Snellen test charts with block (sans serif) letters or numbers, illiterate E charts, or Landolt ring charts. Acceptable near vision charts have print similar to the Sloan optotypes, Revised Jaeger Standard print, or American point-type notation. Test distance is 35 cm (14 inches). Both distance and near acuity should be tested with best spectacle correction, or with contact lenses if the subject wishes.

The AMA Standards assign to acuities a percentage loss (Table 1). The percentage losses for distance and near vision are averaged to determine the overall loss of visual acuity. Allowance is also made for monocular pseudophakia or aphakia.

### Visual Field

The traditional standard method of assessing visual field impairment uses kinetic perimetry, with the III4e stimulus of the Goldmann perimeter, to determine the full extent of the visual field of each eye. For each of eight principal meridians, the amount in degrees by which the visual field is reduced compared with a standard normal field is then calculated and an overall percentage loss is derived for each eye. The cumulative total of the maximum allowed extent of the standard normal visual field along the eight principal meridians is 500 degrees (Figure 1). Thus, the percentage visual field loss equals the total difference between the test and normal fields divided by 5. If the boundary of the visual field coincides with a principal meridian, the mean of the values of the ends of the boundary along the meridian is used. Furthermore, the extent of any scotoma lying across a meridian is deducted. Owing to the greater functional importance of inferior compared with superior field loss, the percentage field loss is further increased by 5% for inferior quadrantanopic and 10% for inferior hemianopic loss.

**Table 1.** AMA method of estimation of percentage loss of visual acuity.

| Distance Visual Acuity | Percentage Loss | Revised Jaeger Near Visual Acuity |
|---|---|---|
| 20/15, 20/20 | 0 | 1, 2 |
| 20/25 | 5 | 3 |
| | 7 | 4 |
| 20/30 | 10 | 5 |
| 20/40 | 15 | |
| 20/50 | 25 | |
| 20/60 | 35 | |
| 20/80 | 45 | |
| 20/100 | 50 | 6 |
| | 55 | 7 |
| 20/125 | 60 | 8 |
| 20/150 | 70 | |
| 20/200 | 80 | 9 |
| 20/300 | 85 | 10 |
| 20/400 | 90 | 12 |



EXIBIT #00-N-2320
Moore v. Owens
A.
Exibit CA

5C

# Visual Impairment, Visual Disability and Legal Blindness

Over three million people in the United States do not have normal vision even with eyeglasses or corrective lenses. These people are considered visually impaired. Visual impairment may be caused by a number of eye diseases, including age-related macular degeneration, diabetic retinopathy, glaucoma and cataracts.

Although many eye diseases can be diagnosed and treated by your ophthalmologist, some may result in unavoidable loss of central (reading) vision, peripheral (side) vision, or both. Accidents or inherited ocular disorders may also produce vision loss which cannot be medically corrected.

Visual impairment can range from mild to severe. Federal regulations define a certain level of visual impairment as "legal blindness," not to be confused with total blindness. Most of the approximately one million Americans defined as "legally blind" retain some useful vision.

## How is sight measured?

Central or reading vision is customarily measured using an eye chart. The results are recorded as a pair of numbers called "visual acuity." The first number is the testing distance measured in feet, the second number is the distance from which a normal eye should see the letter clearly. People with a visual acuity of 20/20 can see certain sized letters at a distance of 20 feet. An individual with a visual acuity of 20/60 can only see at 20 feet letters which a healthy eye can identify at 60 feet. The larger the second number, the lower your visual acuity.

Side vision — which can be even more important than central or reading vision for many daily activities — can also be measured by an ophthalmologist. Normal eyes can recognize objects over an area measuring at least 140 degrees (almost half a circle). A person with a much narrower range of side vision may have trouble walking or recognizing people in a large room, even when his or her central vision is excellent.

Ophthalmologists can measure other aspects of visual function. Tests may include eye movement, color and contrast vision, stereoscopic (three-dimensional) vision, and adjustment to light and dark. These tests allow your ophthalmologist to identify specific visual conditions and describe their severity.

## What is legal blindness?

When your best corrected central visual acuity is 20/200 or worse in your better eye, or your side vision is narrowed to 20 degrees or less in your *better* eye, you are considered legally blind even though you may still have some useful vision. You may qualify for certain government benefits and receive assistance from public and private organizations.

