In The United States District Court
For The District of Colorado

**PART I**

FILED
UNITED STATES DIST...
DENVER, CO...
DEC 28 2007

Civil Action No: 92-N-870 (OES) (Consolidated for all purposes with Civil Action No: 96-N-343).

Jesse Montez, et al.,
   Plaintiffs,
   -vs-
Bill Owens, et al.,
   Defendants.

Objection

Claim No: 03-297
Category: III
Claimant: Raymond A. Price, #66072
Address of Claimant: BVCC, P.O. Box 2017, Buena Vista, Colo. 81211

Federal Rule of Civil Procedure 53(g)(2)

Background / hearing / Remedial Plan Section XXXII

I. General inconvenience or nominal damages;
II. Damages due to severe physical injuries; (lost of testile/continued emotional/mental/duress). These two apply to my claim.

Section III: Covered Disabilities / Qualified Convict / Permanent Disability / Impairment - All apply to my claim / And I did prove, This, by the preponderance of the evidence.

## Findings of Fact:

I. 1st of all, There NEVER has been a "Formal" hearing test in 1991 - SEE: Defendant's Exhibit 1." Also confirmed by BVCC medical Dept. (No formal hearing test).
Dec. 18, 2007 - I reviewed my medical records / CDOC - checked Normal on the form, without any input by me / or any test to support those findings. Looking into one's ears with a light - does NOT constitute a "Formal" hearing test.

II. As far as "DR." Neufeld stated "Not Needed" - I have shown his testimony was untrustworthy / at best outright lies.

III. As far as vision - their was no "Formal" testing in recent times. Part II - of this objection will be filed before march 0... I'm in the process of obtaining a formal hearing test thru BVCC medical and vision

-1-

IV. As far as mobility/CDOC and its contractors botched (4) surgery's/to inhibit walking/standing.

V. While in (Covert Operational Status - Vietnam) a motar round went off close to my head, rupturing my ear drum. This was shown by my 10 free copies that I sent to Judge Borcher

## Conclusions of Law

I. The legal standards applicable to this claim is:
(A). The Remedial Plan; (B) The Rehabilitation Act, 29 U.S.C. § 794 et seq. (C) Americans with Disabilities Act (ADA).

IA. "Major life activities" include functions "such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking breathing, learning and working." 29 C.F.R. § 1630.2 (h)(2)(i).

(1st) "The Remedial Plan limits the class of persons who might otherwise have a disability under the Rehabilitation Act and the ADA to these with mobility, hearing, vision disabilities, and those with disabilities due to diabetes." This renders the Remedial Plan unconsititional, it discrimanates and violates the Rehabilitation Act itself - treating one class of persons differently then another, while both classes fit's within the Rehabilitations Act.

Claimant has shown his burden of proof concerning vision/hearing/mobility. Moreover, Dr. Aasen testifed to me having a fractured ear drum. As far as this alleged "formal hearing" test, show me the results! Where was this done? CDOC don't do formal hearing tests. BECAUSE THEY don't have the EQUIPMENT, to do this TEST! Do research before you run your mouth. (Davidson).

Claimant has shown and proved evidence that I do meet the criteria as far as the botched surgery's did cause my mobility disability, and does cause a limit to a major life activity, walking, standing etc.

## In Closing:

-2-

1st, of all, The Montez Remedial Plan - violates the Rehabilitation Act, discrimanation between classes of people. So, the remedial plan is unconsitutional.

Judge Davidson is bais/prejudice against this claimant and favors lies and deception of CDOC.

I. There was <u>NO</u> formal hearing test, done (show me the results), conducted by CDOC.

II. There was <u>NO</u> creditable testimony from defendant's.

III. There was <u>NO</u> specialist who testifed/or called to testify concerning vision/hearing/mobility.

IV. Judge Davidson, was aware of animosity between me and Neufeld.

V. Moreover, according to court orders, Jennifer Huss, was responsible for produceing Dr. John Stoner/Cathie Holst/Patricia Vaught for the hearing. <u>Forcing</u> me to waive testimony from these persons due to the incompetence of the Attorney general. They should have been held in contempt.

VI. The Attorney general's office failed to file thier list of witnesses to me in time. They should have been held in contempt. And Neufeld should have NEVER been allowed to testify, with his lies.

This final order (Dated: Dec. 7, 2007 by Davidson) should be <u>DISCARDED</u>! This <u>OBJECTION</u> should be accepted, cause it states the <u>TRUTH</u>!

Moreover, Davidson had <u>NO</u> time to review all of my medical records. The claimant was discrimi-

-3-

NATED AGAINST, by CDOC.

