IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action NO. 92-N-870 (OES) (Consolidated for all purpose with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs-

BILL OWENS, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 8 2007

GREGORY C. LANGHAM
CLERK

---

Claim Number; 03-334

Category; III

Claimant; Marty Bueno, #50565

Address of Claimant;

---

RESPONSE TO FINAL ORDER OF SPECIAL MASTER

---

COMES NOW, Claimant Marty Bueno, pro se moves this Honorable Specila Master to rule in his favor regarding the remedies he is seeking concerning the Special Master's final order, and as grounds states as follows;

The Claimant, Marty Bueno will not waste the courts time in going into a long dissertation concerning what the court has already elaborated on, and subsequently ruled upon.

THe history of this claimant's injuries are tortuous and redundant to the present. And the claimant has established by a preponderance of the evidence that he met the criteria's set forth by Judges Nottingham and the Honorable Judge Kane.

THis Honorable Court found in the favor of the Claimant, based on facts and Conclusions of Law.

1.

This Honorable Court ORDERED that DOC provide the proper boots, a wedge pillow and an egg crate mattress.

Because the Claimant suffered for well over a decade, in monetary damages he respectfully request that this Honorable Court order the Defendants of DOC, to pay him for the life-long suffering he will have to endure due to their neglect for the past ten (10) years in the amount of $ 3000.00 per year for each year of pain and sufferring .

These injuries are in the physical area's of constant migraine headaches, high colesterol based on the defendants denying the claimant means to exercise. Stress, back pains, emotional brakedowns that leave the claimant unable to express what is happening to him.

The monetary value requested by the claimant will not make him whole again and he understands that.

Lastly, he request that this honorable Court award such further relief as the Court may deem just and proper.

Respectfully submitted this 19th day of December 2007,  /2-21-07

*Marty Bueno*
Marty Bueno # 50565
CTCF P.O.Box 1010 Ch-1
Canon City, Co. 81215-1010

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Response To Order Of Special Master, by U.S, Mail, postage prepaid, this 19th day of December, 2007, to the following:

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman St. 5th Fl.
Denver, Co. 80203

*Marty Bueno*