①

Claimant: Charles Mosby #63611  1-7-08
Address of Claimant: LCF 6A2-13
49030 State Hwy. 71
Jesse (Jesus) Montez, et al., Limon, CO 80826
Plaintiffs,           92-cv-00870-EWN-OES
V.                    Claim Number: 03-406
Bill Owens, et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN -8 2008
GREGORY C. LANGHAM
CLERK

Civil Procedure 53 (g)(2)

I Charles Mosby come pro-ses and ask the Honorable Court to show lienecy to me since I really don't know the law at all. The reason I am file this motion is I do disagree with special master find to the level of disability within the time frame covered by the Montez Remedial Plan damage provision, causes CDOC did discriminate against me becauses of my vision impairment during the applicable Montez time frame. Causes the CDOC has Been discriminate against me since August 1990 and they still or discriminate against me and I did bring these issue before the special master. Here is the main issue the time of the Montez time

Frame the CDOC made me pay for my tint Glasses threw Medical But no other prison had to pay for there medical like Diabetic or for wheel chair or walk cane they didn't have to pay medical this has to be discriminate when they only made vision Impairment pay for there medical need If I didn't pay I couldn't of work go to class or walk I Brought this to special Master But it wasn't every address And the Defendants consent that I could show this in my Medical Record in the hearing Before the special master this Issue is discriminate By CDOC. Now I've Ask For two pair of tint state Prescription Glasses And to Be Able to order tint Prescription Glasses And to Be Pay For Glasses I had to Buy around my cost $600.00. Well I come Proses to Ask this Honorable Court to Rule I have Been discriminate against

Charles
Mosby #63611
1-7-08