**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-N-870 (OES)
(Consolidated for all purposes with Civil Action No. 96-N-343)


JESSE (JESUS) MONTEZ,et al.,

    Plaintiffs,


-vs.-


BILL OWENS,et al.,

    Defendants.

---

Claim Number: **03-379**
Catagory III
Claimant: **Robert Turner, #81107**
Address of Claimant: F.C.F., P.O.Box 999, Cañon City, Colorado 81215-0999

---

**OBJECTION
pursuant to FEDREAL RULE OF CIVIL PROCEDURE 53(g)(2)**

---

    **NOW COMES,** Robert Turner #81107, Claimant in the above Civil Action prays that this Honorable Court moves to reconsider it's Final Order by way of this Objection and Arguement's, pursuant to Fedreal Rule of Civil Procedure 53(g)(2).

(1)

**OBJECTION'S**

1)      I object to this Honorable Court's finding that D.O.C. has in the past or will in the future, provide me with Photo Grey lenes. D.O.C. has never at any time has given me an order for a pair of Photo Grey lenes. It has been C.D.O.C.'s policy/practice to allow myself to buy my own Photo Grey lenes for +/-13 year's. Fremont Correctional Facilities Medical from 2005 to present date has said, "THAT THEY WILL NOT ORDER PHOTO GREY LENES FOR ME" and also said, "GOOD LUCK GETTING THEM". It is in the Honorable Courtrecord's that while on the street's, Photo Grey's were prescribed by my eye doctor and the U.S.Navy because, my eye's are highly sensitive to light(s). In 2000, I received a pair of Photo Grey Extra(Thin/Dark) from Prisim Optical one of the approved outside vender's without bifocal's.

2)      I object to this Honorable Court's finding that Turner's visual disability did not manifest itself prior to August 27, 2003. Upon entering C.D.O.C. in 1993, they knew/were told about the pre-existing condition of my eye's being light sensitive. Also, upon entering C.D.O.C., if I needed new glasses(Photo Grey Extra) I would be able to buy them from an approved outside vender. This is what I have been allowed to do until March/April, 2005. During my eye exam on about Dec. 2004/Jan.2005, my eye's changed and I needed Bifocals. I sent home a copy of the new prescription and my glasses were ordered and sent to Fremont Correctional Facility before the questionable posting of the new policy(4-2005). My glasses arrived at Fremont Correctional Facility Feb. 2005. I have always asked for a copy of the prescription when my eye's have changed.

3)      I object to this Honorable Court's finding that my visual disability is expected to somehow improve over the next 6 month's. The record's already before this Honorable Court clearly show that over the year's my vision has deterriorated rather than improved. It is in the Honorable Court record's also, that my light sensitivity has increased sense 2001 (S.C.F.). To this date Jan. 2008, I have not been able to acquire my new pair of Photo Grey/Transitional to update/correct my vision from my 2000 prescription. My mother is holding and waiting to send back in a corrected pair of glasses from 2005. My eye's have not changed again as of this date. (w/Bifocals). Fremont Correctional Facilities current policy say's, I am only allowed 1 pair of glasses and 2 pair's. If F.C.F./D.O.C. takes away my Photo Grey's Thin & Dark, I would be forced to wear clear lenes which would prevent me from going to; Chow, Medical, Library, Faith Programs, Yard/Gym and Laundry during all/any daylight hour's which all above take place. Also, I would not be able to sit out in the Day Room at all. This would affect me by, not being able to go to the Chow Hall to eat and to pick-up my Diabetic Snack for I am a Reactive Hypoglycemic which would in turn affect my eye sight and my blood sugar level's, and health as a whole.

## CONCULSION

Based on the facts stated above and record's already before this Honorable Court, it is clear that I do in fact have a visual disability which has existed prior to August of 2003 and is only expected to worsen as it did in 2005 when I was ordered a new prescription by the F.C.F. optometrist. I continue to assert that D.O.C. has prevented me from receiving this new prescription by enacting the policy which disallowed me to purchase my new prescription from an outside vender. Furthermore, D.O.C. has also enacted a policy which allows offenders to posses only 1 pair of prescription eye glasses. This means that either my outdated Photo Grey prescription glasses will be taken and I will be forced to wear the clear lenes only updated prescription which will prevent me from going to Medical, Chow Hall, Gym, etc. or I will be forced to wear my outdated Photo Grey prescription if I am not allowed to receive the glasses obtained by my mother.

Lastly, at present I am not able to see or learn outside of my Cell-House as my current Photo Grey prescription is outdated which prevents me from reading and learning in the Law Library, Library, and Church. This also prevents me from participating in Vocational Education program's which may prepare me for my eventual release which, therefore, qualifies me to remain a claimant in this case.

Wherefore, I ask this Honorable Court to allow me to remain a Claimant in this case or to have my claim dismissed without prejudice so I may pursue my own Civil Action.

Respectfully submitted this 6TH day of January, 2008.

ROBERT TURNER  #81107
Claimant

Robert Turner   #81107
Fremont Correctional Facility
P.O. Box   999
Cañon City, Colorado 81215-0999

## CERTIFICATE OF MAILING

     This is to certify that on the _6TH_ day of _JANUARY_____,
20_08_, a true and correct copy of the above and foregoing OBJECTION,
pursuant to FEDREAL RULE OF CIVIL PROCEDURE 53(g)(2) was delivered for
deposit in the UNITED STATES Mail with the correct postage affixed
theron.

Clerk of the United States District Court
901 19th Street
Denver, Colorado   80294

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado   80203

_Robert Turner_