Senior Judge John L. Kane
Alfred A. Arraj U.S. Court House
A838  Courtroom A802
901 19th Street
Denver, CO  80294

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 9 2008

GREGORY C. LANGHAM
CLERK

Jay H. Bailey
103284
FLCF/5
Box 1000
Ft. Lyon, CO  81038

Jan. 2, 2008

Your Honor:

On going egregious treatment of handicapped inmates here at Fort Lyon Correctional Facility has prompted me to write you this letter.  This unprofessional treatment by staff is, I believe, in retribution for the Montez Class Action.  The Dept. of Corrections has lost, but still refuses to comply with the law and in some cases goes out of its way to avenge their loss.  I even must send this letter through the attorneys because any mail addressed to a Judge might be intercepted by prison staff in the mailroom.  I have had personal experience with this and have heard of other inmate's experiences.  Also, we are not allowed to make any Xerox copies of anything.  Therefore, my attorneys will do this for me and send you & me both a copy of this letter and retain one for themselves.

### Raymond Stuart #87437

This man is paralyzed in his left arm and leg and has brain damage from a gunshot to the head.  He is frail and wheelchair bound.  Recently, he fell in the restroom, while transferring, and got wedged between the toilet and the wall.  Nurse Neuholt & Corrections Officer January both responded to help.  Before helping however, Mr. Stuart was baraged with a series of condecending questions.  Not, are you hurt..was the floor wet..how shall we lift you..etc?  Instead, what did you do this time...why is your penis hanging out...don't you know how to keep out of troubld... etc.?

I happen to know that Mr. Stuart had diarhea and could not operate his limbs right in his haste to sit down.  He had diarhea because Medical forces him to take a "stool sofener" and refuses to give him any Imodium when cecessary.  I have had personal experience with this same thing.  I know it does not make sense.  How can medical treatment (pills, etc.) be forced on us?  Do we not have the right to refuse medical treatment?  Yes! We do.  However, we are threatened with retribution unless we take any pill, shot, IV, or any other order that they decide we should have.

Who decides?  There are no doctors here at FLCF.  We have 2 each Nurse Practioners and a nursing staff.  They collectively practice medicine, on us.  Providers change or cancel any prescription that an outside doctor has ordered.  Some have even been canceled by a nurse.

Retribution?  If we refuse any treatment and we should get worse (for whatever reason) then we must pay any and all hospital, transportation, guard time, and prescription costs.  Whether or not it is caused by the refusal or bad medical practice.  Much refusal is out of fear and lack of confidence that nurses are trying to be licensed physicians.

At least 98% of the time when a prescription is changed, the patient is not notified.  It always comes as a suprise and is never discussed with us.  Like anyone and their Vet would do to a dog.  This does not instill confidence.

So now we have a crippled man, painfully wedged between the toilet and the wall, being berated by two female staff in front of his peers (all could hear them holler). He is in this position because of the "stool softeners" forced upon him and their refusal to give him any Imodium.  They set him up for a fall and then attack him.

About a year and a half ago, Nurse Harbison moved Mr. Stuart to room 345.  A room with no  handrails at the toilet.  He was forced to stay there for four days eventhough he fell numerous times while trying to use the toilet.  Sometimes he was sucessful. So he continued to try the best that he could.  And remember, he has some brain damage, so he does not have the wherewithal to to the *logical thing* at all times.  I tutor him in math so I know that sometimes he shows brilliance and others, it's just not there. He is taken advantage of, very easily.


Kieth Morris  #116947
Here is a man with no legs.  Just a small stump below each knee.  He is very large and wheelchair bound.  He lost his legs due to an untreated staff infection while in the county jail.

He has sores on his behind and the side of each leg, due to inadequate wheelchairs.  I say chairs because DOC has changed them in a half-hearted attempt to get one that fits.  The ill-fit has caused these sors.  Now, recently he has gotten another staff infection with celluitus, in his left stump.  They have refused him any pain meds, but frothed at the mouth when he refused to be moved  to the Special Needs Medical Unit (S.N.M.U.) that is located on this floor on the south side. This was for IV protocol.

From experience, Mr. Morris knows that an IV cannot be started on him.  In the past they had to connect directly to an artery. This is in his medical records, but refusing to submitt caused much ado with the nursing staff and their perceived authority.

He knew about my recent experiences over there at the SNMU. Nurses stuck me 12 times on one occasion when trying to start an IV.  Nurse Neuholt was  giving me unlabled IV's.  That is, when my meds were changed widthout my knowlede, the bag read "saline solution".  Neuholt told me that the antibiotics had beed changed and were added to the saline.  When she was on duty the bags were unlabled, but other nurses had an orange label attached (added on) to the saline bag.  When asking my RN brother he told me it is by law that the bags must be labeled..always.  I think my health was in jeopardy.  I don't know what I was given.

I was also locked down for 24 hours and refused a bowel movement for a day.  That information is all available in the ADA grievance that I submitted to the AIC Cathie Holst, on DEc. 14, 2007.  Nurse Newholt, C/O January and Nurse Gilbert did that to me.  Neuholt & January are names you've heard earlier in this letter.

Sources from other nursing staff told me that Nurse Tyler and Nurse Wurts are both under investigation for deliberately giving wrong medication.  I watch my cellmate vomit each time Wurts gave him a shot.  At first it took a while for him to sicken, but it got closer & closer to the shot time until it was only a couple of minutes.  Only when Wurts gave it.  Other nurses gave him the right stuff, apparently.

Provider Chesnut is investigating Nurse Rodrquez for the inadaquate wheel chairs that Mr. Morris keeps getting.  This is after the wheelchair repair man has measured and ordered the right one for him.  It's as if Rodriquez changes the order.

page 3 of 3

    So now we have a double amputee with infected sores on his buttocks and both stumps, with celluitus and all caused by the medical dept. due to their inability or refusal to obtain the correct wheelchair for him.  Probably retribution for testfying before Judge Borchers and catching Gilbert and another nurse lying to a Federal Judge.  Not to mention the "inhaler meds" that  mysteriously got canceled awhile back.

    My cell mate who was getting the shots that made him vomit, was rushed to the hospital just before Christmas.  He ain't back yet.

    Yesterday, a man in a wheelchair was refused a **band-aid** because they are sold on canteen and he must buy his own.  So therefore, he can order the band-aids today and they will arrive here a week from now. Hope it clots up by then.


    When I was moved to and from the SNMU, security mis-handled my property.  Guess what was missing.  All of my spare type-writer ribbons.  Staff knows that I type for myself and other inmates.  Is this a trend?  Am I paranoid?
    And remember, we can copy nothing here.  It seems that many rules have been made in order to keep the DOC staff from breaking the law, by inhibiting the inmate's options.

    Remember, everything DOC does, looks good on paper and they always know when an inspection team is coming.  By the same token, a graveyard looks good with all the impressive and artful tombstones and manicured lawn, but underneath is just a bunch of rotting corpses.  DOC's cup is clean on the outside.  See Matthew 23:2-39.


        Sincerely,

        _Jay H. Bailey_
        Jay H. Bailey

Jay H. Bailey #103384
FLCF
PO Box 1000
Ft. Lyon, CO 81038



Senior Judge John L. Kane
Alfred A. Arraj U.S. Court House
A838 Courtroom A802
901 19th Street
Denver, CO 80294

80294+2501