IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-N-870(OES)

Jesse(Jesus) Montez, et al.,

        Plaintiff(s),

vs.

Bill Owens, et al.,

        Defendant(s).

---

Claim Number: 01-041
Category: 1
Claimant: Howell F. Roberts, III, #90353
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215

---

### NOTICE OF OBJECTION

**COMES NOW**, Howell F. Roberts, III, the Claimant, Pro-Se, on his own behalf, with or without the advice of counsel, and now enters his Notice of Objection, and respectfully moves this Honorable U.S. District Court to Grant his notice, and for grounds, this Claimant states as follows:

1. This Honorable Court has jurisdiction over this matter.
2. This Claimant objects and refutes the findings of the Defendants, and the ruling of this Court.
3. This Claimant requests an evidentiary hearing to discuss and illustrate his position in this case.

**WHEREFORE**, this Claimant prays, that in light of the aforementioned issues, that this Honorable Court Grant his notice, and in the alternative, this Claimant requests an evidentiary hearing to discuss the merits of this case.

Respectfully Submitted on this 28th day of December, 2007.

Page #1

Respectfully Submitted,

Howell F. Roberts, Claimant
Reg. #90353
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado  81215-1010
(719)-269-4002

## CERTIFICATE OF MAILING

I hereby certify that on this 28th day of December, 2007, a true and accurate copy(Original to Court) of the foregoing <u>Notice of Objection</u>, was placed in the United States Mail, first class postage pre-paid, and addressed as follows:

U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado  80294

Attorney General of Colorado
1525 Sherman Street
Denver, Colorado  80203

Claimant