HRM

UNITED STATES

| DISTRICT COURT, ~~Lincoln County~~ STATE OF COLORADO<br>Court Address: | |
|---|---|
| | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JAN 09 2008<br><br>GREGORY C. LANGHAM<br>CLERK |
| L. R. Moore,<br>Jose Montel Plaintiff pro se<br><br>v. Bill Owens<br>Gross, Corney, et al<br>Defendants | |
| | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>L. R. Moore 47702<br>Box 10,000-2B1-1<br>Limon CO 80826<br>no phone | Case No:<br>92 cv 870 EWN OES<br><br>Div. _____ CTRM _____ |
| Motion To Add Defendants Holst & Richter | |

Plaintiff moves to add two defendants, ADA Inmate Coördinator Cathie Holst (AIC), employed at Colo DOC HQ, Colo. Spgs; and CSP COPD Hearing Officer Wm Richter, employed at CSP in Cañon City.

His grounds are based in attached Grievance copies, QL, QM, QN. He asks that they be required to perform the Remedies requested therein, or that others do so, that these Remedies are

MR. "J" (Add Defends)
so mandated by their job descriptions that these duties must be done and have not been solely due to their refusals. Further he states that he has exhausted administrative remedies, that Colo DOC has denied his requests that they perform duties as he requested versus the ~~actual~~ refusals they actually ~~performed~~ performed, even if denial based on nonresponse by CDOC Step III Grievance Officer. And that he has no other remedy except Rule 106.

Further he moves to add Grieve Q03, asking that Defendant Cosner be instructed to cease her gratuitous delaying of this case, to the case file.

Respectfully submitted with non simultaneous defense copy to Colorado Attorney General at 1525 Sherman 5th Fl Denver 80203 by under signed plaintiff on __6__ day of I 2008.

L R Moore
Plaintiff

Att. Ø due to Cosner
Q I 2 ~~all~~ Document Pages ~~...~~
Q M 3  QQ3
Q N 4
~~...~~ ~~the~~ OUTEN Letter – both sides