F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN  9 2008

GREGORY C. LANGHAM
CLERK

To The Clerk Of the Court:                2008

92-N-870-OES

In September I recieved a Order of Dismissal
of Special Master In which I was told
if I wanted to object I was to file
said objection with the Clerk of the United
States District Court. 901 19th St. Denver
Co. 80294 before November 19th, 2007.

I sent out the Motion to object the end
of October 2007. I still have heard no
reply. I am now concerned and want
to make sure the honorable court has
recieved it.

If the court could please let me know of
the status.

Sincerely

Cynthia G. Keeley

Cynthia G. Keeley
5844 N. Nevada Ave
Co. Springs, Co 80907
(719) 321-7948

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-229
Category: Untimely Filed Claim
Claimant: Cynthia G. Keeley, #127204
Address of Claimant: LVCF,1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

      THIS MATTER comes before the Special Master on the claim of Cynthia G. Keeley. In her claim form, Claimant has indicated that she came into DOC custody in July, 2005.

      Since it appeared that there may be no jurisdiction over this claim, a show cause order was issued to Claimant. She has responded by submitting a number of documents reflecting her health conditions.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant came into DOC custody in July, 2005. She was diagnosed as having significant health conditions. It is highly likely that Claimant is disabled. The problem is that he Remedial Plan limits consideration of claims to individuals who were in DOC custody on or before August 27,

2003. Claimant came into DOC custody after August 23, 2003. There is no jurisdiction over this claim. Claimant does have the right to pursue her own lawsuit under the ADA and Rehabilitation Act.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as there is no jurisdiction over this claim as Claimant came into DOC custody after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 19, 2007.**

SIGNED this 14th day of September, 2007.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 14 day of September, 2007 to the following:

Ms. Cynthia G. Keeley
#127204
LVCF
1401 W. 17th Street
Pueblo, CO 81003

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203