United States District Court for the District of Colorado
Civil Action, File No. 92 cv 870 EWN-OES

L.R. Moore, et al, Plaintiff(s)

v.

Bill Owens, et al, Defendant(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 09 2008

GREGORY C. LANGHAM
                    CLERK

## Request For Access To LCF Legal Resources

Plaintiff Moore requests this Court to Order he be given access to LCF's Legal Resources as published in Admin Regs and local Implementation Adjustments, including copy of these as last updated. He does so because A. Cosner, LCF Legal Ass. I, has effectively denied him almost all access, including to ARs and IAs, as proven by attached documentation, much of which includes her denials of access. By Legal Resources, Plaintiff means Law Library (she denied him several requested appointments altho her published appointment list showed less than maximum allowed), cite loans, AR/IA/OM loans, case name search, xerox, staplings, supplies (especially caption pages) and her non AR/IA written rules copy, such

Request

xerox and typewriter. I was ejected for attempting to handcopy her typewriter rules poster. She said such, obviously to request Law Library be run so as to give better relief access, was proof I was "not here to do legal work". She also inspects files brought to insure no one else's are brought as she bans prisoners aiding prisoners, contrary to long standing tradition and judicial economy. She bans using typewriters to request Admin Remedies, knowing that such requests will have to be attached to any suit over prison conditions. She imposes reinvented court rules on xerox, then bans use of typewriters to make copy either by retyping (auto) or by carbon paper, altho all her machines have auto retype. She refuses to staple copy in lockdown. She refuses to copy SUBMITTED Grievances and letters to gov't officials, including Representatives.

She is in dire need of severe and immediate corrective guidance in the form of being told to provide unhindered access to Plaintiff, to bring to the Court's attention anything that she feels she is entitled to hinder only after providing said access. For example, xerox copy as requested regardless of how she reads rules, then make extra copy, sending same to Court, of anything she feels she should not have copied, along with reasons for denial.

The ground for this is her well proven abuse of discretion using largely irrelevant and illogical and presumptuous reasoning. By having to ask for future denials based on past access, she must reason much better and less abusively. So much so that Plaintiff doubts she'll so complain.

Request

Respectfully submitted with copy to Cosner's counsel, the Colo. Atty General, at 1525 Sherman, 5th Fl, Denver 80203 on this 6 day of I of 2008 by Plaintiff undersigned.

L R Moore 47202
Plaintiff pro se
Box 10,000-2B1-1
Limon 80826
No phone

Att.
~~Overdue Notice~~
Request for Sick Call/Interview (same page)
~~Grieve Q#1~~
~~Grieve Q#1~~
~~Grieve Q#2~~
~~SoE~~
750-1B
750-01A C
750-01A D
750-01C
Letter to State Rep 4pp
Letter to Medical 3pp (bothsides)

~~20~~ 15 pp total   These all removed by Cosner thus NOT Attached

AR Form 750-01D (11/15/05)

12 x 11 07 — 2nd req

# LEGAL ACCESS PROGRAM LOAN MATERIAL REQUEST AND INSTRUCTION SHEET FOR ADMINISTRATIVE REGULATIONS AND OPERATIONAL MEMORANDA

(P)

LAST NAME: Moore    FIRST INITIAL: LR    FACILITY: LCF

DOC #: 47702    UNIT / TIER / CELL: 2B1-1

2nd CORRECTION for Misdelivered request

LOAN MATERIAL WAS RECEIVED: DEC 19 2007

REQUEST WAS PROCESSED AND RETURNED TO OFFENDER ON: DEC 19 2007

MATERIAL IS TO BE RETURNED NO LATER THAN: _____

LOAN OF LAW LIBRARY MATERIAL IS UNDER THE FOLLOWING EXPRESS CONDITIONS:

1. **THIS MATERIAL REMAINS THE PROPERTY OF THE DEPARTMENT OF CORRECTIONS, LEGAL ACCESS PROGRAM. MATERIAL MUST REMAIN IN YOUR PERSONAL POSSESSION AT ALL TIMES UNTIL IT IS RETURNED TO LEGAL ACCESS PROGRAM. YOU ARE NOT ALLOWED TO GIVE OR LOAN THIS MATERIAL TO ANOTHER OFFENDER NOR TO SUBMIT THE MATERIAL FOR PHOTOCOPIES.**

2. YOU MAY HAVE ONLY ONE AR/OM LOAN OUTSTANDING AT ANY ONE TIME. **NO FURTHER REQUESTS FOR AR/OM LOAN MATERIAL WILL BE HONORED UNTIL THIS MATERIAL IS RETURNED.** ALL LOAN MATERIAL IS TO BE RETURNED ON OR BEFORE THE DUE DATE, UNLESS OTHERWISE AUTHORIZED BY THE LEGAL ASSISTANT.

