FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

January 15, 2008

Elisabeth A. Shumaker
Clerk of Court

---

JIMMY R. BULGIER,

    Plaintiff - Appellant,

JESSE F. MONTEZ; DAVID BRYAN; GEORGE KARL; GILPIN EUGENE; JOHN ARMINTROUT; KENNETH GARCIA, as representatives of themselves and all others similarly situated in this class action; RICHARD K. ALLEN; DUNCAN LEACH; ROBERT SIKITCH; GAIL LEVINE; DIEDRA GIVENS; PATRICIA BALLARD,

    Plaintiffs,

v.

FRANK GUNTER, Former Executive Director of the Colorado Department of Corrections; CHERYL SMITH, Medical Administrator at CTCF; ARISTEDES ZAVARAS, Executive Director of Colorado Department of Corrections; BOB FURLONG, Warden of Limon Correctional Facility; DEPARTMENT OF CORRECTIONS, Colorado; BILL PRICE, Warden of the Arkansas Valley Correctional Center; R. MARK MCDUFF, Warden of the Arrowhead Correctional Center, the Four Mile Correctional Facility, the Skyline Correctional Center, and the Pre-Release Correctional Center; GARY NEET, Warden of the Buena Vista Correctional Facility; WARREN DIESSLIN, Former Warden of the Buena

No. 07-1405
(D.C. No. 92-CV-870-EWN)

Vista Correctional Facility; FRANK MILLER, Deputy Warden, Warden of the Centennial Correctional Facility; DONICE NEAL, Warden of the Colorado State Penitentiary; MARK WILLIAMS, Warden of the Colorado Women's Facility; MARK MCKINNA, Warden of the Colorado Territorial Correctional Facility; J FRANK RICE, Dr., Warden of the Denver Reception and Diagnosic Center; LARRY EMBRY, Warden of the Fremont Correctional Facility; TOM COOPER, Warden, Former Warden of the Fremont Correctional Facility; BILL BOGGS, Warden of the Rifle Correctional Facility; BILL BOKROS, Warden of the Pueblo Minimum Center; DAVID HOLT, Medical Administrator at the Arrowhead Correctional Facility, the Centennial Correctional Facility, the Colorado State Penitentiary, the Fremont Correctional Facility, and the Skyline Correctional Facility; JEAN MOLTZ, Medical Administrator at the Buena Vista Correctional Facility and the Rifle Correctional Facility; RON JOHNSON, Medical Administrator at the Denver Reception and Diagnostic Center; DON LAWSON, Clinical Administration Director at the Limon Correctional Facility and the Arkansas Valley Correctional Facility; BOB MOORE, who supervises the medical department at the Pueblo Minimum Center, and JOHN DOE(S), current and former Wardens of any correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and JOHN DOE(S),; RONALD G. PIERCE; COLORADO

| |
|---|
| TERRITORIAL CORRECTIONAL FACILITY; BRAD ROCKWILL; ANNETTE PORTER; DENVER RECEPTION & DIAGNOSTIC CENTER, Sgt.; R. MURPHY; GLENNTTE SMITH; BECKY RHOMONA; JIM WEBER; NARD CLAAR; BILL REED; BILL OWENS, |
| Defendants - Appellees. |

ORDER

Appellant-Plaintiff Jimmy R. Bulgier's opening brief and motion for leave to proceed without prepayment of fees were to be filed in this court by November 28, 2007. No opening brief and motion were filed. Appellant Bulgier failed to comply with the rules of the court.

In an December 13, 2007 letter from the Clerk, Appellant Bulgier was advised that his opening brief and motion for leave to proceed without prepayment of fees were past due. Appellant was given 10 calendar days, *that is*, until December 26, 2007, to file these documents, *and* was warned that failure to file will result in dismissal of this appeal without further notice. No opening brief and motion have been filed.

Upon consideration, this appeal filed by Appellant-Plaintiff Jimmy R. Bulgier is

**DISMISSED** for failure to prosecute. *See* 10th Cir. R. 3.3(B) and 42.1. The mandate shall issue forthwith.

                                    Entered for the Court
                                    Elisabeth A. Shumaker, Clerk

                                    Kathleen T. Clifford
                                    Attorney - Deputy Clerk