# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　January 15, 2008　　　　　　　　　Chief Deputy Clerk


Mr. Jimmy R. Bulgier
# 9027232
Texas Department of Corrections
Justice Estelle Unit
264 FM 3478
Huntsville, TX 77320-3322

**RE:**　　07-1405, Bulgier, et al v. Gunter, et al
　　　　　Dist/Ag docket: 92-cv-00870-EWN

Dear Mr. Bulgier:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　Clerk of the Court


cc:　　Jess Alexander Dance
　　　Jennifer Susan Huss
　　　Robert Charles Huss
　　　Elizabeth H McCann
　　　Elizabeth H. McCann
　　　James X. Quinn
　　　Jennifer L. Veiga