# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 15, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Gregory C. Langham

**RE:**   **07-1405, Bulgier, et al v. Gunter, et al**
        Dist/Ag docket: 92-cv-00870-EWN

Dear Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                            Sincerely,

                            *Elisabeth A. Shumaker*

                            Elisabeth A. Shumaker
                            Clerk of the Court

cc: