IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

-vs.-

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-207
Category: III
Claimant: Raymond Stevens, #56921
Address of Claimant: 6251 West 100th Avenue, Westminster, CO 80003

---

## FINAL ORDER OF DISMISSAL

---

THIS MATTER comes before the Special Master on the claim of Claimant Raymond Stevens.

1. This hearing was scheduled to be held at the offices of Legal Resolution Center at the Dominion Plaza Building, 600 17th Street, Suite 2800-South, Denver, CO 80202 at 11:00 a.m. on December 17, 2007 before Richard C. Davidson, Special Master. Proper notice of the time and place of the hearing was sent to Claimant at 6251 West 100th Avenue, Westminster, CO 80003

2. Present for the hearing were Jess Dance, Esq. appearing for the Defendants, and Orville Neufeld, D.O. who was called to testify for Defendants.

3. Claimant failed to appear or to notify anyone that he was delayed or unable to attend.

4. The Special Master waited more than 30 minutes after the scheduled time for the hearing and Claimant had still failed to appear or notify anyone.

5. Based upon Claimant's failure to appear for the scheduled hearing,

IT IS HEREBY ORDERED that this matter be dismissed; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file

an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 7, 2008.**

SIGNED this 14th day of January, 2008.

BY THE COURT:

/s/ Richard C. Davidson

_____
Richard C. Davidson
Special Master