IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 03-397
Category: III
Claimant: Roger Gray Hollis, #73188
Address of Claimant: 605 26th Street, Apartment 207, Denver, CO 80205

_____

## FINAL ORDER OF DISMISSAL
_____

    THIS MATTER comes before the Special Master on the claim of Claimant Roger Gray Hollis.

    1. This Hearing was scheduled to be held at Dominion Plaza, 600 17th Street, Suite 2800-South, Denver, CO 80202 at 8:30 a.m. on September 14, 2007 before Richard C. Davidson, Special Master. Proper notice of the time and place of the hearing was sent to Claimant at 605 26th Street, Apartment 207, Denver, CO 80205.

    2. Present for the hearing were Chris Alber, Esq. appearing for the Defendant, and Orville Neufeld, D.O. called to testify for Defendant.

    3. Claimant failed to appear or to notify anyone that he was delayed or unable to attend.

    4. The Special Master waited more than 30 minutes after the scheduled time for hearing and Claimant had still failed to appear or notify anyone.

    5. Based upon Claimant's failure to appear for the scheduled hearing,

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as he failed to appear for his hearing and has failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 17, 2008.**

SIGNED this 28th day of December, 2007.

BY THE COURT:

/s/ Richard C. Davidson
_____
Richard C. Davidson
Special Master