IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-246
Category: Untimely Filed Claim
Claimant: Erica D. Williams, #65317
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of Erica D. Williams. The Special Master noted that Claimant previously had filed a claim (02-666). Defendants filed a motion to dismiss the previous claim, and that was granted on November 29, 2006.

A show cause order was issued to Claimant to allow her to indicate why her claim should not be dismissed. Claimant has not responded to that order.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant has previously filed a claim and has presented no reason why she should be allowed to file a new claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 17, 2008.**

SIGNED this 28th day of December, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master