IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-251
Category: Untimely Filed Claim
Claimant: Robbie Hawkins, #45195
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the claim of Robbie Hawkins. In her claim form, Claimant stated that she came into DOC custody in August, 2007. It appeared that the Special Master might not have jurisdiction over the claim.

    A show cause order was issued to Claimant. Despite being granted up to and including January 4, 2008 in which to respond to the order, Claimant has filed nothing further.

    Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Individuals who came into DOC custody after August 23, 2003 may file a separate lawsuit, but may not utilize the claim procedure. Claimant indicated in her claim form that she came into DOC custody after August 27, 2003. The Special Master has no jurisdiction over the claim.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection

must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 7, 2008.**

SIGNED this 11th day of January, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master