IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-252
Category: Untimely Filed Claim
Claimant: Troy Dean Moore, #55398
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

THIS MATTER came before the Special Master on the letter of Troy Moore. In that letter, Claimant requested a claim form and information sheet.

Claimant previously filed a claim (02-182). That claim was dismissed on its merits on September 13, 2006. The Special Master issued a show cause order to Claimant to allow him to indicate why he was not bound by the previously adjudicated claim. Despite being granted up to including January 4, 2008 in which to respond, Claimant has filed nothing further.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant previously filed a claim that was adjudicated and the Special Master has no jurisdiction over any new claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 7, 2008.**

SIGNED this 11th day of January, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master