IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' TWENTY-THIRD APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-Third Application for Payment of Fees and Costs. This application is for work done from November 16, 2007 to January 15, 2008, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 199.00 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours and Judy Olive of 21.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. Mr. Valente spent 0.00 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 37.80 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 0.50 hour of time during this period for administrative matters related to the claims process. This is reflected in Exhibit C. Richard C. Davidson expended 2.10 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

2

8. Richard M. Borchers additionally spent 203.65 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $386.71 and travel time of 24.75 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 4.00 hours on individual claims. This is reflected in Exhibit F. He had 0.00 hours of travel time that is reflected on Exhibit J. He had 0.50 hours of administrative time.

9. Richard C. Davidson spent 67.50 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 7.50 hours, as reflected in Exhibit I. He had no lodging expenses.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending September 15, 2007 are as follows:

a. Richard M. Borchers: 81.25 hrs.@ $175.00 per hr. =        $ 14,218.75

   160.20 @ 200.00 per hr. =        $ 32,040.00

b. Richard M. Borchers (travel) 24.75 hrs. @ 100.00 per hr. = $ 2,475.00

c. Bruce D. Pringle     4.50 hrs.        @ $200.00 hr. =        $     900.00

d. Richard C. Davidson   69.60 hrs.    @ $200.00 hrs. =        $13,920.00

e. Susan Carter and other staff 226.00 hrs.  @ $ 35.00 hr. =   $ 7,910.00

f. Larry Dean Valente    0.00 hrs.      @ $ 75.00 hr. =        $       0.00

g. Lodging and expenses                                       $     386.71

H. Richard C. Davidson (travel) 7.50 hrs. @ $100.00 hr. =     $     750.00

J. Bruce D. Pringle (travel) 0.00 hrs. @ $100.00 hr. =        $       0.00

TOTAL FEES:                                      $72,600.46

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-Third Application for Payment of Fees be granted in the amount of $72,600.46 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By:_____

Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

4

**EXHIBIT A**

Susan Carter

    Total Hours for Period                     199.00 hrs.

Lynda Rowe

    Total Hours for Period                     6.00 hrs.

Judy Olive

    Total Hours for Period                     21.00 hrs.

                                                    _____

                    TOTAL HOURS       226.00 hrs.

Larry Dean Valente

    Total Hours for Period                     0.00 hrs.

## EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending January 15, 2008.

| | | |
|---|---|---|
| 11/16/07 | Review files; review settings; talk to Sue Carter | 2.00 hrs. |
| 11/17/07 | Review files and filings | 1.00 hrs. |
| 11/18/07 | Review mail and settings | .75 hrs. |
| 11/20/07 | Review files and mail; talk to Sue Carter about settings and procedures; travel to court with files | 2.25 hrs. |
| 11/21/07 | Talk to Sue Carter; finalize orders; check inmate locator | 1.00 hrs. |
| 11/22/07 | Issue orders and proofread final orders; reset claims for hearings | 2.00 hrs. |
| 11/23/07 | Review mail; reset additional hearings; travel to court to obtain file | 1.75 hrs. |
| 11/24/07 | Review mail and files | 1.00 hrs. |
| 11/27/07 | Review mail and settings | 1.25 hrs. |
| 11/28/07 | Review mail and talk to Sue Carter concerning claims | |
| 11/29/07 | Review mail, cases and settings | 1.00 hrs. |
| 12/2/07 | Review mail and files | 1.00 hrs. |
| 12/4/07 | Review mail and do hearing for BDP | 1.00 hrs. |
| 12/5/07 | Review mail | .30 hrs. |
| 12/8/07 | Review mail and settings | 1.00 hrs. |
| 12/9/07 | Review mail | .75 hrs. |
| 12/10/07 | Review mail; talk to Sue Cater concerning claims | .75 hrs. |
| 12/13/07 | Review mail and settings | .50 hrs. |
| 12/15/07 | Review mail and settings | 1.00 hrs. |
| 12/19/07 | Review mail and talk to Sue Carter | .75 hrs. |
| 12/21/07 | Review mail and talk to Sue Carter | 1.00 hrs. |
| 12/24/07 | Review mail and files | .75 hrs. |
| 12/27/07 | Travel to court with files; review mail; evaluate settings | 2.25 hrs. |
| 12/28/07 | Review mail and talk to Sue Carter | .75 hrs. |
| 12/29/07 | Review mail and files | .50 hrs. |
| 12/31/07 | Review mail; check discs and label | 1.00 hrs |
| 1/2/08 | Review mail and further review of settings | 1.00 hrs. |
| 1/3/08 | Review mail and settings | .75 hrs. |
| 1/4/08 | Review mail and additional work on files | 1.00 hrs. |
| 1/6/08 | Review mail | .50 hrs. |
| 1/7/08 | Talk to Sue Carter concerning settings and cases; confer with RCD | 1.25 hrs. |
| 1/8/08 | Review mail and settings | 1.00 hrs. |
| 1/11/08 | Review mail; brief hearings on no shows | 2.50 hrs. |

| | | |
|---|---|---:|
| 1/12/08 | Review mail and settings | .50 hrs. |
| 1/14/08 | Telephone conference with counsel and review mail | 1.00 hrs. |
| 1/15/08 | Review settings and mail; call BDP | 1.00 hrs. |

| | |
|---|---:|
| TOTAL TIME: | 37.80 hrs. |

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending January15, 2008.

| | | |
|---|---|---|
| 1/15/08 | Telephone conference with Judge Borchers | 0.50 hrs. |
| | TOTAL TIME: | 0.50 hrs. |

**EXHIBIT D**

**Work Done by Richard M. Borchers**

Claims closed during the period ending January 15, 2008. Work done prior to September 15, 2004 has already been billed.

