IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-027
Category III
Claimant: Gregory Ramirez, #42564
Address of Claimant: c/o King & Greisen, LLP, 1670 York Street, Denver, CO 80206

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on documents submitted by the parties. This claim has been settled.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

SIGNED this 22nd day of January, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master