IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-168
Category III
Claimant: Cornelius T. Williams, #113043
Address of Claimant: c/o 2420 Monterrey Road, Colorado Springs, CO 80910

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on his own motion. This claim was set for hearing on March 14, 2006 at the Colorado Territorial Correctional Facility (CTCF) in Canon City, Colorado. Claimant discharged his sentence on February 27, 2006, and the hearing was vacated.

    Claimant never provided a new address after his discharge. The Office of the Special Masters was able to find an address for Claimant's mother, and that is listed above. Mail sent to that address has been returned as undeliverable. As of the date of this order, Claimant has provided no viable mailing address at which he may be reached. The Special Master has checked the DOC Inmate Locator to determine if Claimant is back in DOC custody. He is not so listed.

    The claim process is winding down. The Special Masters have tried to give all claimants a fair opportunity to file a claim and have it adjudicated. The process, though, is not without its limits. One of the limits is the necessity for a claimant to provide a mailing address. In fact, a change of address must be provided pursuant to the Local Rules of the Court.

> **M. Notice of Change of Address or Telephone Number.** Within ten days after any change of address, telephone number or e-mail address of any attorney or pro se party, notice of the new address, telephone number or e-mail address shall be filed.

*D.C.Colo.L.Civ.P. 10.1.* On its face, the rule does not provide any exceptions for notifying the Court of a change of address.

Claimant has failed to provide a mailing address at which he can be reached. He has failed to abide by the requirements of the local rule of this Court. His claim will be dismissed.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant has failed to provide for almost two years an updated mailing address as required by D.C.Colo.L.Civ.P 10.1; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 14, 2008.**

SIGNED this 16th day of January, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master