IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-036
Category III
Claimant: Samuel Curtis Lindsey, #113995
Address of Claimant: c/o Tannya Lane, 1001 Lincoln Street, Denver, CO 80203

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER came before the Special Master for hearing on January 11, 2008. The hearing was to be held at the office of Legal Resolution Center, 600 17th Street, Suite 2800-South, Denver, Colorado. Claimant did not appear. Willow Arnold, attorney for Defendants, was present, along with Dr. Orville Neufeld, D.O.

      Claimant was in the custody of the Colorado Department of Corrections when he filed his claim. He was released on parole. Claimant failed to provide an updated address, and the office of the Special Master sent the notice of hearing to the parole agent for Claimant. On November 21, 2007, Tannya Lane, parole agent for Claimant, advised the Special Master that Claimant had absconded from parole supervision and was being sought by law enforcement authorities.

      Under the Remedial Plan, Claimant carries the burden of proof to establish his claim. He was granted a hearing since it appeared that his claim involved significant health issues. Claimant failed to carry the burden of proof, as he did not appear for the hearing or present any evidence at the hearing.

      IT IS HEREBY ORDERED that the claim of Claimant is denied, as he has failed to present any evidence and to prove by a preponderance each of the four criteria set forth in the Order of November 23, 2004.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 12, 2008.**

SIGNED this 22nd day of January, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master