IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-432
Category: III
Claimant: Kenneth Griffin, #118879
Address of Claimant: CMRC, 2925 East Las Vegas Street, Colorado Springs, CO 80906

___

## FINAL ORDER OF SPECIAL MASTER
___

THIS MATTER came before the Special Master for hearing in Colorado Springs, Colorado on January 25, 2008. Present for the hearing were the following: Claimant Kenneth Griffin and Willow Arnold, attorney for Defendants.

The Special Master determined that Claimant was sentenced in Denver District Court on August 26, 2003. Claimant did not enter into DOC custody until September 3, 2003. Claimant was in the custody of the City and County of Denver prior to being transferred to DOC.

In order to file a claim, a claimant had to have been in DOC custody on or before August 27, 2003. In addition, the claimant had to be disabled, as defined by the Remedial Plan, and the victim of discrimination on or before August 27, 2003. Claimant acknowledges that he came into the Denver Reception and Diagnostic Center after August 27, 2003.

The Special Master has no jurisdiction over this claim. Claimant may pursue a separate lawsuit under the ADA and Rehabilitation Act or upon other legal basis. Claimant should consult with an attorney to explore his rights and options.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into the custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 5, 2008.**

SIGNED this 28th day of January, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master