IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Counsel is advised that some of the dates set aside for the compliance hearing are now unavailable due to the press of our criminal docket. The court can proceed with the hearings as follows:
    March 17, 18, and 19, 2008 from 9:00 a.m. through 5:00 p.m.
    March 20, 2008 from 9:00 a.m. through noon.
    March 25 and 26, 2008 from 9:00 a.m. through 5:00 p.m.
    April 14, 15 and 17, 2008 from 9:00 a.m. through 5:00 p.m.

      To the extent possible, counsel is encouraged to submit deposition testimony in advance of the hearings. Should additional dates be necessary, they will be scheduled as the court's calendar permits.

Dated:  February 6, 2008

Service of this order shall be made only via NEF.  No mailings are required.