92 CV 870 EWN OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2008

GREGORY C. LANGHAM
CLERK

1/21/08

To Whom It May Concern:

    I Nathaniel L. Huguley am writing due to the fact that I am in a life threatening situation here at the Sterling Correctional Facility. Since I have been here I have been in the Intensive Care Unit twice; once they had to fly me to the Denver Health Medical Center; the second time was very recently on the date of 01/19/08 I was rushed by ambulance to the Sterling Memorial Hospital. My medical emergency was due to the fact of a low CBC count from lack of medication (Coumadine). Also a lung infection. My CBC should be checked regularly once a week.

    I also suffer from "Sarcoidosis" a chronic lung disease, congestive heart failure, the right side of my heart is enlarged, chronic Rheumatical arthritis. I would like to believe that they are trying to save the Facility money, I would like to think it is a problem with the chain of command, yet I believe it is a malicious depravation of medical care for the purpose of adding causing my death, or revenge, because I have a settlement coming from the Montez v. Owens case. Because I have the mobility issue, addressed in Montez I sometimes cannot make it to the prescribed medication window to receive my medications, or even meals.

    When I make a request, the medical staff here they disreguards what I say as if I am lying to them. If I can get them to take any action, all they will do is promise me anything just to get me out of the office. The grievence process here seems to be an exersice in futility. By the time I get through the grievence process I could be dead.

The presumptive range on a class five (5) felony is three years. The sentence given in this case is two years in prison and two years of mandatory parole. Now if the order came down to put the parole inside the presumptive range, of three years it would put me within one year (1) of statutory discharge and would be within the guidelines for a special needs discharge which is available for terminal inmates. This is the only way I can see to get the treatment I desperately need to prolong my life.

Nathanie Higley
#55740
PO Box 6000
Sterling, Colo
80751

**Colorado Department Of Corrections**

Name NATHANIEL Huguley
Register Number 55740
Unit 1-B-102
Box Number 6000
City, State, Zip Sterling Colo 80751

DENVER CO 802
22 JAN 2008 PM ?

Clerk of the United States Cour
901 19TH Street,
Denver, Colo 80294

80294+2500