92-cv-00870-EWN
Claim X-166                 ①

Dear Judge KANE,

    I am an inmate at the Buena Vista Correctional Complex. I have been here 3 years. I have been talking with the Montez lawyers, since I have been here. And I have to say I agree with them on things about DOC and DOC Medical. I am in a Malpractics law suit with two DOC doctors and DOC medical, for what they let happen to me. And believe me it's still going on.

    I have diabetes, I did not know I had it. I was very sick, and I tryed very hard to tell them I was sick and all they did was turn their head. I was very sick at D.R.D.C. and tryed to tell them I was sick and they did nothing, they sent me on my way to here. They sent me here even though I was very sick. Even with the symptoms I told them and the five(5) tubes of blood they took and still nothing.

    I was sent here and put in a unit that you had to go up and down stair to get any where. I was put in the back of the unit on the top bunk in my cell. Even though I told them I was sick and should not be up there.

②

They still made me any way. It tooke me almost two months before I got to see the doctor here. And by that time I had lost around 30 lbs and could not see two feet in front of me. It was very hard to get around in that unit going up and down the stairs, having to be in a cell with no way to call some one if something happened, which it did and my celly had to bang his shoe on the floor to get some one to come. That was not right. ALL the things I had to go through, because no one would believe me I was sick. I even have letters from my celly at that time and a friend that did bible study with me. I will put a copy of them with this letter.

My feet, I have been asking for medical shoes and all they tell me is to buy my own. OR like the doctor here say, "You are a member of montez let them buy them for you." Well, to tell you, I am not a member of montez, so why does he keep saying that. Out of these three (3) years here, I have seen medical buy other diabetics medical shoes, why not me. I don't have the money to buy any. The doctor even went

③

as far to say that it was my fault I had diabetes, it was because of me I was sick. What doctor in their right mine would say that to their patient. Not right. I wrote the ADA and they wrote me back saying it is not a persons fault for getting diabetes, there is a copy of that too. As for the shoes, still no. I have blisters on my feet because the shoes DOC have are inadequate for a person with diabetes. I wash them every chance I get so they will not get infected. This scared me alot because it looks like they are going too. Thats not right.

    It's not right what I have been through or the things they have told me. I have been discriminated against. And because of my law suit they are doing everything they can to dismiss it. By saying I did not do my administrative remedies, which in fact I have done them. It took them 1 year to do my number two grievance and I have not heard a response on the third. It's unfair that they put this on the plaintiff and not on them for messing my do process up. It's not right what we have to go through and they still don't believe us. I have

④

claimed all along I was not knowledgable to this kind of law, and to appoint me a counsel so this could be done right. Because if I had a counsel they would not be getting away with what they have been.

Even the director Joe Ortiz of DOC at that time said in the denver post that there was wrong doing in DOC medical, even deaths, because of their wrong doing. I hope I am not one of them.

People are getting hurt and some die, because again and again DOC puts cost efficiency above patient care. Procedures have repeatedly been violated. All in the interest of protecting the bottom line, all in the interest of keeping profits among the highest of all DOC's medical Services.

I am doing everything I can because I am not giving up. Because I have told the truth. And one day things will be gotten to the bottom of and things will be made right. I hope in some way this will help make things right. Thank you very much for your time.

Sincerely
Paul Deschaine

To whom it may concern

My name is Terry Tomey #93314, I have been the cell mate of Paul Deschaine #124164 since April 2005. When I first moved into Paul's cell in South Unit of BVCF, Paul was laying on his bunk reading a Bible. As time went by and Paul would ask to see someone in the Medical Dept, Paul got weak. The medical Dept finally responded to Paul "kites" and he was informed that he had Diabetes. While medical attempted to get Paul's sugar level right he has lost the ability to read, his Bible or any other type or print. Paul has almost fallen off the top bunk were he sleeps a couple of different times, because of weakness, I have had to call the guards for help for him because he was to weak to help himself. For any further help I can provide to Paul, now that I've been released please feel free to contact me at P.O Box 757 Craig, Co. 81626 or call (970) 824-2118

Sincerely
Terry Tomey

To Whom it May Concern:

This letter is written in Reference, Concerning the serious Health issues affecting Paul Deschaine, associated by The Diabetes, and/or insuline levels, causing Paul severe impaired Vision. Paul's level of Energy Has Decreased to A NON-ACTIVE level. With Paul not Being able to see he is unable to Participate in Previously active functions as before. His Health and Vision seems to be getting Worse and I am Writting this letter in Hopes of getting Paul Deschaine the Help necessary that Paul Truly needs. Paul Has to subject Himself to Painfull insuline injections instead of Controlling levels By pill form.

Thank you

Sincerely,
[signature]

information, the CDOC did not request and Access did not volunteer this information. As a result, the CDOC occasionally sent prisoners to hospitals that charged twice the prevailing rate. Additionally, the auditor found that Access failed to negotiate cost-effective rate-setting agreements with hospitals, costing the CDOC as much as an additional $2.5 million. The CDOC failed to establish guidelines and financial targets as contractually required nor had it reviewed the obsolete and inappropriate guidelines Access used. Navigant found that in nearly 80 percent of the hospital billings for providing security to intensive care patients, the CDOC actually provided the security. The CDOC agreed to improve its oversight of rate negotiations, inform its contractor when it provides security and require the contractor to negotiate an intensive care rate without security.

