IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,
        Plaintiffs,

-vs-

Bill Owens, et al.,
        Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

Claim Number: **03-247 (Formerly 02-278)**
Category **III**

Claimant: **George Charles, Knorr # 45154**

Current Address of Claimant: S.C.F. P.O. Box 6000, Sterling, Colorado 80751

---

**REQUEST FOR ISSANCE OF CONTEMPT CITATION
AGAINST MS. BEVERLY DOWIS, H.S.A. at S.C.F.**

---

**COMES NOW,** the Complainant, George Charles, Knorr, proceeding In Propria Persona **(Pro se)** and respectfully requests this Honorable Court issue a **CONTEMPT CITATION** AGAINST THE ABOVE NAMED **Ms. Beverly Dowis,** the Health Services Administrator at the Sterling Correctional Facility, and states and affirms the following facts:

1. On or about the date of **October 24, 2007;** the physician's Assistant, **Mr. Brian Webster,** ORDERED the issuance of a **MEDICAL APPLIANCE,** NAMELY Diabetic Hose for the complainant, to assist him in his medical condition of adema a condition of **Diabetes.**

2. Approximately Ten **(10)** to Fourteen **(14)** days later, Claimant wss in the Facility Clinic for a routine Blood Draw and **Brian Webster** informed Claimant that **Ms. dowis** had **DENIED** THE ISSUANCE OF SAID Diabetic Hose, a **MEDICAL APPLIANCE.**

3. On or about the date of **November 07, 2007;** Claimant was scheduled for an appointment with Brian Webster, in the Facility Clinic for a follow-up procedure and again requested of Mr. Webster, that he again request the issuance of the needed **DIABETIC HOSE** (MEDICAL APPLIANCE), which Mr. Webster entered into h9s computerat that time and to the date of this Request for Issuance of a **contempt citation** the Complainant has **NOT RECEIVED** ANY Diabetic Hose nor any further responss to his request for the **(MEDICAL APPLIANCE).**

4. Said Actions or **(in-actions)** on the part of **Ms. Beverly Dowis** are in DIRECT **CONTEMP** OF THE District Court's ORDERS TO SUPPLY REQUIRED MEDICAL APPLIANCES and is a DIRECT DISCRIMINATION of the Complainant's DIABETIC NEEDS and MEDICAL REQUIREMENTS.

    **WHEREFORE,** Complainant respectfully requests this Honorable Court ISSUE IT"S **CITATION FOR CONTEMPT** against **Ms. Beverly Dowis** and further ORDER that **Ms. Dowis**

( 1 )

provide (<u>at her own expense</u>) Six pairs of Diabetic Hose, as a Court Ordered Sanction for her blantent contempt of this Court's Orders aND Directives in this ongoing Civil Case.

Respectfully Submitted

*/s/ George Charles, Knorr*

George Charles, Knorr
45154
S.C.F.
P.O. Box 6000
Sterling, Colorado 80751

CERTIFICATE OF SERVICE
Via
United States Postal Service

United States District Court for Colorado
ATTN: Civil Action No. 92-N-870
Alfred A Arraj U.S. Courthouse
901  19<sup>Th.</sup> Street
Denver, Colorado  80294

Richard M. Borchers
Legal Resolution Center
7909 Zenobia Steeet
Westminster, Colorado  80030-4444

Office of the Attorney General
ATTN: 92-N-870 Civil Action:
1525  Sherman Street
Denver, Colorado 80203

   I, George Charles, Knorr hereby **CERTIFY** THAT A TRUE AND CORRECT COPY OF THE FOREGOING Request for issuance of a Contempt Citation was placed in the United States Postal Receptacle at the Sterling Correctional Facility on this **Twenty FOURTH** day of January, 2008 and addressed to the above named parties in this Action.

*/s/ George Charles, Knorr*
George Charles, Knorr