Civil Action No. 92-CV-00870-EWN

Jesse Montez et al
    Plaintiff
      V.
Bill Owens et al
    Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

---

Claimant Wellman E. Gibson
Claim No. 03-173
Catagory III

---

## Request for Relief from Retaliation

---

In your order of Remand dated Oct 19th 2007 you addressed treatment & retaliation. Since the final order was issued by the Special Masters my cane was confiscated & all housing, work, & medical restrictions rescinded again this was done After the final order was issued. I have tryed to approach medical staff here at A.V.C.F & been told so what central office instructed as to do this to you.

1

Now my case manager has told me I will be put on restricted privileges & placed in orange cloths for refusing to work as medical has informed him nothing is wrong with me.

How can this be construed as anything but retaliation as all of this happened after the issuance of the final order & DOC's justification for it is telling me we are appealing the final order so we can do as we please.

Please help me as I am not even eating all meals as it is so hard to get around & I am being threatened with moves & punative sanctions daily.

1-24-08