civil action 00-92-cv-870-04

Jesse Montez et al
Plaintiff

v.

Bill Owens et al.
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2008

GREGORY C. LANGHAM
CLERK

---

claimant Wellman Gibson
claim No. 05-173
catagory III

---

I wanted to send a copy of this grievance reply as I find it extreamly troubling.

As you can see I grieved the issue of who D.O.C. had doing level of impairment tests. Tests that are very inadequate in relation to ADA & AMA guidelines.

No 3 in the caption titled investigation states AR 750-04 was used & in looking that up in the library. It states that even a professional counsler or social worker can do said impairment tests. & No.2 states class counsel agreed to this. If it is true we were never notified of such & how could class counsel agree to something that violates established ADA & AMA

guide lines & statues? Something that so adversely affects us. I was told that AR 750-04 Supercedes the remedial plan & DOC is using it to say the findings of a Nurse or PA over ride the exams of Doctors & Specialists.

1-27-08

Wellman Bill
#74384

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax:     719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
          through Marshall Griffith, Legal Assistant I
Received Grievance: 12/26/07
Sent Response: 1/2/08
Offender Name: Gibson, Wellman
DOC No: 74384
Facility: CCF
Grievance No: CF07/08-185

**In the grievance referenced above, you allege the following:**
*1. You received the Accommodation Resolution dated 11/26/07. The resolution was not done by a qualified doctor or specialist as the Remedial Plan states. It was done by a P.A. This is contrary to all AMA & ADA guidelines for test's to measure levels of impairment.*

**Requested Relief/Remedy:**
*1a. Rescind the resolution and do the correct tests by specialists and doctors.*

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**
1. You were re-screened for vision, mobility, and upper extremity disability on 10/29/07 by a qualified DOC mid-level provider.
2. A stipulation was entered into by DOC and Plaintiff's counsel wherein a mid-level health care provider was authorized to perform disability screening for the DOC.
3. A.R. 750-04 states a DOC health care provider shall complete the screening.
3. Regardless of who performs the screenings, all disability screenings are reviewed by the Chief Medical Officer who makes the determination as to an offender's disability status.

**CONCLUSION:** You were properly screened for disability by the DOC.

**GRIEVANCE DENIED**

Department Of Corrections
Umar Gibson
# 94384
6-C
1000
Crowley, Co. 81034

COLORADO SPRINGS
CO 809 2 L
29 JAN 2008  PM

USA First-Class

Office of the Clerk
Judge Kane
U.S. Dist Court
901 19th St. Room A105
Denver, Co. 80294-3589