United States District Court of Denver Colo.

Civil Action No. 92-N-870(OES)
Consolidated w/ Civil Action No. 96-N-343
Jesse (Jesus) Montez et al.
And Claim No. 03-134 Cat III
Michael Stephen Forbes
@ DRDC 3b-1-06        Plaintiffs,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 30 2008
GREGORY C. LANGHAM
CLERK

vs. Bill Owens et al.,
                Defendants

▲COURT USE ONLY▲

Attorney or Party Without Attorney (Name and Address):
Michael Stephen Forbes
#68650 DRDC P.O.B 392004
Denver, Colo. 36-1-06
80239-8084

Case No: Claim # 03-134
Judge Kanes
Div. _____ CTRM _____

OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER Richard C. Davidson RULE 53.(g)(2)

Claim Number: 03-134
Claimed: Category: III            3rd PARTY CLAIMANT
Claimant: Michael Stephen Forbes
Address of Claimant: % Don Morton,
Offender Services 2862 S. Circle Drive,
Colorado Springs, Co 80906

This Matter came before Special Master Richard C. Davidson. At LCF on April 25, of 2006 Before Master Davidson, Richard C. and Michael Stephen Forbes appearing Pro Se. The Defendants were Represented by a Ms. Jennifer Berman. Esq, The Special Master has

2 of 17 Reviewed at that time the sum of all documents filed by both sides, up to that time and date. However Mr. Forbes had been held in A.V.C.F Facility in Crowley, Co. prior to this hearing and had been mailing requests of the Medical Department for help as his Liver, Heart, Kidney's and Feet were in need of medical treatment. And his diet had been changed quite a bit. He asked both Medical Staff and Kitchen Staff to let him have his unsweetend juices to flush his system out and clean out his kidney's as but was told by Captin Garcia of the kitchen that his request was out of the Qustion as the price of Juice had gone up to 50.¢ a can and Doc felt this was not need by the Dite People except in raer cases But if I wanted to I could ask Medical to have the Doctor's and Dietishions to give him the OK. This I tried many times But each time was Refused time and again as my Heart and Kidney's grow ever weaker and then my Kidney's started to bleed and my Heart made me so weak that I begain to sleep longer each day and feel light headed too. I no longer could keep up with people around me and kept falling down Medical Did only breifly look at me and send me home to my cell. My Eyes grew Dim and my Blood was off. I would become dehydrated, and fall, as my heart and lungs, Heart, kidney's etc.

Went downhill faster and faster! Mr. Forbes would complaine more as his feet and legs became numb to his touch. His nightly sleep was marked with painful journeys of neuropathy and as his heart weakend he told medical, But they kept saying No! He, he was fine. Fineally he had his heart give out on him, He was taken to the hospital ward at Denver Medical Health. Later he again needed hospitalizeation and was given an angiogrammy. Ad to this the fact he now had damage to his heart that was perminant lasting longer than 6 months and A.U.C.F. Did know this as records will show. However never were his records kept up to date, to hide this fact Doc knew full well the extent of damage to Mr Forbes's heart fully. And still did nothing to fix, repare or put Mr Forbes in for a donor heart or even put him on a list for one. So Mr. Forbes an Interstate Compact inmate from the State of Oklahoma. Which by way would pay for all bills of natural extordenary natures like, heart sergery, diolesis. Kidneys transplants and medical not covered by the interstate compact between the states of Oklahoma & Colorado. He wrote to his case manager in Lexington, Okla. & told them Colorado was not treating him with the proper care. He got no quick answer so he wrote another letter to Okla. They said they knew nothing about his complaints of any medical treatment neglect from Colorado. Doc's medical department so. Mr. Forbes, typed a xx pages, a 15 point single space letter to

4 of 17 Oklahoma recounting all of the things he'd been subjected to in the previous 13 years and the fact he was being written up on many bogus charges to keep his credebility in question as he, now that Montez had signed him on as a claiment and given him a place on the role of the Suite of Jesse (Jesus) Montez case number #92-N-870 (OES.) Consolidated for all Perposes with Civel Action No. #96-N-343 Jesse (Jesus) Montez et al: Michael Stephen Forbes #68650, was given claim number 03-134 and from that time on was badgerd by Doc. & Medical Staff lost a years worth of Good Time at one point and another years at another time Good Time 3 days per mounth while he never broke a rule so he field a Grievance under

A. 42 USC 1983 and <u>Wolff vs. McDonnell</u> 418 US 539 (1974)

B. <u>Warden vs. Hill</u> 472 US 445 (1985) And wone $225.00

But just before this he asked for tennis shoes as his were worn out from many years of uses. Was told no. Asked his home state they said yes to ask how what kind and where to have them sent. When Mr Forbes went to AVCF's Medical Department he was told by A Mr Singh if he didn't think Mr Forbes needed them - (the) Tennis Shoes) he wasn't going to get um. Pushed A Botton told the responding guarde Mr Forbes had threatend him with his cane A lie to have Mr Forbes locked up so he would not tell authourities Mr Singh had been in Mr Forbes's personal account files whitout the proper authorization first and told by Forbes to close out that file or Mr Forbes would be the one preparing charges against him.

