02/04/08

To: John L. Kane
    United States
    District Judge

RE. Montez Case

Fr: Robert E. Quintano
    AVCF Reg#105549
    P.O. Box 1000
    Crowley, CO 81034

92-cv-00870 EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2008

GREGORY C. LANGHAM
         CLER

Dear Judge Kane,

    I was told that it would be to my advantage to write to you concerning the Montez case, Which I'am involved in.
    First I would like to address my physical problems, Which consist of Nerve injury's in my right arm, Both median and ulnar nerve problems as well as sciatic nerve pain in both legs, Arthritis in my low back, and a shortness of one-half to three quarters of an inch in my right leg with my right foot also a full one and a half size smaller than my left foot.

    In july of 2006 my heel lift was taken in a facility shakedown and medical refuses to replace it or provide me with proper fitting footwear. However they have allowed me to have my family send me shoes that fit right. Although they acknowledge that I need the proper fitting footwear they refuse to provide and they have shifted the burden onto my family who should not be held responsible to purchase two pairs of shoes just to get a pair that fits me properly. DOC is responsible for this, simply because I'am a ward of the state, which they seem to have forgotten.

    Because of the footwear and heel-lift issue it has become more painful for me to walk or get exercise.

    I was scheduled for an EMG test several years ago to assess my nerve problems, but was never called for the test. However Mr. singh claims I was given the test but that I stole it from my records, He is constantly accussing me of theft of other medical records as well, which has been going on for several years.

    They apparently believe that my leg and foot have grown in recent years and think that all these issue are no longer important. I came into DOC in July 2000 with a 27% disability yet on the two exams I have had in the last year I no longer have any disability whatsoever. I also feel that it is a conflict of interest to be examined by DOC doctors or PA's who obviosly do not have my best interest at heart. These Problems will not go away just because I'am in prison. I have had theses issues, which began when I was 19 yrs old, which began from a car accident as well as injury's that occurred at work. I have filed grievance's on the matter, but they have all been denied by DOC, I hope that somehow you may be able to help. I signed release forms for the lawyer Paula Griesen in her recent visit on the 22nd of January 2008, and she is why I'am writing you, so you are aware of my situation.

Thank you for your time your Honor.

Sincerely,

Robert E. Quintano
AVCF REG#105549

**Colorado Department Of Corrections**

Name Robert E. Quintano

Register Number 105549

Unit 4-A-3-3

Box Number 1000

City, State, Zip Crowley, CO 81034

COLORADO SPRINGS
CO 809
05 FEB 2008  PM 3 L

UNITED STATES DISTRICT COURT
ATTN; JUDGE JOHN L. KANE
901 19th street
DENVER, CO 80294-3589