IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES)(Consolidated for all purposes w/Civil Action No. 96-N-343)

Jesse (Jesus) MONTEZ, et al.,
Plaintiffs

Vs.

Bill OWENS, et al.,
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2008

GREGORY C. LANGHAM
CLERK

---

Claim No. ~~*********~~ 03-146
Category III
Claimant: Gerald Sensabaugh #100656
Address of Claimant: P.O. Box 777 Canon City, CO. 81215-0777

---

MOTION FOR AMENDED STIPULATION TO THE ORDER OF THE SPECIAL MASTER

---

Comes now the Claimant Gerald Sensabaugh Pro-Se to respectfully submits this Motion for the Courts Determination

BACKGROUND

Claimant submitted an initial claim April 2, 2004. A supplemental claim for damages due to mobility impairment was filed May 3, 2004. A hearing was held by the Special Master at Colorado State Penitentiary on February 1, 2006 at 10:30 AM.

(1)

## Background (cont.)

in, the "Final Order of the Special Master" May 16, 2006

Pg 3, paragraph 8: Medical personnel at D.R.D.C. said he (claimant) needs two mattresses.

Pg 4, paragraph 2 subparagraph D: The Special Master finds and concludes that claimant Sensabaugh is a disabled individual who is a member of the class. Claimant has a mobility impairment; pursuant to 42 USC. §12102(2); 29 USC §794(d); 29 USC §705(9)(b); 29 CFR §1630.2(j)(1); 29 CFR §1630.2(h)(2)(i).

Pg 5, paragraph 3: That the claimant had suffered discrimination was clear.

Pg 5, IV order, paragraph 2: The new 4 inch egg crate mattress was to be in addition to the standard issue 2 inch C.S.P. mattress, which after discussion it was mutually agreed that to accommodate this part of the order a new 6 inch mattress would be acquired from Prison Industries (at Sterling Correctional Facility) where the claimant had been employed during his stay at S.C.F. TURNER Vs SAFLY 482 U.S. 78 89-91 107 SCT. 2254 (1987) Prisoners may propose alternatives with de minimis cost.: which it was and a "Receipt of Mattress" memo from Major J. Davis was signed by the claimant G. Sensabaugh and D.O.C. employee Larry Craig July 2006.

## Argument

A prisoner must be provided with shelter which does not cause his degeneration or threaten his mental and physical well being, emphasis added RAMOS Vs LAMM 639 F2d 559, 568 (10th Cir 1980). This distress is real and tangible, and a remedy for unsafe conditions need not await a tragic event. Helling Vs McKinney 113 SCT. 2475 2481 (1993)

The fact is that the foam rubber used to make mattresses for Prison Industries is supplied by the lowest bidder, and will wear out and must be replaced. See, attached: Journal "Mattress Dec 4 2007".

By introducing the Journal "Mattress Dec 4 2007" a running journal as it happened of an attempt to replace a worn out mattress and the positive misprison of the defendants. The claimant also shows the willful disregard of defendants to comply with

(2)

Argument (cont.)

The order of the Court; Rule 70 Fed R Civ P; Rule 65(d) Fed R Civ P; Newman Vs State of Alabama 683 F2d 1312, 1318 (11th Cir 1982).

I (Claimant) would also point out via the "Journal" that there was intentional Discrimination; Powers Vs MJB Acquisition Corp. 184 F3d 1147 (10th Cir 1999)

To deter future wrongful acts, U.S. Vs W.T. Grant Co. 345 U.S. 629, 633 73 SCT. 894 897 (1953) when the likelihood of future violations is inferred from the totality of circumstances including the commission of past illegal conduct, S.E.C. Vs Management Dynamics Inc. 515 F2d 801, 807 (1975) See Also U.S. Vs Oregon State Medical Society 343 U.S. 326, 333 72 SCT. 690, 695 (1952) in light of Defendants past and present violations of the Americans with Disabilities Act, including their non-compliance in this current lawsuit, it is reasonable to infer that future misconduct will occur by the Defendants unless the Court restrains them.

