

United States District Court of Colorado
Legal Resolution Center
1907 Zenobia St.
Westminster, Co. 80030-4411

Jesus Montez, Plaintiff,

-vs-

Bill Owens

Defendant.

Claim Number: 03-361
Claimant: Eric Marshall #83492
P.O. Box 6000
Sterling, Co. 80751

Category: 3

Case No.: 92-N-870 (OES)
           96-N-343
Division: _____
Courtroom: _____

▲Court Use Only▲

Motion: Objection to Final Order under FRCP 53(g)(2)

Comes now Eric Marshall, Pro Se, Respectfully File an Objection to the Special Master Final Order Pursuant to Federal Rule of Civil Procedure 53(g)(2).

1. In Review of the Special Master Order Pg. 5. (6) States: The Special Master Finds and Concludes that Claimant Marshall is a mobility Disabled Person under the Terms of the Remedial Plan. His X-Rays and MRI Show that He is Suffering From a Herniated Disc L5-S1 and Also May Have An Annular Tear at L4-L5.

2. To point out another fact that the Special Master addressed on Pg. 5. (7) Stated: It appears to be undisputed that claimant was qualified to participate in the programs, benefits and services offered by the DOC.

3. The Special Master has made clear this claimant was discriminated against by CDOC by being denied Neurontin when CDOC removed it from the list of approved drugs. Yet by this claimant investigation over 8 inmates are receiving the Neurontin medication.

4. This claimant has been discriminated against and denied medical treatment because of the use of the grievance procedure and the amount of time it took to respond ~~thur~~ to a step one was eight months. It has taken the step three grievance officer eight months to respond with "As I am not a medical professional". How can this claimant receive a due process when the step three grievance officer is not a medical professional yet this is the last step for help on the medical issue.. (see attachments)

5. ON 8-11-04 DR. MOORE, MD WHO IS THE NEUROSURGON THAT IS WAY BEYOND ANY DR. OR PROVIDER AT SCF THAT HAS CLEARLY STATED WHAT MEDICATION MUST BE REINSTATED. CDOC HAS FAILED TO PROVIDE THIS CLAIMANT WITH THE NEURONTIN MEDICATION OR ANY TYPE OF MEDICAL TREATMENT FOR THIS CLAIMANT'S SERIOUS BACK INJURY IN OVER FOUR YEARS. THE BACK INJURY HAS PROGRESS IN A WORSE WAY BECAUSE OF THE LACK OF MEDICAL TREATMENT--

## Conclusion:

6. THE NEUROSURGON DR. MOORE HAS THE MOST KNOWLEDGEABLE INFORMATION TO THIS CLAIMANT'S SERIOUS BACK INJURY AND SHOULD NOT BE SECOND GUESSED. ALL THE DOCUMENTS FROM DR MOORE AND DR. LILLY BOTH NEUROSURGON WOULD NOT GIVE A FALSE EXAM OR TREATMENT. THE FINAL ORDER OF THE SPECIAL MASTER IS VERY CONTRADICTORY IN HIS STATEMENT, Pg. 5 (6)(7) & (8) PARAGRAPHS.

Wherefore this Claimant Respectfully Request an Objection to this Final Order of Special Master on the Grounds Stated Within Under FRCP 53(g)(2) in Seeking that this matter Not Be Dismissed. Based on the Documentation that Clearly Shows a Discrimination and Lack of Medical Treatment as Well as Denial of Correct Medication and Denial of Due Process\Intentional Interference which is in violation of the Eighth Amendment of the United States Constitution. This matter should continue for the insured Claimant.

