IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action NO. 92-N-870 (OES) (Consolidated for all purpose with
Civil Action NO. 96-N-343)

JESS (JESUS) MONTEZ, et al,.

    PLaintiff,

-vs-

BILL OWENS, et al.,

    Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2008

GREGORY C. LANGHAM
                CLERK

---

Claim Number, 03-334

Category; III

Claimant; Marty Bueno, #50565

Address of Claimant; Colorado Territorial Correctional Facility
                     P.O.Box 1010-Ch-1, Canon City, Co. 81215-1010

---

SUPPLEMENTAL MOTION REGARDING / RESPONSE TO FINAL ORDER OF

SPECIAL MASTER

    COMES NOW, THE CLAIMANT, MARTY BUENO, PRO SE RESPECTFULLY MOVES THIS HONORABLE COURT TO ALLOW HIM TO SUPPLEMENT HIS RESPONSE TO FINAL ORDER OF SPECIAL MASTER, AND AS GROUNDS STATES AS FOLLOWS:

    On or about January 16th 2008, I received an response to my grievance referrencing the Court Order Granting me the following items (<u>Orthopedic Medical Boots, Wedge Pillow and Egg-Crate Mattress and Medical Tennis Shoes.</u>

    This grievance goes on to say that every item will be given to me <u>except</u> the <u>medical tennis shoes</u> because the Court Order did not specify <u>Tennis Shoes</u>.

    The Department of Corrections are deliberately continuing to place stubbling blocks before me by forcing me to contact this Court for a precise court order of the things that should be issued to me, based on said court order.

    The Claimant, at this time, respectfully request that this Honorable Court Specify to the Defendants that <u>Medical Tennis Shoes</u> are apart of said ORDER handed down in this matter.

1.

The Claimant believes that it would not be conducive to his rehibilitation if he would continue to wear tennis shoes that are not properly fitted for his needs .

The Claimant request that an Order be issued to defendants to supply the Claimant with the proper tennis shoes.

Respectfully submitted this 1st day of February 2008.

Marty Bueno #50565
P.O.Box 1010- Ch-1
Canon City, Co. 81215-1010

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Supplemental Motion Regarding / Response To Final Order Of Special Master, by U.S. Mail, postage prepaid this 1st day of February 2008, to the following:

Mr. James Quinn
Mr. Jess Dance
Office Of The Attorney General
1525 Sherman St   5th Fl.
Denver, Co. 80203

2.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
through Katie Baxter, Legal Assistant II
Received Grievance: January 7, 2008
Sent Response: January __, 2008
Offender Name: BUENO, MARTY
DOC No: 50565
Facility: CTCF
Grievance No: D-CT07/08-040

---

**In the grievance referenced above, you allege the following:**

*1. The Special Master has determined that you do have a qualifying disability pursuant to the Montez Remedial Plan and that you are entitled to 1) Orthopedic Medical Boots, 2) Wedge Pillow and Egg Crate Mattress and 3) "Medical Tennis Shoes"*

**Requested Relief/Remedy:**
*1a. You want the items the Special Master ordered the DOC to provide to you.*

**CONCLUSION:** An investigation into the matters contained in your grievance was not conducted by this office.

The Order of the Special master was issued on 11/19/07. In this Order the DOC is to provide you boots with built up soles to compensate for the leg length discrepancy, a wedge pillow and an egg crate mattress. The order does not specify a time for compliance in which case the presumption is the DOC has a reasonable amount of time to comply or appeal the order. Pursuant to the Order the DOC has until 2/15/08 to appeal this decision.

I have advised Clinical Services you will need to be provided with boots with a built up sole to compensate for your leg length discrepancy. They are making arrangements for Abilities Unlimited to come in and fit you for a special boot. I received an e-mail from Clinical Services on 12/31/07 that you received your egg crate mattress but refused the wedge pillow so those two issues are moot at this point. There is nothing in the Order that DOC is to provide you with "medical tennis shoes" and therefore this issue will not be addressed.

**GRIEVANCE DENIED**