FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2008

GREGORY C. LANGHAM
CLERK

United States District Court for the District of Colorado
Civil Action, File No. 92-N-870(OES)

Jesse (Jesus) MONTEZ, et al., Plaintiff(s)

v.

Bill OWEN, et al., Defendant(s)

MOTION OF UPDATE To the Amended Stipulation Motion of Feb, 3 2008

Claim No 03-146
Category III
Claimant: Gerald SENSABAUGH #100656
Claimant Address: PO BOX 777 CANON CITY CO. 81215

Comes Now The Claimant Gerald Sensabaugh to add this motion of update to the Motion for Amended Stipulation to the Order of the Special Master Dated February 3, 2008. And ask that it be Received Respectfully to the Court.

(1)

On February 5, 2008 after I sent the last motion to your court the D.O.C./CSP staff came to my cell (6B-18) and removed my old mattress, and brought this mattress that was smaller, and not made with the Foam-Rubber like the old mattress and the 30,000 other mattresses in D.O.C. (its a Closed-Cell foam, Blue in Color), this mattress brought to my cell was filled with open-cell foam (white) an inferior product that has zero support (which is what the claim/lawsuit was about from the begining!). When I pointed this out, that this is not what was agreed to 2 years ago by Major Davis, I was told by Lt. Wills "there's a whole new managment team here and they didn't agree to it." Bullshit!! (sorry Judge), but Major Davis represented the Defendants/DOC; if the Defendant's were not happy with the agreement they had more than ample time to speak up, 2 years in fact as there was a signed recepit for the mattress, this constitutes a contract. See Shoshone-Bannock Tribes of Ft Hall Vs Shalala 58 F. Supp 1191 (1999) (Contractual obligations of the Government/Contratual law).

If not then the original order of the Special Master called for a new 4 inch egg crate mattress this was to be in addition to the standard issue DOC/CSP mattress (2 inch) (the support part) (hence the 6 inch mattress)

Please Judge I'm in pain, it hurts to walk and I don't have time to suffer this new set of fools who need each and every thing spelled out to them; this new mattress violates my 8th Amendment Rights Leach Vs Shelby County Sheriff 891 F2d 1241 1243-44 (1989) and as Proper Bedding is Deliberate indiffrence Johnson Vs Hardin County Ky. 908 F2d 1280 1284 (1990).

## Conclusion

Judge there's been legal cases that deny Hearing Aid, Prostehic legs and Arms, wheelchairs and even one case denying a sign language guy for a deaf guy at a Disiplinary hearing but there has never been a case denying proper Bedding! I am currently sleeping on two floded blankets on a concrete slab. I need your help. I have went above and Beyond the call to Resolve this problem and it seems to me my only option is suicide

Sent to the Court February 7, 2008

*[signature]*

## Certificate of Mailing

I certify that on Feb 7, 2008 I placed this motion in the U.S. Mail postage pre paid to the following

Clerk of the Court
United States District Court
901 19th St, Room A-105
Denver, CO. 80294-3589

(3)