Antonio Maldonado #1308
P.O. Box 1000 FLCF 4/141
Fort Lyon, Colorado 81038



January 29, 2008

Judge Richard M. Borchers
Special Masters for the United States District
  Court for the District of Colorado
Legal Resolution Center
7907 Zenobia, Street
Westminster, Colorado 80030-4444

Dear Judge Borches,

I - writing this letter to inform you of the following:

I was received here at FLCF on January 3, 2008, in that time I have not had any problems with my accommodation.

When I was moved to this living unit, Housing Unit Supervisor Lt. Mills called me into her office, and went over a Directive with the Courts outlining for Accommodations and if I was receiving such accommodation within her living unit, upon completion of that conversation I went about my daily activities.

On January 29, 2008, I received an updated "Accommodation Resolution Notice, in which I now have NO accommodations, I never meet with anyone in a screening, where they who ever it was decided I did not meet the criteria.

Medical records will show that my medical condition has not changed in the direction for the better. I continue to have mobility impairment,

I have requested the Document Lt. Mills used in covering the Courts outline for accommodation, and have not received such document. I have requested a copy from her, her response is the ACA Coordinator Wendy Grover would furnish such document, to this date no such item has been presented to me.

Enclosed I am sending Copies of the updated Accommodation Resolution Notice.

Respectfully Submitted,

Antonio Maldonado

cc: Paula Griesen
    Kathy Holst AIC
    James Quinn (AG)

RE: Montez vs Owens

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:     Offender Antonio Maldonado, #1308
        FLCF

FROM:   Cathie Holst, AIC

RE:     Accommodation Resolution

DATE:   January 14, 2008

You have been screened for a disability and our findings have been reduced to writing in an Accommodation Resolution. This has been signed by the AIC and the Chief Medical Officer (or designee) and represents the final determination of your disability status and any accommodations to which you may be entitled.

Enclosed with this memo are two copies of your Accommodation Resolution. These are **your copies for which you alone** are responsible. It will be necessary that you keep **one copy with you at all times so that you are able to document your need for any accommodations to which you are now entitled to any staff person requesting verification.** I suggest that you maintain the other copy in a safe place among your possessions. If either of these documents is in need of replacement due to loss, destruction, or wear and tear, there will be a $.25 (25 cents) charge for its replacement, payable to the Office of the AIC.

Any attempt to alter the contents of your Accommodation Resolution will result in COPD charges against you.

Should the contents of your Resolution need to be amended at a later date, you will be issued replacement documents at no charge.

Thank you for your cooperation.

cc: AIC file.

# ACCOMMODATION RESOLUTION

| NAME | MALDONADO, ANTONIO | DOC # | 1308 |
|---|---|---|---|

| Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a medical provider & Chief Medical Officer | NONE |
|---|---|

**NO ACCOMMODATIONS NECESSARY AT THIS TIME**

A DOC medical provider and the Chief Medical Officer have determined that **you do not have a qualifying MOBILITY disability** pursuant to the mandates of the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are not entitled to accommodations.

If your condition(s) worsens and you feel you require accommodations to access programs, services & benefits, please complete and submit a new Request for Accommodation to the AIC.

To the extent you require clinical attention such as medication, assistive devices, restrictions, medical care or special clothing, your requests should be directed to Clinical Services where they will be evaluated for medical need. **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

**You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.**

_____     1/3/07 08
Signature: Chief Medical Officer     Date

_____     1-9-08
Signature: AIC     Date


Prepared: December 19, 2007

Original – AIC
Copies: 1-Warden
      7-Warden for distribution to the following:
      1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
      2 –Offender
      AIC will distribute 1-Department File, 1 – Chief Medical Officer

**Colorado Department Of Corrections**

Name __Antonio Maldonado__

Register Number __1308__

Unit __4__

Box Number __1000__

City, State, Zip __Fort Lyon, Co 81038__



RECEIVED FEB 1 2008 By _____

COLORADO SPRINGS
CO 809 ☒ L
31 JAN 2008 PM



Judge Richard Borchess
Special Masters for the
United State District Court
Legal Resolution Center
7907 Zenobia  Street
Westminster, Colorado 80030-4444

% Clerk / RE: Minter vs Owens

80030+4444