ROBERT P. FRY #110724
LCF   UNIT 6-B
49030 STATE HWY. 71
LIMON, COLORADO, 80826



January 31, 2008

To: Clerk of the Court, and/or
    Judge Davidson's personal clerk.


Re; **MONTEZ** claim No. 03-177

Dear Clerk,

        Enclosed is my motion for an extension of time for my present
and ongoing MONTEZ claim. As I explained in the motion, this
facility has been on lockdown status since November 15, 2007.
Between that time and January the prison has been undergoing
several searches (cell shakedowns). During one such shakedown
of my cell, the officer's inadvertantly discarded my copy of
Judge Davidson's "FINAL ORDER" issued on or about November 19,
2007. (I actually received it on 11-19-07).

        May I please, by the grace of God, trouble you to be so kind
as to send me a replacement copy at your earliest convenience?
Its dissappearance was indeed beyond my control and a review of it
is extremely critical for my appeal. I also need from the court's
file, a document I submitted as evidence at the hearing held on
May 9th, 2007 which was attached to the ADA grievance #D-LF06/07-023
and grievance #D-LF06/07-022. I will need these two grievances
and the document entitled **"FAX COVER SHEET"**. I need the original
which was penned in a bluish ink, and signed by Tammie Engle.

        May I thank you in advance for you time , trouble, and above
all your kindness in addressing this matter, as I sincerely
appreciate your efforts.




                                        Sincerely,

                                        Robert P. Fry #110724