IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes
with Civil Action No. 96-N-343.

Jesse (Jesus) Montez, et al.,
   (Plaintiffs)
V.

Bill Owens, et al.,
   (Defendants)

---

Claim No. 03-177
Category III
Claimant: Robert P. Fry #110724
Claimants address: LCF, 49030 State Hwy. 71 Limon, Co. 80826

---

**MOTION FOR EXTENSION OF TIME**

---

**COMES NOW**, the Claimant Robert P. Fry, pro se litigant seeking a 45 day extension of time to file his appeal after the Special Master's final order of denial. As grounds and in support of this request the Claimant states the following:

1) The Honorable Judge Richard Davidson issued his final order of denial on or about November 19, 2007.

2) The present deadline to file the appeal persuant to Fed. R. Civ. Proc. 52 (g)(2) is Febrary 15, 2008.

3) The Claimant is a prisoner in the Limon Correctional Facility in Limon, Colorado, and this facility has been on "lockdown" status since November 15, 2007, as such, the Claimant has been completely unable to access the law library for the necessary research, typewriters, photocopies etc. until just last week. Therefore, the 45 day extension is imperative to filing the brief.

4) The law library has just reopened to the inmate population on January 21, 2008, and needless to say, securing an appointment is somewhat difficult in lieu of about 700 other inmates also needing an appointment slot. The law library does not accomodate more than 12 inmates at a time, and for only two hours per visit.

5) This request is made strictly in the interest of fairness and justice, and the defendants will not suffer any type of undue burdens by the granting of this request.

**WHEREFORE**, in light of the above stated reasons the Claimant prays this court will grant this timely request for a 45 day extension of time to file his opening brief.

1-31-08
DATE

Robert P. Fry #110724

## CERTIFCATE OF SERVICE

I certify that a true and correct copy of the attached **MOTION FOR EXTENSION OF TIME** was properly addressed, first class postage prepaid, and placed in the U.S. Mail on this 31st day of January 2008, sent to the following person:

Attorney General's Office
**ATTN: SCOTT A. WILKONSON**
1525 Sherman Street 7th floor
Denver, Colorado, 80203

1-31-08
DATE

ROBERT P. FRY #110724

**Colorado Department Of Corrections**

Name: Robert Fry
Register Number: 110729
Unit: LCF 6-B
Box Number: 49030 State Hwy. 71
City, State, Zip: Limon, Co. 80826

COLORADO SPRINGS CO 809
01 FEB 2008 PM 2 L

USA First-Class

Special Masters for The U.S. District Court
To: Office of The Clerk
Legal Resolution Center
7907 Zenobia St.
Westminster, Co. 80030-4444