IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Claimant Robert P. Fry, Claim number 03-177

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Extension of Time (doc. #3204), filed February 12, 2008, is GRANTED. Mr. Fry has until April 3, 2008 to object to the Final Order of Special Master.

---

Dated: February 12, 2008

Service of this order shall be made via NEF, with standard mailing to Mr. Fry.