IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Howell F. Roberts, Claim number 01-041

## ORDER OF REMAND

Kane, J.

      This matter is before the court on Mr. Roberts Notice of Objection (doc. #3136) filed January 9, 2008. In his notice, Mr. Roberts requests an evidentiary hearing. That request is DENIED. Consideration of objections can be only on the record before the Special Master. Mr. Roberts will have to file written specifications of his objection in order to be considered. Those objections shall be made on or before March 15, 2008.

Dated: February 12, 2008

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Roberts.