IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Raymond A. Price, Claim number 03-297

## ORDER

Kane, J.

This matter is before the court on Claimant, Raymond Price's Objection to the Final Order of Special Master (doc. #3131), filed December 28, 2007. The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. Claimant failed to prove he was disabled as defined by the Settlement Agreement. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3127) is AFFIRMED.

Dated:   February 12, 2008

                                                    BY THE COURT:

                                                    *s/John L. Kane*
                                                   JOHN L. KANE, SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Price.