IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

          Plaintiffs, as representatives of themselves and all others similarly situated in
          the class action,

v.

**BILL OWENS, et al,**

          Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

          The Motion to Withdraw as Counsel of Record for Plaintiffs (doc. #2991), filed
November 16, 2007, is GRANTED. Terrance D. Carroll is permitted to withdraw as attorney
of record for plaintiffs.

---

Dated:  February 12, 2008


Service of this order shall be made via NEF only.