IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Stephen Moore, Claim number 02-128

## ORDER

Kane, J.

This matter is before the court on Claimant, Stephen Moore's Motion to Reconsider Denial or Disability (doc. #3130), filed December 28, 2007. I have reviewed the Motion to Reconsider, along with the Final Order of Special Master and the supplemental filing made by Mr. Moore on January 14, 2008. The Motion is DENIED.

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The dismissal of Mr. Moore's claims was appropriate as he failed to prove discrimination based on his disability. The Objection is OVERRULED. The Final Order of Special Master (doc. #1818) is AFFIRMED.

Dated: February 12, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Moore.