IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) (Consolidated for all purposes with Civil Action No. 96-N-343).

JESSE (JESUS) MONTEZ, et. al.,
    (Plaintiffs)

V.

BILL OWENS, et. al.,
  (Defendants)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2008

GREGORY C. LANGHAM
    CLER[K]

---

Claim No. 03-166
Catagory III
Claimant: Paul Heinrich #110907
Claimant Address: LCF, 49030 State Hwy. 71 Limon, Co. 80826

---

## MOTION FOR EXTENSION OF TIME

**COMES NOW**, the Claimant Paul Heinrich, pro se litigant seeking a 45 day extension of time to file his appeal after the Special Master's final order of denial. As grounds and in support of this request the Claimant states the following:

1) The Honorable Judge Richard Davidson issued his final order of denial on November 20, 2007.

2) The final deadline to file the appeal pursuant to that order is February 15, 2008.

3) The Claimant is a prisoner in the Limon Correctional Facility in Limon, Colorado, and this facility has been on "lockdown" status since November 15, 2007. as such, Claimant has been unable to access the law library for necessary research and the typewriters etc. until just last week. Therefore the 45 days

extension is desparately needed to research and prepare the brief.

4) The law library has just reopened to the inmate population on January 21, 2008, and needless to say, securing an appointment is somewhat difficult in lieu of about 700 other inmates also needing an appointment slot.

5) This request is made strictly in the interest of justice and fairness, and the defendants will not suffer any undue prejudice by the granting of this request.

**WHEREFORE,** for the above stated reasons the Claimant prays this court will grant this timely request for a 45 day extension of time to file the opening brief.

2/8/08
Date

Paul Heinrich #110907

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the attached **MOTION FOR EXTENSION OF TIME** was properly addressed, first class postage prepaid, and placed in the U.S. Mail on this ___ day of February 2008, sent to the following entity:

Attorney General's Office
1525 Sherman Street  7th floor
Denver, Co. 80203


2/8/08
/Date

Paul Heinrich  #110907

**Colorado Department Of Corrections**

Name PAUL Heinrich
Register Number 110907
Unit 6B·1·7
Box Number 49030 Hwy 71
City, State, Zip Limon, CO. 80826

Clerk of the
United States District Court
901 19th Street
Denver,    CO.
            80294

