IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Claimant Hormoz Pourat, Claim #03-424

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Motion for Extension of Time to file a Motion for Reconsideration (doc. #3080, filed December 14, 2007, is GRANTED. Claimant has until March 15, 2008 to file a motion for reconsideration.

---

Dated: February 12, 2008


Service of this order shall be made via NEF, with standard mailing to Mr. Pourat.