IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-434
Category III
Claimant: Allen Keith Elder, #114893
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion to dismiss with prejudice. Claimant had requested previously to dismiss his claim, The Special Master issued an order directing Claimant to submit a further document that was notarized and contained the signature of his case manager. That document has been submitted with the new motion to dismiss with prejudice. Claimant's motion will be granted.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, per his request, and the hearing set for March 13, 2008 is canceled.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 12, 2008.**

SIGNED this 18th day of February, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master