Dear U.S. District Court 11/13/07

I would like to go on record so my case has a reflection of events, as my order continues to be obstructed repeatedly by Sterling Corr. Fac., P.A. Webster, Dr. Orville Neufeld (S.C.F. staff doctor) CDOC, Dr. Frances ? & S.C.F. nursing staff.

On 11/01/07 I had multi x-rays done in Sterling at the Public Hospital. Cat scans & x-rays for back, knee, ankle(s).

On 11/02/07 I seen Dr. Fenton in Sterling, from the x-rays he sees my knee needs replaced, my outer bone is seperated & causing extreme pain. He ordered medication (see attachment) & he also asked for braces to be fitted, ortho shoes & boots, cane. He said both ankles are broke with sever damages.

He wrote his name & contact info for you, should you wish to contact him. He wrote out his medication order & told me he'd see me in 30 days.

S.C.F. & Dr. Neufeld, Dr. Frances of CDOC, P.A. Webster & Medical Dir. of S.C.F. Ms. Beverly (Bev) Dowis refuse to date to comply with Dr. Fenton's order of medication. Its been 2 weeks now & nothing for pain medication, no braces, no cane, nor has medical made any attempts to explain why they wont comply.

On 11/13/07 08:55 I was told I had a meeting at S.C.F. medical at 09:30. I went to medical (see kite) & told P.A. Webster & Dr. Neufeld wanted duplicate x-rays done for their records.

I advised them of the court order, where any & all needs to be independant from CDOC & outside doctors. I was then told that order of July 23rd, 07 by Judge Davidson had no authority here. A very large woman (responsible for reform form) in civilian clothes, who refused to provide her name, & info. told me to leave, I asked for her name & she told me to leave. Now security refused (C/O Granier) to supply name & showed me to the door. The nurse staff marked it as refusal & would not allow me to write reason why...

As the courts know a refusal of inmate, has to be in his words. The form says: I refuse specificly for following reason.

Does that mean medical staff write reason & then I sign. No. S.C.F. & CDOC is attempting to deceive the courts by their staff writing refusals & trying to have us sign or destroy our forms & claim inmate has refused a refusal form.

I feel monetary damages ruled on should be greater now due to the fact I'm still subjected to malicious treatment & inhumane medical. I'm forced to walk over 150 yards to chow hall here & medical is over 250 yards one way. Not within my mobility A.D.A. limits. Pain, suffering has increased by 10 times now over the last 4 months. My wheelchair has been denied, as doctors new orders & medication.

The CDOC needs to be held accountable, in damages & incarseration for criminal contempt & obstruction. I hope my new motion will bring this problem to a formal state & clear up the problems with CDOC complying now.

Respectfully Submitted

Kevin Mark Dretz #46584
P/O Box 6000 Unit 4 B-107
Sterling, CO. 80751


Sterling Staff:
Ms. Beverly Dowis  Dir. of Med. Dept.
Dr. Orville Neufeld M.D.
P.A. Webster
P.A. Ms. Short
(All refuse medication from Dr. Fenton)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,        )        NOV 1 6 2007
                                     )
Plaintiffs,                          )
                                     )
v.                                   ) Motion for Contempt Proceedings
                                     ) Pursuant to U.S.C. 28 Section 2521(b)(3)
BILL OWENS, et al.,                  ) And FRCVP 53(c)(2).
                                     )
Defendants.                          )

---

Claim Number 03-138
Category III
Claimant: Kevin Mark Bretz #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

COMES NOW the Claimant, Kevin Mark Bretz, pro se, and respectfully requests this Honorable Court to hold the following parties in contempt of court and to further hold them responsible and punishable under alleged criminal violations as detailed below. As grounds therefor, the Claimant presents the following support:

1. On February 1, 2007, a hearing was held in the action captioned above. At this hearing, it was revealed that certain parties and witnesses for the Defendants had lied, falsified medical records, and even forged documents presented to this Court in an attempt to obstruct justice and avoid responsibility for the remedies to which the Claimant is entitled. See this Court's Order of July 23, 2007, paragraphs 6 & 7, p. 4 and paragraph 9, p. 6. This Court recommended the Claimant to follow up by moving this Court to address these issues. He is now adhering to this recommendation with this motion.

2. The known parties involved and the violations revealed at the hearing mentioned in the previous paragraph are:

    a. Johnny Reyes, David Doxtater, and Duane Raymond: Perjury and Obstruction of Justice;

    b. Cathie Holst: Perjury, Forgery, Fraud, Falsifying Medical Records, and Obstruction of Justice;

    c. Orville G. Neufeld: Perjury, Forgery, Fraud, Falsifying Medical Records, and Obstruction of Justice; and

    d. Jess Dance: Obstruction of Justice.

