IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consilidated for all purposes with
Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,
  Plaintiffs,

-vs.-

BILL OWENS, et al.,
  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 9 2008

GREGORY C. LANGHAM
                CLERK

Claim Number 01-200
Category I
Claimant: Michael Sean Edmond,#86059
Address of Claimant: BVCC, P.O. Box 2017, Buena Vista, CO 81211

CLAIMANT'S OBJECTIONS TO FINAL ORDER OF SPECIAL MASTER

**COMES NOW**, the Claimant, Michael Sean Edmond, in <u>Pro Se</u>, respectfully files his objections to the Final Order of the Special Master pursuant to Fed.R.Civ.P. 53(g)(2) in this Honorable Court.

In support thereof, the Claimant states the following:

1. On November 26, 2007, the Special Master, Richard M. Borchers, issued his Final Order denying the Claimant's Category I claim for vision impairment.

2. The Special Master, Richard M. Borchers, stated in his Final Order that the Claimant had stated in his Reply that he had been discriminated against because the DOC would not provide goggles that would allow inmates with eyeglasses to safely play sports.

3. However, the Claimant never requested that the DOC should provide him with oggles. <u>He only requested permission to purchase goggles with his own funds.</u>

(1)

4. Without the use of goggles, the Claimant is unable to participate in most sports like other non-vision impaired inmates.

5. Thus, under the Americans with Disabilities Act of 1990, §2 et seq., 42 U.S.C.§12101 et seq., the DOC is required to allow the Claimant to order and purchase protective eyewear (sports goggles) so that he may safely participate in recreational activities that expose him to the risk of flying objects or physical impacts.

6. Therefore, the Claimant has proved by a preponderance of the evidence each of the four (4) criteria set forth in the Order of November 23, 2004.

7. Furthermore, under the Montez Remedial Plan, reasonable accommodations shall be made to ensure equal access for inmates with disabilities to the courts, to legal representation, to health care, educational, vocation, rehabilitation services, and to all other programs, benefits and services at DOC.

**WHEREFORE**, premises considered and for good cause shown, the Claimant moves this Honorable Court to grant this Motion, and issue an ORDER vacating the Final Order of the Special Master that was issued on November 26, 2007, pursuant to the interests of justice and the integrity of the Court.

Dated: _February 14, 2008_ .

Respectfully Submitted,

_Michael Sean Edmond_
Michael Sean Edmond
DOC No. 86059, North 3-E-4
P O Box 2017
Buena Vista, CO  81211

(2)

## CERTIFICATE OF MAILING

I, Michael Sean Edmond, do hereby certify that true and correct copies of the below listed document(s) were mailed via U.S. Mail, first class postage from Buena Vista, Colorado, to the below listed **Party/Parties** and addresses on this 14th day of February, 2008.

**DOCUMENTS:**

CLAIMANT'S OBJECTIONS TO FINAL ORDER OF SPECIAL MASTER

_____
Michael Sean Edmond

**Party/Parties:**

United States District Court
    Office of The Clerk
      901 19th Street
    Denver, CO  80294

Mr. James X. Quinn
Mr. Jess A. Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, Colorado  80203