**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

Jesse (Jesus) Montez, et al.,
Plaintiffs,

VS.

Bill Owens, et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 9 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-078
Category: III
Claimant: Robert C. Garnett, Sr., 85800
Address of Claimant: P.O. Box 263, Crestone, Colorado, 81131

---

### MOTION FOR EXTENTION OF TIME

---

**Comes now** the Claimant, Robert C. Garnett, Sr., to respectfully request that the Court extend the dead line in which to file an Objection To The Final Order of Special Master to February 29, 2008. As grounds for such request Mr. Garnett states the following:

Due to the extremely harsh winter conditions in the San Luis Valley I have been without firewood, the furnace has failed, and the well has frozen and broke, thus I have been busy surviving the elements and have been unable to prepare and file my Objection To The Final Order Of Special Master.

Such extention would not prejudice the Defendants as this action has been ongoing for years.

Respectfully submitted this 15th. day of February, 2008.

Robert C. Garnett, Sr.
P.O. Box 263
Crestone, Colorado
81131



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

Jesse (Jesus) Montez, et al.,
Plaintiffs,

VS.

Bill Owens, et al.,
Defendants.

---

Claim Number: 03-078
Category: III
Claimant: Robert C. Garnett, Sr., 85800
Address of Claimant: P.O. Box 263, Crestone, Colorado, 81131

---

### MOTION FOR EXTENTION OF TIME

**Comes now** the Claimant, Robert C. Garnett, Sr., to respectfully request that the Court extend the dead line in which to file an Objection To The Final Order of Special Master to February 29, 2008. As grounds for such request Mr. Garnett states the following:

Due to the extremely harsh winter conditions in the San Luis Valley I have been without firewood, the furnace has failed, and the well has frozen and broke, thus I have been busy surviving the elements and have been unable to prepare and file my Objection To The Final Order Of Special Master.

Such extention would not prejudice the Defendants as this action has been ongoing for years.

Respectfully submitted this 15th. day of February, 2008.

Robert C. Garnett, Sr.
P.O. Box 263
Crestone, Colorado
81131

C. Garnett, Sr.
x 263
le, Colorado
     81131



3-078

Clerk of the Court
U.S. District Court
901 19th. Street
Denver, Colorado
     80294