Feb 11, 2008.

Dear Court Clerk, #1

92-cv-00870-EWN

Please Note that a Change of Address has taken place for:

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 19 2008

GREGORY C. LANGHAM
CLERK

**Old Address**

* Michael Stephen Forbes #88650 @ The DRDC Facility in Denver, Colo. (Montez Suite Claim #'s 03-134 A Claimed Category III

Has Been Changed To:

**New Address**

* Michael Stephen Forbes OK# 103524
@ The Lexington Reseption Center
LARC Unit I Quad III Cell B
P.O. Box 876
Lexington, Okla. 73051-0876

Montez, Pro Se
03-134 Cat III

"Please inform Judge Kane!"

I was flown out of Denver, Colo. in a quickness on the 16th of Jan 2008. To: Oklahoma City, Okla. I believe to make it more difficalt for me & the Courts to opperate at a 100% functional level. Please duely note this change for the record

→ #2

#2

Also Needed is "The Court Rules", Times For Filing Motions & Petitions And Mandamus Extentions of Time And Time Limits for Both the Plaintiff & Defendent

Also I Need Forms To File ON From This END, Which Will Conform To your States ProtoCalls.

I Want To Note That I will Need Motion For Discovery Forms Extention of Time Forms As well As Directions For Default of Judgement & Time Limits for Both Sides under Default Judgement. "ONLY HAVE TELL Feb 22, 2008." To File Everything so if you Could Please A.S.A.P. R.S.V.P.

Thank You
God Bless

Michael S. Forbes
OK # 103524

IN THE UNITED STATES DISTRICT COURT FOR
___10th___ DISTRICT OF COLORADO

Michael Stephen Forbes
(Petitioner),

v.

Bill Owens et al.,
(Defendant).

3rd Party Claiment

Case No. 03-134

## NOTICE OF CHANGE OF ADDRESS

I, Michael Stephen Forbes  Pro Se
 (Name)                    (Petitioner/Appellant Pro Se)

Hereby notify the clerk of my new mailing address. All notices regarding the case should be sent to me at the address below.

_Michael S. Forbes_
Signature

Michael Stephen Forbes
Name (type or print)

Lexington A&R Unit I "B" III
(Location)

P.O. Box 876
(Mailing address)

Lexington, OKLA  73051-0876
City        State          Zip Code

## CERTIFICATE OF MAILING TO PARTIES

I certify that a true and correct copy of the Notice of Change of Address was mailed this 12th day of February, 2008, by depositing it in the United States Mail, postage prepaid.

_Michael S. Forbes_
Signature