FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 21 2008

GREGORY C. LANGHAM
CLERK

AIC Cathie Holst
2862 S. Circle Dr.
Colorado Springs, CO  80906

Jay Bailey
103284
CTCF/7
Box 1010
Canon City, CO  81215

2-14-2008

92-cv-00870-EWN

Ms Holst:

    I was moved from Ft. Lyon Correctional Facility on Tues. the 12th of February, to Colorado Territorial Correctional Facility. Here, I do not have an accessable toilet or shower facilities. Also, the bed in my cell is too low for me to transfer to my wheelchair without difficulty and hazard.  The cell was not made for wheelchairs as I cannot manuver and there is not place for a lockervbox without sacrificing space for my wheelchair. And no handrails.

    At FLCF I had accessable toilet & shower facilities. My bed was of appropriate height.  My cell was big enough for wheelchairs and I had space for a lockerbox.

    My toilet requirements have been for several years now:  The toilet must be close to my bed so that I can perform hygiene after a bowel movement, in a horizontal position.  Laying on the floor is unsanitary.  All the showers are too small.

    The day that I arrived here, at CTCF, I pointed out these problems to the staff.  After much discussion, they opted to put me in the infirmary that is accessable for me.  I spent one night there and someone made the decision to move me back to cell house 7 anyway, and to disregard my ADA Accommodations.  Numerous requests to staff members have been to no avail.  No one knows where the buck stops.  No one is responsible.  No noe can make a decision or give an order.

    The arguement could be made that I was transferred in order to take the SOTP program.  However, Case Manager Berford and one of his collegues both assure me that the SOTP program here at CTCF is only for the Developementally Disabled.  I am not.

    The bottom line is that regardless of what reason that I was sent here to CTCF, this facility does not comply with my ADA Accommodations and Ft. Lyon does.

    This is an emergency situation for me and I request that I be sent back to the same place in FLCF, because it does comply with my ADA Accommodations.

    In your investigation of this matter, may I suggest that you do a personal inspection, rather than relying on phone conversations from staff who may be trying to cover their behinds with exagerations.

Sincerely,

*Jay H. Bailey*
Jay Bailey