UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Civil Action No: 92-N-870 (OES) (Consolidated for all purposes with Civil Action No: 96-N-343).

Jesse Montez, et al.,
    Plaintiffs,
-vs-
Bill Owens, et al.,
    Defendants.

Claim No: 03-297
Category III
Claimant: Raymond A. Price #66072
Address of: BVCC, P.O. Box 2017
Claimant Buena Vista Colo. 81211

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2008

GREGORY C. LANGHAM
CLERK

## NOTICE OF APPEAL

(1). Order - Judge Kane - Feb 12-2008 - Montez is a class action suit - In which my claim No: 03-297/ as a Abuse of discretion/ and is unconstitutional.

(2). Remedial Plan/ Colorado Department of Corrections/ is unconstitutional. (Aug. 27, 2003).

(3). Screening for Disabilities/ is unconstitutional
(A). Screening for Disabilities/ by the Defendant's is bais/ prejudice against Plaintiffs.
(B) We are suing these people/ then the Court allows them (defendant's) decide who has a disability or NOT!

(4). AIC (ADA Inmate Coordinator) should be located outside of CDOC - due to bais/ prejudice.

(5). NO Specialists - Examined me - all empolyees of CDOC - bais/ prejudice. NO Independant Review. bais/ prejudice.

(6). The procedures/ and process done by the U.S. District Court - concerning this case - is unconstitutional / This Court needs to review the constitutionally of the way the District Court has conducted this case.

De Oppresso Liber

Respectfully Submitted:
Raymond Arthur Price

Date: Feb. 20, 2008