Legal MAIL:

**Colorado Department Of Corrections** BVCF

Name: Ray Price
Register Number: 66072
Unit: NO1E2
Box Number: 2017
City, State, Zip: Buena Vista, Colo. 81211

92 cv 870

To:

United States Court of Appeals
For the 10th Circuit
Office of the Clerk
Byron White United States Court House
1823 Stout Street
Denver, Colorado 80257

neopost
049J82041001
$00.410
Mailed From 81211
02/22/2008
US POSTAGE

