# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 25, 2008

Mr. Gregory Langham
Clerk of the Court
District of Colorado
Alfred A. Arraj U.S. Courthouse
901 - 19th St.
Denver, CO 80942-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2008

GREGORY C. LANGHAM
CLERK

Re: 92-N-870 consolidated with 96-N-343, Raymond Arthur Price

Dear Mr. Langham:

Enclosed please find a Notice of Appeal Mr. Raymond Arthur Price that we have construed as a misdirected notice of appeal. In order for your court to take the appropriate steps to provide us with the preliminary record in this matter, the notice of appeal is being sent to you so it can be properly filed as of February 25, 2008. See Fed. R. App. P. 4(d).

Sincerely,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

EAS/sds
Encl.
cc: Mr. Raymond Arthur Price