UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

February 26, 2008

SEE NOTICE OF ELECTRONIC FILING

**RE:   Montez, et al v. Owens, et al**

District Court Case No. 92-cv-00870-EWN-OES
Notice of Appeal filed by Raymond Arthur Price on 02/25/08
Other pending appeals: 07-1405

     Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. Attached for the pro se appellant is a letter from the U.S. Court of Appeals and a Pro Se Docketing Statement.

     The required $455.00 filing fee was not tendered with the notice of appeal by the appellant. The filing fee should be paid to the Clerk, U.S. District Court as soon as possible. If the appellant intends to move this court to proceed on the appeal pursuant to 28 U.S.C. § 1915(b) and Fed. R. App. P. 24, the proper motion and affidavit form is enclosed. Please complete and file this as soon as possible.

     Upon determination of the appellant's "fee status", the record on appeal will be transmitted to the Court of Appeals in accordance with the Tenth Circuit Rules.

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ B. Reed
   Deputy Clerk


cc:   Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)