IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Raymond A. Price, Claim number 03-297

## ORDER

Kane, J.

This matter is before the court on Claimant, Raymond Price's Objection to the Final Order of Special Master (doc. #3131), filed December 28, 2007. The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. Claimant failed to prove he was disabled as defined by the Settlement Agreement. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3127) is AFFIRMED.

Dated:   February 12, 2008

                                                 BY THE COURT:

                                                 *s/John L. Kane*
                                                 JOHN L. KANE, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Price.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CIVIL ACTION NO: 92-N-870 (OES) (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO: 96-N-343).

JESSE MONTEZ, ET AL.,
  Plaintiffs,
-VS-
BILL OWENS, ET AL.,
  Defendants.

CLAIM NO: 03-297
CATEGORY III
CLAIMANT: RAYMOND A. PRICE #66072
Address of: BVCC, P.O. BOX 2017
Claimant: Buena Vista Colo. 81211

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 5 2008

GREGORY C. LANGHAM
CLERK

## NOTICE OF APPEAL

(1). ORDER - Judge Kane - Feb 12 - 2008 - MONTEZ is a CLASS ACTION Suit - In which my Claim No: 03-297/ as a Abuse of discretion/ and is UNCONSTITUTIONAL.

(2). Remedial Plan/ Colorado Department of Corrections/ is UNCONSTITUTIONAL. (Aug. 27, 2003).

(3). SCREENING FOR DISABILITIES/ is UNCONSTITUTIONAL
(A). Screening for Disabilities/ by the Defendant's is bais/prejudice against Plaintiffs.
(B) We are suing these people/ Then the Court Allows them (defendant's) decide who has a disability or NOT!

(4). RIC (ADA Inmate Coordinator) should be located outside of CDOC - due to bais/prejudice.

(5). NO Specialists - Examined me - All Empolyees of CDOC - bais/prejudice. NO Independant Review. bais/prejudice.

(6). The procedures/ and process done by the U.S. District Court - concerning this case - is unconstitutional/ This Court needs to Review the constitutionally of the way the District Court has conducted this case.

DE
OPPRESSO
Liber

Respectfully Submitted:

Raymond Arthur Price

DATE: Feb. 20 - 2008

Legal Mail:

**Colorado Department Of Corrections**

BVCF
Name: Ray Price
Register Number: 66072
Unit: NO 1E 2
Box Number: 2017
City, State, Zip: Buena Vista, Colo. 81211

92 CV 870

To:

United States Court of Appeals
For the 10th Circuit
Office of the Clerk
Byron White United States Court house
1823 Stout Street
Denver, Colorado 80257

US POSTAGE $00.41
Mailed From 81211
02/22/2008
049J82041001
neopost

