# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN

MONTEZ, et al,

       Plaintiffs,

v.

ROMER, et al,

       Defendants.

## RECEIPT FOR CLAIM FILE

       Received by __Richard M. Borchers__, the following Special Master's Claim File for James Smith, claim # 03-014 in the above entitled action:

| | |
|---|---|
| Patricia A. Pirner | Richard M. Borchers |
| Deputy Clerk | Special Master |

February 25, 2008
Date                                      By: s/ Richard M. Borchers