In The United States District
For The District of Colorado

Civil Action No: 92-N-870 (OES) (Consolidated for all purposes with
Civil Action No: 96-N-343)

**RECEIVED**
United States Court of Appeals
Tenth Circuit
FEB 20 2008
ELISABETH A. SHUMAKER
Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 25 2008
GREGORY C. LANGHAM
CLERK

Jesse Montez, et al.,
   Plaintiffs,
   -vs-
Bill Owens, et al.,
   Defendants.

Claim No: 03-297
Category: III
Claimant: Raymond A. Price #66072*
Address of: BVCC, P.O. Box 2017, Buena
Claimant    Vista, Colo. 81211

**Objection : Federal Rule of Civil Procedure 53(g)(2)**

(1). There has never been a __Formal__ - vision - hearing - mobility test./ No! Specialist within these fields dealing with these issues.

(2). Rescreening: (Disabilities) (same old song and dance), I informed this Court - that BVCC medical Dept. would set-up a "Formal hearing test." They did - The AIC canceled it.

(3). I've lost (1) testicle/ The other one is damaged.

(4). Due to my (Disabilities - Covert op's/PTSD - Vietnam) - I have a worthless job here (BVCC) making 30¢ a day.

(5.) Special masters - need to review the whole record/also/they need to understand the (Disabilities) better → incorrect criteria!

(6). I move this Court for an order/ for a hearing test/ a vision test/ mobility test. by a specialist.

De
Oppresso.
   Liber.     Date: Feb. 20/2008

Thank-you

[signature]

Colorado Department Of Corrections

Name: BYCF Ray Price
Register Number: 66072
Unit: NO/E 2
Box Number: 2017
City, State, Zip: Buena Vista, Colo. 81211

92 cv 870

Legal Mail:

To:
United States Court of Appeals
For the 10th Circuit
Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257