ADA Grievance

Jay Bailey    103284
CTCF    2-19-2008            Step-1

On March 3, 2007, AIC Cathie Holst signed off on my Accommodation Resolution form. On it is a list of "accommodations to be provided". This list was given to the following people at Ft. Lyon Correctional Facility: 1)Warden,2)Working File,3)Mental Health,4)Clinical Services, 5)HSA,6)Housing Unit Supervisor,7)Dept. File,8)Chief Medical Officer. Upon transfer to CTCF, I found that no one at this facility had a copy. I loaned them mine. The cell that they were to house me in had no accessable toilet; no accessable shower; and a cell too small to manuver my wheelchair with a bed too low. ~~xxxxxxxxxxxxxxxxx~~ Realizing their mistake, they housed me at the infirmary. However, the next afternoon staff suddenly changed their mind and housed me in cell 17 of cell house 7 that was equally unaccessable as the one before, in all respects. This mistreatment, I believe, stems from the ongoing ADA Grievance that I filed last December for similar mistreatment. I have no doubt that this is retribution. Since I cannot have a bowel movement at an accessable toilet, I have virtually stopped eating in order to curtail BM's. I've eaten one 8 oz bag of fish & a soup. I've been here a week.

REMEDY: Move me back to the same cell at FLCF where there were no problems. I want the names of those who instigated this move and of the person who signed off on it, ~~xxxxxxxxxxxxxxx~~ sent to Judge Kane, King & Greison, LLP, and myself.

2-19-2008    Jay H. Bailey

FILED U.S. DISTRICT COURT DISTRICT OF COLORADO
2008 FEB 26  AM 11:54
GREGORY C. LANGHAM CLERK
BY_____ DEP. CLK

Jay J. Bailey, #102284
PO Box 1010
Cañon City, Colorado 81215

DENVER CO 802
23 FEB 2008 PM 2 L

"LET US DARE TO SPEAK
THINK, SPEAK"
John Adams, 17
power of the pe
USA FIRST-CLASS FOREVER

Senior Judge John L. Kane
Alfred A. Arraj United States Courthouse
838/ Courtroom A 802
901 19th Street
Denver, Colorado 80294-3589

80294+2501 C044

Scanned by
US Marshal