# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 28, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

Raymond Arthur Price
Buena Vista Correctional Facility
P.O. Box 2017
Buena Vista, CO 81211-2017

**RE:**   08-1049, Montez v. Owens, et al.,
   Dist/Ag docket: 1:92-cv-00870-EWN-OES

Dear Mr. Price:

The court has docketed the appeal in this case.

Attorneys for parties must complete and file an entry of appearance form within 10 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

Prisoners must pay the full amount of the filing fee. *See* 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the act. They include providing a certified copy of the prisoner's trust fund statement for the preceding six months, and consenting to the collection of the funds from the prisoner's account by the custodian.

The district court will assess the appeal fees once a motion for leave to proceed on appeal without prepayment of fees is filed with them. Until the district court enters an order, proceedings on appeal are suspended. When that is done, you will receive further instructions.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:      Jess Alexander Dance
           Jennifer Susan Huss
           Robert Charles Huss
           Elizabeth H. McCann
           James X. Quinn
           Jennifer L. Veiga