IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Robert C. Garnett, Sr., Claim #03-078

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Extension of Time (doc. #3231), filed February 29, 2008, is GRANTED.  Claimant has until March 14, 2008 to file his objection to final order.

Dated:  February 29, 2008


Service of this order shall be made via NEF, with standard mailing to Mr. Garnett.