**ORIGINAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes
with Civil Action No. 96-N-343)

Jesse (Jesus) Montez, et al.,
Plaintiffs,

VS.

Bill Owens, et al.,
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-078
Category: III
Claimant: Robert C. Garnett, Sr., 85800
Address of Claimant: P.O. Box 263, Crestone, Colorado, 81131

---

### MOTION TO FILE OUT OF TIME

---

**Comes Now** the Claimant, hereinafter Mr. Garnett, to respect-
fully move the Court to accept Mr. Garnett's objection to final
order of special master. As grounds for such, Mr. Garnett states
the following:

1). Mr. Garnett has been involved with pre-op tests and exam-
inations for surgery on both shoulders and cervical spine. Due to
the extreme pain and loss of use of his arms, it has taken him
longer to complete his Objection To Final Order of Special Master.
Please see exhibits hereto attached.

2). Mr. Garnett does offer his apology and begs the Court's
indulgence.

Respectfully submitted this 1st day of March, 2008.

Robert C. Garnett, Sr.   Pro Se
P.O. Box 263
Crestone, Colorado
81131

I certify that a true and complete copy was sent to the Office of
the Attorney General, 1525 Sherman Street, Denver, Colorado, 80294.

Robert C. Garnett, Sr.



**DEPARTMENT OF VETERANS AFFAIRS**
**EASTERN COLORADO HEALTH CARE SYSTEM**

Medical Center &
Nursing Home
1955 Clermont St.
Denver, CO
80220
303-399-8020

Nursing Home
2400 Oakshire Lane
Pueblo, CO
81001
719-595-7279

OUTPATIENT
CLINICS

522 Del Sol Dr.
Alamosa, CO
81101
719-587-6800

13001 E. 17th Pl.
P.O. Box 6337
Aurora, CO
80045
303-724-0190

25 N. Spruce St.
Colo. Springs, CO
80905
719-327-5660

1100 Carson Ave.
Suite 104
La Junta, CO
81050
719-383-5195

155 Van Gordon
Suite 395
Lakewood, CO
80228
303-914-2680

201 Kendall Dr.
Lamar, CO
81052
719-336-9972

4112 Outlook Blvd.
Pueblo, CO
81008
719-553-1000

SUPPORT
OFFICES

531 Lewis Street
La Junta, CO
81050
719-384-4632

507 Bent
P.O. Box 380
Las Animas, CO
81054
719-456-8036

1600 Fortino Blvd.
Pueblo, CO
81008
719-553-1000

# Fax

This transmission is intended for the use of the person or office to which it is addressed and may contain information that is privileged or protected by law.  All others are hereby notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that dissemination, distribution or copying of this communication is prohibited.

**Date Sent**   2-28-08

**# Of Pages**   (including cover sheet)   4

**Sent To**   Robert Sincox

**Fax Number sent to**   719- 256- 5275

**Sent From**   Alamosa VA

**Fax Number Sent From 719 587-6819**
**Contact Number        719 587-6800**

Report from: ALAMOSA CBOC    Station #554GF

Imaging
GARNETT,ROBERT CHARLES SR    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                    OCT 26,1943 (64)                    Page 1
================================================================================
                    *** WORK COPY ONLY ***
                                                                 Printed: 02/29/2008 09:10

Detailed Report
MRI SHOULDER,LEFT

Exm Date: JAN 25, 2008@09:45
Req Phys: CELADA,MARCO A                    Pat Loc: ALA CELADA (Req's Loc)
                                           Img Loc: DENVER-MRI
                                           Service: Unknown


(Case 2372 COMPLETE) MRI SHOULDER,LEFT              (MRI Detailed) CPT:73221
    CPT Modifiers : LT LEFT SIDE

    Clinical History:
      pain and limitation ROM both shoulder progressively worse

    Report Status: Verified              Date Reported: JAN 25, 2008
                                         Date Verified: JAN 25, 2008
    Verifier E-Sig:/ES/MARTIN A SABATINOS, MD

    Report:
      Routine shoulder MRI protocol.  No intra-articular Gadolinium was
      injected.

      Motion artifact.

      According to the requisition, case number 2372 is the exam number
      for "RIGHT" shoulder, but according to PACS, this exam is of the
      left shoulder (see above header).  This issue cannot be resolved
      based on image sequences alone.

      AC joint arthropathy.  Fluid in the subcoracoid bursa and
      superior subscapularis recess.  Intra-articular biceps tendon not
      well delineated; possible tear of the long head biceps tendon
      superiorly.  Humeral head osteophytes.

      Tiny round foci of marrow signal intensity with low signal
      intensity margins anteriorly equivocal for intra-articular loose
      bodies (oblique coronal sequences, image 18).

      Modest labral degeneration.  No convincing labral tear, however
      scant fluid within the joint.

      Subscapularis tendon tendinosis.  Intact teres minor tendon.
      Supraspinatus and infraspinatus tendinosis with at least partial
      thickness tear of both structures.

