IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number: 03-188
Category: III
Claimant: Alfred J. Prince, #61977
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the release and settlement agreement of the parties. The case has been settled.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

SIGNED this 3rd day of March, 2008.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master