IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-246
Category: Untimely Filed Claim
Claimant: Erica D. Williams, #65317
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the claim of Erica D. Williams. The Special Master noted that Claimant previously had filed a claim (02-666). Defendants filed a motion to dismiss the previous claim, and that was granted on November 29, 2006.

    The Special Master entered an order of dismissal on the present claim on December 28, 2007. A letter was received from Claimant indicating that she had not received her mail and that she wanted to respond to the previously issued show cause order. Claimant has filed a response to the show cause order.

    In her response Claimant does not deal with the issue of the previous claim. She discusses various matters that have arisen over the last couple of years. As a practical matter, virtually all of what Claimant discusses in her response deals with incidents that post-date August 27, 2003. There would be no jurisdiction over those incidents.

    More importantly, Claimant has not discussed why she is not bound by the dismissal of the previous claim. The Remedial Plan provides for an individual who was in DOC custody on or before August 27, 2003 to be able to file a claim and have it adjudicated. There is no provision in the Remedial Plan for multiple claims being filed by claimants. There is no provision for ongoing supervision of DOC practices and procedures by the Special Masters. Claimant has provided no basis for setting aside the dismissal of the previous claim and allowing this new claim to proceed

on to adjudication.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant has previously filed a claim and has presented no reason why she should be allowed to file a new claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 27, 2008.**

SIGNED this 29th day of February, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master