IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-254
Category: Untimely Filed Claim
Claimant: Percy A. Hanks, #61180
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master on the letter of Percy Hanks. In that letter, he requested help due to an injury that occurred recently on his job at the Fremont Correction Facility in Canon City, Colorado. It appeared that the issue set forth in the letter was beyond the jurisdiction of the Special Masters. Claimant was provided a claim form and instruction sheet. Claimant was granted up to February 25, 2008 in which to file a claim if he believed that he fell under the provisions of the Remedial Plan.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    The Special Masters have no jurisdiction over day-to-day activities in DOC. Nothing has been presented by Claimant that would indicate any jurisdiction under the Remedial Plan.

    IT IS HEREBY ORDERED that the claim of Claimant is denied, as the Special Masters have

no jurisdiction over the issues raised in the letter; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 27, 2008.**

      SIGNED this 3rd day of March, 2008.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master