IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: X-255
Category: Untimely Filed Claim
Claimant: Brandy F. Davis, #99062
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER cames before the Special Master on the letter Brandy Davis. In that letter, she indicated that she had tried to obtain forms to file a claim.

Mr. Davis previously filed a claim which was assigned #03-186. A hearing was held at DWCF on November 14, 2006 and November 28, 2006 before Special Master Richard C. Davidson. Ms. Davis appeared at that hearing. A final order was issued on December 7, 2007. Ms. Davis did not prove her claim, and it was dismissed.

A show cause order was issued to Claimant to indicate why she believed that she could file a new claim, even though her previous claim had been denied. Claimant was granted up to and including February 25, 2008 in which to file a response to the order to show cause. Claimant has filed nothing.

Claimant has not discussed why she is not bound by the denial of the previous claim. The Remedial Plan provides the right to an individual who was in DOC custody on or before August 27, 2003 to file a claim and have it adjudicated. There is no provision in the Remedial Plan for multiple claims being filed by claimants. There is no provision for ongoing supervision of DOC practices and procedures by the Special Masters. Claimant has provided no basis for setting aside the denial of the previous claim and allowing this new claim to proceed on to adjudication.

IT IS HEREBY ORDERED that this second claim of Claimant is denied, as Claimant has

previously filed a claim and has presented no reason why she should be allowed to file a new claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 27, 2008.**

SIGNED this 3rd day of March, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master