Robert E. Quintano
AVCF Reg #105549
Box 1000
Crowley, CO 81034

March 4th, 2008

Judge John L. Kane
U.S. Courthouse
901 19th Street
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2008

GREGORY C. LANGHAM
                CLERK

RE: Civil Action No. 92-cv-870-EWN-OES

Sir:

    I was encouraged to write you concerning the above mentioned claim, After meeting with Attorney Paula Griesen on January 22nd 2008 here at AVCF.

    DOC medical has denied that I have any physical disabilities although they were all noted in my file as I was inducted into DOC in July 2000. My main concern is the fact that I have a shortness of 1/2 to 3/4 inch shortness in my right leg compared to my left leg as well as my right foot being a full 1 and 1/2 size smaller than my left foot, (my left foot is a size 10 and 1/2 while my right is only a size 9.

    My problem is this, In july 2006 in a facility shakedown the heel lift for my right shoe was taken and not returned to me. As a result I filed grievance's stating It needed to be replaced as well as proper fitting shoes be provided, only to be told that they would not be provided because It was not a disability even though without them I'am in considerable pain even with everday walking and I'am not able to get the proper exercise because of this.

    However they have and continue to allow my family to bear the expense of my incarceration by allowing them, my family to send me proper fitting shoes, which is expensive and they no longer can continue to do so for me.

    DOC also claims it is not a medical condition yet they admit I do need the shoes and heel lift but will not provide them.

    I would appreciate anything you could do to help me with this situation and I thank you for all your hard work with this ongoing claim.

Sincerely,
Robert E. Quintano

do Department Of Corrections
Robert E. Quintano
umber 105549
4-A-3-3
er 1000
Zip Crowley, CO 81034



UNITED STATES DISTRICT COURT
ATTN: JUDGE JOHN L. KANE
901 19th STREET
DENVER, CO 80294-3589

LEGAL MAIL