# *LRC* *Legal Resolution Center*

<div style="columns">

7907 Zenobia Street
Westminster, Colorado 80030
  303-426-7365
  303-426-7714 (FAX)
  1-888-881-7365 (Toll-Free)
  RMLRC @ AOL.COM

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Judge Kenneth M. Plotz
Judge Patricia Madsen

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah
Minneapolis, Minnesota

</div>

March 3, 2008

Ms. Gail Shaw
Docketing Supervisor
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

      RE:   *Montez, et al. v. Owens, et al.*
          **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)**
          **Claimant:   Shannon Williams, Claim #:  03-117**

Dear Gail:

      On behalf of Special Master Borchers, I would like to request the temporary return of the above-referenced *Montez* claimant's file.  If you will notify our office when the file has been retrieved from storage, Judge Borchers will stop by the U.S. District Court and pick it up.

      We will return the file to the U.S. District Court as soon as possible.  We appreciate your kind assistance in this matter.  Please call me if you have any questions regarding this matter.  Thank you.

Sincerely,

Susan L. Carter
Assistant to the Special Masters