IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

 -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-338
Category III
Claimant: Mr. William List, #49545
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on his own motion. Claimant passed away on December 31, 2007. Claimant listed as his next-of-kin the Reverend Don Palmer in Odessa, Texas. An order was issued to Reverend Palmer advising him that he or another heir could proceed with the claim. The order required a written response by February 25, 2008. Nothing has been filed by any person claiming to be an heir of Claimant.

    IS HEREBY ORDERED that the claim of Claimant is dismissed without prejudice; and

    IT IS FURTHER ORDERED that Claimant's and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 27, 2008.**

    SIGNED this 5th day of March, 2008.

                               BY THE COURT:

                               /s/ Richard M. Borchers

                               _____
                               Richard M. Borchers - Special Master