Civil Action No. 92-N870 (OES). (Consolidated for all purposes
with Civil Action No. 96-N-343).

**THE HONORABLE JUDGE,   "RICHARD C. DAVIDSON".**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2008 MAR -6 PM 3: 56
GREGORY C. LANGHAM
CLERK
BY _____ DEP. CLK

---

JESSE (JESUS MONTEZ,  et al,.

     Plaintiff

Vs.

BILL OWENS,  et al,.

     Defendant

RECEIVED
FEB 2 9 2008
By _____

---

CLAIMANT: ROY JACK POLLARD,  94894
Claim Number # 03-272
Category:  III
Address of Claimant:
CTCF # 3,  P.O. Box # 1010
Canon City, Colorado,  81215-1010

---

### A NEW DEVELOPMENT

---

On February 25, 2008, the Claimant was taken to the eye clenic
to a specialist. Who examed the Claimant's eyes. He stated
that the glasses were the wrong presciption and as a result,
there was irreversible damage and in the not to distance future
the Claimant would need eye surgery.

February 27, 2008

Respectfully

Roy Jack Pollard
Roy Jack Pollard
Reg. No. # 94894