United States District Court for the District of Colorado
Civil Action, File No. 92-N-870(OES)

Jesse (Jesus) Montez, et al.

    , Plaintiff(s)

v.

Bill Owens, et al.

    , Defendant(s)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2008

GREGORY C. LANGHAM
             CLERK

---

## MOTION OF ADDITION

Comes Now Claimant Gerald Sensabaugh #100656 P.O. Box 777 Canon City, CO, 81215; Claim No. 03-146 To Bring Before this Court this Motion of Addition To Be paired with the previous Motion for Amended Stipulation to the Final Order of the Special Master: Also included three Attachments; Attachment, A; CDOC memorandum from Assoc Warden B. Allen Dated February 15, 2007 (should be 2008) which I Received on February 22, 2008. Attachment, B; A Diagram of Original/current mattress. Attachment, C; The Step one grievance (emergency) That was Filed in an attempt To Resolve the Problem thru Communation.

(1)

# INFORMATION

1. Per the Assoc Warden's memo the current mattress is of the same material as all other mattresses; this is a lie, all other mattresses contain the blue color closed-cell foam; since pictures were taken by Lt Wills of both mattresses (the original and the current), the pictures of the blue foam one were supposed to be attached to the grievance (per Lt Wills). As to the egg-crate mattress by its nature it is a supplemental mattress to be used in conjunction with the standard mattress, which is what the defendants medical expert said at the hearing before the Special Master. Since Assoc Warden Allen is not a medical offical how was he able to reach his conclusion? His assertion that the eggcrate mattress are a fire hazard is utter nonsense, since there's no cigarette smoking in D.O.C., and therefore no open flame; then this is the use of an antiqueted rule that hasn't been changed to obfustecate the issue, currently an egg-crate mattress in my cell is no more a fire hazard than the 2 cu. ft cardboard box full of paper (legal work) that is in my cell. Also during the hearing before the Special Master the Doctor for DOC. testifyed that there had been eggcrate mattresses in C.S.P. and that they were ordered by medical.

2. As shown by Attachments B, the current mattress was intensionaly made smaller, its even smaller than the standard issue mattress in lenth and width; and if not why wont staff discuss it?

(2)

3. "Which does not cause his degeneration or threaten his mental and physical wellbeing." <u>Ramos Vs Lamm</u> 639 F2d 559 568 (10th Cir 1980) My physical wellbeing is under attack and I'm solwly losing what mobility I have now, furthermore I live in terror of my leg being amputated due to the defendants constantly changing their minds and violating the spirit as well as the letter of the law as expressed in the Courts order, and then trying to cover up their collective misdeeds. quoteing <u>Wellman Vs Faulkner</u> 715 F2d 269 273 (1983) "good intentions" do not excuse a serious systemic deficiency.

## Conclusion

I would ask the court to grant the provisions as requested in the previous motion; that I be issued a new standard mattress and a new 4 inch egg-crate mattress and that they both be replaced every 12 to 14 months. Judge the U.S. Constitution is (or so I was taught in school) supposed to protect the individual from the state (government) that makes you the protector of America, and I need your help to protect me from the defendants (DOC) utter disregard for the laws and rules of society as proven by the 15 years it took for this suit to get to this point which somewhat looks like the begining.

Submitted February 25th, 2008

[signature]

(3)

Certificate of Service

I hereby Certify on Feb 25, 2008 that I placed this motion in the U.S. mail postage prepaid to be addressed as follows.

Clerk of the U.S. District Court
901 19th St.
Denver, CO. 80294

Attachment: A

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
**Centennial Correctional Facility**     **Colorado State Penitentiary**

P. O. Box 600                P. O. Box 777
Cañon City, CO   81215-0600  Cañon City, CO 81215-0777
Phone: (719) 269-5510        Phone: (719) 269-5120
FAX: (719) 269-5545          FAX:   (719) 269-5125



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

**DATE:**   February 15, 2007

**TO:**     Gerald Sensabaugh #100656
            Colorado State Penitentiary B-06-01

**FROM:**   Bobby Allen, Associate Warden of Custody/Control

**RE:**     Correspondence Dated February 13, 2008 Regarding Mattress

The Special Master required that you receive a "new four-inch-thick mattress or egg crate mattress" in his order. Egg crate mattresses are considered to be a fire hazard at CSP; therefore, a new four-inch-thick mattress was provided to you. The mattress is not made from an inferior material; it is the same material used in all offender mattresses. The Special Master's order did not require that this mattress be issued to you in addition to the regular mattress; therefore, we have met the requirements of his order.

