ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION 92 N 870 (OES) CONSOLIDATED WITH CIVIL ACTION 96 N 343

JESSE MONTEZ, et. al.,

PLAINTIFF,

v.

BILL OWENS, et. al.,

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 27 2008
GREGORY C. LANGHAM
CLERK

CLAIM NO: 03-162, CATEGORY III, ROBERT SCHWARTZ, BOX 999, CANON CITY, CO.

APPEAL TO JUDGE JOHN KANE, PURSUANT TO THE AUGUST 27, 2003 "REMEDIAL PLAN", XXXVI (A) AND (B), RESOLUTION OF DISPUTES, PAGES 30-31

COMES NOW, CLAIMANT ROBERT SCHWARTZ, PRO SE, AND IS ALLEGING A VIOLATION OF HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS, IN PART, PURSUANT TO THE AUGUST 27, 2003 REMEDIAL PLAN, XXXII, DAMAGES, PAGES 28-29, APPERTAINING TO THE "ENTITLE TO DISCOVERY" AND TAKING OF DEPOSITIONS, IN ORDER TO EFFECTIVELY AND AT LEAST MINIMALLY, PREPARE HIS CASE FOR HEARING, AS TO THE REQUIRED FUNDAMENTAL EVIDENCE, WHICH IS RELEVANT AND ARE "INTERNAL QUALITY ASSURANCE DOCUMENTS" AND MATERIALS, AS WELL AS "WITNESSES'" "NAMES NEEDED TO SATISFY SUBPOENA MANDATES AND GUIDELINES, FURTHER STATING:

(1.) THAT ROBERT SCHWARTZ, IS REQUESTING THE INTERVENTION OF THE HONORABLE JOHN KANE, JUDGE, PURSUANT TO "REMEDIAL PLAN", AUGUST 27, 2003, XXXVI, (A) AND (B), PAGES 30 AND 31, IN THAT HE HAS BEEN DENIED DISCOVERY, IN ORDER TO AT THE LEAST MINIMALLY PREPARE HIS CASE;

(2.) THAT ROBERT SCHWARTZ HAD FILED SEVERAL DISCOVERY PLEADINGS INCLUDING THE DECEMBER 15, 2007 "MOTION FOR DISCOVERY AND DEPOSITION IN PART, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULES 26 AND 34 AND REQUEST FOR COUNSEL" AND A SIMILAR DISCOVERY PLEADINGS DATED JANUARY 3, 2008, SENT DIRECTLY TO THE UNITED STATES DISTRICT COURT WHICH MOTION HAS NOT YET BEEN RULED ON;

3) THAT THAN SPECIAL MASTER, RICHARD C. DAVIDSON, WHO HAS NO AUTHORITY OR POWER, TO SIT ON ROBERT SCHWARTZ' CASE, PURSUANT TO XXXII. DAMAGES, OF THE REMEDIAL PLAN, DATED AUGUST 27, 2003, MANDATED BY "SHALL", ENTERED ORDERS, (AS TO ROBERT SCHWARTZ' A-BOVE DISCOVERY MOTION), DATED DECEMBER 28, 2007 AND JANUARY 16, 2008, STATING, THAT HE DID NOT HAVE THE "POWER" (JURISDICTION) "TO GRANT THE DISCOVERY REQUESTED BY CLAIMANT" AND THAT "THE REMEDIAL PLAN DOES NOT PROVIDE FOR DISCOVERY", WHICH IS NOT ROBERT SCHWARTZ' INTERPRETATION OF THE "REMEDIAL PLAN". THE MOTION, WAS DENIED;

4.) THAT ROBERT SCHWARTZ IS REQUESTING THE PERSON AND NAMES OF EMPLOYEES OF DEFENDANTS; AS WELL AS "RELEVANT INTERNAL QUALITY ASSURANCE DOCUMENTS", REFLECTING IN PART, THE REASONS FOR DEFENDANTS AND THEIR AGENTS, WITHHOLDING, IN PART, OVER FOUR HUNDRED TWENTY ONE (421) DAYS OF GOOD TIME/EARNED TIME FROM THIS CLAIMANT, BUT NOT WITHHOLDING SUCH, FROM OTHER INMATES, SAME OR SIMILARLY SITUATED;

