IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Jeffrey Harris, Claim number 03-321

## ORDER

Kane, J.

This matter is before the court on the "Motion for Payment" (doc. #2818), filed August 17, 2007. The motion is granted. It is the court's expectation that this matter has already been resolved by the timely payment of the amount awarded to the claimant. Should that not be the case, however, defendants are advised that the Final Order of Special Master (doc. #2668) is AFFIRMED, as there were no objections filed by claimant or defendants.

Dated: March 13, 2008

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court

Service of this order shall be made via NEF, with standard mailing to Mr. Jeffery Harris.