IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
 [Consolidated for all purposes with Civil Action No. 96–cv–00343]

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

v.

BILLRITTER *et al.,*

    Defendants.

# ORDER

Two pending matters require the attention of this court at this time. The first is **docket no. 2764**, a handwritten request filed by a person whose signature is not even legible. The illegibility also makes his argument difficult to decipher. The essence of his claim seems to be that he is a diabetic whose prison doctor ordered that his snack supplements for hypoglycemia be stopped. As a result, he has been eating toothpaste and is just about out of toothpaste. He also states that he is an African American who is a member of the *Montez* class. He states that other inmates are continuing to receive snack supplements and implies that he is a victim of discrimination and/or retaliation. He acknowledges having been told that one must have a glucose reading under sixty to be eligible for the snacks. He also complains that he has been charged for the supplements that he has not received.

On this state of the record, the motion is **DENIED**. This appears to be a case where a doctor has exercised a medical judgment with which Movant disagrees. It is also a case which could be resolved by invocation of the established prison grievance procedure. The *Montez* class action is not a procedural vehicle for every class member to air every medical grievance in federal court.

The second matter is **docket no. 2807**, a motion filed by Claimant Jill Coit. It apparently asks for a judgment declaring that Ms. Coit is a member of the *Montez* class. It recites that Special Master Bruce Pringle has so found but claims that Ms. Coit does not have a copy. Ms. Coit seems to allege that the other side is denying that she is a member of the class. The motion is **GRANTED**, in that the court takes judicial notice of its own file to determine that Special Master Pringle, on December 19, 2005, docketed an order (docket no. 1253) stating, *inter alia*, that Ms. Coit is a member of the class and that she was entitled to $350.00 in damages.

SO ORDERED.

Dated this 12th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge