FILED
UNITED STATES DISTRICT COURT
DENVER
MAR 11 2008
GREGORY C. LANGHAM
CLERK

92-cv-00870
EWN-OES

Dear Courts

I Am Writing This Letter To Inform The Courts That I Have A New Adress That is 6985 Stuart St #217 Westminster CO 80030 I Need All Information Sent To My New Ardess Claim Number 02-893 Category 11 DOC # 98562 Claimant Wayne Thomas Please Send All New And Up Dated Information To My New Adress Thank you.

Wa Thomas
Doc# 98562

P.S I Need Info on My Claim

THOMAS, WAYNE #217
6985 STUART ST #217
Westminster CO 80030

United State District Co
901 19th
Denver CO 80294
RN# A-105

80294+2500 C044