FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2008

GREGORY C. LANGHAM
CLERK

United States District Court for the District of Colorado
Civil Action, File No. 92-N-870(OES)

Jesse(Jesus) MONTEZ, eT al., Plaintiff(s)

v.

Bill OWENS eT al, Defendant(s)

# MOTION IN FURTHERANCE

Claim No: 03-146
Catagory: III
Claimant: Gerald Sensabaugh
Address of Claimant: P.O. Box 777 Canon City, CO. 81215

Comes now the Claimant to Bring Forth this motion in Furtherance of malfeasance of the Defendants/ DOC./C.S.P. in the on going case.

Attached to this motion is a Code of Penal Discipline (COPD) write- -up (Administrateve Regulation 150-01) that I Recieved on

March 6 2008 with a hearing set for March 10th at the hearing I told the Hearing officer that Floor staff for B-Pod Sgt Crutcher had seen that the end seam of the mattress was open when it was Delivered to my cell on Feb. 4 2008, and as such began to unravel after I had slept on it for 2 nights. The Conversation as alluded to by Lt Wills in the write-up never took place as I was Handcuffed, Removed from my Cell and locked in the Dayhall, after Lt Wills Finished taking pictures, she took the Camera and left the Pod. Sgt Crutcher and CO. Martinez took me from the Dayhall back to Cell B6-18. on Feb 15(?) Lt Wills Brought me the memo (was enclosed with last motion) and said any subsequent acts and I would be wrote-up (she also said the same thing at the Hearing, then tried to Allude that there had been other acts!) The Hearing was continued till Sgt Crutcher could be available to testify. As I was leaving the hearing another Lt. said "So you'll get found guilty next week"

## Conclusion

At what point is it enough? the only thing that the Defendants understand is when you toss their ass in Jail and/or take large sum's of money from them Because they Dont Respect the letter or the Spirit of the law.

Submitted
March 10 2008

[signature]

G. Sensabaugh Claimant Pro Se

# Certificate of Service

I hereby certify that I mailed postage prepaid the motion in furtherance this 10th day of March 2008 to the address below

Clerk of the U.S. District Court
901 19th St.
Denver CO 80294

**DEPARTMENT OF CORRECTIONS**
**NOTICE OF CHARGE(S)**

**DC FORM 150-01A**
**(Revised 09/02)**

**FACILITY CSP** **CASE NO. 270433**

1. OFFENDER NAME **SENSABAUGH, Gerald** DOC NUMBER **100656**

CURRENT HOUSING UNIT **B6-18** CURRENT SECURITY DESIGNATION **AD SEG**

2. ALLEGED CHARGES Date 02-06-08 Time 0800 HRS. Location B POD

Class **II** Rule **02** Specific Charge (Code of Penal Discipline) Use extra sheets if necessary **Damage to Property**

3. SUMMARY (Factual Reporting, including who, what, when, where, and how).

On 02/06/08 at approximately 0800 hrs Lt. Will along with Sgt. Crutcher and CO Martinez went to inspect the new court ordered mattress given to Offender Sensabaugh, Gerald 100656 P2 B6-18. Staff reported that Offender Sensabaugh was unhappy with the foam inside the mattress and is sleeping on the cement bunk. Lt Will went to B6-18 and Offender Sensabaugh told her that the mattress is unusable and is in the shower area of his cell. Offender Sensabaugh showed Lt Will the mattress and stated "I pulled the string to open the mattress and it has white upholstery foam in it and not blue foam which is unacceptable." Offender Sensabaugh stated "I used to work in the upholstery shop and I know the difference." Lt Will stated "So you opened the mattress that was just issued to you on Monday" and he responded "Yes, because it is not what the court ordered." Offender Sensabaugh stated "the court ordered me to have a 6" thick mattress and this one is only 4". The action of offender Sensabaugh meets the definition of Class II-2 Damage to Property in that he intentionally damaged state property. The cost to repair the damaged mattress is $42.00.

4. CONTRABAND: (Description and disposition. Also including same type information as required in number 3 if not listed.)

5. NAMES OF WITNESSES TO VIOLATION: (Including employees)

Sgt Crutcher

I certify that aforementioned charges and summary are true and correct to my knowledge. The date of my signature reflects the discovery date of the violation.

S/ Lt. R. Will 3/5/08
Initiating Employee **Lt. R. Will** Date

S/ J. Pacheco 3-6-08
Reviewing Supervisor **Lt. J. Pacheco** Date

6. INVESTIGATIONS/PHARMACY REPORT (When required) Date ______

Signature ______ Comments ______

7. HEARING SCHEDULE: This case is scheduled for: **03-10-08 Mon.** at: **8:30 a.m.**
Formal Hearing {X} Informal Conference { }

8. SERVING EMPLOYEE: You are hereby served with a copy of alleged charges this ____ day of ______ 20___ at ____ (am) (pm). If you desire witnesses, in accordance with the Code of Penal Discipline, please notify the Reviewing Supervisor as soon as possible, but no later than 24 hours prior to scheduled hearing, to avoid a continuance.

Signature ______ Date ______

9. OFFENDER ACKNOWLEDGMENT. I acknowledge receipt of a copy of the Notice of Charge.
I do {X} do not { } desire an offender representative.

Signature ______ Date 3/6/08

Distribution: White - Department File Canary - Working File Pink - Warden/Director Gold - Offender

Attachment "A"

Offender's Copy

# Incident# 180401

**Report 1 detail by WILL, RAEANNE (rmwill) for Incident 180401**

---

On 02/06/08 at approximately 0800 hrs, I, Lt. Will, along with Sgt. Crutcher and CO Martinez went to inspect the new court ordered mattress given to Offender Sensabaugh, Gerald #100656 P2 QL3 B6-18. Staff reported that Offender Sensabaugh is unhappy with the foam inside the mattress and is sleeping on the cement bunk. I went to B6-18 and Offender Sensabaugh told me that the mattress is unusable and in the shower area of his cell. Note: Offender Sensabaugh is in a medical cell that has a shower. Offender Sensabaugh showed me the mattress and told me "I pulled the string to open the mattress and it has white upholstery foam in it and not blue foam which is unacceptable." Offender Sensabaugh stated "I used to work in the upholstery shop and I know the difference." I said "So you opened the mattress that was just issued to you on Monday" and he responded "Yes, because it is not what the court ordered." Offender Sensabaugh told me that the court ordered him to have a 6" thick mattress and this one is only 4". Photographs of the damaged mattress were taken and submitted as evidence. Shift commander, Capt. Dalton, was notified along with property Capt. Vendetti and Capt. Huertas. COPD charges are requested. End of Report.


02/05/2008


So wax coated 120 lb test nylon thread
I must be the strongest 60yr old
person in the world to break that
with my bare hands!!!
02/05/2008


02/05/2008
Sensabaugh
# 100656
B6-18

**Colorado Department Of Corrections**

Name Senzabaugh

Register Number 100656

Unit CSP

Box Number 777

City, State, Zip Canon City CO 81215

COLORADO SPRINGS CO 809
PM
11 MAR
2008

Clerk of the U.S. District Court
901 19th St.
Denver, CO. 80294

80294325OO ✱C044