IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: David G. Bryan, Claim number 03-130

## ORDER

Kane, J.

This matter is before the court on claimant's "Motion of Appeal of Final Order of Special Master" (doc. #2650). I have reviewed the Motion and the Final Order of Special Master (doc. #2530). The Motion of Appeal is DENIED. The Special Master, in a detailed and substantive order, found in favor of the claimant and awarded him a damages in the amount of $2000.00. I find that award appropriate. The Final Order of the Special Master is AFFIRMED.

Dated:   March 14, 2008

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Bryan.