IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Nathaniel Huguley, Claim number 03-218

## ORDER

Kane, J.

This matter is again before the court on a letter (Motion for Reconsideration)(doc. #3111) filed by Claimant, Nathaniel Huguley. The Motion for Reconsideration is DENIED. As previously set forth, The Special Master issued a favorable decision finding that the claimant met his burden and proved his claim by a preponderance of the evidence, and awarded the claimant damages in the amount of $1,000.00. I found that the award of $1,000.00 was, and still is, appropriate in this case. The Final Order of Special Master is AFFIRMED.

Dated: March 14, 2008

                        BY THE COURT:

                        *s/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Huguley.