IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Fred K. Loftin, Claim number 02-688

## ORDER

Kane, J.

This matter is before the court on claimant's "Motion to Object to Order Denying Claim" (doc. #2651). I have reviewed the Objection, the supplemental documentation provided by the claimant, and the Final Order of Special Master (doc. #2486). The Objection is OVERRULED. The Special Master correctly found that the claimant failed to prove that he was the victim of any act of discrimination prohibited by the ADA and Rehabilitation Act. The Final Order of the Special Master is AFFIRMED.

Dated: March 14, 2008

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Loftin.