IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-321
Category III
Claimant: Jeffrey Harris, #101324
Address of Claimant: CTCF, P.O. Box 1010, Canon City, Colorado 81215-1010

**RESPONSE TO ORDER OF MARCH 13, 2008 (DOC. 3272)**

---

Defendants, through the Colorado Attorney General, respectfully submit the following "Response to Order of March 13, 2008 (Doc. 3272)."

1. On May 16, 2007, the Special Master found in favor of Claimant Jeffrey Harris in his individual Montez damages claim. The Special Master awarded Harris $350.00.

2. On August 22, 2007, after Harris' time to object had passed, the Office of Attorney General sent Harris a W-9 form and a letter which explained, "[i]n order for you to receive the monetary award, you must complete the attached W-9 form and return it to our office. . . . Your award will be processed after we receive the completed W-9."  (Letter to Jeffrey Harris, dated August 22, 2007, attached as Exh. A).

3. The State cannot issue a check to a payee until the payee has submitted a completed W-9 form. As a result, the State cannot process a claimant's damages award until the claimant has submitted a completed W-9 form.

4. As of March 17, 2008, Harris has failed to return a completed W-9 to the Office of the Attorney General.

5. As soon as Harris returns a completed W-9 form to the Office of the Attorney General, the State will finish processing his monetary award and will deposit the award into his inmate banking account. However, as noted above, such payment cannot be processed until Harris submits a completed W-9 form.

Respectfully submitted this 17th day of March, 2008.

JOHN W. SUTHERS
Attorney General


s/ Jess A. Dance
JESS A. DANCE*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendant

1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: 303-866-5165
Email: jess.dance@state.co.us
*Counsel of Record

2

## CERTIFICATE OF SERVICE

I certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and mailed copies of the foregoing via the United States mail, postage prepaid, at Denver, Colorado, addressed as follows:

Jeffrey Harris, #101324  
Colorado Territorial Correctional Facility  
P.O. Box 1010  
Canon City, Colorado 81215-1010

*Courtesy Copy to*:  
Cathie Holst

s/ Darlene S. Hill_____