

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

August 22, 2007

Jeffrey Harris, #101324
Crowley County Correctional Facility
6564 State Hwy 96
Olney Springs, CO  81062-8700

RE:   *Montez v. Owens*, 92-CV-870 EWN-OES, Consolidated (for all purposes with Civil Action No. 96-CV-343)
Claim #03-321

Dear Mr. Harris:

After a hearing on the evidence, the Special Master awarded you a monetary award of $350.00 as full and complete compensation for your claim in the above-referenced case. In order for you to receive the monetary award, you must complete the attached W-9 form and return it to our office. Please take the time to complete the W-9 form. If you need assistance completing the W-9, instructions have been included with the form. Feel free to make a copy of the W-9 for your records. Please return the original, completed W-9 to the Attorney General's Office as soon as possible.

Your award will be processed after we receive the completed W-9. Thank you for your time and prompt attention to this matter.

Sincerely,

FOR THE ATTORNEY GENERAL

DARLENE S. HILL
Legal Assistant
Corrections unit
(303) 866-4168
(303) 866-5443  (FAX)

Enclosure
cc:   Cathie Holst
       file