IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Alfred Raglin, Claim number 02-285

---

**ORDER**

Kane, J.

This matter is before the court on Claimant, Alfred Raglin's Motion for Reconsideration (doc. #2916). I have reviewed the motion, and the previous filings in this matter. The motion is DENIED. The order affirming the Final Order of Special Master is reiterated. The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The ruling of the Special Master was based on the evidence presented, and the law was properly applied. Mr. Raglin has a number of complaints regarding the quality of medical care at the facility, but those issues are not within this court's jurisdiction as is relates to this case. Mr. Raglin may, however, address his complaints through separate individual action, not as part of the remedial plan in this case. Dismissal of this claim was appropriate.

Dated: March 18, 2008

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT