IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-N-870(OES)

Jesse(Jesus) Montez, et al.,

        Plaintiff(s),

vs.

Bill Owens, et al.,

        Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number:  03-318
Category:  III
Claimant: Genady B. Slonimsky, #106124
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO  81215

---

### NOTICE OF OBJECTION

---

**COMES NOW**, Genady B. Slonimsky, the Claimant, Pro-Se, on his own behalf, with or without the advice of counsel, and now enters his Notice of Objection, and respectfully moves this Honorable U.S. District Court to Grant his notice, and for grounds, this Claimant states as follows:

1. This Honorable Court has jurisdiction over this matter.
2. This Claimant objects and refutes the findings of the Defendants, and the ruling of this Court.
3. This Claimant requests an evidentiary hearing to discuss and illustrate his position in this case.

**WHEREFORE**, this Claimant prays, that in light of the aforementioned issues, that this Honorable Court Grant his notice, and in the alternative, this Claimant requests an evidentiary hearing to discuss the merits of this case.

Page #1

Respectfully submitted on this 7th day of March, 2008.

Respectfully Submitteed,

_____

Genady B. Slonimsky, Claimant
Reg. #106124
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado   81215-1010
(719)-275-4181

## CERTIFICATE OF MAILING

I hereby certify that on this 7th day of March, 2008, a true and accurate copy(Original to Court) of the foregoing Notice of Objection, was placed in the United States Mail, first class postage pre-paid, and addressed as follows:

U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado   80294

Attorney General of Colorado
1525 Sherman Street
Denver, Colorado   80203

_____
Claimant

Page #2

**Colorado Department Of Corrections**

Name _Slonimsky Gerady_

Register Number _106124_

Unit _CTCF - 1_

Box Number _1010_ _Colorado_

City, State, Zip _Canon City, 81215-1010_

COLORADO SPRINGS
CO 809
14 MAR 2008 PM 2 T

LET US PRAY
THINK, SPEAK
John Adams
powerofT

U.S. District Court for the District
of Colorado
U. S. Courthouse
901-19th Street
Denver, Colorado 80294