FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 17 2008

GREGORY C. LANGHAM
CLERK

Clerk of the United States District Court
901 19th Street
Denver, Co 80294

Civil Action No. 92-N-870 (OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

Jesse Montez, et al   Plaintiffs
   v
Bill Owens, et al   Defendant

Claim No: 03-145
Category: III
Claimant: Edward Wetherbee #58059
Address: FMCC, Unit B, P.O. Box 200 Canon City, Co 81215

Objection to Ruling 28th day of December 2007
From the Sept. 10, 2007, Hearing

I Edward Wetherbee pro-se object to the ruling. The reason I saw Dr Pohlman May 27th 2003, the orthopedic specialist was for the hip replacement, but was told that Sterling did not have the money for the surgery. That is when I asked for the lift shoe. It took 18 months to receive them Dec 13, 2004.

They also said that I never asked for treatment for my GI Tract. After my first colonoscopy

12-7-99, I did the grievance 10-16-00, exhibit I+J in the original claim Action No 92-N-870. And the grievance started 3-13-06 to 8-14-06 and the denial 4-19-07 enclosed.

With this condition of immune deficiency of the GI Tract, prostate and sinus, if I had the hip operation, without caring for these deficiency, I would not heal properly and may end up with cancer. Where as, these deficiency were cared for first, I would not be looking at cancer and would heal properly after the hip operation. In 8-25-04 my white blood cell count was 4.0. It should be 4.2. Last summer my white blood cell count was at 3.5. It get down to 3.0 I will have cancer.

I went so long without a lift shoe, now I am disfigured, scoliotic curve resulting from the shortened right leg.

I feel monetary damages in an amount of $1,000,000.00 (one million dollars) is just and proper by the Honorable court.

Claimant request time served credit and released, Discharged.

Respectfully Submitted

Edward Wetherbee

3-13-08

To the Honorable Court, an explanation to why I feel the way about the hip replacement. I have tried to get the treatment to cure the condition of immune deficiency through the grievances.

Number one is the white blood cell count and the concern of getting cancer. If I get cancer in here before I am released, it will be over. The way the medical department has not already taken care of my immune deficiency. With these three conditions GI Tract, prostate and sinus, they have me tied to the restroom all the time.

When I was moved from Sterling facility to FMCC, being transported, I was very uncomfortable. That was three years ago 2005. Now I even worse.

When I saw the parole board Jan 2005, my casemanager at Sterling said I would be released with 80% of my time completed in 2007. In 2007, I was set back another year. Jan 2008, now another year set back. Once I am release I will have SSI and Veteran benefits, to attain proper medical treatments.

Just being able to attain the correct nutritional needs for my conditions of my GI Tract will help. I have read two good books "Food Remedies" and "Healing With Whole Foods" that I will follow their recommendations. I am guessing, about 50% of my I.B.S,

problems are the poor quality of the food and the way it is prepared.

I am 62 years old D.O.B. 12-20-45, my discharge date is 9-2011. It is very frustrating existing in here. Where as when I am released I will be able to attain the correct medical treatments and nutrition. Then when these conditions are cured, get the hip replacement.

Respectfully Submitted

Edward Wahnkee

3-13-08

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

DC FORM 850-4A (06/04)

Grievance Number: C-CM05106-274 / CM-05-062
STEP (Circle One) 1 2 **3**  ADA? Yes ☐ No ☐

NAME: Wetherbee, Edward   DOC NO. 58059   FACILITY: FMCC

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

Medical: On 3-13-06 I submitted a grievance stating "I need the medication antifungal to treat the diverticula in my colon." "Grievance Denied" On 4-21-06 step II. I wrote that I am lactose intolerant and I have diverticula in my sigmond colon. Everything I have read says that this is caused by fungus. I talked to Dr Bautista about this all last year. To date there has been no response to the second step. According to the Merck Manual the cause of diverticula is "moniliasis" (Fungus) and the treatment is an antifungal medication "Diflucan". I need this medication to treat my ongoing I.B.S. (Irritable Bowel Syndrome).

DATE: 8-14-06   OFFENDER SIGNATURE: Edward Wetherbee

DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID:

RESPONSE:

AUG 21 2006

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE:   SIGNATURE/PRINT NAME & Staff ID #
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 8-18-6   SIGNATURE/PRINT NAME & Staff ID # _C. Lomalli 6817_
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC #

Distribution: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1



**Anthony A. DeCesaro**

GRIEVANCE OFFICER
2862 S. Circle Drive, Suite 140
Colorado Springs, CO 80906-4122

April 19, 2007

RE: Grievance #C-CM05/06-274

Dear Mr. Edward Wetherbee #58059:

I have reviewed your Step 3 grievance that you filed with regard to medical care.

However, I did not receive a copy of your Step 2 grievance or the response of staff members to your previous submission. You indicate that you filed it but that you failed to receive a response, but indications are the Step 2 was never filed. Whenever a grievance is filed a copy of the grievance is made and kept, and an entry is made into the grievance database; neither of those actions were noted which indicates it wasn't filed.

It is the offender's responsibility to provide copies of all previous steps and responses. Administrative Regulation 850-04 IV. B. 4. a. requires that these procedures must be followed. Without these prior steps, I have no way of determining what your initial complaint was and how staff responded to that complaint.

The time constraints outlined in AR # 850-04 are now expired regarding these events, so there will be no further review of this matter.

Because of your failure to follow the grievance procedure, you have not exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
    grievance file
    Tom Kolle, Offender Records

**Colorado Department Of Corrections**

Name  Edward Wetherbee
Register Number  58059
Unit  FMCC  Unit B
Box Number  200
City, State, Zip  Canon City, CO 81215

Clerk of the United States District Court
901 19th Street
Denver, CO  80294