**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2008

GREGORY C. LANGHAM
                    CLERK

92-cv-00870 EWN

Reg. #90353
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado  81215-1010
March 13, 2008

U.S. District Court of Colorado
Attn: Clerk of the Court
901 - 19th Street, Room #A105
Denver, Colorado  80294

RE: Claimant Howell F. Roberts,
    Claim number 01-141.

Dear Honorable Judge Kane,

    I am writing to advise you that I have finished with the list of objections to your ORDER dated February 12, 2008. I have turned the list of objections in for copying into the Law Library, however, due to the extensive closure of the Law Library due to heavy construction, the copies may take a couple of days to retrieve and mail to your Honorable Court.

    I am keeping your Honorable Court notified of this particular situation.

    Thank you very much for your time and consideration in this matter. I look forward to your favorable response, and positive ruling, very shortly.

Sincerely,

Howell F. Roberts, III
Claimant
Claim #01-141

xc: file

**Colorado Department Of Corrections**

Name  Howell F. Roberts

Register Number  90353

Unit  c/o C.T.C.F./C.H. #7

Box Number  P.O. Box 1010

City, State, Zip  Canon City, CO  81215

U.S. District Court of Colorado

Attn: Clerk of the Court

901 - 19th Street, Room #A105

Denver, Colorado           80294