IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Michael W. Purcell, Claim number 02-906

## ORDER

Kane, J.

      This matter is before the court on claimant's "Motion to Suppress Evidence and Quelch" (doc. #2737). I have reviewed the Motion and the Final Order of Special Master (doc. #2689). The Motion appears to be an objection to the Final Order of the Special Master, and I will rule on it accordingly.

      The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. Mr. Purcell has expressed concerns regarding the quality of medical care, but that issue is not within this court's jurisdiction as is relates to this case. He may, however, wish to address those issues through a separate individual action, not as part of the remedial plan in this case. The contention of claimant that he was discriminated against by not being allowed to participate in a "fire" program is without merit. It is the disability itself that would preclude his participation, not

discrimination. The dismissal of this claim was appropriate, as Mr. Purcell is not a member of the class as defined in the Settlement Agreement. The Objection is OVERRULED. The Final Order of the Special Master is AFFIRMED.

Dated: March 15, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Purcell.