IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Barbara Freeman, Claim number 03-105

**ORDER**

Kane, J.

This matter is before the court on Claimant, Barbara Freeman's "Motion for Amended Stipulation and Order for Status of Compliance for CDOC with Remedial Plan" (doc. #2773), filed July 30, 2007. The court has carefully reviewed motion, which appears to be a request to re-open her claim along with a number of complaints regarding medical care and conditions at the facility.

The Motion DENIED. As stated in this court's previous order, the concerns raised in that motion are not within the scope of this case. Any concerns regarding the quality of care should be addressed in the context of a separate civil action, and not as part of the remedial plan in this case. I repeat, Ms. Freeman's claims in this case have now been fully adjudicated and no additional filings will be considered.

Dated: March 19, 2008

                                                      BY THE COURT:

                                                      **s/John L. Kane**
                                                      JOHN L. KANE, SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT