IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Lilbert L. Beasley, Jr.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    This matter is before the court on the Motion pursuant to D.C. COLO. LCivR 7.2 to Close Court Proceedings (doc. #3051), filed *pro se* by Lilbert L. Beasley, Jr.. As stated in the rule, a judicial officer may order all or a portion of papers and documents in a case sealed *upon a showing of compelling reasons.* No such showing has been made. The motion is DENIED.

---

Dated: March 19, 2008


Service of this order shall be made via NEF, with standard mailing to Mr. Beasley.