IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Duncan Leach

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Request by Class Member for Disclosure of Funds Paid to Class Members (doc. #2964), is DENIED.

---

Dated: March 19, 2008


Service of this order shall be made via NEF, with standard mailing to Mr. Leach.