IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Thomas T. Valdez, Claim number 03-359

## ORDER

Kane, J.

    This matter is before the court on Claimant, Thomas T. Valdez's Motion for Resolution of Dispute - Legal Materials and Jurisdiction (doc. #2783) and Appeal to Judge Kane of Special Master's Rulings/Orders re Jurisdiction and Excess Legal Materials/Discovery (doc. #2784). It is not surprising that Mr. Valdez has difficulty limiting the volume of documents he wishes to keep in his cell, given that it took him nearly 60 pages just to make this request. The court suggests that Mr. Valdez take a critical look at the documents he actually needs and purge the remainder. The court finds that extreme circumstances do not exist that would allow the retention of excess documentation, and Mr. Valdez must comply with the CDOC regulations governing the amount of paperwork he is allowed to keep in his possession. The motion is DENIED.

Dated: March 19, 2008

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Valdez.