IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: John L. Sheets, Claim number 03-303

## ORDER

Kane, J.

This matter is before the court on claimant's "Motion to Suppress Evidence and Quelch/Motion to Modify and Amend Master's Order" (doc. #2670). I have reviewed the Motion and its attachments, and the Final Order of Special Master (doc. #2618). The Motion is granted in part and denied in part. The "Motion to Suppress Evidence and Quelch", is GRANTED, in that Defendant's Exhibit B, which refers to John Raymond Sheets, BD: 2/14/50, is STRICKEN from the record as it does not pertain to this Claimant, John L. Sheets, BD: 6/8/74. The remainder of the pleading, the "Motion to Amend Master's Order" is DENIED.

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The dismissal of this claim was appropriate, as Mr. Sheets is not a member of the class as defined in the Settlement

Agreement. The Objection is OVERRULED. The Final Order of the Special Master is AFIRMED.

Dated: March 20, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT


Service of this order shall be made via NEF, with standard mailing to Mr. Sheets.