IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Francisco R. Flores, Claim number 02-208

## ORDER

Kane, J.

This matter is before the court on Claimant, Francisco R. Flores' "Notice of Appeal of Special Master's Final Order" (doc. #2908). The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered in great detail the physical limitations of Mr. Flores, and correctly concluded that Claimant failed to prove he was disabled *as defined by the Settlement Agreement*. Dismissal of the claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2790) is AFFIRMED.

Dated:   March 21, 2008

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Flores.