IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: George Charles Knorr, Claim number 03-247

## **ORDER**

Kane, J.

This matter is before the court on claimant's "Writ of Quo Warranto" (doc. #2632). A Writ of Quo Warranto is not a pleading recognized by law. It is an order of a court which can be obtained by the filing of a petition. There is no legal basis for the granting of such a petition in this case. The only recognized pleading for a claimant in this action is the filing of an objection to an order of a Special Master in strict accordance with the provisions of the Settlement Agreement. The claimant here is bound in the action the same as all other claimants. If he desires to pursue other claims, outside the scope of this case, he must do so by filing an independent action. All further pleadings not in accordance with this order will be stricken.

Dated:  March 21, 2008

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Knorr.