IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

Claim Number 03-413
Category III
Claimant: Michael Hunter, #103582
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master for hearing on March 6, 2008. The Special Master was advised by Claimant that he had settled his claim and did not wish to have a hearing. The Special Master is satisfied that this settlement was voluntary on the part of Claimant.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed with prejudice, as a settlement has been reached between the parties.

SIGNED this 10th day of March, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master