ATTENTION: THEE Honorable Judge Borchers
Claim No: 03-256 Catagory II

RECEIVED MAR 11 2008 By___
FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2008 MAR 17 PM 4:42 GREGORY C. LANGHAM CLERK

Sir, I am enclosing this letter today which is 8th day of March 2008.

First of all Sir My Name is Mr. Jerry Simmons D.O.C. # 113385, I am currently incarcerated at the Denver County Jail located at P.O. Box 1108, Denver, Colorado, 80201.

The purpose of this letter is for your assistance in possibly lending me in the right direction concerning my current position with my Jesse Montez Action, I am a claimant and my claim no. is 03-256 Catagory II.

Sir I don't know if you remember me but you once assisted me before.

The problem I have now is I received a letter containing a Order from the United States District Court, The Order of Dismissal of Special Master, The Order of Dismissal is based on me failing to attend a Hearing on July 13, 2006 before Honorable Judge Bruce Pringle. Sir when I was released from prison I was placed on parole to a place that is called Colorado Coalition For The Homeless. During my stay at that facility I had a case manager by the name of Ms. Jennifer Ozawa-Hanson, Ms. Ozawa-Hanson indicated to Mr. Jess Dance that she never received any notice of a Hearing for me concerning me attending any Hearing on July 13, 2006.

→

1.) At this current time my diabetes has worsened, my medical care at the Denver County Jail is very poor, but I am awaiting my return back to D.O.C.

2.) In the order it states that I can file a objection to the order of dismissal of the Special Master pursuant to Federal Rules of Civil Procedure 53(g)(a).

3.) Sir at the Denver County Jail where I am incarcerated at, they also have very limited legal access to the Montez case, so again I am left to seek your assistance if you can.

4.) I wrote a letter to Mr. Borchers concerning my problem but I was told he is the wrong person to contact.

5.) Sir can you possibly write me as soon as possible and lead me in the right direction so that I don't loose my claim with Montez.

Your immediate attention in this matter will be greatly appreciated.

P.S. This is my current address and information;

Jerry Simmons,
Bld 8-E-
P.O. Box 1108
Denver, Colorado, 80201

Respectfully Submitted

Jerry Simmons #113385

Jerry Simmons #1567042
Bld 8. E.
P.O. Box 1108
Denver, Colorado. 80201

DENVER CO 802
10 MAR 2008 PM 2 T

"LET US DARE T[O]
THINK, SPEAK [&]
John Adams, 17[..]
powerofthe[..]

Honorable Judge Richard Borchers
7907 Zenobia St.
Westminister, Colorado. 80030

80030+4444