Exh. A

```
= MEDICAL ============ QUERY MEDICAL INFORMATION ========= 08/04/2006 = Page  1
Doc No: 83672   Name: OBOYLE, PATRICK                    FMCC/UNITD PRES FACIL
=============================================================================
Medical Level:    Qualifier Code:    Desc:          Date Assigned:
 Dental Level:    Qualifier Code:    Desc:          Date Assigned:
          Chart Out Dtd:          Chart Location:            Comments
=============================================================================
        Medical Conditions                  Medical Procedures

Date Assgnd Date Rslvd Condition  Qu   Date Assgnd Date Rslvd Procedure  Qu
----------- ---------- ---------- --   ----------- ---------- ---------- --

=============================================================================
      Medical Housing Restrictions        Medical Assignment Restrictions

Date Assgnd Date Rslvd Condition  Qu   Date Assgnd Date Rslvd Procedure  Qu
----------- ---------- ---------- --   ----------- ---------- ---------- --
                                       08/09/2000             STANDING
                                       08/04/2006             NOHVY-LIFT P
                                       08/04/2006             NO BENDING P
```

Medical   No standing over 40 min. then 2 hr. sit down rest. No lifting ov
Comments  er 75 lbs. No repeatative Bending type work or activity.


Chart
Comments

*Exh B* ~~RROO~~
*AVCF*

O BOYLE, Patrick
CMHIP/110744
AVCF/83672

## COLORADO DEPARTMENT OF CORRECTIONS
### REQUEST FOR CONSULTATION

TO: _Podiatry clinic IV_    FROM: _AVCF Lennin PA_
      Clinic Name               Facility & Examiner Name

Date: _7/26/94_     New _✓_    Follow up _____

PROBLEM: _47 y/o c/o burn both feet, mainly since wearing state shoes. Exam shows bilateral bunions ① > ②. Presently on NSAID's which helps. To you for evaluate_

PROVISIONAL DIAGNOSIS: _Bilateral bunion head of 1st metatarsal_
========================================================================
Date Seen: _____ (Findings, Conclusions, Recommendations)

PODIATRY CLINIC 01/18/95:  Patient is a 47 y/o white male with
chief c/o bilateral foot pain, left worse then right.  He indicates
He's had pain for several years (greater then 5) he notes severe
limitation of ROM and swelling and pain.  Today my exam reveals the
following:  No significant lesions seen with the exception of some
mild moderate swelling around the 1st metatarsal phalangeal joints.
Patient has severe loss of ROM in both 1st metatarsal phalangeal joints.
The left worse then right.  The patient has a total of 30 degrees
dorsiflexion and 5 degrees plantar flexion in the left and 35 to 50
degrees flexion and 7-10 degrees plantar flexion on the right.  X-rays
taken reveal the following: a severe joint space narrowing of the 1st
metatarsal phalangeal joints.  Sesamoid position is normal.  There is
trumpeting and widening of the 1st metatarsal phalangeal joint.  Osteo-
phytic proliferation's, sub condyle eburnation as well.  Same findings in the
right foot to a lesser extent.

A.  1. Severe degenerative joint disease, bilateral 1st metatarsal phalangeal
       joints.

P.  1. Recommend that we place the patient in some athletic type shoes and start
       him on Naprosyn 500mg bid pc.  If the patient can be comfortable with
       these measures, so be it.  If he continues to have pain then we have to
       perform arthroplasty procedures.

_17-9-96_
_9-7-96_
_Went to Minn._
_4-10-94_

       James Gremillion, DPM /ag

**DEFENDANT'S EXHIBIT**
A1
PENGAD 800-631-6989

Visit 9924 **RECEIVED**
DX: Degenerative joint disease, severe
          **FEB 0 6 1993**
Consult only
Consult & **CINDRA MARTINEZ, MRT II**
       AVCF MEDICAL RECORDS
Consult & Treatment _____

Sec.4.Consult

Inmate Name _O'Boyle, Patrick_
DOC # _83672_
DOB _2/6/48_

CDc 26-168    Dist:  White-Med. Rec., Yellow-Consult Phys., Pink-Trans. Sched.

11/21/97 DTR

ORTHOPAEDICS

AFFILIATED COMMUNITY
MEDICAL CENTERS-WILLMAR
101 WILLMAR AVENUE SW
WILLMAR, MN 56201

PATRICK A OBOYLE   02/06/48
8393027
1/8/98

*Exh C*

Mr. O'Boyle is a 49-year-old gentleman who complains of pain in both great toes. He has decreased mobility. This has been a chronic problem. He has seen a podiatrist for this before.

Examination reveals dorsiflexion of only 10 degrees at the MP joints of both great toes. There are osteophytic ridges palpable and a mild bunion deformity. There is not significant hallux valgus.

