IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

---

Re: Claimant L. R. Moore

---

## ORDER

Kane, J.

This matter is before the court on the various motions of L. R. Moore to Add Defendants (doc. #3137, 3138, and 3140), filed January 9, 2008. This case is currently in the final phase, that is the processing of claims under the settlement agreement. The time to add defendants has long since passed. That ship has sailed Mr. Moore. The motions are denied.

Dated: March 21, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Moore.