IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2008

GREGORY C. LANGHAM
CLERK

JESSE (Jesus) MONTEZ, et al.
    Plaintiff's
    -v-
BILL OWENS, et al.
    Defendant's

Civil Action No: ~~~~~~~
92-CV-870-EWN-OES

---

### MOTION TO TRANSFER CLAIM X-166 - FOR FURTHER SCREENING

---

1. SEE: "Order of Special Master" "Enlargement of time on all Category I and II Claims" Dated, May 14, 2005.

2. (4th) paragraph: "The time for filing a claim has expired, but the Special Masters have the discretion to allow a late filing of a claim, if good cause is shown.

3. Due to the fact CDOC is <u>Not</u> in Compliance, my claim should be heard. IN fact April-May of 2005 I requested a claim form and was Denied.

4. That the CDOC is deliberatly indifferent to my Serious medical needs (Diabetes).

5. My (Diabetes) has worsen since 2005. Last week my Sugar levels, dropped 100 points, where I was close to a Diabetic Coma.
   Since 2005, around a 100 times, my Sugar levels have dropped, and I'm concerned about how it's affecting my health.

6. I've been denied proper Foot wear, for my Diabetes, which has Caused, blisters, Soars on my feet, has caused great Suffering, and much pain. And I also have neuropathy in my Legs and threw my body.

7. I've had chest problems due to that neuropathy (nerve damage), In early December of 2007, I was rushed to the hospital. The doctor told me it was caused by nerve damage around my heart due to the

(Diabetes).

8. The doctor informed me, he would put a note within my file, for BVCF medical Dept. to follow up, with tests at the state hospital. This has <u>Not</u> happened to date, but the Continuing pain in my chest concerns me.

9. Feb 2005, I was at D.R.D.C. Within the remedial plan, CDOC dated Aug 27, 2003.
Under IV, "D.R.D.C: Reception Center processing" "At the beginning of the intake processing, it shall be determined whether the inmate has a disability."
At this time I was unaware that I had (Diabetes), Do to the incompetent medical care at D.R.D.C. even after I informed them of my Symptoms the N/p ingnored me.

10. I was told by BVCF's medical Dept. I had (Diabetes) they told me to file for the montez case,

in which I did. It was refused for being late.

IN Closing:

I have shown good cause over and over again. Case number X-166 should be rescreened to allow my claim under montez to go forward.

Respectfully Submitted
*Paul Deschaine* (signature)
Paul Deschaine.

Date 3-17-8

Paul Deschaine
#124164
North UNIT
P.O. box 2017
BuenaVista, CO 81211