1.

UNITED STATES DISTRICT COURT
901, 19th Street
Denver, Colorado, 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Re: **MONTEZ, et al, Vs. OWENS, et al**.

MAR 2 1 2008

Claim Number # 03-272

GREGORY C. LANGHAM
CLERK

Civil Action No. # 96-N-870 (OES). (Consolidated for all purposes with Civil Action No. # 96-N-343.

---

**JESSE (JESUS) MONTEZ, et al,.**

    Plaintiff

Vs.

**BILL OWENS, et al,.**

    Defendant

---

Claimant: Roy Jack Pollard, 94894
Claim Number # 03-272
Category: III

Address of Claimant:
CTCF # 3, P.O. Box # 1010
Canon City, Colorado, 81215-1010

Proceeding PRO-SE

---

**MOTION DECLARING ON GOING, RETALLATION,**

**DELIBERATE INDIFFERENT, CRIMINAL NEGILGENT, AND ABUSE:**

---

**HISTORY:**

    On March 27, 2007, Special Master, Judge "RICHARD M. BORCHERS", held a Court hearing on the claim by the claimant. The Claimant's win and later got the states expert witness disqualied. On March 28, 2007, a member of the CTCF medical staff, told the Claimant, and I quote; "You went against us in court yesterday, So don't exspect anything from us". Unquote; On March 30, 2007, the Ckaimant's Diabetic snack, was stoped. In April 2007, the Claimant was informed that he would not receive any more pain medication.

2.

Self medication became hard to come by, the Claimant's orders for medication were delayed for long period of time. **MARK**, a member of CTCF medical staff, and a friend of the Claimant. After a long search, found the Claimant's medication in the trash, ten cards.

On February 25, 2008, the Claimant filed with this court a motion **NEW DEVELOPMENT**, on the abuse of Vision Impairment. Now on March 10, 2008, the CTCF Medical Staff has removed the second mattress and the egg crate mattress, that was ordered By Medical Doctor **"DIANNE AL ABDU L JALIL"**, of the Fremont Facility in 1998. Due to the Back (two surgerys) the knee and now the hip that is deteriorating due to the lack of surgery of the right knee replacement. These illegal actions keep coming from the CTCF medical staff. forcing any person to sleep on a two inch pad over steel is violation of the Cruel and Unusual punishment clause of the Eighth Amendment of the United States Constitution. And for a impaired person it is just plain torture. Under **CONSTITUTIONAL RIGHTS**, the **UNITED STATES SUPREME COURT HAS RULED.** in <u>**PROCUNIER Vs. MARTINEZ,**</u> **416 U.S. 396, 40 LEd2d 224, 94 S.Ct. 1800 (1974).** <u>**BELL Vs. WOLFISH,**</u> **441 U.S. 520, 60 LEd2d 447, 99 S.Ct. 1800 (1979).**
<u>**BROWN Vs. NIX,**</u> **33 F.3d 951 (8th Cir. 1994).** They all state: A prisoner is not stripped of Constitutional rights (protections) at the prison gate, but, rather he retains all the rights of an ordinary citizen, except those expressly, or by necessary implication taken from him by the law: In <u>**ESTELLE Vs. GAMBLE,**</u> **429 U.S. 97, 50 LEd2d 251, 97 S.Ct. 285 (1976).** it states.
Elementary principles of the Cruel and Unusual punishment clause of the Eighth Amendment, establish the government's obligation to provide all medical care for those whom it is punishing by incarceration:
<u>**TORRACO Vs. MALONEY,**</u> **923 F.2d 231 (1st Cir. 1991).**
<u>**MILTIER Vs. BEORN,**</u> **896 F.2d 848 (4th Cir. 1990).**
Prison officials deliberate indifference to inmate's serious medical needs constitutes Eighth Amendment violation and gives the inmate cause of action under § 1983:

3.

**WEAVER Vs. CLARKE,** 45 F.3d 1253 (8th Cir. 1995).
**HARRIS Vs. COWETA COUNTY,** 21 F.3d 388 (11th Cir. 1994).
Prison official violates Eighth Amendment, by being Deliberately Indifference either to prisoner's existing serious medical needs or to conditions posing substantial risk of serious future harm:

There are many more laws being violated by CTCF and CDOC medical staff. For the deliberate abuse and causing of pain. The claimant believes that in all fairness the court should add $50,000.00 to any award to this claimant.

This violation of Constitutional rights, and violation of law has to stop and this court has the power to send this message to the state of Colorado and their Department of Corrections. To medical staff in all facilitys. CDOC is not above the Law.

Respectfully submitted this 12 day of March 2008.

Roy Jack Pollard
Reg. No. # 94894

### CERTIFICATE OF MAILING

I, Roy Jack Pollard do hereby certify that on this date, I have placed a true and correct copy of the forgoing document in the CTCF legal mailing system. With the collect postage and addressed to the following:

UNITED STATES DISTRICT COURT
901, 19th street
Denver, Colorado, 80294

Colorado Attorneal's Office
1525 Sherman Street
5th Floor
Denver, Colorado, 80203

Attorney James Quinn
Attorney Jess Dance

Respectfully submitted this 12, day of March 2008

Roy Jack Pollard
Reg. No. # 94894