IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-N-870(OES)

Jesse(Jesus) Montez, et al.,

        Plaintiff(s),

vs.

Bill Owens, et al.,

        Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number: 01-041
Category: 1
Claimant: Howell F. Roiberts, III, #90353
Address of Claimant: CTCF, P.O.Box 1010, Canon City, CO 81215

---

### LIST OF OBJECTIONS

**COMES NOW**, Howell F. Roberts, III, the Claimant, Pro-Se, on his own behalf, with or without the advice of counsel, and now enters his List of Objections, and respectfully moves this Honorable U.S. District Court of Colorado to Grant his list, and for grounds, this Claimant states as follows:

1. This Honorable Court has jurisdiction over this matter.
2. This Claimant contends that the Defendant(s) acted in bad faith by not meeting the needs of this Claimant.
3. This Claimant contends that the Colorado Department of Corrections(C.D.O.C.) has an obligation to provide this Claimant with a bottom bunk restriction due to the extensiveness of his leg injuries due to the military service that he provided to the country between the years of 1972 through 1985.
4. This Claimant contends that he is being prejudiced against by not being provided a bottom bunk restriction.

Page #1

**WHEREFORE**, this Claimant prays, that in light of the aforementioned issues, that this Honorable U.S. District Court will Grant his List of Objections, and issue its ORDER to that effect along with any other sanctions that this Court deems appropriate, and in the alternative, this Claimant requests an evidentiary hearing to discuss the merits of this case.

Respectfully submitted on this 13th day of March, 2008.

Respectfully Submitted,

*[signature]*

Howell F. Roberts, III
Claimant
Reg. #90353
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado   81215-1010
(719)-275-4181

## CERTIFICATE OF MAILING

I hereby certify that on this 13th day of March, 2008, a true and accurate copy(Original to Court) of the foregoing <u>List of Objections</u>, was placed in the United States Mail, first class postage pre-paid, and addressed as follows:

    U.S. District Court of Colorado
    901 - 19th Street, Room #A105
    Denver, Colorado   80294

    Attorney General of Colorado
    1525 Sherman Street
    Denver, Colorado   80203

*/s/ Howell T. Roberts*
Claimant