Case 1:92-cv-00870-EWN-OES   Document 3278   Filed 03/14/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
I-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2008

GREGORY C. LANGHAM
CLERK

92-cv-870
EWN
# 3278

Nathaniel Huguley
#55740
Denver County Jail
10500 E[...]
Denver, [...]

017H15524679
HASLER   $0.410
03/14/2008
Mailed From 80202
US POSTAGE

NIXIE   802   CB 1   74 03/23/08
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 80294250151   *1620-08681-14-38