IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Leroy Cunningham, Claim number 03-373

## ORDER

Kane, J.

This matter is before the court on Claimant, Leroy Cunningham's Objection to Final Order of Special Master (doc. #2740). The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered at great length Mr. Cunningham's physical conditions, but correctly concluded that he failed to prove by a preponderance of the evidence each of the four criteria set forth in the Settlement Agreement. Dismissal of the claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2735) is AFFIRMED.

Dated:   March 24, 2008

                                       BY THE COURT:

                                       *s/John L. Kane*
                                       JOHN L. KANE, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Cunningham.