IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

**SPECIAL MASTERS' TWENTY-FOURTH APPLICATION
FOR PAYMENT OF FEES AND COSTS**

---

      Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-Fourth Application for Payment of Fees and Costs. This application is for work done from January 16, 2008 to March 15, 2008, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

      1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

      2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 171.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours and Judy Olive of 6.00 hours.

6. Larry Dean Valente was hired to work as staff attorney for the Special Masters. Mr. Valente spent 0.00 hours working on case reviews and drafting documents for the Special Masters.

7. Richard M. Borchers expended 18.40 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 0.00 hour of time during this period for administrative matters related to the claims process. This is reflected in Exhibit C. Richard C. Davidson expended 1.00 hour of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

2

8. Richard M. Borchers additionally spent 248.95 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $557.39 and travel time of 30.50 hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F. He had 0.00 hours of travel time that is reflected on Exhibit J. He had 0.00 hours of administrative time.

9. Richard C. Davidson spent 52.25 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 7.00 hours, as reflected in Exhibit I. He had no lodging expenses.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending March 15, 2008 are as follows:

a. Richard M. Borchers: 71.60 hrs.@ $175.00 per hr. =       $12,530.00

                              195.75 hrs. @ 200.00 per hr. =       $39,150.00

b. Richard M. Borchers (travel) 30.50 hrs. @ 100.00 per hr. = $ 3,050.00

c. Bruce D. Pringle       0.00 hrs.       @ $200.00 hr. =       $    00.00

d. Richard C. Davidson 53.25 hrs.       @ $200.00 hrs. =       $10,650.00

e. Susan Carter and other staff 183.00 hrs.  @ $ 35.00 hr. =  $ 6,405.00

f. Larry Dean Valente    0.00 hrs.       @ $ 75.00 hr. =       $      0.00

g. Lodging and expenses                                       $    557.39

H. Richard C. Davidson (travel) 7.00 hrs. @ $100.00 hr. =     $    700.00

J. Bruce D. Pringle (travel) 0.00 hrs. @ $100.00 hr. =        $      0.00

                TOTAL FEES:                           $73,042.39

3

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-Fourth Application for Payment of Fees be granted in the amount of $73,042.39 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____
Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

**EXHIBIT A**

Susan Carter

    Total Hours for Period                           171.00 hrs.

Lynda Rowe

    Total Hours for Period                           6.00 hrs.

Judy Olive

    Total Hours for Period                           6.00 hrs.

                                                 _____

                                 TOTAL HOURS         183.00 hrs.

Larry Dean Valente

    Total Hours for Period                           0.00 hrs.

## EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending March 15, 2008.

| | | |
|---|---|---|
| 1/19/08 | Review mail and settings | 1.00 hrs. |
| 1/21/08 | Review files and talk to Sue Carter | 1.00 hrs. |
| 1/23/08 | Review mail; talk to Sue Carter about settings | .75 hrs. |
| 1/28/08 | Review mail and settings | .75 hrs. |
| 1/31/08 | Review mail and settings; reset hearings; review all open files | 1.25 hrs. |
| 2/2/08 | Review mail and settings | 1.00 hrs. |
| 2/3/08 | Send electronic orders to court and review files | 1.00 hrs. |
| 2/6/08 | Review mail and talk to Sue Carter | .75 hrs. |
| 2/7/08 | Review mail | .30 hrs. |
| 2/10/08 | Review mail and files | .35 hrs. |
| 2/12/08 | Review mail and settings | .50 hrs. |
| 2/13/08 | Review mail | .25 hrs. |
| 2/16/08 | Review files and mail | 1.25 hrs. |
| 2/17/08 | Review mail and settings | .50 hrs. |
| 2/18/08 | Talk to Sue Carter about settings and procedures; Review of spread sheet | 1.00 hrs. |
| 2/21/08 | Review mail and settings; finalize disks from hearings | 1.25 hrs. |
| 2/23/08 | Review mail and settings | .75 hrs. |
| 2/25/08 | Review mail and take files to court; pick up file | 1.50 hrs. |
| 2/26/08 | Review mail | .50 hrs. |
| 2/28/08 | Review mail | .50 hrs. |
| 3/1/08 | Review mail and settings; send electronic orders | .75 hrs. |
| 3/14/08 | Talk to Sue Carter concerning claims; review files | 1.00 hrs. |
| 3/15/08 | Review mail | .50 hrs. |

TOTAL TIME:                          18.40  hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending March 15, 2008.

|                    | 0.00      |
| ------------------ | --------- |
| TOTAL TIME:        | 0.00 hrs. |

## EXHIBIT D

### Work Done by Richard M. Borchers

Claims closed during the period ending March 15, 2008. Work done prior to September 15, 2004 has already been billed.

**02-909**      **Nicholas Thomas Ames**

| | | |
|---|---|---|
| 10/25/06 | Review claim and issue order | .25 hrs. |
| 1/6/07 | Review file and issue order | .25 hrs. |
| 2/28/07 | Review file | .25 hrs. |
| 4/24/07 | Assign to Category II | .25 hrs. |
| 4/28/07 | Review file and issue order | .25 hrs. |
| 7/31/07 | Review response and issue order | .30 hrs. |
| 1/12/08 | Prepare final order | 1.00 hrs. |

TOTAL:      2.55 hrs.

**02-912**      **Cecelia Canty**

| | | |
|---|---|---|
| 7/17/07 | Review letter and issue order | .35 hrs. |
| 9/6/07 | Review file | .30 hrs. |
| 9/11/07 | Review supplemental form and issue order | .25 hrs. |
| 10/8/07 | Review file and issue order | .25 hrs. |
| 11/27/07 | Review file and issue order | .25 hrs. |
| 12/14/07 | Review mile and file; issue order | .35 hrs. |
| 1/8/08 | Work on final order | 1.00 hrs. |
| 1/19/08 | Finalize final order | 1.00 hrs. |

TOTAL:      3.75 hrs.

**03-004**      **Randall Rust**

| | | |
|---|---|---|
| 11/21/04 | Review letter and file | .15 hrs. |
| 12/13/04 | Review file and issue order | .25 hrs. |
| 4/8/05 | Review pleading and file | .20 hrs. |
| 5/4/05 | Review file and issue order for hearing | .15 hrs. |
| 5/19/05 | Review file and issue order | .25 hrs. |
| 6/22/05 | Review file and letter; issue order | .50 hrs. |
| 10/25/05 | Review file and issue order | .25 hrs. |

| | | |
|---|---|---|
| 10/29/07 | Review file and letter | .30 hrs. |
| 11/17/07 | Review letter | .25 hrs. |
| 11/21/07 | Begin to draft order | 1.00 hrs. |
| 12/10/07 | Issue order on enlargement of time | .20 hrs. |
| 1/6/08 | Work on final order | 1.00 hrs. |
| 2/13/08 | Review file | .50 hrs. |
| 2/15/08 | Work on final order | 1.50 hrs. |
| 2/20/08 | Finalize order | .50 hrs. |

TOTAL:        7.00 hrs.

