IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-EWN

MONTEZ / Raymond Arthur Price

Plaintiff(s)/Petitioner(s),

v.

Bill Owens et al.

Defendant(s)/Respondent(s).

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2008

GREGORY C. LANGHAM
CLERK

## PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are: Abuse of discretion / unconstitutional bais / prejudice / conduct violates Due process / Equal protection / Cruel and unusual punishment
(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.

Rev. 9/98

(6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

I get 60¢ A day (Convict pay) They take 40% of that each month. Before 30¢ - 23¢

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __BVCC__ (location) on __3-20-08__ (date).

_____
Prisoner's Original Signature

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 03/19/2008 = Page  1

Account: 66072 PRICE, RAYMOND A                     BUENAVISTA BVCF/NORTH
        To:From Dates  09/19/2007: 03/19/2008
================================================================================
 Trans Date     Description          Deposits  Withdrawls    Balance     Loc
 ----------     -----------          --------  ----------    -------     ---
 09/19/2007 BALANCE AS OF 09/19/2007                          18.72
 09/19/2007 Canteen Order #5383913                0.86        17.86 CF
 09/19/2007 POSTAGE-DEBIT                         0.41        17.45 CF
 09/28/2007 FILING FEES-05-1382                   2.76        14.69 CF
 09/28/2007 RESTITUTION-88CR1443                  2.76        11.93 CF
 10/03/2007 POSTAGE-DEBIT                         0.41        11.52 CF
 10/03/2007 POSTAGE-DEBIT                         0.41        11.11 CF
 10/04/2007 1 REC. AIDE II             12.00                  23.11 CF
 10/10/2007 POSTAGE-DEBIT                         0.41        22.70 CF
 10/10/2007 POSTAGE-DEBIT                         0.41        22.29 CF
 10/10/2007 POSTAGE-DEBIT                         0.41        21.88 CF
 10/11/2007 POSTAGE-DEBIT                         0.41        21.47 CF
 10/24/2007 Canteen Order #5452728                5.26        16.21 CF
 10/31/2007 FILING FEES-05-1382                   2.40        13.81 CF
 10/31/2007 RESTITUTION-88CR1443                  2.40        11.41 CF
 11/01/2007 POSTAGE-DEBIT                         0.41        11.00 CT
 11/02/2007 PAYROLL-CREDIT              0.23                  11.23 CT
 11/05/2007 HYGIENE ITEMS DEBIT                   0.54        10.69 CT
 11/06/2007 POSTAGE-DEBIT                         0.41        10.28 CT
 11/06/2007 POSTAGE-DEBIT                         0.41         9.87 CT
 11/06/2007 XEROX-DEBIT                           0.45         9.42 CT
 11/06/2007 1 REC. AIDE II             13.80                  23.22 CT
 11/13/2007 Canteen Order #5499332                2.30        20.92 BV
 11/23/2007 Canteen Order #5512096                1.38        19.54 BV
 11/26/2007 POSTAGE-DEBIT                         0.41        19.13 BV
 11/26/2007 POSTAGE-DEBIT                         0.41        18.72 BV
 11/26/2007 POSTAGE-DEBIT                         0.41        18.31 BV
 11/29/2007 Canteen Order #5524754                1.60        16.71 BV
 11/30/2007 FILING FEES-05-1382                   2.81        13.90 BV
 11/30/2007 RESTITUTION-88CR1443                  2.81        11.09 BV
 12/03/2007 1 A & O                     1.84                  12.93 BV
 12/06/2007 Canteen Order #5540167                0.70        12.23 BV
 12/06/2007 1 UNA RLC                   0.92                  13.15 BV
 12/06/2007 1 REC. AIDE II              0.60                  13.75 BV
 12/06/2007 PAYROLL-CREDIT              1.61                  15.36 BV
 12/13/2007 POSTAGE-DEBIT                         0.41        14.95 BV
 12/13/2007 POSTAGE-DEBIT                         0.41        14.54 BV
 12/31/2007 FILING FEES-05-1382                   0.99        13.55 BV
 12/31/2007 RESTITUTION-88CR1443                  0.99        12.56 BV
 01/02/2008 1 UNA RLC                   4.83                  17.39 BV
 01/31/2008 FILING FEES-05-1382                   0.97        16.42 BV
 01/31/2008 RESTITUTION-88CR1443                  0.97        15.45 BV
 02/04/2008 1 NORTH SPECIAL PROJEC      2.76                  18.21 BV
 02/05/2008 1 UNA RLC                   2.53                  20.74 BV
 02/29/2008 FILING FEES-05-1382                   1.06        19.68 BV
 02/29/2008 RESTITUTION-88CR1443                  1.06        18.62 BV
 03/03/2008 2 CLERK IV                  0.60                  19.22 BV
 03/04/2008 1 NORTH SPECIAL PROJEC      4.60                  23.82 BV
 03/04/2008 POSTAGE-DEBIT                         0.41        23.41 BV
 03/19/2008 BALANCE AS OF 03/19/2008                          23.41
================================================================================
                       Total money order in hold:       0.00
                    Current balance as of 03/19/2008:  23.41


                          **Reserved/Encumbered Monies:   18.20
                       Available money as of 03/19/2008:   5.21
```