LEGAL MAIL:

**Colorado Department of Corrections**

Name: Ant Price
Register Number: 66072
Unit: N-102
Box Number: 2017
City, State, Zip: Buena Vista Colo. 81211

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 24 2008
GREGORY C. LANGHAM
CLERK

92cv870

To: Office of the Clerk
United States District Court
901 - 19th Street, Room A105
Denver, Colo. 80294-3589



049J82041001
$00.41⁰
Mailed From 81211
03/21/2008
US POSTAGE

80294+3589 0044

