IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Cynthia Hosea-Butler, Claim number 0X-208

## ORDER

Kane, J.

This matter is before the court on claimant's "Contest the Final Order and or Recommendation" (doc. #2748). I have reviewed the document and the Final Order of Special Master (doc. #2744) and rule accordingly.

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The dismissal of this claim was appropriate, as Ms. Hosea-Butler is not a member of the class as defined in the Settlement Agreement. She has expressed concerns regarding the quality of medical care. Those issues must be addressed through a separate individual action, not as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of the Special Master is AFFIRMED.

Dated:   March 26, 2008

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Ms. Hosea-Butler.