IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

-vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-256
Category III
Claimant: Jerry Simmons, #113385
Address of Claimant: 25 East 16th Street, #642, Denver, CO 80202

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

       THIS MATTER comes before the Special Master on Claimant's motion to re-open claim. Defendants have filed a response to the motion. Claimant was granted the opportunity to file a reply to the response of Defendants. Claimant has filed nothing further.

       This claim was set for hearing on July 13, 2006 for Judge Bruce Pringle. Notice had been given to Claimant at the last known address of 12623 Edwards Place, Denver, Colorado. Claimant did not appear for the hearing. Claimant did not notify the Special Masters on that date as to any reason he could not appear. The claim was dismissed, and the file was sent to the Court.

       Claimant has submitted a letter from Ms. Jennifer Ozawa-Hanson who is a residential case manager with the Colorado Coalition for the Homeless. In that letter, she indicates that Claimant was homeless in 2006 and did not receive notice of the hearing date. She asks that the claim be re-opened to allow Claimant to proceed with his claim.

       Defendants have filed a response to the motion. Defendants oppose the re-opening of the claim on the basis that Claimant has had more than ample opportunity to seek to re-open his claim. Further, Defendants argue that Claimant could have advised the Special Masters of his whereabouts and that he was not receiving mail.

The claim process is winding down. The Special Masters have tried to give all claimants a fair opportunity to file a claim and have it adjudicated. The process, though, is not without its limits. One of the limits is the necessity for a claimant to provide a mailing address. In fact, a change of address must be provided pursuant to the Local Rules of the Court.

> **M. Notice of Change of Address or Telephone Number.** Within ten days after any change of address, telephone number or e-mail address of any attorney or pro se party, notice of the new address, telephone number or e-mail address shall be filed.

*D.C.Colo.L.Civ.P. 10.1*. On its face, the rule does not provide any exceptions for notifying the Court of a change of address.

In this case, Claimant never provided an updated address during the time before the scheduled hearing. Claimant did not contact the Special Masters until November, 2007, and that was through a third party.

A number of claimants have become homeless after being discharged from DOC sentences. A number of claimants provided addresses at which they could be reached, even some who simply relied on "General Delivery" to be their sole means of receiving mail. At some point, the ability to move to re-open a claim is lost due to actions or inactions by a claimant.

In this case, Claimant has not indicated why he could not have notified the Special Masters of the problems facing him. Claimant did not do that, instead waiting for one and one-half years before contacting the Special Masters. There is no further information concerning the lack of contact with the Special Masters and the failure to advise the Court of an updated address.

The Special Master finds that Claimant failed to comply with Local Rule 10.1(M). There is no indication that he could not have complied. Claimant could have requested mail be sent general delivery, but he did not do that. It is simply too late now to ask for a re-opening of the claim.

IT IS HEREBY ORDERED that the motion to re-open the claim of Claimant is denied, as Claimant did not comply with D.C. Colo. L.R. 10.1(M) and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before April 14, 2008.**

SIGNED this 9th day of January, 2008.

BY THE COURT:

_____
Richard M. Borchers
Special Master