IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs
-VS.-
Bill Owens, et al.,
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 27 2008
GREGORY C. LANGHAM
CLERK

Claim Number: 03-191
Catagory: III
Claimant: John J. Derwin
Address of Claimant: CTCF-Box-1010 Canon City, Co. 81215

Objection To Final Order of Special Master Judge Richard C. Davidson Concerning Claimant John J. Derwin signed Febuary 8, 2008.

On Nov. 27, 2007 I had a Hearing in front of Special Master Richard C. Davidson. His "Finding of Fact" is what I am Objecting To along with The Fact That I am Disabled which Judge Davidson says I am Not.

In The Judge's Final Order "Finding of Fact" Numbers 1-5 are accurate for the most par[t] will start my "Objection" at Numbe[r]

Address The issues That need To be Addressed.

#6 I was sent To C.S.P. From Sterling Maximum Administrative Segregation. While AT Sterling Max Ad. Seq. All my medical devices and bedding were found To be necessary. Infact, Sterling medical actually administered These items To me understanding The dibilatating pain I live with and The fact That without my crutches and braces I would regress backwards in my paralisis so Sterling Max Ad Seq let me keep my eggcrate mattress, wedge pillow, Leg braces, crutches, sitting pillow, pain medication (T-3 w/codiene) and put me in an actual handicapped cell. This was NOT mentioned in Judge Davidson's facts.

Sterling and C.S.P. are both Max. Security Ad. Seq. so for Sterling To say I'm in need and every other facility prior To going To C.S.P. said I was in need of These medically prescribed items Then C.S.P. Takes Them saying They are NOT necessary is absurd. I have had These item since 1992 in every facility. Dr. Wermers Told me AT C.S.P. That "if you don't have a bone sticking out of your body or Terminal cancer you will never get These items from me." Besides "if I give iT To you I have To give iT To every one." IT also does NOT say That I fell many Times on my Testicles AT C.S.P. because of no hand rails AT The Toilet. The cell I was in C-2-18 was designated a handicapped cell but Pete Orleans Testified in Sept. 07 That as

of his Testimony in Sept. 07 C.S.P. was not in compliance as to his and-or A.D.A. requirements as far as the 12 Handicap cells go. There was a physical Therapy room at C.S.P. but I was told by numerous staff that it was for staff to work out in. As far as getting my braces and crutches I recieved them back only after being refused admittance to A.V.C.F and Cell House #5 on my release from C.S.P. because I was in a wheel chair. Transportation was going to take me back to C.S.P. because I was in the wheel chair. After 3½ yrs. with no therapy, no crutches and no braces I was forced back onto my crutches or go back to C.S.P. so I had no choice. This was not mentioned in the final Order either. In fact, I was transported out of A.V.C.F. in 1999 because A.V.C.F. was and is not acceptable to "Disabled" inmates. I was sent back to C.T.C.F. which is designated for disabled inmates.

The fact remains: C.S.P. did not honor any part of the Remedial Plan when it came to a Handicapped cell, or putting my braces and crutches in a designated room so I could use them at my hour out. I did not see them from April 03 - Sept. 05.

#7 This paragragh does not mention the fact that Kathie Holst AIC, The Warden of C.S.P. or my Cs. Mngr. did not abide by the Remedial Plan as agreed upon by not "Tracking" me as per IX Tracking A.-B.-C. on pages 10-11. By not doing this I was forced to climb

on and off of "bus's" on my behind. I was sent to "Two" Non-Designated facilities in one day upon release from C.S.P. Aug. 31, 2005. At C.T.C.F. I fell down the stairs 5 days after arriving. All this because the Remedial Plan was not followed.

#8 Judge Davidson is right as far as the hand rails go but in May 06 Dr. Paz ordered a locker box stand because of my inability to bend over to far into a locker box. Dr. Paz also ordered me a wheel chair because of my neuropathy and hypersensativity is so painful at times I cannot walk. The wheel chair was given to me that day (May 06) but the locker stand took 8 months and many grievances and in this 8 months I fell 3 times. One time bruising my liver and abdominal wall and the last time severe-ly injuring my right hand to the point I was casted. The fact that Dr. Paz's orders and the fact it took 8 months was not put in this order isn't fair.

#10 This paragraph is for the most part correct. It is, was and still known through out D.O.C. that I can ambulate inside close quarters (cells, showers, etc) without my crutches by using the walls, tables etc. as balance. I can go up to 8-10 ft. without crutches but must go slowly. As far as my M. code I got it lowered to get a job wiping off mattress's so

I could keep getting earned time so in essance I was forced to lower my M. Code because Medical Un-assign was no longer in affect through out D.O.C.

This also was not mention in this final order.

I stood next to a stack of mattress's and wiped them down while another inmate tranferred them.

I used the mattress's as stability.

#11 The testimony from Lt. Smotherman, is correct but in the tape recording of his testimony he specifically establishes the fact that he has never seen me without my crutches. As far as Sgt. Boones testimony goes: This man flat perjured himself. I asked him on tape why he couldnt produce video of this or any other proof and he did not answere. I have never walked from my cell to the day hall as he says with out my crutches

#12 Ms. Grover could not produce video either of me with out my crutches. Again, it is known through out D.O.C. that I can ambulate at short short distances with both crutches but I never leave the building to chow, yard, visit etc. without two crutches or braces.

