United States District Court for the District of Colorado
Civil Action, File No. *92-CV-00870-EWN-OES*

Jesse (Jesus) MONTEZ, et al.   , Plaintiff(s)

v.

Bill OWENS, et al.

,Defendant(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2008

GREGORY C. LANGHAM
CLERK

MOTION to Reply TO DEFENDANTS COMBINED RESPONSE

Claim No. 03-146
Category: III
Claimant: Gerald Sensabaugh #100656
Address: P.O. Box 777 Cañon City, CO. 81215

Comes now the Claimant Gerald Sensabaugh pro-se
to submit the motion in Reply to Defendants combined
Response motion which the Claimant Received on
March 20th 2008 at the Colorado State Penitentiary.

(1)

## FACTS

1. To Clarify, There Are 3 mattresses involeved First, Mattress #1, issued 2006, 76"x 33"x 6" made from closed-cell Foam Rubber Blue in Color. Mattress #2 issued feb. 4, 2008, 73"x 29"x 4¾" made from open-cell Foam Rubber white in color known in the trade as upholholstry foam; Mattress #3 is identical to Mattress #2 in size and construction; open-cell upholstry foam is 5 times cheaper than the close-cell foam that is used to make mattresses for CDOC, it wears out 4 times faster and offers NO Support: it is usally in Chair Backs, but not the seat part because of its tenedency to wear out quickly.

2. According to Defendants Response pg 2 paragraph 6 Mattress #2 was delivered to the claimants cell B6-18 on feb. 4, 2008 (claimant concurs), Then on pg 3 paragraph 8 the Defendants wrote an incident Report accusing the claimant of damaging Mattress #2 with Photographs labeled Exhibit C attached to the Defendants motion, and yet exhibit-C clearly says that the Photographs were taken on Jan. 23 2008, A full 2 weeks Before it was delivered to the claimants cell. This leads to 2 different secnarios A. The Defendants damaged the Mattress 2 weeks before it was delivered to the claimants cell; OR B.

Special Assistant Attorney General Willow I. Arnold is a liar, and is Defrauding the Court.

3. When in fact exhibit C is not pictures of mattress #2, but actually pictures of mattress #1 issued in 2006 and is wornout and in need of Replacement; so therefore my opinion is Special Assistant Attorney General Willow I Arnold is not only a liar but incompetant as well.

4. As for the incident Report where Lt will clearly lied and reported a conversation with the claimant that never took place, as testifyed to by the B-Pod Team leader at DOC/CSP Code of Penal Discipline Hearing #270433 held on 3/10/08 at about 10 AM then continued till 3/20/08 at about 9:30 AM where the Claimant was found NOT Guilty of Class II Rule 2 Damage to Property; since the testimony of CSP staff clearly stated that mattress #2 was delivered in a defective state, Futhermore if the Court wishes to see pictures of mattress #2 they are attached to the COPD. Notice of Charges that was attached to my motion of March 19 2008. (you can clearly see in the second photo that the seam is unraveling.)

5. In Referance to what Defendants Attorney(?) Refers to as "Foul language" since the language does not rise to the

(3)

level of the "Clear and Present Danger" status as provided By the Supreme Court, I recommend that Defendants Attorney(?) Read the First Amendment to the U.S. Consititution, and Since my language Reflects my anger, pain, and Frustration in Dealing with a bunch of two-faced, Four Flushing liars its more than appropiate, and maybe the Defendants Attorney(?) should Focus on the issue at hand, and stop Trying to introduce non-issues into the proceedings.

## Reply to Argument

Since its Been established That Willow I. Arnold and Lt Will Are liars, lets continue with that line of inquiry citing the Testimony of Dr. Orville Neufeld in 2006 that CDOC has a New Source of mattresses, A clear Lie! I worked in the upholstry shop of Juniper Valley Products (JVP) at Sterling Correctional Facility (SCF) in 2000 and 2001, we made mattresses For CDOC (supervisor: Mike Cunningham): in 2008 mattresses #2 and #3 Both Came from SCF (Per MFg Tag on mattress), and I have personwally Seen 5 New Standard mattresses come into B-Pod in the last 9 months, 2 of them have manufactuer Tags with Dec 2007 date, and one with Jan 2008, and they all were standard 2 inch mattresses! There Are NO standard 4 inch mattresses Being issued in CDOC.

(4)

Next handwritten note from Dianne To Charmaine, Pg 3 of exhibit-A of Defendants Response motion, An order of Dennis Burbank to Receipt a Greivance 15 Days After it was filed By Claimant, A Violation of the United States Department of Justice guidelines for Prison Inmate grievances, And a violation of CDOC Administration Regulation 850-04 Inmate greivance Procedure. Last pg 4 exhibit-A: Memo from Asswarden B. Allen saying (paragraph 4) that mattress #2 Delivered to claimants cell is 6inches thick Another lie. Mattress #2 currently in Claimants cell is $4\frac{3}{4}$ inches thick.

