# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date: March 25, 2008 | Court Reporter: Darlene Martinez |
| Civil Action No. 92-cv-00870-EWN | Deputy Clerk: Bernique Abiakam |

JESSE MONTEZ, et al.,        Paula D. Greisen
                               Jennifer Riddle
                               Lara E. Marks
                               Edward T. Ramey

Plaintiff,

v.

BILL OWENS, et al.,        Elizabeth H. McCann
                             James X. Quinn
                             Jess A. Dance

Defendants.

## COURTROOM MINUTES

**Compliance Hearing**

**9:10 a.m.**      **Court in session.**

Court calls case. All counsel present. Also present for defendants, Joan Schoemaker, Director of Clinical Services; Cathie Holst, Assoc. Director or Prisons; Gary Golder, Director of Prisons; Ari Zavaras, Executive Director of DOC; Richard E. Weems, Architect; and Dr. Paula Franz, M.D.

Preliminary remarks by the Court.

Discussion regarding Remedial Plan which contains stipulations and non-stipulated issues.

9:11 a.m.      Argument by Ms. Greisen.

**Stipulations tendered to the Court marked as Plaintiffs' Exhibit 1**.

9:16 a.m.      Further argument by Ms. Greisen.

9:32 a.m.      Questions by the Court regarding disabled prison population.

*92-cv-00870-EWN*
*Compliance Hearing*
*March 25, 2008*

| | |
|---|---|
| 9:40 p.m. | Further argument by Ms. Greisen. |
| 9:50 a.m | Objection by Ms. McCann regarding argument. |
| 9:51 a.m. | Comments by the Court. |
| 9:54 a.m. | Further argument by Ms. Greisen. |

Discussion regarding stipulations of Remedial Plan.

| | |
|---|---|
| 10:09 a.m. | Further argument by Ms. Greisen. |
| 10:17 a.m. | Questions by the Court regarding sign-language training. |
| 10:18 a.m. | Further argument by Ms. Greisen. |

Questions by the Court regarding TTY, and CIPS (Colorado Inmate Phone System).

| | |
|---|---|
| 10:25 a.m. | Further argument by Ms. Greisen. |

Questions by the Court regarding strobe alarms for hearing impaired inmates.

| | |
|---|---|
| 10:36 a.m. | Further argument by Ms. Greisen. |
| **10:59 a.m.** | **Court in recess.** |
| **11:21 a.m.** | **Court in session.** |

Preliminary comments by the Court.

| | |
|---|---|
| 11:22 a.m. | Argument by Ms. McCann. |

Question by the Court and discussion regarding inmate access to soft-soled shoes.

| | |
|---|---|
| 11:38 a.m. | Further argument by Ms. McCann. |

Objection by Ms. Greisen regarding relevant argument.

Overruled.

| | |
|---|---|
| 11:39 a.m. | Further argument by Ms. McCann. |

*92-cv-00870-EWN*
*Compliance Hearing*
*March 25, 2008*

Questions by the Court regarding frequent bathroom breaks for inmates with diabetes or incontinence issues.

11:50 a.m.    Further argument by Ms. McCann.

**11:55 a.m.    Court in Recess.**

**1:56 p.m.    Court in Session.**

1:57 p.m.    Continued argument by Ms. McCann.

Ms. McCann gives introductions of all defendants counsel and parties.

1:59 p.m.    Further argument by Ms. McCann.

Questions by the Court, and discussion regarding PHP (Physician Health Partners).

2:04 p.m.    Further argument by Ms. McCann.

The Court advises Ms. McCann that the issue of damage claims must be taken up with Judge Nottingham.

2:06 p.m.    Further argument by Ms. McCann.

Objection by Ms. Greisen to testimony of Mr. Richard E. Weems.

Sustained.

2:14 p.m.    Further argument by Ms. McCann.

Comments by the Court.

2:20 p.m.    Rebuttal argument by Ms. Greisen.

Discussion with the Court regarding remedy for bathroom breaks.

2:29 p.m.    Further argument by Ms. McCann.

2:37 p.m.    Conclusions by the Court.

**ORDERED:   Request No. 24 of the Remedial Plan is DENIED.**

**ORDERED:   Request No. 30 of the Remedial Plan is DENIED as specified.**

*92-cv-00870-EWN*
*Compliance Hearing*
*March 25, 2008*

The Court advise counsel regarding which motions shall be referred to a Special Master.

Counsel shall revise the stipulations changed by the Court and resubmit for its approval.

**3:12 p.m.    Court in recess.**
Hearing concluded.
Time: 3:39