IN THE UNITED STATES DISTRICT COURT6
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-N-870 (OES)

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs,

    -vs-

BILL OWENS, *et al.,*

    Defendants.

## SUBMISSION OF 2008 STIPULATION AND ORDER REGARDING STATUS OF COMPLIANCE BY THE COLORADO DEPARTMENT OF CORRECTIONS WITH THE MONTEZ REMEDIAL PLAN

    The parties through their respective counsel hereby jointly submit this 2008 Stipulation and Order Regarding Status of Compliance by the Colorado Department of Corrections with the Montez Remedial Plan.

    WHEREFORE Counsel for the parties respectfully requests the Court to approve this 2008 Stipulation and Order.

DATED at Denver, Colorado this 31st day of March 2008.

    Respectfully submitted,

| | |
|---|---|
| KING & GREISEN | JOHN SUTHERS |
| | Colorado Attorney General |
| s/ Paula Greisen | s/ Elizabeth H. McCann |
| Paula Greisen | Elizabeth H. McCann |
| Counsel for Plaintiffs | Attorney for Defendants |
| 1670 York St. | 1525 Sherman St. |
| Denver, Co. 80206 | Denver, Co. 80203 |
| greisen@kinggreisen.com | beth.mccann@state.co.us |

CERTIFICATE OF SERVICE

       I hereby certify that on this 31st day of March, 2008, I electronically filed the foregoing Submission of 2008 Stipulation and Order Regarding Status of Compliance by the Colorado Department of Corrections with the Montez Remedial Plan with the Clerk of the Court using the CM/ECF System which will send notification to the following email addresses:

Paula Greisen
Counsel for the Class
King and Greisen LLP
1670 York St.
Denver, Co. 80206
greisen@kinggreisen.com

Jennifer W. Riddle
Counsel for the Class
King & Greisen, LLP
1670 York St.
Denver, Co. 80206
riddle@kinggreisen.com

Edward T. Ramey
Counsel for the Class
Isaacson, Rosenbaum PC
633 17th St. #2200
Denver, Co. 80202
eramey@ir-law.com

Lara E. Marks
Counsel for the Class
Isaacson, Rosenbaum PC
633 17th St. #2200
Denver, Co. 80202
lmarks@ir-law.com

Honorable Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia St.
Westminster, Colorado 80030
dborchers@legalres.com

Elizabeth H. McCann
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
Fax: 303-866-5443
beth.mccann@state.co.us

James X. Quinn
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
Fax: 303-866-5443
james.quinn@state.co.us

_____