IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-00870-EWN

JESSE MONTEZ, et al,
as representatives of themselves and all others similarly situated in the class action,

        Plaintiffs,

v.

BILL OWENS, et al,

        Defendants.

Re: Claimant Raymond Arthur Price, Claim number 03-297

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

Kane, Senior Judge

      Claimant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  The court has examined the file and has determined that the motion must be denied.  Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because Claimant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 is denied.

DATED at Denver, Colorado this 1st day of April, 2008.

BY THE COURT:

*s/John L. Kane*
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO