United States District Court for the District of Colorado
Civil Action, File No. 92-N-870

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 01 2008

GREGORY C. LANGHAM
_____ CLERK

Jesse Montez et al
, Plaintiff(s)

v.

Bill Owens et al
, Defendant(s)

---

Motion to Appeal the March 24th 2008 Order of the Special Master

---

Claim No: 03-146
Category: III
Claimant: Gerald Sensabaugh 100656
P.O. Box 777 Canõn City CO 81215

---

Comes Now the Claimant to Ask the Court to Dismiss the March 24th 2008 Order of the Special Master.

Arguement

1. The Claimants Motion to Reply to the Defendants Response motion was placed in the C.S.P. legal mail on

(1)

March 23 2008 (Sun) and could not have reached the Special Master by the next day (March 24 2008) thereby dismissing my legal arguement.

2. The last line of the second paragraph of the order of the Special Master "It appears that CDOC has complied fully with the Final Order"; has the appearace of impropriety in light of my Reply motion, and that CDOC has NOT complied which is the basis for my argument.

### Conclusion

I would ask for a hearing/oral arguements on this matter to clarify the issue at hand.

Submitted
March 28 2008

*[signature] Hensabuyh*

### Certificate of Service

I certify that I placed this motion in the U.S. mail postage prepaid on March 28th 2008, addressed as follows:

United States District Court
901 19th St. 5th Floor
Denver, CO. 80294-3589

(2)