FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 92-cv-00870-EWN

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: David G. Byran, Claim number 03-130

## MOTION FOR ORDER OF DAMAGES PAYMENT

Comes now Plaintiff **DAVD G. BRYAN** acting pro-se with a request for an order to the Attorneys General Office to make payment of $2,000 for damages related to Claim #03-130 (ref.doc.#2650 & #3277). Plaiintiff dose not wish to have the "damages payment deposited in his inmate account. Plaintiff request that a direct deposit or a check cut for deposit only be made to Savings Account #285-656-8912, 1st BANK OF DOUGLAS COUNTY, PO Box 1300, Castle Rock, CO 80104-1300; or mailed to: GARY R. GRIFFITH OR DENISE C. GRIFFITH, PO Box 1660, Castle Rock CO 80104-6106 for deposit only to DAVID G BRYAN into that acount. Plaintiff proposes that the law requiring 20 percent deduction for the compensation fund dose not apply because the money will not be deposited in the "offender account" provided by the CDOC. The Attorney Generals Office dose not have the authority to deduct the 20 percent from the Damages Award because it would not be deposited within the "DOC offenders Account". As an example of other circumstances that would relate... say that the Plaintiff had an attorney that worked on the specific case.

1

The court would order the money sent to the Attorney with no money for the "compensation fund" then the attorney could deposit the balance an account for the Plaintiff. This has been done in some cases already! This Plaintiff believes that this request falls within the law regarding how moneys are collected for the "compensation fund".

The Plaintiff respectfully requests this Honorable Court to grant this MOTION FOR ORDER OF DAMAGES PAYMENT

Respectfully Submitted this 3 day, of April, 2008.

DAVID G BRYAN

I have mailed a copy of the foregoing MOTION to:

Mr. James X. Quinn

Office of the Attorney General

Litigation Section

1525 Sherman Street, 5th Floor

Denver, CO 80203


Paula Greisen/Attorner for Class Action

KING & GREISEN, LLP

1670 York Street

Denver, CO 80206

2