Case 1:92-cv-00870-EWN-OES     Document 3314     Filed 03/26/2008     Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     92-cv-00870-EWN

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 7 2008

GREGORY C. LANGHAM
CLERK



92-cv-870 EWN # 3314
Cynthia Hosea-Butler
#127487
Denver Women's Correctional Facility (DWCF)
P.O. Box ~~[redacted]~~
Denver, ~~[redacted]~~

NIXIE    802   CS  1         74 04/04/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *2520-04046-25-36