OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

John Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2008

GREGORY C. LANGHAM
CLERK

92-cv-870 CWN #2878

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RETURN TO SENDER

# Orders on Motions

1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

**U.S. District Court**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 9/14/2007 at 7:10 AM MDT and filed on 9/13/2007
**Case Name:**      Montez, et al v. Romer, et al
**Case Number:**    1:92-cv-870
**Filer:**
**WARNING: CASE CLOSED on 06/03/2004**
**Document Number:** 2878

**Docket Text:**
Minute ORDER granting [2862] Motion for Extension of Time by Alphonzo Greer, Jr., Claim No. 03-375. Mr. Greer has up to and including 10/30/07 to file his objection to the final order of special master, by Judge John L. Kane on 9/13/07.(gms, )

**1:92-cv-870 Notice has been electronically mailed to:**
Elizabeth H. McCann beth.mccann@state.co.us
Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com
Brice A. Tondre briceatondrepc@msn.com
Jennifer L. Veiga veigaj@hallevans.com, gutierrezd@hallevans.com
Castelar M. Garcia slvlaw@fone.net
H. Earl Moyer mbvlaw@mbvl.net
Paula Dee Greisen greisen@kinggreisen.com, costanzo@kinggreisen.com
James Xavier Quinn James.Quinn@state.co.us
Patricia S. Bellac psblawfirm@comcast.net
Jess Alexander Dance jess.dance@state.co.us, darlene.hill@state.co.us, terrie.sandoval@state.co.us
Terrance David Carroll tcarroll@ir-law.com, saustin@ir-law.com
Jennifer Wardner Riddle riddle@kinggreisen.com, vonbehren@kinggreisen.com
Jennifer Susan Huss jennifer.fox@state.co.us
Robert Charles Huss hussrobert@yahoo.com
Richard M. Borchers dborchers@legalres.com

**1:92-cv-870 Notice has been mailed by the filer to:**

Floyd Allen
#117789
C.T.C.F.
P.O. Box 1010
Canon City, CO 81215-1010

Leon Bates
#106353
AVCF
Arkansas Valley Correctional Facility
P O Box 1000
Crowley, CO 81034

Lilbert L. Beasley, Jr
#115474