IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil ACtion No. 92-N-870 (OES)
Consolidated for all purposes with Civil Action No. 96-N-343

JESSE MONTEZ, et. al.

    Plaintiffs,

-vs.-

BILL OWENS, et. al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 09 2008

GREGORY C. LANGHAM
                CLERK

---

Claim Number 03-350
Category    III
Claimant:   **Charles R. Stroud**
Address for Claimant:  CTCF, P.O. Box 1010, Canon City, CO. 81215-1010

---

### OBJECTION TO FINAL ORDER OF SPECIAL MASTER

---

**COMES NOW**, Claimant, Charles R. Stroud, pro-se and moves this Honorable Court to issue it's ORDER in Claimant's favor regarding the remedies Claimant is seeking concerning the Final Order Of Special Master and as grounds thereof Claimant states the following:

1) January 16, 2008 Claimant received Special Master Richard C. Davidson's Final Order Of Special Master, dated January 14, 2008.

2) January 24, 2008 Claimant saw Sandy Harris, Director of C.T.C.F. Medical Department. Claimant asked Ms. Harris if she received the Federal Court's Order yet. Claimant explained that sometime before the April 14, 2008 deadline, Claimant needed to know that CDOC would allow him to purchase the new boots, shoes, footbed insoles, etc. listed on Claimant's Accommodation Request. Ms. Harris stated she didn't know and would get back to Claimant.

3) January 29, 2008 Ms. Harris met with Claimant. Ms. Harris stated that Medical wasn't aware of the Court's Order so Claimant went over the Final Order Of Special Master with her, line by line. Claimant also reviewed Claimant's Accommodation Request in detail with her. Ms. Harris made copies of both documents and stated she would meet with the CTCF Medical Committee and get back to Claimant.

4) February 8, 2008 Ms. Harris met with Claimant. Ms. Harris informed Claimant Medical wasn't going to do anything as there wasn't a Court Order directiog CDOC to do anything more then pay Claimant $500.00 for Damages. Claimant then asked could he at least get a cane to get to and from the restroom and the chow hall. That when his leg/ankle/foot are acting up,

(2)

he can't easily walk on it.  Ms. Harris said no, I couldn't get a cane.

5) At the February 28, 2007 hearing before Special Master Richard C. Davidson, Claimant explained that over the last several years, without boots to support and protect Claimant's leg/ankle/foot, there is alot more pain, tension and stress in Claimant's leg/ankle/foot.  That Claimant walks as little as possible due to the constant pain and the possibility of bumping the leg/ankle/foot causing intense, white light pain.  That only a few years earlier Claimant walked the yard for 2 to 3 hours a day, most days of the week and at a brisk pace as well.  That due to no boots to offer protection and support, Claimant has repeatedly damaged his leg, ankle, foot tendon attached to the top center of his foot, has tripped and fallen down due to these 4" tall boots that CDOC provides to everyone, including Claimant and how these boots pinch the tendon in the top center of Claimant's foot causing Claimant's foot to go numb, cramp up, stress out, spasm and stop lifting due to fatigue.  That parts of the damaged leg and ankle are exposed and open for damage while wearing CDOD's 4" tall boots, also causing extreme pain so again, the foot stops lifting up and Claimant can't walk.  Claimant then trips and often falls to the ground.  Claimant has torn open both hands several times from falling to the ground as well as smashed both knees into the ground many times while falling down.  Claimant has popping, grinding, weak knees now which are very painful, assuredly enhanced from the repeated tripping, falling down and smashing on the sidewalk after the foot/ankle gives out and stops working,  Claimant has tripped, stumbled and fallen, twisting his wrists many times.  Claimant has also tripped and stumbled over after the foot/ankle gave out, banging Claimant's nose on the sidewalk handrail, cutting open a gash over the nose, leaving a scar on the nose when it healed, as well as leaving one side of the nose passage crushed and almost impossible to breathe through.  (See Exhibit #1)

6) Even after the Court issued it's Final Order Of Special Master the Defendant's cared little to rectify Claimant's medical needs.  These needs have been documented in Plaintiff's Initial Claim, the Final Order Of Special Master, Claimant's Accommodation Request, as well as Claimant's several inch thick Medical File.  CDOC themselves had their specialist examine Claimant and the Specialist wrote in Exhibit #2;

PODIATRY CLINIC 11/30/94:  Patient seen in clinic today indicating that he has significant pain in the right leg and foot.  He does have numerous plastic surgical procedures performed on the right leg including skin grafts and muscle flaps.  After a thorough examination of the patient and noting that he has really no protection of the anterior compartment of his right leg.  I would recommend that he be allowed to wear boots 12-15" high to offer some protection for this right leg.  These boots can be Red Wing lace up type of boot with vibrim sole.

