4/6/08

Dear Clerk of The Court.

92-cv-00870-EWN-OES

My Name is Michael Stephen Forbes OK#103524 CO#68650. I'm Writing you now from Lindsy Memorial Hospital in Lindsy, OK. I've Been in OU Memorial Hospital for a few Weeks then Sent Here to Lindsy. The Officer's tell Me that all of My Mail Should Be Sent to GEO P.O. Box 8607 Flower Mound - Rd. Lawton, OK. To: Michael Forbes OK#103524. LU-1A-115-L. Bunk.

The Reason I'm Writing you is I did file an Objection to The Special Masters Trial Orders in The Jesse (Jesus) Montez Suite as a 3rd Party Claiment Civil Action # No 03—134

I Have Been Retaliated against

Time and again By Both Colo. & Okla. Doc's I've Been Jumped, Had my Hair Pulled out By the Handfulls in Colo Tried to file Charges against These Guards Only to find out That The Whole Place is run Like this DROC, Denver Trumped up Charges on me to Not Have to give me Medical Treatment That they Know I've Needed for Many years Now Starting as far Back as 1992. I filed With the Montez Suite as a 3rd Party Claiment (03-134) (Civel Action # NO) Right after I got a Civel Action No # in 1992 or 3 any little Thing that Went Wrong Was a Write up and My Time Was Taken from me I filed Many Grievences against Doc Staff and Even the Doc, Itself I Won a few Cases for Cash awardes etc Bought Law Books Typewritter Paper, yet Doc Just Would Put on More pressure, Finaly I got So Sick I Had to Be Hospitalized a few times My Heart, feet, Lungs, Kidney & liver and Eyes We're at risk and going down Hill fast. Because Doc. Colo. Was

Now on the Stock Exchange 4/6/08
and was all about Making Money Now. Sun. 3:00 PM
and telling Me to go lay Down that I didn't Need this or that when in fact I really Did and my life was to Depend on it, I asked Many times But was eather told NO! out Right or That they were out of What ever I needed or just Didn't Have it! I was infected with Hep "B" & "C" through Durty Damn Old Needels Colo. Doc was Bleaching and reuseing over & over again. So when ever I would get my Diabetic Shats I'ed Brake off the Needle so they could Nat Be reused. I was written up for Stealing a Needle after they watched me Brake it off in a trash can. Had serched me Three times and still Had found Zip. Nothing. The State of Colo Has Gotten very good at fileing Boogus Charges against offenders they Don't like or that try to <ins>apase</ins> there Rull of Thumb that K to The Judge Eather Kane or Knotingham Needs to Know about This and fill Orders Compelling the State to Ceas & descest its Bagtering of Claimants to the Montez Suite! and as well →

to keep tabs upon Doc #'s case of the 2004 case of Miller vs. King, in an effort to stall the prosses of giveing out Medical Help rather than just pay out money for the premiums which is what they've been doing to roll over their proffets again & again. Making them Rich & Powerful while we die for proffits. I've seen many people hurting, dieing or just plain waiting to die because of these peoples lack of care or judgement towards prisoner's. I need to know how I can get to speak with the judge, get him to grant me a lawyer as I'm not able to. Here in prison left of all of the trix of Doc like moveing me so many time's I can't keep up with my mail. Here at Lindsy I have no access to a law library, or phone calls, or visits as this place is a Max facility But I'm Here Because I'm Sick. My real costody is close Med close But I'm here to keep me in Camana-cado. And it's working very well against me, my case, my level system & placement! In this next page I will make some requests of the court →

- Please if The Court Would Be So Kind

#1) file a Protective Order to See to it That The State, Both, Okla. & Colo Have No Power to Move Me at their Whem or jail me in a Higher level of Confinment Simpley Because They Want to Contral My Person and the People I Speake With!

#2) I Need Copys of all filed Daccumentation Relating to the Montez Suite Since 1992 to The Present. I Need This DesCovery Presses to Properly file My Motions & lidigate This Claime as Well as Discover the Medical Files Which Were Relied upon this Offenders 3rd Party Claim's as Made.

#3) Also Needed (is)(are) The Times for fileing By Both the DA. and Plauntiff's Court Protocall and Rules of the Court of Denver 10th Cir U.S District. I Want the Judge to Know How I've Been treated in This Matter and to Bring Charges When & Wherever Possible

for impeding the justic, failing to follow Protocall with Doc Grieuance Prosses the takeing & Proposed loss of all of my Property Both @ Limon Correctional Facility & in DRDC also at the Lexington Compound in OK. 73051 and LAWTON, OK at 8607 Flower Mound R. LAWTON, OK.
Michael Stephen Forbes # OK 103524.
LU-1A-115-L GEO Facility
#4 To give me the legal Help I need to Be able to fight the good fight and also Needed (is, are) a Packet to file a-Nother Suite, My Suite Well Be With Oklahoma in this Same Matter What I need to know is, Do I Have to file in the State of Oklahoma first at the State level then, Do I file w/ The US 10th Cir Destrist Court, if Not Satisfied with there Ruleing? I'll Need all of the Above A.S.A.P. as well as any Doc Violations under Montez to Date This Will Help My Case I'm Sure. Send Motion, forms and Claim forms to The 8607 Flower Mound R. LAWTON, OK. GEO
Michael Stephen Forbes OK#103524 LU-1A-115-L
for my Records PLEASE SEND ME A COPY of this Letter Thank You

FORBES, MICHAEL J.
OK# 103524 Co# 68650
8607 Flower Mound Rd.
LAWTON, OK;

Legal Mail

US District
Clerk of The Court
901 19th Street
Denver, Colo

