IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-386

Category: III

Claimant: Theodore Vialpando, #62175

Address of Claimant: AVCF, P.O. BOX 1,000, Crowley, CO 81034-1000

---

### OBJECTION TO FINAL ORDER BY SPECIAL MASTER PURSUANT TO F.R.C.P. 53(g)(2)

---

This is a Notice of my objection to the Final Order of Special Master pursuant to Federal Rule of Civil Proceedure 53(g)(2) as both Claimants and Defendants were advised they could do in the second paragraph of IV. ORDER in the above titled case. Furhtermore that my said objection must be sent to The Clerk of The United States District Court at the following listed Address, **on or before April 14, 2008:** 901 19th Street, Denver, CO 80294.

SIGNED this 30th day of March, 2008.

                                BY THE CLAIMANT LISTED ABOVE:

                                */s/ Theodore Vialpando*

                                Theodore Vialpando, #62175

                                Claimant Number: 03-386