OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

# 2829, 2830, 2831, 2832, 2833
92-N-870 (OES)
EVK

FILED
UNITED STATES DISTRICT COURT
DENVER, ~~~~~~
APR 10 2008

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.58⁰
08/23/2007
Mailed From 80202

John Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

NIXIE        999    DE 1         00 04/08/08
            RETURN TO SENDER
            NO SUCH STREET
            UNABLE TO FORWARD
        OC: 00204250151    *0720 10700-20-43