OFFICE OF THE CLERK
ED STATES DISTRICT COURT
LFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER,

APR 1 0 2008

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.58⁰
08/24/2007
Mailed From 80202
US POSTAGE

92-cv-00870-EWN   # 2835, 2836, 2837, 2838 & 2839

John Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

NIXIE   339   5E 1   07 04/08/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
DC: 00204250151   *2906 06350-00-22