**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008

GREGORY C. LANGHAM
                        CLERK

92-cv-00870-EWN-OES
# 2892, 2893, 2894

John Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

NIXIE     339 DC 1      00 04/08
RETURN TO SENDER
   UNCLAIMED
UNABLE TO FORWARD