OFFICE OF THE CLERK
ITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 10 2008
GREGORY C. LANGHAM
CLERK

017H15524679
HASLER
$0.41⁰
08/30/2007
Mailed From 80202
US POSTAGE

92-CV-870-EWN
#2849

John Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

NIXIE    339  SE 1    07 04/08/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 80294250151      *2006 06057 08 22