OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

#2913
92-CV-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008
GREGORY C. LANGHAM
CLERK

017H15524679
HASLER
$0.410
09/27/2007
Mailed From 80202

John  Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

NIXIE      339   DE 1      00 04/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD