OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 11 2008

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN
#2875

017H15524679
HASLER $1.48⁰
09/12/2007
Mailed From 80202
US POSTAGE

John Ovalle
C/O Mike Gonzalez
2180 Moulder Drive
Naples, FL 34120

A C S
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

Unclaimed

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Dean Ross Denton, Claim number 03-206

## ORDER

Kane, J.

This matter is before the court on Claimant, Dean Ross Denton's Motion for Intervention by Judge Kane (doc. #2564) filed February 26, 2007. The Motion is DENIED. The scope of my authority is limited to that of review of objections to Final Orders of the Special Masters.

Dated:   September 12, 2007

                                        BY THE COURT:

                                        ***s/John L. Kane***
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT