IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 02-910
Category: II
Claimant: Larry Phillips, #80837
Address of Claimant: ACC, P.O. Box 300, Canon City, CO 81215-0300

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on Claimant's motion to withdraw claim. The motion is signed before a notary and Claimant's case manager. Claimant's request will be granted.

IT IS HEREBY ORDERED that the claim of Claimant is withdrawn and dismissed without prejudice; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 16, 2008.**

SIGNED this 4th day of April, 2008.

                  BY THE COURT:

                  */s/ Richard M. Borchers*

                  Richard M. Borchers
                  Special Master