IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-059
Category III
Claimant: Clarence Leonhardt, #88379
Address of Claimant: 448 North Golfers Way, #105, Denver, CO 80230

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master for hearing on March 20, 2008. The hearing was held at the offices of Legal Resolution Center, 600 17th Street, Suite 2800-South, Denver, Colorado. Claimant was notified of the hearing date and location by mail on January 7, 2008. The notice sent to the above address was not returned as undeliverable.

    Claimant was given the opportunity to have a hearing. The burden under the Remedial Plan is upon Claimant to prove all necessary elements of his claim. He failed to do so, as he presented no witnesses or evidence. The claim will be dismissed.

    IT IS HEREBY ORDERED that the claim of Claimant is denied, as he has failed to appear for the hearing and failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 9, 2008.**

    SIGNED this 21st day of March, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master