IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-257
Category: Untimely Filed Claim
Claimant: Mary Elizabeth Neff, #88411
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the claim of Mary Elizabeth Neff. In the claim form, Claimant stated that she came into DOC custody in December, 2004. Since it appeared that the Special Master might not have jurisdiction over this claim, a show cause order was issued. Claimant was granted up to and including March 24, 2008 in which to respond to the show cause order. Despite being granted time to respond, Claimant has filed nothing further.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    Claimant has indicated in her claim form that she came into DOC custody in December 2004. The DOC Locator page of Claimant reflects a sentencing date of November 23, 2004. Claimant came into DOC custody after August 27, 2003. There is no jurisdiction over this claim. Claimant may bring her own separate lawsuit concerning what has transpired in DOC since December 2004.
    IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into

custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 9, 2008.**

SIGNED this 28th day of March, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master