IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-258
Category: Untimely Filed Claim
Claimant: Darryl L. Atteberry, #87570
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER came before the Special Master on the letter of Darryl Atteberry. He requested information about the case. Mr. Atteberry has not filed a claim. He was provided a claim form and informational sheet. He was granted up to March 28, 2008 in which to file a claim. He has filed nothing further.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. The Remedial Plan also contemplated prompt filing of claims by those individuals who were in custody on or before August 27, 2003.

    Claimant has failed to file a claim. The Special Masters may not proceed without a claim form. Claimant has failed to provide a good reason why he should be allowed to pursue a claim almost four years after the claim period should have closed.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant failed to file a claim form and to detail why he waited to seek information on filing a claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 9, 2008.**

SIGNED this 7th day of April, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master