```
                                              FILED
                                    UNITED STATES DISTRICT COURT
                                         DENVER, COLORADO

                                         APR 16 2008

                                    GREGORY C. LANGHAM
                                            CLERK
```

Dear Sir

Back in mid August (the 11th I Believe) I wrote Special Master Borchers for a few reasons...

1.) To thank him for his time in my "Montez" Claim #03-211

2.) To inform him that (even today) I still haven't Received the $200.00 Awarded

3.) To tell him of the retaliation issues.

The Special Master suggested I write Class Counsel (who over the entire length of this case have Never Responded to a letter from me) or to write to Judge Nottingham and/or Judge Kane

Since that time the retaliation has continued & expanded. Since Judge Borchers told me he was forwarding my letter to to ~~the~~ you for Action by Judge Nottingham or Judge Kane I felt I should send the updated information to you to be forwarded as well.

I thank you for your time in advance.

Sincerely,

Matthew K. Mounts

Matthew K. Mounts #66276
AVCF 5
PO Box 1000
Crowley Co 81034

RE Case # 92-870 (OES) (Consolidated with 96-343) Jesse Montez V. Bill Owens   Claim #03-211

Attachments: Further Itemization of Retaliatory Actions By Defendants.