IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al,

    Plaintiffs,

-vs-

BILL OWENS, et al,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-292
Category: III
Claimant: Ulysses S. Grant
Address of Claimant: 2420 Franklin Street, Denver, CO 80205

---

### OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER

    I Ulysses S. Grant, object to the FINAL ODER OF SPECIAL MASTER for these reasons.

    I came to DOC as a disabled individual. All my DOC records show this.

    The FINDING OF FACTS states that I am a diabetic and DOC let my diabetes go uncontrolled even after I asked numerous times to be put on insulin resulting in neuropathy in my legs which limits my major life activities. Other inmates whose diabetes were running high were given insulin. I feel I was discriminated against because I was not given any insulin.

    They also stated that I fell on February 20, 2002, while climbing to the 4th tier at Territorial Correctional Facility where a man in my condition is not supposed to be housed. While I begged to get a Cat-Scan, I was refused by PA Dante Langston, but two days later a white man was jumping over the tables, fell and hit his head and was taken and given a Cat-Scan and he was fine. On the other hand I, an African American, was not given one until April 1st after being examined by DR. Waheed Gul. My eyesight has been deteriorating every since and I have recently been told that I am going blind in my left eye which limits my daily activities. There is no way I could get these kinds of records from DOC, but I am sure the Court can.

    I feel I was discriminated in both cases and pray that the Court review my case.

Respectfully Submitted *Ulysses S. Grant*

## CERTIFICATE OF MAILING

     I hereby certify that I have mailed a copy of the foregoing **OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER** this 16th day of April, 2008 to the following:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Signed _Ulysses S. Grant_