IN THE UNITED STATES DISTRICT COURT FOR
*For Cur* DISTRICT OF COLORADO

**Michael S. Forbes**
Petitioner,

v.

**Gov Bill (OES) et. Al.**
Defendant.

Jesse (Jesus) Montoy
92-cv-00870 EWN-OES

Case No. 03-134

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2008

GREGORY C. LANGHAM
CLERK

## NOTICE OF CHANGE OF ADDRESS

I, **Michael S. Forbes**
(Name) (Petitioner/Appellant Pro Se)

Hereby notify the clerk of my new mailing address. All notices regarding the case should be sent to me at the address below.

**Michael S. Forbes**
Name (type or print)

**P.O. Box 548  J-D-155**
(Location)

**Lexington, A+R**
(Mailing address)

**Lexington, OK  73051**
City / State / Zip Code

Signature: /s/ Michael Forbes

## CERTIFICATE OF MAILING TO PARTIES

I certify that a true and correct copy of the Notice of Change of Address was mailed this **15** day of **April**, 200**8**, by depositing it in the United States Mail, postage prepaid.

Signature: /s/ Michael S. Forbes

#103524
J-D-155