92-cv-00870-EWN-OES

4/15/08

Dear Clerk of The Court,

My name is Michael Farber, #OK 103524 formerly #CO 68650. I was shiped back to my sending State of Oklahoma @ LARC A+R and after some more moves by the State to up set my legal plans I ended up here at JHCC — Joe Harp Correctional Facility in Lexington, OK. 73051. I now live @ P.O. Box 548 JHCC Lexington, OK 73051 in J-Wing Dorm D Cell 155. and I need Judge Kane to file a Fed- Madamis to the State of Okla. compelling them not to move me again and place before noteifing the Court first. I've requested that your office supply me with Discovery by allowing me to view all papers relating to the Jesse (Jesus) Montez Suite Civil Action No. 92-N-870 (OES) Consolidated w/ Case 96-N-343 and my 3rd Party Claim 03-134 in Pro Se. I need these papers to file the proper legal agenda. I need a Fed Lawyer to protect

(over →

My Rights under the Constitution of The United States of America. My legal premis lies within this genera.

If I need something to file first please let me know as the State is makeing it very hard for me to keep my court dates by moveing me just as my mail is received at a new address I'm moved again to a new location — This has been going on for many months now from somewhere around July of 29th 2007 until now 4/15/08 they say they've lost my property at 3 facility's now Limon, DRDC, Denver & LARC also Okla. and Geo, Ok. All my law papers Book Typewritter etc. is in my things I'm being held in Camunicado without money of any kind have Judge Kane file an order to release & pay me w/interest my $500.00 Cut the Check & yes I have the Tenuis Shoes but the Guards cut them up in Colo's DROC Assulted & Battered me and then put me on a plain Back to Okla. because I asked for the 18th time for a wheel chair —

Go on →

#3.

4/15/08

They didn't want any one to see me in the wheelchair and to make matters worse I was to have my heart surgery done by a Denver Health Specialist their @ D. Health. Med. Hospital in Denver Colo. My liver, kidney's Heart are all shot because of CDOC's not giving out medical help when it was needed so my condition got worse until I no longer could walk but still no wheelchair was had by me and as a result of this fact CDOC was in the medical shortage business, paying the premiums but holding back the services to the prisoners in Colo- We are dieing for proffits. Wall Street just keeps rolling over the interest and cons just keep dieing because of it. So I demand a jury of my peers and a lawyer to see that I make no errors in court protocall. Your attention to this matter is highly southand I thank you very much

Please answer A.S.A.P. So I know you got this letter - ok.

#4.

Mailing Address

Michael S. Forbes
ok# 103524 J-D-155 lori
P.O. Box 548 Lexington OK
73051