IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil ACtion No. 92-N-870 (OES)
Consolidated for all purposes with Civil Action No. 96-N-343

JESSE MONTEZ, et. al.

    Plaintiffs,

-vs.-

BILL OWENS, et. al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-350
Category    III
Claimant:   **Charles R. Stroud**
Address for Claimant: CTCF, P.O. Box 1010, Canon City, CO. 81215-1010

---

**Dear Clerk:**

    I filed my Objection To Final Order Of Special Master on April 7, 2008. I today filed the enclosed ADA step I Grievance with Cathie Holst, AIC, at 2862 S. Circle Drive, Colorado Springs, Colorado 80906. This ADA Grievance is about CDOC (Defendant's) still not taking care of my special footwear accommodation needs, even after Special Master Richard C. Davidson's Order on January 18, 2008. I have since tripped and fallen down yet again, this time breaking bones in my hand. I wanted to bring this to the Judges attention, broken hand and all.

                   Thanks Much,

                   Charles R. Stroud

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____     STEP (Circle One) (1) 2 3     ADA?  Yes ☒  No ☐

NAME **C R STROUD**     DOC NO. **48629**     FACILITY **CTCF**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

I have special footwear and leg protection needs which are documented in my medical files, as well as by Federal Judge Richard C. Davidson's Final Order of Special Master dated January 14, 2008. I repeatedly trip, stumble and at times fall down due to foot/ankle/leg stress, fatigue, pain (from no protection and being bumped, etc.). I have torn open my hands, palms, forearms knees, onetime I tripped and fell, hitting my nose on the handrail, cutting it open on the bridge and more importantly, partway crushing closed one side of the breathing passage. I'm still not able to breathe properly through the nose, all from not having the proper footwear and foot/ankle/leg protection. Just recently I tripped and fell down, due to the foot/ankle/leg situation and it fatigued, cramped up and just stopped working. When I tripped and fell, I caught myself with my hands in such a way that I ended up breaking at least one bone in the hand, as well as tearing tendons and cartilage. The broken bone(s) in my hand is a direct result of my foot/ankle/leg accommodation needs not being met, even after the Federal Judge gave his Order, ruling completely in my favor. I want my hand set and repaired so it heals properly and I also want my foot/ankle/leg accommodation needs met soon so I won't trip and fall anymore, damaging myself further. The broken nose: not being able to breathe properly and all, the broken hand, with it also tearing loose parts inside: I'm of the age (50) where all this damage to my body doesn't just heal and go away. It heals, but it stays stiff and aches as well as generates even worse pain as I age.

DATE: **4-17-08**     OFFENDER SIGNATURE **C R Stroud 48629**

DATE RECEIVED: _____     RESPONDING STAFF SIGNATURE & ID _____

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
|---|---|

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1