IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-403
Category III
Claimant: Detra Pugh, #62364
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master for hearing on January 11, 2008. The hearing was to be held at the office of Legal Resolution Center, 600 17th Street, Suite 2800-South, Denver, Colorado. Claimant did not appear. Willow Arnold, attorney for Defendants, was present, along with Dr. Orville Neufeld, D.O.

Claimant was in the custody of the Colorado Department of Corrections when she filed her claim. She was released on parole and then reincarcerated. Claimant was provided a copy of the notice of hearing while she was at the Denver Women's Correctional Facility. Claimant discharged her sentence. Claimant failed to provide an updated address.

Under the Remedial Plan, Claimant carries the burden of proof to establish her claim. She was granted a hearing since it appeared that her claim involved significant health issues. Claimant failed to carry the burden of proof, as she did not appear for the hearing or present any evidence at the hearing.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as she has failed to present any evidence and to prove by a preponderance each of the four criteria set forth in the Order of November 23, 2004.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 12, 2008.**

SIGNED this 22nd day of January, 2008.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 22nd day of January, 2008 to the following:

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*