IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-256
Category: Untimely Filed Claim
Claimant: Tim Loomis, #52826
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF DISMISSAL SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Tim Loomis. He indicates in his letter that he does not wish to file a claim. His request will be honored.

IT IS HEREBY ORDERED that this case is dismissed without prejudice.

SIGNED this 10th day of March, 2008.

BY THE COURT:

By: _____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 10th day of March, 2008 to the following:

Mr. Tim Loomis
#52826
LCF
49030 State Highway 71
Limon, CO 80826

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*