# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

Montez, et al,

    Plaintiffs

v.

Romer, et al,

    Defendants.

---

## RECEIPT FOR FILE (Ethel White X-193)

---

Received by _____Richard Borchers_____, the following file and documents in the above entitled action:

_____  
Deputy Clerk

_____4/24/08_____  
Date

_____  
Special Master

By: _____