IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-178
Category III
Claimant: John Armintrout, #63908
Address of Claimant: 410 Front Street, P.O. Box 72, Roggen, CP 80632

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

THIS MATTER came before the Special Master for hearing on April 11, 2008 in Denver, Colorado. Present were the following: Willow Arnold, attorney for Defendants, and Dr. Orville Neufeld, D.O., expert witness for Defendants. Claimant failed to appear for the hearing.

An order was sent to Claimant on February 20, 2008 resetting the date for the hearing. A second order was issued on March 21, 2008 resetting the time for the hearing. These orders were sent to the only address provided by Claimant. In addition, a copies were sent to Claimant's parole officer.

Claimant has been granted parole. Claimant did not indicate any reason why he could not attend the hearing set for his claim. Claimant has failed to carry his burden of proof under the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as he failed to appear for his hearing and failed to prove by a preponderance of the evidence each of the four criteria set forth in the Order of November 23, 2004.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294

**on or before June 30, 2008.**

SIGNED this 14th day of April, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master