IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-263
Category: Untimely Filed Claim
Claimant: Brigett Thomas, #120794
Address of Claimant: 3652 Grape Street, Denver, CO 80207

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

      THIS MATTER came before the Special Master on the claim of Brigett Thomas. In the claim form, Claimant stated that she came into DOC custody on October 25, 2007. Since it appeared that the Special Masters might not have jurisdiction over this claim, a show cause order was issued to Claimant.

      Claimant has filed a response to the order to show cause. In her response, Claimant states, in part, as follows:

> The reason I feel like my case should not be dismissed is because I leave April 22nd and I still have not the treatment that I should have got. The button in my nose is there for life and due to it not getting changed I have an infection in it and they will not treat me for that because they never have heard of such a thing but here is my kites and grievances and my medical work stating that it needs to be changed when I come in the door of DOC.

Claimant attached a number of medical kites to her response, as well as some medical records. All of those documents were prepared within the last year.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled

and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant came into DOC custody after August 27, 2003. All of Claimant's concerns relate to medical issues arising within the last year. The Special Masters have no jurisdiction over this claim. Claimant may file her own separate lawsuit.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 23, 2008.**

SIGNED this 28th day of April, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master