In the United States District Court of Colorado

Civil Action 92CV-00870-EWN

JESSE MONTEZ

Class Member STEPHEN MOORE
Claim 02-028

vs

BILL OWENS

Adamant refuse to copy 2 STP II 2
D.C. 07/08 2 ST ADA denial
STP I 4-26-07 to Holst.
258 Malpractice

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 1 2008

GREGORY C. LANGHAM
CLERK

Evidentiary Support for Cronic Obstruction of ADA Montez Compliance.

After Defendant found Moore 'Visually Impaired' Denied A.D.A Disability + Accomodation. To person with 2 to 6 hours total vision a day with glasses. And 30 minutes to 2 hours reading. By bifocal aggravating eye injury, Moore requests the Court Consider.

<u>Defendants only act when Court motions filed.</u>
Tho severe vision disabilitie, adamantly deny ADA disability status + accomodation.

Moore is severely impaired from court access by debilitating care.

Denial of 'Reading Glasses' by policy + restrictions to prevent Drs from prescribing violates a basic 'Standard of Care' reading glasses basic, fundament to poor vision treatment

(1.)

DENIAL OF READING GLASSES, DISABILITY STATUS UNDER ADA. TO PERSON WITH 2 TO 6 hours VISION IS GROSS DISCRIMINATION.

MOORES NUMEROUS ADA REQUESTS SCREENINGS, + CRONIC DENIALS SHOW CRONIC OBSTRUCTION OF ADA

REFUSAL OF DEFENDANTS TO ANSWER SEVERAL STEP II ADA GRIEVANCES. TO VIOLATION OF MONTEZ XII

07-08   D-CS   327   MALPRACTICE, SCREENING EXCLUDED 2-6hr VISION.
D-CS-07/08       365   DEBILITATING INJURY
D-CS 07-08       528   DENIAL OF DISABILITY + ACCOMODATION.
D-CS 07/08       333   MONTEZ X(5) EQUAL ACCESS. COURT ACCESS
STEP I   AGAINST NURSE ERICKSON.   CS 07-08 359.
CS 07/08   361.   MALPRACTICE AGAINST DR WEIMER. OMITTED 2-TO 6 hour VISION TOTAL A DAY. DURATION!
CS. 07-08   349.   DENIAL INTERACTIVE PROCESS. 42 USC. 12112. B 5 (A)
CS 07/08   370   ADMINISTRATIVE MEANS OF DISCRIMINATION
                                        42 USC. 12102 (1)

SEE ATTACHED SUPPORTING DOCUMENTS


OBSTRUCTION OF VISION DISABILITY IS SO BAD MOORE IS/WAS RELUCTANT TO FILE MENTAL DISABILITY TO SYSTEMIC SYSTEM WIDE FAILURE.

Certificate of service.              Sworn 26 Day of April 2008
Copy sent to                         By  Stephen Moore
Colo Attorney General                    Stephen Moore 57351
                                         Box 0600 B-2-8
                                         Canon City Colo
                                              81215

2.

# REQUEST FOR ACCOMMODATION

## I. OFFENDER INFORMATION: *(Please print)*

| Offender Name: | Stephen Moore | DOC #: | 57381 |
|---|---|---|---|
| Current Facility: | CCF/ OMF B2-9 CSP | Date: | 4-24-08 |

## II. CLAIMED DISABILITY: *(Check all that apply)*

Mobility ____   Hearing ____   Other X  MENTAL ILLNESS
Vision X   Diabetes ____

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.** 5TH REQUEST: GROSS CRONIC ADA OBSTRUCTION!!

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.* DURATION' LIMITATION. See GRIEVANCES, CC, REFUSED ANSWER.

1. Describe your disability: PAIN. DEBILITATION BLURRED VISION, 20-4.75 WITH VISION, 2-6 hours PAINFUL BAD VISION A DAY WITH GLASSES. CONSTANT CONTROLLING LEFT EYE INJURY. BIFOCAL USE SEVERELY AGGRAVATES INJURY. MENTAL ON OTHER ADA FORM RECIEPTED 4-21-08 FILED

2. What information do you have to verify your disability? AMBULATORY, PAIN KILLERS 1997 TO 2007 SPECIALIST EXAM 9-1999, 12-2000, RECENT ADA EXAM. FOUND VISION IMPAIRED' INFORMATION GENERAL OPTHAMOLOGY TEXTBOOK IN GRIEVANCES COURT RECORDS.

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)? SEEING. READING LEGAL WORK, T.V. WORK, RECREATION, PROGRAMS PAROLE, PROGRESSION THROUGH AD SEG. INTERACTION VISION + MENTAL DISABILITIES

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? Yes/ No. If yes, name the job, program, or service and provide a brief description of how you were denied: RELEGATED TO AD SEG. CSP FOR 11 YEARS, AD VOIDED PROGRAMS BY DEBILITATION, PROGRAMS AGGRAVATE PAIN DEBILITATION. Denied PAROLE GOODTIME, LIMITED LAW LIBRARY, LIMITS SELF IMPROVEMENT.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: PRESCRIBED REPEATEDLY COMMON STANDARD OF CARE' READING GLASSES + DISTANCE, MEDICALLY UNASSIGNED + MOVE FROM CSP PER MONTEZ, LARGE SCREEN READER. LAMP

_____Stephen Moore_____
Signature of Offender

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note: DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

RECEIVED

APR 2 1 2008     AR 750-04A (11/01/07)

