IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No. 96-N-343).

JESSE MONTEZ, et al.
    Plaintiffs,

-vs.-

BILL OWENS, et al.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 2 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-430
Category: III
Claimant: James P. Wylie #114060
Address of Claimant: SCF, P.O. Box 6000
Sterling, CO. 80751-6000

---

MOSUN FOR ORL HEREING

I no undr sand ORDER OF SPECIAL MASTER that I got on 4-23-08.

DOC no hilp read and/or spil no mor.

Can I hav you see me orle?

---

CERTIEICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing mosun for orl hereing this ___ day of May 2008 to the following:

Office of the Attorney General
1525 Sherman Street
Denver, CO. 80203

Richard M. Borchers
Fedeeral District Court
901 19th Steet
Denver, CO. 80294-3589

J.R. Wylie #114060
May 1st, '08