ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION 92-N-870 (CONSOLIDATED WITH CASE 96-N-343)

JESSE MONTEZ, et al.,

PLAINTIFF,

V.

BILL OWENS, et al.,

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 05 2008
GREGORY C. LANGHAM
CLERK

## MOTION FOR CONTINUANCE

COMES NOW, ROBERT SCHWARTZ, #60801, CLAIMANT NO. 03 762 AND HEREBY REQUESTS A CONTINUANCE OF THE MAY 22, 2008, 11:00 A.M. COURT HEARING DATE, AND IN SUPPORT WOULD STATE:

1. THAT ROBERT SCHWARTZ, JUST RECEIVED THE "ORDER OF SPECIAL MASTER," DATED APRIL 25, 2008, REFLECTING A HEARING DATE, OF MAY 22, 2008;

2. THAT ON THAT SAME DATE, ROBERT SCHWARTZ, RECEIVED "A PACKAGE", WEIGHING APPROXIMATELY 30 POUNDS, FROM THE OFFICE OF THE ATTORNEY GENERAL, CONTAINING SOME 2000 PAGES IF NOT MORE, OF LOSE LEAF MATERIALS, ROBERT SCHWARTZ, NEEDS TO READ, PRIOR TO SUCH HEARING, SINCE HE HAS BEEN PREVIOUSLY UNABLE TO APPROPRIATE FOR INSPECTION, THE "REHABILITATION ACT" AND TITLE 42 U.S.C. § 12102, AS WELL AS THE "AMERICAN WITH DISABILITIES ACT";

3. THAT THIS HONORABLE COURT, IS ALSO AWARE, FROM TESTIMONY SUPPLIED AT THE APRIL 21, 2008 HEARING AND EARLIER FILED PLEADINGS WITH THIS COURT, THAT ROBERT SCHWARTZ, HAD ON FEBRUARY 22, 2008, FILED A MOTION WITH THE HONORABLE JOHN L. KANE, JUDGE, OF THE U.S. DISTRICT COURT, REQUESTING ASSISTANCE, APPERTAINING TO ESSENTIAL DISCOVERY AND DEPO-

SITION REQUIRED AND NEEDED BY ROBERT SCHWARTZ, IN ORDER TO PROVE HIS CASE.

4. THAT ALTHOUGH JUDGE KANE, HAS TO DATE NOT RULED ON THE PLEADINGS; BUT EVEN IF HE DID RULE ON SUCH ON TODAY'S DATE ROBERT SCHWARTZ WOULD NOT ONLY NEED MORE TIME, BUT REQUIRE SUCH "MORE TIME", IN ORDER TO APPROPRIATE SUCH MATERIALS, DOCUMENTS AND OTHER MATERIALS, POSSIBLY REQUIRING DEPOSITIONS IN ORDER TO GET NAMES AND LOCATIONS OF INDIVIDUALS ABLE TO TESTIFY THERETO, IN SUPPORT OF ROBERT SCHWARTZ' CASE;

5. THAT THE COURT AND DEFENDANT'S ARE FULLY AWARE, THAT WITHOUT SUCH DISCOVERY, ROBERT SCHWARTZ IS UNABLE TO PROCEED, AS HE HAD MADE THE COURT AND DEFENDANTS AWARE OF ON APRIL 21, 2008;

6. THAT WITHOUT SUCH INSPECTION OF THE EXPECTED DOCUMENTS, ROBERT SCHWARTZ, WOULD BE UNABLE TO SUBMIT A COMPLETE "WITNESS LIST OF ROBERT SCHWARTZ;"

7. THAT ROBERT SCHWARTZ, ADDITIONALLY RECEIVED A JUDGMENT AND ORDER FROM THE COLORADO COURT OF APPEALS REQUIRING, A PETITION, A PETITION FOR REHEARING AND/OR PETITION FOR WRIT OF CERTIORARI, ON CASES 06CA37 AND 04CA2339;

WHEREFORE, A MORE REALISTIC FUTURE HEARING DATE, IS REQUESTED AND THE MAY 22, 2008 DATE BE VACATED.

RESPECTFULLY SUBMITTED,

ROBERT SCHWARTZ, 60801

CERTIFICATE OF MAILING

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THIS MOTION WAS PLACED INTO THE U.S. MAIL, POSTAGE PREPAID, THIS APRIL 28, 2008 AND ADDRESSED TO:
OFFICE OF THE COLORADO ATTORNEY GENERAL, 1525 SHERMAN ST., 5TH FL. DENVER, CO. 80203.

2.