FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2008

GREGORY C. LANGHAM
CLERK

Michael R. Ingram
Reg. No. 43629
Sterling Correctional Facility
POB 6000
Sterling, CO 80751

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE AN OBJECTION TO FINAL ORDER OF SPECIAL MASTER

---

COMES NOW plaintiff MICHAEL RAY INGRAM, pro se, pursuant to Federal Rule of Civil Procedure 6, and moves for an extension of time to and including Friday, July 11, 2008 in which to research, draft, arrange for photocopies, and then file and serve his "Objection To Final Order Of Special Master."

AS GROUNDS HE SHOWS AND STATES:

February 5 plaintiff received the "Final Order of Special Master" dated February 4 requiring an objection to be filed on or before May 12.

No previous extensions have been requested.

Plaintiff has had a severe, persistent cough since March 1 that is so debilitating he has not been able to do anything.

As a result of injuries sustained when a jeep hit me as I crossed the street, I have back pain and spasms in the lower left-lumbar area, a middle-ear problem causing nausea, and a light-sensitivity that causes migraine headaches.

The cough drastically increased in severity, precluding injections of a combination of lidocaine and an inflammatory drug into the neck, shoulder, and

-1-

lower-lumbar muscles on Fridays, March 7, 14, and 21.  Many muscles in the aforementioned areas are inflammed because they remain "switched-on" because of migaine headache and lower-lumbar pain.

Finally, March 21 because of the escalating, persistent, severe cough, the following treatments commenced:

a) Nebulizer (utilizing Albuterol);
b) Expectorant (March 21 - June 19); and
c) Antibiotic (March 21, - April 4).

The antibiotic regime, for reasons still unknown, was improvidently inter-rupted.  Another antibiotic was added: March 28 - May 4.

The severity of my cough, the concomitant muscle soreness in the back and chest, and its debilitating nature are difficult to comprehend unless you have observed me daily or talked to certain prisoners and staff.  In lieu of the preceding I proffer the following:

Thu., April 17 a letter was submitted requesting treatment because my cough persists and was causing even greater physical distress.

Fri., April 18 a letter was submitted requesting Anucort because noticeable or annoying hemorrhoidal pain changed to severe pain because of numerous hemor-rhoidal swellings.

As of May 1 no action has been taken by Clinical Services.

A muscle-relaxer (March 21 - June 6) is making me unsuually lethargic and impairing my cognitive abilities.  Phenergan, taken for the middle-ear problem, also makes me drowsy and makes it difficult to concentrate.  I skipped both medications April 30 in order to draft this motion.

The muscle-relaxer was prescribed because my headaches have made the arthritis in my neck more severe.  Besides more neck pain, my thumbs and index fingers have been numb for months.

The left, lower-lumbar pain and back spasms, nausea attributable to a middle-ear problem, and migraine headaches caused by light-sensitivity are the subject of some of my ADA claims.

WHEREFORE, Plaintiff requests an extension of time up to and including Friday, July 11 in which to research, draft, arrange for photocopies, and then file and serve his "Objection To Final Order Of Special Master" currently due May 12.

Respectfully submitted this 1st day of May , 2008.

M Ingram

-2-