UNITED STATES DISTRICT COURT OF COLORADO.

CIVIL ACTION   92-CV-00870-EWN

JESSE MONTEZ, CLASS MEMBER

STEPHEN MOORE CLAIM 02-128

VS

BILL OWENS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2008

GREGORY C. LANGHAM
CLERK

RECONSIDER DEFENDANTS, SPECIAL MASTERS + JUDGES ADAMANT DENIAL OF ADA PROTECTION ON PLAIN ERROR.

MOORE, BLINDED TO THE POINT OF SEVERE VISION PROBLEM WITH CORRECTION, PLAIN FACTS, BROAD COVERAGE OF ADA. OBSTRUCTIONIST PRACTICE OF COURTS + DEFENDANTS.

DENIAL OF ADA PROTECTIONS IS PLAIN ERROR MOORE WITH GLASSES VISION CORRECTION LITERALLY HAS 2 TO 6 hours VISION A DAY. IN NO MANNER HAS NORMAL RANGE OF VISION, BY 20-4.75 VISION, INJURY + FACT. BIFOCALS, DEFENDANTS MEDICAL CARE SEVERELY AGGRAVATES INJURY. WITH BEST CARE WOULD STILL ONLY HAVE A FRACTION OF NORMAL OF VISION. TO SYSTEMIC, GROSS OBSTRUCTION

(1)

OF ADA PROVISIONS BY DEFENDANTS TO OBSTRUCT COMPLIANCE OF BROAD RANGING INCLUSIVE PROTECTIONS. DEFENDANTS HAVE ACKNOWLEDGED AFTER 16 YEARS OBSTRUCTION

**'YOU HAVE A VISION IMPAIRMENT'**

EXIBIT A.

ADMITTLY DENYING DISABILITY + ACCOMODATION. DESPITE 2 TO 6 HOURS VISION A DAY CONSTANT DISABILITY + PAIN.

PRESENTED: THROUGHOUT A.D.A. REQUESTS, + COURT MOTIONS. TO BE IGNORED BY DEFENDANTS + COURTS.

SEE EXIBIT B. ATTACHED

REQUEST DEFENDANTS + COURT FOLLOW ADA BROAD BASED INCLUSIVE LAW. STOP ARBITRARY OBSTRUCTION + ADMINISTRATIVE METHODS OF NON COMPLIANCE

SEE PREVIOUS MOTIONS.

SWORN TRUE + CORRECT 6TH DAY OF APRIL 2008

By /s/ Stephen Moore

CERTIFICATE OF SERVICE

TRUE COPY SENT TO

COLORADO ATTORNEY GENERAL
1525 SHERMAN ST 5TH FLR.
DENVER COLO 80202

STEPHEN MOORE 57351
CANON CITY COLO
81215
BOX 600 C-1-11

# ACCOMMODATION RESOLUTION

| NAME | MOORE, STEPHEN | DOC # | 57381 |
|---|---|---|---|

| Qualifying Disability pursuant to the ADA/Rehabilitation Acts as determined by a medical provider & Chief Medical Officer | NONE |
|---|---|

**NO ACCOMMODATIONS NECESSARY AT THIS TIME**

A DOC medical provider and the Chief Medical Officer have determined that you have a **VISION IMPAIRMENT** that is correctable by the use of a remedial measure, i.e., **prescription corrective lenses**. Your corrective lenses are considered a health care device and subject to the provisions enumerated in AR 850-06, "Offender Property" & AR 300-06 "Searches & Contraband Control." With the use of your health care device, your vision impairment does not substantially limit your ability to perform a major life activity, therefore your condition does not rise to the level of a disability pursuant to the ADA/Rehabilitation Acts.

You are required to wear your corrective lenses at all times in order to avoid situations which may affect your safety while incarcerated. **If your corrective lenses become unusable for any reason, you are required to immediately notify clinical services and the AIC.** The CMO & AIC may implement temporary accommodations, as necessary, until such time as your corrective lenses are repaired or replaced.

