ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION 92-N-870 (CONSOLIDATED WITH CASE 96-N-343)

JESSE MONTEZ, et al.,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

PLAINTIFF,

V.

MAY 05 2008

BILL OWENS, et al.,

GREGORY C. LANGHAM
                    CLERK

DEFENDANTS.

WITNESS LIST OF ROBERT SCHWARTZ

COMES NOW, ROBERT SCHWARTZ AND PURSUANT IN PART, TO COURT ORDER OF THIS COURT, DATED OCTOBER 31, 2007, WOULD REQUEST THE FOLLOWING "ADDITIONAL" WITNESSES AND INCORPORATE AND MAKE PART HEREOF ALL PREVIOUSLY SUBMITTED WITNESS LISTS, BY BOTH THIS PLAINTIFF AND DEFENDANTS

1.) THAT THIS IS NOT A COMPLETE LIST, SINCE CLAIMANT DOES NOT YET KNOW, WHO IS LISTED TO SUPPORT DOCUMENTS NOT YET KNOWN OF AND DISCOVERED, BUT REQUESTED IN HIS DISCOVERY MOTIONS, PRESENTLY BEFORE JUDGE JOHN L. KANE;

2.) DR. ORVILLE NEUFELD, AS TO CLAIMANT'S MEDICAL CONDITION, AND NEEDS, BUT NOT LIMITED THERETO;

3.) DR. TIMOTHY CREANY, M.D., WILL TESTIFY AS TO MEDICAL NEEDS CONDITIONS OF CLAIMANT, BUT NOT LIMITED THERETO.

4.) DR. PAULA FRANZ, M.D. WILL TESTIFY, AS TO "ACCOMMODATION RESOLUTION" DATED OCTOBER 23, 2007 AND MEDICAL CONDITION AND NEEDS OF CLAIMANT, BUT NOT LIMITED THERETO;

5.) DARYL VICIL, C.D.O.C., CLASSIFICATION SUPERVISOR, AS TO EARNED TIME APPLIED AND WITHHELD; PROGRAMS, EMPLOYMENT

6.) CATHIE HOLST, C.D.O.C., AS TO GRIEVANCES, FUNCTION, AND HER DUTIES IN SIGNING "ACCOMMODATION RESOLUTION" OF 10/23/07.

7.) SUSAN BINDER, C.C.A, BENT COUNTY CORR. FACILITY, AS TO PROGRAMS.

8.) VICKI RIDDLE, C.D.O.C., CASEMANAGER III, AS TO HER COMMUNICATIONS WITH CLAIMANT, AS TO EARNED TIME;

9.) THE C.D.O.C. EMPLOYEE, RESPONSIBLE FOR ENFORCING §17-22.5-405 CRS; AND WHO WAS IN CHARGE OF "TIME COMP" EVALUATIONS, DOCUMENTS, FILES, MATERIALS, APPERTAINING TO EARNED TIME/GOOD TIME WITHHELD, AND ANY OTHER MATERIALS, STATING REASONS FOR SUCH GRANTING OR WITHHOLDING;

10.) ALL CASEMANAGERS, LISTED ON "CASEMANAGER LIST," GIVEN TO CLAIMANT, IN OPEN COURT BY THE ASST. ATTORNEY GENERAL ON APRIL 21, 2008; WHO WILL TESTIFY, AS TO THEIR DUTIES AND OBLIGATIONS, PURSUANT TO §17-22.5-405 CRS; EARNED TIME WITHHELD AND TAKEN BY THEM; THEIR REASONS FOR SUCH ACTIONS AND NUMBER OF DAYS WITHHELD, INCLUDING GOOD TIME.

11.) CLAIMANT WOULD AGAIN STATE, THAT HE IS UNABLE TO SUBMIT AN EFFECTIVE WITNESS LIST, SINCE HE HAS BEEN BARRED FROM VIEWING THE WORKING FILE OF DEFENDANTS AS WELL AS DISCOVERY OF "RELEVANT INTERNAL QUALITY ASSURANCE DOCUMENTS," PURSUANT TO THE "REMEDIAL PLAN" DATED AUGUST 27, 2003.

RESPECTFULLY SUBMITTED

ROBERT SCHWARTZ, 60801
P.O. BOX 1010, C.T.C.F.
CANON CITY, CO. 81215

CERTIFICATE OF MAILING

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THESE PLEADINGS (WITNESS LIST) WAS PLACED INTO THE U.S. MAIL, POSTAGE PREPAID, THIS APRIL 28, 2008 AND ADDRESSED TO:
OFFICE OF THE ATTORNEY GENERAL, 1525 SHERMAN ST., 5TH FLOOR
DENVER, CO. 80203

2.