92-cv-00870 EWN

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:       719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor
Aristedes W. Zavaras
Executive Director

## MEMORANDUM

Montez v. Owens
Claim # 02-262

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 6 2008

GREGORY C. LANGHAM
CLERK

TO:     Edward Corbin #114258
         FLCF

FROM: Meghan A. Reed, Designee
         Office of the AIC (ADA Inmate Coordinator)

RE:     Request for eye appointment

DATE:  April 25, 2008

---

I received your memos dated 3/17/08 concerning your previous refusal to cooperate. You refused a vision appointment because of the lack of restroom availability during transport. You claim there has been a change in bathroom policy during transport & you are now agreeing to cooperate.

Per current policy, offenders are allowed to use the restroom before departure, upon arrival, & intermittently at the destination, opportunities not to exceed two (2) hours while at the appointment. Special medical needs will be handled on a case-by-case basis, however safety & security are paramount.

Your request to proceed with an appointment at Rocky Mountain Eye Center has been reinitiated. Thank you for your cooperation & patience during this process.

Cc:   Judge Kane
       Paul Lastrella, HSA
       Case Manager Deleon
       Major Mike Romero
       AIC file

**From:** Wendy Grover
**To:** Meghan Reed
**Date:** 4/23/2008 9:47 AM
**Subject:** Re: Offender Corbin 114258

What I can gather is that we were allowing restroom breaks intermittently or inconsistently. We now have it in policy so we should be good to go. No, I don't think it is more often, but rather more consistently and in policy. I think you can respond utilizing some of the policy language...like a summary that states no more than two hours will go by without restroom access.

Hope this helps,
Wen

>>> Meghan Reed 4/22/2008 1:17 PM >>>
So is this a different policy than was in place in November 2007? He claims its changed to allow him to go more often. And since this is restricted, can I not reference the language here in a response memo?


Meghan A. Reed
Office of the AIC (ADA Inmate Coordinator)
Colorado Department of Corrections
2862 South Circle Drive
Colorado Springs, CO 80906-4195
(719) 226-4235
(719) 226-4249 fax
Meghan.Reed@doc.state.co.us



>>> Wendy Grover 4/22/2008 12:31 PM >>>
Meghan,

It is a restricted policy: 300-37RD, Vehicle Transportation of Offenders. Our IA states:

9. c. Restroom breaks for offenders on transports:

6) At no time will the safety of the public be put at risk in order to take an offender to the restroom.

7) Offenders will have the opportunity to use a Fort Lyon restroom before being placed into restraints in preparation of the transport.

8) No restroom stops will be made when traveling to La Junta, Pueblo or Canon City. Prior arrangements for restroom breaks will be made for trips further than these destinations.

9) The offender will have the opportunity to use a restroom upon arriving and before leaving the destination.

10) Transport officers will check with the offenders intermittently to provide an opportunity to use the restroom. At no time while at the appointment(s) will the offender go beyond two hours without being offered restroom use.

11) Special medical needs, verified by Clinical Services, will be handled on a case by case basis.

12) Transport will notify Master Control of any special restroom breaks.
Hope this helps,
Wen
>>> Meghan Reed 4/22/2008 11:21 AM >>>
Recently received a memo from this offender regarding his previous refusal to go out for an eye appt. He said he refused due to restroom unavailability. He has agreed to cooperate bc now he says there is a "2 hour policy"(I/A) in place that offenders be given the opportunity to go to the restroom at least every two hours. The AIC would like to know what policy he is referring to? Thanks for your help!


Meghan A. Reed
Office of the AIC (ADA Inmate Coordinator)
Colorado Department of Corrections
2862 South Circle Drive
Colorado Springs, CO 80906-4195
(719) 226-4235

(719) 226-4249 fax
Meghan.Reed@doc.state.co.us

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

ADMINISTRATIVE
Page 1 of 1

Printed By: REED, MEGHAN A
Printed at: 04/22/2008 11:12:58
Encounter#: 1643314 @ FL

| 114258 | CORBIN, EDWARD M | Facility: | FL | LU: | FLCF/BLDG5 | B | 2 | 213 | A |

**SUBJECTIVE**

Active Medication(s): COLACE - 100 MG - ONE CAPSULE TWICE DAILY AS NEEDED; COPAXONE - 20MG/ML - INJECT 20MG SUBCUTANEOUSLY EVERY DAY , ***NON-FORM EXP: 8/13/08***; DITROPAN - 5 MG - TAKE ONE TABLET TWICE A DAY; DULCOLAX - 5 MG - ONE TABLET TWICE DAILY BYMOUTH AS NEEDED; FLEET ENEMA - NA - USE RECTALLY TWICE DAILY AS NEEDED; POTASSIUM CHLORIDE PKT - 20 MEQ - TAKE ONE PACKET DAILY

Temperature: ___ Pulse: ___ Weight: ___
Respiratory: ___ BP: ___ / ___

**PLANS / ORDERS**

Outside Consultation#: 98812 - Priority: 1 MONTH - Clinic: OPHTHALMOLOGY - Location: RMEC PUEBLO

**OBJECTIVE**

Not seen today. Resubmission of consult request for RMEC for opthalmologist. Apparently was approved in July of 2007, then offender didn't go related to his statement that he was told he could not use the restroom every 2 hrs so he refused. Have been directed per legal, Cathie Holst, to please resubmit the consult. Was to go to RMEC for appt re: poor vision and poss glaucoma or other pathology.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

Datetime: 04/04/2008 05:51    Providers: HOLT, KATHY

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 04/04/2008 05:51    Provider: HOLT, KATHY    DateTime _____

*Marshall*

**RECEIVED**

MAR 21 2008

Office of Correctional
Legal Services

TO:     Paul Lastrella

FROM:   Edward Corbin 114258 LU-5

Re:     Request for eye clinic RMEC

Date:   March 17, 2008


I would like to request an eye appointment with the RMEC eye clinic. In the past I was suppose to go there, however, I was forced to sign a refusal because of issues concerning transport and restroom availability. I received a Step III response regarding transport and according to Grievance FL07/08-098 I was informed that, "the new language (in an I/A) indicates that offenders will now be given the opportunity to use the restroom at a minimum every two hours." "In addition the facility has provided special transport training to ensure that staff are aware of their new policy". With this new development I now feel confident that I will be transported in a fair and reasonable manner with the regard to my special needs concerning restrooms. Also, to conform to procedure I will now put in a kit requesting an opthalmology appointment with the RMEC eye clinic.

Thank you for your time and I look forward to your speedy response.

XC:    Cathy Holst/AIC
       Mjr. Mike Romero/ Security.
       Case Manager file
       File

*Inner Facility Mail*

**RECEIVED**

MAR 2 1 2008

Office of Corrections
Legal Services

TO:        Cathy Holst/AIC

FROM:      Edward Corbin 1142-LU-5

Re:        Refusal form dated 11/30/07

DATE:      March 17, 2008


I'm officially requesting that you intercede for me by assisting in expunging the refusal to participate in the ADA screening process form; because I was forced under duress to sign. I didn't wish to go due to problems with transport that was of great concern to me. See: Grievance StepIII FL07/08-098. It is my belief that I have a legitimate request and would like this request placed in my file.

Thank you for your time.

XC:   Judge Kain
 Paul lastrella/ Clinical Services
 Case Manager File
 File