IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Michael R. Ingram, Claim number 03-327

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      This matter is before the court on Michael R. Ingram's Motion for and Extension of Time in Which to File an Objection to the Final Order of Special Master (doc. #3379), filed May 5, 2008.  The motion is **GRANTED** in part.  Mr. Ingram has an additional thirty days to file his objection, up to and including June 13, 2008.

Dated:  May 7, 2008

Service of this order shall be made via NEF, with standard mailing to Mr. Ingram.