Sterling Corr. Fac.
POB 6000
Sterling, CO 80751
May 6, 2008

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2008

GREGORY C. LANGHAM
　　　　　　　　CLERK

Office of the Clerk
United States District Court
901 19th Street
Denver, CO 80294

RE: Montez, et al. v. Owens, et al., 92-N-870 (OES)

Dear Clerk:

Please find enclosed a Certificate of Mailing certifying that the "Plaintiff's Motion for an Extension of Time in Which to File an Objection to Final Order Of Special Master" mailed to you on May 4th was mailed to the Office of Attorney General today, May 6.

Sincerely,

*M Ingram*

Michael R. Ingram
Reg. No. 43629

CERTIFICATE OF MAILING

I hereby certify that on this 6th day of May, 2008, a copy of the "Plaintiff's Motion for an Extension of time in Which to File an Objection to Final Order of Special Master" was deposted in the U.S. mail, postage prepaid, addressed to Office of Attorney General, 1525 Sherman St., 5th Floor, Denver, Colorado 80203.

*M Ingram*