United States District Court For District of Colorado
Civil Action 92cV00870 EWN

L. R. Moore, pro se,
et alia
Plaintiffs
v
Bill Owens,
et alia
Defendants

L R Moore 47702
Box 777, Canon, 81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2008

GREGORY C. LANGHAM
CLERK

## Motion To Add Document in Support of Claim

Plaintiff pro se moves this Court to add just arrived Step 2 Grievance Response refusing to pay his long standing and previously admitted claims in this case. He so moves in support of these claims and of new claims and of simultaneous Motion to Reconsider 21 III Order.

That is, this Court ordered Plaintiff to pay him his old claims as in Grievance — $50 general damages, $32 for wrongful deduction for imaginary wheelchair "repairs", $12 for Med Records overcharges, $15 for repeat chronic care charges of same source, and replace his QuadraFold Wheelchair (or return it) with like (not a cheap piece of junk). Due to new, very similar damages, he added a new claim to Grievance, wrongful charge for urinal on 8 XI 08. And now has added seizure of his footbath heater — perhaps including a deduction from his account for $5.00 for Repair (he's unsure what this deduction was — he bought the heater so NOT state property — nor was QuadraFold) as Medical Item repair by state should be free, as agreed in this case. If heater not released to him, he will add its cost to claims.

N.B. Plaintiff has (17 IV 08) grieved "Legal Services" to pay him altho he does not know who this is at CSP/facility level. He believes this is Cathie Holst at headquarters level,

Support, who is also AIC, the position responsable for overall Montez Compliance. Holst holds 2 hats - that of Manager of Offender Legal Services and that of AIC. Altho Step 1 Griever are facility-level, he wrote Legal Services on Subject Line, thus it should go to whomever Erickson (Step 2 denier - Grieve C-LF 07/08 447, aka QC2, Step 2), also she is CSP HSA (Supervisor of Clinical Services at CSP), meant in her Response this repeated in Step 1 body.

Also Plaintiff went to Step 3 as he disagrees that HSA should not order his claims paid. She was present at Hearing when Order given. All these claims are for Medical Deductions or Medical Item Seizures made supposedly by Clinical Services authority (they plead ignorance) despite Griever - I.E. They seldom fully read Grievance [all very brief due to required use of short form] before falsely responding with denials, or, in only one case, ordered as general damages in front of Erickson. Dennis Burbank, on whom CSP relies for legal advice as GP II, states he was not present, thus is ignorant and will remain so until and unless he is notified directly by Court. Only other "Legal Service" types at CSP Plaintiff is aware of is the Law Librarian. Thus Step 3 proper. As is Step 1 to "Legal Services".

Due to "Ship has left" order by this Court, this documentation of refusal to pay claims albeit not final (Step 3 Response), is proper.

Respectfully submitted, without copy to Defendant due to refusal to allow copy be made, by Plaintiff this 7 day of April May 2008.

L R Moore

Attached (if copy allowed)
QC1, QC2

QC2 LCF Clinical

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-LF 07/08-447    STEP (Circle One) 1 ②  3    ADA? Yes ☐ No ☒

NAME L R Moore    DOC NO. 47702    FACILITY CSP E-311

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; Step I attached
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** A Grievance Respondant Literate In English NB LCF correctly changed subject from Accts to Clinical Viz HSA Kahler as Respondant. As Kahler cites, all problems in Step 1 arose from same set of facts — refusal of CSP to pay me what I'm owed from Montez Orders & Settlements, old clinical or AIC (wheelchair is fiscal due to being personal property wrongly taken by CSP) plus one new $5 00 8 XI 07 for urinal at LCF. I.E. $50 + $? (w/c) + 15 + 32 (see Acct) + 12 (Med Record overcharge) + $5 (urinal). If Clinical/AIC disputes any of these, state which and why, including attaching Acct printout for last 4 yrs. so I can redline where overcharged. As to first two, see Montez Order as I am forbidden to attach it. REMEDY — Comply w/settlements by paying me.
(footnote)

DATE: 31 III 08    OFFENDER SIGNATURE L R Moore

DATE RECEIVED: _____    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE    Med-Erickson

Mr. Moore: If you feel you are owed monies due to the Montez settlement, you would need to contact Legal Services.   *wrong — see Acct statement for 8 XI 07. Sole*

You were (not) charged for a urinal while you were at LCF. You can discuss charges for copies with the medical records technician.   *purpose of appt was to get urinal. Got it. Was previously denied.*

Grievance resolved.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 4/8/08    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3453 Lynn Erickson
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: CLINICAL — LCF

DATE: 03/14/08    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Chavez 3685    ACCOUNT
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 16 IV 08    OFFENDER SIGNATURE/PRINT NAME & DOC # L R Moore

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Step 3 w/2 att. sheets    Page 1 of 1    **RECEIVED MAR 31 2008**
17 IV 08

DC Form 850-04A (07/01/07)

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

RECEIVED DEC 17 2007

QCF 52/14TC

JAN 2 2008 F Warden's Off

Grievance Number: F07/08-447    STEP (Circle One) **1** 2 3    ADA? Yes ☐ No ☒

NAME: L R Moore    DOC NO.: 47702    FACILITY: CSP

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Refusal of DOC to comply with Montez orders + wrongful Med. fines
① Never paid $50 awarded two years ago
② Never got promised replacement for Quad Fold chair stolen by CSP staff. (needs to be custom sized like Quad, and all air tires, not a used and vandalized discard, sized for someone else which is all that CSP gave), $2,000
③ Never paid $15 in repeat pressure sore bandage change charges. I.E. I pay first $5, not all $20 that I did. $1.25/copy
④ Med record repayment & overpayment. ⑤ $30+ for "removing foot rests" already removed.

DATE: 30 X/07    OFFENDER SIGNATURE: L R Moore

DATE RECEIVED:    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

**RESPONSE**

AR 850-04 states:
IV. B.
3.    Grievance Substance:

a.    Each grievance shall address only one problem or complaint and include a description of the relief requested. Problems that arise from the same incident or set of facts shall be grieved in one grievance even though it may involve multiple DOC employees, contract workers, or volunteers

This grievance is denied due to improper procedure.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 2/5/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Patricia D. Kahler #7776 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Accounts |
| DATE: 12/14/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: S Walley 2145 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 4522 | OFFENDER SIGNATURE/PRINT NAME & DOC #: L R Moore 47702 |

Original-Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1