In the United States District Court of Colorado

Civil Action 92 N-870

Case C-002

Jesse Montez

Class member Stephen Moore

vs

Bill Owens

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2008

GREGORY C. LANGHAM
CLERK

Discovery Request.

Per Chronic Obstruction, Retaliation, Denial by various ploys pretexts + evasions, Moore requests the defendants to produce the following documents to the court, Class Counsel King + Grieser + petitioner Moore.

All ADA grievances + response from initial request Fall 1998 Till Present, Inclusive of 20 ADA grievances referred to Holst. 20 grievances of A-CF-07-108-287 288. And all Step II grievances defendants have failed to answer, violating Montez XII 3 allowing Step II grievance, Denied by systemic refusal to answer ADA Step II grievances. Copies of Step II grievances Just filed, and refused copies by case manager A-CF-07-08 287 ADA denial + 288 malpractice

Copy of State Court 106 action to systemic denial of State + Federal Disability Laws

(1)

See "Systemic Violation" motion part 4 to ADA Grievances

See pg 2 Evidentiary Support to Step II Grievances 07-20 D-CS 327, 365, 528, 333, 361, 349, 370 and other unanswered Step II Grievances Ect.

- Copies All 5 ADA Request 2004 to present

Moore Request Medical Grievances of only last 3 years to Document Malpractice to Systemic Denial of ADA Compliance

Sworn 29th of April 2008

Stephen Moore 57351
Box 0600 B-2-9
Canon City Colo
81215

Certificate of Service
To
Colo Att. General
1525 Sherman St