Orig

In the United States District Court of Colorado

Civil 92 N 870

Case Number C-002

Jesse Montez
Class member Stephen Moore
vs
Bill Owens

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 0 9 2008
GREGORY C. LANGHAM
CLERK

Motion for Injunctive Relief of 42 USC 12188.

Moore petitions the court in its broad equitable powers by Bad Faith Compliance, Futile Gesture, does not intend to comply of 42 USC 12188 (1) Enforcement (2) Injunctive Relief. By 12188 (2) Authority of Court (A) Equitable Relief (1) Granting Injunctive Relief (2) (B) May Award Relief the Court Considers Appropriate.

(1) Per Defendants Vision Impairment and Denial of Disability + Accommodation to 30 minutes to 2 hrs Reading Vision a day with constant debilitating pain + mental illness per OMI Regulation 'Severely Mentally Ill' see Exhibits Moore Request. (1) Appoint Kings + Grieser per Defendants paying all cost to ADA + Malpractice violations
(2) Order provision of Reading glasses to facilitate Court Access + Distance for Distance Vision per 1-29-08 prescribed by optometrist. Record destroyed by nurse.

(1)

(3) Order Moore be found disabled by ADA and subject to accomodations. By 2 to 6 hours vision + mental illness

(4) Order medically unassigned per Montez XXVI B.

(5) Order move to lower security facility as "will not be housed in higher security facilities" Montez.

(6) After 5 months mental facilities Moores mental health has severely deteriorated. Needs anti psychotic meds now

Support (7) Moore first ADA grievance was in fall 1998. 2 more recently filed D-CF 07-5 257, 258. After 10 years of ADA obstruction. Finds Moore visually impaired. Refuses 2-to 6 hours daily vision with glasses, is debilitation qualifying to disability + accomodation. Followed 1998 ADA grievance 21 months no glasses

(8) Moore by 11 years AD Seg. Vision impairment severe deterioration, mainstream by ADA non compliance. AD Seg causes mental illness, to environmental caused damage. The mentally ill shall not be housed in administrative segregation as clearly exacerbates mental problems  Jones 164 F Supp.2d 557, Coleman 912 F. Supp. 1252. Madrid 889 F. Supp. 1146.

2.

McCleary 4 F Supp.2d 195; Ramos 634 F2d 559,

(9) Moore poses no security risk. Is classified 'closed' custody for the third time in 3 years and, treated as an SEG. Closed custody OMI/FCF 2004-05 PRO Unit last year able to move without chains + handcuffs.

(10) Now Moore is locked down 24 hours a day, chained + cuffed when out of cell, subject to arbitrary disciplinary punitive actions without any due process, refused progress to draconian punitive for the least minor infraction.

(11) Moore by 'Therapy' mental treatment is forced to do 24 hours a day lockdown with T.V./Radio to physical, visual + mental deterioration. 30 minutes to 2 hours reading problems, so severe the denial of reading glasses, no T.V. distance vision that actually relieves the severity of pain caused by reading

(12) Moore per vision + mental disabilities has been AD Segged 3 years (Lt or 3 of 11) for minor non threatening offences of saying
"Fetch my shit" 1-2005 OMI/FCF
+ Passing/giving away an Ice Cream last year PRO Unit; Moore in fact told FCF/OMI he would file for ADA violations discriminations against mentally ill

3

(13) Moore was Retaliated Against for saying he would file on CMF/FCF and physically impaired that he could not physically access the court by vision impairment.

(14) By law the unjustified isolation or segregation of qualified individual with disability is a form of disability based discrimination 42 USC 12101(C) ADA 42 USC. 12131 Executive Order 13217. Moore is unsure of case law citing this possibly

Olmstead v CC, 527 US. 581, 1999

Bragdon v Abbott 118 Sct. 2196 A 2202 Emotional Illness covered by ADA.

Moore by 2 to 6 hours Total vision, with glasses a day 'Vision Impaired' per Defendants. Request the court to ~~Grant~~ + Mental Illness Request Grant

Appoint counsel at Defendants Expense to ADA + Malpractice order provision of reading + distance glasses, medically unassigned. That Moore be found disabled per ADA + move to lower security facility per ADA law + Montez XXV B.

