In the United States District Court of Colorado

Civil. 92-N-870

Case # C-002

Jesse Montez

Class Member Stephen Moore

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2008

GREGORY C. LANGHAM
CLERK

Motion to Obstruction of Court Access, Request Injunctive Relief. In addition to denying reading glasses

There is systemic obstruction of court access and all ADA process. Denial of copies, case law, and refusal to answer grievances

(1) Recent court motions, law library refused to copy step II ADA grievances # 07/08 D-CF 287 to ADA denial and 288 medical malpractice. With vision impairment this obstructs court access. See Montez pg 15: case manager refused copy.

(2) Refusal to copy step II ADA grievances, looses record of attempts to resolve. Documentation of systemic obstruction as Moore has not had a single step II grievance answered. See # 4 'Systemic violation motion' grievances filed rote denial. And pg 2 step II grievances filed with answer evidentiary support. Denial of response + copies to document.

(3) The law library refuses to allow copies, base legal access to disability law. By basing law library

(1)

Call Request on single item ID 42 USC 12101 on 10 items a week.

Prisoner cannot order <u>42 USC Chapter 126.</u>

A.D.A. Title 12101 to 12189 in WHOLE

Prevented Access to Disability Statues in whole

42 USC  12101 to 12189   Chap 126
                            88 Parts
Colorado Title 27-10-101 to 129  Art 10.
<u>Mental Illness Rights.</u>
                            18 Parts

USC. 42 USC. 10801-10851.  <u>Protection of Mentally Ill</u>
                50 Parts

Piece meal ordering. 156 parts at 10 items a week would take more than 15 weeks and person would have no opportunity to order any other legal material.

Moore with vision impairment + mental problems, is obstructionist, arbitrary, administrative methods of discrimination.

Cumulative denial of copies, refusal to answer grievances, obstruction of library copies.

Discriminates Moore with failing vision + mental

Sworn day of 29th of April 2000 /s/ Stephen Moore

certificate of service
copy sent to Attorney
General Office
1525 Sherman /s/

Stephen Moore 52301
Box 600 B-29
Canon City Colo
81215