United States District Court
for District of Colorado
Civil Action No. 92cv00870 EWN

Jesse MONTEZ (deceased)
L.R. MOORE (pro se)
Plaintiffs

v.

Bill OWENS, et al
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 08 2008

GREGORY C. LANGHAM
CLERK

## Notice Of Appeal

Plaintiff Moore, in the interests of timeliness and judicial economy, hereby gives his Notice of Appeal of this Court's 28 III 08 Order for grounds stated in accompanying Motion To Reconsider Order.

To summarize Order and Motion, the relief ship has sailed away without providing intended relief as it was hijacked by Defendants, yet the District Court is unwilling to even denounce the piracy.

Plaintiff, having given Notice, is awaiting response from this Court Notice and on Motion, for 30 days, before filing Appeal.

Respectfully submitted this 7 day of May 2008 by Plaintiff Moore pro se undersigned.

L R Moore 47702
Box 777
Cañon 81215