

Colorado Department Of Corrections
Name: L. Moore
Register Number: 62962
Unit: E31
Box Number: 309
City, State, Zip: Canon 81215

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY - 8 2008
GREGORY C. LANGHAM
CLERK

92cv870-EWN
Clerk
Dist Court for Colo
U.S. Courthouse
Denver 80294

DOC #

OFFENDER LAST NAME

INT

ID #

INT

DATE REC'D

STAFF LAST NAME

FACILITY