IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant L. R. Moore

## ORDER

Kane, J.

This matter is before the court on the various motions of L. R. Moore to Add Defendants (doc. #3137, 3138, and 3140), filed January 9, 2008. This case is currently in the final phase, that is the processing of claims under the settlement agreement. The time to add defendants has long since passed. That ship has sailed Mr. Moore. The motions are denied.

Dated:   March 21, 2008

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Moore.

United States District Court
for District of Colorado
   Civil Action No. 92cv00870EWN

Jesse MONTEZ (deceased)
L.R. MOORE (pro se)
       Plaintiffs
v.
Bill OWENS, et al
       Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 08 2008
GREGORY C. LANGHAM
CLERK

## Notice of Appeal

Plaintiff Moore, in the interests of timeliness and judicial economy, hereby gives his Notice of Appeal of this Court's 28 III 08 Order for grounds stated in accompanying Motion To Reconsider Order.

To summarize Order and Motion, the relief ship has sailed away without providing intended relief as it was hijacked by Defendants, yet the District Court is unwilling to even denounce the piracy.

Plaintiff, having given Notice, is awaiting response from this Court Notice and on Motion, for 30 days, before filing Appeal.

Respectfully submitted this 7 day of May 2008 by Plaintiff Moore pro se undersigned.

   L R Moore 47702
   Box 777
   Cañon 81215



