To whom it may concern:                    92-W 870-

          This letter is to appeal the judgement of the special Master in my montez claim. The claim # is 03-421. I was told in the motion sent to me that I could object the ruling to this court on or before June 9th, 2008. Can you tell me what I need to do to file this objection and what paperwork I need to file and if I need my medical file to assist me in this objection. I will be going out on parole on May 15th, 2008 so please mail me at the following adress. Jared Whorlow 12526 W 8th pl. Golden co 80401. Thank you for your time and attention to this matter.

                              Sincerely
                              Jared Whorlow

Jared Whorlow #112523
12526 W 8th pl.
Golden, CO
        80401

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 13 2008
GREGORY C. LANGHAM
CLERK