In the United State District Court for
the District of Colorado

Civil Action No. 92-cv-870 'OES' Consolidated
Purposes with Civil action No. 96-N-343
Jesse Montez, et. Plaintiff,

-Vs-

Bill Owens, et al. Defendants.

Claim No. 03-243 Category III, Claimant: Eugene
Navarro, #83708

Motion for objection for the order filed
Date January 23rd of 2008.

This matter comes before Judge Nottingham and
Kane. This claim has been aissgned to Category
III. The Settlements agreement and evidence,
medical records and witnesses States as follows:

Statement of facts:

MR. Navarro come into Doc custody in August,
of 1994 He was place at the Denver reception and
Diagnostic Center (DRDC) for two weeks. He then
was tranferred to the Camp at the Buena Visa
Correctional Complex (BVCC) in Buena Visa Colo.
In 1995 Claimant was transferred to a community
Placement. Claimant was place in 'intesive Supervised
Parole (ISP) but that was revoked in 1997. Claimant
was place at the Arkansas Valley Correctional facility
(AVCF) in 1997. He remained there until November 18, 2008
When he was transferred to SCF.

1.

"A" Mr. Navarro purports to be member of the "Montez class." His initial claim form alleges he is vision, diabetes and mobility impaired. The objection is mention on facts that Mr Navarro has been denied. And pain and suffering is still affecting.

On January 3 of 2008 an accommodation resolution application for injuries that have crippled and worsened my health and well being as a Hispanic Doc Inmate. While in the care of unproperly trained and unlicensed Shaff Joann Stock as PA., at the Sterling Correctional Center.

"B" On March 23 of 2008 during a visit with PA. Joann Stock, conclusions were made in regards to my complaint were very severe pain and liver problems over the years my complaint is these conclusions were made by unlicensed medical doctor and have no "facts" or proper testing were made into fabricated results. Is this common practice by Doc medical staff, or is it just the way Hispanic Inmates are discriminated against when they raise a question or cannot pay for medical treatment due to medical indifferances

2.

"C" On April, 3 of 2008 for chronic care, Once again I painfully had to walk over to medical bld, and Complained to Pa. Joann Stock that I had pain running thrue my shoulder left side and spine along with "Sores" and Blisters on my feet" due to swelling and weight distribution and forcibly had to walk back to my unit, I., which been asking for a "Cane" which was denied causing me a great of severe pain and has continuely continue been a factor in my daily life. The mobility impairment, vision impairment and hearing impairment as well as for diabetes defenesly present condition. The disabilities limit a major life Activity.

"D." Objection and Arguement:

1. "Hearing loss" Navarro request, claim proper testing this claim has been raise to AIC and to Doc medical because it has gone worse and the only treatment was to denienal with-out treatment or testing, when the claim is raise bring to they tention medical staff should at least conduct a proper testing from them. please see Deshancy V. Winnebago County Dept. 499 U.S. 189, 2000, 109 S.Ct. 998, 103 L.Ed.2d 249, 1989. and Dware V. City NY. 985 F.2d 94, 96, 2d Cir 1993. It the right of the Doctor porform proper medical treatment or testing and Navarro's Right to complaint it medical is no being done or treatment, see ADickes V. Kress, CO. 398 U.S. 144, 90 S.Ct. 1598, The Act of 42 U.S.C.§ 12013.

3.

2. Mobility impairment ankle both feet most right foot is where is the most pain severe, walking back and to chow have crippled and worsened my health, and my injuries back spine, knees and fracture heel right foot kept rolling causing more pain for not use proper shoe, or cane to "relief severe pain". This complaint has been brought to Sterling's medical staff attention when they know that if cane and specialized orthotics for shoes is provided the pain and foot's swelling along with others impairment injuries would be relief. There is no reason Mr. Navarro to be suffering from his "impairment injuris conditions, all medical staff to includes M.D. at D.O.C. medical Dept. establishes wrong actions, when is necessary to provide and treatment with the proper medical requirement to relief the pain, the denied done unnesessary, violate Mr. Navarro constitutionally due process of medical fundament Rights Act 42 §12101 § Mr. Navarro is protect by the American disabilities act 42 U.S.C. §12101 §, See Christain V. anthony medical Center Inc, CA. 7 1997., 117 F3d 1051, 118 S.Ct. 1304, 523 US, 1022, 140. led 2d 469, Also Americans with disabilities act. was enacted to eliminate discrimination against people with disabilities and to create cause of action for qualifed people who have fared discrimination the Congress did not or will not intend to change obligation imposed by unrelated statute in interest

4.

