IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al.

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

BILL OWENS, et al,

      Defendants.

Re: Claimant L. R. Moore, Claim number 03-030

## ORDER TO CURE DEFICIENCY

Kane, Senior Judge

      Interested Party, L. R. Moore submitted a Notice of Appeal on May 8, 2008. The court has determined that the document is deficient as described in this order. L. R. Moore will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___  is missing affidavit
      ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___  is missing required financial information
      ___  is missing an original signature by the prisoner
      ___  is not on proper form (must use the court's current form)
      ___  other_____

Accordingly, it is

ORDERED that L. R. Moore cure the deficiencies designated above within 30 days from the date of this order. Any papers that L. R. Moore filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to L. R. Moore, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if L. R. Moore fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15th day of May, 2008.

BY THE COURT:

s/John L. Kane
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO