**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | May 15, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

L.R. Moore
Colorado State Penitentiary
P.O. Box 777
Canon City, CO  81215-0777
#47702

**RE:**   08-1175, Montez v. Owens, et al.,, et al
Dist/Ag docket: 1:92-CV-00870-EWN-OES

Dear Appellant:

This appeal was docketed today.

Attorneys for parties must complete and file an entry of appearance form within 10 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

The $5.00 filing fee and $450.00 docket fee were not paid to the district clerk when the notice of appeal was filed as required by Fed. R. App. P. 3(e). Unless the fees are paid to the district clerk or an application for leave to proceed without prepayment of fees is made to the district court, within 30 days of the date of this letter, this appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Jess Alexander Dance
Jennifer Susan Huss
Robert Charles Huss
Elizabeth H. McCann
James X. Quinn
Jennifer L. Veiga