IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-130
Category III
Claimant: David G. Bryan, #59182
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on motion for order of damages payment filed by Claimant.[1] Copies of the motion will be provided to counsel for Defendants and counsel for the Class.

Claimant was awarded $2,000 as damages on his claim. His motion requests that this money be placed into a bank account at the 1st Bank of Douglas County or provided to friends. Claimant specifically requests that this not be deposited in his DOC offender account.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including **May 12, 2008** in which to file a response to this motion; and

IT IS FURTHER ORDERED that Defendants shall not deposit the damage award into Claimant's offender account until further order of the Special Masters or one of the District Judges.

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

SIGNED this 21st day of April, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*
By:_____
                Richard M. Borchers
                Special Master