IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-211
Category III
Claimant: Matthew Mounts, #66276
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on two letters from Claimant.[1] Copies of these letters will be provided to counsel for Defendants and counsel for the Class. Both letters and accompanying documents will be treated as motions.

The first letter from Claimant alleges that he has not received the $200.00 that was awarded to him in the final adjudication of his claim. He also alleges that he has been the victim of retaliation.

The second letter alleges retaliation concerning Claimant's hearing aid. He further has alleged that he has been threatened with write ups because he does not have his hearing aid.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including **June 9, 2008** in which to file a response to these two letters.

SIGNED this 21st day of April, 2008.

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

BY THE COURT:

By: */s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master