IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

    Plaintiffs,

  -vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-218
Category III
Claimant: Stephen Moore, #57381
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on Claimant's document entitled "Evidentiary Support for Chronic Obstruction of ADA Montez Compliance." This document has been referred to the Special Masters for initial review. Defendants will be given a chance to respond to this document.

    IT IS HEREBY ORDERED that Defendants are granted up to and including **June 16, 2008** in which to file a reply to the motion of Claimant.

    SIGNED this 6th day of May, 2008.

                            BY THE COURT:

                            /s/ Richard C. Davidson

                            _____
                            Richard C. Davidson
                            Special Master