IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-346
Category III
Claimant: Scott Newcomb, #113874
Address of Claimant: 5989 Brandywine Court, Boulder, CO 80301

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant.[1]  Claimant has set forth sufficient facts to require the re-opening of his claim, as he was in custody when his hearing was held. A separate order will be issued setting a new hearing date.

IT IS HEREBY ORDERED that the claim of Scott Newcomb will be re-opened and reset for hearing by separate order.

SIGNED this 6th day of May, 2008.

BY THE COURT:

*/s/ Richard C. Davidson*
By:_____
      Richard C. Davidson
      Special Master

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.