IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
Judge John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al.
    Plaintiffs, as representatives of themselves and
    all others similarly situated in the class action,

V.

BILL OWENS, et al.
    Defendants.

---

Re: Claimant James P. Wylie, Claim Number 03-430

---

ORDER ?

---

I am sore I no undisad wot the Order wons
me to do. I git #1 Order frm BY THE COURT:
s/John L. Kane, SENIOR JUDGE UNITED
STATES DISTRICT COURT and I no undisad wot
John L. Kane is wong me to do.

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ORDER ? this 13th day of May, 2008 to the following:

Honorable John L. Kane
United States District Court
901-19th ST., Room A-105
Denver, CO 80294-3589

Office of the Attorney General
1525 Sherman, 5th Floor
Denver, CO 80203

A.A. Wylie #114060
May 13, `08