IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Willow I. Arnold, of the Office of the Colorado Attorney General, do hereby enter my appearance for the Defendants.

Respectfully submitted this 16th day of May, 2008.

JOHN W. SUTHERS
Attorney General

s/ Willow I. Arnold
WILLOW I. ARNOLD
Corrections Unit
Civil Litigation and Employment Law Section
1525 Sherman, 4th Floor
Denver, CO 80203
(303) 866-4500
Attorney for the Defendants

# CERTIFICATE OF SERVICE

This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 16th day of May, 2008 addressed as follows:

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

*Courtesy Copy To:*

Cathie Holst

s/ Darlene S. Hill