IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-0600

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on a Motion to Compel filed by Claimant dated January 31, 2008. A copy of this motion and the accompanying documents will be furnished to counsel for Defendants and counsel for the Class.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including June 6, 2008 in which to file a response to this motion.

SIGNED this ___ day of May, 2008.

BY THE COURT:

_____
Richard C. Davidson,
Special Master

1

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 16th day of May, 2008 to the following:

Mr. Kevin Mark Bretz
# 46584
SCF
P.O. Box 6000
Sterling, CO 80751-0600

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Ms. Paula Greisen
Ms. Jennifer Riddle
Attorneys at Law
King & Greisen, LLP
1670 York Street
Denver, CO 80206

*(signature)*