IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-272
Category III
Claimant: Roy Jack Pollard, #94894
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on a Motion Declaring On-Going Retaliation filed by Claimant dated March 12, 2008. The Special Master will treat this motion as a Motion for Relief. A copy of this motion and the accompanying documents will be furnished to counsel for Defendants and counsel for the Class.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including June 6, 2008 in which to file a response to this motion.

SIGNED this ____ day of May, 2008.

BY THE COURT:

_____
Richard C. Davidson,
Special Master

1

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of May, 2008 to the following:

Mr. Roy Jack Pollard
#94894
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Ms. Paula Greisen
Ms. Jennifer Riddle
Attorneys at Law
King & Greisen, LLP
1670 York Street
Denver, CO 80206

*(signature)*