IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-350
Category III
Claimant: Charles R. Stroud, #48629
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on a letter filed by Claimant on April 23, 2008, and later forwarded to the Special Master. Claimant did file a timely Objection to Final Order. The letter will be treated as a Motion for Clarification of Final Order. A copy of this letter and the accompanying documents will be furnished to counsel for Defendants and counsel for the Class.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including June 6, 2008 in which to file a response to this motion.

SIGNED this ____ day of May, 2008.

BY THE COURT:

_____
Richard C. Davidson,
Special Master

1

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 6th day of May, 2008 to the following:

Mr. Charles R. Stroud
#48629
CTCF
P.O. Box 1010
Canon City, CO 81215-0777

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

Ms. Paula Greisen
Ms. Jennifer Riddle
Attorneys at Law
King & Greisen, LLP
1670 York Street
Denver, CO 80206

*Susan L. Carter*