IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Case Number C-004
Category: C
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the motion to reconsider filed by Claimant L.R. Moore. Claimant raises issues related, in part, to his prior claim and issues related to the overall case.

On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved initially by the Special Masters.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including **June 23, 2008** in which to file a response to the motion; and

IT IS FURTHER ORDERED that Counsel for the Class shall be granted up to and including **June 23, 2008** in which to state the position of the Class as to the issues raised by Mr. Moore, including the issue of what jurisdiction exists for the Special Masters.

SIGNED this 14th day of May, 2008.

BY THE COURT:

By: */s/ Richard M. Borchers*
    Richard M. Borchers
    Special Master