IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-134
Category III
Claimant: Michael Stephen Forbes, #68650
Address of Claimant: JHCC, P.O. Box 548, Lexington, OK 73051

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on letters from Claimant that have been sent to the Court.[1] These letters have been referred to the under Special Master for review and formal action.

    Claimant filed a claim under the Remedial Plan. Claimant was successful on his claim and received an award of $500.00 as damages. The final order was issued on November 28, 2007. The time for filing an appeal by either side has passed.

    The office of the Special Masters contacted DOC Headquarters to determine Claimant's exact status in Oklahoma. The Special Masters were advised that Claimant has discharged his Colorado sentence. Apparently, Claimant is serving a separate sentence in Oklahoma. It does not appear that any continuing jurisdiction exists for this Court over Claimant.

    Claimant is advised that this Court has no jurisdiction over the correctional system in the State of Oklahoma. The Court has no power to appoint an attorney to represent Claimant. The real

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

question is what relief Claimant is really requesting.

Claimant will be given an opportunity to provide additional information to the Special Masters concerning his present status. If Claimant has not received his money from the final order of the Special Master, then that is something that this Court has jurisdiction over. On the other hand, Claimant will need to indicate why he believes this Court has continuing jurisdiction over him and/or over his claim.

IT IS HEREBY ORDERED that Claimant will be granted up to and including **May 28, 2008** in which to file a response to this order indicating what he is requesting and why he believes that the Court has continuing jurisdiction in light of the discharge of his sentence; and

IT IS FURTHER ORDERED that Claimant's request for appointment of an attorney is denied, as there is no provision in the Remedial Plan or under federal law to appoint an attorney on a civil case.

SIGNED this 25th day of April, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*
By:_____
Richard M. Borchers
Special Master