IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-344
Category III
Claimant: Jay H. Bailey, #103284
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant.[1] A copy of the letter will be provided to counsel for Defendants and counsel for the Class. The letter will be treated as a motion for judicial relief.

The letter alleges that he has not received appropriate accommodations. The letter sets forth allegations of what may be retaliation.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including **June 9, 2008** in which to file a response to this letter.

SIGNED this 21st day of April, 2008.

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

BY THE COURT:

By: */s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master