IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-430
Category III
Claimant: James P. Wylie, #114060
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the motion to appeal in part and clarification of final order of Special Master filed by Claimant.[1] A copy of the motion will be provided to counsel for Defendants and counsel for the Class.

The motion alleges that he has not received appropriate accommodations and his not received the glasses order in the final order of January 9, 2009. The motion further alleges that additional accommodations are necessary and have not been provided.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including **June 2, 2008** in which to file a response to this motion.

SIGNED this 21st day of April, 2008.

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

BY THE COURT:

By: */s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master