IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-430
Category III
Claimant: James P. Wylie, #114060
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's motion for oral hearing. The motion will be deferred pending receipt of Defendants' response to the initial motion.

IT IS HEREBY ORDERED that Claimant's motion is deferred pending receipt of Defendants' response.

SIGNED this 5th day of May, 2008.

                        BY THE COURT:

                        */s/ Richard M. Borchers*
          By:_____
                        Richard M. Borchers
                        Special Master