IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-430
Category III
Claimant: James P. Wylie, #114060
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's document that requests information on the status of his various motions. The Special Master would note that Claimant's appeal from the final order was resolved by Judge Kane on May 7, 2008.

Claimant's documents raise issues that will need to be resolved. Judge Kane has expanded the jurisdiction of the Special Masters. Judge Kane has directed the Special Masters to review and resolve pending motions unrelated to the compliance aspects of this case. Claimant's documents raise issues unrelated to his appeal and which will be resolved initially by the Special Masters.

IT IS HEREBY ORDERED that Claimant's unnamed motion is deferred until a response is filed by Defendants.

SIGNED this 13th day of May, 2008.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master