IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Case Number C-002 (formerly 02-128)
Category: C
Claimant: Stephen Moore, #57381
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on two motions filed by Stephen Moore. The first motion is denominated "Motion to Reconsider Denial of Disability by Wrong Standard of Review." The second motion is entitled "Violation Montez Plan X 5 Equal Access to the Courts."

    On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved initially by the Special Masters.

    Claimant has raised issues that warrant input from Defendants and counsel for the Class. Time will be granted to each office to state their position as to these motions. Included in any response should be an evaluation by counsel of whether the Special Masters have jurisdiction over either of these motions.

    Mr. Moore does not need to file anything further at this time. He will be granted time to respond to what may be filed by Defendants and counsel for the Class.

    IT IS HEREBY ORDERED that Defendants shall be granted up to and including **June 2, 2008** in which to file a response to these two motions; and

    IT IS FURTHER ORDERED that Counsel for the Class shall be granted up to and including

**June 2, 2008** in which to state the position of the Class as to the issues raised by Mr. Moore, including the issue of what jurisdiction exists for the Special Masters.

SIGNED this 23rd day of April, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*
By:_____
Richard M. Borchers
Special Master