IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number C-003 (formerly 02-517)
Category III
Claimant: Robert E. Quintero, #105549
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter from Claimant.[1] A copy of the letter, being treated as a motion, will be provided to counsel for Defendants and counsel for the Class.

The letter argues that Claimant has mobility issues. Claimant previously filed a claim form and had it adjudicated on June 20, 2006. The claim was denied. The new letter can be read as a motion to vacate the previous order. Defendants will be given a chance to respond.

IT IS HEREBY ORDERED that Defendants shall be granted up to and including **June 2, 2008** in which to file a response to this motion.

SIGNED this 21st day of April, 2008.

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

BY THE COURT:

By: */s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master