FILED
United States Court of Appeals
Tenth Circuit

May 16, 2008

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

RAYMOND ARTHUR PRICE,

    Interested Party - Appellant,

v.

BILL OWENS, et al.,

    Defendants - Appellees.

No. 08-1049
(D.C. No. 1:92-CV-00870-EWN-OES)

---

ORDER

---

This matter is before the court on appellee's motion to supplement the record. The motion is granted. The clerk of the court for the District of Colorado is directed to supplement the record on appeal with Doc. 528 (Order Approving Settlement); Doc. 536 (Settlement Agreement); Doc. 537 (Order Administratively Closing Civil Action); and Doc. 3127 (Final Order of Special Master).

    Entered for the Court,

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk