IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-260
Category: Untimely Filed Claim
Claimant: William Curtis Bebout, #125420
Address of Claimant: TCF, P.O. Box 2000, Trinidad, CO 81082

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of William Curtis Bebout. In the claim form, Claimant stated that he came into DOC custody on February 18, 2005. Since it appeared that the Special Master might not have any jurisdiction over the claim, a show cause order was issued to Claimant. That show cause order dealt only with the issue of date of incarceration in DOC.

Claimant has filed a letter requesting additional time to obtain his medical records. Nothing is mentioned concerning the date of commencement of incarceration. Claimant's page on the DOC Locator reflects a sentencing date of February 18, 2005 in Weld County. That is the same date listed on the claim form by Claimant. It is clear that Claimant was not in DOC custody on or before August 27, 2003. The request for additional time to secure medical records is denied, as those records are not relevant to the date of entry into DOC custody.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of

discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant came into DOC custody after August 27, 2003. The Special Masters have no jurisdiction over this claim. Claimant may file his own separate lawsuit concerning anything that has occurred since February 18, 2005. Claimant may not pursue his claim for the reasons noted.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 4, 2008.**

SIGNED this 12th day of May, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master