Senior Judge John L. Kane  
Alfred A. Arraj U.S. Courthouse A838  
Courtroom A802  
901 19th Street  
Denver, CO  80294-3589

Daniel Thiebold  
#131076  
FLCF/5  
Box 1000  
Ft. Lyon, CO  80138

5-18-2008

In Reference to MONTEZ at FT. Lyon Correctional Facility

92cv-00870-EWN

Your Honor:

Enclosed is a copy of my "Functional Ability Questionnaire" type written the best I can.  I send it to you so that you will have a copy if the original mysteriously disappears on its way to the CDOC AIC Cathie Holst.

We constantly run into some kind of road block or our paperwork disapears and never gets filed.  It's hard to tell because it takes several months before anything gets an answer.

The AIC already received an exhaustive report in the Request For Accommodations that I had submitted 3 months ago. It contains the same information as this questionnaire and Much More.

Please advise your receipt of this letter so that I do indeed, know, that you received it.

Respectfully,

Daniel Thiebold

Daniel Thiebold

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO

MAY 2 0 2008

GREGORY C. LANGHAM  
CLERK

Rcvd. 5-16-08

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# MEMORANDUM

TO: Daniel Thiebold, #131076
FLCF

FROM: Meghan A. Reed, Designee
Office of the AIC (ADA Inmate Coordinator)

RE: ADA Process

DATE: May 9, 2008

---

This is to notify you of the status of your request for ADA accommodation:

☐ Your Request and/or Release were improperly completed.

☐ Your Request is not specific enough to identify your disability and/or the accommodation you need.

☐ The information provided on your Request is incomplete.

☐ Your Request is unsigned.

☐ You have filled out the Verification portion of the Request.

☐ Your Release has been edited.

☐ You failed to submit a properly completed ADA Medical Release.

☐ You must submit the ORIGINAL Request and/or Release to the AIC.

☒ You failed to submit a properly completed Functional Ability Questionnaire to the AIC.

Please properly fill out the Request and/or Release and return them by inter-facility mail to:

**AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906**

Your request for accommodation will not be processed until these forms have been properly submitted.

Thank you.

Cc: AIC File

## FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: ___Daniel Thiebold___ DOC #: ___131076___

### Section 1: Programs

1. What is your current program or job assignment? Please be specific and list your main duties.

   I am currently Medically Unassigned and have been for several years due to my disabilities and medical condition.

2. What programs do you need?

   None.

3. What is your prison employment history?

   None.

4. What was your employment on the street?

   Licensed chef.

5. What do you do for recreation?

   Nothing.

6. Do you currently have a hobby permit? If so, what do you do?

   No.

7. Can you access your religious services? If not, why?

   NO. There is usually some "secret list" that you must sign up on in order to attend some of the Christian Services here at Ft. Lyon. Many of us are often refused admittance when trying to attend.

8. Are you able to use the general and law libraries? If not, why?

   Yes.

### Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area? If not, why?

   NO. Because we are not allowed to have a bowel movement during a visit or the visit will be terminated. My medical condition requires that I have access to a restroom, for a bowel movement, at any time.

2. Are you able to access other areas of the facility (chow, programs, medline, etc.) and get there on time?

   NO. There is often not enough wheelchair seating available in the chow hall. Also, at med-line, the outside doors to the lobby are left open to the cold outside air and staff refuse to close them. I have only one lung and cannot afford to catch pneumonia.

3. Are you able to access all areas of your cell, bathroom and dayhall? If not, describe why.

   NO. One of the toilets in this six-man ADA cell is way too low to access and the handrailing for it is out of reach.. This leaves only one access-able toilet for six men to use and only if it works. Recently, it took Maintenence a full **six days** to respond to a work order to unplug it. A 5 minute job.

4. Are you able to use the CIPS phone on your unit? If not, why?

   Yes.

### Section III: SECURITY

1. Are you able to respond to orders during an emergency without delay?

   NO. It takes some time to respond to emergencies because the handicapped are slower than the ablebodied and cannot be in a state of readiness at all times. Nor can we hurry without falling.

