IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-870(OES)(Consolidated with Civil Action No.96-343)

JESSE MONTEZ, et al.
    Plaintiffs,

-vs.-

BILL OWENS, et al.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2008

GREGORY C. LANGHAM
    CLERK

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 310 N. Murray Blvd.#305, Colorado Springs, Co 80916

**MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

    **COMES NOW:** The Claimant and his Motion for Status as states above, and acting pro se in this matter. Claimant states the following,

    On December 18th, 2007, this Honorable Court made Final Order of The Special Mater, and advised all parties if so file an objection to the order pursuant to Federal Rule of Civil Procedure 53(g)(2) to the Clerk of Court **on or before March 8, 2008.** So ordered by the Court.

    On February 25th, 2008, the Claimant did file CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER ORDER OF SPECIAL MASTER.

    To the date of the filing of this motion, the Claimant has not received a response from the Defendants or this Court. It has now been seventy four (74) days since the filing of said motion.

    WHEREFORE: Claimant request the status of his filed "CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER OF SPECIAL MASTER" dated on February 25th, 2008, to this Honorable Court, and Attorney General.

Respectfully submitted this 9th day of May 2008.

*Lawrence R. Warfield*
Lawrence Robert Warfield

### CERTIFICATE OF MAILING

I hereby certify that I have mailed a true and correct copy of the foregoing **MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER** by U.S. mail first class pre-paid address to the following; On this 9th, day of May 2008.

Clerk of Court
The United States District Court
901  19th Street
Denver, Co 80294

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Co 80203

*Lawrence R. Warfield*
Lawrence R. Warfield
310 N. Murray Blvd. #305
Colorado Springs, Co 80916

(2)