1.

UNITED STATES DISTRICT COURT
901, 19th street
Denver, Colorado, 80294


RE: MONTEZ, et al,. Vs. OWENS, et, al,.

Claim Number # 03-272

---

Civil Action No. # 92-N-870 (OES). (Consolidated for all purposes
with Civil Action No. # 03-N-343).

---

JESSE (JESUS) MONTEZ, et al,.

    Plaintiff

Vs.

BILL OWENS, et al,.

    Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2008

**GREGORY C. LANGHAM**
          **CLERK**

---

Claimant: Roy Jack Pollard, Reg. Number # 94894
Claim Number # 03-272
Category, III
Address of Claimant.
CTCF # 3, P.O. Box # 1010
Canon City, Colorado, 81215-1010

---

## NOTIFICATION OF FURTHER MEDICAL"S ON GOING
## RETALLATION, DELIBERATE INDIFFERENCE, AND CRIMINAL NEGILGENT

---

On March 27, 2007, the Claimant, Roy Jack Pollard, attended
a federal hearing, before Judge "Richard C. Davidson," as
Special Master. In his Fanal Order, Judge "Davidson", on the
26th day of December, 2007, awarded the Claimant, $700.00
for seven years of inconvenience. Thereby leaving out the
claims of **VISION**, Disability/Impairment, **MOBILITY**, DisABILITY/
Impairment, and **DIABETIC**, disability/Impairment. On Febtuary
19, 2007, the Claimant filed under Federal Rules of Processer,
Rule # 53. Stating that the award was Inadequate, Insignificant,
and unexceptable. However the Claimant filed the motion to
the Special Masters for the United States District Court,

2.

**UNITED STATES DISTRICT COURT**
**901, 19th Street**
**Denver, Colorado, 80294**

Court For The District Of Colorado, Legal Resolution Center, 7907 Zenobia Street, Westminster, Colorado, 80030-4444. However, in reponse I received my copys stamped "Received Febember 29, 2008," with a letter from Jufge "Davidson". Stating that he had forwarded the Claimant's filing to the Cleck of the United States District Court, and asked the cleck to file the motion of the behalf of the Claimant. This letter was dated March 3, 2008.

Now to this motion at hand:

On April 21, 2008, I was bleeding from both /severely, (this *EARS* being the second time in two months.) I put in a kite to CTCF Medical unit, and went to the medical unit. met with the head nurse (Jackie McPeek) who refused to look at my ears and stated that she would make an appointment. She did eight days later April 28, 2008, to late to do this Claimant any good. She gave me some ear drops and would not let me see a M.D.

I put in an order for L-THYROXINE, a medication that I have taken for the last six or eight years, I ordered on April 11, 2008, and again on April 28, 2008, and again on May 7, 2008. On May 12, 2008 the CTCF Medical staff has never ordered it, It is not on their computer. (Proof avialable). The Retallation from the federal hearing of the March 27, 2007, has never stoped. I do not believe that the Colorado Department of Corrections is or should be above the law.

Respectfully Submitted this 14th day of May, 2008:

Roy Jack Pollard
Reg. No. # 94894
CTCF # 3
P.O. Box # 1010
Canon City, Colorado
81215-1010

CERTIFICATE OF MAIL

I, Roy Jack Pollard, do hereby swear that of this date I placed
a true and collect copy of the forgoing document in the CTCF
legal mailing system. With the collect postage and address
to the following:

United States District Court
901,  19th Street
Denver, Colorado
80294

Attorney, James Quinn
Attorney, Jess Dance
Office of Colorado's Attorney General
1525 Sherman Street
5th Floor
Denver, Colorado
80203

Special Masters
United States District Court
Colorado District
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado
80030-4444

Respectfully submitted this 14th day of May, 2008:

Roy Jack Pollard
Reg. No. # 94894