Michael R. Ingram
Reg. No. 43629
Sterling Corr. Fac.
POB 6000
Sterling, CO 80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 27 2008

GREGORY C. LANGHAM
                        CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSES (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

**PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE AN OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

---

    COMES NOW plaintiff MICHAEL RAY INGRAM, pro se, pursuant to Federal Rule of Civil Procedure 6, and moves for an extension of time of an additional 45 days up to and including Friday, July 31, 2008 in which to research, draft, type, arrange for photocopies, file and serve his "Objection To Final Order Of Special Master."

    AS GROUNDS HE SHOWS AND STATES:

1    February 5 Plaintiff received the "Final Order of Special Master" dated February 4 requiring him to file an objection on or before May 12.

2    May 1 Plaintiff mailed a motion for an extension of time of 60 days up to and including Friday, July 11 to file his objection.

3    The motion for an extension of time, incorporated by reference herein, presented two grounds: (1) illness, and (2) medication side-effects.

4    May 17 the Court issued an order granting an extension of only 30 days up to and including June 30, 2008.

5    The illness was charactrized as a "debilitating, persistent cough" that has prevented me from "do[ing] anything."

-1-

6       The "cough" is caused by a severe allergy that causes mucus to drain from the sinus cavity down the throat. The viscosity is so great it triggers a choking-cough akin to water "going down the wrong way."

7       The condition is so severe that the choking-cough occurs at least 100 or more times a day, resulting in extreme torson-muscle soreness and headache pain akin to that experienced at the height of flu.

       a) The torson-muscle soreness is so significant it causes me to stoop slightly while walking, causing calf-muscle soreness. It is painful to roll-over in bed, choke-cough, almost choke-cough, speak, and even breathe.

       b) The choking-cough finally caused such physical distress that I suffered painful hemorrhoidal swellings.

       c) At this juncture, the slight jarring as I walk causes acute pain in the left, pectoral-muscle.

8       After the April 17 and 18 letters, I was fianlly examined by a doctor on May 5 who acknowledged my severe allergy. He prescribed an antihistamine, an Albuterol inhaler for the lungs, a steriod inhaler to diminish the mucus flow that triggers the choking-cough reflex. The antihistamine has been available so sporadically it has no therapeutic effect. May 12 the Albuterol inhaler was delivered. May 17 the sinus inhaler, the most necessary item, was finally available for use. Unfortunately, it will take approximately 14 days of continuous use before any significant therapeutic effect is realized. Continued therapeutic benefit is contingent upon timely delivery of refills of each medication, especially the sinus inhaler.

9       My illness has been so severe and debilitating that I just try to stay awake for 12 hours so I can sleep for 12 hours.

10      The muscle-relaxer that expires June 6 will have to be discontinued if I try to prepare an objection.

11      The law library has an appointment backlog and research is slow and cumbersome because of limitations. For example, there are no Federal Practice Digests, only the Colorado Digest, without supplements. Only two cases can be ordered at a time. Sheperdization is not available.

## CONCLUSION

    Without the additional extension of time of 45 days any objection will be a superficial effort because of the severity of the illness, medication side-effects, and the time remaining before the deadline.

WHEREFORE, Plaintiff requests an order granting a second extension of time of 45 days up and including July 31 in which to research, draft, arrange for photocopies, file, and serve his objection currently due June 13.

Respectfully submitted this 22nd day of May, 2008.

Michael R. Ingram

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May, 2008 a copy of the foregoing motion was deposited in the U.S. mail, postage prepaid, addressed to: Office of the Clerk, U.S. District Court, 901 19th Street, Room A 105, Denver, CO 80294-3589 and logged in the Sterling Correctional Facility Outgoing Legal Mail in Sterling, Colorado.

Michael R. Ingram