IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Michael R. Ingram, Claim number 03-327

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is before the court on Michael R. Ingram's Second Motion for and Extension of Time in Which to File an Objection to the Final Order of Special Master (doc. #3428), filed May 27, 2008 The motion is **GRANTED**. Mr. Ingram has up to and including July 31, 2008 to file his objection.

Dated: May 28, 2008

Service of this order shall be made via NEF, with standard mailing to Mr. Ingram.