IN THE UNITED STATES DISTRICT COURT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
MAY 29 2008
GREGORY C. LANGHAM
CLERK

92-N-870   Claim C-002

JESSE MONTEZ

v   Class Member,
   Stephen Moore
v
BILL OWENS

Refused copy
OM 650-105
"Severely Mentally Ill"

MEDICAL MALPRACTICE, OBSTRUCTION OF A.D.A. BY DENIAL OF GRIEVANCE RESOLUTION.

MOORE REDRESSES The Systemic Violation OF ADA + MONTEZ XII Grievance RESOLUTION By Rote + complete DENIAL OF GRIEVANCE Process, STONEWALLING COURT ACCESS, Complaints To STATE MEDICAL EXAMINERS,

Evidence In Support:   GRV. #
DR + EXAM
DR JOSEPH WERMERS          CS 07/08   301        Each omit 2-6 hours TOTAL
Exam 9-29-04                                        Daily Vision, SEVERE
ADA DENIAL 10-19-04                                 Problems Bifocal Aggravating
                                                   INJURY, Painkiller 97-2007.

OPTOMETRIST MICHAEL H      D-CS 07/08  327.
           SAXERUD         'MALINGERING'           DENIAL MONTEZ XXVI
7-9-07                     CSPI 0768    36.         'Document NATURE And
DR Timothy P CREARY.       CS 07/08    334.        SEVERITY OF LIMITATION'
6-14-07
                                                   MALPRACTICE, RECORD
CHIEF MEDICAL OFFICER      CF 07/08    288.        KEEPING VIOLATION, OMMISSION
    PAULA FRANTZ                                   IMPORTANT FACT.

Rote STP I DENIAL,   SYSTEMICALLY DENIED STP II RESPONSE

(1)

HEAD NURSE, ADMINISTRATOR,    CS·07-08  359   ommitted no glasses
DISABILITY COORDINATOR.   CSP              DENIED AIL GLASSES, DESTROYED
     LYNN ERICKSON                    + ALTERED RECORDS, INACCURATE
                                      GLASSES, RETALIATION.

NURSE          EDWARDS   CCF 07/08 62  DESTROYED 1-29-08 OPTOMETRY
                              63       EXAM, TO 2-6 hour TOTAL
                                       VISION, PAIN. DEBILITATION By
                                       BIFOCALS, PRIOR RX 20/50
                                       PRESCRIBED HER VERSION OF CARE

PSYCHOLOGIST  JOHN STONER, CSP.  CS 07/08 93  VIOLATED 42 USC. 12101
                                              (A)(2)(5), + 12132
WARDEN JONES              CCF 07/08 87  ISOLATION + SEGREGATION
     SUSAN.                             OF MENTALLY DISABLED, HEALTH
                      LAWS 42 USC. 6010(2)  10802(3) TO
                                              PRISONS

THIS CHRONIC 10 YEAR DENIAL OF DISABILITIES ACT. EXCLUDES
CLAIMS VISION DISABILITY STARTS AT LEGALLY BLIND
     CLINICALLY TREATED  EXCUSES ADA COMPLIANCE
SYSTEMIC DENIAL OF READING GLASSES, BASIC STANDARD OF CARE TO
          POOR VISION
DIVERSE DENIAL OF CARE, RECORD KEEPING VIOLATIONS, By
OMMISSION OF MEDICAL INFORMATION, TO DURATION OF VISION
PROBLEMS. SYSTEMIC ADA OBSTRUCTION By DENIAL OF VERIFICATION,
DENIAL OF GRIEVANCE REVIEW. LOSS + ALTERED RECORDS.

②

ROTE DENIAL OF EXISTING GRIEVANCES, TOTAL REFUSAL TO ANSWER,

LATER GRIEVANCES, AND VARIOUS MEDICAL PRETEXT, ploy of

AND OTHER ADMINISTRATIVE MEANS OF DISCRIMINATION.

GRIEVANCE SUPPORTING EVIDENCE

EXHIBITS

CSP 07·08  121  MEDICAL COVER UP.        EX  A

CS  07/08   361  MALPRACTICE DR JOSEPH WERMERS      B

D-CS07/08   327  OPTOMETRIST MICHAEL H SAXENUEL      C

CS-07-08    334  MISSING MEDICAL RECORDS.       D

CF 07·08    288  CMO PAULA FRANTZ

CS · 07·08  389  ADMINISTRATIVE HEAD LYNN ERICKSON  E
                HANDWRITTEN TO TOTAL REFUSAL TO ANSWER STEP II

NURSE CF 07-08- 62,63  NURSE EDWARDS  ATTAREUS      F

CCF  07/08 - 93  MALPRACTICE JOHN STONER,          G

D- 07-08- 372. ADA SCREEN NATURE + SEVERITY  H, I, J  GENERAL
               OF LIMITATION'                        NONCOMPLIANCE

        I. MEDICAL DEPT NONCOMPLIANCE WITH ADA
        J. REFUSAL TO ANSWER GRIEVANCES.

ANY SEARCH FOR RESPONSE. SEE B+C ALL RESPONSE ROTE DENIAL

NO STEP 2 IN GENERAL.  SWORN  15TH  DAY  MAY  2008

   TO CRONIC NONCOMPLIANCE OF ADA  By STEPHEN MOORE

   OBSTRUCTION OF GRIEVANCE SYSTEM.

                                STEPHEN MOORE 57381
CONCURENT COPIES TO             BOX 600 B-2-9
COLO. ATTORNEY GENERAL.          CANON CITY COLO
   1525 SHERMAN ST               81215
   DN COLO 80203

   PERY + GRUBER LAW FIRM
   1670 YORK ST
   DN COLO. 80206

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive; Suite 148
Colorado Springs, CO 80906-4195
Phone:  719.226.4238
Fax:     719.226.4249

Step 3 Grievance Officer

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

February 28, 2008

RE: Grievance #CS07/08-121 (CCF)

Dear Mr. Steven Moore, #57381:

I have reviewed your Step 3 grievance that you filed with regard to eye exam and glasses.

Your grievance is filed out of time.  The time frame for filing grievances is outlined in Administrative Regulation 850-04. You have five calendar days from the receipt of a step response to file the next step.  You received the response to your Step 2 grievance on January 28, 2008 but did not file Step 3 until February 6, 2008.

