In the United States District Court

92-N 870  Claim C-002

Jesse Montez

Class member Stephen Moore

vs

Bill Owens

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2008
GREGORY C. LANGHAM
CLERK

Republished copy mailed to OAG on 6/30/08 until severely mentally ill

Systemic violation of ADA + Montez by segregation + isolation of disabled violating 42 USC 12132, 12101 (A)(2)(5)

---

Moore found 'vision impaired' device disability, to systemic violation of ADA as 2-6 hours total daily vision with glass is disabled + in mental facility "severely mentally ill" has mental disability.

The defendants by long term isolation + segregation violate ADA 42 USC 12132 "unjustified segregation of disabled" Isolation + segregation of individuals with disabilities as a serious and pervasive form of discrimination." 42 USC 12101 A (2)(5) Olmstead v Ex Rel Zimring 119 Sct. 2176. By Law Advocacy for Mentally Ill 42 USC 10801 A 10802 (3) covers jails + prisons.

Moore held 6 month Ad Seg conditions locked down 24 hours a day, chained + cuffed when moved from cell. Little prospect of progress + move to population

(1)

is chained to a table for therapy' violates law 42 USC 6010 (2) Treatment + services should be provided in setting least restrictive of personal liability'' Pen Hurst v Halderman. 101 153 USC 42. Restraints to mentally ill only when injury to self + others is imminent has occurred or a psychiatric emergency Coleman 912 F. Supp. 1282 p.30.

Defendants motive to deny Moore 'disabilitie' and accomodation, are so they can have unlimited discretion to punish + impede legal access by administrative segregation, blinding by bad vision care, causing mental illness by long term isolation + sensory deprivation, see Ramos mentally ill in lockdown clearly exacerbates mental illness 485 F.supp. 122, 'worse at new facilities' 485 F.supp.A 139, more at now "restrictive enviroment confinement cause irreperable disabilities'' at 145 Colorado court to D.O.C. 634 F.2d 559.

By Montez CSP disabled will be placed back into "general population'' VIII A-1 and XXVI (B) 'medically unassigned' not to be housed to higher security facilities'' Moore requested med. unassigned.

2

THE DEFENDANTS STONEWALL + OBSTRUCT ADA/MONTEZ Compliance TO <u>ARBITRARILY AD SEG THE DISABLED</u> TO <u>Systemically Impede Court Access,</u> TO <u>Systemically Retaliate For Court Access.</u>

The DEFENDANTS violate Moores Right By Denial of Disability And 42 USC. 12132, 12107 (A)(2)(5) By Systemically Isolating + Segregating The Mentally Disabled In Cell Houses B + C CSP/CCF Q.M.I.

Moore Request, Based on This + Former motions. Injunctive Relief. Finding Disabled Reading glasses For Court Access. Equal Opportunity, Be medically unassigned And moved from Ad Seg Facility.

Sworn 13th Day of May 2008
By Stephen Moore

cc.
Colo Att- General
1525 Sherman St. 5TH FL
DN Colo 80203

Stephen Moore 57351
Box 0600 B-2-9
Canon City Colo
81215

3