IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs.

- vs. -

BILL OWENS, et al.
Defendants.

---

Claim Number: 03-420
Category: III
Claimant: Santos Romero, #48563
Address: KCCC, 49777 County Rd. V, P.O. Box 2000, Burlington, CO 80807

---

MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO FINAL ORDER
OF THE SPECIAL MASTER - PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 53(g)(2).

---

COMES NOW Plaintiff/Claimant, Santos Romero pro se, and hereby request for an extension of time for filling his objection to the final order in this case by the Special Masters. As grounds in support thereof, Mr. Romero states as follows:

1. The Motion to Object to the Masters Final Order is due on May 27, 2008. And Plaintiff only received from Montez counsel "Stipulation Regarding Status of Compliance by Col. DOC With the Montez Remedial Plan May 23, 2008. Atwhich, Mr. Romero has found issues he feels need to be studied and added to his Objection.

2. Mr. Romero is requestiog a period of 90 days so the court will not have to process fewer motions for extensions.

3. No previous requests for additional time has been filed and no additional extensions are anticipated.

4. Previous extensions havce been granted throughout this case, And Defendants have been allowed extension of compliance to the Remedel Plan to May 1, 2009. Plaintiff feel it proper for his extension request.

WHEREFORE, Mr. Romero respectfully request an extension of time upto 90 days so that he may properly complete his objection in this case to the court.

( 1 )

Respectfully submitted this __27th__ day of __May 2008__.

By: __Mr. Santos Romero #48563__.

## CERTIFICATE OF MAILING

I hereby certify that on this __27th__ day of __May, 2008__ a true copy of the foregoing document was logged and deposited in the institution's iternal mail system with first-class postage pre-paid and addressed to:

Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson
Special Masters for the United States District Courts for the District of Colorado

Legal Resolution Center
7807 Zenobia Street
Westminister, Colorado 800-4444


Mr. James Quinn
Mr. Jess Dance

Office of the Attornety Ceneral
1525 Sherman Street
Denver, Colorado 80203


Clerk of theUnited States District Court
901  19th  Street
Denver, Colorado  80294


_/s/ Mr. Santos Romero_
Mr. Santos Romero #48563
Kit Carson Correctional Center
P.O. Box 2000, Unit: DC 121B
49777 County Road V
Burlington, CO 80807