## CERTIFICATE OF MAILING

Civil Action No. 92-N-870 (OES)
Consolidated for all purposes with Civil Action NO. 96-N-343

    I hereby certify that on the 28th day of May, 2008, the pleading entitled "Plaintiff's Second Motion for an Extension of Time to File an Objection to Final Order of Special Master," dated May 22, 2008, was deposited in the U.S. mail, postage prepaid, addressed to Office of Attorney General, 1525 Sherman Street, 5th Floor, Denver, Colorado 80203.

*M. Ingram*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2008

GREGORY C. LANGHAM
CLERK