Senior Judge John L. Kane            Jay Bailey #103284
Alfred A. Arraj U.S. Courthouse A838  FLCF/5
Courtroom A802                        Box 1000
901 19th Street                       Ft. Lyon, CO  81038
Denver, CO  80294-3589

92cv-00870-EWN

5-26-2008
Fort Lyon Correctional Facility

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2008

GREGORY C. LANGHAM
                    CLERK

Your Honor:
   In the recent past  I have, no doubt, cluttered your desk with many of my letters and letters that I have written for other inmates. This one is the most important and since it is the most recent, it will be on top of the others.
   The man that I am writting to you about has MS, MD or some other such disease that prevents his muscles from coordinatated movement. His speech is especially affected and since he cannot write legibly, he cannot comunicate effectively.
   Communication is an important everyday life function, just as important as sight mobility, or hearing. While his disease affects his mobility, it ruins his ability to speak and be understood by anyone except those who have had extensive sessions with him, such as Dennis Harpin (117628) has because he was assigned by staff to write letters for him.
   In the course of letter writting, Mr. Harpin discovered that **Emery Mellow** could type. So Mr. Harpin loans him his own typewrtter so that he can correspond as well as communicate to staff that cannot understand his speech.
   When Mr. Harpin's typwritter was discovered in Mr. Mellow's room, staff had a conniption. There was trouble. Theft was suspected. It is not Kosher to lend anyone anything here in prison. So they allowed him to use it if it was used in the dayroom. But in the SNMU (Special Needs Medical Unit) dayroom time is severely limited because they get locked down 8 times a day for various reasons.
   The man has no funds to buy his own typewritter and his family apparently cannot afford one. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~. His mind is just as active as anyone's, but he cannot reach out!  <u>He must have his own typewritter!</u>
   Mr. Mellow has no idea that I write this letter to you and I suspect that he believes that it would be asking too much to have his own machine furnished by DOC. Experience has taught us that DOC <u>takes</u>, it does not give.
   Please make DOC give him a typewritter, the necessary ribbons, and the typing paper. Then he can use it in his room at his own convenience, to reach out.  His inability **is** a disability!

                         SINCERELY,

                         *Jay H. Bailey*