Senior Judge John L. Kane  
Alfred A. Arraj U.S. Courthouse 838  
Courtroom A802  
901 19th Street  
Denver, CO  80294-3589  

Jay Bailey #103284  
FLCF/5  
Box 1000  
Ft. Lyon, CO  81038  

92-cv-00870-EWN

5-24-2008

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  

MAY 30 2008  

**GREGORY C. LANGHAM**  
CLERK  

From: Fort Lyon  Correctional Facility

RE:  Montez Remedial Plan -- Grievance step-Two

Your Honor:

   Enclosed is a copy of an ADA Grievance. I have answered the step-one and have submitte the step-two. A type written copy of the step-two is all that I can give you since we are not allowed to have things copied here. However, you can get anything from the AIC's office you desire, but you need to know that it exists and what it says just in case the original is "lost" on the way to the AIC. A step-2 was "lost" last January, but King & Greisen have a copy that I sent.

   Obviously, the gist of the Remedial Plan is to level the playing field for the disabled. Make all things equal from one facility to the next. e.g. When I wnt to CTCF, my scientific calculator was taken from me. It was a policy that no one with brass on their shoulders, could explain. Fortuately, I got it back when I was moved to SCF. I never did gete my Medical socks back from CTCF. The property Sergeant did not want me to have them (had them for years on my property list) so he simply deleted them off of the computer. One of DOC's dirty little procedures.

   Doc's perceived mission is to take every thing that they can and to punish in every little way. There is no reward for GOOD behavior. Oh, there is a lower custody level, but that is what looks good on paper. Am I mistaken? I thought we were here as punishment. Not FOR punishment.  
Thankyou for your time.

                             Respectfully,

                             *Jay H. Bailey*  
                             Jay Bailey

DOC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

RECEIVED MAY 05 2008 By_____

Grievance Number D-FL-07/08-106     STEP (Circle One) **1** 2 3     ADA? Yes ☒ No ☐

| NAME | Jay Bailey | DOC NO. | 103284 | FACILITY | FLCF |
|---|---|---|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:     **Self-Med Denial**

I received 2 antibiotic prescriptions while at Sterling Correctional Facility. I arrived at FLCF on March 20th with the self-meds that had been prescribed at SCF and one, eventually expired, while the other (Doxicyclene) required refilling. I sent a kite for a refill of the antibiotic as well as my other self-meds. I was denied possession of the antibiotic and required to come to med-line twice-a-day and wait for a half hour each time, just for one pill, in an ever expanding line. It should be a self-med for the following reasons: 1) Last Thursday (May 1st), Medical ran out of it. They still do not have any and the soonest estimate is Tuesday (5 days later). When I run low, I order more in time, before I run out. Medical did not. 2) The Montez Remedial Plan states in the very first paragraph: "All facilities designated to house inmates with disabilities will provide comparable programs, services and benefits..." If the antibiotics are a self-med at Sterling Correctional Facility then they should also be at FLCF as well. This would probably explain why the med-lines are so long at FLCF and much shorter at SCF.

**REMEDY:** Provide my prescribed antibiotics as a self-med just as SCF does. Then the line will be shorter, I will order my meds on time and won't have to do without when depending on medical to do it.

DATE: 5-5-2008     OFFENDER SIGNATURE Jay H. Bailey
DATE RECEIVED: 5/7/08     RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID   Katie Baxter #2429 for Cathie Holst (AIC)

**RESPONSE**

**SEE ATTACHED RESPONSE**
Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst 5-9-08

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 05-05-08    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # M. Mackey #15237

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 5-22-2008    OFFENDER SIGNATURE/PRINT NAME & DOC # Jay H. Bailey Jay Bailey

RECEIVED MAY 07 2008 Office of Correctional Legal Services

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED MAY 9 2008 By

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:       719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:  Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
           through Katie Baxter, Legal Assistant II
Received Grievance:  May 7, 2008
Sent Response:  May 13, 2008
Offender Name:  BAILEY, JAY
DOC No:  103284
Facility:  FLCF
Grievance No: D-FL07/08-106

**In the grievance referenced above, you allege the following:**

*1. You received two prescriptions for antibiotics when you were housed at SCF. While housed at SCF the antibiotics were considered self meds and you were not required to go to med line to get the medication. When you were transferred to FLCF and renewed one of the prescriptions you were denied possession of the medication and are required to go to med line twice daily to receive the medication. It should be considered a self med because FLCF clinical services ran out of the medication for a few days and if it was considered a self med you could order several days in advance to prevent this from happening and according to the Montez Remedial Plan all designated facilities are to provide comparable programs, benefits and services. Because the antibiotic was self med at SCF it should be at FLCF also.*

**Requested Relief/Remedy:**
*1a. You want your prescribed antibiotic to be considered a self med at FLCF.*

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. I contacted FLCF Clinical Services to inquire about your complaint and was advised all antibiotics are not self meds at FLCF.
2. You are required to go to med line and pick up your medication as is every other offender prescribed antibiotics.

**CONCLUSION:** While I agree with your statement the Montez Remedial Plan states all facilities designated to house inmates with disabilities will provide comparable programs, services and benefits you forgot to include the rest of the sentence which states "available throughout comparable DOC facilities to ensure that inmates with disabilities are not discriminated against because of their disability." The FLCF Clinical Services policy regarding distribution of antibiotics is not discriminatory. It applies to all offenders, disabled and non-disabled.

**GRIEVANCE DENIED**

ADA Grievence STEP-2
#D-FL07/08-106
5-24-2008
Ft. Lyon Correctional Facilitu

Jay Bailey   #103284

See Step one for background.
    Sec. II. ADA INMATE COORDINATOR states in the first paragraph: "There shall be a position entitled the ADA Inmate Coordinator (the "AIC") who will be responsible for ensuring that <u>specific policie and procedures</u> are developed and implemented by DOC to assure <u>nondiscrimination against all inmate who have disabilities,</u> whether or not the disability impacts placement." Conclusion; inamte at other facilities, whether disabled or not, do have the prescription in question, as a self-med. However, those at FLCF do not, thereby discrimination is obvious.
Also Please find under section V. PLACEMENT: "Inmates who are currently in DOC <u>and</u> <u>are moved</u> to a designated facility because of a disability and pursuant to this agreement <u>will have the same privleges</u> and property rights as they possess in their current placement."

**REMEDY:**   Please see step-one for remedy and return my self-meds.

5-24-2008   *Jay H. Bailey*