Senior Judge John L. Kane  
Alfred A. Arraj U.S. Courthouse A838  
Courtroom A802  
901 19th Street  
Denver, CO 80294-3589  

Daniel Thiebold #131076  
FLCF/5  
Box 1000  
Ft. Lyon, CO 81038  

5-23-2008  

RE: MONTEZ Class Action  
92-cv-00870-EWN  

From: Ft. Lyon Correctional FAcility  

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  

MAY 3 0 2008  

GREGORY C. LANGHAM  
CLERK  

Your Honor:

    If you check Cellhouse 5 records at Ft. Lyon that are dated this date, you will see a report about an incedent where I planted my face into the bottom of my locker box, accidently.

    Typically, lockerboxes are located on the floor, but not being able-bodied and in a wheelchair, it is very difficult to reach the inside bottom of the box. Most inmates in wheelchairs have a four-legged stand to raise the locker box to a height that is accessible. However, my requests (starting 10 months ago) have been ignored and the buck has been passed.

    On a blue piece of paper, in possession of King & Greisen, is the Medical Departments response saying that I must contact the AIC Cathie Holst for a request of accommodations. I sent my request for accommodations to her in February and have received no response except for receiving and additional form (Functioal Ability Questionnaire) to fill out. Case Mgr. DeLeon, following his usual habits, shirked his duty and refused to receive the filled out form (I sent a copy to you a few days ago). Instead of taking the form to forward to the AIC Cathie Holst, he gave me another "Request For Accommodations" and Medical Release forms, to fill out and send in a second time.

    This bureaucratic foot dragging has kept me from receiving a much needed locker box stand which should be a no-brainer. Wheelchair bound can use the elevators without red-tape hoops to jump through. Why not this?

    As a result of the incompetence or retribution, I have been forced to endanger myself each time I needed somthing out of my foot locker and now it has come to bodily injury, a trip to a hospital for x-rays and directions to contact Wendy Grover. (She is supposed to handle handicap affairs at FLCF).

    Staff seem to be oblivious or apathetic to the special needs of the disabled. Also, those that I have seen inspecting facility compliance, have not been handicapped but ablebodied. Also, Case Mgr. DeLeon does not have any copies of the Remedial Plan nor has he even read it. This information came about when we tried to get a copy.

                              Respectfully,

                              *Daniel Thiebold* (signature)

                              Daniel Thiebold