Senior Judge John L. Kane  
Alfred A. Arraj U.S. Courthouse A838  
Courtroom A802  
901 19th Street  
Denver, CO 80294-3589  

Jay Bailey #103284  
FLCF/5  
Box 1000  
Ft. Lyon, CO 81038  

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 02 2008

GREGORY C. LANGHAM
                        CLERK

5-29-2008  
Attn. Montez---Ft. Lyon Correctional Facility  

Your Honor:

   What if The Little Boy Who Cried Wolf was earnest in his cry for assistance? The wolf, being clever, ran away or hid whenever the townspeople came around to aid the boy and the one time they didn't show, he killed the little boy. Only the wolf and the boy know for sure.

   In this letter, my past letters, and my future letters, will sound like I am crying wolf. The corruption and XXXXX underhanded deeds that prevail are so numerous as to be unbelieveable. I will write anyway and hope that you will see the truth of it.

   In the Montez Remedial Plan under XIV. EVERYDAY LIVING ASSISTANCE, it refers to "...shall be provided inmate aides..."  "...shall provide appropriate training..."  "Inmate aides shall be screened..."  have "care-giving skills" aides to be in "same cell or same living area".

   It implies that individual inmates will be assigned to individual disabled inmates, as they do at CTCF. There they are called ADL's (assist daily living). Not so at FLCF. Inmates who need help must wait for Nursing Porters who are inmates from the SNMU, come over when they are not too busy helping the nurses. There is no individual assigned to just one man.
   Therefore, e.g. an inmate had to wait in his wheelchair for 12 hours until they had time to send someone to get him into bed. Or his diapers do not get changed in a timely manner. Or, his bed is not made all day and he cannot lay down. Or, his laundry does not get picked up and becomes lost. etc.
   Often, myself and others, who are handicapped, will get someone to bed or help him transfer to his wheelchair. (We are not trained, but only do it out of necessity).
   All pleas and complaints about this, to staff, have been ignored. The notion in the air concerning Montez is; Here at Ft. Lyon we will doo what we want and you inmates have no choice. We will make things look good on paper so that when the towns people show up, they will not see a wolf.

   These same inmate porters, from the SNMU, talk about the personal medical conditions to other inmates. They discuss the diapers they had to change or some other personal history, in a joking manner.  "...shall provide appropriate training???"  They have not been train apprpriately.  Even the nurses are overheard discussing something or ask, at med-line in a loud voice, what's this medication for, atc? That is not a "care-giving skill". The inmate aides typically live in the next building. That's not "the same living area."

   The wheelchair pushers are individually assigned, otherwise there would be confusion and we would not receive help, just as the others do not get help.
   My personal experience with my pusher is interesting. Mr Mark Tibbs was just out of the "hole" and had a job waiting for him..my pusher. A couple days went by and then he accused me, in front of all who were in med-line and in a loud voice, that I had MRSA (a deadly staph infection). A rumor started by a loose lipped nurse aide. Mr. Tibbs even had a computer read-out of the description of MRSA. Just "out of the hole" and his public accusation based on a rumor, shows that he was not "screened" and is a detriment to disabled inmates.

    He had egg on his face when I showed him the second paragraph of his read-out that, most people have MRSA or some other staph, in their noses. (Mr. Tibbs had a sore of unknown origin in his nose).
    Then he run me off the sidewalk, into the grass, and almost dumped me on the ground. That does not sound like he has been trained. After hitting the wall a few times and failing to retreive me from the library, I fired him for self-preservation. He did not have "care-giving skills".

    Ft Lyon does not supply inmate aides (called ADL's at CTCF). What they supply is a temp worker that is sent over from SNMU when the work is finished over there and only at their convenience. They gossip about the disabled inmate's medical condition. Nurses are overheard discussing inmate's meds or medical condition. The inmate porters are not, or are poorly trained.
    The workforce that staff has to draw on consists of mostly reprobates, gang bangers, etc. that are constantly sent here where there are "at risk" inmates. There are plenty of mature, non-violent inmates that could be sent here on a permanent basis instead of the dregs that don't have long til they get out of prison. The workforce has too mush of a turn-over using the worst type of inmate.
    Staff are blatently unaware of the contents of the Remedial Plan. Local staff, that is. I am sure the head office in Colorado Springs knows exactly where to hide the wolf.

                                                Respectfully,

                                            Jay H. Bailey