Case 1:92-cv-00870-EWN-OES   Document 3336   Filed 04/15/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

### ORDER EXPANDING THE DUTIES OF THE SPECIAL MASTERS

---

    THIS MATTER came before the Court for a Compliance Hearing on March 25, 2008. At that hearing, the Court advised counsel for the parties that it had become necessary to consider the expansion of the duties of the Special Masters to include work outside of the claim process set forth in Section XXXII of the Remedial Plan.

    Fed.R.Civ.P. 53(a) allows for appointment of a special master if there are exceptional circumstances and matters cannot be effectively and timely addressed by available District Judges or Magistrate Judges. The Court has received and will continue to receive filings from individual inmates that take time to review and then issue a ruling on. In addition, there may be motions that will require evidentiary hearings that cannot be scheduled in a timely fashion due to the work load that exists due to existing judicial vacancies on the Court.

    The Special Masters were appointed to resolve claims filed pursuant to Section XXXII of the Remedial Plan. That process is winding down, and the appointed Special Masters have developed expertise and familiarity with the issues in this case. The parties agree that the jurisdiction of the Special Masters should be expanded to include matters referred by the Court pursuant to Fed.R.Civ.P. 53. The Special Masters shall review and rule upon pleadings filed *pro se* by inmates related to this case. In addition, the Special Masters shall issue a report pursuant to Fed.R.Civ.P. 53(e) on motions specifically referred by the Court.

    The Special Masters shall continue to submit petitions for payment of fees and costs on a periodic basis. Those fees and costs shall be paid in the same fashion as they are now paid pursuant to Section XXXII of the Remedial Plan.

    IT IS HEREBY ORDERED that the jurisdiction of the Special Masters Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson is expanded pursuant to Fed.R.Civ.P. 53 to include

referral of *pro se* pleadings and correspondence filed by individual inmates or claimants, and the Special Masters shall review the pleadings and correspondence and issue appropriate rulings on those documents; and

   IT IS FURTHER ORDERED that the Court may refer motions to the Special Masters and direct that an evidentiary hearing be held and that a report be submitted; and

   IT IS FURTHER ORDERED that objections may be filed pursuant to Fed.R.Civ.P. 53(f) to any orders and reports issued by the Special Masters; and

   IT IS FURTHER ORDERED that the State of Colorado shall pay the fees and costs of the Special Masters.

   SIGNED this 15th day of April, 2008.

                        BY THE COURT:

                        John L. Kane, Jr.
                        Senior United States District Judge