Lynn Erickson - ACCOMMODATION RESOLUTION.rtf          Page
Case 1:92-cv-00870-EWN-OES   Document 3130   Filed 12/28/2007   Page 10

## ACCOMMODATION RESOLUTION

| NAME | MOORE, STEPHEN | DOC # | 57381 |
|---|---|---|---|
| FACILITY | CSP | DATE RESOLVED | 9/29/04 |
| CLAIMED DISABILITY | VISION | PROVIDER | WERMERS |

| REQUEST | Offender states that an old eye injury requires that he have two separate pairs of glasses instead of bifocals. He requests permission to have one pair of glasses for distance and a separate pair for reading. |
|---|---|
| QUALIFYING DISABILITY | NONE |
| ACCOMMODATION | NONE |

The clinical notes from his eye exams state that the offender's corrected vision is well within the normal range. There is nothing about the old eye injury which would cause the offender to need two separate pairs of glasses rather than bifocals. A second pair of glasses is unnecessary and will not be permitted.

The offender does not have a qualifying disability and no accommodations will be afforded him.

Signature: Provider                    10-19-04
                                        Date

Signature: AIC                         10/27/04
                                        Date

+ 2007. Denial