# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# MEMORANDUM

TO:         Offender MOORE, STEPHEN, #57381

FROM:   Cathie Holst, AIC
              Through Adrienne Jacobson, Legal Assistant

RE:         Your correspondence sent to the State Board of Health Examiners

DATE:    January 7, 2008

---

Offender Moore:

Your letter sent to the State Board of Health Examiners was recently forwarded to my attention for response.

In this letter you allege multiple violations of the Americans with Disabilities Acts (ADA) and that the outcome of you ADA Screening was incorrect. You were seen by an Optometrist, as requested by a DOC Physician, on July 9, 2007 and were told at that time that you were not due for a new pair of eyeglasses. Your eyes have been examined by an outside professional and it was determined that your eyesight, with your current prescription eyeglasses, did not rise to the level of a disability under the ADA.

If you believe your ADA screening was incorrect, you may request a new screening by submitting an appropriately completed Request for Accommodations and Functional Ability Questionnaire. These documents are available through your case manger or any DOC employee with access to DOCNET. Be advised however that a new screening will not be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

Thank you.

Cc: AIC file.

