# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:     719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# MEMORANDUM

| | |
|---|---|
| TO: | Offender MOORE, STEPHEN, #57381 |
| FROM: | Adrienne Jacobson, Legal Assistant, Designee<br>Office of the AIC (ADA Inmate Coordinator) |
| RE: | Your correspondence sent to Director Zavaras, correspondence sent to Cathie Holst and 3 improperly processed grievances |
| DATE: | May 12, 2008 |

Offender Moore:

Enclosed with this response are 3 grievance forms which were not answered by this office because you failed to follow the appropriate filing procedures. These grievances have not been given grievance numbers for tracking purposes and were not sent through the facility grievance coordinator. If you wish to receive responses to these grievances, you must submit them using the appropriate channels.

With regard to the 2 letters referenced above, you feel that you are being denied advancement within the OMI program and that this denial is in violation of the Montez Remedial Plan. You further allege that DOC is refusing to allow you to have reading glasses and that the bi-focals, which were prescribed to you by the optometrist, cause you to have eye pain and this eye pain, coupled with your being housed in an Ad-Seg environment has compounded your alleged mental health issues.

Offender Moore, I have been over this ground with you on many occasions. I have had you screened and re-screened to determine the extent of your vision issues. I have researched and responded to your numerous duplicative grievances on this same subject and have been unable to find any reason why the bi-focal lenses, prescribed to you by the optometrist, would not be suitable for your vision needs.

I have requested a mental health screening on your behalf and sent you the copies of this request. The result of this screening is not yet in and I will notify you as soon as I have received that information.

While you are correct that the Montez Remedial Plan states that disabled



EXHIBIT
C

offenders shall be allowed to progress through the system, you are incorrect in your assumption that this statement *in and of itself* entitles you to program advancement despite non-compliance with the designated criteria established for the particular program.

You have not met the requisite program stipulations for progression through the OMI program and for that reason and that reason alone, you have not been progressed. Further, your behavior suggests an unwillingness to cooperate with the administrators of this program and your level was returned to "high" based on an incident which occurred on April 21, 2008 wherein you were verbally abusive to staff who were attempting to notify you that your level in the OMI Unit was lowered to "intermediate." As a result of this action, your level remained at "high" which is why you are currently housed as an "Ad-Seg offender."

At no time does the Montez Remedial Plan state that offenders with disabilities shall "be placed back in general population" as you claim and our office does not have any say on an offender's custody level. That determination is completely separate from any disability determination that may come from the office of the AIC.

At this time I feel I must remind you that your grievance privileges may be restricted should you continue to submit multiple, frivolous grievances. You have already had this privilege restricted on one occasion and I will not hesitate to ask that this restriction be re-instated if you continue to inundate this office with grievances regarding your disagreement with your disability determination and your perceived understanding of the Montez Remedial Plan.

As always, I *encourage* you to contact our office at any time if you feel that you are being denied **access** to any job, benefit, program or service to which other offenders have access or if your medical condition(s) deteriorate to the point that you feel you may require additional accommodations.

Thank you.

cc: AIC file.