IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number C-002 (formerly 02-128)
Category:  C
Claimant:  Stephen Moore, #57381
Address of Claimant:  CCF, P.O. Box 600, Canon City, CO 81215-0600
_____

### RESPONSE TO CLAIMANT'S "EVIDENTIARY SUPPORT FOR CHRONIC OBSTRUCTION OF ADA MONTEZ COMPLIANCE"
_____

Defendants, through the Colorado Attorney General, respectfully submit the following Response to Claimant's "Evidentiary Support for Chronic Obstruction of ADA Montez Compliance[.]"

1.  Claimant has recently filed a number of similar pleadings dealing with the same issues.

2.  Defendants also addressed Claimant's "Motion to Reconsider Denial of Disability by Wrong Standard of Review" ("Motion to Reconsider") and "Violation Montez Plan X 5 Equal Access to the Courts" in a separate Response.  This Response

1

deals only with Claimant's "Evidentiary Support for Chronic Obstruction of ADA Montez Compliance[.]"

3. In addition to the pleadings filed by Claimant to which Defendants are responding directly, Claimant has filed additional similar pleadings.

4. He has also filed many grievances regarding these same issues. As seen in the Memorandums from Cathie Holst/Adrienne Jacobson to Claimant, (Exhibits A, B, and C to Defendants' Response to Claimant's "Motion to Reconsider Denial of Disability by Wrong Standard of Review" and "Violation Montez Plan X 5 Equal Access to the Courts[,]" Claimant has an his affinity for filing numerous, duplicative grievances on the same issues, to the point where the privilege of filing grievances had to be restricted at one point as he failed to comply with proper grievance procedures.

5. Claimant's "Evidentiary Support for Chronic Obstruction of ADA Montez Compliance" is yet another pleading stating essentially the same allegations contained in other pleadings.

6. Defendants have addressed Claimant's allegations in their Response to Claimant's "Motion to Reconsider Denial of Disability by Wrong Standard of Review" and "Violation Montez Plan X 5 Equal Access to the Courts" and hereby reincorporate that Response and its attachments in responding to Claimant's "Evidentiary Support for Chronic Obstruction of ADA Montez Compliance."

7. There is simply nothing new to address in Claimant's latest duplicative pleading.

WHEREFORE, Defendants respectfully request that Claimant's "Evidentiary Support for Chronic Obstruction of ADA Montez Compliance" be denied, for the reasons set forth above.

Respectfully submitted this 2nd day of June, 2008.

JOHN W. SUTHERS
Attorney General


*Willow I. Arnold*
WILLOW I. ARNOLD
Special Assistant Attorney General
Civil Litigation & Employment Law Section
Corrections Unit
Attorney for Defendants
1525 Sherman St., 4th Floor
Denver, CO  80203

## CERTIFICATE OF SERVICE

 This is to certify that I have duly served the following **RESPONSE TO CLAIMANT'S "EVIDENTIARY SUPPORT FOR CHRONIC OBSTRUCTION OF ADA MONTEZ COMPLIANCE"** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 2nd day of June, 2008 addressed as follows:

Stephen Moore, #57381
CCF, P.O. Box 600
Canon City, CO 81215-0600

*Courtesy Copy To:*

Cathie Holst

____*Darlene S. Hill*_____