IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

## SPECIAL MASTERS' TWENTY-FIFTH APPLICATION FOR PAYMENT OF FEES AND COSTS

---

      Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-Fifth Application for Payment of Fees and Costs. This application is for work done from March 16, 2008 to May 15, 2008, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

      1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

      2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 172.75 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours and Judy Olive of 0.00 hours.

6. Larry Dean Valente was hired to work as a staff attorney for the Special Masters. Mr. Valente spent 0.00 hours working on case reviews and drafting documents for the Special Masters during this period of time.

7. Richard M. Borchers expended . hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 0.00 hour of time during this period for administrative matters related to the claims process. This is reflected in Exhibit C. Richard C. Davidson expended 0.00 hour of time during this period for administrative

2

matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 198.85 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of $ and travel time of hours for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F. He had 0.00 hours of travel time that is reflected on Exhibit J. He had 0.00 hours of administrative time.

9. Richard C. Davidson spent hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of hours, as reflected in Exhibit I. He had no lodging expenses.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending May 15, 2008 are as follows:

a. Richard M. Borchers: 28.95 hrs.@ $175.00 per hr. =     $ 5,066.25

                       199.85 hrs. @ 200.00 per hr. =     $39,970.00

b. Richard M. Borchers (travel) 27.0 hrs. @ 100.00 per hr. =     $ 2,700.00

c. Bruce D. Pringle      0.00 hrs.      @ $200.00 hr. =     $      00.00

d. Richard C. Davidson      6.75 hrs.      @ $200.00 hrs. =     $ 1,350.00

e. Susan Carter and other staff 178.75 hrs. @ $ 35.00 hr. =     $ 6,256.25

f. Larry Dean Valente      0.00 hrs.      @ $ 75.00 hr. =     $      0.00

g. Lodging and expenses                          $    252.97

H. Richard C. Davidson (travel) 10.00 hrs. @ $100.00 hr. =     $ 1,000.00

J. Bruce D. Pringle (travel) 0.00 hrs. @ $100.00 hr. =     $      0.00

3

TOTAL FEES:                    $ 56,595.47

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-Fifth Application for Payment of Fees be granted in the amount of $56,595.7 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By:_____
Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

**EXHIBIT A**

Susan Carter

    Total Hours for Period                172.75 hrs.

Lynda Rowe

    Total Hours for Period                6.00 hrs.

Judy Olive

    Total Hours for Period                0.00 hrs.

                                         _____

                     TOTAL HOURS       178.75 hrs.

Larry Dean Valente

    Total Hours for Period                0.00 hrs.

## EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending May15, 2008.

| | | |
|---|---|---|
| 3/20/08 | Review mail | .75 hrs. |
| 3/22/08 | Review mail | .35 hrs. |
| 3/23/08 | Review settings and cases | .50 hrs. |
| 3/25/08 | Review mail and settings; talk to Judge Kane; telephone call to RCD; telephone call to BDP; talk to Sue Carter concerning expansion of duties | 2.00 hrs. |
| 3/26/08 | Talk to Sue Carter concerning cases and procedures; review documents | 1.00 hrs. |
| 3/29/08 | Review mail and talk to Sue Carter | .75 hrs. |
| 3/30/08 | Review mail; draft order for Judge Kane; send memo to RCD and BDP | 2.00 hrs. |
| 4/1/08 | Review documents from court; review settings | 1.25 hrs. |
| 4/4/08 | Review mail, pleadings and settings | 2.00 hrs. |
| 4/6/08 | Review mail and settings | .75 hrs. |
| 4/8/08 | Review mail and pleadings | 1.00 hrs. |
| 4/12/08 | Work on order and settings; review mail | 1.50 hrs. |
| 4/13/08 | Review mail and settings | 1.00 hrs. |
| 4/14/08 | Talk to Sue Carter and review mail | .75 hrs. |
| 4/16/08 | Talk to Sue Carter about cases and settings; review mail | 1.50 hrs. |
| 4/18/08 | Telephone call with counsel; meet with Sue Carter; review mail | 1.75 hrs. |
| 4/19/08 | Review mail | .50 hrs. |
| 4/22/08 | Review mail and settings | 1.00 hrs. |
| 4/23/08 | Review mail and talk to Sue Carter | .75 hrs. |
| 4/24/08 | Review mail; trip to court with files | 1.75 hrs. |
| 4/25/08 | Review mail; talk to Sue Carter on cases | 1.00 hrs. |
| 4/27/08 | Review mail and settings | .50 hrs. |
| 4/29/08 | Review mail | .25 hrs. |
| 5/2/08 | Review mail and talk to Sue Carter | .75 hrs. |
| 5/6/08 | Review orders from RCD; talk to Sue Carter; check settings and files | 1.25 hrs. |
| 5/7/08 | Review mail | .35 hrs. |
| 5/9/08 | Review mail and files | .25 hrs. |
| 5/10/08 | Review mail | .25 hrs. |
| 5/13/08 | Review mail; prepare orders for electronic transfer to court | 2.00 hrs. |
| 5/14/08 | Review mail; talk to Sue Carter about cases | .50 hrs. |

