FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 03 2008

GREGORY C. LANGHAM
CLERK

92-870-EWN

Judge Kane,

RE: Letter And orders Dated April 29, 2008, Recived May 30, 2008

CASE # 02-766, Montez Related.

Philip A. Punk JR. #120656, claimant # 02-766 under the Montez, has of this Date (Plaintiff has) Not been Allowed his Disibilities, The Plaintiff Punk, was Disabled Prior to entry of Prison, but, by some mericial, Now is Not. Plaintiff has been Force to sleep on A top bunk, Walk with-out Assistance of his cain, BackBrace, knee brace, for severial years Now. D.O.C. keeps sending Plaintiff, to Doctors who say he is Disabled But, D.O.C. Doctors Resend the orders.

for:
1. Eyes.     (Denied)
2. Mobility (Denied)
3. Hearing. (Denied)

Stating Plaintiff is not Disabled. Plaintiff Punk, Dose have Deterieating Redness of his eyes. Light hurts them bad. D.O.C. Will not Give and has tooken, Plaintiffs Street Glasses with Proper Perscription, And Photo Cromic Lenses. Replaced them with inAdiquate Lenses with NO Photo cromic Lenses. As well as Refused the Eye Drops "Due to the Cost", that were ordered By Eye Specialost.

Pa.1 of 4

Under the Mobility the Plaintiffs:

Back Brace and Cane, as well as his knee Brace were taken the Plaintiff is being forced to sleep on a top bunk and has Alergies to dogs, is forced to Live in a unit with Dogs. (K-9)

D.O.C. has also stated that the ~~plaintiff~~ Plaintiff, has (1) good ear to hear out of and Doesn't need ~~a~~ a hearing aid be cause he has (1) good ear. ®

Plaintiff keeps Grieveing the Isues and keeps getting turnd Down, for his Disibility Rating, D.O.C. Doctors change the orders and say Plaintiff is not Disabled. Plaintiff is Pro-Se in his indevor and the montez People say Even Pro Se People are ickwolaged so Dose that mean I get my mony for Doing my 600 hours of Legal work. At $50.00 hr. At a minimum? If so order D.O.C. to Pay my Legal fees! TO:

~~Bank of~~

The First National Bank of Ordway -Rockfor
300-301 N. Main Street
P.O. BOX - 278
ORDWAY, Colorado 81063

Pg. 2 of 4

Plaintiff Punk is Also Asking $150,000.00 in Pain And Suffering, for the Incompetance of D.O.C. Medical staff and the Deleberate Denial of Plaintiffs Disiabilities.

Plaintiff is 49 And has A Bad Knee, hip. The Plaintiff has A Broken Kneck And A back that has been fused together back in 1988. Plaintiff Also is having to Pay Repeatedly A $5.00 fee to see the Doctors. Because they say Im not Disabled I have to pay $5.00 each time to see them And still suffer And get No Release.

The Plaintiff would Request that You The Judge Order D.o.c. to give Plaintiff Back his cain, Back Brace, knee Brace And move to A bottom Bunk. Also the Co Pay Issue. of $5.00 each Time.to be reembersed. for the Period of Feb. 2004 to the Present.

As originally ordered in your Order to D.o.C. Case # 1:92-CV-00870-EWN-OES, Document 3326, Filed 4/4/2008.

D.O.C. still Refuses Plaintiff Disabilities. Plaintiff Punk, Needs New Glasses and cant get the perscription Required. (His street Glasses have been taken) The cost of them was $300.00. Taken By an officer During a shake down while Plaintiff was in the shower!

Pg.3 of 4

Plaintiff can not Get Releaf or the Proper Cair in Prison Required for his situation. But You Order to D.O.C. Specificly ordering this will help.

Plaintiff Request All Releaff And Accomidation that are required including the vibrating watch. which is No Charge for Disabled People. or should I File A 1983 in regards to this matter, 106, Dose not Apply.

I have Grieved And been turnd down Repeatdely. Help! This has been on going sence Feb. 2002, to the Present.

Letter Also sent to
Dala Greisen, LLP
Regarding this Letter.
No Copies.

Thank You
Plt SPLS. #120656
Philip A. Punk SR.
DOC. #120656
Unit- 4- B-109-A
P.O. Box 6000
Sterling, Colorado
80751-0600

Also: Included is An Affidavit of Assault By Lt. Fitzgerald.
  Plaintiff Ask's The Judge to Inquire into this. Assault By Prison Guard to A Disabled person. D.O.C. wont do Any thing! Nor will the Logan county D.A.'s office.

Pg 4 of 4

## AFFIDAVIT OF ASSAULT BY LT. FITZGERALD

On 5-25-08, I, Philip A. Punk Jr., #120656, was standing in the doorway of cell 1-10, in B-Pod, Unit 4, Sterling Correctional Facility at approximately 7 to 8 pm.

Lt. Fitzgerald, a female officer, did pat me down, empty my pockets and when pating me down very firmly did <u>slam</u> her hand into my scrotum very hard; hard enough to make me say "oww!", and not on just one side, but both!! She did this by the showers in the day room. She patted me down very firmly and slowly, until she got to my inside thighs, then she slammed her hand into my scrotum. She also pat searched the other person, Inmate Starr, and told Duncan, "Next time I'll tear your room up!"

I feel the hit to my groin area not once, but twice was deliberate and purposefully done.

I am looking into assault charges.

Dated this 30 day of May, 2008

Respectfully submitted

*[signature]*
Philip A. Punk Jr.
#120656
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO  80751-0600

## CERTIFICATE OF MAILING

I, Philip A. Punk Jr. #120656, do hereby attest and affirm that on this 30 day of May, 2008, I did place in the U.S. Mail, Postage Pre-paid, the foregoing "Affidavit of Assault by Lt. Fitzgerald", to the following persons:

Logan County Clerk of Courts
110 N. Riverview Rd.
Sterling, CO  80751

Office of the Attorney General
1525 Sherman Street - 7th Floor
Denver, Colorado  80203-1760

*APJR. #120656*
Philip A. Punk Jr.
#120656
P.O. Box 6000
Sterling, CO  80751-0600