IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-392
Category: III
Claimant: Cecil Dela Rosa, #100580
Address of Claimant: 2210 S. 7th Street, Abilene, TX 79605-3146

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on his own motion. A hearing was set on April 11, 2008 on the claim filed by Claimant. He did not appear in person nor did he answer the telephone at the number provided to the staff of the Special Master. Claimant did not contact the office of the Special Masters to indicate why he could not participate in the hearing.

      Counsel for Defendants advised the Special Master at the time for the hearing that Claimant had been in negotiations for a possible settlement. The Special Master cannot be involved in settlement discussions with the parties. Claimant was granted the opportunity to discuss settlement with counsel for Defendants.

      A show cause order was issued to Claimant directing him to respond on or before March 12, 2008 on why his claim should not be dismissed. Claimant has failed to respond to that order.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as he failed to appear for the hearing and failed to respond to the order to show cause; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 11, 2008.**

SIGNED this 21st day of May, 2008.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master