IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number 03-438
Category III
Claimant: Albert Joel Abeyta, #119057
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

## ORDER OF SPECIAL MASTER
_____

     THIS MATTER comes before the Special Master on Claimant's letter asking to reopen his claim or to file a new claim. His previous claim was dismissed.

     Claimant has requested to file a new claim based upon some unspecified ruling from the Court. The Special Master is unaware of any ruling which changes the cutoff date of August 27, 2003 for the claims process. Claimant may file his own lawsuit and may consult with class counsel concerning systemic issues. The claim process requires that a claimant had to have been in DOC custody on or before August 27, 2003. Claimant did not come into DOC custody until September 22, 2003. He is not a member of the class and cannot pursue a claim under the Remedial Plan.

     IT IS HEREBY ORDERED that Claimant's request to file a new claim or to reopen his old claim is denied.

     SIGNED this 30th day of May, 2008.

                   BY THE COURT:

                   */s/ Richard M. Borchers*

                   _____

                   Richard M. Borchers
                   Special Master