IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number C-003 (formerly 02-517)
Category III
Claimant: Robert E. Quintero, #105549
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the response of Defendants to the letter from Claimant. Defendants argue that Claimant should not be allowed to reopen his claim. Claimant will be granted time to file a reply to the response of Defendants.

IT IS HEREBY ORDERED that Claimant is granted up to and including June 30, 2008 in which to file a reply to the response of Defendants.

SIGNED this 30th day of May, 2008.

        BY THE COURT:

        */s/ Richard M. Borchers*
By:_____
        Richard M. Borchers
        Special Master