IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-264
Category: Untimely Filed Claim
Claimant: Reynaldo Villa, #132385
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the claim of Reynaldo Villa. In the claim form, Claimant stated that he came into DOC custody on December 17, 2004.

    Since it appeared that the Special Masters would have no jurisdiction over this claim, a show cause order was issued to Claimant on April 23, 2008. Claimant has filed a response to the order to show cause. In his letter to the Special Masters, Claimant states that his request for accommodations for vision problems has been denied. He also states that he needs special shoes, and he has depression because of the pain that he is enduring. Claimant does not discuss when he came into DOC custody which was the issue contained in the order to show cause.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    The claim form filed in this case indicates that Claimant came into DOC custody on

December 17, 2004. Claimant's DOC website entry reflects that he was sentenced on July 24, 2006. Claimant would have been placed into DOC custody shortly thereafter. It would appear that December 2004 relates to his being in pretrial confinement. In any event, Claimant was not in DOC custody on or before August 27, 2003. The Special Masters have no jurisdiction over this claim. Claimant may pursue his own separate lawsuit, but he may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant came into custody of DOC after August 23, 2003 and the Special Master has no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 11, 2008.**

SIGNED this 29th day of May, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master