# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

MONTEZ, et al.,

    Plaintiff,

v.

ROMER, et al.,

    Defendant.

---

## RECEIPT FOR FILE

Received by _____, the following file in the above entitled action:

Stephen Moore, Claim 02-128

_____  
Deputy Clerk

6/5/08  
Date

_____  
Special Master

By: _____