IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-EWN-OES (Consolidated for all
purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

   -vs.-

BILL OWENS, et al.,

       Defendants.

_____

Claim Number: 03-106
Category III
Claimant:  Phillip Carter, #68880
Address of Claimant:  c/o Brice Tondre, Attorney at Law, 215 S
Wadsworth Blvd., #500
                     Lakewood, CO 80226-1566
_____

**OBJECTION TO FINAL ORDER OF SPECIAL MASTER**
_____


       NOW COMES the Claimant Phillip Carter, by and through

his attorney Brice A. Tondre, and for his Objection to Final Order of

Special Master states:


       1.     On March 24, 2008, the Special Master issued his Final

1

Order [Doc.# 3340] denying Philip Carter's claim.

2.      The basis of the denial is res judicata and collateral estoppel.

3.      A transcript of the hearing is not necessary to a decision on this objection.

4.      The relevant record is composed of:

(a)  Motion to Dismiss;

(b)  Memorandum of Philip Carter in Opposition to Motion to dismiss; and

(c)  Reply in Support of Motion to Dismiss.

5.      The grounds for appeal are:

(a)  The cause of action in the prior action was founded upon 42 U.S.C. sec. 1983, hence the claims are different, this being an ADA claim;

(b)  All class members in this action were prohibited from opting out of this action, consequently Mr. Carter could not have brought his ADA claim in the prior suit;

(c)  The controlling fact issue in the prior suit was different than the controlling fact issue in this case. Section 1983 requires deliberate indifference to a serious medical need.

**Estelle v. Gamble**, 429 U.S. 97 (1976). In the prior case the claim was deliberate indifference to needed medical care. The Special Master, at paragraph 5 of his Conclusions of Law, notes that the ADA is not designed to remedy deficiency in health care. A claim pursuant to ADA is based upon discrimination affecting a person's life activities.

(d)  Because of the very different and distinct standards applicable to ADA and Section 1983 actions, there certainly was not a full and fair opportunity to litigate the fact issues relevant to an ADA  claim in the prior suit.

6.     Based upon the foregoing objection, it is respectfully submitted that not all of the elements necessary for res judicata or collateral estoppel are present.

WHEREFORE, it is respectfully submitted that the order of the Special Master denying Philip Carter's claim must be reversed and the matter remanded.

Respectfully submitted,

/s/ Brice A. Tondre

_____
Brice A. Tondre
215 South Wadsworth Blvd., Suite 500

3

Lakewood, Colorado  80226-1566

CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Objection to Final Order of Special Master to Ms. Willow Arnold, Office of the Attorney General, Litigation Section, 1525 Sherman St., 5th Floor, Denver, CO 80203 on this the 6th day of June, 2008 and to Special Master Richard Davidson, Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030, by fax at number 303-791-4787.

/s/ Brice A. Tondre

_____
Brice A. Tondre