IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 92 CV 00870 EWN

L. R. Moore, ~~et al~~, Interested Party

Plaintiff(s)/~~Petitioner(s)~~,

v.

~~Bill Owens, et al~~ Ari Zavaras, Interested Party

Defendant(s)/~~Respondent(s)~~.

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO
28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are: The refusal of Defendants to comply with Montez Remedial Plan, in particular Part XIII (MPT - Montez Pod Time) and Requests For Accomodation (RFAs), and Retaliation Against those who sought to Force Compliance

(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.

Rev. 9/98

(6)  My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

Prison Wages of 23¢/day, 20-21 days a month, plus irregular $ moneys from friends and relatives. I have no other income I can access, own no stocks, bonds nor real estate nor autos

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __CSP__ on __21 V 08__.
         (location)                  (date)

_L R Moore_
**Prisoner's Original Signature**

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

Colorado Springs, Colorado
**Statement of Account Activity**
Period: 12/01/2007 - 05/22/2008
Printed: 05/22/2008

Name: MOORE, LEWIS
Number: 47702
Location: C.S.P. - CSP/UNIT E

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/07 00:00 | Beginning Balance | | 81.62 | 81.62 | | | 1.43 | 80.19 | |
| 12/03/07 14:43 | POSTAGE-DEBIT | -1.16 | 80.46 | 80.46 | | | 1.43 | 79.03 | LF |
| 12/04/07 13:23 | Canteen Order #5528341 | -1.43 | 79.03 | 79.03 | | | 0.00 | 79.03 | LF |
| 12/05/07 04:31 | Canteen #5537115 Hold | | | 79.03 | CANTEEN | 25.01 | 25.01 | 54.02 | |
| 12/06/07 09:21 | 1 UNA INMATES | 5.06 | 84.09 | 84.09 | | | 25.01 | 59.08 | LF |
| 12/10/07 10:35 | XEROX-DEBIT | -0.50 | 83.59 | 83.59 | | | 25.01 | 58.58 | LF |
| 12/10/07 10:36 | XEROX-DEBIT | -1.25 | 82.34 | 82.34 | | | 25.01 | 57.33 | LF |
| 12/10/07 10:37 | XEROX-DEBIT | -3.25 | 79.09 | 79.09 | | | 25.01 | 54.08 | LF |
| 12/10/07 10:38 | XEROX-DEBIT | -0.50 | 78.59 | 78.59 | | | 25.01 | 53.58 | LF |
| 12/10/07 10:41 | XEROX-DEBIT | -2.25 | 76.34 | 76.34 | | | 25.01 | 51.33 | LF |
| 12/10/07 11:09 | Canteen Order #5537115 | -25.01 | 51.33 | 51.33 | | | 0.00 | 51.33 | LF |
| 12/12/07 10:24 | Canteen #5552993 Hold | | | 51.33 | CANTEEN | 4.75 | 4.75 | 46.58 | |
| 12/13/07 09:25 | Canteen #5558048 Hold | | | 51.33 | CANTEEN | 5.84 | 10.59 | 40.74 | |
| 12/13/07 09:45 | Canteen #5557986 Hold | | | 51.33 | CANTEEN | 20.49 | 31.08 | 20.25 | |
| 12/13/07 10:26 | POSTAGE-DEBIT | -0.58 | 50.75 | 50.75 | | | 31.08 | 19.67 | LF |
| 12/14/07 04:31 | Canteen #5561208 Hold | | | 50.75 | CANTEEN | 19.57 | 50.65 | 0.10 | |
| 12/19/07 07:11 | Canteen Order #5561208 | -19.57 | 31.18 | 31.18 | | | 31.08 | 0.10 | LF |
