**Colorado Department Of Corrections**

Name: R. Moore
Register Number: 47702
Unit: E3U
Box Number: C3
City, State, Zip: Cañon 81215

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 09 2008
GREGORY C. LANGHAM
CLERK

92cv870

US DISTRICT COURT
901 19th STREET
DENVER, CO 80294

