L.R. Moore 44702
Box 777 (CSP)
Cañon CO 81215

92CV870

Clerk, U.S. Dist Ct.
Denver 80294
(Darlene Martinez)   4 June 08

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 09 2008

GREGORY C. LANGHAM
CLERK

Dear Sir,

Is it possible for a pro se plaintiff in Montez v Owens to get copy of a few of the actions noted in Document 3392-2? I am/was Claimant 03030, now listed in 3392-2 as Interested Party. Item 3336 is an Order reviving at least some of my claims.

Being pro se, I do receive copy via Class Attys. I know a few of the claimants but, being Ad Segged, have contact with none. As my main problem re Montez is mobility (I'm paraplegic), I wish to get copy of other actions affecting paraplegics/wheelchair users/mobility impaired/cripples (much prefer cripple — shorter, well defined). I note a note in 3356 naming you for copy, thus this letter. I prefer loan via CSP Law Library.

Items sought are: Copy of Actions a la 3392-2 (thumbnails) from 1 Jan 2005 to date, or whenever thumbnails start: 3170; 3179; 3177; 3210; 3206 (urinary); 3199; 3215; 3080 (CSP); 3224; 3233; 3234; 3235; 3239; 3271;

3289;
3267; 3280; 3286; 2737; 3286
3296; 3292; 2620; 3308; 3341;
3321; 3320; 3322; 3324; 3326;
3333; 3356; 3371; 3221; 3380;
3383; 3388; 3390; 3389

As the CCF/CSP Law Library has previously been a central lending law library for the Canon City prisons, perhaps it can be so on this thus receive a copy of all ~~the~~ documents so that plaintiffs can borrow from it. Obviously none of the pro se plaintiffs can afford to buy ~~copy~~ full copy. Please advise me on how to get even some copy.

L R Moore