FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 11 2008

GREGORY C. LANGHA[M]
CL[ERK]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No. 92-N-870 (OES)(Consolidated for all purposes with
(To be supplied by the Court) Civil Action No. 96-N-343).

JESSE MONTEZ, et al., Plaintiff(s)

vs.

BILL OWEN, et al.,  Defendant(s)

---

Claim Number 03-180
Category III
Claimant: Lester Nortonsen, #83398
Claimant's Address: L.C.F., 49030 State Hwy, 71, Limon, CO. 80828

## OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER

This matter came before the special master for a hearing on December 4, 2007. This hearing was held at The Limon Corr. Facility (LCF) in Limon, CO.

The objections are as follows:

At Section III ('), Hearing Section, The Claimant did explain at the begining of the hearing that he was lip-reading and to make sure he could see the person before

They talked and That The claimant will do The hearing under That condition.

The claimant did submit The hearing tests That D.O.C. performed in 1997 and in 1999 but The one The hospital did had disapeared out of my record to show how the lost is due to the banging and That the officers would not stop The banging and The tests dated show That The hearing lost happened before The date of August 27, 2003 and the tests That Dr. Neufeld said was fake was done during the The time he was The Dr. in charge and The test show That The hearing got worst over time, and That The claimant is still being denied The hearing aids That is needed for every day life. Therefore, The claimant does meet The requirements.

At Section III (1) Mobility, The claimant was found mobility impaired but was denied a job due to my impairment. AT number 2. It fails to show That I was denied a lower-restricted facility before The staff used his disabilities to give all The write-ups, See claimants file to see The write-ups. And the harm done was The mobility getting worst over The years from 1992 to date and the same for The hearing.

And The remedy asked was to have The operations needed done and The replacement of both hearing aids which are being denied.

Signed This 6Th day of June, 2008.

Lester Noitonsen
83398
Claimant

2

I hereby certify That I have mailed a copy of The foregoing objection of the order of special master This 6Th day of June, 2008 To The following:

Clerk of the Court
U.S. Dist. Court
901 19Th ST.
Denver, CO, 80294

Office of the Attorney General
1525 Sherman ST.
Denver, Co. 80203

3.