IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Santos Romero, Claim number 03-420

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Claimant's Motion for Extension of Time to File an Objection to Final Order of the Special Master (doc. #3432), filed May 29, 2008, is GRANTED. Claimant has up to and including August 29, 2008 to object to the Final Order of the Special Master.

Dated: June 12, 2008

Service of this order shall be made via NEF, with standard mailing to Mr. Santos.