IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action NO. 92-870 (OES) (Consolidated for all purposes
with Civil Action NO. 96--343)

JESSE MONTEZ, et al.

      PLaintiffs,

-vs-

BILL OWENS, et al,

      Defendants,

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 1 2008

GREGORY C. LANGHAM
CLERK


RECEIVED
JUN 6 2008
By_____

---

Claim Number; 03-283
Category III
Claimant; Albino Sanchez-Garcia, #83139
Address of Claimant; CTCF, P.O.Box 1010, Canon City, Co 81215-1010

---

### RESPONSE TO FINAL ORDER OF SPECIAL MASTER

---

COMES NOW, the Plaintiff Albino Sanchez-Garcia, pro se and mo-
ves this Honorable Court/Special Master, to **REVIEW**, the plaintiffs
response and respectfully rule favorably in the favor of the plain-
tiff, and as grounds states as follows;

1. The Plaintiff would like to make the Special Master, that his
category (III) level was inappropriate and did not identify his Me-
dical problems. And that the category level should have been a ca-
tegory IV, because of his daily severe physical injuries.

2. The Plaintiff believes that because of his daily pain in his
leg due to a gun shot wound, and causing nerve damage. The cate-
gory level was not correct and should have been a category IV.

3. Under the order issued by Judges Nottingham and Judge Kane, the
plaintiff was discriminated against by the defendants because they
failed to follow the orders of the above mentioned judges.

4. The plaintiff was a claimant and a disabled individual and was
a member of the class, The Plaintiff was qualified to participate in
the programs or receive the benefits or services offered by DOC.

5. The plaintiff was discrimnated against by DOC when they refused
to renew his wedge pillow. This wedge was to relieve the discomfort
of the plaintiffs disease (Gastroeeophageal Reflux).

6. The Plaintiff seeks an Court Order from the Special Master to

page 1.

have his wedge pillow return to him, to relieve his discomfort while sleeping.

7. The plaintiff once again request that he not have to pay for his follow-up treatment, he request that proper work boots, and tennis shoes be issued to him by the defendants . A eggcrate or form mattress and a bottom bunk restriction.

8. The Claimant further states that he has been denied access to certain medical records from the state of Tex. from a period begining at August 25th 1997 through October 14th 1997, and also the Colorado Dept. of Corrections were depriving the claimant of good time and earned time credits from October 1997 through November 1999, while at the times  being housed at CSP.

9.  The defendant Dr. Orville Neufeld, D.O. testified that the claimant did not meet or qualify to be a member of the  Montez class. This is untrue, the claimant met all deadlines to become a member of said class.

10. Claimant was in DOC prior to August 27, 2003, claimant was qualified as disable prior to August 27th 2003.

11. The Claimant does have limited mobilities that obstruct life activities.

12. At this time the claimant would like to introduce his medical records for the Special Master's review. These record are only a partial part of his records, but in fact will allow the Special Master to identify the claimant disabilities.

13. The claimant understands that at the time the only medical documents were in fact the one's that the defendant had produced before the Special Master while testifying.

14. Claimant has retrived his more accurate medical records from Tx. and respectfully request that this Special Master review them before making a final order in this matter.

WHEREFORE: the claimant is filing his objection to the Special Master's Order Pursuant to Federal Rule of Civil Procedure 53 (g)(2) and have in fact filed it with the Clerk of the District Court.

Respectfully submitted this 16th day of May 2008

Albino Sanchez Garcia #83139
CTCF P.O.Box 1010-Ch-1
Canon City, Co. 81215-1010

page 2.

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Response To Final Order Of The Special Master, By U.S. Mail postage prepaid this 16th day of May 2008. To the Following;

Office of the Attorney General
Mr. James Quinn
Mr. Jess Dance
1525 Sherman Street
Denver, Co. 80203

Albino Sanchez Garcia #83139

page 3.

Medical Records
University Health Systems
4502 Medical Drive
San Antonio, TX 78229-4493

(210) 358-4000

Fax 358-4090

Web: www.universityhealthsystems.com

Date of Injuries:

From   8/25/1997   thru   9/5/1997

ALBINO SANCHEZ-GARCIA
DOB 12/2/62
SS# 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

1

# OTTO KAISER MEMORIAL HOSPITAL

ROUTE 1, BOX 200   KENEDY, TEXAS 78119   512-583-3401

## EMERGENCY ROOM AND OBSERVATION RECORD

| MAILING ADDRESS | CITY | STATE | ZIP CODE | COUNTY | PHONE NO. |
|---|---|---|---|---|---|
| 810 COMMERCE ST. | KARNES CITY | TX | 78118 | KARNES | 780-3595 |

| RESPONSIBLE PARTY | EMPLOYER OF RESPONSIBLE PARTY | EMPLOYER'S ADDRESS | | PHONE NO. |
|---|---|---|---|---|
| KCCC | | | | |

| NEAREST RELATIVE / FRIEND | RELATIONSHIP | ADDRESS | | PHONE NO. |
|---|---|---|---|---|
| | inmate # | | | |

| INSURANCE CO./RESPONSIBLE PARTY | GROUP OR POLICY NO. | ADDRESS | | PHONE NO. |
|---|---|---|---|---|
| | 83139 | | | |

LAST NAME: SANCHEZ GARCIA ALBANO   FIRST   M

| SOCIAL SECURITY NO. | MEDICARE NO. | MEDICAID NO. | DRIVER'S LICENSE NO. | WORKER'S COMPENSATION |
|---|---|---|---|---|
| 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 | | | | YES |

| ARRIVED BY: | PRIVATE CAR | POLICE | X AMBULANCE | OTHER | SIGNATURE OF POLICE |
|---|---|---|---|---|---|
| BROUGHT IN BY: | ✓ STRETCHER | WHEELCHAIR | AMBULATORY | OTHER | X |

| FAMILY PHYSICIAN | ATTENDING PHYSICIAN | TREATING PHYSICIAN | TIME PHYSICIAN CALLED | TIME PATIENT SEEN |
|---|---|---|---|---|
| Saldana (B.J) | KIM | KIM | AM PM | AM PM |

| DETAILS OF ACCIDENT | DATE | TIME | ALLERGIES |
|---|---|---|---|
| attempted jail break | 8/25/97 | 8⁵⁵ - 9 PM | NKD |

TETANUS STATUS: unknown

MAJOR COMPLAINT: gunshot wound to (L) forearm. Pain to both ankles.

VITAL SIGNS: BP 117/75  98  61  22

## NURSE

ASSESSMENT: of reported loss of consciousness. VIA EMS Group 34 y/o male inmate from KCCC, per stretcher, gunshot wound to LUA. ... wound noted ... entry ... from both legs (L) front. ... active bleeding at this time ... Pain to both ankles - (R) ankle noted to be swollen ... tender. pedal pulses/radial pulses palpable ...

NURSING ACTIONS: XR - C-spine / LS spine  ASO  IV - NS ... Lt, R WE #18 ... both ankles, CXR ... CBC, PT/PTT ... U/A ...

DISPOSITION: (L) forearm 11 ... Flagyl 60 mg IM to (R) ... work up

WHERE _____  HOW _____  WITH WHOM _____

## PHYSICIAN

FINDINGS AND TREATMENT:
C.C.: GSW at left upper arm + 34 y/o w/ the injury they sustained ... left upper arm. Stating he was shot at left upper arm with a weapon from prison. Injury to ... 12 feet high bunker in front. Denied OC. GMT states he did ... loose that much blood.
Allergy: NKDA. Meds: ⊘. P.M.H.: ⊘.
Pelvic/spine ⊘. Both ankle ⊘.
CBC. PT/PTT. Chem 7. UA.

