IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF COLORADO

CIVIL ACTION NO. 92-N-870(OES)(Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

V.

BILL OWENS, et al.

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2008

GREGORY C. LANGHAM
CLERK

Claim Number 03-201

Category III

Claimant: LARRY GORDON #53405

Address of Claimant:(LCF),49030 State Hwy.71,Limon,Colorado.80826

## SUBPOENAS duces tecum

COMES now, Larry Gordon, pro se, claimant pursuant to 28 U.S.C. §1821, (d)(1); herein so prays.

1. That Claimant has made a request for medical records that are in the care, custody, and control of (Dr. ROBERT M. FINLAW, M.D.) Southside Clinic, 2002 Lake Ave., Pueblo, Colorado. 81004, as a specialist in Gastroenterology, did a upper, and lower GI, and made 17 other tests on the claimants intestings, all of these tests examinations on January 5, 1996, are material and relevant to the issue that is before this Honorable Court,

Dr. Robert M. Finlaw, at all times under a contract with the Colorado Department of Corrections at the time of these examinations, claimant requests a copy be afforded to claimant, and the Court within (14), days, and that any and all documents be inspect in camera inspection of such documents in the possession of its agents, attorneys or subsidiary, even if this documents are located outside the district.

WHEREFORE, Claimant request the relief in the above-matter, and any all other relief this Honorable Court, deem, propare, and just.

Dated June 11, 2008

Respectfully Submitted pro se

STATE OF COLORADO )
                  ) SS.
COUNTY OF LINCOLN )

ACKNOWLEDGED, sworn to before me this __11__ day of __June__, 2008

SEAL
_5/19/2009_
MY COMMISSION EXPIRES

_Michael B. McCallum_
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I, Larry Gordon, hereby certify that a true and correct copy of this (SUBPOENA duces tecum) was placed in the U.S. Mail to the following party's:

CLERK OF COURT
United States District Court
Alfred A. Arraj United States Courthouse
901 Nineteenth Street
Denver, Colorado. 80294

Colorado Attorney General's off.
1525 Sherman St. - 7th Floor
Denver, Colorado. 80202

Dr. Robert M. Finlaw, M.D., Gastroenterology
Southside Clinic
2002 Lake Ave.
Pueblo, Colorado. 81004

DATED _June 11, 2008_

_Larry Gordon_
Respectfully Submitted pro se