IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's Motion to Compel filed on January 31, 2008. This was filed with the Court and referred back to the Special Master pursuant to Judge Kane's Order of April 15, 2008. That order expanded the jurisdiction of the Special Masters.

The Special Master reviewed the Motion and ordered Defendants to respond. That response has been received along with the affidavit of Dr. Frantz. After reviewing the response, affidavit and medical records supplied, the Special Master makes the following Order.

1. The Special Master finds that CDOC is properly carrying out the terms of the Final Order issued on July 23, 2007.

2. The Motion to Compel filed by Claimant on January 31, 2008 is hereby denied.

3. The filing by Claimant received by the Court on May 22, 2008 shall be treated as an additional Motion for Relief. The issues raised therein are the same issues treated in the earlier Motion to Compel. The response by Defendants also addresses these issues.

4. The Motion for Relief filed by Claimant on May 22, 2008 is hereby denied.

SIGNED this 17th day of June, 2008.

                BY THE COURT:

                /s/ Richard C. Davidson

                _____
                Richard C. Davidson
                Special Master