IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Case Number 03-201
Category: III
Claimant: Larry Gordon, #53405
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's document entitled "Subpoena Duces Tecum" (Document #3463). In the document, Claimant requests medical records held by Dr. Robert M. Finlaw, M.D.

There is no provision within the Remedial Plan for issuance of subpoenas. In addition, Claimant had his hearing on December 4, 2007. Claimant has filed an objection to the final order, and that appears not to have been ruled upon. There is no basis for the request made for a subpoena duces tecum.

IT IS HEREBY ORDERED that Claimant's request for subpoenas duces tecum is denied.

SIGNED this 23rd day of June, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master