FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2008

GREGORY C. LANGHAM
                    CLERK

Reg. #138283
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado  81215-1010
June 18, 2008

Honorable Judge John L. Kane
U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado  80294-3589

        RE: Claimant in U.S. District
        Court Case #92-CV-870-EWN-OES,
        of Montez v. Owens, et al.

Dear Honorable Judge Kane,

  I am writing to you to complain of the fact that in the recent Stipulation by the U.S. District Court of Colorado, that you signed circa April 4, 2008, and ordering the Colorado D.O.C. to treat hearing impaired offenders with the normal operation of their hearing aids. As of this date, I have not been treated fairly.

  I have been trying to get hearing aid batteries in the dispensing pack from the medical department and they will not give it to me. Hearing aid batteries out of the dispensing pack can not be verified as to their "freshness". Also, if a hearing aid battery goes out at nighttime, a hearing aid user must wait until the next day to retrieve one new battery. This is a blatant violation of the order of the U.S. District Court.

  Thank you very much for your time and consideration in this matter. I look forward to your favorable response, and a positive insight into this hearing aid battery problem, very shortly.

            Sincerely,

            Joseph Kyger
            Montez Claimant

xc: file