Senior Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO 80294-3589

Jay Bailey  #103284
FLCF/5
Box 1000
Ft. Lyon, CO 81038

6-21-2008

RE: I screwed up

92-CV-870-EWN
OES

Your Honor:

    Much to my chagrin, I believe I have falsely reported that DOC is no longer making typewritter or ribbons available to inmates. I should not have believed one who I trusted for accurate information.

    What now seems to be the real deal is that DOC is discontinuing the Brother typewritter Mod ML100 and substituting another one. The Brother ribbons will still be available.

    Please accept my deepest apology. I will be much more careful in the future.

                              Sincerely,

                              Jay H. Bailey

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2008

GREGORY C. LANGHAM
CLERK