IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)


JESSE MONTEZ, et al.,

        Plaintiffs,

   -vs.-

BILL OWENS, et al.,

        Defendants.

---

Claim Number: 02-340
Category II
Claimant: John Kittle, #80876
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER came before the Special Master on the letter of Claimant John Kittle. In that letter, he requested that his claim be re-opened. The claim had been dismissed on March 7, 2006 due to the lack of a correct and current mailing address for Claimant.

      On order was sent to Claimant directing him to provide some basis for re-opening his claim. Claimant responded by sending a letter which was received on June 6, 2008. In his letter, Claimant stated, in part, as follows:

      While I was on parole in 2005-2006 DOC could have sent and was suppose to send mail to Attorney at Law Rita Kittle, Esq. They sent my parole officer some programs and test they wanted me to do, and as of today DOC and myself are trying to find out what happened to my check to close my account that was to be mailed to my ex-wife but never got there.
      I got no such papers while I was on parole.....I have never been out of DOC's custody since I filed my claim. DOC had two for sure places to get a hold of me, and they did not in the matters of my case....

Claimant has alleged that he has not received medical treatment now that he is back in custody. He also alleges that there has been non-compliance with the Remedial Plan.

      Once Claimant filed his claim, he became responsible for following the rules of the Court.

One rule of this Court is that an attorney or *pro se* litigant shall notify the clerk within ten days of any change of address or change in telephone number. *D.C.Colo.L.Civ.R. 10.1(m)*. Claimant did not abide by this rule. Indeed, he waited over two years to inquire about the status of his claim.

DOC had no obligation to notify Claimant of the status of his claim. Claimant had a duty to provide to the Special Masters a current address at which he could receive mail. He did not do that. Claimant has provided no basis upon which his claim should be re-opened.

IT IS HEREBY ORDERED that the motion to re-open claim filed by John Kittle is denied; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 25, 2008.**

SIGNED this 25th day of June, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master