To: Judge John L. Kane
    United States District Court
    901 - 19th Street, Room A 105
    Denver, Colorado 90294-3589

From: Raymond-Warren: Scott [53948]
      c/o FREMONT CORRECTIONAL FACILITY
      P.O. Box 999
      Canon City [81215]
      Colorado state

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2008

GREGORY C. LANGHAM
                        CLERK

**RE:** The Montez Vs. Owens Case No. 92-cv-870-Ewn-oes

Dear Judge John Kane,

        I will first start off stating, that I Raymond-Warren of the Scott
family, a living breathing, flesh and blood man of the soil in America,
under the Laws of God, and over the age of Twenty-one, whose advocate is
Jesus, the Christ, reserving all rights, the below statement is this
Affiant's own first hand knowledge, I hereby solemnly swear, declare and
dispose: That I am competent to state that the matters set forth herein,
and all facts stated herein are true, correct, certian and complete and
not meant to mislead. It is the truth, the whole truth, and nothing but
the truth, so help me God.

        I will start off by stating that I am not yet in phase I of the
sex offender treatment program, and I am not under the Life time sentence
but rather my case is a class 5 attempt, so this program does not apply
to me. However, I do have some freinds tahat it does apply.

        I have read your decision date Aperial 4th, 2008, and on line #19
where you stated that there was to be a phase II sex offender treatment
placed in other facilities other than Arrow Head Correctional Center.

        The Fremont Correctional Facility has started making offenders who
are in phase I and waiting to get into phase II move over to units 6
lower and 6 upper. All of the offender that have a sex offense have
thought this was suppose to be a voluntary program, this is not the
case, from which I am sure that you have received a letter from the
attorney who was at this meating, along with a copy of the contract
that the inmates here are forced to sign. I have inclosed a copy of
the e-mail from Diane Crocher to Victor C. Beebe, which I am sure that
this court is awear of. I am sure that other inmates would be willing
to confirm these facts for you, If you would like a list or would like
me to get them to write you please let me know, I will ask them to do so.

        Thank you for taking time out of your busy schduale to read this
letter, because I think they are just creating a smok screen on the
subject of sex offender treatment so they don't lose their funding.

Respectfully Submitted

                                    Without Prejudice

                                    Raymond-Warren: Scott, Sui Juris
                                    Public Minister,
                                    Sovereign American.

**From:** Diane Crocher <etallapara@yahoo.com>
**To:** Victor C Beebe <vicbeebe@juno.com>
**Date:** Thu, 22 May 2008 20:48:50 -0700 (PDT)
**Subject:** Re: John's Address

Vic....I went to the recent meeting with SOTMP : Peggy Heil was there. One of the questions I asked her with Dan's advance wording was "Reports have come in that individuals are being moved out of the Phase II program into an alternate "Progressive Level II" program at Fremont. Is this a certified sex offender treatment program that meets the criteria of SOTMP?" Peggy Heil answered, "No, it is a volunteer program for individuals. To the question, "Would individuals in this alternate program be considered as progressing through treatment to go to the parole board? To which Peggy Heil answered "No" She maintained that "they are trying to get people moving through" and they think individuals with a low minimum sentence (2 years) would be able to take the polygraph at Fremont. Bottom line, Vic, there is no certified SOTMP approved treatment program at Fremont at this time and individuals moved there to an "alternate"program are not part of anything that will get them considered for parole. I got a letter from Jeff, too. Glad he will get his yard privileges back. John's address is:  John B. Roesler, 899 Logan Street, Suite 200, Denver, CO 80203. I will keep you updated! Enjoy the beautiful weather this Memorial Day! Val will be working on the holiday, but I plan to watch the Indy 500 (Dan and I are race fans) and get out in that glorious sun! I have to brag about our peonies, Vic! We have 30 pink peony buds that are close to bursting open! Just in time for cut flowers for the holiday! The overtime for Val will be coming to an end now that the kids will be out of school, so we will see you soon! Di

*Victor C Beebe <vicbeebe@juno.com>* wrote:

Jeffrey called this evening, wondering how our weather was today. Windsor
is about 10 miles south east of us. Feel so sorry for those people.
Jeffrey said he will probably write John and let him know what is going
on although he said they are starting a new program for guys in between
Phase 1 and Phase 2.
Now they can say the guys ARE in treatment. You know that is the only
reason they are starting this, Jeffrey said they will probably call it
Phase 1 1/2. I can't find John's new address. Could you send it to me?
Jeffrey is starting a job tomorrow morning in the kitchen. Now he will
have yard privileges again.
He got the annual report and thinks it is really good. JoAnne