| | |
|---|---|
| HONORABLE Richard M. Borchers | HENRY RAY TAFOYA |
| UNITED STATES DISTRICT COURT | Reg. No. 40786 |
| 901 19th STREET | C.T.C.F. |
| DENVER, COLORADO  80294 | P.O. Box 1010 |
| | CANON CITY, Colo. 81215 |

JUNE 17, 2008

92-cv-00870-EWN

Re: Final Order of SPECIAL MASTER;
Claim No. 03-328; CATEGORY III
DATED MARCH 19, 2008

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 5 2008

GREGORY C. LANGHAM
CLERK

SIR:

This Letter is in Regards to The Final Order Dated March 19, 2008. First of all i want the court to Know That i am now haveing trouble getting my Medication Here at C.T.C.F.. In The Final Order That was Issued I was Awarded $250.00 dollars for failure of The D.O.C. To Give me my meds at other facilities. I RAN Out MAY 15, 2008 and i didn't get it untill June 8, 2008! i am at a loss because i figured That because They (The D.O.C) got fined They (DOC) would do The Right Thing! but i believe That They Are doing this out of spite!!! because of what happen at my hearing! They (D.O.C) got fined for not doing Their Job. Now i have to take Baking Soda when I RUN out of my stomach medication! And i have

To beg or borrow from other Inmates that take the same kind of medication that i take. because the Med. line won't give me because i should have them in my cell.

I don't know what to do! iam at a loss for a solution. I'am asking for your Help because i am unable to do anything myself iam at the mercy of The D.O.C.. Thank You for your Time and consideration in This matter. I also need my Diebetic medication

Respectfully

Henry Ray Tafoya #40786
Henry Ray Tafoya #40786

Dated This 17 Day of June, 2008.

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-CTC/08-323    STEP (Circle One) **1** 2 3    ADA? Yes ☐ No ✓

NAME: Henry R. Tafoya    DOC NO. 40786    FACILITY: C.T.C.F.

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

THIS GRIEVANCE CONSIRNING MEDICAL NOT ORDERING OR GIVING ME MEDICATION THAT I HAVE BEEN TAKING SINCE I HAD MY HEART ATTACK IN 1998! FOR SOME REASON SOMEONE IN THE MEDICAL DEPARTMENT KEEPS TAKING MY MEDICATION! OR ONLY GIVES ME HALF OF WHAT I AM SUPPOSED TO GET I WANT TO KNOW WHAT IS GOING ON? IF I HAVE TO GO TO FEDERAL COURT THEN SO BE IT.

THE MEDICATION THAT I AM SUPPOSED TO GET IS:

ASPIRIN 81mg NO. 2246813

I WOULD LIKE TO KNOW WHY I AM NOT GETTING MY MEDICATION? AND WHO IS RESPONSIBLE FOR TAKING MY MEDS.

DATE: MAY 14, 2008    OFFENDER SIGNATURE: Henry R. Tafoya # 40786

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

MR. TAFOYA - PLEASE RESUBMIT GRIEVANCE WITH the specific medications you are referring to. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/30/08    SIGNATURE/PRINT NAME & STAFF ID #: S Harris 2728

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 5/19/8    SIGNATURE/PRINT NAME & STAFF ID #: [illegible] 1817

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 6-5-08    OFFENDER SIGNATURE/PRINT NAME & DOC #: HENRY R. TAFOYA / Henry R. Tafoya # 40786

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

5-16-08
2B

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: C-CTCF-08-322    STEP (Circle One) ①  2  3    ADA? Yes ☐  No ✓

NAME: TAFOYA, HENRY R    DOC NO. 40786    FACILITY: C.T.C.F.

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

This grievance concerns the treatment or lack of treatment that I receive here at C.T.C.F. Medical Department. When I got here approxamly (10) ten months ago I was takeing Zantac + Prilosec one on one day then the other on the next day! That was working just fine! Then they (medical) take my Prilosec and they double my Zantac to four a-day! Two (2) in the morning and two at night which was ok. The first time I put in for my Zantac I get my card back and I'am only supposted to take ONE in the morning and ONE at night!!! That is "NOT" WORKING. I want 4 Zantac a day or 2 Zantac a day and my Prylosec every other day! I have acid reflux and three (3) ulcers which bleed when ever I get too much acid in my stomache. I am bleeding from my ulcers or from my throat!!! "I need somthing done NOW not later."

DATE: May 14, 2008    OFFENDER SIGNATURE: Henry R. Tafoya #40786

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID:

RESPONSE:

The providers + MD's are the professionals when it comes to ordering the dosage of a medication. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/30/08    SIGNATURE/PRINT NAME & STAFF ID #: Starus 272?

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 5/19/8    SIGNATURE/PRINT NAME & STAFF ID #: C. Cmark 6817

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 6-5-08    OFFENDER SIGNATURE/PRINT NAME & DOC #: Henry R. Tafoya / Henry R. Tafoya #40786

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

5-16-08
RB