F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2008

GREGORY C. LANGHAM
                    CLERK

06/24/08

To: Judge JOHN L. KANE
United States District Judge

Fr: Robert E. Quintano
CCCF Reg # 105549
6564 Hwy 96
Olney Springs, CO
81062

Civil Action No. 92-cv-870-EWN-OES
Action No. 96-cv-343)

Dear Judge KANE,

   I wanted to write concerning the response from the defendant in the Montez case. First they talk about the heel lift issue's, However what they do not realize is D.O.C.'s Dr. Wermer's was the one who first prescribed the heel lift for me in the first place and it did not become an issue until it needed to be replaced after taken in the facility shakedown. It was at this point that they no longer wanted to provide it. This all occurred after the initial screening and questionnaire.

Secondly, I was not aware that D.O.C. could provide me with proper fitting footwear, until Dr. Patricia Beecroft said that is what is needed to prevent slippage in my right shoe and is part of the reason that I was having problems with pain because of the fact I have to either tie the shoe so tight that it cuts off the circulation in my foot, causing pain or the foot sliding around in my shoe because it does not fit properly and forcing me to have to compensate by arching the foot to prevent slippage.

(1)

Third, The question whether I had trouble walking up and down the stairs. However, in the questionnaire you will notice that I claimed pain with everyday activities. Just walking sometimes will cause pain. This is do to the simple fact that I am walking off kilter without a heel lift and proper footwear there is more pain then there would be if I were to have the right equipment. I saw no reason to list walking or climbing stairs since this is an everyday activity. They are just trying to skirt the issue here.

Fourth, Kelly Wasko in Medical at AVCF is the one who denied the footwear as well as the one who made the suggestion about having my shoes sent in from my family and received permission from the main office. Ms. Wasko also made the suggestion that I should stuff toilet paper in the right shoe so that it would fit properly Which of course was an absurd suggestion then and still is today.

Fifth, It was not until after I submitted the questionnaire that I discovered it was DOC's responsibility to provide me with these items in question.

Sixth, when I was told to fill out the questionnaire I was told to just list the problems with pain.

They have not answered the step III Grievance on the issue, which I filed in December 2007, Well past the time limits of there own rules. I had also filed a step III Grievance on chronic care issue's for a hiated hernia at about the same time, this was answered over a month ago and of course denied even though it was a chronic care condition for over seven years. They are putting this issue off in hope that the court rules in their favor. Just wanted to let you know what occurred in this process, Hopefully this will be considered excusable neglect on my part and satisfy the judge.

I also do not believe that the examination given by D.O.C was done correctly. This was done by a P.A. and was not in my best interest. I am also concerned that since my last letter to you, Just a month or so later I was moved to Crowley county correctional facility. This is not a progressive move in any way and I was employed at AVCF as well as being involved in the hobby shop. Over four hundred dollars of material has conveniently been lost or stolen by AVCF hobby shop. Since my move to CCCF I have had nothing but problems especially with my diet. I have written the dietician, which has only made things worse. Since my writing the dietician they are not following the calorie count and the menu is on a 1 week rotation instead of the usual 6 week rotation like the general population. I am telling you this because I believe that I am being retaliated against by D.O.C., even though you ordered that it not be done.

Sincerely, [signature]