Special Masters
Borchers, Pringle, & Davidson
7907 Zenobia Street
Westminster, CO  80030

Jay Bailey  #103284
FLCF 5
Box 1000
Ft. Lyon, CO  81038

6-12-2008

RE: Inmate Raymond Sturat #87437

Your Honors:

It is my DOC job that I tutor Mr. Stuart and help him with his fractions. I have known Mr. Stuart ever since he arrived at FLCF about two and a half years ago.

He has severe brain damage due to a .357 Magnum. He is paralyzed on his left side. He can manage to stand, sort of, for about a second to transfer to & from his wheelchair. His left hand & arm are totally useless.

While working with him, I noticed that he had trouble lining his numbers up. He also tends to write large while running his letter and/numbers together. I questioned him and found out that he has been diagnosed with cataracts in both eyes. One eye is totally out and he can barely see with the other.

Doc has yet to remedy his situation by using their usual foot-dragging tactics and denial that anything is even wrong. He is confused by the answers from his medical kites because he cannot read them and nursing staff will not go the extra mile to take him under their wing and help him.  He is locked down 8 times a day in the SNMU (Special Needs Medical Unit). The inmates over there on the south side of 3rd floor, Bldg. 5, are sequestered from the rest of the inmate population for various reasons.  Mr. Stuart had been moved over to the North side with me, but for some reasno they moved him back, He has been in trouble from time to time and is the whipping boy for some of the staff members.

Questioning him further I found that most of his legal papers have been confiscated and thrown out, <u>including his Remedial Plan.</u> He also tells me that all his legal mail is already opened when he gets it. You mean that they open it in front of you? I asked. No he says, it is already opened before.

He can't see to write a grievance, he hasn't full mental faculties, and he is afraid of staff because they take vengeance on him so much. I have seen him blamed for somethings that I saw somone else do. Stick up for him and then you become a target. Sgt. Boone, in particular, hates him with a passion. Although he has many friends, he is a pariah with many others.

He attends school in the morning, but is often late because nursing staff will not unlock his door in time. I have heard staff tell each other to keep him locked down more than the other inmates in the SNMU. He is healthy enough to eat at the general population chow hall, to attend school, attend religious services, go to the library, etc. Then why was he taken from the North GP side and put back into the SNMU where they keep inmates under someone's thumb as much as possible?

This man can use only his right hand, what's left of his mind, and his eyesight (which is going fast). Without his eyesight, he will become just a lump of flesh, waiting to die.

Please do something about this. Please investigate his situation. King & Greisen has some backgroud information on him and some insight on the degrading way some nursing staff have treated him in the past.  Thank-you.

Respectfully, with hope,

Jay H. Bailey

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2008

GREGORY C. LANGHAM
CLERK