Judge John Kane  
United States District Court  
Alfred A. Arraj Courthouse  
901 - 19th Street  
Denver, Colorado 802941-3589

June 26, 2008

92-cv-00870-EWN

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO

JUL - 2 2008

GREGORY C. LANGHAM  
CLERK

REF: Montez Remedial Plan Dated April 4, 2008,  
Notice of Non-Compliance Complaint.

On May 30, 2008, I wrote Ms Cathie Holst A.I.C. at the Colorado Department of Corrections Headquarters requesting that I be housed in a cell with a Call-Button per Stipulation #14 of the Montez Remedial Plan Dated April 4, 2008.

To wit:

#14. If you have a history of Hypoglycemia or a Hypoglycimic event because of your diabetes, you will be offered the right to be immediately relocated to a cell with a call button if you are currently housed in a cell that can be locked by DOC... if you refuse the move, you will have to put your refusal in writing.

On or about June 5, 2008, I recieved a kite from my case-manager stating that I did not have a order for accommodation under A.D.A. in my file at which time I filed a claim with Ms Cathie Holst A.I.C. at the Colorado Department of Corrections Headquarter's requesting A.D.A. accommodations due to my pre existing Documented

History of Hypoglcemia.

On June 11, 2008 I mailed documentation of my history of Hypoglcemia dating back from 12-29-2004 to present photo copied from my D.O.C. medical records to Ms Cathie Holst at the Colorado Department of Corrections Headquarters requesting that I be relocated to a cell with a call-button in it per stipulation #14 of the Montez Remedial Plan.

Today June 26, 2008, I was called to medical services here at CCF and was seen by Joseph W. Wright M.D. at which time I tried to explan my request to be housed in a cell with a call-button. At which time I was told by Dr. Wright that I was not eligible for A.D.A. accommendations or movement to a cell with a call button under the Montez Remedial Plan due to my history of Hypoglycmia, that his interpretation of the Montez Remedial Plan covers only inmates with hearing, sight, mobility and diabetes and when I tried to point out what it stated in stipulation #14 he stated that Hypoglycemia was not covered under the Montez Remedial Plan and requested staff to take me back to my cell.

I do believe that Hypoglycemia is covered by stipulation #14 and that I am being denied accommendations in voilation of the Montez Remedial Plan dated April 4, 2008 and that the Colorado Department of Corrections is in non compliance of the Montez Agreement and stipulation.

Thank you

Copies To:

Ms. Cathie Holst A.I.C.
Colorado Department of Corrections
2862 South Circle Drive
Colorado Springs Colorado 80906

Special Master's
Borcher's Davidson Pringle
Legal Resolutions Center
7107 Zenobia Street
Westminster Colorado 80030

King + Greisen LLP
Att: Paula Greisen
Attorneys At Law
1670 York Street
Denver Colorado 80206

Judge John Kane
United States District Court
Alfred A Arrat Court house
901 19th Street
Denver Colorado 80294-3589

Gjal B Robinson 45497
CCF G-3-15
PO Box 600
Canon City Colorado 81215-060
Dated 6-26-08