Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO  80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2008

GREGORY C. LANGHAM
CLERK

Jay N. Bailey
#103284
FLCF/5
Box 1000
Ft. Lyon, CO  81038

92-cv-00870-EWN

Your Honor:

   Enclosed you will find paperwork from Ed Corbin #114258. This gentleman is handicapped with MS that is affecting not just Mobility, but Eyesight as well. There are many other medical issue's as well. He has no one assigned to help him so I can do it this time eventhough he is on a separate floor and staff are always on the look-out for inmate's who have other inmate's paperwork in their possession. It is hazardous.

   After reading the two Grievances (from 3 years ago), the letter to the Warden, and then the copy of the recent Grievance, you will be able to form, in your mind, a picture of deliberate and hidden agenda, laced with hostility toward the handicapped by Ms Tyler and even other members of the nursing staff. They appear to be more concerned with a mechanical time piece than the health & well being of crippled people.

   This is so insidious and hard to prove, but a look at all the complaints against Nurse Tyler, a pattern will come to light. Remembering that most inmates are either too lazy or too scared to file a Grievance against staff, especially one who hands out the meds, you will suspect that the total number of complaints would be much higher. e.g. Dennis Harpin recently received an incorrect dose or med and was found wandering the hallway dressed in just a sheet and complaining that his clothes didn't fit. A repeat of a couple of years ago.

   This is an ADA matter since the medication that Mr. Corbin receives is directly related to his MS; his disability. Also, there is the <u>deliberate disregard</u> for his <u>Accommodation Resolution</u>.

Respectfully,

Jay N. Bailey

P.S. Refering to #30 on the list of sanctions where it says that we shall get 2 copies of the ADA grievances upon XXX submitting them for processing. Case Manger DeLeon will not do it. He says that means that we get two copies after they have been answered. Is this correct??

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-FL04/05-205  STEP (Circle One) 1  2  3     ADA?  Yes ☐  No ☒

| NAME | EDWARD M. CORBIN | DOC NO. 114258 | FACILITY | FLCF |
|---|---|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

On Thursday April 28, 2005, I was awakened to LPN Carlos' voice asking my roommate if he wanted his morning meds. My roommate refused his meds. I immediately reported to the nursing station to receive my morning meds. Nurse Linda Spady tells me I'm too late for morning meds. I explained to nurse Spady that LPN Carlos just woke up my roommate for morning meds, therefore I'm not too late, that all offenders should be treated equally and I should not be discriminated against. Nurse Spady tells me that I will be getting the Predisone but I will not be getting the Baclofin. Offenders prescribed medication is for the well-being of the offender and should not be withheld for punishment. Withholding offender's medication can lead to offender discomfort and/or offender death. Medication should not be withheld, just on the momentary whim of staff.

REMEDY: Under the Prison Reform Legation Act, I'm asking for the maximum monitary damages if the unfair practice of denying offender's medication for other than medical reasons continues. Nurse Spady should be properly disciplined by supervisor in coordintion with her actions and give me all medication that is prescribed to me upon request.

DATE: 5/2/05     OFFENDER SIGNATURE  Edward M Corbin
DATE RECEIVED: 5/5/5    RESPONDING STAFF SIGNATURE & ID: Linda A Spady 10386

RESPONSE: MEDLINE ENDS AT 0710 EACH A.M. MEDLINE BEGINS AT 0630. IT IS NOT A REQUIREMENT THAT INMATES/PT BE ADVISED OF BEGINING/END OF MEDLINES PERSONALLY. MR. CORBIN WAS NOT DENIED HIS ESSENTIAL MEDICATION ALTHOUGH HE WAS LATE FOR MED LINE. FROM THIS INCIDENT TO NOW, MR CORBIN HAS BEEN ON TIME FOR MEDICATIONS & COOPERATIVE COMPLIANT. I BELIEVE MR. CORBIN'S REMEDY TO BE UNFOUNDED. GRIEVANCE DENIED

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/4/5    SIGNATURE/PRINT NAME & Staff ID # Linda A Spady 10386
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

DATE: 5/5/05   SIGNATURE/PRINT NAME & Staff ID # Dorothy Pearcey / Dorothy Pearcey 11028
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 5/10/05   OFFENDER SIGNATURE/PRINT NAME & DOC # Edward Corbin / Edward Corbin / 114258

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

## COLORADO DEPARTMENT OF CORRECTIONS  OFFENDER GRIEVANCE FORM

Grievance Number C-FL04/05-205   STEP (Circle One) 1 (2) 3   ADA? Yes ☐ No ☒

| NAME | EDWARD M. CORBIN | DOC NO. 114258 | FACILITY | FLCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:   Please see step-1 for background.

