#1

92-CV-870 EWN-OES
6-30-08

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 03 2008
GREGORY C. LANGHAM
CLERK

John L. Kane

7.

I am writing this letter to let you know what is going on with me here at Sterling Correction Facility, I arrived here on 10-04-07 I have a two year sentence & 2 year parole, I have a Lung Diease, Congestive Heart Failure, COPD, and several other health problems. I have been hospitalized 7 times and in the intensive care unit 2 times here in Sterling and several times at Denver Health Medical Center, all from lack of medical attention when needed, I have several grievences in to medical about my health problems had one staffing, I can not get my Greivances back or Answered in a timely manner to go on with my Step 2. or Step 3 i want to file a lawsuite but How Can i when medical staff are rude and do not respond with me, i have a stack of greivence i have all sorts of paper work to prove that this Facility is at Neglagents i want to do the greivence prosses but i cant,-

#2

Because of not getting my grevience back or being rushed to hospitals every 2-3 months, I have been threating by staff ~~officers~~, Co. officers I am on oxygen 24 hours a day I have to walk to the medical building twice a day for oxygen exchange and i have to stand in medication line, the walk to and from medical or medline is to far for me to be walking, Because of my heart and shortness of breath each and every day that i walk that far is very dangerous to me which could cause Bodly harm or death, I have had staff meetings about this the medical staff claim that i was to be transfered to fort Lyon correctional Facility, that was months ago, I have all of their names that was at this staffing Right to this day medical staff are still or will not talk to me about why my greivences are not been aswered i got the 1983 packet that i must complete But i cant for those reasons.

#3

Beverly Dowis, HNA
Catherine Lovell, Admin Asst
Brian Webster, PA.
ChamJock, PA.
Goldsmith, PHD
Crussell, CM
Martorono, CM

Above is all the staff that was at the staffing, which at that time claim they will get me a wheelchair or send me to Fort Lyon Correctional Facility because the walk to chow hall, medical, and med line is to much for me because of shortness of breath and heart rate and oxygen saturation drops to low which can cause serious body harm or death i am on 4-5 liters of oxygen that i have to pull around with me. Since i cant get the greivance process accomplished what can i do now to continue my law suite i plan to file against Sterling Correctional Faculity. my Health is very very bad i can die any time even as i write this letter thats How Bad my Heart is and Lung Diease is.

I have wrote letters to the warden twice still no responce i have talked with the Asst. warden still being lied to, there is so much neglegents towards me here at this facility i am in fear of my life here because of not getting medical care when needed. My last hospitalization was 5-22-08 — till 6-5-08 Doctor there stated that my heart and lungs are at a stage now to where i cant breath with out oxygen and the walking back and forth here can kill me, please help me and correspond back with me please or guide me in the right direction that this matter could be looked into and please tell me if you need any proff proff i have lots of that paper work proff that is, thank you. To help me on my behalf

This is cruel an unusal punishment, and medical malpractice

Thank you

Nathaniel Huguley
#55740-1-B-13
Box 6000
Sterling, Colo 80751

Nathaniel Huguley