# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

MONTEZ, et al.,

        Plaintiff,

v.

ROMER, et al.,

        Defendant.

---

## RECEIPT FOR FILE

---

Received by _____*Richard Zuechear*_____, the following exhibits/depositions in the above entitled action:

Scott Newcomb, Claim 03-346

_____
Deputy Clerk

JUL 03 2008
_____
Date

_____
Special Master

By: _____