IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 9 2008

GREGORY C. LANGHAM
CLERK

Re: Claimant Michael R. Ingram, Claim number 03-327

PLAINTIFF'S THIRD MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE AN OBJECTION TO THE FINAL ORDER OF SPECIAL MASTER

COMES NOW plaintiff Michael R. Ingram, pro se, pursuant to Federal Rule of Civil Procedure 6, and moves for an extension of time of an additional twenty-five (25) days up to and including Monday, August 25, 2008, in which to research, draft, type, arrange for photocopies, file, and serve his "Objection To Final Order of Special Master."

AS GROUNDS HE SHOWS AND STATES:

1    February 5 plaintiff received the Final Order dated Feb. 4 requiring the filing of an objection on or before May 12.

2    May 17 the Court granted a first extension of time of 30 days up to June 13 and May 28 the Court granted a second extension of time of 45 days up to July 31.

3    The motions for extensions, incorporated by reference herein, presented two grounds: (1) serious illness, and (2) medication side-effects.

4    The Law Library closures are June 25, 26, 27, July 2, 3, 5, 7, 8, 11. This will create a backlog of requests.

5    A CT Scan by a Ear, Nose, and Throat specialist has been scheduled to determine the cause of the mucus that is draining from the sinus cavity down the throat and triggering a choking-cough akin to water "going down the wrong way."  Because of security concerns I do not know whether it will mean I will be away from the facility for 7 to 14 days or whether it will be just a Day Trip.

6    I am taking five medications to control the cough.

7    Nausea is severely impinging upon the amount of my work-product because Phenergan was not timely refilled, nor timely renewed, and as of June 19 is not available in the necessary dosage.

8    April 28, a request to refill Phenergan was submitted with 14 doses remaining as required by the Self-Med Contract.  Approximately May 12 I started requesting the refill card.  It never became available.  May 28 I submitted a request to renew Phenergan.  I continued to ask for the card.  June 10 I sent a letter to the doctor requesting renweal.  June 18 at an appointment with the doctor for other reasons, the Phenergan was reordered; however, it appears there is some confusion as to whether it is a Self-Med.  A July 1 note must have been misconstrued because Phenergan was changed from up to three times daily, as needed. to as needed, once daily.

9    A detailed letter will be submitted to the doctor; however, based upon past experience I do not expect any action for 14 to 21 days.

10   Depending upon circumstances, I may have to mail the objection to my family for copying.  The postal box is checked every 7 to 10 days.  DOC has increased the copy fee from 5¢ a page to 25¢ a page.

CONCLUSION

Without the additional time of 25 days any objection will be a superficial effort because of a lack of research and the varying intensity of the nausea due to the unavailability of Phnergan since approximately May 15.

WHEREFORE, Plaintiff requests an order granting a third extension of time of 25 days up to and including August 25 in which to research, draft, type, arrange for copies, file and serve his objection currently due July 31.

Respectfully submitted this July 7, 2008.

Michael R. Ingram