FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**July 11, 2008**

**FOR THE TENTH CIRCUIT**

Elisabeth A. Shumaker
Clerk of Court

---

JESSE F. MONTEZ; DAVID BRYAN; GEORGE KARL; GILPIN EUGENE; JOHN ARMINTROUT; KENNETH GARCIA, as representatives of themselves and all others similarly situated in this class action; RICHARD K. ALLEN; DUNCAN LEACH; ROBERT SIKITCH; GAIL LEVINE; DIEDRA GIVENS; PATRICIA BALLARD,

    Plaintiffs,

v.

BILL OWENS; FRANK GUNTER, Former Executive Director of the Colorado Department of Corrections; BEN JOHNSON, Former Warden of Colorado Territorial Correctional Facility; CHERYL SMITH, Medical Administrator at CTCF; ARI ZAVARAS, Executive Director of Colorado Department of Corrections; BOB FURLONG, Warden of Limon Correctional Facility; COLORADO DEPARTMENT OF CORRECTIONS; BILL PRICE, Warden of the Arkansas Valley Correctional Center; R. MARK MCDUFF, Warden of the Arrowhead Correctional Center, the Four Mile Correctional Facility, the Skyline Correctional Center, and the Pre-Release Correctional Center; GARY NEET, Warden of the Buena Vista Correctional Facility; WARREN DIESSLIN, Former Warden of the Buena Vista Correctional Facility; FRANK MILLER, Warden of the Centennial

No. 08-1175
(D.C. No. 1:92-CV-00870-EWN-OES)

Correctional Facility; DONICE NEAL, Warden of the Colorado State Penitentiary; MARK WILLIAMS, Warden of the Colorado Women's Facility; MARK MCKINNA, Warden of the Colorado Territorial Correctional Facility; DR. J. FRANK RICE, Warden of the Denver Reception and Diagnostic Center; LARRY EMBRY, Warden of the Fremont Correctional Facility; TOM COOPER, Former Warden of the Fremont Correctional Facility; BILL BOGGS, Warden of the Rifle Correctional Facility; BILL BOKROS, Warden of the Pueblo Minimum Center; DAVID HOLT, Medical Administrator at the Arrowhead Correctional Facility, the Centennial correctional Facility, the Colorado State Penitentiary, the Fremont Correctional Facility, and the Skyline Correctional Facility; JEAN MOLTZ, Medical Administrator at the Buena Vista Correctional Facility and the Rifle Correctional Facility; RON JOHNSON, Medical Administrator at the Denver Reception and Diagnostic Center; DON LAWSON, Clinical Administration Director at the Limon Correctional Facility and the Arkansas Valley Correctional Facility; BOB MOORE, who supervises the medical department at the Pueblo Minimum Center, and JOHN DOE(S), Current and former Wardens of any Correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and JOHN ROE(S); RONALD G. PIERCE; COLORADO TERRITORIAL CORRECTIONAL FACILITY; BRAD ROCKWILL; ANNETTE PORTER; DENVER RECEPTION &DIAGNOSTIC

-2-

CENTER; SGT. R. MURPHY;
GLENNTTE SMITH; BECKY
RHOMONA; JIM WEBER; NARD
CLAAR; BILL REED; FREMONT
CORRECTIONAL FACILITY,

    Defendants - Appellees.

L. R. MOORE,

    Interested Party - Appellant.

ORDER

Before **TACHA**, **LUCERO**, and **McCONNELL**, Circuit Judges.

    Interested Party L.R. Moore appeals the district court's order denying his three post-judgment motions.

    "A timely notice of appeal is both mandatory and jurisdictional." *Allender v. Raytheon Aircraft Co.*, 439 F.3d 1236, 1239 (10th Cir. 2006) (quotation omitted). In a civil case, a notice of appeal "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered." Fed. R. App. P. 4(a)(1)(A). Although Mr. Moore is proceeding *pro se*, he still must comply with the time requirements in the procedural rules. *Ogden v. San Juan County*, 32 F.3d 452, 455 (10th Cir. 1994).

Here, the district court's order was entered March 21, 2008. The notice of appeal was not filed until May 8, 2008, more than two weeks after the 30-day deadline to file the notice of appeal passed. Because the notice of appeal was filed untimely, this court lacks jurisdiction to consider the appeal. *Bowles v. Russell*, 127 S. Ct. 2360, 2366-67 (2007); *see also U.S. v. Garduño*, 506 F.3d 1287, 1290 (10th Cir. 2007).

Finally, the court construed one of the motions filed by Appellant on July 7, 2008, as a motion for extension of time to respond to our show cause order issued May 19, 2008, regarding the jurisdictional defect of this appeal. The court granted Appellant's request by order dated July 9, 2008. Later on July 9, 2008, however, the court received and filed a response to the show cause order, which we considered in our review of this case.

This appeal is DISMISSED for lack of jurisdiction.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*Lara Smith*

by:   Lara Smith
      Counsel to the Clerk