# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 11, 2008 | Douglas E. Cressler<br>Chief Deputy Clerk |

L.R. Moore
#47702
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

**RE:**   **08-1175, Montez v. Owens, et al**
          Dist/Ag docket: 1:92-CV-00870-EWN-OES

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Patricia Bellac
      Jess Alexander Dance
      Paula Dee Greisen
      Jennifer Susan Huss
      Robert Charles Huss
      Elizabeth H. McCann
      James X. Quinn
      Edward T. Ramey
      Jennifer Wardner Riddle
      Jennifer L. Veiga

EAS/sls