IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-346
Category III
Claimant: Scott Newcomb, #113874
Address of Claimant: 5989 Brandywine Court, Boulder, CO 80301

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

      THIS MATTER came before the Special Master for hearing on July 11, 2008 at 11:30 a.m. The hearing was held at the office of Legal Resolution Center, 600 Seventeenth Street, Suite 2800-South, Denver, Colorado. Present for Defendants was Willow Arnold, attorney at law.

      The case had been scheduled previously for a hearing on March 2, 2007. Claimant did not appear, and the claim was dismissed. Claimant filed a motion requesting that he be allowed to have a hearing, as he alleged he was in custody and unable to appear. The case was rescheduled for hearing on July 11, 2008. Claimant was notified of the hearing date by mail at the address provided by him and noted above. Claimant did not appear for the hearing nor did he contact the Special Masters in any way to indicate that he could not appear. Claimant has failed to provide any evidence to substantiate his claim. The claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as he failed to appear for the hearing on July 11, 2008 and failed to appear for the hearing set on March 2, 2007; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 15, 2008.**

      SIGNED this 14th day of July, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master