IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-104
Category II
Claimant: Kenneth Jackson, #114817
Address of Claimant: KCCF, P.O. Box 2000, Burlington, CO 80807

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the claim of Kenneth Jackson. Claimant alleged that he has vision and mobility impairments.

Claimant previously filed a claim that was dismissed on January 25, 2005. The claim was dismissed on the basis of lack of jurisdiction. The Special Master is unaware of whether an appeal was filed with Judge Kane, but no further order was received setting aside the dismissal.

A show cause order was issued to Claimant. He has responded but has not indicated why he is not bound by the resolution of his previous claim. He has alleged in his present claim that he suffered a torn Achilles tendon in 1997-98. He maintains that he has mobility problems, as well as problems with his hands.

Claimant has had an opportunity to file a damage claim pursuant to Paragraph XXXII of the Remedial Plan. That claim was adjudicated, and the claim was dismissed. Claimant has presented no basis upon which the previous ruling may be set aside. Claimant is not entitled under the Remedial Plan to file multiple damage claims.

To the extent that Claimant is requesting relief for present issues, his remedy is to either contact class counsel or to commence his own lawsuit. Claimant has presented no basis upon which his second claim should be allowed to proceed. Claimant had the opportunity to file a claim and did

so. There has been no basis presented by Claimant that would allow the filing of a second claim.

IT IS HEREBY ORDERED that the second claim of Kenneth Jackson is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 15, 2008.**

SIGNED this 14th day of July, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master