RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2008 JUL 14 AM 11: 11

| DISTRICT COURT, United States ~~County~~ STATE OF COLORADO Court Address: | **FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO JUL 1 4 2008 GREGORY C. LANGHAM CLERK |
|---|---|
| L. R. Moore, Interested Party, Claim 03-030 Pro Se v. Bill Owens, et al Defendants | |
| | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): LR Moore 47202 Box 777 Cañon 81215 | Case No: 92 cv 00870 EWN Div. ____ CTRM ____ |
| Motion To Reconsider Denial of Leave | |

Interested Party pro se moves this Court to reconsider its denial of his motion to proceed on appeal. He notes that the Court of Appeals requested him to submit a Memorandum Brief by 2 VII 08 and he has essentially done so, there being some delay caused by problems with CSP Law Library xerox service, of which he notified that Court 2 July, declaring that

said Brief had not returned from Xerox which is beyond his control, but most probably will return soon and thus be immediately mailed to that court.

Having met this requirement Moore feels that the Trial court now lacks immediate jurisdiction to deny him, even tho his Brief asks that the higher court simply instruct this court to try to enforce compliance by Defendants with this court's orders, Agreements, Plans, etc. that, so far, they have almost totally ignored by other than lip service, at least in Moore's claims.

That is, the Brief restates what Moore requested this court to do — enforce compliance by Defendants.

Now this Court has labeled each a request to "not show the existance of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." Each a claim by this court battles Moore as it cites no specifics, thus seems

to have been lifted whole from some Opinion without attribution, then inserted here, as a substitute for citing any specific, despite fact that it ill fits. Moore cited this Court's refusal to make even minimal attempts to force Defendants to comply. That is a fact easily proven as this ordered Moore be paid $50.00 in 2005 and, so far, Defendants have rejected his repeated requests they so pay him as they see no need to comply when the Court calls such requests "frivolous".

Having the facts of deliberate and repeated compliance refusal well documented in his support, Moore then used the recent key U.S. Supreme Court Opinion on the application of ADA to state prison systems, Goodman v. Georgia. This case the Court characterizes as "nonexistant", despite having previously cited it in support of its orders.

Therefore, having shown that this Court's stated reasons for denial are entirely at odds with the facts and the law, both as inherent in Moore's Motion To Proceed, Moore moves

this Court for a much more specific decision, one that this time considers whether Moore's complaint that Defendants have repeatedly and deliberately refused compliance is frivolous per se because such compliance would be frivolous, or that this Court now considers Goodman v. Georgia to be too ephemeral to consider. That is, whether Defendants are correct in considering compliance frivolous (i.e. this Court lacks the will to force compliance) or that Goodman will soon be reversed.

Moore does not presume to know which the Court meant, only that there are no other choices, and that he believes he is entitled to have the Court either pick one (or both) or reverse itself.

Respectfully requesting that this Court inform him of its specific decision as above, Interested Party pro se submits this Motion on 8 day of July 2008.

L R Moore

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2008 JUL 14 AM 11: 11

L.R. Moore
#47702
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

---

Certificate of Service

I, L.R. Moore, on this date 8 July 2008 mailed the following to addressee and persons listed below. L R Moore

Jason Rule Copies of (which this certificate constitutes as copies)
Motion To Disclose Relationships (2 pp)
Motion to Reconsider Denial of Motion to Proceed IFP (4 pp)
Certificate

---

Persons                          Addressees
J Dance, et al                   Colo Atty General's
                                 Office
                                 1525 Sherman
                                 Denver 80203
                                 14th & Champa Denver 80294
U.S. Dist Ct
10th Cir Ct of Appeals           1823 Stout Denver 80257

L R Moore