**Colorado Department Of Corrections**

Name: L R MOORE
Register Number: 47702
Unit: E 311
Box Number: 777
City, State, Zip: Canon 81215

92cv870-cwn

Clerk
10th Circuit Court
1823 Stout
Denver 80257

COLORADO SPRINGS
CO 809 24
10 JUL 2008 PM


