92-cv-00870-EWN

Re: Claimant Michael R. Ingram, Claim number 03-327

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 14 2008
GREGORY C. LANGHAM
CLERK

## CERTIFICATE OF MAILING

I hereby certify that on the 10th day of July, 2008, a true and correct copy of "Plaintiff's Third Motion For An Extension of Time In Which to File an Objection to Final Order of Special Master" addressed to Office of Attorney General, 1525 Sherman St, 5th Fl, Denver, CO 80203, was ~~postage prepaid~~ deposited in the U.S. mail, postage prepaid, at the Sterling Correctional Facility in Sterling, Colorado.

M. Ingram #43629
POB 6000
Sterling CO 80751