IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv 870-EWN-OES

JESSE (JESUS) MONTEZ, et al.

    Plaintiffs, as representatives of themselves and all others similarly situated in this class action,

BILL OWENS, et al.,

    Defendants.

```
                    FILED
           UNITED STATES DISTRICT COURT
                DENVER, COLORADO

                  JUL 16 2008

              GREGORY C. LANGHAM
                               CLERK
```

Claim Number: NEW OFFENDER/ NO NUMBER ASSIGNED
Category N/A
Claimant: Pablo Barron #139390
Old Address of Claimant: FLCF, P.O.Box 1000, Ft. Lyon, CO 81038-1000

NOTICE OF CHANGE OF ADDRESS

    Comes now Pablo Barron asking this Honorable Court to change his listed address from Fort Lyon P.O.Box 1000, Ft. Lyon CO 81038-1000 to his new address which is:

        1400 S. Collyer #218
        Longmont, CO 80501

Thank You and I'm looking forward to a response to my OPENING STATEMENT & MOTION TO ORDER CDOC INTO COMPLIANCE.

*Pablo Barron*
Pablo Barron 139390