IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

---

## SPECIAL MASTERS' TWENTY-SIXTH APPLICATION FOR PAYMENT OF FEES AND COSTS

---

     Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-Sixth Application for Payment of Fees and  Costs. This application is for work done from May 16, 2008 to July 15, 2008, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

     1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

     2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 164.50 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours and Judy Olive of 0.00 hours.

6. Larry Dean Valente was hired to work as a staff attorney for the Special Masters. Mr. Valente spent 0.00 hours working on case reviews and drafting documents for the Special Masters during this period of time.

7. Richard M. Borchers expended 31.25 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 8.50 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit C. Richard C. Davidson expended 0.80 hours of time during this period for

2

administrative matters related to the claims process. This is reflected in Exhibit H.

8. Richard M. Borchers additionally spent 104.15 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were no lodging expenses, but there were 4.00 hours of travel time for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F. He had 0.00 hours of travel time that is reflected on Exhibit J.

9. Richard C. Davidson spent 17.50 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 12.00 hours, as reflected in Exhibit I. He had no lodging expenses.

10. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

11. The total fees being sought for the time period ending May 15, 2008 are as follows:

    a. Richard M. Borchers: 8.00 hrs.@ $175.00 per hr. =     $ 1,400.00

                       127.40 hrs. @ 200.00 per hr. =     $25,480.00

    b. Richard M. Borchers (travel) 4.00 hrs. @ 100.00 per hr. = $    400.00

    c. Bruce D. Pringle     8.50 hrs.     @ $200.00 hr. =     $   1,700.00

    d. Richard C. Davidson   18.30 hrs.  @ $200.00 hrs. =     $   3,660.00

    e. Susan Carter and other staff 170.50 hrs. @ $ 35.00 hr. =   $   5,967.50

    f. Larry Dean Valente   0.00 hrs.     @ $ 75.00 hr. =     $      0.00

    g. Lodging and expenses                  $      0.00

    H. Richard C. Davidson (travel) 12.00 hrs. @ $100.00 hr. = $   1,200.00

    J. Bruce D. Pringle (travel) 0.00 hrs. @ $100.00 hr. =     $      0.00

3

TOTAL FEES:                    $ 39,807.50

12. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

13. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive, Susan Carter, and Larry Dean Valente are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, Ms. Rowe, and Mr. Valente have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-Sixth Application for Payment of Fees be granted in the amount of $39,807.50 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____
    Richard M. Borchers
    Special Master
    7907 Zenobia Street
    Westminster, CO 80030-4444
        303-426-7365

**EXHIBIT A**

Susan Carter

     Total Hours for Period                                164.50 hrs.

Lynda Rowe

     Total Hours for Period                                   6.00 hrs.

Judy Olive

     Total Hours for Period                                   0.00 hrs.

                                                        ————————————

                               **TOTAL HOURS**           170.50 hrs.

Larry Dean Valente

     Total Hours for Period                                   0.00 hrs.

## EXHIBIT B

Administrative Time of Richard M. Borchers for Period ending July15, 2008.

| Date | Description | Time |
|------|-------------|------|
| 5/25/08 | Review mail and settings | 1.25 hrs. |
| 5/27/08 | Review mail | .40 hrs. |
| 5/30/08 | Review mail and settings; talk with Sue Carter concerning procedures to be followed | 2.00 hrs. |
| 5/31/08 | Review mail and settings | 1.50 hrs. |
| 6/2/08 | Review mail; talk to Sue Carter | 1.00 hrs. |
| 6/3/08 | Review mail; talk to Sue Carter | 1.00 hrs. |
| 6/4/08 | Review mail | .90 hrs. |
| 6/5/06 | Travel to Court with files; pick up file; discuss Procedure with Pat and Sarah; talk to BDP; review mail | 3.00 hrs. |
| 6/6/06 | Review mail; research; review of stipulations | 2.50 hrs. |
| 6/7/08 | Review mail | .35 hrs. |
| 6/9/08 | Review mail; talk to Sue Carter and RCD | 1.50 hrs. |
| 6/10/08 | Review mail | .75 hrs. |
| 6/12/08 | Review mail and settings; talk to Judy Olive | 1.00 hrs. |
| 6/14/08 | Review mail and settings | 1.50 hrs. |
| 6/16/08 | Review mail | .30 hrs. |
| 6/18/08 | Review mail | .30 hrs. |
| 6/19/08 | Talk to BDP and review mail | 1.00 hrs. |
| 6/21/08 | Review mail and research on legal issues | 1.50 hrs. |
| 6/23/08 | Review mail and talk to Sue Cater | 1.00 hrs. |
| 6/24/08 | Review mail and talk to BDP | 1.25 hrs. |
| 6/25/08 | Talk to BDP on issues of jurisdiction | .50 hrs. |
| 6/26/08 | Talk to Sue Carter; review mail | .75 hrs. |
| 6/29/08 | Review mail and settings | .75 hrs. |
| 7/1/08 | Review mail | .50 hrs. |
| 7/3/08 | Review mail; travel to court with files; pick up files | 1.25 hrs. |
| 7/10/08 | Review mail | .50 hrs. |
| 7/12/08 | Review mail | .50 hrs. |
| 7/14/08 | Telephone conference with counsel and talk to BDP | 1.50 hrs. |
| 7/15/08 | Review mail and talk with RCD | 1.00 hrs. |

