IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 92-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number C-004 (formerly 03-030)
Category: C
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## AFFIDAVIT OF DARLENE S. HILL

I, Darlene S. Hill, upon being duly sworn under oath and of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1.  This Affidavit is based upon my personal knowledge.

2.  I am employed by the Colorado Department of Law ("Attorney General's Office") as a Legal Assistant II. I have worked at the Attorney General's Office since November, 2000. I graduated from the Denver Paralegal Institute in May, 1985, and have worked as a Paralegal/Legal Assistant since graduation. I have been the main paralegal on the *Montez v. Owens* matter since I became employed at the Attorney General's Office.

3.  I am aware of The Final Order of Special Master ("Final Order") that was entered on July 25, 2005 in this matter.



4.	I am further aware that the Final Order determined that Claimant was to be awarded $50.00 for lack of accommodation while housed at LCF.

5.	I am very familiar with the procedure for payment of such awards in this class action. In order for the State of Colorado to process such damages payments, inmates must fill out W-9 tax forms although the payments are not taxed. Only once an accurate, complete W-9 form is received can the State of Colorado process the award, the warrant be forwarded to the DOC's inmate banking system and deposited into the inmate's account or other arrangements be made.

6.	In this particular matter, based on the Final Order, I personally sent Claimant L.R. Moore W-9 forms on at least two separate occasions and he failed and/or refused to fill out the correct, necessary information on at least two occasions. See letter of 8/15/2006 attached as Exhibit A; letter of 9/13/2006 attached as Exhibit B; and W-9 of L.R. Moore attached as Exhibit C.

7.	Therefore, due to the lack of an accurate, complete W-9 form from Claimant, the $50.00 award has not been able to be deposited into his inmate account.

The foregoing is true and accurate to the best of my knowledge and understanding.

FURTHER AFFIANT SAITH NAUGHT.

_____
Darlene S. Hill

Subscribed and sworn before me in the County of Denver, State of Colorado, this 18th day of June, 2008.

My commission expires: 6/15/2001 .

_____
Notary Public

KRISTIN RUIZ
Notary Public
State of Colorado

2



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

August 15, 2006

L.R. Moore, #47702
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

RE:   *Montez v. Owens*, 92-CV-870 EWN-OES, Consolidated (for all purposes with Civil Action No. 96-CV-343)
Claim #03-030

Dear Mr. Moore:

   Upon review of the evidence, the Special Master awarded you a monetary award of $50.00 as full and complete compensation for your claim in the above-referenced case. In order for you to receive the monetary award, you must complete the attached W-9 form and return it to our office. Please take the time to complete the W-9 form. If you need assistance completing the W-9, instructions have been included with the form. Feel free to make a copy of the W-9 for your records. Please return the original, completed W-9 to the Attorney General's Office as soon as possible.

   Your award will be processed shortly after we receive the completed W-9. Thank you for your time and prompt attention to this matter.

Sincerely,

FOR THE ATTORNEY GENERAL

DARLENE S. HILL
Legal Assistant
Corrections unit
(303) 866-4168
(303) 866-5443  (FAX)

Enclosures
cc:   Cathie Holst
   file

EXHIBIT
A



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

September 13, 2006

L.R. Moore, #47702
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

RE: *Montez v. Owens*, 92-CV-870 EWN-OES, Consolidated (for all purposes with Civil Action No. 96-CV-343), Claim #03-030

Dear Mr. Moore:

In order to process payment of the monetary amount awarded by the Special Master the state requires that you complete a W-9 form with your social security number, address and signature. According to Department of Corrections' records, you were born in Oakland, California, and are therefore a United States citizen, not a nonresident alien from Bodega Bay, Dorian Province, Republic of Panama as indicated on the W-9 you previously completed. In response to your letters regarding the taxing of the award, the award is not being taxed.

Please take the time to complete the W-9 form in its entirety. If you need assistance completing the W-9, instructions have been included with the form. Feel free to make a copy of the W-9 for your records. Please return the original, completed W-9 to the Attorney General's Office as soon as possible so that we may process your award.

Sincerely,

FOR THE ATTORNEY GENERAL

DARLENE S. HILL
Legal Assistant
Corrections unit
(303) 866-4168
(303) 866-5443 (FAX)

Enclosures
cc: Cathie Holst
    file

EXHIBIT
B

03-620

| Form **W-9**<br>(Rev. January 2005)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give form to the<br>requester. Do not<br>send to the IRS. |

**Name** (as shown on your income tax return)
*Non resident alien, thus non filer*

**Business name,** if different from above
*Lewis Roger Moore*

Check appropriate box: ☒ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ..........   ☒ Exempt from backup withholding

**Address** (number, street, and apt. or suite no.)
*Bodega Bay,*

**City, state, and ZIP code**
*Darien Province*

**List account number(s) here (optional)**
*Republic of Panama*

Requester's name and address (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number: *N/A*

or

Employer identification number: *N/A*

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**   Signature of U.S. person ▶ *N/A*   Date ▶ *J.D. 3970*

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

 1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

 2. Certify that you are not subject to backup withholding, or

 3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note.** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a person if you are:

● An individual who is a citizen or resident of the United States,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

● Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

 If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

 1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

 2. The treaty article addressing the inco[me]

 3. The article number (or location) in th[e] contains the saving clause and its except[ions]

Cat. No. 10231X

EXHIBIT C