IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 92-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number C-004 (formerly 03-030)
Category: C
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## AFFIDAVIT OF ADRIENNE L. JACOBSON

I, Adrienne L. Jacobson, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1. I am currently employed by the Colorado Department of Corrections ("CDOC") in Legal Services, Office of the ADA Inmate Coordinator.

2. I investigated that claims of Offender L.R. Moore as alleged in his Motion for Reconsideration.

3. In regard to his allegation regarding overpayments for chronic care clinic, Offender Moore has not been in any chronic care program since 2005 and was not overcharged for these visits.

4. In regard to his allegation that LCF refuses to give "Montez Remedial Part XIII Pod Time[,]" there is no such thing. Offender Moore may be referring to the fact that offenders who are Montez classified and are medically unable to work shall continue to receive awards of


EXHIBIT 2

earned time and day hall privileges and so forth as an able bodied, fully employed offender so that the offender is not discriminated because of his or her medical inability to work. Offender Moore used this as a defense to his constant tampering with the lock on his cell door and being out of his cell. He claimed "Montez time". See attached case number 080806.

5. In regard to his allegation regarding the footbath heater, his medical records show that he has no medical need for a footbath heater. He has the footbath and can get warm/hot water in his cell.

6. In regard to his allegations regarding wheelchair issues, nobody in the ADA Inmate Coordinator's Office has any where the Quadra all air wheelchair is or if it ever existed. Offender Moore requested a new wheelchair on 8/19/05 and was given one. That chair was replaced on 9/1/05. Another replacement was issued and was going through security check when offender stated he refused to accept the new chair on 2/22/08. Offender Moore has a history of damaging property. In one instance, offender tore a piece of metal from his wheelchair and used it to bang on his cell door. Further incidents of damage to property can be found in the attached COPD Reports (cases 080817, 260625, 240178 and 97-159).

The foregoing is true and accurate to the best of my knowledge and understanding.

FURTHER AFFIANT SAITH NAUGHT.

_____
Adrienne L. Jacobson
Legal Services
Office of the ADA Inmate Coordinator

Subscribed and sworn before me in the County of El Paso, State of Colorado, this 17 day of July, 2008.

My commission expires: 3/5/2012

_____
Notary Public

2

# COPD DETAIL

Printed: 07/15/2008

47702 MOORE, LEWIS R.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 080806 | **Date of Offense:** | 12/31/2007 | **Date of Arrest:** | | |
| **Sanction:** | No | **Date of Charge:** | 01/08/2008 | **Notif/Chg Served:** | 01/10/2008 | |
| **Formal Charge:** | Yes | **Date of Hearing:** | 01/14/2008 | **Date of Ajudic:** | 01/14/2008 | |
| **Contraband Found:** | No | **Disp/Chg Served:** | 01/17/2008 | **Tape Number:** | 0108C | |
| **Invetigation Report:** | Yes | **Pharmacy Report:** | No | | | |

**Initiating Employee:** R TUTTLE
**Reviewing Supervisor:** 824 HOWARD, RICHARD
**Hearing Officer:** 1771 CARTER, MARY
**Inmate Rep:** 4562 CORTEZ, BYRON
**Facility:** LF LIMON CF   **Incident Location:** LU 1

**Disciplnary Comments:**

THE OFFENDER WAS AWAY FROM HIS CELL WITHOUT AUTHORIZATION. ALL HE WOULD SAY WAS, "MONTEZ TIME AGAIN."

| Charged Crime | Convicted Crime | Att | Staff | Plea | Sanct | Action | Days | Prob Date | Fnl |
|---|---|---|---|---|---|---|---|---|---|
| II30 UNAUTHABS | II30 UNAUTHABS | N | N | NG | V | E | 40 | | A |

COPD Detail

Page 1 of 1

**EXHIBIT A**

## COPD DETAIL

47702 MOORE, LEWIS R.

Printed: 07/15/2008

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 080817 | **Date of Offense:** | 12/30/2007 | **Date of Arrest:** | |
| **Sanction:** | No | **Date of Charge:** | 01/03/2008 | **Notif/Chg Served:** | 01/10/2008 |
| **Formal Charge:** | Yes | **Date of Hearing:** | 01/14/2008 | **Date of Ajudic:** | 01/14/2008 |
| **Contraband Found:** | No | **Disp/Chg Served:** | 01/22/2008 | **Tape Number:** | 0108C |
| **Invetigation Report:** | Yes | **Pharmacy Report:** | No | | |

**Initiating Employee:** R TUTTLE
**Reviewing Supervisor:** 824  HOWARD, RICHARD
**Hearing Officer:** 1771 CARTER, MARY
**Inmate Rep:** 4562 CORTEZ, BYRON
**Facility:** LF  LIMON CF    **Incident Location:** LU 1

**Disciplnary Comments:**

THE OFFENDER DAMAGED A SHOWER CHAIR, BECAUSE HE DIDN'T LIKE IT AND WANTED TO THROW IT AWAY.

| Charged Crime | Convicted Crime | Att | Staff | Plea | Sanct | Action | Days | Prob Date | Fnl |
|---|---|---|---|---|---|---|---|---|---|
| II02  DAMAGEPROP | II02  DAMAGEPROP | N | N | NG | V | E | 60 | | A |

