IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number C-007
Category:  C
Claimant:  Matthew T. Redmon, #140637
Address of Claimant:  CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

### RESPONSE TO CLAIMANT'S JUNE 11, 2008 LETTER
_____

Defendants, through the Colorado Attorney General, respectfully submit the following Response to Claimant's June 11, 2008 letter.

1.   As noted in the June 23, 2008 Order of the Special Master, Claimant was not in DOC custody on or before August 27, 2003, is not eligible to file a damage claim pursuant to Paragraph XXXII of the Remedial Plan, and is not a part of the class that was established on August 27, 2003.

2.   Nonetheless, Claimant sent a letter, dated June 11, 2008 to the Special Masters.

3.   In this letter he alleges that he has "a 70% hearing loss and [is] classified as a Montez Inmate."

1

4.     He further alleges that CTCF is not complying with numbers 2, 5, 11, 16, 17, 18 or 32 of document 3326 (Stipulation Regarding Status of Compliance By the Colorado Department of Corrections With the Montez Remedial Plan ("Stipulation"), approved April 4, 2008).

5.     The Special Master interpreted Claimant's letter as a request for personal relief as to the items set forth in the Stipulation, which poses the question of whether an inmate in Claimant's situation may seek individual relief pursuant to the provisions of the Stipulation.

6.     Defendants' position is that, if an inmate feels the Remedial Plan, or the subsequent Stipulations, are not being followed, the inmate's recourse is to: (1) file ADA grievances; (2) contact the Office of the AIC; or (3) contact class counsel. Pursuant to the Remedial Plan, compliance issues are to be decided only by Judge Kane.  There is no provision in the Stipulations of August 26, 2006, April 4, 2008, or any other Stipulation of the Parties, in the Remedial Plan, or in the April 15, 2008 Order Expanding the Duties of the Special Masters entitling inmates to seek relief from the Special Masters for alleged non-compliance.  The Remedial Plan only allows for individual relief as set forth in section XXXII.  Claimant is not a *Montez* class member and is entitled to no individual relief under the Remedial Plan.  Nothing in the any Stipulation of the Parties or in the April 15, 2008 Order changes this.

7.     Moreover, Claimant has no right to file any *pro se* pleadings in this matter, as he is represented by class counsel. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).  Claimant's remedy is to consult with class counsel and relate what his concerns are.  Class counsel will then have to make a professional decision as to the

2

relief that should be sought for Claimant.  Under *McNeil*, Claimant may file a separate action only to seek intervention in the present case or to challenge the adequacy of representation by class counsel.  *Id.* at 1166.

WHEREFORE, Defendants respectfully request that the requests made in Claimant's June 11, 2008 letter be denied, for the reasons set forth above.

Respectfully submitted this 18th day of July, 2008.

        JOHN W. SUTHERS
        Attorney General

        */s/  Willow I. Arnold*
        WILLOW I. ARNOLD
        Special Assistant Attorney General
        Civil Litigation & Employment Law Section
        Corrections Unit
        Attorney for Defendants
        1525 Sherman St., 4th Floor
        Denver, CO  80203

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the following **RESPONSE TO CLAIMANT'S JUNE 11, 2008 LETTER** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 18th day of July, 2008 addressed as follows:

Matthew T. Redmon, #140637
CTCF, P.O. Box 1010
Canon City, CO 81215-1010


*Courtesy Copy To:*

Cathie Holst

_____/s/__*Darlene S. Hill*_____
            Darlene. S. Hill