IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

**PLAINTIFFS' OBJECTION TO ORDER OF SPECIAL MASTER RE STEPHEN MOORE, DOC # 57381**

---

Plaintiffs, through class counsel, hereby submit this objection to the Order of the Special Master dated June 25, 2008 (the "Order") denying motions filed by Stephen Moore:

1.  Counsel for the Montez Class respectfully objects to the Special Master's Order denying Mr. Moore's *pro se* Motion to Reconsider Denial of Disability by Wrong Standard of Review (the "Motion to Reconsider") filed by Mr. Moore on December 28, 2007. Mr. Moore filed this motion on the basis that he was denied disability status and his claims were adjudicated under the wrong criteria (Section V of the Montez Remedial Plan rather than Section III). This fact has not changed, therefore, Mr. Moore's Motion for Reconsideration should be granted so that his claims can be adjudicated under the proper criteria.

2.  Class counsel respectfully objects to the Special Master's Order denying Mr. Moore's *pro se* motion entitled Violation Montez Plan X 5 Equal Access to the Courts (the

"Montez Violation Motion"), filed on January 14, 2008.  This motion addresses Mr. Moore's disability determination and denial of glasses, which ultimately limited his access to the Courts.  His disability status and DOC's refusal to accommodate him accordingly caused him the damages for which he sought relief by filing a damage claim pursuant to the Montez Remedial Plan.  As such, the Montez Violation Motion directly correlates with his individual damage claim.

3.  Class counsel also respectfully objects to the Special Master's position that Mr. Moore does not appear to be a member of the Montez Class and therefore his motions may not be considered.  In Plaintiffs' Response to the Order of the Special Master, dated June 6, 2008, undersigned counsel requested the Special Master stay a decision on Mr. Moore's disability claims until the parties are able to mutually agree on the criteria to be used in the determination of disability status pursuant to the Stipulation Agreement entered by the Court on April 4, 2008.

4.  The parties are presently working with their respective experts to redevelop criteria to expand or modify the standards presently used to determine the disability status of potential class members.  By staying decisions related to disability criteria until after the new criteria is agreed upon, the Court will eliminate the need to re-visit Orders in which claimants were denied disability status under the wrong or former criteria.  Therefore, Class counsel renews its request that the Special Master stay any decisions related to or reliant upon the disability criteria presently in place until the parties formalize a mutually agreed upon set of criteria.

5.  Counsel for the class also respectfully objects to the Special Master's position that if Mr. Moore is represented by Class counsel as a member of the Montez Class, his *pro se*

motions may not be considered by the Court at this time.  Both of Mr. Moore's motions arise from his filing of a Montez Damage Claim, a process in which Class counsel does not provide representation of individual claimants.  It is perfectly appropriate for the Court to consider Mr. Moore's motions on the basis that they arise from his Damage Claim, for which Class counsel is not his representative and based on the Order Expanding the Duties of the Special Masters entered by the Court on April 15, 2008 (the "Expansion Order").

Respectfully submitted this day 21st day of July, 2008.

KING & GREISEN, LLP

/s/ Jennifer W. Riddle
Jennifer W. Riddle
Paula Greisen
1670 York St.
Denver, CO 80206
greisen@kinggreisen.com

Ed Ramey
Lara Marks
Isaacson & Rosenbaum
633 17th St. #2200
Denver, Co. 80202

Attorneys for Plaintiff Class

3

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21$^{st}$day of July, 2008, I electronically filed the foregoing PLAINTIFFS' OBJECTION TO ORDER OF THE SPECIAL MASTER RE STEPHEN MOORE with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us

*/s/* Gail Costanzo