UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

July 22, 2008

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    Jesse Montez, et al v. Bill Owens, et al**
        in re Interested Party, Raymond A. Price

Court of Appeals Case No. 08-1049
District Court Case No. 92-cv-00870-EWN

Dear Clerk:

        We hand you herewith Volume I of the Record on Appeal in the above referenced case.

Sincerely,
GREGORY C. LANGHAM, Clerk

by_ s/ B. Reed_____
        Deputy Clerk

cc:  See Notice of Electronic Filing

# INDEX

APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

## U.S. District Court
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:92-cv-00870-EWN-OES

Montez, et al v. Romer, et al
Assigned to: Chief Judge Edward W. Nottingham
Referred to: Magistrate Judge O. Edward Schlatter
Demand: $4,000,000
Member case:
   1:96-cv-00343-EWN
Case in other court: 06-01233
         USCA, 07-01405
         USCA, 08-01049
         USCA, 08-01175
         03-01417
         03-01417
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/05/1992
Date Terminated: 06/03/2004
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Special Master**

**Richard M. Borchers**

      represented by **Richard M. Borchers**
      Email: dborchers@legalres.com
      PRO SE

**Special Master**

**Bruce D. Pringle**

      represented by **Bruce D. Pringle**
      Legal Resolution Center
      7907 Zenobia Street
      Westminster, CO 80030
      PRO SE

**Special Master**

**Richard C. Davidson**

**Plaintiff**

**Jesse F. Montez**

      represented by **David Arthur Lane**
      Killmer, Lane & Newman, LLP
      1543 Champa Street
      #400
      Denver, CO 80202
      303-571-1000
      Fax: 303-571-1001
      Email: dlane@killmerlane.com
      *TERMINATED: 03/06/2000*

*LEAD ATTORNEY*

**David H. Miller**
David H. Miller, Attorney at Law
1801 California Street
#900
Denver, CO 80202-2658
Email: david.miller@qwest.com
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: John_Carlson@fd.org
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
Patricia S. Bellac Law Firm, LLC
4845 Pearl East Circle
#101
Boulder, CO 80301
303-442-5111
Fax: 303-581-9488
Email: psblawfirm@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
King & Greisen, LLP
1670 York Street
Denver, CO 80206
303-298-9878
Fax: 303-298-9879
Email: greisen@kinggreisen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
#2400
Denver, CO 80202
303-572-6531

Fax: 303-572-6540
Email: carrollt@gtlaw.com
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
Isaacson Rosenbaum, P.C.
633 17th Street
#2200
Denver, CO 80202
303-256-3978
Fax: 303-292-3152
Email: eramey@ir-law.com

**Jennifer Wardner Riddle**
King & Greisen, LLP
1670 York Street
Denver, CO 80206
303-298-9878
Fax: 303-298-9879
Email: riddle@kinggreisen.com
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
Isaacson Rosenbaum, P.C.
633 17th Street
#2200
Denver, CO 80202
303-292-5656
Fax: 303-292-3152
Email: lmarks@ir-law.com

**Plaintiff**

**David Bryan**                    represented by **David Arthur Lane**
                                   (See above for address)
                                   *TERMINATED: 03/06/2000*
                                   *LEAD ATTORNEY*

                                   **David H. Miller**
                                   (See above for address)
                                   *TERMINATED: 10/25/2006*
                                   *LEAD ATTORNEY*

                                   **John T. Carlson**
                                   (See above for address)
                                   *TERMINATED: 07/14/2004*
                                   *LEAD ATTORNEY*

                                   **Patricia S. Bellac**
                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**George Karl**                    represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 6 of
150
CM/ECF - U.S. District Court:cod                                                    Page 5 of 385

**Plaintiff**

**Gilpin Eugene**                          represented by **David Arthur Lane**
                                                          (See above for address)
                                                          *TERMINATED: 03/06/2000*
                                                          *LEAD ATTORNEY*

                                                          **David H. Miller**
                                                          (See above for address)
                                                          *TERMINATED: 10/25/2006*
                                                          *LEAD ATTORNEY*

                                                          **John T. Carlson**
                                                          (See above for address)
                                                          *TERMINATED: 07/14/2004*
                                                          *LEAD ATTORNEY*

                                                          **Patricia S. Bellac**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paula Dee Greisen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Terrance David Carroll**
                                                          (See above for address)
                                                          *TERMINATED: 02/12/2008*
                                                          *LEAD ATTORNEY*

                                                          **Edward T. Ramey**
                                                          (See above for address)

                                                          **Lara Elizabeth Marks**
                                                          (See above for address)

**Plaintiff**

**John Armintrout**                        represented by **David Arthur Lane**
                                                          (See above for address)
                                                          *TERMINATED: 03/06/2000*
                                                          *LEAD ATTORNEY*

                                                          **David H. Miller**
                                                          (See above for address)
                                                          *TERMINATED: 10/25/2006*
                                                          *LEAD ATTORNEY*

                                                          **John T. Carlson**

(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Kenneth Garcia**
*as representatives of themselves and all
others similarly situated in this class
action*

represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 8 of
150
CM/ECF - U.S. District Court:cod                                              Page 7 of 385

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Richard K. Allen**                    represented by **Paula Dee Greisen**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Terrance David Carroll**
                                        (See above for address)
                                        *TERMINATED: 02/12/2008*
                                        *LEAD ATTORNEY*

                                        **Edward T. Ramey**
                                        (See above for address)

                                        **Lara Elizabeth Marks**
                                        (See above for address)

V.

**Consol Plaintiff**

**Jimmy R. Bulgier**                    represented by **Jimmy R. Bulgier**
                                        #902732
                                        Texas Department of Criminal Justice -
                                        Estelle Unit
                                        264 FM 3478
                                        Huntsville, TX 77320-3322
                                        PRO SE

                                        **David H. Miller**
                                        (See above for address)
                                        *TERMINATED: 10/25/2006*
                                        *LEAD ATTORNEY*

                                        **Patricia S. Bellac**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 9 of
150
CM/ECF - U.S. District Court:cod                                                      Page 8 of 385

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Roy Romer**                          represented by   **Diane Marie Dash**
*Governor of Colorado*                                   Diane Marie Dash, Atty at Law
*TERMINATED: 05/16/2003*                                 1660 South Albion Street
                                                         #918
                                                         Denver, CO 80222
                                                         303-504-6450
                                                         Fax: 757-3640
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                         **Elizabeth H. McCann**
                                                         Colorado Attorney General's Office-
                                                         Department of Law
                                                         1525 Sherman Street
                                                         5th Floor
                                                         Denver, CO 80203
                                                         303-866-3261
                                                         Fax: 303-866-5443
                                                         Email: beth.mccann@state.co.us
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         Colorado Attorney General's Office-
                                                         Employment Litigatio
                                                         1525 Sherman Street
                                                         5th Floor
                                                         Denver, CO 80203
                                                         303-866-4307
                                                         Email: James.Quinn@state.co.us
                                                         *TERMINATED: 05/16/2003*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Allison Berman**
                                                         Colorado Attorney General's Office-
                                                         Department of Law
                                                         1525 Sherman Street
                                                         5th Floor
                                                         Denver, CO 80203
                                                         303-866-5647
                                                         Fax: 303-866-5443

Email: jennifer.berman@state.co.us
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
Hall & Evans, LLC-Denver
1125 17th Street
#600
Denver, CO 80202
303-628-3300
Fax: 303-293-3238
Email: veigaj@hallevans.com
*TERMINATED: 05/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
Hale Friesen, LLP
1430 Wynkoop Street
#300
Denver, CO 80202
720-904-6022
Fax: 720-904-6006
Email: westfallusdc@halefriesen.com
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver, CO 80203
303-866-5241
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver, CO 80203
303-866-5241
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 11
of 150
CM/ECF - U.S. District Court:cod                                         Page 10 of 385

Colorado Attorney General's Office-
Employment Litigatio
1525 Sherman Street
5th Floor
Denver, CO 80203
303-866-4472
Fax: 303-866-5443
Email: jennifer.huss@state.co.us

**Scott Arthur Wilkonson**
Colorado Attorney General's Office
1525 Sherman Street
7th Floor
Denver, CO 80203
303-866-5790
Email: scott.wilkonson@state.co.us
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
Colorado Attorney General's Office-
Employment Litigatio
1525 Sherman Street
5th Floor
Denver, CO 80203
303-866-5198
Fax: 303-866-5443
Email: willow.arnold@state.co.us

**Defendant**

**Frank Gunter**                     represented by    **Berina Ibrisagic**
*Former Executive Director of the*                      Stettner Miller, P.C.
*Colorado Department of Corrections*                    1050 17th Street
                                                        Independence Plaza
                                                        #700
                                                        Denver, CO 80265-2008
                                                        303-534-0273
                                                        Fax: 303-534-5036
                                                        Email: bibrisagic@stetmil.com
                                                        *TERMINATED: 03/02/2007*
                                                        *LEAD ATTORNEY*

                                                        **Brooke H. Meyer**
                                                        Colorado Attorney General's Office-
                                                        Department of Law
                                                        1525 Sherman Street
                                                        5th Floor
                                                        Denver, CO 80203
                                                        303-866-2258
                                                        Fax: 303-866-5443
                                                        Email: brooke.meyer@state.co.us

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 12
of 150
CM/ECF - U.S. District Court:cod                                                    Page 11 of 385

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
Davis Law Offices, PC-Denver
8055 East Tufts Avenue
#1320
Denver, CO 80237-2552
303-866-4500
Fax: 303-866-5443
Email: celia.randolph@state.co.us
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
Colorado Attorney General's Office
1525 Sherman Street
7th Floor
Denver, CO 80203
303-866-5165
Fax: 303-866-5443
Email: jess.dance@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 13
of 150
CM/ECF - U.S. District Court:cod                                                              Page 12 of 385

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
Colorado Attorney General's Office-
Human Resources
1525 Sherman Street, 7th Floor
Denver, CO 80203
303-866-5647
Fax: 303-866-5691
Email: hussrobert@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ben Johnson**                          represented by **Berina Ibrisagic**
*Former Warden of Colroado Territorial*                   (See above for address)
*Correctional Facility*                                    *TERMINATED: 03/02/2007*
                                                          *LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 14
of 150
CM/ECF - U.S. District Court:cod                                         Page 13 of 385

*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Cheryl Smith**                    represented by    **Berina Ibrisagic**
*Medical Administrator at CTCF*                       (See above for address)
                                                     *TERMINATED: 03/02/2007*
                                                     *LEAD ATTORNEY*

                                                     **Brooke H. Meyer**
                                                     (See above for address)
                                                     *TERMINATED: 08/02/2006*
                                                     *LEAD ATTORNEY*

                                                     **Celia Florry Randolph**
                                                     (See above for address)
                                                     *TERMINATED: 08/24/2007*
                                                     *LEAD ATTORNEY*

                                                     **Diane Marie Dash**
                                                     (See above for address)
                                                     *TERMINATED: 01/27/2000*
                                                     *LEAD ATTORNEY*

                                                     **Elizabeth H. McCann**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Allison Berman**
                                                     (See above for address)
                                                     *TERMINATED: 07/31/2006*
                                                     *LEAD ATTORNEY*

                                                     **Jennifer L. Veiga**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jess Alexander Dance**
                                                     (See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 16
of 150
CM/ECF - U.S. District Court:cod                                             Page 15 of 385

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Dolores Montoya**                    represented by **Elizabeth H. McCann**
*Medical Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**

(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Lorraine Diaz**                    represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                                (See above for address)
*TERMINATED: 07/22/1994*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Allison Berman**
                                                       (See above for address)
                                                       *TERMINATED: 07/31/2006*
                                                       *LEAD ATTORNEY*

                                                       **Stephen M. Miller**
                                                       (See above for address)
                                                       *TERMINATED: 08/16/1993*
                                                       *LEAD ATTORNEY*

                                                       **William J. Higgins**
                                                       (See above for address)
                                                       *TERMINATED: 01/27/2000*
                                                       *LEAD ATTORNEY*

                                                       **Jennifer Susan Huss**
                                                       (See above for address)

                                                       **Scott Arthur Wilkonson**
                                                       (See above for address)

*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**M. McDonough**                          represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                   (See above for address)
*TERMINATED: 07/22/1994*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Allison Berman**
                                                          (See above for address)
                                                          *TERMINATED: 07/31/2006*
                                                          *LEAD ATTORNEY*

                                                          **Stephen M. Miller**
                                                          (See above for address)
                                                          *TERMINATED: 08/16/1993*
                                                          *LEAD ATTORNEY*

                                                          **William J. Higgins**
                                                          (See above for address)
                                                          *TERMINATED: 01/27/2000*
                                                          *LEAD ATTORNEY*

                                                          **Jennifer Susan Huss**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Scott Arthur Wilkonson**
                                                          (See above for address)
                                                          *TERMINATED: 05/08/2007*

                                                          **Willow Ivana Arnold**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**R. Corley**                             represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                   (See above for address)
*TERMINATED: 07/22/1994*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 19
of 150
CM/ECF - U.S. District Court:cod                                                    Page 18 of 385

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerry Kimbrel**                    represented by **Elizabeth H. McCann**
*Security Staff at CTCF*                             (See above for address)
*TERMINATED: 07/22/1994*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                     **James Xavier Quinn**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Jennifer Allison Berman**
                                     (See above for address)
                                     *TERMINATED: 07/31/2006*
                                     *LEAD ATTORNEY*

                                     **Jess Alexander Dance**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 20
of 150
CM/ECF - U.S. District Court:cod                                              Page 19 of 385

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Herzog**                            represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                   (See above for address)
*TERMINATED: 07/22/1994*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 21
of 150
CM/ECF - U.S. District Court:cod                                                    Page 20 of 385

(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**
**Jerri Watson**                    represented by    **Elizabeth H. McCann**
*Medical Staff at CTCF*                                (See above for address)
*TERMINATED: 07/22/1994*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Allison Berman**
                                                       (See above for address)
                                                       *TERMINATED: 07/31/2006*
                                                       *LEAD ATTORNEY*

                                                       **Stephen M. Miller**
                                                       (See above for address)
                                                       *TERMINATED: 08/16/1993*
                                                       *LEAD ATTORNEY*

                                                       **William J. Higgins**
                                                       (See above for address)
                                                       *TERMINATED: 01/27/2000*
                                                       *LEAD ATTORNEY*

                                                       **Jennifer Susan Huss**
                                                       (See above for address)

                                                       **Scott Arthur Wilkonson**
                                                       (See above for address)
                                                       *TERMINATED: 05/08/2007*

                                                       **Willow Ivana Arnold**
                                                       (See above for address)

**Defendant**
**Jim Toothaker**                   represented by    **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                      (See above for address)
*TERMINATED: 07/22/1994*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 22
of 150
CM/ECF - U.S. District Court:cod                                                    Page 21 of 385

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Larry Nutter**                    represented by   **Elizabeth H. McCann**
*Facility Case Manager at CTCF*                       (See above for address)
*TERMINATED: 07/22/1994*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James Xavier Quinn**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jennifer Allison Berman**
                                                      (See above for address)
                                                      *TERMINATED: 07/31/2006*
                                                      *LEAD ATTORNEY*

                                                      **Stephen M. Miller**
                                                      (See above for address)
                                                      *TERMINATED: 08/16/1993*
                                                      *LEAD ATTORNEY*

                                                      **William J. Higgins**

(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Lt. Wright**                          represented by   **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                       (See above for address)
*TERMINATED: 07/22/1994*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Xavier Quinn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Allison Berman**
                                                        (See above for address)
                                                        *TERMINATED: 07/31/2006*
                                                        *LEAD ATTORNEY*

                                                        **Stephen M. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 08/16/1993*
                                                        *LEAD ATTORNEY*

                                                        **William J. Higgins**
                                                        (See above for address)
                                                        *TERMINATED: 01/27/2000*
                                                        *LEAD ATTORNEY*

                                                        **Jennifer Susan Huss**
                                                        (See above for address)

                                                        **Scott Arthur Wilkonson**
                                                        (See above for address)
                                                        *TERMINATED: 05/08/2007*

                                                        **Willow Ivana Arnold**
                                                        (See above for address)

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 24
of 150
CM/ECF - U.S. District Court:cod                                                    Page 23 of 385

**Defendant**

**Jim Pryor**
*Facility Case Manager at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Reed**
*Facility Supervisor at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 25
of 150
CM/ECF - U.S. District Court:cod                                          Page 24 of 385

*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

| | | |
|---|---|---|
| **Defendant** | | |
| **Curtis Devin** | represented by | **Elizabeth H. McCann** |
| *Security Staff at CTCF* | | (See above for address) |
| *TERMINATED: 07/22/1994* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Evelyn Fish**                          represented by   **Elizabeth H. McCann**
*TERMINATED: 08/16/1993*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Allison Berman**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2006*
                                                         *LEAD ATTORNEY*

                                                         **Stephen M. Miller**
                                                         (See above for address)
                                                         *TERMINATED: 08/16/1993*
                                                         *LEAD ATTORNEY*

                                                         **William J. Higgins**
                                                         (See above for address)
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                         **Jennifer Susan Huss**
                                                         (See above for address)

                                                         **Scott Arthur Wilkonson**
                                                         (See above for address)
                                                         *TERMINATED: 05/08/2007*

                                                         **Willow Ivana Arnold**
                                                         (See above for address)

**Defendant**

**Elizabeth Gallegos**                   represented by   **Elizabeth H. McCann**
*TERMINATED: 08/16/1993*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 27
of 150
CM/ECF - U.S. District Court:cod                                        Page 26 of 385

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ari Zavaras**                     represented by **Berina Ibrisagic**
*Executive Director of Colorado*                   (See above for address)
*Department of Corrections*                         *TERMINATED: 03/02/2007*
                                                    *LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 28
of 150
CM/ECF - U.S. District Court:cod                                                      Page 27 of 385

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bob Furlong**                    represented by **Berina Ibrisagic**
*Warden of Limon Correctional Facility*          (See above for address)
                                                 *TERMINATED: 03/02/2007*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 29
of 150
CM/ECF - U.S. District Court:cod                                                    Page 28 of 385

*LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 30
of 150
CM/ECF - U.S. District Court:cod                                        Page 29 of 385

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Department of Corrections**          represented by   **Berina Ibrisagic**
*Colorado*                                             (See above for address)
                                                       *TERMINATED: 03/02/2007*
                                                       *LEAD ATTORNEY*

                                                       **Brooke H. Meyer**
                                                       (See above for address)
                                                       *TERMINATED: 08/02/2006*
                                                       *LEAD ATTORNEY*

                                                       **Celia Florry Randolph**
                                                       (See above for address)
                                                       *TERMINATED: 08/24/2007*
                                                       *LEAD ATTORNEY*

                                                       **Diane Marie Dash**
                                                       (See above for address)
                                                       *TERMINATED: 01/27/2000*
                                                       *LEAD ATTORNEY*

                                                       **Elizabeth H. McCann**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Allison Berman**
                                                       (See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 31
of 150
CM/ECF - U.S. District Court:cod                                                    Page 30 of 385

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Adam B. Wiens**
Lottner, Rubin, Fishman, Brown &
Saul, P.C.
633 17th Street
#2700
Denver, CO 80202-3635
303-292-1200
Fax: 303-292-1300
Email: awiens@lrflegal.com
*TERMINATED: 04/06/2006*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
Patterson, Nuss & Seymour, P.C.
5613 DTC Parkway
#400
Greenwood Village, CO 80111
303-741-4539
Fax: 303-741-5043
Email: aatkinson@pns-pc.com
*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Price**                    represented by   **Berina Ibrisagic**
*Warden of the Arkansas Valley*                   (See above for address)
*Correctional Center*                             *TERMINATED: 03/02/2007*
                                                  *LEAD ATTORNEY*

                                                  **Brooke H. Meyer**
                                                  (See above for address)
                                                  *TERMINATED: 08/02/2006*
                                                  *LEAD ATTORNEY*

                                                  **Celia Florry Randolph**
                                                  (See above for address)
                                                  *TERMINATED: 08/24/2007*
                                                  *LEAD ATTORNEY*

                                                  **Diane Marie Dash**
                                                  (See above for address)
                                                  *TERMINATED: 01/27/2000*
                                                  *LEAD ATTORNEY*

                                                  **Elizabeth H. McCann**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **James Xavier Quinn**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jennifer Allison Berman**
                                                  (See above for address)
                                                  *TERMINATED: 07/31/2006*
                                                  *LEAD ATTORNEY*

                                                  **Jennifer L. Veiga**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jess Alexander Dance**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**R. Mark McDuff**
*Warden of the Arrowhead Correctional Center, the Four Mile Correctional Facility, the Skyline Correctional Center, and the Pre-Release Correctional Center*

represented by **Berina Ibrisagic**
(See above for address)
*TERMINATED: 03/02/2007*
*LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 34
of 150
CM/ECF - U.S. District Court:cod                                                        Page 33 of 385

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Gary Neet**                         represented by **Berina Ibrisagic**
*Warden of the Buena Vista*                         (See above for address)
*Correctional Facility*                             *TERMINATED: 03/02/2007*

*LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 36
of 150
CM/ECF - U.S. District Court:cod                                          Page 35 of 385

*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Warren Diesslin**                 represented by  **Berina Ibrisagic**
*Former Warden of the Buena Vista*                 (See above for address)
*Correctional Facility*                            *TERMINATED: 03/02/2007*
                                                   *LEAD ATTORNEY*

                                                   **Brooke H. Meyer**
                                                   (See above for address)
                                                   *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

                                                   **Celia Florry Randolph**
                                                   (See above for address)
                                                   *TERMINATED: 08/24/2007*
                                                   *LEAD ATTORNEY*

                                                   **Diane Marie Dash**
                                                   (See above for address)
                                                   *TERMINATED: 01/27/2000*
                                                   *LEAD ATTORNEY*

                                                   **Elizabeth H. McCann**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James Xavier Quinn**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennifer Allison Berman**
                                                   (See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 37
of 150
CM/ECF - U.S. District Court:cod                                    Page 36 of 385

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Frank Miller**              represented by **Berina Ibrisagic**
*Warden of the Centennial Correctional*      (See above for address)
*Facility*                              *TERMINATED: 03/02/2007*
                                        *LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**

(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 39
of 150
CM/ECF - U.S. District Court:cod                                                    Page 38 of 385

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Donice Neal**                    represented by   **Berina Ibrisagic**
*Warden of the Colorado State*                     (See above for address)
*Penitentiary*                                     *TERMINATED: 03/02/2007*
                                                   *LEAD ATTORNEY*

                                                   **Brooke H. Meyer**
                                                   (See above for address)
                                                   *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

