In The United States District Court
For The District of Colorado

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

Jesse Montez, et al.,
      Plaintiffs,
   -vs.-
Bill Owens, et al.,
      Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 23 2008
GREGORY C. LANGHAM
CLERK

Claim Number: 03-191
Category: III
Claimant: John Derwin #68798
Address of Claimant: C.T.C.F.-Box-1010 Canon City, Co. 81215

Addendum To Objection of Final Order of Special Master Richard Davidson. Original Objection from John Derwin sent to: Clerk of the United States Court on 3-24-08. (see reciept)

Judge Kane,
   I am sending this Grievance to you as more proof of my "Permanent Disability" that Special Master Davidson says is non-existant. Since May 2, 1992 when I was shot I have been diagnosed by Doctors and Neurologists as parapalegic with problems of lower muscle control, severe neuro-

(2)

pathy and severe hypersensativity all of which is very painful to say the least. All of my 16 yrs. as a "Disabled Inmate" here in the Colorado Dept. of Corrections I have been Diagnosed by D.O.C. Doctors, "Free World" Neurologists, as an Inmate with a Disability (permanent). As you can see by this Grievance; The Colorado Dept of Corrections, The A.I.C. and Marshall Griffith (AIC Designee) all agree again that I need "Specialized" Appliances.

    Judge Kane; I am as "Disabled" as the word could possibly be discribed and to this day I can't figure out how Special Master Davidson could of seen otherwise. He listened to Dr. Neufeld's opinion but I haven't even seen Dr. Neufeld for 12 plus years at that time or since. I understand that it's Dr. Neufeld's job to "go against" my opinion but NOT "several" other Doctors opinions that are C.D.O.C. employees also. Your Honor, I know this is going to seem childish for saying this but I must say it just to be fair to myself. I am in prison and I have been here for 16 yrs. so please try to believe me when I say I know "all" the fakes and frauds who are involved with Montez vs. Owens.

    Some of these people have been monetarally compensated, given Appliances, etc... Dave Bryan and Sam Powers both C.D.O.C. inmates and Montez participants were awarded $2000.00. Not only does Dave Bryan work full time on and off the floor,

up and down stairs but he uses no braces, crutchs, wheel chairs or any other mobility appliances. He was given a hook to help pull up his socks. I can not go work as a heavy equipment operator, cook or even a laborer. I can walk unassisted for 20-25 feet but absolutely must use my crutches beyond that or if I'm in an open area. Sam Powers is in a wheel chair but can walk unassisted. I was injured on at least 4 occasions (all of which are recorded) from not being given a locker box stand ordered by Dr. Paz (FLCF) in May of 06. I was housed in CH-5 (Sept 1 - Sept 6 2005) at CTCF where I fell on the steps severely injuring my right arm. I was not supposed to be housed at this unit but was forced to do so under threat of being returned to C.S.P.

 Your Honor, as you can see, this grievance is just more proof of my disability and some more proof that alot of my every day functional abilities such as bending over to tie shoes, pick up things or get into my DOC locker Box are severely compromized by my disability. I can't even get on or off a toilet without something to grab, security bar, safety rail etc.

Judge Kane,
 As you know, I am no lawyer but I do know that I am "very" disabled and while here in

(4)

C.D.O.C. I have been physically injured, I have been discriminated against and mentally abused from very rude remarks from guards insinuating I should of died when Canon City Cops shot me. Please try to understand my reason for this letter. I still can't believe I was told I have no disability. I will be dependant on Social Security, Welfare etc. for the rest of my life. Thank You Judge Kane!

