Dexter Gail Millican #86568
D.R.D.C., 4A-1-02
10900 Smith Road
Denver, Colorado, 80239

RECEIVED
JUL 15 2008
By_____

Judge Richard M. Borchers
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado, 80030-4444

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
CLERK

Dear Judge Borchers,
 I'm writing this letter in response to my resent Montez's Hearing & to inform you of resent events! Please forgive my lettering because they give us inmates a Rubber Pen to write with; and D.R.D.C. took my Reading Glasses, which were on my D.O.C. Property List, therefore I can not see what I'm writing too well!

My comments on the Hearing:

① The Medical Records from the Orthopedic Surgeon from Denver Health Hospital on the need for an operation on my left ankle, right achillies, and knees were not availible to me for this Hearing as I had been told they would be.

② All the information the attorney for the state and their expert medical witness gave, indicated alot of Arthritis in "All of My Joints". That would mean that I'm Disable, because "Arthritis" is one of the largest reasons for Disability in the United States today!!! Yet the attorney for the state stated that, "I have Arthritis But I Was Not Disable!" A clear contridiction!

③ There were other small contridiction made by the state that I did not have the opportunity to writ down! But I clearly felt I need representation or a better chance to represent myself!

Resent Developments:
 I arrived at D.R.D.C. on the morning of June 27, 2008! I have not been freed from Incarsivation since my arrest on July 13, 2005; still they took the Low-Cut Tennis Shoes issued to me by D.O.C., and had me walking around for the entire day with nothing but a pair socks! Finally around 9:00 p.m., 6/27/08, Lt. Schelble brought me a pair of size 8 shower shoes (I wear size 10½ or 11) and a Medical permit slip to wear them until Monday, and he stated that he had staff with captain Fisher on this issue. He also, gave me a typed note signed by him stating that I had had a hearing with a Federal Judge concerning this same issue on monday, 6/23/08; and that this issue should be given top prority and taken care of immediately by his staff. Instead of given top prority and seen on monday, 6/30/08, Medical saw me last out of the group that came with me. They saw me finally on Thursday, 7/3/08. I had to wear the size 8 shower shoes until then. Then, Medical just went over to Laundry and got me some old, worn-out size 13, Low-cut shoes; and that's what I still wearing. This is the third time I've been mistreated
(over)

this way, coming thru D.R.D.C.! I told them I had a box of my property from Sterling Corr. Fac. that should be or should have been sent to D.R.D.C. with my Medical Tennis Shoes in the box.

Also, on Monday, 6/30/08, Sgt. Wertz started harazing me again (check my note from him harazing me in 2006 at D.R.D.C.) about the shower shoes I was wearing. This time though he took the typed note I had from Lt. Schelble from me without my permission, and that was part of my evidence of the problems I was having with D.R.D.C. He can not take away my evidence, can he? I thought that was illigle! However, now I'm Indigent with no way of buying the Low-Cut Medical Tennis Shoes I need, because I can't wear Booths, because of Medical problems. This should not be happening!

Sincerely yours,

Dexter G. Millican

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Millican, Dexter | 86568 |  |

| SUBJECTIVE | DATE | TIME |
|---|---|---|
|  | 6-28-08 | 18:35 |

PROBLEM 1. 2
PLAN / ORDERS

OBJECTIVE: Temp. _____ Pulse _____ Resp. _____ B/P ___/___

Above offender is allowed to wear shower shoes as stated by Captain Fisher until further examination by medical on Monday 6-30-08

ASSESSMENT:

SIGNATURE:
NURSE: V. Damas

P.E.:

PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

PER LT. SCHELBLE - OFFENDER TO BE ALLOWED TO WEAR SHOWER SHOES UNTIL MEDICAL CAN TRY AND SEE HIM (POSSIBLY 7-2-08). SHOWER SHOES WHEN HE IS DONE WITH THEM ARE TO BE VIREXED AND RETURNED TO LT. SCHELBLE - SGT. WERTZ ②

Dexter Gail Millican #86568
D.R.D.C.; 4A-1-02
10900 Smith Road
Denver, Colorado, 80239



Ind.
04J82006527
$00.420
07/14/2008
Mailed From 80239
US POSTAGE

Judge Richard M. Borcher
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado, 80030-4444