Ben Padilla #82114
FLCF - P. O. Box 1000
Fort Lyon, CO. 81038-1000

Richard M. Borchers
Special Master U.S. District Court
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

RECEIVED
JUL 2 3 2008
By_____

July 17, 2008

RE: Final resolution of Claim #03-038

Dear Judge Borchers:

I am just writing to find out the status of my claim. I know that we had
to have our disagreement in by June 2, 2008 and I had mine in early for the
court's review and I was just wondering if there will be a final decision
made anytime soon?

Sincerely,

Ben Padilla

Ben Padilla #82114

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 4 2008

GREGORY C. LANGHAM
CLERK
_____

cc: file

**Colorado Department Of Corrections**

Name _____ Ben Padilla _____

Register Number _____ 82114 _____

Unit _____ 4 _____

Box Number _____ 1000 _____

City, State, Zip _____ Fort Lyon, CO, 81038-1000 _____

– LEGAL MAIL –

RECEIVED

JUL 2 3 2008

By

COLORADO SPRINGS
CO 809 1 T
22 JUL 2008 PM

Richard M. Borchers
Special Master U.S. District Court
Legal Resolution Center
7907 Zenobia Street
Westminster, CO, 80030-4444

80030+4444