IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 4 2008

GREGORY C. LANGHAM
CLERK

Claim Number 03-038
Category III
Claimant: Ben Padilla, #82114
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, Claimant has requested information on the expected date of resolution of objections that were filed in response to the final order issued by the Special Master.

Judge Kane will rule on the objections. Claimant is advised that it may take some time for the objections to be resolved, as the Court is short three district judges. Claimant will need to have some patience. There is no way to predict when the Judge will rule on the objections. If no ruling is received within the next six months, then Claimant should contact the office of the Special Masters.

IT IS HEREBY ORDERED that the objections to the final order on this claim are under review by Judge Kane.

SIGNED this 23rd day of July, 2008.

BY THE COURT:

Richard M. Borchers - Special Master

## CERTIFICATE OF MAILING

__I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 23 day of July, 2008 to the following:

Mr. Ben Padilla
#82114
FLCF
P.O. Box 1000
Ft. Lyon, CO 81038-1000

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*