IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-267
Category: Untimely Filed Claim
Claimant: Gerald Hammond, #138938
Address of Claimant: BCCF, 11560 CR FF75, Las Animas, CO 81054-9573

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER came before the Special Master on the claim of Gerald Hammond. In the claim form, Claimant stated that he came into DOC custody on November 9, 2007. Since it appeared that there may be a lack of jurisdiction over the claim, a show cause order was issued to Claimant. Claimant has filed a response to the show cause order.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    According to the claim form, Claimant came into DOC custody on November 9, 2007. The DOC Inmate Locator reflects that he was sentenced in Denver County on November 7, 2007. Claimant could not have entered into DOC custody prior to his first Colorado felony conviction.

    In his response to the show cause order, Claimant indicates why he believes that he is disabled. Accepting as true everything Claimant has set forth, he probably is disabled at the present

time. The problem is that the claim process set forth in the Remedial Plan applies only to individuals who were in DOC custody on or before August 27, 2003. Claimant came into DOC custody for the first time in November 2007. The Special Masters have no jurisdiction over this claim. Claimant may file his own separate lawsuit, but he may not pursue his claim.

IT IS HEREBY ORDERED that the claim of Gerald Hammond is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 15, 2008.**

SIGNED this 16th day of July, 2007.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master