IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-272
Category: Untimely Filed Claim
Claimant: Charlotte C. Bowerman, #140557
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the claim of Charlotte C. Bowerman. In the claim, Ms. Bowerman stated that she has a hearing impairment and that she came into DOC custody on December 16, 2007. Since it appeared that the Special Master might not have any jurisdiction over the claim, a show cause order was issued to Claimant.

    Claimant sent a letter back to the Special Master, but it did not address the issue of jurisdiction. Claimant discussed her medical issues and her desire to obtain copies of her medical records.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. The Remedial Plan also contemplated prompt filing of claims by those individuals who were in custody on or before August 27, 2003.

The Special Masters have no jurisdiction over this claim, as Claimant came into DOC custody after August 27, 2003. Claimant may file her own lawsuit concerning anything that may have transpired after her arrival in DOC.

IT IS HEREBY ORDERED that the claim of Charlotte C. Bowerman is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 22, 2008.**

SIGNED this 23rd day of July, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master