IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-222
Category: III
Claimant: Raymond Stuart, #87437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter filed with the Court by Jay Bailey on behalf of Raymond Stuart (Claimant)(doc. #3482). This letter was received on June 14, 2008.

Claimant filed a claim pursuant to Paragraph XXXII of the Remedial Plan. A hearing was held on June 16, 2006 at FLCF. On June 19, 2006, the Special Master issued his final order. The Special Master noted that Defendants agreed that Claimant was mobility impaired, as he is wheelchair bound. The Special Master further determined that Claimant had been the victim of discrimination. Damages in the amount of $100.00 were awarded to Claimant. Each side was granted up to and including September 10, 2006 in which to file an appeal with Judge Kane. There is no indication that any such appeal was filed. The damage claim process for Claimant has been completed.

Mr. Bailey details significant problems facing Claimant on a daily basis. Many of the issues raised deal with the problems facing other members of the class. Claimant is a member of the class and, as such, is represented by class counsel. Under the Tenth Circuit's decision in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), *pro se* pleadings must be accepted for filing but then must be forwarded to class counsel. In this case, the letter of Mr. Bailey will be forwarded to class counsel for a determination of what action, if any, should be undertaken for Claimant.

IT IS HEREBY ORDERED that the letter of Mr. Jay Bailey will be filed and then forwarded to class counsel; and

IT IS FURTHER ORDERED that no further action will be taken on the letter at this time.

SIGNED this 25th day of July, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master