IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number C-010
Category C
Claimant: Luis Echemendia Diaz, #84886
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant Luis Echemendia Diaz. That letter was received on June 19, 2008.

Claimant previously filed a claim for damages that was numbered 03-193. A hearing was held on June 29, 2006 at CTCF on that claim. On August 3, 2007, a final order was issued by the Special Master denying the claim. Claimant was given the opportunity to appeal to Judge Kane, but it is unclear whether any appeal was filed.

Claimant has set forth a list of concerns in his letter. He has questioned the medical care that he is receiving and the charging of co-payments for chronic care. He also details his present health conditions, including hearing and heart problems.

Claimant's letter relates to issues that apply to many inmates in DOC. Under the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), Claimant's letter must be forwarded to counsel for the class. If Claimant is a member of the class, he is represented by class counsel. The Court cannot act on his *pro se* letter.

IT IS HEREBY ORDERED that Claimant's letter will be forwarded to class counsel for such action, if any, that is determined to be appropriate; and

IT IS FURTHER ORDERED that no further action will be taken on Claimant's letter by the

Court.

SIGNED this 25th day of July, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master