L. E. Beeman - 42894  
Box 6000 - Unit 4B  
Sterling, CO   80751  
25 July 2008

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO

JUL 29 2008

GREGORY C. LANGHAM  
CLERK

U. S. District Court  
901 Nineteenth Street  
Denver, CO   80294  
ATTN:  Court Clerk

RE:  Civil Action No. 92-N-870(OES)  
(Consolidated with 96-N-343)  
Claim No. 03-220

Dear Sir or Madam:

I am the claimant in the above-referenced claim within Montez v. Owens. According to the Final Order of Special Master, dated 7 January 2008, either party had until 31 March 2008 in which to file objections to the Final Order.

On 25 March 2008, I mailed my Claimant's Objections to Final Order of Special Master to this court, with a copy to the Attorney General. It is unknown if the opposing party filed objections, but I have not received a copy of any.

Since mailing my timely-filed objections, in which I requested a hearing de novo and other intervention, I have heard nothing from the court. Naturally, after a silence of four months' duration, I am concerned about the fate of my pleading and what the future may hold regarding it and my claim.

Please inform me by return mail of the present status of my objections and of my claim. Thank you for your attention and anticipated assistance. Kindly address all mail as shown above.

Sincerely,

Lawrence E. Beeman

VC:  File