Original

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-870(OES) WITH ACTION NO. 96-343

JESSE MONTEZ, et al.
   Plaintiffs,

-vs-

BILL OWENS, et al.
   Defendants,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -4 2008

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 2739 E. Las Vegas St, Colorado Springs, Co 80906 /and or
310 N. Murray Blvd. #305, Colorado Springs, Co 80916

---

Claimant's Second Request for Status on Objection's To Final Order

---

COMES NOW: The Claimant Lawrence Robert Warfield and his motion as stated above, and acting pro se in this matter. The Claimant states the following:

On May 19th, 2008, the Claimant filed Motion For Status On Objection To Final Order Of Special Master. The Claimant had filed, Claimant's Notice And Objection To Final Order Of Special Master on February 25th, 2008.

To the date of the filing of this Motion, the Claimant still has not received a response from the Defendants or the Court.

WHEREFORE: Claimant again request the status of his filed motions filed February 25th, 2008, and May 19th, 2008.

Respectfully submitted this ___31st___ day of July, 2008.

_Lawrence R. Warfield_
LAWrence R. Warfield
CJC 2F4
2739 E. Las Vegas Street
Colorado Springs, Co 80906
  and/or

Lawrence R. Warfield
310 N. Murray Blvd. #305
Colorado Springs, Co 80916

# Certificate Of Service

I hereby certify that I have mailed a true and correct copy of the foregoing <u>Claimant's Second Request For Status On Objection's To Final Order</u> by U.S. Mail 1st Class postage pre-paid and addressed to the following: On this <u>31st</u> day of July, 2008.

Clerk of Court
The United States District Court
901 19th Street
Denver, Co 80294

---

Special Master For The U.S. District Court
Legal Resolution Center
7907 Zenobio Street
Westminster, Co 80030-4444

---

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Co 80203

By: *Lawrence R. Warfield*
Lawrence R. Warfield
CJC 2F4
2739 E. Las Vegas Street
Colorado Springs, Co 80906
and/or

Lawrence R. Warfield
310 N. Murray Blvd. # 305
Colorado Springs, Co 80916

Mailed
02-25-08
DROC

My Copy

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action, File No. 96-343
Civil Action No. 92-870(OES)(Consolidated for all purposes with

Jesse Montez, et al.
Plaintiff,

                         Applicant(s),

     v.

Bill Owens, et al.
Defendant.

                         Respondent(s).

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 310 N. Murray Blvd. #305, Colo. Springs, Co 80916

**CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

    **COMES NOW,** The Claimant Lawrence Robert Warfield, acting pro se in this matter before this Honorable Court, and Claimant Notice And Objection To Final Order Of Special Master. Claimant hereby states the following;

    Claimant hereby notify this Court and all other that claimant new address change is now at 310 N. Murray Blvd. #305, Colorado Springs, Co 80916 and at this time there is NO phone number at this address.

                    **OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

    On December 18th, 2007, this Honorable Court issued its orders on claimant's claims under category III. Claimant hereby object to parts of the orders of the Court.

                                  I.
    For the record, Claimant first reqested accommadations while housed at the Fremont Correctional Facility (FCF) about October of 2002, but was denied because of the requests made, and was then moved to various institutions to avoid giving Claimant the needed and requested accommadations, as noted by this Honorable Court, section II, page(3), of

Mailed
05-19-08
CJC 3G3

My Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-870(OES)(Consolidated with Civil Action No.96-343)

JESSE MONTEZ, et al.
    Plaintiffs,

-vs.-

BILL OWENS, et al.
    Defendants.

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 310 N. Murray Blvd.#305,Colorado Springs, Co 80916

---

**MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

---

**COMES NOW:** The Claimant and his Motion for Status as states above, and acting pro se in this matter. Claimant states the following,

On December 18th, 2007,this Honorable Court made Final Order of The Special Mater, and advised all parties if so file an objection to the order pursuant to Federal Rule of Civil Procedure 53(g)(2) to the Clerk of Court **on or before March 8, 2008.** So ordered by the Court.

On February 25th, 2008, the Claimant did file CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER ORDER OF SPECIAL MASTER.

To the date of the filing of this motion, the Claimant has not received a response from the Defendants or this Court. It has now been seventy four (74) days since the filing of said motion.

WHEREFORE: Claimant request the status of his filed "CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER OF SPECIAL MASTER" dated on February 25th, 2008, to this Honorable Court, and Attorney General.

Respectfully submitted this 9th day of May 2008.

*Lawrence R Warfield*
Lawrence Robert Warfield

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a true and correct copy of the foregoing **MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER** by U.S. mail first class pre-paid address to the following; On this 9th, day of May 2008.

Clerk of Court
The United States District Court
901  19th Street
Denver, Co 80294

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Co 80203


*Lawrence R. Warfield*
Lawrence R. Warfield
310 N. Murray Blvd. #305
Colorado Springs, Co 80916

(2)