IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-307
Category: III
Claimant: Edmund Lloyd Herrera, #76006
Address of Claimant: KCCC, P.O. Box 309, Burlington, CO 80807

---

## ORDER OF SPECIAL MASTER
---

THIS MATTER comes before the Special Master on Claimant's motion for enlargement of time. The motion will be granted.

IT IS HEREBY ORDERED that Claimant is granted up to and including **September 15, 2008** in which to file his objection to the Final Order of the Special Master.

SIGNED this 5th day of August, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____
                Richard M. Borchers
                Special Master