IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-348
Category III
Claimant: Dexter Millican, #86568
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

**ORDER OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on the letter of Claimant that was filed with the Court (doc. #3519). In that letter, Claimant relays what has transpired since he returned to DOC custody.

Claimant previously filed a claim with the Special Masters. A hearing was held on June 23, 2008 at the Adams County Detention Center in Brighton, Colorado. After consideration of the evidence presented, the Special Master determined that Claimant had not established that he was disabled as defined by the ADA and Rehabilitation Act. Stated simply, Claimant was able to carry on the activities of daily living. Those activities were not limited by his claimed disabilities. The Special Master determined that the only discrimination allegations presented by Claimant related to the quality of medical care he had received. Such allegations may not be adjudicated under the ADA and Rehabilitation Act. *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134, 1143 (10th Cir. 2005).

Claimant retains the right through September 30, 2008 to file an appeal from the denial of his claim. That appeal would be heard by Judge John L. Kane, Jr.

Claimant has been convicted and sentenced on a new case. He has been transferred to the Ft. Lyon Correctional Facility (FLCF) in Ft. Lyon, Colorado. His complaints in his letter refer to occurrences at the Denver Reception and Diagnostic Center. In light of his transfer to FLCF, the

complaints that Claimant has may be moot. At this juncture, nothing further can be done to assist Claimant as his damage claim has been denied. His sole remedy is to appeal. The remainder of his complaints are dismissed as moot in light of his transfer.

    IT IS HEREBY ORDERED that Claimant retains the right to file an appeal of the denial of his claim, provided that the appeal is filed on or before **September 30, 2008**; and

    IT IS FURTHER ORDERED that the remainder of the allegations of Claimant are denied without prejudice in light of Claimant's transfer to FLCF.

    SIGNED this 28th day of July, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master