IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-278
Category: Untimely Filed Claim
Claimant: Jeffrey L. McIntyre, #130195
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

THIS MATTER came before the Special Master on the letter of Jeffrey L. McIntyre. In his letter, Mr. McIntyre requested help concerning his criminal conviction. He alleged that he did not receive proper representation by counsel.

An order was issued indicating that the Special Masters have no jurisdiction over criminal cases. Claimant was advised that he could file a claim if he believed that he was disabled under the Remedial Plan. Mr. McIntyre has not filed a claim. Mr. McIntyre should contact the Office of the Public Defender or the state court in which he was convicted and request appointment of counsel. The Special Masters have no jurisdiction to help him in any way.

IT IS HEREBY ORDERED that the case of Jeffrey L. McIntyre is denied, as he has not filed a claim and he came into the custody of the Colorado Department of Corrections after August 27, 2003 and the Special Masters have no jurisdiction over this matter; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 30th day of July, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master