IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

_____

Claim Number X-281
Category: Untimely Filed Claim
Claimant: William Hunt, #76326
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER came before the Special Master on a copy of a letter from William Hunt. The letter was addressed to counsel for the Class, but a copy was sent to the Special Masters. Mr. Hunt had not filed a claim with the Special Masters.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant was granted up to and including July 28, 2008 in which to file a claim form. No claim has been received from Claimant.

IT IS HEREBY ORDERED that the claim of William Hunt is dismissed, as Claimant failed to file a claim form as required by the Remedial Plan; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file

an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 1st day of August, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master