IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-284
Category: Untimely Filed Claim
Claimant: Mary E. Slocum, #136693
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master on a letter from Mary E. Slocum. The Special Master determined that Ms. Slocum had not filed a claim. A claim form and informational sheet were sent to her. She was given the opportunity to file a claim. No claim was filed by Claimant. In addition, there was no indication that Claimant was in DOC custody on or before August 27, 2003.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    The DOC Inmate Locator indicates that Claimant was sentenced on May 30, 2007 in Morgan County. It is clear that Claimant was not in DOC custody on or before August 27, 2003. The Special Master has no jurisdiction over this claim.

    IT IS HEREBY ORDERED that the claim of Claimant Mary E. Slocum is denied, as

Claimant came into the custody of the Colorado Department of Corrections after August 27, 2003 and the Special Masters have no jurisdiction over the claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

      SIGNED this 1st day of August, 2008.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master