IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-290
Category: Untimely Filed Claim
Claimant: Ralph Gassman, #53611
Address of Claimant: ACC, P.O. Box 300, Canon City, CO 81215-0300

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

THIS MATTER came before the Special Master on the claim form of Ralph Gassman. In that claim form, he checked the boxes for hearing impairment and vision impairment, as well as diabetes. He also stated that he came into DOC custody on March 27, 2008.

Since it appeared that the Special Master might not have any jurisdiction over the claim, a show cause order was issued to Claimant. Despite being granted up to and including July 28, 2008 in which to respond to the order to show cause, Claimant has filed nothing further.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

The Special Masters have no jurisdiction over the claim, as Claimant entered into DOC custody after August 23, 2003. The claim must be dismissed.

IT IS HEREBY ORDERED that the claim of Ralph Glassman is denied, as Claimant came into the custody of the Colorado Department of Corrections after August 27, 2003 and the Special Masters have no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 1st day of August, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master