92-cv-00870-EWN

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2008

GREGORY C. LANGHAM
CLERK

#1

7-27-08

Dear Honorable Judge Kane,

Hello Sir, I am writing to you concerning my disabilitys and my frustrating problems in obtaining help and honesty in testing and in true facts concerning my mental Health and mobility problems from the Colorado DOC, only because of who I am to them. As they all hate me from the officers to the medical and mental health staff.

I've put in for the Montez Suit, and I am a class member. But these people of DOC have denyed me proper testing and have denyed me being disabled even though. By there own documents and diagnosis of me proves me disabled. As I will show to you in some of there own documents I am inclosing in this package but I can't supply more because officers who are trying to have me killed, just recently destroyed hundreds of Documents I had to prove all of this with as they destroyed all of my personal proprety. But I will provide you with what I can Sir, and hopefully it will be enough to peek your intrust and you will order Someone to honestly look into this matter as I am desperate Sir for help as I am in great pain and am Suffering.

I filed an A-D-A grievance on 10-10-07 concerning these my disability issues, and my step one grievance was responded to by Ms Cathie Holst, Manager of AIC-A-D-A inmate Coordinator. In her response dated Nov 13, 2007. I understood in it on #1 response that, well it Says #1. "Your revised Accommodation Resolution, including your mental Health and mobility statues, is pending.

She then goes on to Say on #5. That she contacted Dr Jim Michaud DOC mental Health Director and that he stated on 11-1-07 that my mental Health treatment will continue and that during the past few years I've had 10 self injuries which were not suicide attemps. And he mentions that the most recent self injury was on the (over →

date of 7-26-06. Sir on that date I slit my wrist took an overdose overdose and shoved a sharpened pen cat cartrige into my cut vein vein. So that after I passed out from the OD I'd continue to bleed to death. But I was discovered at like 2 am and I was rushed from my facility to the ST Thomas moore hospital in Down town canon city in an Ambulance. where my stomach was pumped and my cuts were tended to. I was then admitted into the hospital as an in patent [sorry, I don't know how to speak it] where I was kept for 3 days then I was sent to the infirmary where I had compleatly lost my mind and they said that I wouldn't respond or speek to anyone for more then a week. I was then sent to the San carlos mental Health facility in Pueblo Colo where I was kept for 3 months.

And sir that was not a suicide attempt??? ofcourse it was!
And so were all of my previous attemps.
Also many of my other suicide attemps have been very very bloody with blood all over me all over my cell. walls floors just everywhere.

The way that they dill with me here at this facility is that when I get like that compleatly out of controll is to strip me out put me in a freezing cold cell with chains on top of chains on me and when I bang my head on the walls or I bite my arms open they place me into a helmit, but I'm so out of it that I come out of all of them chains and I destroy them 3 hundred dollar helmets Sir. And then the officers make fun of me the nurses to and I go crazy because the voices I hear get really angry. But no matter how out of controll I am they will not take me to the DOC infirmary where I could be 4-pointed and be protected from myself. As there own policys state that they should.

Sir as you can see from some of the forms I am inclosing as in Attachment A-1. It is them who diagnosesed me with a major Depressive Disorder, Recurrent, Severe with Psychotic Features. Also with Post-Traumatic Traumatic Stress Disorder and many more serious mental health sicknesses problems and diagnoses. (next

#2

that do render me impaired and disabled sir.

And as you could see from the next Document I am inclosing sir that I am an admitted sex offender who is begging for treatment. See Attachment A-2 ok.

It is because of this sickness of Pedophilia sir is the whole and compleat reason why these people hate me so badly that there willing to lie so clearly and state that there is nothing wrong with me mentally or physically even though its there own paperwork that proves me disabled. You see my crimes took place in this town of canon city where they continue to keep me housed so that I can be abused tortured beat lyed about set up and just abused in every way possible. As theyve done to me for the past 16 years sir.

