**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2008

GREGORY C. LANGHAM
CLERK

July 20th, 2008

Judge John L. Kane                    Discrimination A.D.A. VISION Disability Issue
Federal District Court                ** Request immediate Sanction and Hearing **
901 -- 19th Street  Rm A-105
Denver, CO 80294-3589

RE: <u>Montez v Owens</u> 92cv00870 / 96cv00343
    claim member:<u>Rudnick</u>-- DOC # 68432 -- Claim #: 01-092  Catagory I

Dear Judge Kane:

This is to inform you of 'new' changes going-on here at this <u>Limon</u> Prison which now threaten us 'eyeglass wearers' for having in our possession, regular street issue 'wire frame' eyeglasses. I take this as a serious threat against my sight!

Certain staff have taken this NEW STIPULATION and applied it along with an obscure C.D.O.C. Admin. Reg. rule to 'snatch-up' <u>NON-State issued</u> eyeglasses, claiming our eyeglasses are now "contraband". (Some even got Disciplinary Reports for having "unauthorized possession". Whatever their excuse, this will not be tolerated.

As I stated when I first filed into this <u>Montez</u> case; IF they let us get our own eye accommodations prior to 1995 (I was imprisoned in 1992) WHY are they now choosing to "control" what we use to "see with"? I ordered my eyeglasses through a catalog <u>this facility kept in the Library</u> along with Sears, Penneys, J.L.Marcus, and others.

WHY NOW is it something they feel is so terrible to use for our VISION that they will send Security Officers in-force to 'punk-us' for our glasses?

Everyday there are new arrivals with "street glasses". Why do they need to swap-them-over to some inferior State Issue type? Why is this an issue that some <u>NON-DOCTORS</u> are now pushing for stricter enforcement? What is it they have against <u>our</u> vision accommodation? Who's agendas or convenience are they serving?

This "Threat" must be dealt with NOW before someone takes this matter way. left.
            [it <u>is</u> personal to us and these 'take-aways' seem to never end]
What's next? Replace pace-makers with cracker-jack boxes?

This matter demands a quick resolution and necessary CHANGE to the 'Stipulation' agreement (something "we" made NO agreement to). Please read the attached notice and LET ME KNOW when we can set-up a HEARING on this matter [as well as obtain an immediate sanction against this 'attack' on our VISION accommodations]

Thank you.

Sincerely,

[signature]

                                        James Rudnick
                                        C.D.O.C. / L.C.F. #68432
                                        49030 State Highway 71
                                        Limon, CO. 80826

MONTEZ 92cv00870 / 96cv00343　　　　　　　　　　claim: 01-092 RUDNICK
　　　　　　　　　　NOTICE

The most recent "Stipulation" claims and accommodations are NOT ACCEPTABLE nor LEGALLY cover issues brought to this court's attention <u>before</u> regarding the accommodations for VISION DISABILITY and/or standard vision correction.

The parties involved in the creation of this "stipulation agreement" NEVER consulted with nor investigated the claims of all of us prisoners with VISION DISABILITY issues essentially created by the C.D.O.C. defendants' never-ending 'rule changes' and 'latest restrictions' harming those of us NEEDING proper eye correction vision care and vision accommodations NO LONGER available and NOT provided with suitable alternatives under current operation or this 'stipulation'.

Was there even an EYE PROFESSIONAL or SPECIALIST consulted before making this 'stipulation (1)' in the agreement (that we had no part of) ?

This paragraph (1) VISION accommodation serves only D.O.C.'s agenda and simply re-states what the D.O.C. <u>already has</u> on their Administrative Rule (A.R.).

VISION DISABILITY does not simply go-away with the supplying of STATE ISSUE eye-glasses (one-size-fits-all philosophy) just as MOBILITY DISABILITY won't go-away with the supplying of wooden legs to each person in that catagory.

The paragraph (1) VISION stipulation does not cover many other eye related 'correctable' issues which are the subject of DISABILITIES causing hardship and unnecessary suffering while incarcerated and needlessly "restricting" even 20th Century accommodations which we had when first imprisoned.

