IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs,

- vs. -

BILL OWENS, et al.
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 19 2008

GREGORY C. LANGHAM
CLERK

COPY

---

Claim Number: 03-420
Category: III
Claimant: Santos Romero, DOC#. 48563
Address: KCCC-CCA 49777 County Rd. V, P.O. Box-2000, Burlington,
        Colorado 80807

---

**MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO FINAL
ORDER OF THE SPECIAL MASTER - PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 53(g)(2).**

---

**COMES NOW,** Plaintiff/Claimant, <u>Santos Romero</u>,Pro-se, and hereby
request for an extension of time for filling his objection to the
final order in this case by the Special Masters. As grounds in
support thereof, Mr. Romero states as follows:

1.     The Motion to Object to the Masters Final Order is due on
two separate dates of which Claimant needs clarifed of which to
follow. The first was received <u>June 2, 2008</u>, from the Special Mas-
ters, with an EXTENSION date <u>August 18th, 2008</u>. The second received
<u>June 16th, 2008</u>, directly from the U.S. District Court for the Dis-
trict of Colorado, with an EXTENSION date of <u>August 29th, 2008</u>.

2.     Mr. Romero request a second extension of an additional 90
days so the Court will process fewer MOTION of EXTENSION. No add-
itional EXTENSIONS are anticipated. Although Claimant has had se-
veral set backs from moving three times, 26 days in **Seg.**, and a
week lockdown for a facility shakedown. All three delays had three
own complications in not allowing Claimant access to the Law Lib-
rary for necessary time for research.

3.

3.     Defendants have been allowed an EXTENSION for compliance to May 1st, 2009. Plaintiff feels it proper for his EXTENSION request.

**WHEREFORE,** Mr. Romero prayfully request the Court grant this request so he may properly complete his objection in his ADA claim to the Courts.

Respectfully Submitted this 18th day of August ,2008, By: _Santos Romero_ ,

---------------------------------------------------------------

### CERTIFICATE OF MAILING

I, SANTOS ROMERO, hereby certify that on this 18th day of August ,2008, a true copy of the foregoing document was logged and deposited in the institution's iternal mail system with First-Class Postage Pre-paid and addressed to the following:

Judge Richard M. Borchers
Judge Bruce D. Pringle
Judge Richard C. Davidson
Special Masters for the United States District Courts for the District of Colorado

Legal Resolution Center
7807 Zenobia Street
Westminster, Colorado 800-4444

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

_Mr. Santos Romero_ ,Pro-se.
Mr. Santos Ronero, DOC#:48563
KCCC-CCA/Inmate Legalmail
P.O. Box - 2000
49777 County Road V
Burlington, Colorado 80807