Claim No. 03-138 Montez V. Owens 96-N-343 (Bretz)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 19 2008
GREGORY C. LANGHAM
CLERK

Dear Judge Kane Jr.

I'm writing today in the hopes of having you correct the wrong & interveen on behalf of my needs & at the same time help a humanitary cause. Your my last hope, it seems as tho Judge Davidson has joined Colo. D.O.C. & given them a free pass to kill us & place us in excessive medical suffering & inhumane con-finement.

Please forgive my mis(spelling) Im self educated & only completed a 7th grade level w/ G.E.D. later in life. Ive also done all motions pro se because Ms. Grisen wont handle our individual cases under the Montez case.

My case is unique as I will be dead soon & I want Colo. D.O.C. held accountable for their actions. They know Ill be long since dead before I can get a new hearing, so I hope your a humane man & can step in & correct these wrongs. The systematic abuse & cover-ups have went on long enough, someone has to stop all this.

My ammona levels in my blood these days are very high, causing some confusion. So while Im clear headed & sound mine I will attempt to out line some of these humanitary(an) violations & systematic abuses by Colo. D.O.C. & their medical dept. heads & staff.

On 07-23-07 Judge Davidson issued an order, in this order that Colo. D.O.C. claim is vauge or not detailed in as much as specific, giving them (C.D.O.C.) full disgress-ion to imbody their involvement & authority to choose & dictate all medical oversight & use their long term doctors & even change their doctors orders to meet a prior D.O.C. facility practice & guidelines

#2

This order IV. outlined several specifics & very detailed stages, as you will find yourself upon a review now. The language used is clear:

I. "Conclusions of Law" - "CDOC to provide proper medical care" - "unique circumstances" - "CDOC is ordered to send Mr. Bretz to "OUTSIDE" orthopedic & neurosurgery specialists" - "promply treat Mr. Bretz" - "as directed", by specialists" - "shall include his back, leg, ankle."

III. "Claimant moved to a facility where he can receive care & where his restrictions can be accommodated."

Your Honor I was seen by a 9 yr. associate & medical partner "under contract by CDOC" of Sterling. His loyalties are to CDOC only. Dr. Franz & Dr. Fenton held a conference in Dec. 07 1½ months after I was seen & Dr. Franz had Dr. Fenton change his orders to her specifics & ones that meet CDOC interests, not my medical concerns or needs. Dr. Fenton is not outside nor indepentant & free of CDOC influence or directions

In 05-08 May of this year I seen a Dr. Koons in Pueblo, he told me he & Dr. Franz discussed my medical needs & he has decided he wont do back surgery on me. That I'm now classified as terminal & it would be too costly for back surgery & care when I'm so close to death (1 year?)

He stated he will do 3 epirduals only for the next year. After that I should be dead or near death & probably bed ridden, no need to control back pain.

Dr. Koons is a 20 yr. plus contractor of CDOC he never examined me, he never discussed my medical he only consulted Dr. Franz & copied the order.

#3

DR. KOONS IS PARTNER TO DR. LILLY, THE PREVIOUS DOCTOR WHO ORDERED SURGERY & SPECIFIC CARE. NOW DR. KOONS HAS GONE & CHANGED EVERY ORDER/EXAM/CARE HIS PARTNER HAD ORDERED TO MEET DR. FRANZ'S INFLUENCE & DIRECTIVES.

PERSONALLY A CONFLICT OF INTEREST HAS BEEN MADE IN THEIR ACTIONS. CONTEMPT OF COURT, OBSTRUCTION OF AN ORDER & FALSE RECORDS SUBMITED BY ASSIST. ATTY. GENERAL TO THIS COURT IN AN EFFORT TO COVER UP THE CDOC ABUSES & DELIBERATE INDIFFERENCE, MALICIOUS CONDUCT CLEARLY SHOWS HUMANITARIAN CONCERNS.

