IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Santos Romero, Claim # 03-420

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Extension of Time to File an Objection to Final Order of the Special Master (doc. #3548), filed August 19, 2008, is GRANTED up to and including October 29, 2008. No further extensions will be considered.

Dated: August 19, 2008

Service of this order shall be made via NEF, with standard mailing to Mr. Trujillo.