IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92--870 (OES) (Consolidated for all purposes with Civil Action No. 96—343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 2739 E. Las Vegas Street, Colorado Springs, CO 80906

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's "Declaration for Entry of Default." He argues that he filed on objection to the final order on his claim and that Defendants have failed to respond. He argues further that he is entitled to entry of default.

The claim process came about as the result of a settlement reached in this case. The Remedial Plan is the settlement document and provides in Paragraph XXXII for a claim process for inmates and former inmates of DOC. Claimant filed a claim and it was adjudicated. Claimant prevailed, in part, on his claim and was awarded $250.00. The settlement of the case created the claim process. Absent the settlement, each individual inmate or former inmate would be required to file his or her own lawsuit. The settlement was a contract between both sides and is in derogation of the common civil law.

The Remedial Plan provides only one basis for appeal. "These awards may be appealed on an abuse of discretion review to the Honorable Judge Kane." This sentence is the only one that provides for any right to appeal. The right of appeal to Judge Kane is a contractual provision of the Remedial Plan.

The Federal Rules of Civil Procedure do not apply to the claim process. Further, Defendants have no obligation to respond to an appeal of any award by a claimant. There is no basis for Claimant's motion for entry of default. The process of review of objections to final awards rests with Judge Kane. Claimant will receive full review by Judge Kane, but he may not seek entry of default.

IT IS HEREBY ORDERED that Claimant's "Declaration for Entry of Default" is denied.

SIGNED this 20th day of August, 2008.

                          BY THE COURT:

                          */s/ Richard M. Borchers*

                          _____
                          Richard M. Borchers
                          Special Master