IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-134
Category III
Claimant: Michael Stephen Forbes, #68650
Address of Claimant: JHCC, P.O. Box 548, Lexington, OK 73051

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER came before the Special Master on the letters of Claimant that have been sent to the Court. These letters have been referred to the Special Master for review and formal action.
An order was issued to Defendants directing them to file a response. The response has been filed. Claimant was granted up to and including August 9, 2008 in which to file a reply. Nothing further has been filed.

Claimant is presently in the custody of the Oklahoma Department of Corrections. He previously was in the custody of the Colorado Department of Corrections (CDOC). From the information provided by both sides, it appears that Claimant has discharged his Colorado sentence and is now serving an Oklahoma sentence.

In his letters, Claimant alleges that he has not received the money awarded to him on his damage claim. He further has alleged a number of health and retaliation issues that he has been facing. Each of these areas will be taken separately.

*Receipt of Money*: Claimant was awarded $500.00 in damages after his hearing. It is not disputed that he has not received this money.

Defendants have requested that Claimant complete and sign a W-9 form in order to process the award. There is no question that Claimant has received a W-9 form but has chosen not to sign

it. As a result, he has not received the money that was awarded to him.

The Special Master has not been presented with any reason why a claimant should not fill out and sign a W-9 form. In non-prison settings, plaintiffs in personal injury cases are requested to complete and sign a W-9 form before any proceeds of a settlement are paid to them. The Special Master will not compel Defendants to pay Claimant without receiving a W-9. If Claimant wants his money, he will need to complete and sign a W-9 form and return it to counsel for Defendants.

*Health Issues and Retaliation*: Claimant has made allegations of denial of health care and retaliation. He has asked for various orders to be entered on his behalf.

The Remedial Plan provides in Paragraph XXXII that claimants will be able to file *pro se* claims for damages. Nowhere else in the Remedial Plan is there any provision for inmates to file *pro se* pleadings. Class counsel represent all members of the class during the compliance period.

The United States Court of Appeals for the Tenth Circuit has held that there is no authority for a court to act upon *pro se* pleadings filed by an inmate, where there is class counsel. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant's remedy is to contact class counsel and seek assistance on those issues that are part of the class action. In this case, Claimant will need to contact counsel for the class (see certificate of mailing). A copy of this file will be sent to counsel for the class for such action as is deemed appropriate.

In addition, Claimant is no longer in CDOC custody. To the extent that he is seeking relief as to on-going CDOC procedures, Claimant's motion is moot, as he is in the custody of the State of Oklahoma.

IT IS HEREBY ORDERED that Defendants do not need to provide Claimant his award until he completes and signs a W-9 form; and

IT IS FURTHER ORDERED that the Special Master will taken no further action on any other request of Claimant in light of the *McNeil* decision; and

IT IS FURTHER ORDERED that a copy of this file shall be provided to counsel for the class; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 13th day of August, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master