IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-243
Category III
Claimant: Eugene Navarro, #83708
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER came before the Special Master on the general objection of Claimant. Defendants were directed to file a response and have done so. Claimant was granted the opportunity to file a reply to the response of Defendants. Claimant has filed nothing further.

Claimant's objection to the final order of the Special Master will be referred to Judge Kane pursuant to the Remedial Plan. To the extent Claimant has raised concerns about incidents that have occurred since the issuance of the final order, those will be referred to counsel for the class. The Special Master and Court lack the authority pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991) to take any action on a *pro se* motion which affects issues of the class. Claimant should contact counsel for the class.

IT IS HEREBY ORDERED that Claimant's objection to the final order will be referred to Judge Kane for action; and

IT IS FURTHER ORDERED that the motion of Claimant will be referred to counsel for the class for action as deemed appropriate by counsel.

SIGNED this 11th day of August, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master