Original

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870(OES) with Action No. 96-N 343

JESSE MONTEZ, et al.,

   Plaintiffs,

-vs.-

Bill OWENS, et al.,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 20 2008
GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-058
Category III
Claimant: Lawrence Robert Warfield #54622
Address of Claimant: 2739 E. Las Vegas St. Colorado Springs Co 80906

---

## Declartion For Entry OF Default

Comes Now: Claimant: Lawrence Robert Warfield, hereby declares:

I am the claimant herein: The Claimants' Notice And Objection To Final Order of Special Master herein was filed on the 25th, day of February, 2008.

The court files and record herein show that the Defendants were served by mail with a copy of the claimant Motion on February 25th, 2008.

More than 20 days have elapsed since the date on which the Defendant's herein were served with a copy of claimant's Motion, excluding the date thereof.

The Defendant's have failed to answer, respond or otherwise defend which it might have had, upon affiant or any other claimant herein.

Defendants are not in the military service and are not infants or incompetent.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 15th day of August, 2008.

*Lawrence R. Warfield*
LAWRENCE R. Warfield

## Certificate Of Service

I hereby certify that I have mailed a true and correct copy of the foregoing; <u>Declartion For Entry OF Default</u> by U.S. Mail 1st Class postage pre-paid. On this 15th day of August, 2008, to the parties below:

Clerk of Court
The United States District Court
For The District Of Colorado
901 19th Street, Room A-105
Denver, Co 80294-3589

Special Master For The U.S. District Court
For The District Of Colorado
Legal Resolution Center
7907 Zenobio Street
Westminster, Co 80030-4444

Mr. James Quinn & Mr Jess Dance
Office of the Attorney General
1525 Sherman Street 5th Floor
Denver, Co 80203

By: *Lawrence R. Warfield*
2739 E. Las Vegas St.
CJC    2F4
Colorado Springs, Co 80906

(2)