Judge John L. Kane
Byron White Courthouse
1823 Stout Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
CLERK

August 21, 2008

RE: Montez Stipulations, April 4, 2008

92cv00870-EWN

Dear Judge Kane,

I am a diabetic and am covered as a disabled person under the Montez lawsuit against the Colorado Department of Corrections.

I am concerned about one of the stipulations in the April 4, 2008 list of stipulations. My concern is about the eyeglass policy described in item 1. The Department of Corrections is taking this stipulation and attempting to apply it to all of D.O.C. including all the non-disabled inmates. I am concerned that the extremely large plastic (goggle-like) glasses that D.O.C. issues will be more of a burden than a solution. I currently have nice glasses that are custom-fit to my face and nose. There is no good reason to force everyone to change to the cumbersome, one-size-fits-all plastic glasses.

Was it acceptable for this stipulation to be made by our representatives without input from effected, disabled people? I am wondering if this is a violation of my Constitutional rights under the 5th and 14th amendments. I am hoping that action can be taken to change this stipulation.

Thank you for your help with this matter.

Sincerely,

Ellsworth D. Pettit

Ellsworth D. Pettit 98151
AVCF-6A
P.O. Box 1000
Crowley, CO 80134

cc: file