From:   FOR ALL COMMUNIQUES ELSEWHERE:
        UCC 1-308 Without Prejudice"
        Brandon-Baxter:Tyler ®, Authorized Representative
        d/b/a BRANDON BAXTER TYLER ®, DEBTOR
        SIX-FIVE-SIX-FOUR State Highway NINETY-SIX
        City of Olney Springs, Colorado state united States of America
        DMM Reg. Sec, 122.32; Public Law 91-375, Sec. 403

*********************************************************
        EDWARD NOTTINGHAM, U.S. DISTRICT COURT JUDGE
To:     FOR THE UNITED STATES DISTRICT COURT
        DISTRICT OF COLORADO
        d/b/a CLERK OF COURT
        901 19th STREET                 *92 cv 00870-EWN*
        DENVER, CO 80294

******************************

Date:   August 21, 2008

RE:     **NOTICE OF PUBLIC RECORD**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
                    CLERK

### NOTICE OF PUBLIC RECORD

RESPONDENTS ARE DIRECTED TO TAKE NOTICE OF THE UCC-1 DOCUMENTS ON NOTICE AT THE STATE OF COLORADO, DEPARTMENT OF LICENSING UCC DIVISION FILE(S) 20072039886   M

RESPONDENTS ARE DIRECTED TO TAKE NOTICE OF THE COMMERCIAL SECURITY AGREEMENT NON-NEGOTIABLE-NON-TRANSFERABLE NON-NEGOTIABLE-PRIVATE BETWEEN THE PARTIES **NO. #BBT-0828741820-SA;**  COMMON LAW COPYRIGHT NOTICE **NO. #BBT-1994127-CLCN;** TRADE-NAME/TRADE-MARK NOTICE **NO. #BBT-3182006-TNTM;** HOLD HARMLESS AND INDEMNITY AGREEMENT **NO. #BBT-030373-HHIA;** POWER OF ATTORNEY LIMITED **NO. #BBT-0685179-01-POAL;** BILL OF PEACE IMPOWERED BY OPERATION OF LAW **NO. #BBT-0828741820-BOPIBOOL** ON NOTICE AT THE STATE OF COLORADO, DEPARTMENT OF LICENSING UCC DIVISION FILE(S) **#20072039886   M**

                        "UCC **1-308** Without Prejudice"

                        *UCC 1-308 w/out prej Brandon Baxter Tyle*
                        Brandon-Baxter:Tyler ®, Authorized
                        Representative, Attorney-In-Fact,
                        Secured Party/Creditor, For BRANDON
                        BAXTER TYLER...,® **ENS LEGIS**

No. SAPUONADO-082819741820-BBT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes
with Civil Action No. 96-N-343)

Jesse MONTEZ, ET AL.,

TYLER BAXTER BRANDON ®,
Ens Legis and STRAMIMEUS HOMO,
        Plaintiff (s)

- V -

Brandon-Baxter: Tyler ®, Lawful man,
Injured Third Party Intervener

- V -

BILL OWENS, ET AL.,
        Defendant (s)

Claim Number 03-306

Category III

Claimant: Brandon-Baxter:Tyler Ⓡ, Secured Party/Creditor

Special Apperance for TYLER BAXTER BRANDON...Ⓡ ENS

LEGIS and STRAMINEUS HOMO

Address of Claimant: Crowley County Correctional Facility,

6564 State Highway 96

Olney Springs, Colorado [81062]

SPECIAL APPERANCE PETITION UNDER OATH AND NOTICE OF

ACCEPTANCE OF OATH AND BINDING OFFER TO FORM A PRIVATE

CONTRACT TO PROTECT MY UNALIENABLE RIGHTS AND

PLEADING SPECIAL CIRCUMSTANCES WHEREIN CLAIMANT

HAS BEEN DENIED THE RIGHT TO REBUT RICHARD M.

BORCHERS, SPECIAL MASTERS FINAL ORDER DATED

MAY 12th, 2008, PREDICATED UPON EMPLOYEE(S)

OF CROWLEY COUNTY CORRECTIONAL FACILITY DESTROYING

CLAIMANT(S) LEGAL PAPERS AFTER APRIL 18, 2008 RIOT

WITHIN THE FACILITY, DENIAL OF ACCESS TO LAW LIBRARY,

DENIAL OF ACCESS TO MEDICAL RECORDS ORDERED BY

SPECIAL MASTER AND CLAIMANT PLEADING FOR ORDER

THAT HE BE ALLOWED ACCESS TO LAW LIBRARY, AND

JUDGMENT RENDERED PURSUANT TO AFFIRMATIVE SPECIFIC

AVERMENT RULE 8(a)(5), 8(b), 8(c) AND 8(d), RULE

9(a) FED.R.CIV.P., RULE 12(h)(3), UCC 3-401 SUPRA, AND

CERTIFICATE OF APPEAL ABILITY PURSUANT TO 28 U.S.C 2253

AND AN PROTECTIVE ORDER AGAINS ANY FURTHER
RETALIATION OF DESTRUCTION OF CLAIMANTS PROPERTY

---

1) A matter must be expressed to be resolved

2) In commerce, Truth is Sovereign

3) Truth is expressed in the Form of
an Affidavit

4) An un-rebutted Affidavit
stands as Truth in Commerce

5) An un-rebutted Affidavit
becomes the judgment in
commerce

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

2

"Indeed, no more than [affidavit] is necessary to make the prima facie case" United States v. Kis, 658 F.2d 526 (7th Cir. 1981) Certiovari Denied, 50 U.S.L.W. 2169; S.Ct. March 22, 1982

I, Brandon-Baxter: Tyler®, Sui Juris, intervenor, lawful man, live living breathing flesh and blood man upon, under my unlimited liability and commercial oath, affirm according to law, hereby state the following under penalty of perjury:

I, Brandon-Baxter of the Tyler family (Brandon-Baxter:Tyler), a foreign neutral, am over the age 18 years, and am competent to give testimony as a witness in a court of law or other official proceedings, appearing by special appearance and not generally

That, Brandon-Baxter of the Tyler family is Secured Party/Creditor [U.C.C. 1-201(12)], Holder-In-Due-Course [U.C.C. 3-302] of the Document of Title, [U.C.C. 1-201(15), 5-102 (A)(6), Trade Name Owner and Record Owner of TYLER BAXTER BRANDON®, aka TYLER BRANDON®, aka BRANDON B. TYLER® and any variations or derivatives thereof or therefrom, spelled in upper or lowercase, printed or written

3.

whole or in part, ENS LEGIS and STRAMINEUS HOMO, Debtor [U.C.C. 4-9-402]. Secured Party is not now, nor has Secured Party ever been, nor will ever be, an accommodation party, nor a Surety, for the purported debtor, TYLER BAXTER BRANDON ®, aka TYLER BRANDON ® aka BRANDON B. TYLER ®, and any variations or derivatives thereof or therefrom, spelled in upper or lowercase, printed or written whole or in part in Hold-Harmless and Indemnity Agreement Number BBT-030373-HHIA, all of which are registered with the Colorado Secretary of State License Division Number # 20072039886 M and the Secretary of Treasury, 1500 Pennsylvania NW, Washington, D.C.

BRANDON-BAXTER: Tyler ® herein Aggrieved Party [U.C.C. 1-201 (1)] states that there are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, dosen't mean I accept those definition.

4.

FOR AND ON THE RECORD:

1)   On December 7, 2007, Special Master Richard M. Borchers held a hearing at Crowley County Correctional Facility (CCCF) in Olney Springs, Colorado. Present were Chris Albert, Attorney For Defendants, and Dr. Orville and the (Claimant); Brandon-Baxter: Tyler.

2)   Testimony was received from Dr. Orville Neufeld, D.O. Defendants' Exhibits A through Z were offered and admitted into evidence.

3)   Testimony was also provided by Brandon-Baxter: Tyler (Claimant), but the hearing was discontinued at the Request of (Claimant) predicated upon defendant's Failure to provide (Claimant) with medical records as Ordered by Magistrate Judge Richard M. Borchers

4)   That, on the record Magistrate Judge ruled in favor of Claimant and ORDERED as a operation of Law, a "Right" (Claimant) had evidence forced from him and claimant had to sell medical records and witness affidavit(s) to substantuate injurie(s) inflicted upon his person to his Mother at his expense of $123.00, relevant to his claim of Colorado Department

5.

of Corrections, abusing the (Claimant) on multiple occasions, inflicting physical, mental, emotional pain and suffering, resulting in serious injuries

5) That, (Claimant) was granted additional time up to and including May 5, 2008 in which to submit additional documents for consideration by the Special Master.

6) That (Claimant) was prevented from adding additional documents for consideration by the Special Master in part because his medical Records were denied him by Judy Brizendine (HHS) Health Care Manager (HH1A) after (Claimant) presented the Court Order from Special Master dated January 28, 2008.

7) That, (Claimant) was provided the ORDER from Richard M. Borchers, Special Master stating Claimant shall be provided copies of his medical records that relate to the conditions set forth in his claim form, in ORDER OF SPECIAL MASTER dated December 10th, 2007.

6.

8) That, On 04/18/2008 Crowley County Correctional Facility broke out in a "Riot", and was Locked down From 04/18/2008 to 05/04/2008 and (Claimant) was locked down in his cell For over two weeks with No access to law library or outside contact to his Mother or Family members to obtain his legal material for the May 5, 2008 hearing.    See Ex. #1        Crowley County Correctional Operational Transition Plan

9)   That, while on Facility lock down, S.O.R.T. agents hand cuffed, stripped naked (Claimant), removed him from his cell and entered his cell taking and placing in the garbage (Claimant's) legal Box (s) with his material (Evidence) For the May 5, 2008 hearing, along with the COURT ORDER from Special Master Richard M. Borchers of September 25th, 2006, that all documents related to the Claim of Brandon Baxter Tyler remain with Claimant or in Safe keeping at FLCF, and at all times, Associate Warden Wilson orchestrated we not say a word at the time of destruction of Claimants property, and his hench-man Captain Mendoza standing in front of him armed with assault weapon to inforce the Order, allowing Agent Montoya, Penrod, Caslor, Tafoya

7.

to remove claimants legal papers and place into the garbage

10) That, (Claimant) unable to retreive any of his legal documents because they had been <u>destroyed</u> in PART, denied medical records that were (court ORDERED by Special MAster by Judy Brizendine, and the Special MAster ignored and/or forgot he had Ordered the legal documents be sent back into his office to support (Claimants) claims, prompted the Special MAster to write the FiNal ORDER OF THE SPECIAL MASTER that Claimant may file a Objection to this Order pursuant to Federal Rule of Civil Procedure 53 (g) (2), but said objection most be filed with the clerk of the United States District Court, 901 19th Street, Denver, Co 80294 on or before July 21, 2008

11) That (Claimant), without any of his legal documents to support his claim(s) for injuries inflicted upon his person, at all times his intent was to put forth all the above claims into <u>evidence</u>, on the record, making the claim(s) that his legal papers were destroyed by Associate Warden Wilson, and

8.

by Crowley County Correctional Facility STAFF, and Special Master Court ORDERED MEDICAL RECORDS was ignored and denied the (Claimant), Claimant put together another petition/response accepting in part the $250.00 as a partial settlement and Petitioning the Court for further developement of the record to set forth facts mentioned above for full settlement on all relevant facts and closure of this case

12) That, (Claimant) again suffered a loss of his legal material he had prepared to use before the deadline of July 21, 2008 by the Special Master Richard M. Borchers, when on July 16, 2008, all (Claimant's) legal files were eaten by a computer virus while compleating his brief before the July 21, 2008 deadline set by the Special Master.

13) That, (Claimant) claims that lawlibrary STAFF was unable to remove the computer virus until July 21, 2008, and only in the main office computer, and (Claimant) has not had his legal disc restored fully wherein he can try to salvage whats left of his legal material if possible at all.

9.

14) That, on July 22, 2008, another "Riot" cause Crowley County correctional facility to go on lockdown, and any and all programs, the Law Library included have been cancelled, denying (Claimant) Access to the computer wherein (Claimant) can access the Court other than this hand written Petition

Furthermore, the photocopying machine also was/ has been out of ORDER and making it impossible to photocopy the last remaining Exhibits. On 7-25-2008, after a week with no photocopying available, the photocopying machine was fixed after 2:00 pm.

15) That, there is NO-controversey with this Claim. All parties are in Agreement, and further development of the record is WARRANTED, which has at all times been the (Claimant's) position granted him by the Special Master as an operation of Law, that has not occurred predicated upon destruction of (Claimant's) legal box(s) and legal documents he had prepared for his hearing referenced above.

10.

Therefore, Claimant Petitions this Court for Following:

a) That Judy Brizendine (HHIS) obey the Special Masters JANUARY 28, 2008 ORDER OF SPECIAL MASTER THAT CLAIMANT shall be provided copies of his medical records that relate to the conditions set forth in his claim form, and a contempt citation for Failure to obey Special Masters ORDER, and

b) That, Crowley County Correctional Facility Staff/agents, Montoya, Penrod, Caslor, Toroya be held liable and accountable for the destruction of Claimants legal material relevant to this damage claim, violating Special Master September 25, 2006 ORDER, and

c) That, Special Master Richard M. Borchers ORDER of May 29th, 2007 be honored that affidavits important to this case which were ordered by D.O.C. Staff that if Claimant does not ship home these documents', they will be destroyed, be Allowed As evidence in this claim to support this claimants settlement in full as an operation of LAW, and

11.

d)   That, an ORDER FROM THIS COURT be given in that Claimant is Allowed to use the computer's in order to complete his claim for this Court to review which was about complete until a computer virus destroyed it, and due to the amount of time need to try and reconstruct his presentation to this court, Claimant will need an ORDER From this court to use the computer when ever one is Available "ONLY"! and

e)   That this Court grant Claimant his day in court as agreed to, and any and all relief this court deems just and proper as an operation of law as established on the record, at all times and at all hearings, defendant's, all, have agreed to all petitions Claimant has established on the record of this court, and Special Master Richard M. Borchers has granted relief to Claimant on every point that Claimant has sworn to under oath, and agreed to every point therein as an operation of law

F) That, Claimant established on record of this Court that The State of Colorado Attorney General, John W. Suthers d/b/a Jess Alexander Dance, d/b/a James Xavier Quinn, d/b/a Robert C. Huss, d/b/a Berina Ibrisagic, d/b/a Jennifer Fox, d/b/a Chris Albert (Agent(s)/Assistant Attorney General for the State of Colorado/ STATE OF COLORADO Corp.), ALL successor office holders, your predecessor(s), and all principals, officer, employees, agents, heirs, and/or assigns in person and/or in office heretofore known as and incorporated by thereof either directly, or through any agency or Instrumentality thereof, a corporation(s) sole acting through its beneficiary members (sic), et al., and all of whom if may concern, that:

1) Brandon-Baxter OF The Tyler Family (Brandon-Baxter:Tyler®) is the flesh and blood living, live MAN, American Inhabitant, Secured Party/Creditor, Sui Juris Principal, one of the Sovereign people, MAN upon the land, NON-combatant, which 'Rights' Existed long antecedent to the organization of the State and Trustee, with explicit reservation of all Unalienable Rights, waiving Non, without recourse, Holder-In-Due-Course [U.C.C. 3-302] of the Document of Title, [U.C.C. 1-201(15), 5-102 (A)(6), Trade Name Owner and Record Owner of Straw MAN TYLER BAXTER BRANDON ®, Ens Legis and STRAMINEUS HOMO, and any variations or derivatives thereof or therefrom, spelled in upper or lowercase, printed or written whole or in part 'ab inito' from, 'ad infinitum' August Twenty Eight, Nineteen Fifty-Six, C.E.

