Reg. #117789
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado 81215-1010
August 22, 2008

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2008

GREGORY C. LANGHAM
CLE?

Honorable John L. Kane
U.S. District Court Judge
U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado 80294

RE: Civil Action #92-CV-870-EWN-OES,
and Claimant Floyd Allen.

Dear Honorable Judge Kane,

I am writing to you and your Honorable Court to explaint that I am in Cellhouse #3 here at Territorial C.F. in Canon City, Colorado, and I want to be moved back to Cellhouse #7 where I was originally due to the fact that I have some serious health situations, including a weak heart, which makes it virtually impossible to walk up the steps to the yard, and to walk the extra distance to medical and the chow hall. This really puts a severe strain on my heart, and I feel could lead to more severe health problems.

I am asking you to research this matter, and advise me properly through a court ORDER to the Colorado D.O.C. since I am a Montez Claimant, and I do not need to suffer any further needlessly.

Thank you very much for your time and consideration in this matter. I look forward to your favorable response, and the positive results of your findings with a Court ORDER, very shortly.

Sincerely,

*Floyd Allen*

Floyd Allen
Claimant

xc: file