/

U S District Court
901-19 th Street
Denver, Co 80294

Jesse Monez, et al
VS
Bill Owens

CaseNumber 92 N 870 (OES) and 96 N 343

Jill Coit 86530
Claim Number 03-129

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2008

GREGORY C. LANGHAM
CLERK

---

DENIAL OF HEARING AID BATTERIES THAT WORK AND REFUSAL TO REPAIR HEARING AIDS.

(1)    Comes Now, Jill Coit plaintiff pro se and was declared by Judge Pringle in December 2005 to be mobility impaired under Montez, however due to Coit wearing hearing aids she was not declared Hearing Impaired under Montez. The situation has changed since DWCF Medical has declared they donot have to get her hearing aid <u>batteries</u> that work because she was "not declared Hearing impaired under Montez" and is not entitled to a vibrating watch even though she wears two hearing aids and is in a hearing impaired cell.

(2)    For the last three months Coit has been trying to get two hearing aid batteries that work. Coit has been given one batteries -with low life (lasted two days) and a battery that does not even work. Coit has gone to medical (DWCF) three times in the last three weeks and been told "sorry-I will not keep giving you batteries-they do not work"

(3)    See medical record attached where on <u>1-25-05</u> it states, "has not been able to get batteries for hearing aid for a long time per pharmacy records however, batteries have been sent on 12-03-04, will ask nursing to supply." Dr. Razzaghi. This has been an <u>on going problem</u>.

(4)    Now the situation is worse since Coit is not labled Montez hearing - DWCF medical does not have to supply her with batteries that work or are long lasting. Coit hearing loss has gotten worse.

FACTS:                                     May 1995.

(5) Coit came into CDOC wearing hearing aids but it took CDOC until 6-8-01 to test Coit's hearing. Coit filed a grievance in 2000 and was told she could have her hearing aids sent in from home.

(6)    How can an inmate wearing hearing aids not be Hearing Impaired? In 2004 when Coit was sent to CWCF illegally for about 10 days her hearing aids were denied to her and someone dumped a white substance-glue like in them. On 2-14-06 Physicians Partners Approved Coit's hearing aids for repair. as yet hearing aids have not been cleaned or repaired.

(7)

(8) Coit filed for DOC/CWCF denying her hearing aid repaires but was told since she does not <u>meet</u> MOntez or <u>ADA requirments</u> she can not file for reimbursement. Coit contends if she had not had her hearing aids she would have qualified under Montez Hearing for disability. Without the hearing aid-batteries-Coit is disabled since she can not hear with back ground noise as evidence by 6-8-01 Denver General Hospital Audiologist report. see next page for breakdown on hearing aid test. Coit was sent to DH for anohter hearing aid test but wore her hearing aids since no one told her she couldnot- so test were not valid.

(9) · Coit is hearing impaired-has two hearing aids.

(10) According to Accommodation Resolution issued by Cathie HOlst-AIC coordinator on 6-2-08 I do not have a Hearing disability that rises to the level of a ADA disability or any other disability.

(11) I think this denying that I have a hearing loss is just a way to get out of obeying the Stipulation Regarding Status of Compliance by The Colorado Department of Corrections with the Montez Remedial Plan. They do not want to pay me for number 9 which states, "All repairs to auxiliary aids shall be completed within sixty days of the day that the inmate reports the need for repair....are entitled to file a request for compensation for the delay to the office of the AIC and shall be compensated $5.00 per 30 day period ..period August 27, 2005 to July 27,2007. Then July 27, 2007 to current shall be $10.00 per 30 day period.    Cost of $195.0 for not repairing hearing aid as of 2-13-06 number 6 below.

(11) According to Accommodation Resolution I do not have a hearing disabiilty. A  Facts to prove I qualify and have a hearing disability.

1. I have two hearing aids that were issued prior to incarceration in 1995.

2. DWCF doctor Razzi faxes a copy of Hearing Screening on 3-16-2004 to Cathie HOlst at 719-2264249-legal affairs office that states," . Does patient wear hearing aids- yes. Background noise decreasses hearing ability... Hearing good with hearing aids."

That pretty much says it all unless Holst can claim I suddenly got well and all specialist are wrong when they decided I needed hearing aids.

