IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No. 92-CV-870-EWN-OES (No. 96-CV-343).

JESSE (JESUS) MONTEZ, et al.,
PLAINTIFFS,

vs.

BILL OWENS, et al.,
DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -2 2008

GREGORY C. LANGHAM
CLERK

CLAIM NUMBER 03-448
CATAGORY III (3)
CLAIMANT: GEORGE MARIN
ADDRESS OF CLAIMANT: SCF P/O BOX 6000 STERLING, CO 80751.

## PLAINTIFFS WITNESS LIST

PLAINTIFF THROUGH PRO SE, SUBMITS RESPECTFULLY THE FOLLOWING NAMES AS WITNESSES.

1. KEVIN M. BRETZ, #46584, PRISONER WHO HAS HAD TO HELP ME UP OFF THE FLOOR, AND WHO HAS HEARD FIRST HAND ACCOUNTS OF MY MEDICAL FROM S.C.F. MEDICAL STAFF,

2. LARRY MARTINEZ, #89440, PRISONER WHO HAS FIRST HAND KNOWLEDGE OF MEDICAL STAFF PROBLEMS DEALING WITH MY HEALTH.

CONT.

3. S. KEMP, #118797, PRISONER WITH MULTI FIRST KNOWLEDGE OF MEDICAL ISSUES, DENIALS/A.D.A., AS WELL AS ENDANGERMENT OF LIFE FROM S.C.F. STAFF THAT RELATE TO MY MEDICAL NEEDS.

4. ROBERT LYONS #49333, PRISONER WITH EXTENSIVE KNOWLEDGE OF S.C.F. MEDICAL PROBLEMS AND THEIR ABUSE OF MY MEDICAL NEEDS. HAS ALSO ASSISTED ME WITH PERSONAL NEEDS/TASKS/FALLS.

## HOSTEL WITNESSES

1. DR. FENTON, O.D. CONTRACTUAL DOCTOR FOR 9 YRS FOR S.C.F. AND UNDER CONTRACT A STATE EMPLOYEE AND NON-BIAS, NOR OUTSIDE SPECIALIST. I WILL SEEK HIS EVALUATION RECORDS OF MY X-RAYS AND CONSULT.

2. DR. FRANZ, CDOC AND PREVIOUS S.C.F. DOCTOR WHO HAS NEVER SEEN ME, BUT HAS WRITTEN FALSE REPORTS FROM MAJOR. BRIAN WEBSTERS CONSULT.

3. MAJOR BRIAN WEBSTER, DOCTOR?, P.A.?, MAJOR OVER S.C.F. MEDICAL. HE DECIDES HOW ONES MED--ICAL NEEDS WILL BE ADDRESSED. HE WILL BE A KEY PARTY IN MY QUESTIONING.

4. DR. GOLDSMITH, S.C.F. DOCTOR WHO WILL BE CALLED UPON TO ADDRESS EXAMS TAKEN THAT ALL CONCERN MY MEDICAL NEEDS.

(2)

CONT.

5. S.C.F. NURSES (ALL) BECAUSE C.D.O.C. HAS ISSUED AN ORDER FOR ALL MEDICAL NURSES TO REMOVE THEIR NAME TAGS SO THEY CAN'T BE IDENTIFIED NOW, I WILL NEED FOR (ALL) NURSES THAT WORK IN THE S.C.F. INFIRMARY, MED-LINES CALLED TO SEEK RESPONSES TO MY QUESTIONS FOR MEDICAL ISSUES.

6. ANY WITNESSES NECESSARY TO IMPEACH OR REBUT DEFENDANTS TESTIMONY.

RESPECTFULLY YOURS

*George L. Marin*
GEORGE MARIN #40375
P/O BOX 6000
STERLING, CO. 80751

CERTIFICATE OF MAILING

THIS IS TO CERTIFY THAT I HAVE SERVED A WITNESS LIST TO THE COLORADO ATTORNEY GENERAL HEREIN BY U.S. MAIL, POSTAGE PRE-PAID, AT S.C.F. STERLING, COLORADO THIS 28TH DAY OF AUGUST 2008.

COLORADO ATTORNEY GENERAL
MR. WILLOW I. ARNOLD
ASSISTANT ATTORNEY GENERAL
CORRECTIONS UNIT DIV.
ATTORNEY FOR DEFENDANTS
1525 SHERMAN St. 5TH FLOOR
DENVER, COLORADO. 80203-1760

(13)