IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-035
Category: III
Claimant: Frank S. Krause, #114981
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master on the letter of Claimant. He was inquiring as to the status of his claim. An order was issued to Claimant directing him to respond and indicate why his claim should be re-opened. Claimant was granted up to and including August 18, 2008, but Claimant has filed nothing further.

    In 2005, Claimant discharged his sentence and was released. The Special Master had no address at which to reach Claimant. On March 8, 2005, the claim of Mr. Krause was dismissed. Claimant has returned to DOC custody. Claimant has not provided good cause why his claim should be re-opened.

    IT IS HEREBY ORDERED that Claimant's letter, being treated as a motion to re-open his claim, is denied; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

    SIGNED this 25nd day of August, 2008.

BY THE COURT:

/s/ Richard M. Borchers
_____
Richard M. Borchers
Special Master