IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-273
Category III
Claimant: David L. Mares, #49814
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

THIS MATTER came before the Special Master on the claim form of David L. Mares. The Special Master would note that Claimant previously filed a claim. A hearing was held on May 4, 2007. Claimant was found to be disabled under the Remedial Plan, but he did not establish that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act.

Claimant was entitled to file a claim under the Remedial Plan. Claimant did that and had that claim adjudicated. Claimant is not allowed to file a second claim. This claim form is dismissed without action and with prejudice.

IT IS HEREBY ORDERED that the claim form of David L. Maries is denied and dismissed, as he previously filed a claim that was adjudicated; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 20, 2008.**

SIGNED this 2nd day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master