# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-443
Category: III
Claimant: Darryl L. Atteberry, #87570
Address of Claimant: c/o Sergio Mariani, 310 E. Abriendo, Suite D, Pueblo, CO 81004

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master for hearing on August 25, 2008 at the District Court of Otero County, La Junta, Colorado. Present were the following: Willow Arnold, attorney for Defendants, and Dr. Timothy Creany, M.D. Claimant did not appear for the hearing.

This matter was set for hearing in an order issued on June 9, 2008, The hearing was going to be held at the Ft. Lyon Correctional Facility in Ft. Lyon, Colorado. Claimant then was granted parole. As a result, he could not return to a DOC facility for a hearing. The notice of his hearing and subsequent orders were sent to Claimant through his parole officer. An order was issued on July 21, 2008 setting the hearing at the Otero District Court in La Junta, Colorado. The hearing notice was sent to the parole officer of Claimant. No contact was received on August 25, 2008 from Claimant or his parole officer.

Claimant also failed to provide an updated mailing address. The rules of the Court require that a party provide in writing a change of address. *L.R.Colo. 10.1.*

> **M. Notice of Change of Address, E-mail Address, or Telephone Number.** Within ten days after any change of address, e-mail address (including any change of e-mail address to be used in the account maintenance link in ECF), or telephone number of any attorney or pro se party, notice of the new address, e-mail address, or telephone number shall be filed.

Other than his parole officer, the Special Master does not have any way to provide notice to Claimant. The claim of Claimant will be dismissed.

IT IS HEREBY ORDERED that the claim of Darryl L. Atteberry is dismissed, as Claimant failed to appear for the hearing and failed to provide an updated change of mailing address; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 14, 2008.**

SIGNED this 27th day of August, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master