IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Case Number C-004
Category: C
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter and documents from L.R. Moore. Claimant has filed a motion to reconsider and has submitted documents in support of his claim. It should be noted that Claimant was successful partially in presenting his claim.

The right to file a claim for alleged discrimination arises out of the Remedial Plan which is the settlement document approved by the Court. Absent the approval by the Court of the Remedial Plan, Claimant would have been required to file a separate lawsuit to seek redress of the discrimination that was determined to have been present in his claim.

Claimant has utilized his right to file a claim. He has exercised his right to file an appeal from the final award of the Special Master. There are no other appellate rights in the Remedial Plan. Thus, there is no jurisdiction to act upon the motion to reconsider, and it will be denied.

To the extent that Claimant's documents raise issues concerning compliance with the Remedial Plan by DOC, the Court has no authority to act upon *pro se* motions filed by any claimant. Claimant is part of the class and is represented by counsel. Under applicable 10th Circuit case law, there is no authority to adjudicate a *pro se* motion. To the extent Claimant is raising issues that involve Defendants' compliance with the Remedial Plan, Claimant would be represented by counsel for the class. Under appellate case law, the Court may only forward the documents of Claimant to counsel for the class. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). The documents submitted by Claimant will be forwarded to counsel for the counsel for the class.

IT IS HEREBY ORDERED that Claimant's motion to reconsider is denied; and

IT IS FURTHER ORDERED that the documents submitted by Claimant shall be sent to counsel for the class for such action as is appropriate; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 21, 2008.**

SIGNED this 27th day of August, 2008.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          _____
                                          Richard M. Borchers
                                          Special Master