IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

───────────────────────────────────────────────

Claim Number X-275
Category: Untimely Filed Claim
Claimant: Paul W. Rouse, #67380
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211

───────────────────────────────────────────────

## ORDER OF DISMISSAL OF SPECIAL MASTER

───────────────────────────────────────────────

    THIS MATTER comes before the Special Master on the claim of Paul W. Rouse. In his claim form, Claimant indicated that he had come into DOC custody on November 27, 2007. Since it appeared that the Special Master might not have any jurisdiction over the claim, an order was issued to Claimant. Despite being granted up to and including August 18, 2008 in which to respond, he has not filed anything further in response to that order.

    According to the claim form, Claimant came into DOC custody in November 2007. He may have been in custody prior to this date, but he has provided no further information to the Special Master.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    Claimant came into DOC custody after August 27, 2003. The Remedial Plan limits

jurisdiction over claims to inmates who were in custody on or before August 27, 2003. There is no jurisdiction to adjudicate the claim. Claimant may bring his own separate action for damages in a court of competent jurisdiction.

IT IS HEREBY ORDERED that the claim of Paul W. Rouse is denied, as Claimant came into the custody of the Colorado Department of Corrections after August 27, 2003 and the Special Masters have no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 14, 2008.**

SIGNED this 25th day of August, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master