IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-009
Category II
Claimant: Robert R. Rodriguez, #48645
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter to the Special Masters. He has requested that an order be issued directing the Colorado Department of Corrections to pay him damages for not receiving a hearing aid.

Claimant previously filed a claim under the Remedial Plan. The claim was settled on December 21, 2005. The claim was dismissed due to the settlement.

The Court does not oversee the day-to-day activities of the Colorado DOC. This case is a class action, and Claimant is represented by class counsel on issues related to the Remedial Plan. Under the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), Claimant's letter must be forwarded to counsel for the class. Class counsel must make a determination as to what action should be taken on the letter. The Court cannot act on his *pro se* letter.

IT IS HEREBY ORDERED that Claimant's letter is forwarded to counsel for the class for action as deemed appropriate.

SIGNED this 5th day of September, 2008.

BY THE COURT:

By: */s/ Richard M. Borchers*
Richard M. Borchers
Special Master