IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-751
Category II
Claimant: Floyd Allen, #117789
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on Claimant's letter to the Court. He has requested that an order be issued directing the Colorado Department of Corrections to place him back into Cell House #7 at the Colorado Territorial Correctional Facility in Canon City, Colorado.

    Claimant previously filed a claim under the Remedial Plan. The claim was denied on October 31, 2006, as Claimant had failed to establish each part of his claim by a preponderance of the evidence. He did not prove that he was disabled on or before August 27, 2003 or that he had been the victim of discrimination on or before that date.

    The Court does not oversee the day-to-day activities of the Colorado DOC. This case is a class action, and Claimant is represented by class counsel on issues related to the Remedial Plan. Under the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), Claimant's letter must be forwarded to counsel for the class. Class counsel must make a determination as to what action should be taken on the letter. The Court cannot act on his *pro se* letter.

    IT IS HEREBY ORDERED that Claimant's letter is forward to counsel for the class for action as deemed appropriate.

    SIGNED this 5th day of September, 2008.

BY THE COURT:

By: */s/ Richard M. Borchers*
Richard M. Borchers
Special Master