IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Linette DeRasmo, Claim number X-242

## ORDER

Kane, J.

This matter is before the court on Claimant, Linette DeRasmo's Motion to Object (doc. #3003). The court has reviewed the Final Order and the Objection and finds as follows:

The Special Master has correctly ruled that he is without jurisdiction over Ms. DeRasmo's claim as she was not incarcerated during the requisite time period set forth in the Settlement Agreement. Ms. DeRasmo has expressed concerns regarding the quality of medical care, but that matter is not within this court's jurisdiction as is relates to this case. She may, however, wish to address those issues through a separate individual action, not as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #3002) is AFFIRMED.

Dated:   September 9, 2008

BY THE COURT:

*s/John L. Kane*

                                                 JOHN L. KANE, SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Ms. DeRasmo.