IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Re: Robert C. Garnett, Sr., Claim number 03-078

## ORDER

Kane, J.

This matter is before the court on Claimant, Robert C. Garnett, Sr.'s Objection to Final Order of Special Master (doc. #3245). The subsequent Motion to File Out of Time (doc. #3246), is GRANTED, and the Objection is considered as timely filed. The court has now reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered in great detail the physical limitations of Mr. Garnett, and found that Claimant is not disabled as defined by the Settlement Agreement. The Special Master further found that Claimant has not been discriminated against, but rather that DOC has an established record of accommodation regarding this claimant. Dismissal of the claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc.

#3008) is AFFIRMED.

Dated: September 9, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Garnett.