IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Re: Oliver Giller, Claim number 03-330

## ORDER

Kane, J.

This matter is before the court on Claimant, Oliver Giller's Objection to Final Order of Special Master (doc. #3001). The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered in great detail the physical condition of Mr. Giller, and found that Claimant is not disabled as defined by the Settlement Agreement. Mr. Giller has expressed concerns regarding the quality of medical care, but that issue is not within this court's jurisdiction as is relates to this case. He may, however, wish to address those issues through a separate individual action. Dismissal of the claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2886) is AFFIRMED.

Dated: September 9, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Giller.