IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Donald Lee Revere, Claim number 02-779

## ORDER

Kane, J.

This matter is before the court on claimant's Motion for Clarification (doc. #2967) in which Claimant Donald Lee Revere is requesting clarification regarding his claim and the award made in the Final Order of the Special Master. I have reviewed the motion, subsequent letters and the Final Order and I rule as follows:

The relief awarded in the Final Order is not monetary, but rather is limited to the requirement that Defendant provide specially made shoes to accommodate claimant's foot problems, and that such shoes be replaced as needed for as long as Mr. Revere is in DOC custody. Additionally, Defendant is to insure that the shoes are not confiscated if claimant is transferred to a new facility. To the extent that Mr. Revere's request for clarification is an objection to the final order in that no monetary award was made, it is overruled. The Final Order of the Special Master (doc. #2867) is AFFIRMED.

Dated: September 9, 2008

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Revere.