September 4, 2008

Mr. John L. Kane,
United States District Judge
United States District Court
901 19th Street
Denver, Colorado 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2008
GREGORY C. LANGHAM
CLERK

RE: Montez, et al., v. Owens, et al., 92-CV-870-EWN-OES

Dear Judge Kane;

The enclosed copy of my Steps 1, 2 + 3 grievances are self-explanatory.... I was unable to obtain copies to send to the Attorney's King + Greisen or to the Special Masters.

When will this Court and the Attornrys take serious the games CDOC plays and force order compliance.... as Offenders "are" suffering and dying as a result of this Courts lack of real and true concern.... and CDOC's games....

Sincerely,

Michael Duane Windsor #64336
Colorado Territorial Correctional Facility
P.O. Box #1010
Canon City, Colorado 81215-1010

P.S. I am one of those Mobility Disabled offenders that this facility refuses to comply with AIC ordered Accommodations.

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CT07/08-507        STEP (Circle One)  1  2  ③        ADA?  Yes ☐  No ✓

NAME: Michael Duane Windsor     DOC NO. 64336     FACILITY: CTCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: This Step 3 grievance is necessary as the responses to my Steps 1+2 Grievances is without merit, patently false, ignores the subject matter of the grievance and provides no relief... The arguments, the issue and the remedies sought in my Steps 1+2 grievances is hereby incorporated herein as if set forth verbatim... In addition I state the following: The subject matter of this Grievance is: The creation of a special and privileged class of offenders and extra canteen items is only one portion of that creation... The issue of single-cell's is unique to cell-house #3 only, but the fact is ADL's in cell-house #3 are awarded single-cell occupancy... So the claim that "after CTCF accepted another 150 inmates in November of 2007, ADL inmates are not assigned single cells" is false... A "red herring." And the additional extra privileges as raised in my Step 1 Grievance wasn't even addressed... And the assertion that to house the ADL's with and in the same cell with the disabled offender as not being feasible is meritless... Not only does the "Montez" Remedial Plan provide for such, but about one-half (1/2) of the offenders on the bottom-tier in cell-house #3 do not have reasons necessitating their placement or housing assignment in and/or to cell-house #3. Lastly, the claim that the canteen items are "outdated" is false...

Remedies Requested: 1). Same as sought in my Steps 1+2 Grievances...

DATE: August 22, 2008    OFFENDER SIGNATURE: Michael Duane Windsor

DATE RECEIVED: _____    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **CT07/08-507**   STEP (Circle One) 1 **(2)** 3   ADA? Yes ☐ No ✓

NAME **Michael Duane Windsor**   DOC NO. **64336**   FACILITY **CTCF**

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: This Step 2 Grievance is necessary as the response to my Step 1 Grievance is without merit, patently false and provides no relief.... The arguement(s), the issue and the remedies sought in my Step 1 grievance is hereby incorporated herein as if set forth verbatim.... In addition I state the following: There is no such mandate by the Court in MONTEZ that gives pay and privileges to ADL's and not to all offenders as that would be a violation of the Equal Protection clause to the United States Federal Constitution.... For you to claim on this document that the Court in MONTEZ has mandated Food Gifts and Single Cells for ADL positions at CTCF when in fact the Court has not constitutes a fraud and falsification of a Public Record/Document.... ...intentionally because you know your claim/statement to be untrue.... To be clear the Food Gifts are in addition to regular offender pay....And the single cells, only in Cellhouse #3.....

Remedies Requested: 1). Same as sought in my Step 1 grievance.... And 2). Move the ADL's "Offender Aides" into the same cells with the offender they are assigned to assist... Put the ADL's on the small side and the disabled offender needing assistance on the big side....that would also allow their present cells to be given to those offenders in need of a medically assigned single wet cell... Now that is provided for in MONTEZ!!

Note: I will be sending a copy of these grievances and responses to Judge Kane.

DATE: **July 11, 2008**   OFFENDER SIGNATURE **Michael Duane Windsor**

DATE RECEIVED:   RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

**RESPONSE**

Answer Attached

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 8/1/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Amanda (illegible) |
|---|---|

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: 7/31/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Connie Higgs 4163 |
|---|---|

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: Aug 19, 2008 | OFFENDER SIGNATURE/PRINT NAME & DOC # 64336 Michael Duane Windsor |
|---|---|

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

Response to Grievance from Windsor, Michael  DOC # 64336

I am in receipt of your grievance about your concerns that ADL's receive additional canteen items. CTCF does issue outdated canteen that is donated by canteen services to those inmates performing ADL/Hospice duties. This practice is currently being reviewed for continuance due to some other mitigating circumstances that may be forthcoming. After CTCF accepted another 150 inmates in November of 2007, ADL inmates are not assigned single cells. Your comment in regards to the housing assignments is noted however, it is not feasible.   Grievance Denied.

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CT07/08-507    STEP (Circle One) ① 2 3    ADA? Yes ☐ No ☑

NAME: Michael Duane Windsor    DOC NO. 64336    FACILITY: CTCF

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: This Grievance addresses Colorado Territorial Correctional Facility creation of a special and privileged class of offenders receiving special favor and privileges not received by any other offenders at this or any other Colorado Department of Corrections Facility... These offenders are called "ADL's" Offender Aides... They are those offenders assigned to assist those offenders with "Montez" disabilities... The ADL's receive an average of two(2) food packages a month. That's in addition to their offender pay... These food packages are not received by any other offenders... ADL's that live in Cell-house #3 receive an additional privilege, they have single cells... All ADL's are allowed to cut to the front of the chow line during meals even when they're not working as ADL's... ADL's are allowed to sit at any table they so choose to sit at during meal times when all other offenders are force seated... In 2003, the Colorado Legislatures cut all offenders pay to .60 cent a day... There were no exemptions in that house bill giving gifts to ADL's, Offender Aides nor that would allow CDOC to do so and/or create a special and privileged class of offenders... There is also nothing in Montez creating a special and privileged class of offender workers... The average value of each food package is approximately $15.00...

Remedies Requested: 1). Cease and desist this unfair and unconstitutional practice as described above... 2). For those ADL's living/housed in Cellhouse #3, double-up on double occupy their cells... 3). Make all Offender Aides, ADL's to reimburse CDOC or Offender Canteen funds for all food packages received from 2003... 4). If offender canteen claimed a taxable deduction for damaged product... Notify the Internal Revenue Service (IRS) of a possible tax law violation as there was no product lost or damage as it was used as payment... And 5). Absolutely no retaliation for the filing of this legitimate and meritorious grievance...

DATE: June 16, 2008    OFFENDER SIGNATURE: Michael Duane Windsor

DATE RECEIVED:    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE:

ADL positions, pay, and privileges at CTCF are mandated by the courts through the Montez lawsuit. Your allegations of unfair and unconstitutional practices by CTCF are without merit. Your grievance is denied!!

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 6/27/08    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Allen /905

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 6/26/08    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Connie Riggs /6165 Other

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 7/9/08    OFFENDER SIGNATURE/PRINT NAME & DOC #: Michael Duane Windsor 64336

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1