IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION No. 92-N-870 (OES) (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION No. 96-N-343).

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

V.

BILL OWENS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2008

GREGORY C. LANGHAM
CLERK

Claim Number: 03-138 (Formerly X-097)

Catagory: III

Claimant: Kevin Mark Bretz, #46584

Address of Claimant: SCF, P/o BOX 6000, STERLING, COLORADO 80751

# MOTION TO HOLD HEARING

COMES NOW, KEVIN MARK BRETZ, PRO. SE, IN THE ABOVE TITLED ACTION PRAYS THIS HONORABLE COURT GRANT SAID MOTION. PLAINTIFF STATES THE FOLLOWING:

#1. ON 02/01/06 AT C.S.P. A HEARING WAS HELD. AT THAT HEARING IT WAS DETERMINED THAT S.C.F. HAD ALTERED/FALSE PAPERS IN AN ATTEMPT TO COVER UP CLAIMANTS MONTEZ ACTION. THIS WAS A DIRECT/INTENTIONAL ACT BY MEDICAL AND ADMIN. STAFF ie. MAJ./P.A. WEBSTER/DR. FRANZ.

CONT:

#2. ON 07/23/07 AN ORDER WAS ISSUED BY THIS COURT THAT OUT LINED SPECIFICS, SO THAT CLAIMANT WOULD BE ASSURED PROMTLY AND SPECIFIC CARE/TREATMENT, FROM (OUT SIDE) SPECIALISTS.

#3. ON 10/02/07 I WAS RETURNED TO S.C.F. FROM CANON CITY (CSP/CCF) AND BACK INTO THE SAME CONFLICT OF ADMIN./MEDICAL HANDS WHO HAD BEFORE IGNORED MY MEDICAL NEEDS AND COVERED UP FACTS TO DECEIVE THIS COURT. ie. ALTERED DOCUMENTS AND MAJ./P.A. WEBSTER, DR. FRANZ.

#4. ON 10/24/07 S.C.F. AND CDOC SET APPOINTMENTS, (3) THREE MONTHS AFTER THE ORDER OF 07-23-07. THIS WAS DONE BY S.C.F. DR. PAULA FRANZ. THE SAME PARTY WHO HAD PREVIOUSLY WITH MAJ./P.A. WEBSTER FAILED TO GIVE PROPER MEDICAL CARE IN 2004, WHILE HOUSED AT S.C.F. BEFORE TRANSFER TO C.S.P. ADMIN. SEG. UNIT.
(SEE ORDER 07-23-07, SECT. II FINDINGS OF FACTS #5, #6.)
CDOC IN A RETALIATION FASHION HAS RE-SENT THE CLAIMANT TO S.C.F. AND PLACED HIM AT THE MERCY OF DR. FRANZ AND MAJ./P.A. WEBSTER, ONCE AGAIN. ONLY TO HAVE HIS ORDER OF 07-23-07 OBSTRUCTED FROM THE LANGUAGE OF SAID ORDER AND MANIPULATE ORDER TO MEET THEIR GUIDELINES AND CARE THEY WISH TO PROVIDE, NOT WHAT THE ORDER DICTATES.

(2)

CONT.

#5. ON 06/06/08 MR. WILLOW I. ARNOLD FILED AN OVERVIEW MOTION OF "RESPONSE TO CLAIMANT'S MOTION TO COMPEL". THIS MOTION CLEARLY SHOWS DR. FRANZ IN FULL VIOLATION OF SAID ORDER OF 07/23/07 AS WELL AS SHOWS MAJOR/P.A. WEBSTER ARE IN VIOLATION OF ORDER.

IT ALSO SHOWS THAT NOT ONLY HAVE THEY ABUSED THE ORDER, MULTI MEDICAL STAFF HAVE COMMITTED STATE AND FEDERAL LAW VIOLATIONS ie. FRAUD, PERJURY, AND FALSIFYING RECORDS ONCE AGAIN.

AMBULATORY REPORT 02/22/08 SHOWS DR. FRANZ MAKING ORDERS FOR BRACE/BOOTS/NEEDS, NOT 3RD WEEK OF NOV. 07 AS STATED BEFORE.

AMBULATORY REPORTS 01/29/08, 01/28/08, 01/23/08 ALL OUTLINE ABUSIVE CONDUCT TO PROMPTLY TREAT AS DIRECTED BY SPECIALISTS.

AMBULATORY REPORT 06 OF DEC. 07 CLEARLY SHOWS AN ABUSE OF ORDER BY DR. FRANZ ONCE AGAIN BY HER ACTIONS TO SEEK AN ORDER CHANGE OF DR. FENTON. IT SHOWS A CLEAR PATTERN THAT DR. FRANZ WILL GO TO ANY STEPS TO ALTER MY ORDER AND NOT FOLLOW THE ORDER OF THE COURT.

