Michael N. Collins DOC #101218, Colorado Territorial Correctional Facility (Page 1 of 10
P.O. Box 1010, Canon City Co 81215-1010; (719) 269-4002
Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil
Action No. 96-N-343) "JESSE MONTEZ, et al. - vs - BILL OWENS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP -9 2008
GREGORY C. LANGHAM
CLERK

OBJECTIONS, PLEADINGS, MOTIONS, & APPEAL OF RICHARD M. BORCHERS, SPECIAL
MASTER, CLAIM DISMISSAL OF CLAIMANT, MICHAEL N. COLLINS, OF CLAIM 09/04/08,

SEVERAL TIMES (AGAIN & AGAIN) THROUGHOUT THE CLAIMANTS HEARINGS ON
MARCH 6, 2008 & MAY 8, 2008 AT COLORADO TERRITORIAL CORRECTIONAL FACILITY
(CTCF) IN CANON CITY, COLORADO, RICHARD BORCHERS, SPECIAL MASTER, ORDERED
THAT THE CLAIMANT, MICHAEL N. COLLINS, WAS TO HAVE ACCESS TO HIS MEDICAL FILES
(AND ACCESS HAD BEEN DENIED CLAIMANT THROUGHOUT HIS ENTIRE PERIOD OF INCAR-
CERATION WITHIN THE COLORADO DOC FROM JULY 13, 1999 UNTIL THE HEARINGS OF
03/06/08 & 05/08/08). RICHARD BORCHERS, SPECIAL MASTER, ORDERED SEVERAL
TIMES (AGAIN & AGAIN) THAT THE CLAIMANT, MICHAEL N. COLLINS, COULD MAKE COPIES
FROM HIS MEDICAL FILES OF PERTINENT MEDICAL RECORDS & DOCUMENTS; A CREDIT FOR
UP TO 50 COPIES WAS ALLOWED HIM. THE CLAIMANT TOOK FULL ADVANTAGE OF THIS
OPPORTUNITY; A NUMBER OF OBSTACLES WERE OVERCOME BY THE CLAIMANT TO MAKE &
KEEP FOUR APPOINTMENTS WITH LAURA PALMER, CTCF MEDICAL RECORDS, SO AS TO "GO
THROUGH & CULL" HIS MEDICAL FILES, SO AS TO COPY PERTINENT DOCUMENTS & RECORDS
FROM HIS MEDICAL FILES, UNDER THE CLAIMANTS 50 COPY LIMIT (45 COPIES WERE MADE)

SEVERAL TIMES (AGAIN & AGAIN) THROUGHOUT THE CLAIMANTS HEARING ON MARCH
6, 2008 AT CTCF RICHARD BORCHERS, SPECIAL MASTER, BOTH ASSURED & COMMITTED
TO THE CLAIMANT THAT "THERE WOULD BE AN ADDITIONAL HEARING THE BEGINNING OF
JUNE 2008, PROBABLY THE FIRST WEEK (JUNE 2-6), BUT MAYBE THE SECOND WEEK
JUNE 9-13) FOR THE CLAIMANT TO PRESENT AS EXHIBITS; TO PRESENT AS CONFIRMING EVIDENCE
HIS COPIED PERTINENT MEDICAL DOCUMENTS & RECORDS" CULLED FROM THE CLAIMANTS COLORADO
DOC MEDICAL FILES. THE CLAIMANT WAS GREATLY ANTICIPATING & LOOKING FORWARD TO
INTRODUCING IN TO THE COURTS RECORD, AS CONFIRMING EVIDENCE, COPIED RECORDS &
DOCUMENTS CULLED FROM HIS MEDICAL FILES, AS EXHIBITS THAT WOULD, AT LEAST IN

Page 2 of 10

PART, ESTABLISH HIS CLAIMS OF DISABILITY, MOBILITY IMPAIRMENT, & THE FAR BEYOND DESCRIMATION, AND ACTUAL RETALIATION & RETRIBUTION, THAT THE CLAIMANT HAS BEEN SUBJECTED BY THE COLORADO DOC, WITHOUT THE THIRD HEARING, DURING THE BEGINNING OF JUNE, PROMISED & COMMITTED TO THE CLAIMANT SEVERAL TIMES (AGAIN & AGAIN) BY SPECIAL MASTER RICHARD BORCHES TO PRESENT HIS "EVIDENCE EXHIBITS", ALL THAT WOULD HAD TAKEN PLACE, WOULD HAVE BEEN TO NO AVAIL!

THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO DO WHAT SPECIAL MASTER RICHARD BORCHERS ASSURED, PROMISED, & COMMITTED (AGAIN & AGAIN) TO THE CLAIMANT WOULD HAPPEN: THAT A HEARING WOULD BE ARRANGED HELD WHERE IN THE CLAIMANT WOULD BE ALLOWED TO PRESENT AS "EVIDENCE EXHIBITS", NOT ONLY HIS COPIED MEDICAL DOCUMENTS & RECORDS CULLED FROM HIS COLORADO DOC MEDICAL FILES, BUT ALSO THE FULL RECORD OF CLAIMANT'S "SEVERE TRAUMA" EMERGENCY SURGERY AT LOS ANGELES COUNTY (USC (UNIVERSITY OF SOUTHERN CALIFORNIA) AND MARTIN LUTHER KING JR., MEDICAL CENTER, AS "SUBSTANTIATING EVIDENCE" OF THE "SEVERE TRAUMA" INJURIES; OF THE NEAR FATAL "LIFE THREATENING & LIFE HANGING°" INJURIES THAT WERE INFLICTED UPON THE CLAIMANT DURING HIS SUMMER OF 1977 "CATASTROPHIC & SEMI-CRIPPLING" NEAR "HEAD ON" COLLISON TRAFFIC ACCIDENT (A CAR IN ON COMING TRAFFIC HAD CROSSED THE CENTER DIVIDER & HAD COME AT THE CLAIMANT "HEAD ON" IN HIS LANE, A NEAR "HEAD ON" COLLISON RESULTED. (HAVE RESULTED) THE CLAIMANT HAD NOT DRASTICALLY SWERVED, A FATAL "HEAD ON" COLLISON WOULD

FURTHER, THE CLAIMANT NOW PETITIONS THAT THE REQUESTED HEARING NOT BE PRESIDED OVER BY SPECIAL MASTER RICHARD BORCHERS, BUT EITHER U.S. DISTRICT JUDGE NOTTINGHAM OR U.S. DISTRICT JUDGE KANE IN DENVER, COLORADO, NOT IN THE CUSTODY OF COLORADO DOC, BUT ACTUALLY IN THE U.S. COURT'S CUSTODY.

FURTHER, THE CLAIMANT NOW PETITIONS THAT HE HAS AT LEAST ONE WEEK'S PRIOR NOTICE BEFORE TRANSPORTATION TO SAID HEARING, SO AS TO PREPARE HIS WRITTEN ARGUMENTS (TO BE PRESENTED ORALLY) & HIS FILES; THAT THE CLAIMANT BE ALLOWED TO TAKE HIS WRITTEN ARGUMENTS, & HIS PERTINENT FILES; PENS & PAPER TABLETS TO SAID HEARING IN U.S. DISTRICT COURT. PROPER PREPARATION IS KEY B COURT.

FURTHER, THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT THAT HE BE REP-RESENTED BY HIS OWN ATTORNEY, PAULA GREISEN, AT SAID HEARING. FAR-

Page 3 of 10

NESS DEMANDS NO LESS! WHILE THE COLORADO "DOC" HAS BEEN RE-PRESENTED BY AN ATTORNEY AT THE CLAIMANT'S "MONTEZ V.S. OWENS" HEARINGS, HIS OWN ATTORNEY, PAULA GREISEN, HAS BEEN ABSENT, INDEED, HAS NOT RESPONDED TO ANY OF THE CLAIMANT'S "MANY'S" ATTEMPTS TO CORRESPOND WITH HER OVER AT LEAST FIVE YEARS NOW. THIS PUTS THE CLAIMANT AT A "DECIDED" "DISADVANTAGE"!

FURTHER, THE CLAIMANT NOW PETITIONS THAT ORVILLE NEWFELD, D.O. BE EX-CLUDED FROM SAID U.S. DISTRICT COURT HEARING, ~~THAT HE BE INVESTIGATED BY THE COLORADO ATTORNEY GENERAL'S OFFICE FOR LYING (PERJURY!) DURING EVERY HEARING AT WHICH HE TESTIFIES, &~~ ~~THAT~~ THAT ALL OF HIS STATEMENTS MADE IN PREVIOUS HEARINGS BE EXCLUDED, ORVILLE NEWFELD, D.O. HAS "NO STANDING" BEFORE THE COURT, & IS IN NO WAY CREDI-BLE! ORVILLE NEWFELD IS A SUBSTANTIALLY PAID "CONTRACTOR WITNESS" THAT SAYS WHATEVER THE COLORADO DOC WANTS HIM TO SAY, NO MATTER HOW DISINGENUOUS, ORVILLE GOT MUCH WRONG; WAS "INTENTIONALLY & KNOWINGLY" JUST PLAIN FLAT OUT LYING (PERJURY!), ONE WAY OR ANOTHER, ABOUT EVERYTHING ELSE, DURING THE CLAIMANT'S HEARINGS. ANY PROCEEDINGS WITH ORVILLE AS A PARTICIPANT CAN NOT BE "CREDIBLE"!

