Dexter Gail Millican #86568
Fort Lyon Correctional Fac., 4/145AL
P.O. Box 1000
Fort Lyon, Colorado, 81038

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP -9 2008
GREGORY C. LANGHAM
                CLERK

Judge John L. Kane Jr.
Clerk of the United State District Court
901 19th Street
Denver, Colorado, 80294

92-cv-00870-EWN

Dear Sir,

I'm filing an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2).

At my hearing on June 23, 2008 at Adams County Detention Center, It was promised to me that I would have access to my Medical Records on my Left Ankle and Right Achillies from Denver Health Hospital at that hearing. The Judge, State Attorney, and Medical Specialist did not bring or present any of these Records. These documents are needed to prove my Disability and need for medical surgery.

Also, I'm being further injured at this moment, because the authorities here at Fort Lyon, along with the Medical Department is making me wear D.O.C. Booths on top or on my "Right Deform and Injured Achillies" (which is injuring it more) and my "Left Deform Ankle" (which needs surgery). Medical Records from Denver Health Hospital will proved these fact to be true!!!

Sincerely yours,

Dexter G. Millican

Dexter Gail Millical