IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant David B. Beery, Claim number X-217

## ORDER

Kane, J.

This matter is before the court on Claimant, David B. Beery's Objection to Final Order of Special Master(doc. #3109). The court has reviewed the Final Order and the Objection and finds as follows:

The Special Master has correctly ruled that he is without jurisdiction over Mr. Beery's claim as claimant was not incarcerated during the requisite time period set forth in the Settlement Agreement. The Objection is OVERRULED. The Final Order of Special Master (doc. #2939) is AFFIRMED.

Dated: September 10, 2008

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Beery.