IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Marty Bueno, Claim number 03-334

## ORDER

Kane, J.

This matter is before the court on claimant's Objection to Final Order of Special Master (doc. #3132). I have reviewed the Objection, along with Mr. Bueno's subsequent filings, and the Final Order and I rule as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The relief awarded in the Final Order is not monetary, but rather is the continuing requirement that Defendant provide boots with built up soles to compensate for the leg length discrepancy, a wedge pillow and an egg crate mattress. The Objection is OVERRULED. The Final Order of the Special Master (doc. #3037) is AFFIRMED.

Dated:   September 11, 2008

                                           BY THE COURT:

                                           *s/John L. Kane*
                                           JOHN L. KANE, SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Bueno.