IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Ed Collie, Claim number 03-210

## ORDER

Kane, J.

This matter is before the court on Claimant, Ed Collie's Objection to (appeal) the Final Order by Special Master" (doc. #3115). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was an abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master, in a well considered and detailed order, correctly found that a monetary damage award will adequately compensate Mr. Collie for Defendants' violation of his rights. I find that the award $200.00 is appropriate in this circumstance. The Objection is OVERRULED. The Final Order of Special Master (doc. #3114) is AFFIRMED.

Dated: September 11, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Collie.