IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Larry Gordon, Claim number 03-201

## ORDER

Kane, J.

This matter is before the court on Claimant, Larry Gordon's Objection to Final Order of Special Master (doc. #3126). The court has now reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered in great detail the medical issues that afflict Mr. Gordon, and correctly found that Claimant is not disabled as defined by the Settlement Agreement. The numerous complaints Mr. Gordon has regarding the quality of medical care must be addressed through a separate individual action, and not as a part of the remedial plan in this case. Dismissal of the claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3102) is AFFIRMED.

Dated:   September 11, 2008

                                                     BY THE COURT:

                                                     ***s/John L. Kane***  
                                                     JOHN L. KANE, SENIOR JUDGE  
                                                     UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Gordon.