IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 02-271
Category II
Claimant: Michael Windsor, #64366
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on Claimant's letter to the Special Masters (Document #3581). He has requested that an order be issued directing the Colorado Department of Corrections to comply with provisions of the Remedial Plan ("When will this Court and the attorneys take serious the games CDOC plays and force order compliance...").

Claimant previously filed a claim under the Remedial Plan. The claim was settled on December 21, 2005. The claim was dismissed due to the settlement.

The Court does not oversee the day-to-day activities of the Colorado DOC. This case is a class action, and Claimant is represented by class counsel on issues related to the Remedial Plan. Under the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), Claimant's letter must be forwarded to counsel for the class. Class counsel must make a determination as to what action should be taken on the letter. Under the directive of the *McNeil* decision, the Court cannot act on his *pro se* letter.

IT IS HEREBY ORDERED that Claimant's letter is forwarded to counsel for the class for action as deemed appropriate.

SIGNED this 12th day of September, 2008.

BY THE COURT:

By: *Richard M. Borchers*
_____
Richard M. Borchers
Special Master