IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 02-492
Category: II
Claimant: Eugene F. Martinez, #85357
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

___

# ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER came before the Special Master on the letter and documents filed by Eugene F. Martinez (Claimant). In his letter, he raises concerns about his health condition and disabilities. Since it appeared that there may be no jurisdiction over any claim of Claimant, a show cause order was issued to him. Claimant has not responded to the show cause order.

    Claimant previously filed a claim pursuant to Paragraph XXXII of the Remedial Plan. Claimant entered into a settlement with Defendants. The claim was dismissed on December 20, 2005. Claimant exercised his right to file his claim. He is not entitled to file a second claim. Claimant may pursue anything that occurred after the settlement through a separate lawsuit.

    Claimant appears to be concerned about systemic issues that exist. To the extent Claimant is raising issues that involve Defendants' compliance with the Remedial Plan, Claimant is represented by counsel for the class. Under appellate case law, the Court may only forward the documents of Claimant to counsel for the class. *McNeil v. Guthrie,* 945 F.2d 1163 (10th Cir. 1991).

    IT IS HEREBY ORDERED that any additional claim of Eugene F. Martinez is dismissed, as Claimant previously filed a claim and then settled with Defendants; and

    IT IS FURTHER ORDERED that copies of all documents submitted by Claimant shall be forwarded to counsel for the class; and

IT IS FURTHER ORDERED that Claimant may pursue a separate lawsuit for damages for anything that has occurred since December 20, 2005; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 17, 2008.**

SIGNED this 12th day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master