IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER

_____

      THIS MATTER came before the Special Master on the document filed with the Court by Claimant.[1] This document (Document #3583) is an objection to the final order of the undersigned. This document cannot be resolved by the Special Master and will be referred to Judge Kane.

      IT IS HEREBY ORDERED that the objection of Michael Collins is referred to Judge Kane for resolution.

      SIGNED this 12th day of September, 2008.

                        BY THE COURT:

                        */s/ Richard M. Borchers*

                        _____

                        Richard M. Borchers
                        Special Master

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.