IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-413
Category III
Claimant: Michael Hunter, #103582
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on his own motion. The Special Master received a copy of a letter from Mr. Jess Dance of the Office of the Attorney General to Claimant concerning the settlement of this claim. Claimant was objecting to money being offset by restitution and other statutory payments. The letter from Mr. Dance indicated that Claimant could choose not to proceed with the settlement.

    The Special Master issued an order granting Claimant the opportunity to proceed with his claim. Despite being granted up to and including September 8, 2008 in which to respond to the order of the Special Master, Claimant has filed nothing further. The previous order of dismissal will stand based upon the settlement by Claimant of his claim.

    IT IS HEREBY ORDERED that no further action will be taken on the claim of Michael Hunter, as he entered into a settlement agreement with Defendants and is now bound by that settlement; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 17, 2008.**

SIGNED this 12th day of September, 2008.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            _____
                                            Richard M. Borchers
                                            Special Master