IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-457
Category: III
Claimant: Rodney Zimmerman, #135354
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the letter of Claimant requesting additional time to respond to the order to show cause. By separate order, this claim is being dismissed on September 10, 2008.

    Stated simply, there is no jurisdiction over this claim, as Claimant came into DOC custody after August 27, 2003. Claimant's remedy is to pursue his own separate lawsuit.

    IT IS HEREBY ORDERED that the dismissal of the claim of Rodney R. Zimmerman is affirmed, as he came into the custody of the Colorado Department of Corrections after August 27, 2003 and the Special Masters have no jurisdiction over this matter; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 31, 2008.**

    SIGNED this 10th day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master