IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

   Plaintiffs,

-vs.-

BILL OWENS, et al.

   Defendants.

_____

Claim Number C-007
Category C
Claimant: Matthew T. Redmon, #140637
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

### ORDER OF SPECIAL MASTER
_____

   THIS MATTER came before the Special Master on the document filed with the Court by Claimant.[1] This document (Document #3587) is an objection to the order of the undersigned on August 11, 2008. This document cannot be resolved by the Special Master and will be referred to Judge Kane.

   IT IS HEREBY ORDERED that the objection of Matthew T. Redmon is referred to Judge Kane for resolution.

   SIGNED this 12th day of September, 2008.

         BY THE COURT:

         */s/ Richard M. Borchers*

         _____
         Richard M. Borchers - Special Master

_____

   [1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.