IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-301
Category: Untimely Filed Claim
Claimant: Eric Roberts, #127892
Address of Claimant: CMHIP, 1600 West 24th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER came before the Special Master on the claim form filed by Claimant. In that form, Claimant checked the box for hearing impairment. Claimant further stated that he had come into DOC custody on May 5, 2005.

      Since it appeared that the Special Masters might have no jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including September 8, 2008 in which to respond to the show cause order, Claimant has filed nothing further.

      The Special Masters have limited jurisdiction. The Remedial Plan is the settlement document that was approved by Judge Nottingham on August 27, 2003. Paragraph XXXII provides for a damage claim process, but requires that a claimant have been in DOC custody on or before August 27, 2003 in order to be able to file a claim. There is no jurisdiction by the Special Masters over this claim.

      IT IS HEREBY ORDERED that the claim of Eric Roberts is dismissed, as he came into DOC custody after August 27, 2003 and there is no jurisdiction over his claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294

**on or before November 17, 2008.**

SIGNED this 12th day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master