IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-304
Category: Untimely Filed Claim
Claimant: David J. Crosby, #84591
Address of Claimant: ACC, P.O. Box 300, Canon City, CO 81215-0300

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master on the letter of Claimant. In that letter, Claimant requested representation on a civil lawsuit. It is unclear how Claimant was referred to the Special Masters.

    A claim form was provided to Claimant, as he had not previously filed a claim. He was granted up to and including September 8, 2008 in which to file a claim, if he believed that he qualified under the Remedial Plan.

    Claimant has not filed a claim. Claimant should contact class counsel for a referral to private counsel. There is nothing further that the Special Masters can do to help Claimant.

    IT IS HEREBY ORDERED that the case of David J. Crosby is dismissed, as he has failed to file a claim; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 17, 2008.**

    SIGNED this 12th day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master