IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Michael Stephen Forbes, Claim number 03-134

## ORDER

Kane, J.

This matter is before the court on Claimant, Michael Stephen Forbes's Objection (doc. #3192) to Final Order of Special Master. I have reviewed the Objection and the Final Order, and find as follows:

While the claimant addresses a number of issues in his document, the only issue properly before me is that of the objection to the final order. Any other complaints regarding care and treatment must be addressed in a separate civil action, not as part of the remedial plan in this case. The Special Master issued a favorable decision, finding that the claimant met his burden and proved his claim by a preponderance of the evidence, and awarded the claimant $500.00 and directed that Mr. Forbes be issued new tennis shoes. I find that the award of $500.00 along with the issuance of new tennis shoes is appropriate in this circumstance. The Objection is OVERRULED. The Final Order of Special Master (doc.

#3044) is AFFIRMED.

Dated:   September 15, 2008

                                            BY THE COURT:

                                            ***s/John L. Kane***
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Forbes.