## What is visual impairment?

If neither of your eyes can see better than 20/60 without improvement from eyeglasses or corrective lenses, you may be defined as visually impaired. Limitation of side vision, abnormal color vision, double vision, poor night vision and loss

(OVER)



51

of vision in one eye may also determine visual impairment.

## What is a visual disability?

People who are unable to perform certain tasks because of their visual impairment are usually "visually disabled." An exact rating or quantification of the disability is necessary for a person to receive workman's compensation, insurance disability benefits, legal claims, or certain forms of government assistance.

Visual disability is expressed in percentages, which are used by insurers, the courts and government agencies to determine how much the whole person is disabled by his or her visual handicap. For example, total loss of vision in both eyes is a 100% disability of the visual system and an 85% disability of the whole person.

## What can you do about your visual impairment?

1. Have your ophthalmologist help you understand its cause and learn whether the impairment is temporary, stable, or likely to progress.

2. Make use of rehabilitation programs, devices, and supportive services. These include counseling, large print and audio publications, optical and electronic magnifiers, mobility training, and non-optical aids such as improved lighting devices, large-face clocks and special kitchen tools.

3. Join a local support group and a national association for people with eye problems similar to yours.

4. Ask your ophthalmologist to refer you to the appropriate state and local agencies for the visually disabled. These agencies can help you obtain a handicapped parking designation, low-vision services, and possibly Social Security and Department of Veterans Affairs benefits. Federal and state income taxes can be reduced through an extra exemption allowed to "legally blind" individuals. Some communities may offer a reduction in property taxes as well.

5. Continue seeing your ophthalmologist for regular checkups. Your eye disorder may change, so its treatment may also need to be changed. Because eyes can be affected by more than one disease, it is especially important that any new problems be detected and treated promptly in order to preserve your remaining sight.

6. Request the American Academy of Ophthalmology brochure on low vision, and resource list of referral services, large print and recorded reading materials, devices, and support groups.

Compliments of Your Ophthalmologist



American Academy of Ophthalmology
P.O. Box 7424
San Francisco, CA 94120-7424

Copyright © 1990 American Academy of Ophthalmology®

Printed 6/93

Back 108 163

52

## Signs of Low Vision

- Difficulty recognizing a familiar face
- Difficulty reading — print appears broken or distorted
- Difficulty seeing objects and potential obstacles such as steps, curbs, walls and furniture

## Vision is a Continuum

Vision is a complex sense, encompassing the ability to perceive detail (acuity), color and contrast, and to distinguish objects. These capacities can diminish naturally with age. While most visual changes can be corrected by glasses, medicine or surgery, visual changes caused by eye disease, poor health or injury can cause permanent vision loss. If the loss is total, the result is blindness. If it is partial, the result is a vision impairment known as "low vision." A person with low vision has severely reduced visual acuity or a significantly obstructed field of vision — or both.

## Low Vision = Usable Vision

People with low vision retain some usable vision. Ophthalmologists and optometrists specializing in low vision care can evaluate patients and prescribe optical devices to maximize remaining vision.



**A person's visual function is not always measured accurately by reading an eye chart. A more thorough functional vision assessment by a low vision specialist is an important first step in the vision rehabilitation process.**

60

# Low Vision

22

*Eleanor E. Faye, MD, FACS*

In every subspecialty of ophthalmology, the patient with impaired vision represents a challenge in management. Whether reduced vision is temporary or permanent, it is the consequence of an eye disorder and, as such, is the responsibility of the ophthalmologist and optometrist. If the outcome of optimal medical and surgical intervention is diminished functional vision, the patient needs vision rehabilitation. No person with low vision should have to search far and wide for low-vision care. Some level of care should be integrated into every ophthalmic practice whether it is on-site or referral to a low-vision center.

Low-vision patients typically have impaired visual performance, ie, visual acuity is not correctable with conventional glasses or contact lenses. They may have cloudy vision, constricted fields, or large scotomas. There may be additional functional complaints: glare sensitivity, abnormal color perception, difficulty with diminished contrast. Some patients have diplopia. A frequent complaint is confusion from overlapping but dissimilar images from each eye.

The term "low vision" covers a wide range. A person in the early stages of an eye disease may have near-normal vision. Others may have moderate to severe loss. All low-vision patients have some degree of useful vision even though they might have a profound loss. They should not be considered "blind" unless their level of function is near-blind. Performance varies with each individual

In the United States, over 6 million persons are visually impaired but not classified as legally blind.* Over 75% of patients seeking treatment are age 65 or older. Age-related macular degeneration accounts for an increasing number of cases. Other common causes of low vision are complicated cataract, corneal dystrophy, glaucoma, diabetic retinopathy, optic atrophy, stroke, degenerative myopia, and retinitis pigmentosa.