MOREOVER, THE SCREENING PROCESS WAS CONDUCTED by the CDOC (Defendants), NO independant SOURCE WAS USED, NO SPECIALIST WAS USED, which Led TO bais/prejudice AGAINST This claimant. Defendants, had NO creditable RESOURCE TO disprove my issues.

AND DAVIDSON had NO creditable EVIDENCE FROM defendants TO support his order/ AND perjury should be filed AGAINST NEUFELD, DAVIDSON REMOVED From Special Master's, FOR his Role IN Supporting The Defendants Lies.

I REQUEST Judge KANE, TO REVIEW All document hearing testimony, IN order TO come TO The Right conclusion. Judge KANE, I had lost A testicle due TO The incompetence of The defendant's / my hearing AND Sight has suffered greatly AT The hands of The Defendant's. My CONTINUED EMOTIONAL/MENTAL duress (PTSD-Vietnam) has suffered greatly AT The hands of The Defendant's.

IT's TIME FOR ME TO RECOVER, From these Disabilites. I WANT $10,000 min. NO other RECOURSE will be ACCEPTED.

De Oppresso Liber

Dec. 19-2007

Thank-you

Ron (A. R.

④

STATE COLORADO DEPARTMENT OF CORRECTIONS
PHYSICAL EXAMINATION

| INMATE NO | NAME | DATE | PURPOSE OF EXAM |
|---|---|---|---|
| 66072 | Price, Raymond | 9/10/91 | Intake |

| TEMP | PULSE | RESP | B/P SITTING | HT | WT | EKG DATE | CHEST X-RAY | TONOMETRY | FACILITY |
|---|---|---|---|---|---|---|---|---|---|
| | 64 | 12 | 124/82 | 5'8½" | 188 | | | | DRDC |

TINE TEST 9/9/91   VDRL 9/10/91   SICKLE   PAP SMEAR
DATE   RESULT N/?   DATE   RESULT   DATE   RESULT   DATE   RESULT

**DISTANT VISION**
WEARS GLASSES   YES ( )   NO (✓)
R 20/20   CORR. to 20/
L 20/20   CORR. to 20/

**COLOR VISION**
NORMAL (✓)
ABNORMAL ( )
TEST USED ( )

**HEARING**
RIGHT   NORMAL (✓)   ABN ( )
LEFT    NORMAL (✓)   ABN ( )
HEARING AID   YES ( )   NO ( )
AUDIOMETRIC TEST NEEDED   YES ( )   NO (✓)

| NORMAL (V) | ABNORMAL (X) | (Leave blank if not examined) | DIAGNOSTIC LABORATORY TESTS — List all abnormalities only |
|---|---|---|---|
| 17. SKIN ✓ | 25. THROAT ✓ | 33. GENITALIA X | |
| 18. GAIT ✓ | 26. MOUTH ✓ | 34. SPINE ✓ | |
| 19. SPEECH ✓ | 27. NECK ✓ | 35. RECTUM ✓ | |
| 20. SCALP ✓ | 28. CHEST ✓ | 36. PELVIC ( ) | |
| 21. EYES ✓ | 29. BREASTS ✓ | 37. NEUROLOGICAL ✓ | |
| 22. FUNDI ✓ | 30. LUNGS ✓ | 38. EXTREMITIES ✓ | |
| 23. NOSE ✓ | 31. HEART ✓ | 39. LYMPH NODES ✓ | |
| 24. EARS ✓ | 32. ABDOMEN ✓ | 40. MUSCULO-SKELETAL ✓ | |
| | | 41. OTHER ( ) | |

ABNORMAL FINDINGS (Refer to number above)

33 — Small ⓡ inguinal hernia → surg consult at next facility

RECOMMENDATIONS/   FOLLOW UP   Surgical

LIMITATIONS   YES ✗   NO ( )   (Describe if yes)

Avoid vigorous/strenuous work

David R. Herrera PA-C

9-10-91

Page 2
26-37
Rev. 9-80
SIGNATURE   White - Medical Record   Yellow -   DEFENDANT'S EXHIBIT   Pink - Data Collection   DATE

07-28-92
04-13-92

**State of Colorado**
Department of Corrections
REQUEST FOR INTERVIEW

DC Form 20-22
(Revised 10/90)

Date 12-19-07
Name RAY PRICE
Reg. No. 66072
C.H. North   Tier Lw   Cell 1E2
Audience With: Judge KANE

Give Reason: Your Honor:
This is PART I (Objection) of
A II (two) PART Objection / BVCC has
STARTED A PROCESS TOWARD A
"Audio metric test" (hearing). I will
SEND THE RESULTS (IF, I have them),
PART II
BEFORE THE march DEADLINE. I
FILED PART I (right away) BECAUSE
(Davidson) is way out of Line.
Thank You.

20047