3. FAILURE TO RETURN THIS MATERIAL MAY RESULT IN FURTHER REQUESTS BEING DENIED AND/OR IN YOUR BEING CHARGED A REPLACEMENT COST OF 25¢ PER PAGE FOR THE MATERIAL.

I REQUEST THE FOLLOWING AR/OMs: ou I Au

1. AR 700-31 Ft Lyon    2. OM 650-101 Q of Life    3. IA 850-06 A#D (ses Property) (missing from IA)

SUB-any OM 650

OFFENDER SIGNATURE (REQUIRED): LR Moore

---

METER END: _____
MINUS METER BEGIN: 65097
MINUS ADMIN COPIES: 2
EQUALS COPIER TOTAL: 2    PLUS _____ Loan Bank    PLUS _____ Printer    EQUALS _____ TOTAL

YOUR REQUEST HAS BEEN DENIED: _____ IN PART   X  IN TOTAL FOR THE FOLLOWING REASONS:

____ YOUR REQUEST FORM WAS NOT PROPERLY COMPLETED (MISSING SIGNATURE, FULL CELL LOCATION, FACILITY, DOC NUMBER)

____ IF YOU ARE NOT SURE OF THE NUMBER OF THE REGULATION YOU NEED, REQUEST THE INDEX

____ THE INFORMATION PROVIDED ON YOUR REQUEST FORM IS NOT SPECIFIC ENOUGH TO IDENTIFY YOUR NEED OR IS UNABLE TO BE UNDERSTOOD

Above requested 2 wks ago, but missent

____ YOU ARE ALLOWED TO SUBMIT ONLY ONE (1) REQUEST PER WEEK

____ THE LEGAL ACCESS PROGRAM DOES NOT HAVE ALL OR PART OF THE MATERIALS YOU HAVE REQUESTED

X  YOU HAVE OUTSTANDING LOAN ITEMS DUE 12-14, 12-24, 12-28 NO NEW LOANS WILL BE PROCESSED UNTIL THOSE MATERIALS ARE RETURNED.

____ OTHER:

DATE RETURNED: _____   # OF PAGES RETURNED: _____   LOAN EXTENDED TO: _____

20024

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM
# PHOTOCOPY REQUEST FORM

LAST NAME: Moore    FIRST INITIAL: R    DOC #: 47702
FACILITY: LCF    UNIT: B2B1-1    DATE SUBMITTED: 12/14/7

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: _____

A signed and completed miscellaneous withdrawal slip must accompany this request.
The Legal Access Program copies only original pleadings in the nature of habeas corpus, post conviction relief and conditions of confinement. Please list each document to be copied on separate lines and include description, number of pages you are submitting and number of copies you are requesting. Incomplete forms will be returned or denied.

| # | DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|---|
| 1 | Addendum (both sides of | 8 | 1 | 8 |
| 2 | first sheet of letter) | | | |
| 3 | includes small kites on same page! | | | |
| 4 | d/n include LA | | | |
| 5 | | | | |

R Moore
**OFFENDER SIGNATURE (REQUIRED)**

DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY

CHARGE TO ACCOUNT: $ _____
DATE RECEIVED AT SENDING FACILITY: DEC 19 2007
DATE RECEIVED IN PROCESSING LAW LIBRARY: DEC 20 2007    NUMBER OF PAGES RECEIVED: 7
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 7
DATE COMPLETED: DEC 20 2007           Montez
STAFF/CLERK PHOTOCOPIER INITIALS: AC    92 CV 870 EWN-OES
METER END: _____
MINUS   METER BEGIN: 65714
TOTAL COPIES: _____
MINUS   ADMINISTRATIVE COPIES: _____
TOTAL COPIES TO OFFENDER: 0    DATE DENIED: DEC 20 2007

Your request has been **DENIED** X in whole ___ in part for the following reasons:

___ Your request form was not properly completed (Missing required signature, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
___ The material you have submitted does not meet program definitions of legal material as described in AR 750-1. Legal photocopies are limited to the areas of habeas corpus, post conviction and conditions of confinement.
___ Your photocopy request exceeds the page limit established by the legal access program (see attached). Also see posted photocopy policies.
___ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.
___ You have not submitted the documents to be copied.
___ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.
X Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
___ Your account is in arrears for at least $300. See AR 750-1 for additional information.
___ The legal access program will not copy A.R.s, I.A.s, O.M.s, or material contained in the law library, even as attachments/exhibits.
___ The legal access program will not copy transcripts, incomplete documents, unsigned documents, altered documents, and/or blank forms.
X The legal access program will not copy non-original documents, previously-copied documents, incoming correspondence, administrative correspondence or documents (account statements, mittimus, etc.), grievances, COPD appeals; except as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.
X Other: It is unclear what court filing this addendum is attached to. Please provide the original filing as proof. Addendum documents were previously copied for you on 12-6-07. You may not file additional addendums w/o court permission.

20052

**LEGAL ACCESS PROGRAM LOAN MATERIAL REQUEST AND INSTRUCTION SHEET FOR OFFENDERS IN SEGREGATION**

4x11 07

LAST NAME: Moore    FIRST INITIAL: LR    FACILITY: LCF
DOC #: 47702                                UNIT: 2B1-1

REQUEST FOR LOAN MATERIAL WAS RECEIVED: DEC 19 2007
REQUEST WAS PROCESSED AND RETURNED TO OFFENDER ON: DEC 19 2007
MATERIAL IS TO BE RETURNED NO LATER THAN: _____

LOAN OF LAW LIBRARY MATERIAL IS UNDER THE FOLLOWING EXPRESS CONDITIONS:

1. **THIS MATERIAL REMAINS THE PROPERTY OF THE DEPARTMENT OF CORRECTIONS, LEGAL ACCESS PROGRAM.** MATERIAL MUST REMAIN IN YOUR PERSONAL POSSESSION AT ALL TIMES UNTIL IT IS RETURNED TO LEGAL ACCESS PROGRAM. YOU ARE NOT ALLOWED TO GIVE OR LOAN THIS MATERIAL TO ANOTHER OFFENDER NOR TO SUBMIT THE MATERIAL FOR PHOTOCOPIES.

2. YOU MAY HAVE ONLY ONE LOAN OUTSTANDING AT ANY ONE TIME. **NO FURTHER REQUESTS FOR LOAN MATERIAL WILL BE HONORED UNTIL THIS MATERIAL IS RETURNED IN THE ENVELOPE IT WAS PROVIDED TO YOU IN.** ALL LOAN MATERIAL IS TO BE RETURNED ON OR BEFORE THE DUE DATE, UNLESS OTHERWISE AUTHORIZED BY THE LEGAL ASSISTANT.

3. FAILURE TO RETURN THIS MATERIAL MAY RESULT IN FURTHER REQUESTS BEING DENIED AND/OR IN YOUR BEING CHARGED A REPLACEMENT COST OF 25¢ PER PAGE FOR THE MATERIAL.

1. In re Question, 610 P2d 1340
2. Fraser v Bd of Parole 931 P2d 560
3. Jones v CDOC 93 P3d 1187
4. Berry v Bd of Parole 367 P2d 338
5. Henry v Patterson 363 F2d 443
6. CRCP Rule 57
7. Washington v Atherton 6 P3d 346
8. Mariani v Colo DOC 956 P2d 625
RENEW — CRCP 106 (held in cell)
10. _____

DO NOT WRITE BELOW THIS LINE    OFFENDER SIGNATURE (REQUIRED): L R Moore

METER END: _____
MINUS
METER BEGIN: 65101           PRINTER TOTAL: _____
MINUS                        PLUS
ADMIN COPIES: 7              LOAN BANK: _____
EQUALS                       EQUALS
COPIER TOTAL: 7              OFFENDER TOTAL: _____

YOUR REQUEST HAS BEEN **DENIED**: _____ IN PART    X IN TOTAL FOR THE FOLLOWING REASONS:

___ YOUR REQUEST FORM WAS NOT PROPERLY COMPLETED (MUST SIGN SIGNATURE, GIVE FULL CELL LOCATION, I.E., UNIT, TIER, CELL)
___ YOUR REQUEST IS TOO VOLUMINOUS    ___ YOU HAVE REACHED THE WEEKLY MAXIMUM AMOUNT OF LOAN ITEMS
___ THE INFORMATION PROVIDED ON YOUR REQUEST FORM IS NOT SPECIFIC ENOUGH TO IDENTIFY YOUR NEED OR IS UNABLE TO BE UNDERSTOOD
___ YOU ARE ALLOWED TO SUBMIT ONLY ONE REQUEST FORM PER WEEK
___ THE LEGAL ACCESS PROGRAM DOES NOT HAVE ALL OR PART OF THE MATERIALS YOU HAVE REQUESTED
X YOU HAVE OUTSTANDING LOAN ITEMS DUE: 12-14-07, 12-24, 12-28. NO NEW LOANS WILL BE PROCESSED UNTIL THOSE MATERIALS ARE RETURNED.
___ OTHER: _____

DATE RETURNED: _____    # OF PAGES RETURNED: _____    LOAN EXTENDED TO _____

20022

These had all been returned or denied prior to Response

*p* attached ✓

**COLORADO DEPARTMENT OF CORRECTIONS**  DC Form 750-01A (11/15/06)
**LEGAL ACCESS PROGRAM**
**REQUEST FOR LEGAL ASSISTANCE**
**INCOMPLETE FORMS WILL BE DENIED.**

TODAY'S DATE: 14 XII 07

LAST NAME: Moore    FIRST INITIAL: LR    DOC #: 47702

FACILITY and HOUSING UNIT/CELL: 29/-1    WORK/PROGRAM ASSIGN. INCL. TIME: _____

SESSION TIME REQUESTED* ___ AM SESSION  *What's this???*  PM SESSION ___
*Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _____
**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED**
NATURE OF MATTER: ___ Habeas Corpus    X Conditions of Confinement    ___ Post Conviction Relief
Other: _____

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:    YES ✓ NO X   Both

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED?    YES X  NO X
   IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT _____

STATE THE TYPE OF ASSISTANCE YOU REQUIRE:    (PLEASE WRITE LEGIBLY)

Where is the loan requested? Send copy of last cite loan kite, stating where the items are as you said you got kite in your "A" LAR attached.

And where are the ~~~~ LAs requested a month ago?

I need your LARs to key to specific LAs I.E. ~~refer to~~ letter or number both to match, unless, as oft the case, your LARs are nonresponsive.

What's wrong w/ attached caption?

OFFENDER SIGNATURE: L R Moore

DATE RECEIVED: DEC 19 2007    DATE ACCESS PROVIDED: _____

Your request has been DENIED for the following reasons:    DATE DENIED: DEC 19 2007

___ Your request form was not properly completed (missing required signature, full cell location, facility, unit, tier, cell, assignment, DOC #, date, etc.)

___ You have failed to submit the proper form. Please resubmit: _____

___ The Legal Access Program does not accept the "Request for Interview" form for any reason.

___ The Legal Access Program does not provide the forms you have requested.

___ The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.

___ You may bring your request into compliance and **resubmit a new form**. A photocopy of this denied form will not be accepted.

___ The legal access program cannot assist you with your request. It falls outside our program parameters.

X Other: You will not be loaned any new material until you return the materials you currently have.

METER END: _____ MINUS (-) METER BEGIN: 65095    EQUALS (=) TOTAL ADMIN COPIES: _____

20027

There were Ø loans out.

In the U.S. District Court for Colorado

Case No. 92 cv 890 EWN-OES

L.R. Moore, et al v. Bill Owens, et al

## ORDER

Unhindered Access to LCF Legal Resources for Plaintiff L.R. Moore

The Court finds that there appears to be grossly unnecessary hindering of Plaintiff's access to LCF Legal Resources that he is entitled to have access to.

Therefore it is Ordered that he be immediately given unhindered access by Legal Assistant A. Cosner and any other LCF staff working in LCF Law Library; that any denial of access occur only in cases of clear and present danger to LCF security, said danger to be specified in Denials with copy sent Plaintiff and the Court. Any other hindering that A. Cosner, et al, feel should be shall be not done without prior permission of the Court on an

ORDER

~~on item~~ a Request by Request basis, and only after Plaintiff's Request has been fulfilled can Cosner, et al, file objection stating why she should not have fulfilled. I.E. Fulfill, object, and if objection sustained, you can deny identical future requests.

This order covers xeroxing, cite loans, ~~loans~~ loans of CDOC publications (IAs, OMs etc), copying of same, name and case searches, supplies especially caption paper.

So Ordered this ___ day of _____ 200_ by _____ Judge

(or Magistrate) U.S. Dist Ct.