**01-029**      **George T. Aragon**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 2/24/06 | Review response and file; issue order | .25 hrs. |
| 7/15/07 | Review file and prepare final order | 1.50 hrs. |
| | TOTAL: | 1.95 hrs. |

**01-103**      **Robert Griego**

| | | |
|---|---|---|
| 9/24/04 | Review supplemental form and issue order | .25 hrs. |
| 12/23/04 | Review file and issue order | .20 hrs. |
| 2/9/06 | Review response and issue order | .25 hrs. |
| 4/24/06 | Review file | .25 hrs. |
| 11/15/07 | Review file and prepare final order | 1.50 hrs. |
| | TOTAL: | 2.45 hrs. |

**01-200**      **Michael Sean Edmund**

| | | |
|---|---|---|
| 3/18/05 | Review claim | .10 hrs. |
| 3/18/05 | Issue order | .15 hrs. |
| 5/3/05 | Review response and issue order | .20 hrs. |
| 6/14/05 | Review of letter and order | .20 hrs. |
| 8/9/05 | Review of motion and issue order | .20 hrs. |
| 11/7/05 | Review file and issue order | .25 hrs. |
| 2/17/06 | Review documents and copy | .25 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 11/17/07 | Prepare final order | 1.75 hrs. |
| | TOTAL: | 3.35 hrs. |

**02-011**      **James Sherman**

1

| | | |
|---|---|---|
| 2/4/05 | Review pleading of Claimant | .10 hrs. |
| 2/2/06 | Review response and issue order | .25 hrs. |
| 11/15/07 | Review file and issue final order | 1.50 hrs. |
| | | _____ |
| | TOTAL: | 1.85 hrs. |

**02-497      Dorothy Soto**

| | | |
|---|---|---|
| 1/31/05 | Review file and issue order | .15 hrs. |
| 3/28/06 | Review response and issue order | .25 hrs. |
| 5/7/06 | Review reply | .15 hrs. |
| 11/15/07 | Review file | .35 hrs. |
| 11/17/07 | Prepare final order | 1.35 hrs. |
| | | _____ |
| | TOTAL: | 2.25 hrs. |

**02-510      Larry White**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .20 hrs. |
| 3/6/06 | Review file and response; issue order | .25 hrs. |
| 5/7/06 | Review reply | .35 hrs. |
| 11/16/07 | Review file | .50 hrs. |
| 11/18/07 | Prepare final order | 2.00 hrs. |
| | | _____ |
| | TOTAL: | 3.30 hrs. |

**02-896      Frankie Evans**

| | | |
|---|---|---|
| 8/29/07 | Review file and issue order | .30 hrs. |
| 11/2/07 | Review response and issue order | .30 hrs. |
| 12/9/07 | Prepare final order | 1.25 hrs. |
| | | _____ |
| | TOTAL: | 1.85 hrs. |

**02-911      Andrew Solazzo**

| | | |
|---|---|---|
| 5/15/07 | Review file and letter; issue order | .30 hrs. |
| 6/15/07 | Review file and claim; issue order | .30 hrs. |
| 8/13/07 | Review file | .25 hrs. |

| 8/16/07 | Review file and issue order | .25 hrs. |
| 10/17/07 | Review file and motion to dismiss; issue order | .25 hrs. |
| 10/18/07 | Review letter and documents; issue order | .30 hrs. |
| 11/29/07 | Prepare final order | .50 hrs. |
| | TOTAL: | 2.15 hrs. |

**03-008**        **Carl Moten, Sr.**

| 12/13/04 | Review of file and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 5/3/05 | Review motion and file; issue order | .25 hrs. |
| 5/16/05 | Research | 1.50 hrs. |
| 5/23/05 | Further research and begin work on order | .75 hrs. |
| 5/24/05 | Finish order on motion to dismiss | 1.25 hrs. |
| 6/1/05 | Review file and reset hearing | .25 hrs. |
| 11/18/07 | Finalize order | .50 hrs. |
| | TOTAL: | 5.00 hrs. |

**03-009**        **Seth Reed**

| 12/12/04 | Review file and issue order | .20 hrs. |
| 3/30/05 | Review motion and issue order | .15 hrs. |
| 4/13/05 | Review file and issue order on hearing | .25 hrs. |
| 5/26/05 | Review motion and file; issue order | .25 hrs. |
| 5/27/05 | Review file and issue order | .20 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and prepare final order | .30 hrs. |
| | TOTAL: | 1.60 hrs. |

**03-057**        **John Medina**

| 12/15/04 | Review file and issue order | .25 hrs. |
| 3/27/05 | Review motion and file; prepare order | .35 hrs. |
| 4/23/05 | Review motion and issue order | .15 hrs. |
| 7/1/05 | Review file and issue order | .25 hrs. |
| 8/1/07 | Hearing order | .20 hrs. |
| 11/11/07 | Review file and issue order | .25 hrs. |

3

| | | |
|---|---|---|
| 12/20/07 | Review file and issue order | .30 hrs. |
| | TOTAL: | 1.75 hrs. |

**03-058        Lawrence Robert Warfield**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/13/05 | Issue scheduling order | .15 hrs. |
| 5/20/05 | Review file and motion; issue order | .25 hrs. |
| 6/12/05 | Review file | .15 hrs. |
| 6/18/05 | Review file and issue order | .15 hrs. |
| 9/1/05 | Review file and motion; issue order | .20 hrs. |
| 9/21/05 | Review file | .20 hrs. |
| 11/6/07 | Review file | .35 hrs. |
| 11/30/07 | Hearing | 3.00 hrs. |
| 12/6/07 | Work on final order | 1.00 hrs. |
| 12/4/07 | Work on final order | .75 hrs. |
| 12/12/07 | Issue final order | .50 hrs. |
| | TOTAL: | 6.95 hrs. |

**03-063        David Anthony York**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/16/05 | Review file and motion; issue order | .15 hrs. |
| 11/29/05 | Review letter | .15 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 11/15/07 | Review file | .25 hrs. |
| 11/21/07 | Prepare final order | 1.70 hrs. |
| | TOTAL: | 2.65 hrs. |

**03-078        Robert C. Garnett, Sr.**

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 3/2/05 | Review motion and file; issue order | .20 hrs. |
| 4/12/05 | Review file and issue order for hearing | .25 hrs. |
| 7/1/05 | Review motion and issue order | .20 hrs. |
| 7/20/05 | Review file | .20 hrs. |
| 1/4/06 | Review file and issue order | .25 hrs. |

| 11/14/07 | Review file and finalize order | .50 hrs. |
| | | ———— |
| | TOTAL: | 1.80 hrs. |

## 03-088    Patrick O'Boyle

| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 8/13/05 | Review file and issue order | .25 hrs. |
| 9/1/05 | Review file and issue order | .15 hrs. |
| 11/1/05 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |
| | | ———— |
| | TOTAL: | 1.60 hrs. |