The auditor found that Access' external providers deny only two percent of specialist referrals while CDOC staff deny 29 percent of these referrals. The auditor recommended that the CDOC require the contractor to use more restrictive criteria and collaborate to modify the standard criteria, presumably to further reduce the number of referrals. The CDOC hopes to perform all pre-authorizations itself or to require the contractor to develop "financially-based performance measures." This should result in prisoners receiving even less health care.

Navigant examined only four percent of the State-owned hospital stays and found that the hospitals overcharged the CDOC for ten percent of the days. Extrapolating from these findings, the CDOC may have been overcharged by more than $180,000. The auditor further found that Access failed to adequately review inpatient files and quickly discharge patients. The CDOC agreed to identify criteria for inpatient reviews and establish performance measures for future contracts.

The report pointed out that Access failed to require hospitals to submit documentation related to emergency visits and it failed to review those visits for appropriateness. Emergency visits arising from private prisons receive additional scrutiny as the private prisons are financially responsible for inappropriate visits. Access failed to provide the CDOC with this documentation and the CDOC failed to request it.

Navigant reviewed 184 emergency care claims submitted by the private prisons and found 17 questionable claims totaling $14,600. It recommended that the CDOC develop a process for such claims and apply it to these 17 and all such future claims. The CDOC argued that it would not be in their "best interest" to review the 17 claims. The CDOC stated that it does "not have a valid mechanism in place to recoup any potential inappropriate emergency visit claims." As the auditor pointed out, the CDOC's contract with the private prisons explicitly provides such a mechanism: "The DOC shall retroactively bill the Contractor [private prison] for emergency care billed to the DOC by the Third Party Administrator [Access] where fiscal responsibility is later determined to belong to the Contractor." Perhaps the CDOC was confused by the term "fiscal responsibility."

The auditor discovered that Access failed to validate the claims submitted by providers for services or to compare even a sample of submitted claims with medical records to verify the billed services were actually provided. The CDOC last reviewed Access' validation process in 1999. Navigant identified 1,710 questionable transactions valued at $760,000. The CDOC confessed that it "does not have the resources or expertise to audit the actual claims," apparently in violation of Colorado Revised Statute f 24-50-503.5(1) which requires that personal services contracts be used only when the agency has "sufficient resources and expertise to monitor, measure, and enforce performance of the contract."

The CDOC's contract with Access requires the CDOC to annually evaluate service delivery and utilization management along with periodic reviews of the contractor's claims Processing. The CDOC has not performed any evaluation or audit since January 2001.

When the CDOC has found Access' performance deficient, its response has been to assign CDOC staff to perform the function or has taken minimal action to induce Access to correct its deficiencies. The CDOC has never used the remedial actions available in the contract—a contract existing since 1997.

Finally, the auditor noted that under the current arrangement, Access has no incentive to control costs. Access gets paid the same regardless of costs. Navigant recommended the CDOC perform cost/benefit analysis of a capitation arrangement where the CDOC pays a set rate for every prisoner. Twenty-three states use such an arrangement.

CDOC Director Joe Ortiz admitted to *The Denver Post* that "we were lax in our supervision of medical staff." One state audit found "lax oversight of private prisons" while another found the CDOC provided "minimal oversight" wherever the auditor looked. Even when the CDOC stumbled upon a problem, it has taken, at most, minimal action to address the problem. The CDOC has been a sleeping, toothless watchdog. Sadly, the CDOC's failings may have cost the taxpayers millions of dollars and a few unfortunate prisoners their lives.

The full report is available at www.prisonlegalnews.org.

Additional sources: *The Rocky Mountain News, The Denver Post.*

**LEARN TO PROTECT YOUR RIGHTS**

**YOU HAVE A RIGHT TO**
- Adequate medical care
- Protection from assault
- Humane living conditions
- Safety from officer abuse

Learn how to defend your basic human rights with the comprehensive litigation guide, **Protecting Your Health and Safety**, written specifically for inmates who are unable to receive help from a lawyer.

WRITTEN BY
ROBERT E. TOONE

A PROJECT OF THE
SOUTHERN POVERTY LAW CENTER

**COST** $10 (includes shipping/handling)

**ORDER A COPY**
Send a check or money order to
**Protecting Your Heath and Safety
Southern Poverty Law Center
P.O. Box 548
Montgomery, AL 36101-0548**

Be sure to include your name, identification number (if any), and mailing address. If using a credit card, please include the type of card (VISA or Mastercard), card number, and expiration date. Upon request, prison law libraries will be sent a copy at no cost. WE DO NOT ACCEPT ORDERS BY TELEPHONE.

This book does not deal with legal defense against criminal charges or challenges to convictions that are on appeal. Edition last revised in 2002.

*[handwritten: "This is what the director said about"]*

**Colorado Department Of Corrections**

Name: Paul Deschaine
Register Number: 124164
Unit: North Unit
Box Number: P.O. box 2017
City, State, Zip: BuenaVista, CO 81211

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2008

GREGORY C. LANGHAM
CLERK

[Salida, CO postmark, 18 JAN 2008]

JUDGE JOHN L. KANE
United States District Court
Alfred A. Arraj United States Courthouse
901 - 19th Street. Room A-105
Denver, CO 80294-3589

80294+2500 C044