5 of 17 Previously Mr. Forbes had been called into Medical by Marcy Muños of Pueblo, Co, A Doctor or P.A. called him in to get him Tennis Shoes he was mad because no one was helping us, and years had gone by and we and now these tennis shoes were ware out. So he (Mr. Forbes) was tring to find out where to send the shoes Oklahoma was going to buy for him as I complained more I was my feet & legs when I tried to go to sleep would heart. But Doc would run interference for the Medical Department as they are one and the same so again we took the other end of the stick.

Another Officer

Mr. Forbes was not believed and had to suffer many years because of Doe's medical neglect, and as his condition worsened his heart did too as he complained more he was sent to work in the fields of AVCF. At hard labor for his complaints and was made to pick weeds inside the fenceline until he dropped. Then he was let off the detail but could not find employment at AVCF as he was told all manor of stories to keep him from making any money and being able to help himself out. Next Doe blacklisted Mr. Forbes and Starter taking 3 day's a month an makeing his quantum of punishment grater with out first writting him up for no job and finding him guility first. So Mister Forbes #68650 Colo. P.I.N set out to file a grievence as. The Rules of 42. USC 1983. were being broken by Doe and the A.V.C.F. under Wolff vs. McDonnell 418 US 539 (1974) and →

(B.) WARDEN vs. HILL 472 US. 445 (1985).
THE AUTHORITY USED BY MR. FORBES IN THAT CASE WAS MARITORIUS AND HE WON $225.00 AND BROKE UP THE GOOD OL' BOY NETWORK AT AVCF. CROWLEY, CO.'S DOC FACILITY THERE. MR. FORBES WAS BADGERED BY GUARDS THERE AFTER AT EACH AND EVERY TURN THE DIRECTOR OF CORRECTIONS. THEN A MR. ARISTEDES W. ZAVARAS NOW THE EXECTIVE DIRECTOR OF DOC. TOLD AVCF TO GET RIGHT AND REWORK THE JOB BOARD SO THIS WOULD NEVER HAPPEN AGAIN! ALL 350 OM'S WERE CHANGED BECAUSE OF THIS WIN BY MR. FORBES TO KEEP HIM FROM TELLING OTHER INMATES THAT HAD BEEN LOESING THERE GOOD TIME TOO. MR. FORBES HAD JOINED THE MONTEZ SUITE IN 03 - HIS CLAIM No# IS 03-134 HIS RECORD WAS CLEAN UP TO THEN BUT SHORTLY AFTER HE RECIEVED HIS CLAIM No# HE WAS RETALIATED AGAINST AT EVERY OPPERTUNEITY HE WAS CLAIMED TO HAVE MADE THREATS TO A P.A. IN AVCF WAIL TRYING TO FIND OUT WHAT KIND OF TENNIS SHOES HE COULD HAVE SENT TO HIM FROM OKLAHOMA'S—

CASE MANAGER THEIR ALL HE WANTED WAS TO KNOW WHERE OKLAHOMA COULD SEND THE SHOES TOO. AS THEY SAID THEY WOULD BUY THEM THIS TIME FOR MR. FORBES, BUT A P.A. NAMED MR. SINGH TELLS MR. FORBES AND I QUOTE "IF I DON'T THINK YOU NEED UM' YOU AIN'T A GOING TO GET UM'! HE WAS TOLD BY MR. FORBES THAT COLORADO WOULD NOT NEED TO SPEND ANY MONEY ON THE SHOES BUT SINGH LEFT THE ROOM AND CALLED UP MR. FORBES'S PERSONAL ACCOUNT FILE A FILE HE WAS NOT PRIVY TO LOOK AT AND WHEN COUGHT BY MR. FORBES DOING SO WAS TOLD TO CLOSE OUT THE FILE AND IF HE DID NOT DO SO MR. FORBES WOULD BRING CHARGES OF HIS OWN! AGAINST MR. SINGH MR. SINGH PUSHED A BOTTON UNDER HIS DESK AND TOLD THE OFFICER MR. FORBES HAD THREATEND HIM WITH HIS CANE. THIS NEVER HAPPEND BUT THE WAY THIS IS WRITTEN UP IN THE CODE OF PENAL DISCIPLINE AN INMATE CAN NOT FIGHT THIS KIND OF A CHARGE AS THE PREPONDERENCE OF THE EVEIDENCE IS ALWAYS MET BY THE CHARGES IN QUESTION. THE MATTER WAS CALLED TO THE ATTENTION OF THE DOC OKLAHOMA, CITY PEOPLE BY MR. FORBES