The Claimant brings forth this motion under the Amended Stipulation and Order Regarding Status of Compliance By DOC with Remedial Plan. Dated August 29, 2006 and signed by United States District Judge J.L. Kane, Pg 4 Paragraph 11

## Conclusion

The Claimant asks that the Court amend the Final Order of The Special Master to include that the mattress be replaced every 14 (fourteen) to 16 (sixteen) months, as this is the limit of the life of the foam rubber. Next that the current mattress issued in 2006 be replaced forthwith. And that the wording reflect that the Defendants are using one 6 (six) inch mattress to accommodate the order of the Court.

Finally I (Claimant) would ask the Court to level substantial coercive fines against the Defendants in hope that they would not repeat this particular pattern of behavior. And award Claimant Sensabaugh the sum of $3,500.00

Respectfully submitted this 3rd day of February 2008

G. Sensabaugh 100656 Pro Se
P.O. Box 777
Canon City CO 81215

(3)

## Certificate of Service

I certify that on February 3 2008 I mailed the Motion for Amended Stipulation to the Order of the Special Master w/ Journal attachment via the U.S. Mail Postage Prepaid to:

Clerk of the District Court
 901 19th St
 Denver, CO. 80294

(4)

Dec 4, 2007 after speaking with floor staff Sgt Crutcher about getting a new mattress because the foam rubber in my current mattress has become worn out, and since it is court ordered he directed me to send a kite to D. Burbank which I did requesting a new mattress when I recived no answer to my kite. I then sent additional kites on Dec 7, 2007; Dec 12 2007 and Dec 18 2007 and no answer was received to any of these kites. after that I spoke with floor staff and was told to use the chain of Command; on Jan. 3 2008 I spoke to Sgt Crutcher about a new mattress because the foam in the middle is worn out so I'm basically sleeping on concrete, the Sgt said he would get back to me. Sgt Crutcher inspected the matteress while I was in the shower Mon Jan 7, 2008 around 9am and he stated it needed replaced; also he was here when the mattress was brand new 2 years ago, he delivered it to my cell B6-18. later on that day (1-7-08) the Sgt told me he tried to get me a new mattress, but was told that it would be handled by D. Burbank, who told the Sgt that Capt. Vendetti would inspect the mattress. she did not; instead she sent her friend from intake (?) LT. Olivette to inspect the mattress, she aledgely did; but the sheets and blankets were still on the mattress (How did she inspect it?) This occured on Jan 14 2008 (Mon). the next day Tue Jan 15 2008 I tried all day to get an answer but could not find out anything. on Wed Jan 16 2008 I caught LT Wills at lunch she said that the mattress was "perfect" per LT Olivette's inspection. when I told her the mattress was (is) 2 years old and the LT. was wrong in her assessment, LT Wills walked away when I asked to speak with Capt Williams, I was told by tower staff that LT Wills said if I persist in asking to see the Capt. I would be punished by losing a level (from 3 to 2). Jan 16 2008 I spoke with the staff in the tower on 2nd shift at 2:45pm and asked to speak with the LT. I was told the LT was not here and did it concern the mattress, I said yes, the staffmember then said that they were told by LT Wills at rollcall that I was stuck with the old mattress. I then asked to speak with the Capt. and was told they would get back to me (when?)

LATER JAN 16 2008 was told by Tower staff that they don't know who will come talk to me, they said I must speak with an LT. I said I already spoke to Lt Wills and shouldn't I be speaking with the CAPT next? the tower staff replyed "I don't know", I asked will it happen today? again the same reply "I don't know" from staff. Still later I spoke with floor staff and asked to speak to CAPT HAETLEY (ABOUT 8:30pm) staff said he would ask the 2nd shift Sgt. (10pm shift change no answer)

JAN 17 2008 6:30AM asked Lt Wills that I wanted to speak with the CAPT, she replyed "its not up to me" (whose it up to?? since she's in the CHAIN OF COMMAND, SgT→LT→CAPT?) 8:47AM spoke with tower staff and asked to see the Sgt to find out who its up to. Tower Staff then informed me that this is a dead issue and they have nothing to do with it and a court order means nothing. 1045AM I gave 2 kites to Sgt Crutcher one for CAPT Williams and one to D. Burbank. 12:10pm Spoke with the Sgt and voiced my frustion and pain and offered a solution what if they gave me a standard mattress to put under the one I have? answer pending.