Respectfully Submitted

*Eric Marshall*
Eric Marshall

Certificate of Mailing

I hereby certify that on this 22nd day of January, 2008. A true and correct copy of the foregoing motion Objection to Final order, was placed in the United States mail, prepaid to the following:

United States District Court
7907 Zenobia St.
Westminster, Co. 80030-4444

Attorney General Office
1525 Sherman St.
Denver, Co. 80203

Respectfully Submitted

Eric Marshall 83492
SCF Unit-4
P.O. Box 6000
Sterling, Co. 80751



Exhibit (J)

Marshall
Eric

| Date/Time | |
|---|---|
| 1/16 | 68 y/o ♂ w/ LBP & no neurological sx's. Had 2 LESI"s w/ ~2-3d ↓ pain & no lasting effects ~ 1yr ago. At that time it was decided (in discussion w/ him) that additional injection were innappropiate. The meds that benefit him have only been neurontin. His sx's have not changed. I do not feel any injection is appropriate & would rec that neurontin be restarted.<br><br>Michael Moore MD |

MARSHALL, ERIC
66078   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 / NA /
08-11-04 DOB 01-02-65  M
[P 5   DOC 83492   OLD 107462
SOOC  F/CTCF

Colorado Mental Health Institute at Pueblo
Medical Surgical Services
PROGRESS

**Anthony A. DeCesaro**

GRIEVANCE OFFICER
2862 S. Circle Drive, Suite 140
Colorado Springs, CO 80906-4122

*[handwritten annotation: Not a med professional Denial of Due process..]*

September 7, 2006

RE: Grievance #C-SF05/06-700

Dear Mr. Eric Marshall #83492:

I have reviewed your Step 3 grievance that you filed with regard to medical.

In review of this matter I find that you have been medically evaluated by Dr. Fortunato. I cannot second guess the medical, professional opinion of Dr. Fortunato as I am not a medical professional. Your treatment appears to be adequate and appropriate for your condition. Recommendations by specialists are just that, recommendations, which do not necessarily have to be followed by DOC medical. You may however request a private medical appointment at your expense, if approved, per AR 700-21. I do not find that DOC was or is deliberately indifferent to your dental condition and therefore I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

*[signature]*

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender Records

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-SF 05/06-700    STEP (Circle One) 1  2  (3)    ADA? Yes ☐  No ☒

NAME: Eric Marshall    DOC NO.: 83492    FACILITY: SCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Failure to answer medical grievance properly. My medical grievances has taken 3 to 8 months for a response for issues from false co-pay to malpractice to discrimination to denial of medical treatment. I can not see how so many facility rights and prison rights has been violated with this medical physicians. I have step 3 grievances from 9-05 that has not been answered. Remedy: To have my grievances answered. To exhust my administrative remdies. Will take court actions.

DATE: 1-26-06    OFFENDER SIGNATURE: Eric Marshall

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID:

RESPONSE:

---

You are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE:    SIGNATURE/PRINT NAME & STAFF ID #

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 1-26-06    SIGNATURE/PRINT NAME & STAFF ID #: S. Helbert #13356

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE:    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **C-9F 05/06-700**    STEP (Circle One) 1 **2** 3    ADA? Yes ☐ No ☑

NAME **Eric Marshall**    DOC NO. **83492**    FACILITY **S.C.F**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL:
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Failure to answer medical grievances. I can not understand why J.G. Fortunato continues to respond to my grievances which he is the problem. Now J.G. Fortunato has said my grievance is improper do to the fact that I have put in grievances on all of the providers Rittenhouse, Webster and Fortunato for malpractice which took 8 months to receive a response to my step 1. Now that the providers have violated AR-850-04 my step one is improper. J.G. Fortunato words. Remedy: To see if J.G. Fortunato is a licensed provider. To have my malpractice grievance answered within the 25 days allowed by AR 850-04. To take my complaint to a U.S. District court for a suit against the providers.

DATE: **1-17-06**    OFFENDER SIGNATURE **Eric Marshall**

DATE RECEIVED: **1-23-06**    RESPONDING STAFF SIGNATURE & ID **Paula J Frantz MD 1199**

RESPONSE: Per AR 850-04, the employee involved in the grievance can respond to Step 1 grievances. The step 1 grievance attached was received by Dr. Fortunato on Jan 10, 2006 and answered that day. The 25 day response time starts from the time the person answering the grievance receives the grievance. If a response is taking too long and exceeds the allotted time typed, you can proceed to the next step if you follow the guidelines of AR850-04 noting your remedy requested on this grievance. Dr. Fortunato is a licensed physician. This grievance has been addressed in the proper time frame. I can't and won't address previous grievances. District Court is not a remedy I can grant. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: **1/23/06**    SIGNATURE/PRINT NAME & STAFF ID # **Paula J Frantz MD 1199 Paula J Frantz**