3. At the hearing, CDOC officials were ordered to shakedown the Claimant's cell to determine whether or not he possessed any shoes. Officers Reyes, Doxtater, and Raymond testified that shoes were indeed found. However, Sgt. Trujillo, CSP 2nd shift, who actually performed the shakedown, will testify that none were found. In fact, the shakedown slip, a copy of which has already been forwarded (on February 2, 2007) to this Court (the original should also be on record per CDOC AR 300-6), documents that "no shoes or medical boots [were] found" in his cell. Therefore, these officers committed perjury before this Court and obstructed justice.

4. Cathie Holst provided an inventory document that inventoried a pair of boots for the Claimant. This document was fabricated and, therefore, she committed perjury and forgery. She further falsified the Claimant's medical records and therefore committed fraud and obstruction of justice.

5. It appears that Cathie Holst is still attempting to commit fraudulent and questionable practices. On October 23, 2007, the Claimant was summoned to the medical department. Upon arrival, he was informed that Cathie Holst needed him to sign a release form for his medical records from 1991 to present. Only a medical professional has any business making such a request. Cathie Holst is Manager of the CDOC's Office of Legal Services, not a medical professional. The Claimant refused to sign the release. He further inquired about his court-ordered medical treatment and was informed they had not received any such order.

6. Orville G. Neufeld also falsified the Claimant's records and testified falsely and, therefore, commited perjury, forgery, fraud, and obstruction of justice.

7. Assistant Attorney General Jess Dance, by evoking and allowing perjury and falsified evidence to be knowingly presented, has obstructed justice.

8. Defendants should also be held in contempt for not complying with this Court's order, dated December 15, 2005, to provide the Claimant with the opportunity to review his medical records prior to the February 1, 2006, hearing. Defendants filed a statement, dated February 24, 2006, regarding the Claimant's complaint that this was denied, in which, they essentially confess error. They attempt to persuade this Court that they complied with the order because he viewed the files twice, and received copies, prior to the issued order, and then that he was provided opporunity to review them after the hearing. At no time between the date of this Court's order and the deadline to comply (the hearing on February 1, 2006) was the Claimant permitted to review his medical records per this Court's order. Defendants should therefore be held in contempt of court.

9. Notwithstanding the direct non-compliance detailed in the previous paragraph, the Claimant was not given an opportunity to review his medical records per this Court's order. As presented in the incident report attached to the statement filed by Defendants dated February 24, 2007, he declined to even try to review his records because of the conditions under which Mr. Dennis Burbank ordered for this review. He ordered that the Claimant be placed into a holding cell (G149) in intake/receiving, handcuffed to a waist-chain, in leg-shackles chained to a bolt in the center of the cell floor, with his medical

2

records placed on a bench six (6) feet away. The Claimant couldn't even reach the records, much less review them. He requested in his motion to personally review his records without restraint for eight (8) hours in the visiting room, and this Court granted this request. Unfortunately, Dennis Burbank did not comply with this Court's order. Mr. Pete Binder, who wrote the incident report and was carrying out Mr. Burbank's orders, will testify to the contempt of court exhibited by Mr. Dennis Burbank, CSP Legal Liaison.

10. To date, the CDOC has only complied with one of this Court's directives detailed in the order issued on July 23, 2007. The Claimant still receives no pain medication, is not being housed in a handicap cell, and has no braces for his ankles or knee, nor a cane, a wheelchair, or medical shoes, or any medical assistance whatsoever. On October 23, 2007, just hours after they attempted to persuade the Claimant to sign the release of records mentioned in paragraph 5, supra, medical officials claimed they had "just been served [this Court's] order by the U.S. Marshalls." This seems highly dubious. Furthermore, on October 31, 2007, he was informed that the medical staff at Sterling Correctional Facility is not employed by the CDOC and is therefore not bound to abide by this Court's order.

11. On November 1, 2007, the Claimant was taken to the Sterling Hospital for X-rays and a CAT scan, followed by an appointment with Dr. Darrel T. Fenton, an orthopedic surgeon, on November 2, 2007. This is the only part of the order issued on July 23, 2007, with which the CDOC has complied.

12. At this appointment, Dr. Fenton discovered the shocking reality of what the CDOC's negligence and years of blatant disregard concerning the Claimant's health has caused. He found that one of the Claimant's leg bones has completely separated from his knee joint and that his foot has healed in a "broken state", both requiring extensive surgery. Until surgery, he ordered a knee brace, two ankle braces, and orthopedic shoes for the Claimant. He further immediately ordered a prescription of pain medication to be administered twice a day.