    Impression:


      1.  Shoulder arthritic changes with rotator cuff tendinosis and
      at least partial thickness tear of supraspinatus and
      infraspinatus tendons.  Potential biceps tendon tear.  Query tiny
      intra-articular loose bodies.

      2.  Ambiguity concerning whether this exam is of the right or
      left shoulder

      Please see above comments.

Primary Interpreting Staff:
    MARTIN A SABATINOS, MD, Staff Radiologist (Verifier)
    /MAS


================================================================================
                    *** WORK COPY ONLY ***

Report from: ALAMOSA CBOC   Station #554GF

Imaging
GARNETT,ROBERT CHARLES SR   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
OCT 28, 1943 (64)                                   Page 1

*** WORK COPY ONLY ***

Printed: 02/29/2008 09:10

Detailed Report
MRI SHOULDER,RIGHT

Exm Date: JAN 25, 2008 09:48
Req Phys: CELADA,MARCO A

Pat Loc: ALA CELADA (Req'g Loc)
Img Loc: DENVER-MRI
Service: Unknown

(Case 2376 COMPLETE) MRI SHOULDER,RIGHT        (MRI  Detailed) CPT:73221
CPT Modifiers  : RT RIGHT SIDE

Clinical History:
   pain and limitation ROM

Report Status: Verified                Date Reported: JAN 25, 2008
                                       Date Verified: JAN 25, 2008
Verifier E-Sig:/ES/MARTIN A SABATINOS, MD

Report:
   Routine shoulder MRI protocol.  No intra-articular Gadolinium was
   injected.

   Significant motion artifact limits diagnosis.

   According to the requisition, case number 2376 is the exam number
   for "LEFT" shoulder, but according to PACS, this exam is of the
   right shoulder (see above header).  This issue cannot be resolved
   based on image sequences alone.

   There is fluid in the AC joint, also superior subscapularis
   recess and glenohumeral joint.  Fluid signal in the subacromial
   subdeltoid bursa.

   Intact infraspinatus tendon but cannot exclude tendinosis
   distally.  Tendinosis of subscapularis also; cannot exclude tear.

   Supraspinatus tendon tear with underlying tendinosis.

   Subcortical cystic lesion posterior humeral head.  Acromiohumeral
   joint space narrowing.  Possible subacromial osteophyte(s).

   Glenohumeral joint chondral degeneration.  Normal morphology
   posterior labrum.  Cannot exclude anterior labral tear.

   Impression:

   1.  Rotator cuff tendinosis and supraspinatus tear.  Associated
   advanced arthritic changes.

   2.  There is some ambiguity whether this exam is of the right or
   left shoulder.

   Please see above comments.

Primary Interpreting Staff:
   MARTIN A SABATINOS, MD, Staff Radiologist (Verifier)
/MAS

*** WORK COPY ONLY ***

Report from: ALAMOSA CBOC    Station #3540F

Imaging                                                                                    Page 1
GARNETT,ROBERT CHARLES SR    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              OCT 28,1943 (64)

*** WORK COPY ONLY ***                                              Printed: 02/29/2008 09:25

Detailed Report
  MRI C-SPINE

  Exm Date: JAN 25, 2008009:56
  Req Phys: CELADA,MARCO A                Pat Loc: ALA CELADA (Req's Loc)
                                          Img Loc: DENVER-MRI
                                          Service: Unknown


    (Case 2378 COMPLETE) MRI C-SPINE                (MRI  Detailed) CPT:72141
        Reason for Study: See Clinical History:

      Clinical History:
        symptoms consistent with cervical radiculopathy

      Report Status: Verified          Date Reported: JAN 25, 2008
                                       Date Verified: JAN 25, 2008
      Verifier E-Sig:/ES/Michael J. Brantley, MD

      Report:
        Routine axial and sagittal sequences are taken through the
        cervical spine.

        Findings: No evidence for Chari I malformation.

        C2-3: Within normal limits

        C3-4: Diffuse bulging of the disc annulus combines with
        thickening of the ligamentum flavum to produce moderate central
        canal stenosis.

        C4-5: Focal right para-central disc protrusion with associated
        thickening of the ligamentum flavum produces moderately severe
        central canal stenosis.

        C5-6: Diffuse broad-based disk protrusion with right lateral
        component combines with hypertrophic changes in the uncovertebral
        joint to produce right foraminal encroachment.  There is mild
        central canal stenosis.

        C6-7: Changes of disc degeneration with diffuse bulging of the
        annulus.
        No significant central canal stenosis.

        C7-T1: Within normal limits

        Prior exams: 7 dec 2006.  There has been disease progression
        since the prior study at C3/4 and C4/5

      Impression:
          Disc protrusions and changes of central canal stenosis at
        multiple levels with disease progression at C3/4 and C4/5 since
        prior examination.  See discussion above.

  Primary Interpreting Staff:
    Michael J. Brantley, MD, Staff Radiologist (Verifier)
    /MJB


*** WORK COPY ONLY ***