BA/nlj

xc:   Working file/D. Webster
      File

Recieved feb. 22, 2008

ATTACHMENT: B

As shown the original mattress that was agreed on by the defendants and the claimant; was made from a blue color closed cell foam whose dimenisons were 75 inches long X 33 inches wide X 6 inches thick, and when compressed by full body weight the compression factor was 1.5 to 2 inches, providing a full 4 inches of support.



The current mattress which is in dispute is made from an inferior foam that is open-cell and white in color whose dimensions are 72 inches long X 29 inches wide X 4 inches thick, and when compressed by full body weight the compression factor is 3.75 to 3.95 inches; leaving less than $\frac{1}{2}$ inch of support, also I'm taller than 72 inches therefore my feet hang over the edge, pulling on my hip, and forcing me to sleep in a tortures position, and upon awaking my legs and feet are so swollen. As to I can not walk for up to $\frac{1}{2}$ hour. The current mattress is 3 inches shorter, 4 inches narrower, and 2 inches thinner, and provides zero support which was what the intianal claim was all about.

ATTACHMENT : C

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CCS 01/08-104    Emergency Grievance   B6-18
STEP (Circle One) 1 2 3    ADA? Yes No X

| NAME: Sensabaugh G | DOC NO. 100656 | FACILITY CSP |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: This grievance is filed under AR850-04(E)(1) I have a court order for a medical mattress. The current mattress I have is 2 yrs old the foam rubber inside is completely worn out and offers no support this is causing severe pain in my hip and back to the point of causing me to not be able to walk. Lt Olivettes inspection of this current mattress was incomplete. I sent kites to D. Burbank and Assoc Warden Allen but received no answers. This situation is intolerable I am in serious pain which could lead to blood clots in my leg, I have attempted to speak with the chain of command but have been stonewalled. The federal court order is clear it says a new mattress not a 2 year old worn out one. Remedy Replace the mattress.

DATE: 1-23-08    OFFENDER SIGNATURE: [signed]

DATE RECEIVED:   RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE: Med - Lounsberg Your medical chart & care as it pertains to the above have been reviewed in response to this Step 1. You did receive a new mattress per court order on 2/4/08. Your care has been adequate & appropriate, grievance is considered resolved as your remedy has been completed.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 2/8/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Lounsberg RN-C 986 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Med Other |
| DATE: 1-23-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # D Webster CSP 3279 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED FEB 0 5 2008

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Colorado State Penitentiary         Centennial Correctional Facility

P. O. Box 777                       P.O. Box 600
Canon City, CO 81215-0777           Canon City, CO 81215-0600
Phone: (719) 269-5120               Phone: (719) 269-5510
Fax:   (719) 269-5125               Fax    (719) 269-5125



Bill Ritter
Governor

Aristedes Zavaras
Executive Director

## MEMORANDUM

**DATE:**     January 25, 2008

**TO:**       Offender Gerald Sensabaugh #100656
              B Pod

**FROM:**     Susan Jones
              CCF/CSP Warden

**SUBJECT:**  Emergency Grievance

I have reviewed the issues that you presented as an emergency grievance. After consultation with the medical staff at CSP I have determined that this is not a medical emergency therefore, not qualifying your grievance as an emergency. Your grievance will be processed through normal channels.

cc:   Donna Webster, Case Manager
      File

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Centennial Correctional Facility     Colorado State Penitentiary

P. O. Box 600                P. O. Box 777
Cañon City, CO 81215-0600    Cañon City, CO 81215-0777
Phone: (719) 269-5510       Phone: (719) 269-5120
FAX: (719) 269-5545         FAX: (719) 269-5125



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# MEMORANDUM

**DATE:** 02/18/08

**TO:** Offender Sensabaugh #100656 B6-18

**FROM:** Lt. Will

**RE:** Mattress

I am writing to inform you that each time your mattress is found with damage, it will be confiscated for repairs and Code Of Penal Discipline Charges will be requested. If you are found guilty of the damage at the COPD hearing, then restitution will be requested for each damaged mattress.

The Department of Corrections is enforcing the Judge's order and the mattress will be repaired. If you have any further questions, please contact me during rounds. Thank you.

Cc: Capt. Huertas, Housing Supervisor
      Working File

**Colorado Department Of Corrections**

Name _Sensabaugh_
Register Number _100656_
Unit _CSP_
Box Number _???_
City, State, Zip _Canon City CO 81215_

Clerk of the U.S. District Court
901 19th St., 5th Flr.
Denver, CO. 80294