5.) ROBERT SCHWARTZ IS REQUESTING SUCH, PURSUANT IN PART, TO THE "REMEDIAL PLAN" OF AUGUST 27, 2003, P. 28, XXXII, DAMAGES, II AND III, HAVING BEEN UNABLE TO WORK, DUE TO HIS MOBILITY INABILITIES AND RELATED PUNISHMENT, OF TAKING OF GOOD TIME AND EARNED TIME;

6.) THAT SUCH GOOD TIME/EARNED TIME WAS ILLEGALLY WITHHELD BY THE DEFENDANTS, FROM ROBERT SCHWARTZ, AS INDICATED ABOVE, AND STILL HAS SUCH PHYSICAL MOBILITY INABILITY, THAT PREVENTS HIM FROM WORKING, AS WELL AS OTHER PHYSICAL LOCOMOTIONS;

7.) THAT DUE TO SUCH INABILITY, ROBERT SCHWARTZ, WAS CHARGED AND CONVICTED OF A D.O.C. PENAL CODE VIOLATION IN 1993 OF REFUSING A DIRECT ORDER AND SENT TO THE COLORADO STATE PRISON (C.S.P.), CANON CITY, CO.

LORADO, TO BE HELD IN SOLITARY CONFINEMENT, FOR ALMOST A FOUR (4) YEAR PERIOD, SINCE HE WOULD NOT WORK;

(8.) THAT THE DEFENDANTS ARE INTENTIONALLY ATTEMPTING TO WITH-HOLD SUCH ILLEGAL ACTION, AND OF GOOD TIME AND EARNED TIME WITH-HELD, HAVING SINCE, FABRICATED OTHER REASONS FOR SUCH WITHHOLD-ING AS ROBERT SCHWARTZ, ONLY RECENTLY BECAME AWARE OF;

(9.) THAT DEFENDANTS BY SUCH ABOVE ACTIONS VIOLATED SECTION 17-22.5-405, C.R.S., IN PART AND NEVER HAVING GIVEN ROBERT SCHWARTZ, "ANY REVIEW," OR CHANCE TO REVIEW AND CORRECT SUCH IL-LEGAL TAKING OF GOOD TIME AND EARNED TIME, IN PART, VIOLATING HIS DUE PROCESS AND EQUAL PROTECTION RIGHTS;

(10.) THAT WITHOUT SUCH INTERVENTION BY THE HONORABLE JOHN KANE, JUDGE, ROBERT SCHWARTZ, WOULD ALSO BE UNABLE TO SUBPOENA ANY, OR HIS WITNESSES, OR "ADDITIONAL WITNESSES", FOR THE APRIL 21, 2008 HEARING, SINCE WITHOUT SUCH INTERVENTION, ROBERT SCHWARTZ WOULD LACK THE ESSENTIAL EVIDENCE, IN SUPPORT OF HIS CASE.

WHEREFORE, ROBERT SCHWARTZ WOULD GRACIOUSLY PRAY, FOR THE INTERVENTION OF JUDGE KANE, GRANTING DISCOVERY OF THE REQUEST-ED "RELEVANT INTERNAL QUALITY ASSURANCE DOCUMENTS," NAMES OF ALL CASEMANAGERS, ESSENTIAL OTHER STAFF AND THEIR WHEREABOUTS, PART OF AND DIRECTLY INVOLVED IN THE WITHHOLDING AND OR KEEPING OF RECORDS AS TO HIS GOOD AND EARNED TIME.

RESPECTFULLY SUBMITTED,

ROBERT SCHWARTZ, 60801
BOX 999, F.C.C.F
CANON CITY, CO. 81215-0999

CERTIFICATE OF MAILING

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THESE PLEADINGS WERE PLACED INTO THE U.S. MAIL, POSTAGE PREPAID, THIS FEBRUARY 22, 2008 AND ADDRESSED TO:

OFFICE OF THE COLORADO ATTORNEY GENERAL 1525 SHERMAN ST, 5TH FL.
DENVER, CO. 80203.

3.

...rado Department Of Corrections

ROBERT SCHWARTZ

Number 60801

1, F.C.C.F.

...mber 999

...tate, Zip CANON CITY, CO.
81215-0999

LOGGED LEGAL LETTER

049J82041378
$00.41
02/26/2008
Mailed From 81212
US POSTAGE

THE HONORABLE JOHN KANE, JUL
UNITED STATES DISTRICT COURT
1929 STOUT ST., # C-145
DENVER, CO. 80294

80294%0003