X-RAYS:   Standing AP x-rays of both feet show quite significant degenerative arthritis of the MP joint, great toe, with joint space narrowing, sclerosis and osteophyte formation.

I would suggest he wear a stiff soled shoe, take anti-inflammatory medications as needed. If this does not help him, one could consider a Keller procedure with a cheilectomy which is simply removal of the spurs.

PAUL C. IVERSON, M.D./can

cc:   David Cruz, M.D.
      Prairie Correctional Facility
      445 South Munsterman Street
      Appleton, MN 56208

THE ABOVE HAS BEEN DICTATED, BUT
NOT READ AND IS SUBJECT TO
DICTATION AND TRANSCRIPTION
VARIANCE

EXHIBIT
5



*Exh D*

2/25/00
TW

RECEIVED
FEB 25 2000

## PODIATRIC PROGRESS NOTE

**PATIENT NAME.**  Patrick O'Boyle                 **DATE.**  2/14/00
83672         2/6/48

**[SUBJECTIVE].**  Patient presents with constant pain in both great toe joints. This problem has been present currently six years with the left foot being worse than the right.  He has been taking Feldene 20 mg for five years and was just recently removed from it due to a noted decrease in platelet count.  He is now taking Percogesic which is not helpful, and he is now has to limit his activities as compared to previously.  He has previously seen a podiatrist within the prison system a few years ago who recommended a soft soled shoe and the probable need for surgery.  There was noted to be approximately 20 degrees of range motion in the left 1st MPJ at that visit, according to the chart notes. According to patient , x-rays were taken fairly recently but were not available today.  He claims that he is a very active individual and is not presently working nor going to school resulting in the ability to afford canteen sneakers.  He demands that the state provide a pair of sneakers as previously suggested by the other podiatrist.

**[OBJECTIVE].**  Clinical evaluation revealed significant limitation of motion in both 1st MPJ's.  The left side does indeed exhibit only 20 degrees range motion and is the more painful side.  There is a fairly large protrusion of bone surrounding the first metatarsal head which is somewhat tender to palpation.  In gait, there is more dorsiflexion available, but the patient is forced to invert his foot to eliminate forward weight bearing on the 1st MPJ's.  X-rays are not available in clinic today.  This patient is effusive with disdain for the facility and feels that his problem has not been addressed.

**[IMPRESSIONS/DISCUSSION].**  Significant hallux limitus, bilaterally

**[TREATMENT PLAN].**  X-rays should be reviewed at the next podiatry clinic, however it was mentioned that the views taken were only of the left foot and were nonweightbearing.  Weight bearing views should be taken of each foot: specifically, an AP, M. O., and lateral.  This will give a better dynamic indication of what is wrong with his feet. At first glance, surgical correction  seems to be the most appropriate option.  He was told that shoes are his responsibility but won't change the nature of his deformity.  He is unhappy about this and feels that he will fight to obtain state purchased comfortable shoes. A soft shoe such as the sneakers available on canteen could possibly serve to increase his comfort given

EXHIBIT
Blumberg No. 5119
4
200

Exh D

his deformities, but ultimately, the joints are degenerated and will require some form of replacement or fusion. A fuller assessment will be made on the next visit and further discussion regarding surgical options will be presented.

Howard Krieger, D.P.M.
HBK/drd

FROM : Howard Krieger          PHONE NO. 24 707 733 5836          Mar. 16 2000 10:57PM P7

*Exh E*



FOR YOUR FEET

Podiatric Medicine/ Foot Surgery

2928 W. 10th St.  Greeley, CO 80634  (970) 351-8820

RECEIVED
MAR 17

3/13/00
Patrick O'Boyle          83672          2/6/48

S: patient presents for follow-up of painful 1st MPJ bilateral. He reiterates the fact that the left foot is the more painful side. In thinking over the discussion of surgery on the last visit, he feels that the silicone/silastic implant would probably be the most appropriate in his case. He would like to get more active than currently as he feels he has been severely restricted in his activities from the pain in his feet.

0: again it was noted on this visit that there is only approximately 20 degrees of total available range of motion in the left 1st MPJ. Weight bearing x-rays were evaluated on this visit and in comparison to nonweightbearing views, there did not seem to be a great deal of difference. There is severe degenerative joint disease present in both 1st MPJ's with subchondral sclerosis and symmetrical joint space narrowing with periarticular osseous proliferation. The sesamoids are in appropriate positions and joints are very congruent. A hallux abductus deformity is present bilaterally but does not appear to be the source of pain. The joint is painful to manipulation and there is obvious difficulty in shoes.

A: severe hallux limitus bilaterally.