**03-027        Gregory Ramirez**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 4/14/05 | Review motion and file | .25 hrs. |
| 4/17/05 | Review file and issue order for hearing | .15 hrs. |
| 4/21/05 | Issue order | .35 hrs. |
| 9/17/05 | Review motion and file; issue order | .25 hrs. |
| 8/5/07 | Review file and issue order | .25 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |
| 12/29/07 | Review file | .15 hrs. |
| 1/19/08 | Review file and issue final order | .30 hrs. |

TOTAL:        2.20 hrs.

**03-036        Samuel Curtis Lindsey**

| | | |
|---|---|---|
| 12/15/04 | Review file and issue order | .25 hrs. |
| 3/4/05 | Review file and issue order | .25 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 5/18/05 | Review of file and issue order | .25 hrs. |
| 7/27/05 | Review letter and file; issue order | .20 hrs. |
| 10/26/05 | Review file and issue order | .25 hrs. |
| 12/31/07 | Review file | .25 hrs. |
| 1/12/07 | Prepare final order | .50 hrs. |

TOTAL:        2.20 hrs.

**03-075        Domingo Valenzuela**

| 12/20/04 | Review file and issue order | .15 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 8/24/05 | Review motion and file; issue order | .25 hrs. |
| 10/23/05 | Review file | .20 hrs. |

TOTAL:     .85 hrs.

**03-141     William Destro**

| 1/30/05 | Review file and issue order | .15 hrs. |
| 3/26/05 | Review file and issue order | .15 hrs. |
| 6/18/05 | Review file and motion | .25 hrs. |
| 6/21/05 | Review motion and issue order | .25 hrs. |
| 9/18/05 | Review of motion referred by EWN; issue order | .40 hrs. |
| 10/17/05 | Review file and issue order | .35 hrs. |
| 1/12/08 | Review file and issue order | .25 hrs. |
| 1/16/08 | Review file for hearing | .50 hrs. |
| 1/21/08 | Hearing | 3.50 hrs. |
| 1/24/08 | Work on final order and review exhibits | 2.00 hrs. |
| 1/26/08 | Finalize final order | 1.00 hrs. |

TOTAL:     8.80 hrs.

**03-148     Mark McCafferty**

| 5/8/05 | Review claim and issue order | .25 hrs. |
| 7/20/05 | Review file and letter; issue order | .25 hrs. |
| 7/30/05 | Review file | .20 hrs. |
| 8/13/05 | Review claim and file; issue order | .30 hrs. |
| 11/5/07 | Review file and reset hearing | .30 hrs. |
| 1/15/08 | Review file and issue order | .25 hrs. |
| 1/20/08 | Review file | .25 hrs. |
| 1/24/08 | Review file foe hearing | .25 hrs. |
| 1/25/08 | Hearing | 1.75 hrs. |
| 1/30/08 | Prepare final order | 1.50 hrs. |
| 1/31/08 | Finalize final order | .75 hrs. |
| 2/2/08 | Proofread order | .30 hrs. |

TOTAL:     6.35 hrs.

3

**03-163**        **Kyle Houston**

| | | |
|---|---|---|
| 4/13/05 | Review claim | .10 hrs. |
| 4/15/05 | Issue order | .10 hrs. |
| 4/26/05 | Review supplemental forms and issue order | .15 hrs. |
| 5/18/05 | Review file and motion; issue order | .15 hrs. |
| 7/12/05 | Review file | .20 hrs. |
| 9/10/05 | Review motion | .15 hrs. |
| 9/13/05 | Issue order | .15 hrs. |
| 10/9/05 | Review pleading and file | .25 hrs. |
| 11/24/05 | Review letter and file | .15 hrs. |
| 12/12/05 | Review letter and file | .25 hrs. |
| 8/29/07 | Review file and issue order for hearing | .35 hrs. |
| 2/25/08 | Finalize final order | .75 hrs. |

                                        TOTAL:        2.75 hrs.

**03-168**        **Cornelius Tyrone**

| | | |
|---|---|---|
| 3/11/05 | Review claim and issue order | .15 hrs. |
| 3/19/05 | Issue order | .15 hrs. |
| 4/13/05 | Review letter and file; issue order | .20 hrs. |
| 8/6/05 | Review letter and issue order | .20 hrs. |
| 10/9/05 | Review file and letter | .20 hrs. |
| 11/24/05 | Review file | .15 hrs. |
| 11/30/05 | Review file and issue order | .25 hrs. |
| 12/5/05 | Review motion and issue order | .20 hrs. |
| 12/19/05 | Review file and letter; issue order | .25 hrs. |
| 11/14/07 | Review file and issue order | .25 hrs. |

                                        TOTAL:        2.00 hrs.

**03-170**        **William Miles**

| | | |
|---|---|---|
| 1/6/05 | Review file and issue order | .15 hrs. |
| 10/14/05 | Review letter and file | .25 hrs. |
| 12/13/05 | Review file and issue order | .25 hrs. |
| 1/25/06 | Review letter and file; issue order | .35 hrs. |
| 10/16/07 | Review file and issue order | .25 hrs. |
| 11/16/07 | Review letter and issue order | .25 hrs. |
| 1/7/08 | Review file and issue order | .35 hrs. |

4

| | | |
|---|---|---|
| 2/24/08 | Review file and issue order | .30 hrs. |
| 3/1/08 | Review file for hearing | .25 hrs. |
| 3/7/08 | Hearing | 1.40 hrs. |
| 3/9/08 | Prepare final order | 1.25 hrs. |
| | TOTAL: | 5.05 hrs. |

**03-172        Anthony Lee**

| | | |
|---|---|---|
| 12/22/04 | Review file and issue order | .25 hrs. |
| 5/10/05 | Review motion and issue order | .35 hrs. |
| 5/18/05 | Review file and motion; issue order | .20 hrs. |
| 5/27/05 | Review of motion and response; research | 1.75 hrs. |
| 5/28/05 | Draft order and research | 2.00 hrs. |
| 8/3/05 | Review answer and issue order | .25 hrs. |
| 11/11/05 | Review file and issue order | .25 hrs. |
| 11/24/05 | Review letter and issue order | .20 hrs. |
| 10/16/07 | Review file and witness list; issue order | .30 hrs. |
| 10/28/07 | Order to vacate hearing | .20 hrs. |
| 10/29/07 | Review file and reset hearing | .25 hrs. |
| 12/31/07 | Review file | .30 hrs. |
| 1/14/08 | Hearing | 1.25 hrs. |
| 1/22/08 | Draft final order | 1.85 hrs. |
| 1/23/08 | Finalize final order | .50 hrs. |
| | TOTAL: | 9.90 hrs. |