#13 Dr. Orville Neufeld quite frankly is nothing but a D.O.C. "YES" man. It was left out of the paragraph that Dr. Neufeld last seen me in person in 1994

13 years earlier. My medical records show I entered D.R.D.C. in 1992 with Canadian crutches. Dr. Neufeld also lied when he said I have good mobility early in my incaceration without assistive devices. Your Honor, I was hit in the knee with a soft ball but not in a game. Out of the goodness of convicts hearts I stood on the pitchers mound and pitched for practice. The Dr, The A.G., and every one else seem to have this idea that I am supposed to just lay down and be paralized. I wasn't batting, running or sliding. I stood up and pitched a softball under hand to batters and unfortunatly got hit in the knee. Also: me being observed ambulating in my cell is true but then again I hang onto the walls and going from my wheel chair to the shower is true but what it does not say is this: The shower was in my cell, The wheel chair does not fit in The shower and I took only 2 steps from my wheel chair into the shower, then 2 steps back to the chair. I never carried a food tray in the chow hall without crutches as it says in paragraph 13. Again, no video of this so called "Tray incadent."

## Conclusions of Law

In paragraph #2 - "(1) I have a physical disability that impairs every aspect of my life. I can not and I will not get any better and will be

using leg braces, Canadian crutches and medications to help keep me in an upright position otherwise I'ld be in a wheelchair. The neuropathy and hypersensativity is so severely painful at times (at least 4 days a month) I need to go into a wheelchair because my legs and feet burn so bad. It is well documented in my medical file that I can't sit or stand more than 20-30 minutes at a time because of the neuropathy. I will never drive heavy equipment nor cook again. I will never lay concrete or even be a laborer. These were my jobs. I can't even tie my shoe unless I am sitting down. I have bowel and urination accidents on a constant basis. How will I ever work like that in the free world? There is "NO" doubt I will be living off of Social Security and welfare upon release. All through out my stay in DOC I have had to live in handicapped cells and Disabled Accomodated facilities and to top it off the C.D.O.C. own "Physicians" and thier "Chief Medical Officers" along with Neurologists from Pueblo (State Hospital) and Denver Health say I am Disabled. D.O.C. Physicians and thier Chief Medical Officer also signed my Accomodation Resolution on 7-5-07 and it simply states (in 2 paragraphs) "Qualifying Disability Pursuant to the A.D.A. – Rehabilitation Acts as Determined by a Physician and Chief Medical Officer" and again just below

(8)

iT reads "A D.O.C. Physician and The Chief Medical Officer have determined you have a qualifying Mobility Disability Pursuant To The Americans With Disability - Rehabilitation Acts (A.D.A.), There for you are entitled To Accomodations."

Your Honor, I feel I do meet all The criteria To justify my claim. Even by C.D.O.C. own Admission I am permantly disabled. I have been denied accomodations, Discriminated Against, injured severely in The past 16 yrs. in D.O.C. so I beg and pray That This Court over Turns The Final Order from Richard C. Davidson and will compensate me with what I asked for in my "Summary Closing" which I am sending To you. Please Your Honor, Take Time and read my Summary. I Know you are very busy but C.D.O.C needs To be punished!! I was. Thank You

Signed: March 24, 2008

John J Derwin

#68798

C.T.C.F - Box - 1010

Canon City, Co. 81215

# ACCOMMODATION RESOLUTION

| NAME | DERWIN, JOHN | DOC # | 68798 |
|---|---|---|---|

| [illegible] DISABILITY [illegible] TO THE [illegible] ACTS AS DETERMINED [illegible] | MOBILITY |
|---|---|

[illegible] ACCOMMODATIONS [illegible] TO BE PROVIDED:

[illegible] has determined that you have a qualifying mobility [illegible] Acts (ADA), therefore you are [illegible]

1. [illegible] brace which are considered health care devices [illegible] Your health care [illegible] health care [illegible] and may be subject to the provisions of AR [illegible] Searches & Contraband Control.

2. Pursuant to the [illegible] Remedial Plan, Section V.A.1.a., you are to be assigned to a designated facility commensurate with your classification, programmatic & medical needs. You are to be housed in a cell with access to bathroom facilities which shall include a shower chair or bench and a toilet of appropriate height.

3. You require the assistance of [illegible] to assist you with the activity of carrying a shower chair to and from the [illegible] the shower stall when you shower.

4. The Chief Medical Officer has determined that [illegible] is medically necessary.

5. You are to receive a raised [illegible] bunk [illegible]

6. You are to receive special [illegible] during an evacuation and/or emergency.

7. You are to be transported in an accessible vehicle.

8. You require special consideration of your disability during transport, e.g., assistance from staff upon embarking and disembarking from the vehicle.

9. You require special consideration of your disability with respect to searches pursuant to AR 300-06, "Searches & Contraband Control."

10. You require special consideration of your disability with respect to cuffing & shackling.

11. You require additional time to complete your activities of daily living, e.g. cleaning cell, dropping off and retrieving laundry, picking up canteen, showering, etc.