Now as I pointed out Before And will reiterate here, since willow I. Arnold Refuses to investigate anything Before Submitting the pack of lies known as Defendants Response motion: An egg-crate mattress- is A supplemental mattress to Be used in conjunction with A foundation mattress. This was understood By the Special Master, The Claimant And the Defendants in 2006 As evidenced By the Agreement Between CDOC/Defendants Representive Major J. Davis And The Claimant when the 6inch mattress (#1) was Agreed to in 2006 (4inch egg-crate + 2inch standard mattress), so the only thing strained here is willow I. Arnold's Belief that he/she is An Attorney.

Next Defendants Argument that there is No Provision in the Remedial Plan providing for Replacement of Court ordered items; Following that logic if Someone has A hearing Aid And the Battery Dies the CDOC Doesn't have to provide A Replacement, or if A Diabetic Receives A shot of Insulin then CDOC Doesn't have to Provide A Second shot! This Argument is Nonsense as All things wear out And Need to Be Replaced; And when the item was supplied originally the Need for it over time Does Not

(5)

Deminish hence The WORD HANDICAP! AND iF this is NOT A NeeD Then the Remedial PLAN is A Sham AND Political Smoke Screen. The ADA Case Should Be Reopened Before the Court.

## Conclusion

First the Court should Subpoena The Recording OF CSP COPD Hearing #270433, Since the DEFENDANTS Are Supposed To Preserve that Recording FoR 5 years Per CDOC Administrative Regulation No. 150-01(IV)(E)(3)(h)(1) TO hear First hAND The DEFENDANTS collusion.

Next I would ASK the Court To CONTACT the Supervisor Mike Cunningham AT the upholstry shop AT SCF, AND OBTAIN AN AFFADAVIT under penalty of Perjury ThAT the ClOSED-Cell Blue FoAm RuBBer is No longer used To MAKe CDOC STANDArd MATTresses; As I'm CONFIDANT The Court will FIND that IT is still Being used.

Since the Claim AND DAmages Are ongoing AND Stem From the initial Claim Then the DEFENDANTS Are still AND CONTINUE TO Be in violATION OF the ADA AND the RehABiliTATION ACT.

Next on Pg 5 OF DEFENDANTS Response iN the FOOTNOTE DEFENDANTS ATTorney(?) Uses the word STYroFOAM Twice, Since ~~STY~~ STYroFOAM is used TO make DisposaBle Coffee Cups AND NoT used To MAKe Prison maTTresses. The Court Should DismISS DEFENDANTS motion As the ATTorney(?) Knows Nothing ABouT this Case AND even less ABouT the MATERIAl used iN The MANUFACTure OF MATTresses (Prison Type).

Next iN DEFENDANTS Response Conclusion the First paragraph Refers To "my ReceipT" OF A RepLACEMENT 6" thick mATTress (ANother lie); I never Signed ANY ReceipT, NOr DID I Receive ANY ReceipT, CAN the DEFENDANTS

(6)

Produce this so called "mystery receipt"?

I would also ask for oral arguments in this matter.

Last I would like to change the amount of monetary damages to $350 million dollars and that a punitive fine be leveled against the defendants in the amount of their yearly budget. Furthermore that the time frame of replaceing worn out mattresses be reduced in accordace with the material used in the mattresses; for example the Blue closed-Cell foam rubber can go 16 to 18 months, but the white open--Cell foam rubber will only last 6 month(six) or less; in the case of a new standard mattress and a new 4inch egg-crate mattress those would last 15 to 16 months.

finally the defendants have proven thru their actions that they can NOT be trusted to carry out orders of the court, and that they would rather lie and torture disabled inmates than comply with the Remedial Plan. The defendants have placed my physical and mental well being in danger. I am in continuing pain in violation of the 8th amendment to the U.S. Constitution.

Claimant asks the court to grant all parts of all the motions filed under this matter, and also to level coercive fines against the defendants to stop future transgressions in light of defendants recent conduct coupled with their past violations of the laws and human rights
U.S. Vs W.T. Grant Co. 345 US 629 633 73 SCt 894 897 (1953)

Submitted March 21, 2008

G. Sensabaugh #100656 Pro Se

(7)

Certificate of Service

I certify that on March 21 2008 I placed the motion to Reply in the U.S. mail Postage Pre Paid addressed as follows

Office of the Clerk
United States District Court
901 19th St
Denver CO 80294-3589

(8)