/ag
James Gremillion, DPM

Visit-99242
DX: Pain R leg and foot

(3)

7) In part III CONCLUSIONS OF LAW the Special Master points out;

> 6. The Special Master finds and concludes that Claimant Stroud does have a mobility disorder pursuant to the terms of the remedial plan. His condition is permanent. The condition does cause him to be impaired and it substantially limits him in the major life activity of walking. It is apparent that CDOC once believed that he needed special accommodations for his disability since he was provided special boots and tennis shoes on more than one occasion. There is nothing that explains why it was necessary for CDOC to issue special boots to Claimant prior to 2004 but not after that time. The condition that caused the need before that time still exists.

Special Master Davidson then goes on to say;

> 8. Of course, the key issue is whether Claimant was discriminated against by CDOC because of his mobility disability. Claimant Stroud has testified that the taking of his previously issued special boots had a substantial impact on his ability to utilize the services provided by the facility and his ability to walk. Defendant has offered no explanation as to the reasons for no longer providing boots. The Special Master concludes that Claimant has been discriminated against by being deprived of the special boots previously provided to him by CDOC.

These two go hand in hand with each other and reflect what little regard CDOC has had and currently is having for Claimant's permanent disabilities and special needs accommodations. They have dealt with and recognized Claimant's disabilities and special needs accomodations on several occassions in the past since 1991, but have played catch 22 games and fought Claimant every step of the way they could since 1996, some 12-years, including sending Claimant out of state to Minnesota when he didn't even meet the criteria to be shipped out of state. This set the stage so the Defendant's would not have to deal with Claimant and his disabilities or special needs accommadations anymore.

8) At the February 28, 2007 hearing, Claimant discussed with Special Master Davidson Claimant's Accommodation Request.(Exhibit 3)  Claimant susported this Accommodation Request with receipts and prices for everything listed. This is the exact same Accommodation Request Claimant went over with Head of CTCF Medical Ms. Harris some 2-months ago, only to have Ms. Harris reply "Medical won't do anything as there isn't a Court Order directing CDOC to do anything other then pay Claimant $500.00 for Damages". In Section III CONCLUSIONS OF LAW Special Master Davidson said;

> 9. While the Claimant presented no evidence as to the monetary amount of his damages, the Special Master concludes that Claimant should be awarded the sum of $500.00.

This is not entirely correct as Claimant did discuss with Special Master Davisdon Claimant's Accommodation Request and offer up all receipts and

prices. It is partially correct because on the second page of the Accommodation Request Claimant did write "Pain, Suffering and Damages Cost - (leaving this up to the Court)" with a blank spot where the dollar amount would go to the left of that to be filled in. Below that Claimant also requested he be reimbursed the out of pocket expenses he incurred while presenting this claim as well as the cost of the Boots, Low Cut Soft Sided Tennis Shoes and the other Special Needs Accommodations listed 1 thru 10, allowing Claimant the means to purchase these accommadations himself. The total of these two areas (not "Pain, Suffering or Damages") adds up to $620.94 . That figure plus the $500.00 Special Master Davidson Ordered as Damages brings the total monetary award to $1,120.94 .

9) CDOC has deliberately and maliciously continued to place stumbling blocks before Claimant by forcing him to contact this Court for a Precise Court Order. Claimant regrets that he has to yet again take more valuable time of this Court by going into another long dissertation regarding what Special Master Davidson has already elaborated on and subsequently rules on. The history of Claimant's injuries are arduous and continual. Claimant has established by a preponderance of evidence that he has met time and time again the criterias set forth by Judges Nottingham and Kane. Special Master Davidson found in favor of Claimant based on Facts and Conclusions of Law.

**WHEREFORE,** Claimant respectfully requests that this Honorable Court issue it's Court Order that Specifies CDOC will;
(taken from Accommodation Request)

1) Allow Claimant to purchase Redwing 10" Lineman Boots, Model Number 921, with Slip Resistant Vibram Soles.