# REQUEST FOR ACCOMMODATION

Office of Correctional
Legal Services

## I. OFFENDER INFORMATION: *(Please print)*

| Name: Stephen Moore | STEPHEN MOORE | | 57381 |
|---|---|---|---|
| Facility: CCF/CSP | Box 600  C-1-11 | | CANON CITY Colo 81215 |

## II. CLAIMED DISABILITY: *(Check all that apply)*

Mobility _____   Hearing _____   Other X  MENTAL ILLNESS
Vision X _____   Diabetes _____

'VISION IMPAIRED' DENIED DISABILITY & ACCOMODATION. VISION NOT MAIN ISSUE EXACERBATES MENTAL

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form, the ADA Medical Release, and Functional Ability Questionnaire to the ADA inmate coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.*

MENTAL ILLNESS IN 2 OMI. OFFENDERS WITH MENTAL ILLNESS CCF NOW, & FCF 2004-05

1. Describe your disability: EXTENSIVE MENTAL ILLNESS, ANXIETY, MEMORY PROBLEMS, INABILITY TO CONCENTRATE, POOR IMPULSE CONTROLL, INSOMNIA, PARANOIA PERCEPTUAL DISTORTION. AGGRAVATED BY 11 PLUS YEARS AD SEG. AXIS II MENTAL DISORDER FUNCTIONS BUT NOT WELL

2. What information do you have to verify your disability? EXTENSIVE MENTAL HEALTH FILES, 2 OMI BY 650-05 FOR SEVERELY MENTALLY ILL! ANTI PSYCHOTICS 1998 TILL 2007. CASE LAW AD SEG CAUSES MENTAL ILLNESS JONES 164 FSUPP.2d1096, RUIZ 37 F.Supp.2d. 855, COLEMAN 912 FSupp 1282, MADRID 889 FSupp. 1146 MCClary 4. F.Supp2d 195 Ramos 639 F2d 859.

3. What major life activity is limited by your disability (e.g. walking, eating, seeing, hearing, breathing, dressing etc.)? Thinking, Thought All Phases OF mind FUNCTION. LEARNING SOCIAL INTERACTION.

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? Yes/ No. If yes, name the job, program, or service and provide a brief description of how you were denied: PROBLEMS PROGRESSING OUT OF AD SEG. THROWN OUT OF CLOSED CUSTODY TWICE, NO GOOD TIME FOR YEARS, IMPAIRS ABILITY TO DO ALL PROGRAMS, PARTICIPATE & USE SERVICES

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: BE ON PERMANENT MEDICAL LAY IN 'PEN' BOTH MENTAL + VISION + SEVERE INTERACTION OF THE 2. MEDICALLY UNASSIGNED.' SOCIAL INTERACTION CAN TRIGGER MENTAL PROBLEMS, NEEDS QUIET MELLOW ATMOSPHERE

Signature of Offender: Stephen Moore

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*
Please note: DOC AR 300-38 allows you to mail materials to the AIC office via inter-facility mail, free of cost.

MOORE RELUCTANT TO FILE THIS BY OBSTRUCTIONS, CRONIC STONEWALLING OF VISION DISABILITY REQUEST STONER NOT BE INVOLVED IN PROCESS.

Attachment "A"
Page 1 of 1

ADA NON SUBSTANTIVE ADA Compliance OBSTRUCTION.

Moore has 2 to 6 hours total vision a day with glasses. Bifocals provided 1-29-08 optometry exam severely aggravates left eye injury, causing debilitating pain.

Moore has repeatedly told medical bifocals don't work, while forced use of bifocal 1996 till present. Vision went from 20-2.75 to 20-4.75 more important normal range of vision went to 2 to 6 hours daily of now. This is 'Duration' substantive limitation' significantly restricted duration' Sutton 119 SCt. 2146 - IT IS SUBSTANTIALLY LIMITED NOT UTTER INABILITY' Kirkingburg, 119 SCt. A 2169.

Bifocal is corrective device that does not relieve disability' Sutton A 2149.

The ADA requires equal opportunity, full participation 42 USC. 12102 (8) 2 hours reading by ~~ineffective~~ bifocals is discrimination. Impaired legal access by debilitating care.

You are denying reading glasses, which to any person with slight to severe vision problem is standard of care. Your regulations and restrictions, keep DRs from even prescribing reading + distance glasses are administrative methods of discrimination, ADA applies to medical to

42 USC. 12112 D.

Despite repeatedly prescribed reading + distance glasses,

①

Severe problems with Bifocals. You insist on debilitating medical care. To medical malpractice, and ADA non compliance

Vision affect mental disability by debilitation.

The failure of 'Interactive process' is no good faith effort to assist' Kicking Bing 143 F3d A 1232

Discrimination is not making reasonable accomodation. 42 USC 12112 (5)(A)  12102 (E)(2)(ii)

Bifocals aggravate injury + debilitate. Denial Reading is denial of interactive process, 42 USC 12113 B 5 A patient knows what works Taylor 184 F3d. 296, And integrated setting ' Appropriate to needs' Helen 46 F3d 325. 42 USC. 12182 (B)

You Deny 2-6 hours vision a day is disability thus Denying Accomodation. You state 'vision impaired' But Deny Rx care. Thus violates ADA.

Various other ploys pretexts, obstructions.

'Vision Disability states at Legally Blind'

Medical Excuses ADA.  42 USC 12112(D) Applys to medical.

4-26-08.
To Holst.

Stephen Mead 57351
Box 600 B-2-9
Canon City colo.
81215

2.