Clinical Services shall manage all aspects of your clinical care as it relates to your **vision impairment** and all requests related to such care should be directed to Clinical Services. The AIC is neither responsible for nor qualified to make decisions regarding your medical care. The AIC will however, intervene as appropriate, when you do not receive clinically mandated treatment, services or benefits as prescribed by a DOC physician, related to your vision impairment and will issue temporary accommodations should your remedial device(s) become unusable, providing that you are considered DISABLED without its use. You may file an ADA grievance pursuant to AR 850-04 or contact the AIC in writing. If your condition worsens and you feel you require accommodations to access programs, services and benefits, please complete and submit a new Request for Accommodation to the AIC.

You have 30 days from the date this document is served upon you to grieve your disability status and/or the accommodations that are or are not being provided pursuant to this Accommodation Resolution.

Signature: Chief Medical Officer       Date: 3/2/08

Signature: AIC       Date: 3-5-08

Prepared: February 25, 2008

Original – AIC
Copies:  1-Warden
         7-Warden for distribution to the following:
             1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA
             2 – Offender   1-Housing Unit Supervisor
         AIC will distribute 1-Department File, 1 – Chief Medical Officer



SYSTEMIC BAD VISION CARE 1996 TIL 2007, LIES, COVERUP, MALPRACTICE

MOORES VISION 20-500 WITH LEFT EYE INJURY 20-400 80% VISION LOSS GENERAL OPTHAMOLOGY TEXT pg 398
PAINKILLERS 1992 TILL 2007 PER INJURY 2-6 hours VISION A DAY

## DETERIATING VISION, AVERAGE ACUITY

| | 1996 | | 2005 | 2007 | |
|---|---|---|---|---|---|
| 1294 | 20-2.75 | 20-3.25 | 20-4.50 | 20-5.00 | 20-400 80% VISION LOSS General Opth. Text INJURY 60% IMPAIRMENT 7-00 EXAM |

## CORRECTION BEFORE NEW GLASSES TO INJURY AFFECT CRONIC VISION INJURY DETERIATION

| 12-96 | 3-98 | 8-94 | 7-07 | 9-06 | LEFT EYE CRONICALLY WORSE THAN UNINJURED |
|---|---|---|---|---|---|
| 20-25 | 20-30 | 20-30 | 20-30 | 20-30 | |
| 20-40 | 20-70 | 20-50 | 20-50 | 20-40 | 12-00 SCRPT -3.75  -4.25 .50 DIOPS APART (INJURED) |

## INACCURATE PRESCRIPTIONS (CRONIC PROBLEM) POSSIBLY DELIBERATE

| 12-94 | 3-98 | 8-98 | 12-04 | 1-03 | 7-00 | 11-99 | 7-07 | |
|---|---|---|---|---|---|---|---|---|
| -3.25 | -1.00 | -3.25 | -3.00 | -4.50 | -4.00 | -3.25 | -3.50 | -4.75 PRIOR ISSUE 7-07 EXAM |
| 3.25 | -1.00 | -3.00 | -3.50 | -4.50 | -4.25 | -4.00 | -3.75 | -5.00 LENS WARPED |

## ACCURATE (FOR COMPARISON)

-2.50  1.00 X 1.80  USED 2   12-4-00       -3.75  -1.25  1.70  EYE ALWAYS .50 DIOPS
-3.00  1.25 X .17   R 96 YEARS  BY SPECIALIST  -4.00  -1.75  .17  APART, INJURY WORST.

## FALSE MEDICAL CLAIMS CRONIC TO COVERUP, DENY DISABILITY CLAIM

12-6-96 DR NEUFELD 'MINIMAL DISTANCE PROBLEMS' > TO GO WITHOUT GLASSES'
12-13-96 OPTOMETRIST MURPHY 'READING VISION NEAR ACUITY' >
11-6-98 Murphy 'NORMAL CLARITY FOR NEAR VISION BY REMOVING GLASSES'
11-6-98 OPT. MURPHY 'NORMAL HEALTH OCULAR STRUCTURE' INJURY PHYSICALLY VERIFIABLE.
9-30-99 DR NEUFELD 'PROPER OPTOMETRIC CARE' NO GLASSES 11 MONTHS + NEXT 13 MONTHS

12-04 Rx EQUAL 4.50/4.50 REFUSED AS OBVIOUSLY INACCURATE FALSIFIED BLATANTLY TO 'REFUSED AS STEMS TO SHORT' INACCURACY IN WRITING BY KITE + GRIEVANCE.