Sworn 29 Day of April 2008
By Stephen Moore
Stephen Moore 57381
Box 0600 B-2-9
Canon City Colo
81215

Certificate of Service
Copy to Colo Att. General
1525 Sherman St 5th Fl
+ King + Greisen

4

# REQUEST FOR ACCOMMODATION

## I. OFFENDER INFORMATION: *(Please print)*

| Offender Name: | STEPHEN MOORE | DOC #: | 57381 |
|---|---|---|---|
| Current Facility: | CCF/ OMF B2-9 CSP | Date: | 4-24-08 |

## II. CLAIMED DISABILITY: *(Check all that apply)*

Mobility _____   Hearing _____   Other X  MENTAL ILLNESS
Vision X        Diabetes _____

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form. **5TH REQUEST. GROSS CRONIC ADA OBSTRUCTION!!**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.* DURATION LIMITATION. See GRIEVANCES, CC. REFUSED ANSWER VISION, 2-6 hours PAINFUL BAD VISION A DAY WITH GLASSES. CONSTANT

1. Describe your disability: PAIN. DEBILITATION BLURRED VISION, 20-4.75 WITH CONTROLLING LEFT EYE INJURY. BIFOCAL USE SEVERELY AGGRAVATES INJURY. MENTAL ON OTHER ADA FORM RECIEPTED 4-21-08 FILED

2. What information do you have to verify your disability? AMBULATORY, PAIN ALLEGED 1997 TO 2007 SPECIALIST EXAM 9-1999, 12-2000 RECENT ADA EXAM. FOUND VISION IMPAIRED. INFORMATION GENERAL OPTHAMOLOGY TEXTBOOK IN GRIEVANCES COURT RECORDS

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)? SEEING, READING LEGAL WORK, T.V. WORK, RECREATION, PROGRAMS PAROLE, PROGRESSION THROUGH AD SEG. INTERACTION VISION + MENTAL DISABILITIES

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? Yes/ No. If yes, name the job, program, or service and provide a brief description of how you were denied: RELEGATED TO AD SEG, CSP FOR 11 YEARS, AD VIDEO PROGRAMS BY DEBILITATION, PROGRAMS AGGRAVATE PAIN DEBILITATION. DENIED PAROLE GOODTIME, LIMITED LAW LIBRARY, LIMITS SELF IMPROVEMENT.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: PRESCRIBED REPEATEDLY COMMON STANDARD OR CARE READING GLASSES + DISTANCE, MEDICALLY UNASSIGNED + MOVE FROM CSP PER MENTAL, LARGE SCREEN READER. LAMP

_Stephen Moore_
Signature of Offender

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note:** DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.

Revised 5/06

RECEIVED

APR 2 1 2008      AR 750-04A (11/01/07)

REQUEST FOR ACCOMMODATION

Office of Correctional
Legal Services

**I. OFFENDER INFORMATION:** *(Please print)*

| Name: Stephen Moore | STEPHEN MOORE | 57381 |
| Facility: CCF/CSP | Box 600 C-1-11 | Canon City Colo 81215 |

**II. CLAIMED DISABILITY:** *(Check all that apply)*

Mobility ____   Hearing ____   Other X  MENTAL ILLNESS
Vision X        Diabetes ____

'VISION IMPAIRED' DENIED DISABILITY + ACCOMODATION. VISION NOT MAIN ISSUE EXACERBATES MENTAL

**III. ACCOMMODATION REQUESTED:**

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. Submit this completed form, the ADA Medical Release, and Functional Ability Questionnaire to the ADA inmate coordinator (AIC) at the address at the bottom of this form.