of Torrance with App, 1994, 522 N.W.2d 243, 187 wis2d, its the only right for Navarro to request relief from Sterling medical Dept. And shall not be violated or any of his rights statutory or constitutional Rule regarding to medical needs, specail when medical staff and M.D. are "aware" of his pain and medical records. If discrimination is conduct or medical indefferance is perform from medical M.D. or staff, than Navarro is entity shall be liable for his suffering and severe pain. Mr. Navarro, No need to prove that he is disabable, the records that has taken place since 1987 to 2008 and the medication that is provide but is not doing well because pain from foot both back is effective his mobility, and those impairment, can not enjoy the norman life activity as others can do. Navarro is only seeking for Relief from his pain a Cane and specialized orthotic shoes, will help some if they are provided. Is well admitted from medical Dept. Sterling that the proper treatment are not given. Navarro admits that because of the staff PA. Joann Stoek and others, these conclusions are being made by unlicensed medical's Doctors.

5.

and have no facts or proper testing were made into fabricated results. There evidence that is required to present Navarro's case is provement by his records and evidence on his feet swelling, ankle heels fracture see, Exhibit "A" shows that the heel right side been fracture in 1987 and its never heel proper and the results of that is that Arthitis and severe pain that goes along upper to hip cause to crippled, swelling, blisters, numbness lacking in sensation especially from standing walking long distance or short distance or any mobility. The result are much severe Navarro has not yet been denied access to any Jobs because he has not yet have apply for a real Job that requires 8 hour standing or moving side to side and others. But has been denied from Doc. and Motez's program that Navarro is qualified. Navarro's Complaints along with his impairment injuries ankle foot right, heel, shoulder left, Back Spine, Vision and life activities that he cannot able to profoum any more, carrier that until death. Navarro have lost his case because he could not presented his case to your Courts well enough because being Hispanic and inmate from Doc.

6.

Conclusion:

Navarro with the respect to your Court. Over the years due to improper care and staff ignoring my complaints and denial of such has slowly deteriated my health and mobility and therefore violating my 8th, 14th Amendment medical due process. I simply ask that licensed medical staff review and examaine my current situation and not ignore past facts that were submitted for a cane orthopadic shoes and kneebrec, its really not rocket serience! Just proper treatment of a human being, or is proper medical treatment set aside for those who can pay for comforts. Simply is the question? Conclusion? or facts! My pain has doubled since 1987 and worsenses every-day!

Therefore I pray for your Judgement to be reasonable and stepping into my shoes for a moment when there been Doctor from Doc. and provide Doctor that my life would lasted 1 to 2 years, you have a wonderfully day and your family from my respect.

Eugine [signature]

Address to U.S. District    5-12-2008
Court 901, 19th St.
Denver Colo, 80294.

7.

LONGMONT UNITED HOSPITAL
Longmont, Colorado

PATIENT: NAVARRO, Eugenio J.
HOSPITAL NUMBER: C-26816
ROOM NUMBER: 166B
ADMITTED: 01/26/87
DISCHARGED:
PHYSICIAN: P.D. Ceriani, M.D.

HISTORY AND PHYSICAL EXAMINATION

ADMITTING DIAGNOSES:
1. Calcaneous fracture, right heel.
2. Cocaine addiction.

SUMMARY: The patient is a 30-year-old male who states he was using Cocaine and has for a long time. He allegedly stepped off some steps down to the heel, had immediate pain and fractured his heel. He was brought to the LUH ER disoriented, with pain and obvious heel fracture.

PAST MEDICAL HISTORY: Essentially unremarkable. Works for the Coors Company. Apparently he has had drug problems off and on for quite some time. Presently he has been in some sort of treatment program, but the specifics of which are unknown to me.

REVIEW OF SYSTEMS: I have carefully reviewed the systems and find no gross abnormalities.

PHYSICAL EXAMINATION

GENERAL: The patient is somewhat confused. He appears dazed.

HEAD: EOMs intact. PERRLA. TMs clear.

NECK: Supple. Full range of motion. No pain.

CHEST: Breath sounds are equal. No rales or rhonchi.

CARDIAC: No murmurs noted.

ABDOMEN: Soft. Bowel sounds active.

GU: Negative.

ORTHOPEDIC: Examination of the right heel confirms a massive amount of swelling, obvious heel calcaneous fracture. Neurovascular is intact.

TREATMENT PLAN:
1. Patient is admitted for CAT scan to determine the fracture phantom.
2. Suspect closed treatment.
3. Psychiatric evaluation for detoxification.

P.D. Ceriani, M.D./bsl            D&T: 01/29/87