2. Do you have any problems curing transport?

   YES. When handcuffed I cannot reach out to steady myself during vehicle manuvers. When cuffed I cannot use the urinal (diuretics). When cuffed I cannot access my Nitroglycerene Meds. Often, I am not sucured with a belt properly, and almost get thrown from the wheelchair.

3. Do you have any problems with other security procedures, for example, restraints, searches, count, etc?

   I cannot stand for count. My left wrist bones are fused making cuffing painful. Staff tries to force it anyway. Strip search areas have only cold concrete benches (violating MONTEZ). Transport staff are oblivious to the needs of the handicapped.

4. Do you wear a prosthesis? If so, what?

   No.

### MOBILITY

1. Do you use a wheelchair or other assistive device? If so, shat?
   Wheelchair--oxygen generator--oxygen bottle--wedge pillow--urinal--wash basin                                                                 (YES)    NO

2. Do you require assistance with your activities of daily living? In What way?
   I need a wheelchair pusher, assistance making bed, cleaning personal area, retreiving laundry, reading bulletin board, reaching things on the floor, etc.                                  (YES)    NO

3. Are you currently assigned to a handicapped cell?                         NO

4. Do you require any specialized equipment in your cell?                    NO

5.  Are you assigned to a handicapped table in the chow hall?    YES    (NO)

6.  Do you need someone else to assist you in an emergency?    (YES)    NO

**USE THE SPACE BELOW TO ADVISE ME OF OTHER MOBILITY NEEDS YOU HAVE:**

I need a locker box stand to raise it off the floor for access. I need a long handled brush because I cannot reach my back with my bone fused arm.

1.  Do you wear glasses?    YES    (NO)

2.  Are you able to see at all?    (YES)    NO

3.  Are you completely blind?    YES    (NO)

4.  Are you able to read with a magnifier?    (YES)    NO

5.  Do you understand and use Braille?    YES    (NO)

6.  Do you need someone else to assist you in an emergency?    (YES)    NO

7.  Are you able to see better if you sit in one particular area of the room?    (YES)    NO
    If so, where?  Next to a window with natural light.

8.  Do you need special assistance from a parapro in programs?    YES    (NO)

9.  Do you require assistance with your actifities of daily living?    (YES)    NO

**USE THE SPACE BELOW TO ADVISE ME OF OTHE VISION NEEDS YOU HAVE:**

I have no depth perception. I have an artificial lense in my right eye. I cannot see in low-light conditions. I am also sensitive to bright sun light and need sunglasses. The bulletin boards are too high and the print is too small.

**HEATING**

1.  Do you wear a hearing aid?    YES    (NO)

2.  With your hearing aid poerational, are you:
    a. Able to hear a speaking voice?    N/A    YES    NO
    b. Able to hear a PA announcement?    N/A    YES    NO
    c. Able to hear the fire alarm?    N/A    YES    NO
    d. Able to hear instructions from a teacher or supervisor?    N/A    YES    NO

3.  When your hearing aid is **not** operational, are you:
    a. Able to hear a speaking voice?    N/A    YES    NO
    b. Able to hear a PA announcement?    N/A    YES    NO
    c. Able to hear the fire alarm?    N/A    YES    NO
    d. Able to hear instructions from a teacher or supervisor?    N/A    YES    NO

4. Do you read and write English? **(YES)** NO

    a. Do you read and write another language?
       If yes, what language? YES **(NO)**

5. Do you understand and use ASL? *What is an ASL?* YES NO

6. Do you require telephone amplification on CIPS phone? **(YES)** NO

7. Do you require the use of a TTY? *What is a TTY?* YES NO

8. Are you able to hear better if you sit in one particular area of the room? YES **(NO)**

9. Do you need special assistance from a parapro in programs? YES **(NO)**

10. Do you need someone else to assist you in an emergency? **(YES)** NO

11. Do you need close-captioned TV and videos? YES **(NO)**

**USE THE SPACE BELOW TO ADVISE ME OF OTHER HEARING NEEDS YOU HAVE:**