*In addition, the grievance procedure is outlined in Administrative Regulation 850-04. In the definitional* section titled Remedy, it states in part that, "DOC staff discipline/reprimand ... as remedies, are not available to offenders."  In your grievance the remedy you seek is not available, therefore this grievance is denied.

You have failed to follow the grievance procedure in this matter; you have <u>not</u> exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

cc: working file
     grievance file
     Tom Kolle, Offender Records

1-28-08
S A

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number CSP· 07-08- 121          STEP (Circle One)   1   2   ③          ADA?  Yes ☐  No ☐

MEDICAL + ADA

| NAME Stephen Moore | DOC NO. 57381 | FACILITY CCF C-1-11 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: MEDICAL COVER UP. The Step I + II Support Cover up
The Evasion of Issues. See Step I + II. There is No Answer. This Follow
years of Incompetent medical care. That Seems Peltibente to Deny Vision Ca
Now Covers up. The loss of 6-07 Exam By Wright, Falsified 7507 Ro
To malingering, Denial of Grievance + Eye Exam, Denial of DR Exam To Eye
Injury, Refusal of optometrists Name 07108 #36. This is Part of A
Conspiracy + Cover up. By Corrupt + Malicious Administration. This
Is Part of Custom + Practice of Grossly Ineffective Vision care. The
ADA Grievances Systemic Denial By Rote False Claims, Simular To
Step I + II Evasions. Moore Has ADA claims. The Cover up Seems To
Be To Deny Compliance with ADA + Montez Law. Remedy Review
Cover up actions, Evasion, Falsification, loss Records, persons Responsible
Holst + Erickson Be Fired + Corrupt. Resolve Grievance By Resolution
Not Evasion

| DATE 2-6-08 | OFFENDER SIGNATURE Stephen Moore |
| DATE RECEIVED | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE Decesaro

RECEIVED

FEB 2 0 2008

Office of Correctional
Legal Services

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:          J. Holcomb 3770

| DATE: 2-7-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #  03770 |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1          RECEIVED FEB 1 1 2008

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number CSP 07-08 121        STEP (Circle One)   1  ②  3        ADA?   Yes ☐  No ☐

| NAME Stephen Moore | | medical + ADA |
|---|---|---|
| Instructions: | 1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED; | DOC NO. 57381 |
| | 2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; | FACILITY CSP B-4-12 |
| | 3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING; | |
| | 4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS. | |

Subject of Grievance and Requested Remedy: CARE IS TO COVER UP MEDICAL COVER UP, IS THE 1 ISSUE. THE DENIAL OF VISION 6-07 ADA EXAM + SCREEN IS TO DENY A.D.A. TO COVER UP MEDICAL FACTS COVER UP MAY COMPROMISE SEVERAL ACTIONS. IN THIS CASE, CUMULATIVE

① LOSS, COMPLETE OMMISSION OF DR WRIGHTS ADA EXAM, 6-07

② FALSIFICATION OF 2-07 OPTOMETRY EXAM TO 20-500 VISION + INJURY MALINGON OF EXAM.

③ ERICKSONS DENIAL OF GRIEVANCE CS 07/08-88 TO REQUESTED EXAM ON DATE

④ DELIBERATELY BOTCHING, WRONG PRESCRIPTION TO PUNISH, RETALIATE + PREVENT OR LIMIT WRITTEN REDRESS, TO PUNISH ADA REQUEST.

⑤ REFUSAL OF OPTOMETRY EXAM TO CORRECT DELIBERATE BAD SCRIPT. TO EXPOSE SCHEME

⑥ DENIAL OF EXAM BY DR WRIGHT, FOR EYE INJURY, TO DENY MEANS OF REDRESS AS

⑦ CIRCUMSTANTIAL EVIDENCE NUMEROUS PAST INACCURATE SCRIPTS. 21 MONTHS NO GLASSES FOLLOWING COURT DENIAL TO TENDANCY TO COVER UP + COMPLETE DENIAL OF VISION CARE. COVER UP CONTINUES BY THE STEP 1 ARBITRARY RESPONSE. + ERICKSON OR 1 OF HER FLUNKIES ANSWERING STEP II. Remedy STOP COVER UP + LIES, VISION CARE BY OTHER THAN CSP.

| DATE: 12-28-07 | OFFENDER SIGNATURE  Stephen Moore   B-4-12 |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |
| RESPONSE  Med. Erickson | |

Mr. Moore: You did not follow proper procedure according to AR 850-04 detailing the grievance process.

This is also a repeat grievance. Please refer to grievance #C-CS07/08-88.

| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
|---|---|
| DATE: 1/18/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #'s  3453 Lynn Erickson / Lynn Erick  Medical |
| RECEIPT: I acknowledge receipt this date of a copy in which the above offender in regard to the following subject: | |
| DATE: 1-4-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #  S.Moore 5220 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 1-28-08 | OFFENDER SIGNATURE/PRINT NAME & DOC #  Stephen Moore 5220 |
| Original: Department File/AIC | Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only) |

Attachment "A"

Page 1 of 1

RECEIVED JAN 10 2008

DC Form 850-04A (07/04/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **CCS 07/08-121**       STEP (Circle One) ① 2 3       ADA? Yes ☐ No ☐