TOTAL TIME: 29.95 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending May 15, 2008.

|                | 0.00      |
|----------------|-----------|
| TOTAL TIME:    | 0.00 hrs. |

**EXHIBIT D**

**Work Done by Richard M. Borchers**

Claims closed during the period ending May 15, 2008. Work done prior to September 15, 2004 has already been billed.

**02-373**        **Alfonso Hollis**

| | | |
|---|---|---|
| 9/5/07 | Review filed and issue order | .50 hrs. |
| 10/10/07 | Review file and issue order | .40 hrs. |
| 12/15/07 | Review motion and file; issue order | .25 hrs. |
| 2/17/08 | Review response and issue order | .30 hrs. |
| 3/10/08 | Draft final order | 1.50 hrs. |
| 3/16/08 | Finalize order and mail | .50 hrs. |

TOTAL:        3.45 hrs.

**02-910**        **Larry Phillips**

| | | |
|---|---|---|
| 6/26/07 | Review letter and issue order | .30 hrs. |
| 8/3/07 | Review response | .30 hrs. |
| 8/5/07 | Prepare order | .20 hrs. |
| 9/1/07 | Review file and supplemental forms; issue order | .25 hrs. |
| 12/7/07 | Review file and motion; issue order | .25 hrs. |
| 3/9/08 | Review file and prepare order | .30 hrs. |
| 3/20/08 | Review file and letter; issue order | .25 hrs. |
| 4/4/08 | Review file and motion; issue order | .35 hrs. |

TOTAL:        2.20 hrs.

**02-913**        **Lewis Erskine**

| | | |
|---|---|---|
| 7/28/07 | Review letter and issue order | .35 hrs. |
| 9/11/07 | Review file and issue order | .25 hrs. |
| 9/17/07 | Review file and response; issue order | .30 hrs. |
| 10/10/07 | Review file and documents; issue order | .35 hrs. |
| 2/18/08 | Review response and issue order | .30 hrs. |
| 3/16/08 | Review file and issue order | .30 hrs. |
| 4/20/08 | Review file and draft final order | 1.25 hrs. |
| 4/22/08 | Proof final order | .30 hrs. |

1

_____

TOTAL:          3.40 hrs.

**02-914        Asa Meek**

| | | |
|---|---|---|
| 11/2/07 | Review file and letter; issue order | .35 hrs. |
| 11/20/07 | Review file and claim; issue order | .30 hrs. |
| 12/15/07 | Review file and issue order | .35 hrs. |
| 12/21/07 | Prepare order | .20 hrs. |
| 2/15/08 | Review file and response; issue order | .25 hrs. |
| 3/8/08 | Review file and issue order | .25 hrs. |
| 3/25/08 | Review letter and reply; issue order | .50 hrs. |
| 4/24/08 | Draft final order | 1.75 hrs. |
| 4/25/08 | Finalize order | .50 hrs. |

_____

TOTAL:          4.45 hrs.