| 12/24/07 06:51 | Canteen Order #5557986 | -20.49 | 10.69 | 10.69 | | | 10.59 | 0.10 | LF |
| 12/24/07 06:53 | Canteen Order #5558048 | -5.84 | 4.85 | 4.85 | | | 4.75 | 0.10 | LF |
| 12/26/07 08:03 | Canteen Order #5552993 | -4.75 | 0.10 | 0.10 | | | 0.00 | 0.10 | LF |
| 01/01/08 23:29 | JPAY CREDIT | 80.00 | 80.10 | 80.10 | | | 0.00 | 80.10 | LF |
| 01/03/08 18:48 | 1 UNA INMATES | 4.83 | 84.93 | 84.93 | | | 0.00 | 84.93 | LF |
| 01/04/08 04:13 | Canteen #5599889 Hold | | | 84.93 | CANTEEN | 33.14 | 33.14 | 51.79 | |
| 01/04/08 10:05 | XEROX-DEBIT | -3.60 | 81.33 | 81.33 | | | 33.14 | 48.19 | LF |
| 01/04/08 10:05 | XEROX-DEBIT | -0.65 | 80.68 | 80.68 | | | 33.14 | 47.54 | LF |
| 01/08/08 12:37 | Canteen Order #5599889 | -33.14 | 47.54 | 47.54 | | | 0.00 | 47.54 | LF |
| 01/09/08 06:01 | Canteen Credit #5607744 | 1.32 | 48.86 | 48.86 | | | 0.00 | 48.86 | LF |
| 01/10/08 08:12 | Canteen #5615422 Hold | | | 48.86 | CANTEEN | 19.77 | 19.77 | 29.09 | |
| 01/10/08 08:13 | Canteen #5615435 Hold | | | 48.86 | CANTEEN | 6.12 | 25.89 | 22.97 | |
| 01/11/08 03:26 | Canteen #5618911 Hold | | | 48.86 | CANTEEN | 17.91 | 43.80 | 5.06 | |
| 01/14/08 07:37 | Canteen Order #5618911 | -17.91 | 30.95 | 30.95 | | | 25.89 | 5.06 | LF |
| 01/14/08 17:02 | POSTAGE-DEBIT | -2.16 | 28.79 | 28.79 | | | 25.89 | 2.90 | LF |
| 01/14/08 17:03 | POSTAGE-DEBIT | -3.10 | 25.69 | 25.69 | | | 25.89 | 0.00 | LF |
| 01/18/08 11:45 | Canteen Order #5615422 | -19.77 | 5.92 | 5.92 | | | 6.12 | 0.00 | LF |
| 01/18/08 11:49 | Canteen Order #5615435 | -6.12 | -0.20 | 0.00 | | | 0.00 | 0.00 | LF |
| 01/20/08 23:29 | MEDICAL APPOINT | -5.00 | -5.20 | 0.00 | | | 0.00 | 0.00 | LF |
| 01/23/08 16:23 | XEROX-CREDIT | 0.30 | -4.90 | 0.00 | | | 0.00 | 0.00 | LF |
| 02/01/08 07:02 | Canteen Credit #5653636 | 17.91 | 13.01 | 13.01 | | | 0.00 | 13.01 | CS |
| 02/01/08 14:20 | POSTAGE-DEBIT | -0.41 | 12.60 | 12.60 | | | 0.00 | 12.60 | CS |
| 02/04/08 15:09 | MONEY ORDER - CREDIT | 10.00 | 22.60 | 22.60 | | | 0.00 | 22.60 | CS |
| 02/04/08 15:57 | XEROX-DEBIT | -0.80 | 21.80 | 21.80 | | | 0.00 | 21.80 | CS |
| 02/04/08 15:57 | XEROX-DEBIT | -0.65 | 21.15 | 21.15 | | | 0.00 | 21.15 | CS |
| 02/04/08 15:57 | XEROX-DEBIT | -1.10 | 20.05 | 20.05 | | | 0.00 | 20.05 | CS |
| 02/04/08 15:58 | XEROX-DEBIT | -0.80 | 19.25 | 19.25 | | | 0.00 | 19.25 | CS |
| 02/04/08 16:09 | XEROX-DEBIT | -0.25 | 19.00 | 19.00 | | | 0.00 | 19.00 | CS |
| 02/04/08 16:41 | POSTAGE-DEBIT | -0.80 | 18.20 | 18.20 | | | 0.00 | 18.20 | CS |
| 02/05/08 14:38 | Canteen #5665284 Hold | | | 18.20 | CANTEEN | 10.25 | 10.25 | 7.95 | |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Colorado Springs, Colorado
**Statement of Account Activity**
Period: 12/01/2007 - 05/22/2008
Printed: 05/22/2008