DIAGNOSIS:
1) GSW at left upper arm
2) Flew left Humerus (open comminuted)
3) Flew both Calcaneus

CONDITION ON DISCHARGE: ...

| DISPOSITION OF CASE | DISMISS | ADMIT | HOLD FOR OBSERVATION | DISCHARGE DATE | DISCHARGE TIME |
|---|---|---|---|---|---|
| | EXPIRED | TRANSFER | LEFT AMA | | AM PM |

## INSTRUCTIONS TO PATIENT
RETURN IF NECESSARY AND REMEMBER TO SEE YOUR PHYSICIAN FOR ANY FOLLOW-UP CARE

PRESCRIPTIONS:

INSTRUCTIONS: 10:2⁰ Radiology local ... to co-ordinator. Talked to Dr. Saldana will transfer to San Antonio. (Dr. Rossbach) ... will assist.

| SIGNATURE OF PHYSICIAN | DATE | TIME | SIGNATURE OF PATIENT |
|---|---|---|---|
| SIS M.D. | Feb 97 | 10:2⁰ AM PM | |

MEDICAL RECORD

2

082697

✦ UNIVERSITY HEALTH SYSTEM

**University Hospital Trauma**
**Patient Information**

Page 1 of 3

0621 4122 7238
SANCHEZ-GARCIA, ALBANO
12021968    P    000
          08261997
MM/
UCP
Date: 8/26/97    Time: 12:45AM

(Circle or strike through where appropriate)

**History of Present Illness:**

34 y o ♂ prisoner trying to escape I was on fence ~12 ft high, was shot in ® humerus & fell from fence. Pt is transfer from otto Kaiser Hosp. Pt has open ® humerus fx, & ® ankle fx, & ® spine rib + transverse process fx. Is stable & alert in transit.

**Scene Information:**
Est. Time of Injury: 8:45 PM 8/25
Scene Blood Pressure:

L.O.C.    YES    (NO)

Hemodynamically: (Stable)
                 Unstable
                 Arrest

Intubated:    YES    NO

Transport:    SA EMS
              Airlife
              Other EMS
              Critical Air
              Private Vehicle

Evidence of EtOH at Scene

**Penetrating:**
GSW
    Handgun
    Assault Rifle
    Sport Rifle
    Other:
Caliber:
Distance:

**Shotgun Wound**
Distance:
Gauge:

**Stab Wound**
    Knife
    Ice Pick
    Glass
    Other:

**Blunt:**
Motor Vehicle Crash
    High Speed
    # of Vehicles: 1 2 3 >3
    Head On Collision
    Lateral Impact: Rt  Lt
    Rear Impact
    Rollover
    Driver          Passenger

    Prolonged Extrication
    Major Vehicular Deformity
    Collapse of Steering Column
    Ejected from Vehicle
    Death at Scene
    Restrained:  YES  NO
    AirBag:      YES  NO  Dep.

**MV-Pedestrian Collision**

**Cycle Crash**
    Motorcycle
    Bicycle
    Helmet:  YES   NO

**Assault**
    Fist      Kick
    Club      Other:

**Fall**
    Standing
    Height:

**Past Medical History:** Ø

**Past Surgical History:** Ø

**Medications:** Ø

**Allergies:** NKDA          Immun.?          NPO Since?:

**Social History:**
    Occupation:    Alcohol Use: Ø    Tobacco: occ    Drug Use: denies IVDA    Psychiatric History:

**ROS:**

**V.S.**    BP 132/87    P 67    R 20    Temp    O₂Sat 100% RA

**General Appearance:** WDWN ♂ NAD                large open fx (~6-7cm diam)    ecchymosis

**Head:** Ø lac/hematoma
    Midface stable
    Eyes Ø hemorrhage
    Ears Mg clear
    Nose Ø fx
    Mouth
    Pharynx Ø FB/Ø blood          ⟩ no neck tend in any area

**Neck:** Tracheal Deviation?    YES  (NO)
    Tender spine?    YES  (NO)
    JVD?    YES  (NO)

**Chest:** External Evidence of Trauma:
    Able to take deep inspiration without pain?  (YES)  NO
    Breath Sounds: CTA ®
    Heart Sounds: R,R,R

swelling + ecchymosis

Chart Order #

Trauma Pt. Information    Page 1 of 3
BCHD# 174 N5 9/95

3

University Hospital Trauma
Patient Information

Page 2 of 3

0521 4122 7238
SANCHEZ-GARCIA, ALBANO
12021962    P    000
HM/          08261997
LCP

(Circle or strike through where appropriate)

**Abdomen:** mild diffuse tend, ND, soft, +BS, ø r/g

**Back:** NT, ø palpable deformities

**Pelvis:** AP Compression of Iliac Crests? (Stable) Unstable  Tender  (Nontender)
AP Compression Symphysis Pubis? (Stable) Unstable  Tender  (Nontender)
Lacerations?    YES    NO ✓

**Pulses**
+2 / +2
+2 / +2
Dopplerable Pls ®

**Genitalia:** NT/MG, ø meatal blood   **Perineum:** ø herm

**Rectal:** NST, heme neg

**Extremities:**
→ ® ④ ankle swelling + ecchymosis, ttd,
fxn of ® foot, moves toes;
open ④ minimus
® open ④ hemerus fx,
large 7cm diam lac anteriorly,
0.5cm lac post.

Deformities:     NO (YES)
Lacerations:     NO (YES)
Neurologic Impairment: NO (YES)
Bruits?          NO  YES

| | | |
|---|---|---|
| Open Fracture | (YES) | NO |
| Open Joint | YES | NO |
| Knee Dislocation | YES | NO |
| Dislocated Hip | YES | NO |

**Neuro:**
Level of Consciousness: (A) V P U   Oriented: (Person) (Place) (Time)
Pupils ≈ VL VL
Motor
Sensation  as above, ø sensory deficits.
Reflexes

**X-Rays:** (CXR) → ? ® side rib fx, V3 disarticulations,

Cervical Spine ⇒ ø fx / DL

Pelvis ⇒ ø fx / DL

KUB/IVP → comminuted ® hemerus fx,
® calcaneus fx s

Other Films:

Head CT Scan:
Abdominal CT Scan → ø intrabd injuries;
ø apparent rib fx
or vert. body fx

Angiography:

**Glasgow Coma Score (Circle)**

| Eye Opening | Verbal | Motor |
|---|---|---|
| (4=Spontaneous) | 5=Normal conversation | (6=Normal) |
| 3=To voice | 4=Disoriented conversation | 5=Localizes to pain |
| 2=To Pain | 3=Words but not coherent | 4=Withdraws to pain |
| 1=None | 2=No words.....only sounds | 3=Decorticate |
| | 1=None | 2=Decerebrate |
| | | 1=None |
| | | Total / |

**Revised Trauma Score (Circle)**

| Respiratory Rate | Systolic BP | GCS |
|---|---|---|
| (10-24 = 4) | (>89 = 4) | (13-15 = 4) |
| 24-35 = 3 | 70-89 = 3 | 9-12 = 3 |
| >35 = 2 | 50-69 = 2 | 6-8 = 2 |
| 1-9 = 1 | 1-49 = 1 | 4-5 = 1 |
| 0 = 0 | 0 = 0 | 3 = 0 |
| | | Total / 12 |

**Lab:**   Hematocrit: 39→37→35   GM-79   **DPL:**   **Alcohol:** <10
27/877-12.5/25.4

ABG:  pH     PaO₂   PCO₂   BE   Urinalysis: 0-3 RBC   **Toxicol:** ⊖
1-5 gr/wad bact

LFT's: ⊖    B-HCG    16.8 ⟨ 12.8 / 37.2 ⟩ 235

4

BEXAR COUNTY HOSPITAL DISTRICT
OPERATIVE REPORT

| PATIENT NAME | HOSP NUM | ADMIT DATE | DISCH DATE | OP DATE |
|---|---|---|---|---|
| SANCHEZ-GARCIA, ALBINO | 06214122 | | | 9/2/97 |

ATTENDING SURGEON: James D. Heckman, MD
RESIDENT SURGEON: Gregory W. Smith, MD
FIRST ASSISTANT: Matthew P. Simonich, MD
SECOND ASSISTANT: N/A.

PREOPERATIVE DIAGNOSIS: Status post open reduction and internal fixation of grade 3 open left humerus and bilateral calcaneal fractures, and also status post irrigation and debridement of above fractures.

POSTOPERATIVE DIAGNOSIS: Status post open reduction and internal fixation of grade 3 open left humerus and bilateral calcaneal fractures.

TITLE OF PROCEDURE: Iliac crest bone graft harvest.

TYPE OF ANESTHESIA: General endotracheal.
ESTIMATED BLOOD LOSS: 200 cc.
FLUIDS: 1300 cc Isolyte.
COMPLICATIONS: None.