As you can see, the bottom line is: **I was refused medication (Baclofin) because I was late.** The Baclofin was withheld for disciplinary purposes. To punish me. Baclofin reduces my muscle spasms (due to MS) and keeps me from dangerous falls due to these spasms. Instead of helping me, Nurse Spady chose to gamble with my safety, in order to discipline me. She could have easily given me the Baclofin at the same time that she gave me the Predisone.

Remedy: See step-1.

DATE: 6/12/05   OFFENDER SIGNATURE  Edward M Corbin

DATE RECEIVED   RESPONDING STAFF SIGNATURE & ID:

RESPONSE:
In an inpatient unit - the meds for all inmates are to be administered as ordered. You are correct in that your meds should have been delivered. The Nurse Managers + line staff have been instructed and given written notice.

Grievance resolved.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/18/05   SIGNATURE/PRINT NAME & Staff ID # Kellie Wasko #11845

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

DATE: 5/16/05   SIGNATURE/PRINT NAME & Staff ID # Dorothy Pearcey  Dorothy Pearcey 11028

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 5/20/04   OFFENDER SIGNATURE/PRINT NAME & DOC # Edward M Corbin  Edward M Corbin /114258

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-FL04/05-233  STEP (Circle One) **1** 2 3   ADA? Yes ☐ No ☒

| NAME Edward M. Corbin | DOC NO. 114258 | FACILITY FLCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: **Refusal of Medication**

On Sunday, May 22, 2005 at approximately 0905 hours, I requested my medication at the nurse's station. Med Nurse Ms M.Tylor, handed me Bactrim and then closed the door. I knocked again and asked for my Baclofin. She denied my request. I left and returned to show her grievance #C-FL04/05-205. After reading it she said, "it does not apply to her," and then closed the door. Ms M.Tylor's deliberate disregard in following the HSA's directive, shows a lack of respect for authority.

Remedy: Ms M.Tylor/staff must adhere to HSA Kellie Wasko's directive described in grievance #C-FL04/05-205 Step-2 response. Also, changes in med-line policy should be posted so that **all** offenders are aware of new procedures.

DATE: 5/25/05   OFFENDER SIGNATURE: Edward M Corbin

DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID:

RESPONSE: Grievance Issue is unclear. Grievance is denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 05/29/05   SIGNATURE/PRINT NAME & Staff ID # WT LPN Mya Tylor 10383
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

DATE: 5/27/05   SIGNATURE/PRINT NAME & Staff ID # Dorothy Pearcey  Dorothy Pearcey 11028
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC # Edward Corbin - Edward Corbin 114258

Final: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-FL04/05-233  STEP (Circle One)  1 (2) 3    ADA? Yes ☐  No ☒

| NAME Edward M. Corbin | DOC NO. 114258 | FACILITY  FLCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:   See Step-one for background

Also see grievance #C-FL04/05-205 where it states in the Step-Two response written and signed by HSA Kellie Wasko, "On an inpatient unit-the meds for all inmates are to be administered as ordered. You are correct in that your meds should have been delivered. The Nurse Managers & line staff have been instructed and given written notice." This was signed on 5-18-05 by HSA Kellie Wasko and was received by me on 5-20-05. After reading this response, Nurse Tyler said that, "it does not apply to her." She stated, in big letters on the response, that the "GRIEVANCE ISSUE IS UNCLEAR." (1) **Who**--Nurse Tyler;  (2) **What**--Refusal of medication;  (3) **When**--On Sunday, May 22, 2005 at approximately 0905 hours;  (4) **Where**--Medline at the nurse's station;  (5) **How**--Deliberatly;  (6) **Why**--"it does not apply to her." The preceding was taken from the Step-One. What is **UNCLEAR** about the grievance issue??

Remedy:  See Step-One.