TOTAL TIME:                                              31.25 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending July 15, 2008.

(See attached sheets)

|  |  |
|---|---|
|  | 8.50 hrs. |
| TOTAL TIME: | 8.50 hrs. |

Time

May 16, 2008 to July 15, 2008

| | | |
|---|---|---|
| 06/05/08 | Meeting with R. Borchers to discuss issues relating to continuing duties of Special Masters in Montez | 1.00 hrs |
| 06/09/08 | Review 8/30/06 Amended Stip and Order Regarding Status of Compliance with DOC with Remedial Plan; 03/31/06 Stip Regarding Status of Compliance by the Colorado Department of Corrections with the Montez Remedial Plan; Plaintiffs' Response to Order of Special Master re Stephen Moore; Response (of Defendants) to Claimant's (Moore's) Motion to Reconsider Denial of Disability by Wrong Standard of Review and Violation Montez Plan X 5 Equal Access to the Courts; and Response (of Defendants) to Claimant's (Moore's) Evidentiary Support for Chronic Obstruction of ADA Montez Compliance | 2.50 hrs |
| 06/19/08 | Review Matthew Redmon letter to special masters and proposed draft of Order relating to Redmon letter; review Remedial Plan and expanded jurisdictional Order of Judge Kane; legal research re authority of special master to consider private claims for equitable relief for noncompliance with stipulations concerning compliance with Remedial Plan; telephone conference with R. Borchers re Proposed draft of Redmon Order | 1.50 hrs |
| 06/24/08 | Telephone conf. with R. Borchers re Stephen Moore, Daniel Thiebold, and miscellaneous issues being raised in pro se papers filed with the Special Masters. Review proposed orders re Stephen Moore and Daniel Thiebold.  Legal research re issue of late filed claims.  Make notes regarding procedures for dealing with various categories of pro se pleadings now before the Special Masters | 1.75 hrs |
| 06/25/08 | Telephone conference with R. Borchers re: issues raised by Moore and Thiebold submission, as well as other types of issues being raised by pro se inmates and former inmates | .50 hrs |

| 7/14/08 | Prepare for telephone conference with counsel; participate in conference call with counsel re late filed claims and other Montez issues; conf. with R. Borchers re matters raised during conference call. | 1.25 hrs |
|---------|-----|------|
| TOTAL | | 8.50 hrs |

**EXHIBIT D**

**Work Done by Richard M. Borchers**

Claims closed during the period ending July 15, 2008. Work done prior to September 15, 2004 has already been billed.

**02-128**      **Stephen Moore**

| | | |
|---|---|---|
| 5/6/08 | Review documents and issue order | .50 hrs. |
| | | —————— |
| | TOTAL: | .50 hrs. |

**02-340**      **John Kittle**

| | | |
|---|---|---|
| 6/6/08 | Review file and letter | .50 hrs. |
| 6/24/08 | Review file, including original; issue order | .50 hrs. |
| | | —————— |
| | TOTAL: | 1.00 hrs. |

**02-766**      **Philip A. Punk, Jr.**

| | | |
|---|---|---|
| 6/5/08 | Review file; research; issue order | 1.00 hrs. |
| | | —————— |
| | TOTAL: | 1.00 hrs. |

**03-130**      **David G. Bryan**

| | | |
|---|---|---|
| 4/21/08 | Review file and documents; issue order | .45 hrs. |
| 5/14/08 | Review response and issue order | .25 hrs. |
| 5/25/08 | Review file; research; and draft order | 2.00 hrs. |
| 5/30/08 | Finalize order | .30 hrs. |
| | | —————— |
| | TOTAL: | 3.00 hrs. |