EXHIBIT B

# COPD DETAIL

Printed: 07/15/2008

47702 MOORE, LEWIS R.

| | | | |
|---|---|---|---|
| **Case Number:** 260625 | **Date of Offense:** 04/21/2007 | **Date of Arrest:** | |
| **Sanction:** No | **Date of Charge:** 05/03/2007 | **Notif/Chg Served:** 05/12/2007 | |
| **Formal Charge:** Yes | **Date of Hearing:** 05/17/2007 | **Date of Ajudic:** 05/17/2007 | |
| **Contraband Found:** No | **Disp/Chg Served:** 06/03/2007 | **Tape Number:** 088B | |
| **Invetigation Report:** No | **Pharmacy Report:** No | | |

**Initiating Employee:** A. RUIZ
**Reviewing Supervisor:** 4168 TROXEL-KULP, SHAWNA
**Hearing Officer:** 2779 RICHTER, WILLIAM
**Inmate Rep:**
**Facility:** CS C.S.P.   **Incident Location:** E POD

**Disciplnary Comments:**

D.O.LT.OLIVETT; SUBJECT REFUSED ORDERS BY STAFF TO BE CUFFED UP TO REMOVED FROM CELL TO HAVE CELL SEARCHED FOR MISSING RIVET TO CLIPPERS; SUBJ. REFUSED, CAUSED DISRUPTION OF FACILITY OPERATIONS. $32 RESTIT. TO CUSTODY CONTROL FOR DAMAGED MATTRESS

| Charged Crime | Convicted Crime | Att | Staff | Plea | Sanct | Action | Days | Prob Date | Fnl |
|---|---|---|---|---|---|---|---|---|---|
| I116 ADVFACDSPT | I116 ADVFACDSPT | N | N | NG | R | E | | | A |
| | | | | | V | E | 20 | | A |
| I125 DISLAWORDR | I125 DISLAWORDR | N | N | NG | V | C | 20 | | A |

COPD Detail

Page 1 of 1

EXHIBIT C

## COPD DETAIL

47702 MOORE, LEWIS R.

Printed: 07/15/2008

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 240178 | **Date of Offense:** | 09/20/2004 | **Date of Arrest:** |
| **Sanction:** | No | **Date of Charge:** | 09/21/2004 | **Notif/Chg Served:** 09/24/2004 |
| **Formal Charge:** | Yes | **Date of Hearing:** | 09/29/2004 | **Date of Ajudic:** 09/29/2004 |
| **Contraband Found:** | No | **Disp/Chg Served:** | 10/06/2004 | **Tape Number:** 056A |
| **Invetigation Report:** | No | **Pharmacy Report:** | No | |

**Initiating Employee:** SGT J SIMS

**Reviewing Supervisor:** 3107 COOPER, KAREN

**Hearing Officer:**

**Inmate Rep:**

**Facility:** CS C.S.P.    **Incident Location:** E3

**Disciplnary Comments:**

HO W RICHTER - S DAMAGED WHEELCHAIR AND FLOODED CELL. REPAIR COST TO CHAIR $32.58

| Charged Crime | Convicted Crime | Att | Staff | Plea | Sanct | Action | Days | Prob Date | Fnl |
|---|---|---|---|---|---|---|---|---|---|
| II16 ADVFACDSPT | II16 ADVFACDSPT | N | N | NG | R | E | | | A |
| | | | | | V | E | 60 | | A |

EXHIBIT V

# COPD DETAIL

47702 MOORE, LEWIS R.

Printed: 07/15/2008

| | | | |
|---|---|---|---|
| **Case Number:** 97-159 | **Date of Offense:** 10/04/1996 | **Date of Arrest:** 10/04/1996 | |
| **Sanction:** No | **Date of Charge:** 10/04/1996 | **Notif/Chg Served:** 10/07/1996 | |
| **Formal Charge:** Yes | **Date of Hearing:** 10/09/1996 | **Date of Ajudic:** 10/09/1996 | |
| **Contraband Found:** Yes | **Disp/Chg Served:** 10/16/1996 | **Tape Number:** SA-050/ | |
| **Invetigation Report:** No | **Pharmacy Report:** No | | |

**Initiating Employee:** SUE HALL

**Reviewing Supervisor:** 1408 D'ARCANGELIS, ROGER

**Hearing Officer:** 1128 GONZALES, BRIAN

**Inmate Rep:**

**Facility:** SA SAN CARL   **Incident Location:** SUPPORT I

**Disciplnary Comments:**

CONTRABAND-WHEELCHAIR CUSHION MISSING THE COVER. RESTITUTION - 50% DEDUCTION FROM INMATES ACCOUNT IN ORDER TO PAY FOR DAMAGE - $65.00. NO LESS THAN 50% WILL BE DEDUCTED MONTHLY.

| Charged Crime | Convicted Crime | Att | Staff | Plea | Sanct | Action | Days | Prob Date | Fnl |
|---|---|---|---|---|---|---|---|---|---|
| II02 DAMAGEPROP | II02 DAMAGEPROP | C | N | NG | L | E | 20 | | A |
| II25 DISLAWORDR | II25 DISLAWORDR | C | N | NG | N | D | | | A |

COPD Detail

Page 1 of 1

EXHIBIT E