                                                   **Celia Florry Randolph**
                                                   (See above for address)
                                                   *TERMINATED: 08/24/2007*
                                                   *LEAD ATTORNEY*

                                                   **Diane Marie Dash**
                                                   (See above for address)
                                                   *TERMINATED: 01/27/2000*
                                                   *LEAD ATTORNEY*

                                                   **Elizabeth H. McCann**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James Xavier Quinn**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennifer Allison Berman**
                                                   (See above for address)
                                                   *TERMINATED: 07/31/2006*
                                                   *LEAD ATTORNEY*

                                                   **Jennifer L. Veiga**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jess Alexander Dance**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark Williams**                    represented by **Berina Ibrisagic**
*Warden of the Colorado Women's*                    (See above for address)
*Facility*                                          *TERMINATED: 03/02/2007*
                                                    *LEAD ATTORNEY*

                                     **Brooke H. Meyer**
                                     (See above for address)
                                     *TERMINATED: 08/02/2006*
                                     *LEAD ATTORNEY*

                                     **Celia Florry Randolph**
                                     (See above for address)
                                     *TERMINATED: 08/24/2007*
                                     *LEAD ATTORNEY*

                                     **Diane Marie Dash**
                                     (See above for address)
                                     *TERMINATED: 01/27/2000*
                                     *LEAD ATTORNEY*

                                     **Elizabeth H. McCann**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 41
of 150
CM/ECF - U.S. District Court:cod                                              Page 40 of 385

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Mark McKinna**                    represented by **Berina Ibrisagic**
*Warden of the Colorado Territorial*                (See above for address)
*Correctional Facility*                             *TERMINATED: 03/02/2007*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 42
of 150
CM/ECF - U.S. District Court:cod                                    Page 41 of 385

*LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 43
of 150
CM/ECF - U.S. District Court:cod                                          Page 42 of 385

*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**J. Frank Rice**                    represented by **Berina Ibrisagic**
*Dr., Warden of the Denver Reception*              (See above for address)
*and Diagnosic Center*                             *TERMINATED: 03/02/2007*
                                                   *LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 44
of 150
CM/ECF - U.S. District Court:cod                                                    Page 43 of 385

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Larry Embry**                    represented by  **Berina Ibrisagic**
*Warden of the Fremont Correctional*               (See above for address)
*Facility*                                         *TERMINATED: 03/02/2007*
                                                   *LEAD ATTORNEY*

                                                   **Brooke H. Meyer**
                                                   (See above for address)
                                                   *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

                                                   **Celia Florry Randolph**

(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 46
of 150
CM/ECF - U.S. District Court:cod                                        Page 45 of 385

(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Tom Cooper**                        represented by **Berina Ibrisagic**
*Former Warden of the Fremont*                       (See above for address)
*Correctional Facility*                              *TERMINATED: 03/02/2007*
                                                     *LEAD ATTORNEY*

                                      **Brooke H. Meyer**
                                      (See above for address)
                                      *TERMINATED: 08/02/2006*
                                      *LEAD ATTORNEY*

                                      **Celia Florry Randolph**
                                      (See above for address)
                                      *TERMINATED: 08/24/2007*
                                      *LEAD ATTORNEY*

                                      **Diane Marie Dash**
                                      (See above for address)
                                      *TERMINATED: 01/27/2000*
                                      *LEAD ATTORNEY*

                                      **Elizabeth H. McCann**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **James Xavier Quinn**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Jennifer Allison Berman**
                                      (See above for address)
                                      *TERMINATED: 07/31/2006*
                                      *LEAD ATTORNEY*

                                      **Jennifer L. Veiga**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 47
of 150
CM/ECF - U.S. District Court:cod                                              Page 46 of 385

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Boggs**                          represented by    **Brooke H. Meyer**
*Warden of the Rifle Correctional*                       (See above for address)
*Facility*                                               *TERMINATED: 08/02/2006*
                                                         *LEAD ATTORNEY*

                                                         **Diane Marie Dash**
                                                         (See above for address)
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                         **Elizabeth H. McCann**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Allison Berman**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2006*
                                                         *LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**                    represented by **Brooke H. Meyer**
*Warden of the Pueblo Minimum Center*          (See above for address)
                                    *TERMINATED: 08/02/2006*
                                    *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 49
of 150
CM/ECF - U.S. District Court:cod                                      Page 48 of 385

*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**David Holt**                        represented by  **Brooke H. Meyer**
*Medical Administrator at the*                        (See above for address)
*Arrowhead Correctional Facility, the*                *TERMINATED: 08/02/2006*
*Centennial Correctional Facility, the*               *LEAD ATTORNEY*
*Colorado State Penitentiary, the*
*Fremont Correctional Facility, and the*              **Diane Marie Dash**
*Skyline Correctional Facility*                       (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 51
of 150
CM/ECF - U.S. District Court:cod                                         Page 50 of 385

Willow Ivana Arnold
(See above for address)

**Defendant**

**Jean Moltz**                        represented by    **Berina Ibrisagic**
*Medical Administrator at the Buena*                    (See above for address)
*Vista Correctional Facility and the*                   *TERMINATED: 03/02/2007*
*Rifle Correctional Facility*                           *LEAD ATTORNEY*

                                                        **Brooke H. Meyer**
                                                        (See above for address)
                                                        *TERMINATED: 08/02/2006*
                                                        *LEAD ATTORNEY*

                                                        **Celia Florry Randolph**
                                                        (See above for address)
                                                        *TERMINATED: 08/24/2007*
                                                        *LEAD ATTORNEY*

                                                        **Diane Marie Dash**
                                                        (See above for address)
                                                        *TERMINATED: 01/27/2000*
                                                        *LEAD ATTORNEY*

                                                        **Elizabeth H. McCann**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Xavier Quinn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Allison Berman**
                                                        (See above for address)
                                                        *TERMINATED: 07/31/2006*
                                                        *LEAD ATTORNEY*

                                                        **Jennifer L. Veiga**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jess Alexander Dance**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard A. Westfall**

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 52
of 150
CM/ECF - U.S. District Court:cod                                         Page 51 of 385

(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ron Johnson**                    represented by **Berina Ibrisagic**
*Medical Administrator at the Denver*          (See above for address)
*Reception and Diagnostic Center*              *TERMINATED: 03/02/2007*
                                               *LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 53
of 150
CM/ECF - U.S. District Court:cod                                                    Page 52 of 385

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Don Lawson**                          represented by   **Brooke H. Meyer**
*Clinical Administration Director at the*                (See above for address)
*Limon Correctional Facility and the*                    *TERMINATED: 08/02/2006*
*Arkansas Valley Correctional Facility*                  *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bob Moore**                          represented by   **Berina Ibrisagic**
*who supervises the medical department*                 (See above for address)
*at the Pueblo Minimum Center, and*                     *TERMINATED: 03/02/2007*
*JOHN DOE(S), current and former*                       *LEAD ATTORNEY*
*Wardens of any correctional facility*
*maintained, operated or controlled by*                 **Brooke H. Meyer**
*the Colorado Department of*                             (See above for address)
*Corrections, and JOHN ROE(S),*                          *TERMINATED: 08/02/2006*
                                                         *LEAD ATTORNEY*

                                                        **Diane Marie Dash**
                                                         (See above for address)
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                        **Elizabeth H. McCann**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **James Xavier Quinn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Allison Berman**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2006*
                                                         *LEAD ATTORNEY*

                                                        **Jennifer L. Veiga**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Jess Alexander Dance**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 56
of 150
CM/ECF - U.S. District Court:cod                                                    Page 55 of 385

*ATTORNEY TO BE NOTICED*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Boggs**                 represented by **Berina Ibrisagic**
*Warden of the Rifle Correctional*              (See above for address)
*Facility*                                      *TERMINATED: 03/02/2007*
                                                *LEAD ATTORNEY*

                               **Brooke H. Meyer**
                               (See above for address)
                               *TERMINATED: 08/02/2006*
                               *LEAD ATTORNEY*

                               **Celia Florry Randolph**
                               (See above for address)
                               *TERMINATED: 08/24/2007*
                               *LEAD ATTORNEY*

                               **Jennifer Allison Berman**
                               (See above for address)
                               *TERMINATED: 07/31/2006*
                               *LEAD ATTORNEY*

                               **Jess Alexander Dance**
                               (See above for address)

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 57
of 150
CM/ECF - U.S. District Court:cod                                    Page 56 of 385

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Veiga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bill Bokros**                    represented by  **Berina Ibrisagic**
*Warden of the Limon Correctional*                  (See above for address)
*Facility*                                          *TERMINATED: 03/02/2007*
                                                    *LEAD ATTORNEY*

                                                    **Brooke H. Meyer**
                                                    (See above for address)
                                                    *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

                                                    **Jennifer Allison Berman**
                                                    (See above for address)
                                                    *TERMINATED: 07/31/2006*
                                                    *LEAD ATTORNEY*

                                                    **Jess Alexander Dance**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 58
of 150
CM/ECF - U.S. District Court:cod                                          Page 57 of 385

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Veiga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Holt**
*Medical Administrator at the
Arrowhead Correctional Facility,
Centennial Correctional Facility,
Colorado State Penitentiary, Fremont
Correctional Facility and Skyline
Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 59
of 150
CM/ECF - U.S. District Court:cod                                        Page 58 of 385

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Veiga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Moltz**                     represented by  **Brooke H. Meyer**
*Medical Administrator at the Buena*                (See above for address)
*Vista Correctional Facility and Rifle*             *TERMINATED: 08/02/2006*
*Correctional Facility*                             *LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 60
of 150
CM/ECF - U.S. District Court:cod                                      Page 59 of 385

*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Veiga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Johnson**                    represented by   **Brooke H. Meyer**
*Medical Administrator at the Denver*                (See above for address)
*Reception and Diagnostic Center*                    *TERMINATED: 08/02/2006*
                                                     *LEAD ATTORNEY*

                                                   **Jennifer Allison Berman**
                                                     (See above for address)
                                                     *TERMINATED: 07/31/2006*
                                                     *LEAD ATTORNEY*

                                                   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                   **Robert Charles Huss**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 61
of 150
CM/ECF - U.S. District Court:cod                                    Page 60 of 385

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Veiga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Don Lawson**                    represented by **Berina Ibrisagic**
*Clinical Administration Director at the*         (See above for address)
*Limon Correctional Facility and the*             *TERMINATED: 03/02/2007*
*Arkansas Valley Correctional Facility*           *LEAD ATTORNEY*

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**
(See above for address)

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 62
of 150
CM/ECF - U.S. District Court:cod                                        Page 61 of 385

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L. Veiga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ronald G. Pierce**                    represented by **Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Willow Ivana Arnold**
(See above for address)

V.

**Consol Defendant**
**Colorado Territorial Correctional**          represented by **Jess Alexander Dance**
**Facility**                                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Brad Rockwill**                    represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Annette Porter**                   represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Denver Reception & Diagnostic**    represented by   **Jess Alexander Dance**
**Center**                                           (See above for address)
*Sgt.*                                               *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Colorado Department of Corrections**  represented by  **Berina Ibrisagic**
(See above for address)
*TERMINATED: 03/02/2007*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam B. Wiens**
(See above for address)
*TERMINATED: 04/06/2006*

James Xavier Quinn
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Mark McKenna**                    represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**R. Murphy**                       represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James Xavier Quinn
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Glenntte Smith**                  represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James Xavier Quinn
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Becky Rhomona**                   represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James Xavier Quinn
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jim Weber**                       represented by   **Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

James Xavier Quinn
(See above for address)
*ATTORNEY TO BE NOTICED*

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 65
of 150
CM/ECF - U.S. District Court:cod                                                    Page 64 of 385

**Consol Defendant**

**Nard Claar**                          represented by  **Jess Alexander Dance**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Bill Reed**                           represented by  **Jess Alexander Dance**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Charles Huss**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Fremont Correctional Facility**       represented by  **Jess Alexander Dance**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Interested Party**

**William Destro**

**Interested Party**

**Lawrence William Fitzgerald**

**Interested Party**

**James Martinez**

**Interested Party**

**James B Dukes Garnes**
*Claim Number 02-792*

**Interested Party**

**Larry L. Ford**

**Interested Party**

**David Ward**

**Interested Party**

**Larry L. Coffee**

**Interested Party**

**James G.J. Chenevert**

**Interested Party**

**Jim Riley**

**Interested Party**

**George Charles Knorr**                  represented by  **George Charles Knorr**
                                                          #45154
                                                          Sterling Correctional Facility (SCF)
                                                          P.O. Box 6000
                                                          Sterling, CO 80751
                                                          PRO SE

**Interested Party**

**Khalid Wahab**

**Interested Party**

**Jose Luis Dole**

**Interested Party**

**Larry Darnell Sims**

**Interested Party**

**Clarence Leonhardt**                    represented by  **Joseph Jerome Fraser, III**
                                                          Irwin & Boesen, P.C.
                                                          501 South Cherry Street
                                                          #500
                                                          Denver, CO 80246-1327
                                                          303-320-1911
                                                          Fax: 303-320-1915
                                                          Email: jfraser@irwin-boesen.com
                                                          *TERMINATED: 09/01/2005*
                                                          *LEAD ATTORNEY*

**Interested Party**

**Howell F. Roberts, III**                represented by  **Howell F. Roberts, III**
                                                          #90353
                                                          Colorado Territorial Correctional
                                                          Facility (CTCF)
                                                          P.O. Box 1010
                                                          Canon City, CO 81215-1010
                                                          PRO SE

**Interested Party**

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 67
of 150
CM/ECF - U.S. District Court:cod                                    Page 66 of 385

**Terry Ray Ballard**

**Interested Party**

**Richard A. Malisheski**

**Interested Party**

**Jackie L. Carr**

**Interested Party**

**Phillip Carter**                    represented by    **Brice A. Tondre**
                                                        Brice A. Tondre, P.C.
                                                        215 South Wadsworth Boulevard
                                                        #500
                                                        Lakewood, CO 80226-1566
                                                        303-296-3300
                                                        Fax: 303-986-4857
                                                        Email: briceatondrepc@msn.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Allen Isaac Fistell**

**Interested Party**

**Kenneth Lujan**

**Interested Party**

**James Smith**

**Interested Party**

**Charles Ramos, Jr.**
*Claim 03-104*

**Interested Party**

**Richardo Lujan**

**Interested Party**

**David Paul Wolf**

**Interested Party**

**Jolene C. Moon**

**Interested Party**

**Joe Allen Eubanks**

**Interested Party**

**Reggie Neil Keyes**

**Interested Party**

**William Gilmore**

**Interested Party**
**Timothy Wayne Moses**

**Interested Party**
**Johnnie Ramirez**

**Interested Party**
**Fred F. Franzone**

**Interested Party**
**Alan Mount**

**Interested Party**
**Joseph Martinez**

**Interested Party**
**Thomas E. O'Hara**

**Interested Party**
**James R. Duncan**

**Interested Party**
**Shawn M. Winkler**

**Interested Party**
**Tommy B. Sturges**

**Interested Party**
**Roy J. Main**

**Interested Party**
**James Rudnick**

**Interested Party**
**Mark Johnson**

**Interested Party**
**Terry Gibbens**

**Interested Party**
**Alfonso R. Flores**

**Interested Party**
**Anthony Hernandez**

**Interested Party**

**Byron Cortez**

**Interested Party**

**Elizabeth Gardesani**

**Interested Party**

**Christopher M. Grosso**

**Interested Party**

**Jill Coit**                                   represented by **Jill Coit**
                                                #86530
                                                DWCF
                                                Denver Womens Correctional Facility
                                                P.O. Box 392005
                                                Denver, CO 80239-8005
                                                PRO SE

**Interested Party**

**Abad Martinez**                               represented by **Castelar M. Garcia**
                                                Garcia Law Offices, LLC
                                                P.O.Box 90
                                                701 Main Street
                                                Alamosa, CO 81101
                                                719-587-0997
                                                Fax: 719-587-9209
                                                Email: slvlaw@fone.net
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**Leroy Walter Baker**

**Interested Party**

**Kerry Gallegos**

**Interested Party**

**William Shaffstall**

**Interested Party**

**Clint Crews**

**Interested Party**

**John Cerrone**

**Interested Party**

**Hector Fernandez**

**Interested Party**

**John E. Mossman, Sr.**                        represented by **H. Earl Moyer**

*father of Paul Mossman, deceased*
*other*
Paul Mossman

Moyer, Beal & Vranesic
215 South Wadsworth Boulevard
#520
Lakewood, CO 80226-1566
303-237-5438
Fax: 303-232-5438
Email: mbvlaw@mbv1.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Alvin G. Jones**
*brother of Nathan Jones, deceased*
*other*
Nathan Jones

represented by **H. Earl Moyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Waldo Mackey**

**Interested Party**

**Darryl Martin**

represented by **Darryl Martin**
#61336
Buena Vista Correctional Complex-
Main & Boot Camp (BVCC)
P.O. Box 2017
Buena Vista, CO 81211
PRO SE

**Interested Party**

**Cornelius Tyrone Williams**

**Interested Party**

**Thomas Castro**

**Interested Party**

**Steven Paul Walker**

**Interested Party**

**Gillie Thurby**

**Interested Party**

**Cheryl Vassallo**

**Interested Party**

**Lavone B. Barron**

**Interested Party**

**Lawrence R. Willis**

**Interested Party**
**Rocendo Herrera**

**Interested Party**
**David Paul McKinney**

**Interested Party**
**Mack W. Thomas**

**Interested Party**
**Paul Deschaine**                     represented by   **Paul Deschaine**
                                                        12464
                                                        PO Box 2017
                                                        Buena Vista, CO 81211
                                                        PRO SE

**Interested Party**
**Dexter Gail Millican**

**Interested Party**
**Michael Eugene Graham**

**Interested Party**
**Willis Horn**

**Interested Party**
**Roy M. Ford**

**Interested Party**
**Charles L. Parrish**

**Interested Party**
**Martha Ann Sharp**

**Interested Party**
**Samuel Curtis Lindsey**

**Interested Party**
**Craig Kidder**

**Interested Party**
**Paul Valverde**

**Interested Party**
**Russell A. Kueker**

**Interested Party**
**Barbara A. Freeman**                 represented by   **Barbara A. Freeman**

105776
DWCF
Denver Womens Correctional Facility
P.O. Box 392005
Denver, CO 80239-8005
PRO SE

**Interested Party**

**Vernest M. Jones**

**Interested Party**

**Benito Negron**

**Interested Party**

**Gordon R. Reuell, II**

**Interested Party**

**Paul Martinez**

**Interested Party**

**Gerald Sensabaugh**                     represented by **Gerald Sensabaugh**
                                                          #100656
                                                          CSP
                                                          PO Box 777
                                                          Canon City, CO 81215-0777
                                                          PRO SE

**Interested Party**

**Robert Feist**

**Interested Party**

**Clinton Erickson**

**Interested Party**

**David Hall**

**Interested Party**

**Donnell E. Monroe**

**Interested Party**

**Ronald Frazier**

**Interested Party**

**Dean Ross Denton**

**Interested Party**

**Alfred Harris**

**Interested Party**

**Gaudalupe Ramirez**

**Interested Party**

**Patrick O'Boyle**                        represented by   **Patrick O'Boyle**
                                                            #83672
                                                            Four Mile Correctional Center (FMCC)
                                                            P.O. Box 200
                                                            Canon City, CO 81215-0200
                                                            PRO SE

**Interested Party**

**Jessie Tapia**

**Interested Party**

**Harold Stahl**

**Interested Party**

**Louis Peoples, Jr.**

**Interested Party**

**Daniel N. Robles**

**Interested Party**

**Phillip Johnson, Jr.**

**Interested Party**

**Floyd Allen**

**Interested Party**

**Alan Cordell Spreckelmeyer**

**Interested Party**

**Leon Bates**

**Interested Party**

**Stephen Grace**

**Interested Party**

**Felix Mike Ortega**

**Interested Party**

**Alfred Raglin**                          represented by   **Alfred Raglin**
                                                            # 97357
                                                            Limon Correctional Facility (LCF)
                                                            49030 State Highway 71
                                                            Limon, CO 80826
                                                            PRO SE

**Interested Party**

**Wayne Thomas**

**Interested Party**

**Lilbert L. Beasley, Jr.**                 represented by **Lilbert L. Beasley, Jr.**
                                                            #115474
                                                            Buena Vista Correctional Facility
                                                            P.O. Box 2017
                                                            Buena Vista, CO 81211
                                                            PRO SE

**Interested Party**

**Frankie Evans**

**Interested Party**

**George Tinsley**

**Interested Party**

**Nathaniel Huguley**                       represented by **Nathaniel Huguley**
                                                            #55740
                                                            Denver County Jail
                                                            10500 East Smith Road
                                                            Denver, CO 80239
                                                            PRO SE

**Interested Party**

**Thomas Martinez**                         represented by **Robert Charles Huss**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Rudy Saiz**

**Interested Party**

**Michael Sorden**

**Interested Party**

**Douglas Lee Crawford**

**Interested Party**

**David G. Bryan**                          represented by **David G. Bryan**
                                                            #59182
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Fred K. Loftin**                          represented by **Fred K. Loftin**

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 75
of 150
CM/ECF - U.S. District Court:cod                                              Page 74 of 385

58934
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Samuel J. Powers**

**Interested Party**

**Felix Paul Olguin**

**Interested Party**

**Amado Alvarez Benavides**

**Interested Party**

**John L. Sheets**                    represented by  **John L. Sheets**
                                                      #94967
                                                      Fremont Correctional Facility (FCF)
                                                      P.O. Box 999
                                                      Canon City, CO 81215-0999
                                                      PRO SE

**Interested Party**

**Adolfo Sanchez**

**Interested Party**

**Catherine T. Gardner**

**Interested Party**

Victor A. Gonzalez

**Interested Party**

**Steve C. Lopez**

**Interested Party**

**Curtis Lee Robertson**

**Interested Party**

**Matthew Archuleta**

**Interested Party**

**Gaynor Atkinson**

**Interested Party**

**Michael W. Purcell**                represented by  **Michael W. Purcell**
                                                      #85034
                                                      Fremont Correctional Facility (FCF)
                                                      P.O. Box 999

Canon City, CO 81215-0999
PRO SE

**Interested Party**
**David Montoya**

**Interested Party**
**Leroy Cunningham**                    represented by **Leroy Cunningham**
                                        #75593
                                        Bent County Correctional Facility
                                        (BCCF)
                                        11560 Road FF75
                                        Las Animas, CO 81054
                                        PRO SE

**Interested Party**
**Conrad Trujillo**                     represented by **Conrad Trujillo**
                                        #68978
                                        Huerfano County Correctional Center
                                        (HCCC)
                                        304 Ray Sandoval Street
                                        Walsenburg, CO 81089
                                        PRO SE