Sincerely,
John Derwin #68798
Claim # 03-119
Catagory: III
John Derwin #68798

Signed: July 20, 2008

Sent: July 21, 2008 Via: Clerk of the United States Court
To: Judge John L. Kane
United States District Judge
United States District Court
901 - 19th Street
Denver, Colorado
80294-3589

**DEPARTMENT OF CORRECTIONS**　　DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE  3-24-08　　　　　　　　　　　　AMOUNT  .4

OFFENDER NO. 68798  FAC. CTCF  UNIT CH-3

OFFENDER NAME  John Derwin

REASON FOR TRANSACTION  Legal Mail
Clerk of The United State Court

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature  John Derwin 68798

20003　　　　　　　　　　　　　　　　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-16-098(R7/05)

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **D-CTO7/08-448**   STEP (Circle One) **1** 2 3   ADA? **Yes** No ☐

NAME: John Derwin   DOC NO. 68798   FACILITY: CTCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: As per my accommodation resolution I am to have a "locker box stand". On Feb. 12, 2008 I was transferred from Ft. Lyon (where I had a stand) to C.T.C.F., while I was being processed out at Ft. Lyon I asked to take my stand with me and was told no. When I got to CTCF-CH-3 I asked Sgt. Cochran if I would get one and he looked at me like I was nuts. C.O. Cruz came to my cell a week or so later and told me a person called her and said that my locker box stand was ordered in Sept. (C.O. Cruz knows this persons name) I feel C.O. Cruz and myself was lied to because I didn't get here at C.T.C.F. until Feb. 08 so how could this stand been ordered in Sept. 07 while I was at Ft. Lyon. I can promise you that now I am in fear of falling and breaking bones and doing other harm to myself. I also will be retaliated against over this grievance behind the gastapo like tactics here in CH-3. I will now have to live with fear of being moved to a higher security, non medical (no toilet in cell) cell house because that is what happens to almost every one who files grievances from CH-3. [scratched out] a locker and locker box stand will not fit in a 2 man cell in CH-1 or CH-7. All these people have to's call Ft. Lyon for instructions on how to build this stand. Ft. Lyon has many..

Remedy: Get me a locker box stand! Tell CTCF not to retaliate!

DATE: 5-23-08   OFFENDER SIGNATURE: John Derwin

DATE RECEIVED: 6/11/08   RESPONDING DOC EMPLOYEE, CONTRACT WORKER OR VOLUNTEER SIGNATURE & ID: 14298

RESPONSE:

**SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
6-25-08

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 6-9-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER Connie Higgs 6663 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance RECEIVED | |
| DATE: 7-10-08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Derwin 68798 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"   JUN 11 2008
Page 1 of 1

Office of Correctional 5/27/08
Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: ~~[redacted]~~ MG
~~[redacted] (ADA Inmate Coordinator)~~
Received Grievance: 6/11/08
Sent Response: 6/26/08
Offender Name: Derwin, John
DOC No: 68798
Facility: CTCF
Grievance No: D-CT07/08-448

**DISABILITY STATUS:** ~~[redacted]~~

**In the grievance referenced above, you allege the following:**
1. When you moved to CTCF on 2/12/08 you asked to take your locker box stand and ~~[redacted]~~.
2. You asked Sgt. Cochran for a locker box. A week later CO Cruz informed you someone ordered the locker box in September. You and CO Cruz were lied to because you didn't arrive at CTCF until 2/8/08.
3. You're afraid of retaliation by Staff for this grievance.
3. All CTCF needs to do is call FLCF for instructions on constructing a locker box stand.

**Requested Relief/Remedy:**
1a. You want a locker box stand and Staff to be told not to retaliate.
2a. Same as 1a.
3a. Same as 1a.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. Locker box stands are the property of FLCF.
2. I contacted CTCF Staff regarding your current Accommodation Resolution dated 7/8/07. I was informed that CTCF Staff ~~[redacted]~~ begin obtaining locker box stands for those offenders that qualify.
3. You received a locker box stand on 6/19/08.
4. Per Stipulation Regarding Status of Compliance by the CDOC with the Montez Remedial Plan I have determined that a locker box stand falls within the criteria regarding offenders experiencing delay for the repair or replacement of Durable Medical Equipment listed on an Accommodation Resolution.