And as you can clearly read in Attachment A-3 A C-DOC Administrative Regulation please see under proceedures Sir. The criteria for placement at a CDOC mental health unit. It says that the following criteria will guide recomendations for placement. 1. a offenders must meet the criteria for a diagnosis of a P-3 through P-5 mental illness as defined in the mental health procedures manual. I do

Sir I am a P-3-C currently. The (C) stands for chronic meaning that its on on going and not exspected to get better. Sickness.

See A. 1(c) I am at risk for self injury as stated by there own admission that just in the past few years Ive had 10 self injurys. And I also hurt myself almost daily sir. As when I hear the voices and see the faces in the mirror I offten bite myself.

Then see under proceedures A-2 It states that offenders placed in DOC mental Health units must have shown significant impairments in there level of functioning related to there mental illness or devalopmental disabilities. This may be shown by factors such as the following. Incident reports, Code of penal Discipline (COPD) violations, conflicts with other offenders, or need for Special Supervision and suport services

#3 /over

Sir <u>I meet all</u> and <u>everyone</u> of them requirements to be placed at a CDOC mental health facility. As I have shown to you with just a few of there own documents and believe me there are hunders more that say even worse things about my mental Disability but a just dont have them currently and I'm compleatly indeigent so I can't buy them eather (No placement at a mental Facility, <u>for me</u>, no proper diagnosis of me. <u>To yous</u>. But only lies from them to you.

But please see Attachment A-4 ok. 1st See where I put the Star ✸ That shows that I am a required P-3-C as I told you I was. Then see where I put the circle O? This shows me being placed at the SCCF Son carlos correctional facility in pueblo colo on 7-28-06 through 11-22-06 3 months as I said after that suicide attempt.

Then as you continue to read this document Sir you can see that my mental impairment has gotten me plenty of COPD reports violation, that I've had <u>constant</u> conflicts with other offenders and need for special supervison and suport services as it states in the Administrative Regulations that <u>these things would show my impairment</u>. Correct Sir?

So Sir as you can see that all of these are to be used <u>as</u> requirements <u>as criteria</u> for placement correct? well <u>instead</u> these very things are infact being used agenst me. yes I promise you.

Mental health Dr John Storer <u>has promised</u> me and my family that I'd be placed at a CDOC mental facility and year after year he lies and I go nowhere.

Then now in Jan of 2008 I was told to just give them 3 months of good behavior and that <u>then</u> I'd be placed at a mental Health facility. So I gave them the 3 months of good behavior. Then they said <u>no</u> give us several mental health sessions where you are not claiming to be a victum of DOC staff abuse. So I did that. And still I've not went anywhere.

Then they said well we would had let you go but 7 months ago you had a COPD report for coming out of go your (next

Hand cuffs, well Sir if that happened 6 months 7 months ago. They already knew about it, and didn't have to play the games of give us 3 months good behavior as you can see from Attachment A-4 where I put the X. I've given them more then 3 months of good behavior. I still have had problems of biteing my self and other things but I cant tell them because instead of them helping me. They'll use it agenst me as yet another reason to deny me placement at a CDOC mental Health unit Sir. That is wrong.

Now concerning my mobility issues Sir. I am in constant all day excruciating tormenting pain my intire body burns with pain as if all my skin has been scraped off and my body is bloody and raw.

I can not Sit down and I havent Sat down for at least 3 years Sir. To write to eat, I have to fold up my blankits and put my pillow on top of them and I have to kneel down to eat. To write. And even this I can only do for several minuts at a time.

To use number 2 is very hard and painful for me I cant hardly sit down long enough to use the rest room. And I only attempt to when I cant help it any longer.