This equates to harm beyond prejudice, or job availability with a disability, but it is now become another form of State imposed torture where ONLY what "they feel you should get" based upon some "policy maker" [not a doctor] ideals for the C.D.O.C.'s convenience and costs, is the Medical treatment accommodation ignoring anything outside this written policy such as:
Vision issues untreated now:
　　Glare protection for light sensitivity (especially for those with thick
　　　　eyeglass lenses) [not covered by prison canteen purchase 'clip-ons]
　　Control of the eye "shape" due to glandular condition (special contact lenses)

　　Astigmatism and 'Blind-spot' correction and testing- Facility equipment is
　　　　limited and/or outdated or out-of-calibration
　　Eyestrain issues, Limiting physical activities and job types
　　　　Remedies: magnifyer, reading lenses, eyeglass-straps, safety applications
　　　　　extra pair glasses, tinting, light-thin lenses, small diameter lenses,
　　　　　contact lenses and solutions, possibility of surgery option, and so on.

All of this could be supplied and maintained by the C.D.O.C. as they have in the past for many of us imprisoned or by the allowance of 'self-purchase' through outside suppliers.

When is the C.D.O.C. going to come out from trying to keep United States Citizens in the "dark" ages with substandard medical care somehow believing we deserve it because we're in prison and that makes it 'justified'?

Since when did the D.O.C. become 'all knowing medical professionals' to dictate my VISION ACCOMMODATION needs?

How is it that "being legally blind without corrective lenses" is NOT considered a disability simply because the C.D.O.C. gives you eyeglasses? and How is it that this C.D.O.C. "giving" you eyeglasses that don't work now justifies the taking of our personal eyeglasses already in our possesion obtained through "eye specialists" who know our specific accommodation needs?

This C.D.O.C. facility has repeatedly provided inferior exams and eye glasses [of substandard quality] failing to serve realistic accommodation needs for this 21st Century we now live in.

Their eye glasses fail to satisfy what was available back in the 18th Century.

They have demonstrated to me personally (for the last 5 or 6 times) not only the inability to provide proper vision correction, but the inability to show professionalism acting-out with hostility against any of us for attempting to explain or complain about our vision problems not being accommodated. The same expression is given: If you don't like it, don't come to prison.

Their lowered standards and expectations for our VISION accommodations now act as punishment for having vision disabilities they cannot understand.

The facility has shown bias and prejudice with inconsistant provisions of accom--modations offering and supplying (or selecting) some prisoners for these 'special' surgery options, eye glasses with tint, with reading lenses, with magnifyers, with special contact lenses (and solutions)..[just like the kind I had when I entered this prison and had been previously permitted to order replacement lenses and solutions..now no longer allowed..for no legal reason] and I also do not get the 'specialist' doctor care denying me the ability to get exams for lens correction prescriptions that others get.

Since when is simply DOING TIME in prison now a justification for punishing us over our disabilities by denying proper vision accommodation, outside doctor 'specialist' exams and prescriptions, and modern vision treatment options?

You don't think, 'forcing' substandard vision, is not torture?

The C.D.O.C.'s exclusive control - demanding "State Issue Only" eyeglasses of inferior quality, inferior fit, and inferior materials, which outright FAIL to serve my specific vision accommodation needs is equivelent to 'cobbling me' to satisfy their limited comprehension of my disability, and to practice medicine without a license.

They don't even recognize VISION as a disability

Facility Doctor eye exams are poorly equipped to recognize serious vision loss /correction issues, and because of this C.D.O.C. "control", the Doctors are unable or unwilling to provide proper "available" corrective accommodations.

2

These defendants are going out-of-their-way with specific rule changes and determination to deny and block "outside doctor (specialist) recognized issues" and their prescriptions, because they now put their own agendas often stating 'cost and convenience' over our medical needs. And they treat Specialist or other outside medical professional exams, opinions, and findings, as some insignificant irrelevent 'recommendation' they do not need to consider.

Additionally, they force these outside doctors to sign <u>waivers of powers</u> to reduce their professional services to mere 'recommendations' of less importance than their own agendas. Equivelent to a gag order (not permitting them to commun--icate with prisoner patients) and squashing whatever treatable medical condition they recognize (and typically will prescribe accommodations for) to something these defendants feel is 'moldable' into non-existance if it doesn't fit the A.R. or other restrictive policies.

If the goal is to save money - Why deny the 'self-purchase' program we had prior to 1995 (at this facility) which was 'standard practice'?