I REMEMBER YOU AS A YOUNG JUDGE IN 1980 COMING INTO THE WALLS & SHUTTING DOWN THE PRISON. WERE ALL MUCH OLDER NOW, YOUR READY TO RETIRE & IM NOW READY TO MEET MY DEATH. I JUST HATE ITS AT THE HANDS OF THESE PEOPLE, EVEN THO IM NOT SENTENCED TO DEATH. BUT WE KNOW THE COLO. COURTS ARE FAMOS FOR LIFE/DEATH SENTENCES FOR NON-CAPITOL/NON-HABITUAL CRIMES.

SIR I HAVE HEP-C, LIVER CANCER, I GOT AN ORDER FROM THE U.S. DIST. COURT FOR TREATMENT IN 2003. COLO. D.O.C. IGNORED SUCH ORDER. THE U.S. DIST. COURT ONCE MORE ALLOWED THEM A FREE PASS. NOW MY CHANCE OF TREATMENT IS PAST & IM DEAD WITHIN MONTHS NOW. NO LIVER TRANSPLANTS & NO HEP-C TREATMENT IN COLO. D.O.C., TOO COSTLY, ITS CHEAPER TO KILL US VERSE TREAT US!

YOUR HONOR THERE IS TOO MUCH INFORMATION IVE GATHERED/EXPERIENCED OVER THE YEARS. THE VAST AMOUNTS IM SURE WOULD BE VITAL TO YOUR HUMANITARIAN EFFORTS TO REMOVE THE ABUSE OF COLO. D.O.C. PRISON SYSTEMS.

I WOULD APPRECIATE AN ORDER FOR HEARING OR AN ORDER TO HAVE THE U.S. MARSHAL'S OFFICE COME UP HERE

#4

Record a statement on a video player, for your review.

On 08-16-08 all my current medications were stopped by Dr. Franz & her Major Brian Webster who calls all the shots at S.C.F. Medical Dept. Now.

I'm to the point now where I can hardly walk, my leg swells up 24/7, the pain is so severe it causes vomiting, black outs & soiling pants/bed. I have to have my cell-mate help me with my socks/boots & simple tasks no man should ever need to ask. I'm forced to walk over 1½ miles a day to eat meals or starve. When I did go to med-line we were forced to stand in such line for an hour as a norm w/no benches in weather that's rain & snow w/no protection.

Your Honor deaths in Colo. D.O.C. are signed off as natural causes & no exam ever done. The Hep-C death & poor care has grown to new excessive levels just in 5 years. Ft. Lyons the federal V.A. property given to Colo. D.O.C. for a medical facility only has 40 medical beds. The other 550 prisoners there are general population, not medical as the intentional design. Why?

My case manager gave me his personal phone # to give you here, so you could call him. He wanted to talk with you, about my health & others here. I sent that in a letter back in June. Your clerk gave it to Judge Davidson, who gave it to the Asst. A.G. who gave it to Dr. Franz who called my case manager asking what he had to tell you. He was then removed from my case load & transferred to seg. unit that very next day. & never seen again.

#5

I'd like to (hope) think this U.S. Dist. Court would exercise its power to correct the wrongs here in Colo. DOC & its abusive medical staff.

I'm going to close in the hopes we can set-up a hearing, or taping of statement before I'm dead. I also enclosed an order written by Dr. Fenton in his nurses hand writing that was hand delivered by S.C.F. staff for my immediate case. (pain) All ignored & denied & then changed to what Dr. Franz wanted. A medication that will kill me faster because of my liver.

I'm enclosing a P.D.R. page (2) to show you that & a page made record in court last that will verify my liver cancer & very short time of life. I'm sure the courts have a consult to verify such.

I can't do more at this time, I'm sick, in very much pain & finding it hard to focus now. I prayer you can step in & address my issues expressed in such an informal fashion.