13.

NUNC PRO TUNC, in Hold-Harmless and Indemnity Agreement Number BBT-030373-HHIA, all of which are registered with the Colorado State Secretary of State License Division Number #20072039886 M, and Brandon-Baxter of the Tyler Family is not now, nor has Secured Party ever been nor will ever be an accommodation party, nor a Surety, for the purported debtor, TYLER BAXTER BRANDON Ⓡ, nor for any other Juristic Person, Corporation of Debtors of The United States, Private Title 18. 18 USC § 7 Et Seq. Volume 20: Corpus Juris Sec, 1785 [Inc], Private Military Copyright United States Code, Title 28, 3002 (15) (A), The United States Restated at Title 28, 3002 (15) (3), d/b/a State of Colorado A subsidiary of United States District of Columbia [Inc], d/b/a George Bush United States President for the District of Columbia [Inc], d/b/a Condolezza Rice U.S. Secretary of State [Inc], d/b/a Alberto Gonzalez U.S. Attorney General for the District of Columbia [Inc], d/b/a Linda Hood Director of Internal Revenue for the District of Columbia [Inc], d/b/a Michael J. Astrue Director of Social Security for the District of Columbia [Inc], d/b/a Robert S. Mueller Director of F.B.I. for the District of Columbia [Inc], d/b/a Michael Chertoff Director of Home Land Security for the District of Columbia [Inc], d/b/a David Downs Chief Information Officer of the Department of Justice for the District of Columbia [Inc], d/b/a Carlos M. Gutierrez U.S. Department Commerce Department for the District of Columbia [Inc],

14

d/b/a Mike Coffman State of Colorado, Secretary of State [Inc.],
d/b/a Bill Ritter Governor for the State of Colorado [Inc.],
d/b/a John William Suthers Attorney General for State of Colorado [Inc.],
d/b/a Aristedes W. Zavaras Executive Director for the State
of Colorado Department of Corrections [Inc.], ALL successor
office holders, your predecessor(s), and all principals, officer,
employees, agents, heirs, and/or assigns in person and/or in
office heretofore known as and incorporated by thereof
either directly, or through any agency or Instrumentality
thereof, a corporation(s) sole acting through its beneficiary
members (sic), et al, and all of whom it may concern,

16) That, above defendant(s), all, are in agreement
with Claimant that Claimant may and has challenged
jurisdiction at any time as an issue of Law, because,
absent jurisdiction, all acts undertaken under the color
of Statute or under the color of ordinance are null
and void ab initio (from their inception), and

17) That, Claimant is not subject to the legislative
equity jurisdiction in which this Court intends to sit to hear
and determine only the facts of this matter, and not the Law,
arising from a "Bill of Pains and Penalties",

15.

18) That, Because Claimant was and is competed, under, under threat of further damage and injury, to enter this Court to demand relief, this appearance is SPECIAL, and not general in nature, and

19) That, evidence admitted to on recored before this Court by John W. Suthers, Et al., "At Law". This Court is bound by its Oath of Office to sit on the LAW side of its jurisdiction, review the facts on record in a neutral capacity and make a fair and impartial determination. and

20) That, the Facts on record, 'points and authorities' are true, correct and certain (F.R.C.P. 8d), the Affirmative Specific Averment 8(a) Claims for Relief, Personal a) [In Personam] Jurisdiction Requires only that subject matter jurisdiction be alleged, a pleading generally meets the "Notice" pleading standard if the pleading notified the adverse party of the claim for the purposed relief sought to a degree sufficient to enable the adverse party to formulate a response'; b) Rule 8(b) Defenses - form of Denials: 8(b)(3) Deemed to agree by tacit admissions. If no response, the written "Speaks for itself" for binding the party throughout the trial;

16

**21)** Fairly meeting the substance of the Averment: In a denial, the respondent must fairly meet the substance of the Averment. Denials may include legal conclusions or evidence, and a party _must_ deny portions of an Averment and admit others. Rule 8 (c) Affirmative Defenses: An affirmative defense is any fact asserted by the respondent that vitiates (negates), the opposing party's claim. This rule provides for the pleading of affirmative defense and provides that misdesignated counter claims will be deemed affirmative defense. In theory, a party must raise all affirmative defenses as affirmative defenses or they _are waived_, and that Brandon-Baxter of the Tyler family 'ab inito' from 'ad infinitum' August Twenty Eight, Nineteen Fifty Six C.E. 'ad infinitum', _NUNC PRO TUNC_, has established upon the record, defendant(s), _ALL_, have appeared on numerous dates, but has failed to answer or when answer has been withdrawn or abandoned and no further defense is made. At common law, it may be taken against defendant who omits to plead or answer whole or any seperable substantial portions of declaration. It amounts to judgment by confession with reference to cause of action states. Blacks 6th., and that all partie(s) are in agreement to the facts stated within Claimant's Petitions, Nil dicif, Nil dicit judgment.

17.

Specific Negative Averment on record for serv erced vendered, upon reflection of Fed R. Civ. Rule 9(a) relative to Fed. R. Civ. P., 12(h)(3), and obtain sua sponta the Imperative shown based upon the absolute free choice of _tacit_ recoorse for failure to rebut the/this Specific Negative Avermaent relative to Fed. R.Civ. P., Rule 9(a) to such things as subject matter jurisdiction or, absent of course, the Obligatory contractual signatory consent attached and necessary to enforce a claim for which relief could be granted per Uniform Commercial Code (UCC) at Article 3-401. SILENCE EQUATE AGREEMENT and the necessary signatory conditions needed to _state a claim_ rest upon the opportunity to sign in the nugatory, which means; futile; ineffectual; invalid; destitute of constraining force or vitality. A legislative act may be "nugatory" because un-constitutional., or agreement with the knowledge that, if per chance, "One" fails to sign (such as Notice by process of service), then "Once," under whatever authority assigned grants the party to whom such notice is received from the right of accommodation per Ucc _Article 3-415_ for conversion per _UCC Article 3-419_; with the right of enforcement per _UCC Article 9-610_, and _UCC Article 9-621_ through _UCC Article 9-624_

18.

22) That, It stands to reason, rebuttal an unnecessary recourse for the capacity of "Once," and/or it's/their representative to answer even when authorized, Meaning, It would be unnecessary when "the thing/John W. Suthers speaks for itself" [Res Ipsa Loquitur]. It goes without saying, to "One" exercising logical reason, that the only reason to rebut, it to deny, and not, such a presentment that "Once" is in agreement with either, with the general principles of the Specific Negative verme. And every general principle [or maxim of law] is its own pledge.

23) That, this is valid to proffer "Without prejudice," for the validity in truth, for services rendered, injuries, and damages, and release from custody stated by the Claimant "speaks for itself" clearly and succinctly, upon the face of the evidence in support thereof to "state a claim for which relief can be granted." or warrant and "things that are clearly true are not to be proven" (per Co., Litt. 11... commentary on Littleton," by Sir Edward Coke).

The reasoning behind the OPTION offered to the Claimant to accept the tacit response for failure to state a claim for which relief can be granted by the manner

19.

prescribed in written communique, as a *denial* per Title 28 USCA 2675 in furtherance of Title 50, Appendix Trading with the Enemy Act of 1917 Act of October 6, 1917, Ch. 106, 40 statutes at Large, Section 33, "NOTICE OF CLAIM; INSTITUTION OF SUITS; COMPUTATION OF TIME," and the implementing regulations @ Code of Fed. Reg., Title 28 Vol. I. Ch. I Part 14, specifically @ Section 9), restates solely upon this principle. The Claim Debtor can not infringe the *Superior* rights of the Creditor Brandon-Baxter of the Tyler Family _when in agreement_ by acts of Acquiescence and supporting evidence of such tacit consent as agreement (such as the doctrine of tacit consent". Thus tacit consent is infarred from the fact that the party kept silence when he had an opportunity to forbid or refuse. _Black's Law Dictionary 3rd Edition._

To further test the power to deny the Claimant's Claims/Services rendered rest upon the general acquiescence of federal power to deny (see U.S. v. Hudson @ 11 U.S. 32 [1832] wherein is stated by the court "General Acquiescence may be resorted to in determining the scope of Federal Power.").

20.

24) That, defendant(s) silence upon the record can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See U.S. v. Twell, 550 F2d 287 (1947), And that claimant has invoked UCC 4-1-103 (Sec. 45.05.006), any statute being enforced against claimant as a commercial obligation of a commercial agreement must be construed in harmony with the old common law of America under UCC 4-1-103, UCC 3-410(2), private Title USC § 7 Et. Seq., And, that if there is any presumption or assumption that claimant has a valid International contract with the above defendant, is false because no fair consideration, without my consent or authorization which is a violation of the International Private Law (the law of contract/commerce) in accordance with the International Public Order, and such presumption is done to mislead and defraud the Court and the Claimant out of threat and intimidation upon Claimant.

25) That, Claimant, out of necessity, puts this Court on Judicial Notice that he has been denied acess to the law Library for eight (8) days in a row by the law librian Mrs. Lyons when she claims all available spots are taken, when they were not from July 31, 2008 to August 6th, 2008, 20 spots are to be filled at all times which were not. See Ex.#2

26) That, Claimant presents mitigating FACTS that Crowley County Correctional Facility, overtly, has and is systemically disregarded all court orders from this court, hypothecated Claimants personal property ranging from and not limited to:

a) Medical records being refused entry into Fort Lyon Correctional Facility by Associate Warden Cheryl Smith. See Ex.#3 Affirmative Negative Avermant Affidavit of Truth of Brandon-Baxter: Tylor May 25th, 2007

b) Eye witness's to the April 23, 2008 destruction of Claimants legal Box's and personal effects by Cleotis Arnell Lewis. See Ex #4

c) Eye witness to the April 23, 2008 destruction of Claimants legal Box's and personal effects by Johnny Diamond Blade See Ex #5

d) Claimants' Incident statement, and Lost/Damaged/Stolen Personal Property Claim Claim Number P00815040134. See Ex #6

22.

e) See Exhibit #7 wherein Linda Lyons, Library Supervisor presented the Memorandum stating:

2) denying disc until Misc. Withdrawal Ticket clears, a 3 to 5 week waiting period, if indigent, no access to computers because there is no typewriters in Law library.

f) See Exhibit #8, Number 10, wherein Claimants legal document have been taken and placed in librarian and locked away

That Claimant claims, if this court fails to grant relief, that within 10 days after hearing this Petition that this Court, on its own authority, file a Certificate for Appeal ability, in good faith and without prejudice pursuant to 28 U.S.C. § 2253, Claimant asserts fraud, bad faith, "denied jurisdiction" a 'constitutional' requirement,' denied constitutional rights, denied due process of law, denied Common Law rights under Force, threat, deceit and Fraud by the court Usurper's/ Actor's et al

23.

Furtheremore, the District court will have denied to prove in personam jurisdiction and denied/failed to show proof that Claimant surrendered his status as a Common Law Citizen, and proof that Claimant surrendered his position as Secured Party Creditor [U.C.C. 1-201 (12)], Holder-In-Due-Course [U.C.C. 3-302] of the Document of Title, [U.C.C. 1-201 (15), 5-102 (A)(6)], Trade Name Owner and Record Owner of the Debtor Strawman, TYLER BAXTER BRANDON, Ens legis and STRAMINEUS HOMO, all-caps TRAD NAME; is not now, nor has Secured party ever been nor will ever be an accommodation party, nor a Surety, for the purported Debtor, or any other Federal, State employees, principals, officer, agents, heirs, and/or assigns in person and/or in office heretofore known as and incorporated by thereof either directly, or through any agency, it's predecessor(s) or Instrumentality thereof a corporation(s) sole acting through its beneficiary members (sic), et al, and all of whom it may concern, Respondents.


## DEMAND FOR ARTICLE III JUDICIAL OFFICER


The Claimant herein demands that only an article three officer hear this Petition. An article three officer is defined as follows:

24.

a) Judges of both the Supreme Court and Inferior Courts, holding office during good behavior,

b) Judges of both the Supreme Court and Inferior Courts who receive compensation for their services, which is not diminished during their continuance in office.

[27] This hearing has been called to CONFIM AND ADJUDICATE certain conclusion of law established on record before this Court, which are NOT IN controversy As agreed on by John W. Suther Et.al., The demand for this hearing constitutes a "DIRECT CHALLENGE" to the jurisdiction of this Court in the instant matter at bar.

[28] The subject matter jurisdiction of this Court is not in question here. Rather, because the matter is two fold in nature; A) Defendants have agreed to each point and Authority in Claimant's counterclaim on Record before this Court and, B) Want of Jurisdiction [WHEN A COURT ASSUMES JURISDICTION BUT LATER DISCOVERS THAT IT HAS NO SUBJECT MATTER JURISDICTION, THE COURT MUST TAKE APPROPRIATE ACTION, ALTHOUGH IT ACTED IN ACCORDANCE WITH ITS PREVIOUS BELIEF THAT IT HAD JURISDICTION.]