3. DWCF med report 11-28-02 Pat has difficulty understanding in Back ground noise. gives hearing aids sereal numbers-two of them. (2/ 4)

4. A break down on Hearing aids test to save space and copying cost.

5. Copy of Physician Health Partners insurance authorization for evaluation and repair oas of 2-14-06. (Coit has yet to get her hearing aid repaired.) (2/ 2A & 2B)

6. Physicaina Health Partners Approved as submitted for Lt hearing/aid is no longer working. Coit states when she was illegally transferred To CWCF in March 2004 someone poured white like substance in her hearing aids. (2/ 1A)

7. Grievance filed in 8-15-00 on med records being destroyed. resolution stated, your hearing aids will be allowed back , medical will supply back and carpel tunnel braces as needed -grievance denied. (2/ 3)

8. Med record 12-26-03 IN DWCF W/pt cleaned and checked Both hearing aids , both working fine. Pueblo Hearing. (2/ 5)

9. Audiologist on 6-8-01 & 8-22-01 states Coit is cleared for hearing aids.

Coit has two hearing aids therefoe she must meet state requirmentts for hearing loss. Without hearing aids, coit can not hear if any noise -background noise is present.

B — Coit request the Vibrating watch under no 18-Stipulation of 4-4-08

(13) BACK ground - Facts.

3

### Hearing Aids

6-8-01 Denver General Hospital Audiologist – Audiometrics are consistent with moderate sensory neural hearing loss. Amplification was discussed on an informal basis. It is felt that she should receive an ENT consult and medical clearance prior to trial use of amplification. DX moderate hearing loss.

8-22- 01  Denver General Hospital Auto clinic- Patient may wear earphones while watching TV. She is cleared for hearing aids. Follow up with ENT on a prn basis.
DX: sensory hearing loss.

10-22-01 Dr. Pook MD, DWCF- No need for hearing aid until hearing test results arrive.  (she did not even look in file, I told her I had been cleared for hearing aids )

1—3-01 CWCF Mary Kay Cater- Seen by Dr. Howe, ENT at CMHIP "will await dictated notes, to see if pt meets DOC criteria for hearing aids.
Ok to wear earplugs, Ok for learning Aids (X1)

7-15-02 Note from Pat V RN II  "Please come to the clinic on Saturday, July 20th, at  0900. You are going to be fit for hearing aids. Thank you Pat V.

7-20-02 Pueblo Hearing Aid Center In Woman's of Denver w/p Otoscopic Rxx (?) shows both tanals cliar. Took Bin impressions to recast hearing aids. Pt states her hearing is rapidly deteriorating and experiences pain. Ent Evaluation may be necessary.

11-28-02    Pueblo Hearing Aid Center    "In DWCF-w/pt-fit audibel hearing aids.
Lt. Sn : 0201400694
Rt. Sn : 0201400693 Warranty expires 10-1-04
Pt has difficulty understanding in back ground noise
Pt needs #312 Hearing aid batteries

1-18-03  Pueblo Hearing Aid Center   In DWCF w/p –right hearing aid hurts ear-will remake.

3-25-03  Dr. Razzaghi- " given hearing aids, discussed shoes/ braces for ms.  ???? insider/ sweats- CTZ as follow up-with Ms. Coit to review  ?????

Physicians Health Partners reference no 126706    dated   2-13-06

1-23-05 Someone wrote information in my chart without putting their name on it. "In had officer call medical at 1725 requesting hearing aid batteries because of several things going on. I was told to come down after meeting. We had just finished nurse sick call. It would not have been a problem at that time. Nurse sick call. MD did not come down for batteries with me like I require about them. Batteries are a medical. Medicine ended after 10 O'clock. I waited till next day to get them."

18

1-25-05 Dr. Razzaghi again ordered hearing replacement batteries for the hearing aids. 2. <u>Has not been able to get batteries for hearing aid for a long time per pharmacy records however, batteries have been sent on 12-30-04. will ask nursing to supply.</u>

2-01-05 New RX 1877485 Drug brand Name Batts DA 312  4/pk –NA Alternate : hearing Aid Bat 312 Rx date 02-01-05 Dis Date 1-27-06 RX instructions as directed.

2-14-05 Department of Corrections Consultation Report Form- Diagnosis/Health Complaint Pt with subacute Worsening of hearing in left ear, TM Dull, no improvement with ABX and Decongestants and NS washes. ? Chronic effusion Vs Cholesteotoma . Need Audiogram "see audiogram border line normal hearing R & L with slight notecch at 4k Hz bilat

2-28-05  Dr. Razzaghi saw me, " Left ear wax build up-throat slightly red- humibid/DM 600/30 mg "

~~2-21-05 Inmate wrote letter to Denver General Audiology regarding her wearing her hearing aids during test. Dr Razzaghi telephoned audiologist at Denver General for reply to letter. She wrote, " Talked to Pam Hammond at Audiology Dept. at DH she stated that although this would be a first time in her 30 year experience but she can not 100% be sure that patient did not insert a small hearing aid after she checked the ear canals. She is willing to repeat the test if needed. Razzaghi MD.~~

(14) Coit's grievance are not being processed-  CDOC and DWCFis playing games.