#6.

ALSO DR. FENTON IS AN EMPLOYEE "CONTRACTED" OF S.C.F./CDOC. HE IS NOT AN OUTSIDE (BIAS) SPECIALIST. NOR IS DR. KOONS, WHO HAS WORKED FOR CDOC FOR (20) TWENTY PLUS YEARS.

DR. KOONS AND DR. FRANZ (ONCE AGAIN) HAD

CONT.

—— CONSULTED PRIOR TO MY APPOINTMENT. THEY IN A COLLECTIVE WAY DECIDED AN EPIDURAL WILL BE <u>ALL</u> THAT I WILL RECEIVE.

DR. KNOONS NEVER GAVE ME AN EXAM, NOR DID HE HAVE MY FILE, IN ORDER TO DETERMIN ALL MY DAMAGE.

DR. LILLY THE PREVIOUS NEURO SPECIALIST IS DR. KOONS MEDICAL PARTNER. DR. KOONS IS WRITING AN ORDER, THE EXACT OPPOSITE OF DR. LILLY TO MEET DR. FRANZ's REQUEST. THIS IS A DELIBERATE VIOLATION ON HER PART TO SUBJECT ME TO HER RETALITORY POWER BEING SENT BACK TO S.C.F. AND AT HER MERCY. SHE EVEN ADMITS THE ONLY FACILITY THAT WOULD MEET DR. FENTONS ORDER WOULD BE AT FT. LYONS. BUT I WILL NOT BE MOVED TO FT. LYONS...

PER ORDER 07/23/07 IV. ORDER 3. CDOC WAS ORDERED TO MOVE ME TO A FACILITY WHERE HE CAN RECEIVE CARE AND WHERE HIS RESTRICTIONS CAN BE ACCOM-MODATED. "DR. FRANZ STATES FT. LYONS IS THAT FACILITY."...

#7. ON 12/06/07 DR. FRANZ ORDERED P.A. STOCK AND MEDICAL ADMIN. BEVERLY DOWIS TO PROCEED WITH BRACE. ON 05/22/08 A BRACE WAS DESIGNED. 6 MONTHS OF TIME HAD PASSED SINCE HER ORDER, 8 MONTHS SINCE DR. FENTONS ORDER AND 10 MONTHS SINCE THE COURT ORDER ISSUED. THIS IS NOT PROMPTLY NOR IS IT IN COMPLIANCE OF THE ORDER TO BE DONE PROMPTLY AND TO SPECIFIC DIRECTIONS. THIS BRACE DOES NOT FIT NOR WORK.

(4)

<u>CONT.</u>

#8  ON 11/02/07 DR. FENTON ORDERED SPECIFICS UNDER THE ORDER OF JUDGE DAVIDSON THOSE ORDERS WERE TO BE FOLLOWED WITH OUT QUESTION, OR INTER- -FERENCE BY CDOC. THEY WEREN'T, DR. FRANZ TOOK IT UPON HERSELF TO HAVE HER EMPLOYEE (CONTRACT) DR. FENTON CHANGE THEM.

IN DOING SO THAT ORDER FOR MEDICATION WAS CHANGED TO A LIFE THREATENING MEDICATION FOR ME THAT PLACED MY LIFE AT RISK OF DEATH. ALSO THE CANE A SIMPLE DEVICE THAT IS STOCKED AT SCF WAS IN FACT IGNORED UNTIL LATE 02 (FEB.) 08, 4 MONTHS AFTER THE ORDER. NOT A PROMPTLY FASHION BY NO MEANS, NOR DOES IT COMPLY WITH ORDER.

#9  DR. FRANZ ALONG WITH P.A. WEBSTER, BEVERLY DOWIS WITH THEIR CONTRACT DOCTORS FENTON / KOONS ARE DOING NOTHING MORE THAN COVERING UP MEDICAL CONDICTIONS THAT HAVE BEEN DOCUMENTED BY DR. KOONS PARTNER DR. LILLY AND DR. PATTERSON. BY NOW CLAIMING <u>NO</u> INJURY / DAMAGE THAT WARRENTS MEDICAL CARE.

BUT A CANE, BRACE WAS ISSUED, PAIN MEDICATION FOR A SHORT PERIOD. BUT THIS STILL DOES NOT TREAT NOR MEET THE COURT ORDER OF 07-23-07. IM STILL IN MAJOR/EXCESSIVE PAIN, MY LEG DOES NOT FUNCTION NOR DOES THE BRACE WORK FOR MY NEED. THE NEURO WONT GIVE ME AN EXAM OR CONSIDER TREATMENT.

(5)

CONT.