FURTHER, THE CLAIMANT NOW PETITIONS THAT 3 EA COPIES OF ALL OF HIS PLEADINGS, MOTIONS, & AGRUMENTS SUBMITTED TO SPECIAL MASTER RICHARD BORCHERS, BOTH BY MAIL, & IN PERSON, AT HIS HEARINGS BE PROVIDED TO THE CLAIMANT, BOTH THE CTCF LAW LIBRARY & CTCF GENERAL LIBRARY REFUSED (AGAIN & AGAIN) TO ALLOW THE CLAIMANT TO MAKE COPIES OF SAID PLEADINGS, MOTIONS, & AGRUMENTS. FURTHER, THE CLAIMANT NOW PETITIONS THAT 3 EA COPIES OF EVERYTHING (ALL FILES, PAPERS, DOCUMENTS, & RECORDS RELATED TO THE CLAIMANT, BOTH INDIVIDUALLY & AS PART OF THE "COLLECTIVE GROUP") NOW IN THE U.S. DISTRICT COURT'S POSSESSION & DEPOSITORY THAT IN ANY WAY "TOUCH UPON" THE CLAIMANT NOW BE PROVIDED TO HIM. CLAIMANT NOW PETITIONS THAT ALL SAID FILES & DOCUMENTS BE SENT AS CLEARLY MARKED "LEGAL & REGISTERED MAIL" TO HIM, WITH "A SIGNED PROOF OF DELIVERY" RETURNED TO THE COURT.

FURTHER, THROUGHOUT THE CLAIMANT'S INCARCERATION AT COLORADO TERRITORIAL CORRECTIONAL FACILITY (CTCF), FOR BOTH PERIODS OF TIME (07/20/07 - CURRENT, & 05/03/05 - 10/11/06), THE CLAIMANT HAS HAD & CONTINUES TO HAVE HIS MAIL IL-LEGALLY SEIZED & WITHHELD "MANY TIMES!" (AGAIN & AGAIN); BOTH LEGAL & GENERAL MAIL INTENTIONALLY "LOST", RETURNED, & REFUSED BY CTCF; INNOCUOUS MAIL READ

(Page 4 of 70)

EDITED, & CENSORED "MANY TIMES!" (AGAIN & AGAIN) BY CTCF, MUCH IN VIOLA-
TION OF A COLORADO DISTRICT COURT JUDGE'S ORDER, SPECIFICALLY ISSUED IN A RUL-
ING FOR THE CLAIMANT, CTCF'S ILLEGAL MAIL SEIZURES, ILLEGALLY "LOSING" THE
CLAIMANT'S MAIL, & ILLEGALLY CENSORING THE CLAIMANT'S MAIL IN BLATANT & FLA-
GRANT VIOLATION OF BOTH U.S. FEDERAL LAWS & COLORADO STATE LAWS; IN BLATANT &
FLAGRANT VIOLATION OF BOTH U.S. POSTAL REGULATIONS, & THE COLORADO DOC'S OWN
"DR'S [ADMINISTRATIVE REGULATIONS]. CTCF NEEDS TO BE ORDERED TO "CEASE & DESIST!"

    FURTHER, CLAIMANT NOW PETITIONS EITHER U.S. JUDGE NOTTINGHAM OR U.S. JUDGE
KANE TO UNITED STATES "COURT ORDER" THE COLORADO DOC & THE COLORADO TERRITOR-
IAL CORRECTIONAL FACILITY (CTCF); IN PARTICULAR & SPECIFICALLY WARDEN JAMES
ABBOTT & CAPT DOUG WILSON OF CTCF, MAILROOM SUPERVISOR SGT VIOLA & MAILROOM
CLERK C.O. COMBS OF CTCF & THE CTCF "READING COMM. TEE" TO NO LONGER IN ANY
WAY INTERFERE (TO CEASE & DESIST!) WITH THE CLAIMANT'S MAIL; TO U.S. DISTRICT
COURT "COURT ORDER" THAT NONE OF THE CLAIMANT'S MAIL ANY LONGER BE SEIZED (TO
CEASE & DESIST!), TO NO LONGER BE CENSORED (TO CEASE & DESIST!) NOW.

    NO "VALID & TRUE" PENAL-LOGICAL REASON(S) EXSIST FOR THE COLORADO DOC &
CTCF TO IN ANY WAY INTERFERE WITH THE CLAIMANT'S MAIL. ALL OF THE CLAIMANT'S
MAIL IS EITHER "GOOD & WHOLESOME" FAMILY COMMUNICATION BETWEEN HIS DAUGHTERS
CHRISTINE &, LAURA THAT IS "PROTECTED & SANCTIONED" BY A COLORADO DISTRICT
JUDGE'S COURT ORDER ( WHOLLY IGNORED BY CTCF!); BETWEEN HIS SONS
JEREM, JACK, & JOHN; BETWEEN HIS BROTHER TOM & THE CLAIMANT, ALL OF
WHICH IS OF THEIR OWN CHOOSING! ALL OF THE CLAIMANT'S MAGAZINES & HIS
NEWSPAPER ARE "GOOD & WHOLESOME" GENERAL INTEREST OR SPECIALIZED PUBLICA-
TIONS THAT ONLY A CTCF "PERVERT THEMSELVES" CENSOR COULD FIND OBJECTION-
ABLE. THE CLAIMANT IS CURRENTLY SUBSCRIBED TO MAGAZINES (ALL PROVIDED BY
HIS FAMILY) & NEWSPAPER (PROVIDED BY HIS BROTHER) ARE: ESQUIRE MAGAZINE,
KUNG-FU, MEN'S HEALTH, MENTAL FLOSS, MOTOR HOME, NEWSWEEK, "O (OPRAH),
PREVENTION, R U LIFE, TV GUIDE & WATER'S DIGEST; DENVER POST NEWSPAPER.

    WHOLLY IGNORED BY SPECIAL MASTER RICHARD BORCHERS ARE THE "TRAFFIC &
LIFE" ACCIDENTS THAT THE CLAIMANT WAS INVOLVED IN PRIOR TO HIS INCARCERATION
WHICH THE CLAIMANT ATTEMPTED TO INTRODUCE "MANY TIMES! " (AGAIN & AGAIN), AS

FUNDAMENTAL & BASIC EVIDENCE, ESTABLISHING & UNDER-PINNING HIS CASE. Page 5 #10 IN PARTICULAR & ESPECIALLY, THE CLAIMANT WAS THE VICTIM IN A NEAR FATAL TRAFFIC ACCIDENT DURING THE SUMMER OF 1977, WHEREIN THE FRONT END OF HIS CAR WAS "SMASHED IN" IN A NEAR "HEAD ON" COLLISION. THE "OTHER DRIVER," IN AN ON-COMING TRAFFIC LANE HAD VEERED ACROSS THE ROADWAY DIVIDER &, IF THE CLAIMANT HAD NOT "DRASTICALLY SWERVED," THE CLAIMANT WOULD HAVE BEEN KILLED OUTRIGHT &

THE CLAIMANT'S "DRIVER POSITION" HAD BECOME THE BASE OF A "CAVED IN" TRIANGLE. THE FRONT END OF THE CLAIMANT'S CAR, INCLUDING THE ENGINE COMPARTMENT, HAD BEEN "SMASHED IN" & COLLAPSED AROUND THE CLAIMANT'S BODY. THE CLAIMANT HAD BEEN KNOCKED UNCONSCIOUS, HAD TO BE CUT OUT OF HIS VEHICLE, & WAS TRANSPORTED BY A SPEEDING AMBULANCE, ITS SIREN BLARING & RED LIGHTS FLASHING, TO THE EMERGENCY ROOM OF LOS ANGELES COUNTY/USC (UNIVERSITY OF SOUTHERN CALIFORNIA), NOW MARTIN LUTHER KING JR, MEDICAL CENTER.

THE CLAIMANT'S INJURIES WERE CATASTROPHIC, BOTH "LIFE THREATENING & LIFE CHANGING" TO HIM. THE CLAIMANT'S INJURIES WERE SUCH, SO AS TO DEMAND EMERGENCY "SEVERE TRAUMA" SURGERY TO HIS HEAD; LEFT ARM, ELBOW, & HAND; LEFT LEG, KNEE, & HIP. FOR THE PURPOSES OF THIS "LEGAL BRIEF" THE CLAIMANT WILL NOW IGNORE HIS HEAD; LEFT ARM, ELBOW, & HAND THEN SUSTAINED INJURIES; INSTEAD, WILL NOW FOCUS ON THE THEN SUSTAINED INJURIES TO HIS LEFT LEG, KNEE, & HIP.

SOME OF THE CLAIMANT'S BONE HAD BROKEN OFF FROM HIS LEFT HIP. EXTENSIVE BONE FRACTURES & FISSURES, MUSCLE & TENDON TEARS, SOME NERVE DAMAGE RAN MUCH UP THE LENGTH OF THE CLAIMANT'S LEFT LEG. THE CLAIMANT UNDERWENT EXTENSIVE RE-CONSTRUCTIVE KNEE SURGERY. FROM THE SURGERY & OUT PATIENT PROCE-DURES THAT THE CLAIMANT UNDERWENT, A LARGE PIN REMAINS IN HIS KNEE, & LARGE SCREWS REMAIN IN HIS HIP. THE CLAIMANT WAS CONFINED TO A HOSPITAL BED & IMMOBILIZED BY A TRACTION APPARATUS; HIS LEFT LEG, KNEE, & HIP IMMOBILIZED BY A FULL PLASTER "HARD CAST" FOR ABOUT TWO MONTHS. A SILVER DOLLAR SIZED ULCER, THE THICKNESS OF A LEATHER BELT, WITH MUCH DETERIORATED & IN-FECTED TISSUE TISSUE UNDERNEATH, DEVELOPED ON TOP OF HIS LEFT KNEE CAP.

WHOLLY IGNORED BY SPECIAL MASTER RICHARD BORCHERS WAS THE EXTENSIVE SCARRING THAT THE CLAIMANT RETAINS FROM HIS SURGERY & OUTPATIENT PROCE-

ALLY EXPUNGED" FROM THE CLAIMANTS MEDICAL FILES, THIS CAN ONLY (Page 8 of 10) BE "CRIMINAL MALFEASANCE", & SHOULD BE INVESTIGATED BY THE ATTORNEY GENERAL.

FOR SOUND & VALID MEDICAL REASONS, BECAUSE OF "MOBILITY IMPAIRMENTS & LIFE FUNCTION DIFFICULTIES" THE CLAIMANT HAS REQUESTED MANY TIMES" & "(AGAIN & AGAIN) THE FOLLOWING & (HAS) BEEN DENIED MANY TIMES" & "(AGAIN & AGAIN), BY THE COLORADO DOC COMPLETELY & TOTALLY WITHOUT ANY RATIONAL & REASONABLE JUSTIFICATION OR EXPLANATION WHATSOEVER. THE CLAIMANT NOW PETITIONS THE UNITED STATES DISTRICT COURT TO "COURT ORDER" THAT THE CLAIMANT BE ISSUED A WOODEN WALKING CANE(S) & THAT THE CLAIMANT BE ISSUED APPROPRIATELY FITTED DIABETIC OR ORTHOPEDIC SHOES FITTED APPROPRIATELY FOR HIS HEIGHT (WITH CO DOC MEDICAL PERMITS); THAT THE CLAIMANT BE ISSUED, BOTH A LARGE WEDGE PILLOW, & A DOUBLE THICK "MEDICAL" MATTRESS PAD (WITH DOC MEDICAL PERMITS); THAT THE CLAIMANT BE ASSIGNED AN "ADL" (ASSISTED DAILY LIVING) PERSONAL AIDE OF THE CLAIMANTS CHOOSING, & NOT OF DOC'S CHOOSING, MANY "ADL'S" ARE LITERALLY THE "DREGS OF HUMANITY" (WITH A DOC MEDICAL PERMIT); THAT THE CLAIMANT BE ASSIGNED & HOUSED AT FORT LYON C.F. (WITH A DOC MEDICAL PERMIT). ALL OF THE PRECEDING "PARTIAL REMEDIES" THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" PERMANENTLY, FOR AS LONG AS THE CLAIMANT IS INCARCERATED WITHIN THE COLORADO DOC SYSTEM.

OVER THE NOW "ABOUT 10 YEARS" OF THE CLAIMANTS INCARCERATION, HE HAS NOT ONLY BEEN DESCRIMINATED AGAINST IN "MANY WAYS" & "(AGAIN & AGAIN), BECAUSE OF HIS MANY & "MEDICAL" "MOBILITY" ISSUES BY THE COLORADO DOC, BUT AGGRESSIVELY RETALIATED AGAINST, AT LEAST IN PART, BECAUSE OF THE CLAIMANTS "MANY" & "MEDICAL, SECURITY, & GENERAL KITES, GRIEVANCES, & SUMMARIZING LETTERS" SEEKING FAIR & REASONABLE REMEDY & ADJUDICATION FOR VERY REAL WRONGS & INJUSTICES. THIS IS THE "REAL REASON", THE "REAL WAY" THAT THE CLAIMANT HAS NOT BEEN TRANSFERRED TO FORT LYON C.F.: BLATANT & WANTON RETALIATION & RETRIBUTION AGAINST THE CLAIMANT BY THE COLORADO DOC. "MANY & "C.O.'S OF ALL RANKS & POSITIONS OF AUTHORITY", "MANY & " CASE MANAGERS HAVE TOLD THE CLAIMANT THAT HE BOTH SHOULD & WOULD BE TRANSFERRED TO FORT LYON C.F. ONE OF THE CLAIMANTS MORE RECENT CASE MANAGERS, MR. EVANS, TOLD THE CLAIMANT "MANY TIMES" & " IF YOU WOULD HAVE STOPPED WRITING SO MANY GRIEVANCES AGAINST MEDICAL, YOU WOULD HAVE BEEN TRANSFERRED TO FORT LYON A LONG TIME AGO" & "IN THIS TOO, DOC HAS OBFUSCATED THE "REAL REASON" &

THE CLAIMANT IS AN ELDERLY MAN MAN; 60 YEARS OLD THIS MONTH (Page 9 of 10 (BORN ON SEPTEMBER 23, 1948). IN ADDITION TO HIS "MOBILITY ISSUES", THE CLAIMANT HAS A NUMBER OF "MAJOR &" MEDICAL ISSUES, ANY ONE OF WHICH COULD BE VERY EASILY & HAVE BEEN LIFE THREATENING TO HIM, THAT INCLUDES: MINOR HEART ATTACKS & STROKES, DIABETES, LIVER DAMAGE, HYPER-TENSION & HYPER-VENTILATION, HIGH CHOLESTEROL, NEURO-APATHY & MUSCULAR-APATHY. THE CLAIMANT NOW TAKES HEAVY DOSEAGES (MOST A COUPLE OF TIMES PER DAY) OF THE FOLLOWING POWERFUL "SELF-ADMINISTERED" MEDICATIONS: ① ACTOS - 45 MG; ② ASA ENTERIC 81 MG; ③ CAPOTEN 100 MG; ④ COLACE 100 MG; ⑤ GLUCOPHAGE 500 MG; ⑥ HCTZ 12.5 MG; ⑦ HYTRIN 2 MG; ⑧ TENORMIN 150 MG; ⑨ VITAMIN B-6 50 MG; ⑩ ZANTAC 150 MG; ⑪ ZESTRIL 40 MG; ⑫ ZOCOR 20 MG; ⑬ NITRO-STAT SL 0.4 MG (AS NEEDED FOR CHEST PAINS); ⑭ METAMUCIL (AS NEEDED AS A FIBER LAXATIVE & SUPPLEMENT); ⑮-2) MEDICATIONS FOR ASSORTED AILMENTS & INJURIES THAT THE COLORADO DOC WILL NOT PROVIDE, & THAT THE CLAIMANT IS FORCED TO BUY WITH HIS LIMITED FUNDS OFF OF DOC CANTEEN; HOWEVER, MUCH IS JUST NOT AVAILABLE.

A HEARING SHOULD NOW BE HELD BEFORE THE U.S. DISTRICT COURT, IN THE COURTS OWN COURTROOM, SO THAT THE CLAIMANT CANNOT BE THREATENED, INTIMIDATED, & RETALI-ATED AGAINST BY COLORADO DOC CORRECTIONAL STAFF. THE CLAIMANT SHOULD HAVE HIS OWN ATTORNEY PRESENT, PAULA GREISEN. THE CLAIMANT HAS BEEN AT A MOST DECIDED DISADVANTAGE AT THE HEARINGS THAT HE HAS PARTICIPATED IN, WHEN HE HAS HAD TO AL-WAYS REPRESENT HIMSELF & THE COLORADO DOC HAS ALWAYS BEEN REPRESENTED BY AN ATTORNEY.

ALL OF THE TESTIMONY PREVIOUSLY GIVEN BY ORVILLE NEUFELD, D.O. SHOULD BE EX-CLUDED. ORVILLE NEUFELD, D.O. SHOULD ALSO BE EXCLUDED AS A FUTURE WITNESS. HE HAS "NO STANDING" BEFORE THE COURT, & IS IN NO WAY CREDIBLE & ORVILLE NEUFELD IS A SUBSTANTIALLY PAID "CONTRACTOR WITNESS" THAT SAYS WHATEVER THAT THAT THE COLORADO DOC WANTS HIM TO SAY, NO MATTER HOW DISINGENUOUS. ORVILLE WAS NEVER THE CLAIMANT'S "MEDICAL PROVIDER," & ONLY HAS "NIT PICKED" AT THE CLAIMANT'S COLORADO DOC MEDICAL FILES (FROM WHICH MUCH HAS BEEN IL-LEGALLY EXPUNGED"). ORVILLE HAS BEEN RETIRED FROM THE COLORADO DOC FOR OVER FIVE YEARS, & NOW HAS A MOST "LUCRATIVE PRACTICE" TESTIFYING FOR THE COLORADO DOC AT "MONTEZ VS. OWENS" HEARINGS; TESTIFYING FOR THE COLORADO DOC AT OTHER

HEARINGS, TRIALS, & LEGAL PROCEEDINGS. HE IS A MOST PREJUDICED & BIASED (item 10, p. 10) WITNESS FOR THE COLORADO DOC THAT CAN IN NO WAY BE DESCRIBED AS CREDIBLE!

ORVILLE NEUFELD, D.O. GOT "MUCH WRONG", WAS INTENTIONALLY & KNOWINGLY JUST PLAIN "FLAT OUT" LYING (PER DR. Y.), ONE WAY OR ANOTHER, ABOUT EVERYTHING ELSE, DURING THE CLAIMANTS HEARINGS. ORVILLE NEUFELD, D.O. HAS BEEN RETIRED; NOT ASSIGNED NO "PRACTICE MEDICINE" AT ANY COLORADO DOC FACILITY FOR OVER FIVE YEARS. @ORVILLE X JUST HAS NO FIRST HAD KNOWLEDGE ABOUT THE CLAIMANT IN PARTICULAR, & COLORADO DOC SYSTEMIC CURRENT MEDICAL POLICIES & PRACTICES IN GENERAL. ORVILLE SO OBVIOUSLY & BLATANTLY REPRESENTS "THE WORST OF THE WORST" OF THE "MEDICAL QUACK HACKS" THAT THE COLORADO DOC COMMONLY EMPLOYS, CALLING THEM DOC "MEDICAL PROVIDERS".

THE TESTIMONY OF ORVILLE NEUFELD, D.O. SHOULD BE EXCLUDED FROM NOT ONLY THE CLAIMANTS PREVIOUS HEARINGS, BUT FROM EVERY "MONTEZ VS OWENS" HEARING THAT HE TESTIFIED IN. MOST ASSUREDLY, ORVILLE NEUFELD, D.O. LACKS ANY CREDIBILITY WHATSOEVER; THEREFORE, HE SHOULD BE EXCLUDED FROM NOT ONLY ALL OF THE CLAIMANTS FUTURE HEARINGS, BUT FROM ALL "MONTEZ VS OWENS" CLAIMANTS' FUTURE HEARINGS. FOR OUR "MONTEZ VS OWENS" HEARINGS THEMSELVES TO BE CREDIBLE, NO LESS IS DEMANDED & IN THE END, JUSTICE WILL PREVAIL!

THIS IS BOTH AN OBJECTION TO SPECIAL MASTER, RICHARD M. BORCHERS, ORDER TO DISMISS THE CLAIM OF THE CLAIMANT MICHAEL N. COLLINS, & A MOTION FOR EITHER JUDGE NOTTINGHAM OR JUDGE KING TO ORDER & PRESIDE OVER A HEARING IN ONE OF THEIR U.S. DISTRICT COURT "COURT ROOMS", AS THE CLAIMANT, MICHAEL N. COLLINS, PETITIONED IN HIS PRECEEDING PLEADINGS. THE CLAIMANT, MICHAEL N. COLLINS, NOW MAKES A MOTION THAT EITHER JUDGE NOTTINGHAM OR JUDGE KING GRANTS & ORDERS ALL THAT THE CLAIMANT HAS PETITIONED FOR IN HIS PRECEEDING PLEADINGS. THE CLAIMANT NOW MOST GENUINELY & VERY PROFUSELY THANKS THE U.S. DISTRICT COURT; THANKS U.S. DISTRICT JUDGE NOTTINGHAM & U.S. DISTRICT JUDGE KING FOR WHATEVER TIME & CONSIDERATION ARE GIVEN TO THESE OBJECTIONS, PLEADINGS, MOTIONS & APPEAL OF CLAIMANT MICHAEL N. COLLINS.

IN THE END, PLEASE GOD, JUSTICE WILL PREVAIL!

Respectfully Submitted By, Michael N. Collins

Claimant, Colorado DOC # 101218

(2 enclosures)

I AM BEING "SEXUALLY ASSAULTED" BY C.O. ADAMIC, AFTER EVERY DINNER THAT HE IS ON DUTY. A "CONTEMPT SHOT" IS "SEXUAL ASSAULT" & A "CONTEMPT SHOT" IS C.O. ADAMIC INCONSPICUOUSLY STRIKING MY GROIN, STRIKING THE & OUTER SIDE OF MY PENIS NOT TO FIND CONTRABAND (WITCH HE NEVER HAS &), BUT TO INTENTIONALLY "DEMEAN & DISRESPECT" ME. IT HURTS SOMEWHAT; HOWEVER, A "CONTEMPT SHOT" MADE BY C.O. ADAMIC IS A "SEXUAL ASSAULT," WHOSE PRIMARY PURPOSE IS MEANT TO "DEMEAN & DISRESPECT" ME. I AM A MAN, & NOT AN ANIMAL & C.O. ADAMIC KNOWS WHAT HE IS DOING, & I KNOW WHAT HE IS DOING &

ON 07/25/08 AFTER OUR DINNER MEAL, AFTER HIS "PAT DOWN" OF ME, AS USUAL, C.O. ADAMIC GAVE ME A "CONTEMPT SHOT" TO MY GROIN AREA. THIS WAS WITNESSED BY LT. REYNA, WHO SAID NOTHING & IT HURT; HOWEVER, C.O. ADAMIC HAS BEEN GIVING ME "CONTEMPT SHOTS" FOR AS LONG AS I HAVE KNOWN HIM, BOTH AT TERRITORIAL & FREMONT C.F.'S. OVER THE LAST COUPLE OF MONTHS C.O. ADAMIC'S "CONTEMPT SHOTS" HAVE BECOME INCREASINGLY "STRONGER & MORE CONTEMPTUOUS"&

ON 07/25/08, AFTER WE WERE BACK AT OUR CELL HOUSE, I TOLD C.O. ADAMIC TO "KEEP HIS HANDS OFF OF MY NUTS." HE WENT OFF ON ME & HE RAN TO GET SGT. McMILLIAN; CAME BACK WITH SGT. McMILLIAN & C.O. JONES. SGT. McMILLIAN ORDERED ME TO "CUFF UP," & THEN GO SIT IN A CHAIR OUTSIDE OF THE C.O.'S OFFICE, WITCH I DID. IT APPEARED TO ME THAT IT WAS C.O. ADAMIC THAT WAS "OUT OF CONTROL" & AS I SAT "CUFFED UP" C.O. ADAMIC WAS "IN MY FACE," TELLING ME THAT HE WAS GOING TO "PUT ME ON THE GROUND & THROW ME IN THE HOLE." SANER HEADS PREVAILED & SGT. McMILLIAN UNCUFFED ME, & ORDERED ME BACK TO MY POD. THIS ISN'T OVER & I HAVE BEEN UNABLE TO EAT MY DINNER MEALS SINCE 07/25. NOT ONLY C.O. ADAMIC, BUT OTHER C.O.'S ARE NOW GIVING ME "CONTEMPT SHOTS" EVERY C.O. IS NOW "GUNNING FOR ME" AFTER OUR DINNER MEALS. C.O. ADAMIC NEEDS TO BE ASSIGNED DUTIES WHERE HE HAS TO KEEP HIS HANDS HANDS OFF OF INMATES' GROIN AREAS &&&

MY BODY IS NOW GOD'S HOLY TEMPLE. I DO NOT SELF-    Michael Nellis 07/29/08
GRATIFY MYSELF (MASTURBATE). I HAVE CRUCIFIED MY OWN FLESH & I DO NOT HAVE SEXUAL INTERCOURSE WITH OTHER MEN; I AM NOT "SEXUAL" IN ANY WAY WITH OTHER MEN & I DO NOT ALLOW OTHER MEN TO IN ANY WAY GRATIFY THEMSELVES WITH MY "PRIVATE MAN BODY PARTS." I NOW KEEP MYSELF HOLY & WORTHY FOR MY GOD. I NOW KEEP MYSELF HOLY & WORTHY FOR MY WIFE'S DAY TO BE. I WILL HAVE ONLY ONE WIFE & WE WILL EACH OTHER & GREATLY LOVE, CHERISH, HONOR, SUPPORT, POSSESS, CARESS & BE INTIMATE WITH ONLY

CASE MANAGER O'MALEY IS USING C.O. STAFF TO BOTH PHYSICALLY ASSAULT ME, & MENACE ME, SO AS TO DENY ME BLANK GRIEVANCE FORMS FOR STEP I & II's. WHEN I WAS COMING OUT OF "SEG", BUT STILL IN "SEG" C.M. O'MALLEY HAD ME BROUGHT TO HER BACK OFFICE DOOR THAT OPENS INTO "SEG". I STOOD BEFORE HER STILL HANDCUFFED, WAIST & ANKLE CHAINED. I WAS ON MY SHOULDERS. C.M. O'MALLEY TOLD ME THAT SHE WAS NOT GIVING ME ANY BLANK GRIEVANCE FORMS; THAT I WOULD HAVE TO GET THEM FROM C.M. TRUJILLO IN UNIT 7, WHO ALSO REFUSED TO ∧ PROVIDE THEM.

SGT. STEENBERGEN STRUCK ME A HARD "PALM BLOW" TO MY RIGHT NECK & SHOULDER AREA GRABBED THE "SCRUFF NECK" OF MY ORANGE "SEG" COVERALLS, & PROCEEDED TO PUSH & JERK ME ALONG MY NECK, CHOKING ME, ALL OF THE WAY DOWN THE LONG HALLWAY IN CLINES BETWEEN "SEG" LEVELS. SGT. STEENBERGEN SAID THAT HE WAS "KEEPING ME FROM FALLING, SO THAT I WOULDN'T HURT MYSELF." NO OTHER C.O. HAS HELPED ME IN SUCH A MANNER. SGT. STEENBERGEN HAD PHYSICALLY ATTACKED ME!

ON 07/25/08, I MET WITH C.M. O'MALLEY IN THE A.M. SHE REFUSED TO ACCEPT THE 4 STEP I GRIEVANCES, & THE READING MATERIAL COMMITTEE APPEAL THAT I HAD PREVIOUSLY SUBMITTED TO HER. SHE TOLD ME THAT ALL WOULD HAVE TO BE EITHER RE-WRITTEN, OR BE "GRIEVABLE". SHE REFUSED TO GIVE ME ANY BLANK GRIEVANCE FORMS FOR "OTHER ISSUES". C.M. O'MALLEY TOLD ME TO COME BACK (IN) THE AFTERNOON. I HAD IN NO WAY BEEN THREATENING TO HER. C.M. O'MALLEY HAD ME CALLED TO HER OFFICE IN THE P.M. SHE WAS WAITING FOR ME WITH SGT. MC MILLIAN. I SAID THAT SGT. MC MILLIAN "WAS A THREAT TO ME." I RELATED SGT. STEENBERGEN'S PHYSICAL ATTACK ON ME, WHEN I HAD PREVIOUSLY REQUESTED BLANK GRIEVANCE FORMS. SHE RE-MEMBERED" THIS INCIDENT. SGT MC MILLIAN HURRIED ME UP (AGAIN & AGAIN). I WAS UNABLE TO GET BLANK GRIEVANCE FORMS; I NEED IT. PLEASE, ROUTE 7 OR 8 BLANK GRIEVANCE FORMS TO ME. THANK YOU. Michael N. Collins 07/29/08 THERE ARE MANY LIES & MUCH DENIAL THROUGHOUT THE COLORADO DOC. MY WHOLE TRIAL & VERDICT WAS A CORRUPTED & COERCED ∧ FROM BEGINNING TO END. "90%" OF THE INDIVIDUALS INCARCERATED IN THE DOUGLAS COUNTY JAIL & "ROUTED" TO DOC EITHER "DIDN'T DO IT", WERE INVOLVED IN "CONSENSUAL ACTIVI-TIES" BETWEEN CONSENTING ADULTS, OR ARE "NON-VIOLENT." CRATES THAT CSO "90%" TO GET CONVICTION ARE INORDINATE DOUGLAS COUNTY SHERIFF'S DEPUTIES, PROSECUTORS, & JUDGES (JUST LAWYERS IN BLACK ROBES) TOGETHER, AS ONE STATE, COERCE THEIR OWN WITNESSES & FABRICATE EVIDENCE (AS IN MY OWN CASE), WITH TOTAL IMPUNITY. THERE IS NEITHER IMPARTIAL JUSTICE, NOR REMEDY THROUGHOUT COLORADO DOC & LEGAL SYSTEM

MY MAIL HAS BEEN ( & CONTINUES TO BE ) "ILLEGALLY SEIZED! "FOR THE FULL TIME ③
PERIODS (BOTH TIME PERIODS, FOR A COMBINED TOTAL OF "ABOUT" 2½ YEARS !) THAT I HAVE
BEEN ASSIGNED TO CTCF ! BY COLORADO DISTRICT COURT ORDER, MY DAUGHTERS CHRISTINE &
LAURA; MYSELF ARE FREE TO COMMUNICATE WITH EACH OTHER, YET, THEIR MAIL IS BLATANTLY
SEIZED FOR NO OTHER REASON THAN THAT IT IS THEIR MAIL & I HAVE FREELY COMMUNICATED WITH
MY DAUGHTERS CHRISTINE & LAURA, WITH MY FORMER WIFE KAREN, WITH MY SONS JAREN,
JACK, & JOHN FOR THE "ABOUT" 10 YEARS THAT I HAVE BEEN IMPRISONED WITHIN COLORADO
DOC; NONE OF THEIR MAIL HAS EVER BEEN SEIZED IN OTHER PRISONS, ONLY AT CTCF ! (AGAIN) &
OVER THE LAST YEAR, IN PARTICULAR THE "ABOUT" LAST 6 MONTHS, MY MAIL SEIZURES BY
CTCF HAVE BECOME EVEN MORE OPEN & BLATANT, "WANTONLY ILLEGAL !" WITH AN UTTER DIS-
REGARD OF THE LAW ! THE MAILROOM SUPERVISOR, SGT VIOLA, HAS ANGRILY TOLD ME, WHEN
I HAVE CONFRONTED HIM THAT HE "DIDN'T GIVE A ___; DIDN'T GIVE A ___ !" DIRECTLY RE-
PONSIBLE FOR MOST OF MY MAIL SEIZURES HAS BEEN C.O. COMBS, WHO "EXCESSIVELY
FOLLOWS HIS ORDERS !" SGT. VIOLA IS A "UNIFORMED ___ !" C.O. COMBS HAS NO" ___
BONE !" THAT MY SEIZED "ALL GOOD & WHOLESOME !" FAMILY LETTERS & PICTURES WOULD BE RETURN-
ED TO ME, "BUT THEY NEVER WERE ! CAPT. WILSON IS A ___ !" WHO BELIEVES THAT
N MAIL SEIZURE IS JUSTIFIED; THAT ANYTHING THAT ANY C.O. DOES AT CTCF IS JUSTIFIED,
IN PARTICULAR, "ILLEGALLY SEIZING !" MY MAIL & THE "ILLEGAL SEIZURES !" OF MY
& GOOD ! FAMILY MAIL; OF MY MAGAZINE NEED TO BE IMMEDIATELY STOPPED &
OVER 10 YEARS AGO NOW, WHEN THE NEFARIOUS INVESTIGATOR

*Michael N. Collins* 07/29/08

NVESTIGATOR
WILLIAM RUPPART FIRST INJECTED HIMSELF INTO MY LIFE, & THE LIFE OF OUR
FAMILY, HE ___ TOLD MANY ! LIES, AS HE CONTINUED TO TELL "MANY ! "LIES THROUGHOUT MY LEGAL PRO-
CEEDINGS. THE NEFARIOUS RUPPART TOLD BOTH MYSELF & EVERY MEMBER OF OUR FAMILY THAT
HE TALKED TO: "NOBODY IN YOUR FAMILY IS EVER GOING TO BE ARRESTED! DOUGLAS COUNTY
& WOULD NEVER PROSECUTE ANYTHING LIKE THIS ! I AM ONLY HERE TO HELP YOU & YOUR
FAMILY; HELP YOU & YOUR FAMILY GET THE COUNSELING THAT YOU NEED. I AM ONLY HERE
TO HELP YOU & YOUR FAMILY TO HEAL; TO HELP BRING YOUR FAMILY BACK TOGETHER." THE
REALITY WAS THAT THE NEFARIOUS RUPPART INVESTIGATOR DID EVERYTHING THAT HE
COULD TO DESTROY ME & TO TEAR OUR FAMILY APART; TO TURN US AGAINST ONE ANOTHER IL-
LEGAL SEIZURES ! OF MY MAIL BY COLORADO DOC & CTCF'S "SERIES OF EXCESS !"

④

SNEAKY? CASE MANAGER O'MALLEY HAS SHRUNK "THE TITLE OR DESCRIPTION OF READING MATERIAL "& " WHAT IS THE BASIS OF YOUR APPEAL (BE SPECIFIC & BRIEF): "AREAS OF THE "OFFENDER READING MATERIAL COMMITTEE APPEAL FORM." AGAIN, I HAVE HAD A MAGAZINE ILLEGALLY SEIZED BY THE CTCF "MAILROOM & READING COMMITTEE." WHILE I HAVE BEEN AT CTCF OVER THE LAST YEAR, I HAVE HAD MANY GOOD & WHOLESOME FAMILY LETTERS & PICTURES SEIZED, MANY IN DIRECT VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER!

SNEAKY? CM O'MALLEY "SHRUNK" THE SPECIFIED AREAS ABOUT 25% INSTEAD OF BEING "SHRUNK," THE "DESCRIPTION & BASIS OF MY APPEAL" AREAS SHOULD BE ENLARGED 25-50%. I COULD NOT EVEN BEGIN TO PROPERLY "ELABORATE & EXPOUND" MY BASIS FOR APPEALING, ONCE AGAIN, ANOTHER ILLEGAL MAIL SEIZURE BY THE CTCF "MAILROOM & READING COMMITTEE." PLEASE, ROUTE TO ME 3EA "OFFENDER READING MATERIAL COMMITTEE APPEAL FORMS" WITH THEIR "TITLE OR DESCRIPTION OF READING MATERIAL" & "WHAT IS THE BASIS OF YOUR APPEAL" AREAS ( ENLARGED 50%)!

I HAVE "BEEN DOWN" FOR ABOUT 10 YEARS. OVER THAT TIME, I HAVE WRITTEN MANY GRIEVANCES, PERHAPS, MANY HUNDREDS OF GRIEVANCES THAT HAVE BEEN FOUND TO BE "ACCEPTABLE." I ALWAYS PRINT "LEGIBLY SMALL, & CRAM "AS MUCH CONDENSED, GREATLY ABBREVIATED INFORMATION & SPE-CIFICS AS I CAN INTO THE TWO LIMITED AREA PROVIDED ON GRIEVANCE FORMS FOR ME TO "GRIEVE THE ISSUES." CM O'MALLEY HAS DIRECTED THAT I WRITE MUCH LARGER, ONLY WRITE A COUPLE OF SENTENCES, & THAT I DO NOT RAMBLE. I SUBMIT THAT I AM WRITING WHAT NEEDS TO BE WRITTEN IN A CONCISE & FOCUSED MANNER. CM O'MALLEY DOES VERY LITTLE; INDEED, IS AN ACTUAL IMPEDIMENT, I AM REQUESTING THAT ALL OF MY GRIEVANCES NOW BE HANDLED BY SENIOR CASE MANAGER ALLEN. THANK YOU, Michael N. Collins 07/29/08

VIRTUALLY ALL GRIEVANCES NOW SUBMITTED TO COLORADO DOC & CTCF SEEKING "FAIR & REASONABLE" MEDICAL, SECURITY, & GENERAL REMEDIES ARE, IN NORMAL COURSE, DENIED & IT MIGHT TAKE 2-3 WEEKS, 2-3 MONTHS, OR "ABOUT A YEAR," BUT THROUGH STEP I, II, & III ALL GRIEVANCES, NO MATTER HOW JUSTIFIED, ARE ULTIMATELY DENIED BY COLORADO DOC & CTCF. THIS IS, IF THE "GRIEVABLE ISSUES" ARE ALLOWED TO BE GRIEVED IN THE FIRST PLACE. CASE MANAGER O'MALLEY & EVERY OTHER CM, WITHOUT EXCEPTION, DUR-ING MY "ABOUT 10 YEAR" IMPRISONMENT WITHIN COLORADO DOC, HAVE PUT EVERY CON-CIEVABLE OBSTACLE IN MY WAY TO DENY ME BLANK GRIEVANCE FORMS. THIS IS SYS-TEMIC THROUGHOUT THE COLORADO DOC & NOT JUST PARTICULAR TO CTCF. THIS IS MASSIVE DENIAL &; EPISODIC "JUSTICE & THE RIGHT THING" DENIED THROUGHOUT DOC.

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: CHRISTINE RICHARDS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

     **COMES NOW** the affiant Christine Richards, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.
2)     Affiant has personal knowledge of all facts herein stated.
3)     I was repeatedly lied to by the district attorney's office.
       a. They told me I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad. <u>I DID NOT want to testify, I DID NOT want to go to Colorado.</u> <u>I was threatened with arrest and prosecution if I didn't go.</u>
       b. I was told my dad would NEVER go to jail. When I balked at testifying, I was assured over and over again that he would NOT go to jail. Instead he would get parole and counseling. I was told this whole process was about getting "help" for our family. Instead our family has been dragged through this big mess, all of us against our will!

4)     I was prompted by the prosecutor what to say and intimidated by her if I didn't say the "right" thing. It was like she knew what my testimony was and if I strayed from it, she barked something like, "so the police lie?" or "are you calling the investigator a liar?" In fact, I did catch the investigator in several lies while I was on the stand being cross-examined. He said that I said things that were completely false. I never said many of the things he attributed to me. The truth is my memory is fuzzy and the investigators, by their questions tried to make it clear that I remembered things the way they thought I should.
       a.   My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They tried to tell me that my sisters said that and the same thing happened to me. In

reality, my sisters DID NOT say that, but I was being told they did.

b. There was never an attempt to gather information that could exonerate my dad. The trial and judging had taken place by the prosecutor's office before the actual court trial had even taken place. This was a witch hunt, out to "get" my dad, no matter what his daughters said otherwise which would prove he was an innocent man.

c. A coupon book was mentioned at my dad's trial. I received this coupon book and it was so obviously a joke! A dumb joke, of course, but nonetheless a joke. It is absolutely incredulous to me that this stupid family joke was taken so incredibly out of context. Once again, the prosecutors didn't even want to hear from me that I knew it was a joke, that I knew my dad meant nothing "sexual" from it.

5) I think the prosecutors were trying to prove their own reputations and get a conviction no matter what the actual truth was. Instead of being my "ally" and on the "side" of us sisters, the supposed "victims," I actually felt as if they were the bad guys. And this is in no way because I want to protect and stick up for my dad. I was cooperative from the beginning, I wanted to help the investigators, I wanted the investigators to know they were making a big mistake. Instead they did nothing but ignore my words and in fact try to twist them around and confuse me as much as possible. The first time the prosecutor sensed that I wouldn't say things she wanted me to say, I felt as if I were "turned on" and she tried to rip me apart. She wasn't interest in my testimony once I wasn't going along with her master plan.

6) My dad has never been nor will he ever be, a habitual offender, nor a threat to society or his community.

a. I am not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

b. I am not writing these words because I am a "peacemaker" nor because I want to sweep this all under the rug. I unequivocally feel my dad has been wronged and I am doing all I can to make the situation right.

c. I have always said I don't feel wronged or if a "crime" had been committed against me nor either one of my sisters. What has taken place is a grave travesty of system.

7) I love my sister Jeanette, and I know she is a good, albeit immature and somewhat reckless, person.

a. She told me she knows she didn't tell the whole truth but was so afraid of the prosecution team she didn't want to get in "trouble"

2

with them. She expressed to me her concern on the tactics they used with her. She felt uncomfortable being "coached" and "corrected" if she "messed up."

b. She also told me she did this "for you and Laura" because she thought that is what we wanted her to say. Nothing could have been further from the truth.

c. I am also troubled at what I see to be Jeanie's bizarre ploy for attention. Whatever slight she might have felt being the youngest of six children growing up, these court proceedings have certainly made up for that.

8) I thank the court and especially the judge for the reconsideration hearing my father has been granted. Please, please, allow him to be released on bond or probation with the stipulation he receive counseling which he has already agreed to. I miss my father and want my daughter, as well as the child I am now carrying, to know their grandfather.

9) Further Affiant Sayeth Naught.

Dated: December 3, 1999

_Christine Richards_
**AFFIANT'S SIGNATURE**

SUBSCRIBED and SWORN before me on this 3rd day of _Dec._, 1999, in the County of New London, State of Connecticut.

WITNESS my HAND and OFFICIAL SEAL:

_Judith a. Merrill_
**NOTARY'S SIGNATURE**          SEAL:

My commission expires: _Oct. 31, 2000_

3

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: LAURA PIPER**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

   **COMES NOW** the affiant Laura Piper, and being first duly sworn upon her oath,
deposes and states the following facts:

1)  Affiant is competent to testify to all matters herein.
2)  Affiant has personal knowledge of all facts herein stated.
3)  I was lied to again and again by the district attorney's office.
  a. I was told I would be arrested if I didn't fly from Connecticut to Colorado to
   testify against my dad against my will. <u>I would not have come to testify in</u>
   <u>the trial in what I considered to be a witchhunt for my dad unless I was</u>
   <u>threatened with arrest and prosecution.</u>
  b. I was told my dad would NEVER (no matter <u>what</u> the outcome of the trial)
   get jail time. Instead he would get parole and court-mandated counseling.
  c. I was told this whole process was about getting "help" for our family, for
   "healing" to take place. Instead our family has been ripped apart by a
   malicious and callous investigator who pitted sisters against sisters, brothers
   against sisters and a mother against her children. No one should ever have
   to go through what I feel our family has been dragged through unnecessarily
   the past few years.

4)  I was prompted, coerced, intimidated, rehearsed, coached and told what to say
  by the district attorney's office. I can now say I got caught up in the whole
  prosecution "game" and felt I had to embellish the truth, to invent stories and
  events to try and make the implausible seem plausible. I am embarrassed to
  admit it but I felt I needed to say things that I thought the prosecution wanted to
  hear. I was given no other choice but to go along with their version of events.
  a. I was urged to say for positive fact that my dad made me wash and
   touch his private parts during showers when I always said I knew it
   never happened.
  b. My dad did indeed lay next to us in bed but at no point did he EVER
   have an erection. I tried to tell the prosecutors this but they didn't want
   to hear it. They asserted that it had to be, it was without a doubt, there
   was no other thing I could have felt. I now know the few times I
   remember feeling anything it was either a large belt buckle he wore or
   the zipper in his pants. At no time was he ever without clothes nor was
   I. He did not become aroused by me nor by either of my other sisters.
  c. "Tickie torture" was mentioned at my father's trial and I need to address
   this issue. It was an innocent game! Jeanette and especially the
   prosecutors construed it to be this sexual activity but that is simply not
   the case. The boys played it, the girls did, it was us getting tickled.

Nothing more, nothing less. For Jeanette to have accidentally been touched in a private part was just that – an accident. It saddens me to think this family fun time we shared has been turned into something perverted and bad.

d. A coupon book was also mentioned at my dad's trial. Though my dad can be outlandish and do weird things, this coupon book was his weak attempt at humor. In bad taste and bizarre humor, yes. But a sexual advance, absolutely not! There is no doubt in my mind my father meant nothing sexual either implied implicitly or explicitly. He thought he was being funny and it backfired – badly.

5) The district attorney and investigators did not make a wholehearted attempt to get to know me, to understand my side of the story, to understand the dynamics of our family. There was nothing genuine about their intentions or motives. I feel they had an agenda from the start and that agenda was not to find the truth but to convict an innocent man in any way possible not matter how deceptive or manipulative they had to be to do it. They didn't care to hear the good things about our family, the many wonderful things about my dad. They only wanted to hear the negative, anything that could remotely implicate him whether it was totally true or not didn't matter to them.

a. I feel this case was about trying to build the reputation of those prosecuting it. I felt the prosecutors were bullies who tried to throw their weight around and who condescendingly dismissed any ideas or suggestions I had which tried to offer any other conclusions than what they had already come to.

b. I feel whatever minor inappropriate actions were exhibited by my father was blown incredibly out of proportion and the prosecutors attempted to whip the jury into a frenzied hysteria by using words such as "rapist" or "predator." Those words unequivocally do not describe my father and it is an affront to his children and an insult to his integrity to even remotely describe him in that fashion.

6) My sister Jeanette is a pawn in the district attorney's vicious prosecution again my father, an innocent victim of the system.

a. I, in my heart of hearts honestly feel that once Jeanette began talking to the prosecutors and investigators, and saying what she felt they wanted to hear, she felt she was in a tidal wave moving out of control. She couldn't stop it, couldn't recant her previous testimony, couldn't look people in the eye and say what she had "remembered" simply wasn't true – that she had been coached what to say the whole time.

b. Being the youngest of six children, Jeanette felt neglected and ignored. While her older siblings were in college, in stable relationships and making something of their lives, Jeanette had none of this. I don't think she intended for things to be taken so far, but again, once scrutinized by the district attorney's office, she felt she couldn't recant falsehoods but had to say what she felt they wanted her to say.

7) My dad is not a habitual offender, is not a threat to society nor his community. He is a loving, hard-working, decent family man who should be able to play with his grandkids and enjoy the company of his six children and instead is surrounded by violent criminal offenders in a prison. I love my father and would, without reservation, let him around my children, his grandchildren. I am

2

not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

8) All along I have said I didn't even feel wronged, I had gotten on with my life, and I didn't want to see my father prosecuted, much less serve prison time. I never pressed forward with wanting my dad prosecuted. I merely suggested he may have acted mildly inappropriate at times and from there the freakshow began! Now in the aftermath I don't feel justice has been done, but rather a grave injustice has been committed.

9) I am a responsible, mature wife and mother of two who has put my past behind me and who has gone on with my life. I am a respected, contributing member of society who owns my own business and who has graduated from a four-year college with a bachelors degree in international relations. Contrary to what anyone may think, I am not trying to cover for my dad nor make excuses for him. I am disgusted for everything he has been dragged through by the merciless prosecution team and investigators.

10) I love my sister Jeanette, I don't think she had malicious intentions. She lives with me now and I see her good heart, and her patient way with my children. But I also see her immaturity and deceptive practices. I see how she lies to get out of trouble and for attention. I can see she is very troubled that our dad is in prison and knows she was not honest in her courtroom testimony. I know she fears repercussions if she does admit to not being entirely honest. She has expressed fear of the prosecutors to me before

11) My father is not a saint, he is not blameless in all things nor is he without fault. But what has happened to him is ridiculous and downright shameful. I regret I played a part in the courtroom fiasco and am disappointed in myself for not having the courage to stand up to the prosecutors and say what I knew to be true as well as what I knew to be untrue. I am remorseful for the pain and hardships my father has had to endure and for my inability to not get caught up in the frenzied atmosphere of the courtroom.

12) Further Affiant Sayeth Naught.


Dated: November 19, 1999

State of Washington
County of Kitsap

AFFIANT'S SIGNATURE

SUBSCRIBED and SWORN before me on this 19th day of November, 1999, in the County of Kitsap, State of Washington.

WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE                    SEAL:
Notary Public in and for the State of Washington

Kathleen J. Cowsert

My commission expires:   06-29-2003

3

September 5, 2000

**Re: MICHAEL N. COLLINS**

Dear Judge:

Please let my dad out of jail and stop all of this nonsense. I feel like our family's lives are trapped in an awful movie, that our family has been ripped apart by the evil district attorney's office.

The star of the movie is Jeanette. Once she realized she could get the attention she so desperately craved simply by saying what the d.a's office wanted to hear, like a donkey diligently following a carrot, she beckoned this call to stardom and became a drone in the prosecution's case. Never thinking for herself, she has told both me and Christine on numerous occasions that everything she did was to please the d.a.'s office. All the time they asked her, "What else can you remember? We need you to remember more." What they really should have asked was, "What else can you misconstrue and twist around to appear as perverted?" Jeanette has told both me and Christine that she flat-out lied on the stand. My father never groped her breasts, never fondled her, never laid or stood next to her with an erection. It just didn't happen. I have heard her say it, with my own ears.

Now that Jeanette is living in Connecticut, a safe distance away from the d.a.'s office, and she doesn't fear their repercussions if she doesn't say what they want to hear, she is free to talk about her blatant lies – and she does! She has told Christine she wants so much to take her testimony back, she is embarrassed by it. She was just a kid – 15 years old when this first started. She was as caught up in the flurry of accusations just as anybody else was. Jeanette lived with me for a few years and I saw first hand how plain deceitful and calculating she could be. Once again, let me reiterate, Jeanette told me she lied on the stand. She told me she made herself cry (she really is an accomplished actress), and she greatly exaggerated the innocent to make it appear to be immoral.

I, regrettably, had a supporting role which I am both ashamed and embarrassed about. Why couldn't I stand up to the investigators? Why couldn't I tell them that no, I never kissed my father's penis in the shower? Why couldn't I tell them that I never felt an erection while lying next to my father? Unfortunately I got so caught up in this momentous tidal wave of lies, exaggerations and half-truths. Part of me wanted to support what Jeanette was saying even though I knew what she was saying was preposterous. The other part of me was deathly afraid of the investigators. Would I be put under arrest? Would the tables be turned and somehow I would be vengefully prosecuted for something I didn't do? Everything I testified to was either surrounded in doubt or I knew it just was plain not true. The investigators would have none of that however. They would sit me in a room and tell me what they wanted me to testify to. I felt helpless.



That doesn't even begin to describe the amount of helplessness I feel now along with the overwhelming guilt and sadness I feel for that fact that my dad is in prison. He is in prison for something he didn't do and I helped to convict him. Our whole family is just in such turmoil over this. I know personally when my dad was sentenced I felt as if my insides had been turned out.

Please, please, right this wrong, correct this injustice. Stop this nonsense! Help our family achieve closure and let our healing begin. Let our family have a little bit of confidence in the justice system after our belief in it has already been shattered.

Please let my dad out of jail and overturn his sentence. Let him begin to pick up the pieces of his life and live with my brother Jared and his family in Utah. Letting my dad out of jail and placing the limitation of having to stay in Colorado is still a sentence for my dad! My brother Jared is a good man full of integrity. My father's staying there can only be a benefit to my dad.

I thank you very much for your attention to this matter and ask you to please call me at 360-344-3939 if you have any questions whatsoever.

Sincerely,

*Laura Piper*

Laura Piper

---

**Certificate for Witnessing or Attesting a Signature**

State of Washington                )

County of _Jefferson_              )  ss
                                   )

Signed or attested before me on  _11/3/2000_ by  *Laura Piper*

*Wendy C. O'Keefe*

Notary Public in and for the State of Washington

WENDY C. O'KEEFE

Printed name

Residing at:

_Pt Hadlock, WA_

My appointment expires: _12/2/03_

2

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

## AFFIDAVIT OF: JEANETTE LOUISE COLLINS

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

  **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)   Affiant is competent to testify to all matters herein.

2)   Affiant has personal knowledge of all facts herein stated.

3)   After much reflection I have decided to write this letter to make known my frustration with what I feel was an unfair judicial process for my dad. I feel I was an unwitting accomplice to my dad being "railroaded" for crimes he did not commit.

4)   Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team, that if I didn't remember things they wanted me to remember I could be prosecuted myself.

5)   I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6)   I felt like I had to say what I had rehearsed with the d.a. even if it was questionable in my mind if that was what really happened. For instance, I can't even be sure if when I laid with my dad he had an erection. It was so long ago, there are so many other possibilities of what it could have been, there is absolutely no way I can be sure that is what happened. But caught up in the moment, and being questioned by sympathetic investigators who said absolutely that is what it was, I felt like I had to go along with it. I was given no other alternative, no other option as to what could have happened.

7)   Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

1

8)     I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9)     Lastly, I want to say that again and again I was told there would be no jail time for my father! <u>I would not have agreed to testify if I thought there was the remotest possibility my dad would be sent to jail.</u> We were all going to get counseling, my dad was going to get help. I still feel he is not blameless in all things, and that he should get court-mandated counseling, but being sentenced to 12 years in prison definitely does not fit the "crime" my dad committed. Please reconsider my dad's sentence and allow him to leave prison. He has already served more than a year and that is more than anyone ever thought he would serve in the first place.

10)     Further Affiant Sayeth Naught.

Dated: November 19, 1999

AFFIANT'S SIGNATURE

State of Washington
County of Kitsap

SUBSCRIBED and SWORN before me on this 19th day of November, 1999, in the County of Kitsap, State of Washington.

WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE                    SEAL:

Notary Public in and for the State of Washington

Kathleen J. Cowsert



My commission expires: _____06-29-2003_____

2

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,     Plaintiffs,

v.

MICHAEL N. COLLINS,     Defendant.

**COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1) Affiant is competent to testify to all matters herein.

2) Affiant has personal knowledge of all facts herein stated.

3) I was not in a healthy emotional state when I made egregious accusations against my father.

4) Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team.

5) I was angry with my father, I was feeling despondent in my own life, and I agreed to whatever the investigators were suggesting. I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6) My father never had an erection when I laid next to him, he never fondled my breasts. I made these accusations as a minor being coerced by adults who I thought at the time had my best interests in mind. They did not.

7) Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

8) I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9) I am of sound mind when writing this affidavit and am not being coached or coerced by anyone.

10) Further Affiant Sayeth Naught.

Dated:

_____
AFFIANT'S SIGNATURE

SUBSCRIBED and SWORN before me on this ____ day of _DECEMBER_, 2001, in the County of _New London_ State of _CONNECTICUT_

WITNESS my HAND and OFFICIAL SEAL:

_____
NOTARY'S SIGNATURE                          SEAL:

My commission expires:___KATHLEEN BERNIER____
                              *NOTARY PUBLIC*
                        MY COMMISSION EXPIRES MAY 31, 2006

Monday, February 11, 2002

STATEMENT BY: JARED M. COLLINS, PSC 473 BOX 96, FPO, AP 96349-0005

I am currently working as a civilian for the Department of Defense overseas on the Yokosuka, Japan Naval Base. I am writing on behalf of my father, Michael Norris Collins, who has been unjustly imprisoned over the last several years. I am specifically writing in regards to his motion to appeal. Since the trial first ended, I spoke with Mr. Jeffery Timlin outside the courthouse in the parking lot as we discussed what our options were. He said that he would of course appeal the Judge's decision and that would set into motion several things. Since day one after the trial, he stated that he would appeal.

After the trial, my father has always stated that he would appeal the judge's decision. My father and I kept in close contact and we would write each other often about this matter. He would call collect sometimes and always let me know the status of the legal work he was trying to go through. He also wrote to me several times that his attorney was working through the appeals process. After several months, he began telling me that his lawyer wasn't doing much of anything. Many months later we find out that he was doing absolutely nothing on my father's behalf during this whole time.

Mr. Timlin was very straightforward with me and said that he was going to appeal on behalf of my father. My father has always told me that he appealed the decision and was positive that it would be overturned through the appellate courts.

Mr. Timlin has been dishonest with my father and myself. Mr. Timlin has never stated that my father waived his right to appeal, **never**. My father has never told me that he waved his right to appeal, **never**.

I, myself, personally have tried to contact Mr. Timlin in the past on my behalf as well as on my father's behalf and I could not get into contact with him. He would not return my phone calls. He also rarely returned my father's phone calls and missed many of my father's court appearances and appointments. He was not a lawyer who looked out for my father's best interest. When he would commit to do something, it just never happened.

If you would like to speak with me further about Mr. Timlin, my father, his trial, or anything else, please do not hesitate to contact me.

Sincerely,

Jared M. Collins
PSC 473 Box 96
FPO, AP 96349-0005

Jarreb@yahoo.com

Judge Scott Lawrence
District Court Judge
Douglas County Combined Courts
P.O. Box 1690
Castle Rock   CO
                80104-1690

Dear Judge Lawrence,

        I am writing this letter not really knowing how much good it will do but I hope to convey some of the things which I feel and feel that you need to know about my experiences dealing with my sister Jeanette Collins and father Michael N. Collins.  My name is John Collins and I am the second youngest of the six children in our family.  I had the opportunity to really get to know my sister during the time in question due to the fact that we were the only two kids still left at home.  Let me try and explain the best I can about my sister's character.  I truly feel that I am the most qualified to do so because I was the closest to her during those months in which she has accused my father of molesting her. Jeanie is one of the most caring people that I know.  She is not one to carry grudges.  She is not one for violence.  She has a wonderful personality and I just love her to death.  Unfortunately, she has always had low self-esteem.  Call it because of her weight or the fact that we were very poor growing up,  I don't know.  What I do know is that because of her self-esteem problem she simply cries out for attention.  She would always do things to put herself in the limelight.  She always knew the right things to do in order to get her way or just to get someones attention.  After a while

crying, pouting, or not talking to someone stopped working and people wanted her to grow-up and take responsibility for her actions. They wanted her to stay in school. They wanted her to attend church. They simply wanted her to do chores around the house. Jeanie has never been one to be told what to do so her little ploys to get attention or to get her way got bigger and more extravagant which cumulated in a suicide attempt. Suddenly people started doing what she wanted again and she was again in control. Like all things, it came to an end. We started taking her suicide threats with a grain of salt for we realized that she was simply using that as a way to excuse herself from reality and not take responsibility for her actions. This is when she accused my father of molesting her. Right from the first minute I never did believe Jeanie. Granted I didn't always voice my opinion due to lack of courage on my part but I feel my father has been done a great injustice. I know my sister and I know my father and he did not do this. To me this is simply my sister making another excuse for why she can't or why her life is messed up. I just want her to be responsible and tell everyone that this never happened. The thing is that I know she won't because she knows that that will take her out of the spotlight.


I didn't arrive at this conclusion easily. Even though I didn't believe Jeanie I was entangled in all the "What ifs". What if she isn't lying? What if she did get molested? What if she isn't making this whole thing up? It was interesting in the fact

that I did ask her if she had been molested and without hesitation
she said "NO", in kind of a scoffing way.   To that she said I was
a man and she didn't trust men.   Ok, then why, when asked by my
sister Christine, did she again say no as well?   This whole case
has so many inconsistencies and so many holes that it just makes me
a little mad at the way it was handled.   This is not to say that
the prosecution lawyers did things wrong but the way the investiga-
tion was handled was wrong in my opinion.   I know that each and
every one of us in our family was lied to by Investigator Ruppart.
I have always held a certain respect for people that uphold the law
but that confidence was shattered by that individual.   He simply
lied to us and that is wrong.   Not only did he lie but he intimi-
dated us as well.   I don't really want to get into specifics in
this letter but it is hard not to tell what really happened.


     Back to my father,   now I'm not saying he was a perfect
father.   He was on the road a lot.   He didn't always spend a lot of
time with us but I knew that he loved us.   He always put food on
the table and clothes on our back and a roof over our heads and
that demands respect.   He has always been a very christian man.   He
was always willing to help others as much as he could.   In that he
was a good example.   I may not know, I mean really know, what
happened between my father and sister for only Jeanie, my dad, and
God truly know what happened.   But in my judgement my father is
innocent!   He could not have done this.   My sister thinks this is
some kind of play or a big joke.   It's all about her and that's the
way she wants it.

I just want you to know that I love my sister and I love my father. This has been one of the most difficult things my family has had to deal with.  For the past two years it has gone on and on.  Finally, when my dad was convicted of this, our family came together. We all seem to be thinking the same thing. But it took his conviction for people to say what they really thought. Do you know what? We were all thinking the same thing... that Jeanie was not telling the truth.   I'm sure you'll find similar comments in the other letters you have received.

I don't know what can be done for him now that he is convicted but I plead with you to do what you can.   Whether it be probation or counseling or community service,  be it what it may. I do think that jail is simply out of the question.  He did not do this. Please do what you can but know this that I feel my father is innocent and so do four others,  and  those four others happened to be the closest to her.  We all can't be wrong.  I hope this letter does some good.  If you have any further questions you would like to ask feel free to call:  (303) 681-3129.

With best regards,

John Collins