Effective low-vision intervention starts as soon as the patient experiences difficulty performing ordinary tasks. A treatment plan should consider the level of function, realistic goals for intervention, and the varieties of devices that could be helpful. Patients must face the fact that impaired vision is usually progressive. The sooner they adapt to low-vision devices, the sooner they can adjust to the new techniques of using their vision. Low-vision evaluation should never be delayed unless the person is undergoing active medical or surgical treatment.

Visual performance can be improved by the use of optical and nonoptical devices. The general term for corrective devices is "low-vision aids." In this chapter, the emphasis will be on assessment techniques, descriptions of useful devices, and a discussion of some of the functional aspects of common eye diseases.

## MANAGEMENT OF THE PATIENT WITH LOW VISION

Comprehensive management includes (1) history of onset, and the effect of the eye condition on daily life; (2) examination for best corrected acuity, visual fields, contrast sensitivity, color perception, and glare sensitivity if it pertains to the patient's symptoms; (3) evaluation of near vision and reading skills; (4) selection and prescription (or lending) of aids that accomplish task objectives; (5) instruction in correct use and application of devices; and (6) follow-up to reinforce new patterns.

### 1. HISTORY TAKING

Specific features of the onset, treatments given, and current medications should be verified. Patients' responses indicate their understanding of their condition. Are there unrealistic or unreasonable attitudes? Does the person understand what can be achieved with low-vision rehabilitation? It is helpful to list a number of common daily activities the patient can no longer perform efficiently (Table 22–1). From this list it is possible to arrive at realistic objectives for that person.

### 2. EXAMINATION

The patient should not have pupillary dilation before a low-vision evaluation. Refractive status should be confirmed to rule out a significant change. A pa-

* Legal blindness—defined as best corrected visual acuity of 20/200 or less in the better eye or a visual field of 20 degrees or less—affects 1,000,000 individuals in the USA (see Chapter 23).



Vaughan Ophthalmol. pg 377



STEP I EYE INJURY, 11-2-07

"PER MONTEZ, ACKNOWLEDGEMENT OF DEBILITATING INJURY, MOORE IN 92

Account HAD A BLOWN ORBITAL. DESCRIBED, "HIS PAST OCULAR HX (HISTORY) IS SIGNIFICANT IN THAT IN 1992 HE SUFFERED A BLOW OUT FRACTURE TO HIS LEFT ORBIT; HE DID NOT HAVE ANY REPAIR AT THAT TIME" 9-30-99 SPECIALIST DR SCHLOMER, STATE HOSPITAL. PER "20-500 VISION INJURY" 7-9-07 EXAM. 20-400 VISION IS 90% VISION LOSS TABLE I PG 398 GENERAL OPTHAMOLOGY. (G.O) "MYOPIA" CRONIC 11-22-99 DR. ICD. 367.1

7-31-03 OPTOMETRY EXAM 20-20-10 TO PERMANANT DEFORMITIES OF THE ORBIT -- CONSIDERED TO BE WHOLE PERSON IMPAIRMENT AS HIGH AS 60%" PG 287 P.D.R OPTHALMOLOGY. TRAUMA CAN CAUSE VISION LOSS YEARS LATER PG 185, 200, 214. G.O. TO LATE EFFECTS OF TRAUMA + INJURY INTERVAL BETWEEN INJURY + PROBLEM OBSCURE THE ASSOCIATION P. 214, 216.) "TRAUMA IS A COMMON CAUSE OF BLINDNESS" PATHOLOGICAL MYOPIA LEADING CAUSE OF BLINDNESS P 84. MYOPIA SUBJECTING TO A HIGHER SUSCEPTIBILITY OF DEGENERATIVE CHANGES" P.366. G.O GOOD VISION RESULTS FROM A COMBINATION OF A INTACT NEUROLOGICAL PATHWAY, A INTACT HEALTHY EYE STRUCTURE + PROPER FOCUS OF THE EYE = EYE LIDS NERVES, GLOBE EYE ACUITY, ORBIT + STRUCTURE MOORE HAS ALL 3 PROBLEMS. EYE GLOBE 20-500, ORBIT STRUCTURE INJURY. INJURY PRESSES OPTIC NERVES P.A TO MOORE ABNORMALITIES OF INTERCRANIAL VISUAL PATHWAYS USUALLY DISTURBS THE VISUAL FIELD MORE THAN CENTRAL VISION ACUITY PG 27. ID INJURY MORE RELEVANT THAN 20-500 VISION. PHYSICAL FACT OF DISPLACEMENT, FINGER BETWEEN LEFT EYE (INJURED) + NOSE 1/2 TO 1 INCH MORE ROOM THAN RT. FINGER BETWEEN EYE BROW RIDGE TO CHEEK BONE RIDGE LEFT EYE RECEEDED, RT EYE TOUCHES, INJURED NOT CLOSE TO FINGER EYE DISPLACED BACK + TO OUTSIDE. ACTUAL PULSE IN LEFT EYE NOT R.. SEE CORRECTED EYE EXAMS. 12-96 20/25 20/40 3-98 20-50 20-70 8-04 20-30 20-50 7-07 20-30 20-50 INJURED EYE ALWAYS WEAKER THAN GOOD EYE, VISION LOSS EYES AFTER INJURY CASES KOEL 85 F3d 86, KERR 138 F3d. 321 MFDIER, 107 F3D. 483.

ACKNOWLEDGE INJURY + DISABILITY PER KNEE JERK DENIALS.

January 31 - (FEB GRIEV.)

DC FORM 850-4A (09/94)

# COLORADO DEPARTMENT OF CORRECTIONS
# OFFENDER GRIEVANCE FORM

STEP 1 CS98-487F

NAME MOORE, STEPHEN DOC NO. 57381 FACILITY CSP

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

REQUEST: EMERGENCY EYE CARE TO ADDRESS LOWER ORBITAL INJURY, SIGHT DETERIATION, DEGENERATIVE CONDITION, PAIN. INFORMAL DONE BY MED REQUEST (6 ATTACHED), ANSWERED 1-11-99 BY HOLT "NO FURTHER OPTOMETRY CARE INDICATED" 1-11-97 MOORE HAS NO GLASSES, BASICALLY NONE FOR LAST 6 MONTHS. HAS 2 VISION PROBLEMS. 20-200 VISION FAR PAST LEGAL BLIND AND LEFT EYE INJURY. SEE 8-27-92, BY PHYSICIAN HERNAN MORALES. DISCHARGE SUMMARY DR KESSLER FOR ORBIT INJURY STATED FRACTURE OF FLOOR OF LEFT ORBIT, FRACTURE OF LEFT ZYGOMA, WITH CAT SCANS ON 8-20-92. AND 8-24-92, WITH MED AMBULATORY RECORD 4-21-97 + 12-19-97 "IF PAIN WORSENS - MAY NEED X-RAY - CT WORK UP" THIS PAIN, PROBLEM ALWAYS TOLD TO DOCTORS AS BAD CARE AFFECTS. PROBLEM NO GLASSES SINCE 6-98 AND 1 MONTH 9-98 USE OF BAD VISION RX AGGRAVATED INJURY PAIN VISION PROBLEM, EYE WATERING + RED. PAIN UNDER CHEEK BONE, THIS EYE LOWER + BACK IN SOCKET. SEE 6-14-98 AMBULATORY. THIS INJURY NOW MAIN LIMITATION ON VISION BY PAIN, AGGRAVATED INJURY. STAFF REFUSE TO REDRESS.

DATE: 1-30-99 OFFENDER SIGNATURE: Stephen Moore

RESPONSE:

SEE ATTACHED MEMORANDUM DATED FEBRUARY 5, 1999.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

RECEIVED FEB 05 1999 CLINICAL SERVICES CANON CITY COMPLEX EAST BY: Kim Bradford

DATE: 2-8-99 SIGNATURE: David D Holt

Clinical Team Leader, CSP

RECEIPT:
I acknowledge receipt this date of a complaint from the above inmate in regard to the following subject: REQUEST FOR EMERGENCY CARE 1-29-31

DATE: 2-1-99 SIGNATURE: Bradford

RECEIPT:
I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: SIGNATURE:

20035 Distribution: White-Department File Canary-Working File Pink-Administrative Head Goldenrod-Inmate

ATTACHMENT "A"

Page 1 of 1

DOC-MOORE 1544