## 03-089    Gilbert A. Lovato

| 12/20/04 | Review file and issue order | .20 hrs. |
| 4/13/05 | Review file and issue hearing order | .25 hrs. |
| 6/13/05 | Review motion and issue order | .15 hrs. |
| 6/15/05 | Review file and issue order resetting hearing | .20 hrs. |
| 9/28/05 | Review letter and issue order | .25 hrs. |
| 11/1/05 | Review file and issue order | .25 hrs. |
| 11/6/07 | Review file for hearing | .50 hrs. |
| 11/30/07 | Hearing | .50 hrs. |
| 12/1/07 | Prepare final order | .50 hrs. |
| | | ———— |
| | TOTAL: | 2.80 hrs. |

## 03-094    Claude Burton

| 6/4/07 | Review file and letter; issue order | .30 hrs. |
| 9/11/07 | Review file and issue order | .30 hrs. |
| | | ———— |
| | TOTAL: | .60 hrs. |

## 03-100    James Potts

| 10/24/04 | Review motion and issue order | .25 hrs. |

| | | |
|---|---|---|
| 12/20/04 | Review file and issue order | .20 hrs. |
| 5/10/05 | Review motion and file; issue order | .20 hrs. |
| 5/12/05 | Review file and issue order | .15 hrs. |
| 11/6/05 | Review motion and file; issue order | .20 hrs. |
| 8/5/07 | Review file and set hearing | .25 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 11/19/07 | Review file and motion; enter order | .25 hrs. |

TOTAL:     1.75 hrs.

**03-122     Steven E. Clouse**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 4/1/05 | Review file and motion | .15 hrs. |
| 4/2/05 | Review file and issue order | .20 hrs. |
| 4/8/05 | Review file and issue order setting hearing | .15 hrs. |
| 4/13/05 | Review file | .15 hrs. |
| 4/20/05 | Review objection and issue order | .15 hrs. |
| 4/24/05 | Review motion and issue order | .20 hrs. |
| 9/17/05 | Review motion and issue order | .20 hrs. |
| 4/1/07 | Review file and issue order | .25 hrs. |
| 9/15/07 | Review file and issue order | .25 hrs. |
| 10/30/07 | Review file | .30 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and prepare final order | .30 hrs. |

TOTAL:     2.70 hrs.

**03-128     Gary Liggett**

| | | |
|---|---|---|
| 4/17/05 | Review claim and issue order | .25 hrs. |
| 6/4/05 | Review file and issue order setting hearing | .25 hrs. |
| 12/20/05 | Review motion and file; issue order | .35 hrs. |
| 8/28/07 | Review file and issue order | .30 hrs. |
| 12/2/07 | Review file and finalize final order | .50 hrs. |

TOTAL:     1.65 hrs.

**02-131     Martha Ann Sharp**

| | | |
|---|---|---|
| 1/25/05 | Review file and issue order | .25 hrs. |
| 2/8/05 | Review pleading and issue order | .15 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review file and issue new order | .15 hrs. |
| 3/11/05 | Review file and issue order | .15 hrs. |
| 4/17/05 | Review response and issue order | .15 hrs. |
| 4/22/05 | Review response and reply | .20 hrs. |
| 4/23/05 | Issue order reassigning claim | .15 hrs. |
| 4/27/05 | Review file and issue order | .20 hrs. |
| 5/3/05 | Review letter and issue order | .15 hrs. |
| 5/7/05 | Review file and letter; issue order | .15 hrs. |
| 5/13/05 | Review motion and issue order | .20 hrs. |
| 5/20/05 | Review letter and issue order | .20 hrs. |
| 6/18/05 | Review file and issue order | .20 hrs. |
| 6/22/05 | Review file and issue order | .20 hrs. |
| 7/7/05 | Review motion and issue order | .25 hrs. |
| 7/30/05 | Review motion and issue order | .20 hrs. |
| 8/9/05 | Review motion to amend and issue order | .20 hrs. |
| 10/9/05 | Review file and objection; issue order | .25 hrs. |
| 11/13/07 | Review file and finalize order | .75 hrs. |

TOTAL:     4.30 hrs.

**03-132      Joe Fuller**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |
| 4/22/05 | Review motion | .15 hrs. |
| 4/27/05 | Review file and motions; issue order | .20 hrs. |
| 4/30/05 | Review file and issue hearing order | .15 hrs. |
| 9/2/05 | Review motion and issue order | .15 hrs. |
| 7/28/07 | Review file and issue order | .25 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 11/19/07 | Review file and motion; issue order | .25 hrs. |

TOTAL:     1.55 hrs.

**03-134      Michael S. Forbes**

| | | |
|---|---|---|
| 2/22/05 | Review letter and issue order | .15 hrs. |
| 4/30/05 | Review claim | .10 hrs. |
| 5/3/05 | Review file and issue order | .20 hrs. |

7

| 6/14/05 | Review documents and file | .20 hrs. |
| 6/15/05 | Issue order for hearing | .30 hrs. |
| 11/14/07 | Review file | .40 hrs. |

|  | TOTAL: | 1.35 hrs. |

**03-145        Edward Wetherbee**

| 2/4/05 | Review claim | .10 hrs. |
| 2/6/05 | Issue order | .10 hrs. |
| 3/19/05 | Review supp. form and issue order | .25 hrs. |
| 7/6/05 | Review pleading | .25 hrs. |
| 7/6/05 | Issue order | .15 hrs. |
| 10/26/05 | Review file and issue order | .30 hrs. |
| 8/20/07 | Review file and issue order | .30 hrs. |
| 12/21/07 | Review file and finalize order | .50 hrs. |

|  | TOTAL: | 1.95 hrs. |

**03-150        Shannon Ricci**

| 1/30/05 | Review file and issue order | .15 hrs. |
| 8/6/05 | Review letter and issue order | .25 hrs. |
| 8/13/05 | Review file and issue order | .25 hrs. |
| 1/25/06 | Review file and motion; issue order | .25 hrs. |
| 11/20/07 | Review file and finalize order | 1.35 hrs. |

|  | TOTAL: | 2.25 hrs. |

**03-155        James O'Bannion**

| 12/28/04 | Review file and issue order | .20 hrs. |
| 8/23/05 | Review file and issue order | .25 hrs. |
| 9/17/05 | Review letter and file | .15 hrs. |
| 10/27/05 | Review file and issue order | .25 hrs. |
| 11/14/07 | Finalize order | .50 hrs. |

|  | TOTAL: | 1.35 hrs. |

**03-164**          **Norman Ryason**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 9/19/05 | Review file | .25 hrs. |
| 9/21/05 | Issue order | .25 hrs. |
| 10/23/05 | Review file and issue order | .25 hrs. |
| 11/3/05 | Issue amended order | .15 hrs. |
| 12/31/05 | Review file and letter; issue order | .25 hrs. |
| 1/20/06 | Review file and motion; issue order | .35 hrs. |
| 12/21/07 | Review file and finalize order | .75 hrs. |

TOTAL:          2.40 hrs.

**03-166**     **Paul Heinrich**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review file | .15 hrs. |
| 9/28/05 | Review file and issue order | .35 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

TOTAL:          1.15 hrs.

**03-169**     **Thomas Cauley**

| | | |
|---|---|---|
| 12/23/04 | Review file and issue order | .20 hrs. |
| 9/10/05 | Review letter | .15 hrs. |
| 10/4/05 | Review response and issue order | .25 hrs. |
| 10/12/05 | Review file | .25 hrs. |
| 10/26/05 | Review file | .20 hrs. |
| 11/7/05 | Review file and issue order | 1.00 hrs. |
| 8/15/07 | Review motions and issue order | .35 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |

TOTAL:          2.90 hrs.

**03-177**     **Robert Fry**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .20 hrs. |
| 11/25/05 | Review reply and file | .50 hrs. |

| 12/12/05 | Review file and issue order | .25 hrs. |
| 2/1/06 | Review letter and file | .25 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs |
| | | _____ |
| | TOTAL: | 1.85 hrs. |

**03-184       Clint Crews, Sr.**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 8/6/05 | Review letter and issue order | .25 hrs. |
| 1/18/06 | Review file and letter; issue order | .25 hrs. |
| 1/20/06 | Issue order | .20 hrs. |
| 2/4/06 | Review file and motion; issue order | .50 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.85 hrs. |

**03-185       Malcolm Runnel**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/14/05 | Review file and pleadings | .25 hrs. |
| 12/3/05 | Review file | .20 hrs. |
| 1/20/06 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.35 hrs. |

**03-186       Brandy Davis**

| 12/20/04 | Review file and issue order | .25 hrs. |
| 9/1/05 | Review response and issue order | .20 hrs. |
| 1/21/06 | Review file and read all documents | 1.00 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.95 hrs. |

**03-189       David Martinez**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |

| 1/22/06 | Review file and issue order | .50 hrs. |
| 11/27/07 | Review file and draft final order | 1.35 hrs. |
| | TOTAL: | 2.15 hrs. |

**03-190        Michael Southern**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 1/22/06 | Review file and issue order | .50 hrs. |
| 11/24/07 | Review file and draft order | 1.25 hrs. |
| | TOTAL: | 2.05 hrs. |

**03-201        Larry Gordon**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/6/05 | Review letter and issue order | .15 hrs. |
| 3/4/05 | Review motion and response; issue order | .25 hrs. |
| 3/14/05 | Review motion and issue order | .20 hrs. |
| 4/8/05 | Review motion and issue order | .15 hrs. |
| 4/22/05 | Review motion and issue order | .25 hrs. |
| 6/4/05 | Review file and issue order | .15 hrs. |
| 6/29/05 | Review file and motion | .15 hrs. |
| 8/19/05 | Review motion and issue order | .20 hrs. |
| 10/14/05 | Review file and letter | .20 hrs. |
| 3/4/06 | Review file and issue order | .35 hrs. |
| 5/5/06 | Review file and issue order | .35 hrs. |
| 6/6/06 | Review file and issue order | .30 hrs. |
| 9/13/07 | Review file and issue order | .35 hrs. |
| 10/1/07 | Review file and motion; issue order | .30 hrs. |
| 11/17/07 | Review file and motion; issue order | .35 hrs. |
| 12/1/07 | Review file for hearing | .50 hrs. |
| 12/4/07 | Hearing | 1.40 hrs. |
| 12/9/07 | Draft final order | 1.50 hrs. |
| 12/11/07 | Finalize final order | .50 hrs. |
| | TOTAL: | 7.75 hrs. |

**03-208        Lora J. Woods**

| | | |
|---|---|---|
| 3/4/06 | Review letter; open file; issue order | .50 hrs. |
| 3/15/06 | Review file and issue order | .25 hrs. |
| 4/8/06 | Review file and issue order | .25 hrs. |
| 5/22/06 | Review pleading and files; issue order | .30 hrs. |
| 6/21/06 | Review letter and issue order | .25 hrs. |
| 11/14/07 | Review file | .25 hrs. |
| 11/15/07 | Finalize order | .50 hrs. |

TOTAL:      2.30 hrs.

**03-210      Ed Collie**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 3/19/06 | Review letter and file; issue order | .25 hrs. |
| 4/11/06 | Review file and set hearing | .35 hrs. |
| 6/17/06 | Review motion and file; issue order | .30 hrs. |
| 10/27/06 | Review file and issue order | .50 hrs. |
| 11/18/06 | Review file and issue order | .30 hrs. |
| 12/3/06 | Review motion and issue order | .25 hrs. |
| 1/10/07 | Review file and issue order | .25 hrs. |
| 2/20/07 | Review file and issue order | .25 hrs. |
| 7/19/07 | Review file and issue order | .25 hrs. |
| 7/23/07 | Review file and issue order | .30 hrs. |
| 7/27/07 | Review file for hearing | .75 hrs. |
| 8/1/07 | Further review for hearing | .40 hrs. |
| 8/2/07 | Hearing | 3.50 hrs. |
| 9/25/07 | Telephone conference and issue order | .75 hrs. |
| 10/11/07 | Work on final order; review exhibits | 2.00 hrs. |
| 10/12/07 | Review file and work on final order | 1.00 hrs. |
| 10/22/07 | Finish final order | 1.75 hrs. |

TOTAL:      13.30 hrs.

**03-213      Jamie C. James**

| | | |
|---|---|---|
| 2/10/06 | Review claim; open file; issue OSC | .35 hrs. |
| 3/22/06 | Review file and issue order | .35 hrs. |
| 4/8/06 | Review file and issue order | .30 hrs. |
| 11/14/07 | Review file and issue order | .50 hrs. |
| 11/20/07 | Finalize order | 1.00 hrs. |

12

|  |  | TOTAL: | 2.50 hrs. |

**03-220          Lawrence Beeman**

| 1/5/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and forms; issue order | .25 hrs. |
| 4/6/06 | Review file and reply | .35 hrs. |
| 4/8/06 | Review file and issue order | .25 hrs. |
| 4/19/06 | Review file and issue order | .30 hrs. |
| 9/11/07 | Review motion and issue order | .30 hrs. |
| 11/2/07 | Review file and issue order setting hearing | .25 hrs. |
| 11/12/07 | Review file and objection; issue order | .30 hrs. |
| 12/20/07 | Hearing | 3.25 hrs. |
| 12/23/07 | Work on final order | 1.25 hrs. |
| 12/29/07 | Finalize order | 1.75 hrs. |

|  | TOTAL: | 8.40 hrs. |

**03-225          Jose Escobar**

| 1/8/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/9/06 | Review file and issue order | .75 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |

|  | TOTAL: | 1.65 hrs. |

**03-235          John Eastman**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 1/20/06 | Review file and motion; issue order | .30 hrs. |
| 2/19/06 | Review motion and file; issue order | .25 hrs. |
| 4/4/06 | Review response and issue order | .25 hrs. |
| 4/28/06 | Review letter and issue order | .30 hrs. |
| 6/12/06 | Review file | .25 hrs. |
| 11/28/07 | Finalize order | .50 hrs. |

|  | TOTAL: | 2.00 hrs. |

**03-245**          **Harry James Hall**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 1/18/06 | Review letter and documents | .20 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/23/06 | Review file and responses; issue order | .50 hrs. |
| 11/28/07 | Finalize order | .50 hrs. |
| | TOTAL: | 1.60 hrs. |

**03-248**          **Juan Maldonado**

| | | |
|---|---|---|
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 3/20/06 | Review file | .50 hrs. |
| 5/7/06 | Review file and elevate to Cat. III; issue order | .50 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | 1.75 hrs. |

**03-263**          **Michael William Bass**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 3/3/06 | Review file and response; issue order | .20 hrs. |
| 6/13/06 | Review file and issue order | .25 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | 1.10 hrs. |

**03-264**          **Sean Pearce**

| | | |
|---|---|---|
| 1/16/05 | Review file and issue order | .15 hrs. |
| 7/30/05 | Review letter | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/13/06 | Review file and issue order | .30 hrs. |
| 8/20/06 | Review file and issue order | .25 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 3/12/07 | Hearing order | .25 hrs. |
| 11/30/07 | Hearing order | .25 hrs. |
| 12/15/07 | Review file for hearing | .40 hrs. |
| 12/21/07 | Hearing and subsequent work on order of dismissal | 1.25 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 3.50 hrs. |

**03-266**      **Michael J. Olson**

| 1/25/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/6/05 | Review e-mail and file; issue order | .25 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 6/13/06 | Review of file | .50 hrs. |
| 11/23/07 | Review file and finalize order | 1.00 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 2.15 hrs. |

**02-268**      **Jeffrey Klein**

| 1/3/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 6/14/06 | Review file | .50 hrs. |
| 6/20/06 | Review file and issue order | .25 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 1.40 hrs. |

**03-272**      **Roy Jack Pollard**

| 11/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 7/24/05 | Review letter and file; issue order | .20 hrs. |
| 4/19/06 | Review letter and file; issue order | .30 hrs. |
| 6/23/06 | Review file and issue order | .25 hrs. |
| 8/6/06 | Review letter and file; issue order | .25 hrs. |
| 11/13/07 | Review letter and file | .20 hrs. |
| 12/21/07 | Finalize order | .75 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 2.10 hrs. |

**03-275**      **Anthony Dembry**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 6/25/06 | Review file and motion | .25 hrs. |
| 6/27/06 | Issue order | .15 hrs. |
| 11/21/07 | Finalize order | 1.25 hrs. |

15

|  |  | TOTAL: | 1.80 hrs. |

**03-279**      **Michael D. Bell**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 2/24/06 | Review motion and file; issue order | .25 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 12/2/06 | Review file and issue order | .25 hrs. |
| 9/11/07 | Review file | .20 hrs. |
| 10/11/07 | Review file and reset hearing | .40 hrs. |
| 12/15/07 | Review file for hearing | .40 hrs. |
| 12/21/07 | Review file and finalize order | 1.00 hrs. |

|  | TOTAL: | 2.90 hrs. |

**03-284**      **Jacques Richardson**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 1/26/06 | Review file and issue order | .25 hrs. |
| 3/28/06 | Review file and response | .25 hrs. |
| 4/26/06 | Review file and motion; issue order | .25 hrs. |
| 7/23/06 | Review file; elevate to Category III | .50 hrs. |
| 7/25/06 | Review file and issue order | .25 hrs. |
| 10/27/06 | Review file and issue order | .20 hrs. |
| 2/7/07 | Review file and witness list; issue order | .25 hrs. |
| 5/7/07 | Review motion and issue order | .30 hrs. |
| 6/13/07 | Review file and motion; issue order | .25 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |

|  | TOTAL: | 3.15 hrs. |

**03-290**      **Rueben Alvarez**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 12/4/05 | Review file and letter; issue order | .20 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 5/30/06 | Review file | .15 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

|  |  | TOTAL: | 1.30 hrs. |

**03-293**     **Wanda Crawford**

| 1/3/05 | Review file and issue order | .15 hrs. |
| 4/20/05 | Review motion and file | .25 hrs. |
| 3/2/05 | Review response and file; issue order | .25 hrs. |
| 11/20/07 | Review file and finalize order | 1.00 hrs. |

|  | TOTAL: | 1.65 hrs. |

**03-296**     **Ronald Mestas**

| 10/13/04 | Review motion and issue order | .15 hrs. |
| 1/6/05 | Review file and issue order | .15 hrs. |
| 2/12/05 | Review motion and file; issue order | .15 hrs. |
| 10/15/05 | Review file and issue order | .25 hrs. |
| 11/5/05 | Review response and issue order | .15 hrs. |
| 4/9/06 | Review file and issue order | .30 hrs. |
| 7/23/06 | Review file | .40 hrs. |
| 11/14/06 | Review file and issue order | .30 hrs. |
| 11/24/07 | Review file and finalize order | 1.00 hrs. |

|  | TOTAL: | 2.85 hrs. |

**03-297**     **Raymond Price**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 1/27/05 | Review pleading | .10 hrs. |
| 2/27/05 | Review motion and issue order | .15 hrs. |
| 3/26/05 | Review response and file; issue order | .15 hrs. |
| 4/1/05 | Review motion and issue order | .15 hrs. |
| 11/6/05 | Review file and motion; issue order | .25 hrs. |
| 1/2/06 | Review pleading and file | .25 hrs. |
| 1/25/06 | Review motion and order | .25 hrs. |
| 3/1/06 | Review file and response; issue order | .30 hrs. |
| 9/13/07 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |

|  | TOTAL: | 2.50 hrs. |

17

**03-299**  **Benjamin Franklin**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 5/5/06 | Review response and file; issue order | .30 hrs. |
| 8/28/06 | Review file and issue order | .25 hrs. |
| 9/10/06 | Review file | .25 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | 1.45 hrs. |

**03-300**  **Ronald Montoya**

| | | |
|---|---|---|
| 1/31/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 8/25/06 | Review file and elevate to Category III | .50 hrs. |
| 9/10/06 | Review file | .25 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |
| 12/21/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | 2.00 hrs. |

**03-301**  **Brian B. Ray**

| | | |
|---|---|---|
| 1/3/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and issue order | .30 hrs. |
| 8/25/06 | Review file and elevate to Category III | .50 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | 1.45 hrs. |

**03-318**  **Genady Slonimsky**

| | | |
|---|---|---|
| 7/7/05 | Review file and issue order | .15 hrs. |
| 9/23/06 | Review file and issue order | .25 hrs. |
| 12/21/07 | Review file and finalize order | .50 hrs. |
| | TOTAL: | .90 hrs. |

18

**03-333**          **Michael Eugene Graham**

| | | |
|---|---|---|
| 1/25/05 | Review file and issue OSC | .15 hrs. |
| 2/20/05 | Review file and issue order | .15 hrs. |
| 4/17/05 | Review supp. Form and issue order | .15 hrs. |
| 10/8/06 | Review response and reply - elevate to Cat. III | .50 hrs. |
| 10/12/06 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and finalize order | .50 hrs. |

TOTAL:          1.70 hrs.

**03-334**          **Marty Bueno**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review motion and issue order | .20 hrs. |
| 7/26/06 | Review response and issue order | .20 hrs. |
| 10/9/06 | Review motion and file: elevate to Cat. III | .50 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

TOTAL:          1.55 hrs.

**03-337**          **Danny Copp**

| | | |
|---|---|---|
| 3/4/05 | Review claim | .10 hrs. |
| 3/5/05 | Issue order | .10 hrs. |
| 3/26/05 | Review supp. Forms and issue order | .15 hrs. |
| 10/6/05 | Review motion and issue order | .25 hrs. |
| 1/18/06 | Review letter and notice; issue order | .25 hrs. |
| 10/14/06 | Review file and motion; issue order | .25 hrs. |
| 4/13/07 | Review file and issue order | .25 hrs. |
| 5/14/07 | Review file and issue order | .20 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |
| 12/18/07 | Finalize final order | .50 hrs. |

TOTAL:          2.35 hrs.

**03-353**          **Erik Mares**

| | | |
|---|---|---|
| 3/5/05 | Review claim | .10 hrs. |
| 3/8/05 | Issue order | .10 hrs. |

| 11/6/06 | Review file and issue order | .20 hrs. |
| 1/14/07 | Hearing | 1.75 hrs. |
| 12/4/07 | Review exhibits and file | .75 hrs. |
| 12/22/07 | Prepare final order | 1.25 hrs. |

|  | TOTAL: | 4.15 hrs. |

**03-355      Harry Trounce, Jr.**

| 3/26/05 | Review claim | .10 hrs. |
| 3/29/05 | Issue order | .10 hrs. |
| 5/10/05 | Review supp form and issue order | .20 hrs. |
| 11/5/05 | Review file and issue order | .25 hrs. |
| 11/8/06 | Review file and issue order | .25 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

|  | TOTAL: | 1.40 hrs. |

**03-358      Martin Schweitzer**

| 2/16/06 | Review file | .15 hrs. |
| 6/29/06 | Review response and issue order | .30 hrs. |
| 11/14/07 | Review file and finalize final order | .50 hrs. |

|  | TOTAL: | .95 hrs. |

**03-361      Eric Marshall**

| 4/15/05 | Review file and issue order | .20 hrs. |
| 4/27/05 | Review file and supp. Forms; issue order | .15 hrs. |
| 7/1/05 | Review file and motion; issue order | .20 hrs. |
| 12/26/05 | Review file and motion; issue order | .30 hrs. |
| 9/7/06 | Review response and issue order | .25 hrs. |
| 11/14/06 | Review file and issue order | .35 hrs. |
| 5/5/07 | Review motion and file; issue order | .30 hrs. |
| 5/22/07 | Review motion and issue order | .25 hrs. |
| 7/19/07 | Review file and issue order | .30 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

|  |  | TOTAL: | 2.80 hrs. |

**03-376**      **Joseph Vigil**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review letter and documents | .15 hrs. |
| 5/18/06 | Review motion and file; issue order | .30 hrs. |
| 10/9/06 | Review file | .15 hrs. |
| 11/24/06 | Review motion and file; issue order | .30 hrs. |
| 12/3/06 | Review file and elevate to Category III | .30 hrs. |
| 12/6/06 | Review file and issue order | .20 hrs. |
| 11/23/07 | Review file and finalize order | 1.50 hrs. |

|  | TOTAL: | 3.05 hrs. |

**03-385**      **Ellen Pollanco**

| 2/13/05 | Review file and issue order | .15 hrs. |
| 8/27/06 | Review file and motion; issue order | .25 hrs. |
| 11/6/06 | Review file and issue order | .25 hrs. |
| 11/11/06 | Review response and issue order | .25 hrs. |
| 1/6/07 | Review file and elevate | .35 hrs. |
| 1/13/07 | Issue order | .25 hrs. |
| 11/21/07 | Finalize order and review file | 1.35 hrs. |

|  | TOTAL: | 2.85 hrs. |

**03-396**      **Phillip Duran**

| 4/1/05 | Review claim and issue order | .20 hrs. |
| 4/29/05 | Review supp. Form and issue order | .15 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 2/7/07 | Review file | .25 hrs. |
| 2/11/07 | Review file and elevate to Category III | .25 hrs. |
| 11/14/07 | Review file and finalize order | .50 hrs. |

|  | TOTAL: | 1.65 hrs. |

**03-397**      **Roger Gray Hollis**

21

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 10/26/05 | Review file and issue OSC | .25 hrs. |
| 12/21/05 | Review response and issue order | .25 hrs. |
| 9/20/06 | Review response and issue order | .25 hrs. |
| 12/26/06 | Review file and issue order | .20 hrs. |
| 2/16/07 | Review file and elevate to Category III | .25 hrs. |
| 2/20/07 | Review file and issue order | .20 hrs. |
| 4/13/07 | Review file | .25 hrs. |
| 6/10/07 | Review file and issue order | .35 hrs. |
| 6/12/07 | Send order for hearing | .30 hrs. |
| 12/21/07 | Review file and finalize order | .50 hrs. |

TOTAL:  2.90 hrs.

**03-399      Felix Olguin**

| | | |
|---|---|---|
| 10/24/04 | Issue order | .15 hrs. |
| 1/1/05 | Review file and issue order | .15 hrs. |
| 4/6/05 | Review pleading and issue order | .25 hrs. |
| 12/26/05 | Review file and issue order | .50 hrs. |
| 1/18/06 | Review pleadings and issue order | .50 hrs. |
| 3/13/07 | Review file and motion; issue order | .30 hrs. |
| 4/28/07 | Review file and issue order | .20 hrs. |
| 5/14/07 | Review file and letter; issue order | .30 hrs. |

TOTAL:  2.35 hrs.

**03-423      Frank Ornelas**

| | | |
|---|---|---|
| 5/8/07 | Review of letter | .10 hrs. |
| 6/4/07 | Review claim and issue order | .25 hrs. |
| 6/13/07 | Review form and file | .25 hrs. |
| 6/15/07 | Issue order | .20 hrs. |
| 12/2/07 | Finalize order and review file | .50 hrs. |

TOTAL:  1.30 hrs.

**03-427      Angela Denis Thomas**

| | | |
|---|---|---|
| 6/5/07 | Review claim and issue order | .40 hrs. |

| 7/25/07 | Review file | .30 hrs. |
|---|---|---|
| 7/27/07 | Issue order | .20 hrs. |
| 8/5/07 | Review file and issue order for hearing | .35 hrs. |
| 11/6/07 | Review file for hearing | .35 hrs. |
| 11/8/07 | Review file and issue order | .30 hrs. |
| 11/30/07 | Hearing | 2.00 hrs. |
| 12/2/07 | Work on file | .50 hrs. |
| 12/7/07 | Work on final order | .75 hrs. |
| 12/8/07 | Prepare final order | 1.50 hrs. |
| 12/11/07 | Final work on order | .50 hrs. |

TOTAL:    7.15 hrs.

**04-001**      **Richard Allen**

| 12/7/05 | Review file and issue order | .25 hrs. |
|---|---|---|
| 2/6/05 | Review motion and issue order | .15 hrs. |
| 3/23/05 | Review file and issue order | .25 hrs. |
| 4/11/05 | Review objection and issue order | .10 hrs. |
| 4/13/05 | Issue order on location of hearing | .10 hrs. |
| 4/23/05 | Review motion and issue order | .15 hrs. |
| 7/6/05 | Review file and pleading; issue order | .20 hrs. |
| 8/6/05 | Review file and issue order | .25 hrs. |
| 8/13/05 | Review file and motion; issue order | .25 hrs. |
| 8/5/07 | Review file and issue order | .25 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and issue final order | .30 hrs. |

TOTAL:    2.50 hrs.

**04-002**      **Harold L. Youell**

| 10/5/04 | Review claim | .10 hrs. |
|---|---|---|
| 3/28/05 | Review of motion and file; issue order | .25 hrs. |
| 4/27/05 | Review file and motion | .25 hrs. |
| 4/30/05 | Order for hearing | .15 hrs. |
| 8/5/07 | Review file and issue order | .25 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 12/2/07 | Review file and prepare final order | .20 hrs. |

23

|  | TOTAL: | 1.45 hrs. |

**05-006**        **Jessie Montez**

| 9/24/05 | Review file and issue stay order | .15 hrs. |
| 12/7/05 | Review file and issue order | .10 hrs. |
| 1/30/05 | Review motion and issue order | .10 hrs. |
| 2/3/05 | Issue stay order | .15 hrs. |
| 3/8/05 | Issue order | .10 hrs. |
| 5/4/05 | Review file and issue order | .25 hrs. |
| 5/7/05 | Review file and issue order | .15 hrs. |
| 11/1/07 | Review file and issue order | .30 hrs. |
| 11/19/07 | Review file and issue final order | .25 hrs. |

|  | TOTAL: | 1.55 hrs. |

**05-012**        **Geraldine Ramona Trujillo**

| 12/12/05 | Review claim and documents; issue order | 1.00 hrs. |
| 3/3/06 | Review motion and file; issue order | .35 hrs. |
| 8/5/07 | Review file | .30 hrs. |
| 8/8/07 | Review file and issue order for hearing | .35 hrs. |
| 12/13/07 | Hearing | 1.00 hrs. |
| 12/16/07 | Prepare final order | 1.00 hrs. |

|  |  | 4.00 hrs. |

**X-239**        **Beverly Ann Roof**

| 9/29/07 | Review file and claim; issue OSC | .30 hrs. |
| 11/16/07 | Work on final order | .35 hrs. |
| 11/21/07 | Review letter and revise final order | .30 hrs. |

|  | TOTAL: | .95 hrs. |

**X-241**        **Cheryl Turner**

| 10/6/07 | Review claim and issue OSC | .25 hrs. |
| 12/9/07 | Prepare final order | .50 hrs. |

|          |                    | TOTAL: | .75 hrs. |

**X-243**        **Imogine Haskins**

| 10/16/07 | Review claim and file; issue OSC | .30 hrs. |
| 11/16/07 | Prepare final order | .35 hrs. |
|          | TOTAL: | .65 hrs. |

**X-245**        **Philip E. Stetzel**

| 10/29/07 | Review letter and file; issue order | .40 hrs. |
| 12/11/07 | Review file and issue final order | .50 hrs. |
|          | TOTAL: | .90 hrs. |

**X-250**        **Diana Bastianos**

| 11/5/07 | Review file and claim | .40 hrs. |
| 12/15/07 | Review file and issue final order | .50 hrs. |
|          | TOTAL: | .90 hrs |

TOTAL TIME: 203.65 hrs.

TOTAL HOURS at $175.00 per hour: 81.25 hours =  $14,218.75

TOTAL HOURS at $200.00 per hour: 122.40 hours = $24,480.00

TOTAL: $38,698.75

## EXHIBIT E

Travel Time for Richard M. Borchers

| | | |
|---|---|---|
| 11/30/07 | Colorado Springs and return | 2.75 hrs. |
| 12/3-4/07 | Limon and return | 4.00 hrs. |
| 12/6-7/07 | Olney Springs and return | 6.00 hrs. |
| 12/13-14/07 | Sterling and return | 4.00 hrs. |
| 12/20/07 | Sterling and return | 4.00 hrs. |
| 1/9-10/08 | Canon City and Return | 4.00 hrs. |

TOTAL TRAVEL TIME:  24.75 hrs.

Lodging Expenses:

| | | |
|---|---|---|
| 12/3/07 | Limon, Colorado | $   90.87 |
| 12/6/07 | La Junta, Colorado | $ 106.89 |
| 12/13/07 | Sterling, Colorado | $   95.74 |
| 1/9/08 | Canon City, Colorado | $   93.21 |

TOTAL EXPENSES:  $ 386.71

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending January 15, 2008:


See Attached

Montez time 11-16-2007 to 1-15-2008

**Larry Simms**

| | | |
|---|---|---|
| 1/11/2007 | Review testimony on CD taken before Judge Borchers to complete Simms' hearing; review notes from prior hearing sessions; review exhibits. | 1.5 hrs |
| 1/14/2007 | Legal research re epilepsy as a disability under the ADA, prepare draft of findings, conclusions and Order; review and revise findings, conclusions and Order | 2.5 hrs |

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending January 15, 2008:

(See attached sheet)

TOTAL:              68.00 hrs.

# LRC
## Legal Resolution Center

## Judge RCD  -   Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Page #1

Name:   11/15/07—                              DOC # _____

Claim No: _____

Category No: _____

| Date | | Activity | Time |
|---|---|---|---|
| 11 | 17 | Escobar 03-725  Prep Final Order | 2.0 |
| 11 | 19 | Brandy Davis 03-186      "    "    " | 4.0 |
| 11 | 20 | Jacques Richardson 03-284    "    " | 2.0 |
| | | Malcom Russell  03-185      "    " | 1.75 |
| 11 | 21 | Thomas Caudley 03-169      "    " | 2.75 |
| | | Gary Liggett 03-128      "    " | 1.5 |
| 11 | 30 | Frank Douglas 03-423      "    " | 2.0 |
| | | Patrick O'Boyle 03-085      "    " | 1.5 |
| | | Admin - Reviewed Rulings | 1.25 |
| 11 | 26 | Travel To ALCF | 3.0 |
| | | Lavonne Burton 03-345      Hearing | 1.0 |
| | | Robert Chavez 03-271      " | 1.5 |
| | | Theodore Lafranda 03-156      " | 2.0 |
| | 27 | Travel To and from FLCF | 4.5 |
| | | John Dennis 03-191 | 6.0 |

# LRC
## Legal Resolution Center

# Judge RCD  -  Billing Worksheet for Montez v. Owens
# Civil Action No. 92-N-870

Page 2

Name: 11/15/07 —                                    DOC # _____

Claim No: _____

Category No: _____

| Date | | Activity | Time |
|---|---|---|---|
| 12 | 3 | Timothy Russell 05-016   Hearing | 3.0 |
| 12 | 6 | McToya 03-300        Prep Final Order | 2.25 |
| | | Copp   03-337          "    "    " | 2.5 |
| | 7 | Copp   03-337          "    "    " | .5 |
| | | Hollis   03-397          "    "    " | .5 |
| | | Wetherbee 03-145          "    "    " | 1.75 |
| | 14 | Ryason  03-164          "    "    " | 2.25 |
| | | R. Pollard 03-272          "    "    " | 2.75 |
| | | Slonimsky 03-318          "    "    " | 1.25 |
| | 26 | Stroud  03-350          "    "    " | 2.0 |
| 1/2008 | | | |
| | 3 | Javone Gadlin 03-340          "    "    " | 1.5 |
| | 3 | Paul Pollard   03-323          "    "    " | 2.25 |
| | 4 | Ulysses Grant   03-292          "    "    " | 1.75 |
| | 4 | Raymond Sewic 03-207          "    "    " | .25 |
| | 4 | Timothy Russell 05-016          "    "    " | 2.0 |

# LRC
## Legal Resolution Center

## Judge RCD – Billing Worksheet for Montez v. Owens
### Civil Action No. 92-N-870

Page 3

Name: _11/15/07 –_      DOC # _____

Claim No: _____

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 1/4/08 | Lavone Barron 03-345 Prep final order | 1.75 |
| | Theodore Vialpando 03-386 " " | 2.25 |
| 1/10 | Rewrite final order on Paul Pollard | |
| | 03-323 | 1.25 |
| 1/11 | John Derwin 03-191 Prep final order | 5.5 |
| 1/13 | Administrative –Ruling on motions | .75 |
| | Robert Chavez – Prep final order | 2.25 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending January 15, 2008:


TOTAL:   2.10 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending January 15, 2008:

Total Travel Time:                                        7.50 hrs.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending January 15, 2008:


Total Travel Time:                              0.00 hrs.

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Twenty-Third Application for Payment of Fees and Costs this _____ day of January, 2008 to the following:

Ms. Paula Greisen
Mr. David H. Miller
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James X. Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203