7 of 17 There were told of the charges and lose of good time for a full year from the date of the writeup He was now made to forfet a full years good time from this date And was doing a day for day time line rather then his 93 day 3 for 1 time line as per the Oklahoma laws in place as of 1978. When He plead Guility to First Degree Murder 2 counts in that state 29 years and 2 months ago He is by Oklahoma law to see the parole board each year after the first (15) years Mr. Forbes has only seen this parole board 1 time in 29 years 2 months He has never waved a parole board at any time. So He wrote Oklahoma City and told them something was wrong and that Colorado Doc was denieing him a heart and tennis shoes and the medical people were made as they say Mr. Forbes didn't need His Juice, Shoes, Heart fixed. or to be looked at closer He was going to be just fine. He was said to not take His Finger Sticks or to sometimes miss His shots this is said to cover up what they were

"Not doing for Mr. Forbes's medical condision. These things were covered up by Doc Heads of office and any one not with the program of distroying evidence was let go by Doc or made to leave their job because of false roomers and inuendow by Doc or fired out right or sent to other prisons to help them distroy files and shered evidence which could and would make and prove Doc to be at fault on Montez. As well as other issues Marcy Moños of Pueblo and Rose Wolff of Colorado Spring was also let go as she was helpfull to the plight of the offender's she was let go by Limon Correctional Medicals facility hospital their. And often others were sand doged because of what they knew had happend at A.U.C.F. and other prisons throughout the state of Colorado. People were being made sick by Doc because of the suite

Montez and all other claims being made by inmates as to their treatment and discrimination of them by Doc of Colorado's Doc by shreading these files many peoples profe went up in smoke. Still some of us were smart and kept our paper and are now being cheped away from our property, privledges. Houseing being written-up for pettie thing or being bated into fights by officers that don't like the fact some of us held on as long as we did and they feel we are after their tax dollars and play judge, jury and executioner we are being braccsed by Doe and retaliated on by the guards. At DRDC we can't get fair hearings because of the rigging of these penal disciplineary "True Blue" mentality of the guards here holding courts. I went yesterday to one and I called as witnesses for my defence in Pro Se eight (8) people (4) of which were officers or guards not one was called

to the hearing nor any of my wittnesses called not one the evidence reliede apon was proffered to be ture but was only laced ever so lightly with it. A fair Judgement Could Never be made from it. I still have my Appeal prosess to file I was told that my proffered evidence was only worth 49% and that the Preponderence of 51% was met by the State A Seven Page Exibit "A" I wanted was taken to a Lt. one of the two that sweptted a greivence I filed under the rug and gave other officers called. the day off or other jobs away from the Prison DRDC So they would not be Called Before the Disciplineary Penal Panal, This is How the State wins It's Cases Here. The facts are scued, Judgement Rendered on Half Turths, Lies And Confecture!

Doc and Auct are hideing facts to keep their claim lieability down as low as possible on Montez I said So Before But was Not Given all the fact and neather were

The Special Masters, Given A True Representation of True facts To Go By, So Any and All Judgements Are Paramount To The Special Masters Rulings Would Have To Be Based upon an Abuse of discresion. As Both The State And The Department of Corrections Held Back Vital information And Made Moves To Hide Eveidence or Just out Right Distroyed it. And Fired Staff To Keep Them Quite & I Move This Court And Judge Knotingham's Court To Appoint The Ferm of Issicson and Roseenbalm to my Case For Litigation, And All Closely watched Deeds of The Defendances And Representations As Most Are Eather False or Tainted with Half Truths & Cover-ups, I Have Been Through Hell These Last 15 Years And Have Sufferd A Broken Finger The States Fault, A Boched Eye Sergery Leving me With Less Sight Then I Had Before. and 14 The Last 9 Years I've Had Lazor Sergery Had My Eyes Filled With Cortazone Shots To My Left Eye 3 Times And

12 of 17

Had To Have my Right eye done To See As well As I do Now I was in Cañon City Teritorial Prison for 11 To 14 days And Given Shots of Drugs For Pain Every 4 hrs. They had The eye Damaged Somehow By hitting my Eye With A Pair of Forseps An Told it was my Fault I moved. I WANT TO SEE THE Footage of that Opperation, As I feel my Cornnia was Harvested! The Same Opperation was Done By Doctor CARDelli At Denver General Helth An I Never even Needed AN ASPRIN For Pain So I know Somethings wrong Here. Doctor Hands was To do my eye, I want To know if He Really Did! I Need This Courts Help To Prove These issues As A Matter of right To Redress of Grievences And A Clear Playing Field of Level Ground. And Justice A Copy of The Final Order of Special Master Richard C. Davidson in Claim No.# 03-134. Can Be Had By This Court By Writting To The Offenders Services Office @ 2862

13 of 17

South Circle Drive.
Colorado Springs, Colo 80906
To C/O Mr. Don Morton,
Also This Claim is a Class IV
Not a Class III Category.
Claim of Michael Stephen Forbes
Findings of Fact and Conclusions
of Law were found to be in this
Claiments Favor He was given
A Pair of Tennis Shoes And a
$500°° Damage Claim For Discrimin-
ation By Doc Against Him Mr-
Forbes Feels This Most In-
- Adiquite for a fight of 13-14
Years even with The Tennis Shoes
The Pain He Has Sufferd, As Well As
Nerley Dieing Sept of the 13th @
Denver Heath with a Potassium Level
of 7.6 Normal is 3.5 to 4.0 People Die
At 7.0 This Offender was Given

So many blood test, Denver Heath was worried I was enemic. I ed just ped the day before for Doctor Bloer to see if I was dehydrated she say no I was not. But the next day at the hospital in Drs Denver Helth I was given 12 two lb. bags of water 24 lb of it because of the high pottasisum level all this water filled the void behind my heart and lugns nearly killing me! My knowledge of Dr. Bloer is good enought to know she tried to kill me by haveing me sign a no — resositate order, she said dead is dead! So why not sign it when I did, she stoped seeing me and twice in a week they tried to give me large levels of pottasisum. Had I taken it as she plained, I'd be dead right now as why would she knowing all of my lab work ups for the last year would she give a patient with at least a 7.2 level large doses of potasisum to stop the heart! Cows are dieing

For Profets! Limon just had some deaths, I'll bet if you exume those bodys you'll find large Potasisum Levels killed them. And they died of Heart Attacks! How Nice for the State we're worth more dead then alive when we have a Montez Claim in Aganist the State of Colorado and are Old Too! I'm 62 - S next mounth if my Hearts not stoped first! I know of a Marder in Oklahoma State Prison Get the F.B.I. To See Me. For Help, & A Depasison with Federal Help, I'll give up The Guard Killer's. I Heard them saying they would kill that Fucker 2. mins Later the young Boy was Dead Gased To Death By 11 Gas Grenades "MADEX" in a small Building in the 1800's. They killed him over "Sweet Potatos" I Need Help. Now will not wait much longer For It I'll go to the Supream Court if I Need to I've Done my 30 Years Now if These Men Are Still Alive Its Their Turn. I have Names of Killers and Also A nother Inmate knows it Happend I Need Heart Sergery have Be Here

In DRDC Denver Since Aug. 23 2007 keeping us all locked up I have more names to share with the DA's men some as young as 26 dieing because CDOC would rather pay medical premeums and at the same time are in the medical shortage business at the same time some of us have been infected with Hep "C" and "B" so the state can get the Surium as I here it is really expencive stuff we get 3 shots for all we know they could be watered down with something and shots two and three could be being sold on the black market! Some place I for one am said to have it I've taken no druges as friends had no drugs except maryjane. In 23 or 24 years how did I get it Sir? I want these qustions answered and the witnesses protection program. I've been born again so if I die at least those men won't be "Above the Law" Murder is still murder right no limitation on it. Call the

17 of 17 A

F.B.I. or Call me Before your Court & I'll Give you what you Need Just Help me KANE PLEASE! Shalom Alahim

Dated This 25 day of January, 2008
2008.

Michael Steven Forbes

Signed Michael Steven Forbes

Address: P.O. Box 392004
PIN # 68650  LU-3b-1-06
DRDC Denver, Colo.
ZIP 80239-8004

Seal

Notary Public
Name  Ronda R. Moss

My Commission Expires on _____

[Notary Seal: Ronda R. Moss, Notary, # 07004487, Exp. 05/18/11, State of Oklahoma]