JAN 17 2008 5:15pm Sgt Kelemen of 2nd shift told me she was ordered by Lt Wills to not discuss any issue with me concerning the mattress or the federal court order about it she then walked away, I asked floor staff if I could speak to LT MCVAY, I was given no answer, Tower staff refuses to answer the intercom. 7:30pm floor staff informs me that the LT is not here today maybe tomarrow. JAN 18 2008 9:25AM Spoke with the Sgt today and asked him if I should speak with the Assoc. Warden B. Allen he said if I wrote a kite to him that he would probably just come down and speak to me in person, I wrote the kite with a short explination and will give it to the Sgt. when he comes thru the pod again. 1045AM gave kite for warden Allen to Sgt. he said he would deliver it 1:07pm spoke with Case manager J. Hunter (NOT MY CASE MGR) he said when he was finished he would call Capt. Williams, after I told him of my suspision that Lt Wills

is diverting my kites on this subject and not allowing me to pursue the Chain of Command (DOC AR-850-04; AR1450-1). 3:30pm spoke with C.O. Bird of 2nd shift to ask to speak with the Lt. after going over this whole deal with him he said that there was a memo denying me a mattress even though the court order says diffrent, C.O. Bird says the court order doesn't matter they go by DOC/CSP (OM's and POR's) rules! (WHAT??) 6:40pm CO. Bird Returned and told me that the Lt will not talk to me that they (STAFF) are all sticking by the memo/report that was written by Lt Olivette and if I don't like it tuff shit file a grievance. SUN JAN 20th 2008 no answer from any kites. 8:30pm tower staff refuses to answer call button (INTERCOM)
MON JAN 21 2008 5:30pm no answer to any kites or any inquires also again 2nd shift refuses to answer the intercom. 8pm made a copy of this journal and mailed it with a letter to PAULA Greisen of King & Greisen 1670 York St. Denver CO. 80206 to ask for her help as I am out of options. TUE JAN 22, 2008 12:10pm asked Tower staff if I could speak to Sgt Romanowski, said they would tell her. no answer to any kites sent over the last 2 weeks. 1:15pm alerted floor staff that I wanted to file an emergency grievance per AR. 850-04(E)(1) (SIGNED BY WARDEN SUSAN JONES 11-6-2007) because of irreparable harm to my health is imminent and potential and substantial risk to my life. 1:30pm called tower staff again to ask for Sgt to file the grievance said they would tell her. 5 mins later Sgt showed up & showed he AR850-04(E)(1) she asked me if I had a grievance form I said "no", she said she didn't have one either, that I would have to get one from my case manager (MY CASE MGR IS WEBSTER She has Been ABSENT For the last 2 weeks), I said nonsense in an emergency I should not have to wait on the convience of others thats Bullshit! The Sgt then said she would get a grievance form tomarrow (wed) (WHAT GOOD IS AN EMERGENCY PROCEDURE THAT CANNOT BE ACCESSED??)
WED JAN 23 2008 11:30AM spoke to Sgt Romanowski she said she spoke with Case Mgr Webster who told the Sgt if I fill out the grievance form she will determine

if its an emergencey. I said wheres the form? Sgt said I guess you have to wait for webstes to give you one. I exploded "bullshit thats not what the AR says now get me a goddam form! 12:15pm Sgt brought me a greivance form and told me to fill it out and Lt Wills would pick it up the Sgt also said to make sure to check the ADA Box which is a scam if you check yes then they deny your greivance on procedural grounds, if you check no then they dont consider it an emergency. its a good thing a lawyer wrote this AR.850-04 so a prison inmate without a GED. can understand it (NOT!) 12:45pm Lt Wills and another floorstaff came in and put me in handcuffs then put me in the dayhall then went in my cell to take pictures of the mattress (I DID NOT SEE THE PICTURES) then she said the pictures would be put with my emergency greivance

Fri Jan 25 2008 12:55pm was taken to the exam room to see the doctor, I did not ask to see him, nor did I send any kites to medical, when he finished his exam I asked him whats up? he said he would have to report to the HSA (I DON'T KNOW WHAT THAT IS) so basically the doctor told me nothing and charged me $5.00 for it! The DOC/CSP mgmt has till monday to answer my greivance (which this is Fri ILL BET THEY DENY IT OR FIGURE SOME OTHER WAY TO WASTE TIME AS USUAL) (OPINION: I CAN SEE IF A PRISONER INSTITUTES A MEDICAL VIST BY KITE OR REQUEST, BUT WHY IF DOC CAUSES THE INJURY WEATHER BY NEGLECT, OR FRAUD DOES NOT ONLY THE PRISONER GET STUCK WITH THE PAIN, BUT IS THEN FORCED (ROBBED) TO PAY THE FEE ($5.00) AS WELL?!?)

FRI JAN 25 2008 3:19pm was given memo from warden Susan Jones denying my emergency, the greivance will be processed in the normal fashion of 1½ to 2 years before an answer will be given. (WARDEN'S MEMO ATTACHED TO JOURNAL). Same time I was taken to exam room to meet with Assoc Warden B. Allen, MAJOR Holgarth AND Capt. Huertas; basically told this whole deal to them. the Assoc Warden said he would check into it and let me know next week as to whats what. Wed Jan 30 2008 asked dayshift Sgt Romanowski if there was any word about the mattress from the assoc warden. she replyed that there was no news.

Journal Mattress Pg 5 of 5

Fri Feb 1 2008 I again spoke with the Sgt of dayshift at around 9AM she said she would check. later around 12:30pm she told me there was no news and no one knew anything LT Wills included

Sat Feb 2 2008, with no end in sight of how much bullshit DOC can sling in this matter I've decided to send a motion to the court in hope of relief of this nightmare and the continual pain both physical and Mental

ATTACHMENT: 1 CDOC memo concerning emergency grievance of MATTRESS Issue, Signed By WARDEN J. Jones

I Gerald Sensabaugh Certify That the Aforementioned Journal "Mattress" is a True Account as it happened, Recorded By me, under Penalty of Perjury

February 3 2008

*[signature]*

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

| Colorado State Penitentiary | Centennial Correctional Facility |
|---|---|
| P. O. Box 777 | P.O. Box 600 |
| Canon City, CO 81215-0777 | Canon City, CO 81215-0600 |
| Phone: (719) 269-5120 | Phone: (719) 269-5510 |
| Fax: (719) 269-5125 | Fax (719) 269-5125 |



Bill Ritter
Governor

Aristedes Zavaras
Executive Director

## MEMORANDUM

**DATE:** January 25, 2008

**TO:** Offender Gerald Sensabaugh #100656
B Pod

**FROM:** Susan Jones
CCF/CSP Warden

**SUBJECT:** Emergency Grievance

I have reviewed the issues that you presented as an emergency grievance. After consultation with the medical staff at CSP I have determined that this is not a medical emergency therefore, not qualifying your grievance as an emergency. Your grievance will be processed through normal channels.

cc:   Donna Webster, Case Manager
      File

*Emergency Grievance for Replacement Mattress*

**Colorado Department Of Corrections**

Name  Sensabaugh

Register Number  100656

Unit  CSP

Box Number  777

City, State, Zip  Canon City CO 81215

Clerk of the District
901 19th St.
Denver, CO. 802