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: **1-18-06**    SIGNATURE/PRINT NAME & STAFF ID # **Sheri Helbert   S. HELBERT #13356**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: **1-24-06**    OFFENDER SIGNATURE/PRINT NAME & DOC # **Eric Marshall #83492**

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (10/0

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-SF05/06-700    STEP (Circle One) **1** 2 3    ADA? Yes ☐ No ☒

NAME Eric Marshall    DOC NO. 83492    FACILITY S.C.F

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Refusal to Answer Medical Grievance:

I have a problem receiving a response to any of my grievances on medical. My grievances is taking 3 to 4 months to be answered. The same physicians who is refusing me medical treatment Webster, Fontunato and Rittenhouse!! Each physician is violating AR-850-04 to respond within 25 days. This is a retaliation which is also a violation to AR-850-04. Remedy: To have all grievances answered by the highest medical worker other than Rittenhouse, Fontunato or Webster.

DATE: 12-23-05    OFFENDER SIGNATURE Eric Marshall
DATE RECEIVED: 1/10/06    RESPONDING STAFF SIGNATURE & ID [signature] 1/10/06

**RESPONSE**

Improper Grievance: denied.
Grievance has 4 issues - only 1 issue / grievance
you are attempt to discuss 1) Grievance response time
2) Physician refusing medical
3) Issues c 3 providers
4) accusations

Grievance Denied

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 1/10/06    SIGNATURE/PRINT NAME & STAFF ID # J.G. Fortunato DO [signature] 12570
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 12-23-05    SIGNATURE/PRINT NAME & STAFF ID # Sheri G. Herbert S. HERBERT #13356
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 1-13-06    OFFENDER SIGNATURE/PRINT NAME & DOC # Eric Marshall 83492

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

**Anthony A. DeCesaro**

GRIEVANCE OFFICER
2862 S. Circle Drive, Suite 140
Colorado Springs, CO 80906-4122

*[Handwritten: Denial of Due process Not a pro- Deliberate indifferent Deliberate]*

October 19, 2006

RE: Grievance #C-SF05/06-496

Dear Mr. Eric Marshall #83492:

I have reviewed your Step 3 grievance that you filed with regard to medical.

In review of this matter I find that you have been medically evaluated by Drs. and providers at SCF. I cannot second guess the medical, professional opinions of those individuals regarding the treatment of your back, (as I am not a medical professional.) Your treatment appears to be adequate and appropriate for your condition. Recommendations by specialists are just that, recommendations, which do not necessarily have to be followed by DOC medical. You may however request a private physician appointment at your expense, if approved, per AR 700-21. I do not find that DOC was or is deliberately indifferent to your medical condition and therefore I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender Records

DC FORM 850-04A (1/b/04)
RECEIVED
DEPT. OF CORRECTIONS
MAR 17 2006
OFFICE OF
MEDICAL SERVICES

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **L-SF 05/06-496**   STEP (Circle One) 1  2  ③   ADA? Yes/No

NAME **Eric Marshall**   DOC NO. **83492**   FACILITY **S.C.F.**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Lack of medical treatment / Failure to respond as stated in Step 2. The Step 1 was filed on 8-25-05 and was not answered until 12-20-05. This is a disregard to AR 850-04 and this issue is not the same as 10-03-05. This grievance was filed 8-25-05 before 10-3-05. So that statement by Rittenhouse goes to show that my grievances is not being properly answered. This is the same way medical treatment is not being given for my serious injured back. My rights are being violated administrative and constitutional rights. Remedy: To receive proper medical treatment which I pay for. To be treated by Dr. Moore, back surgeon. To take this matter to court.

DATE: **1-17-06**   OFFENDER SIGNATURE **Eric Marshall**

DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE:   SIGNATURE/PRINT NAME & STAFF ID #

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: **1-18-06**   SIGNATURE/PRINT NAME & STAFF ID # **Sheri Helbert   S. Helbert #13356**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-SF 0506-494    STEP (Circle One) 1 (2) 3    ADA? Yes X No

NAME: Eric Marshall    DOC NO. 83492    FACILITY: S.C.F

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL.
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING.
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Failure to Respond / Lack of med. Treatment in response to Step(1); This matter was not addressed Do to the failure to be answered, see date on step(1). Per DOC AR-850-04 also states that a step(1) grievance will be Responded to within 25 working days; 4 months has past before I received a step(1) response. I have not received the injection in my back in over 2 years. I have been denied proper recovery treatment or any treatment from the physician in Sterling medical department. My grievance is being responded by the very physician who is denying me medical treatment. Remedy: To have the highest authority respond to my grievance; (2) To receive the injection in my lower back and to have all recovery treatment after injection, lower bunk, extra mattress, ice and the correct medication. To have grievances answered in the correct time under AR850-04

DATE: 12-23-05    OFFENDER SIGNATURE: Eric Marshall

DATE RECEIVED: 1/5/06    RESPONDING STAFF SIGNATURE & ID: [signature] 12570

RESPONSE: You are addressing multi issues in this grievance. #1 improper Tx; #2 Dictating what is proper Tx; #3 requesting Bunk, mattress + tier. Grievance improperly filed :. disregarded! You are surely capable of writing if you have issue with continu. discmft. It is not in your ability to dictate care, etc Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 1/5/06    SIGNATURE/PRINT NAME & STAFF ID #: [signature] 12570 J.G. Fortunato DO

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 12-23-05    SIGNATURE/PRINT NAME & STAFF ID #: Sheri Helbert #13356

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 1-13-06    OFFENDER SIGNATURE/PRINT NAME & DOC #: Eric Marshall 83492

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-SF05/06-496   STEP (Circle One) ① 2 3   ADA? Yes ☐ No ☒

NAME: Eric Marshall   DOC NO. 83492   FACILITY: SCF Medical

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Denial of Medical Treatment!

I have a serious back injury that the physicians can not understand do to lack of knowledge on back injuries. There is a clear medical plan that was put together by a Neurosurgeon Dr. Moore. This plan has be denied from the start. I have been taken off of the medication for the pain and suffering that I am dealing with. Webster, Fortunato and Rittenhouse are all collides that has placed also written exams in my file to justify the removel of my medications that placed me into a non function state. Remedy: To receive medical treatment, back injection by Dr. Moore, to have all three Ass. Physicians with pain. Reprimand for malpractice.

DATE: 8-25-05   OFFENDER SIGNATURE: Eric Marshall

DATE RECEIVED: 12/10/05   RESPONDING STAFF SIGNATURE & ID: LPN K. Rittenhouse #10023

RESPONSE:

Per DOC AR 850-04, Grievance Procedure: "Grievances which are duplicative or repetative of the offenders prior grievances shall be denied" - This same issue was grieved by the same offender on 10/03/05. Grievance Denied —————— I/D

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 12/20/05   SIGNATURE/PRINT NAME & STAFF ID #: LPN K. Rittenhouse #10023

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 8-25-05   SIGNATURE/PRINT NAME & STAFF ID #: Madeline S. Ramirez   M. Ramirez 7671

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 12-23-05   OFFENDER SIGNATURE/PRINT NAME & DOC #: Eric Marshall 83492

Final: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

2)
filed 12-23-05

# Anthony A. DeCesaro

GRIEVANCE OFFICER
2862 S. Circle Drive, Suite 140
Colorado Springs, CO 80906-4122

*[handwritten annotations: "No Remedy; Deliberate indifference Intentional Interference ✓"]*

February 1, 2007

RE: Grievance #C-SF05/06-853

Dear Mr. Eric Marshall #83492:

I have reviewed your Step 3 grievance that you filed with regard to medical.

In review of this matter I find that you have been medically evaluated by Drs. and providers at SCF. I cannot second guess the medical, professional opinion of those individuals regarding the treatment of your back pain, (as I am not a medical professional.) Your treatment appears to be adequate and appropriate for your condition. You may however request a private physician appointment at your expense, if approved, per AR 700-21. I do not find that DOC was or is deliberately indifferent to your medical condition and therefore I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender Records

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-SF05/06-853  STEP (Circle One) 1  2  3   ADA? Yes / No

NAME: Eric Marshall   DOC NO. 83492   FACILITY: S.C.F.

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED.
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL.
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING.
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Intentional interference/[illegible] by Steve Holt, M.D.

I had the opportunity to review my ex-ray results before this Steve Holt did his interpret. The exray result stated that I have arthritis in my lower back and I have MP M.R.I. results that shows damage to my L1-S5, lower back. The X-ray request/report findings by Steve Holt, M.D. has been altered in the worst way to not show that I have arthritis in my back. I have not been given any medical treatment for my back injury. Remedy: To have my ex-rays reevaluated by ex-ray specialist. To have a copy of the reevaluated results. Resolve my administrative remedies. To receive medical treatment for my injured back.

DATE: 2-03-06    OFFENDER SIGNATURE: Eric Marshall

DATE RECEIVED: 03/01/06    RESPONDING STAFF SIGNATURE & ID: K. Rittenhouse #10023

RESPONSE:
① The Xray reading from 05/05/05 reads "degenerative disc disease", these are clinical words that describe arthritis.
Grievance Denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 04/04/06   SIGNATURE/PRINT NAME & STAFF ID #: K. Rittenhouse #10023

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 2-3-06    SIGNATURE/PRINT NAME & STAFF ID #: [illegible] Wilson 8219

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance
DATE: 4-4-06    OFFENDER SIGNATURE/PRINT NAME & DOC#: Eric Marshall 83492

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

B30²

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CSF05/06-853    STEP (Circle One) 1 ②  3    ADA? Yes ☒ No ☒

NAME: Eric Marshall    DOC NO. 83492    FACILITY: SCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Intentional interference; lack of medical treatment.

On 4-4-06 Rittenhouse #10023 responded to my Step 1 Grievance and in her response it is clear that I have a problem in my lower back. I was denied any medication that would ease the pain that I indure each day. My medical problem has ncreased do to the lack of medical treatment. The only medication that has helped me is Backliten which I am being denied. I am being denied to have an injection in my lower back that has been given in the past. Remedy: To have Backliten medication and be put in to have a back injection for my medical injury. To have a permit for my extra mattress & lower bunk restriction.

DATE: 4-7-06    OFFENDER SIGNATURE: Eric Marshall
DATE RECEIVED: 5/2/06    RESPONDING STAFF SIGNATURE & ID: [signature] 12570

RESPONSE: The provider has given adequate Tx of low back pain. X-ray is consistent D.D.D. Grievance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/02/06    SIGNATURE/PRINT NAME & STAFF ID #: J.G. Fortunato DO [signature] 12570
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: 4/26/06 A. Herbert S. Neu #13352
DATE: 4-12-06    SIGNATURE/PRINT NAME & STAFF ID #: Don Anderson # 8790
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 5-15-06    OFFENDER SIGNATURE/PRINT NAME & DOC #: Eric Marshall 83492

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED

DC FORM 850-4A (10/04)

JUN 0 9 2006

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Office of Correctional Legal Services

Grievance Number C-SF 05/06-853    STEP (Circle One)  1  2  ③    ADA? Yes ☐ No ☒

| NAME Eric Marshall | DOC NO. 83498 | FACILITY SCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Intentional interferance of medical treatment. Each of the providers has had a turn to deny my right to receive the effective medication for the pain in my low back and not allowing me to be put in for my lower back injection that has been a part of my medical treatment. Provider Rittenhouse answer Provider J.G. forturnites step 2 grievances and the same is for the third provider Webster. I have tryed all three providers non-medical treatment and I come to the same conclusion, the medication that has been given did not work. Remedy: To receive backifin meds, to be put in for an lower back injection. To take court actions on all three providers.

DATE: 5-18-06    OFFENDER SIGNATURE Eric Marshall

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID
RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE:    SIGNATURE/PRINT NAME & STAFF ID #

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 5-18-06    SIGNATURE/PRINT NAME & STAFF ID # Sheri Helbert  S. HELBERT #13356

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE:    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1