13. As unbelievable as the following statements may sound, the Claimant avers they are **true**. After several days of having his newly prescribed pain medication still denied to him, the Claimant was summoned to the medical department on November 7, 2007, to see Physician's Assistant Webster. After some discussion and presenting his copy of the order issued by this Court on July 23, 2007, the claimant was emphatically informed that Mr. Webster "do[es]n't give a [expletive] about any federal court order," and that he and "Dr. Neufeld[1] are not going to be told how to do medical procedures or treatment, especially by some [expletive] liberal Denver judge, just like they don't go to Denver and dictate to him how to run his courtroom."

14. After all that has transpired regarding this claim, the CDOC is still refusing to do the right thing, even after being ordered to do so by this Court. And now they're more defiant than ever. The Claimant requests this Court to compel the Defendants to comply with this Court's issued orders by holding them in contempt and punishable as this Court deems appropriate.

---

[1] Dr. Neufeld should no longer be involved since he is a named defendant.

3

WHEREFORE, in the interest of justice, the Claimant requests this Honorable Court to grant the foregoing motion and sanction the Defendants as deemed most appropriate by this Court.

Dated: 11/13/07

Respectfully submitted,

Kevin Mark Bretz, pro se

CERTIFICATE OF SERVICE

I, Kevin Mark Bretz, hereby certify that on November 13, 2007, I have served the following by placing a true and correct copy of the foregoing motion by placing the same, via CDOC legal mail system, in the U.S. Mail, postage-prepaid, and properly addressed to:

Colorado Attorney General
1525 Sherman Street
Denver, CO 80203

Kevin Mark Bretz

4

absolutely no excuse to deny needed medical care to him. Mr. Bretz is in the custody of the state. He is unable to provide his own medical care and CDOC is charged with the responsibility to provide reasonable medical care. In this case, this has not been done.

## IV. ORDER

IT IS ORDERED that, based upon the foregoing Findings of Fact and Conclusions of Law, Judgment be entered in favor of Claimant Bretz and against Defendants ordering CDOC to provide proper medical care to Claimant. Because of the unique circumstances of this case, CDOC is ordered to send Mr. Bretz to outside orthopedic and neurosurgery specialists for examination and to promptly treat Mr. Bretz as the specialists direct. The examination shall include his back, leg and ankle conditions.

IT IS FURTHER ORDERED that Claimant shall be awarded the sum of $1,500.00 as compensation for his maltreatment.

IT IS FURTHER ORDERED that Claimant be moved to a facility where he can receive care and where his restrictions can be accommodated.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Final Order of Special Master pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed **on or before September 23, 2007** with the Clerk of the United States District Court at the following address:

> 901 19th Street
> Denver, CO 80294.

SIGNED this 23rd day of July, 2007.

BY THE COURT:

/s/ Richard C. Davidson
Richard C. Davidson,
Special Master

*Handwritten annotations:*

Darrel T. Fenton, DO
SRm Surgical Sepecialites
1405 S. 8th Avenue, Suite 101
Sterling Co. ~~80728~~ 80751

Doctors Order 11/01/07
CDOC/SCF refuses to DATE 11/13/07
oxycodtin 20mg
1 q 12 hrs #30
08:10 hrs 11/01/07 & 11/10/07 b/p

7


*Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Magistrate Sandra Franklin
Judge Kenneth M. Plotz

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah

February 13, 2008

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

RE:   *Montez, et al. v. Owens, et al.*
      Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)
      Claimant: Kevin Mark Bretz, Claim #: 03-138

Dear Gail:

    Special Master Davidson has requested that I forward to the Court the enclosed letter from *Montez* claimant Kevin Mark Bretz. Please call or e-mail me, should you have any questions regarding this matter. Thank you.

Sincerely,

Susan L. Carter
Assistant to Special Masters

Enclosures

**Colorado Department Of Corrections**

Name: KEIN M BRETZ
Register Number: #46584
Unit: 4-B-109
Box Number: 600 S.C.F.
City, State, Zip: STERLING, Co 80751

LEGAL MAIL

LEGAL MAIL

NOV 1 5 2007

80030+4444

SPECIAL MASTERS RICHARD C. DAVIDSON
U.S. DISTRICT COURT for the DISTRICT OF COLORADO
LEGAL RESOLUTION CENTER
7907 ZENOBIA STREET
WESTMINSTER, COLORADO
80030-4444

LEGAL MAIL

049J82038669
$00.58
Mailed From 80751
11/14/2007
US POSTAGE