P: another discussion occurred regarding choice of surgical procedures. It was my contention that a 1st MPJ arthrodesis is the most appropriate procedure given his relatively young age and activity level. He rejects the notion of having the joint fused, and prefers a more functional implant as was offered as an option. New component implants are available which may serve his needs, but have not been proven at this point. The silicone implants, despite the potential for breakdown is the procedure that he chooses to obtain. He was warned that prior to the end of his life, he may require an additional surgery to remove a broken implant and replace it. He was also advised that once the determination was made for particular implant, should it fail, it would be very difficult to switch to a different type of implant. He seems to be aware of these facts and would like to proceed. An attempt to obtain authorization for this procedure on the left foot will be made and patient will be seen accordingly.

*Howard Krieger DPM*

Howard Krieger, DPM

*3/17/00*



DEFENDANT'S EXHIBIT
A 13

FROM : Howard Krieger          PHONE No. : 707 733 5836          Apr. 14 2000 06:27AM P2



*Exh E*

**FOR YOUR FEET**

Podiatric Medicine/ Foot Surgery

2928 W. 10th St. Greeley, CO 80634 (970) 351-8820

4/10/00
Patrick O. Boyle        83672        2/6/48

Patient was seen regarding painful 1st MPJ's.  He is particularly interested in having surgery as soon as possible, but is currently involved in a legal dispute and is concerned that this surgery not interfere with the possibility of a favorable legal outcome.  He expects the legal issues to be addressed relatively soon and would like to have the surgery as soon after that as possible.

Howard Krieger, DPM

TM
4/18/00

RECEIVED
APR 13 2000

*Exh F*

**REQUEST FOR CONSULTATION**

| TO: | FROM: | DATE: |
|---|---|---|
| *Podiatry*  Physician or Service | O'Boyle, Patrick A.  H-69318   WCCC/83672   2/6/48  *WCCC*  Physician or Service | *5/7/02* |

*A0289308*

ATTENDING PSYCHIATRIST/WARD:

O3OYLE, PATRICK ALOYSIUS

Psychiatric Diagnosis: _____

Chief Complaint, Findings, Information Desired: _____

PODIATRY CLINIC DICTATION BY Dr. Mark B. Clark.
PODIATRY CLINIC, 5/7/02:

S.    Follow up left foot pain.  The patient had been authorized for a first MPJ fusion, left foot, 9-01 through 1-30-02.  The morning of surgery, the patient was informed that I was recommending surgical arthodesis of the painful joint.  Patient subsequently refused surgery The patient is an active runner and is concerned about loss of motion at this joint.

O.    As noted before, he has functional and structural limitations of the first MPJ with pain on ROM.  There is mild bunion deformity present.  X-rays were not available for review today, however, per review, he had extensive DJD at the first MPJ.  This individual essentia has no joint space, ie, cartilage.

A/P.  1. DJD, first MPJ left foot.  Multiple surgeons have recommended correction, I concurr and recommended arthroplasty vs. arthodesis.  I had a thourough discussion with Patrick toda on his situation, and due to his athletic and activity level, he is wishing a non-arthrodes approach.  Based on his age, x-ray interpretation, and functional limitations, he would benefit from an implant procedure.  This was not previously authorized, and we do request such.  Ie., treatment for first MPJ to consist of a hemi-implant.

Dx: F/U
D: 5/7/02
T: 5/16/02
10:50a-11:05a
MBC/rh
cc/ WCCC
     M. Graber, RN.

*Denial from*
*Colo Access*

_____ /rb
Mark B. Clark, M.D.

*O'Boyle, Patrick*
*WCCC  83672*
*DOB: 2/6/48*

White - Chart
Canary - Clinic

**Colorado Mental Health Institute at Pueblo**
**CONSULTATION**

Unit _____
405 (11/99)

DEFENDANT'S EXHIBIT
AZ-1
PENGAD 800-631-6989

*Exh G*

OBOYLE, PATRICK
CMHIP/69318
WCCC/83672
DOB: 2/6/48
Podiatry clinic dictation
Dr. Mark B. Clark

PODIATRY CLINIC 5/1/01   A0227734

S.  Patient referred for assessment of L foot pain. Per review patient has had discomfort to the 1st MPJ for approx. 9 years. This has become progressive in nature. Patient experiences severe discomfort with any weight bearing or ambulation. Throbbing at night. Boots are uncomfortable. Has seen multiple podiatrists including Dr. Wentz, Dr. Gremillion and Dr. Krieger.  All have recommended surgical intervention for DJD of the 1st MPJ of the L foot. X rays confirm the presence of DJD. X rays are not available for my review today. Previous recommendations have included arthrodesis, and arthroplasty. Patient takes Naprosyn 500 mg bid. This was prescribed for low back pain. Patient basically has not had any relief from previous interventions, i.e. shoe modification, anti-inflammatories, etc.

O.  Observation of lower extremity: vascular-DP is 2/4. Dermatologic- erythema medial to the 1st MPJ L foot. Musculoskeletal- appreciated is advanced hallux valgus deformity. There is crepitation with ROM 1st MPJ. Pain with ROM 1st MPJ. Local edema and erythema is appreciated. Also appreciated is interosteophytic protrusions of metatarsal head medial, dorsal and lateral.

A/P. 1.  Advanced hallux valgus deformity with subsequent DJD 1st MPJ L foot. Currently to date, extensive conservative treatment has been employed. There is no a functional deficit of the L extremity resulting in limping and compensated gait. Compensated gait subsequently is irritating the low back. Dr. Wentz has requested authorization. Dictated note 12/8 by Dr. Wentz attached to such. Apparently patient was transferred to a different facility. This has been a problem in the past. Due to lack of f/u this patient suffers from severe discomfort. The only option for this individual would be intervention. Recommendation pending my assessment of x rays.

Dx: advanced hallux valgus deformity
D: 5/1/01
T: 5/1/01
I: 11:00 a
O: 11:20 a
MBC/ma
cc: Mary Lou Judiscak
    OR; consent needed

_____ /ma
Mark B. Clark, DPM

EXHIBIT
3
Blumberg No. 5119

# WEN. FOOT AND ANKLE CLIN

## RALPH J. WENTZ, DPM, FACFAS
### DIPLOMATE AMERICAN BOARD OF PODIATRIC SURGERY

*Exh H*

*FMCC*

**TERRITORIAL DOC-CANON CITY**          **Initial Charting**

Oboyle, Patrick  ( DOC # 83672)
December 08, 2000

**CHIEF COMPLAINT:**  Left foot pain.

**HISTORY OF PRESENT ILLNESS:**  This is a 52-year-old male seen in podiatric consultation at the request of Janice Eades, F.N.P.  The issue to address: Severe pain in the 1st metatarsal phalangeal joint of the left foot.  The offender relates he has pain with every step.  There has been previous podiatric evaluations performed by Dr. Gremillion as well as Dr. Krieger, both who have recommended total joint implant arthroplasty of the 1st metatarsal phalangeal joint, left foot.  There has been extensive conservative treatment using multiple NSAIDS.  Long term Feldene use that led to thrombocytopenia.  Past medical history reviewed.  Significant for: 1.  Alcohol abuse.

**PHYSICAL EXAMINATION:**  The dorsalis pedal pulses are strong and palpable.  There is significant hypertrophy at the 1st metatarsal phalangeal joint of the left foot.  Dorsiflexion is limited to 10 degrees.  Plantar flexion limited to 5 degrees.  There is pain with end ROM.

**X-RAY EXAMINATION:**  Foot radiographs ordered today.

**ASSESSMENT:**
1.  Advanced degenerative joint disease of the 1st metatarsal phalangeal joint, left foot.

**TREATMENT PLAN:**
1.  There has been failure of extensive conservative treatment.  There is now functional deficit with limping, with ambulation.  As definitive treatment I recommended a total joint implant arthroplasty of the 1st metatarsal phalangeal joint, left foot.  We will request authorization from Colorado Access for the procedure.

Ralph J. Wentz, Jr., DPM/cah  12/11/00
cc: Janice Eades, F.N.P.

*12/20/00*



RECEIVED
DEC 1 4 2000

**DEFENDANT'S EXHIBIT**
A 16

*Exh 1+*
*FMCC*

## TERRITORIAL DOC-CANON CITY

**Oboyle, Patrick  ( DOC # 83672)**
**December 08, 2000**

**RADIOLOGY REPORT:** AP and lateral weight bearing views demonstrate arthritic changes of the 1st metatarsal phalangeal joint of both feet. Subchondral sclerosis is present. Joint space narrowing is present. There is osteophytic spurring present around the joint. There is a large dorsal spur present on the 1st metatarsal head of both feet.

**ASSESSMENT:**
1. Advanced degenerative joint disease of the 1st metatarsal phalangeal joints of both feet.

Ralph J. Wentz, Jr., DPM/cah    12/11/00



RECEIVED
DEC 14 2000

impairments suffered by the claimant.

To make note - It must be clarified that the complainant NEVER REFUSED digital Replacement surgery as erroneously stated by Special Master in his finding of facts page 5 paragraph 8, he refused the "fusion procedure" that was not Recommended. Why would the Special Master assert this? (See Treatment Plan Exhibit H pg 1 - "I recommend a total joint implant..." not a fusion)

The claimant Reiterates, he is not making a medical claim in this Objection. He is stating he is being denied access to necessary vocational training programs he has a right to participate in. Further, the situation is easily "accommodated" by supplying special soft soled leather podiatric footwear.

It is important to note that the claimant has observed numerous inmates in this facility with special shoes but cannot find out how the inmates Recieved the special footwear.

The complainant believes that a serious, unfair and discriminatory dismissal of his claim has occurred and that the facts as explained

above clearly satisfy all criteria required by the remedial plan; Class III to have accomodation(s) made so that the complainant can go on with his rehibilitation by getting important vocational training that is offered to all other inmates.

The claimant requests a full Review of all components and factors explained, exhibits presented and all of the CDOC/State exhibits (A1-A31) and that the dismissal be reversed with accomidation(s) made/ordered by this court.

Respectfully Presented

P. O'Boyle

Date Signed
March 1, 2008

Exh. A

```
= MEDICAL ============ QUERY MEDICAL INFORMATION ========= 08/04/2006 = Page  1
Doc No: 83672   Name: OBOYLE, PATRICK                    FMCC/UNITD PRES FACIL
=============================================================================
Medical Level:   Qualifier Code:   Desc:           Date Assigned:
Dental Level:    Qualifier Code:   Desc:           Date Assigned:
        Chart Out Dtd:           Chart Location:              Comments
=============================================================================
        Medical Conditions                   Medical Procedures

Date Assgnd Date Rslvd Condition  Qu   Date Assgnd Date Rslvd Procedure  Qu
----------- ---------- ---------- --   ----------- ---------- ---------- --


    ===========================================================================

     Medical Housing Restrictions          Medical Assignment Restrictions

Date Assgnd Date Rslvd Condition  Qu   Date Assgnd Date Rslvd Procedure  Qu
----------- ---------- ---------- --   ----------- ---------- ---------- --
                                       08/09/2000             STANDING
                                       08/04/2006             NOHVY-LIFT P
                                       08/04/2006             NO BENDING P

Medical  No standing over 40 min. then 2 hr. sit down rest. No lifting ov
Comments er 75 lbs. No repeatative Bending type work or activity.


Chart
Comments
```

*ExhB* ~~AVCF~~
*AVCF*

O BOYLE, Patrick
CMHIP/110744
AVCF/83672

### COLORADO DEPARTMENT OF CORRECTIONS
### REQUEST FOR CONSULTATION

TO: _Pedidy clinic IV_   FROM: _AVCF  Lemen PA_
    Clinic Name                     Facility & Examiner Name

Date: _7/26/94_   New _✓_   Follow up _____

PROBLEM: _47 y/o c/o burn both feet, mainly sine wearing state shoes. Exam shows bilateral bunions ⓁＬ > Ⓡ. Presently on NSAID's which helps. Do you for evaluate_

PROVISIONAL DIAGNOSIS: _Bilateral bunion head of 1st metatarsal_

===========================================================================

Date Seen: _____ (Findings, Conclusions, Recommendations)

PODIATRY CLINIC 01/18/95:  Patient is a 47 y/o white male with
chief c/o bilateral foot pain, left worse then right.  He indicates
He's had pain for several years (greater then 5) he notes severe
limitation of ROM and swelling and pain.  Today my exam reveals the
following:  No significant lesions seen with the exception of some
mild moderate swelling around the 1st metatarsal phalangeal joints.
Patient has severe loss of ROM in both 1st metatarsal phalangeal joints.
The left worse then right.  The patient has a total of 30 degrees
dorsiflexion and 5 degrees plantar flexion in the left and 35 to 50
degrees flexion and 7-10 degrees plantar flexion on the right.  X-rays
taken reveal the following: a severe joint space narrowing of the 1st
metatarsal phalangeal joints.  Sesamoid position is normal.  There is
trumpeting and widening of the 1st metatarsal phalangeal joint.  Osteo-
phytic proliferation's, sub condyle eburnation as well.  Same findings in the
right foot to a lesser extent.

A.  1. Severe degenerative joint disease, bilateral 1st metatarsal phalangeal
       joints.

P.  1. Recommend that we place the patient in some athletic type shoes and start
       him on Naprosyn 500mg bid pc.  If the patient can be comfortable with
       these measures, so be it.  If he continues to have pain then we have to
       perform arthroplasty procedures.

_8-17-94_
_9-7-94_
_Went to Minn._
_8-10-94_

                              /ag
             James Gremillion, DPM

DEFENDANT'S
EXHIBIT
A1
PENGAD 800-631-6989

Visit: 9924 **RECEIVED**
DX: Degenerative joint disease, severe
                 **FEB 0 6 1995**
Consult only
Consult & **CINDRA MARTINEZ, MRT II**
Consult & Treatment  **AVCF MEDICAL RECORDS**
Sec.4.Consult

Inmate Name _O Boyle, Patrick_
DOC # _83672_
DOB _2/6/48_

Old 26-168   Dist:  White-Med. Rec., Yellow-Consult Phys., Pink-Trans. Sched.

_11.21.97 Dis_

AFFILIATED COMMUNITY
MEDICAL CENTERS-WILLMAR
101 WILLMAR AVENUE SW
WILLMAR, MN 56201

ORTHOPAEDICS

*Exh C*

PATRICK A OBOYLE    02/06/48
8393027
1/8/98

Mr. O'Boyle is a 49-year-old gentleman who complains of pain in both great toes. He has decreased mobility. This has been a chronic problem. He has seen a podiatrist for this before.

Examination reveals dorsiflexion of only 10 degrees at the MP joints of both great toes. There are osteophytic ridges palpable and a mild bunion deformity. There is not significant hallux valgus.

X-RAYS:    Standing AP x-rays of both feet show quite significant degenerative arthritis of the MP joint, great toe, with joint space narrowing, sclerosis and osteophyte formation.

I would suggest he wear a stiff soled shoe, take anti-inflammatory medications as needed. If this does not help him, one could consider a Keller procedure with a cheilectomy which is simply removal of the spurs.

PAUL C. IVERSON, M.D./can

cc:    David Cruz, M.D.
       Prairie Correctional Facility
       445 South Munsterman Street
       Appleton, MN 56208

THE ABOVE HAS BEEN DICTATED, BUT NOT READ AND IS SUBJECT TO DICTATION AND TRANSCRIPTION VARIANCE

EXHIBIT
5







## PODIATRIC PROGRESS NOTE

**PATIENT NAME.**  Patrick O'Boyle                    **DATE.**  2/14/00
83672        2/6/48

**[SUBJECTIVE].**  Patient presents with constant pain in both great toe joints. This problem has been present currently six years with the left foot being worse than the right.  He has been taking Feldene 20 mg  for five years and was just recently removed from it due to a noted decrease in platelet count.  He is now taking Percogesic which is not helpful, and he is now has to limit his activities as compared to previously.  He has previously seen a podiatrist within the prison system a few years ago who recommended a soft soled shoe and the probable need for surgery.  There was noted to be approximately 20 degrees of range motion in the left 1st MPJ at that visit, according to the chart notes. According to patient , x-rays were taken fairly recently but were not available today.  He claims that he is a very active individual and is not presently working nor going to school resulting in the ability to afford canteen sneakers.  He demands that the state provide a pair of sneakers as previously suggested by the other podiatrist.

**[OBJECTIVE].**  Clinical evaluation revealed significant limitation of motion in both 1st MPJ's.  The left side does indeed exhibit only 20 degrees range motion and is the more painful side.  There is a fairly large protrusion of bone surrounding the first metatarsal head which is somewhat tender to palpation.  In gait, there is more dorsiflexion available, but the patient is forced to invert his foot to eliminate forward weight bearing on the 1st MPJ's.  X-rays are not available in clinic today.  This patient is effusive with disdain for the facility and feels that his problem has not been addressed.

**[IMPRESSIONS/DISCUSSION].**  Significant hallux limitus, bilaterally

**[TREATMENT PLAN].**  X-rays should be reviewed at the next podiatry clinic, however it was mentioned that the views taken were only of the left foot and were nonweightbearing.  Weight bearing views should be taken of each foot: specifically, an AP, M. O., and lateral.  This will give a better dynamic indication of what is wrong with his feet. At first glance, surgical correction  seems to be the most appropriate option.  He was told that shoes are his responsibility but won't change the nature of his deformity.  He is unhappy about this and feels that he will fight to obtain state purchased comfortable shoes.  A soft shoe such as the sneakers available on canteen could possibly serve to increase his comfort given

EXHIBIT
4

Exh D

his deformities, but ultimately, the joints are degenerated and will require some form of replacement or fusion.  A fuller assessment will be made on the next visit and further discussion regarding surgical options will be presented.

**Howard Krieger, D.P.M.**
**HBK/drd**

FROM : Howard Krieger    PHONE No. : 707 733 5836    Mar. 16 2000 10:57PM P7



*Exh E*



**FOR YOUR FEET**

Podiatric Medicine/ Foot Surgery

2928 W. 10th St.  Greeley, CO 80634  (970) 351-8820

RECEIVED  MAR 17

---

3/13/00
Patrick O'Boyle          83672          2/6/48

S: patient presents for follow-up of painful 1st MPJ bilateral.  He reiterates the fact that the left foot is the more painful side.  In thinking over the discussion of surgery on the last visit, he feels that the silicone/silastic implant would probably be the most appropriate in his case.  He would like to get more active than currently as he feels he has been severely restricted in his activities from the pain in his feet.

0: again it was noted on this visit that there is only approximately 20 degrees of total available range of motion in the left 1st MPJ.  Weight bearing x-rays were evaluated on this visit and in comparison to nonweightbearing views, there did not seem to be a great deal of difference.  There is severe degenerative joint disease present in both 1st MPJ's with subchondral sclerosis and symmetrical joint space narrowing with periarticular osseous proliferation.  The sesamoids are in appropriate positions and joints are very congruent.  A hallux abductus deformity is present bilaterally but does not appear to be the source of pain.  The joint is painful to manipulation and there is obvious difficulty in shoes.

A: severe hallux limitus bilaterally.

P: another discussion occurred regarding choice of surgical procedures.  It was my contention that a 1st MPJ arthrodesis is the most appropriate procedure given his relatively young age and activity level.  He rejects the notion of having the joint fused, and prefers a more functional implant as was offered as an option.  New component implants are available which may serve his needs, but have not been proven at this point.  The silicone implants, despite the potential for breakdown is the procedure that he chooses to obtain.  He was warned that prior to the end of his life, he may require an additional surgery to remove a broken implant and replace it.  He was also advised that once the determination was made for particular implant, should it fail, it would be very difficult to switch to a different type of implant.  He seems to be aware of these facts and would like to proceed.  An attempt to obtain authorization for this procedure on the left foot will be made and patient will be seen accordingly.

*Howard Krieger DPM*                                        3/17/00

Howard Krieger, DPM



DEFENDANT'S EXHIBIT A 12



*Exh E*

**FOR YOUR FEET**

**Podiatric Medicine/ Foot Surgery**

2928 W. 10th St. Greeley, CO 80634 (970) 351-8820

4/10/00
Patrick O. Boyle      83672      2/6/48

Patient was seen regarding painful 1st MPJ's.  He is particularly interested in having surgery as soon as possible, but is currently involved in a legal dispute and is concerned that this surgery not interfere with the possibility of a favorable legal outcome.  He expects the legal issues to be addressed relatively soon and would like to have the surgery as soon after that as possible.

*Howard Krieger*

Howard Krieger, DPM



RECEIVED

APR 13 2000

*Exh F*

**REQUEST FOR CONSULTATION**

TO: *Podiatry*  Physician or Service

AO289308

FROM: *WCCC*  Physician or Service

O'Boyle, Patrick A. H-69318   WCCC/83672   2/6/48

DATE: 5/7/02

ATTENDING PSYCHIATRIST/WARD:

O'BOYLE, PATRICK ALOYSIUS

Psychiatric Diagnosis:

Chief Complaint, Findings, Information Desired:

PODIATRY CLINIC DICTATION BY Dr. Mark B. Clark.
PODIATRY CLINIC, 5/7/02:

S.   Follow up left foot pain. The patient had been authorized for a first MPJ fusion, left
foot, 9-01 through 1-30-02. The morning of surgery, the patient was informed that I was
recommending surgical arthodesis of the painful joint. Patient subsequently refused surgery
The patient is an active runner and is concerned about loss of motion at this joint.

O.   As noted before, he has functional and structural limitations of the first MPJ with
pain on ROM. There is mild bunion deformity present. X-rays were not available for review
today, however, per review, he had extensive DJD at the first MPJ. This individual essentially
has no joint space, ie, cartilage.

A/P.   1. DJD, first MPJ left foot. Multiple surgeons have recommended correction, I concur
and recommended arthroplasty vs. arthodesis. I had a thourough discussion with Patrick today
on his situation, and due to his atheletic and activity level, he is wishing a non-arthrodes
approach. Based on his age, x-ray interpretation, and functional limitations, he would
benefit from an implant procedure. This was not previously authorized, and we do request
such. Ie., treatment for first MPJ to consist of a hemi-implant.

Dx: F/U
D: 5/7/02
T: 5/16/02
10:50a-11:05a
MBC/rh
cc/ WCCC
    M. Graber, RN.

*Denial from Colo Access*

_____ /rh
Mark B. Clark, M.D.

*O'Boyle, Patrick*
*WCCC   83672*
*DOB: 2/6/48*

White - Chart
Canary - Clinic

**Colorado Mental Health Institute at Pueblo**
**CONSULTATION**

Unit

405 (11/99)

DEFENDANT'S EXHIBIT
A 21
PENGAD 800-631-6989

*Exh G*

OBOYLE, PATRICK
CMHIP/69318
WCCC/83672
DOB: 2/6/48
Podiatry clinic dictation
Dr. Mark B. Clark

PODIATRY CLINIC 5/1/01   A0227734

S.   Patient referred for assessment of L foot pain. Per review patient has had discomfort to the 1st MPJ for approx. 9 years. This has become progressive in nature. Patient experiences severe discomfort with any weight bearing or ambulation. Throbbing at night. Boots are uncomfortable. Has seen multiple podiatrists including Dr. Wentz, Dr. Gremillion and Dr. Krieger. All have recommended surgical intervention for DJD of the 1st MPJ of the L foot. X rays confirm the presence of DJD. X rays are not available for my review today. Previous recommendations have included arthrodesis, and arthroplasty. Patient takes Naprosyn 500 mg bid. This was prescribed for low back pain. Patient basically has not had any relief from previous interventions, i.e. shoe modification, anti-inflammatories, etc.

O.   Observation of lower extremity: vascular-DP is 2/4. Dermatologic- erythema medial to the 1st MPJ L foot. Musculoskeletal- appreciated is advanced hallux valgus deformity. There is crepitation with ROM 1st MPJ. Pain with ROM 1st MPJ. Local edema and erythema is appreciated. Also appreciated is interosteophytic protrusions of metatarsal head medial, dorsal and lateral.

A/P. 1.   Advanced hallux valgus deformity with subsequent DJD 1st MPJ L foot. Currently to date, extensive conservative treatment has been employed. There is no a functional deficit of the L extremity resulting in limping and compensated gait. Compensated gait subsequently is irritating the low back. Dr. Wentz has requested authorization. Dictated note 12/8 by Dr. Wentz attached to such. Apparently patient was transferred to a different facility. This has been a problem in the past. Due to lack of f/u this patient suffers from severe discomfort. The only option for this individual would be intervention. Recommendation pending my assessment of x rays.

Dx: advanced hallux valgus deformity
D: 5/1/01
T: 5/1/01
I: 11:00 a
O: 11:20 a
MBC/ma
cc: mary Lou Judiscak
    OR; consent needed

_____/ma
Mark B. Clark, DPM



EXHIBIT
3
Blumberg No. 5119

## WEN.   FOOT AND ANKLE CLIN

### RALPH J. WENTZ, DPM, FACFAS
DIPLOMATE AMERICAN BOARD OF PODIATRIC SURGERY

*Exh 1t*

*FMCC*

**TERRITORIAL DOC-CANON CITY**                    **Initial Charting**

Oboyle, Patrick   ( DOC # 83672)
December 08, 2000

**CHIEF COMPLAINT:**   Left foot pain.

**HISTORY OF PRESENT ILLNESS:**   This is a 52-year-old male seen in podiatric consultation at the request of Janice Eades, F.N.P.  The issue to address: Severe pain in the 1st metatarsal phalangeal joint of the left foot.  The offender relates he has pain with every step. There has been previous podiatric evaluations performed by Dr. Gremillion as well as Dr. Krieger, both who have recommended total joint implant arthroplasty of the 1st metatarsal phalangeal joint, left foot.  There has been extensive conservative treatment using multiple NSAIDS.  Long term Feldene use that led to thrombocytopenia.  Past medical history reviewed. Significant for:  1.  Alcohol abuse.

**PHYSICAL EXAMINATION:**   The dorsalis pedal pulses are strong and palpable.  There is significant hypertrophy at the 1st metatarsal phalangeal joint of the left foot.  Dorsiflexion is limited to 10 degrees.  Plantar flexion limited to 5 degrees.  There is pain with end ROM.

**X-RAY EXAMINATION:**   Foot radiographs ordered today.

**ASSESSMENT:**
1.  Advanced degenerative joint disease of the 1st metatarsal phalangeal joint, left foot.

**TREATMENT PLAN:**
1.  There has been failure of extensive conservative treatment.  There is now functional deficit with limping, with ambulation.  As definitive treatment I recommended a total joint implant arthroplasty of the 1st metatarsal phalangeal joint, left foot.  We will request authorization from Colorado Access for the procedure.

Ralph J. Wentz, Jr., DPM/cah  12/11/00
cc: Janice Eades, F.N.P.

*Pending*

*12/20/00*



RECEIVED
DEC 14 2000

550 West Highway 50  •  Salida, Colorado 81201  •  (719) 530-2000  •  FAX (719) 530-2031

DEFENDANT'S
EXHIBIT
A 116

Exh 1+
FMCC

**TERRITORIAL DOC-CANON CITY**

**Oboyle, Patrick  (DOC # 83672)**
**December 08, 2000**

**RADIOLOGY REPORT:**  AP and lateral weight bearing views demonstrate arthritic changes of the 1st metatarsal phalangeal joint of both feet.  Subchondral sclerosis is present.  Joint space narrowing is present.  There is osteophytic spurring present around the joint.  There is a large dorsal spur present on the lst metatarsal head of both feet.

**ASSESSMENT:**
1. Advanced degenerative joint disease of the lst metatarsal phalangeal joints of both feet.

Ralph J. Wentz, Jr., DPM/cah   12/11/00