**03-188        Alfred Prince**

| | | |
|---|---|---|
| 1/1/05 | Review file and issue order | .15 hrs. |
| 10/8/05 | Review response and issue order | .25 hrs. |
| 12/28/05 | Review file and exhibits | .50 hrs. |
| 1/3/06 | Review file | .30 hrs. |
| 1/22/06 | Review file and issue order | .50 hrs. |
| 10/5/07 | Review file and motion; issue order | .30 hrs. |
| 11/8/07 | Issue order | .20 hrs. |
| 1/9/08 | Review file and issue order | .30 hrs. |
| 1/31/08 | Issue order | .15 hrs. |
| 2/18/08 | Review file and issue order | .25 hrs. |
| 3/1/08 | Review file | .25 hrs. |
| 3/3/08 | Order of dismissal | .25 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 3.40 hrs. |

**03-191       John Derwin**

| 1/3/05 | Review file and issue OSC | .15 hrs. |
|---|---|---|
| 1/25/06 | Review letter and file; issue order | .25 hrs. |
| 9/12/06 | Work on file and draft order | .25 hrs. |
| 2/2/08 | Finalize order | .75 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 1.40 hrs. |

**03-207       Raymond Stevens**

| 1/3/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 10/6/05 | Review documents and issue order | .20 hrs. |
| 2/13/06 | Review letter and file; issue order | .25 hrs. |
| 2/26/06 | Review file and letter; issue order | .30 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 3/9/06 | Review file and issue order | .25 hrs. |
| 3/30/06 | Review file | .50 hrs. |
| 1/7/08 | Finalize order | .50 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 2.40 hrs. |

**03-212       Abad Martinez**

| 9/16/05 | Review claim and issue order | .25 hrs. |
|---|---|---|
| 11/6/05 | Review letter and issue order | .20 hrs. |
| 1/1/06 | Review file and pleadings; issue order | .35 hrs. |
| 3/12/06 | Review file and issue order | .20 hrs. |
| 4/8/06 | Review file and issue order | .25 hrs. |
| 2/2/08 | Finalize final order | .50 hrs. |

|  |  |  |
|---|---|---|
|  | TOTAL: | 1.75 hrs. |

**03-217       Willie T. Montoya**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|

6

| 1/28/05 | Review letter | .05 hrs. |
| 11/24/05 | Review file and issue order | .20 hrs. |
| 12/10/05 | Review letter | .15 hrs. |
| 2/7/06 | Review response and send order | .25 hrs. |
| 2/13/06 | Review reply | .20 hrs. |
| 2/14/06 | Review file and issue order | .50 hrs. |
| 3/29/06 | Review file | .20 hrs. |
| 4/2/06 | Issue order | .15 hrs. |
| 12/31/07 | Review file | .25 hrs. |
| 1/14/08 | Hearing | 1.00 hrs. |
| 1/15/08 | Prepare order of dismissal | .50 hrs. |

TOTAL:       3.60 hrs.

**03-231      Robert Chavez**

| 1/6/05 | Review file and issue order | .15 hrs. |
| 2/9/06 | Review file ad response; issue order | .35 hrs. |
| 3/6/06 | Review file and response; issue order | .50 hrs. |
| 3/22/06 | Review file and reply; issue order | .50 hrs. |
| 4/12/06 | Review file and issue order | .30 hrs. |
| 1/31/08 | Finalize final order | .50 hrs. |

TOTAL:       2.30 hrs.

**03-236      Charles Workman**

| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/24/06 | Review response and file; issue order | .25 hrs. |
| 4/16/06 | Review file | .50 hrs. |
| 6/6/06 | Review file and issue order | .35 hrs. |
| 9/15/07 | Review file and issue order | .30 hrs. |
| 2/13/08 | Review file for hearing | .50 hrs. |
| 2/14/08 | Hearing | 2.00 hrs. |
| 2/25/08 | Draft final order | 2.00 hrs. |
| 2/28/08 | Proof final order | .30 hrs. |

TOTAL:       6.35 hrs.

**03-240      Michael L. Johnson**

7

| 12/29/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 4/23/06 | Review file and issue order | .50 hrs. |
| 2/2/08 | Finalize order | .50 hrs. |

|  | TOTAL: | 1.40 hrs. |

**03-241        Orlando C. Clark**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 4/20/06 | Review response of Claimant | .50 hrs. |
| 4/23/06 | Issue order | .20 hrs. |
| 5/22/06 | Review letter and file | .15 hrs. |
| 2/2/08 | Finalize order | .50 hrs. |

|  | TOTAL: | 1.75 hrs. |

**03-243        Eugene Navarro, Jr.**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 7/7/05 | Review motion and issue order | .20 hrs. |
| 2/28/06 | Review file and response; issue order | .25 hrs. |
| 3/10/06 | Review file and reply | .50 hrs. |
| 4/23/06 | Issue order | .25 hrs. |
| 4/28/06 | Review file and motion; issue order | .25 hrs. |
| 5/6/06 | Review file and issue order | .35 hrs. |
| 9/9/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and motion; issue order | .20 hrs. |
| 11/2/06 | Review file and issue order | .20 hrs. |
| 12/6/06 | Review file and issue order | .30 hrs. |
| 6/9/07 | Review file and issue order for hearing | .25 hrs. |
| 6/22/07 | Review file and issue order | .20 hrs. |
| 12/13/07 | Review file for hearing | .50 hrs. |
| 12/14/07 | Hearing | 2.00 hrs. |
| 12/15/07 | Review file and issue order | .35 hrs. |
| 1/4/08 | Work on final order | 1.50 hrs. |
| 1/19/08 | Work on final order | 1.00 hrs. |

|  | TOTAL: | 8.70 hrs. |

**03-256**     **Jerry J. Simmons**

| 11/9/07 | Review file and issue order | .30 hrs. |
| 1/8/08 | Review file and prepare order | .50 hrs. |

|  | TOTAL | .80 hrs. |

**02-258**     **James Miera**

| 1/1/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/1/06 | Review file | .30 hrs. |
| 6/2/06 | Review file and issue order | .20 hrs. |
| 8/14/06 | Review file and issue order | .35 hrs. |
| 9/13/06 | Review file and issue order | .20 hrs. |
| 12/30/07 | Review file | .50 hrs. |
| 1/31/08 | Finalize order | .50 hrs. |

|  | TOTAL: | 2.45 hrs. |

**03-259**     **Gregory Ramirez**

| 12/31/04 | Review file and issue order | .15 hrs. |
| 1/25/05 | Review letter | .10 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 6/6/06 | Review file and issue order | .25 hrs. |
| 12/17/06 | Review file and issue order | .25 hrs. |
| 1/3/08 | Finalize final order | 1.00 hrs. |

|  | TOTAL: | 2.00 hrs. |

**03-282**     **Billy Herod**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 5/8/06 | Review file and issue order | .25 hrs. |
| 6/29/06 | Review file | .30 hrs. |
| 1/24/08 | Review file for hearing | .50 hrs. |
| 1/25/08 | Hearing | 2.00 hrs. |
| 1/29/08 | Review file and exhibits | 1.00 hrs. |
| 2/4/08 | Prepare final order | 1.75 hrs. |

9

|  | TOTAL: | 5.95 hrs. |
|---|---|---|

**03-286**     **Frederick Porter**

| 2/13/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/8/06 | Review letter and file; issue order | .25 hrs. |
| 7/25/06 | Review file and elevate to Cat. III | .40 hrs. |
| 7/27/06 | Review file and issue order | .20 hrs. |
| 8/14/06 | Review motion and file | .25 hrs. |
| 12/31/07 | Review file for hearing | .35 hrs. |
| 1/9/08 | Further review of file | .50 hrs. |
| 1/10/08 | Hearing | 2.00 hrs. |
| 1/21/08 | Prepare final order | 1.50 hrs. |

|  | TOTAL: | 5.60 hrs. |
|---|---|---|

**03-287**     **Scott Young**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/27/06 | Review file and response; issue order | .25 hrs. |
| 7/20/06 | Review file | .50 hrs. |
| 7/27/06 | Further review | .25 hrs. |
| 7/28/06 | Issue order | .15 hrs. |
| 3/12/07 | Hearing order | .20 hrs. |
| 10/17/07 | Review file and issue order | .25 hrs. |
| 12/31/07 | Review file | .30 hrs. |
| 1/12/08 | Prepare final order | .50 hrs. |

|  | TOTAL: | 2.55 hrs. |
|---|---|---|

**03-291**     **Christopher Silva**

| 3/2/06 | Review file and issue order | .25 hrs. |
|---|---|---|
| 4/25/06 | Review file and issue order | .30 hrs. |
| 8/8/06 | Review file and issue order | .30 hrs. |
| 8/14/06 | Issue order and review file | .20 hrs. |
| 12/31/07 | Finalize final order | 1.00 hrs. |

|  |  |  | TOTAL: | 2.05 hrs. |
|--|--|--|--------|-----------|

**03-292        Ulysses S. Grant**

| 10/13/04 | Review of motion and issue order | .20 hrs. |
|----------|----------------------------------|----------|
| 12/24/04 | Review motion and issue order | .10 hrs. |
| 1/3/05 | Review file and issue order | .15 hrs. |
| 2/6/05 | Review motion and issue order | .15 hrs. |
| 3/4/05 | Review response and motion; issue order | .25 hrs. |
| 4/17/05 | Review motion and issue order | .15 hrs. |
| 3/2/06 | Review response and file; issue order | .25 hrs. |
| 5/18/06 | Review file and letter; issue order | .30 hrs. |
| 8/8/06 | Review file and elevate to Cat. III | .35 hrs. |
| 8/14/06 | Issue order | .15 hrs. |
| 4/24/07 | Review file | .20 hrs. |
| 11/29/07 | Review motion and issue order | .35 hrs. |
| 1/8/08 | Finalize final order | .50 hrs. |

|  |  | TOTAL: | 3.25 hrs. |
|--|--|--------|-----------|

**03-308        Randy Kailey**

| 12/22/04 | Review file and issue order | .25 hrs. |
|----------|-----------------------------|----------|
| 1/25/05 | Review pleading and file | .25 hrs. |
| 2/27/05 | Review file and issue order | .10 hrs. |
| 4/23/05 | Review motion and issue order | .10 hrs. |
| 5/27/05 | Review file and motion; issue order | .20 hrs. |
| 6/4/05 | Review file and motion; issue order | .25 hrs. |
| 7/1/05 | Review response and issue order | .20 hrs. |
| 7/12/05 | Review letter and issue order | .20 hrs. |
| 8/14/05 | Review file and issue order | .25 hrs. |
| 9/1/05 | Review motion to reconsider and issue order | .50 hrs. |
| 9/17/05 | Review file and issue order | .25 hrs. |
| 12/5/05 | Review motion and file; issue order | .20 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 4/26/06 | Review letter and file; issue order | .25 hrs. |
| 7/26/06 | Review file and issue order | .20 hrs. |
| 9/13/06 | Review file and issue order | .20 hrs. |
| 1/5/08 | Review file and motion; issue order | .25 hrs. |
| 2/11/08 | Finalize order | .75 hrs. |

|         | TOTAL:  | 4.65 hrs. |

**03-309**      **Enrique Martinez**

| 6/7/06   | Review letter and documents; issue order | .35 hrs. |
| 6/28/06  | Review file and issue order | .30 hrs. |
| 8/27/06  | Review file and issue order | .25 hrs. |
| 9/16/06  | Review file and issue order | .25 hrs. |
| 12/29/07 | Finalize final order | .75 hrs. |

|         | TOTAL:  | 1.90 hrs. |

**03-315**      **James G. Hall**

| 2/7/05   | Review file and issue order | .15 hrs. |
| 5/18/06  | Review file and response; issue order | .30 hrs. |
| 9/25/06  | Review file and issue order | .25 hrs. |
| 3/12/07  | Order for hearing | .30 hrs. |
| 6/20/07  | Order resetting hearing | .20 hrs. |
| 1/3/08   | Finalize final order | .75 hrs. |

|         | TOTAL:  | 1.95 hrs. |

**03-317**      **Robert Rochefort**

| 2/7/05   | Review file and issue order | .15 hrs. |
| 5/18/06  | Review response and file; issue order | .30 hrs. |
| 9/23/06  | Review file and issue order | .25 hrs. |
| 2/4/08   | Finalize final order | .75 hrs. |

|         | TOTAL:  | 1.45 hrs. |

**03-320**      **Walter Price**

| 1/31/05  | Review file and issue order | .15 hrs. |
| 5/18/06  | Review file and response; issue order | .30 hrs. |
| 1/31/08  | Finalize final order | .60 hrs. |

|         | TOTAL:  | 1.05 hrs. |

**03-323**        **Paul J. Pollard, Jr.**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review file and response; issue order | .30 hrs. |
| 10/1/06 | Review file and elevate to Cat III | .30 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 1/31/08 | Finalize final order | .50 hrs. |

TOTAL:        1.45 hrs.

**03-325**        **Johnny Wadkins**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review response and issue order | .30 hrs. |
| 5/25/06 | Review file and issue order | .15 hrs. |
| 9/30/06 | Review file and elevate to Cat III | .50 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 11/23/07 | Review file | .35 hrs. |
| 12/31/07 | Finalize final order | 1.00 hrs. |

TOTAL:        2.65 hrs.

**03-327**        **Michael Ingram**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/6/06 | Review response and issue order | .25 hrs. |
| 10/1/06 | Review file | .35 hrs. |
| 10/13/06 | Issue order | .20 hrs. |
| 1/31/08 | Fianlzie final order | .75 hrs. |

TOTAL:        1.70 hrs.

**03-338**        **William List**

| | | |
|---|---|---|
| 2/14/05 | Review file and issue order | .15 hrs. |
| 7/14/06 | Review file and response; issue order | .30 hrs. |
| 10/12/06 | Review file and reply | .25 hrs. |
| 10/19/06 | Issue order | .20 hrs. |
| 12/31/07 | Review file for hearing | .50 hrs. |
| 1/8/08 | Review file and issue order | .50 hrs. |

13

| 3/4/08 | Review file and issue final order | .40 hrs. |
|--------|----------------------------------|----------|
|        | TOTAL:                           | 2.30 hrs. |

**03-340**  **Javan Gadlin**

| 2/13/05 | Review file and issue order | .15 hrs. |
|---------|------------------------------|----------|
| 7/27/06 | Review response and issue order | .25 hrs. |
| 10/12/06 | Review pleading and file | .25 hrs. |
| 10/14/06 | Issue order | .20 hrs. |
| 1/7/08 | Finalize final order | .50 hrs. |
|         | TOTAL: | 1.35 hrs. |

**03-342**  **Abel Garza**

| 10/14/06 | Review claim and issue order | .35 hrs. |
|----------|------------------------------|----------|
| 10/22/06 | Review letter | .25 hrs. |
| 10/23/06 | Issue order | .15 hrs. |
| 11/21/06 | Review motion and file; issue order | .25 hrs. |
|          | TOTAL: | 1.00 hrs. |

**03-345**  **Lavone Barron**

| 1/3/05 | Review file and issue order | .20 hrs. |
|--------|------------------------------|----------|
| 12/4/05 | Review letter and issue order | .20 hrs. |
| 2/28/06 | Review file and response; issue order | .25 hrs. |
| 3/21/06 | Review change of address and file; issue order | .15 hrs. |
| 4/26/06 | Review file and issue order | .25 hrs. |
| 7/22/06 | Review file and issue order | .25 hrs. |
| 10/18/06 | Review file and issue order | .25 hrs. |
| 1/8/08 | Fianlize final order | .50 hrs. |
|        | TOTAL: | 2.05 hrs. |

**03-350**  **Charles Stroud**

| 9/18/04 | Review claim form | .10 hrs. |

14

| 9/23/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 11/5/05 | Review motion and file; issue order | .20 hrs. |
| 12/19/05 | Review motion and issue order | .25 hrs. |
| 2/16/06 | Review file and motion; issue order | .20 hrs. |
| 3/3/06 | Review letter | .15 hrs. |
| 3/9/06 | Review file and letter; issue order | .25 hrs. |
| 6/27/06 | Review file and issue order | .25 hrs. |
| 7/15/06 | Review file and motion; issue order | .25 hrs. |
| 9/2/06 | Review file and motion; issue order | .25 hrs. |
| 9/14/06 | Review file and pleadings; issue order | .20 hrs. |
| 11/8/06 | Review file and issue order | .25 hrs. |
| 1/8/08 | Finalize final order | .50 hrs. |

TOTAL: 3.10 hrs.

**03-356      Justin Goetz**

| 4/8/05 | Review claim and issue order | .25 hrs. |
| 4/30/05 | Review supplemental forms and issue order | .25 hrs. |
| 11/8/06 | Review file and issue order | .25 hrs. |
| 2/25/08 | Finalize final order | .75 hrs. |

TOTAL: 1.50 hrs.

**03-369      Stanley Heisch**

| 2/14/05 | Review file and issue order | .15 hrs. |
| 5/26/05 | Review motion and issue order | .20 hrs. |
| 8/13/05 | Review file and motion; issue order | .20 hrs. |
| 11/24/05 | Review pleading | .25 hrs. |
| 9/10/06 | Review response and issue order | .25 hrs. |
| 11/29/06 | Review file and elevate to Cat III | .30 hrs. |
| 12/1/06 | Issue order | .20 hrs. |
| 12/3/06 | Review file | .15 hrs. |
| 12/23/06 | Review file and issue order | .30 hrs. |
| 11/2/07 | Review file and response; issue order | .25 hrs. |
| 2/2/08 | Finalize final order | .75 hrs. |

TOTAL: 3.00 hrs.

15

**03-386**        **Theodore Vialpando**

| | | |
|---|---|---|
| 1/3/06 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/26/06 | Review letter and file; issue order | .25 hrs. |
| 7/22/06 | Review file and motion; issue order | .30 hrs. |
| 9/20/06 | Review motion and issue order | .25 hrs. |
| 10/10/06 | Review file and issue order | .30 hrs. |
| 1/13/07 | Review file and elevate to Cat III; issue order | .25 hrs. |
| 1/23/07 | Review file and letter; issue order | .30 hrs. |
| 2/19/07 | Hearing order | .20 hrs. |
| 4/22/07 | Review motion and witness list; issue order | .45 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |
| 8/5/07 | Reset hearing and review file | .35 hrs. |
| 1/8/08 | Finalize final order | .50 hrs. |

                                            TOTAL:        3.85 hrs.

**03-389**        **Gerald Hayward**

| | | |
|---|---|---|
| 4/17/05 | Review letter and issue order | .25 hrs. |
| 5/7/05 | Review file and claim; issue order | .20 hrs. |
| 6/12/05 | Review supplemental forms and issue order | .25 hrs. |
| 10/12/06 | Review file and issue order | .25 hrs. |
| 11/14/06 | Review file and elevate | .30 hrs. |
| 8/16/07 | Review file and issue order | .30 hrs. |
| 2/25/08 | Finalize final order | .75 hrs. |

                                            TOTAL:        2.30 hrs.

**03-395**        **John Ovalle**

| | | |
|---|---|---|
| 7/31/07 | Hearing order | .25 hrs. |
| 12/31/07 | Review file for hearing | .30 hrs. |
| 1/9/08 | Review file | .25 hrs. |
| 1/12/08 | Prepare final order | .50 hrs. |

                                            TOTAL:        1.30 hrs.

**03-398**        **Donald Penrod**

16

| | | |
|---|---|---|
| 9/29/04 | Review claim | .10 hrs. |
| 9/30/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 7/28/06 | Review file and response; issue order | .30 hrs. |
| 10/12/06 | Review motion and issue order | .25 hrs. |
| 12/27/06 | Review motion and response; issue order | .20 hrs. |
| 1/3/07 | Issue order | .15 hrs. |
| 2/20/07 | Elevate to Cat III and issue order | .15 hrs. |
| 3/14/07 | Issue order for hearing | .20 hrs. |
| 3/22/07 | Review motion and issue order | .20 hrs. |
| 2/25/08 | Finalize final order | .75 hrs. |
| | | _____ |
| | TOTAL: | 2.55 hrs. |

**03-403        Detra Pugh**

| | | |
|---|---|---|
| 2/15/05 | Review file and issue order | .15 hrs. |
| 11/15/06 | Review file and issue order | .25 hrs. |
| 3/3/07 | Review file and elevate to Cat III | .20 hrs. |
| 4/13/07 | Review file and issue order for hearing | .30 hrs. |
| 10/6/07 | Review file and issue order | .25 hrs. |
| 11/14/07 | Review file and issue order | .30 hrs. |
| 12/31/07 | Review file | .30 hrs. |
| 1/9/08 | Review file for hearing | .50 hrs. |
| 1/12/08 | Prepare final order | .50 hrs. |
| | | _____ |
| | TOTAL: | 2.75 hrs. |

**03-413        Michael Hunter**

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 2/22/06 | Review motion and file; prepare order | .30 hrs. |
| 3/9/06 | Review letter and issue order | .25 hrs. |
| 3/18/06 | Review file and letter; issue order | .25 hrs. |
| 3/26/06 | Review file and letter; issue order | .20 hrs. |
| 6/9/06 | Review motion and file; issue order | .30 hrs. |
| 8/18/06 | Review file and motion; issue order | .25 hrs. |
| 11/1/06 | Review file and letter; issue order | .25 hrs. |
| 4/3/07 | Review file and elevate | .35 hrs. |
| 5/14/07 | Review letter and issue order | .25 hrs. |
| 8/8/07 | Review motion and file; issue order | .35 hrs. |

| 11/9/07 | Review file and issue order | .25 hrs. |
| 3/1/08 | Review file | .30 hrs. |
| 3/5/08 | Review file for hearing | .25 hrs. |
| 3/6/08 | Hearing | .25 hrs. |
| 3/7/08 | Prepare final order | .25 hrs. |
| | | _____ |
| | TOTAL: | 4.20 hrs. |

## 03-415         Monique Scaggs

| 1/5/05 | Review claim and issue order | .15 hrs. |
| 1/28/05 | Review pleading and issue order | .25 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 9/17/05 | Review letter and issue order | .20 hrs. |
| 3/9/06 | Review file and letter; issue order | .25 hrs. |
| 10/12/06 | Review file and response; issue order | .25 hrs. |
| 1/21/06 | Review file | .25 hrs. |
| 4/3/07 | Review file and elevate | .35 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |
| 8/16/07 | Review file and issue order | .25 hrs. |
| 12/15/07 | Review file for hearing | .40 hrs. |
| 12/21/07 | Hearing and order | 1.00 hrs. |
| 1/9/08 | Review file for hearing | .50 hrs. |
| 1/11/08 | Hearing | 1.50 hrs. |
| 1/20/08 | Work on final order | .75 hrs. |
| 1/26/08 | Work on final order | .50 hrs. |
| 1/27/08 | Work on final order | 1.50 hrs. |
| 1/31/08 | Finish final order | .50 hrs. |
| | | _____ |
| | TOTAL: | 9.05 hrs. |

## 03-416         Larry Sims

| 3/25/07 | Review letter and issue order | .35 hrs. |
| 4/20/07 | Review file and documents | .35 hrs. |
| 4/23/07 | Review file and issue order | .25 hrs. |
| 5/14/07 | Review letter and file; issue order | .25 hrs. |
| 5/31/07 | Review letter | .20 hrs. |
| 6/9/07 | Review file and set hearing | .30 hrs. |
| | | _____ |

|  | TOTAL: | 1.70 hrs. |
|---|---|---|

**03-420**      **Santos Romero**

| 1/6/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/21/06 | Review response and file; issue order | .25 hrs. |
| 4/23/06 | Review motion and file; issue order | .25 hrs. |
| 7/3/06 | Review file and issue order | .20 hrs. |
| 9/30/06 | Review file and issue order | .25 hrs. |
| 12/30/06 | Review file | .50 hrs. |
| 12/31/06 | Review motion and issue order | .25 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 5/5/07 | Review file and issue order | .20 hrs. |
| 2/25/08 | Finalize final order | .75 hrs. |

|  | TOTAL: | 3.05 hrs. |
|---|---|---|

**03-428**      **Gregg Johnston, Jr.**

| 1/16/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 5/18/06 | Review file and issue order | .30 hrs. |
| 8/8/07 | Review file and elevate | .35 hrs. |
| 8/13/07 | Issue order | .15 hrs. |
| 9/11/07 | Review file | .20 hrs. |
| 9/13/07 | Prepare order | .20 hrs. |
| 12/31/07 | Review file | .30 hrs. |
| 1/9/08 | Review file for hearing | .50 hrs. |
| 1/10/08 | Hearing | 1.75 hrs. |
| 1/20/08 | Review file and draft final order | .50 hrs. |
| 1/22/08 | Complete final order | 1.75 hrs. |

|  | TOTAL: | 6.15 hrs. |
|---|---|---|

**03-429**      **Cleo Bramwell**

| 1/30/05 | Review claim | .10 hrs. |
|---|---|---|
| 3/5/05 | Review file and supplemental forms; issue order | .20 hrs. |
| 4/1/05 | Review motion and issue order | .15 hrs. |
| 3/11/05 | Review motion and response | .15 hrs. |
| 4/2/06 | Review letter and file; issue order | .25 hrs. |
| 7/1/06 | Review response and issue order | .25 hrs. |

19

| 8/8/07 | Review file and elevate | .40 hrs. |
| 8/13/07 | Issue order | .20 hrs. |
| 10/11/07 | Review file and issue order | .25 hrs. |
| 1/7/08 | Review file and issue order | .30 hrs. |
| 2/24/08 | Review file and issue order | .30 hrs. |
| 3/1/08 | Review file for hearing | .35 hrs. |
| 3/7/08 | Hearing | 1.75 hrs. |
| 3/10/08 | Prepare final order | 2.00 hrs. |

TOTAL:                          6.65 hrs.

**03-430        James P. Wylie**

| 9/6/06 | Review claim and issue order | .30 hrs. |
| 9/15/06 | Review file and issue order | .30 hrs. |
| 9/28/06 | Review file | .20 hrs. |
| 12/22/06 | Review file and motion; issue order | .20 hrs. |
| 4/24/07 | Review supplemental form and letter; issue order | .30 hrs. |
| 7/11/07 | Review response and issue order | .30 hrs. |
| 8/16/07 | Review file and elevate | .45 hrs. |
| 8/19/07 | Prepare order | .20 hrs. |
| 9/11/07 | Review file | .20 hrs. |
| 10/5/07 | Review file and request for witnesses; issue order | .30 hrs. |
| 12/15/07 | Review file for hearing | 3.50 hrs. |
| 12/21/07 | Review exhibits | 1.00 hrs. |
| 12/24/07 | Draft final order | 2.50 hrs. |
| 12/30/07 | Finalize order | .50 hrs. |

TOTAL:                          10.25 hrs.

**03-432        Kenneth Griffin**

| 10/6/07 | Review letter and issue order | .25 hrs. |
| 10/17/07 | Review file and issue order | .40 hrs. |
| 1/15/08 | Review file and issue order | .30 hrs. |
| 1/20/08 | Review file | .25 hrs. |
| 1/24/08 | Review file for hearing | .25 hrs. |
| 1/25/07 | Hearing | .75 hrs. |
| 1/27/08 | Prepare final order | .75 hrs. |

|            |                                            | TOTAL: | 2.95 hrs. |

**03-433**     **Debbie Gillon**

| 10/16/07 | Review file and claim; issue order | .30 hrs. |
| 11/1/07 | Review supplemental forms | .30 hrs. |
| 11/2/07 | Prepare order | .20 hrs. |
| 11/5/07 | Review file and issue order | .30 hrs. |
| 11/18/07 | Review file and issue order | .20 hrs. |
| 1/20/08 | Review file | .25 hrs. |
| 1/24/08 | Review file for hearing | .25 hrs. |
| 1/25/08 | Hearing | 2.00 hrs. |
| 1/26/08 | Review file and exhibits | .75 hrs. |
| 2/3/08 | Prepare final order | 1.50 hrs. |

TOTAL:      6.05 hrs.

**03-434**     **Allen Keith Elder**

| 11/1/06 | Review letter and issue order | .30 hrs. |
| 11/11/06 | Review letter and claim; issue order | .35 hrs. |
| 12/7/06 | Review file and issue order | .25 hrs. |
| 12/9/06 | Issue order | .20 hrs. |
| 1/5/07 | Review supplemental forms and issue order | .25 hrs. |
| 1/18/07 | Review letter and issue order | .25 hrs. |
| 2/1/07 | Review letter and issue order | .20 hrs. |
| 4/18/07 | Review response and file; issue order | .35 hrs. |
| 4/29/07 | Review file and issue order | .25 hrs. |
| 5/1/07 | Review motion and issue order | .35 hrs. |
| 8/27/07 | Review file and issue order | .25 hrs. |
| 11/5/07 | Review file and issue order for hearing | .25 hrs. |
| 11/21/07 | Review file and issue order | .30 hrs. |
| 2/28/07 | Review file and motion | .50 hrs. |
| 1/11/08 | Review letter and issue order | .25 hrs. |
| 2/17/08 | Review motion and issue final order | .30 hrs. |

TOTAL:      4.60 hrs.

**03-435**     **Thomas Girardin**

| 12/29/04 | Review file and issue order | .15 hrs. |

21

| | | |
|---|---|---|
| 3/5/05 | Review letter and issue order | .15 hrs. |
| 11/5/05 | Review file | .15 hrs. |
| 7/19/06 | Review response and issue order | .30 hrs. |
| 11/16/07 | Review file | .30 hrs. |
| 11/17/07 | Issue order | .20 hrs. |
| 11/19/07 | Issue order | .25 hrs. |
| 2/13/08 | Review file | .30 hrs. |
| 2/17/08 | Review file for hearing | .50 hrs. |
| 2/21/08 | Hearing | 2.35 hrs. |
| 2/23/08 | Prepare final order | 1.50 hrs. |
| 3/1/08 | Finalize order | .25 hrs. |

TOTAL:     6.40 hrs.

**03-437      John Hammonds**

| | | |
|---|---|---|
| 1/8/05 | Review file and issue order | .15 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/23/06 | Review file and response | .25 hrs. |
| 11/15/07 | Review file | .30 hrs. |
| 11/17/07 | Issue order | .20 hrs. |
| 2/28/08 | Hearing | 2.25 hrs. |
| 3/2/08 | Work on final order | 1.50 hrs. |
| 3/4/08 | Finalize order | .35 hrs. |

TOTAL:     5.25 hrs.

**03-438      Albert Abeyta**

| | | |
|---|---|---|
| 11/5/07 | Review file and issue order | .35 hrs. |
| 11/17/07 | Review claim and letter; issue order | .30 hrs. |
| 11/27/07 | Review supplemental form and issue order | .30 hrs. |
| 12/21/07 | Review file and witness list; issue order | .40 hrs. |
| 12/26/07 | Review file and letter; issue order | .30 hrs. |
| 12/31/07 | Review file | .20 hrs. |
| 1/9/08 | Review file for hearing | .50 hrs. |
| 1/10/08 | Hearing | 1.40 hrs. |
| 1/11/08 | Prepare final order | .50 hrs. |

TOTAL:     4.25 hrs.

22

**05-008**        **Steven Marquiz**

| | | |
|---|---|---|
| 9/24/04 | Review of claim | .10 hrs. |
| 9/29/04 | Issue order | .10 hrs. |
| 12/10/04 | Review file and issue order | .25 hrs. |
| 2/3/05 | Issue stay order | .15 hrs. |
| 3/8/05 | Issue order | .10 hrs. |
| 5/3/05 | Review file and issue order | .15 hrs. |
| 5/7/05 | Review file and issue order for hearing | .20 hrs. |
| 12/3/05 | Review file | .20 hrs. |
| 8/5/07 | Review file and issue order | .30 hrs. |
| 12/31/07 | Prepare final order | 1.75 hrs. |
| | TOTAL: | 3.30 hrs. |

**05-014**        **Pete Solis, Jr.**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 12/26/05 | Review file and issue order | .25 hrs. |
| 1/25/06 | Review letter and file; issue order | .30 hrs. |
| 2/13/06 | Review form and issue order | .25 hrs. |
| 3/2/06 | Review letter and file; issue order | .15 hrs. |
| 3/9/06 | Review file and issue order | .20 hrs. |
| 4/13/06 | Review file and set for hearing | .50 hrs. |
| 4/28/06 | Review file and issue order | .25 hrs. |
| 5/6/06 | Review file and letter; issue order | .50 hrs. |
| 7/31/06 | Prepare hearing order | .30 hrs. |
| 12/31/07 | Review file for hearing | .30 hrs. |
| 1/9/08 | Review file | .25 hrs. |
| 1/12/08 | Prepare final order | .50 hrs. |
| | TOTAL: | 3.90 hrs. |

**05-015**        **Cruz Gonzales**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |
| 12/26/05 | Review file and issue order | .35 hrs. |
| 2/25/06 | Review file and claim form; issue order | .35 hrs. |
| 4/13/06 | Review file and issue order | .50 hrs. |
| 4/28/06 | Review file and issue order | .25 hrs. |
| 8/6/07 | Review file and issue order | .25 hrs. |

| 12/13/07 | Hearing | 1.00 hrs. |
| 12/30/07 | Prepare final order | 1.25 hrs. |

|  | TOTAL: | 4.10 hrs. |

**05-016**      **Timothy A. Russell**

| 12/29/04 | Review file and issue order | .15 hrs. |
| 1/25/05 | Review motion and issue order | .15 hrs. |
| 3/4/05 | Review motion and response; issue order | .25 hrs. |
| 3/18/05 | Review file and issue order | .15 hrs. |
| 4/23/05 | Review motion and issue order | .15 hrs. |
| 5/27/05 | Review motion and issue order | .20 hrs. |
| 6/12/05 | Review file and motion | .20 hrs. |
| 7/1/05 | Review file and motion; issue order | .25 hrs. |
| 2/26/06 | Review file and issue order | .15 hrs. |
| 6/11/06 | Review file and issue order | .50 hrs. |
| 1/8/08 | Finalize order | .50 hrs. |

|  | TOTAL: | 2.65 hrs. |

**X-236**      **Eli C. Andrade**

| 9/7/07 | Review letter and issue order | .25 hrs. |
| 10/22/07 | Review file and issue order | .25 hrs. |
| 11/8/07 | Review file and claim; issue order | .35 hrs. |
| 1/8/08 | Issue OSC | .25 hrs. |
| 1/31/08 | Prepare final order | .50 hrs. |

|  | TOTAL: | 1.60 hrs. |

**X-246**      **Erica Williams**

| 10/29/07 | Review letter and issue OSC | .30 hrs. |
| 11/16/07 | Work on final order | .35 hrs. |
| 12/21/07 | Review file and issue order | .35 hrs. |
| 2/23/08 | Review file and issue final order | .50 hrs. |

|  | TOTAL: | 1.50 hrs. |

24

**X-247**          **Eugene Aguirre**

| | | |
|---|---|---|
| 11/2/07 | Review letter and issue order | .35 hrs. |
| 11/19/07 | Review claim and prepare OSC | .30 hrs. |
| 1/3/08 | Review file and begin drafting final order | .50 hrs. |
| 1/7/08 | Finalize final order | .20 hrs. |
| | TOTAL: | 1.35 hrs. |

**X-251**          **Robbie Hawkins**

| | | |
|---|---|---|
| 1/3/08 | Review file and issue order | .50 hrs. |
| 1/7/08 | Finalize final order | .25 hrs. |
| | TOTAL: | .75 hrs. |

**X-252  Troy Dean Moore**

| | | |
|---|---|---|
| 11/19/07 | Review letter and issue OSC | .25 hrs. |
| 1/3/08 | Review file and draft order | .40 hrs. |
| 1/7/08 | Finalize final order | .25 hrs. |
| | TOTAL: | .90 hrs. |

**X-253  Nancy Tehee**

| | | |
|---|---|---|
| 12/21/07 | Review file and issue order | .50 hrs. |
| 1/31/07 | Prepare final order | .50 hrs. |
| | TOTAL: | 1.00 hrs. |

**X-254**          **Percy Hanks**

| | | |
|---|---|---|
| 1/8/08 | Review file and issue order | .50 hrs. |
| 2/24/08 | Review file and issue final order | .50 hrs. |
| | TOTAL: | 1.00 hrs. |

25

**X-255**          **Brandy Davis**

| | | |
|---|---|---|
| 1/15/08 | Review letter and issue OSC | .35 hrs. |
| 2/24/08 | Draft final order | .35 hrs. |
| 2/27/08 | Finalize final order | .25 hrs. |
| | | _____ |
| | TOTAL: | .95 hrs. |

**X-256**          **Timothy Loomis**

| | | |
|---|---|---|
| 2/16/08 | Review file and issue order | .35 hrs. |
| 3/8/08 | Review letter and issue final order | .25 hrs. |
| | | _____ |
| | TOTAL: | .60 hrs. |

_____

TOTAL HOURS at $175.00 per hour: 71.60 hours =   $12,530.00

TOTAL HOURS at $200.00 per hour: 177.35 hours = $ 35,77000

TOTAL: $ 48,000.00

**EXHIBIT E**

Travel Time for Richard M. Borchers:

| | | |
|---|---|---|
| 1/24/08 | Denver to La Junta | 3.50 hrs. |
| 1/25/08 | La Junta to Pueblo to Denver | 3.50 hrs. |
| 2/14/08 | Denver to Ft. Lyon and return | 7.50 hrs. |
| 2/21/08 | Denver to Sterling and return | 4.00 hrs. |
| 2/28/08 | Denver to Limon and return | 3.00 hrs. |
| 3/6-7/08 | Denver to Canon City and return | 4.50 hrs. |
| 3/13/08 | Denver to Canon City and return | 4.50 hrs. |
| | | ———— |
| | TOTAL TRAVEL TIME: | 30.50 hrs. |

Lodging Expenses:

| | | |
|---|---|---|
| 1/24/08 | La Junta | $ 102.61 |
| 1/25/08 | Pueblo | $  70.00 |
| 2/13/08 | La Junta | $ 102.61 |
| 2/20/08 | Sterling | $  95.74 |
| 3/5-6/08 | Canon City | $ 186.43 |
| | | ———— |
| | TOTAL EXPENSES: | $ 557.39 |

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending March 15, 2008:

None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending March 15, 2008:

(See attached sheet)

TOTAL:                52.25 hrs.

# LRC
## Legal Resolution Center

# Judge RCD - Billing Worksheet for Montez v. Owens
# Civil Action No. 92-N-870

**Name:** January – March, 2008     DOC # _____

**Claim No:** _____

**Category No:** _____

| | Date | Activity | Time |
|---|---|---|---|
| 1 | 15 | Administrative – Reviewed filings | .5 |
| | 15 | Abad Martinez 03-312   Prep of Final Order | 1.25 |
| | 16 | Michael Johnson 03-240 " " " | 2.25 |
| | 16 | Orlando Clark 03-241 " " " | 2.0 |
| | 25 | James Miera 03-258 " " " | 2.25 |
| | 28 | Walter Price 03-320 " " " | 2.0 |
| | | Michael Tugram 03-327 " " " | 1.75 |
| | 29 | Stanley Haisch 03-319 " " " | 3.0 |
| 2 | 11 | Phillip Carter 03-106   Hearing | 3.0 |
| | 12 | Admin – Reviewed filings | .5 |
| | 14 | Preliminary draft Carter 03-106 | 2.0 |
| | 15 | Santos Romero 03-420   Prep Final order | 2.0 |
| | 21 | Donald Penrod 03-398 " " | 2.25 |
| | 21 | Gerald Hayward 03-389 " " | 1.75 |
| | 22 | Justin Goetz 03-356 " " | 2.0 |
| | 22 | Kyle Houston 03-163 " " | 3.0 |

Page 1

# LRC
## Legal Resolution Center

# Judge RCD  -  Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _Jan-March, 2008_          DOC# _____

Claim No: _____

Category No: _____

| Date | | Activity | Time |
|---|---|---|---|
| 3 | 10 | Travel To Canon City      210 miles | 4.0 |
|  |  | Robert Neely  03-238   Hearing | 3.75 |
|  | 11 | Robert Neely 03-238  Prep final Order | 2.0 |
|  | 11 | Phillip Carter  03-106 - Review filings |  |
|  |  | finalize order | 1.5 |
|  | 12 | Rose Carlson  05-013   Prep final Order | 3.75 |
| 2 | 25 | Carlson 05-013  Hearing | 1.75 |
|  |  | Travel To Colo Spgs | 3.0 |
| 3 | 12 | Waldo MacKay 03-228    Prep of final Order | 2.5 |
|  | 13 | Jared wharlow 03-421  Prep final Order | 1.75 |
|  | 13 | Edmund Herrera 03-307 Prep final Order | 2.25 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Page 2

# LRC
## Legal Resolution Center

## Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _Jan–March, 2008_          DOC # _____

Claim No: _____

Category No: _____

| Date | | Activity | Time |
|---|---|---|---|
| 12 | 17/07 | Not billed | |
| | | Ulysses Grant          Hearing | 1.5 |
| | | Raymond Stevens          Hearing | 1.0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 3

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending March 15, 2008:

TOTAL:        1.00 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending March 15, 2008:

Total Travel Time:                                    7.00 hrs.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending March 15, 2008:

Total Travel Time:                                    0.00 hrs.