12. You require assistance securing, [illegible] and disposing of food tray and contents.

13. You require additional time to [illegible] disability.

14. You are not currently [illegible] require no accommodations. If your

If there is/are any systematic or systematic disorder changes and you do not follow these recommendations, you are responsible for submitting a new clinical service reassessment request for AIC.

Clinical services shall manage all aspects of your clinical service as it relates to your mobility disability. All requests related to such care should be directed to clinical services. The clinic is neither responsible for nor qualified to make decisions regarding your clinical care.

[illegible redacted text]

[illegible redacted text]

Signature: _____    Date: _____

Signature: Aid _____    Date: 7-8-07

[illegible text]

Revised 6-18-04

# Summary (1) Closing

[stamp]

I came into C.D.O.C. in Aug. 1992. From the beginning I had problems obtaining certain medications, certain appliances etc.. Only after persistence and much pain did I finally get an eggcrate mattress. This was at C.T.C.F.. From 1992-1995 while at C.T.C.F. I had fallen, been caught in closing doors in CH-1 and CH-7 smashing fingers, could not get to the Auditorium, climbed numerous steps from visits and CH-5 and I could go on with other mis-haps but the ~~[illegible]~~ humiliation from guards making fun of me over the first few years was obsurd. Your Honor, I was shot in Canon City over the Apple Blossom Festival in 1992 and because the guards were friends with Chief Stephanick who shot me I was harrassed unmercifully by D.O.C. guards. "Derwin, I would of shot you in the head" or "Be lucky you ain't shitting in a bag" and please be ashured I can go on and on with hateful inuendos from guards at C.T.C.F.. ~~[illegible]~~. From 1992 until 2003 I never once was transported in an accessable vehicle having absolutely no help from guards. Not once! In 2002 I was found guilty of possessing a knife and was put in Maximum Security Administrative Segregation and that was putting it mildly. In Aug or Sept of 02 I was sent to Sterling Ad. Seg. from Freemont Corr. Facility. I was leg shackled, body chained and hand cuffed and forced to crawled in the back of a stainless steel dog catcher type vehicle. This vehicle was made so a normal person had to set on his butt leaning forward because the roof was enclosed with stainless steel roofing in a slant causing this leaning. The seat was of stain-

less steel the length of our part of the van. Absolutely no seat belts, no seating cushons, no way to stay in one spot. I have no lower muscle control, to keep me from sliding and falling. I have neuropathy so severe that I can't sit for more than 20 min. at a time. Your Honor, I road like this for 4hrs. from F.C.F. to Sterling with a 15 min. pee break at D.R.D.C.

I fell 2 times to the floor of the van and the last hour that is where I ~~road~~ rode in the van. On the floor!! Not only was I wheeled out to this van in a wheel chair I was ordered out of this "dog van" (which I scooted on my butt) into a waiting wheel chair. What went wrong here your Honor. 4 hrs in this van sir! D.O.C. just doesn't care let alone care for the disabled. I will say this in Sterling's defense, as soon (the same day) I was seen by medical staff. Very professional and very very simpathetic to my needs. Once I explained my needs I was sent to a "handicap" cell, given my braces, crutche and a w/c plus an appoint. was made to see a P.A. or N.P. I don't remember the date but I was seen by Mrs. Steck (9-10-02) I was ordered a wedge pillow, an eggcrate mattress and a small sitting pillow for between my knee's and of course sitting. My wedge pillow came 12-25-02 (#8 records) as did my sit. pillow and the eggcrate came 1-12-03. Also I was recieving T-3 w/codiene because of cronic pain "not well controlled" as per record. I used my crutches and braces on a daily basis to keep up some sort of "self imposed" physical therapy using the w/c to push with support of my braces and one crutch at least or being able to walk w/the crutches and braces. When it came time to

Clean my cell The guards would put a dust mop through my Tray slot so I could sweep my floor aware of my not being able to take the little brush the other inmates used on thier hands and knees to sweep thier cells.

What I don't understand is this; on the days I was transported to court in Freemont County why some one; Sterling, the Transportation Unit, a Doctor - anybody did not pick up my need to be transported in a w/c van and housed in a handicapped cell while I was going through court proceedings. Coming from Sterling to D.R.D.C. 2 hrs. drive and a 2-3 day lay over at D R D C with no handicap cell, no medical equipment at all just to finish the last half of the trip 2hrs in a bus again to arrive at C.S.P. with no accessable anything! No Braces, no crutchs, a w/c outside the room which made it virtually impossible to get my trays at the door, get to the toilet, no handicap shelves, no medical bedding and no w/c van to go to Freemont County Court from C.S.P. At this time I had been in C.D.O.C. for 10 yrs. so not knowing about my condition could not be used as an excuse. Sometimes I spent weeks at C.S.P. and on one occation over a month like this and not once could I use the shower while going to court because a man has to step up off the floor 20-24 inches to get to a shower. The return trip was no differant. 2 or 3 days at D.R.D.C. and no accessable vehicle. This happened at least 3 times and then in April of 03 I was moved to C.S.P. on a permanent basis and of course on a bus again. As soon as I arrived at C.S.P. I was taken to a waiting concrete cell where I set for at

(4)

my wheelchair would NOT fit in The shower was forced To leave wheel chair To enter shower

least 4 hrs. solid concrete! AT The end of This 4hrs. in which no one from medical came To see me I was Taken To C-2-18 A "so called" handicapped cell. This cell had a shower with a fold down chair (explain size) and security railings, no w/c hygiene shelf, no railings around The Toilet, no railings in The cell, no w/c desk and absolutely no medically prescribed bedding no braces, no crutches and it remained This way until I left on Aug. 31, 2005 and was still (C-2-18) not A.D.A. compliant when we had our Hearing Sept 27, 2007 as per Orleans. The very first day at C.S.P. I asked To see The Dr. and inquired about my braces, crutches, bedding etc. only To be Told I was going To be seen within a few days but The guard simply said, you'll never see Those Things here. Being new at C.S.P. I couldn't say much so I didn't. Within The wk. I seen P.A. Wenzel so I asked about my braces and crutches, etc. and he said That's all up To The Dr. but P.A. did say "don't count on it." It Took many kites To The Dr., a grievance (with no response) and approx. 1½ months before Dr. Wermers came To my door. By This Time my Time at C.S.P. was already next To unbarable. P.A. Wenzel had walked away from me on no less Than 3 occassions for repeatedly asking about my equipment. (explain medical visits). Now, when The Dr. did come I asked right off about my stuff and he emmidiately said "you are in Ad. Seg. and in Ad. Seg you don't get what what you need" and I emphasize The word need. I explained To him That Sterling Ad. Seg. allowed me To have it why not C.S.P. and he said "Because I run C.S.P. not you and besides if I give it To you I'll have To give it To everyone". Your

Honor, I know Dr. Wermers denied this or didn't remember me and-or saying ~~this~~ these things but one thing is sure; I never once in my stay at C.S.P seen my braces, crutches, bedding and to top it off, my pain meds (T-3 w/codiene) was terminated "never to be given again. I swear under oath again Your Honor that the Dr. said what I stated earlier. I grieved my medical appliances and bedding no less than a couple times and I grieved the shower no less than a couple times and I grieved no hand rails in my cell especially around the toilet and no railings at our day hall (explain no exercise in room or d-Hall and the phy. therapy room was used for storage.) Not once your Honor did I ever get a response to these grievances. Your Honor, many times between April of 03 and Aug. of 05 I fell off or on to the toilet not only smashing my testicals but at one point I thought I broke my finger (see refusal to excray). At least 2 occassions of these falls off the toilet I layed there in to much pain to even crawl to my bunk so I could use the bunk to get off the floor. My floor Your Honor was painfull to the eyes because it was so dirty. As Sterling did C.S.P. didn't by which I mean the guards absolutely refused to put a handled dust mop through my food tray so I could ~~[illegible]~~ sweep my floor. On ~~[illegible]~~ numerous occassions my T.V. power source was shot off until I swept my floor which I was forced to do on my hands and knees which included me having to lye on my stomach to get under the bunk because the lack of muscle control limits my ability to reach for things without falling over. I was not allowed to use a bladed razor because an Ad. Seg. convict was only allowed to

A regular razor in the shower so since I was unable to get into the 20-24 in. shower in the pod because of my disability I had to use an electric razor. Now, this in it's self might not sound bad but let me explain this electric razor. I was forced to use an electric razor that C.S.P. kept for people on suicide watch, who were cutters and for other mental disabilities. At times this razor had pubic hairs so thick the heads would not even work.

The guards "never" cleaned them and god forbid you asked for new rotor blades. The other convicts got a new razor once a wk. for each person. Why couldn't I get one? Because I was in a handicap cell so called! I wasn't under any mental or puni-tive regulations so the fact that I was in this cell was the "only" reason I didn't get my own razor and the "only" reason I was in this cell is because I couldn't get into thier shower because of my disability, Period! Now, in Aug. of 03 the Remedial Plan was signed. No one, not Cathie Holst, the Warden of C.S.P., C.S.P. medical, my CS. mngr. and to be fair to all not even the class attorneys sent any correspondance, came to see me or never even said I was able to get a copy of this plan. Why? I'll tell you why, because in this plan (see plan pg. 4) it says "I will have the same privaledges and property rights" so now C.S.P. was obligated to give me my "medically prescribed" items. The braces and crutches were not offered to me at any time nore did I know they were to be housed in a secured room in my unit for my use at day hall, visits, etc. (see plan pg# 26 sec. C - pg. 27) Not once did medical staff ask me if I was doing good on the contrary; everytime I asked them about this they simply walked

AWAY or passed The buck. I don't know if They kept logs on whether I went To day Hall or not, how many Times I went but I'm Telling you now I did not go To The day Hall more Than 10 Times in all my stay because I had no braces or crutches and no security rails in The day hall. The other inmates had access To A chin-up bar which I don't have strenth To use. After so many attempts at pushing my wheel chair in This day hall did I quit going all Together because I had lost strength from inactivity.

Without The support from The braces and crutches and no security rails To even stretch with I was virtually a prisoner in This prison cell. Twice as confined as The rest! 10 days in The day Hall out of 750+ days confined. I went from approx. 65% functionable To less Than 30%. I'm no Dr. but I know my limits.

On To Aug 31, 2005. About 3wks prior I was re-classed To close custody which ment I was leaving C.S.P.. On Aug 31, 2005 I was awaken and Told To pack it up That I was leaving The facility. As per The Remedial Plan pg-10 + 11 A-C - Tracking (None of This was followed.) Ms. Holst, my cs. mngr., colo spngs, C.S.P., no one picked This up. Ms. Holst had 3wks. To "coordinate" This move. On Aug 31, 2005 I was wheeled out of C.S.P. in my wheel chair To another Bus. This Time I objected To The bus because I honestly believed I would fall for sure. I was already belly chained and hand cuffed and had no strength in my legs. Even if They Took me out of The cuffs I was sure I would fall but They did not Take The chains off They said "Either get on The bus or you're going back inside so onto my backside I went. To This day your honor I know That if I would of said one more objection I would of been Taken back

inside for who know's how long. Only under This Threat did I get onto This bus. All The while The one guard saying "you see Derwin, you're Tougher Than you Thought." I believe he was To big headed To realize I was more afraid of going back inside Than Tough.

From This point we went To A.V.C.F and according To The Remedial Plan pg. 5-6 AVCF is NOT AN approved handicap facility. InfacT, I Told The intake guard AT C.S.P. That A.V. doesn't handle disabled inmates because in 1999 I was one of The first handicapped people To leave That facility for That reason. Upon arrival AT A.V.C.F. The Transport guards informed me That A.V. would not except me. When I asked "what next" The same guard said "if I have my way you would go back To C.S.P.". What I don't understand Your Honor is This, why was The Remedial Plan not followed again? (pg 10-11-Tracking) AT This point I'm actually panicking Thinking I'm going back To C.S.P., Cathie Holst, C.S.P's Warden, The cs. mngr., All of Colo Spgs. D.O.C. knew 3wks prior To This day I was leaving C.S.P. so why wasn'T The appropriate Travel and housing arrangemants made as per The Plan? Again! After approx. a 2hr. wait in The lot of A.V. The guards said "we were Told To go To CH-5 AT C.T.C.F.

Another non-A.D.A. compliant facility. No sooner does one of The guards go in To CH-5 he comes out saying CH-5 won't except me either because I'm in a w/c and he says "we have To Take you back To C.S.P." Now I become angry and say "I was re-classed To close custody 3wks ago; I'm not Max. Sec. Ad. Seg. any more so you can't Take me back To C.S.P. because I'm disabled." The oneguard stated "If Canon City would of shot better" and he stopped There. After a 5 min. arguement one of

The guards said "Derwin, we have your braces and crutches on the bus and CH-5 says they will take you if you can use them."

I told him I wasn't sure because I haven't had no therapy or these braces - crutches in almost 3 yrs. He said "Then we're taking you back to C.S.P." Give me my crutches was my response.

Now Your Honor, the 3 wks prior to leaving C.S.P. and not being prepared to move me or house me is terrible enough but now after conversing with Central Office for 2 hrs. while in pain and in chains and in A.V.'s drive how is it I was taken to a second non-compliant non-handicapped facility. I'm wondering still who gave this order. This all in one day your Honor. Total disrespect to the Remedial Plan, to the Attorneys (on both sides) who worked out this plan, to the Judges who signed it and to me for putting me through all this "and" what was to come in the next 5-6 days at CH-5.. You know Your Honor, 2 hrs. in the A.V. parking lot after being refused entrance "because" of my disability how is it no one even looked at the Plan pg. 10+11 Tracking. No one meaning Colo. Spngs.. I'm going to explain CH-5. 3 tiers of steps first off to which I must climb up 3x a day for meds alone, the shower once a day, I was actually afraid to go up those steps to use the phone so I was not able to do that. I couldn't go up up those steps to the library or to see a C.S. mngr.

Going to chow I had to endure a 3 level ramp Sir and all these steps after. Let me please remind you your Honor, I haven't been upright from Apr of 03 until Aug. 05. I missed at least one meal a day some times 2 for the wk I was at CH-5. I tried to go out to the exercise yd. but was limited to that

Also, On Sept 2nd 2005 I seen a LT. and Told him I was having a very hard Time even getting meds and The fact I had already missed some meals and hadn't had a shower because of The stairs. Not only is There a Three level ramp on The way To chow it's a good 150 yds. Any way, The LT. (Germanch I believe) said, "don't worry Derwin, you're not gonna be here long". Your Honor, in The 5-6 days at CH-5 I Took only one shower not only because of The steps but at shower Time The whole cell block showers leaving exuberant amounts of water up and down This 3Tiers of steps.

I Tried "once" To make a phone call, I never got To see a cs. mngr. nor use The library. Now, on labor day (Sept 5-2005) evening I was going up The stairs when my crutches slipped and I actually fell upwards but none The less I severely injured my right wrist and hand. An Elderly guard and another convict helped me up The steps and set me down. The nurse behind The screen said "you hit hard, I heard That in here." I was Taken To The clinic in a w/c and by Then my hand and wrist was completely swollen (See anytomical record #3 medical) from my forarm down. I was sent To St. Thomas Moore in Canon City where I was exrayed, put in a splint w/ace bandages and sent back To CH-5 never being Told The results. The next morning Sept 6, 2005 I was Told To pack-up That I was leaving and guess what, another bus only This Time I had my arm in a splint using one crutch To get To This bus where once again I scoot up The steps on my butt but I was not chained yet. Again The DOC failed Travel Accomo. as per. The Plan. Why? My whole (stay at CH-5) I was actually in fear for my well being having To use These stairs. I have fallen in The easiest of

of circumstances let alone having to minipulate the stairs. I was taken to Limon where I was taken to CH-1 B-Pod-A-O. As the Sgt. and Lt. were giving out cell locations I was told I would be housed on the second tier at which point I said, "what part of this broken arm and these crutches-braces don't you see".

I know I sounded sarcastic but I couldn't believe what he was saying. Second tier. I said I have restrictions against these stairs and that's when he said NONE of my records came with me and the computor doesn't show any restrictions. I said, "Then put me in the hole because I had to refuse going to this 2nd tier cell. Again, the Plan nor Cathie Holst came into affect.

After saying I would go to the whole the Sgt. said "Derwin, go up there tonite and I promise I'll move you down tomorrow" which he did Your Honor but again I had to endure these stairs w/ only one crutch and a possibly broken arm. Where is Cathie Holst and company during this last wk. of moving and housing accomodations. The whole time I was in L.C.F. was I in any semblance of a handicapp cell. The time at Limon was short thank God. On Dec. 30, 2005 I was transported to Ft. Lyon and for the first time since my release from C.S.P. was an accessable vehicle used. When I arrived at FLCF I was immediatly taken to the 3rd floor Critical Care-Critical Needs unit in Unit-5.

After 14 yrs. the last 3½ in Ad. seg. where did this come from. How was it that I landed here. Cathie Holst doesn't seem to know because I asked where this screening proceedure was that determined this move to Crit. care crit. needs and she gave me no response other than "Dr. Bloder recomended it but there

is no record of This" when I said There was. See Record #7. What Forms is Dr. Blooer Talking about? I want To Take a minute and Explain This situation of This 3rd floor. If you are disabled Enough in any manner you are immediatly stripped of all Electrical appliances you own. These rooms have no hygiene shelves, no storage shelves, no mirrors, no security rails or mirrors in The shower ~~stalls~~ foyers. You are Told when To shower. Your Honor, I pointed This out To you if you remember. I absolutely did not have anything That would compare To The same Thing as other convicts outside of This unit.. Maj. Defalice says The shelves, railings, mirrors, beds by Toilets, and heaters weren't part of A.D.A. requirements and The Maj. is probably right but according To The Remedial Plan I am entitled To The same privaledges as all other Facilities. (See pg 4 sec-5 par-4) Common sense dictates The fact That security railings, dressing benches, shelves and raised locker boxes, and mirrors would be in a ~~handicap~~ unit That houses disabled Human Beings. I'm sure if you went To a Free World rest home, hospital, or any other free world disability center These benchs, railings, mirrors, shelves would be in place but here at Ft. Lyon I have To fight for These simple items. I wonder if any one in This room can imagine how hard it is To shave holding a mirror in one hand, razor in The other and spastic legs.

Even C.S.P. had mirrors. I do not remember The dates but somewhere in ~~Feb~~ or Mar. 06 I was given a pr. of w/c gloves by a lady who worked on The 3rd floor. Her name was Miss Freeman. I signed for These gloves so There is a record. I will come back To This issue later.

Also, for The record. In JAN 06 I WENT To SEG AND WAS released Feb 3, 06 AND WAS moved To room 313 where my cell mate was John Mosier. The A.G. says I never lived There but I did and I lived in 214 - 212 - 211 - Now 216. I lived in The big 6 MAN cell on The 3rd floor and I'll come back To That room Also. On May 17, 2006 (SEE med # 3) I was seen by a Dr. Paz who (as The record show's) ordered a raised locker box stand and a w/chair. Also with med. record #3 Note The letter from Maj. Defalice and All 3 steps To The grievances I filed. Note dates of grievances. Please read cover letter To grievances from Anthony A. DeCesaro dated Aug 23, 2007.. Now, on Aug 9, 2006 I fell into my locker box while leaning over To get some hygiene items. I hit my right hand so hard The pain shot me like a bullet. I had To be helped out of This box by Officer Marquez and inmate Smallfoot. Two nurse's showed up a few minutes later by which Time my hand was completely swollen and Throbbing. See AnyTomical pg. #2 Med rec # 2

Now, on 8-31-06 The exray report said no broken bones but The pain was immense not To mention I was Knocked back into my w/chair for 4wks. Again! Again on 10-4-06 I fell again. please read grievance Step 1 attached To med rec #3 (Last pg.)

The CAT scan report on This 10-4-06 fall was read To me by Ms. Holt N.P. (On File). From May 17, 2006 until March of 07 is a long Time. As you can see I filed grievances, wrote a letter To Maj. Defalice and injured myself because of incompitancy of D.O.C. and all Thier red Tape. The Remedial Plan on pgs. 10-11 Tracking sec.-C could have and should have been in place after my First fall on Aug 9, 2006. I'm jumping ahead here sir To

To July 2, 2007. On This date I seen Cathy Holt N.P. and we discussed a few issues including my need for a new pair of W/chair gloves or some gloves with padding because I have nerve damage to the palms of my hand after 15 yrs. on crutches (see rec. #4 med.) Now, on 7-10-07 I recieved a hand written note from Ms. Holt (see med record #5) stating The H.S.A. (Paul Lestralla) denied These gloves. No explaination no nothing as to why he denied Them. I wrote letters To Cathie Holst and put in an Accomodation Request To her for These gloves only To get responses saying her office won't respond To This issue. No where in The Remedial Plan does it say she as our A.I.C. can refuse a screening for me. That is done by a Dr. not a Secretary. On Aug 9, 2007 I fell in my room but This Time I did break a bone in my left wrist because my hand siezed up after I put pressure on my palm causing my nerve To stop my hand from gripping The handle To my crutch. Again! Fortunatly This is The only Time I've been hurt falling because of The nerves in my palms. ~~[illegible]~~ Paul Lastrella proves That it is about power and money not my health care That matters. I explained about my hands and The nerve problems in The letter I wrote To Cathie Holst also. No one cared except Ms. Holt. At least she ordered Them. Now The day after This fall on Aug 10, 2007 I was To be Transferred To La Juanta Hospital. I was called To The Clinic where C.O. Harbison was waiting for me. Mr. Harbison and I do not like one another so when I seen him I asked him "Harbison, please don't Tell me you're Taking me To The hospital" and he said "Yeh, and one of us ain't coming back and I got The gun". We went To The intake area where Mr. Roberts was waiting also. Harbison

(15) PLEASE READ
GRIEVANCE # ABOUT
DAY TRIP

Then asked me, "How mobile are you" and I asked why so That ended There. Harbison searched me, put a belly chain on me and put a regular (short) hand-cuff on my right hand and attached it To The belly chain. My left hand was splinted and ace-wrapped so he did not chain it. Harbison wheeled me out To an awaiting non-compliant mini-van (Dodge Caravan #121). Right away I said, "I can't get into That" and it was Roberts who said "I'll help you up in Derwin" and Then Harbison Then said "You either go now or we wait until monday." I was in so much pain Your Honor I just said, "OK Mr. Roberts, help me up." I couldn't wait until Monday.

Harbison reach in and grabbed a little step-up metal stool. I stepped up on it, Mr Roberts grabbed The back of The belly chain and I bent To go in and I immediatly fell. Since my good arm was cuffed short To my body I fell onto my bad arm actually losing my breath it hurt so bad. Now Your Honor, you would Think at That point The Trip would have To wait but instead Mr. Roberts said "Can you make it To The seat." I crawled your Honor To The seat and using my bad arm I had To pull myself off The floor of The van.

We proceeded To The Hospital where I had To crawl on my butt To The door To put my feet on The ground where Roberts helped me into a w/chair. Coming out of The hospital Roberts helped me up onto The edge of The Van and again I scooted on my butt and using my bad arm I got myself up on The seat. Now I'm almost crying Your Honor I was in so much pain. Harbison came To The other side of The van, opened The slide door and put The w/chair in "NOT" securing it. As we Turned out onto The street The w/chair fell from it's spot and landed on my leg causing

SOME MINOR PAIN. HARBISON IMMEDIATLY TURNED his head AND ASKED if I WAS OK AND I SAID "I'LL LIVE" Thinking They would STOP AND pull This "W/chair off of ME but They didnT AND WE drove All The WAY back To FLCF with This chair ON my leg. Approx. 30 miles.

When WE got back To FLCF AND After Harbison pulled The chair off of ME, AGAIN I had To SCOOT OUT of This VAN. How is iT Your HONOR ThAT The REMEdiAl PlAN NOR my ACCOMODATION RESOLUTION IS NEVER followed? There is so much MORE your Honor but I AM so Tired ANY MORE. I've filed grIEVANCE AFTER grIEVANCE "NEVER" To win ONE. (SEE Grievance Packet) EVEN AFTER filing A grIEVANCE ON This mini-VAN ISSUE in The week of 8-13-07 - 8-17-07 I STill HAVEN'T GOTTEN A response from CAThie HolsT. All I goT WAS A LETTER ASKING for EXTRA Time which I gave (SEE ATTAched letters AND AS of Today 10-30-07 I hAVE NOT heard back. I Also SENT A "NON-A.D.A." grIEVANCE NEVER To hear from ThaT EiTher. I wroTE A short NOTE To The Assoc. Warden Cheryl Smith but got No response (SEE yellow kiTE ATTAched). IT SEEMS To ME That I have presented proof with EVIDENCE IN 90% plus of All my ACCUSATIONS of, Humiliation, discrimination, NON-COMPLIANCE ACCORDING To Orleans AND The Remedial PlAN, PERSONNAl injury BECAUSE of This NON-COMPLIANCE To The Remedial Plan AND my AccomodATION Resolution. I spent The better part of 2½ yrs AT C.S.P. without ANY physical Therapy, medically prescribed equipment, NO support off or on To The Toilet, No Day hall (Approx 10x in 2½ yrs)

Your Honor, I'm NOT SAYING I'm Tough buT if iT would of been A lesser MAN by ANY MEANS whether iT be mental or physical C.S.P. would of had ANOTHER suicide STATISTIC. ThaT'S The

Kind of physical and mental pain I was in for 2½ straight years! I've endured numerous "painful and humiliating" road trips, I've had false statements put in my medical file The last which was 10-24-07 That says "Clinical staff has observed Derwin w/out his crutches and in no immediate distress" and another "Derwin was seen using The steps". No names of who seen me, no dates, no Times but yet my w/chair was Taken on The "stair" statement and my medication was D.C.'d on The 10-24-07 incadent. No proof

Today I showed Proof. I'm asking for $3.00 a day for everyday I was at C.S.P. approx. 895 days $2,685.00 - $3.00 a day for every day I was without my locker-box stand May 17, 06 - Mar. 07 approx. 300 days. $900.00 and $20,000.00 for The non-compliance of Rem. Plan, (My Accomo. Resolution-non-compliance) and for all The physical and mental Pain + anguish. Your Honor, All These big organizations such as pharmaceutical companies, C.D.O.C., Etc., all They understand is money. These people who represent C.D.O.C. in any fashion act like These $2,000.00, These $750.00, These $200.00 settlements actually hurt Thier clients but at The end of The day These people laugh. Not only at me but The Special Masters, Judges Kane + Knottingham because out in The free world The injuries I've suffered, The discrimination and humiliation I've suffered would cost hundreds of Thousands

I've proved Today Sir That C.D.O.C. has not only lied To me but To The Special Masters, Both Judges earlier mentioned, To All Society and other Americans w/ Disabilities who are unfortunate enough To be either sick or injured. D.O.C. say's They are compliant well Sir, They are not. As of Today There are essentually no programs here at FLCF, no Toilets

To The chapel accessable To The w/chaired inmates, Toilet access To The laundry + maintance areas are non existant for disabled workers. C.S.P. still has no handicapped cells as per Orleans Testimony at The Sept 27 2007 meeting with Special Master Davidson. CH-1 + 7 at C.T.C.F., The doors are still manual and very very hard To open for The disabled. All of The above were recommended To be put into compliance by Pete Orleans in 2002 and again in 2006 only To be ignored. C.D.O.C. blatenly lied on july 27 2007 when They said They were in compliance. I propose That C.D.O.C. be fined on a Daily Basis until They become compliant as To The A.D.A. and-or The Orleans Reports in The amount of a $1000.00 a day. Money Your Honor, That's all They Understand.

On 10-31-07 I finally recieved a response To my grievance about The van ride on 8-10-07. See attached copies.

# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

This is The grievance I sent Cathie Holst you should have it in The records Also it was not mention in The Final Order No where

**Delay Memo for Step I ADA Grievance**
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
Through Marshall Griffith, Legal Assistant I MG
Received Grievance: 9/6/07
Grievance Response Due: 9/30/07
Offender Name: Derwin, John
DOC No: 68798
Facility: FLCF
Grievance No #D-FL07/08-019

REC 10-5-07

Your Honor, In my records as evidence This grievance should be read

This memo is being sent pursuant to AR 850-4:

IV. D. Time Limits

1. All grievances must be responded to within the time limits stated in this regulation.

   a. A Step 1 grievance must be filed no later than 30 calendar days from the date the offender knew, or should have known, of the facts giving rise to the grievance.

      1) The 30 day time period for an ADA grievance shall begin on the date the offender is served with the accommodation resolution.

      2) It is the responsibility of the offender's case manager to advise the AIC of the date of service of the accommodation resolution upon the offender. Notification shall be made via email.

   b. The offender shall receive a written response to each Step 1 and Step 2 grievance within 25 calendar days of its ***receipt by the responding staff member***. Step 3 grievances shall be answered within 45 days of receipt by the grievance officer.

   c. When an offender wishes to proceed to the next step in the process, the offender shall file the next step within five calendar days after receiving the response.

   d. In the event the time limit concerning any step of the process expires without a response, ***the offender may proceed to the next step within five calendar days of the date the response was due***.

2. ***When a good faith investigation into the issue alleged in the grievance will proceed past the time limitation, the offender will be notified in writing.***

Your Step 1 Grievance #D-FL07/08-019 was received in this office for response on: 9/6/07 and is still in the process of being investigated and evaluated. Due to the length of time required to research and investigate the grievance a response cannot be made within the time limits outlined in AR 850-04. Every effort is being made to respond as soon as possible.

Thank you for your patience and cooperation in this matter. Your response will be forthcoming. However, pursuant to AR 850-4, you may proceed to the next step within five calendar days of the date the response was due: 10/5/07. This memo should be attached to your grievance, if you choose to proceed and forgo receiving a Step I response.

Cc: AIC file

COPY - HAND WRITTEN

State of Colorado
Department of Corrections
DOC Form 20-22
(Revised 10/90)

REQUEST FOR INTERVIEW

Date 10-13-07

Name John Derwin

Reg. No. 68778

C.H. 5 Tier 2 Cell 216

Audience With Associate Warden Smith

Give Reason I filed A grievance on C.O. Harbison and Case Mngr. Roberts Concerning A Day time to La Junta Hospital That you personally Talked To me About And you Also showed This grievance To me I have not heard from you on This issue you said you was going To investigate And respond Accordingly. I need This response.

Thank You

John Derwin

720047

NEVER ANSWERED This KITE or The grievance I SENT her.