2) Allow Claimant to purchase Orthotics Cusion Footbed Insoles (two pair each year).

3) Allow Claimant to purchase 1-pair 72" Shoe Strings a year.

4) Allow Claimant to purchase 3-pair of Tuli Heel Cups a year.

5) Allow Claimant to purchase 1-quart Leather/Boot Oil (keep at Medical - use as needed).

6) Allow Claimant to purchase 1- quart Leather Protector (keep at Medical - use as needed).

7) Allow Claimant to purchase 1-pair Reebox Low Cut Tennis Shoes a year. (These are all white and are still sold at some CDOC facilities. These are the exact same shoes that CDOC use to GIVE to Claimant).

8) Order Medical Department to Rebreak (open up) Nose (nasal passage) so it Breathes again. Claimant doesn't Care about the scar on the nose, he just wants the nose to be breathable again.

9) Order Medical Department to Update Medical Permits allowing Claimant Double Socks In Possession. Claimant wears two pair of socks at a time for extra protectionto foot, leg and ankle.

(5)

10) Order Medical Department to issue Claimant a Walking Cane, to assist Claimant to Restroom, Meals, Native American Sweat Lodge, Yard, Work, Hobby Shop, Library, Law Library, etc. when needed.

11) Order Defendants to award Claimant $1,120.94 for Pain, Suffering, Damages, Reimbursement and Special Needs Accommodations with a total of $1,120.94 .

12) Order Defendants to fulfill this Court's Order in a timely manner.


Respectfully Submitted,

_____
Charles R. Stroud
Reg. Number 48629
Box 1010 - CTCF
Canon City, CO. 81215-1010


**CERTIFICATE OF MAILING**

I hereby certify tht I have mailed in the U.S. MAIL a copy of the foregoing OBJECTION TO FINAL ORDER OF SPECIAL MASTER this 7th day of April, 2008, to the following:

Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, CO. 80283


_____

      Both feet and legs were 3rd. degree and chemically burned, destroying skin, flesh, muscle, ligaments, tendons and bones. Bad parts of bones were shaved away with skin grafts being put directly on exposed bones, leaving no flesh to cushion and protect ankle, foot and leg bones. The outside of the right lower leg has no muscle or tendons left there to operate and lift foot. The doctor took the tendon going to the big toe, cut it, moved it to center of the foot, drilled a hole, wired the tendon there to try and compensate for the missing muscles and tendons from the outside of foot and leg. The ankle was also shaved down by one third, with skin grafts over, leaving no protection there either. Now there's a big tendon raised up and sticking out of the foot, up the center of the leg with no protection for it. This took 19-months in hospital from 1970 to 1972. Since then I have had to wear a lace up <u>thick</u> leather boot with a non-slip vibram sole to protect and support leg and foot and ankle bones. It causes my leg and foot great pain and damage to walk without the Red Wing (RW) boots, so I do my best to walk as little as possible.

      11-30-94 Podiatry Dr. James Gremillion DPM, on DOC's request (6-6-94) examined my legs and feet. He then wrote an order for 12 to 15 inch high lace-up RW boots with a vibram sole. 1-19-95 DOC medical gave me a pair of these RW boots. I noticed the right boot pinched my right foot badly causing pain and raw spots. I complained and then medical realized instead of giving me a <u>pair</u> of 10-D RW boots, they gave me a 10-D left boot and a 10-C right boot, causing the pain to the right, pinched/smashed foot. 5-1-97 medical issued me a thin leather pair of Altama summer boots. "to make do with until they could get a replacement pair of 10-D RW boots making up for the mismatched 10-D and 10-C RW boots". Four months later I was shipped out to a private prison in Minnesota, to get rid of me and my medical problems, never to hear on the replacement RW boots again. The second year I was in the private prison in Minnesota, I made big waves in Medical about the thin leather Altama boots being completely worn out. This went on month after month with me having no boots at all to wear so no leg and ankle protection or support. It ended up with one of the medical staff telling me, Minnesota private prison <u>wasn't</u> going to buy me new RW boots, that her father had died a few years earlier and his old pair of 11½-D RW boots was in the closet at home. That if I wanted, I could buy them for thirty dollars and as far as the 11½-D size instead of the 10-D size difference, I could just shove in extra insoles to fill up the space. I did get this used pair of RW boots and still have them. There's a few problems with them. One being they're wore out and leak dirt, sand and water to the inside, to the foot. Secondly they're not the right size I need so they never have fit right even with extra insoles. The boots are wore to another person's walking so they hurt my feet, leg and hip. The last couple years my foot, ankle and leg have alot more pain. This is due to no leg protection and support (boots I can wear) and I do my best to walk as little as possible (due to no protection and support). Often I skip one or two meals a day because it hurts too much to walk to the chow hall. At times I have trouble sleeping because of the leg, foot and ankle pain. I'm afraid that before long there'll be so much non-stop pain that I won't be able to even walk at all, or that I'll lose my foot or the tendon will stop working, wear out or whatever. These 4" tall boots DOC provide to everyone pinch the tendon in the center of my foot causing my foot to go numb, cramp up, stress out, stop lifting due to fatigue. Parts of my leg and ankle are exposed and open for damage, also causing pain so the foot stops lifting up and I can't walk. I end up tripping and falling if I don't catch myself. I've hurt myself several times and made myself look like a clumsy fool even more times. I've torn open my hands and smashed my knees numerous times. I've twisted my wrists and onetime I banged my nose so hard on the railing, it cut open, leaving a scar as well as leaving one

**Exhibit #1**

side of my nose harder to breathe through then it use to be. I've banged the front of my bad leg hard enough to cause non-stop pain for over 2-days, which I had to take off of work and lay in bed with my foot/leg elevated and wrapped in a wet, cold towel. I couldn"t make it to the restroom without help and couldn*t go eat in the chow hall. I've had to miss probably about half of my weely Native American Sweat Lodge ceremonies due to being laid up with my foot/leg elevated either from the fatigue of walking a normal work week or it got bumped and so it's cramping, numb, fatigued and just not lifting the foot up so I can walk. Up until about 2-years ago when the RW boots died I use to go to the yard and fast walk and work out a couple hours a day. Since they've worn out and I have only the 4" tall DOC boots to wear, getting hurt and damaged repeatedly has taught me to stop going to the yard or gym. I've gained 20-some pounds of fat as well as the muscles I had just 2-years ago has mostly gone to flab. The lack of exercise, due to tripping, falling down or banging my bad foot, ankle or leg has me afraid to do anything at all physical. I'm so out of shape now, I can bearly sit in a chair or stand up for any length of time. I'm talking about anything much past half an hour and I'm only 49-years old and up until just a couple years ago when the RW boots tore up completely, I was in very good shape. There is only one reason why my quality of life has gone down hill so fast. No boots to give protection and support to my damaged foot, ankle and leg have resulted in my tendon being used and abused, only being useable some of the time now and me knowing that so I protect the tendon every way I can. Before when I had proper foot wear, I had maybe one problem with the tendon every couple of years. My entire physical condition has worsened greatly because I can't walk in a normal life-style anymore, I need accommodations so I can participate in programs and services such as: go to work everyday, go to the chow hall and eat when I'm hungry  go to the restroom when I feel the need, go the the yard and the gym without fear of damaging myself and  go to  my Native American Sweat Lodge Ceremonies as often as I want instead of being laid up in my cell, trying to either recuperate from a normal week's walking or laid up doing damage control from something hurting my foot, ankle or leg.

Exhibit #1 (cont.)

STROUD, Charles Robert
CMHIP/77970
CCF/48629

**COLORADO DEPARTMENT OF CORRECTIONS**
**REQUEST FOR CONSULTATION**

TO: _Podiatry Clinic_    FROM: _CCF  [signature] MD_
      Clinic Name                        Facility & Examiner Name

Date: _6-6-94_    New _✓_    Follow up ____

PROBLEM: _Numerous burn scars & skin grafts. Also has large projecting tendon middle of anterior surface of foot. (Was moved from Great Toe). Was recently given low quality tennis shoes but states this aren't good enough. Please evaluate for proper footwear._

PROVISIONAL DIAGNOSIS: _as above_

==========================================================================
Date Seen: _____    (Findings, Conclusions, Recommendations)

PODIATRY CLINIC 11/30/94: Patient seen in clinic today indicating that he has significant pain in the right leg and foot. He does have numerous plastic surgical procedures performed on the right leg including skin grafts and muscle flaps. After a thorough examination of the patient and noting that he has really no protection of the anterior compartment of his right leg. I would recommend that he be allowed to wear boots 12-15" high to offer some protection for this right leg. These boots can be Red Wing lace up type of boot with vibrim sole.

/ag
James Gremillion, DPM

Visit-99242
DX: Pain R leg and foot

**Exhibit #2**

Consult only _✓_
Consult & Management ____
Consult & Treatment ____

Sec.4.Consult
Old 26-168    Distr: White-Med. Rec., Yellow-Consult Phys., Pink-Trans. Sched.

Inmate Name _Stroud, Charles_
Doc # _46629_
DOB _6-5-59_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil ACtion No. 92-N-870 (OES)
Consolidated for all purposes with Civil Action No. 96-N-343

JESSE MONTEZ, et. al.

    Plaintiffs,

-vs.-

BILL OWENS,    et. al.

    Defendants.

---

Claim Number 03-350
Category    III
Claimant:    **Charles R. Stroud**
Address for Claimant:  CTCF, P.O. Box 1010, Canon City, CO. 81215-1010

---

### ACCOMMODATION REQUEST

---

1)   Redwing 10" Lineman Boots, Model Number 921, with Slip Resistant Vibram Soles.    **Cost $189.43**    To replace Mismatched Redwing Boots Medical sent back for Exchange and Never replaced.

2)   2-pair Orthotics Cusion Footbed Insoles per year.    **Cost $35.12** for both pair, ($17.56 each).

3)   1-pair 72" Shoe Strings per year,    **Cost $3.39** .

4)   3-pair Tuli Heel Cups (replace every 4-months),    **Cost $27.18** for three pair, ($9.06 each).

5)   1-quart Leather/Boot Oil (keep at Medical - use as needed)   at the **Cost $6.27** .

6)   1-pint Leather Protector (keep at Medical - use as needed)   at the **Cost $2.98**

                    **Sub-Total    $264.37**

7)   Order allowing Inmate to Purchase **1-pair Reebox Low Cut Tennis Shoes a year**. Inmate will pay for tennies himself.   These white Reebox Tennies are the same tennies   DOC still sells at the women's prison and use to sell at the men's prisons. These tennis shoes are white and they are low cut and have padding in the right spot.   These are the same style tennies    DOC Medical use to **Give** Inmate.

**Exhibit #3**

(2)

8)   Medical Department to Rebreak (open up) Nose (nasal passage) so it Breathes again. Inmate not worried about existing scar on nose from tripping and falling on railing.

9)   Update Medical Permits allowing Inmate Double Socks In Possession and Double Issue of New Socks from Laundry Each 6-Month Issue. Inmate wears two pair of socks at a time for extra protection to foot, leg and ankle.

10)  Walking Cane in cell and/or ADL Helper to assist Inmate to Restroom, Meals, Native American Sweat Lodge, Yard, Work, Hobby Shop, Library, Law Library, etc. when needed.

### REIMBURSEMENT COST REQUEST

| | |
|---|---:|
| Phote Copies | $29.80 |
| Postage | 23.84 |
| Typewriter Ribbons | 26.60 |
| Typewriter Correction Ribbons | 17.68 |
| Typing Paper, Envelops, Pens, Pad Paper | 8.87 |
| Attorney Calls and Legal Advice | 117.80 |
| Replacement Insoles For State Boots | 9.78 |
| Pain Reliefers for Leg/Ankle/Foot Pain - (one years worth) | 13.00 |
| Inexpensive Food to Supplement Missed Meals- (one years worth) | 109.20 |
| Sub-Total | **$356.57** |

| | |
|---|---:|
| Pain, Suffering and Damages Cost _ (leaving this up to the Court) | $ |
| Accommodation Request Sub-Total | **$264.37** |
| Reimbursement Cost Request Sub-Total | **$356.57** |
| Accommodation and Reimbursement added together Totals------------ | **$620.94** |

Respectfully Submitted,

_Charles R. Stroud 48629_
Charles R. Stroud #48629

Exhibit #3 (cont.)

**Colorado Department Of Corrections**

Name C.R. STROUD
Register Number 48629
Unit 7
Box Number 1010 - CTCF
City, State, Zip Canon City, Colorado 81215-1010

Attn: Montez Objection

Clerk of the United States District Court
901 19th. Street
Denver, Colorado 80294