9-29-04 DR WERMERS 'VISUAL DISORDER COULD NOT BE DEMONSTRATED' EYE DISPLACEMENT VERIFIABLE BY TOUCH, 20-500 VISION INJURY 2-6 HR VISION A DAY. PAINKILLERS 1992 TIL 2007.

6-07 DR WRIGHT DISABILITY EXAM OMMITTED FROM/LOST FROM MEDICAL RECORDS

7-07 EXAM, 20-500 VISION + INJURY 'MALINGERING' 20-30/20-50 ON ENTRY TO EXAM
CLAIMED '20-25' CORRECTION WITH OLD SCRIPT. See Rx -4.75/-5.00   9-06 Rx -4.50/4.75
Rx CHANGE VERIFIES Rx CHANGE, OLD RX NOT 20-25, MOORE NOT 'MALINGERING' RX
INACCURATE. BAD FROM ISSUE BY PAIN + DEBILITATION CAUSED OVER OLD RX

PRESCRIBED 2 PR + RX DENIED ALLEVIATES INJURY PAIN, FACILITATES VISION
12-94  3-98  12-05 BY 2 SPECIALIST  9-99  12-00  1-29-08. EXAM x RX DESTROYED BY NURSES
HELD 21 MONTHS NO GLASSES AFTER FEDERAL SUIT DISMISSED, GLASSES ONLY AFTER ANOTHER SUIT FILED. IN WRITING 5-10-00 ATHERTON 12-15-99. HOLT INTENT TO WITHHOLD VISION CARE 2 YEARS. PER 21 MONTHS NO GLASSES.

RX NOW IMPAIRS READING SEVERELY, PAIN DEBILITATION DETERIATION

8-98 - 8-2000 21 MONTHS NO GLASSES, MEDICAL Records Systemically ommitts Excludes
FACT 'NO GLASSES'

Stephen Moore  12-17-07

CHEIF MEDICAL OFFICER PAULA FRANTZ
2862 S CIRCLE DR. Su 152
COLORADO SPRINGS Colo 80906-4195

ADA INFORMAL RESOLUTION, CRONIC ADA OBSTRUCTION, MEDICAL MALPRACTICE.

FINDING: VISION IMPAIRED, DENIAL DISABILITY, DENIAL ACCOMODATION

IN THE INTEREST OF BREVITY, There WILL Be HOLE FOR EVASION OF COMPLIANCE

My INTEREST IS FUNCTIONING. This APPEARS ADA VIOLATION + MEDICAL MALPRACTICE.

① BY LAW. DISCRIMINATION IS NOT MAKING REASONABLE

ACCOMODATION 42 USC 12112(5)(A)  12182(2)(ii), 12182(E)(2)(ii)
COLORADO LAW CRS 26-2-72 TO PREVENT OR RESTORE SIGHT
WHETHER OR NOT BLIND By 26-2-103

② ★ 'VISION IMPAIRED ENTITLED TO FULL + EQUAL

ACCOMODATION' Colo. Revised STATUE 24-34-801-3

24-34-801(1)(A) TO PARTICIPATE Fully  1-C VISION IMPAIRED
ENTITLED TO Full And EQUAL ACCOMODATIONS'  EQual 42 USC 12102(8)

③ I REQUESTED READING Glasses + DISTANCE Glasses. Used To 1996. Limited
VISION PROBLEMS, BIFOCALS Forced 1996 Till NOW CONSTANT Severe PROBLEMS
96 R 20-2.75  NO 20-4.75

★ 4. Root PROBLEM 20-4.75 VISION. LEFT Eye INJURY, Bifocals
    SEVERELY AGGRAVATE INJURY CAUSING DEBILITATING PAIN
BLURRED VISION 2-6 hoURS TOTAL VISION A DAY, READING MOST
SINGULAR MAIN ISSUE, LEGAL WORK MAY LIMIT VISION TO 30 MINUTES,
10 hoURS A DAY LAID IN BUNK. IN PAIN PROBlem MUCH WORSE
LAST YEAR. WITH 1-29-08 SGIPT BIFocals CAUSING BAD PAIN
DEBILITATION By READING. (NO T.V.) Isolates PROBlem (Rx Good

B

①

RARE When Rx Seems Right. Pain To Injury Lower Eye To Ear, Mechanical To Bifocal Causation To Injury Specific.

(5) R.O. Accomodation 2 PR glasses, Rx 1994 3-98. By specialist 9-99, 12-00 And Optometrist 1-29-08.

(6) Law REquires 'Interactive Process' 42 USC 12112(B)(5)(A) 29 CFR 1630 Taylor 184 F3d 296. Means. Both Parties Active Patient Disabled Knows what works or Doesn't. Denial of Interactive Process is Discrimination. REQUIRED

(7) <u>Bifocals Don't Work. Reading Glasses Does.</u>
Integrated Setting Appropriate To Needs 42 USC. 12182(B) Helen 46 F3d 325. Bifocals, Impair, Not Equal opportunity, Barely Able to Do Legal work.

Your Rx. With Health Care Device Bifocal, of Torturous Last 5 year 2-6 hours Painful Severely limited Vision A Day. So Strained, So much Attention Makes Many Errors.

(8) 2-6 hR Total Vision Impaired A Day is Certainly Substantially Limited' 119 SCT. A 2169  42 12102 (2) Disability Substantially Limits" <u>AR 750-04. III B (1)</u> (K) "Substantially Limited" "Significantly Restricts Manner or Duration" Citing 29 CFR 1630 (2) (J) (1).

Your Doctors + you Commit <u>malpractice</u> By Failure To Keep medical Records To Duration 2-6 hrs Vision Total A Day. Record Keeping Violation, Omission In Most Records 2 to 6 hours Vision A Day, Is within ADA. With Glasses

2.

9) Self reporting only indicator of condition Greeno 414 F3d 645 + Dogged persistance in ineffective treatment violate cruel + unusual punishment. Dr Treatment thwarted Refused effective options.

10) Denial of ADA by Reference to Medical. Medical Destroyed Dr Kieth 1-29-08 Ambulatory Record + Prescription for 2 Pair Glasses. Nurse Edwards substituted her version See Grievances CCF 07-08 62 Denial Prescribed Care. CCF 07-08 63 Nurses altering Rx care destroying Destroying Medical Records

11) Falsification, Ommission of Medical Records CRS 12-36-111(1)(CC) Denying Preventive Maintenance Care CRS 12-36-111.6 Knowingly falsyfing med Records CRS 12-38-117.(H)

12) Medical Policy 1 PR glasses. An administrative means of Discrimination, 42 USC 12182 D Administrative methods 42 USC. 12112 (B)(3)
 1 PR Policy, = use of methods that are codified and do not allow the use of professionale conduct or variation according to needs of patient' CRS 12-38-111.6 4(D)

13) Evasion of ADA by pass the buck to Medical AR 750-04 IV B-4, 'Accomodations do not include clinical care'.
 IV G (1) C. Medical Officer Clinical Accomodations

3.

IV (H)  Cmo 'Shall' provide Health care Appliances
By a Health care provider (1-25-08 DR Hertz RX 2PR)
Through ADA, Clinical services

(14.) 750-04, WHEN
IV C "Health care Device is not adequate"
Bifocal Impairs, Debilitated to 1 hr to 6 hr a day
Total vision always painful. 10 hours a day laid in
Bed. Cold compress on Eye, Popping Motrin.

IV C (3) Appliance Necessary: Their current
Device is NOT Adequate.

(15.) Responsible IV 750-04. (13) Cmo. III C-4.
750-04. IV (8) C-3. Cmo. Determined

By Law medical practice Shall include IV Executive
monitoring VI Reviewing monitoring CRS 12-38-103
(9) Preventive Health care measures (10) Restorative care
Treatment Pain + Injury = 2-6 hr Day, Painful vision

(16) CRS DR medical Statues 12-36-117 Unprofessional
Conduct   (l) (P) Fails 'Standard of Care.
         (cc) Failing to make Essential Entries
Standard of care is Reading glasses. Basic, Regular
to Poor vision, Ageing, Those who read alot. Malpractice
By you + DRS ommission 2-6 hrs vision a day.
Bifocals aggravate Injury. Corrected vision with
Bifocals is 2-6 hr Bad vision a day.

4.

(17.) Standards of Care, is Implementation of Colorado + Federal Disability Acts.

AR 700-02. III B 'Function Maximum Capacity'

(F) To 'Prevent, Restore, Maintain,

IV A Without Treatment Health Deteriation, Further Debilitation + Pain

IV (7) C Glasses when Health Adversely Affected To Prevent Deteriation CRS 24-85-102 2B Medically Indicated Expectation of Deteriation

Unnecessary Pain + Suffering Whitley. 106 Sect 1078.
You + PRS Ignoring + Falsifying 2-6 hr Daily Vision IS Not Substantial Limitation Violates ADA + Malpractice

(18.) I Now Have Grievance To Denial Rx Care 1-29-08 + Nurses Alteration of Care. (Attached to This), I Have Several Step II Grievances To A.D.A. Violations.

I Have 2 Grievances, To Findings, Impaired But Refuse ADA. Compliance, This Is Malpractice on you. IF you + Doc's Adamant Denial of ADA + State Medical Statues Isn't Non Compliance I Don't Know What Is. I By B.Debilitation will Forward to Malpractice Medical Board Complaints + Federal Court Allow Requested Accomodation.
Violated Equal opportunity + Court Access
Sincerely
4th Day of April 2008

Stephen Moore 57301
Stephen Moore
Box 600 C-1-11
Canon City Colo
81212

This specific for Malpractice + Federal Court Exibits. Knowledge + Acquiesence.

5.

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **CCF 0708-62**          STEP (Circle One) 1 **2** 3          ADA?  Yes ☐  No ☐

| NAME Stephen Moore | DOC NO. Stephen Moore | FACILITY ICF CF-11 C-1- |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;

SEE STEP I   4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: DENIAL OF PRESCRIBED MEDICAL CARE, ALTERATION OF PRESCRIBED CARE AND FALSIFICATION OF RECORDS BY NURSES TAYLOR + EDWARDS, TO VIOLATION OF POLICY. ON 1-29-08 OPTOMETRY EXAM DR. KEITH PRESCRIBED 2 PR OF GLASSES PER SEVERE PROBLEM WITH BIFOCAL USE PAIN 1997 TILL PRESENT, DEBILITATION OF 2-6 HOURS VISION A DAY INABILITY TO DO MEANINGFUL LEGAL WORK WITH BIFOCALS, + SEVERELY EXACERBATES INJURY. NURSES EDWARDS + TAYLOR THEN ALTERED THE PRESCRIPTION TO BIFOCALS + DESTROYED DR KIETH'S AMBULATORY RECORD. MOORE HAS SEE PROVIDER AMBULATORY. DR KIETH DID EXTENSIVE WRITING, MOORE PERSONALLY OBSERVED HIM WRITE 2 PRESCRIPTIONS ON FORMS. NURSES EDWARD + TAYLOR ADMITTED + STATED TO MOORE THAT THEY ORDERED BIFOCALS. THIS VIOLATES STANDARD OF CARE NURSES RX MEDICAL, ALTERED PRESCRIBED CARE + ALTERED AMBULATORY. THIS IS "DOGGED PERSISTENCE IN COURSE OF TREATMENT KNOWN TO BE INEFFECTIVE" GREENO 414 F3d 645. BY DESTRUCTION OF RECORDS TO COVER UP, DENY PROPER MEDICAL RECORDS KEEPING, FALSIFYING + ALTERING, OR OMMISSION OF MED. RECORDS ONLY HEALTH CARE PROFESSIONALS MAKE DETERMINATIONS AR 700-02 IV 12C. DECISIONS NOT SUBJECT TO ALTERATION + SHALL BE POLICY TO IMPLEMENT ALL MED. ORDERS -- BY CONTRACT PROVIDER, AR 700-02 IV F-1 RECORD RETENTION FALSIFICATION VIOLATES CRS 12-36-117(1)-CC MCKROSKEY, 940 P2d 1044 DENYING PREVENTIVE, MAINTENANCE CARE CRS 12-38-1116 NURSES KNOWINGLY FALSIFIED RECORD BY OMMITTING KIETH AMBULATORY + RX VIOLATING NURSES CODE CRS 12-38 117-it TO FALSIFYING RECORDS. THIS DENY MOORE RECORD OF EFFECTIVE CARE, PAIN, DEBILITATION, + DENY DIFFERENT Effective TREATMENT. REMEDY ALLOW RX, CARE, RESTORE ORIGINAL AMBULATORY, STOP NURSES ALTERED RECORDS. ALLOW RX 2 PR GLASSES BY POLICY.

| DATE: 2-22-08 | OFFENDER SIGNATURE |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |
| RESPONSE Med - Erickson | |

Mr. Moore: You did have another eye exam on 1/29/08. The optometrist ordered you two pairs of glasses in error. The optometrist ordered one pair for reading and one pair for distance. As you are well aware, offenders are not, per policy, given two pairs of glasses. Your glasses were returned and bifocals will be sent. When the glasses are received in Medical, they will be brought to you. Grievance partially resolved.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 3/6/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3453 Lynn Erickson |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical |
| DATE: 2-25-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3370 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 3-13-08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore 57351 |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

RECEIVED FEB 2 8 2008

+14
1-28-08

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CCF07/08-62     STEP (Circle One) 1  2  3     ADA? Yes ☐ No ☒

MEDICAL + ADA

NAME: Stephen Moore     DOC NO. 57381     FACILITY CCF C-1-11

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Incompetent, debilitating medical optometry care to malpractice, on 1-30-08 Moore saw optometrist Keith. Moore stated severe problems with bifocal use, pain + debilitating care, with documentation ID 1996 to present. Vision 20-2.75 1996 Rx 20-5100 2007, normal range vision 1996, 2-6 hours painful vision 2007, painkillers per chronic debilitating injury pain 97 to 2007. Dr prescribed 2 pr glasses, 1 for reading 1 for distance, on return to cell Nurse Edwards immediately came to Moore's cell canceling Drs prescription stating "In this facility 1 pair of glasses" you only went to Dr to choose bifocals, reading or distance. This is incompetent, + medical malpractice. Care by "unqualified" nurses, prohibited by Ramos 639 F3D.559. Prevention from recommended med treatment, care by unqualified 485 F3D. 122. Violating state medical laws "denial of treatment requiring health maintenance or routine preventive care CRS 12-38.116 + use of methods that are codified + do not allow the use of professional judgement or variation according to the needs of the patient" CRS 12-38-116. Violating ADA by administrative methods of discrimination, 42 USC 12102(1) Denial "Interactive process" 42 USC 12112(B)(5)(A) patient knows what works + doesn't, would be contrary to basic medical optomological treatment + diagnosis. Duration "P27. one should determine what therapeutic measures has been tried + to what extent they have helped -- circumstances that trigger or worsen symptom" P27 General Optomology. Bifocals debilitate to all effect stop legal, most reading, readings or distance alone obviously debilitates. Moore by use of duo + nuo knows limits pain injury problem debilitation. Allow Rx 2 Pr by Dr Keith on 1-30-08 (Moore knows nurses with ability + commit records to deny)

DATE: 1-30-08     OFFENDER SIGNATURE: Stephen Moore

DATE RECEIVED:     RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE: Med-Lousberg

Your medical chart + care as it pertains to the above have been reviewed in response to this step 1. Per clinical standards + procedures for optometry, an offender may receive one (1) pair of state-issued glasses every three years if clinically indicated. "Bifocal lenses will be provided as needed. Two (2) pairs of glasses will not be provided instead of bifocals." Your care has been adequate + appropriate. Grievance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 2/18/08     SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: J. Holcomb 3770

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 2-5-08     SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: 3770

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 2-7-08     OFFENDER SIGNATURE/PRINT NAME & DOC #: Stephen Moore 57381

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"     RECEIVED FEB 0 7 2008

Page 1 of 1