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.*

MENTAL ILLNESS IN 2 OMI OFFENDERS WITH MENTAL ILLNESS CCF NOW, & FCF 2004-05

1. Describe your disability: EXTENSIVE MENTAL ILLNESS, ANXIETY, MEMORY PROBLEMS, INABILITY TO CONCENTRATE, POOR IMPULSE CONTROL, INSOMNIA, PARANOIA PERCEPTUAL DISTORTION, AGGRAVATED BY 11 PLUS YEARS AD SEG. AXIS II MENTAL DISORDER FUNCTIONS BUT NOT WELL

2. What information do you have to verify your disability? EXTENSIVE MENTAL HEALTH FILES, 2 OMI BY 650-05 FOR SEVERELY MENTALLY ILL! ANTI PSYCHOTICS 1998 TILL 2007. CASE LAW AD SEG CAUSES MENTAL ILLNESS JONES 164 FSUPP 2d 1096, RUIZ 37 F.Supp.2d 855, COLEMAN 912 F Supp 1282, MADRID 889 F Supp 1146 McCLARY 4. F.Supp2d 195 RAMOS 639 F 2d 559

3. What major life activity is limited by your disability (e.g. walking, eating, seeing, hearing, breathing, dressing etc.)?
THINKING, THOUGHT ALL PHASES OF MIND FUNCTION, LEARNING SOCIAL INTERACTION.

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? Yes/ No. If yes, name the job, program, or service and provide a brief description of how you were denied: PROBLEMS PROGRESSING OUT OF AD SEG: THROWN OUT OF CLOSED CUSTODY TWICE, NO GOOD TIME FOR YEARS. IMPAIRS ABILITY TO DO ALL PROGRAMS, PARTICIPATE + USE SERVICES

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: BE ON PERMANENT MEDICAL LAY IN 'PEN' BOTH MENTAL + VISION + SEVERE INTERACTION OF THE 2. MEDICALLY UNASSIGNED. SOCIAL INTERACTION CAN TRIGGER MENTAL PROBLEMS, NEEDS QUIET MELLOW ATMOSPHERE

Signature of Offender: Stephen Moore

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*
Please note: DOC AR 300-38 allows you to mail materials to the AIC office via inter-facility mail, free of cost.

MOORE RELUCTANT TO FILE THIS BY OBSTRUCTIONS, CRONIC STONEWALLING OF VISION DISABILITY REQUEST STONER NOT BE INVOLVED IN PROCESS.

Attachment "A"
Page 1 of 1

B4-12

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

RX5 11/28 KM

Grievance Number D-CS 07/08333      STEP (Circle One) **1** 2 3      ADA Yes **X** No ☐

| NAME Stephen Moore | DOC NO. 57381 | FACILITY CSP B-4-12 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Violation Montez Plan ADA Section X-5 Equal Access, Moore per 20-500 vision, Eye Injury 1997 to 2007 pain killers now 2-6 hours painful bad vision ADA, Per knee jerk denial of Disability + Accomodation: As not legally blind, 20-400 vision 90% vision loss. Genevre oath text Table I p.340. Injury IS Disability. Moore per 10-W attorney visit, doing grievance + legal related activities. The Bifocals severely impairs. In 96 +2004 used Reading glasses much less trouble. Per Cronic denial of Accomodation, 21 months no glasses, Repeated inaccurate glasses, unable to appeal Moore J Owen 00-N 2320. P10 + Medical malpractice without glasses didn't read Montez Plan till attorney provided This is Cronic Denial of Equal Access to legal access. Bifocal. 2 hours on ADA. Review Saturday Motrin before, after 2HR severe pain, more Motrin, pain for 24 hours. Now 48 hours later debilitating pain. This Cronic denial of Disability + Accomodation is Deliberate to Deny legal access. Moore sit in law library till 96, taken reading + distance, now bifocals since 2004, No legal to painful. Per 3 suit. 20-400 vision, go without glasses! Dismissed MDT. 2nd no legally blind, by glasses Dismissed 2nd. The 21 months no glasses. All Expert + personal knowledge Bifocals Debilitate, Exposure 20-500 vision + Injury prettiest legal blind standard. For Disability. Denied Equal Access to Legal. Violated Montez Plan Part X (5). Remedy Do obvious.

DATE: 10-29-07    OFFENDER SIGNATURE Stephen Moore  B-4-12

DATE RECEIVED: 11/5/07    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER Adrienne Jackson 14899

RESPONSE

**SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
11-26-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Adrienne Jackson |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability

| DATE: 10/30/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Moore T. Moore 3829 |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: 11/30/07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

NOV 0 5 2007
Office of Correctional Legal Services

RECEIVED
11/26 CS
RECEIVED NOV 0 1 2007
Holst

P

DC Form 850-04A

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C507/08-370   STEP (Circle One) **1** 2 3   ADA? Yes ☒ No ☐

NAME: Stephen Moore   DOC NO. 57381   FACILITY CSP B-4-12

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Administrative methods of Discrimination, ADA, Montez noncompliance. By law various forms of discrimination against Disabled Impaired are prohibited. USC.42, 12102(i). CSP is expert & continual in creating means to violate. Per 1 PR glasses, 3 years between eye exams on 7-31-02, optometry exam, Oct 16 00, DR referral, grievances, ambulatory, law suits 1996 till now 2-24-97. CSP claims "plan was for him to have 2 pair of glasses, however this will not happen in CSP due to policy" "Allowed only 1 PR glasses" "cannot be approved". This systemically restricts medical diagnosis & prescription, or codified medical standards, precluding medical judgement & variation according to patient needs. State medical codes. CRS 12-38-111.6. Moores vision is 20-500 "20-800" with injury 7-9-07 optometry exam, He taken painkillers to vision pain 1997 till 2007, He has 2-6 hours a day vision constant eye strain & vision pain. 20-400 is 89% vision loss, General opthamology table I p398. 20-60 corrected low vision. Academy of opthmology, injury 109 Impairment DR opthamology, Pg 67. By CSP Doc, as Moore isn't legally blind he isn't impaired using ACB Montez, Directing Legal Blind to "Placement" a direct ADA Method of Discrimination by general denial of Disability, False standards, Disability 20-200 legal blind, Denial by policy 1 PR glasses, eye exams every 3 years, Promotes general & specific denial, Discrimination. ADA 12182 (B) (1) (A) (i) prohibits general prohibition. Stop administrative methods of denial, by 1 PR PR glasses, False standards of Disability.

DATE: 11-6-07   OFFENDER SIGNATURE: Stephen Moore, B-4-12
DATE RECEIVED: 11/9/07   RESPONDING DOC EMPLOYEE, CONTRACT WORKER, VOLUNTEER SIGNATURE & ID 14299

RESPONSE

**SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
11-26-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Adrienne Jacobson 14299 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: 11-7-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # K. Moore 3829 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections to this grievance. |
| DATE: 1-30-07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore 57381 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"   NOV 1 9 2007
Page 1 of 1

RECEIVED NOV 1 4 2007
Office of Correctional Legal Services

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number D-CS 07/08-371       STEP (Circle One) (1) 2 3       ADA? Yes ☒ No ☐

NAME: Stephen Moore    DOC NO. 57381    FACILITY B-4-12 CSP

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Request accomodation of medical unassigned per Colo Statue 17-20-114.(5)(A). + Montez XXVII A,B, unable to perform 'will be designated as medically unassigned, per Moore's 20/500 vision + injury per 20/500 7-9-07 optometry. Painkillers 97 to 2007. Constant vision pain now 2-6 hour painful vision + pain. Moore requests medical unassigned despite not legally blind per placement of Montez V (A)(3). Last program cognitive thinking doing program would cause disabling pain day done + the following day. Moore has done programs assigned prison life skills 2 certificates - crime impact - 6 class addictness 1 certificate. Per doing over causes needless pain + suffering, increases debility, leaves laid in. The pre unit caused such anxiety per extensive vision use to cause mental problems.

Per 20/500 vision, injury, see grievance re effect of injury more important than 20/500 vision. Vision duration down to 2-6 hour a day. Request permanent 'medical unassigned' per Colo. law + Montez.

DATE: 11-7-07    OFFENDER SIGNATURE: Stephan Moore B-4-12
DATE RECEIVED: 11/19/07    RESPONDING DOC EMPLOYEE...

RESPONSE:

**SEE ATTACHED RESPONSE**
Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
11-26-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 11/26/07    SIGNATURE/PRINT NAME & DOC EMPLOYEE...
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: DISABILITY CS
DATE: 11-7-07    SIGNATURE/PRINT NAME & DOC EMPLOYEE...
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 11-30-07    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

RECEIVED NOV 1 4 2007
RECEIVED NOV 1 9 2007

Attachment "A"
Page 1 of 1

Office of Correctional...