| NAME STEPHEN MOORE | DOC NO. 57381 | MEDICAL |
|---|---|---|
| Instructions: 1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED; | | FACILITY CSP B-4-12 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: MEDICAL COVER UP, DENIAL OF VISION CARE TO IMPAIR + DENY EXAM TO NOT EXPOSE FALSIFIED MEDICAL RECORDS MOORE PER 20-500 VISION + LEFT EYE INJURY 9070 VISION LOSS BY GENEVE OPTHAMOLOGY TEST. NURSE ON TODAYS MED LINE SAID MOORE' WOULD NOT GET ANOTHER EXAM' THIS COMES AFTER MEDICAL DESTROYED 6-07 POD EX BY DR WRIGHT. + FALSIFIED 7-9-07 OPTOMETRY EXAM BY 20-500 + INJURY WAS MALING THUS SETTING MEDICAL RECORD THAT PREJUDICES + OBSTRUCTS ALL FUTURE EYE CARE. ON SAME DAY 7-9-07 OPTOMETRY EXAM, ERICKSON DENIED EYE EXAM ON STEP II GRIC MOORE WAS TOLD IN WRITING ON 2 MED KITES THAT HE WOULD BE EXAMIN BY DR WRIGHT FOR PAIN KILLERS. FOR LEFT EYE INJURY, MOORE BELIEVES THE WRIT CLAIM HE WILL BE EXAMINED FOR PAIN KILLERS IS A DIRECT LIE. PART OF COVER MOORE USED PAIN KILLERS 1997 TO 2007. THE RECENT SCRIPT AGGRAVATED INJURY BY BAD SCRIPT. MOORE BELIEVES THE 7-9-07 EXAM MAY BE TOTALLY FABRICATED P 20-50% VISION INJURY MALINGERING. THEN 20-30 (20-40 VISION) AT START OF EXAM SHOULD BE 20-25 END OF EXAM SEE 7-07 RX 1.75 9.06-4.50 THE CHANGE IN SCRIPT CLEARLY INDICATES MOOR VISION COULD NOT BE 20-25 WITHOLD SCRIPT. AFTER LOSS OF DR WISHTS EXAM, FALSIFICA OF 7-07 OPTOMETRY, NOW MEDICAL DENY CORRECTION OF INACCURATE SCRIPT OF 7-07, PLUS INACCURATE ON PURPOSE TO IMPAIR + PUNISH. STOP MEDICAL COVER UP, LIES, + CORRUPTION.

| DATE: 12-17-07 | OFFENDER SIGNATURE Stephen moore 57381 |
|---|---|
| DATE RECEIVED: 12-22-07 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID Kathleen Boyd NP #12547 |

RESPONSE Med-Boyd.

Each grievance shall address only one problem or complaint and include a description of relief requested according to AR 850-04.
        Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 12-22-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Kathleen Boyd NP Kathleen Boyd NP #12547 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 12-17-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # S. Moore S. Moore 57381 MEDICAL |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 12-28-07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore 5738 |

Original: Department File/AIC        Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

RECEIVED DEC 1 9 2007

B4-12

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

R4-5 "28KM

Grievance Number PCS 07/08-361          STEP (Circle One) ①  2   3          ADA/□□□ No. □

S7381

| NAME  Stephen  moore | DOC NO.  S7351 | FACILITY  CSP  B-4-12. |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: *medical malpractice, on Dr Joseph weiners, on 9-29 Ambulatory Record + 10-19-04 Accomodation Denial Dr weiner. Denied Disability to moore + Accomodation per monteg + ADA by Record moores vision Is 20-500 with LV Eye Injury, 20-400 9090 vision. Loss Table I pg 398 severe opth 20-60 Low vision American academy of opthmology, ORBITAL Injury 10% Disability, PDR opth. pg. 67, 59  7-3500 optometry Exam. weiners presumably use of the standard or legal Blindness, 20-200 corrected, In Gross Incompetence claim This Is monteg Definition. when In fact only mention Is Part II to Housing of LV  A (3) to permanant vision Impaired. Has nothing to Do with establishing A Disability Standard of legal Blind. weiner misutes 2 specialist 9-99 + $12-00, 1-1-01. letter to Deny Disability to Diagnosed Injury 20-500 vision, pain killer 197 to 2007. T 2-6 hour painful vision a Day. Simply Discounts Injury + 20-500 vision Degenerative condition. By medical fact vision Is part of 3 Inter Related part Eyelids + nerves, close to Eye + Acuity, + structure to orbital Injury Damage t 1 or more of these structures Impairs 20-500 vision, Globe Damage 9090 vision loss, Injury structure Damage, Recessed Eye. verifiable Recessed Back + to left of structure, presses optic nerves Causing pain. Eye Injury Displacement Easily verifiable to touch, PA told Injury pressed optic nerves to Deny. Dr weiners to use legal Blind on misused part of monteg, To Deny 20-500 vision Injury, pain, 2-6 hours vision a Day Is Gross mal practice, possibly Deliberate Bad faith to Deny monteg. Find Incompetence, New Exam + Final Disb.*

| DATE: 10-31-07 | OFFENDER SIGNATURE  Stephen  Moore |
|---|---|
| DATE RECEIVED: 11/19/07 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER OR VOLUNTEER SIGNATURE & ID |

RESPONSE

**SEE ATTACHED RESPONSE**
Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
11-26-07

850-043 A  *"Each Grievance Shall Address only one Problem or Complaint. + Include Description + Relief"*

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | Medical Disability |
| DATE: 11-8-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #  S. moore  S. Moore  58.07 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections. to this grievance. | |
| DATE: 1-30-07 | OFFENDER SIGNATURE/PRINT NAME & DOC # **RECEIVED**  Stephen  Moore |

Original-Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"     NOV 19 2007

Page 1 of 1                           RECEIVED NOV 0 9 2007

Office of Correctional           12/4 CE
Legal Services
                                 Holst     C-0021

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Response to Step 1 ADA Grievance
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
        Through Adrienne Jacobson, Legal Assistant 

Aristedes W. Zavaras
Executive Director

Received Grievance: November 19, 2007
Sent Response: November ___ 2007
Offender Name: MOORE, STEPHEN
DOC No: 57381
Facility: CSP
Grievance No: D-CS0708-361

**In the grievance referenced above, you allege the following:**

1. That the ADA screen you received was conducted using improper standards.

**Requested Relief/Remedy:**

1a. Review of your ADA screening.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. This grievance is duplicative of Step 1 ADA Grievance D-CS0708-315 and under A.R. 850-04, "Grievances which are duplicative or repetitive of the offender's prior grievances shall be denied."

**CONCLUSION:**

Under A.R. 850-04, "Grievances which are duplicative or repetitive of the offender's prior grievances shall be denied." This grievance is denied on these grounds.

I must also advise you that under A.R. 850-04, "Offenders who file multiple, frivolous grievances in a short period of time may be served a warning letter by the administrative head, or designee. It will warn them that they are infringing on the rights of others to obtain timely grievance responses." If after receiving this notice, the offender continues to file multiple frivolous grievances, the offender's grievance privileges will be subject to restriction.

Please do not continue to submit Step 1 ADA grievances regarding this same subject matter to this office. Further grievances on this matter will result in a determination from this office that a warning letter should be issued by the administrative head.

**GRIEVANCE DENIED.**

B

B4-12

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

R605 "28,KM

Grievance Number: D-CSO7O8-327     STEP (Circle One)  ①  2  3     ADA: Yes ☑ No ☐

| NAME STEPHEN MOORE | | DOC NO. 57381 | FACILITY CSP  B-4/2 |
|---|---|---|---|
| Instructions: | 1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED. | | |
| | 2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; | OPTOMETRIST Michael H | |
| | 3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING; | Saxenial. | |
| | 4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS. | | |

Subject of Grievance and Requested Remedy: MEDICAL MALPRACTICE OF OPTOMETRIST. ON MONT2 SCREENING 7-9-07 PER A.DA. Request. The optometrist on Record stated Moores Vision. 20-800 with Left eye Injury. Then Suspect 'malingering' stating, Vision with glasses 20-30 20 Existing glasses at start of exam, then at end of exam current glasses should correct to 20-25 or Better, the optometrist omits from Recording, Facts moore told him on Review, Pain killers for Vision Pain 1997 till 2007, 21 months no glasses, Repeated Grossly Inaccurate scripts, pain + debilitation that moore has 2-6 hrs of poor painful vision a day, Inaccurate scripts, Indicated by ambulatory on 7-9-07, Previous optometry lense warped. on top of optometrists ommissions then prescribed a prescription, that moore weeks after issue is having severe pain + debilitation Indicating the prescription is wrong. clearly Indicated by closeness of Injured Left eye + Better eyes accuity + correction 20-4.75 20-9 20-5° moores Left eye Injury Injury is typically 5.0 diops worse than Better eye, the cumulative, False or Sturda Denys moore Disability Status per ADA, monty + accomodation, Lessening Moores debilitation + Vision deteration. NOTE PRESCRIPTION + Record may be Altered by Erickson or others TO DEN ADA Relief 20-800 vision + Injury stated by exam + Denial of disability See General of thamology Test TABLE 1, Pg 395, 90% Vision loss. BAD script NEW Exam Find DISTRIBUTED

| DATE: 10-25-07 | OFFENDER SIGNATURE  Stephen Moore 57381  B-4-12 |
|---|---|
| DATE RECEIVED: 11/5/07 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE [signature] |

RESPONSE  **SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

[signature] Cathie Holst
11-26-07

850 by 3A Each Grievance Shall Address one problem or complaint. + Include Description + relief

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC# EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # [signature] |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | Disability |
| DATE: 10-26-07 | SIGNATURE/PRINT NAME & DOC# EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Moore J. Moore 38119 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 11/30/07 | OFFENDER SIGNATURE/PRINT NAME & DOC# [signature] Stephen Moore 573. RECEIVED |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (Clinical or ADA only)

Attachment "A"
Page 1 of 1

NOV 0 5 2007
Office of Correctional
Legal Services

RECEIVED OCT 2 9 2007
Holst

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Response to Step 1 ADA Grievance
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)          Aristedes W. Zavaras
     Through Adrienne Jacobson, Legal Assistant           Executive Director
Received Grievance: November 5, 2007
Sent Response: November ___20___, 2007
Offender Name: MOORE, STEPHEN
DOC No: 57381
Facility: CSP
Grievance No: D-CS0708-327

**In the grievance referenced above, you allege the following:**

1.  That the ADA screen you received was conducted using improper standards.

**Requested Relief/Remedy:**

1a. Review of your ADA screening.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. This grievance is duplicative of Step 1 ADA Grievance D-CS0708-315 and under A.R. 850-04, "Grievances which are duplicative or repetitive of the offender's prior grievances shall be denied."

**CONCLUSION:**

Under A.R. 850-04, "Grievances which are duplicative or repetitive of the offender's prior grievances shall be denied." This grievance is denied on these grounds.

I must also advise you that under A.R. 850-04, "Offenders who file multiple, frivolous grievances in a short period of time may be served a warning letter by the administrative head, or designee. It will warn them that they are infringing on the rights of others to obtain timely grievance responses." If after receiving this notice, the offender continues to file multiple frivolous grievances, the offender's grievance privileges will be subject to restriction.

Please do not continue to submit Step 1 ADA grievances regarding this same subject matter to this office. Further grievances on this matter will result in a determination from this office that a warning letter should be issued by the administrative head.

**GRIEVANCE DENIED.**

DC Form 850-04A (07/01/07)

BH-4

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

R44 5"28km

Grievance Number **D-CS07/08-334**       STEP (Circle One) **1** 2 3       ADA YES ☐ No ☐

| NAME STEPHEN MOORE | DOC NO. 57381 | FACILITY CSP B-4-12 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Concealment of medical records. To obstruct Montez + ADA compliance. Moore recently reviewed medical records. Specific to obtain a PDA screening done 6-07 by Dr Wright, used to refer to 7-9-07 optometry + eye screening By Dr Weimers cited September 2004 of 5-14-07 ADA denial.
   On 8-20-07 Holst in ADA denial stated "You have been screened for a disability.
   In 6-07 Dr Wright did a PDA exam, of Moore, taking notes, doing medical procedure. Moore observed written findings. Moore on 7-9-07 optometry exam saw Type written ambulatory
   Moore per medical records Review, + written request to cited September 2004 screening + 6-07 screening Medical records in writing states these records do not exist.
   Produce the 2004 + 2007 screenings + medical findings, used to Deny ADA. Violate Montez plan. Stop obstruction + Denial of ADA.

| DATE: 10-27-05 | OFFENDER SIGNATURE Stephen Moore | |
| DATE RECEIVED: 11/5/07 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/ID# | 11/29/07 |

RESPONSE

## SEE ATTACHED RESPONSE

**Cathie Holst, Manager**
**Office of Correctional Legal Services**
**AIC-ADA Inmate Coordinator**
**#1.22**

Cathie Holst
11-26-07

See Nurse Attached committed med record 62 of 1-26-07 Exam CCf 07-07 #

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 11-30-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # S Moore S Moore 38154 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 11-30-07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore |

RECEIVED 11/26/05

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1    NOV 05 2007    RECEIVED NOV 0 1 2007

Holst

DC Form 850-04a (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **DCS 07/08-389**    STEP (Circle One) (1) 2 3    ADA Yes ☒ No ☐

NAME *Stephen Moore*    DOC NO. *57391*    FACILITY *CSP B-4-12*

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: *[handwritten grievance narrative regarding corrupt acts, obstruction of vision care and ADA, falsification and omission of medical records, Lynn Erickson ADA Coordinator Nurse CSP, denial of medical care from 1996 to present...]*

DATE: *11-10-07*    OFFENDER SIGNATURE *Stephen Moore CSP B-4-12*

DATE RECEIVED: *11/27/07*    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER

RESPONSE

### SEE ATTACHED RESPONSE

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

*Cathie Holst*
*12-4-07*

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: *12/4/07*    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: *11-13-07*    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections to this grievance.
DATE: *12-7-07*    OFFENDER SIGNATURE/PRINT NAME & DOC # *Stephen Moore 57391*

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED NOV 2 0 2007

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number CCF 07-08-63        STEP (Circle One) 1 (2) 3        ADA? Yes ☐ No ☒

| NAME Stephen Moore | DOC NO. 57381 | FACILITY C-1/1 CCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Nurse plainly altered 1-29-08 optometry exam, for policy compliance OF 1 pair glasses. Nurses Edwards came to cell stating Her intent to, Nurse Taylor stated we gave you bifocals. Apparent physical evidence. 1-29-08 exam is, in 2 hand writings. Edwards wrote Top, ambulatory, Dr Kieth Signed clearly in Differner Pen. This ambulatory would Be malPractice, ommitting 2-6 Hrs vision a Day painkillers, vision deteriation severe Problems with Bifocals By moore last 3-4 years. Moore observed Kieth write 2 scrips for Reading + distance glasses, plus wrote Numerous Notes on ambulatory Re exam, moore Presented 1 Pg Summary to vision Problems, indicating severity of irking problem, Aggravated By Bifocal. This violate clearly established state law to ommission + falsification of Medical Record. Nurses Edwards + Taylor Directly Participated in Changing a Trained Professionals written Exam + Prescription to Supplement Policy. Also violating AR that providers med orders Be Followed. This also continues Knee Jerk Rote. management Buries Med Records custom + Practice of falsifying + altering med records for inadequate care. See Step I continue denial, Evasion Cover up. Fact Edwards + Taylor altered + falsified med records, Kieth can verify, New Exam W/o altern

| DATE: 2-28-08 | OFFENDER SIGNATURE | Stephen Moore |
|---|---|---|
| DATE RECEIVED: RESPONSE | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID | |

Med - Erickson

Mr. Moore: The medical issue concerning your eyeglasses has been addressed in Grievance C-CF07/08-62. Your Step II grievance C-CF07/08-63 is duplicative in nature and is therefore, denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 3/10/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3435 Lynn Erickson (Lynn Clark) |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 3-5-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # J. Holcomb 3770 medical 3770 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 3-24-08 | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC        Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED MAR 0 7 2008

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number CCF 07/08 -63         STEP (Circle One) ①  2   3      ADA?   Yes ☐   No ☒

| NAME STEPHEN MOORE | DOC NO. 57381 | FACILITY CCF C-1-11 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy UN PROFESSIONAL CONDUCT, MALPRACTICE ON NURSES EDWARDS + TAYLOR. ON 1-29-08 MOORE SAW OPTOMETRIST KIETH. WHO PER 20-580 VISION ENTUIG, LONG TERM CRONIC PROBLEM WITH BIFOCALS. PRESCRIBED READING + DISTANCE GLASSES (DOCUMENT TO SEVERE VISION DETERIATION, EYE EXAMS RESULTS PRESENTED) NURSE EDWARDS IMMEDIATELY RAN TO MOORES CELL ON HIS RETURN, YELLING MOORE HAD TO CHOOSE BIFOCALS, READING OR DISTANCE, THAT EVENING ON MED LINE NURSE TAYLOR SAID WE ORDERED [GAVE YOU] BIFOCALS FOR YOU' TAYLOR IN RECENT PAST TOLD MOORE AT CSP 'YOU WILL NOT GET AN EYE EXAM' REFUSING TO TAKE MOORES MEDICAL REQUEST. THIS VIOLATES PROFESSIONAL STANDARDS Colo. Revised Statue 12-38-103 (E3) UNAUTHORIZED PRACTICE' NURSES EDWARDS + TAYLOR PERSONALLY CONTRAMANDED A EXPERTS DIAGNOSIS + PRESCRIPTION. SUPPLEMENTING THEIR OWN UNQUALIFIED 'IDEA OF TREATMENT. MOORE BELIEVES NURSES THEN WILL DESTROY DRS. PRESCRIPTION + REWRITE THEIR IDEA OF TREATMENT DEPRIVING MOORE OF MEDICAL + COURT RECORDS PURPOSEFULLY ALTERING + OMMITTING RECORDS, FALSIFYING + NEGLIGENT MAKING INCORRECT ENTRIES TO RECORD CRS 12-38-117 1-F. ALSO BY DENIAL OF PRESCRIBED CARE 'WILLFULLY ACTING IN NEGLIGENT MANNER 12.38.117 1-G. F. BY DENIAL OF PREVENTUE, RESTORATIVE CARE 12-38-103 9.10. BY LAW THE 'UNQUALIFIED' CAN NOT PRACTICE MEDICINE RAMOS 639 P2d 559 TO PREVENTION FROM RECOMMENDED MEDICAL TREATMENT. ALSO VIOLATING SEVERAL MEDICAL REGULATIONS. Remedy. AS NURSES TAYLOR + EDWARDS HAS NO MORE QUALIFICATION THAN MOORE TO DENY OR ALTER MOORES CARE. STOP NURSES FROM MEDICAL DIAGNOSIS, TREATMENT ALTERATION OF RX CARE + RECORDS.

| DATE: 1-30-08 | OFFENDER SIGNATURE Stephen Moore  CCF C-1-11 |

| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

RESPONSE  Med - Lousberg:
Your medical chart & care as it pertains to the above have been reviewed in response to this Step I. No nurse has falsified or altered in any way any of your medical records, prescriptions or entries. Per clinical standards for optometry services, "Two pairs of glasses will not be provided instead of bifocals." Thus nurses have not denied you anything, are following optometry standards for prescription glasses as stated above. Your care has been / adequate & appropriate, grievance is considered resolved as answered.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 2/20/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Lousberg HSA 9886 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | J. Holcomb 3770   Medical |
| DATE: 2.5.08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # 3770 |
| RECEIPT: I acknowledge receipt this date of a complaint from the Department of Corrections, to this grievance. | |
| DATE: 2-26-08 | OFFENDER SIGNATURE/PRINT NAME & DOC Stephen Moore 5738C |

Original: Department File/AIC       Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED FEB 0 7 2008

ADA GRIEVANCE STEP I AGAINST LYNN ERICKSON 11-10-07

CORRUPT ACTS, OBSTRUCTION OF VISION CARE + A.DA. FALSIFICATION + OMMISSION OF MEDICAL RECORDS, GROSS UNPROFFESSIONAL CONDUCT, MALAADMINISTRATION TO LYNN ERICKSON, ADA COORDINATOR, NURSE CSP.

From 1986 TILL PRESENT LYNN ERICKSON HAS PERSISTED IN DENIAL OF MEDICAL CARE, OBSTRUCTION OF MEDICAL CARE, FALSIFICATION + OMMISSION OF MEDICAL RECORDS TO MOORES VISION CARE. MOORES VISION IS 20:500 WITH A INJURY, PAINKILLER 1987 TIL 2007, 2-6 HOURS OF PAINFUL VISION A DAY. 20-800 INJURY 7-9-07 EXAM. ERICKSON FROM 96 GRIEVANCE DENIAL OF RX 2 PR glasses per 'INTERACTIVE' ADA Reg. HAS SET + USED 'ADMINISTRATIVE METHODS' A.D.A TO DENY MEDICAL CARE + ADA COMPLIANCE. ERICKSON DEFENDANT MOORE V NEAL 149 F.3d.

ERICKSON HAS BEEN CENTRAL TO REPEATED LONG RUNNING ABUSES INACCURATE PRESCRIPTIONS -3.25-1.00 1296 -4.50 12-05 -4.75 7-07 MOORES EYES NEVER -3.25-1.00 -4.50 -5.00 EQUAL .50 APART.

SCRIPTS SO BAD AS TO BE DELIBERATELY WRONG TO IMPAIR LEGAL ACCESS. Following BAD SCRIPTS 21 MONTHS NO glasses 1998 TIL 2000 THROUGHOUT NO GLASSES ERICKSONS NAME ON AMBULATORY RECORDS, OMMITTING NO glasses FALSE MED CLAIMS, By DRS TO 20 500 VISION + INJURY TO BOTH NEAR + DISTANCE NEAR ACUITY + NORMAL VISION TO GO WITHOUT glasses TO 7-9-07 EXAM "20-800" + INJURY 'SUSPECT malingering' 20-30 20-50 BEGIN OF EXAM SHOULD BE 20-25 OR BETTER END OF EXAM. ADA SCREEN, NEW OPTOMETRIST SAW ERICKSON. ERICKSON ON STEP II GRIEVANCE 7-9-07 DENIED EYE EXAM. IN CLEAR KNOWLEDGE OF PAST INACCURATE glasses, DENIAL PRESCRIBED CARE OF 2 PR. 12-94, 3-98. 989, 1209 12-05, + NUMEROUS EYE EXAMS PER CRONIC 20-500 VISION + INJURY PAIN KILLERS 97 TO 07, 2-6 HRS VISION A DAY CRONIC VISION PROBLEMS. PER 2007 ADA REQUEST 6-7 PR EXAM IN POD. DISAPPEARED, FOR OMMITTED, SUPPRESSED, TO DENY OF ADA ON 2004 EXAM REEKS OF ERICKSON. RX PER SYSTEMIC MISCONDUCT, MALPRACTICE. DISMISS, FIRE ERICKSON AS NURSE + ADA.

11-10-07.

REFUSED TO ANSWER + COPIES /M 5-15-08

C 002

J.H
1-28-08

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number CCF-07/08-102        STEP (Circle One) 1  2  3        ADA?   Yes   No X

MEDICAL + ADA

| NAME Stephen Moore | DOC NO. 57381 | FACILITY CCF Col 11 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: INCOMPETENT, DEBILITATING MEDICAL OPTOMETRY CARE TO MALPRACTIC ON 1-30-08 MOORE SAW OPTOMETRIST KEITH. MOORE STATED SEVERE PROBLEMS WITH BIFOCAL USE, PAIN + DEBILITATING CARE, WITH DOCUMENTATION. ID 1996 TO PRESENT. VISION 20-2.75 1996 RX 20-5700 2007. NORMAL RANGE VISION 1996, 2-6 HOUR PAINFUL VISION 2007. PAIN KILLERS RX CRONIC DEBILITATING INJURY PAIN 97 TO 2007. DR PRESCRIBED 2 PR GLASSES, 1 FOR READING 1 FOR DISTANCE, ON RETURN TO CELL NURSE EDWARDS IMMEDIATELY CAME TO MOORES CELL CANCELING PRS PRESCRIPTION STATIN IN THIS FACILITY 1 PAIR OF GLASSES YOU ONLY WENT TO DR TO CHOOSE BIFOCALS. READING OR DISTANCE, THIS IS INCOMPETENT, + MEDICAL MALPRACTICE. CARE BY UNQUALIFIED NURSE, PROHIBITED BY RAMOS. 639 F3D559. PREVENTION FROM RECCOMENDED MED TREATMENT. CARE BY UNQUALIFIED 4B5F3d. 122. VIOLATING STATE MEDICAL LAWS DENIAL OF TREATMENT REQUIRING HEALTH MAINTENANCE OR ROUTINE PREVENTIVE CARE CRS 12-38-1116 + USE OF METHODS THAT ARE CODIFIED + DO NOT ALLOW THE USE OF PROFESSIONAL JUDGEMENT OR VARIATION ACCORDING TO THE NEEDS OF THE PATIENT CRS 12.38-1116. VIOLATING ADA BY ADMINISTRATIVE METHODS OF DISCRIMINATION, 42 USC. 12,020, DENIAL INTERACTIVE PROCESS. 42 USC 12112(B)(5)(A). PATIENT KNOWS WHAT WORKS +DOESN'T, WOULD BE CONTRARY TO BASIC MEDICAL OPTHAMOLOGIC TREATMENT, + DIAGNOSIS DURATION P37. ONE SHOULD DETERMINE WHAT THERAPEUTIC MEASURES HAS BEEN TRIED + TO WHAT EXTENT THEY HAVE HELPED -- CIRCUMSTANCES THAT TRIGGER OR WORSEN SYMTOM P.27 GENERAL OPTTHAMOLOGY. BIFOCALS DEBILITATE TO ALL EFFECT STOP LEGAL. MOST READING, READING OR DISTANCE ALONE OBVIOUSLY DEBILITATES, MOORE BY USE OF DUO + NUO. KNOWS LIMITS PAIN INJURY PROBLEM DEBILITATION. ALLOW RX 2 PR BY DR KIETH ON 1-30-08. MOORE KNOWS NURSES WILL ATTEMPT + OMMIT RECORDS TO DENY

| DATE: 1-30-08 | OFFENDER SIGNATURE   Stephen Moore |
|---|---|

| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID. |
|---|---|

RESPONSE   Med - Lousberg

Your medical chart + care as it pertains to the above have been reviewed in response to this Step 1. Per clinical standards + procedures for Optometry, an offender may receive one (1) pair of state - issued glasses every three years if clinically indicated. "Bifocal lenses will be provided as needed. Two (2) pairs of glasses will not be provided instead of bifocals." Your care has been adequate + appropriate. Grievance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 2/8/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # J Lousberg PA-CF286 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | J. Holcomb 3770 |

| DATE: 2-5-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # J Holch 3776 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |

| DATE: 2-21-08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore 57381 |
|---|---|

Original: Department File/AIC        Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

RECEIVED FEB 0 7 2008

Attachment "A"
Page 1 of 1

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number CCF-07/08-93          STEP (Circle One) (1) 2 3          ADA? Yes ☐ No ☒

| NAME STEPHEN MOORE | DOC NO. 57331 | FACILITY C-1-11 CCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

MEDICAL MALPRACTICE ON DR STONER. DR STONER AS Controlling Authority AT OMI Has Endorsed + systemically used 23 Hours A DAY LOCKDOWN; Chaining on Leaving cells, FOR Showers, DAY Hall, Phones As MENTAL Health Treatment. This Violates All known Mental Health Standards, Is NAZI mentality DR Stoner Personally Endorses This ON 3-26-08 Written Response. Each + Every "Severely mentally Ill" By OMI Guidelines, Are close Custody' Normally Allowed To move without chains. DR STONER ENDORSES This As Reward + Punishment FOR Behaviors per Behaviors modification. DR STONER HAs committed MEDICAL Malpractice By chaining + Locking Up The mentally Ill 23 HRs A Day.

| DATE: 4-5-08 | OFFENDER SIGNATURE Stephen moore |
| DATE RECEIVED: 4/14/08 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID 3194 |
| RESPONSE | Patricia Knight |

Special Needs Unit (SNU) was designed for High Security Management (HSM) offenders and represents a special needs program for OMI as an opportunity to be stepped out into general population. In order for the move to happen your classification code was changed to Close. The program has been designed for three levels with each level denoting more privileges. Grievance Denied

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 4/14/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Patricia Knight #3194 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to following subject: | Medical |
| DATE: 4-5-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # J. Holcomb 3770 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 4-21-08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED APR 1 0 2008

B4-12

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number D-CS 07/08-315     STEP (Circle One) 1 2 3     ADA: Yes ☒  No ☐

NAME STEPHEN MOORE     DOC NO. 57381     FACILITY CSP B-4-12

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Disability Review for A.D.A. on, Proper Standard, Moores A.D.A. Request was Denied on claim moores 20-500 vision + Left Eye Injury Did not qualify moore. By Moncz Facilities to provide Comparable Services + Benefits. + III B Disability is that which substantially limit. By 7-9-07 Exam. Moores vision 20-800 with Injury orbital blowout. Moores vision corrects. But He has constant pain + 2-6 hours vision a day. Moore simply is laid up. By vision pain. + Eye strain, over us of vision leads to severe blurring. The Exam is questionable. By claim vision 20-800, Left Eye Injury, then malingering! with Rx 20/50/30 on entry to Exam to End should see 20/25 with Rx tested at 20-? This borders Malpractice. The Med Record is replete with vision proble. 9-5-03 debilitating pain severe vision problems on 11-29-99 by Neufeld vision cronic! By myopia ICD code 367.1. myopia. moores By Kites, Grievances Law suits, Med Record, Specialist visits, Pain killer for vision problem 1997 to 200? Stopped as ineffective. Review 20-500 vision + Injury under correct standard of substantially limited to vision. Allow A.D.A. Disability. to stop Discrim...

DATE: 10-21-07   OFFENDER SIGNATURE Stephen moore, 57381

DATE RECEIVED: 10/30/07   RESPONDING DOC EMPLOYEE, CONTRACT WO [signature]

RESPONSE

### SEE ATTACHED RESPONSE

[signature] Cathie Holst
11-26-07

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1122

Step II Done 12-12-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 11/26/07   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: not comp...

DATE: 10-22-07   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # moore B4/A
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 12-12-07   OFFENDER SIGNATURE/PRINT NAME & DOC # RECEIVED Stephen moore 34835

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"   OCT 30 2007   Disability
Page 1 of 1   RECEIVED OCT 25 2007

Office of Correctional Legal Services   Holst

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number D-CSO7/08-372     STEP (Circle One) (1) 2 3     ADA ☒ Yes ☐ No ☐

| NAME Stephen Moore | DOC NO. 57381 | FACILITY CSP B-4-12 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: ADA screening, Request per previous abuse. Per money XXVI. Shall document Nature + severity of limitation. By screening, Dr was so interested in denial per inapplicable legal blind standards I(A)(3) to ignore 20-500 vision injury, pain killers 97 to 2007. Now 24 hours vision apay, Dr systemically ignores Imt with or without reasonable accommodation on disability involves ability to perform major life activity. Includes Impairment. By "Duration" of problems. By 20-400 vision, is 90% vision loss, similar injury 60% impairment. General opthanology Table F Pg 39 P. P. D. R. opthanology. OR 20-60 is low vision. American Academy of opthanology model F3 impaired. Failure to document nature + severity of limitation XXVI money, violates ADA + money. F3 Bad Faith complain Request. ADA screening on proper standard + use of Nature + severity per 20-40 20-500 vision + injury degenerative vis

| DATE: 11-4-07 | OFFENDER SIGNATURE Stephen Moore |
|---|---|
| DATE RECEIVED: 11/9/07 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE AND ID 11/299 |
| RESPONSE | |

**SEE ATTACHED RESPONSE**

Cathie Holst
11-26-07

**Cathie Holst, Manager**
**Office of Correctional Legal Services**
**AIC-ADA Inmate Coordinator**
**#1722**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Vincent Jacobson IUT |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | Disability CE |
| DATE: 11-2-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # L Moore L Moore SLCF |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections to this grievance. | |
| DATE: 11-30-07 | OFFENDER SIGNATURE/PRINT NAME & **RECEIVED** Stephen Moore |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

12/9 CE  HOLST 007

RECEIVED NOV 1 4 2007 C

STEP I GRIEVANCE 5-3-08   ADA. Stephen moore, CLF B-29

"SYSTEMIC MEDICAL DEPT NON COMPLIANCE WITH A.DA. DOC. Has USED MEDICAL TO EVADE ADA COMPLIANCE. 42 USC. 12112 (D) The ADA Applies To MEDICAL. THERE APPEARS TO BE SYSTEMIC EVASION OF ADA BY DENIAL OF 'VERIFICATION' OF DISABILITY + VARIOUS ADMINISTRATIVE Methods. This IS How FIRST 3 ADA SCREENS OMITTED He Has 2-6 hour VISION DAILY WITH Glasses. LAST ADA 'VISION IMPAIRED' BUT OMMITS 2-6 hrs VISION WITH Glasses IS DISABLED. BY ADA MEMO "ADA HAS NOTHING TO DO WITH MEDICAL CARE' 'No Needs Beyond MEDICAL TREATMENT'. IT IS ASININE To SAY VISION, HEARING, MOBILITY Ect MEDICAL CONDITIONS, That much of ADA ACCOMODATION WILL NOT BE MEDICAL DEVICES

REGULATION DENY AS BIFOCALS ONLy EXCLUDES READING GLASSES BASIC TO VISION IMPAIRMENT. This IS PLAIN EVASION OF ADA 750-04 IV B 4 'ACCOMODATIONS DO NOT Include CLINICAL CARE' IV B-6 'NOT SEVERE Enough' MANAGED Clinically' MOORE By MEDICAL HAS Been DENIED Glasses 21 months, BiFocals PRESCRIBED By NURSE 1-29-08 LIMIT VISION TO less Than 2 houres READING VISION A DAY. MEDICAL DIRECTLY DESTROYED 1-29-08 optometry EXAM That DOCUMENTED DURATION LIMITS, 3 DRS Excluded 2-6 hours VISION DAILY IN ADA EXAMS. 1 ADA EXAM Excluded REPEATED RX 2 PR, 1 Exam Claims 'MALINGERING'. CREATING PRETEXT + EVASIONS OF ADA. WHICH IS JUST AS APPLICABLE TO MEDICAL AS REST OF DOC  DENIAL By PRETEXT, NON 'VERIFICATION' or CLINICAL TREATED' VIOLATES ADA ALSO"

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number— CS 07-08 315 — — — — — — — — — —    STEP (Circle One)   1 - 2 -③   ADA? Yes X No □

—1/46

| | | |
|---|---|---|
| NAME  Stephen Moore | DOC NO.  57381 | FACILITY CCF C-1-11 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: REFUSE TO ANSWER ADA GRIEVANCES, OBSTRUCTION OF
ADA + Resolution, Court Access. Denial Access' Pg. 13 X 5, Violation XII (Montez
ADA Grievance' Pg. 14, Montez Pln. D.O.C. Systemically REFuses Remch.
TO ANSWER ADA GRIEVANCES. ON 11-26-07 Holst MADE ROTE
ARBITRARY DENIAL TO DISPARATE Issues ALL STEP IP's. NONE
were ANSWERED WITH VISION + MENTAL DISABILITY THIS
Denys ADA. Compliance, Resolution, Grievance + Court Access
DENIAL Includes CS 07.08. 315, 370, 365, 372, 327, 361, 221,
THIS Systemically OBSTRUCTS A.D.A. TO Moore WITH 2 TO 6 hours
PAINFUL BAD VISION A DAY WITH GLASSES, Denied DISABILITY
THE BIFOCALS Severely IMPAIR READING
ANSWER STEP II GRIEVANCES, STOP OBSTRUCTION OF ADA COMPLIANCE

| DATE 4-23-08 | OFFENDER SIGNATURE  Stephen Moore |
|---|---|

Each Grievance    **NO PRIOR COPIES ATTACHED**    CCf B2-9
with no response needs
to be processed individually
**PER AR 850-04; IV;B.4.a., "At each step, the offender must attach a copy of all
previous steps and responses".**

YOUR STEP II/STEP III GRIEVANCE WILL NOT BE PROCESSED UNTIL
YOU PROVIDE A COPY OF YOUR COMPLETED STEP I and/or STEP II.
PLEASE RE-SUBMIT THIS GRIEVANCE WITH A COPY OF THE
ANSWERED PREVIOUS STEP(S) FOR PROCESSING.  THANK YOU.

DATE: _____    SIGNATURE/PRINT NAME &DOC EMPLOYEE, CONTRAC
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the follow:
CHARMAINE EDIGER
HSM GRIEVANCE COORDINATOR

DATE: 5/24/08    SIGNATURE/PRINT NAME &DOC EMPLOYEE, CONTRAC
3220
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: _____    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1