**03-037        James Martinez**

| | | |
|---|---|---|
| 12/15/04 | Review of file and issue order | .25 hrs. |
| 2/27/05 | Review motion and issue order | .25 hrs. |
| 3/26/05 | Review response and issue order | .15 hrs. |
| 4/13/05 | Review file and issue order for hearing | .25 hrs. |
| 4/20/05 | Review reply and motion; issue order | .25 hrs. |
| 7/13/05 | Review file and motion; issue order | .50 hrs. |
| 7/27/05 | Review motion | .20 hrs. |
| 8/24/05 | Review file and motion; issue order | .20 hrs. |
| 10/23/05 | Review file | .20 hrs. |
| 11/24/07 | Review file | .50 hrs. |
| 2/13/08 | Review file for hearing | .50 hrs. |
| 2/14/08 | Hearing and continuance | 1.00 hrs. |
| 2/16/08 | Prepare order | .25 hrs. |
| 4/1/08 | Review file for hearing | .50 hrs. |
| 4/8/08 | Review of various documents. | .50 hrs. |
| 4/1/08 | Hearing | 2.75 hrs. |
| 4/11/08 | Review file and issue order | .35 hrs. |
| 4/22/08 | Review file and issue order | .35 hrs. |
| 4/22/08 | Work on final order | 1.50 hrs. |
| 4/29/08 | Work on final order | 1.25 hrs. |
| 5/7/08 | Finalize order | .50 hrs. |

_____

|  |  | TOTAL: | 12.20 hrs. |
|---|---|---|---|

**03-038**          **Benny Padilla**

| 12/15/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 4/11/05 | Review file and issue order on hearing | .20 hrs. |
| 6/1/05 | Review objection and issue order | .20 hrs. |
| 6/6/05 | Review file | .25 hrs. |
| 6/8/05 | Review file for hearing | 1.00 hrs. |
| 6/9/05 | Hearing | .75 hrs. |
| 6/12/05 | Review file and send note to Margie Dykstra | .25 hrs. |
| 6/15/05 | Review file and issue order setting hearing | .25 hrs. |
| 10/23/05 | Review file | .20 hrs. |
| 3/15/07 | Review file and issue order | .35 hrs. |
| 4/3/07 | Review objection and issue order | .30 hrs. |
| 4/10/07 | Review motion and witness list; issue order | .50 hrs. |
| 5/1/07 | Review file and issue orders | 1.00 hrs. |
| 5/5/07 | Review file and motion; issue order | .35 hrs. |
| 5/22/07 | Review file for hearing | 1.00 hrs. |
| 5/25/07 | Hearing | 6.00 hrs. |
| 11/1/07 | Review file and issue order | .30 hrs. |
| 11/4/07 | Review file; research on *Heck* issue | 1.50 hrs. |
| 11/8/07 | Review file and prepare order | .35 hrs. |
| 2/13/08 | Review file for hearing | 1.00 hrs. |
| 2/14/08 | Hearing | 1.00 hrs. |
| 3/10/08 | Review exhibits and file | 1.25 hrs. |
| 3/11/08 | Draft final order | 4.25 hrs. |
| 3/14/07 | Finalize final order | 1.00 hrs. |

|  |  | TOTAL: | 23.50 hrs. |
|---|---|---|---|

**03-059**          **Clarence Leonhardt**

| 12/15/04 | Review file and issue order | .25 hrs. |
|---|---|---|
| 12/24/04 | Read letter and issue order | .15 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 5/27/05 | Review file and motions; issue order | .20 hrs. |
| 6/22/05 | Review motion | .10 hrs. |
| 6/29/05 | Review file and issue order | .25 hrs. |
| 9/1/05 | Review motion and file; issue order | .25 hrs. |
| 11/14/07 | Review file and issue order | .25 hrs. |
| 1/5/08 | Review file | .50 hrs. |

| 3/11/08 | Review file | .25 hrs. |
| 3/20/08 | Hearing and prepare final order | .50 hrs. |

|  | TOTAL: | 2.95 hrs. |

**03-106**      **Phillip Carter**

| 12/30/04 | Review file and issue order | .20 hrs. |
| 4/1/05 | Review file and issue order for hearing | .25 hrs. |
| 5/27/05 | Review motion and file; issue order | .25 hrs. |
| 6/4/05 | Review file and reset hearing | .25 hrs. |
| 10/6/05 | Review motions and file; issue order | .35 hrs. |
| 10/23/05 | Review file | .20 hrs. |
| 11/22/05 | Draft order and review file | .20 hrs. |
| 12/13/05 | Review motion | .15 hrs. |
| 11/06/07 | Review file and prepare order for hearing | .40 hrs. |
| 3/20/08 | Finalize final order | .60 hrs. |

|  | TOTAL: | 2.85 hrs. |

**03-117**      **Shannon Williams**

| 1/27/08 | Review file and issue order | .30 hrs. |
| 3/10/08 | Review file and issue order | .50 hrs. |
| 4/10/08 | Review file for hearing | .30 hrs. |
| 4/11/08 | Hearing | 2.50 hrs. |
| 4/20/08 | Work on final order | 2.00 hrs. |
| 4/21/08 | Finalize order | .30 hrs. |

|  | TOTAL: | 5.90 hrs. |

**03-146**      **Gerald Sensabaugh**

| 3/1/08 | Review motion and issue order | .30 hrs. |
| 3/24/08 | Review order | .25 hrs. |
| 4/1/08 | Review file and issue memo | .20 hrs. |

|  | TOTAL: | .75 hrs. |

**03-156**          **Don L. Martin**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .20 hrs. |
| 8/23/05 | Review file and issue order | .25 hrs. |
| 1/18/06 | Review letter and file | .25 hrs. |
| 8/16/07 | Review file and set hearing | .30 hrs. |
| 3/11/08 | Review file and issue order | .25 hrs. |
| 3/20/08 | Work on case | .25 hrs. |
| 3/25/08 | Review file for hearing | .35 hrs. |
| 3/31/08 | Hearing | 3.20 hrs. |
| 4/18/08 | Draft final order | 2.00 hrs. |
| 4/21/08 | Finalize final order | .30 hrs. |

TOTAL:          7.35 hrs.

**03-160**          **Anthony Rankin**

| | | |
|---|---|---|
| 9/8/04 | Review of claim form | .10 hrs. |
| 9/23/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 8/26/05 | Review claim | .15 hrs. |
| 9/1/07 | Review file and issue order | .30 hrs. |
| 3/1/08 | Review file | .30 hrs. |
| 3/5/08 | Review file | .25 hrs. |
| 3/6/08 | Hearing | 3.00 hrs. |
| 3/8/08 | Review documents | .30 hrs. |
| 3/11/08 | Prepare final order | 1.50 hrs. |
| 3/14/06 | Finalize final order | .75 hrs. |

TOTAL:          6.90 hrs.

**03-178**          **John Armintrout**

| | | |
|---|---|---|
| 12/31/04 | Review file and issue order | .15 hrs. |
| 9/24/05 | Review response and issue order | .15 hrs. |
| 12/13/05 | Review file and issue order | 1.00 hrs. |
| 9/15/07 | Review file and issue order | .25 hrs. |
| 12/1/07 | Review file and issue order | .25 hrs. |
| 12/15/07 | Review file and issue order | .50 hrs. |
| 2/20/08 | Review file and issue order | .50 hrs. |
| 3/20/08 | Review file and issue order | .30 hrs. |

5

| | | |
|---|---|---|
| 4/9/08 | Review file for hearing | .50 hrs. |
| 4/11/08 | Hearing | .50 hrs. |
| 4/14/08 | Issue order of dismissal | .30 hrs. |
| | | ———————— |
| | TOTAL: | 4.40 hrs. |

**03-180      Lester Nortonsen**

| | | |
|---|---|---|
| 11/24/04 | Review claim and file | .25 hrs. |
| 11/29/04 | Issue order | .10 hrs. |
| 12/24/04 | Review file and issue order | .15 hrs. |
| 2/4/05 | Review pleading | .20 hrs. |
| 10/14/05 | Review response and issue order | .25 hrs. |
| 12/13/05 | Review file and issue order | 1.00 hrs. |
| 9/13/07 | Review file and witness list | .50 hrs. |
| 11/29/07 | Review file | .50 hrs. |
| 12/1/07 | Review file for hearing | .30 hrs. |
| 12/4/07 | Hearing | 2.00 hrs. |
| 12/9/07 | Review file and issue order | .30 hrs. |
| 1/4/08 | Work on final order | 2.00 hrs. |
| 1/26/08 | Review letter and issue order | .25 hrs. |
| 3/16/08 | Review file and draft final order | .50 hrs. |
| 3/20/08 | Finalize final order | .75 hrs. |
| | | ———————— |
| | TOTAL: | 9.05 hrs. |

**03-207      Raymond Stevens**

| | | |
|---|---|---|
| 4/22/08 | Review file for hearing | .50 hrs. |
| 4/30/08 | Review file | .25 hrs. |
| 5/1/08 | Hearing | 3.00 hrs. |
| 5/5/08 | Draft final order | 1.75 hrs. |
| 5/6/08 | Finish final order | 2.00 hrs. |
| | | ———————— |
| | TOTAL: | 7.50 hrs. |

**03-228      Waldo Mackey**

| | | |
|---|---|---|
| 12/28/04 | Review file and issue order | .20 hrs. |
| 2/20/05 | Review motion and issue order | .15 hrs. |
| 3/9/05 | Review letter and issue order | .15 hrs. |

6

| | | |
|---|---|---|
| 3/15/05 | Review motion and response | .15 hrs. |
| 10/16/05 | Review file | .15 hrs. |
| 2/2/06 | Review response and issue order | .25 hrs. |
| 3/20/08 | Finalize final order | .75 hrs. |
| | | _____ |
| | TOTAL: | 1.80 hrs. |

**03-238        Robert Neely**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 2/20/05 | Review motion and issue order | .15 hrs. |
| 5/11/05 | Review file and issue order | .15 hrs. |
| 5/27/05 | Review motion and issue order | .15 hrs. |
| 6/15/05 | Review file and issue order | .25 hrs. |
| 7/20/05 | Review response and file; issue order | .25 hrs. |
| 8/3/05 | Review motion and issue order | .20 hrs. |
| 9/13/05 | Review letter and issue order | .20 hrs. |
| 11/6/05 | Review motion and issue order | .20 hrs. |
| 12/26/05 | Review file and issue order | .25 hrs. |
| 2/7/06 | Review letter and file | .20 hrs. |
| 3/20/08 | Finalize final order | .50 hrs. |
| 4/1/08 | Review response and issue order | .25 hrs. |
| 4/23/08 | Review file and response; issue order | .50 hrs. |
| 5/7/06 | Review motion and file; issue order | .50 hrs. |
| 2/28/08 | Review file and issue order | .50 hrs. |
| | | _____ |
| | TOTAL: | 4.40 hrs. |

**03-283        Albino Sanchez-Garcia**

| | | |
|---|---|---|
| 1/30/05 | Review file and issue order | .15 hrs. |
| 4/28/06 | Review file and response; issue order | .30 hrs. |
| 7/4/06 | Review file | .40 hrs. |
| 1/25/07 | Review file and letter; issue order | .25 hrs. |
| 11/23/07 | Review file and memo to Sue Carter | .20 hrs. |
| 12/21/07 | Review file and issue order | .30 hrs. |
| 3/1/08 | Review file | .30 hrs. |
| 3/5/08 | Review file for hearing | .25 hrs. |
| 3/6/08 | Hearing | 1.75 hrs. |
| 3/23/08 | Prepare final order | 1.50 hrs. |
| | | _____ |

|  | TOTAL: | 5.40 hrs. |
|---|---|---|

**03-306**          **Brandon Tyler**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 10/1/05 | Review letter and issue order | .25 hrs. |
| 11/5/05 | Review pleading and issue order | .15 hrs. |
| 11/25/05 | Review pleadings and issue order | .75 hrs. |
| 9/13/06 | Review file; issue order for hearing | .50 hrs. |
| 9/24/06 | Review file and motion; issue order | .30 hrs. |
| 9/30/06 | Review file and issue order | .25 hrs. |
| 10/19/06 | Review file for hearing | 1.00 hrs. |
| 10/21/06 | Hearing | .75 hrs. |
| 10/22/06 | Review file and notes; issue order | .30 hrs. |
| 1/11/07 | Review file for hearing | .40 hrs. |
| 5/22/07 | Review file for hearing | .75 hrs. |
| 5/25/07 | Hearing | 1.00 hrs. |
| 5/26/07 | Review file and issue order | .25 hrs. |
| 12/6/07 | Review file for hearing | 1.00 hrs. |
| 12/7/07 | Hearing | 2.50 hrs. |
| 12/9/07 | Review file and issue order | .50 hrs. |
| 3/25/08 | Draft final order; review exhibits | 2.00 hrs. |
| 3/26/08 | Work on final order | 1.25 hrs. |
| 4/1/08 | Proofread final order | .75 hrs. |
| 5/6/08 | Finalize final order | .50 hrs. |

|  | TOTAL: | 15.30 hrs. |
|---|---|---|

**03-307**          **Edmund Herrera**

| 12/29/04 | Review submitted documents | .10 hrs. |
|---|---|---|
| 2/6/05 | Review letter and file | .10 hrs. |
| 2/12/05 | Issue order | .15 hrs. |
| 5/18/06 | Review response and file; issue order | .35 hrs. |
| 7/20/06 | Review motion and issue order | .30 hrs. |
| 9/10/06 | Elevate to Category III | .35 hrs. |
| 3/20/08 | Finalize final order | .50 hrs. |

|  | TOTAL: | 1.85 hrs. |
|---|---|---|

8

**03-319**        **Magin Padilla**

| | | |
|---|---|---|
| 2/13/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review motion and file; issue order | .30 hrs. |
| 9/23/06 | Review file and issue order | .25 hrs. |
| 6/9/07 | Review file and issue order for hearing | .25 hrs. |
| 10/11/07 | Review file and issue order for hearing | .30 hrs. |
| 11/21/07 | Review file and issue order | .25 hrs. |
| 11/27/07 | Review letter and issue order | .20 hrs. |
| 1/4/08 | Review file | .25 hrs. |
| 4/9/08 | Review file for hearing | .50 hrs. |
| 4/11/08 | Hearing | .30 hrs. |
| 4/14/08 | Prepare order of dismissal | .30 hrs. |

TOTAL:        3.05 hrs.

**03-328**        **Henry Tafoya**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/18/06 | Review response and file; issue order | .30 hrs. |
| 9/25/06 | Review file and elevate to Category III | .35 hrs. |
| 10/3/06 | Issue order | .20 hrs. |
| 3/12/07 | Hearing order | .20 hrs. |
| 10/10/07 | Review file and set for hearing | .35 hrs. |
| 3/10/08 | Review file for hearing | .50 hrs. |
| 3/13/08 | Hearing | 2.25 hrs. |
| 3/17/08 | Prepare final order | 1.85 hrs. |

TOTAL:        6.15 hrs.

**03-335**        **Keith Schwinaman**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 4/20/05 | Review response and issue order | .20 hrs. |
| 5/7/05 | Review letter and issue order | .15 hrs. |
| 3/14/06 | Review response and issue order | .25 hrs. |
| 5/13/06 | Review motion and issue order | .30 hrs. |
| 9/2/06 | Review file and motion; issue order | .25 hrs. |
| 10/9/06 | Review file and elevate to Cat. III | .25 hrs. |
| 10/12/06 | Review file and issue order | .25 hrs. |
| 3/8/08 | Review file and issue order | .25 hrs. |

9

| 3/12/08 | Review file for hearing | .50 hrs. |
| 3/13/08 | Hearing | 6.75 hrs. |
| 3/14/08 | Review file | .50 hrs. |
| 3/25/08 | Review file and issue order | .50 hrs. |
| 4/5/08 | Work on final order | 2.00 hrs. |
| 4/28/08 | Work on final order | 2.00 hrs. |
| 4/29/08 | Finalize order | .50 hrs. |

TOTAL: 14.80 hrs.

**03-351**      **Stephen Adams**

| 11/24/04 | Review claim and issue OSC | .25 hrs. |
| 12/24/04 | Review response and issue order | .20 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 11/18/06 | Review file and issue order | .25 hrs. |
| 4/6/07 | Review letter and file | .30 hrs. |
| 9/15/07 | Review file and issue order | .25 hrs. |
| 1/11/08 | Issue order setting hearing | .25 hrs. |
| 4/1/08 | Review file for hearing | .50 hrs. |
| 4/9/08 | Review file | .50 hrs. |
| 4/10/08 | Hearing | 4.00 hrs. |
| 4/14/08 | Work on final order | .50 hrs. |
| 4/15/08 | Finish draft of final order | .75 hrs. |
| 4/16/08 | Finalize order | .35 hrs. |

TOTAL: 8.25 hrs.

**03-390**      **Robert Archuleta**

| 3/8/08 | Review file and issue order | .30 hrs. |
| 4/1/08 | Review file for hearing | .50 hrs. |
| 4/11/08 | Hearing | 1.75 hrs. |
| 4/19/08 | Prepare draft of order | 2.00 hrs. |
| 4/21/08 | Finalize final order | .35 hrs. |

TOTAL: 4.90 hrs.

**03-407**      **Phillip Johnson, Jr.**

10

| | | |
|---|---|---|
| 1/5/05 | Review file and issue order | .15 hrs. |
| 1/25/05 | Review letter and issue order | .15 hrs. |
| 2/5/05 | Review file and issue order | .15 hrs. |
| 3/8/05 | Review motion and issue order | .15 hrs. |
| 4/8/05 | Review response and issue order | .15 hrs. |
| 4/14/05 | Review motion and letter | .15 hrs. |
| 7/2/05 | Review file and letter; issue order | .25 hrs. |
| 9/17/05 | Review file and issue order | .20 hrs. |
| 9/26/05 | Review response and order | .20 hrs. |
| 10/16/05 | Review letter and file; issue order | .25 hrs. |
| 1/20/06 | Review file and issue order | .35 hrs. |
| 8/14/06 | Review file | .25 hrs. |
| 10/18/06 | Review file and response; issue order | .30 hrs. |
| 2/7/07 | Review file and letter | .25 hrs. |
| 3/17/07 | Review file and elevate | .35 hrs. |
| 4/13/07 | Review file and set for hearing | .30 hrs. |
| 12/31/07 | Review file | .30 hrs. |
| 1/8/08 | Review file and issue order | .50 hrs. |
| 2/9/08 | Review file and issue order | .50 hrs. |
| 4/1/08 | Review file for hearing | .50 hrs. |
| 4/11/08 | Hearing | 1.50 hrs. |
| 4/18/08 | Draft final order | 2.00 hrs. |
| 4/19/08 | Review draft and proofread | .50 hrs. |
| 4/22/08 | Finalize final order | .50 hrs. |

TOTAL:                         9.90 hrs.

**03-421          Jared Whorlow**

| | | |
|---|---|---|
| 12/29/04 | Review file and issue order | .15 hrs. |
| 3/4/05 | Review file and issue order | .15 hrs. |
| 3/1/06 | Review file and response; issue order | .25 hrs. |
| 6/9/06 | Review file and issue order | .25 hrs. |
| 10/25/06 | Review file and letter; issue order | .20 hrs. |
| 2/2/07 | Review file and motion; issue order | .20 hrs. |
| 4/3/07 | Review file | .25 hrs. |
| 5/6/07 | Review file and elevate | .30 hrs. |
| 5/8/07 | Issue order | .20 hrs. |
| 6/9/07 | Review file and issue order setting hearing | .30 hrs. |
| 7/9/07 | Review file and issue order | .25 hrs. |
| 7/12/07 | Review file and issue order | .25 hrs. |
| 3/20/08 | Finalize final order | .60 hrs. |

11

|  | TOTAL: | 3.35 hrs. |
|---|---|---|

**03-431**      **Michael Fleming**

| 7/28/07 | Review file and issue order | .35 hrs. |
|---|---|---|
| 9/6/07 | Review file | .30 hrs. |
| 9/11/07 | Review letter and file | .20 hrs. |
| 10/5/07 | Review letter and file | .25 hrs. |
| 10/11/07 | Set for hearing and review file | .30 hrs. |
| 2/28/08 | Hearing | 2.00 hrs. |
| 3/1/08 | Review file and issue order | .30 hrs. |
| 3/14/08 | Prepare final order | 1.50 hrs. |

|  | TOTAL: | 5.20 hrs. |
|---|---|---|

**03-436**      **Chung Pak**

| 1/8/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 4/19/06 | Review letter and issue order | .25 hrs. |
| 5/7/06 | Review file and response | .50 hrs. |
| 11/15/07 | Review file | .50 hrs. |
| 11/17/07 | Prepare order | .20 hrs. |
| 11/19/07 | Review file and issue order | .20 hrs. |
| 3/16/08 | Hearing and work on order | 3.50 hrs. |
| 3/24/08 | Work on final order | 1.00 hrs. |
| 3/25/08 | Work on final order | 1.00 hrs. |
| 4/8/08 | Review file and draft of final order | .75 hrs. |

|  | TOTAL: | 8.30 hrs. |
|---|---|---|

**03-439**      **Cleveland Flakes**

| 10/5/07 | Review file and letter; issue order | .35 hrs. |
|---|---|---|
| 11/20/07 | Review file and issue order | .30 hrs. |
| 1/5/07 | Review file and issue order | .50 hrs. |
| 1/12/08 | Set hearing and issue order | .35 hrs. |
| 4/1/08 | Review file for hearing | .50 hrs. |
| 4/11/08 | Hearing | 1.00 hrs. |

| 4/14/08 | Order of dismissal | .30 hrs. |
| | | _____ |
| | TOTAL: | 3.30 hrs. |

**05-013**      **Estate of Gary Carlson**

| 1/20/06 | Review claim and issue order | .25 hrs. |
| 4/13/06 | Review file and issue order setting hearing | .35 hrs. |
| 5/7/06 | Review file | .35 hrs. |
| 6/8/06 | Review file and motion; issue order | .30 hrs. |
| 3/19/08 | Finalize final order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.75 hrs. |

**X-257**      **Mary E. Neff**

| 3/1/08 | Review file and claim; issue order | .35 hrs. |
| 3/20/08 | Prepare draft of final order | .30 hrs. |
| 3/24/08 | Finalize order | .25 hrs. |
| | | _____ |
| | TOTAL: | .90 hrs. |

**X-258**      **Darryl Atteberry**

| 3/1/08 | Review letter and issue order | .30 hrs. |
| 4/1/08 | Prepare order of dismissal | .50 hrs. |
| | | _____ |
| | TOTAL: | .80 hrs. |

**X-260**      **William Bebout**

| 4/4/08 | Review claim and issue OSC | .35 hrs. |
| 5/3/08 | Review file and prepare order of dismissal | .35 hrs. |
| 5/6/08 | Finalize order | .35 hrs. |
| | | _____ |
| | TOTAL: | 1.05 hrs. |

13

**X-263**        **Brigett Thomas**

| | | |
|---|---|---|
| 4/14/08 | Review file and claim; issue OSC | .40 hrs. |
| 4/28/08 | Prepare final order | .50 hrs. |

|  | TOTAL: | .90 hrs. |
|---|---|---|

**X-265**        **Joshua Anker**

| | | |
|---|---|---|
| 4/19/08 | Review letter and file; issue order | .25 hrs. |
| 5/9/08 | Review file and issue final order | .40 hrs. |

|  | TOTAL: | .65 hrs. |
|---|---|---|

—————————————

TOTAL HOURS at $175.00 per hour: 28.95 hours =   $  5,066.25

TOTAL HOURS at $200.00 per hour: 169.90 hours = $33,980.00

TOTAL: $ 39,046.25

14

**EXHIBIT E**

Travel Time for Richard M. Borchers:

| | | |
|---|---|---|
| 3/31/08 | Denver to Walsenburg and return | 6.00 hrs. |
| 4/8-09/08 | Denver to La Junta - Ft. Lyon - Denver | 7.00 hrs. |
| 5/1/08 | Denver to Sterling and return | 4.00 hrs. |
| 5/8/08 | Denver to Canon City and return | 4.00 hrs. |
| 5/12-12/08 | Denver to Ordway and return | 6.00 hrs. |

TOTAL TRAVEL TIME:          27.00 hrs.

Lodging Expenses:

| | | |
|---|---|---|
| 4/9/08 | La Junta | $ 112.23 |
| 5/1/08 | Sterling | $  95.74 |
| 5/11/08 | Ordway | $  45.00 |

TOTAL EXPENSES:          $ 252.97

**EXHIBIT F**

Work done by Judge Bruce Pringle during time period ending May 15, 2008:

None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending May 15, 2008:

(See attached sheet)

TOTAL:                6.75 hrs.

*LRC*
*Legal Resolution Center*

## Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name:  _March - May 2008_          DOC # _____

Claim No:  _____

Category No:  _____

| Date | | Activity | Time |
|---|---|---|---|
| 5 | 6 | BreTz 03-138  Review of motion - | |
| | | Issued order | .5 |
| | | Pollard 03-272  Review of motion - | |
| | | Issued order | .5 |
| | | Stroud 03-350  Review of letter, grievance | |
| | | and final order, Issued order. | .5 |
| | | Sensbaugh 03-146 Review of filings + attachments | |
| | | Prep of order - Call To Sue | .75 |
| 4 | 21 | Travel To CTCF | 4.0 |
| | | Hearing  03-162  Schwartz | 2.0 |
| 5 | 12 | Travel To AVCF | 6.0 |
| | | Hearing Gibson  03-173 | 2.5 |
| | | Mileage  Total  480 | |
| | | | |
| | | | |
| | | | |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending May 15, 2008:

TOTAL:        0.00 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending May 15, 2008:

Total Travel Time:                                    10.00 hrs.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending May 15, 2008:

Total Travel Time:                                    0.00 hrs.