Name:
Number: 47702
Location:

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/05/08 14:49 | Canteen #5665473 Hold | | | 18.20 | CANTEEN | 4.80 | 15.05 | 3.15 | |
| 02/05/08 15:43 | Canteen #5665826 Hold | | | 18.20 | CANTEEN | 0.60 | 15.65 | 2.55 | |
| 02/05/08 19:13 | 1 UNA INMATES | 4.60 | 22.80 | 22.80 | | | 15.65 | 7.15 | CS |
| 02/06/08 06:56 | Canteen Order #5665284 | -10.25 | 12.55 | 12.55 | | | 5.40 | 7.15 | CS |
| 02/06/08 12:33 | POSTAGE-DEBIT | -3.95 | 8.60 | 8.60 | | | 5.40 | 3.20 | CS |
| 02/06/08 17:41 | 1 E POD - UNASSIGNED | 0.69 | 9.29 | 9.29 | | | 5.40 | 3.89 | CS |
| 02/08/08 23:38 | DENTAL APPOINT | -5.00 | 4.29 | 4.29 | | | 5.40 | 0.00 | CS |
| 02/11/08 16:54 | XEROX-DEBIT | -2.10 | 2.19 | 2.19 | | | 5.40 | 0.00 | CS |
| 02/11/08 16:54 | XEROX-DEBIT | -2.00 | 0.19 | 0.19 | | | 5.40 | 0.00 | CS |
| 02/11/08 16:55 | XEROX-DEBIT | -3.10 | -2.91 | 0.00 | | | 5.40 | 0.00 | CS |
| 02/15/08 06:23 | Canteen Order #5665473 | -4.80 | -7.71 | 0.00 | | | 0.60 | 0.00 | CS |
| 02/15/08 06:25 | Canteen Order #5665826 | -0.60 | -8.31 | 0.00 | | | 0.00 | 0.00 | CS |
| 02/22/08 23:30 | MEDICAL APPOINT | -5.00 | -13.31 | 0.00 | | | 0.00 | 0.00 | CS |
| 02/25/08 11:14 | XEROX-DEBIT | -6.00 | -19.31 | 0.00 | | | 0.00 | 0.00 | CS |
| 02/26/08 11:01 | POSTAGE-DEBIT | -4.60 | -23.91 | 0.00 | | | 0.00 | 0.00 | CS |
| 02/28/08 15:11 | LAUNDRY DEBIT LCF | -6.64 | -30.55 | 0.00 | | | 0.00 | 0.00 | CS |
| 03/02/08 23:24 | JPAY CREDIT | 80.00 | 49.45 | 49.45 | | | 0.00 | 49.45 | CS |
| 03/04/08 11:21 | XEROX-DEBIT | -0.65 | 48.80 | 48.80 | | | 0.00 | 48.80 | CS |
| 03/04/08 13:54 | Canteen #5723933 Hold | | | 48.80 | CANTEEN | 9.96 | 9.96 | 38.84 | |
| 03/05/08 08:12 | Canteen Order #5723933 | -9.96 | 38.84 | 38.84 | | | 0.00 | 38.84 | CS |
| 03/05/08 11:48 | POSTAGE-DEBIT | -4.15 | 34.69 | 34.69 | | | 0.00 | 34.69 | CS |
| 03/07/08 15:58 | Canteen Credit #5731648 | 4.52 | 39.21 | 39.21 | | | 0.00 | 39.21 | CS |
| 03/07/08 17:11 | 1 E POD - UNASSIGNED | 4.60 | 43.81 | 43.81 | | | 0.00 | 43.81 | CS |
| 03/10/08 14:11 | XEROX-DEBIT | -1.90 | 41.91 | 41.91 | | | 0.00 | 41.91 | CS |
| 03/11/08 14:53 | Canteen #5740724 Hold | | | 41.91 | CANTEEN | 9.31 | 9.31 | 32.60 | |
| 03/12/08 07:12 | Canteen Order #5740724 | -9.31 | 32.60 | 32.60 | | | 0.00 | 32.60 | CS |
| 03/17/08 16:18 | REPAIR - DEBIT | -5.00 | 27.60 | 27.60 | | | 0.00 | 27.60 | CS |
| 03/18/08 10:48 | Canteen #5758257 Hold | | | 27.60 | CANTEEN | 8.19 | 8.19 | 19.41 | |
| 03/18/08 12:06 | XEROX-DEBIT | -2.40 | 25.20 | 25.20 | | | 8.19 | 17.01 | CS |
| 03/19/08 08:45 | Canteen Order #5758257 | -8.19 | 17.01 | 17.01 | | | 0.00 | 17.01 | CS |
| 03/24/08 15:29 | XEROX-DEBIT | -1.00 | 16.01 | 16.01 | | | 0.00 | 16.01 | CS |
| 03/24/08 15:30 | XEROX-DEBIT | -0.60 | 15.41 | 15.41 | | | 0.00 | 15.41 | CS |
| 03/25/08 10:43 | Canteen #5771888 Hold | | | 15.41 | CANTEEN | 3.05 | 3.05 | 12.36 | |
| 03/26/08 07:48 | Canteen Order #5771888 | -3.05 | 12.36 | 12.36 | | | 0.00 | 12.36 | CS |
| 04/01/08 12:39 | Canteen #5783171 Hold | | | 12.36 | CANTEEN | 7.57 | 7.57 | 4.79 | |
| 04/02/08 06:53 | Canteen Order #5783171 | -7.57 | 4.79 | 4.79 | | | 0.00 | 4.79 | CS |
| 04/02/08 10:35 | XEROX-DEBIT | -1.30 | 3.49 | 3.49 | | | 0.00 | 3.49 | CS |
| 04/04/08 17:26 | 1 E POD - UNASSIGNED | 4.83 | 8.32 | 8.32 | | | 0.00 | 8.32 | CS |
| 04/07/08 13:09 | XEROX-DEBIT | -1.20 | 7.12 | 7.12 | | | 0.00 | 7.12 | CS |
| 04/07/08 13:10 | XEROX-DEBIT | -6.85 | 0.27 | 0.27 | | | 0.00 | 0.27 | CS |
| 04/07/08 13:11 | XEROX-DEBIT | -0.25 | 0.02 | 0.02 | | | 0.00 | 0.02 | CS |
| 04/07/08 13:28 | POSTAGE-DEBIT | -7.44 | -7.42 | 0.00 | | | 0.00 | 0.00 | CS |
| 04/08/08 16:56 | POSTAGE-DEBIT | -0.58 | -8.00 | 0.00 | | | 0.00 | 0.00 | CS |
| 04/22/08 11:19 | POSTAGE-DEBIT | -0.99 | -8.99 | 0.00 | | | 0.00 | 0.00 | CS |
| 04/22/08 11:30 | POSTAGE-DEBIT | -1.70 | -10.69 | 0.00 | | | 0.00 | 0.00 | CS |
| 04/22/08 11:33 | POSTAGE-DEBIT | -0.05 | -10.74 | 0.00 | | | 0.00 | 0.00 | CS |
| 04/23/08 13:10 | MONEY ORDER - CREDIT | 10.00 | -0.74 | 5.00 | | | 0.00 | 5.00 | CS |

NOTICE: This statement may not include most recent Withdrawals or Deposits.

Colorado Springs, Colorado
**Statement of Account Activity**
Period: 12/01/2007 - 05/22/2008
Printed: 05/22/2008

Name: MOORE, LEWIS
Number: 47702
Location: C.S.P. - CSP/UNIT E

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/08 11:05 | XEROX-DEBIT | -0.65 | -1.39 | 4.35 | | | 0.00 | 4.35 | CS |
| 04/28/08 11:13 | POSTAGE-DEBIT | -4.96 | -6.35 | 0.00 | | | 0.00 | 0.00 | CS |
| 04/29/08 23:27 | JPAY CREDIT | 80.00 | 73.65 | 73.65 | | | 0.00 | 73.65 | CS |
| 05/06/08 14:50 | Canteen #5856429 Hold | | | 73.65 | CANTEEN | 9.98 | 9.98 | 63.67 | |
| 05/07/08 06:58 | Canteen Order #5856429 | -9.98 | 63.67 | 63.67 | | | 0.00 | 63.67 | CS |
| 05/07/08 11:57 | POSTAGE-DEBIT | -1.31 | 62.36 | 62.36 | | | 0.00 | 62.36 | CS |
| 05/07/08 12:03 | POSTAGE-DEBIT | -1.14 | 61.22 | 61.22 | | | 0.00 | 61.22 | CS |
| 05/09/08 10:59 | POSTAGE-DEBIT | -3.10 | 58.12 | 58.12 | | | 0.00 | 58.12 | CS |
| 05/12/08 11:51 | POSTAGE-DEBIT | -1.14 | 56.98 | 56.98 | | | 0.00 | 56.98 | CS |
| 05/12/08 14:16 | 1 E POD - UNASSIGNED | 5.06 | 62.04 | 62.04 | | | 0.00 | 62.04 | CS |
| 05/12/08 14:27 | XEROX-DEBIT RESEARCH | -0.50 | 61.54 | 61.54 | | | 0.00 | 61.54 | CS |
| 05/12/08 15:31 | XEROX-DEBIT | -1.25 | 60.29 | 60.29 | | | 0.00 | 60.29 | CS |
| 05/12/08 15:31 | XEROX-DEBIT | -0.15 | 60.14 | 60.14 | | | 0.00 | 60.14 | CS |
| 05/13/08 11:52 | Canteen #5876208 Hold | | | 60.14 | CANTEEN | 10.50 | 10.50 | 49.64 | |
| 05/15/08 06:36 | Canteen Order #5876208 | -10.50 | 49.64 | 49.64 | | | 0.00 | 49.64 | CS |
| 05/20/08 15:35 | Canteen #5893105 Hold | | | 49.64 | CANTEEN | 7.47 | 7.47 | 42.17 | |
| 05/21/08 06:44 | Canteen Order #5893105 | -7.47 | 42.17 | 42.17 | | | 0.00 | 42.17 | CS |
| 05/21/08 09:37 | POSTAGE-DEBIT | -1.05 | 41.12 | 41.12 | | | 0.00 | 41.12 | CS |
| 05/22/08 23:58 | Ending Balance | | 41.12 | 41.12 | | | 0.00 | 41.12 | |

Total Deposits: 313.72
Total Withdrawals: 354.22

| Account Information as of 05/22/2008 3:46PM | | | | | |
|---|---|---|---|---|---|
| Status: ACTIVE | Current Balance: | 41.12 | Total Money In Hold: | $0.00 | |
| | Total Reserved/Encumbered: | $0.00 | Available Balance | $41.12 | |

**Statement Information**

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

This is a true and factual <u>Statement of Account Activity</u> for Moore, Lewis 47702, as of May 22, 2008

*[signature]*
Case Manager, A. DeFusco

NOTICE: This statement may not include most recent Withdrawals or Deposits.