OPERATIVE INDICATIONS: This is a 35-year-old gentleman status post gunshot wound to the left humerus, who then fell from a wall and fractured bilateral calcanei. The patient underwent open reduction and internal fixation and operative irrigation and debridement of his fractures in the operating room. The patient was taken back to the operating room and had irrigation and debridement of his left humerus fracture wound previously. The patient was felt to have had some bone loss requiring bone grafting. This was the final indication for a repeat irrigation and debridement of left humerus as well as bone graft. The right iliac crest was chosen for bone graft harvest site.

NARRATIVE OF PROCEDURE: The patient was taken to the operating room and sterilely prepped and draped. The iliac crest bone graft harvest site was prepped and draped separately from the left humerus site. Instruments and materials were not used interchangeably on the two fields. This narrative procedure applies only to the harvest of the iliac crest bone graft.

A 8 cm incision was made along the anterior rim of the iliac crest from 2 cm proximal to the anterior superior iliac spine proximally. The subcutaneous tissue was incised with electrocautery. The incision was taken down to bone. The fascia adhering to the iliac crest was incised using the Bovie down to white bone. The periosteum was elevated with a

-CONTINUE TO PAGE 2-

OPERATIVE REPORT

5

### BEXAR COUNTY HOSPITAL DISTRICT
### OPERATIVE REPORT

| PATIENT NAME | HOSP NUM | ADMIT DATE | DISCH DATE | OP DATE |
|---|---|---|---|---|
| SANCHEZ-GARCIA, ALBINO | 06214122 | | | 9/2/97 |

-PAGE 2-

Cobb elevator along the inferior rim of the iliac crest, exposing cortical bone approximately 2 cm inferiorly. Once all soft tissues were released from the bone, an osteotome was used to bisect the iliac crest, opening a window inferiorly along the bone approximately 2 cm inferior from the crest. A curet was then used to pry cancellous bone from the site. Approximately a volume of 20 to 30 cc of bone graft was obtained. The cortical bone was then broken down into smaller pieces. The bone graft was then passed to the operating team which was applying it to the humerus. The wound was packed with Gelfoam and allowed to sit to obtain hemostasis. The Gelfoam was then removed and the wound was thoroughly irrigated with copious amounts of normal saline. Adequate hemostasis had been achieved. The fascia over the iliac crest was then closed with 2-0 Vicryl sutures in figure-of-8 fashion. A drain was then placed through the fascia into the site of the bone graft harvest and taken out through the skin posterior to the incision. The subcutaneous tissue was then closed with 3-0 Vicryl interrupted sutures. The skin was then closed with staples. The wound was covered with fine mesh gauze, fluffs and ABDs.

The drapes were taken down and the patient remained on the table secondary to the surgical team applying the bone graft to the humerus.

GREGORY W. SMITH, MD
ORTHOPEDICS/SATS/des
9/2/97
9/2/97
##18584

**OPERATIVE REPORT**

6

CUK7-719-2

# BEXAR COUNTY HOSPITAL DISTRICT
## OPERATIVE REPORT

| PATIENT NAME | HOSP NUM | ADMIT DATE | DISCH DATE | OP DATE |
|---|---|---|---|---|
| | | | | 8/28/97 |

SANCHEZ-GARCIA, ALBINO       06214122

**ATTENDING SURGEON:** James D. Heckman, MD
**RESIDENT SURGEON:** George N. Zoys, MD
**FIRST ASSISTANT:** Mark A. Foreman, MD
**SECOND ASSISTANT:** N/A.

**PREOPERATIVE DIAGNOSIS:** Status post open reduction and internal fixation of grade 3 open left humerus and bilateral calcaneal fractures, not fixed.

**POSTOPERATIVE DIAGNOSIS:** Status post open reduction and internal fixation of grade 3 open left humerus and bilateral calcaneal fractures, not fixed.

**TITLE OF PROCEDURE:** I&D (irrigation and debridement) of the humerus with open reduction and internal fixation of the right calcaneus and closed reduction of the left calcaneus.

**TYPE OF ANESTHESIA:** General.
**ESTIMATED BLOOD LOSS:** Minimal.
**TOURNIQUET TIME:** 36 minutes.
**FLUIDS:** 1 L.
**COMPLICATIONS:** None.

**OPERATIVE INDICATIONS:** This is a 35-year-old gentleman status post gunshot wound to the left humerus, who then fell off a wall and fractured bilateral calcanei. It was recommended the patient undergo open reduction and internal fixation and operative fixation and debridement of his wounds in the operating room. The patient understood and consented to the procedure and fully understood what was going to happen and the risks.

**NARRATIVE OF PROCEDURE:** The patient was taken to the operating room and prepped and draped in the usual sterile fashion, put in supine position. Webril was put on bilateral lower extremities upper with tourniquet applied to 250 pounds per square inch. The left tourniquet was not introduced but the right was at the time of internal fixation. The left humerus was also draped out but not taken care of at that time.

First the right calcaneus was addressed with an extensile lateral approach. Skin incision was made. Peroneal tendon was found to be subluxed due to the ruptured peroneal retinaculum. Then the skin was incised and after this incision fracture site was visualized. Hemostasis was achieved using electrocautery Bovie. We saw the joint depressed fragment, medial half of the posterior facet was intact,

-CONTINUE TO PAGE 2-

OPERATIVE REPORT

7

BEXAR COUNTY HOSPITAL DISTRICT
OPERATIVE REPORT

| PATIENT NAME | HOSP NUM | ADMIT DATE | DISCH DATE | OP DATE |
|---|---|---|---|---|
| | | | | 8/28/97 |
| SANCHEZ-GARCIA, ALBINO | 06214122 | | | |

-PAGE 2-

lateral half was depressed and then internally rotated and plantar flexed. The fragment was then elevated with periosteal elevator and stabilized by a guide wire. Then the guide wire was drilled and fully threaded 4 5 cannulated screw was placed with a washer and achieved great compression and good articular surface reduction. The wound was then irrigated with copious amounts of normal saline and then Vicryl was used to close it and staples.

The next case for this patient was the left calcaneus. A Steinmann pin was placed. Another note, on the right calcaneus operation, a Steinmann pin was also placed in order to give us good traction to fix this fracture. Now moving onto the left, a Steinmann pin was also placed on this leg and traction was applied and closed manipulation pressure over the lateral and medial calcaneus was applied and under C-arm guidance we found that we did improve the reduction. We elected to have this patient follow up with us and the patient agreed and in the event of increased pain to just come one back to the ER. The Steinmann pin was then removed after the cast was applied with good mold.

Then the left humerus of the patient was I&D'd and packed with fine mesh gauze, fluffs and ABDs. After the humerus was I&D'd, fine mesh gauze and posterior splint was applied with plenty of Webril and fluffs.

GEORGE N. ZOYS, MD
ORTHOPEDICS/SATS/des
8/28/97
8/29/97
##17982

OPERATIVE REPORT

SUP'T 19-1

## BEXAR COUNTY HOSPITAL DISTRICT
### OPERATIVE REPORT

| PATIENT NAME | HOSP NUM | ADMIT DATE | DISCH DATE | OP DATE |
|---|---|---|---|---|
| | | | | 8/26/97 |
| SANCHEZ-GARCIA, ALBINO | 06214122 | | | |

**ATTENDING SURGEON:** Jay D. Mabrey, MD
**RESIDENT SURGEON:** Neil B. Callister, MD
**FIRST ASSISTANT:** Keith W. Lawson, MD
**SECOND ASSISTANT:** N/A.

**PREOPERATIVE DIAGNOSIS:** Grade 3A open left humeral shaft fracture.
**POSTOPERATIVE DIAGNOSIS:** Grade 3A open left humeral shaft fracture.
**TITLE OF PROCEDURE:**
1. I&D (irrigation and debridement) of grade 3A open fracture.
2. Open reduction and internal fixation with 4.5 dynamic compression plate.

**TYPE OF ANESTHESIA:** General endotracheal.
**ESTIMATED BLOOD LOSS:** 350 cc.
**TOURNIQUET TIME:** Zero.
**FLUIDS:** 1700 cc crystalloid.
**COMPLICATIONS:** None.

**OPERATIVE INDICATIONS:** The patient is a 34-year-old Latin American male inmate who sustained a gunshot wound to the left leg in an escape attempt. He subsequently fell off a fence he was climbing, sustaining bilateral calcaneus fractures. He had an entrance wound in the posterior brachium and this was about 0.5 cm in diameter. The exit wound was anterior and there was a significant soft tissue defect with an approximately 6 x 10 cm wound. He was initially seen by trauma surgery who found him stable enough to undergo emergent I&D with fixation of the comminuted humeral shaft fracture at the junction of the middle and distal thirds.

**NARRATIVE OF PROCEDURE:** After informed consent was obtained, including a detailed discussion of the significant risk of nerve damage associated with the injury as well as the procedure, the patient desired to proceed with stabilization of the fracture and irrigation and debridement. He was given IV antibiotics upon arrival in the emergency room. He was taken to operating room #11 where general endotracheal anesthesia was administered without complications. He was placed in supine position on the operating room table and two armboards were used at about 60 degrees abduction.

The large anterior wound was extended proximally and distally, developing an interval splitting the brachioradialis proximally and distally. Much of the dissection was done by the initial injury. He had a moderate amount of nonviable soft tissue, especially in the biceps,

-CONTINUE TO PAGE 2-

### OPERATIVE REPORT

9

BEXAR COUNTY HOSPITAL DISTRICT
OPERATIVE REPORT

| PATIENT NAME | HOSP NUM | ADMIT DATE | DISCH DATE | OP DATE |
|---|---|---|---|---|
| SANCHEZ-GARCIA, ALBINO | 06214122 | | | 8/26/97 |

-PAGE 2-

which was debrided back to contractile bleeding fibers. The wound was copiously irrigated with nine liters of GU irrigant. The radial nerve and profunda brachii artery were identified posteriorly and the fracture completely exposed these structures at the level of the spiral groove. However, they appeared to be intact. The lateral antebrachial cutaneous nerve was also identified when extending distally.

There was an essentially segmental fracture with severe comminution at the junction of the middle and distal thirds. The bone was exposed subperiosteally along the anterior surface proximal and distal to the fracture. There was a large lateral butterfly fragment which after curetting and debriding the fracture site was able to be keyed in anatomically to the proximal fragment. This was secured with 4.5 lag screws using standard AO technique. The distal fragment was then reduced to this proximal fragment within about 1 to 2 mm of anatomic reduction. The rotation was thus anatomic using this butterfly fragment to key in the other distal and proximal fragment. There was some posterior comminution and free fragments of bone were debrided and those with soft tissue attachments were left in situ. After thus securing the fracture with two 4.5 lag screws, a 12-hole dynamic compression plate was placed anteriorly. This was secured with eight solid cortices distally and 10 solid cortices proximally. The wound was again copiously irrigated.

Soft tissue was again examined and debrided back to what appeared to be viable tissue. Intraoperative x-rays revealed excellent alignment. The postoperative plan will be to return him to the operating room in 48 hours for repeat irrigation and debridement.

NEIL B. CALLISTER, MD
ORTHOPEDICS/SATS/des
8/26/97
8/27/97
##17598

OPERATIVE REPORT

10

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
EC X-Ray Portables - UH

Name: Sanchez-Garc, Albino          Arrived    : 08/26/1997   0055
MRN : 006214122   006214122-7238   Transcribed: 08/28/1997   0410
DOB : 12/02/1962   PRL:   er  p     Approved   :

Ordering  DR: 15150 Dearmond, Daniel T MD
Admitting DR:
Attending DR:

Examination.:
71010  Chest 1 View Port          72170  Pelvis 1 View Port
73610  Ankle 3 Views Port         73610  Ankle 3 Views Port
73650  Calcaneus 2 Views Port     73650  Calcaneus 2 Views Port
                    *** Final Report ***

HISTORY:  GSW, s/p fall.

CHEST, SINGLE VIEW, 08/26/97:  No acute cardiac, pulmonary or
mediastinal disease is seen.

PELVIS, AP VIEW:  No displaced fractures or dislocations are seen.

BILATERAL CALCANEI, AXIAL AND LATERAL VIEWS, 08/26/97:  A comminuted
depressed fracture of the calcaneal body with extension to the
posterior facet is present.  A mildly depressed fracture of the left
calcaneal body, also with extension to the posterior facet is seen.
No additional displaced fractures are present.  Diffuse soft tissue
swelling surrounds the fracture sites bilaterally.

BILATERAL ANKLES, AP, LATERAL AND OBLIQUE VIEWS:  Bilateral calcaneal
fractures are again noted.  No additional osseous or joint
abnormalities are seen.

Approval of this report by the teaching physician signifies
that he or she has personally reviewed the image and the
resident's interpretation and either agrees with it or has
edited the findings.

Dictated: 08/26/97

                        Diane M. Icenogle, M.D.   14350

              Approved by:  William H. Howard III, M.D.   11913

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
CAT Scan - Outpatient - UH

719-1

Name: Sanchez-Garc, Albino          Arrived    :  08/26/1997    0356    lgome
MRN : 006214122    006214122-7238  Transcribed:  08/28/1997    0534    md10
DOB : 12/02/1962   PRL:    er  p   Approved   :  08/28/1997

Ordering  DR:  15150 Dearmond, Daniel T MD
Admitting DR:
Attending DR:

Examination.:
73700  CT Lower Ext (- Contrast)  73700   CT Lower Ext (- Contrast)
76375  CT Cor/Sag/MP/OQ/3D Rec-M  76375   CT Cor/Sag/MP/OQ/3D Rec-M

*** Final Report ***

HISTORY:  Bilateral calcaneal fractures.  CPT 825

BILATERAL CALCANEAL CT (CODE 73700 x 2, 76375 x 2), 08/26/97:
Multiple axial images through the bilateral calcanei were obtained at
3 mm. intervals following administration of intravenous contrast.
Subsequent reconstruction images were performed in the sagittal
plane.

There is a depressed heavily comminuted fracture of the right
calcaneal body and tuberosity with foreshortening of the calcaneus
and mild varus angulation of the tuberosity.  The fracture extends
through the posterior subtalar joint where there is 5 mm. distraction
and approximately 4 mm. step-off as measured on the lateral view.
The fracture also involves the anterior subtalar joint including the
calcaneocuboid joint where there is approximately 2 mm. distraction
and 2 mm. step-off of the fracture fragments.  No additional
fractures are identified.  Circumferential soft tissue swelling is
noted about the foot and ankle.  The peroneal tendons are impinged
upon by lateral fracture fragments, but there is no evidence of
entrapment.  Medial tendon group appears intact.

There is a depressed heavily comminuted fracture of the left
calcaneal body and tuberosity with foreshortening of the calcaneus
and mild varus angulation of the tuberosity.  The fracture extends to
involve the posterior subtalar joint with 6 mm. distraction and
approximately 8 mm. step-off at the articular surface.  The fracture
involves the anterior subtalar joint including the calcaneocuboid
joint where there is approximately 3 mm. distraction and 4 mm.
step-off at the articular surface.  Circumferential soft tissue
swelling is also noted about the ankle and foot.  There is
impingement upon the peroneal tendons by fracture fragments, though

12

Sanchez-Garc, Albino                MRN: 006214122   DOB: 12/02/1962    Page: 2
                                 *** Final Report ***

no definite evidence of entrapment.  The medial tendons appear
intact.

IMPRESSION:  Heavily comminuted bilateral calcaneal fractures as
described above.

Approval of this report by the teaching physician signifies
that he or she has personally reviewed the image and the
resident's interpretation and either agrees with it or has
edited the findings.

Dictated: 08/26/97

                              Diane M. Icenogle, M.D.  14350


                    Approved by:  R. A. Loredo, M.D.  12124

13

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
CAT Scan - Outpatient - UH

Name: Sanchez-Garc, Albino          Arrived    : 08/26/1997   0356
MRN : 006214122    006214122-7238   Transcribed: 08/26/1997   1004   jrive
DOB : 12/02/1962   PRL:     er  p    Approved   : 09/02/1997          m010

Ordering DR: 15150 Dearmond, Daniel T MD
Admitting DR:
Attending DR:

Examination.:
74160  CT Abdomen (+ Contrast)     72193  CT Pelvis (+ Contrast)
A4644  CT Non-Ion Contrast 300-3

*** Final Report ***

HISTORY:  Rule out intra-abdominal injury.

PROTOCOL:  Abdomen and Pelvis 70065/70108

CONTRAST ADMINISTERED:  Oral/IV

PRECONTRAST SERIES:  None

SLICE TECHNIQUE:  7 x 7 mm. helical diaphragm to iliac crest,   5 x 10
mm. axial iliac crest to pubic symphysis

ADVERSE REACTIONS:  None

FINDINGS:  Small bilateral basilar atelectases are noted.  The liver,
gallbladder, spleen, pancreas, adrenal glands and kidneys are all
normal.  There is no evidence of laceration or contusion.  No free
intra-abdominal air or free fluid is identified.  The bowel appears
intact.  Visualized pelvis structures are intact.  No fractures are
identified.

CONCLUSION:

No evidence of intra-abdominal injury.

Dr. Dearmond was notified of the findings.

Approval of this report by the teaching physician signifies
that he or she has personally reviewed the image and the

14

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
OR X-Ray Portables - UH

Name: Sanchez-Garc, Albino          Arrived    : 08/26/1997   0830
MRN : 006214122   006214122-7238    Transcribed: 08/29/1997   1130   lgome
DOB : 12/02/1962   PRL:    ip  p     Approved   : 08/29/1997          m020

Ordering  DR: 15150 Dearmond, Daniel T MD
Admitting DR:
Attending DR:

Examination.:
76000  C-Arm Exam                73060  Humerus 2 Views Port

*** Final Report ***

HISTORY:  GSW to left humerus.

LEFT HUMERUS, AP AND LATERAL VIEWS, 08/26/97:  One hour of C-arm time
was provided for surgical repair of left humeral fracture.  Patient
is status post internal fixation of a heavily comminuted fracture of
the mid humeral diaphysis.  Major fracture fragments are in anatomic
alignment.  A large butterfly fragment lies adjacent to the major
fracture site.  Postoperative soft tissue swelling and gas is
present.  Multiple small radiopacities lie about the fracture site,
which may represent retained shrapnel versus ossific fragments.

Approval of this report by the teaching physician signifies
that he or she has personally reviewed the image and the
resident's interpretation and either agrees with it or has
edited the findings.

Dictated:  08/28/97

Diane M. Icenogle, M.D.  14350

Approved by:  Darlene Metter, M.D.  10268

1S

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
CAT Scan - Inpatient - UH

Name: Sanchez-Garc, Albino          Arrived     :  08/26/1997   1918
MRN : 006214122    006214122-7238   Transcribed :  08/28/1997   1021   lgome
DOB : 12/02/1962   PRL:    ip  p     Approved    :  08/28/1997          sur7

Ordering  DR:  15150 Dearmond, Daniel T MD
Admitting DR:  13870 Mabrey, Jay D. M.D.
Attending DR:  13870 Mabrey, Jay D. M.D.

Examination.:
73700  CT Lower Ext (- Contrast)


*** Final Report ***

HISTORY:  Bilateral calcaneal fractures.  CPT 825.

BILATERAL CALCANEI (CODE 73700 x2), 08/26/97:  Correlation is made to
axial and sagittal images performed the previous day.  Again noted
are bilateral depressed heavily comminuted fractures of the calcaneal
body and tuberosity with mild varus angulation of the tuberosities
bilaterally.  Posterior subtalar joint is well evaluated on this
examination.  The fracture line extending to the right posterior
subtalar joint demonstrates approximately 5 mm. distraction and 4 mm.
step-off at the articular surface.  On the left, posterior subtalar
joint demonstrates approximately 6 mm. distraction and 8 mm. step-off
at the subtalar joint.  Examination is otherwise unchanged from that
performed on the prior day.

IMPRESSION:  Heavily depressed comminuted fractures bilaterally with
intra-articular involvement as described above.


Approval of this report by the teaching physician signifies
that he or she has personally reviewed the image and the
resident's interpretation and either agrees with it or has
edited the findings.

Dictated: 08/27/97


                    Diane M. Icenogle, M.D.  14350


        Approved by:  Kedar N. Chintapalli, M.D.  12350

16

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
OR X-Ray Portables - UH

Name: Sanchez-Garc, Albino          Arrived    :  08/28/1997  1232        lgome
MRN : 006214122   006214122-7238    Transcribed:  09/01/1997  0727
DOB : 12/02/1962   PRL:    ip p      Approved   :  09/02/1997              6691

Ordering  DR:  14003 Callister, Neil B MD
Admitting DR:
Attending DR:

Examination.:
76000  C-Arm Exam                    73650   Calcaneus 2 Views Port
73650  Calcaneus 2 Views Port

*** Final Report ***

HISTORY:  Evaluate for fracture.

C-ARM VIEWS, 08/28/97:  Intraoperative lateral, axial calcaneal and
oblique views of the right calcaneus demonstrate patient is status
post internal fixation of a comminuted intra-articular calcaneal
fracture.  There is residual 5 mm. step-off deformity at the
posterior joint line, as seen on the axial view.  Otherwise, anatomic
alignment is maintained.  Overlying soft tissue swelling and lateral
skin clips are in place.


Dictated: 08/29/97


            Approved by:  R. A. Loredo, M.D.  12124

University Health System
Bexar County, Texas
4502 Medical Drive
San Antonio, Texas 78229-4493
(210) 616-2731
General X-Ray Portables - UH

9 - 4

Name: Sanchez-Garc, Albino        Arrived    : 09/04/1997  1002
MRN : 006214122   006214122-7238  Transcribed: 09/04/1997  1504   rhern
DOB : 12/02/1962  PRL:    ip p     Approved   : 09/04/1997          sur7

Ordering  DR:  15176 Mess, Charles F MD
Admitting DR:
Attending DR:

Examination.:
73060  Humerus 2 Views Port

### *** Final Report ***

HISTORY:  Post-op, status post fracture.

LEFT HUMERUS, 9/04/97:

FININGS: AP and lateral views demonstrate the patient is status post
open reduction and internal fixation of a comminuted mid-humeral
fracture.  The major fracture parts are anatomically aligned.
Overlying soft tissue swelling, soft tissue gas and focal defect are
noted.

IMPRESSION:  Post-operative changes, status post internal fixation of
a mid-humeral comminuted fracture.

Dictated: 9/04/97

Approved by:  R. A. Loredo, M.D.  12124

18

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO. | NAME _Sanchez-Garcia_ | INMATE NO. _83139_ | LIVING UNIT _OW_

SUBJECTIVE: Here discuss request for mattress. Difficulty sleeping. Relates to ↑ activity and inability to rest due to ↑ use of bodily systems.

DATE _13/6/98_   TIME _1015_

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp ___ Pulse ___ Resp ___ B/P ___
Call placed to determine when appt. is c provider. Referred to provider to determine if some treatment is indicated to relieve muscle discomfort. Discussed eggcrates + standard of care - eggcrate probably does not meet standard of care.

① Will discuss mattress from Cortlies for pain
② Warm wet packs to arm PRN in cell
③ To be seen on sick call this week.

ASSESSMENT:

SIGNATURE:
NURSE: _[signature]_
P.E.:

PHYSICIAN:
Rx NO.:

---

PRICARE CODE NO. | NAME _Sanchez, Garcia, Albina_ | INMATE NO. _83139_ | LIVING UNIT _CTCF_

SUBJECTIVE: long Hx. F+ B Cele c Ⓛ Homerus, +LBP fell off fence, barn shot. c/o arthrit + arthitis, ↑ c cold. F+ Rhe, back

DATE _12/2/99_   TIME _1000_

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp ___ Pulse ___ Reso. ___ B/P ___
Ⓡ ankle 10 DF, 1 30 PF, Lig WNL no R#1 DP Flexion
Ⓛ ankle 15 DF, 45° PF, Lig WNL
Ⓛ bicep loss of mass due to injury
Lsp VROM, slight Lt scoliosis
Instructed in exs in PT Room
Pass given x 4mo

① DFM To use P.T 1000
3x/wk pers gym
② PT Rev 2 wks

ASSESSMENT: Multi Trauma, deconditioned
Ankle braces not Indicated
lower bunk + lower tier not Mandatory
                                              625.0 — FE

SIGNATURE:
NURSE:
P.E.: _[signature]_
PHYSICIAN: _Dr Gal 12/2/99_
Rx NO.:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET

19

**DEPARTMENT OF CORRECTIONS**

## AMBULATORY HEALTH RECORD

| APPOINTMENT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Page 1 of 1 | | | | | | | | | |
| 83139 | SANCHEZGARCIA, ALBINO | | Facility: | CT | LU: | CTCF/CH1 | 2L | 3 | U |

**SUBJECTIVE**
Pt presents to clinic for Motrin renewal. Has told he needed to be evaluated before it would be renewed. Pt states he was wounded by GSW and has pins in ankles and plates in leg bones. Now has arthitis which is painful. Denies HCV. Taking Prilosec. denies coffee ground emesis or tarry stools.

Pt asking for lower bunk. Pt told he did not meet the criteria.

Chart not available for review.

Active Medication(s): DIPROSONE CR-15 GM - 0.05%; PRILOSEC - 20 MG

**OBJECTIVE**
Gait nl. No instabilty noted.

**ASSESSMENT**

JOINT PAIN
EST PT VISIT LOW COMPLEX

| Temperature: | 98.3 | Pulse: | 67 | Weight: | 174 |
|---|---|---|---|---|---|
| Respiratory: | 18 | BP: | 105 / 67 | | |

### PLANS / ORDERS

Allergies: No Known Allergies

Pt told that lower bunk not medically indicated.

NEW - Rx#: 1933245 Drug Brand Name: MOTRIN - 800 MG Alternate Name: IBUPROFEN Rx Date: 06/14/2005 Disc Date: 12/11/2005 Rx Instructions: ONE TABLET TWICE DAILY AS NEEDED AFTER MEALS

| Datetime: | Providers: | MILLER, CHRISTINE B |
|---|---|---|
| 06/14/2005 00:00 | | |

PA/NP _____
Datetime: 06/14/2005 00:00

PHYSICIAN _____
Provider: 5843

NURSE _Betty Stockman_
DateTime 6-14-05
1.50° 20

**REQUEST FOR CONSULTATION**

| TO: *Podiatry*  Physician or Service | FROM: *CTCF*    DOB: 12/2/62    Physician or Service | DATE: 3/1/00 |
| --- | --- | --- |

SANCHEZGARCIA, ALBINO   CMHIP/79540   CTCF/83139

ATTENDING PSYCHIATRIST/WARD: *N/A*

Psychiatric Diagnosis: _____

Chief Complaint, Findings, Information Desired:

- A0141881

*Hx heel crush injuries BIL feet č chronic c/o's numbness @ foot Eval for orthotics*

Podiatry clinic dictation by Dr. James Gremillion

PODIATRY CLINIC  3/1/00  A0141881

S.  This patient is seen in clinic today with a chief complaint of having crush injuries after having fallen from a 14' elevation. He indicates he still has pain in his ankles and feet and numbness of the right foot along with a stiff R 1st MPJ.

O.  My exam reveals a fairly normal looking male with a fairly significant swelling in both ankles and subtalar joints. I note the subtalar joint motion is somewhat limited. He has a total of 18 on the right and 20 on the left of combined inversion-eversion. Dorsi and plantar flexion is within normal limits. First MPJ has limitation of dorsi flexion. He is able to dorsal flex 45, plantar flex 7. Left he is able to dorsal flex 65-70 plantar flex 25. It is noted that he has significant pronation L much worse than R. He has posterior tibial dysfunction and pain along the posterior tibial tendons bilaterally. It is noted that there is a scar on the lateral right ankle. This follows the course of the _____ nerve. We found some anesthesia distal to this incision. I suspect this is a surgical trauma to the right cirral nerve.

A.  Chronic pronation.
    Crush injury in bilateral calcanii with result of swelling of subtalar joint and some limitation of ROM.
    Posterior tibial dysfunction left worse than right.

P.  Recommend orthotic device. We will need to take neutral suspension casts before these devices are fabricated. I do not believe that a lesser device will be of any help.

Dx: Chronic pronation.
D: 3/1/00
T: 3/1/00
JG/ma
cc: Mary lou Judiscak
    James Gremillion

_____ /ma
James Gremillion, DPM

*pending orthotic*

RECEIVED MAR 06 2000

Sanchez Garcia, Albino
Doc# 83139
DOB - 12/02/62

White - Chart
Canary - Clinic

*Podiatry on hold - awaiting contract č new podiatrist*

**Colorado Mental Health Institute at Pueblo**
**CONSULTATION**

Unit _____
405 (11/99)  2

**TERRITORIAL**                                          **Initial Charting**

**Garcia, Albino Sanchez DOC # 83139)**
**April 21, 2000**

**CHIEF COMPLAINT:**   Right rearfoot pain.

**HISTORY OF PRESENT ILLNESS:**   This 37-year-old Hispanic male with chief concern of right rearfoot pain for the past year. The patient relates he fell 14 feet in August, 1997 onto his right heel after he fell off of a gate during a prison escape attempt. The patient suffered a calcaneal fracture and was treated with ORIF. The patient to be evaluated for orthotic therapy today. Full past medical history review performed today.

**PHYSICAL EXAMINATION:**   Neurovascular examination is normal. Motion of the right subtalar joint is severely restricted. There is a lateral cicatrix over the subtalar joint. Significant pain with palpation over the sinus tarsi area.

**X-RAY EXAMINATION:**   X-rays from June 1999 demonstrate significant subtalar joint arthritis. There is a remaining cortical screw into the sustentaculum tali.

**ASSESSMENT:**
1. Post Traumatic Arthritis of the right subtalar joint following a joint depression intraarticular calcaneal fracture in 1997.

**TREATMENT PLAN:**
1. There has been failure with OTC insoles as well as multiple non-steroidal anti-inflammatories agents. Today we will proceed with injection therapy. After an alcohol prep a corticosteroid injection, using Marcaine and Celestone was administered from the sinus tarsi approach into the right subtalar joint. If injection therapy fails, definitive treatment will require a subtalar joint fusion.

Ralph J. Wentz, Jr. DPM/cah 04/24/00
cc:   Mary Ann Alessi Richards, N.P.



5/1/00
/A



RECEIVED
APR 27 2000

EXHIBIT
BB

PENGAD 800-631-6889

22

**REQUEST FOR CONSULTATION**

TO: *Podiatry*   Physician or Service

FROM: *CTCF*   Physician or Service

SANCHEZGARCIA, ALBINO   CMHIP/79540   CTCF/83139

DOB: 12/2/62

DATE: 3/1/00

ATTENDING PSYCHIATRIST/WARD: *N/A*

Psychiatric Diagnosis: _____

Chief Complaint, Findings, Information Desired:

A0141881   *hx heel crush injuries BIL feet c̄ chronic c/o's numbness ® foot Eval for orthotic*

Podiatry clinic dictation by Dr. James Gremillion

PODIATRY CLINIC  3/1/00  A0141881

S. This patient is seen in clinic today with a chief complaint of having crush injuries after having fallen from a 14' elevation. He indicates he still has pain in his ankles and feet and numbness of the right foot along with a stiff R 1st MPJ.

O. My exam reveals a fairly normal looking male with a fairly significant swelling in both ankles and subtalar joints. I note the subtalar joint motion is somewhat limited. He has a total of 18 on the right and 20 on the left of combined inversion-eversion. Dorsi and plantar flexion is within normal limits. First MPJ has limitation of dorsi flexion. He is able to dorsal flex 45, plantar flex 7. Left he is able to dorsal flex 65-70 plantar flex 25. It is noted that he has significant pronation L much worse than R. He has posterior tibial dysfunction and pain along the posterior tibial tendons bilaterally. It is noted that there is a scar on the lateral right ankle. This follows the course of the _____ nerve. We found some anesthesia distal to this incision. I suspect this is a surgical trauma to the right cirral nerve.

A. Chronic pronation.
   Crush injury in bilateral calcanii with result of swelling of subtalar joint and some limitation of ROM.
   Posterior tibial dysfunction left worse than right.

P. Recommend orthotic device. We will need to take neutral suspension casts before these devices are fabricated. I do not believe that a lesser device will be of any help.

Dx: Chronic pronation
D: 3/1/00
T: 3/1/00
JG/ma
cc: Mary lou Judiscak
    James Gremillion

_____ /ma
James Gremillion, DPM

RECEIVED MAR 06 2000

*pending orthotic*

Sanchez Garcia, Albino
Doc# 83139
DOB - 12/02/62

White - Chart
Canary - Clinic

*# Podiatry on hold - awaiting contract c̄ new podiatrist*

**Colorado Mental Health Institute at Pueblo**   Unit _____
**CONSULTATION**   405 (11/99)  2:

SANCHEZ—GARCIA, ALBINO                    #83139                                    CSP

**ORTHOPAEDIC CLINIC (11-19-97):** Mr. Garcia is a 35 year old man who tried to escape down in Texas and was shot both in the arm and apparently in the hip. He took a fall from the fence, and broke both calcanei. He has been basically in a cast and wheelchair since that time. He did have an open procedure on the right. The left was treated closed.

**EXAMINATION:** Out of his cast, he has severe atrophy of the lower extremities, full range of motion of the knees. There is basically no range of motion of the subtalar joints or the ankles.

**IMPRESSION:** Clinically he is healed in terms of his bones. At this point he has severe atrophy and loss of motion.

**PLAN:** PT for progressive weightbearing. He should be allowed to use crutches or walker. He needs to increase his range of motion. He is obviously going to have some permanent disability associated with his injuries.


Jacob Patterson, M. D.
Orthopaedic Consultant


T:  11-21-97/mg



24

Sec. 3.x-req.m.
(Rev. 3-94)

**COLORADO DEPARTMENT OF CORRECTIONS**
**X-RAY REQUEST/REPORT**

REQ. RECEIVED 5-24-99
REPORT RECEIVED 6/14/99
REPORT SIGNED
REPORT OUT

HISTORY: (INFORMATIVE CLINICAL HISTORY REQUIRED BY RADIOLOGIST)

*Twisted @ ankle*
*ORIF x-ray 2 yrs ago*

| UPPER EXTREMITIES | | | LOWER EXTREMITIES | | | THORAX | | |
|---|---|---|---|---|---|---|---|---|
| ( ) Scapula | ( ) L | ( ) R | ( ) Pelvis | | | ( ) Chest PA, Lat | | |
| ( ) Clavicle | ( ) L | ( ) R | ( ) Hip | ( ) L | ( ) R | ( ) Ribs | ( ) L | ( ) R |
| ( ) Acro/Clav Jt | ( ) L | ( ) R | ( ) Femur | ( ) L | ( ) R | ( ) Sternum | | |
| ( ) Shoulder | ( ) L | ( ) R | ( ) Knee | ( ) L | ( ) R | ( ) Sternoclavicular | | |
| West Point | ( ) L | ( ) R | ( ) Lower Leg | ( ) L | ( ) R | ABDOMEN | | |
| ( ) Humerus | ( ) L | ( ) R | (X) Ankle | ( ) L | (X) R | ( ) Supine (KUB) | | |
| ( ) Elbow | ( ) L | ( ) R | | | | ( ) Supine & Upright | | |
| ( ) Forearm | ( ) L | ( ) R | ( ) Calcaneus (Heel) | | | ( ) L | ( ) R | |
| ( ) Wrist | ( ) L | ( ) R | ( ) Foot | ( ) L | ( ) R | | | |
| ( ) Hand | ( ) L | ( ) R | ( ) Toes | ( ) L | ( ) R | 1st ( ) 2nd ( ) 3rd ( ) 4th ( ) 5th ( ) | | |
| ( ) Fingers | ( ) L | ( ) R | 1st ( ) 2nd ( ) 3rd ( ) 4th ( ) 5th ( ) | | | | | |

| CRANIAL BONE | | | SPINE | CONTRAST STUDIES |
|---|---|---|---|---|
| ( ) General Skull Study | | | ( ) Cervical, Ap, Lat, Obliq | ( ) Esophagram |
| ( ) G Facial bones study | | | ( ) Thoracic study, Ap, Lat | ( ) Upper GI |
| ( ) Orbit | ( ) L | ( ) R | ( ) Lumbar Ap, Lat, Obliq | ( ) Barium enema |
| ( ) Mandible | | | ( ) Sacrum - Coccyx | ( ) with air     ( ) without air |
| ( ) Tempromandibular Jt. | | | | ( ) Oral Cholecystogram |
| ( ) Nasal Bone | | | | ( ) IV Pyelogram |
| ( ) Sinuses, Upright waters | | | | |
| ( ) Other | | | | |

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

RADIOGRAPHIC FINDINGS

ALBINO SANCHEZGARCIA          #83139          CSP

**RIGHT ANKLE:**   There is a screw present through the calcaneus. The patient has a fracture through the calcaneus. The fracture fragment is more apparent now than it was back in 1997.

**IMPRESSION:**   Possible refracture of calcaneus.

Lance Pysher, MD
Radiologist

Dict:   6-08-99
Recd:   6-10-99
Typd:   6-10-99 msb

INMATE NAME SANCHEZ-GARCIA, *Albino*     DOC# 83139     D.O.B. 12-2-62
Requested by G. RADAKEVICH, P.A.     X-Ray Tech: CM
Date of Request 5-21-99     Date Taken: 6-4-99
Facility Code CSP     Sent to Doctor for review and signature.
31206          Distr:   White – Medical Record     Canary – X-Ray     Pink – RAD     Date: 6-10-99  Initials: MRB

25

Logged
JC 6/18/99

Sec. 3.x-req.m.
(Rev. 3-94)

**COLORADO DEPARTMENT OF CORRECTIONS**
**X-RAY REQUEST/REPORT**

REQ. RECEIVED 6-22-99
REPORT RECEIVED 7/1
REPORT SIGNED 7/1/99
REPORT OUT

HISTORY: (INFORMATIVE CLINICAL HISTORY REQUIRED BY RADIOLOGIST)

Hx injury > ~ 5-28-99  ® Hx old ORF screw

| UPPER EXTREMITIES | | | LOWER EXTREMITIES | | | THORAX |
|---|---|---|---|---|---|---|
| ( ) Scapula | ( ) L | ( ) R | ( ) Pelvis | | | ( ) Chest PA, Lat |
| ( ) Clavicle | ( ) L | ( ) R | ( ) Hip | ( ) L | ( ) R | ( ) Ribs   ( ) L  ( ) R |
| ( ) Acro/Clav Jt | ( ) L | ( ) R | ( ) Femur | ( ) L | ( ) R | ( ) Sternum |
| ( ) Shoulder | ( ) L | ( ) R | ( ) Knee | ( ) L | ( ) R | ( ) Sternoclavicular |
| West Point | ( ) L | ( ) R | ( ) Lower Leg | ( ) L | ( ) R | ABDOMEN |
| ( ) Humerus | ( ) L | ( ) R | ( ) Ankle | ( ) L | ( ) R | ( ) Supine (KUB) |
| ( ) Elbow | ( ) L | ( ) R | | | | ( ) Supine & Upright |
| ( ) Forearm | ( ) L | ( ) R | (X) Calcaneus (Heel)  RT | | | ( ) L  ( ) R |
| ( ) Wrist | ( ) L | ( ) R | ( ) Foot | ( ) L | ( ) R | |
| ( ) Hand | ( ) L | ( ) R | ( ) Toes | ( ) L | ( ) R | 1st ( ) 2nd ( ) 3rd ( ) 4th ( ) 5th ( ) |
| ( ) Fingers | ( ) L | ( ) R | 1st ( )  2nd ( )  3rd ( )  4th ( )  5th ( ) | | | |
| CRANIAL BONE | | | SPINE | | | CONTRAST STUDIES |
| ( ) General Skull Study | | | ( ) Cervical, Ap, Lat, Obliq | | | ( ) Esophagram |
| ( ) G Facial bones study | | | ( ) Thoracic study, Ap, Lat | | | ( ) Upper GI |
| ( ) Orbit | ( ) L | ( ) R | ( ) Lumbar Ap, Lat, Obliq | | | ( ) Barium enema |
| ( ) Mandible | | | ( ) Sacrum - Coccyx | | | ( ) with air   ( ) without air |
| ( ) Tempromandibular Jt. | | | | | | ( ) Oral Cholecystogram |
| ( ) Nasal Bone | | | | | | ( ) IV Pyelogram |
| ( ) Sinuses, Upright waters | | | | | | |
| ( ) Other | | | | | | |

**★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★**

RADIOGRAPHIC FINDINGS
Compare c̄ previous.

A. SANCHEZGARCIA          #83139          CSP

**RIGHT CALCANEUS:**  There is a calcaneus fracture with a screw in place. The position of the screw is unchanged from 10-14-97. The calcaneus fracture appears to have healed with a flattening of volar's angle.

—————————————————
Curtis Harlow, MD
Radiologist

Dict:  6-29-99
Recd:  6-29-99
Typd:  6-30-99 msb

INMATE NAME Sanchez Garcia, A          DOC# 83139          D.O.B. 12-2-62
Requested by D. Neufeld          X-Ray Tech: CM
Date of Request 6-18-99          Date Taken: 6-25-99
Facility Code CSP   D          Sent to Doctor for review and signature
31206     Distr:     White – Medical Record     Canary – X-Ray     Pink – RAD     Date: 6-30-99   Initials: ____

26

Sec. 3.x-req.m.
(Rev. 3-94)

**COLORADO DEPARTMENT OF CORRECTIONS**
**X-RAY REQUEST/REPORT**

REQ. RECEIVED _10-14-97_
REPORT RECEIVED _10/_
REPORT SIGNED _97_
REPORT OUT _____

HISTORY: (INFORMATIVE CLINICAL HISTORY REQUIRED BY RADIOLOGIST)
— _Bilateral Calcaneus FX Appre 8/28_
_Heal hardwell repair of intraartiouar FX on (L)_
_— Orai bone graft @ Humerus S/P ORIF (R)_

| UPPER EXTREMITIES | | | LOWER EXTREMITIES | | | THORAX | | |
|---|---|---|---|---|---|---|---|---|
| ( ) Scapula | ( ) L | ( ) R | ( ) Pelvis | | | ( ) Chest PA, Lat | | |
| ( ) Clavicle | ( ) L | ( ) R | ( ) Hip | ( ) L | ( ) R | ( ) Ribs | ( ) L | ( ) R |
| ( ) Acro/Clav Jt | ( ) L | ( ) R | ( ) Femur | ( ) L | ( ) R | ( ) Sternum | | |
| ( ) Shoulder | ( ) L | ( ) R | ( ) Knee | ( ) L | ( ) R | ( ) Sternoclavicular | | |
| West Point | ( ) L | ( ) R | ( ) Lower Leg | ( ) L | ( ) R | ABDOMEN | | |
| (✓) Humerus | (✓) L | ( ) R | ( ) Ankle | ( ) L | ( ) R | ( ) Supine (KUB) | | |
| ( ) Elbow | ( ) L | ( ) R | | | | ( ) Supine & Upright | | |
| ( ) Forearm | ( ) L | ( ) R | (✓) Calcaneus (Heel) | bilateral | | ( ) L  ( ) R | | |
| ( ) Wrist | ( ) L | ( ) R | ( ) Foot | ( ) L | ( ) R | | | |
| ( ) Hand | ( ) L | ( ) R | ( ) Toes | ( ) L | ( ) R   1st ( ) 2nd ( ) 3rd ( ) 4th ( ) 5th ( ) | | | |
| ( ) Fingers | ( ) L | ( ) R | 1st ( ) 2nd ( ) 3rd ( ) 4th ( ) 5th ( ) | | | | | |

CRANIAL BONE
( ) General Skull Study
( ) G Facial bones study
( ) Orbit          ( ) L    ( ) R
( ) Mandible
( ) Tempromandibular Jt.
( ) Nasal Bone
( ) Sinuses, Upright waters
( ) Other

SPINE
( ) Cervical, Ap, Lat, Obliq
( ) Thoracic study, Ap, Lat
( ) Lumbar Ap, Lat, Obliq
( ) Sacrum - Coccyx

CONTRAST STUDIES
( ) Esophagram
( ) Upper GI
( ) Barium enema
( ) with air      ( ) without air
( ) Oral Cholecystogram
( ) IV Pyelogram

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RADIOGRAPHIC FINDINGS**

_[radiographic findings text illegible]_

**IMPRESSION:** _[illegible]_

_[signature]_ M.D.
Radiologist

| INMATE NAME: _Sanchez Garcia_ | DOC# _83139_ | D.O.B. _12/2/62_ |
|---|---|---|
| Requested by _____ | X-Ray Tech: _CS/mn_ | |
| Date of Request _10-14-97_ | Date Taken: _10-14-97_ | |
| Facility Code _CTCF_ | | |

31206     Distr:   White – Medical Record     Canary – X-Ray     Pink – RAD

Sent to Doctor for review and signature.
Date _10-21-97_ Initials: _MAB_

27

Sec. 3.x-req.m.
(Rev. 3-94)

## COLORADO DEPARTMENT OF CORRECTIONS
## X-RAY REQUEST/REPORT

REQ. RECEIVED _1-13-00_

REPORT RECEIVED _2/25/00_

REPORT SIGNED

REPORT OUT

HISTORY: (INFORMATIVE CLINICAL HISTORY REQUIRED BY RADIOLOGIST)

*Complaints of Reflux SPS*

| UPPER EXTREMITIES | | | LOWER EXTREMITIES | | | THORAX | | |
|---|---|---|---|---|---|---|---|---|
| ( ) Scapula | ( ) L | ( ) R | ( ) Pelvis | | | ( ) Chest PA, Lat | | |
| ( ) Clavicle | ( ) L | ( ) R | ( ) Hip | ( ) L | ( ) R | ( ) Ribs | ( ) L | ( ) R |
| ( ) Acro/Clav Jt | ( ) L | ( ) R | ( ) Femur | ( ) L | ( ) R | ( ) Sternum | | |
| ( ) Shoulder | ( ) L | ( ) R | ( ) Knee | ( ) L | ( ) R | ( ) Sternoclavicular | | |
| West Point | ( ) L | ( ) R | ( ) Lower Leg | ( ) L | ( ) R | ABDOMEN | | |
| ( ) Humerus | ( ) L | ( ) R | ( ) Ankle | ( ) L | ( ) R | ( ) Supine (KUB) | | |
| ( ) Elbow | ( ) L | ( ) R | | | | ( ) Supine & Upright | | |
| ( ) Forearm | ( ) L | ( ) R | ( ) Calcaneus (Heel) | | | ( ) L    ( ) R | | |
| ( ) Wrist | ( ) L | ( ) R | ( ) Foot | ( ) L | ( ) R | | | |
| ( ) Hand | ( ) L | ( ) R | ( ) Toes | ( ) L | ( ) R   1st ( )  2nd ( )  3rd ( )  4th ( )  5th ( ) | | | |
| ( ) Fingers | ( ) L | ( ) R | 1st ( )   2nd ( )   3rd ( )   4th ( )   5th ( ) | | | | | |

| CRANIAL BONE | | | SPINE | CONTRAST STUDIES |
|---|---|---|---|---|
| ( ) General Skull Study | | | ( ) Cervical, Ap, Lat, Obliq | ( ) Esophagram |
| ( ) G Facial bones study | | | ( ) Thoracic study, Ap, Lat | (✓) Upper GI |
| ( ) Orbit | ( ) L | ( ) R | ( ) Lumbar Ap, Lat, Obliq | ( ) Barium enema |
| ( ) Mandible | | | ( ) Sacrum - Coccyx | ( ) with air    ( ) without air |
| ( ) Tempromandibular Jt. | | | | ( ) Oral Cholecystogram |
| ( ) Nasal Bone | | | | ( ) IV Pyelogram |
| ( ) Sinuses, Upright waters | | | | |
| ( ) Other | | | | |

★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★

RADIOGRAPHIC FINDINGS

## A. SANCHEZGARCIA          #83139          CTCF

**UPPER GI:**   Esophageal motility and mucosa were normal. Mild gastroesophageal reflux was seen during the exam. The stomach and the duodenum were unremarkable.

**IMPRESSION:**   Gastroesophageal reflux.

Curtis Harlow, M.D.
Radiologist

Dict:    02-24-2000
Recd:   02-24-2000
Typd:   02-24-2000 msb

INMATE NAME _Sanchez Garcia A_          DOC# _83139_   D.O.B. _12-02-62_

Requested by _Langton_          X-Ray Tech: _CA_

Date of Request _1-13-00_          Date Taken: _2-24-00_

Facility Code _CTCF_

31206          Distr:    White – Medical Record          Canary – X-Ray          Pink – RAD

Sent to Doctor for review and signature.
Date:                    Initials:

28