DATE: 6/10/05    OFFENDER SIGNATURE  Edward M Corbin

DATE RECEIVED    RESPONDING STAFF SIGNATURE & ID:

RESPONSE: Unfortunately, the above noted incident should not have happened. You should have received your medication & that staff member will be briefed, again - to the medication administration standard for inpatient units.
Grievance resolved.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 6/16/05    SIGNATURE/PRINT NAME & Staff ID # Kellie Wasko #11845
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

DATE: 6/13/05    SIGNATURE/PRINT NAME & Staff ID # Dorothy Pearcey  Dorothy Pearcey 11028
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 6/17/05    OFFENDER SIGNATURE/PRINT NAME & DOC # Edward Corbin  Edward Corbin 114258

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

TO:   Michael E. Arellano/Warden

From:  Ed Corbin   114258

Re:   Shift Commander I / morning shift/ Refusal to recognize
      ADA accommodation.

Date:  May 20, 2008

On Sunday May 25, 2008, at 10"14 A.M. I was denied access to the
medical dept. for a medication shot. I was denied by nurse Mya
Tylar  #10383. She is well aware that I have an ADA Accommodation
that states that I have **"additional time to move about the facility."**  She neglected to follow this accommodation. She told me that she was
going to call the shift commander for that day. I asked Lt. LaBesseta to call
the  shift commander and ask him to come and talk to me. I never heard back
from  the morning shift commander. On the next shift (afternoon) I talked to the
shift commander Laramore II & Sgt. Kenzy; they told me that they looked on the
camera system and I was in fact at the medical door at 10:14 A.M.  If you were
to look at the recording you would see that there was a nurse at the door.
She knew I was enroute to medical. Note this is the wife of the shift camander.

I feel that the shift commander, Lt. Valez, didn't recognize my ADA accommodation regarding additional time to move about the facility.

His deliberate indifference denied me my much needed medication because he
elected not to follow through with finding the facts. His decision to do
nothing, states that the Nontez Remedial Plan is nothing and accommodations can
be disregarded. All the hard work that went into the Remedial Plan in establishing accommodations and standards for the physically disabled are meaningless.

I'm requesting that Staff honor the ADA accommodation I have. Furthermore,
I'm requesting that my medication time be changed to the afternoon so that I
don't run into nurse Tyler because she has a history of not adhering to ADA
accommodations.

In closing I'm asking that my accommodation be recognozed and if I ask to see
the shift commander that he in fact will come to settle any and all disputes at
that time.

XC:   Paul Lastrella/Medical

Ed Corbin   114258
Step-One Grievance    ADA
5-28-2008
Turned in June 21, 2008 (within the timeline)

COPY

This Grievance is being filed on Mya Tylar LPN./med/#10383 & Lt. Valez, shift commander.
Discrimination & indifference was inflicted on me on Sunday May 25th. I receive a shot every day at 10:00 A.M., but on Sunday I was locked in the weight pile until movement. I had an urgent need to use the restroom and proceeded to the Yard Restroom. I was using my **walker**. From there I went directly to the Medical Clinic for my shot. When I was enroute I was observed by CNA/ Valez, (also the wife of the shift commander), coming up the walk to medical. When I finally arrived at medical nurse Tylor told me "I could not come in because I was late!" She didn't allow me any time to show her my ADA accommodation resolution that I carry at all times, stating: "You require additional time to move about the facility." She wouln't allow me to explain my self and why I was there at 10:14 A.M. **I was, according to her, late. I** ~~was~~ **in fact wasted NO TIME** in trying to get to the medical dept. for my shot. MS Tyler has a history of denying me medication. See grievance #C-FL04/05-233 which the Step-II reads in part "you should have received your medication and that staff member will be notified, again - to the medication administration standard..." and another incident when she refused me medication when I was not able to get on the elevator and let down in time to suit her. This was less than 6 months ago and can be confirmed by C/O Arosmith. The shift commander, Lt. Valez, was called but he elected to do nothing, noting that I should just be there on time. He refused to see me to wlrk the mater out at the time. I did get to talk to tdhe afternoon Shift Commander Capt. Laramore & Sgt. Kenzy who told me that they "looked at the video recording and you showed up at 10:14 A.M. It is posted on the day-to-day rosterthat offenders have till **10:15** to show up for appointment. I should have been afforded the additional minutes according to my Accommodation Resolutdion ##17 "You require additional time to move about the facility." In this case I wasn't even late according to the general rule for all inmates let alone a disabled inmate with an extended time allowance.
**REMEDY:** For the future I would like to see the FLCF staff adhere to the Remedial Plan/ Reslution #17, and specifically Ms Tyler & Lt. Valez. I would like to be able to talk to the shift commander at the time of incident and try to resolve the essue at the time rather that after the fact.