**03-138**      **Kevin Mark Bretz**

| | | |
|---|---|---|
| 6/17/08 | Finalize order | .40 hrs. |
| | | —————— |

1

|  |  | TOTAL: | .40 hrs. |
|---|---|---|---|

**03-149**       **Charles Parrish**

| 2/7/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 8/3/05 | Review file | .25 hrs. |
| 8/13/05 | Review file and issue order | .25 hrs. |
| 9/21/05 | Review letter and issue order | .25 hrs. |
| 10/8/05 | Review letter and issue order | .20 hrs. |
| 10/14/05 | Review letter | .20 hrs. |
| 11/25/05 | Review documents and file; issue order | .25 hrs. |
| 12/10/05 | Review motion and issue order | .20 hrs. |
| 1/1/06 | Review file and motions; issue order | .25 hrs. |
| 9/11/07 | Review file and issue order | .30 hrs. |
| 9/22/07 | Review response and file; issue order | .25 hrs. |
| 3/10/08 | Review file for hearing | .50 hrs. |
| 3/14/08 | Issue order | .25 hrs. |
| 5/7/08 | Review file for hearing | .50 hrs. |
| 5/8/08 | Hearing | 5.00 hrs. |
| 5/14/08 | Draft Final Order; research; review exhibits | 4.00 hrs. |
| 5/16/08 | Proofread draft | .50 hrs. |
| 5/19/08 | Finalize order | .50 hrs. |

|  |  | TOTAL: | 13.80 hrs. |
|---|---|---|---|

**03-201**       **Larry Gordon**

| 6/20/08 | Review file and issue order | .40 hrs. |
|---|---|---|

|  |  | TOTAL: | .40 hrs. |
|---|---|---|---|

**03-247**       **George Knorr**

| 1/5/05 | Review file and issue order | .15 hrs. |
|---|---|---|
| 4/20/05 | Review motion and issue order | .20 hrs. |
| 7/13/05 | Review file and issue order | .25 hrs. |
| 7/24/05 | Review order | .15 hrs. |
| 7/27/05 | Review pleading | .15 hrs. |
| 9/18/05 | Referral of motion from Judge EWN; issue order | .35 hrs. |
| 3/2/06 | Review file and response; issue order | .25 hrs. |
| 3/3/06 | Review letter | .10 hrs. |

2

| | | |
|---|---|---|
| 4/26/06 | Review letter and pleading; issue order | .35 hrs. |
| 6/12/06 | Review file and issue order for hearing | .25 hrs. |
| 7/14/06 | Review motion and issue order | .25 hrs. |
| 7/25/06 | Review file and motion; issue order | .35 hrs. |
| 8/18/06 | Review file and issue order | .25 hrs. |
| 8/23/06 | Review witness lists; issue order | .50 hrs. |
| 9/22/06 | Review summary of testimony | .50 hrs. |
| 10/9/06 | Review file and elevate | .35 hrs. |
| 10/13/06 | Review file and motion; issue order | .50 hrs. |
| 11/3/06 | Review of motion and issue order | .50 hrs. |
| 11/13/06 | Review file for hearing | .30 hrs. |
| 11/17/06 | Review file and prepare order | .25 hrs. |
| 12/12/06 | Review file and issue order and recommendation | .35 hrs. |
| 1/29/07 | Review file | .20 hrs. |
| 5/5/07 | Review motion and issue order | .45 hrs. |
| 12/13/07 | Review file for hearing | .75 hrs. |
| 12/14/07 | Hearing | .50 hrs. |
| 12/15/07 | Review file and issue order | .50 hrs. |
| 1/27/08 | Review motion and issue order | .25 hrs. |
| 2/17/08 | Review file for hearing | .30 hrs. |
| 2/20/08 | Additional review of file | .40 hrs. |
| 2/21/08 | Hearing | 6.50 hrs. |
| 2/22/08 | Prepare order | .50 hrs. |
| 4/30/08 | Review file for resumed hearing | .50 hrs. |
| 5/1/08 | Resumed Hearing | 4.00 hrs. |
| 6/2/08 | Review exhibits and work on final order | 4.50 hrs. |
| 6/5/08 | Complete work on final order | 2.00 hrs. |
| 6/12/08 | Proofread final order | .50 hrs. |

TOTAL:       28.15 hrs.

**03-316       Dennis M. Hicks**

| | | |
|---|---|---|
| 2/7/05 | Review file and issue order | .15 hrs. |
| 5/13/06 | Review file and letter; issue order | .30 hrs. |
| 5/18/06 | Review file and response; issue order | .25 hrs. |
| 6/9/07 | Review file and letter; issue order | .30 hrs. |
| 9/13/07 | Review file and prepare order | .30 hrs. |
| 12/13/07 | Review motion and issue order | .50 hrs. |
| 1/20/08 | Review file | .30 hrs. |
| 1/24/08 | Review request for continuance | .50 hrs. |
| 1/25/08 | Prepare order | .25 hrs. |

3

| 2/18/08 | Issue order | .25 hrs. |
| 4/1/08 | Review file for hearing | .50 hrs. |
| 4/9/08 | Review file | .30 hrs. |
| 4/18/08 | Review file and issue order | .25 hrs. |
| 5/9/08 | Review file | .25 hrs. |
| 5/11/08 | Review file for hearing | .50 hrs. |
| 5/12/08 | Hearing | 1.75 hrs. |
| 5/14/08 | Prepare final order and review exhibits | 2.20 hrs. |

TOTAL:                8.85 hrs.

**03-348         Dexter Millican**

| 2/13/08 | Review file | .30 hrs. |
| 2/17/08 | Review for hearing | .30 hrs. |
| 2/21/08 | Hearing | .50 hrs. |
| 2/22/08 | Prepare order and review file | .50 hrs. |
| 3/27/08 | Review file and issue order | .50 hrs. |
| 5/6/08 | Issue order for hearing | .25 hrs. |
| 6/22/08 | Review file for hearing | .75 hrs. |
| 6/23/08 | Hearing | 2.00 hrs. |
| 6/25/08 | Prepare final order | 1.75 hrs. |

TOTAL:                6.85 hrs.

**03-377         Ronald L. Cordova**

| 1/16/05 | Review file and issue order | .15 hrs. |
| 3/30/05 | Review letter and issue order | .25 hrs. |
| 4/23/05 | Review motion and response | .20 hrs. |
| 5/22/05 | Review letter | .15 hrs. |
| 10/14/05 | Review file and motion; issue order | .25 hrs. |
| 7/27/06 | Review file and issue order | .25 hrs. |
| 12/11/06 | Review file and elevate | .50 hrs. |
| 12/13/06 | Prepare order | .15 hrs. |
| 6/9/07 | Review file and issue order for hearing | .30 hrs. |
| 6/21/07 | Issue order | .20 hrs. |
| 9/27/07 | Review file and issue order | .25 hrs. |
| 10/8/07 | Review file and letter; issue order | .25 hrs. |
| 10/11/07 | Reset hearing and issue order | .25 hrs. |
| 11/27/07 | Review file and issue order | .30 hrs. |

4

| 1/20/08 | Review file for hearing | .40 hrs. |
| 1/24/08 | Hearing | 4.50 hrs. |
| 1/25/08 | Draft memo to SLC | .25 hrs. |
| 4/19/08 | Review file and issue order | .30 hrs. |
| 4/29/08 | Work on final order | 1.75 hrs. |
| 5/2/08 | Review motion and issue order | .50 hrs. |
| 5/11/08 | Review file for hearing | .50 hrs. |
| 5/12/08 | Hearing | 2.00 hrs. |
| 5/15/08 | Prepare order and review exhibits | .50 hrs. |
| 6/6/08 | Review file and begin draft of final order | 2.00 hrs. |
| 6/14/08 | Review draft of final order and exhibits | .75 hrs. |
| 6/21/08 | Finalize order | .50 hrs. |

TOTAL:          17.40 hrs.

**03-392          Cecil De La Rosa, Jr.**

| 3/19/05 | Review claim | .10 hrs. |
| 3/22/05 | Issue order | .10 hrs. |
| 9/5/06 | Review response and issue order | .30 hrs. |
| 1/29/07 | Review file and elevate to Cat. III | .25 hrs. |
| 3/12/07 | Hearing order | .20 hrs. |
| 6/20/07 | Hearing order cancelled | .15 hrs. |
| 8/3/07 | Hearing order | .20 hrs. |
| 8/17/07 | Review file and motion; issue order | .40 hrs. |
| 10/17/07 | Review motion for continuance and file; issue order | .25 hrs. |
| 11/2/07 | Review file and issue order | .20 hrs. |
| 12/22/07 | Review file | .30 hrs. |
| 12/31/07 | Review file and issue order | .25 hrs. |
| 2/2/08 | Review file and issue order | .35 hrs. |
| 2/8/08 | Review file and issue order | .25 hrs. |
| 3/4/08 | Review file and issue order | .30 hrs. |
| 4/9/08 | Review file for hearing | .50 hrs. |
| 4/11/08 | Hearing | .25 hrs. |
| 4/14/08 | Issue order | .30 hrs. |
| 5/21/08 | Issue final order | .50 hrs. |

TOTAL:          5.15 hrs.

**03-438          Albert Abeyta**

| 5/30/08 | Review file and letter; issue order | .50 hrs. |
| | | _____ |
| | TOTAL: | .50 hrs. |

**03-440        Denise Harvey**

| 3/27/08 | Review file and issue order | .30 hrs. |
| 4/22/08 | Prepare order | .35 hrs. |
| 4/25/08 | Prepare hearing order | .30 hrs. |
| 5/15/08 | Review file and letter; issue order | .35 hrs. |
| 5/25/08 | Review file | .25 hrs. |
| 6/5/08 | Review documents and file | .50 hrs. |
| 6/9/08 | Hearing | 2.50 hrs. |
| 6/15/08 | Draft final order and review exhibits | 2.25 hrs. |
| 6/16/08 | Finalize order | .75 hrs. |
| | | _____ |
| | TOTAL: | 7.55 hrs. |

**03-441        Ethel White**

| 4/14/08 | Review file and issue order | .50 hrs. |
| 425/08 | Review response and file; issue OSC | .50 hrs. |
| 5/9/08 | Review file and letter; issue order | .50 hrs. |
| 5/25/08 | Review motion for witnesses; issue order | .50 hrs. |
| 6/5/08 | Review file for hearing | .50 hrs. |
| 6/9/08 | Hearing | 2.75 hrs. |
| 6/25/08 | Prepare final order | 2.00 hrs. |
| | | _____ |
| | TOTAL: | 7.25 hrs. |

**X-264        Reynaldo Villa**

| 4/14/08 | Review file and issue order | .35 hrs. |
| 5/27/08 | Review file and prepare final order | .75 hrs. |
| | | _____ |
| | TOTAL: | 1.10 hrs. |

**X-268**          **Tessie Denise King**

| | | |
|---|---|---|
| 4/25/08 | Review file and issue order | .40 hrs. |
| 5/25/08 | Review file and issue order | .50 hrs. |

|  | TOTAL: | .90 hrs. |
|---|---|---|

**C-005**          **Edward Corbin**

| | | |
|---|---|---|
| 5/15/08 | Review papers and file; issue order | .35 hrs. |
| 6/21/08 | Review file and prepare order | .50 hrs. |

|  | TOTAL: | .85 hrs. |
|---|---|---|

———————————

TOTAL HOURS at $175.00 per hour: 8.00 hours =    $  1,400.00

TOTAL HOURS at $200.00 per hour: 127.40 hours =  $25,480.00


TOTAL: $26,880.00

**EXHIBIT E**

Travel Time for Richard M. Borchers:

| 6/9/08 | Denver to Pueblo and return | 4.00 hrs. |
|---|---|---|
| | | ———— |
| | TOTAL TRAVEL TIME: | 4.00 hrs. |

Lodging Expenses:

None

**EXHIBIT F**

Work done on individual claims by Judge Bruce Pringle during time period ending July 15, 2008:


None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending July 15, 2008:

      (See attached sheet)


                    TOTAL:              12.25 hrs.

# LRC
## Legal Resolution Center

## Judge RCD - Billing Worksheet for Montez v. Owens
## Civil Action No. 92-N-870

Name: _____May - July 2008_____     DOC # _____

Claim No: _____

Category No: _____

| Date | Activity | Time |
|------|----------|------|
| 5 / 15 | Admin | .5 |
| 16 | Review of Valdez file | 1.0 |
| | BreTz - Review of file, review of AG | |
| | response - Prep of Order | 1.0 |
| | Admin - Review of Grissom Letter | .3 |
| 2 | Travel To AVCF + Return | 6.0 |
| | Hearing Gibson 03-173 | 2.0 |
| 7 / 7 | Gibson 03-173 Review of file - | |
| | Prep of new final Order | 4.0 |
| | **Add** | |
| 5 / 19 | Travel To Limon | 4.0 |
| | Hearing - Valdez 03-359 | 2.0 |
| 7 / 15 | Prep of Final Order - Review file 03-359 | 2.5 |
| | Travel To LRC office | 2.0 |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending July 15, 2008:

TOTAL:        0.80 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending July 15, 2008:

Total Travel Time:                                12.00 hrs.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending July 15, 2008:

Total Travel Time:                                      0.00 hrs.

**CERTIFICATE OF MAILING**

I hereby certify that I have mailed a copy of the foregoing Twenty-Sixth Application for Payment of Fees and Costs this 14 day of July, 2008 to the following:

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203