**Interested Party**
**Manuel S. DePineda**

**Interested Party**
**Cynthia Hosea-Butler**                represented by **Cynthia Hosea-Butler**
                                        #127487
                                        Denver Women's Correctional Facility
                                        (DWCF)
                                        P.O. Box 392005
                                        Denver, CO 80239
                                        PRO SE

**Interested Party**
**Wellman E. Gibson**

**Interested Party**
**John Ovalle**

**Interested Party**
**Thomas T. Valdez**                    represented by **Thomas T. Valdez**
*claim 03-359*                          #68556
                                        Centennial Correctional Facility (CCF)
                                        P.O. Box 600
                                        Canon City, CO 81215-0600
                                        PRO SE

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 77
of 150
CM/ECF - U.S. District Court:cod                                                      Page 76 of 385

**Interested Party**

**Jeffery Harris**                          represented by    **Jeffery Harris**
                                                              #101324
                                                              Crowley County Correctional Facility
                                                              (CCCF)
                                                              6564 State Highway 96
                                                              Olney Springs, CO 81062-8700
                                                              PRO SE

**Interested Party**

**Matthew Mounts**

**Interested Party**

**Michael K. Tivis**

**Interested Party**

**Robert Neely**                            represented by    **Robert Neely**
                                                              #114438
                                                              Fremont Correctional Facility (FCF)
                                                              P.O. Box 999
                                                              Canon City, CO 81215-0999
                                                              PRO SE

**Interested Party**

**Alphonzo Greer, Jr.**
*also known as*
Alphonso Greer, Jr.

**Interested Party**

**Francisco R. Flores**                     represented by    **Francisco R. Flores**
                                                              Crowley County Correctional Facility
                                                              (CCCF)
                                                              6564 State Highway 96
                                                              Olney Springs, CO 81062-8700
                                                              PRO SE

**Interested Party**

**Greggory Wade Oliver**

**Interested Party**

**Cynthia Gail Keeley**                     represented by    **Cynthia Gail Keeley**
                                                              #127204
                                                              ComCor
                                                              3844 North Nevada Avenue
                                                              Colorado Springs, CO 80907
                                                              PRO SE

**Interested Party**

**Donald Lee Revere**                       represented by    **Donald Lee Revere**

#69342
Crowley County Correctional Facility
(CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700
PRO SE

**Interested Party**

**Mary E. Slocum**

**Interested Party**

**Oliver Giller**

**Interested Party**

**Linette DeRasmo**                  represented by   **Linette DeRasmo**
                                                      #125710
                                                      3844 North Nevada Avenue
                                                      Colorado Springs, CO 80907
                                                      PRO SE

**Interested Party**

**Hormoz Pourat**                    represented by   **Hormoz Pourat**
                                                      #113890
                                                      Fort Lyon Correctional Facility (FLCF)
                                                      P.O. Box 1000
                                                      Fort Lyon, CO 81038
                                                      PRO SE

**Interested Party**

**Michael S. Forbes**                represented by   **Michael S. Forbes**
                                                      #103524
                                                      Oklahoma-Joseph Harp Correctional
                                                      Center
                                                      P.O. Box 548
                                                      Lexington, OK 73051-0548
                                                      PRO SE

**Interested Party**

**David Beery**                      represented by   **David Beery**
                                                      #115894
                                                      Centennial Correctional Facility (CCF)
                                                      P.O. Box 600
                                                      Canon City, CO 81215-0600
                                                      PRO SE

**Interested Party**

**Hector Martinez-Jimenez**          represented by   **Hector Martinez-Jimenez**
                                                      #106871
                                                      Sterling Correctional Facility (SCF)

P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Ed Collie**                              represented by   **Ed Collie**
*also known as*                                            #00907
Ed Colie                                                   Fort Lyon Correctional Facility (FLCF)
                                                           P.O. Box 1000
                                                           Fort Lyon, CO 81038
                                                           PRO SE

**Interested Party**

**Juan Maldonado**                         represented by   **Juan Maldonado**
                                                           #81249
                                                           Colorado State Penitentiary (CSP)
                                                           P.O. Box 777
                                                           Canon City, CO 81215-0777
                                                           PRO SE

**Interested Party**

**Larry Gordon**                           represented by   **Larry Gordon**
                                                           53405
                                                           LCF
                                                           Limon Correctional Facility
                                                           49030 State Hwy 71
                                                           Limon, CO 80826
                                                           PRO SE

**Interested Party**

**Stephen Moore**

**Interested Party**

**Raymond A. Price**                       represented by   **Raymond A. Price**
                                                           #66072
                                                           Buena Vista Correctional Complex -
                                                           Main & Boot Camp(BVCC)
                                                           P.O. Box 2017
                                                           Buena Vista, CO 81211
                                                           PRO SE

**Interested Party**

**Marty Bueno**                            represented by   **Marty Bueno**
                                                           #50565
                                                           Centennial Correctional Facility (CCF)
                                                           P.O. Box 600
                                                           Canon City, CO 81215-0600
                                                           PRO SE

**Interested Party**

**Charles Mosby**                    represented by   **Charles Mosby**
                                                      #63611
                                                      Limon Correctional Facility (LCF)
                                                      49030 State Highway 71
                                                      Limon, CO 80826
                                                      PRO SE

**Interested Party**

**Robert Turner**                    represented by   **Robert Turner**
                                                      #81107
                                                      Fremont Correctional Facility (FCF)
                                                      P.O. Box 999
                                                      Canon City, CO 81215-0999
                                                      PRO SE

**Interested Party**

**Jay H. Bailey**                    represented by   **Jay H. Bailey**
                                                      #103284
                                                      Colorado Territorial Correctional
                                                      Facility (CTCF)
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**L.R. Moore**                       represented by   **L.R. Moore**
                                                      #47702
                                                      Colorado State Penitentiary (CSP)
                                                      P.O. Box 777
                                                      Canon City, CO 81215-0777
                                                      PRO SE

**Interested Party**

**Kevin Mark Bretz**                 represented by   **Kevin Mark Bretz**
                                                      #46584
                                                      Sterling Correctional Facility (SCF)
                                                      P.O. Box 6000
                                                      Sterling, CO 80751
                                                      PRO SE

**Interested Party**

**Robert E. Quintano**               represented by   **Robert E. Quintano**
                                                      #105549
                                                      Crowley County Correctional Facility
                                                      (CCCF)
                                                      6564 State Highway 96
                                                      Olney Springs, CO 81062-8700
                                                      PRO SE

**Interested Party**

**Eric Marshall**                    represented by **Eric Marshall**
                                                    #83492
                                                    Crowley County Correctional Facility
                                                    (CCCF)
                                                    6564 State Highway 96
                                                    Olney Springs, CO 81062-8700
                                                    PRO SE

**Interested Party**

**Antonio Maldonado**

**Interested Party**

**Robert P. Fry**                    represented by **Robert P. Fry**
                                                    #110724
                                                    Limon Correctional Facility
                                                    49030 State Highway 71
                                                    Limon, CO 80826
                                                    PRO SE

**Interested Party**

**Paul Heinrich**                    represented by **Paul Heinrich**
                                                    #110907
                                                    Limon Correctional Facility (LCF)
                                                    49030 State Highway 71
                                                    Limon, CO 80826
                                                    PRO SE

**Interested Party**

**Michael Sean Edmond**              represented by **Michael Sean Edmond**
                                                    #86059
                                                    Buena Vista Correctional Complex-
                                                    Main & Boot Camp (BVCC)
                                                    P.O. Box 2017
                                                    Buena Vista, CO 81211
                                                    PRO SE

**Interested Party**

**Robert C. Garnett, Sr.**           represented by **Robert C. Garnett, Sr.**
                                                    P.O. Box 263
                                                    Crestone, CO 81131
                                                    PRO SE

**Interested Party**

**James P. Wylie**                   represented by **James P. Wylie**
                                                    #114060
                                                    Sterling Correctional Facility (SCF)
                                                    P.O. Box 6000
                                                    Sterling, CO 80751
                                                    PRO SE

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 82
of 150
CM/ECF - U.S. District Court:cod                                                    Page 81 of 385

**Interested Party**
**Roy Jack Pollard**                          represented by **Roy Jack Pollard**
                                                             #94894
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**
**Lawrence Robert Warfield**                  represented by **Lawrence Robert Warfield**
                                                             #54622
                                                             AVCF 2C
                                                             Arkansas Valley Correctional Facility
                                                             P.O. Box 1000
                                                             Crowley, CO 81034
                                                             PRO SE

**Interested Party**
**Robert Schwartz**                           represented by **Robert Schwartz**
                                                             #60801
                                                             BCCF
                                                             Bent County Correctional Facility
                                                             11560 Road FF.75
                                                             Las Animas, CO 81054
                                                             PRO SE

**Interested Party**
**Genady B. Slonimsky**                       represented by **Genady B. Slonimsky**
                                                             # 106124
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**
**Edward Wetherbee**

**Interested Party**
**Jerry Simmons**                             represented by **Jerry Simmons**
                                                             #1567042
                                                             Building 8-E
                                                             PO Box 1108
                                                             Denver, CO 80201
                                                             PRO SE

**Interested Party**
**Lawrence E. Beeman**                        represented by **Lawrence E. Beeman**

# 42894
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**
**John J. Derwin**

**Interested Party**
**Charles R. Stroud**                    represented by **Charles R. Stroud**
                                                        #48629
                                                        Colorado Territorial Correctional
                                                        Facility (CTCF)
                                                        P.O. Box 1010
                                                        Canon City, CO 81215-1010
                                                        PRO SE

**Interested Party**
**Theodore Vialpando**

**Interested Party**
**Ulysses S. Grant**                     represented by **Ulysses S. Grant**
                                                        2420 Franklin Street
                                                        Denver, CO 80205
                                                        303-860-6003
                                                        PRO SE

**Interested Party**
**Michael R. Ingram**                    represented by **Michael R. Ingram**
                                                        # 43629
                                                        Sterling Correctional Facility (SCF)
                                                        P.O. Box 6000
                                                        Sterling, CO 80751
                                                        PRO SE

**Interested Party**
**Edward Corbin**

**Interested Party**
**Jared Whorlow**

**Interested Party**
**Eugene Navarro**

**Interested Party**
**Ben Padilla**                          represented by **Ben Padilla**
                                                        # 82114
                                                        Fort Lyon Correctional Facility (FLCF)

P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**
**Daniel Thiebold**

**Plaintiff**
**Duncan Leach**                    represented by **Duncan Leach**
#1242458
Texas Department of Criminal Justice -
Jester III
3 Jester Road
Richmond, TX 77469
PRO SE

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**H. Earl Moyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**

(See above for address)

**Plaintiff**

**Robert Sikitch**                    represented by    **David H. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 10/25/2006*
                                                        *LEAD ATTORNEY*

                                                        **John T. Carlson**
                                                        (See above for address)
                                                        *TERMINATED: 07/14/2004*
                                                        *LEAD ATTORNEY*

                                                        **Patricia S. Bellac**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paula Dee Greisen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terrance David Carroll**
                                                        (See above for address)
                                                        *TERMINATED: 02/12/2008*
                                                        *LEAD ATTORNEY*

                                                        **Edward T. Ramey**
                                                        (See above for address)

                                                        **Lara Elizabeth Marks**
                                                        (See above for address)

**Plaintiff**

**Gail Levine**                       represented by    **David H. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 10/25/2006*
                                                        *LEAD ATTORNEY*

                                                        **John T. Carlson**
                                                        (See above for address)
                                                        *TERMINATED: 07/14/2004*
                                                        *LEAD ATTORNEY*

                                                        **Patricia S. Bellac**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Diedra Givens**                          represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Patricia Ballard**                       represented by   **David H. Miller**

(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Edward T. Ramey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bill Owens**                    represented by  **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 88
of 150
CM/ECF - U.S. District Court:cod                                              Page 87 of 385

**Jess Alexander Dance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
(See above for address)
*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/1992 | 1 | MOTION by plaintiff Jesse F. Montez to proceed in forma pauperis (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 2 | ORDER by Magistrate Judge Donald E. Abram granting motion to proceed in forma pauperis [1-1] (cc: all counsel) ; entry date : 5/5/92 (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 3 | COMPLAINT (referred to Magistrate Judge O. E. Schlatter ) (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 4 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (former empl) (Entered: 05/05/1992) |
| 05/18/1992 | 5 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying pla's motion for appointment of counsel [4-1] (copy) (cc: all counsel) entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 6 | ORDER by Magistrate Judge O. E. Schlatter: that the dfts are to provide court with Martinez Report on or before 6/12/92, pla has until 6/22/92 to file a response to the report (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 89
of 150
CM/ECF - U.S. District Court:cod                                                Page 88 of 385

| 05/18/1992 | 7 | ORDER directing service of summons re Complaint (summons issued) (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 06/01/1992 | 8 | RETURN OF SERVICE (certified mail receipts) upon dfts as set forth on 5/21/92 except Roy Romer no date was given of when signed: defendant Jim Pryor, defendant R. Corley, defendant Cheryl Smith, defendant Jerri Watson, defendant M. McDonough, defendant Frank Gunter, defendant Lt. Wright, defendant Bill Reed, defendant Jerry Kimbrel, defendant Ben Johnson, defendant Larry Nutter, defendant Jim Toothaker, defendant Elizabeth Gallegos, defendant Jim Herzog, defendant Evelyn Fish, defendant Lorraine Diaz, defendant Dolores Montoya on 5/21/92 (lam) (Entered: 06/01/1992) |
| 06/08/1992 | 9 | MOTION by defendants for extension of time to respond to complaint to 7/13/92 (gms) (Entered: 06/09/1992) |
| 06/12/1992 | 10 | MARTINEZ REPORT by defendants (lam) (Entered: 06/15/1992) |
| 06/16/1992 | 11 | ORDER by Magistrate Judge O. E. Schlatter granting dfts motion for extension of time to respond to complaint to 7/13/92 [9-1] (cc: all counsel) ; entry date : 6/17/92 (lam) (Entered: 06/17/1992) |
| 06/25/1992 | 12 | RESPONSE by plaintiff Jesse F. Montez to dfts' Martinez Report re [10-1] (lam) (Entered: 06/25/1992) |
| 07/07/1992 | 13 | MOTION by plaintiff Jesse F. Montez for immediate order of injunction (lam) (Entered: 07/08/1992) |
| 07/13/1992 | 14 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos complaint [3-1] (lam) (Entered: 07/15/1992) |
| 07/13/1992 | 16 | ORDER by Magistrate Judge O. E. Schlatter denying pla's motion for TRO and/or Preliminary Injunction [13-1] (cc: all counsel) ; entry date : 7/17/92 (lam) (Entered: 07/17/1992) |
| 07/16/1992 | 15 | MOTION by plaintiff Jesse F. Montez to file supplemental complaint (lam) (Entered: 07/17/1992) |
| 07/16/1992 |  | Tendered Supplement to Complaint submitted by plaintiff Jesse F. Montez re motion to file supplemental complaint [15-1] (lam) (Entered: 07/17/1992) |
| 07/20/1992 | 17 | ORDER by Magistrate Judge O. E. Schlatter: granting motion to amend complaint [15-1]; dfts have until 8/15/92 to respond to pla's amended complaint (cc: all counsel) ; entry date : 7/21/92 (lam) (Entered: 07/21/1992) |
| 07/20/1992 | 18 | SUPPLEMENT by plaintiff Jesse F. Montez re complaint [3-1] (former empl) (Entered: 07/24/1992) |
| 07/27/1992 | 19 | RESPONSE by plaintiff Jesse F. Montez, to dfts' answer [14-1] (lam) |

|            |     |                                                                                                                                                                                                                                                                                                          |
| ---------- | --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |     | (Entered: 07/27/1992)                                                                                                                                                                                                                                                                                     |
| 08/14/1992 | 20  | NOTICE by plaintiff Jesse F. Montez of change of address (lam) (Entered: 08/17/1992)                                                                                                                                                                                                                      |
| 08/17/1992 | 21  | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos to amended complaint [3-1] (lam) (Entered: 08/19/1992) |
| 08/28/1992 | 22  | NOTICE by defendants of attorney Stephen M. Miller's change of address. (former empl) (Entered: 08/31/1992)                                                                                                                                                                                               |
| 09/02/1992 | 23  | RESPONSE by plaintiff Jesse F. Montez to answer to amended complaint [21-1] (lam) (Entered: 09/03/1992)                                                                                                                                                                                                    |
| 12/07/1992 | 24  | ORDER of Reassignment by Magistrate Judge O. E. Schlatter Case referred to Magistrate Judge Richard M. Borchers for completion of all assigned duties (cc: all counsel) ; entry date : 12/11/92 (lam) (Entered: 12/11/1992)                                                                                 |
| 12/14/1992 | 25  | SCHEDULING ORDER Magistrate Judge Richard M. Borchers ; Discovery cutoff 4/1/93 ;dispositive motions due on or before 8:15 5/5/93 ;pretrial conference set 8:15 5/5/93 (cc: all counsel) (lam) (Entered: 12/16/1992)                                                                                        |
| 01/28/1993 | 26  | MOTION by plaintiff Jesse F. Montez for appointment of counsel (lam) (Entered: 01/29/1993)                                                                                                                                                                                                                 |
| 02/08/1993 | 27  | ORDER by Magistrate Judge Richard M. Borchers denying motion for appointment of counsel [26-1] (cc: all counsel) ; entry date : 2/8/93 (former empl) (Entered: 02/08/1993)                                                                                                                                 |
| 03/01/1993 | 28  | MOTION by plaintiff Jesse F. Montez to extend 90 days from ddl dates on his scheduling order (re non-expert discovery and expert witnesses) (lam) (Entered: 03/01/1993)                                                                                                                                     |
| 03/05/1993 | 29  | ORDER by Magistrate Judge Richard M. Borchers: re pla's mtn for ext of time of Scheduling Order [28-1], [25-1] ; Discovery ddl extended to 5/5/93 , with pla's designation of experts ddl extended to 5/1/93; that dfts shall be given a reasonable period of time to be determined at the ptc for endorsement of any experts; that the ptc now set for 5/5/93 shall remain set and the previous order of the court as to the list of witnesses also shall remain in effect (cc: all counsel) ; entry date : 3/9/93 (lam) (Entered: 03/09/1993) |
| 03/31/1993 | 30  | Witnesses submitted by plaintiff Jesse F. Montez (lam) (Entered: 03/31/1993)                                                                                                                                                                                                                              |
| 04/29/1993 | 31  | Combined MOTIONs by defendants to suspend discovery , or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl (lam) (Entered: 04/30/1993)                                                                                                                 |

| 05/03/1993 | 32 | List of Witnesses and Exhibits submitted by defendants (lam) (Entered: 05/03/1993) |
|---|---|---|
| 05/12/1993 | 33 | RESPONSE (Objection) by plaintiff Jesse F. Montez to dfts' motion to suspend discovery [31-1] (lam) (Entered: 05/13/1993) |
| 05/14/1993 | 34 | MOTION by plaintiff Jesse F. Montez for protective order re discovery (lam) (Entered: 05/14/1993) |
| 05/21/1993 | 35 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; granting dfts' combined motion to suspend discovery [31-1] or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl [31-2] ; Disp Motion ddl 6/21/93 ; and dfts are granted a 45 day ext to respond to pla's discovery requests (cc: all counsel) ; entry date : 5/25/93 (lam) (Entered: 05/25/1993) |
| 05/21/1993 | 36 | PRE-TRIAL ORDER by Magistrate Judge Richard M. Borchers: ptc held 5/5/93; pla's mtn for protective order filed 5/14/93 is pending; trial to court, estimated 2 days; discvoery cutoff 6/21/93 (cc: all counsel) (lam) (Entered: 05/25/1993) |
| 06/07/1993 | 37 | ORDER by Judge Jim R. Carrigan: matter is referred to US Magistrate Judge Borchers to hold evidentiary hearing and to submit rpt and recommendation as to final disposition of this case (cc: all counsel) ; entry date : 6/8/93 (lam) (Entered: 06/08/1993) |
| 06/10/1993 | 38 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; evidentiary hearing before the Magistrate Judge at the Territorial Correctional Facility 9:00 am on 7/26/93 (cc: all counsel) ; entry date : 6/14/93 (lam) (Entered: 06/14/1993) |
| 06/14/1993 | 39 | ORDER by Magistrate Judge Richard M. Borchers re evidentiary hearing set 7/26/93 at 9:00 am : ....pla and csl for dfts shall submit final witness list on or before 7/20/93 as to witnesses that will be called at the hrging; pla and csl for dfts shall comply with the provisions of this order (cc: all counsel) ; entry date : 6/16/93 (lam) (Entered: 06/16/1993) |
| 06/21/1993 | 40 | ATTORNEY APPEARANCE for plaintiff Jesse F. Montez by David Arthur Lane (lam) (Entered: 06/22/1993) |
| 06/21/1993 | 41 | MOTION by plaintiff Jesse F. Montez to amend cmp (re causes) and for order holding hearing set 7/26/93 in abeyance (lam) (Entered: 06/22/1993) |
| 06/28/1993 | 42 | ORDER by Magistrate Judge Richard M. Borchers granting motion to amend cmp (re causes) [41-1] granting motion for order holding hearing set 7/26/93 in abeyance [41-2] ; mag conference vacated at 9:00 7/26/93. Pltf has 45 days to file any amendments to complaint ; status conf set at 8:00 8/12/93 (cc: all counsel) ; entry date : 6/29/93 (gms) (Entered: 06/29/1993) |
| 08/09/1993 | 43 | MOTION by plaintiff Jesse F. Montez to ext time to 8/16/93 to file amended cmp (lam) (Entered: 08/10/1993) |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 92
of 150
CM/ECF - U.S. District Court:cod                                                    Page 91 of 385

| 08/09/1993 | 44 | NOTICE by plaintiff Jesse F. Montez of attorney Lane's change of address (lam) (Entered: 08/10/1993) |
| 08/12/1993 | 45 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion to ext time to 8/16/93 to file amended cmp [43-1] (cc: all counsel) ; entry date : 8/13/93 (lam) (Entered: 08/13/1993) |
| 08/16/1993 | 46 | AMENDED COMPLAINT [3-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Elizabeth Gallegos, defendant Evelyn Fish; adding defendants Ari Zavaras, Bob Furlong (lam) (Entered: 08/17/1993) |
| 08/19/1993 | 47 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; dfts are granted 30 days from date of this order to file responsive pleadings to amended cmp re [46-1] (cc: all counsel) ; entry date : 8/23/93 (lam) (Entered: 08/23/1993) |
| 09/15/1993 | 48 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; denying pla's motion for protective order re discovery [34-1] (cc: all counsel) ; entry date : 9/16/93 (lam) (Entered: 09/16/1993) |
| 09/20/1993 | 49 | RETURN OF SERVICE of Summons and Complaint upon defendant Ben Johnson on 9/7/93 (lam) (Entered: 09/20/1993) |
| 09/20/1993 | 50 | MOTION by defendants to ext time to 10/11/93 to respond to amended complaint (lam) (Entered: 09/21/1993) |
| 09/21/1993 | 51 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting dfts' motion to ext time to 10/11/93 to respond to amended complaint [50-1] (cc: all counsel) ; entry date : 9/21/93 (lam) (Entered: 09/21/1993) |
| 10/04/1993 | 52 | RETURN OF SERVICE of Summons and Complaint upon defendant Ari Zavaras on 9/9/93 by leaving with Collen Stevenson (lam) (Entered: 10/05/1993) |
| 10/12/1993 | 53 | ANSWER by defendants to amended complaint [46-1] (lam) (Entered: 10/13/1993) |
| 10/13/1993 | 54 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf with cnsl set for 1:15 12/16/93 in Rm C162(cc: all counsel) ; entry date : 10/14/93 (former empl) (Entered: 10/14/1993) |
| 11/09/1993 | 55 | RETURN OF SERVICE of Summons and Complaint upon defendant Bob Furlong on 10/27/93 by leaving with secretary, Sandy Colvin (lam) (Entered: 11/10/1993) |
| 12/17/1993 | 56 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf held 12/16/93; further status conf set for 1:00 pm on 2/17/94 ; pla's have until 2/17/94 to move to certify this as a class action (cc: all counsel) ; entry date : 12/20/93 (lam) (Entered: 12/20/1993) |
| 12/27/1993 | 57 | NOTICE by plaintiff Jesse F. Montez of change of address (former empl) (Entered: 12/27/1993) |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 93
of 150
CM/ECF - U.S. District Court:cod                                                    Page 92 of 385

| 01/19/1994 | 58 | MINUTE ORDER : by Judge Jim R. Carrigan; dfts shall respond to pla's jury demand by 2/3/94; w/in 15 days csl shall contact court to set matter for trial regarding [46-1] (cc: all counsel) ; entry date : 1/20/94 (lam) (Entered: 01/20/1994) |
| 02/03/1994 | 59 | RESPONSE by defendants to pla's jury demand pursuant to 1/19/94 minute order [58-1] (lam) (Entered: 02/04/1994) |
| 02/04/1994 | 60 | MINUTE ORDER : by Judge Jim R. Carrigan; pla's demand for a jury trial is denied for failure to make the demand in a timely manner required by FRCP 38(b) regarding [46-1] complaint (cc: all counsel) ; entry date : 2/7/94 (lam) (Entered: 02/07/1994) |
| 02/17/1994 | 61 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf set for 9:30 am on 2/24/94 , this order vacates 2/17/94 conf (cc: all counsel) ; entry date : 2/18/94 (lam) (Entered: 02/18/1994) |
| 02/24/1994 | 62 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; an in-person status conf w/csl only is set for 9:00 am on 4/21/94 (cc: all counsel) ; entry date : 2/24/94 (lam) (Entered: 02/24/1994) |
| 04/21/1994 | 63 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 1:15 pm on 5/13/94 (cc: all counsel) ; entry date : 4/21/94 (lam) (Entered: 04/21/1994) |
| 05/16/1994 | 64 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 8:15 am 6/15/94 (cc: all counsel) ; entry date : 5/17/94 (lam) (Entered: 05/17/1994) |
| 06/15/1994 | 65 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf set for 8:30 7/12/94 (cc: all counsel) ; entry date : 6/15/94 (gms) (Entered: 06/15/1994) |
| 07/12/1994 | 66 | ORDER by Magistrate Judge Richard M. Borchers ; telephone setatus conf held 7/12/94; further telephone status conf set for 8:30 8/9/94 (cc: all counsel) ; entry date : 7/13/94 (lam) (Entered: 07/13/1994) |
| 07/15/1994 | | Tendered amended class action complaint submitted by plaintiff Jesse F. Montez (lam) (Entered: 07/18/1994) |
| 07/18/1994 | 67 | MOTION by plaintiff Jesse F. Montez to amend complaint (lam) (Entered: 07/19/1994) |
| 07/22/1994 | 68 | ORDER by Magistrate Judge Richard M. Borchers granting pla's motion to amend complaint [67-1]; dfts are granted to 8/22/94 to file a responsive pleading (cc: all counsel) ; entry date : 7/27/94 (lam) (Entered: 07/27/1994) |
| 07/22/1994 | 69 | AMENDED COMPLAINT [46-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Dolores Montoya, defendant Lorraine Diaz, defendant Jerri Watson, defendant M. McDonough, defendant R. Corley, defendant Jerry Kimbrel, defendant Jim Herzog, defendant Curtis Devin, defendant Bill Reed, defendant Larry Nutter, defendant |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 94
of 150
CM/ECF - U.S. District Court:cod                                              Page 93 of 385

|  |  | Jim Pryor, defendant Jim Toothaker, defendant Lt. Wright; adding Colorado Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, Dr. J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, John Doe(s) and John Roe(s) (lam) (Entered: 07/29/1994) |
|---|---|---|
| 08/11/1994 | 70 | ORDER by Magistrate Judge Richard M. Borchers ; telephone status conf held 8/9/94; status/scheduling conf set 8:30 10/31/94 ; dfts are granted to 10/11/94 to file responsive pleading to the amended cmp [69-1] (cc: all counsel) ; entry date : 8/11/94 (lam) (Entered: 08/11/1994) |
| 08/17/1994 | 71 | ATTORNEY SUBSTITUTION: terminating attorney Stephen M. Miller for defendants and substituting attorney William J. Higgins (lam) (Entered: 08/22/1994) |
| 10/11/1994 | 72 | ANSWER by dfts (except Gunter & Cooper) to amended class action complaint [69-1] (lam) (Entered: 10/12/1994) |
| 11/17/1994 | 73 | MOTION by plaintiff Jesse F. Montez for class certification (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 74 | Memorandum of Law (BRIEF) by plaintiff Jesse F. Montez in support of motion for class certification [73-1] (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 75 | ORDER mtnrec, pt to US Magistrate Judge Schlatter by Judge Jim R. Carrigan: reference to Mag Judge Borchers is vacated; Case referred to Magistrate Judge O. E. Schlatter to handle pt matters and make recommendation on dispositive mtns (cc: all counsel) ; entry date : 11/18/94 (lam) Modified on 05/05/1999 (Entered: 11/18/1994) |
| 11/29/1994 | 76 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [73-1] motion for class certification, dfts to respond w/in 11 days (cc: all counsel) ; entry date : 11/29/94 (lam) (Entered: 11/29/1994) |
| 12/12/1994 | 77 | MOTION by defendants to ext time to 1/11/95 to respond to pla's mtn for class certification (lam) (Entered: 12/13/1994) |
| 12/15/1994 | 78 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to ext time to 1/11/95 to respond to pla's mtn for class certification [77-1], [73-1] (cc: all counsel) ; entry date : 12/16/94 (lam) (Entered: 12/16/1994) |
| 01/11/1995 | 79 | RESPONSE by defendants to pla's motion for class certification [73-1] (lam) (Entered: 01/12/1995) |
| 01/20/1995 | 80 | MOTION by plaintiff Jesse F. Montez to ext time to 2/15/95 to reply to dft's response to mtn for class certification (lam) (Entered: 01/20/1995) |
| 01/31/1995 | 81 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pal's motion to ext time to 2/15/95 to reply to dft's response to mtn for class certification [80-1] re [73-1] (cc: all counsel) ; entry date : 2/1/95 (lam) |

| | | (Entered: 02/01/1995) |
|---|---|---|
| 02/15/1995 | 82 | MOTION by plaintiff Jesse F. Montez to enlarge time 2/22/95 to file reply brf re class certification (lam) (Entered: 02/16/1995) |
| 02/17/1995 | 83 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to enlarge time 2/22/95 to file reply brf re class certification [82-1], regarding [73-1] motion for class certification (cc: all counsel) ; entry date : 2/22/95 (lam) (Entered: 02/22/1995) |
| 02/22/1995 | 84 | REPLY Memorandum by plaintiff Jesse F. Montez in support of class certification [73-1] (lam) (Entered: 02/24/1995) |
| 05/31/1995 | 85 | MAGISTRATE'S RECOMMENDATION that pla's mtn for class certification be denied or in the alternative, that the proposed class be certified on the condition that Mr. Montez join plas to represent the proposed subclasses w/in a reasonable period of time by Magistrate Judge O. E. Schlatter concerning motion for class certification [73-1] (cc: all counsel) ; entry date : 6/5/95 (lam) (Entered: 06/05/1995) |
| 06/13/1995 | 86 | MOTION by plaintiff Jesse F. Montez to hold decision re: class certification in abeyance pending addition of representative class members (former empl) (Entered: 06/14/1995) |
| 07/03/1995 | 87 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [86-1] pla's motion to hold decision re: class certification in abeyance, dfts to respond by 7/14/95 (cc: all counsel) ; entry date : 7/6/95 (lam) (Entered: 07/06/1995) |
| 07/07/1995 | 88 | RESPONSE by defendants to motion to hold decision re: class certification in abeyance [86-1] (lam) (Entered: 07/11/1995) |
| 07/17/1995 | 89 | MINUTE ORDER : by Judge Jim R. Carrigan granting pla's motion to hold decision re: class certification in abeyance [86-1] re motion for class certification [73-1] (cc: all counsel) ; entry date : 7/18/95 (lam) (Entered: 07/18/1995) |
| 09/15/1995 | 90 | MOTION by defendants for ruling on class certification (lam) (Entered: 09/18/1995) |
| 09/25/1995 | 91 | MOTION by plaintiff Jesse F. Montez to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout (lam) (Entered: 09/26/1995) |
| 10/13/1995 | 93 | MOTION by defendant to withdraw motion to adopt rec re mtn for class certification [90-1] (lam) (Entered: 10/26/1995) |
| 10/16/1995 | 92 | LETTER to csl from Clerk of Court advising case has been reassigned to Judge Nottingham (lam) (Entered: 10/16/1995) |
| 01/15/1996 | 94 | ORDER by Judge Edward W. Nottingham adopting [85-1] - alternative Magistrate's Recommendation; granting motion to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout [91-1]...by 1/22/96 pla to file amd cmp adding addtl plas and setting forth |

| | | |
|---|---|---|
| | | claims; granting motion to withdraw motion to adopt rec re mtn for class certification [90-1] [93-1]; withdrawing motion for ruling on class certification [90-1]; granting motion for class certification [73-1]...case will proceed as class action on terms specified in Mag Judge's recommendation and order (cc: all counsel) ; entry date : 1/17/96 (former empl) (Entered: 01/17/1996) |
| 01/15/1996 | 95 | ORDER and Notice of Settings by Judge Edward W. Nottingham ; Rule 16 conference set for 8:15 2/8/96; Discovery ddl set for 6/17/96; Dispo Motion ddl set 6/26/96; Prelim Pretrial Conf (Status conference) set for 8:00 4/24/96; Final Pretrial Conference set for 2:15 8/30/96 (cc: all counsel) (former empl) (Entered: 01/17/1996) |
| 01/25/1996 | 96 | MOTION by plaintiff Jesse F. Montez for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | | Tendered 2nd Amended Class Action Complaint submitted by plaintiff Jesse F. Montez (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | 99 | Second AMENDED COMPLAINT - Class Action [69-1] by plaintiff Jesse F. Montez; jury demand; adding plas David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, and dfts Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore (former empl) (Entered: 02/02/1996) |
| 01/29/1996 | 97 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla [96-1]; 2nd amd cmp filed 1/25/96 (cc: all counsel) ; entry date : 1/31/96 (former empl) (Entered: 01/31/1996) |
| 01/30/1996 | 98 | MOTION by pla Jesse F. Montez to continue scheduling conf set 2/8/96 (former empl) (Entered: 01/31/1996) |
| 02/02/1996 | 100 | MOTION by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Ari Zavaras, Bob Furlong, DOC, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore to extend time to answer plas' cmp to 3/1/96 (former empl) (Entered: 02/05/1996) |
| 02/04/1996 | 101 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to continue scheduling conf set 2/8/96 [98-1] ; rule 16 conference reset for 8:00 2/13/96 in Room C-201 (cc: all counsel) ; entry date : 2/6/96 (former empl) (Entered: 02/06/1996) |
| 02/12/1996 | 102 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to extend time to answer plas' cmp to 3/1/96 [100-1] (cc: all counsel) ; entry date : 2/14/96 (former empl) (Entered: 02/14/1996) |
| 02/13/1996 | 103 | COURTROOM MINUTES (Discovery/Scheduling Conf) by Judge |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 97
of 150
CM/ECF - U.S. District Court:cod                                                Page 96 of 385

|  |  | Edward W. Nottingham ; rule 16 conf held on 2/13/96 ; new stip scheduling and disvoery order by 2/20/96; entry date : 2/14/96 Court Reporter: Deborah Stafford (former empl) (Entered: 02/14/1996) |
|------------|-----|---|
| 02/22/1996 | 104 | COURTROOM MINUTES (Further Discovery/Scheduling Conf) by Judge Edward W. Nottingham...Amd Stip Scheudling and Discovery Order shall be submitted by 2/28/96; parties to obtain stlmt conf date from mag ; entry date : 2/26/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 02/26/1996) |
| 02/22/1996 | 105 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 4/3/96 at 1:30 entry date : 2/26/96 (former empl) (Entered: 02/26/1996) |
| 02/29/1996 | 106 | COURTROOM MINUTES, Continuing Sched Conf by Judge Edward W. Nottingham. New proposed sched order due 3/8/96 ; entry date : 3/1/96 Court Reporter: Jeannette Gallardo ECR (gms) (Entered: 03/01/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/07/1996 | 108 | Third Amended Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham (cc: all counsel) (former empl) (Entered: 03/08/1996) |
| 04/05/1996 | 109 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 10:30 5/2/96 (cc: all counsel) ; entry date : 4/8/96 (former empl) (Entered: 04/08/1996) |
| 04/24/1996 | 110 | COURTROOM MINUTES (Preliminary Pretrial Conf) by Judge Edward W. Nottingham ; status conf held 4/24/96 ; disclosure expert testimony to be made by 5/15/96 ; entry date : 4/24/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 111 | Preliminary PRE-TRIAL ORDER by Judge Edward W. Nottingham ...no pending motions; est length of trial is 4-5 weeks (cc: all counsel) (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 112 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 5/2/96 vacated and reset for 3:00 6/24/96 (cc: all counsel) ; entry date : 4/25/96 (former empl) (Entered: 04/25/1996) |
| 04/26/1996 | 113 | Stipulated MOTION by plaintiffs, defendants for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams (former empl) (Entered: 04/30/1996) |
| 04/29/1996 | 114 | ORDER by Judge Edward W. Nottingham granting motion for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams [113-1] (cc: all counsel) ; entry date : 4/30/96 (former empl) (Entered: 04/30/1996) |

| 05/14/1996 | 115 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to compel re tour of Dept of Corrections facilities (former empl) (Entered: 05/15/1996) |
| 05/17/1996 | 116 | RESPONSE by defendants to motion to compel re tour of Dept of Corrections facilities [115-1] (former empl) (Entered: 05/20/1996) |
| 05/31/1996 | 117 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard, provide notice to class members and for immediate hrg (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 118 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to proceed in forma pauperis (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 119 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for leave to file conforming affidavits upon receipt re mtn for in forma pauperis (former empl) (Entered: 06/03/1996) |
| 06/11/1996 | 120 | AFFIDAVIT of Marcella E. Hunt and supporting documentation for pending class action suit (former empl) (Entered: 06/12/1996) |
| 06/13/1996 | 128 | COURTROOM MINUTES by Judge Edward W. Nottingham granting in part motion to compel re tour of Dept of Corrections facilities [115-1]; granting motion for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard; mtn to provide notice to class members denied; mtn for immediate hrg [117-1] granted; granting in part and denied in part motion to proceed in forma pauperis [118-1]; granting motion for leave to file conforming affidavits upon receipt re mtn for in forma pauperis [119-1] adding plaintiff Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard ; entry date : 6/18/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 06/18/1996) |
| 06/14/1996 | 121 | Designations of Experts for plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 122 | AFFIDAVIT of pla Eugene Gilpin in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 123 | AFFIDAVIT of David Bryan in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 124 | AFFIDAVIT of George Karl in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 125 | AFFIDAVIT of Kenneth Garcia in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 126 | AFFIDAVIT of Jesse F. Montez in support of motion to proceed in |

| | | forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
|---|---|---|
| 06/14/1996 | 127 | AFFIDAVIT of John Armintrout in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/24/1996 | 129 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; further settlement conf set for 1:30 8/27/96 in Room C-162 (cc: all counsel) ; entry date : 6/25/96 (former empl) (Entered: 06/25/1996) |
| 07/19/1996 | 130 | Joint MOTION by plaintiffs for extension of discovery ddls (former empl) (Entered: 07/22/1996) |
| 07/31/1996 | 131 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for extension of discovery ddls [130-1] 8:00 8/29/96 in Room C-201 (cc: all counsel) ; entry date : 8/2/96 (former empl) (Entered: 08/02/1996) |
| 08/01/1996 | 132 | Joint STATUS REPORT by plaintiffs, defendants (former empl) (Entered: 08/05/1996) |
| 08/23/1996 | 133 | MINUTE ORDER : by Judge Edward W. Nottingham motion for extension of discovery ddls [130-1] hearing reset for 9:00 8/29/96 in Room C-201 ; pretrial conf set 8/30/96 vacated 8/23/96 (cc: all counsel) ; entry date : 8/26/96 (former empl) (Entered: 08/26/1996) |
| 08/23/1996 | 134 | Second MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard to compel tours by plas' experts & cnsl of DOC facilities and for attys fees (former empl) (Entered: 08/26/1996) |
| 08/29/1996 | 135 | COURTROOM MINUTES by Judge Edward W. Nottingham granting motion to compel tours by plas' experts & cnsl of DOC facilities and for attys fees [134-1]...mtn for atty fees is denied as withdrawn; granting motion for extension of discovery ddls [130-1]; parties to file Status Reports as to progress of discovery; dfts to file mtn to dismiss by 9/5/96; plas shall respond to mtn to dismiss by 9/27/96; dfts to reply by 10/7/96; entry date : 9/4/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 09/04/1996) |
| 09/05/1996 | 136 | Partial MOTION by defendants to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham , and/or for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/06/1996) |
| 09/05/1996 | 137 | BRIEF by dfts Roy Romer, DOC, et al in support of motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] (former empl) (Entered: 09/06/1996) |
| 09/09/1996 | 138 | MINUTE ORDER : by Judge Edward W. Nottingham striking motion |

| | | |
|---|---|---|
| | | to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; striking motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] for failure to comply w/court's procedures (cc: all counsel) ; entry date : 9/10/96 (former empl) (Entered: 09/10/1996) |
| 09/11/1996 | 139 | MOTION by defendants for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" (former empl) (Entered: 09/12/1996) |
| 09/12/1996 | 140 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" [139-1]; dfts to file mtn to dismiss/sum jgm by 9/16/96; plas have to 10/8/96 to respond; dft's may reply (cc: all counsel) ; entry date : 9/16/96 (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 141 | Partial MOTION by state defendants to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 142 | BRIEF by State dfts Roy Romer, DOC, et al in support of partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 09/16/1996) |
| 09/16/1996 | 143 | Certified Copy of TRANSCRIPT of proceedings of Motion for Ext of Discovery Ddls before Judge Nottingham on 9/29/96 at 9:22 am; Vol I; (1-16 pages) Prepared By: Federal Reporting Service (former empl) (Entered: 09/17/1996) |
| 10/08/1996 | 144 | RESPONSE by plaintiffs to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
| 10/08/1996 | 145 | Attachments (EXHIBITS) to plas' response to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
| 10/22/1996 | 146 | REPLY Brief by dfts Roy Romer, DOC, et al in support of state dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/23/1996) |
| 01/23/1997 | 147 | MOTION by pla Jesse F. Montez to consolidate case 92-N-870 with 96-B-343 (former empl) (Entered: 01/27/1997) |
| 01/24/1997 | 148 | EXHIBITS by plas to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 01/27/1997) |
| 01/27/1997 | 149 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [147- |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 101
of 150
CM/ECF - U.S. District Court:cod                                        Page 100 of 385

| | | |
|---|---|---|
| | | 1] motion to consolidate case 92-N-870 with 96-B-343 ...dfts in each case shall respond to mtn by 2/7/97 (cc: all counsel) ; entry date : 1/28/97 (former empl) (Entered: 01/28/1997) |
| 02/07/1997 | 150 | RESPONSE by defendants to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/10/1997) |
| 02/14/1997 | 151 | MAGISTRATE'S RECOMMENDATION that EWN grant mtn to consolidate; that LTB grant mtn for stay of proceedings pending ruling on mtn to consolidate by Magistrate Judge O. E. Schlatter concerning motion to consolidate case 92-N-870 with 96-B-343 [147-1] (cc: all counsel) ; entry date : 2/18/97 (former empl) (Entered: 02/18/1997) |
| 02/25/1997 | 152 | MOTION by plaintiff Jesse F. Montez for leave to reply to response to mtn to consolidate (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 153 | REPLY by plaintiff Jesse F. Montez to response to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 154 | ORDER by Judge Edward W. Nottingham adopting [151-1] - Magistrate's Recommendation; granting motion to consolidate case 92-N-870 with 96-B-343 [147-1] 1:92-cv-870 with member cases 1:96-cv-343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | | ORDER by Judge Edward W. Nottingham adopting [62-1] - Magistrate's Recommendation in 1:96-cv-00343; granting motion to consolidate case 92-N-870 w/member case 96-B-343 [57-1] in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 155 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for leave to reply to response to mtn to consolidate [152-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/28/97 (former empl) (Entered: 02/28/1997) |
| 04/08/1997 | 156 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard in 92-N-870 and Jimmy R. Bulgier in 1:96-cv-00343 for leave to suppl response to dfts' mtn to dismiss (former empl) Modified on 04/22/1997 (Entered: 04/09/1997) |
| 04/09/1997 | 157 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to suppl response to dfts' mtn to dismiss [156-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/97 (former empl) (Entered: 04/10/1997) |
| 07/24/1997 | 158 | Notice of SUPPLEMENTAL Authority directly on point by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 07/24/1997) |
| 08/07/1997 | 159 | Second Notice of SUPPLEMENTAL Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/08/1997) |

| 08/26/1997 | 160 | NOTICE by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 of change of address and change of financial status (former empl) (Entered: 08/26/1997) |
| 10/23/1997 | 161 | Third NOTICE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 of supplemental authority (former empl) (Entered: 10/24/1997) |
| 10/23/1997 | 161 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for ruling on mtn to dismiss (former empl) (Entered: 10/24/1997) |
| 11/12/1997 | 162 | Fourth NOTICE of Supplemental Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/13/1997) |
| 11/12/1997 | 162 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for forthwith ruling on mtn to dismiss (former empl) (Entered: 11/13/1997) |
| 01/29/1998 | 163 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay issuance of ruling on partial mtn to dismiss (former empl) (Entered: 01/30/1998) |
| 02/04/1998 | 164 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to stay issuance of ruling on partial mtn to dismiss [163-1] in 1:92-cv-00870, 1:96-cv-00343 , CASE STAYED (cc: all counsel) ; entry date : 2/5/98 (former empl) (Entered: 02/05/1998) |
| 06/16/1998 | 165 | Notice of US Suprement Court Authority and MOTION by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to expedite ruling on mtn to dismiss (former empl) (Entered: 06/17/1998) |
| 07/31/1998 | 166 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion for order incorporating previous afdts, exhs, etc. in response to mtn/dism and/or sumjgm [46-1] regarding [44-1] motion response in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/4/98 (lam) (Entered: 08/04/1998) |
| 09/25/1998 | 167 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to expedite ruling on mtn to dismiss [165-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [141-1] motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham in 1:92-cv-00870 (cc: all counsel) ; entry date : 9/25/98 (former empl) Modified on 12/28/2001 (Entered: 09/25/1998) |
| 01/21/1999 | 168 | MEMORANDUM, OPINION, AND ORDER: by Judge Edward W. Nottingham granting and denied in part motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] in 1:92-cv-00870 ; status conf set for 8:45 2/3/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/99 (former empl) (Entered: 01/22/1999) |
| 02/03/1999 | 169 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conference set for 8:15 2/24/99 in 1:92-cv-00870, in 1:96-cv-00343 ; status conf held 2/3/99 ; entry date : 2/5/99 Court Reporter: Lindblom (former empl) (Entered: 02/05/1999) |

| 02/24/1999 | 170 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conf held on 2/24/99 ; entry date : 2/24/99 Court Reporter: ECR (former empl) (Entered: 02/24/1999) |
|---|---|---|
| 02/24/1999 | 171 | Fourth Amd Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham ; Discovery cutoff 9/1/99 in 1:92-cv-00870, in 1:96-cv-00343 ;dispositive motions due 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 02/25/1999) |
| 02/24/1999 | 172 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [164-2] stay motion CASE STAYED in 1:92-cv-00870 stay lifted in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/25/99 (former empl) (Entered: 02/25/1999) |
| 03/25/1999 | 173 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:00 5/4/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/26/99 (former empl) (Entered: 03/26/1999) |
| 05/05/1999 | 174 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 5/24/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/6/99 (former empl) (Entered: 05/06/1999) |
| 05/13/1999 | 175 | REQUEST by Michael Milligan in 1:92-cv-00870 for Documents and Copies (former empl) (Entered: 05/14/1999) |
| 05/24/1999 | 176 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 6/10/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/99 (former empl) (Entered: 05/25/1999) |
| 06/10/1999 | 177 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; settlement conf held 6/10/99 (former empl) (Entered: 06/11/1999) |
| 06/10/1999 | 178 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 7/7/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/11/99 (former empl) (Entered: 06/11/1999) |
| 06/17/1999 | 179 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 7/13/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/18/99 (former empl) (Entered: 06/18/1999) |
| 06/23/1999 | 180 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reschedule stlmt conf (former empl) (Entered: 06/24/1999) |
| 06/23/1999 | 181 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 182 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 ; settlement conf set for 3:00 7/1/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/29/99 (former empl) (Entered: 06/29/1999) |

| 07/19/1999 | 183 | MOTION by Michael N. Milligan for order to be excluded from pla class (former empl) (Entered: 07/20/1999) |
| 08/18/1999 | 184 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 8:30 8/26/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/19/99 (former empl) (Entered: 08/19/1999) |
| 08/26/1999 | 185 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; Scheduling (status) conf set for 9:00 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/27/99 (former empl) (Entered: 08/27/1999) |
| 08/30/1999 | 186 | MOTION by defendant DOC in 1:92-cv-00870, 1:96-cv-00343 to substitute attorney John Lizza for Daine Michaud and William Higgins (former empl) (Entered: 08/31/1999) |
| 09/20/1999 | 187 | 5th Amended Stipulated SCHEDULING & Discovery ORDER Magistrate Judge O. E. Schlatter discovery cutoff 1/31/00; parties anticipate 2 week trial to court; dispo motion ddl 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 09/21/1999) |
| 09/20/1999 | 188 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; status conf held 9/20/99 (former empl) (Entered: 09/21/1999) |
| 12/07/1999 | 189 | Joint MOTION by plaintiffs, defendants in 1:92-cv-00870 to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts (former empl) (Entered: 12/08/1999) |
| 12/07/1999 | 190 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts [189-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/08/1999) |
| 12/14/1999 | 191 | ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & to designate experts [189-1] in 1:92-cv-00870 regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343; disp ddl set 4/1/00 in 1:92-cv-00870, in 1:96-cv-00343; pretrial conf remains set for 4/3/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 12/15/99 (former empl) (Entered: 12/15/1999) |
| 01/20/2000 | 192 | MOTION by defendants in 1:92-cv-00870 for protective order (former empl) (Entered: 01/21/2000) |
| 01/20/2000 | 193 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for protective order [192-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/24/2000) |
| 01/24/2000 | 194 | 2nd Joint MOTION by plaintiff, defendant in 1:92-cv-00870, 1:96-cv-00343 to extend time for discovery & designation of experts (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 195 | MEMORANDUM by Judge Edward W. Nottingham referring to |

| | | Magistrate Judge O. E. Schlatter the motion to extend time for discovery & designation of experts [194-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/25/2000) |
|---|---|---|
| 01/24/2000 | 196 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, [0-1] in 1:96-cv-00343, response due 2/3/00 (cc: all counsel) ; entry date : 1/25/00 (former empl) (Entered: 01/25/2000) |
| 01/25/2000 | 197 | MINUTE ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & designation of experts [194-1]; [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343 amended as set forth; disc ddl 3/1/00, dispo motion ddl 4/1/00, pretrial conf reset for 9:30 7/6/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/26/00 (former empl) (Entered: 01/26/2000) |
| 01/27/2000 | 198 | ATTORNEY SUBSTITUTION terminating attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Moore in 1:92-cv-00870, attorney Richard A. Westfall for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney Diane Marie Michaud for Don Lawson in 1:92-cv-00870, attorney Richard A. Westfall for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney Diane Marie Michaud for Ron Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Jean Moltz in 1:92-cv-00870, attorney Richard A. Westfall for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney Diane Marie Michaud for David Holt in 1:92-cv-00870, attorney Richard A. Westfall for David Holt in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Bokros in 1:92-cv-00870, attorney Richard A. Westfall for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Boggs in 1:92-cv-00870, attorney Richard A. Westfall for Bill Boggs in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Tom Cooper in 1:92-cv-00870, attorney Richard A. Westfall for Tom Cooper in 1:92-cv-00870, attorney William J. Higgins for Tom Cooper in 1:92-cv-00870, attorney Diane Marie Michaud for Larry Embry in 1:92-cv-00870, attorney Richard A. Westfall for Larry Embry in 1:92-cv-00870, attorney William J. Higgins for Larry Embry in 1:92-cv-00870, attorney Diane Marie Michaud for J. Frank Rice in 1:92-cv-00870, attorney Richard A. Westfall for J. Frank Rice in 1:92-cv-00870, attorney William J. |

Higgins for J. Frank Rice in 1:92-cv-00870, attorney Diane Marie Michaud for Mark McKinna in 1:92-cv-00870, attorney Richard A. Westfall for Mark McKinna in 1:92-cv-00870, attorney William J. Higgins for Mark McKinna in 1:92-cv-00870, attorney Diane Marie Michaud for Mark Williams in 1:92-cv-00870, attorney Richard A. Westfall for Mark Williams in 1:92-cv-00870, attorney William J. Higgins for Mark Williams in 1:92-cv-00870, attorney Diane Marie Michaud for Donice Neal in 1:92-cv-00870, attorney Richard A. Westfall for Donice Neal in 1:92-cv-00870, attorney William J. Higgins for Donice Neal in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Miller in 1:92-cv-00870, attorney Richard A. Westfall for Frank Miller in 1:92-cv-00870, attorney William J. Higgins for Frank Miller in 1:92-cv-00870, attorney Diane Marie Michaud for Warren Diesslin in 1:92-cv-00870, attorney Richard A. Westfall for Warren Diesslin in 1:92-cv-00870, attorney William J. Higgins for Warren Diesslin in 1:92-cv-00870, attorney Diane Marie Michaud for Gary Neet in 1:92-cv-00870, attorney Richard A. Westfall for Gary Neet in 1:92-cv-00870, attorney William J. Higgins for Gary Neet in 1:92-cv-00870, attorney Diane Marie Michaud for R. Mark McDuff in 1:92-cv-00870, attorney Richard A. Westfall for R. Mark McDuff in 1:92-cv-00870, attorney William J. Higgins for R. Mark McDuff in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Price in 1:92-cv-00870, attorney Richard A. Westfall for Bill Price in 1:92-cv-00870, attorney William J. Higgins for Bill Price in 1:92-cv-00870, attorney Diane Marie Michaud for DOC in 1:92-cv-00870, attorney Richard A. Westfall for DOC in 1:92-cv-00870, attorney William J. Higgins for DOC in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Furlong in 1:92-cv-00870, attorney Richard A. Westfall for Bob Furlong in 1:92-cv-00870, attorney William J. Higgins for Bob Furlong in 1:92-cv-00870, attorney Diane Marie Michaud for Ari Zavaras in 1:92-cv-00870, attorney Richard A. Westfall for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Elizabeth Gallegos in 1:92-cv-00870, attorney William J. Higgins for Evelyn Fish in 1:92-cv-00870, attorney William J. Higgins for Curtis Devin in 1:92-cv-00870, attorney William J. Higgins for Bill Reed in 1:92-cv-00870, attorney William J. Higgins for Jim Pryor in 1:92-cv-00870, attorney William J. Higgins for Lt. Wright in 1:92-cv-00870, attorney William J. Higgins for Larry Nutter in 1:92-cv-00870, attorney William J. Higgins for Jim Toothaker in 1:92-cv-00870, attorney William J. Higgins for Jerri Watson in 1:92-cv-00870, attorney William J. Higgins for Jim Herzog in 1:92-cv-00870, attorney William J. Higgins for Jerry Kimbrel in 1:92-cv-00870, attorney William J. Higgins for R. Corley in 1:92-cv-00870, attorney William J. Higgins for M. McDonough in 1:92-cv-00870, attorney William J. Higgins for Lorraine Diaz in 1:92-cv-00870, attorney William J. Higgins for Dolores Montoya in 1:92-cv-00870, attorney Diane Marie Michaud for Cheryl Smith in 1:92-cv-00870, attorney Richard A. Westfall for Cheryl Smith in 1:92-cv-00870, attorney William J. Higgins for Cheryl Smith in 1:92-cv-00870, attorney Diane Marie Michaud for Ben Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ben

| | | |
|---|---|---|
| | | Johnson in 1:92-cv-00870, attorney William J. Higgins for Ben Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Gunter in 1:92-cv-00870, attorney Richard A. Westfall for Frank Gunter in 1:92-cv-00870, attorney William J. Higgins for Frank Gunter in 1:92-cv-00870, attorney Diane Marie Michaud for Roy Romer in 1:92-cv-00870, attorney Richard A. Westfall for Roy Romer in 1:92-cv-00870, attorney William J. Higgins for Roy Romer in 1:92-cv-00870, attorney Grace A. Belsches for Mark McKenna in 1:96-cv-00343, attorney Grace A. Belsches for R. Murphy in 1:96-cv-00343, attorney Grace A. Belsches for Jeri Green in 1:96-cv-00343, attorney Grace A. Belsches for Glenntte Smith in 1:96-cv-00343, attorney Grace A. Belsches for Becky Rhomona in 1:96-cv-00343, attorney Grace A. Belsches for Jim Weber in 1:96-cv-00343, attorney Grace A. Belsches for Nard Claar in 1:96-cv-00343, attorney Grace A. Belsches for Bill Reed in 1:96-cv-00343 and substituting attorney James Xavier Quinn (former empl) (Entered: 01/28/2000) |
| 01/27/2000 | 199 | Amended MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [197-2] minute order in 1:92-cv-00870, 1:96-cv-00343, regarding [194-1] motion to extend time for discovery & designation of experts in 1:92-cv-00870, 1:96-cv-00343, regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/31/00 1:92-cv-00870, in 1:96-cv-00343; disp mtn ddl set 5/8/00 in 1:92-cv-00870, in 1:96-cv-00343 ; pretrial conf reset to 9:30 7/6/00 (cc: all counsel) ; entry date : 1/28/00 (former empl) (Entered: 01/28/2000) |
| 02/01/2000 | 200 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 02/02/2000) |
| 02/02/2000 | 201 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/03/2000) |
| 02/03/2000 | 202 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/17/00 to respond to motion for protective order (former empl) (Entered: 02/04/2000) |
| 02/03/2000 | 203 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [200-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343, response due 2/13/00 (cc: all counsel) ; entry : 2/4/00 (former empl) (Entered: 02/04/2000) |
| 02/04/2000 | 208 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/17/00 to respond [202-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/09/2000) |
| 02/07/2000 | 204 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss complaint (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 205 | Memo BRIEF by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to dismiss complaint [204-1] in 1:92-cv-00870, [0-1] |

| | | in 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
|---|---|---|
| 02/07/2000 | 206 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay proceedings pending ruling on motion to dismiss (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 207 | NOTIFICATION of Claim of Unconstitutionality by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/08/2000 | 209 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, response due 2/17/00 (cc: all counsel) ; entry date : 2/9/00 (former empl) (Entered: 02/09/2000) |
| 02/09/2000 | 210 | MINUTE ORDER by Judge Edward W. Nottingham regarding [204-1] motion to dismiss complaint in 1:92-cv-00870, response due 2/28/00, reply due w/in 11 days of service of response (cc: all counsel) ; entry date : 2/10/00 (former empl) (Entered: 02/10/2000) |
| 02/14/2000 | 211 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/23/00 to respond to motion to compel (former empl) (Entered: 02/15/2000) |
| 02/16/2000 | 212 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for order holding req for protective order in abeyance until stay is resolved (former empl) (Entered: 02/17/2000) |
| 02/22/2000 | 213 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for order to hold plfs motion to compel disc in abeyance until stay issue resolved (former empl) (Entered: 02/23/2000) |
| 02/22/2000 | 214 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) Modified on 02/24/2000 (Entered: 02/24/2000) |
| 02/24/2000 | 215 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/25/2000) |
| 02/25/2000 | 216 | CERTIFICATE by Clerk re: Notification of Claim of Unconstitutionality (former empl) (Entered: 02/25/2000) |
| 02/28/2000 | 217 | Opposition (RESPONSE) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, 1:96-cv-00343 w/respect to discovery (former empl) Modified on 02/29/2000 (Entered: 02/29/2000) |
| 02/28/2000 | 217 | JOINDER by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in request (motion) to stay further briefings on defts pending motion to dismiss (proceedings pending ruling [206-1]) in 1:92-cv-00870 (former empl) (Entered: 02/29/2000) |

| 03/02/2000 | 218 | MINUTE ORDER by Judge Edward W. Nottingham denying motion for order to be excluded from pla class [183-1] in 1:92-cv-00870; granting motion to substitute attorney John Lizza for Daine Michaud and William Higgins [186-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 3/6/00 (former empl) (Entered: 03/06/2000) |
| --- | --- | --- |
| 03/06/2000 | 219 | ORDER by Judge Edward W. Nottingham GRANTING motion to stay proceedings pending ruling [206-1] on [204-1] motion to dismiss complaint in 1:92-cv-00870; GRANTING [217-1] motion response & joinder [217-1] in 1:92-cv-00870, 1:96-cv-00343 ; CASE STAYED ; status reports due 8/1/00; (cc: all counsel) ; entry date : 3/7/00 (former empl) (Entered: 03/07/2000) |
| 03/06/2000 | 220 | ATTORNEY SUBSTITUTION: terminating attorney David Arthur Lane for Jesse F. Montez in 1:92-cv-00870, attorney David Arthur Lane for David Bryan in 1:92-cv-00870, attorney David Arthur Lane for George Karl in 1:92-cv-00870, attorney David Arthur Lane for Gilpin Eugene in 1:92-cv-00870, attorney David Arthur Lane for John Armintrout in 1:92-cv-00870, attorney David Arthur Lane for Kenneth Garcia in 1:92-cv-00870 and substituting attorney Paula Dee Greisen, David H. Miller, John T. Carlson (former empl) (Entered: 03/07/2000) |
| 03/07/2000 | 221 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to vacate stay on discovery (former empl) (Entered: 03/08/2000) |
| 03/07/2000 | 222 | ORDER by Magistrate Judge O. E. Schlatter granting [220-1] attorney substitution in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/8/00 (former empl) (Entered: 03/08/2000) |
| 03/08/2000 | 223 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/10/2000) |
| 03/10/2000 | 224 | RESPONSE by defendants in 1:92-cv-00870 to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/10/2000 | 225 | REPLY by defendants in 1:92-cv-00870 to response to motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/13/2000 | 226 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [221-1] motion to vacate stay on discovery in 1:92-cv-00870, 1:96-cv-00343, response due 3/23/00 (cc: all counsel) ; entry : 3/14/00 (former empl) (Entered: 03/14/2000) |
| 03/17/2000 | 227 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for order for compliance of plfs counsel of record ; Letter to Judge Nottingham; Exhibits (former empl) (Entered: 03/20/2000) |
| 03/17/2000 | 228 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order for compliance of |

| | | |
|---|---|---|
| | | plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/21/2000) |
| 03/23/2000 | 229 | ORDER by Magistrate Judge O. E. Schlatter granting motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343. Pltf's [200-1] motion to compel discovery in 1:92-cv-00870 & Defts' [192-1] motion for protective order in 1:92-cv-00870 are held in abeyance until defts' motion to stay is resolved. If motion to stay is denied, parties have 20 days following denial to resp to the motions. If motion to stay is granted, parties have 20 days following the lifting of stay to resp to motions. (cc: all counsel) ; entry date : 3/24/00 (gms) (Entered: 03/24/2000) |
| 03/27/2000 | 230 | ORDER by Magistrate Judge O. E. Schlatter denying pltf Marquiz' motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/28/00 (gms) (Entered: 03/28/2000) |
| 03/27/2000 | 231 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for leave to file reply brief in support of motion to lift stay (gms) (Entered: 03/29/2000) |
| 03/27/2000 | | Tendered Reply in Support of Motion to Vacate Stay on Discovery & Request for Forthwith Hrg submitted by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 re: motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/28/2000 | 232 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/29/2000 | 233 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter Defts have to 4/3/00 to file resp to pltfs' [231-1] motion for leave to file reply brief in support of motion to lift stay in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/00 (gms) (Entered: 03/29/2000) |
| 04/19/2000 | 234 | SUPPLEMENTAL Authority by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, to motion to stay proceedings pending ruling [0-1] in 1:96-cv-00343 (gms) (Entered: 04/20/2000) |
| 04/24/2000 | 235 | ORDER by Magistrate Judge O. E. Schlatter granting pltf's motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343. Parties have 20 days to file responses to [200-1] motion to compel discovery in 1:92-cv-00870, [192-1] motion for protective order in 1:92-cv-00870 (cc: all counsel) ; entry date : 4/24/00 (gms) (Entered: 04/24/2000) |
| 04/24/2000 | 236 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pltf's |

| | | |
|---|---|---|
| | | motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/25/00 (gms) (Entered: 04/25/2000) |
| 04/24/2000 | 237 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 04/25/2000) |
| 05/05/2000 | 238 | OBJECTION to 4/24/00 order re: motion to vacate stay on discovery by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [235-1], order [0-1] (gms) Modified on 05/23/2000 (Entered: 05/08/2000) |
| 05/15/2000 | 239 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/16/2000) |
| 05/22/2000 | 240 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to OBJECTION to 4/24/00 order re: motion to vacate stay discovery [238-1] in 1:92-cv-00870, objection [238-2] in 1:92-cv-00870, re: order [235-1] in 1:92-cv-00870 (OBJECTION to 4/24/00 order re: motion to vacate stay discovery [0-1] in 1:96-cv-00343, objection [0-2] in 1:96-cv-00343, re: order [0-1] in 1:96-cv-00343) (former empl) (Entered: 05/23/2000) |
| 07/06/2000 | 241 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter ; status conf held 7/6/00 . Discovery may proceed. Scheduling conf. to be held at later date. ; entry date : 7/7/00 Court Reporter: Tape OES 00-16 (gms) (Entered: 07/07/2000) |
| 07/06/2000 | 242 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter. Parties to contact chambers after Judge issues ruling on whether or not case will go forward & if discovery will be on going, to set a scheduling conf. (cc: all counsel) ; entry date : 7/7/00 (gms) (Entered: 07/07/2000) |
| 08/01/2000 | 243 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 08/01/2000 | 244 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 09/13/2000 | 245 | MINUTE ORDER by Judge Edward W. Nottingham status conf set for 11:00 - 11:15 9/29/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/14/00 (former empl) (Entered: 09/14/2000) |
| 09/19/2000 | 246 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to continue 9/29/00 status conf (former empl) (Entered: 09/20/2000) |
| 09/26/2000 | 247 | MINUTE ORDER by Judge Edward W. Nottingham upon motion to continue 9/29/00 status conf [246-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 9:00 10/12/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/27/00 (former empl) (Entered: 09/27/2000) |
| 10/11/2000 | 248 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for sanctions |

| | | based on discovery violations (former empl) (Entered: 10/11/2000) |
|---|---|---|
| 10/11/2000 | 249 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for partial summary judgment on violations of physical access as required by ADA & the Rehab Act (EXHIBIT C [3-ring binder] PLACED IN EXHIBIT ROOM) (former empl) (Entered: 10/11/2000) |
| 10/12/2000 | 250 | COURTROOM MINUTES OF STATUS CONF by Judge Edward W. Nottingham: briefing sched will be set regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343; status conf held 10/12/00 ; entry date: 10/13/00 Court Reporter: Therese Lindblom (former empl) (Entered: 10/13/2000) |
| 10/17/2000 | 251 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 10/18/2000) |
| 10/23/2000 | 252 | ORDER R16 stat stlmt pt pto referred to Magistrate Judge O. E. Schlatter & General Case Mgmt Order by Judge Edward W. Nottingham; dispo motion ddl 12/31/00 (cc: to counsel) (former empl) (Entered: 10/24/2000) |
| 10/23/2000 | 253 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 10/24/2000) |
| 10/30/2000 | 254 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/3/00 to respond to motion to compel disc (former empl) (Entered: 10/31/2000) |
| 10/31/2000 | 255 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/30/00 to respond to motions for partial summary jgm & sanctions (former empl) (Entered: 11/01/2000) |
| 11/01/2000 | 256 | MINUTE ORDER by Magistrate Judge O. E. Schlatter phone status conf set for 9:00 11/15/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/2/00 (former empl) (Entered: 11/02/2000) |
| 11/03/2000 | 257 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/06/2000) |
| 11/06/2000 | 258 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/30/00 to respond [255-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/7/00 (former empl) (Entered: 11/07/2000) |

| 11/06/2000 | 259 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/3/00 to respond [254-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [251-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel); entry date: 11/7/00 (former empl) (Entered: 11/07/2000) |
| --- | --- | --- |
| 11/09/2000 | 260 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) (former empl) (Entered: 11/13/2000) |
| 11/09/2000 | 261 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to resched 11/15/00 status conf (former empl) (Entered: 11/13/2000) |
| 11/13/2000 | 262 | MINUTE ORDER by Magistrate Judge O. E. Schlatter GRANTING motion to resched 11/15/00 status conf [261-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 3:00 12/11/00 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/00 (former empl) (Entered: 11/14/2000) |
| 11/13/2000 | 263 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/14/2000) |
| 11/16/2000 | 264 | MINUTE ORDER by Magistrate Judge O. E. Schlatter setting hearing on motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 12/11/00 in 1:96-cv-00343 (cc: all counsel); entry date : 11/17/00 (former empl) (Entered: 11/17/2000) |
| 11/30/2000 | 265 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions (former empl) (Entered: 12/01/2000) |
| 12/08/2000 | 266 | Preliminary RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 & REQUEST pursuant to FRCP 56(f) (former empl) (Entered: 12/11/2000) |
| 12/08/2000 | 267 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/11/2000) |
| 12/11/2000 | 268 | MINUTE ORDER by Judge Edward W. Nottingham VACATING [219-4] order in 1:92-cv-00870, 1:96-cv-00343 insofar as it ordered CASE STAYED [219-2] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/12/00 (former empl) (Entered: 12/12/2000) |
| 12/11/2000 | 269 | COURTROOM MINUTES OF MOTION HEARING by Magistrate Judge O. E. Schlatter re: motion for extension of time for disc (to |

| | | |
|---|---|---|
| | | 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1]: motion hearing held at 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343; DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 w/leave to renew; court will recommend to Judge Nottingham to extend dispo motions ddl; status conf held 12/11/00 ; entry date : 12/13/00 Court Reporter: Tape 00-27 (former empl) (Entered: 12/13/2000) |
| 12/12/2000 | 270 | MAGISTRATE'S RECOMMENDATION for extension of dispo motion ddl by Magistrate Judge O. E. Schlatter concerning motion for extension of time for disc (to 8/1/01), designation of experts & dispo motions ddl (to 9/1/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/12/2000 | 271 | ORDER by Magistrate Judge O. E. Schlatter DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/21/2000 | 272 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter year specified in deadlines in [270-1] MAGISTRATE'S RECOMMENDATION should be 2001 rather than 2000 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/21/00 (gms) (Entered: 12/21/2000) |
| 12/22/2000 | 273 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 1/10/01 to reply re: motion for partial summary jgm (former empl) (Entered: 12/26/2000) |
| 12/22/2000 | 274 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for permission to submit reply brief in support of motion for sanctions (former empl) (Entered: 12/26/2000) |
| 12/26/2000 | 275 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 1/10/01 to reply re: motion for partial summary jgm [273-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) entry date : 12/27/00 (former empl) (Entered: 12/27/2000) |
| 12/28/2000 | 276 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion for permission to submit reply brief in support of motion for sanctions [274-1] in 1:92-cv-00870, 1:96-cv-00343 by 1/10/01 regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/29/00 (former empl) (Entered: 12/29/2000) |
| 01/02/2001 | 277 | MINUTE ORDER : by Judge Edward W. Nottingham striking dft's preliminary response in opposition to pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA & the rehabilitation act of 1973 [266-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/3/01 (gms) (Entered: 01/03/2001) |
| 01/02/2001 | 278 | MINUTE ORDER : by Judge Edward W. Nottingham. Upon review of |

| | | pla's [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, court finds dft's brief fails to comply w/ hrg, conf & trial procedures and is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
|---|---|---|
| 01/03/2001 | 279 | AMENDED MINUTE ORDER : by Judge Edward W. Nottingham re: [278-1] minute order in 1:92-cv-00870, 1:96-cv-00343, upon review of pla's [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 court finds dft's brief fails to comply w/ hrg, conf & trial procedures & is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
| 01/09/2001 | 280 | Uncontested MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 (gms) (Entered: 01/10/2001) |
| 01/09/2001 | 281 | 2nd Amended MINUTE ORDER : by Judge Edward W. Nottingham regarding [279-1] minute order in 1:92-cv-00870, 1:96-cv-00343, striking pla's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/10/01 (gms) (Entered: 01/10/2001) |
| 01/11/2001 | 282 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 [280-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/16/01 (gms) (Entered: 01/16/2001) |
| 01/11/2001 | 283 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 01/16/2001) |
| 01/18/2001 | 284 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion to dismiss complaint [204-1] in 1:92-cv-00870 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/19/01 (gms) (Entered: 01/19/2001) |
| 02/13/2001 | 285 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit (former empl) (Entered: 02/14/2001) |
| 02/13/2001 | | Tendered Pla's Motion for Partial Summary Judgment submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/14/2001) |

| 02/16/2001 | 286 | RESPONSE by plaintiffs in 1:92-cv-00870 to dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/16/2001) |
| 02/16/2001 | 289 | COURTROOM MINUTES by Judge Edward W. Nottingham motion to dismiss complaint [204-1] ; motion hearing held at 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time for disc [260-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions [265-1] in 1:92-cv-00870, 1:96-cv-00343 adopting [270-1] - Magistrate's recommendation, dispositive motions ddl is 9/1/01 ; entry date : 2/28/01 Court Reporter: Therese Lindblom (former empl) (Entered: 02/28/2001) |
| 02/21/2001 | 287 | MINUTE ORDER : by Judge Edward W. Nottingham ; in court hrg on pending motions set for 2:30 4/20/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 02/21/2001 | 288 | MINUTE ORDER : by Judge Edward W. Nottingham, a hearing on pending motions is scheduled for 4/20/01 at 2:30 until 3:00 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 03/07/2001 | 290 | MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to extend time to respond to resubmission of pla's motion for partial sum jgm , and/or for briefing schedule (former empl) (Entered: 03/09/2001) |
| 03/15/2001 | 291 | MINUTE ORDER : by Judge Edward W. Nottingham granting in part dft's motion to extend time to respond to resubmission of pla's motion for partial sum jgm [0-1] in 1:96-cv-00343, 1:92-cv-00870, granting in part dft's motion for briefing schedule [0-2], Dfts shall respond to motion for partial sum jgm by 3/27/01 in 1:96-cv-00343, 1:92-cv-00870 (cc: all counsel) ; entry date : 3/16/01 (former empl) (Entered: 03/16/2001) |
| 03/26/2001 | 292 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm (lam) (Entered: 03/27/2001) |
| 03/28/2001 | 293 | Uncontested MOTION by defendants' to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm (former empl) (Entered: 03/29/2001) |
| 03/28/2001 | 294 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying as moot dft's motion for protective order concerning deposition of Tom Deniston [192-1], with leave to re-file if necessary. Dfts report that plas have not made further efforts to depose Mr. Deniston in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/01 (former empl) Modified on 12/28/2001 (Entered: 03/29/2001) |
| 03/28/2001 | 295 | Preliminary RESPONSE in Opposition by defendant in 1:92-cv-00870 |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 117
of 150
CM/ECF - U.S. District Court:cod                                                    Page 116 of 385

|  |  | to "resubmission" of plaintiff's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (resubmitted motion has not been filed to date) (oversized document, placed in exhibit room) (former empl) (Entered: 03/30/2001) |
| 03/29/2001 | 296 | ORDER Concerning Plaintiff's Motion to Compel by Magistrate Judge O. E. Schlatter granting in part pla's motion to compel discovery [200-1] in 1:92-cv-00870, Dft shall produce by 4/17/01 the revised plans for the planned DOC Facility at Trinidad, subject to the protective order already in place; the dfts shall produce by 4/17/01 an updated list of current DOC inmates who suffer from disabilities that would make them members of the class in this case. However, if the dfts feel that compilation of this information subjects them to an undue burden, they may file a motion to reconsider this portion of this Order, based on this undue burden. Any such motion must be filed by 4/17/01, and any response must be filed by 4/26/01, The pla's motion to compel otherwise is denied, including the pla's requests for sanctions. The plas have filed a separate Motion for Sanctions concerning the dfts alleged non-compliance with their discovery obligations. The issue of sanctions is more appropriately addressed in that Motion. (cc: all counsel) ; entry date : 3/30/01 (former empl) (Entered: 03/30/2001) |
| 03/30/2001 | 297 | ORDER by Judge Edward W. Nottingham denying dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/2/01 (former empl) (Entered: 04/02/2001) |
| 04/06/2001 | 298 | MOTION by plaintiffs in 1:92-cv-00870, in 1:96-cv-00343 for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physical accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) (former empl) (Entered: 04/09/2001) |
| 04/09/2001 | 299 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to exceed page limitation on reply to pla's motion for partial sum jgm (former empl) (Entered: 04/10/2001) |
| 04/09/2001 |  | Tendered Reply to Defendants' preliminary response in opposition submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343, re: motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | 300 | MINUTE ORDER : by Judge Edward W. Nottingham granting dft's motion to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm [293-1] in 1:92-cv-00870, 1:96-cv-00343, granting dft's motion to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm [292-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/01 (former empl) (Entered: 04/10/2001) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 118
of 150
CM/ECF - U.S. District Court:cod                                                          Page 117 of 385

| 04/16/2001 | 301 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) [298-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/17/01 (former empl) (Entered: 04/17/2001) |
| 04/16/2001 | 302 | Renewed MOTION by defendants in 1:92-cv-00870 to compel response to discovery request , and for sanctions (former empl) Modified on 08/15/2001 (Entered: 04/17/2001) |
| 04/16/2001 | 303 | REPLY by plaintiffs in 1:92-cv-00870 to dft's response to motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/18/2001) |
| 04/17/2001 | 304 | Uncontested MOTION by defendants in 1:92-cv-00870 to extend time to produce documents until 4/24/01 (former empl) Modified on 08/15/2001 (Entered: 04/18/2001) |
| 04/18/2001 | 305 | MOTION by plaintiff in 1:92-cv-00870 to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 (supplement is an attachment of the motion to supplement) (former empl) Modified on 07/27/2001 (Entered: 04/19/2001) |
| 04/18/2001 | 306 | Clarification (SUPPLEMENT) by defendants in 1:92-cv-00870 to their motion to extend time to produce documents [304-1] in 1:92-cv-00870, Dft's stated in original order that their motion was uncontested when in fact it is contested (former empl) (Entered: 04/19/2001) |
| 04/20/2001 | 307 | MOTION by defendants to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 308 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 309 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/23/2001) |

| 04/20/2001 | 310 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
|---|---|---|
| 04/20/2001 | 312 | COURTROOM MINUTES by Judge Edward W. Nottingham granting pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343, The court finds that the facts demonstrate a pattern by the defendants to deliberately withhold a number of documents directly pertinent to this litigation. These documents clearly should have been disclosed as they could be construed, at the very least, to be implicit admissions. Pla's counsel was forced to obtain them independently from the process of discovery in this litigation. The disclosure obligations of the Federal Rules of Civil Procedure in effect since 12/1/93 have been adopted by this court and were applicable to this case.; Under FRCP 37(c)(2), dfts shall not be permitted to use any of the docs attached as exhibits to pla's motion for sanctions and Exhibits Q - Z to pla's motion for partial sum jgm, as evidence at the trial, any further hearings or motion, and shall be prohibited from using any witness or information that were disclosed in the docs. The court may as well impose any of the sanctions permitted under subparagraphs A,C and C of subpart (b)(2) of Rule 37, and may include informing the jury of the failure to disclose. The court will impose an award for attorney's fees. The court will proceed under Rule 54(d), the pla's will be permitted to attempt to quantify the fees, and dfts will be permitted to respond. Pla have 14 days to file their motion. Dfts are also prohibited from establishing anything which is contrary to the finds of A.B.O. Copland, the architectural firm which produced the complaince report. Any defense expert witness must be consistent with A.B.O.'s findings, as well as any dft's lay witness. Denying motion to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 [307-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] in 1:92-cv-00870, 1:96-cv-00343, referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [302-1] in 1:92-cv-00870, 1:96-cv-00343, Dfts are permitted to file a sur-response to the Motion for Partial Sum Jgm, Dft's motion to vacate hearing, filed 4/20/01 is denied, dft's will instead be provided an opportunity to respond; entry date : 4/26/01 Court Reporter: Paul Zuckerman (former empl) (Entered: |

| | | 04/26/2001 |
|---|---|---|
| 04/20/2001 | 313 | EXHIBITS re: maps tendered at 4/20/01 hearing (minutes [312-1]) in 1:92-cv-00870 (former empl) (Entered: 04/27/2001) |
| 04/20/2001 | 349 | Resubmitted MOTION by plaintiffs in 1:92-cv-00870 for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 (doc filed out of sequence, correcting error in docketing) (pap) (Entered: 07/27/2001) |
| 04/23/2001 | 311 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [304-1] dft's motion to extend time to produce documents in 1:92-cv-00870, 1:96-cv-00343, pla's shall have until 4/30/01 to file a response (cc: all counsel) ; entry date : 4/24/01 (former empl) (Entered: 04/24/2001) |
| 04/30/2001 | 314 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to dft's motion to compel discovery [302-1] motion for sanctions [302-2] (former empl) (Entered: 05/01/2001) |
| 04/30/2001 | 315 | RESPONSE by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to dft's motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/01/2001) |
| 05/02/2001 | 316 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to extend time to file fee petition until 5/16/01 (former empl) (Entered: 05/03/2001) |
| 05/09/2001 | 317 | Uncontested MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm (former empl) (Entered: 05/10/2001) |
| 05/15/2001 | 318 | MINUTE ORDER : by Judge Edward W. Nottingham granting dfts' motion for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm [317-1] in 1:92-cv-00870, Dfts' response shall be filed by 5/25/01, 1:96-cv-00343 (cc: all counsel) entry date : 5/16/01 (pap) (Entered: 05/16/2001) |
| 05/15/2001 | 320 | TRANSCRIPT of Hearing on Motion for Sanction on 4/20/01 before Judge Nottingham ( pages: 54) Prepared By: Paul A. Zuckerman (certified copy) (pap) Modified on 12/28/2001 (Entered: 05/17/2001) |
| 05/16/2001 | 319 | Fee Petition (MOTION) by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (for sanctions) pursuant to court's order regarding discovery violations (pap) (Entered: 05/17/2001) |
| 05/18/2001 | 321 | MINUTE ORDER : by Judge Edward W. Nottingham granting plas' motion to extend time to file fee petition until 5/16/01 [316-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 5/21/01 (pap) (Entered: 05/21/2001) |
| 05/24/2001 | 322 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; scheduling conf/rule 16 conference set for 9:45 6/12/01 in 1:92-cv-00870, in 1:96- |

| | | cv-00343 (cc: all counsel) ; entry date : 5/25/01 (pap) (Entered: 05/25/2001) |
|---|---|---|
| 05/25/2001 | 323 | Uncontested MOTION by defendants in 1:92-cv-00870 for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 (pap) (Entered: 05/29/2001) |
| 05/31/2001 | 324 | SUPPLEMENT response in opposition by defendants in 1:92-cv-00870, defendant in 1:96-cv-00343 to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870 (pap) (Entered: 06/01/2001) |
| 06/12/2001 | 325 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, dfts have until 6/18/01 to respond 1:96-cv-00343 ; rule 16 conf held on 6/12/01 ; discovery ddl set 9/1/01 in 1:92-cv-00870, in 1:96-cv-00343 ; preliminary pretrial (status) conf set for 9:45 11/14/01 in 1:92-cv-00870, in 1:96-cv-00343 ; dfts shall provide their Rule 26(a) disclosures by 7/1/01. Proposed scheduling order is due by 6/19/01 entry date : 6/12/01 Court Reporter: OES 01-12;13 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 326 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, 1:96-cv-00343, response is due by 6/18/01. Dfts' Rule 26(a) disclosures due by 7/1/01. (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 327 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 [323-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/18/2001 | 328 | MOTION by defendant in 1:92-cv-00870 for two day extension of time to respond to plaintiffs' fee petition (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 329 | MOTION by defendants in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/22/01 (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 330 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/20/2001) |
| 06/19/2001 | 331 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343, dfts have until 6/20/01 to file their response. (cc: all counsel) ; entry date : 6/20/01 (pap) (Entered: 06/20/2001) |
| 06/20/2001 | 332 | RESPONSE by defendant in 1:92-cv-00870 to plas' motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 122
of 150
CM/ECF - U.S. District Court:cod                                        Page 121 of 385

| 06/20/2001 | 333 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/21/2001 | 334 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/22/2001) |
| 06/22/2001 | 335 | MOTION by defendant in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/26/01 (pap) (Entered: 06/25/2001) |
| 06/25/2001 | 336 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/26/2001) |
| 06/25/2001 | 337 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/26/01 (pap) (Entered: 06/26/2001) |
| 06/26/2001 | 338 | MOTION by defendants in 1:92-cv-00870 for additional extension of time to file stipulated scheduling order until 7/6/01 (pap) (Entered: 06/27/2001) |
| 06/26/2001 | 339 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/27/01 (pap) (Entered: 06/27/2001) |
| 06/27/2001 | 340 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2001) |
| 06/28/2001 | 341 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/29/01 (pap) (Entered: 06/29/2001) |
| 07/06/2001 | 342 | MOTION by plaintiffs in 1:92-cv-00870 for leave to reply to dfts' response in opposition to plas' fee petition (pap) (Entered: 07/09/2001) |
| 07/06/2001 |  | Tendered Plas' reply to dfts' objection to plas' fee petition submitted by plaintiff in 1:92-cv-00870 re: motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/09/2001) |
| 07/09/2001 | 343 | SCHEDULING ORDER Magistrate Judge O. E. Schlatter, discovery cut-off and dispositive mtn ddl 9/1/01, no settlement conf set (cc: all counsel) (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 344 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion |

| | | |
|---|---|---|
| | | for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/11/01 (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 351 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' objection (response) to pla's (fee petition)motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/13/2001 | 345 | MOTION by plaintiffs in 1:92-cv-00870 for sanctions for dft's failure to comply with a court order and request for forthwith hearing. (Very Large Document, store with oversize documents) (pap) Modified on 07/16/2001 (Entered: 07/16/2001) |
| 07/23/2001 | 346 | MINUTE ORDER : by Judge Edward W. Nottingham; the request for forwith hearing is denied regarding [345-1] motion for sanctions for dft's failure to comply with a court order in 1:92-cv-00870, dfts' response is due on or before 8/3/01.(cc: all counsel) ; entry date : 7/24/01 (pap) (Entered: 07/24/2001) |
| 07/25/2001 | 347 | MOTION by plaintiffs in 1:92-cv-00870 for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues (pap) (Entered: 07/26/2001) |
| 07/25/2001 | 348 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870 (pap) (Entered: 07/26/2001) |
| 07/26/2001 | 350 | MOTION by plaintiff in 1:92-cv-00870 to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | | Tendered Supplement to Pla's Resubmitted Motion for Sum Jgm entitled "Pla's response to dfts' first (sic) set of interrogatories and requests for production of documents" submitted by plaintiff in 1:92-cv-00870 re: motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | 352 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting plas' motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/27/01 (pap) (Entered: |

| | | 07/27/2001 |
|---|---|---|
| 07/31/2001 | 353 | MOTION by defendants in 1:92-cv-00870 for protective order re: Deposition of Tom Deniston (pap) Modified on 08/15/2001 (Entered: 08/01/2001) |
| 08/01/2001 | 354 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for protective order [353-1] in 1:92-cv-00870 (pap) (Entered: 08/02/2001) |
| 08/02/2001 | 355 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter plas shall have up to and including 8/13/01 in which to file a response regarding [353-1] motion for protective order in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/3/01 (pap) (Entered: 08/03/2001) |
| 08/03/2001 | 356 | RESPONSE by defendants to motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/03/2001) |
| 08/10/2001 | 357 | (MOTION) by plaintiffs in 1:92-cv-00870 for emergency temporary restraining order pursuant to Rule 65(b)-FRCP (pap) (Entered: 08/10/2001) |
| 08/10/2001 | 358 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for emergency temporary restraining order pursuant to Rule 65(b)-FRCP [357-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/13/01 (pap) (Entered: 08/13/2001) |
| 08/13/2001 | 359 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend time to file a response to the motion for protective order to and including 8/15/01 (pap) (Entered: 08/14/2001) |
| 08/14/2001 | 360 | MOTION by plaintiffs in 1:92-cv-00870 for leave to file reply to dfts' response to plas' motion for sanctions (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 361 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 362 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts' motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/16/2001) |
| 08/16/2001 | 363 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to plas' motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/17/2001) |
| 08/17/2001 | 364 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion for protective order re: Deposition of Tom Deniston [353-1] 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/17/01 (pap) (Entered: 08/17/2001) |
| 08/21/2001 | 365 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend |

| | | discovery deadlines to 10/1/01 (pap) (Entered: 08/22/2001) |
|---|---|---|
| 08/22/2001 | 366 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend discovery deadlines to 10/1/01 [365-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/23/2001) |
| 08/27/2001 | 367 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to file reply to dfts' response to plas' motion for sanctions [360-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 8/28/01 (pap) (Entered: 08/28/2001) |
| 08/30/2001 | 368 | Fifth MOTION by plaintiffs in 1:92-cv-00870 to compel discovery and request forthwith hearing (pap) (Entered: 08/30/2001) |
| 08/31/2001 | 369 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/05/2001 | 370 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts have until 9/11/01 to respond regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/6/01 (pap) (Entered: 09/06/2001) |
| 09/07/2001 | 371 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to extend time to produce documents until 4/24/01 [304-1] in 1:92-cv-00870; documents produced on 4/24/01 shall be considered to have been timely produced (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 372 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 373 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, the response filed 8/15/01 is accepted as timely (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/12/2001 | 374 | Partially Uncontested MOTION by defendant in 1:92-cv-00870 for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) (pap) (Entered: 09/14/2001) |
| 09/12/2001 | 375 | ATTORNEY APPEARANCE for defendants in 1:92-cv-00870 by Jennifer L. Veiga (pap) (Entered: 09/14/2001) |
| 09/14/2001 | 376 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) |

| | | [374-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/17/2001) |
|---|---|---|
| 09/14/2001 | 377 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting in part and denying in part pla's motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] the dft shall have until 9/18/01 at 2:00 to respond to the compel production part of motion and until 9/17/01 to respond to any other issues in the motion; Motion is otherwise granted ; in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/17/01 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 379 | Amended MINUTE ORDER : by Magistrate Judge O. E. Schlatter withdrawing minute order [377-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/18/01 (pap) (Entered: 09/18/2001) |
| 09/17/2001 | 378 | RESPONSE by defendants in 1:92-cv-00870 to Plas' motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/18/2001) |
| 09/19/2001 | 380 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/20/01 (pap) (Entered: 09/20/2001) |
| 09/21/2001 | 381 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 10/2/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/24/01 (pap) (Entered: 09/24/2001) |
| 10/02/2001 | 382 | Preliminary REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to pla's fifth motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 383 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter Ruling on motion to compel discovery and request forthwith hearing [368-1] is deferred in 1:92-cv-00870 ; entry date : 10/4/01 Court Reporter: Tapes OES 01-45ct/46ct (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 384 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter; issue of inmate file production is resolved by agreement, the remainder of motion is held in abeyance until 10/18/01 hearing regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/4/01 (pap) |

| | | (Entered: 10/04/2001) |
|---|---|---|
| 10/05/2001 | 385 | MOTION by plaintiffs in 1:92-cv-00870 for Rule 11 sanctions (pap) (Entered: 10/05/2001) |
| 10/09/2001 | 386 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/10/2001) |
| 10/10/2001 | 387 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts shall up to and including 10/25/01 to respond regarding [385-1] motion for Rule 11 sanctions in 1:92-cv-00870 (cc: all counsel) ; entry date : 10/11/01 (pap) (Entered: 10/11/2001) |
| 10/18/2001 | 388 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on pla's motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 2:00 3/29/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 10/19/01 (pap) (Entered: 10/19/2001) |
| 10/18/2001 | 389 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, denying motion for sanctions [302-2] in 1:92-cv-00870, Court will recommend to Judge Nottingham to grant [365-1] pla's motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, granting in part and denying in part motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870 ; entry date : 10/23/01 Court Reporter: Tapes OES 01-50ct; 01-51ct (pap) (Entered: 10/23/2001) |
| 10/22/2001 | 390 | ORDER by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion for sanctions [302-2] in 1:92-cv-00870, 1:96-cv-00343, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343, Court will recommend Judge Nottingham grant [365-1] motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, 1:96-cv-00343, denying in part and granting as to obtaining the info on death of class members, dfts are ordered to produce records by 10/23/01 re: motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/23/01 (pap) (Entered: 10/23/2001) |
| 10/25/2001 | 391 | RESPONSE by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 392 | OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/26/2001) |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 128
of 150
CM/ECF - U.S. District Court:cod                                                    Page 127 of 385

| 10/25/2001 | 393 | MOTION by plaintiffs and defendants in 1:92-cv-00870, and 1:96-cv-00343 for leave to utilize the skills of Senior Judge John Kane as a settlement Judge (pap) (Entered: 10/26/2001) |
|---|---|---|
| 10/29/2001 | 394 | ORDER by Judge Edward W. Nottingham granting joint motion for leave to utilize the skills of Senior Judge John Kane as a settlement Judge [393-1] in 1:92-cv-00870, 1:96-cv-00343 and the case be referred to Judge John L. Kane for the purposes set forth in the motion (cc: all counsel) ; entry date : 10/30/01 (pap) (Entered: 10/30/2001) |
| 11/05/2001 | 395 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents (pap) (Entered: 11/06/2001) |
| 11/08/2001 | 396 | MINUTE ORDER : by Judge Edward W. Nottingham granting to and including 11/15/01 the plas' unopposed motion for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents [395-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/9/01 (pap) (Entered: 11/09/2001) |
| 11/08/2001 | 397 | OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/09/2001) |
| 11/14/2001 | 398 | ORDER by Magistrate Judge O. E. Schlatter denying plas' motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/01 (pap) (Entered: 11/14/2001) |
| 11/15/2001 | 399 | TRANSCRIPT of Motions Hearing on 10/18/01 before Mag Judge Schlatter ( pages: 74) Prepared By: Debra L. Phelps (certified copy) (pap) (Entered: 11/16/2001) |
| 11/15/2001 | 400 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] in 1:96-cv-00343 (pap) (Entered: 11/16/2001) |
| 11/16/2001 | 401 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2001) |
| 11/26/2001 | 402 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/27/2001) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 129
of 150
CM/ECF - U.S. District Court:cod                                    Page 128 of 385

| 11/30/2001 | 403 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in 1:92-cv-00870 [397-1], and 1:96-cv-343 objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] (pap) (Entered: 12/03/2001) |
| 12/05/2001 | 404 | REPLY in support by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 (to response) of motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/06/2001) |
| 12/17/2001 | 405 | Submission of supplemental authority and renewed MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss the complaint (pap) Modified on 12/18/2001 (Entered: 12/18/2001) |
| 12/18/2001 | 406 | MINUTE ORDER : by Judge Edward W. Nottingham; plas' response is due on or before 1/2/02, any reply shall be filed within 11 days of service of the response regarding [405-1] motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/19/01 (pap) (Entered: 12/19/2001) |
| 12/21/2001 | 407 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 to stay all proceedings during the settlement negotiations (pap) (Entered: 12/24/2001) |
| 01/29/2002 | 408 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 9:30 3/26/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/30/02 (pap) (Entered: 01/30/2002) |
| 02/06/2002 | 409 | ORDER by Judge Edward W. Nottingham granting motion to stay all proceedings during the settlement negotiations [407-1] in 1:92-cv-00870, denying without prejudice the following motions; motion to dismiss the complaint [405-1] in 1:92-cv-00870, denying motion to strike Overruling the following objections: OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, denying motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, denying motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, denying motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, denying motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 , CASE STAYED as to negotiations ; Parties will jointly or separately file status reports every ninety days, commencing 3/1/02 (cc: all counsel) ; entry date : 2/8/02 |

| | | (pap) (Entered: 02/08/2002) |
|---|---|---|
| 03/04/2002 | 410 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 03/05/2002) |
| 03/06/2002 | 411 | STATUS REPORT by plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 (pap) (Entered: 03/07/2002) |
| 04/05/2002 | 412 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 3:00 5/2/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 4/5/02 (pap) (Entered: 04/05/2002) |
| 05/01/2002 | 413 | Revised STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/02/2002) |
| 05/01/2002 | 413 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for expedited trial (pap) (Entered: 05/02/2002) |
| 05/02/2002 | 414 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/2/02 ; dfts are directed to fila a motion to disqualify if intend to continue assertion of such a position; parties are directed to update the court about the pending motions by 5/8/02; before setting this case for trial the court will review and rule on the pending motions the parties will be renewing ; entry date : 5/6/02 Court Reporter: Therese Lindblom (pap) (Entered: 05/06/2002) |
| 05/02/2002 | 415 | RESPONSE and Objection by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' status report [413-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 05/06/2002) |
| 05/08/2002 | 416 | Position on Matters to be decided by the Court (STATEMENT) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 05/08/2002 | 417 | Advisement (NOTICE) of renewed motions and objections by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 06/20/2002 | 418 | NOTICE of Change of Address of Paula Greisen and David H. Miller counsel for plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2002) |
| 06/26/2002 | 419 | MOTION by plaintiffs' counsel in 1:92-cv-00870 and 1:96-cv-00343 to withdraw Andrea E. Faley as counsel for plas (pap) (Entered: 06/27/2002) |
| 06/26/2002 | 420 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2002) |
| 07/08/2002 | 421 | ORDER by Magistrate Judge O. E. Schlatter granting motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/9/02 (pap) (Entered: 07/09/2002) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 131
of 150
CM/ECF - U.S. District Court:cod                                              Page 130 of 385

| 07/15/2002 |     | MAIL Returned order [421-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 addressed to plaintiff Patricia Ballard in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 |     | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Diedra Givens in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 |     | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gail Levine in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 |     | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gilpin Eugene in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/30/2002 | 422 | RESPONSE by plaintiffs to dft's submission of supplemental authority and renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (dlb) (Entered: 07/31/2002) |
| 08/21/2002 | 423 | STATUS REPORT by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (pap) (Entered: 08/22/2002) |
| 11/18/2002 | 424 | Submission of SUPPLEMENTal authorities in support by defendants in 1:92-cv-00870, 1:96-cv-00343 to renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2002) |
| 11/25/2002 | 425 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/26/2002) |
| 01/08/2003 | 426 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (for order) to correct designation of attorneys of record (pap) (Entered: 01/09/2003) |
| 01/08/2003 | 427 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike renewed mtoion to dismiss complaint and submission of supplemental authority in support [424-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 01/09/2003) |
| 01/21/2003 | 428 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion (for order) to correct designation of attorneys of record [426-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/03 (pap) (Entered: 01/22/2003) |
| 01/27/2003 | 429 | Attachment (SUPPLEMENT) by Margarite M. Moore for Steven R. Marquiz in 1:92-cv-00870 to complaint [99-1] in 1:92-cv-00870 (pap) (Entered: 01/28/2003) |
| 03/27/2003 | 430 | ORDER by Judge Edward W. Nottingham granting motion for expedited trial [413-1] in 1:92-cv-00870 ; status conf set for 10:00 5/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/27/03 (pap) (Entered: 03/27/2003) |
| 05/16/2003 | 431 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status |

| | | |
|---|---|---|
| | | conf held 5/16/03; 5 week jury trial set for 7/28/03 , Granting plas' oral motion to amend caption to subsitute Bill Owens for dft Roy Romer substituting defendant Bill Owens to case(s) 1:92-cv-00870, , dismissing party Roy Romer in 1:92-cv-00870 ; All claims for monetary damages made under the Americans with Disabilities Act are dismissed ; Trial will be bifurcated between liability and damages portions entry date : 5/19/03 Court Reporter: Therese Lindblom (pap) (Entered: 05/19/2003) |
| 05/21/2003 | 432 | ORDER by Judge Edward W. Nottingham ; 3 week court trial set for 9:00 7/28/03 in 1:92-cv-00870, in 1:96-cv-00343 ; (cc: all counsel) ; entry date : 5/23/03 (pap) (Entered: 05/23/2003) |
| 06/04/2003 | 433 | NOTICE of Change of address of Hall & Evans LLC attorneys for the defendants in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 06/05/2003) |
| 06/05/2003 | 434 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to [424-1] Dfts' submission of supplemental authorities in support of (their fourth) renewed motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/06/2003) |
| 07/03/2003 | 435 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for temporary restraining order ; notice; hearing & duration w/ affidavit (pap) (Entered: 07/03/2003) |
| 07/11/2003 | 436 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on notice of settlement found as part of motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 7/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/03 (pap) (Entered: 07/15/2003) |
| 07/16/2003 | 437 | MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for order approving notice of class action settlement (pap) (Entered: 07/17/2003) |
| 07/16/2003 | 438 | COURTROOM MINUTES by Judge Edward W. Nottingham; Hearing on and denying Approval of Form of Notice to Class Re: Settlement; denying Pla's motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 7/17/03 Court Reporter: Kara Spitler (pap) (Entered: 07/17/2003) |
| 07/16/2003 | | Tendered Notice of Proposed Class action settlement submitted by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 re: motion for order approving notice of class action [437-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/17/2003 | 439 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for (order) approval of notice (pap) (Entered: 07/21/2003) |
| 07/17/2003 | | Tendered Notice of Proposed class action settlement submitted by plaintiffs and defendants in 1:92-cv-870 and 1:96-cv-00343 re: motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 |

| | | (pap) Modified on 07/21/2003 (Entered: 07/21/2003) |
|---|---|---|
| 07/18/2003 | 440 | ORDER by Judge Edward W. Nottingham granting motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 and approving form of notice (cc: all counsel) ; entry date : 7/21/03 (pap) (Entered: 07/21/2003) |
| 07/18/2003 | 441 | NOTICE of Proposed class Action Settlement by parties in 1:92-cv-00870 and 1:96-cv-00343 re: order [440-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/25/2003 | 442 | LETTER to court from Margarite McMoore in 1:92-cv-00870 Re: Steven R. Marquez #48986 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/28/2003) |
| 07/28/2003 | 443 | LETTER to court from non-party prisoner Mark Martinez in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/28/2003 | 444 | LETTER to court from non party prisoner Richard James Kanely Jr. in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/30/2003 | 445 | LETTER to court from Anthony Hernandez re: notice [441-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/30/2003 | 446 | OBJECTION/Response by Interested Party Steven Eugene Clouse to proposed remedial plan CO DOC re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/31/2003 | 447 | OBJECTIONS to "Remedial Plan" by Art Price re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/01/2003) |
| 07/31/2003 | 450 | OBJECTIONS by Randall D. Curtis to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/01/2003 | 448 | Letter (OBJECTION) by Nick Boyd in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/04/2003) |
| 08/04/2003 | 449 | OBJECTIONS by Alfred Prince to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/05/2003) |
| 08/05/2003 | 451 | Written OBJECTIONS to the proposed remedial plan by Stephen D. Hamer re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 452 | Letter of OBJECTIONS by Alvin Cooper in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 453 | Letter of OBJECTION by Fred Franzone in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 134
of 150
CM/ECF - U.S. District Court:cod                                                  Page 133 of 385

| 08/05/2003 | 454 | LETTER statement to court from Tony Ornelas (sic) in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/06/2003 | 455 | LETTER to court from Alex Valdez re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 456 | OBJECTIONS to the proposed settlement by class member Allen Isaac Fistell re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 457 | STATEMENT by Antoine J. Maldonado re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 458 | OBJECTIONS by James Smith #112593 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 459 | OBJECTIONS by Antonio J. Maldonado #1308 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 460 | STATEMENT by Donnell Monroe #97586 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 461 | Limited OBJECTION by George Charles Knorr to (proposed) remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 462 | OBJECTIONS by David Ward to notice of proposed class action settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 463 | OBJECTIONS by Kevin Rutherfordi to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 464 | OBJECTIONS by Steve McCary to the proposed settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 465 | Comments (STATEMENT) by Larry L. Ford on proposed settlement re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/07/2003 | 469 | OBJECTIONS by Patrick O'Boyle to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 470 | NOTICE by Judge Nottingham re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 ddl to respond is 8/11/03 and hearing is set for 8/14/03 1:00 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 471 | STATEMENT by David Moberly and 12 others as listed on document re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |

| 08/07/2003 | 472 | OBJECTIONS to proposed class action settlment by Randy Kailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 473 | OBJECTIONS by Shawn Winkler to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 474 | OBJECTIONS by Edward Alan Eldridge and 5 others as listed on document to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 475 | LETTER to court from Randy Kailey re: objection [472-1] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: objection [0-1] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 476 | OBJECTIONS by Lawrence E. Beeman to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 477 | STATEMENT by Tom Willsey re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 08/07/2003 | 478 | RESPONSE by Virgil Gieck to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 479 | LETTER to court from Jesse Romo re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 480 | STATEMENT by Charles S. Hardy re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 481 | OBJECTIONS by Carl Moten to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 466 | Notice of OBJECTIONS to proposed remedial pla by David G. Bryan to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 467 | STATEMENT and request for fairness hearing by plaintiff Duncan Leach in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 468 | OBJECTIONS to proposed remedial plan by class member Larry Gordon to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 482 | LETTER to court from Vernell Brooks in response to notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 483 | RESPONSE by Frank Martinez and 14 other inmates, as listed on document, to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |

| 08/08/2003 | 484 | OBJECTIONS to the (proposed) remedial plan by class member Dr. Thomas Robinson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 485 | OBJECTIONS by John Montoya to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 486 | OBJECTIONS to proposed plan and wish to be heard orally at hearing by Trevor Howell Sr. to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 487 | STATEMENT and declining involvement by William Bruntz re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 488 | OBJECTIONS by Orley K. Brock to proposed class action settlment re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 489 | OBJECTIONS by Willman Gibson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 490 | RESPONSE by Kevin Rutherford to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 491 | RESPONSE by Peter G. Smith to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 492 | OBJECTIONS to the (proposed) remedial plan by class members by Jay Bailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 493 | OBJECTIONS by Dirk Nelson to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 494 | Motion for OBJECTION of proposed class action settlment by Alejandro Ruben Valdez re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 495 | OBJECTIONS by Richard Rogers to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 496 | Addendum to/OBJECTION to proposed remedial plan by James Benjamin White to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/11/2003 | 497 | STATEMENT by Charles Ramos Jr. re: notice of settlement [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 498 | OBJECTIONS by Bruce C. Peterson to notice of proposed settlement [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 499 | 2nd OBJECTION/Respnse by Steven Eugene Clouse to proposed |

| | | remedial plan, CO COC re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
|---|---|---|
| 08/11/2003 | 500 | OBJECTIONS by George C. McDaniel to plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 501 | OBJECTIONS by Richard Ball to the plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 502 | LETTER to court from Danny Copp objecting to the proposed class action settlement & advising he will not be a party to this lawsuit re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 503 | OBJECTIONS by Ronald Cordova to proposed class action settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 504 | OBJECTIONS by Gary Liggett to porposed class action settlement and request to be heard orally at hearing re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 505 | OBJECTIONS by James Moulton to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 506 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms & conditions of paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | Request (MOTION) by plaintiff Duncan Leach in 1:92-cv-00870 for modification and clarification of terms in paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 508 | MOTION by Jack Pollard and others in 1:92-cv-00870 for injunction and temporary restraining order (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 509 | Certification (STATEMENT) by defendants in 1:92-cv-00870, 1:96-cv-00343 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/12/2003 | 510 | OBJECTIONS by Darrell E. Miracle to proposed settlement re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 511 | OBJECTIONS by Michael R. Ingram to proposed remedial plan re: notice [441-1] 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 512 | LETTER to court from James O. Pooy and others re: settlement re: |

Case No. 1:92-cv-00870-CMA-MEH    Document 3509    filed 07/22/08    USDC Colorado    pg 138
of 150
CM/ECF - U.S. District Court:cod                                                    Page 137 of 385

|  |  | notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
|---|---|---|
| 08/13/2003 | 513 | MOTION by Richard Butierres in 1:92-cv-00870 for order for damages unter item no. IV (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 514 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms and conditions of paragraph XXXII and request for modification and clarifications of terms in said paragraph re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 515 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 516 | RESPONSE by class plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objections by individual class members (objection [514-1] in 1:92-cv-00870, objection [511-1] in 1:92-cv-00870, objection [510-1] in 1:92-cv-00870 and all others) re: notice [441-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343 and all others re: notice [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 517 | Notice of OBJECTION by Wayne Brunsilius to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/14/2003 | 518 | Submission (STATEMENT) by plaintiff class in 1:92-cv-00870, 1:96-cv-00343 in support of proposed class action settlement agreement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/15/2003) |
| 08/14/2003 | 520 | COURTROOM MINUTES for Fairness Hearing re: settlement by Judge Edward W. Nottingham. Objections were heard ; in court hrg continued to 8/19/03 in 1:92-cv-00870, in 1:96-cv-00343 . Parties to be prepared to discuss issue of pla's who wish to opt out will be discussed then. regarding [441-1] notice; entry date : 8/18/03 Court Reporter: Janet Morrissey (gms) (Entered: 08/18/2003) |
| 08/15/2003 | 519 | OBJECTIONS by William J. Destro in 1:92-cv-00870 to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/18/2003) |
| 08/15/2003 | 521 | STATEMENT by James Michael Palmer in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) Modified on 08/19/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 522 | STATEMENT from John C. A(?) re: proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/18/2003 | 523 | OBJECTIONS by R. J. Pollard in 1:92-cv-00870 to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 139
of 150
CM/ECF - U.S. District Court:cod                                    Page 138 of 385

| 08/19/2003 | 524 | Pro Se Emergency MOTION by David Ward in 1:92-cv-00870 for order to stop proceedings (gms) (Entered: 08/20/2003) |
| 08/19/2003 | 525 | COURTROOM MINUTES Fairness Hearing re: Settlement, continued by Judge Edward W. Nottingham. Parties objections were heard ; Fairness hearing/in court hrg set continued to 3:00 8/27/03 in 1:92-cv-00870, in 1:96-cv-00343 regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 8/20/03 Court Reporter: Therese Lindblom (gms) (Entered: 08/20/2003) |
| 08/21/2003 | 526 | STATEMENT by Lester - Harris in 1:92-cv-00870 re: ACI Coordinator re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/22/2003) |
| 08/27/2003 | 527 | COURTROOM MINUTES by Judge Edward W. Nottingham, Fairness Hearing re: class action settlement; Court adopts the findings and conclusions set forth in the order approving settlement; court finds the settlement is fair; seperate judgment will not be entered ; entry date : 8/28/03 Court Reporter: Therese Lindblom (pap) (Entered: 08/28/2003) |
| 08/28/2003 | 528 | ORDER by Judge Edward W. Nottingham approving settlement regarding [437-1] motion for order approving notice of class action settlement in 1:92-cv-00870, 1:96-cv-00343, regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 terminating case (cc: all counsel) ; entry date : 8/28/03 (pap) (Entered: 08/28/2003) |
| 09/04/2003 | 529 | TRANSCRIPT of Fairness Hearing Day 3 on 8/27/03 before Judge Nottingham ( pages: 1 - 30) Prepared By: Therese Lindblom (certified copy) (pap) (Entered: 09/05/2003) |
| 09/05/2003 | 530 | STATEMENT by Kevin J. Rutherford in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/08/2003) |
| 09/09/2003 | 531 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim (pap) Modified on 06/24/2004 (Entered: 09/10/2003) |
| 09/10/2003 | 532 | LETTER and request to court from Jill Coit in 1:92-cv-00870 re: her objection to notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/10/2003 | 533 | LETTER to court from Kevin J. Rutherford in 1:92-cv-00870 requesting a copy of a questionaire for damanges re: statement [530-1] in 1:92-cv-00870, re: objection [463-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/10/2003 | 534 | LETTER to court from Steven Eugene Clouse in 1:92-cv-00870, request status and outcome re: minutes [527-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 535 | Joint MOTION by plaintiffs and dfts in 1:92-cv-00870, 1:96-cv-00343 for order to administratively close civil action (pap) (Entered: 09/11/2003) |

| 09/11/2003 | 536 | (STIPULATION) re: Remedial Plan - Colorado Department of Corrections 8/27/03 by plaintiffs and dfts in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 09/11/2003) |
| 09/12/2003 | 537 | ORDER by Judge Edward W. Nottingham granting joint motion for order to administratively close civil action [535-1] in 1:92-cv-00870, 1:96-cv-00343; administratively closing cases (cc: all counsel) ; entry date : 9/15/03 (pap) (Entered: 09/15/2003) |
| 09/15/2003 | 538 | LETTER to court from Randy Kailey re: 1:92-cv-00870 and 1:96-cv-00343 requesting information on any new developments (pap) (Entered: 09/16/2003) |
| 09/15/2003 | 539 | NOTICE OF APPEAL by James Benjamin White pro-se (Mr. White does not actually state what order he is appealing) re: order [528-2] in 1:92-cv-00870 and [0-2] in 1:96-cv-00343; Notice mailed to all counsel on 9/17/03 Fee Status: not paid & no 1915 motion filed (msn) (Entered: 10/30/2003) |
| 09/22/2003 | 541 | NOTIFICATION by Circuit Court of assignment of Case No. 03-1417; re: appeal [539-1] in 1:92-cv-00870 and [0-1] in 1:96-cv-00343; Filing fees due or 1915 motion filed within 30 days (msn) (Entered: 10/30/2003) |
| 09/23/2003 | 540 | OBJECTIONS by Walter - Price in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/23/2003) |
| 09/26/2003 | 542 | MOTION by James B. White for leave to appeal Under 28 U.S.C. 1915 (msn) (Entered: 09/29/2003) |
| 09/29/2003 | 543 | OBJECTIONS to the settlement by Alex Valdez in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, notice [441-1] in 1:92-cv-00870, order [0-2] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 09/29/2003 | 544 | LETTER to court from Jimmy Ross Bulgier in 1:92-cv-00870, 1:96-cv-00343 re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [531-1] in 1:92-cv-00870, re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 10/02/2003 | 545 | LETTER to court from Fred Frigyes Franzone in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 10/03/2003) |
| 10/06/2003 | 546 | Special Master's Memorandum Award (ORDER) of attorney fees, class member compensation, and costs, and denial of additional monetary sanctions (cc: all counsel) ; entry date : 10/7/03 (pap) (Entered: 10/07/2003) |
| 10/07/2003 | 547 | LETTER to court from James O'Banion re: order [537-1] in 1:92-cv-00870 (pap) (Entered: 10/08/2003) |

| 10/07/2003 | 548 | LETTER and inmate trust fund account statement to court from Shawn Winkler re: order [537-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/08/2003) |
| 10/16/2003 | 549 | Petition (MOTION) by Class Member Anthony L. Lee in 1:92-cv-00870 for discovery , and for hearing before the Special Master (pap) (Entered: 10/16/2003) |
| 10/20/2003 | 550 | LETTER to court from Shawn Winkler re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order [546-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 552 | LETTER to court from Pete G. Maestas re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 553 | LETTER to court from William Gibson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 554 | LETTER to court from Charles Ramos Jr. re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 555 | LETTER to court from Herbert Eychaner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 556 | LETTER to court from Manuel S. DePineda re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 557 | LETTER to court from Michael Bingham re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/21/2003 | 558 | LETTER to court from Jose C. Atencio re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/22/2003) |
| 10/24/2003 | 559 | LETTER to court from prisoner (name is unreadable) re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/27/2003) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 142
of 150
CM/ECF - U.S. District Court:cod                                    Page 141 of 385

| | | |
|---|---|---|
| 10/27/2003 | 560 | LETTER to court from unknown prisoner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 561 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection [551-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343 and objection to request for hearing (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 562 | EXHIBIT D binders 1-4 by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response [561-1] in 1:92-cv-00870, to response [0-1] in 1:96-cv-00343 ; (4 large binders, stored in exhibit area) (pap) (Entered: 10/28/2003) |
| 10/28/2003 | 563 | LETTER to court from James Martinez re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/29/2003) |
| 11/04/2003 | 564 | ORDER by Judge Edward W. Nottingham denying motion for leave to appeal Under 28 U.S.C. 1915 [542-1] in 1:92-cv-00870 and 1:96-cv-00343 regarding [539-1] appeal; (cc: all counsel) ; entry date : 11/5/03 (msn) (Entered: 11/05/2003) |
| 11/14/2003 | 565 | Second OBJECTION/response by Kenneth R. Lamorie in 1:96-cv-00343 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/17/2003) |
| 11/20/2003 | 566 | Second OBJECTION/Response by Brandon Baxter Tyler in 1:96-cv-00343 to proposed remedial plan, CO DOC notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 11/21/2003 | 567 | LETTER to court from Jose M. Escobar re: notice [441-1] in 1:92-cv-00870, re: stipulation [536-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343, re: stipulation [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 12/01/2003 | 568 | Petition and Affidavit in Support of MOTION by James B. White for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 (msn) (Entered: 12/03/2003) |
| 12/03/2003 | 569 | LETTER (Re: [539-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343) to USCA supplementing the preliminary record with a current copy of the docket sheet, Order filed 11/4/03 and Petition and Affidavait in Support of Reconsideration of Order Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] filed 12/1/03 (msn) (Entered: 12/03/2003) |
| 12/04/2003 | 570 | LETTER to court from Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| 12/04/2003 | 571 | LETTER to court from Brandy Davis re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |

| 12/04/2003 | 572 | LETTER to court from Judy M (?) #67726 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| 12/05/2003 | 573 | Letter REQUEST from LR Moore 47702 for claim form for class action (pap) (Entered: 12/08/2003) |
| 12/08/2003 | 574 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation (pap) (Entered: 12/09/2003) |
| 12/11/2003 | 575 | Letter STATEMENT by Jesus Jason Rivera re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 12/12/2003) |
| 12/12/2003 | 576 | MOTION by defendants in 1:92-cv-00870 and 1:96-cv-00343 to reopen the case for consideration of dfts' objections to recommendation of special master (pap) (Entered: 12/15/2003) |
| 12/12/2003 | 576 | RESPONSE by defendants in 1:92-cv-00870 and 1:96-cv-00343 to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 12/15/2003 (Entered: 12/15/2003) |
| 12/17/2003 | 577 | STATEMENT by Kevin Rutherford re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/18/2003) |
| 12/19/2003 | 578 | LETTER to court from Antoine J. Maldonado re: order [528-2], re: notice [441-1] (pap) (Entered: 12/22/2003) |
| 12/22/2003 | 579 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/22/2003 | 579 | REPLY by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' response to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/30/2003 | 580 | STATEMENT by Brian Anderson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/31/2003) |
| 01/02/2004 | 581 | REPLY by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' response to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 01/05/2004) |
| 01/06/2004 | 582 | Letter and documentation of Dental/Medical treatment STATEMENT for Timothy Vialpando submitted by Major and Mrs LW Maxwell re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: |

| | | order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/07/2004) |
|---|---|---|
| 01/09/2004 | 583 | Letter and STATEMENT by Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/12/2004) |
| 01/13/2004 | 584 | STATEMENT by Brian Anderson #64193 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/14/2004) |
| 01/15/2004 | 585 | Sworn STATUS REPORT by Stephen D. Hamer re: report on implementation of the promulgated 8/27/03 CDOC Remedial Plan at the Trididad Correctional (TCF) (pap) (Entered: 01/15/2004) |
| 01/15/2004 | 586 | STATEMENT by Lorne Desmond Pick re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/15/2004) |
| 01/20/2004 | 587 | SUPPLEMENTAL Follow-up by Stephen D. Hamer to his status report [585-1] in 1:92-cv-00870, to report [0-1] in 1:96-cv-00343 (pap) (Entered: 01/21/2004) |
| 01/29/2004 | 588 | LETTER to court from Wellman Gibson re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 01/30/2004) |
| 02/02/2004 | 589 | STATEMENT by Robert L. Wirtz re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 02/04/2004) |
| 03/04/2004 | 590 | MANDATE from the Court of Appeals; CA # 03-1417; Dt issued 3/1/04; ORDER filed 3/1/04 dismissing the appeal [539-1] in 1:92-cv-00870 and 1:96-cv-00343 for failure to comply with the order for 2/3/04 (msn) (Entered: 03/05/2004) |
| 03/05/2004 | 591 | LETTER to court from Randy Kailey (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 592 | MOTION by Randy Kailey for intervention/contempt re: Settlement Agreement 8/29/03 (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 593 | OBJECTIONS by Randy Kailey to class counsel's representation (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 594 | MOTION by Randy Kailey for injunctive or other equitable relief (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 595 | Joint APPENDIX filed by Randy Kailey to motion for injunctive or other equitable relief [594-1] in 1:92-cv-00870, to motion for intervention/contempt re: Settlement Agreement 8/29/03 [592-1] in 1:92-cv-00870, to motion for injunctive or other equitable relief [0-1] in 1:96-cv-00343, to motion for intervention/contempt re: Settlement Agreement 8/29/03 [0-1] in 1:96-cv-00343 (pap) (Entered: 03/08/2004) |
| 03/15/2004 | | Tendered Prisoner Complaint submitted by Moreno Esteban (pap) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 145
of 150
CM/ECF - U.S. District Court:cod                                        Page 144 of 385

| | | (Entered: 03/16/2004) |
|---|---|---|
| 03/15/2004 | 596 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870 9:00 4/30/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/16/04 (pap) (Entered: 03/16/2004) |
| 03/22/2004 | 597 | LETTER to court from Antoine J. Maldonado re: statement [457-1] in 1:92-cv-00870, re: statement [0-1] in 1:96-cv-00343 (pap) (Entered: 03/23/2004) |
| 04/15/2004 | 598 | LETTER to court from James B. White in 1:92-cv-00870 re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [568-1] in 1:92-cv-00870, re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [0-1] in 1:96-cv-00343 (pap) (Entered: 04/16/2004) |
| 04/30/2004 | 599 | ORDER AND MEMORANDUM of DECISION: by Judge Edward W. Nottingham denying dfts' motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part dfts' objection [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part and denying in part plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, granting in part and denying in part dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343, Case is reopened for consideration of dft's objection and for entry of judgment consistent with this order and memorandum of decision; Speical Master's Report [546-1] order in 1:92-cv-00870, 1:96-cv-00343 is accepted re: attorneys' fees and costs, dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs, clerk shall forthwith enter judgment; special master's report is rejected re: the incentive awards to class respresentatives; (cc: all counsel) ; entry date : 5/3/04 (pap) (Entered: 05/03/2004) |
| 04/30/2004 | 600 | COURTROOM MINUTES by Judge Edward W. Nottingham regarding [546-1] order; Special Master's report is affirmed as to findings of fact and conclusions of law; dfts are ordered to pay plas $952,614.70 in attorney's fees and $135,998.10 in costs; court finds good cause to reopen this case; Special Master's report is enforced to the extent it complies with the Order and Memorandum of Decision ; entry date : 5/4/04 Court Reporter: Therese Lindblom (pap) (Entered: 05/04/2004) |
| 05/04/2004 | 601 | JUDGMENT: by Deputy Clerk Katherine Hasfjord and approved by Judge Edward W. Nottingham regarding [600-1] minutes in 1:92-cv-00870, regarding [599-1] order in 1:92-cv-00870, 1:96-cv-00343; the special master's report is accepted regarding attorneys' fees and costs; dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in |

| | | costs and judgmentis entered accordingly; Judgment will bear 1.55% interest rate; (cc: all counsel) ; entry date : 5/4/04 (pap) (Entered: 05/04/2004) |
|---|---|---|
| 05/07/2004 | 602 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-001 by Claimant Brian Anderson; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-001; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/07/2004 | 603 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-009 by Claimant Cortez Edward Walker; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-009; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/12/2004 | 604 | LETTER to court from Steven James Hernandez requesting a claim form. (gms) (Entered: 05/12/2004) |
| 05/17/2004 | 605 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for immediate injunctive relief or order to show cause (gms) (Entered: 05/18/2004) |
| 05/17/2004 | 606 | ORDER of Special Master Richard M. Borchers dismissing claim 01-028 by claimant Jamie V. Hage. Claimants objection ddl is 6/14/04. Attached to Order is record of claim No. 01-028 (cc: all counsel) ; entry date : 5/18/04 (gms) (Entered: 05/18/2004) |
| 05/20/2004 | 609 | LETTER to court from James O'Banion in 1:92-cv-00870 re settlement. (gms) (Entered: 05/26/2004) |
| 05/24/2004 | 607 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-019 by claimant Richard Swanson #41257; Claimants objection deadline is on or before 6/24/04; attached to order is record of claim 01-019; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/24/2004 | 608 | ORDER by Special Master Richard M. Borchers dismissing claim 01-018 by claimant Willie D. Leaks, #115384; Claimant's objection ddl is 6/24/04; attached to order is record of claim 01-018; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/25/2004 | 610 | LETTER to court from Vernon Rowe, Inmate at Limon Correctional Facility re: incident at Correctional Facility (pap) (Entered: 05/26/2004) |
| 05/26/2004 | 611 | NOTICE of Change of address of Steve McCarey by Steven McCary re: Claim (pap) Modified on 05/27/2004 (Entered: 05/27/2004) |
| 06/15/2004 | 612 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for judgment on motion for injunctive relief (5/12/04) (pap) (Entered: 06/16/2004) |
| 06/15/2004 | 684 | MOTION by Robert Wirtz in 1:92-cv-00870 for discovery (gms) (Entered: 08/31/2004) |
| 06/18/2004 | 613 | MOTION by previous counsel for plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 to withdraw attorney John Carlson (pap) (Entered: 06/21/2004) |
| 06/23/2004 | 614 | ORDER by Special Master Richard M. Borchers dismissing claim 01- |

| | | |
|---|---|---|
| | | 026 by claimant Watson Daniel, #11927; Claimants objection ddl is 7/19/04; attached to order is record of claim01-026; (cc: all counsel) ; entry date : 6/24/04 (pap) (Entered: 06/24/2004) |
| 07/01/2004 | 615 | MOTION by Richard Walter Johnson, Gilbert Earnest Martinez, and Monte Lee Temmerman for ordered access to be heard to the records and photocopies to fully comply with 6/10/04 Special Master Order (pap) Modified on 07/09/2004 (Entered: 07/02/2004) |
| 07/07/2004 | 616 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-025 by Claimant Tracy Williamson, #67506; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-025; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 617 | ORDER of Special Master Richard M. Borchers dismissing claim 01-027 by claimant John F. Fisher, #47675; claimants objection ddl is on or before 8/16/04; attached to Order is record of claim 01-027;(cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 618 | ORDER of Special Master Richard M. Borchers dismissing claim 01-021 by Claimant Daniel B. Miller #108244; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-021; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 619 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-016 by Claimant Martin L. Yaeger #101971; Claimants' objection ddl is on or before 8/16/04; Attached to order is record of claim 01-016; (cc: all counsel) ; entry date : 7/9/04 (pap) Modified on 07/09/2004 (Entered: 07/09/2004) |
| 07/08/2004 | 620 | ORDER (cc: all counsel) re: 7/1/04 hearing before Special Master Richard M. Borchers; settlement agreement and issues thereof were discussed; counsel shall submit any legal authorities for review on or before 7/19/04; any written arguments by claimants concerning pending discovery issues are due up to and including 8/20/04; stay is granted to CDOC and its counsel that no responsive pleadings need by filed as to any Category I and II claims until further order of the court; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/09/2004 | 621 | MOTION by class member Michael Milligan for order of enforcement of judgment and agreement (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 622 | Special Masters' RECOMMENDATION and Report re: Claims by Special Masters Richard M. Borchers to Senior US District Judge John L. Kane concerning claims filed with the office of the Special Masters ; (cc: all counsel) ; entry date : 7/12/04 (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 623 | EXHIBITS (CD's of Hearing 7/1/04, Disks 1 and 2) to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870, to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [0-1] in 1:96-cv-00343; stored in exhibit area (pap) Modified on 07/12/2004 (Entered: 07/12/2004) |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 148
of 150
CM/ECF - U.S. District Court:cod                                                    Page 147 of 385

| 07/12/2004 | 624 | ORDER of Special Master Richard M. Borchers; Claimant Carl L. Ross and Counsel for the Class are granted up to and including 7/16/04 to file a response to DOC's arguments as to the limitations by laws on damages that may be awarded by the speical masters; appearance of counsel for the class is for the class members and not specifically for Claimant Carl L. Ross; a hearing may be requested by any party to the claim or by Counsel for the Class; (cc: all counsel) ; entry date : 7/13/04 (pap) Modified on 07/13/2004 (Entered: 07/13/2004) |
|---|---|---|
| 07/14/2004 | 625 | ORDER by Judge Edward W. Nottingham granting John Carlson's motion to withdraw attorney John Carlson [613-1]; withdrawing attorney John T. Carlson for Patricia Ballard in 1:92-cv-00870, attorney John T. Carlson for Diedra Givens in 1:92-cv-00870, attorney John T. Carlson for Gail Levine in 1:92-cv-00870, attorney John T. Carlson for Robert Sikitch in 1:92-cv-00870, attorney John T. Carlson for Duncan Leach in 1:92-cv-00870, attorney John T. Carlson for John Armintrout in 1:92-cv-00870, attorney John T. Carlson for Gilpin Eugene in 1:92-cv-00870, attorney John T. Carlson for George Karl in 1:92-cv-00870, attorney John T. Carlson for David Bryan in 1:92-cv-00870, attorney John T. Carlson for Jesse F. Montez in 1:92-cv-00870, attorney John T. Carlson for Jimmy R. Bulgier in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/04 (pap) (Entered: 07/15/2004) |
| 07/14/2004 | 627 | LETTER to court from Manuel Trujillo re: Formal Claim (pap) Modified on 10/13/2004 (Entered: 07/22/2004) |
| 07/19/2004 | 626 | SUPPLEMENTAL Form for Claimants who are claiming damages due to mobility impairment by Richard Walter Johnson in 1:92-cv-00870 (pap) (Entered: 07/20/2004) |
| 08/03/2004 | 628 | ORDER by Judge John L. Kane granting special masters' ,Richard M. Borchers and Bruce Pringle, second application for payment of fees and costs in the amount of $10,220.00; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 629 | ORDER by Judge John L. Kane granting special masters' (Richard M. Borchers and Bruce Pringle) first application for payment of fees and costs in the amount of $10,043.75; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 630 | ORDER by special master Richard M. Borchers dismissing claim 01-048 by Claimant Mark Lowe Luther #87160; claimants' objection ddl is on or before 9/17/04; attached to order is record of claim 01-048 (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 631 | ORDER by Special Master Richard M. Borchers dismissing claim 01-050 of Claimant Robert John Juarez #61104; Claimants objection ddl is on or before 9/17/04; attached to order is record of claim 01-050; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 632 | ORDER by Special Master Richard M. Borchers dismissing claim 01-051 by Claimant Martin Stump #56089; Claimants objection ddl is on |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 149
of 150
CM/ECF - U.S. District Court:cod                                                    Page 148 of 385

| | | or before 9/17/04; Attached to Order is record of claim 01-051; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 633 | ORDER by Special Master Richard M. Borchers dismissing claim 01-052 by Claimant Raymond Martinez #43249; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-052; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 634 | ORDER by Special Master Richard M. Borchers dismissing claim 01-055 by Claimant Ulises Tesoro #68108; Claimants objection ddl is on or before 9/17/04; Attached to the order is record for claim 01-055; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 635 | ORDER by Special Master Richard M. Borchers dismissing claim 01-057 by Claimant Albert Matthews, #52416; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-057; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 636 | ORDER by Special Masters Richard M. Borchers dismissing claim 01-059 by Claimant Joseph E. Lucero #117758; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-059; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 637 | ORDER by Special Master Richard M. Borchers dismissing claim 01-061 by Claimant Benjamin Abeyta #47530; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-061; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 638 | ORDER by Special Master Richard M. Borchers dismissing claim 01-062 by Claimant Anacleto Ortiz #100429; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-062;(cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 639 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-063 by Claimant Linda Woodruff #115163; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-063; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 640 | ORDER by Special Master Richard M. Borchers dismissing claim 01-064 by Claimant Pedro Gonzales #110247; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-064; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 641 | ORDER by Special Master Richard M. Borchers dismissing claim 01-067 by Claimant Robert Stephen Nole #82203; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-067; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 642 | ORDER by Special Master Richard M. Borchers dismissing claim 01-068 by Claimant Jeff Dunn #113992; Claimant's objection ddl is on or |

Case No. 1:92-cv-00870-CMA-MEH   Document 3509   filed 07/22/08   USDC Colorado   pg 150
of 150
CM/ECF - U.S. District Court:cod                                          Page 149 of 385

| | | before 9/17/04; Attached to order is record for claim 01-068; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 643 | ORDER by Special Master Richard M. Borchers dismissing claim 01-069 by Claimant Ricardo M. Campos #69836; Claimant's objection ddl is 9/17/04; Attached to order is record for claim 01-069; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 644 | ORDER by Special Master Richard M. Borchers dismissing claim 01-074 by Claimant John E. Byrnes #112050; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-074; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 645 | ORDER by Special Master Richard M. Borchers dismissing claim 01-075 by Claimant Casey Fender #100756; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-075; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 646 | ORDER by Special Master Richard M. Borchers dismissing claim 01-076 by Claimant Lawrence W. FitzGerald #66345; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-076; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 647 | ORDER by Speical Master Richard M. Borchers dismissing Claim 01-078 by Claimant Mark S. Ellis #115149; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-078; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 648 | ORDER by Special Master Richard M. Borchers dismissing claim 01-079 by Claimant Marion T. Martinez #45123; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-079; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 649 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-080 by Claimant Elwyn C. Smith #96316; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-080; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 650 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-082 by Claimant Keith E. Houcks, Jr #82662; Claimant's objection ddl is on or before 9/17/04; attached to order is record for claim 01-082;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 651 | ORDER by Special Master Richard M. Borchers dismissing claim 01-083 by claimant Denise Lauren McElroy #90044; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-083; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 652 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-084 by Claimant Robert Yeager, #96104; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-084; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 653 | ORDER by Special Master Richard M. Borchers dismissing claim 01- |