　　　• You were without a locker box stand from 2/12/08 until 6/19/08. Per Stipulation you are entitled compensation of $10.00 from 5/12/08 to 6/12/08, and 6/12/08 to 6/19/08.
　　　• You Inmate Banking Account will be credited for a total amount of $20.00.

**CONCLUSION:** You received a locker box stand on 6/19/08. ~~[redacted]~~. You are receiving compensation for the delay of the locker box stand. Staff at CTCF require no reminding of CDOC policy regarding retaliation.

**GRIEVANCE:** ~~[redacted]~~ and denied in part.

Your Honor,

Please call Dr. Lowinger here at C.T.C.F. He can verify my disability. He could also send 16 yrs. of records to you if needed. The Neurologist I just seen in April of 08 will verify my disability also. She is an Indian (India) Dr. at the State Hospital in Pueblo. I cannot remember her name but Dr. Lowinger can give you her name.

DC Form 850-04C (06/04)

## REQUEST FOR ACCOMMODATION

*(Return to AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906)*

**I.   OFFENDER INFORMATION:** *(Please print)*

| Offender Name: | [redacted] | DOC #: | 68798 |
|---|---|---|---|
| Current Facility: | CTCF | Date: | 5-22-08 |

**II.   CLAIMED DISABILITY:** *(Check all that apply)*

| Vision | | Hearing | | [redacted] | | Diabetes | | Other: | |
|---|---|---|---|---|---|---|---|---|---|

**III: ACCOMMODATION REQUESTED:** *(Be specific and brief. You may attach one additional page if necessary to fully describe your condition and/or explain your requested accommodation.*

I need a bunk with a rack or a bar on the side to help me get out bed. It is getting so hard for me that it has aggrevated my hernia when I try to sit up in my bed.

*Offender Signature:* John Cerwin

*Offender: do not write below this line*

## VERIFICATION OF DISABILITY
*(Please Print or Type)*

| Date of Evaluation: | | Facility: | |
|---|---|---|---|
| Chief Medical Officer or Designee: | | | |
| Title (if designee) | | | |

**I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES:** *(Check all that apply and attach disability-specific screening form)*

| Vision | | Hearing | | Mobility | | Diabetes | | None | |
|---|---|---|---|---|---|---|---|---|---|
| | | Other (Please be Specific): | | | | | | | |

*Signature of Screening Chief Medical Officer/Designee*       *Date*

Original: AIC
Copies: Department File, Working File, Medical File     Attachment "C"
                                                         Page 1 of 1

This is a copy of my request which was granted. I am waiting for the pillow to arrive and D.O.C. maintance is developing a device to help me up out of bed.
Thank You

# FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: John Derwin  DOC #: 68798

## Section I: PROGRAMS

1. What is your current program or job assignment? Please be specific and list your main duties.

    HEALTH CLASS.

2. What programs do you need?

    NONE

3. What is your prison employment history?

    Not good

4. What was your employment on the street?

    # HEAVY EQUIP. OPERATOR
    # LABORER
    COOK

5. What do you do for recreation?

    READ, SOME SOFT EXERCISE

6. Do you currently have a hobby permit? If so, what do you do?

    NO

7. Can you access your religious services? If not, why?

    NO [illegible, struck through]

8. Are you able to use the general and law libraries? If not, why?

    NO    READ #7

## Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area? If not, why?

    No    READ #7

MOBILITY

1. Do you use a wheelchair or other assistive device?    No

    If so, what? Leg braces + Canadian crutchs

2. Do you require assistance with your activities of daily living?    No

    In what way?

    ~~[redacted]~~

3. Are you currently assigned to a handicapped cell?    No

4. Do you require any specialized equipment in your cell?    No

5. Are you assigned to a handicapped table in the chow hall?    No

6. Do you need someone else to assist you in an emergency?    No

USE THE SPACE BELOW TO ADVISE ME OF OTHER MOBILITY NEEDS YOU HAVE:

I need a pole or a rail so I can help lift myself out of bed.