When I've put in Kites to medical about this Sir, all they do is come to my cell door look in my window ask me to walk back and forth. bend over and touch my toes. And oh your ok, where is our 5 dollars. They have done this exact thing Sir to me again and again. And every time it cost me 5 dollars I cant use that inmate pay of 5 dollars to buy me my higiene products for 2 full months after a worthless medical visit because all I get is 5 dollars state pay as you can see from Attachment A-5 where I underlined it. DOC steals half of that my so called indigent

#5

/over

money. Leaving me with only 2.40 to spend a month and to pay off medical they will take that 2.40 for 2 months. Leaving me literally with nothing sir. Nothing for 2 months.

So even though I have put in probably one hundred medical kites begging for help. Finely I just gave up and resigned myself to suffering because what is the use? See?

Then one of the times I was taken into the examination room a Doctor by the name of woormers did a rectal exam on me without using no lubricant sir he said he'd just use water since they were out of lubricant I tryed to protest but he forced his finger in me. He hurt me very badly as I was already in pain down there. After that I even had more problems using number 2. And I still do.

I've put in many grievances sir but all they do is lie, lie, and lie, and get very angry at me and niglect me and mistreat me more and more.

They will not do any test that would cost them a red cent. My stomachs been painful to the touch for a very long time sir, and they just dont care. They will not order an exray. Nothing!

I had documents proving that my spine was damaged due to one of the severe beatings I was given by more then 10 Giant officers who blackend both my eyes split my lips open, bloodyed my nose pulled my hair out of my head and they spit on me and they stomped on me and broke me s. they damaged my spine sir. Even though I was handcuffed behind my back and was helpless. They then lyed and said that it was me who had assaulted them. And I was forced to take a plea bargan giving me 2 more years in prison to pay for what they done to me sir. If it were not for that my 16 year sentence would be up in December of 2008. But because of them lies set ups. Now I've got to start a 2 year DOC sentence. After I'm done with my 16 year sentence.

But I know the dates on some of them hospital

# 6

(next

Documents Sir, where I was taken to the hospital to have an M.R.I done on my spine it was many years ago and since then I've been assaulted and beat several more times by DOC officers and by inmates they forced to fight with me. I am only a tiny 120 pound man Sir.

But the dates on them M.R.I's are: September 27th 1995 and March 20th 1996 they do show several Bulging disc's and I was suposed to go back because they wanted to check and see how these were affecting my nerves. But they never took me back.

Sir siting down is an every day activity. I'll bet that you are siting down right now to read this. You <u>sit down</u> to eat, to write, to use the restroom. Right?

I know that you don't see ugly harry shadows in your mirror. That you don't hear voices Sir, that make you do things then when you do do them only you are held accountable. And sometimes I just can't help myself Sir.

I do see ugly things in my mirror every day Sir. I do hear voices that make me do bad things. And my mental Health sicknesses are considered long term and chronic. <u>Major</u> and <u>Severe</u>.

Sir <u>the reason</u> these people will not diagnoses me with a qualifying disability, even though I have <u>many. qualifying disabilitys</u> Sir.

<u>Is because then they would have to help me you see?</u> Then I would qualify <u>for programs for benifits</u> and other services. Such as accomidations. And oh boy there is no way they want me to be eligible for any of them things Sir. They want me dead Sir. Not helped.

Even though I have mental problems Sir you can see that that don't make me stupid. I do know what I'm talking about and I know when I'm trying to be destroyed and killed Sir

#7

(over

Because I feel I have no hope is ~~believe~~ why I attempted suicide on 7-28-06 because also the pain was so bad that I just couldn't take it no more.

The Attorney client privileged information dated April 29th 08 Sir states that if the DOC and the AIC disagree about weather someone is disabled or not, that the AICs decision shall controll.

But Sir all youve got to do is read the response from my grievance filed on 10-10-07 numbered CS07/08-292 Miss Cathy Holst the AIC inmate coordinator responded and as you can read in her words that she is angry at me because I called DOC medical staff worthless. Because well Sir to me they have proven themselves worthless. This grievance also states that a revised Accommodation for my case is pending. Sir that was a year ago and I'm still waiting and am still suffering.

Sir will you please personally look into this matter? Because me, all DOC is gonna do is give me the run around as they already have done for years and years now.

That document dated April 29th 08 mentioned above also states that if I were to just write you a letter Sir that you could send my issues to the Special masters to look into.

Sir these people of the Colorado CDOC are clearly committing acts of Discrimination agenst me Sir. Even a blind person should be able to see that. And I know that you arent blind Sir. But have to be a very smart person to be a judge. You see it Sir. Dont you? Please say you do.

Please order someone other then CDOC medical-mental Health to examen me Sir. To view my medical and mental Health records. I'd be willing to sign any kind of release of information I'd need to to give you access to all the pertnent information you'd need to see that I am for sure disabled Sir. In many ways I am.

Please Sir help me. And please respond ok.

Thank you so much for your time. Very sincerely yours Eugene Martinez  7-27-08  #8

Attachment A-1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Centennial Correctional Facility      Colorado State Penitentiary

P. O. Box 600
Canon City, CO  81215-0600
Phone: (719) 269-5510
FAX:  (719) 269-5545

P. O. Box 777
Canon City, CO 81215-0777
Phone: (719) 269-5120
FAX:  (719) 269-5125



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

Date:        January 22, 2008

To:          Offender Martinez, Eugene DOC# 85357

From:        Stuart Silberman   SS

Subject:     Your kite

In response to your inquiry regarding your mental health diagnoses, you currently hold the following diagnoses: Major Depressive Disorder, Recurrent, Severe with Psychotic Features, Pedophilia, Polysubstance Dependence and Personality Disorder, Not Otherwise Specified.

Previous diagnoses include: Major Depressive Disorder, Recurrent, in Partial Remission, Pedophilia, Polysubstance Dependence, Post-Traumatic Stress Disorder, Borderline Personality Disorder, Adjustment Disorder with Mixed Disturbance of Emotions and Conduct, Antisocial Personality Disorder, Depressive Disorder Not Otherwise Specified, Anxiety Disorder Not Otherwise Specified, Major Depressive Disorder, Recurrent, Unspecified, Major Depressive Disorder, Recurrent, Severe, Without Psychotic Features, Dysthymic Disorder, Body Dysmorphic Disorder / Hypochondriasis, Substance Related Disorder Not Otherwise Specified, Exhibitionism, Inhalant Dependence.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Sex Offender Treatment and Monitoring Program
P.O. Box 300
Cañon City, Colorado 81215-0300
Phone: (719) 269-5662
Fax: (719) 269-5640

Attachment A-2

## MEMORANDUM

**DATE:** January 31, 2008

**TO:** Eugene Martinez    DOC# 85357    Colorado State Penitentiary

**FROM:** Stephanie Engler / SOTMP Therapist

**SUBJECT:** Sex Offender Treatment Status

Your Sex Offender Treatment and Monitoring Program Screening (SOTMP) Questionnaire response has been reviewed. It was determined that you meet the following requirements for participation in Phase I:

1) you must have 8 years or less to PED;
2) you must have 6 months or more to your discharge date;
3) you must admit to sexually abusive behavior and be willing to discuss it;
4) you must acknowledge that you have a current problem in the area of sexual abuse;
5) you must admit that you are at risk to re-offend.

At this time, you should be considered for movement to a CDOC SOTMP treatment facility to be screened for waitlist placement in the Sex Offender Treatment & Monitoring Program.

Remember, generally the SOTMP does not make parole or community recommendations until an inmate: 1. Is actively participating in treatment and is applying what he or she is learning; 2. Has completed non-deceptive polygraph assessments of his or her deviant sexual history. Monitoring polygraph exams must also be non-deceptive; 3. Has completed a comprehensive and SOTMP team approved Personal Change Contract; 4. Has identified at least one approved support person who has attended family/support education and has reviewed and received a copy of the Offender's Personal Change Contract; 5. Is practicing relapse prevention with no incidents of institutional acting out within the past year; 6. Is compliant with any DOC psychiatric recommendations for medication which may enhance his or her ability to benefit from treatment and or reduce his or her risk of re-offense; 7. Is able to be supervised in the community without presenting an undue threat.

After you arrive at a treatment facility you will have the opportunity to discuss you sexually assaultive behavior with a member of the SOTMP treatment team. They will have the opportunity to review your PSIR and other documentation that we use as the factual basis of your behavior. It is in your best interests to be completely honest at that interview. This letter is no guarantee that you will be deemed ready for treatment at your next screening interview. (As a reminder to you, per AR550-12 you will not be eligible for earned time award for program participation until you have participated in the program successfully for 30 days.)


**Stephanie Engler / FCF SOTMP Therapist**

xc: Mental Health File, Working File, Department File, Offender

over

On 3-4-08 I spook to mental Health mr Silberman at my cell door. I told him that I had stood up all night writing my last will and testiment to my family and I showed it to him.

■ told him that Eugene was going kill himself soon. He told Eugene that he was told to weed out the offenders that were getting COPD reports and take them off the list to go to the offenderss with mentall illnesses program at C-C-F. when it is by them factors such as COPD reports and incident reports that show an innate impairment and are Supose to be used as qualifiyers to place a mentally ill inmate into a DOC mental health unit. As stated in DOC administrative Regulation 600-06 placement and release from DOC mental health units under Procedures.

He ignored everything Eugene ■ said as always and said I've got to go and he left.

Eugene Martinez

Attachment A-3

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Classification | Placement and Release from DOC Mental Health Units | 600-06 | EFFECTIVE 10/15/07 |

    D.    <u>Level of Functioning/Impairment</u>: Refers to a clinical assessment of the severity of an offender's debility related to mental health problems based on symptomatic behavior and his/her ability to manage the demands of everyday life.

    E.    <u>Mental Health Units</u>: Units designated by the executive director and staffed and operated to provide specialized treatment services to offenders who have mental illnesses or developmental disabilities. These units include the San Carlos Correctional Facility, the Colorado Women's Mental Health unit at the Denver Women's Correctional Facility, and other units as designated by the executive director.

    F.    <u>Offenders with Mental Illness (OMI)</u>: Offenders that meet the diagnostic criteria for one of the diagnoses identified in the Mental Health Procedures Manual. These disorders usually produce significant impairment in the individual's level of functioning.

    G.    <u>Organic Mental Illness</u>: A set of psychiatric diagnoses identified in the Mental Health Procedures Manual based on organic etiology.

IV.    <u>PROCEDURES</u>

    A.    <u>Criteria for Placement in DOC Mental Health Units</u>

        1.    The following criteria will guide recommendations for placement:

            a.    Offenders must meet the criteria for a diagnosis of a P3 through P5 mental illness, as defined in the Mental Health Procedures Manual; or

            b.    Offenders must meet the criteria for a designation of developmental disabilities, as defined by a Developmental Disabilities Needs Level code of DD3, DD4, or DD5 (Mental Health Procedures Manual); or

            c.    Offenders must be at risk for self injury due to a mental disorder.

        2.    In addition, offenders placed in DOC Mental Health units must have shown significant impairment in their level of functioning related to their mental illness or developmental disabilities. This may be shown by factors such as the following: incident reports, Code of Penal Discipline (COPD) violations, conflicts with other offenders, or need for special supervision and support services.

        3.    Offenders may be sent to DOC Mental Health units for evaluation when their mental health needs are unclear.

        4.    **Offenders assigned to the CDOC Youthful Offender Services (YOS) Program:** Offenders assigned to the YOS program will receive mental health services equivalent to those provided to adult offenders. Mental Health DOC employees and contract workers that provide services to YOS offenders will be appropriately trained for this population. YOS offenders may be placed at CDOC infirmaries, DOC mental health units, or the Colorado Mental Health Institute at Pueblo, as needed to meet their mental health needs.

| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 600-06 | 1 OF 8 |
| | CHAPTER: Offender Classification | |
| COLORADO DEPARTMENT OF CORRECTIONS | SUBJECT: Placement and Release from DOC Mental Health Units | |
| RELATED STANDARDS: ACA Standards 2-CO-4B-04, 2-CO-4E-01, 4-4305, 4-4368, 4-4374 and 4-4404 | EFFECTIVE DATE: October 15, 2007 | |
| | SUPERSESSION: 10/15/06 | |
| OPR: OCS    REVIEW MONTH: July | Aristedes W. Zavaras Executive Director | |

I. POLICY

*It is the policy of the Department of Corrections (DOC) to identify and evaluate the needs of offenders with mental illnesses and developmental disabilities and to place those offenders who are in greatest need of specialized treatment and management in specialized Mental Health units. [2-CO-4B-04] [2-CO-4E-01] [4-4305] [4-4368] [4-4374] [4-4404]* The placement of offenders in DOC Mental Health units, as with any other correctional facility, is at the discretion of the executive director of the DOC.

II. PURPOSE

The purpose of this administrative regulation is to establish the criterion and procedures governing placement and release from DOC Mental Health units.

III. DEFINITIONS

A. Contract Worker: Any person employed under contractual arrangement to provide services to the DOC: any person employed by private or public sector agencies who is serving under DOC special assignment to provide services or support to DOC programs. The employee/employer relationship lies with the contractor. All Department agreements are for a specified period and are renewable.

B. Developmental Disabilities: Refers to offenders who have been evaluated according to criteria established in the Mental Health Procedures Manual and coded as DD3, DD4, or DD5 on the Developmental Disabilities Needs Level Scale.

C. DOC Employee: Someone who occupies a classified, full or part-time, position in the State Personnel System in which the Department has affect over pay, tenure, and status.

**DEPARTMENT OF CORRECTIONS**
**ADMINISTRATIVE SEGREGATION CLASSIFICATION REVIEW**
FACILITY   CSP

CASE NO.  AS-03-30

| OFFENDER NAME: | Martinez, Eugene | D-2-22 | DOC NUMBER: | 85357 | |
|---|---|---|---|---|---|
| LAST REVIEW DATE: | 04/04/2008 | | PAROLE ELIGIBILITY DATE: | 05/09/2002 | |
| | | | DISCHARGE DATE: | 12/09/2010 | MRD |

Initial reason(s) for placement in Administrative Segregation.    PLACEMENT DATE:   03/19/2003

- [X] Conduct poses serious threat to security of a facility.
- [X] To prevent imminent injury to an inmate(s) or to an employee(s).
- [ ] To contain or prevent or quell a riot.
- [ ] To prevent serious property damage.
- [ ] To prevent escape, and/or
- [ ] Other (Specify)

*Attachment A-4*

**SUMMARY/30 Day Review:**  P-3C

Martinez was placed in Ad Seg. at CCF on 03/19/2003 due to becoming disruptive and creating a serious security breach when he refused to let staff remove his cuffs. He later slipped out of his cuffs and threw them out an exterior window. Martinez has an extensive history of institutional violence including an Assault in 05/2002 when he broke another inmates jaw.

He arrived at CSP from CCF on 04/24/2003. He has continued to be a management problem. He was temporarily moved off grounds between 7/28/2006 and 11/22/2006 to SCCF. His most recent COPD conviction was on 01/22/08 for a Class II-27, Verbal Abuse. He received Negative Chrons on 05/05/07 for being uncooperative with staff; on 06/09/07 for being uncooperative with staff; on 06/03/07 for making racial comment to other offenders; on 08/09/07 for making racial comment to other offenders; on 09/15/07 for making racial comments towards other offenders; on 10/08/07 for threats; on 10/30/07 for threats. He was Force Celled on 11/04/07 for smearing feces in his cell and refusing to cuff and was then placed on Special Controls. Negative Chron on 11/25/07 for refusing to cuff up; on 12/8/07 for verbal abuse; on 2/7/07 for verbal abuse; on 12/5/07 for verbal abuse; on 12/12/07 for complaining then covering his window; on 12/10/07 for covering the window and demanding to be moved; on 12/10/07 for verbal abuse; on 12/8/07 for refusing to uncover his window; on 01/05/08 it was suspected that he urinated in the virex bottle after he used it. He has been on special controls on 12/21/07, on 11/4/07 and on 05/14/07 due to sharpened metal being found in his cell. He has been at Quality of Life level 2 since 12/25/07. Reduced to Level I on 2/27/2008.   Back to Level II on 3/5/2008.  Behavior has been appropriate since then.
*Thats a lie though. There was never no metal found in my cell sir.*

He has completed the Anger Management program on 03/26/04, the Crime Impact on Victims program on 11/05/04 and the Prison Life Skills program on 02/25/05. He was denied at the Classification Committee for a continued behavioral review on 04/12/05. He will be presented to the Classification Committee when behavior and criteria have been met. He has been Unassigned since 11/22/06.

**DECISION OF COMMITTEE:**

RETAIN IN Administrative Segregation:   X  Yes    ___  No    Recommended Custody: _____

JUSTIFICATION:
- [X] Continue Behavioral Review
- [X] Erratic/Disruptive Behavior
- [ ] Lack of Program Participation
- [ ] Other _____

- [ ] High Risk
- [ ] Continues STG Affiliation
- [ ] Recommend Progressive Move
- Pending: ___ STG  ___ SOTP  ___ Other

COMMITTEE MEMBERS' SIGNATURES:

C/M:  D. Combs          C/M: *Moore*          Committee Chairperson: *James Allen*

DATE OF REVIEW:   05/07/2008          DATE OF NEXT REVIEW:   06/2008

**ADMINISTRATIVE HEAD REVIEW:**   ✓ APPROVE    ___ DENY
COMMENTS:

S/ *(signature)*   05/16/08
Administrative Head                         Date

**OFFENDER SERVICES REVIEW:**   ___ APPROVE    ___ DENY
COMMENTS

S/ _____
Director of Offender Services         Date

Distribution: Department, Working, Offender

# COLORADO DEPARTMENT OF CORRECTIONS
## Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 06/01/2008 - 07/10/2008
Printed: 07/10/2008

*Attachment A-5*

**Name:** MARTINEZ, EUGENE
**Number:** 85357
**Location:** C.S.P. - CSP/UNIT D

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 6/01/08 00:00 | Beginning Balance | | -834.30 | 0.85 | | | 0.00 | 0.85 | |
| 6/03/08 11:22 | Canteen #5916166 Hold | | | 0.85 | CANTEEN | 0.51 | 0.51 | 0.34 | |
| 6/04/08 06:40 | Canteen Order #5916166 | -0.51 | -834.81 | 0.34 | | | 0.00 | 0.34 | CS |
| 6/09/08 17:11 | 1 D POD-UNASSIGNED | 4.83 | -829.98 | 2.76 | | | 0.00 | 2.76 | CS |
| 6/09/08 23:32 | MENTAL HEALTH CHRONIC | -5.00 | -834.98 | 0.00 | | | 0.00 | 0.00 | CS |
| 7/03/08 16:31 | 1 D POD-UNASSIGNED | 4.83 | -830.15 | 2.42 | | | 0.00 | 2.42 | CS |
| 7/10/08 23:58 | Ending Balance | | -830.15 | 2.42 | | | 0.00 | 2.42 | |

**Total Deposits:** 9.66
**Total Withdrawals:** 5.51

### Account Information as of 07/10/2008 11:04AM

| | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** -830.15 | **Total Money in Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $0.00 | **Available Balance** | $2.42 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**