Just "doing time" (since 1992) somehow "opens the door" to increase daily hardship forcing us to endure BAD VISION by: State Issue ill-fitting glasses, that are stupid looking, old technology (thick plastic lenses), non-functional for my vision issues, and do nothing to hold my eye shape like contact lenses did... for this to be allowed with no accountability, no professional or moral responsibility to do what's right?

I was sentenced to the C.D.O.C. <u>as my punishment</u>, NOT for the C.D.O.C. to <u>add</u> their own punishments!

1st  Medically recognized poor vision IS A DISABILITY. Giving glasses (that don't work) don't cure VISION DISABILITY. Prosthetic legs don't cure MOBILITY DISABILITY, and a prosthetic that don't work, only ADDS to his disability!

2nd  Arbitrary and whimsical C.D.O.C. reasonings for Medical Care/Treatment policy changes (when they are not medically trained professionals) acts as practice of medicine without license and is a felony! And the "taking" of our personal (street purchased) eyeglasses and contact lenses is Theft!

3rd  Current medical practice on prescription eye wear accommodation (under these C.D.O.C. policy changes) acts to CHANGE MY SENTENCE by changing conditions of confinement, and serves as additional punishment (without cause) violating my 4th, 5th, 8th, and 14th amendment protections. Such punishment by purposeful "maiming" or cobbling an individual with his disability is an unconscionable inhumane act of torture making this person worse-off now than when I started this prison term and violates the very purpose of 'CORRECTIONS' mission.

4th  There is NO REASONABLE JUSTIFICATION given for denying eye wear obtained from outside sources. Not gang related, not social or security issue, not safety issue, not a cost issue, not medical issue.

5th  Serious accountability error - believing this vindictive torture treatment using a medical disability issue as cause to somehow change policies to <u>deny</u> existing standardized and modern accommodation to serve ONLY the convenience of the C.D.O.C. will not go unchallenged because the pain and suffering is REAL and ongoing with no end unless actions are taken.

3

When prisoners are left in a position without hope for resolve to matters causing them significant hardship and suffering, where the challenges in-house have all proven futile and the courts fail to aid with realistic rulings that could give some help, and when the attornies in this A.D.A. Montez Class action fail to give effort to provide relief from the obvious mountians of complaints filed in this matter, or to file effective paperwork for us to the court, it becomes only a matter of time before a boiling point is reached and the number of prisoners fed-up with this "system" take action into their own hands.

The way this medical policy "changes" have occurred and the way these Defendants have handled our serious medical issues with indifference seeking only to serve their own agendas, now puts their live at risk.

Forcing people (especially already angered prisoners who are hurting and have had enough 'excuses' and delays) to "swap" their good eyeglasses and contacts, and other vision accommodations _for some garbage_ the State has now gone to, as if to justify some one-size-fits-all standard and which ADDS to the harms caused by inadequate vision accommodations only puts fuel on the idea they will NEVER get relief or results from all this paper-pushing and forcing them to believe there is no alternative.

It's as if they want us to resort to violence. Inciting us to riot and fight for "humane treatment". Who can stand for some "bully" taking what they want, and what works for us, for something that don't work and only adds to our misery?

Try taking eyeglasses from the wrong guy. You're dealing with real human beings with real issues and real pain that by these policy changes, there is no remedy or relief in sight.

Who are they to claim what they give us is "good enough"?

By this same logic and example, anybody can simply take what they want (including lives) if we replace them with what we feel works best for us, because it serves our agenda. No one elses opinion matters!

This issue certainly 'cries-out' for an immediate STOP "order" by this Court and a HEARING to determine a better "stipulation agreement" [one which includes ALL the medically prescribed VISION accommodation needs of our 'imprisoned citizens' _and_ the means to get proper EXAMS and to see 'specialists' when needed].

> I've worn glasses for 40 years, and contact lenses for 30 years. Who are these NON-doctors to _make_ VISION accommodation _decisions_ _against_ what works for us, what is cheap, and what is readily available and already in our possession? AND, when they _do_ _supply_ _the_ _same_ 'contact lenses' to others here in this facility?

What they are doing here is wrong, and YOU as Judge over this matter, have the authority to ACT now to stop this barbaric torture against the disabled.

Respectfully Submitted,

[signature]

James Rudnick
C.D.O.C. # 68432
L.C.F. 49030 State Highway 71
Limon, CO 80826

4