Respectfully Submitted
Kevin Mark Beebe
#46584
P/O Box 6000 Unit 4
Sterling, CO.
80751

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

ADMINISTRATIVE
Page 1 of 1

Printed By: WEBSTER, BRIAN R
Printed at: 05/06/2008 10:57:13
Encounter#: 1666876 @ SF

| 46584 | BRETZ, KEVIN M | Facility: | SF | LU: | SCF/UNIT04 | C | 1 | 6 | B |

**SUBJECTIVE**

Active Medication(s): AKWA TEARS - NA - ONE DROP(S) IN EACH EYE FOUR TIMES A DAY , ***NON-FORM EXP: 6/11/08***; HCTZ - 25MG - ONE TABLET DAILY; HYTRIN - 2 MG - ONE CAPSULE AT BEDTIME; TENORMIN - 50 MG - ONE TABLET TWICE DAILY; VICODIN 5/500 - 5MG/500MG - TWO TABLETS TWICE DAILY , ***NON-FORM EXP: 6/5/08***
(MUST REWRITE EVERY 30 DAYS); XALATAN OP SOL - 0.005% - ONE DROP IN EACH EYE EVERY NIGHT; ZESTRIL - 10 MG - ONE TABLET EVERY MORNING
Note: Labs returned with HCV Type 1a, Ammonia is elevated, 159.

Temperature:   Pulse:   Weight:
Respiratory:   BP:   /

**PLANS / ORDERS**
Allergies: CODEINE SULFATE; PEN VK 250MG; PENICILLIN G

AFP, Plasma Ammonia, CBC, Diff, LFT's q 3 mos x 12 mos.

F/U appt to discuss labs.

[handwritten notes:]
Nbn Fast sugar
113
mild ↑ SGOT, SGPT
typical chr ?
A1C 6 -??
.. 2hr p.c.
NH4 ↑ 159 → Don't
exact as PIT normal / enzyme good
etc
Hep C - 1a
CBC - NO leukopenia
1) Need SXS
2 hr pc
2) ultrasound liver

**OBJECTIVE**

Chart review.

Pain med is Tylenol based...2 Gms daily.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
571.5 - CIRRHOSIS LIVER W/O MENTION ALCOHOL
88325 - COMPREHENSIVE REVIEW OF DATA

[handwritten annotation:] FROM COURT RECORD SUBMITTED BY ASSIST. A.G. ON MY MOTION OF OBSTRUCTION FILED LAST.

Datetime: 05/06/2008 10:47
Providers: WEBSTER, BRIAN R

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 05/06/2008 10:47   Provider: WEBSTER, BRIAN R   DateTime

absolutely no excuse to deny needed medical care to him. Mr. Bretz is in the custody of the state. He is unable to provide his own medical care and CDOC is charged with the responsibility to provide reasonable medical care. In this case, this has not been done.

## IV. ORDER

IT IS ORDERED that, based upon the foregoing Findings of Fact and Conclusions of Law, Judgment be entered in favor of Claimant Bretz and against Defendants ordering CDOC to provide proper medical care to Claimant. Because of the unique circumstances of this case, CDOC is ordered to send Mr. Bretz to outside orthopedic and neurosurgery specialists for examination and to promptly treat Mr. Bretz as the specialists direct. The examination shall include his back, leg and ankle conditions.

IT IS FURTHER ORDERED that Claimant shall be awarded the sum of $1,500.00 as compensation for his maltreatment.

IT IS FURTHER ORDERED that Claimant be moved to a facility where he can receive care and where his restrictions can be accommodated.

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Final Order of Special Master pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed on or before September 23, 2007 with the Clerk of the United States District Court at the following address:

> 901 19th Street
> Denver, CO 80294

SIGNED this 23rd day of July, 2007.

BY THE COURT:

/s/ Richard C. Davidson

Richard C. Davidson,
Special Master

---

Darrel T. Fenton, DO
SRM Surgical Sepecialites
1405 S. 8th Avenue, Suite 101
Sterling CO. ~~80728~~ 80751

oxycotin 20mg
1 q 12 hrs #30

08:10 hrs 11/10/07 B/P
11/07/07 & 11/10/07 B/P

7