See AMERICAN JURISPRUDENCE 2d COURTS 60 PAGE 377. JURISDICTION TO RENDER A JUDGMENT IN A PARTICULAR CASE OR AGAINST PARTICULAR PERSONS MAY NOT BE PRESUMED WHERE THE RECORD ITSELF SHOWS JURISDICTION HAS NOT BEEN ACQUIRED. See OLD WAYNE MUT LIFE ASSO. Vs. MCDONOUGH. 204 u.s. 8, 51 L.Ed 345, 27 s.ct. 236. Want of Jurisdiction, A want of authority to exercise in a particular manner a power which the board or tribunal has, the doing of something in excess of authority possessed. Evans v. Superior Court in and for City and County of San Francisco, 14 Cal.2d 563, 96 P.2d 107, 116 BLACK'S LAW Dictionary Revised Fourth Edition. Hence a fact connected with jurisdiction to render a judgment may not be in the face of statements to the contrary in the record.

[29] That, this Court is placed on NOTICE that, if it fails to sit and hear this issue "AT LAW" upon a timely request, then you may have violated your oath of office to uphold and defend the Constitution of the [U]nited States of America (1787) and the Colorado Republic (1889). Such an act will serve to place you and the other parties to this action outside the realm of judicial immunity and subject to future action by this CLAIMANT Colorado Common Law

citizen of the several states as mentioned in the Preamble, in Article 4, Section 2, Clause 1 and in numerous other sections. The Attorney General of The state of Colorado, is specifically placed on NOTICE that s/he carries no shirttail immunity should s/he continue to dishonor and/or prosecute, in the absence of a determination "At Law" of the facts established on record and/or question presented herein. See Chamber Business Blacks Law Dictionary Revised Fourth Edition.

[30]   That, this Court may sit "At Law" to hear crimes and civil complaints involving a damage or injury which is unlawful under the Common Law of a state; or it may sit in equity to determine specific performance to a Contract in equity. Alternatively, as a creation of the foreign Corporate State, this Court may seat administratively in a fiction, which may be termed "Legislative equity", under authority to regulate activities not of common right, such as commerce for profit and gain, or other privileged activities.

[31]   That, once jurisdiction is challenged, and it has been, and defendant(s), ALL, have agreed there is no jurisdiction over Claimant or his property, this Court must sit on the Law side of its jurisdiction as a neutral arbitrator,

before the allegations of statutory wrongdoing can proceed. Failure to do so may subject the judge of this court to charges of perjury for violating the oath of office by refusing to uphold and protect the rights guaranteed and protected by the Constitution of the Colorado Republic and of the [U]nited States of America, and Failure to honor the contract established on record.

[32]   That, Claimant do declare and over that The STATE OF COLORADO [Inc.], A SUBSIDIARY OF UNITED STATES OF UNITED STATES, DISTRIST OF COLUMBIA, PRIVATE TITLE 18 USC &7 Et. seq. Volume 20: Corpus Juris Sec. 1785, Private Military Copyright UNITED STATES CODE, TITLE 28, 3002 (15)(A), THE UNITED STATES RESTATED AT TITLE 28, 3002 (15) (3); That all departments of The UNITED STATES CORPORATION, including The STATE OF COLORADO, all state and Federal Courts status is either 'de facto' or otherwise, ultra vires nul tiel corporations or nul charter, however, the following are operating in commerce pursuant to Erie Railroad v. ThomKins, [304 U.S. 64, 82 L.Ed. 1188 (1938)] The Supreme Court decided in the Erie Railroad case—that the decisions will be based on "commercial law or business law and will have criminal penalties associated with it. See U.C.C. 3-410

28

Principal has the primary obligation to pay or discharge any instrument presented for acceptance. A Bill of EXCHANGE [indictment] for acceptance. This is called an acceptance for "Honor", which involves a Negotiable instrument, "BILL OF EXCHANGE" [indictment] that has been accepted for payment. The Complaint, information, or indictment is a three party Draft, Commercial paper, or Bill of Exchange under Article 3 of the U.C.C. Code of Federal Regulation C.F.R. states all crimes are commercial, the Judge and Prosecutor are making commercial presentments under section 3-501, if one does not accept the charge or presentment one is in dishonor for no acceptance under 3-505 of the U.C.C. and 3-501 (2) (a), (b). When social security Number is assigned or issued a bank bond is issued and when one is imprisoned the bond is filled out, and it is called a Bid Bond, standard Form 24 (REV. 10-98) prescribed by GSA-FAR (48 CFR) 53.228 (a), Payment Bond standard Form 25A (REV. 10.98) Prescribed by GSA-FAR (48CFR) 53.228 (c), Performance Bond, standard Form 25 (REV. 5-96) Prescribed by GSA-FAR (48 CFR 53.228 (b)), Reinsurance Agreement for A Miller Act Performance Bond, Standard Form 273 (REV. 10-98) Prescribed by GSA-FAR (48 CFR) 53.228 (h)

Everything runs under the Law Merchant under U.C.C. 1-103 Section 1775.04 of Title 17 Corporations: Partnerships of Ohio Revised Code says "Rules of Law and Equity, including the Law Merchant to govern." U.C.C. 1-103 is quoted in the Administrative Manual of the Internal Revenue Service, put out by CCH and says that the law of the Merchant governs all sections in the Internal Revenue Code.

[33]   Claimant states, Now and on the record, a request to correct the government records, Attorney General Alberto Gonzalez, his successor office holder, your predecessor(s), and All principals, officer, employees, agents, heirs and/or assigns in person and/or in office here to fore known as And incorporated by thereof either directly, or through any agency or Instrumentality thereof, a corporation(s) sole acting through its beneficiary members (sic), et al., and all of whom it may concern, this includes Social security Department, I.R.S., President Bush, Mike Coffman, Diane Blannan of AUTOTRIS C.U.S.I.P, Security and Exchange Commission, SECURITY AND EXCHANGE COMMISSION, FEDERAL RESERVE BANK OF NEW YORK, NEW YORK STOCK EXCHANGE, CONDOOLEEZA RICE, COMMERCE DEPARTMENT, Respondents, that, any And All citizenship is cancelled, ALL CONTRACTS CANCELLED, ALL ADHESION CONTRACTS ARE

CANCELLED UNDER REGULATION "Z" (pursuant to TITLE 5 USC § 1635 (a), SEE AUTHORITY TITLE 12 226.23 (d) (I).

[34] THAT, the only contract(s) claimant has with Respondent(s) is on record where they have Agreed with claimant by Caveat Tacit admission on record with this Court, AND ON The record, claimant accepts all presentments For value in accord with Public Law House Joint Resolution 192, 'ab inito' From, 'ad infinitum' AUGUST TWENTY EIGHT, NINETEEN FIFTY-SIX, C.E. 'ad infinitum', <u>NUNC PRO TUNC</u>.


WHEREFORE, Claimant prays this Honorable Court grant his request as an operation of LAW, and/or Certificate of Appeal ability ON its own motion for cause 28 U.S.C. § 2253., Jurisdiction has been challenged and, proven upon the record there is Non by John W. Suthers et al., Attorney General For The State of Colorado, a 'constitutional requirement', validating the court is/was without 'IN personam jurisdiction', therefore claimant is imprisoned under a 'Void JUDGMENT', claimants liberty is under immediate and future threat, his property the Debtor TYLER BAXTER BRANDON Ⓡ, Ens Legis and STRAMINEUS HOMO [U.C.C. 4-9-402] has and is "<u>hypothecated</u>" and,

Future threat and at stake. Claimant asserts that upon record of this Court in personam jurisdiction was and is not proven, agreed upon by defendant(s), and Claimant request release from VOID ORDER, CAUSING IMPRISONMENT FROM SAME TO BE FALSE. Thus, jurisdiction is invoked per the <u>Magna Carta</u>, Chapters 61, 63, the Preamble to the Constitution for the [u]nited states of America, 1787; Article 3, Section 1 and 2, and Article 1, Section 2 of the Constitution for the [u]nited States of America (1787). Record owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from Public HJR-192 and UCC 1-104 and UCC 10-104.

Dated: <u>August 21, 2008 A.D.</u>

I, CERTIFY, UNDER MY UNLIMITED LIABILITY AND COMMERCIAL OATH, proceeding in good faith, being of sound mind, having first hand knowledge, state that the facts contained herein are true, correct, complete and certain, under penalty of International Commercial Law, under penalties of perjury, declare that I am a Colorado [C]itizen, domiciled in the Colorado Republic, and a [C]itizen of the several States united by and under the Constitution of the [u]nited States of America (see 4:2:1). I am not a "[c]itizen of the United States" (District of Columbia) nor a subject of Congress under the so-called 14th Amendment, nor a "resident" in the State of Colorado who seeks, or who is otherwise under, the protection of the so-called 14th Amendment.

32

# NOTICE OF

# CAVEAT THAT

Upon receipt of this special Apperance under OATH as REMEDY pursuant to Rule 201 (d), etc and all the above of JESSE Montez, ET AL., TYLER BAXTER BRANDON Ens Legis and STRAMINEUS HOMO, Plaintiff(s) -v- Brandon-Baxter: Tyler®, lawful MAN Injured Third Party Intervener Involuntary/Trustee, Plaintiff(s), -v- BILL OWENS, ET AL., Claim No. 03-386, NOTICE to review and respond to the above, each 'point' and authorities as enumerated above and documented above upon the public record, within 15 days upon Receipt of These Documents, allowing up to three days grace for return mail delivery.

## Nil dicit

Judgment for Plaintiff rendered when defendant has appeared but has failed to answer or when answer has been withdrawn or abandoned and no further defense is made.

## Nil dicit judgment

Nil dicit judgment entered against defendant in proceeding in which he is in court but has not filed an answer, is a "Nil dicit Judgment"; All error of pleading being waived, court examines petition only to determine if it attempts to state cause of

action ..... .. .... jurisdiction. Gonzales v Regalado. Tex Civ. App., 542 S.W. 2d 689, 691. See also Nihil decit BLACK'S 6th Ed, Claimant hereby incorporates by reference as if set forth verbatim all claims on record as if set forth verbatim, 'ab inito' from, 'ad infinitum' AUGUST TWENTY EIGHT, NINETEEN-FIFTY SIX, C.E, 'ad infinitum', NUNC PRO TUNC.

"Without Prejudice" UCC 1-207, 1-308, 1-103.6
Secured Party Creditor, UCC 3-402§(b)(1)
Authorized Representative, Attorney-In-Fact

UCC 1-308 w/out prej. Brandon-Baxter: Tyler ®,
Brandon-Baxter: Tyler ®, Secured Party
Creditor, Principal, Citizen of the Colorado
Republic, Non-assumpsit/tdc; In Propria
Persona, Sui Juris, one of the Sovereign
People, a private Man on the land, non-
combatant, American by Birth, Child of
the living God, with "Rights" Existing
long Antecedent to the Organization of
the State and Trustee, with Explicit
Reservation of ALL Unalienable Rights,

30

declaring Itinere status as
Accorded by the Hague Convention
of October 5, 1961 and the Vienna
Convention of April 18, 1961,
Waiving non, without Recourse,
Brandon-Baxter: Tyler ®,
Secured Party Creditor, Principal
For TYLER BAXTER BRANDON ®,
ENS LEGIS

ACKNOWLEDGMENT

SUBSCRIBED TO AND SWORN before me this 21st day of August,
2008 A.D., a Notary, that Brandon-Baxter: Tyler ®, personally appeared
and KNOWN to me to be the Man whose subscribed to the within
instrument and acknowledged to be the same.

_____ Seal:
Notary Public

My Commission Expires July 8, 2012

Crowley County
State of Colorado

NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
My Appointment Expires: 7-8-2012

31

*Ex. 8*

# CROWLEY COUNTY CORRECTIONAL FACILITY
# LAW LIBRARY USERS AGREEMENT:

I *Brandon Trier* **DOC# *85480*** **understand and agree that:**

**PRINT NAME**

**LAW LIBRARY:**

1. I have read the Posted Operational Rules for the law library.

2. The use of law library equipment (i.e. typewriter, computers, ribbons, law books) for legal work only.

3. I will not write, mark or damage any law library materials/equipment. I am responsible for the **REPLACEMENT COST. COPD Charges will be filed.**

4. I will have to turn in my **I.D.** in order to work on computers and typewriter or legal materials in the law library. **COME PREPARED.** Law Library personnel offender/inmate clerks **WILL NOT** loan supplies.(Pens/Pencils)

5. **Only legal materials in amount equal to a 2" thickness is allowed to be brought into the law library. Expandable folders, folders with flaps, plastic/laundry bags, etc. are not allowed.**

6. I will do **only my legal work on the legal disc** in the law library. May lose my right to be in the law library if my disc has someone else legal work on it. **Please remember that while your conversation may not be loud and distracting, the result of many conversations at once is loud and distracting. SAVE YOUR VISITING FOR THE YARD NOT THE LAW LIBRARY.**

7. Will sign up for law library by using the law library session forms only. The law library schedule is posted on the TV and Units daily.

8. Will **NOT** change any setting on the computers and will not work on computers without having a disc or will lose my use of the computers. Will not save work to the hard drive only to disc. **NO GRIEVENCE** will be typed on the typewriter or computers.

9. Library aide/other staff will announce 10 minutes last call; this is the time to hand in disc and legal material to clerks. (At the end of each session)

10. **Legal Disc's will NO LONGER be available for purchase.** Inmates with legal disc that were purchased on or before August 1st, 2008, will NO LONGER be able to use these disc, they will be stored by the librarian in a locked area. These discs are the property of the inmate who purchased the disc. These discs will be stored by the librarian in a locked area. You will have 30 days after released from CCCF to send in a letter to the librarian requesting the disc's along with a Money Withdrawal. These discs will only be mailed to the inmates address, **NO ONE ELSE.**

11. **Disc Rental-** Disc's will be the property of Crowley County Correctional Facility (CCCF), and will be stored by the librarian in a locked area. You will have **30 days** after release from CCCF to send in a letter to the librarian requesting copies along with a Money Withdrawal. These discs will only be mailed to the inmate's address, **NO ONE ELSE.**

12. NO OTHER Disc's will be brought into the law library/library. If found with any other disc will be charged with COPD charges and lost of the disc and lost of law library time.

Sign the form to acknowledge that you have read the posted operational rules and the above information, understand, and agree to all conditions described above.

*UCI-308 w/law pr. Brandon B. Tyler #85486*   Date *8-7-08*

Update August 1, 2008

 

**Crowley County Correctional Facility**
**6564 State Highway 96**
**Olney Springs, CO 81062-8700**
**Phone: (719) 267-3548**
**Fax: (719) 267-3528**

## MEMORANDUM

**TO:**          **Staff & All Inmates**

**FROM:**      Linda Lyons, Library Supervisor

**DATE:**      July 24, 2008

**SUBJUECT:**   DISC

**<u>Effective Immediately</u> inmates purchasing a disc from the library supervisor, for use in the law library will have to wait until the Misc. Withdrawal Ticket clears from DOC account office.**

Thank you

Linda Lyons, Library Supervisor

Ex #1

# IF YOU ARE PLANNING ON WRITING YOUR LEGAL MOTIONS ON A 3 ½ FLOPPY DISC,
# DON'T WAIT TO PLACE YOUR ORDER IN FOR THE 3 ½ FLOPPY DISC,
# "ORDER NOW"!
# IT TAKES ATLEAST 3 TO 5 WEEKS FOR DOC INMATE ACCOUNTING TO VERIFY YOUR FUNDS ARE IN YOUR ACCOUNT.

Ex #6

**PRIVILEGED AND CONFIDENTIAL**                                    5-1C-1

| INMATE/RESIDENT INCIDENT STATEMENT | |
|---|---|
| **Inmate/Resident Name** (Print: First, MI, Last) | **ID NUMBER** |
| Brandon-Baxter:Tyler | 85486 |
| **FACILITY NAME** (Print): CROWLEY COUNTY CORRECTIONAL FACILITY | |
| **Check One:**  ☐ Participant   OR   ☒ Witness | |

**BASED ON YOUR KNOWLEDGE:**
**WHAT DID YOU SEE, HEAR, AND DO?** (use additional pages if necessary)

On April 28, 2008, under Duress Threat and Intimidation, I was strippted searched, hand cuffed and taken out of my dwelling at Crowley County Correctional Facility, Unit 3-A-5116, against my will as an direct order. I watched my personal property being removed from my dwelling and placed in the trash. items that I could see taken from my dwelling were four (4) boxe's legal in nature that were empty of it's contents and COURT ORDER FROM MAGISTRATE JUDGE that all my legal effects were to remain with me in safe keeping . My head phones and a large bag of papers and items I could not clearly see. Once I was placed back into my dwelling, items that were missing was my        medical braces for my knees, medical sox, legal documents, my legal casing that holds my legal forms, pictures of family members, and I'm not sure what else at the present moment.

**Did you receive any injuries?** ☒ NO      ☐ YES (if YES, list below)

**Were you evaluated by Medical?** ☐ YES   ☒ NO

| SIGNATURE: UCC 1-308 w/out prej. Brandon Baxter Tyler | TODAY'S DATE: | 5-3-08 |
|---|---|---|

THIS SECTION TO BE COMPLETED BY CCA STAFF IF THE INMATE/RESIDENT REFUSES TO COMPLETE A 5-1C-1

☐ Inmate/resident refused to complete this 5-1C-1:

| STAFF/WITNESS NAME (Print) | SIGNATURE | TODAY'S DATE |
|---|---|---|
| | | |
| | | |

| Incident Number: | |
|---|---|

**Corrections Corporation of America**
**Proprietary Information -- Not for Distribution -- Copyrighted**

Page ___ of ___                                              JAN 2006

Ex 7/8

14-6D

# LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM

| Facility | Crowley County Correctional Facility | Date of Occurrence | April 23, 2008 |
|---|---|---|---|
| Inmate/Resident Name | Brandon-Baxter:Tyler | Inmate/Resident Number | #85486 |
| | | Claim Number Assigned | DMRKNLDIZ4 |

| Printed Name of Assigned Investigator (For Staff Use Only) | Chavez |
|---|---|

## LOST OR DAMAGED PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | Koss Head Phones | $ 26.74 |
| 1 | File Box | $ 06.07 |
| 1 | Fleece Shorts XXL | $ 13.78 |
| 2 | Knee Brace(s) | $ Medical |
| 1 | 1 pair of medical sox | $ Medical |
| | | $ |
| | **Total Estimated Value** | $ 50.59 |

## STOLEN PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | Koss Head Phones | $ 26.74 |
| 1 | File Box | $ 06.07 |
| 1 | Fleece Shorts XXL | $ 13.78 |
| 2 | Knee Brace(s) | $ Medical |
| 1 | 1 pair of medical sox | $ Medical |
| | | $ |
| | **Total Estimated Value** | $ 50.59 |

## EXPLAIN CIRCUMSTANCES SURROUNDING LOSS/DAMAGED/STOLEN PROPERTY:

April 28, 2008, agents from Crowley County Correctional entered into my dwelling at 3-A-5116 and removed me in hand cuffs under armed personal and removed 4 of 7 box's (legal) and took for their personal use my head phones, ORDER FROM MAGISTRATE JUDGE (4) and my watch, knee braces and medical sox in which I hold a priority lein hold on all my property, therefore it was stolen from me, and then lost and/or taken for personal use. **All Rights Reserved.**

## Proof of Ownership Attached (i.e., receipts)   ☒ YES   ☐ NO

| Inmate/Resident Signature | vccl-308 w/ot prej. Brandon Tyler | |
|---|---|---|
| Inmate/Resident ID Number | #85486 | Date: 5-1-08 |

cc: Inmate/Resident
cc: Property File

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

Page 1 of 2

03/07

14-6D

# LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM

| Facility | CROWLEY COUNTY CORRECTIONAL FACILITY | Date of Occurrence | 11/6/07 |
|---|---|---|---|
| Inmate/Resident Name | Brandon Baxter Tyler | Inmate/Resident Number | 85486 |
| Housing Assignment | 5-A-311B | Claim Number Assigned (For Staff Use Only) | |
| Printed Name of Assigned Investigator (For Staff Use Only) | | | |

## LOST OR DAMAGED PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | Bath robe belt | $ 44.58 |
| 3 | Mens Brieffs XXL | $ 10.80 |
| 2 | FLEECE SHORTS, 6XL | $ 27.56 |
| 3 | TUBE SOCKS 15EEEEE | $ 23.97 |
| 1 | SHAVER/SHAPER | $ 41.61 |
| 1 | MUSTACHE SCISSORS | $ 05.20 |
| | **Total Estimated Value** | $ 153.72 |

## STOLEN PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 3 | INSECT REPELLANT | $ 10.20 |
| 1 | VEGETABLE POWDER | $ 04.96 |
| 1 | CLIPPER, TOENAIL | $ 00.72 |
| 2 | DENTAL FLOSS | $ 01.90 |
| 2 | SEWING KIT | $ 02.56 |
| | | $ 20.34 |
| | **Total Estimated Value** | $ 20.34 |

## EXPLAIN CIRCUMSTANCES SURROUNDING LOSS/DAMAGED/STOLEN PROPERTY:

Once I was retrurned from Oklahoma, the receiving officer informed me that the above property was not included with the personal belongings before him and he informed me to file a LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM. All the above items were taken from me when I was packed out to go to Oklahoma, some of the items were placed in storage I was told and I would receive them once I returned to Colorado, which is the bases for this claim.

## Proof of Ownership Attached (i.e., receipts)  ☒ YES   ☐ NO

| Inmate/Resident Signature | ccl-308 w/out prej. Brandon Baxter Tyler | |
|---|---|---|
| Inmate/Resident ID Number | 85486 | Date: 5-1-08 |

cc: Inmate/Resident
cc: Property File

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

*Ex #5*

~~Affirmative Negative Averment Affidavit of Truth of~~

## Johnny Diamond Blade
### For
### Brandon-Baxter:Tyler
### Claim Number 03-306
<u>May 4th, 2008</u>

State of Colorado      )
                       )  -ss-
County of Crowley      )

"Within the Admiralty" The Admiralty Extension Act, Title 46 U.S.A. Appendix
ch 19-A §740

TO PUBLIC SERVANTS, OFFICERS, EMPLOYEES, AGENTS,
DEBTORS OF THE UNITED  STATES, STATE OF COLORADO, COLORADO ATTORNEY GENERAL
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
[Inc.]**

"Indeed no more than (affidavits) is necessary to make a
prima facie case." United States v. Kiss, 685 f.2d 526
562 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169;
S.Ct. March 22, 1982

### MAXIMS OF COMMERCE ARE:

1. A matter must be expressed to be resolved.
2. In Commerce, Truth is sovereign
3. Truth is expressed in the form of an Affidavit
4. An un-rebutted Affidavit stands as Truth in Commerce
5. An un-rebutted Affidavit becomes the judgment in Commerce

I Johnny Diamond Blade Sui Juris, intervenor, Lawful man, living breathing
flesh and blood man, **under my own commercial liability,** and affirm according to
law Pursuant to **28 U.S.C. § 1746,** hereby state the following under penalty of
perjury:

   1. I am over the age of 18 years, and am competent to give testimony as a
witness in a court of law or other official proceedings.
   2. I am currently in the custody of the Colorado Department of Corrections,
Crowley County Correctional Facility, located in Olney Springs, Colorado.
   3. That the statements I make now herein, is based upon my personal knowledge
and observation and, I give this statement freely, voluntarily, without coercion
or any other undue influences.

AFFIRMATIVE NEGATIVE AVERMENT AFFIDAVIT OF TRUTH OF JOHNNY DIAMOND BLADE 1 OF 3 pages

4. I arrived at Crowley County Correctional Facility on November 30, 2007 and I live in unit **3-A-5111**, in the same pod/dorm as **Brandon-Baxter:Tyler**, and five doors down from him on the bottom floor.

5. That, I have known Brandon-Baxter:Tyler about **FIVE** Months and some, and I visit his room almost every day as an friend.

6. That, I know that he had at least seven legal box(s) in his possession and, that he had posted on his box(s) and within the authorized area for posting pictures and calander his **COURT ORDER from** the UNITED STATES DISTRICT COURT Magistrate Judge **Richard M. Borchers** that all documents related to the claim of Brandon Baxter Tyler **shall** remain with Claimant or in safe keeping at FLCF pending further order of the Special Master, Signed this 25th day of September, 2006. FURTHEREMORE, he also had posted in the above mentioned areas his, **LAWFUL PUBLIC NOTICE** and **NOTICE OF PUBLIC RECORD** RESPONDENTS ARE DIRECTED TO TAKE NOTICE OF THE **UCC-1 DOCUMENTS ON NOTICE AT THE STATE OF COLORADO, DEPARTMENT OF LICENSING  UCC DIVISION FILE(S)  20072039886  M directed to:** State of Colorado a/k/a Colorado Department of Corrections d/b/a Corrections Corporations of America JOE ORTIZ and **ALL** successor officer holders, and all principals, officer, employees, agents, and/or assigns thereof either directly, or through any agency or instrumentality thereof, a corporation(s) sole acting through its beneficiary members...

7. That, on April 18th, 2008, the facility at Crowley County Correctional facility had a riot in the **West** side of the facility, which is seperate from the **East** side of the facility. I and Brandon-Baxter:Tyler live on the **East** side of the facility, fenced off from the **West** side. No rioting happened on the **East** side of the facility. Therefore, after six (6) days of policing the **East** side to restore order and place trouble makers in segregation, the facility warden decided to vist upon the **East** side of the facility with his **S.O.A.R.T.** team on **April 23, 2008,** after having the whole facility locked down on April 18th, 2008, they/Agents of Crowley Correctional Facility, hereinafter (CCCF), rained down **terror** upon the **East** side with **armed agents**, removing all of us from our cells, strip searching us and going through all our property destroying whatever the pleased from my personal knowledge when our unit officer(s) are compensating many of us with items taken and destroyed.

8. That, I visited Brandon-Baxter:Tyler's room at 3-A-5116 and, with my very own eyes I personally have seen all of his **LAWFUL PUBLIC NOTICE'S** and the **CORT ORDER** from Richard M. Borchers mentioned above in paragraph **6**, ripped off the wayy and off the box's, and four (4) of the seven (7) box's (**LEGAL**) no longer in his room, and most of his legal papers' scattered on the floor where the remain today. The agents who destroyed Brandon-Baxter:Tyler(s) legal work was shown to me on the shake down slip by his are: **Agent (Montoya), Agent (Penrod), Agent (Caslor), Agent (Tofoya). SHAKE DOWN LIST DATE April 23, 2008.** See Exhibit (A) **SHAKE DOWN LIST DATE April 23, 2008 AGENT (FLISHAKER)** AGENT (ARGO) AGENT (DAVIS) AGENT(SINDISTAIN) althouth all agent(s) names' are on it, only agent **Sindistain** entered my cell/room and searched through my personal belongings.

AFFIRMATIVE NEGATIVE AVERMENT AFFIDAVIT OF TRUTH OF JOHNNY DIAMOND BLADE 2 OF 3 pages

9. Any statements or claims in this AFFIDAVIT PROPERLY REBUTTED by facts of law, or overriding Article III supreme court rulings, such shall not prejudice the lawful validity of other claims not properly rebutted or invalidated by facts of law. Therefore, an Affidavit of Truth, under Commercial Law, can only be satisfied: (i) through a rebuttal Affidavit of Truth, point-for-point; (ii) by payment; (iii) by agreement; (iv) by resolution by a jury by the rules of Common Law.

11. Furtheremore, I do solemnly attest the foregoing facts herein are true, correct and complete, to the best of my knowledge, under penalty of perjury in accordance with the laws of the United States of America and the Law of Nations.


FURTHER Affiant sayeth not.


IN WITNESS WHEREOF, I have set my hand and seal this 4th day of May, 2008.


"UCC 1-308 Without Prejudice"




**Seal**
Right Thumb Print

UCC 1-308 w/out prej Johnny Blade
Johnny Diamond Blade Sui Juris
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, Colorado [81062]
**All Rights Reserved**


AFFIRMATIVE NEGATIVE AVERMENT AFFIDAVIT OF TRUTH OF JOHNNY DIAMOND BLADE 3 OF 3 pages

Ex # 4

**Affirmative Negative Averment Affidavit of Truth of**
**Cleotis Arnell Lewis**
**For**
**Brandon-Baxter:Tyler**
**Claim Number 03-306**
<u>May 2nd, 2008</u>

State of Colorado      )
                       ) -ss-
County of Crowley      )

"Within the Admiralty" The Admiralty Extension Act, Title 46 U.S.A. Appendix
ch 19-A §740

TO PUBLIC SERVANTS, OFFICERS, EMPLOYEES, AGENTS,
DEBTORS OF THE UNITED STATES, STATE OF COLORADO, COLORADO ATTORNEY GENERAL
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**
**[Inc.]**

"Indeed no more than (affidavits) is necessary to make a
prima facie case." United States v. Kiss, 685 F.2d 526
562 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169;
S.Ct. March 22, 1982

**MAXIMS OF COMMERCE ARE:**

1. A matter must be expressed to be resolved.
2. In Commerce, Truth is sovereign
3. Truth is expressed in the form of an Affidavit

4. An un-rebutted Affidavit stands as Truth in Commerce
5. An un-rebutted Affidavit becomes the judgment in Commerce

    I Cleotis Arnell Lewis Sui Juris, intervenor, Lawful man, living breathing
flesh and blood man, being first sworn/affirmed according to law, hereby state
the following under penalty of perjury:

    1.  I am over the age of 18 years, and am competent to give testimony as
a witness in a court of law or other official proceeding.
    2.  I am currently in the custody of the Colorado Department of Corrections,
Crowley County Correctional Facility, located in Olney Springs, Colorado.
    3.  That the statements I make now herein, is based upon my personal knowledge
and observation and, I give this statement freely, voluntarily, without coercion
or any other undue influences.

AFFIRMATIVE NEGATIVE AVERMANT AFFIDAVIT OF TRUTH OF CLEOTIS ARNELL LEWIS 1 of 3 pages

4. I arrived at Crowley County Correctional Facility on 2/11/08, and moved into the cell/room with **Brandon-Baxter:Tyler** on or about the month of March 2008, and have remained therein up to and beyond the date of this affidavit.

5. That, upon moving into unit 3-5116 with Brandon-Baxter:Tyler, he made me aware of the six (6) legal box(s) within his possession that have a Court Order from the United States District Court Magistrate Judge **Richard M. Borchers** that all documents related to the claim of Brandon Baxter Tyler shall remain with Claimant or in safe keeping at FLCF pending further order of the Special Master, Signed this 25th day of September, 2006. This I viewed with my own eyes that upon each box was the **Order of Special Master Richard M. Borchers** September 25th, 2008 taped thereon.

6. That, upon the box(s) and, placed on the wall of the room where we are to post all our permits for items allowed, was a **LAWFUL PUBLIC NOTICE** and a **NOTICE OF PUBLIC RECORD** RESPONDENTS ARE DIRECTED TO TAKE NOTICE OF THE UCC-1 DOCUMENTS ON NOTICE AT THE STATE OF COLORADO, DEPARTMENT OF LICENSING UCC DIVISION FILE(S) **20072039886 M directed to:** State of Colorado a/k/a Colorado Department of Corrections d/b/a Corrections Corporation of America JOE ORTIZ and **ALL** successor office holders, and all principals, officer, employees, agents, and/or assigns thereof either directly, or through any agency or instrumentality thereof, a corporation(s) sole acting through its beneficiary members...

7. That, on April **18th**, 2008, the facility herein at Crowley Correctional Facility had a riot in the **West** side of the facility, which is seperate from the **East** side of the facility. I and Brandon-Baxter:Tyler live on the **East** side of the facility, fenced off from the **West** side. No rioting happened on the **East** side of the facility. Therefore, after six (6) days of policing the **West** side of the facility and placing trouble makers in segregation, the facility warden decided to visit upon the **East** side of the facility with his **S.W.A.R.T.** team on **April 23, 2008** , after having the whole facility locked down on April 18th, 2008, removed myself and Brandon-Baxter:Tyler out of our room 3-A-5116, stripped us naked, looked into our private areas, and hand cuffed us and made us sit out side of our rooms as they, with **armed Agent(s), under Duress, Threat and Intimidation**, removed Brandon-Baxter:Tyler's legal material out of all his legal box's, placing them on the floor in a mess, took the **Legal Box's** and some of his legal document(s) and threw them in the trass, and told us that we could not say a word about what they were doing as they removed us from the room we lived in. The agents who worked in concert destroying personal propery of mine and Brandon-Baxter:Tyler are: **Agent (Montoya), Agent (Penrod), Agent (Caslor), Agent (Tofoya). See Exhibit (A) SHAKE DOWN LIST DATE April 23, 2008.**

8. On April 30th,2008, all of us were allowed to speak with the Unit manager Agent Chavez, with Agent Bacca about return of personal property, and myself and Brandon-Baxter:Tyler approached them at the storage area to get back property taken and, we were told some of the items were destroyed, and there was noting that can be done except replace some of the box(s) one (1) and Mr. Brandon-Baxter:Tylers' head phones, everything was lost for good.

AFFIRMATIVE NEGATIVE AVERMANT AFFIDAVIT OF TRUTH OF CLEOTIS ARNELL LEWIS 2 of 3 pages

9. As of todate, May 2nd, 2008, there has been nothing given to myself or Brandon-Baxter:Tyler in compensation for the destruction of his legal papers and legal box's from the above mentioned **Agents**.

10. Any statements or claims in this Affidavit properly rebutted by facts of law, or overriding Article III supreme court rulings, such shall not prejudice the lawful validity of other claims not properly rebutted or invalidated by facts of law. Therefore, an Affidavit of Truth, under Commercial Law, can only be satisfied:  (i) through a rebuttal Affidavit of Truth, point-for-point;  (ii)  by payment;  (iii) by agreement;  (iv)  by resolution by a jury by the rules of Common Law.

11. Further, I do solemnly attest the foregoing facts herein are true, correct and complete, to the best of my knowledge, under penalty of perjury in accordance with the laws of the United States of America and the Law of Nations.


FURTHER Affiant sayeth not.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of May, 2008


"UCC 1-308 Without Prejudice"

*Cleotis Arnell Lewis #85892*
Cleotis Arnell Lewis #85892
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, Colorado [81062

State of Colorado      )
                       ) Affirm    **JURAT**
Crowley County         )

On this, the ____ day of _____, 2008, A.D., Before me, a Notary Public, the undersigned personally appeared, **Cleotis Arnell Lewis**, known to be, or satisfactory proven, to be the Man whose name is subscribed to the within instrument, Sworn and acknowledged that he executed the same for the stated purpose therein.

In Witness Thereof, I have hereunto set my hand and Notarial Seal.

NOTARY PUBLIC        8|8|11

STATE OF COLORADO
NOTARY PUBLIC
DIANA L. WOOTEN

AFFIRMATIVE NEGATIVE AVERMANT AFFIDAVIT OF TRUTH OF CLEOTIS ARNELL LEWIS Page 3 of 3 pages

My Commission Expires 8|8|11

## EXHIBIT (A)

## SHAKE DOWN LIST DATE April 23, 2008

9:30 A.M.        SMU.

### SHAKEDOWN LIST

DC 300-6A

DATE April 23 2008

OFFICER *(handwritten)*

Offender Name and Number Tyler / Lewis
85456 / 85892

Altered headphones.
Misc trash
2 thumbtacks.
1 extra gray BOX
    cardboard boxes
1 actual card bag
2 empty boxes.
1 white blanket 7 not in cell.

20002 (R 7/02)

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 3ʳᵈ day of May, 2008.



Right Thumb Print

"UCC 1-308 Without Prejudice"

*Cleotis Arnell Lewis* #85892

Cleotis Arnell Lewis #85892

Ex 3

### Affirmative Negative Avermant Affidavit of Truth of

~~Brandon Baxter Tyler~~
(Claim No. 03-306-AG)
(Civil Action No. 92-N-870 (OES) (Consolidated for all purposes)

### May 25th, 2007
### BBT-08201820-ANAAT

State of Colorado   )
                    )   -ss-
County of           )

"Within the Admiralty" The Admiralty Extension Act, Title 46 U.S.A. Appendix ch 19-A §740

TO PUBLIC SERVANTS, OFFICERS, EMPLOYEES, AGENTS,

DEBTORS OF THE UNITED STATES, STATE OF COLORADO, COLORADO ATTORNEY GENERAL

"Indeed no more than (affidavits) is necessary to make a prima facie case." United States v. Kiss, 685 F.2d 526 562 (7th Cir. 1981); Cert Denied, 50 U.S.L.W. 2169; S.Ct. March 22, 1982

#### MAXIMS OF COMMERCE ARE:

1. A matter must be expressed to be resolved.
2. In Commerce, Truth is sovereign
3. Truth is expressed in the form of an Affidavit

4. An un-rebutted Affidavit stands as Truth in Commerce
5. An un-rebutted Affidavit becomes the judgment in Commerce

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

COMES NOW, Third Party intervenor, Lawful man Injured Thhird Party, Involuntary/Trustee, Secured Party Sui Juris and Holder In-Due-Course, the living breathing flesh and blood man Authorized Representative, Attorney-In-Fact Creditor for TYLER BAXTER BRANDON❿ ENS LEGIS and STRAMINEOUS HOMO-Legal Construct all caps TRADE NAME, an artifice existing only by force of/in contemplation of law and neither referenced Brandon-Baxter:Tyler❿ Secured Party the flesh and blood living breathing man, nor identifies him.

That, I declare I am over the age 21 years and competent to testify, though not trained in law, state to the best of my knowledge and understanding the following is true, correct and complete, and not misleading, the undersigned Affiant/Claimant and says as follows:

That, I have been denied meaningful access to my legal material which was destroyed by Limon Correctional Facility on September, 2002, when I was transported to FORT LYON CORRECTIONAL FACILITY.

That, after may failed attempts to be compensated for the money charged for sending legal material which contained medical records, affidavits of witnesses to the abuses at the had of LIMON CORRECTIONAL FACILITY staff, and CTCF Canyon City TERRITORIAL CORRECTIONAL FACILITY after reconstructive surgery on my left knee, amounting to torture from being kicked out of the infirmary the day after surgery wherein I had 103 degree fever from the surgery, and I was placed into general population where I passed out in the kitchen and had to be rushed back to the infirmary where I remained for a week and then I was shipped back to LIMON CORRECTIONAL FACILITY, and I had injured my left knee again in which I refuse to allow any of COLORADO DEPARTMENT OF CORRECTIONS doctors operate again for fear of another operation where I was not given the pain medication prescribed to me by the doctor who operated on my leg, and was given another medication that did not work at all and I suffered on a scale of one (1) to ten (10) after the denial of medication, my pain was at the number Ten (10) at all times, and because I complained about the pain I was kicked out of the infirmary and reinjured the same leg.

That, I have affidavits and medical records that show I have serious lower back problems where my legs go numb, and at times I'm unable to walk for weeks at a time because I need surgery as told to me by private doctor who treated me. I am unable to obtain these medical records and other evidence because I have been denied the grievance system by the Warden Cheryl Smith at Fort Lyon Correctional facility after entering into agreement with the sitting warden before her about allowing my legal boxes to enter into the facility as my remedy because the grievance(s) I filed against the Officer, namely, Lt. Oten for making me send out my legal material before leaving FORT LYON CORRECTIONAL FACILITY to FORT LYON CORRECTIONAL FACILITY.

That, I have been denied any and all discovery for the hearing on May 25, 2007 Re: Montez v. Owens et al.

That, I've PETITIONED the Court for protection of the legal material I have left to no avail. See PRARRATT V. TAYLOR 101 S.Ct. 1908 (1981)

That, the above May 25, 2007 hearing with no discovery has caused me serious injury, and I have not waived any of my rights at any time regarding this hearing.

**Qui Tacet, consentire videtor**

I, Brandon-Baxter:Tyler, affirm and acknowledge by this affidavit, in the interest of Justice, that the foregoing affidavit is true, correct, and complete, and not meant to mislead, signed under penalty of law by my hand and seal on this 25th day of May, Twenty-Fifth day of May, two thousand Seven, Pursuant to 28 U.S.C. § 1746.


Without prejudice

Authorized Representative, Third Party,
Attorney-In-Fact  **UCC** 1-207 w/out Prej.

/s/


_uc1-207 w/out prej. Brandon Tyler_ , Secured Party - Principal
in Behalf of the Debtor, BRANDON BAXTER TYLER ENS LEGIS

Third Party Address:

Brandon-Baxter:Tyler
ONE-ONE-FIVE-SIX-ZERO County Road F.F. SEVEN-FIVE
City of Las Animas, Colorado State, united States of America
DMM Reg. Sec, 122.32; Public Law 91-375, Sec. 403


_UCC1-207 W/out prej Brandon Tyler_
Brandon-Baxter:Tyler

_____
Seal, _____ rint

Ex #2



AR FORM 750-1A (08/05)

## CROWLEY COUNTY CORRECTIONAL FACILITY
## LEGAL ACCESS PROGRAM
## REQUEST FOR LAW LIBRARY SESSION

DATE 7-7-08
'86

LAST NAME: _Tyler_          FIRST NAME: _Brandon_

HOUSING UNIT/CELL: _3-A-5116_    WORK/PROGRAM ASSIGNMENT INCLUDING: _carporter_

SESSION DATE REQUESTED: _7-31-08_

*Preference will be taken into consideration for scheduling purposes; however there is absolutely no guarantee that an offender will be Scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _7-24-08_

VERIFIED BY:

**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE RETURNED.**

NATURE OF THE MATTER: HABEAS CORPUS • CONDITIONS OF CONFINEMENT • POST-CONVICTION RELIEF • OTHER:

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:          YES          NO

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED:          YES          NO

CASE # AND COURT _94-N-1413_

**IF YOU NEED MORE THAN ONE SESSION, YOU WILL NEED TO SUBMIT A REQUEST FORM FOR EACH SESSION.**

### CIRCLE THE SESSION YOU ARE REQUESTING.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|---------|-----------|----------|--------|----------|
| 1:45 to 4:00 | 1:45 to 4:00 or 7:00 to 8:30 | 1:45 to 4:00 or 7:00 to 8:30 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 |

_Brandon Tyler_
Offender Signature

JUL 0 9 2008

DATE RECEIVED: _____          DATE ACCESS PROVIDED: _____

APPROVED: ☐          DENIED ☑ for reason checked below.

☑ You requested a spot in the Law Library that is already completed. Please re-submit for a different day.

☑ This session is full. Please re-submit for different day

20027

AR FORM 750-1A (08/05)

CROWLEY COUNTY CORRECTIONAL FACILITY
LEGAL ACCESS PROGRAM
**REQUEST FOR LAW LIBRARY SESSION**

TODAY'S DATE _7-7-08_

LAST NAME: _Tyler_     FIRST NAME: _Branson_     DOC#: _85486_

HOUSING UNIT/CELL _3-A-516_     WORK/PROGRAM ASSIGNMENT INCLUDING TIME _Am Porter_

SESSION DATE REQUESTED: _8-1-08_

*Preference will be taken into consideration for scheduling purposes; however there is absolutely no guarantee that an offender will be Scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _7-24-08_

VERIFIED BY:

<u>ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE RETURNED.</u>

NATURE OF THE MATTER: HABEAS CORPUS • CONDITIONS OF CONFINEMENT •(POST-CONVICTION RELIEF)• OTHER:

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:     YES     (NO)

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED:     YES     (NO)

CASE # AND COURT _89-N-1413_

## IF YOU NEED MORE THAN ONE SESSION, YOU WILL NEED TO SUBMIT A REQUEST FORM FOR EACH SESSION.

**CIRCLE THE SESSION YOU ARE REQUESTING.**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|
| 1:45 to 4:00 | 1:45 to 4:00 or 7:00 to 8:30 | 1:45 to 4:00 or 7:00 to 8:30 | 8:00 to 10:00 or 1:45 to 4:00 | (8:00 to 10:00 or 1:45 to 4:00) | 8:00 to 10:00 or 1:45 to 4:00 |

_Branson Tyler_
Offender Signature

DATE RECEIVED: _____     DATE ACCESS PROVIDED: _____

**APPROVED:** ☐     **DENIED:** ☑ **for reason checked below.**

☑ You requested a spot in the Law Library that is already completed. Please re-submit for a different day.

☑ This session is full. Please re-submit for different day

20027

AR FORM 750-1A (08/05)

## CROWLEY COUNTY CORRECTIONAL FACILITY
LEGAL ACCESS PROGRAM
## REQUEST FOR LAW LIBRARY SESSION

LAST NAME: _Tyler_  FIRST NAME: _Brandon_  TODAY'S DATE _7-7-08_

DOC#: _85486_

HOUSING UNIT/CELL _3-A-5116_  WORK/PROGRAM ASSIGNMENT INCLUDING TIME _AM Porter_

SESSION DATE REQUESTED: _8-1-08_

*Preference will be taken into consideration for scheduling purposes; however there is absolutely no guarantee that an offender will be Scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _7-24-08_

VERIFIED BY:

**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE RETURNED.**

NATURE OF THE MATTER: HABEAS CORPUS • CONDITIONS OF CONFINEMENT (POST-CONVICTION RELIEF) • OTHER:

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:  YES  (NO)

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED:  YES  (NO)

CASE # AND COURT _94-v-1413_

## IF YOU NEED MORE THAN ONE SESSION, YOU WILL NEED TO SUBMIT A REQUEST FORM FOR EACH SESSION.

### CIRCLE THE SESSION YOU ARE REQUESTING.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|
| 1:45 to 4:00 | 1:45 to 4:00 or 7:00 to 8:30 | 1:45 to 4:00 or 7:00 to 8:30 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 |

_Brandon Tyler_ Offender Signature

DATE RECEIVED: _____ DATE ACCESS PROVIDED: _____

APPROVED: ☐   DENIED: ☒ **for reason checked below.**

☐ You requested a spot in the Law Library that is already completed. Please re-submit for a different day.

☐ This session is full. Please re-submit for different day

20027

AR FORM 750-1A (08/05)

## CROWLEY COUNTY CORRECTIONAL FACILITY
LEGAL ACCESS PROGRAM
## REQUEST FOR LAW LIBRARY SESSION

LAST NAME: _Tyler_      FIRST NAME: _Brandon_      TODAY'S DATE _7-7-08_

DOC#: _85486_

HOUSING UNIT/CELL _3-A-51/6_      WORK/PROGRAM ASSIGNMENT INCLUDING TIME _Am porter_

SESSION DATE REQUESTED: _8-6-08_

    \*Preference will be taken into consideration for scheduling purposes; however there is absolutely no guarantee that an offender will be Scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _7-24-08_

VERIFIED BY:

**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE RETURNED.**

NATURE OF THE MATTER: HABEAS CORPUS • CONDITIONS OF CONFINEMENT • (POST-CONVICTION RELIEF) • OTHER:

    ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:      YES      (NO)

    HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED:      YES      (NO)

    CASE # AND COURT   _94-N-1453_

## IF YOU NEED MORE THAN ONE SESSION, YOU WILL NEED TO SUBMIT A REQUEST FORM FOR EACH SESSION.

## CIRCLE THE SESSION YOU ARE REQUESTING.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|
| 1:45 to 4:00 | 1:45 to 4:00 or 7:00 to 8:30 | (1:45 to 4:00) or (7:00 to 8:30) | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 |

_Brandon Tyler_
Offender Signature

DATE RECEIVED: _____ DATE ACCESS PROVIDED: _____

APPROVED: ☐      DENIED: ☐ **for reason checked below.**

    **You requested a spot in the Law Library that is already completed. Please re-submit for a different day.**

    **This session is full. Please re-submit for different day**

20027

FIRST NAME

PROGRAM ASS

# Crowley County Correctional Facility

## Law Library Computer Sign-Up Sheet

**Daily List**

(Print) NAME _____ nd DOC No. Required

Week Day: _____   Thursday

**Date:** July 31, 2008

OF 'ENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Curtis, George | 1A - 3129 | 93826 |
| 2 | Daniel Jr, Arius | 1C - 3318 | 139669 |
| 3 | Giller, Oliver | 6A - 8A128 | 109839 |
| 4 | Gomez, Pete | 6B - 8B208 | 125140 |
| 5 | Hill, Albert | 1B - 3230 | 110516 |
| 6 | Hopkins, Charles | 2B - 4238 | 91189 |
| 7 | Jackson, Donnell | 6A - 8A119 | 84684 |
| 8 | Lewis, Cleois | 5 - 3110 | 65532 |
| 9 | Limes, Thomas | 2D - 4412 | 635610 |
| 10 | McGrath, Joe | 1A - 3125 | 108270 |
| 11 | Moore, Travis | 2B - 4215 | 136895 |
| 12 | Murphy, George | 1A - 3125 | 101682 |
| 13 | Murray, Carey | 4C - 6308 | 1358630 |
| 14 | Nival, Pedro | 2B - 4203 | 135614 |
| 15 | Pacheco, Gerald | 4C - 6329 | 77400 |
| 16 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 17 | Rose, Michael | 6C - 8C110 | 50790 |
| 18 | Sprouse, Don | 1A - 3113 | 110885 |
| 19 | | | |
| 20 | | | |

**Workers Library**

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | | |

### Afternoon

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Cinocco, Marc | 2D - 4409 | 68916 |
| 2 | Gomez,Pete | 6B - 8B208 | 112514 |
| 3 | Hamilton, Terrance | 2A - 4123 | 81619 |
| 4 | Jackson, Donnell | 6A - 8A119 | 846840 |
| 5 | Juarez, Robert | 4C - 6313 | 61104 |
| 6 | Kontour, Shawn | 4C - 6301 | 139599 |
| 7 | Lewis, Cleois | 3A - 5116 | 858920 |
| 8 | Limes, Thomas | 2D - 4412 | 635.1 |
| 9 | Lowery, Frank | 4C - 6308 | 81928 |
| 10 | Lujan, Richard | 4C - 6312 | 47558 |
| 11 | McGrath, Joe | 1A - 3125 | 108270 |
| 12 | Murray,Carey | 4C - 6308 | 108627 |
| 13 | Pease, Jeffrey | 1A - 3134 | 135663 |
| 14 | Puente, Timothy | 5A - 7A126 | 563070 |
| 15 | Rhodes, Calvin | 2B - 4209 | 117371 |
| 16 | Rose, Michael | 6C - 8C110 | 95915 |
| 17 | Sprouse, Don | 1A - 3113 | 507900 |
| 18 | West, Blaine | 3B - 5214 | 66610 |
| 19 | | | |
| 20 | | | |

**Workers Library**

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | | |

### Evening

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**Workers Library**

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | | |

# Crowley County Correctional Facility
# Law Library Computer Sign-Up Sheet

## Daily List

(Print) NAME and DOC No. Required

Week Day: Thursday

Date: July 31, 2008

OFFENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Curtis, George | 1A - 3129 | 93826 |
| 2 | Daniel Jr., Artus | 1C - 3318 | 139669 |
| 3 | Gillier, Oliver | 6A - 8A128 | 109839 |
| 4 | Gomez, Pete | 6B - 8B208 | 1125140 |
| 5 | Hill, Albert | 1B - 3230 | 110516 |
| 6 | Hopkins, Charles | 2B - 4238 | 91189 |
| 7 | Jackson, Donnell | 6A - 8A119 | 84684 |
| 8 | Lewis, Cleotis | 3A - 5116 | 85692 |
| 9 | Limes, Thomas | 2D - 4412 | 635610 |
| 10 | McGrath, Joe | 1A - 3125 | 1086270 |
| 11 | Moore, Travis | 2B - 4215 | 136895 |
| 12 | Murphy, George | 1A - 3125 | 101682 |
| 13 | Murray, Carey | 4C - 6308 | 1358630 |
| 14 | Nival, Pedro | 2B - 4203 | 135614 |
| 15 | Pacheco, Gerald | 4C - 6329 | 77400 |
| 16 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 17 | Rose, Michael | 6C - 8C110 | 50790 |
| 18 | Sprouse, Don | 1A - 3113 | 110885 |
| 19 | | | |
| 20 | | | |

### Workers Library

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |
| 5 | | | |

### Afternoon

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Cinocco, Marc | 2D - 4409 | 68916 |
| 2 | Gomez, Pete | 6B - 8B208 | 112514 |
| 3 | Hamilton, Terrance | 2A - 4123 | 81619 |
| 4 | Jackson, Donnell | 6A - 8A119 | 846840 |
| 5 | Juarez, Robert | 4C - 6313 | 61104 |
| 6 | Kontour, Shawn | 4C - 6301 | 139599 |
| 7 | Lewis, Cleotis | 3A - 5116 | 858920 |
| 8 | Limes, Thomas | 2D - 4412 | 635610 |
| 9 | Lowery, Frank | 4C - 6308 | 81928 |
| 10 | Lujan, Richardo | 4C - 6312 | 47558 |
| 11 | McGrath, Joe | 1A - 3125 | 108627 |
| 12 | Murray, Carey | 4C - 6308 | 135863 |
| 13 | Pease, Jeffrey | 1A - 3134 | 563070 |
| 14 | Puente, Timothy | 5A - 7A128 | 117371 |
| 15 | Rhodes, Calvin | 2B - 4209 | 95915 |
| 16 | Rose, Michael | 6C - 8C110 | 50790 |
| 17 | Sprouse, Don | 1A - 3113 | 1108860 |
| 18 | West, Blaine | 3B - 5214 | 68610 |
| 19 | | | |
| 20 | | | |

### Workers Library

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |
| 5 | | | |

### Evening

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

### Workers Library

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |
| 5 | | | |

# Crowley County Correctional Facility

# Law Library Computer Sign-Up Sheet

## Daily List

**Date:** August 1, 2008

(Print) NAME and DOC No. Required

**Week Day:** Friday

OFFENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Bucci, Tony | 4B - 6203 | 127897 |
| 2 | Czemerynski, Car | 1B - 3216 | 52614 |
| 3 | Daniel Jr, Artus | 1C - 3318 | 136669 |
| 4 | Gast, Robert | 1A - 3135 | 109667 |
| 5 | Giller, Oliver | 6A - 8A128 | 109839 |
| 6 | Gomez, Pete | 6B - 8B208 | 1125140 |
| 7 | Jackson, Donnie | 6A - 8A119 | 84684 |
| 8 | Lewis, Cleolis | 3A - 5116 | 8592.0 |
| 9 | Limes, Thomas | 2D - 4412 | 63551 |
| 10 | Mass, Carlos | 3C - 5302 | 119762 |
| 11 | McGrath, Joe | 1A - 3125 | 108627 |
| 12 | Moore, Travis | 2B - 4215 | 136895 |
| 13 | Murphy, George | 3B - 3125 | 101682 |
| 14 | Murray, Carey | 4C - 6308 | 1358630 |
| 15 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 16 | Rose, Michael | 6C - 8C110 | 50790 |
| 17 | Sprouse, Don | 1A - 3113 | 110885 |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**Workers Library**

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | | |

### Afternoon

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Belelle, Donald | 1A - 3131 | 67317 |
| 2 | Cinocco, Marc | 2D - 4409 | 68916 |
| 3 | Gomez,Pete | 6B - 8B208 | 112514 |
| 4 | Hamilton, Terrance | 2A - 4123 | 81619 |
| 5 | Jackson, Donnell | 6A - 8A119 | 84684.0 |
| 6 | Johnson, Angelo | 1C - 3327 | 53547 |
| 7 | Lewis, Cleolis | 3A - 5116 | 85892 |
| 8 | Limes, Thomas | 2D - 4412 | 63561.0 |
| 9 | McGrath, Joe | 1A - 3125 | 1086270 |
| 10 | Murray,Carey | 4C - 6306 | 135863 |
| 11 | Nival, Pedro | 2B - 4203 | 135614 |
| 12 | Pease, Jeffrey | 1A - 3134 | 563070 |
| 13 | Rose, Michael | 6C - 8C110 | 507900 |
| 14 | Sprouse, Don | 1A - 3113 | 1108850 |
| 15 | Valdez, Nicholas | 4B - 6249 | 123140 |
| 16 | Washington, Jame | 6A - 8A228 | 83480 |
| 17 | West, Blaine | 3B - 5214 | 68610 |
| 18 | Wuthrich, Todd | 1B - 3213 | 140882 |
| 19 | | | |
| 20 | | | |

**Workers Library**

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | | |

### Evening

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**Workers Library**

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | | |

# Crowley County Correctional Facility

# Law Library Computer Sign-Up Sheet

## Daily List

**Date:** August 1, 2008

(Print) NAME and DOC No. Required

Wee : Day: _____ Friday

C =FENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| Offender Name | Unit/Cell | DOC # |
|---|---|---|
| 1 Bucci, Tony | 4B - 6203 | 127897 |
| 2 Czerwynski, Car | 1B - 3216 | 52614 |
| 3 Daniel Jr., Arius | 1C - 3318 | 139659 |
| 4 Gast, Robert | 1A - 3135 | 109667 |
| 5 Giller, Oliver | 6A - 8A128 | 109839 |
| 6 Gomez, Pete | 6B - 8B208 | 112.5140 |
| 7 Jackson, Donnie | 6A - 8A119 | 84684 |
| 8 Lewis, Cleotis | 6A - 9/110 | 85862 |
| 9 Limes, Thomas | 2D - 4412 | 53651 |
| 10 Maes, Carlos | 3C - 5502 | 118782 |
| 11 McGrath, Joe | 1A - 3125 | 108627 |
| 12 Moore, Travis | 2B - 4215 | 136895 |
| 13 Murphy, George | 1A - 3135 | 101682 |
| 14 Murray, Carey | 4C - 6308 | 1358630 |
| 15 Pease, Jeffrey | 1A - 3134 | 56307 |
| 16 Rose, Michael | 6C - 8C110 | 50790 |
| 17 Sprouse, Don | 1A - 3113 | 110885 |
| 18 | | |
| 19 | | |
| 20 | | |

#### Workers Library

| | | |
|---|---|---|
| 1 Beale, Tom | 2D - 4417 | 132490 |
| 2 Fogle, Ron | 1B - 3231 | 106339 |
| 3 Lee, Calvert | 2A - 4146 | 114065 |
| 4 Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | |

### Afternoon

| Offender Name | Unit/Cell | DOC # |
|---|---|---|
| 1 Belerie, Donald | 1A - 3131 | 67317 |
| 2 Cinocco, Marc | 2D - 4409 | 68916 |
| 3 Gomez,Pete | 6B - 8B208 | .112514 |
| 4 Hamilton, Terrance | 2A - 4123 | 81619 |
| 5 Jackson, Donnell | 6A - 8A119 | 846840 |
| 6 Johnson, Angelo | 1C - 3327 | 53547 |
| 7 Lewis, Cleotis | 3A - 5116 | 85892 |
| 8 Limes, Thomas | 2D - 4412 | 63861 |
| 9 McGrath, Joe | 1A - 3125 | 1086270 |
| 10 Murray,Carey | 4C - 6308 | 135863 |
| 11 Nival, Pedro | 2B - 4203 | 135614 |
| 12 Pease, Jeffrey | 1A - 3134 | 563070 |
| 13 Rose, Michael | 6C - 8C110 | 507900 |
| 14 Sprouse, Don | 1A - 3113 | 1108850 |
| 15 Valdez, Nicholas | 4B - 6249 | 128140 |
| 16 Washington, Jame | 6A - 8A228 | 83480 |
| 17 West, Blaine | 3B - 5214 | 68610 |
| 18 Wuthrich, Todd | 1B - 3213 | 140862 |
| 19 | | |
| 20 | | |

#### Workers Library

| | | |
|---|---|---|
| 1 Beale, Tom | 2D - 4417 | 132490 |
| 2 Fogle, Ron | 1B - 3231 | 106339 |
| 3 Lee, Calvert | 2A - 4146 | 114065 |
| 4 Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | |

### Evening

| Offender Name | Unit/Cell | DOC # |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

#### Workers Library

| | | |
|---|---|---|
| 1 Beale, Tom | 2D - 4417 | 132490 |
| 2 Fogle, Ron | 1B - 3231 | 106339 |
| 3 Lee, Calvert | 2A - 4146 | 114065 |
| 4 Taylor,Ricky | 4B - 6218 | 60087 |
| 5 | | |

# Crowley County Correctional Facility

# Law Library Computer Sign-Up Sheet

**Daily List**

(Print) NAME and DOC No. Required

**Week Day:** _____ Monday

**Date:** _____ August 4, 2008

*(handwritten notes: 3, 1, no library no library)*

OI FENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

## Morning

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

### Workers Library

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |

## Afternoon

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Baird, Randolph | 5A - 7A221 | 119594 |
| 2 | Cinocco, Marc | 2D - 4409 | 68916 |
| 3 | Fisher, Clifford | 1C - 3310 | 132108 |
| 4 | Gomez, Pete | 6B - 8B208 | 112514 |
| 5 | Hilburn, Timothy | 4C - 6338 | 117381 |
| 6 | Hoover, Jamie | 2A - 4112 | 119824 |
| 7 | Jackson, Donnell | 6A - 8A119 | 84684 |
| 8 | Lewis, Cleotis | 3A - 5116 | 63562 |
| 9 | Limes, Thomas | 2D - 4412 | 63561 |
| 10 | Lowery, Frank | 4C - 6308 | 81928 |
| 11 | McGrath, Joe | 1A - 3125 | 106627 |
| 12 | Murray, Carey | 4C - 6308 | 136863 |
| 13 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 14 | Puente, Timothy | 5A - 7A126 | 117371 |
| 15 | Rhodes, Calvin | 2B - 4209 | 95915 |
| 16 | Rose, Michael | 6C - 8C110 | 50790 |
| 17 | Sanchez, Joe | 2B - 4219 | 123876 |
| 18 | Sprouse, Don | 1A - 3113 | 110885 |
| 19 | Valdez, Nicholas | 4B - 6249 | 128140 |
| 20 | Wuthrich, Todd | 1B - 3213 | 140862 |

### Workers Library

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |

## Evening

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

### Workers Library

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |

# Crowley County Correctional Facility

## Daily List

# Law Library Computer Sign-Up Sheet

**Date:** August 2, 2008

(Print) NAME and DOC No. Required

**Week Day:** _____ Saturday

OFFENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Giller, Oliver | 6A - 8A128 | 109839 |
| 2 | Gomez, Pete | 6B - 8B206 | 1125140 |
| 3 | Hummel, Brian | 2C - 4313 | 61741 |
| 4 | Jackson, Donnell | 6A - 8A119 | 84684 |
| 5 | Lewis, Cleotis | 3A - 5116 | 859920 |
| 6 | Limes, Thoma | 2D - 4412 | 63561 |
| 7 | Maes, Carlos | 3C - 5302 | 119782 |
| 8 | McGrath, Joe | 1A - 3125 | |
| 9 | McGrain, Don | 4A - 6117 | 87663 |
| 10 | Murphy, Georg | 1A - 3125 | 101602 |
| 11 | Murray, Carey | 4C - 6308 | 1356630 |
| 12 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 13 | Rose, Michael | 6C - 8C110 | 50790 |
| 14 | Sprouse, Don | 1A - 3113 | 110885 |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

#### Workers: Library

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |

### Afternoon

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Carr, Chris | 1C - 3305 | 119135 |
| 2 | Cincoco, Marc | 2D - 4409 | 68816 |
| 3 | Gomez, Pete | 6B - 8B206 | 112514 |
| 4 | Jackson, Donnell | 6A - 8A119 | 846840 |
| 5 | Lewis, Cleotis | 3A - 5116 | 85892 |
| 6 | Limes, Thomas | 2D - 4412 | 635610 |
| 7 | McGrath, Joe | 1A - 3125 | 1086270 |
| 8 | Moore, Travis | 2B - 4415 | 136563 |
| 9 | Morris, Raymond | 1C - 3327 | 133611 |
| 10 | Murray, Carey | 4C - 6308 | 135663 |
| 11 | Parga, Arthur | 1A - 3121 | 119649 |
| 12 | Pease, Jeffrey | 1A - 3134 | 563070 |
| 13 | Pembroke, Todd | 2B - 4215 | 136976 |
| 14 | Reed, Charles | 3A - 5143 | 74521 |
| 15 | Rose, Michael | 6C - 8C110 | 507900 |
| 16 | Sprouse, Don | 1A - 3113 | 1108850 |
| 17 | West, Blaine | 3B - 5214 | 68610 |
| 18 | Wuthrich, Todd | 1B - 3213 | 140882 |
| 19 | | | |
| 20 | | | |

#### Workers: Library

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |

### Evening

| # | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

#### Workers: Library

| # | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4146 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |

# Crowley County Correctional Facility
## Law Library Computer Sign-Up Sheet

### Daily List

Date: August 4, 2008

(Print) NAME nd DOC No. Required

Week Day: Monday

OF 'ENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

**Morning**

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**Workers Library**

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |
| 5 | | | |

**Afternoon**

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Baird, Randolph | 5A - 7A21 | 119594 |
| 2 | Cinocco, Marc | 2D - 4409 | 68916 |
| 3 | Fisher, Clifford | 1C - 3310 | 132108 |
| 4 | Gomez, Pete | 6B - 8B208 | 112514 |
| 5 | Hilburn, Timothy | 4C - 6338 | 117381 |
| 6 | Hoover, Jamie | 2A - 4112 | 119824 |
| 7 | Jackson, Donnell | 6A - 8A119 | 84684 |
| 8 | Lewis, Cleotis | 3A - 5116 | 65592 |
| 9 | Limes, Thomas | 2D - 4412 | 63561 |
| 10 | Lowery, Frank | 4C - 6308 | 81928 |
| 11 | McGrath, Joe | 1A - 3125 | 108627 |
| 12 | Murray, Carey | 4C - 6308 | 135863 |
| 13 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 14 | Puente, Timothy | 5A - 7A126 | 117371 |
| 15 | Rhodes, Calvin | 2B - 4209 | 95915 |
| 16 | Rose, Michael | 6C - 8C110 | 50790 |
| 17 | Sanchez, Joe | 2B - 4219 | 123876 |
| 18 | Sprouse, Don | 1A - 3113 | 110885 |
| 19 | Valdez, Nicholas | 4B - 6249 | 128140 |
| 20 | Wuthrich, Todd | 1B - 3213 | 140882 |

**Workers Library**

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |
| 5 | | | |

**Evening**

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

**Workers Library**

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor, Ricky | 4B - 6218 | 60087 |
| 5 | | | |

no library
no library
1
3



Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062-8700
Phone: (719) 267-3548
Fax: (719) 267-3528

## MEMORANDUM

| | |
|---|---|
| **TO:** | **All Inmates and Staff** |
| **FROM:** | Linda Lyons, Library Supervisor |
| **DATE:** | August 1, 2008 |
| **SUBJECT:** | LIBRARY CLOSURE |

# <u>NOTICE:</u>

# The Library will be <u>CLOSED</u> on <u>the evening</u> of August 5, 2008. The Library will reopen on August 6, 2008 as usual.

Thank you,

Linda Lyons

# Crowley County Correctional Facility

## Law Library Computer Sign-Up Sheet

**Daily List**

(Print) NAME a d DOC No. Required

Week I ay: _____ Tuesday

Date: _____

August 5, 2008

OFF ENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

### Workers Library (Morning)

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |

### Afternoon

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Blan, Felipe | 3A - 5105 | 83388 |
| 2 | Brown, Andrew | 3A - 5142 | 100303 |
| 3 | Bucci, Tony | 4B - 6203 | 127897 |
| 4 | Carr, Chris | 1C - 3305 | 1191135 |
| 5 | Cinocco, Marc | 2D - 4409 | 68916 |
| 6 | Foreman, Timothy | 1A - 3118 | 117790 |
| 7 | Gomez, Pete | 6B - 8B208 | 1125140 |
| 8 | Plummer, Brian | 2C - 43 j5 | 61 / . 1 |
| 9 | Jackson, Donneil | 6A - 8A119 | 84684 |
| 10 | Johnson, Angelo | 1C - 3327 | 93547 |
| 11 | Lewis, Clebtis | 3A - 5116 | 868920 |
| 12 | Limes, Thomas | 2D - 4412 | 63561 |
| 13 | Lowery, Frank | 4C - 6308 | 81928 |
| 14 | Maes, Carlos | 3C - 5302 | 119782 |
| 15 | McGrath, Joe | 3A - 3125 | 108627 |
| 16 | McSwain, Don | 4A - 6117 | 87653 |
| 17 | Murray, Carey | 4C - 6308 | 1358630 |
| 18 | Pease, Jeffrey | 1A - 3134 | 56307 |
| 19 | Rose, Michael | 6C - 8C110 | 50790 |
| 20 | Sprouse, Don | 1A - 3113 | 110885 |

### Workers Library (Afternoon)

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |

### Evening

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Benton, Duane | 1A - 3115 | 95196 |
| 2 | Cape, Gerald | 4B - 6247 | 63998 |
| 3 | Cinocco, Marc | 2D - 4409 | 689160 |
| 4 | Cisneros, Johnny | 2B - 4222 | 52174 |
| 5 | Czemerynski, Char | 1B - 3216 | 109839 |
| 6 | Giller, Oliver | 6A - 8A128 | 112514 |
| 7 | Gomez,Pete | 6B - 8B208 | 0-40040 |
| 8 | Jackson, Donneil | 6A - 0A115 | 84684 |
| 9 | Lewis, Clebtis | 3A - 5116 | 85892 |
| 10 | Limes, Thomas | 2D - 4412 | 635610 |
| 11 | McGrath, Joe | 1A - 3125 | 1086270 |
| 12 | Murphy, George | 1A - 3125 | 101682 |
| 13 | Murray, Carey | 4C - 6308 | 135863 |
| 14 | Nival, Pedro | 2B - 4203 | 135614 |
| 15 | Pease, Jeffrey | 1A - 3134 | 563070 |
| 16 | Pembroke, Todd | 2B - 4215 | 138976 |
| 17 | Rose, Michael | 6C - 8C110 | 507900 |
| 18 | Solazzo, Andrew | 2B - 4207 | 128688 |
| 19 | Sprouse, Don | 1A - 3113 | 1108860 |
| 20 | Tyler, Brandon | 3A - 5116 | 85486 |

### Workers Library (Evening)

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Beale, Tom | 2D - 4417 | 132490 |
| 2 | Fogle, Ron | 1B - 3231 | 106339 |
| 3 | Lee, Calvert | 2A - 4133 | 114065 |
| 4 | Taylor,Ricky | 4B - 6218 | 60087 |

# Crowley County Correctional Facility

# Law Library Computer Sign-Up Sheet

## Daily List

**Date:** August 6, 2008

(Print) NAME and DOC No. Required

**Week Day:** Wednesday

OFFENDERS CANNOT USE A COMPUTER ON CONSECUTIVE SHIFTS - OFFENDERS WITH VERIFIED COURT DEADLINES ONLY

### Morning

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

#### Workers Library

| | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D-4417 | 132490 |
| 2 | Fogle, Ron | 1B-3231 | 106339 |
| 3 | Lee, Calvert | 2A-4133 | 114065 |
| 4 | Taylor,Ricky | 4B-6218 | 60087 |

### Afternoon

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Carr, Chris | 1C-3305 | 119135 |
| 2 | Cinocco, Marc | 2D-4409 | 689160 |
| 3 | Fisher, Clifford | 1C-3325 | 132108 |
| 4 | Foster, Claude | 3B-5228 | 117725 |
| 5 | Gomez, Pete | 6B-8B208 | 1125140 |
| 6 | Jackson, Donnell | 6A-8A119 | 846840 |
| 7 | Kontour, Shawn | 4C-6301 | 139599 |
| 8 | Lewis, Cleotis | 3A-5116 | 85892 |
| 9 | Limes, Thomas | 2D-4412 | 63561 |
| 10 | McGrath, Joe | 1A-3125 | 108627 |
| 11 | Morris, Raymond | 1C-3327 | 133611 |
| 12 | Murray, Carey | 1A-3134 | 1358630 |
| 13 | Pease, Jeffrey | 5A-7A126 | 95915 |
| 14 | Rhodes, Calvin | 2B-4209 | 117371 |
| 15 | Rose, Michael | 6C-8C110 | 507900 |
| 16 | Sanchez, Joe | 2B-4219 | 123876 |
| 17 | Sprouse, Don | 1A-3113 | 110885 |
| 18 | Washington, Jame | 6A-8A228 | 83480 |
| 19 | Wuthrich, Todd | 1B-3213 | 140840 |
| 20 | | | |

#### Workers Library

| | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D-4417 | 132490 |
| 2 | Fogle, Ron | 1B-3231 | 106339 |
| 3 | Lee, Calvert | 2A-4133 | 114065 |
| 4 | Taylor,Ricky | 4B-6218 | 60087 |

### Evening

| | Offender Name | Unit/Cell | DOC # |
|---|---|---|---|
| 1 | Baird, Randolph | 5A-7A221 | 119994 |
| 2 | Beierle, Donald | 1A-3131 | 67317 |
| 3 | Cape, Gerald | 4B-6247 | 63998 |
| 4 | Cinocco, Marc | 2D-4409 | 68916 |
| 5 | Daniel Jr, Arius | 1C-3318 | 139669 |
| 6 | Frazier, Keith | 3A-5121 | 144542 |
| 7 | Giller, Oliver | 6A-8A128 | 109839 |
| 8 | Gomez, Pete | 6B-8B208 | 112514 |
| 9 | Jackson, Donnell | 6A-8A119 | 84684 |
| 10 | Lewis, Cleotis | 3A-5116 | 85892 |
| 11 | Lindsay, J | 1C-OTC | 135178 |
| 12 | McGrath, Joe | 1A-3125 | 1086270 |
| 13 | Moore, Travis | 2B-4215 | 136895 |
| 14 | Murray, Carey | 4C-6308 | 135663 |
| 15 | Pease, Jeffrey | 1A-3134 | 563070 |
| 16 | Reed, Charles | 3A-5143 | 74521 |
| 17 | Rose, Michael | 6C-8C110 | 50790 |
| 18 | Saenz, Horacio | 1C-3334 | 51036 |
| 19 | Sprouse, Don | 1A-3113 | 1108850 |
| 20 | Steele, Robert | 5A-7A124 | 103761 |

#### Workers Library

| | | | |
|---|---|---|---|
| 1 | Beale, Tom | 2D-4417 | 132490 |
| 2 | Fogle, Ron | 1B-3231 | 106339 |
| 3 | Lee, Calvert | 2A-4133 | 114065 |
| 4 | Taylor,Ricky | 4B-6218 | 60087 |

AR FORM 750-1A (08/05)

CROWLEY COUNTY CORRECTIONAL FACILITY
LEGAL ACCESS PROGRAM
**REQUEST FOR LAW LIBRARY SESSION**

LAST NAME: _Tyler_                          FIRST NAME: _Brandon_          TODAY'S DATE _7-7-08_

                                                                        DOC#: _85486_

HOUSING UNIT/CELL _3-A-5/16_     WORK/PROGRAM ASSIGNMENT INCLUDING TIME _Am porter_

SESSION DATE REQUESTED: _8-11-08_

*Preference will be taken into consideration for scheduling purposes; however there is absolutely no guarantee that an offender will be Scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: ~~8-10-08~~ _7-24-08_

VERIFIED BY:

**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE RETURNED.**

NATURE OF THE MATTER: HABEAS CORPUS • CONDITIONS OF CONFINEMENT •(POST-CONVICTION RELIEF) • OTHER:

    ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:          YES          (NO)

    HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED:   YES          (NO)

CASE # AND COURT _94-N-1413_

**IF YOU NEED MORE THAN ONE SESSION, YOU WILL NEED TO SUBMIT A REQUEST FORM FOR EACH SESSION.**

**CIRCLE THE SESSION YOU ARE REQUESTING.**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|
| (1:45 to 4:00) | 1:45 to 4:00 or 7:00 to 8:30 | 1:45 to 4:00 or 7:00 to 8:30 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 | 8:00 to 10:00 or 1:45 to 4:00 |

_Brandon Tyler_
Offender Signature

DATE RECEIVED: _____   DATE ACCESS PROVIDED: _____

APPROVED: ☐          DENIED ☒ **for reason checked below.**

    ☒ **You requested a spot in the Law Library that is already completed. Please re-submit for a different day.**

    ☒ **This session is full. Please re-submit for different day**

20027

Ex #1

# CROWLEY COUNTY CORRECTIONAL
# OPERATIONAL TRANSITION PLAN

It is the administrations intent to use the following schedule to begin moving toward normal operations. This plan will be based on the cooperation received by the inmate population over the next few days as we finish the facility wide search.

**April 22 through April 25, 2008**
a. Conduct facility shakedown
b. All inmates fed in cell
c. Work crews:
d. Out of cell movement consist of:
   1. Medical appointments (10 at a time)
   2. To and from Showers (5)

**April 26, 2008 (Saturday)**
 a. Facility remains on lockdown
 b. Meals brought to the pod (inmate escorted by staff)
 c. Inmates allowed to come get their meal (10 cells at a time/ passed out by staff)
 d. Out of state pre approved special visits only.
 e. Showers 10 at a time.

**April 27, 2008 (Sunday)**
 a. Facility remains on lockdown
 b. Inmates allowed day room activities as per this schedule:
   1. Bottom tier (7am to 8am)
   2. Top tier (830am to 930am)
   3. Bottom tier (130pm to 230pm)
   4. top tier (3pm to 4pm)
 c. Meals brought to the pod (inmate escorted by staff)
 d. Inmates allowed to get their meal (10 cells at a time / passed out by staff)
 e. Showers on their approved day room time.
 f. Phones turned back on.

**April 28, 2008 (Monday)**
 a. Facility transitions to modified lock down:
   1. All work crew supervisors authorized to get inmates.
   2. inmates allowed in day room activities
   3. No programs / No recreation.
 b. Inmates will go to the chow hall (1 pod in and 1 pod out)
 c. Visitation remains closed

**April 29, 2008 (Tuesday)**
 a. Facility remains on modified lockdown
   1. begin outside recreation (1 unit at a time)
   2. No Programs.

**April 30, 2008 (Wednesday)**
 a. Facility returns to normal building schedule

**\* AT THIS POINT, THE BEGINNING OF EVENING RECREATION WILL BE DETERMINED BY THE BEHAVIOR OF THE POPULATION\***

14-6D

## LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM

| Facility | CROWLEY COUNTY CORRECTIONAL FACILITY | Date of Occurrence | 11/6/07 |
|---|---|---|---|
| Inmate/Resident Name | Brandon Baxter Tyler | Inmate/Resident Number | 85486 |
| Housing Assignment | 3-A-5116 | Claim Number Assigned (For Staff Use Only) | PM8154N133 |
| Printed Name of Assigned Investigator (For Staff Use Only) | *Chavez* | | |

### LOST OR DAMAGED PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 1 | Bath robe belt | $ 44.58 |
| 3 | Mens Brieffs  XXL | $ 10.80 |
| 2 | FLEECE SHORTS, 6XL | $ 27.56 |
| 3 | TUBE SOCKS 15EEEEE | $ 23.97 |
| 1 | SHAVER/SHAPER | $ 41.61 |
| 1 | MUSTACHE SCISSORS | $ 05.20 |
| | **Total Estimated Value** | $ 153.72 |

### STOLEN PROPERTY (If additional space is necessary, attach additional form)

| Quantity | Item | Estimated Value |
|---|---|---|
| 3 | INSECT REPELLANT | $ 10.20 |
| 1 | VEGETABLE POWDER | $ 04.96 |
| 1 | CLIPPER, TOENAIL | $ 00.72 |
| 2 | DENTAL FLOSS | $ 01.90 |
| 2 | SEWING KIT | $ 02.56 |
| | | $ 20.34 |
| | **Total Estimated Value** | $ 20.34 |

### EXPLAIN CIRCUMSTANCES SURROUNDING LOSS/DAMAGED/STOLEN PROPERTY:

Once I was retrurned from Oklahoma, the receiving officer informed me that the above property was not included with the personal belongings before him and he informed me to file a LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM. All the above items were taken from me when I was packed out to go to Oklahoma, some of the items were placed in storage I was told and I would receive them once I returned to Colorado, which is the bases for this claim.

## Proof of Ownership Attached (i.e., receipts)  ☒ YES   ☐ NO

| Inmate/Resident Signature | VCCI-303 w/out proj. *Brandon Baxter Tyler* | | |
|---|---|---|---|
| Inmate/Resident ID Number | 85486 | Date: | 5-1-68 |

cc: Inmate/Resident
cc: Property File

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

14-6D

# LOST/DAMAGED/STOLEN PERSONAL PROPERTY CLAIM

RESULT OF INVESTIGATION

CLAIM NUMBER [                    ]

| | |
|---|---|
| ☐ | Records were reviewed and proof of ownership unsubstantiated |
| ☐ | Property not allowed at this facility |
| ☐ | Item illegally obtained |
| ☐ | Investigation revealed loss resulted from unauthorized activity (bartering, gambling, etc.) |
| ☐ | Claim proven to be invalid or unsubstantiated |
| ☐ | Loss resulted from failure of inmate/resident to secure property |
| ☐ | Stolen property found  BY: |
| ☐ | Other: |

COMMENTS (If any)

This property was not misplaced by CCCF and was lost before inmate arrived here.

RECOMMENED ACTION:  ☐ REIMBURSEMENT   ☐ REPLACEMENT   ☑ DENY CLAIM

- If reimbursement, amount to be reimbursed:     $ _____

- If replacement, list quantity and items below:

| Quantity | Item |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

NOTE:   All recommendations for reimbursement and/or replacement must be approved by the Warden/Administrator or Administrative Duty Officer prior to the reimbursement and/or replacement.

| Investigator's Signature | _DCL_ | Date | 6/30/08 |
|---|---|---|---|

RECOMMENDATION:  ☑ APPROVED   ☐ DISAPPROVED

| Warden/Administrator or Administrative Duty Officer Signature | | Date | 7/3/08 |
|---|---|---|---|

I have been informed of the above-stated settlement/resolution to this claim and understand that I will be responsible for signing an acknowledgement receipt of all replacement items. This acknowledgement will be provided upon receipt of the item(s).

| Inmate/Resident Signature | | | |
|---|---|---|---|
| Inmate/Resident ID Number | | Date: | |
| Staff Witness Signature | | | |

cc: Inmate/Resident
cc: Property File

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

03/07

CERTIFICATE OF MAILING
No. SAPUDNA00-082819741820-BBT

I, BRANDON-BAXTER: TYLER ®, hereby certify that on August 21, 2008, I did place in the hands of Law Library staff acknowledged below my special Appearance petition under Oath and Notice of Acceptance of Oath and Binding offer to form a Private Contract to Protect Unalienable Rights and Pleading special matters/circumstances et al., postage prepaid by way of U.S. Postal Mailing with Affidavit of Mailing attached No. SAPUDNA00-082819741820-BBT. at, Crowley County Correctional Facility 6564 State Highway 96 Olney Springs, CO 81062, out of Necessity, to:

EDWARD Nottingham, U.S. District Court Judge
FOR The United States District Court
District of Colorado
d/b/a Clerk of Court
901 19th Street
Denver, CO 80294

"UCC 1-308 Without Prejudice"
UCC 1-103.6
Secured Party Creditor UCC 3-402 § (b)(1)
Authorized Representative
Attorney-In-Fact

UCC 1-308 Winct prej Brandon B. Tyler
BRANDON-BAXTER: TYLER ®, Authorized Representative,
Attorney-In-Fact, Secured Party Creditor, For
BRANDON BAXTER TYLER...®, Ens Legis

32

AFFIDAVIT OF PROOF OF MAILING
No. SAPUDNA 00-08281974 1R2K-RRT

I, BRANDON-BAXTER: TYLER ©, Sui Juris, Secured Party/Creditor, one Live, Living breathing flesh and blood MAN under God, am over the age of 21, and competent to state the matters herein are true and correct to the best of my knowledge and belief, Submitted in good faith, I am the Party in the entitled action of Montez v. Owens civil Action No 92-N-870 and 96-N-343 And I did place in the hand of the Law Library Staff Mrs Lyons Notary below at Crowley County Correctional Facility, with the Certificate of mailing attached bearing the Numbers No. SAPUDNA 00-092819741820-BBT For mailing, postage prepaid by way of U.S. Mailing System, Addressed to:

EDWARD NOTTINGHAM, U.S. DISTRICT COURT JUDGE
FOR THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
d/b/a Clerk of Court
901 19th Street
Denver, CO 80294

i Without Prejudice UCC 1-308
1-103.6 Secured Party Creditor
UCC 3-402 §(b)(1)

UCC 1-308 Without Prej. *Brandon-B Tyler*
Brandon-BAXTer Tyler © Creditor

ACKNOWLEDGMENT

SUBSCRIBED TO AND SWORN before me this 21 day of August, 2008, A.D., a Notary, that Brandon-BAXter: Tyler ©, personally Appeared And Known to me to be the MAN whose subscribed to the within instrument And acknowledged to be the same.

*Linda L. Lyons*  Seal
Notary Public  August 21, 2008

My Commission Expires July 8, 2012

NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
My Appointment Expires: 7-8-2012

Crowley County
State of Colorado

33