(15) REMEDY:                            Word games with how MOntez is written.

1. Coit prays this court will order DWCFto get her hearing aid batteries immediatley and keep in stock batteries that work.

2. That doc be made to pay the penality fee associated with number 9 under the stiuplation agreement for not repairing her hearing aids to aswas apporved on 2-13-06 by Physicians health Partnertship exhibit 195.

3. That coit be given a vibrating watch as Stipulation calls for since she has two hearing aids and is therefor hearing impaired or she would not have been given two hearing aids. Coit did NOT magically get well and get back her hearing, she is a 63 year old woman with documented hearing loss since the 1980 ties inthe free world. Just because DOC wants to use a different criterial than the free world does not make Coit less hearing impaired.
Coit can not hear without her hearing aids if there is any background noise or if the speech is not very loud, Coit can never hear the anouncement at DWCF at all. Coit misses many words spoken to here and must just fill in what she thinks people are saying. Coit's hearing has gotten worse as is allowed under MRP.

4. That DWCF send her hearing aids out immediately for repair.

5. That Coit not be retaliated against for submitting this.

6. That if this Court so choose that Coit come before this court to be reevaluated for hearing impairment since DWCFrefuses to get her hearing aid batteries or repair her hearing aids.

Coit has attached numerous documents to prove she has hearing aids and can't get batteries.

Defendants are in violation of the Montez Remedial Plan as well as the Stipulation agreements currently in place.

Coit prays for any other relief this court can give her.
Typed by TH because Coit has lost vision and can't work hands to type.
Respectufllly,

Jill Coit    8-26-08

Jill Coit   86530
P.O.BOX   392005
Denver, Co 80239

Coit'shearing aid was ordered  To 6-27-07 = 15 months at 5.00
and approved on 2-27-06, 6                          87 5.
but never done. 2-13-06    6-27-07 to 5-27-08 - 12×10 = 120
     4-27-07                  total $195.00 owed

# DEPARTMENT OF CORRECTIONS
# AMBULATORY HEALTH RECORD

**APPOINTMENT**
Page 1 of 2

Printed By: RAZZAGHI, MITRA
Printed at: 01/25/2005 10:17:03
Encounter#: 934970

| 86530 | COIT, JILL | Facility: | DW | LU: | DW/UNIT2 | 1 | B | 10 | R |

Temperature: 97.7  Pulse: 85  Weight: 162
Respiratory:      BP: 119 / 65
Vitals Taken: PULSE OXSYM=94.00;

## SUBJECTIVE

Active Medication(s): ASA ENTERIC - 325 MG; BENADRYL - 50 MG; MIDRIN - 65/100/325; PREMARIN - 0.625 MG

Pt here to discuss multiple issues, summary as below
1- states that has been in process of step 3 grievance for getting some medical supplies, for example wants to have heating pad, special type writer, support hose and tens unit and refers to some ARs and ADA, etc. and wants me to approve them. discussed with pt that this will be discussed with administration and the legal department before final decision being made.
2-hearing:
- has not been able to get batteries for hearing aid for a long time. per pharmacy records however, batteries have been sent on 12/30/04. will ask nursing to supply
- c/o left ear hearing not better after ABx and NS washes and Benadryl x 6 weeks. some itching involved as well, ? allergies ? need for hearing test
3- Follow up on the shoulder rotator cuff pathology. MRI report shows BL tendenosis vs. RCT, needs follow up with ortho
4-asking about what she needs to do with her allergies and itching when Benadryl taken off formulary. discussed there are few more options. and pt agreed to try Vistaril
5- Pt requests to have replacement for her wrist splints due to wear and tear. will check with Abilities Unlimited about the last time they were replaced
    requests updating her restrictions in the computer. discussed that cannot put all permits and restrictions in DCIS format due to system difficulty but she can have them on paper as she already does.
7- requests to have a pusher for her wheelchair, states that hip pain is much better with using the wheelchair
I again re-emphasized my concern about losing her muscle strength with prolonged use of wheelchair, she shows me a note form a doctor that had found localized atrophy in her muscle and says that since she already has atrophy she does not care much since atrophy is permanent. discussed this misconception and that she does not have atrophy of all her muscles but if she does not use them that will happen. She understands and states she'll try to do more exercises.

8- c/o occasional bowel and urine incontinance, states she does not want to be evaluated for them but agrees to UA

## OBJECTIVE

ENT exam:
right ear with dried wax obscuring the TM
left TM dull, no air-fluid level, no erythema, mild left submandibular LAP with tenderness

Urine dip : Large Blood, pt is menopause, need to repeat and do microscopy

## ASSESSMENT

SHOULDER PAIN
CARPAL TUNNEL
HEARING LOSS
HEMATURIA

Hematuria

## PLANS / ORDERS

Allergies: PENICILLIN G; ALLERGIC TO PENICILLIN

follow up ortho, audiogram, DME consult for wrist splints done

EXHIBIT - 1

Urine dip done

UA ( send to lab for microscopy), Urien Culture and Sensitivity, CBC and BMP please this week

refer to the acting HSA and legal department for heating pad, support hose, tens unit and type writer issues

pls provide replacement batteries for the hearing aids

will replace Benadryl with Vistaril for itching when Benadryl expires in March

NEW - Rx#: 1873896 Drug Brand Name: DEBROX - 6.5% Alternate Name: CARBAMOXIDE Rx Date: 01/25/2005 Disc Date: 02/04/2005 Rx Instructions: TWO DROP(S) FOUR TIMES A DAY IN EACH EAR FOR FIVE DAYS FOLLOWED BY IRRIGATION BY NURSING

Medical Housing Restrictions: Added: FIRST-TIER; NO STAIRS;

Datetime: 01/25/2005 00:00   Providers: RAZZAGHI, MITRA A

**PHYSICIAN HEALTH PARTNERS**
1515 Arapahoe St., Suite #300, Tower 1
Denver, CO 80202

**UTILIZATION REVIEW**
Phone: (866) 362-1374
Fax:   (866) 362-1375

| | | | |
|---|---|---|---|
| erence #: | 1260706 | | |
| | Plan Identifier: There are no Plan Identifiers for this Referral. | | |
| IPA: | CDC | Date: | 02/09/2006 |
| Elective ✓ | Urgent | | |
| Patient Name: | JILL COIT | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 86530 |
| DOB: | 06/11/1944 | Group: | 4P |
| Address: | CDOCDENVER WOMENS CORRECTION CANON CITY, CO 81212 | PCP Name: | DENVER WOMENS CORRECTIONAL FAC |
| Phone: | | PCP Phone: | (303)371-4804 |
| Priority: | 1 MONTH | Security: | MINIMUM RESTRICTED |
| Doc Appt #: | 71632 | | |
| Requesting: | DENVER WOMENS CORRECTIONAL FACILITY | Referred To: | DENVER WOMENS CORRECTIONAL FAC |
| Phone: | (303)371-4804 | Phone: | (303)371-4804 |
| Fax: | (303)307-2607 | Fax: | (303)307-2607 |
| Contact: | JAMIE HARRELSON | Facility: | |
| If this is not a PCP, has the PCP approval been obtained? | | The following are for Surgical Requests Only | |
| Yes ✓ | No | Surgical Assist: N | |
| | | Anesthesiologist: | |

**Request Type:** OUTPATIENT DIAGNOSTIC
**ICD-9 Code Diagnosis:**
   780.99   OTHER GENERAL SYMPTOMS

**Procedure or Services:**
   V5010   ASSESSMENT FOR HEARING AID

**Request DOS:**

EXHIBIT 2A

**Past Treatments/Comments:**
LT HEARING AID IS NO LONGER WORKING /MDS

| | | | |
|---|---|---|---|
| Authorization Status: | Approved as submitted | Notification Date: | 02/13/2006 |
| Reviewed by: | MSmith, U.R. SPECIALIST | Surgical Assist: | |
| | CGarland, CASE MANAGER | Admit Date: | |
| | | Discharge Date: | |
| Approved From: | 02/13/2006 | Approved LOS: | |
| Approved To: | 08/13/2006 | F/U Days: | |
| Approved Units: | 1 | | |

**Approval Specifications/Comments:**
AUTH EVAL./REPAIR HEARING AID

*This referral is not a guarantee of payment. Coverage will be determined based on medical necessity, eligibility, policy provisions and availability of remaining benefits at the time of service.*

**PHYSICIAN HEALTH PARTNERS**
1515 Arapahoe St., Suite #300, Tower 1
Denver, CO 80202

UTILIZATION REVIEW
Phone: (866) 362-1374
Fax: (866) 362-1375

P̄ ̄erence #: 1302259
Plan Identifier: There are no Plan Identifiers for this Referral.

| | | | |
|---|---|---|---|
| IPA: | CDC | Date: | 08/01/2006 |
| Elective ✓ | Urgent | | |
| Patient Name: | JILL COIT | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 86530 |
| DOB: | 06/11/1944 | Group: | 4P |
| Address: | CDOCDENVER WOMENS CORRECTION CANON CITY, CO 81212 | PCP Name: | DENVER WOMENS CORRECTIONAL FAC |
| | | PCP Phone: | (303)371-4804 |
| Phone: | | Security: | CLOSE |
| Priority: | 1 MONTH | | |
| Doc Appt #: | 77657 | | |

| | | | |
|---|---|---|---|
| Requesting: | DENVER WOMENS CORRECTIONAL FACILITY | Referred To: | COLORADO MENTAL HEALTH INSTITUTE |
| Phone: | (303)371-4804 | Phone: | (719)546-4381 |
| Fax: | (303)307-2607 | Fax: | (719)546-4472 |
| Contact: | DR. POLLACK | Facility: | |

The following are for Surgical Requests Only
Surgical Assist: N
Anesthesiologist:

If this is not a PCP, has the PCP approval been obtained?
Yes ✓   No

Request Type: OFFICE VISIT - AUDIOLOGY
ICD-9 Code Diagnosis:
    389    HEARING LOSS

EXHIBIT 2B

T/Procedure or Services:                                    Request DOS:

Past Treatments/Comments:
SEE NOTES. SL

| | | | |
|---|---|---|---|
| Authorization Status: | Pended | Notification Date: | 08/02/2006 |
| | | Surgical Assist: | |
| Reviewed by: | SLamantia, U.R. SPECIALIST | Admit Date: | |
| | | Discharge Date: | |

Approved From:                                    Approved LOS:
Approved To:                                      F/U Days:
Approved Units:
Approval Specifications/Comments:
PLEASE FAX ATTENTION TO SUNSIRAY WE SHOW NO PREVIOUS APPROVAL IN OUR SYSTEM FOR A MAINTENANCE CONSULT FOR HEARING AIDS. SEND SUBJECTIVE & OBJECTIVE INFORMATION. WAS AN EXAM DONE? SEND ADDITIONAL INFO. TO FAX# 866-362-1375 BY 9/2/06. THANKS.

AUTH# 260706
FOR EVAL + REPAIR
02-13-06

AUG 0 3 2006

Dr. N Pollack, Phys II #34790
DWCF Clinical Services

FIND CHART FOR DR. POLLACK

This referral is not a guarantee of payment. Coverage will be determined based on medical necessity, eligibility, policy provisions and availability of remaining benefits at the time of service.

CWCF 850-4B

## COLORADO WOMEN'S CORRECTIONAL FACILITY
## INFORMAL RESOLUTION ATTEMPT

### SECTION A

Offender Name: jill coit  DOC #: 86530  Unit: 7

Subject of Grievance: destruction of med files  Dept/Staff: maiden (mrs)

What is the basis of your complaint? Be specific and brief: (NO ATTACHMENTS)

Per Dr. West letter, Rita Maiden admitted that she accidently shreded my medical records. This is not acceptable. How can you accidently shred my medical records? medical records should never be destroyed. my allergist(4 doctors) & hospital records showing cancers, back and social security medical records were all shredded. I do not intend to undergo all those test again. My allergist documented my medication allergies and polyester, soy, paint fumes, etc. My audiologist reports on my hearing aids, orthopedic reports on my back brace-long, carpel tunnel reports all gone, no way for me to prove all condition's I came into CDOC with. What am I to do? how do you punish her for her actions? Want my med reports gotten again. can you verify?

Offender Signature: [signed]  Date: 7-30-00

### SECTION B

Staff (involved staff member or immediate supervisor) response:

Your hearing aids will be allowed back. Medical will supply back and carpel tunnel braces as needed. grievance denied.

Staff Signature: E. M. Culle  Date: 8-15-00

### SECTION C

What was decided (Within policy limitations):

☐ I am satisfied with informal resolution shown above.
☐ I have elected to file a Step I Grievance. (Attach this form to Step I Grievance)

Offender Signature

Case Manager Signature:  Date:

cc: Original - Attach to grievance or place in Working File
Copies - Case Manager and Offender

EXHIBIT 3

DC Form 7B (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**NAME:** COIT, JILL
**OFFENDER NO:** 86530
**DATE:** 11-28-02
**TIME:** 10:00 AM

**SUBJECTIVE:**

**OBJECTIVE:**
IN DWCF - W/PT - FIT AUDIBEL HEARING AIDS. LT. SN: 02014 00694
RT. SN: 02014 00693
WARRANTY EXPIRES: 10/1/04

**ASSESSMENT:**
PT HAS DIFFICULTY UNDERSTANDING IN BACKGROUND NOISE

**PLAN / ORDERS:**
PT - NEEDS #312 HEARING AID BATTERIES

SIGNATURE NURSE: [signature]
P.E.: Pueblo Hearing Aid Ctrs

---

**NAME:** Coit, Jill
**OFFENDER NO:** 86530
**LIVING UNIT:** DW
**DATE:** 11-7-02

**SUBJECTIVE:** Has shoes with heel built up internally to accommodate leg length discrepancy

**OBJECTIVE:**
→ Had R hip replacement - takes antbx prophyl. for dental procedures. Had Keflex/Clinda - now yeast, reports topical antifungals no help advised try chlortrimazole 7d - if no relief can use Diflucan

**ASSESSMENT:**
→ Requests Flexeril - allergic intol of others in past

**PLAN / ORDERS:**
EXHIBIT 4

SIGNATURE NURSE: [signature]
P.E.: [signature]

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET
31201  C

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE: 

TIME:

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

ASSESSMENT:

---

| PRICARE CODE NO. | NAME: COIT, JIM | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE: 12-26-03

TIME: 9:00 AM

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

IN DWCF W/PT – CLEANED & CHECKED
BOTH HEARING AIDS, BOTH WORKING FINE.

EXHIBIT 5

ASSESSMENT:

SIGNATURE:
NURSE: [signature]
P.E.: PUEBLO HEARING AID CTRS
PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

## ACCOMMODATION RESOLUTION

You **DO HAVE A MOBILITY DISABILITY**

Offender Name: **COIT, Jill**
DOC#: **86530**
Date of Resolution: **June 2, 2008**

Following a disability screening it has been determined that you have a mobility disability and are therefore, entitled to the following accommodations:

1. Cane
2. Knee Brace
3. Assignment to a designated facility
4. When you are housed at a facility that maintains an elevator for offender use, you are allowed to use the elevator
5. Lower Bunk
6. Lower Tier
7. Special cuffing & shackling considerations
8. Staff assistance during an emergency or evacuation
9. Access to accessible bathroom facilities to include a shower chair
10. Not required to climb stairs
11. Medically necessary shoes w/ lift
12. Backpack
13. Special transport considerations
14. Assistance securing, carrying & disposing of food tray contents

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

You are required to notify clinical services and the AIC immediately if your health care device(s) is broken, lost, stolen or damaged.

The health care device(s) listed above shall fall under the provisions of Administrative Regulation (AR) 850-6, "Offender Property" and shall be placed on your property list. Any misuse of the health care device(s) may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

If you feel you require additional accommodations, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You **DO NOT HAVE A VISION, HEARING, or UPPER EXTREMITY DISABILITY** or any other **MEDICAL CONDITION RISING TO THE LEVEL OF A DISABILITY**

Your **MENTAL HEALTH CONDITION DOES NOT RISE TO THE LEVEL OF A DISABILITY**

Page 1 of 2

Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If your condition worsens and you feel that it affects your ability to perform a major life activity, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this resolution. You may not file future ADA grievances regarding your medical care. Please refer to A.R. 850-04 for details regarding the grievance process.
This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

_____  6/8/08     _____  6-9-08
Chief Medical Officer    Date         AIC                    Date

E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, Housing Supervisor, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) &
Print 2 full size copies on yellow paper & serve on offender

Page 2 of 2

# ACCOMMODATION RESOLUTION

## You DO HAVE A MOBILITY DISABILITY

Offender Name: **COIT, Jill**
DOC#: **86530**
Date of Resolution: **June 2, 2008**

Following a disability screening it has been determined that you have a mobility disability and are therefore, entitled to the following accommodations:

1. Cane
2. Knee Brace
3. Assignment to a designated facility
4. When you are housed at a facility that maintains an elevator for offender use, you are allowed to use the elevator
5. Lower Bunk
6. Lower Tier
7. Special cuffing & shackling considerations
8. Staff assistance during an emergency or evacuation
9. Access to accessible bathroom facilities to include a shower chair
10. Not required to climb stairs
11. Medically necessary shoes w/ lift
12. Backpack
13. Special transport considerations
14. Assistance securing, carrying & disposing of food tray contents

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

You are required to notify clinical services and the AIC immediately if your health care device(s) is broken, lost, stolen or damaged.

The health care device(s) listed above shall fall under the provisions of Administrative Regulation (AR) 850-6, "Offender Property" and shall be placed on your property list. Any misuse of the health care device(s) may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

If you feel you require additional accommodations, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

## You DO NOT HAVE A VISION, HEARING, or UPPER EXTREMITY DISABILITY or any other MEDICAL CONDITION RISING TO THE LEVEL OF A DISABILITY

## Your MENTAL HEALTH CONDITION DOES NOT RISE TO THE LEVEL OF A DISABILITY

Page 1 of 2

Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If your condition worsens and you feel that it affects your ability to perform a major life activity, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this resolution. You may not file future ADA grievances regarding your medical care. Please refer to A.R. 850-04 for details regarding the grievance process.
This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

___Pauly Grant MD___ __6/5/08__    ___Callie Haupt___ __6-9-08__
Chief Medical Officer       Date         AIC              Date

E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, Housing Supervisor, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) &
Print 2 full size copies on yellow paper & serve on offender

Page 2 of 2

*claim no 3-129 cont along Devel's Cog*

18. Claimant requested that she be moved out of her handicapped cell at DWCF because it did not have sufficient light. She was moved to a non-handicapped cell that provided more light. *Then moved back to handicapped cell with no light Call is to J*

### III. CONCLUSIONS OF LAW

1. The legal standards applicable to this claim are derived from three sources: (a) the Remedial Plan; (b) the Rehabilitation Act, 29 U.S.C. § 794, *et seq.*; and (c) the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, *et seq.*.

2. The first issue before the Special Master is whether Claimant is a disabled individual who is a member of the class. Under the Rehabilitation Act and the ADA, the term "disability" means "(1) a physical or mental impairment that substantially limits one or more of the major life activities of such individual; (2) a record of such an impairment; or (3) being regarded as having such an impairment." 42 U.S.C. § 12102(2); 29 U.S.C. 29 U.S.C. § 794(d); 29 U.S.C. § 705(9)(B). The term "substantially limits" refers to disabilities that make an individual unable to perform a major life activity that the average person in the general population can perform; or that significantly restricts an individual as to the condition, manner or duration under which he or she can perform a major life activity as compared to the condition, manner, or duration under which the average person in the general population can perform that same major life activity. 29 C.F.R. § 1630.2(j)(1). "Major life activities" include functions "such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working." 29 C.F.R. § 1630.2(h)(2)(i).

The Remedial Plan limits the class of persons who might otherwise have a disability under the Rehabilitation Act and the ADA to those with mobility, hearing, vision disabilities, and those with disabilities due to diabetes. *Remedial Plan* ¶ III(A). Additionally, the Remedial Plan limits participation to inmates with permanent physical disabilities/impairments. *Remedial Plan* ¶ III(B). A permanent disability/impairment is a condition which is not expected to improve within six months. *Remedial Plan* ¶ III(C).

Based on the criteria established by the Rehabilitation Act, the ADA, and the Remedial Plan, a claimant is a disabled individual who is a member of the class if, while an inmate in a facility under the control of the DOC, he or she (a) had a permanent physical mobility, hearing, or vision impairment or was a diabetic; and (b) this condition substantially limited one or more of his or her major life activities.

The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps performing manual tasks.

The Special Master finds and concludes that Claimant has not sustained her claim that she has a vision disability within the meaning of the ADA and/or the Remedial Plan.

*EXHIBIT 7*

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

        Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Jill Coit's Motion regarding payment of the amount awarded her in this matter (doc. #2221) is denied. Defendants are aware of the Final Order of the Special Master, and this court's affirmation thereof, and will comply with the order, if they have not already done so, in due course.

---

Dated: October 26, 2006

EXHIBIT 10

```
Offender Name: COIT, JILL                              DOC #: 86530
Facility: DENVER WOMENS CORRECTIONAL FACILITY          Date: 08/20/2008
```

RELIGIONS ITEMS
---------------
       1 JEWISH FAITH PROPERTY BOX(1)

FACILITY SPECIFIC ITEMS
-----------------------
       1 ADDRESS BOOK(1)
       1 ARCH SUPPORTS(1)        MEDICAL - OUTSIDE VENDOR    ACCUPRESSURE INSERTS
      50 ARTIST PAPER (1) TABLET (HOBBY)(50)
       1 BLANKET (CANTEEN)(1)
       2 CABLE CORD(2)
       1 CLOCK/RADIO(1)          020701498
       1 CONSTRUCTION PAPER 100 SHEETS(1)
      12 CRAYONS 24 MAX(24)
       1 EAR BUDS(1)
       1 EARBUDS(1)
       1 FLOSS ORGANIZER BOX (CLEAR)(1)
       1 GLUE 4 OZ OR GLUE STICK (HOBBY)(1)
       1 HEARING AID(1)          ONE PAIR
       1 HEEL CUPS - SHOES(1)    MEDICAL2 ACCUPRESSER         OUTSIDE VENDOR
       1 HOBBY CRAFT PERMIT(1)   ARTWORK & NEEDLEWORK
      12 MARKERS 36 MAX NO PERMENATE INK(36)
       1 MEDICAL APPLIANCE(1)    MEDICAL - 11 BRACES
       1 MEDICAL APPLIANCE (SEE NOTES)(1)MEDICAL BLANKET      ALL COTTON
       1 MEDICAL EQUIPMENT (SPECIAL ISSUE)(1)YELLOE EXERCISE BANDS2
       3 MEDICAL OTHER(3)        SOCK AID EGG CRATE MATTRESS  2 EXTRA UNIFORMS
       1 MEDICAL STOCKINGS(1)    2 PAIR OUTSIDE VENDOR
       1 MEDICAL WALKER MED APPROVED(1)
       1 MEDICAL WHEEL CHAIR(1)
       1 MISC. HOBBY SUPPLIES(1) MEDICAL GRABBER
       1 PEN GRIPS (HOBBY) 1 PKG(1)
       1 PENS/GEL/ASSORTED/BALL POINT NO LI(18)
       1 SACRED ITEMS BOX(1)
       1 SHEETS /PILLOW CASE G/FATHERED(1)MEDICAL - ALL COTTON PERSONAL OUTSIDE VEN
       1 WRIST BRACE(1)          MEDICAL - THUMB BRACE        ABILITIES UNLIMITED
       1 YARN(16)


MEDICAL APPLIANCES
------------------
       1 BACKPACK(1)                      4 KNEE WRAPS/BRACES(4)
       1 MEDICAL MATTRESS(1)              1 MEDICAL STREET SHOES(1)
       1 MEDICAL TENNIS SHOES(1)          1 PRESCRIPTION EYE GLASSES/CONTACTS(1)
       1 WEDGE PILLOW(1)

```
Inventory Staff_____ _____
                    (print name)                    (signature)

Inventory Staff_____ _____
                    (print name)                    (signature)
```

                              Page 2


                  COLORADO DEPARTMENT OF CORRECTIONS
        Offender Personal Inventory Quantity and Liability Limits


Offender Name: COIT, JILL                              DOC #: 86530

```
            COLORADO DEPARTMENT OF CORRECTIONS
         Offender Personal Inventory Quantity and Liability Limits


Offender Name: COIT, JILL                              DOC #: 86530
Facility: DENVER WOMENS CORRECTIONAL FACILITY          Date: 08/20/2008



   STATE ISSUE ITEMS
   -----------------
      5 BRAS(5)                             1 ID CARD(1)
      1 JACKET(1)                           1 KNIT CAP(1)
      3 SHIRTS(3)                           1 SHOES(1)
      5 SOCKS(5)                            5 T-SHIRTS(5)
      2 TOWELS(2)                           3 TROUSERS/SLACKS(3)
      5 UNDERWEAR(5)

   PERSONAL ITEMS
   --------------
     14 BOOKS (INCLUDING FAITH AND LEGAL)(15)   1 LEGAL BOX (2 CUBIC FEET)(1)
      6 MAGAZINE/NEWSPAPERS(6)

      Books, magazines and newspapers cannot exceed 3 cubic feet when
      combined with other property.


   CANTEEN ITEMS                 Description                       Serial #
   -------------   ---------------------------------------------------------
      1 BASEBALL CAP(1)
      3 BRAS(3)                  FRONT CLOSURE PLAYTEX MAILED  PER MED NOTE IN FILE
      3 BRIEFS/BOXERS/PANTIES(3) MEDICAL ALL COTTON
      1 COFFEE MAKER(1)
      1 COMBINATION LOCK(1)
      1 CURLING IRON(1)
      1 DOO RAG(1)
      1 FAN(1)
      1 GLOVES(1)
      1 GYM SHORTS(2)            COTTON
      1 HAIR DRYER(1)
      3 HANDKERCHIEFS(7)
      1 HEADBAND(1)
      1 LAMP(1)
      1 MULTI-OUTLET(1)
      1 PAJAMAS(2)               MEDICAL - ALL COTTON           OUT SIDE VENDOR
      1 SHOWER SHOES(1)          MEDICAL
      3 SOCKS(3)                 MEDICAL - ALL COTTON           OUTSIDE VENDOR
      1 STEREO HEADPHONES(1)
      1 SUNGLASSES(1)            MEDICAL - OUTSIDE VENDOR       1 DARK 1TINT 1 CLEAR
      2 SWEATPANTS(2)            MEDICAL - ALL COTTON
      2 SWEATSHIRTS(2)           MEDICAL - ALL COTTON
      3 T-SHIRTS(3)              MEDICAL - ALL COTTON           OUTSIDE VENDOR
      1 TELEVISION(1)                                           DN1A0523043270
      1 TENNIS SHOES(1)          ETONICS MEDICAL VELCRO         OUTSIDE VENDOR
      2 THERMAL DRAWER(2)        MEDICAL - ALL COTTON           OUTSIDE VENDOR
      2 THERMAL SHIRT(2)         MEDICAL - ALL COTTON           OUTSIDE VENDOR
      2 TOWELS(2)
      1 TYPEWRITER(1)            H2E387051
      2 WASH CLOTHS (CANTEEN)(4)
      1 WATCH(1)



                                Page 1




            COLORADO DEPARTMENT OF CORRECTIONS
         Offender Personal Inventory Quantity and Liability Limits
```