#10 AN OUTSIDE ORTHO/NEURO SURGEON SPECIALIST. OUTSIDE MEANING SOMEONE INDEPENDANT & NOT AFFILIATED WITH CDOC, SOMEONE TOTALLY BIAS OR NON-BIAS OR WHAT? I WOULD INTERPRET THE FRAZE OUTSIDE TO BE TOTALLY INDEPENDANT, NOT UNDER CONTRACT WITH CDOC AND NO INTERFERENCE BY CDOC MEDICAL.

DR. FENTON / DR. KOONS HAVE BOTH TOLD ME THEIR LOYALTIES ARE TO CDOC AND THEIR CONSULTS WITH DR. FRANZ WERE PERFECTLY PROFESSIONAL AND ETHICAL.

THESE OUTSIDE DOCTORS WERE TO TREAT ME, I WAS THEIR CLIENT NOT DR. FRANZ, MY NEEDS WERE TO BE MET NOT DR. FRANZ OR CDOC. THAT IS OBSTRUCTION OF ORDER.

#11. CLAIMANT WOULD REQUEST A FORMAL HEARING TO ADDRESS MULTI VIOLATIONS AND ALLOW THE JUDGE TO SEE FOR HIS SELF THE LEG DAMAGE, ANKLE DAMAGE, BRACE THAT DOESNT WORK OR SHOES THAT DONT MEET THE 10" HIGH LACE UP ORDER. EVIDENCE CLEARLY SHOWS A FULL STAFF COVER UP AND RETALITORY ACTIONS BY THE SAME PERSONS WHO COVERED UP FACTS/RECORDS AND HAD PLACED ME IN DANGER BEFORE. A HEARING IS JUSTIFIED AND ONE WILL BE HELD AT S.C.F. 10/20/08 FOR OTHER CASE ACTION THAT ADDRESS THE SYSTEMACTIC ABUSE BY S.C.F. MEDICAL.

CONT.

WHEREFORE PLAINTIFF/CLAIMANT RESPECTFULLY ASKS THIS COURT TO SET HEARING ON 10/20/08 SO HE CAN PRESENT FACTS AS WELL AS VIEW DAMAGES TO SHOW HIS COURT ORDER OF 07/23/07 HAS NOT BEEN MET, IN THE FASHION IT WAS DESIGNED.

CLAIMANT ALSO FEELS THIS COURT HAS NO OTHER CHOICE BUT TO FIND CDOC, DR. FRANZ, P.A. WEBSTER, BEVERLY DOWIS, P.A. STOCK, DR. FENTON, DR. KOONS IN CONTEMPT OF COURT ORDER AND "OBSTRUCTION" OF THIS 07/23/07 COURT ORDER. ITS CLEAR THAT DR. FRANZ AND P.A. WEBSTER AS WELL AS CDOC HAVE PLACED ME BACK UNDER THEIR CARE AT THIS FACILITY AGAIN IN A RETELIATION FASHION AND HAVE CAUSED GRIEVOUS PAIN AND SUFFERING TO THIS CLAIMANT NOW FOR OVER 1 YEAR, THIS COURT CAN NOT ALLOW THIS TO CONTINUE.

RESPECTFULLY SUBMITTED THIS 2ND DAY OF SEPTEMBER, 08.

KEVIN MARK BRETZ #46584
P/O BOX 6000 S.C.F. UNIT 4
STERLING, CO. 80751

RE: LAW LIBRARY CLOSED FOR 2 WEEKS PLUS NOW.

DEAR COURTS / CLERK                                      09/02/08

NO COPY WAS MADE & SENT TO COLO. A.G.'s, THE FACILITY LAW LIBRARY IS CLOSED & HAS BEEN FOR OVER 2 WEEKS NOW.

KITE'S & REQUESTS HAVE BEEN IGNORED TO OBTAIN COPY(S) & MEET COURT DATE TIME FRAME. ALSO ALL LEGAL MAIL RECENTLY HAS BEEN OPENNED BY THE STAFF, NOT SIGNED FOR OR LOGGED PER-LAW.

I'VE ENCLOSED PROOF BY SENDING YOU THE MANILA ENVELOPE REMAINS FROM ATTORNEY GENERAL. IT WAS MACHINE OPENNED & SLID UNDER MY CELL DOOR WHEN I WAS GONE. MY CELL MATE NOTED IT FOR THE RECORD.

RESPECTFULLY SUBMITTED

Kevin M. Bretz

MONTEZ V. OWENS
CLAIMANT # 03-138
KEVIN MARK BRETZ



opened again.

legal mail again.

Rec'd By: Sgt Taylor
06/12/08

Kevin Mark Bretz
#46584
Slid under door

PRIORITY

M310100750

STATE OF COLORADO
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
1525 SHERMAN STREET - 7TH FLOOR
DENVER, COLORADO 80203-1760

Kevin Mark Bretz, #46584
SCF, P.O. Box 6000
Sterling, CO  80751-0600

Kevin Jeremy Mann
6-12-08
18.24 hrs.

STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE