IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870

JESSE MONTEZ, et. al,

Plaintiff,

v.

BILL OWENS, et. al,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2008

GREGORY C. LANGHAM
CLERK


RECEIVED SEP 10 2008 By_____

Claim Number: 03-307
Category: III
Claimant: Edmund Lloyd Herrera, #76006
Address of Claimant: KCCC, P.O. Box 309, Burlington, CO 80807

Claimant's Written Objection To Final Order Of Special Master

The Claimant, Edmund Lloyd Herrera, hereby files his written objection to the final order of Special Master Richard C. Davidson, and states as follows pursuant to Rule 53(g)(2), Fed. R. Civ. P.:

Pursuant to the Final Order of Special Master the Claimant has failed to prove that his mobility and vision claims fall under the standard set by the Remedial Plan (a.k.a. Settlement Agreement).

The Claimant objects to this finding by the Special Master and asserts he has proven his mobility and vision disabilities fall within the standards set.

Mobility Claim:

The Special Master found that... "the medical records show that he is able to move around and to climb onto the exam table without difficulty.

This finding is inconsistant with the standard set for a mobility disability. There has been no finding by the Special Master that

the Claimant can or cannot walk 100 yards on a level surface or can or cannot climb a flight of stairs without a pause.

As such, the findings of the Special Master are lacking in a proper conclusion and facts as required under the Settlement Agreement standard for determining whether or not a claimant has a legitimate mobility disability for relief.

## Vision Claim:

The Special Master found that… " Claimant has pterygium but it does not interfere with his vision…"

This finding is in direct conflict with Claimant's medical records. Claimant's medical records specifically show only his left eye has been corrected with surgery and the right eye still has pterygium and his vision is getting worse. See attached medical records.

As such, the finding by the Special Master is based upon incomplete information contained in the Claimant's medical files and cannot stand as being an complete and acturate finding.

Claimant asserts that the Special Masters Final Order should set aside as it is based upon incomplete and inaccurate facts, as stated above, and that further investigation and determination consistant with the standards set under the Settlement Agreement be concluded.

Rule 52, Fed. R. Civ. P., specifically holds that the findings must be sufficient to indicate the factual basis for the ultimate conclusions. See, Folger Coffee Co. v. Olivebank, 201 F.3d 632, 635 (5th Cir. 2000); Duffie v. Deere & Co., 111 F.3d 70, 73 (8th Cir. 1997); American Canoe Ass'n. v. Murphy Farms, Inc., 326 F.3d 505, 522 (4th Cir. 2003). The conclusions set forth by the Special Master do not meet this rule and as such, this action must be vacated and remanded back because they are insufficient and based upon inaccurate findings, See, Hatahley v. United States, 351 U.S. 173, 76 S.Ct. 745 (1956), or hearing to supplement the record. See, Cordova v. Cox, 351 F.3d 269 (10th Cir. 1965).

WHEREFORE, the Claimant moves the Court to grant

2

his objections and have the Special Master supplement his findings of fact and conclusion of law with the proper determination of Claimants mobility and vision disabilities as set by the standards under the Settlement/Agreement.

Dated: September 9, 2008.

Respectfully submitted,

Edmund Lloyd Herrera 76006
Edmund Lloyd Herrera, DOC No. 76006
CCA/Kit Carson Correctional Center
P.O. Box 2000 Unit BB-210
Burlington, Colorado 80807-0200

-Certificate of Mailing-

I hereby certify that on this __9__ day of September, 2008 I placed a true and correct copy of the Claimant's Written Objection To Final Order Of Special Master in the U.S. mail, postage prepaid, and addressed to the following:

Colorado Attorney General's Office
1525 Sherman Street, 7th Floor
Denver, Colorado 80203

Edmund Lloyd Herrera
Edmund Lloyd Herrera

3

# DEPARTMENT OF CORRECTION
## AMBULATORY HEALTH RECORD

**CHRONIC CARE CLINIC**
Page 1 of 2

Printed By: TIONA, SUSAN M
Printed at: 08/20/2008 18:18:07
Encounter#: 1743989 @ KF

| 76006 | HERRERA, EDMUND L | Facility: KF | LU: KIT/UNIT B | BB | 2 | 210 | B |

**SUBJECTIVE**

Mr. Herrera is here for routine CCC appt.
1. LBP. Not doing well. Hasn't been using the TENS d/t a single episode of back muscles being numb for 3 days afterward. Usually hasn't had a problem with it. It may have been poor placement of the leads, or perhaps using too strong of a setting. He will try it again. I also gave him a new back brace, as his old one is loose and no longer providing support (by my assessment). Discussed with Mr. Herrera that this is a chronic condition that is unlikely to improve in the future.
2. HTN. He ran out of meds 2 weeks ago. Has finally put in a slip to get a new card, which should arrive any day now.
3. Plantar fasciitis. Unchanged. Has failed steroid injections. No further medical options that I can offer at this time. He has nice tennis shoes and inserts. Condition unlikely to improve with current interventions.
4. Diet. Has RAST proven allergy to soy and peanuts. Diet has long expired and the kitchen hasn't been providing one. His card still rings up as "diet," but he gets the same food as anyone else.

**Temperature:** 97.4  **Pulse:** 60  **Weight:** 259
**Respiratory:** 20  **BP:** 150 / 105

**PLANS / ORDERS**

Allergies: No Known Allergies

[X] Back brace (large) given

[X] New heel lift given

[ ] Diet request entered in OMS for CCA approval

[X] Fiber tabs: 1-2 po QD PRN x 30 days, 5 RF's

[X] Lisinopril 40mg po QD x 30 days, 5 RF's

**OBJECTIVE**

BP Noted and discussed.
Neuro grossly intact
Chest WNL
Skin clear
No LE edema

**ASSESSMENT**

053.79 - OTH SPEC HERPES ZOSTER COMPS
070.54 - CHRONIC HEP C W/O MENTION HEP COMA
719.40 - PAIN IN JOINT, SITE UNSPECIFIED
716.90 - UNSPEC ARTHROPATHY SITE UNSPEC
787.1 - HEARTBURN
272.0 - PURE HYPERCHOLESTEROLEMIA
723.1 - CERVICALGIA
728.71 - PLANTAR FASCIAL FIBROMATOSIS
401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
724.2 - LUMBAGO
99214 - OFFICE/OUTPATIENT VISIT, EST

[X] Prilosec 20mg po QD x 30 days, 5 RF's

[X] Baclofen 20mg po QAM and 40mg po QPM x 30 days, 5 RF's

[X] Gas tabs 80mg 2 po BID PRN x 30 days, 5 RF's

[X] Benadryl 50mg po QPM PRN x 30 days, 5 RF's

**Datetime:** 08/20/2008 18:04  **Providers:** TIONA, SUSAN M

PA/NP/RD _____  PHYSICIAN _____  NURSE _____ RN
Datetime: 08/20/2008 18:04  Provider: TIONA, SUSAN M  DateTime 8-21-08 0430

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

CHRONIC CARE CLINIC
Page 1 of 1

Printed By: TIONA, SUSAN M
Printed at: 12/05/2006 10:14:49
Encounter#: 1327805 @ KF

| 76006 | HERRERA, EDMUND L | Facility: | KF | LU: | KIT/UNIT C | CC | 2 | 210 | B |

| Temperature: | 97.1 | Pulse: | 60 | Weight: | 245 |
| Respiratory: | 16 | BP: | 120 / 96 |

**SUBJECTIVE**
CHRONIC CARE CLINIC
1. I/M requests new back brace. He is instructed to bring the old one down to medical today. He also requests extra mattress--request deferred until next evaluation. I/M has had chronic LBP for years, and has some mild DJD on x-ray. Used to get Toradol and Robaxin for back pain, but not recently. He reports that he was told that he was getting an MRI done on his back, but I reviewed his chart with him and there is no order for an MRI. An ortho consult and and EMG were denied in June.
2. HTN: stable.
3. Other PMHx significant for Hep C (currently LFT's are WNL); bilateral shoulder arthropathy, with surgery on right shoulder a few months ago; bilateral knee pain; bilateral foot pain (plantar fasciitis) with last injection about 1 year ago.

**OBJECTIVE**
VSS. NAD.
HEENT WNL.
Lungs clear.
Heart RRR without murmur.
I/M does move slowly on/off exam table and getting up from stool.
Pain in right SI joint with straight leg raising.
Tender right SI joint.
Left leg approx 1/2 inch shorter than right leg.
Reflexes 1+ quads symmetrically and absent ankle bilaterally.
No LE muscle weakness or wasting.

**ASSESSMENT**
070.54 - CHRONIC HEPATITIS C WITHOUT MENTION HEPATIC COMA
716.90 - UNSPECIFIED ARTHROPATHY SITE UNSPECIFIED
787.1 - HEARTBURN
728.71 - PLANTAR FASCIAL FIBROMATOSIS
401.9 - UNSPECIFIED ESSENTIAL HYPERTENSION
724.2 - LUMBAGO
99214 - OFFICE OUTPT EST 25 MIN

**PLANS / ORDERS**
Allergies: No Known Allergies

Please make sure I/M is put down for heel injections (per Ms. Wiley's order yesterday)

Heel lifts x 2 given

Back brace, extra large, given; I/M to return his old brace to medical

Restrictions: no prolonged standing or sitting; no lifting over 20 pounds; no repetitive bending at the waist.

F/U CCC end of February (meds will expire 2-20-07)

Datetime: 12/05/2006 09:51
Providers: TIONA, SUSAN M

A/NP/RD _____ PHYSICIAN _Ann Tiona MD_ NURSE _[signature] RN_
Datetime: 12/05/2006 09:51   Provider: TIONA, SUSAN M   DateTime 12-5-06 1130

Herrera, Edmon L.



## PROGRESS RECORD

| DATE | NAME | CASE NO. |
|---|---|---|
| NOV 16 2005 Walsenburg | | |

(S) Pt. states having heel pain (Bil) H. on going for several yrs. Has had inj which seemed to help, but that was a few yrs. ago.

(O) Ex reveals: sl. cold pulses DP 1/4 PT diff. Bil. Equal motion 1st MPJ + ankle joint. Equal strength. Chronic heel pain Plantar fascitis Bil. Pain plantar medial heels Bil. Greatest upon rising

99203
20550
20500
KgJIC94

1cc 1% xylocaine R
1/4 cc Dalalone DP  A
heels

(A) — Pain Bil. Heel
— Fascitis R + L
— Contracted toes Bil
— Spur B/f

(P) Discuss care + findings c̄ pt.
ROM ice + stretches
To Inj 1/4 cc Dalone DP
+ 1cc 1% xylocaine
R + L heels
Discuss shoe + also care
See 2-3 months
Consider cream fx

KLM 12/5/05

**COLORADO DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICE DEPARTMENT**
**CONSENT TO TREATMENT / ANESTHESIA**

Sec.4. Inf.Con.m

Patient Name _Herrera, Edmund_ D.O.C. # _76006_ Date of Birth _5/7/57_

I hereby authorize _Dr Hoang_ or designee and assistants to perform the following operations, procedures, or treatment:

_Bilateral heel steroid injections_

The nature and extent of the intended operation, procedure, or treatment has been explained to me in detail. I have been advised by _Dr Hoang_ of the following alternatives, probable consequences, risks, and possible complications which can include allergic reactions, bleeding, infections and:
→ _NSAIDs, soft shoe_
→ _injury to tendons, nerves, arteries_
→ _no relief of pain_

I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

If any unforeseen condition arises in the course of the operation calling for the judgment of the practitioner for procedures in addition to or different from those contemplated, I further request and authorize the practitioner to do whatever is deemed necessary.

I consent to the administration of anesthesia to be applied by or under the direction and supervision of:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

I have read and fully understand the terms of this consent and acknowledge that the explanations referred to were made and that all blanks have been filled.

Date _12-10-02_  Time _12:44 pm_    _Edmund Herrera_
                                    Signature of patient
Witness _S Stelmos R_

If patient is a minor or incompetent to consent:

Signature of parent or person authorized to consent

for patient _____

Date _____ Time _____

Witness _____

_c-10-15-04_
_c-6-16-04_

Distribution: White-Med Rec., Canary-Patient
31246

SEC 6.OF

**DOC#** 76006    **NAME** E. Herrera    **DOB** _____

**DATE** 1/13/06    **FACILITY** HCF    **PED** _____ | **DATE** 7/31/8    **FACILITY** KC    **PED** _____

### Left panel (1/13/06)

| | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD | | 20/20 | |
| OS | | 20/20 | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| DISTANT OD | SAx/mem | -175 -100 x 130 | | | |
| DISTANT OS | 2.00 | -175 -050 x 075 | | | |
| ADD OD | | | | | |
| ADD OS | | | | | |
| READING OD | | | | | |
| READING OS | | | | | |

**FRAME** SIZE / TEMPLE / P.D. / COLOR
**BIFOCAL**
**NOTES** F/u on pterygium surgery /OS removed 1st from OS eye lid some white matter on Am

| | | |
|---|---|---|
| 1. OPHTHALMOSCOPE | OD | OS |
| 2. OPHTHALMOMETER | OD | OS |
| 3. HABITUAL PHORIA | OD | |
| 4. STATIC SKIASCOPE | OS | |
| 5. DYNAMIC SKIASCOPE (20") | OD / OS | |
| 6. DYNAMIC SKIASCOPE (40") | OD / OS | |
| 7. SUBJECTIVE | OD / OS | |
| 8. INDUCED PHORIA | ESO | EXO |
| 9. TRUE ADDUCTION (W/O ACC) | | |
| 10. CONVERGENCE (AAA & ADD) | At desired Dist | |
| 11. ABDUCTION | glasses | |
| 12. VERTICAL PHORIA | R. | L. |
| 13. INDUCED PHORIA (NEW RX) | ESO | EXO |
| 14. CROSS CYL. (Dissociated) | OD artificial | OS tears |
| 15. INDUCED PHORIA | ESO | EXO PRN |
| 16. ADD. TOLERANCE | 16.A | 16.B |
| 17. ADD. NEG. TOLERANCE | 17.A / 17.B PCC | |
| 18. VERTICAL PHORIA | R. | L. |
| 19. AMP. OF ACC. | | |
| 20. TOL OF ACC STIMULATION | | |
| 21. TOL OF ACC INHIBITION | | |

### Right panel (7/31/8)

| | WITHOUT CORRECTION | EXISTING RX | NEW RX |
|---|---|---|---|
| OD | 60 ∞/40 | 30+2 | |
| OS | 80 | 40 | |

Notes: Concerned about PTMYGIUM OS — SMS OS — one removed 14R ago — PME - Pueblo — removed OS PTMYGIUM 12mm

| | | |
|---|---|---|
| 1. OPHTHALMOSCOPE | OD | OS |
| 2. OPHTHALMOMETER | OD | OS |
| 5. DYNAMIC SKIASCOPE (20") | OD will self monitor | OS |
| 6. DYNAMIC SKIASCOPE (40") | OD -1.75 14R x/seens | OS same |

(signature)

---

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME _____ DATE _____

STAFF PERSON _____

I RECEIVED ONE PAIR OF STATE ISSUE PRESCRIPTION GLASSES

NAME _____ DATE _____

STAFF PERSON _____

31274

## Prostheses, Orthoses, Eyeglasses Receipt

Inmate/Resident Name: _Herrera_ _Edmund_ _Lloyd_
                                Last                        First                  Middle

Inmate/Resident Number: _76006_

I have received the following:

_(1) prescription glasses & returned (1) home_
                        (Item)

Received by: _Edmund Herrera_            _May 13, 2005_
          Inmate's Signature                       Date

Issued by: _E. Scuzzaro_              _5-13-05_
       Signature/Title                           Date

Property of Corrections Corporation of America       Revised JAN 2005

FORM 13-75A

## Prostheses, Orthoses, Eyeglasses Receipt

**Inmate/Resident Name:** _____
                                  Last                               First                         Middle

**Inmate/Resident Number:** _Edmund Herrera_

**I have received the following:**

                                            _1 pr. glasses_
                                                      (Item)

**Received by:** _Edmund Herrera_                      _May 5, 2005_
             Inmate's Signature                               Date

**Issued by:** _E. Scuzzaro_                           _5-5-05_
             Signature/Title                                   Date

HERRERA, Edmund e.
CMHIP#102724
LCF/76006

COLORADO DEPARTMENT OF CORRECTIONS
REQUEST FOR CONSULTATION

TO: Ophthalmology    FROM: LCF    John E Husler
    Clinic Name              Facility / Examiner Name

Date: 6-22-93    New ___    Follow up ___

PROBLEM: 2 month Hx of growth over the nasal side of R eye to outer iris edge.

PROVISIONAL DIAGNOSIS: Pterygium

Date Seen:
PRESENT GLASSES
WITHOUT GLASSES
DIST. OD 20/100 NEAR (Findings, Conclusions, Recommendations)
     OS 20/100    OS 20/20
WITH GLASSES
DIST. OD 20/    NEAR OD 20/
     OS 20/          OS 20/

EYE CLINIC 7/14/93: He was sent because of a pterygium on the right side. His vision w/o glass is 20/100 in both eyes. Distance 20/20 near. He has a pair of dark shades with a myopic prescription but seems to be somewhat under corrected with these. Recorded visual acuity of 20/30- right, 20/50 left. Pupillary examination is normal. External and slit lamp examination reveals very small pterygium on the right side going in about 3/4mm into the clear cornea. On the left side he has corresponding pingueculum. His intraocular pressure in the right eye is 11 by applanation, in the left 12. His pupils were not dilated but his discs are normal with the direct ophthalmoscope. We do not feel that his pterygium needs any attention. We do feel that he should go to the refraction clinic as his glasses are about 5 years old and seems to be under corrected. Re-examination here in one year would be adequate.

Jay C. Tonne /ag

Visit-92012

RECEIVED
JUL 27 1993
LCF
CLINICAL SCVS

Consult only ___
Consult & Management ___
Consult & Treatment ___
Sec.4.Consult
Old 26-168   Dist: White-Med. Rec., Yellow-Consult Phys., Pink-Trans. Sched.

Inmate Name Herrera, Edmound
DOC # 76006
DOB 5-2-57

| REQUEST FOR CONSULTATION | HERRERA, EDMUND CMHIP/61393 AVCF/76006 5/7/57 |
|---|---|
| TO: CLINIC Ophthalmology Physician or Service | FROM: AVCF   Physician or Service   DATE: 5/8/03 |
| HERRERA, EDMUND LLOYD 61393 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 05-07-57 CO 05-08-03 TAG 4M1 Psychiatric Diagnosis: AVCF 76006 RE LD #102724 | ATTENDING PSYCHIATRIST/WARD: |

Chief Complaint Findings, Information Desired:

EYE CLINIC, 5/8/03:                #A0371080

DATE 5-8-03

PRESENT GLASSES
WITHOUT GLASSES
DIST.  OD 20/100   NEAR  OD 20/
       OS 20/40          OS 20/
WITH GLASSES
DIST.  OD 20/      NEAR  OD 20/
       OS 20/            OS 20/
Pin Hole L. 20/30-1  R. 20/40

Health questionaire reviewed
no additions or deletions

ELL:  Cystic Hydroma RUL 6cm OD
      nl OS
K:    Small inactive pterygium 1MM from limbus
      Medially OS > OD.
AC: Deep + quiet OU
Lens:
Iris nl —
A 10/10/22
  7 . 19
periphery: flat 360° OU.
Fundus:
   Normal OU.

2+ low tear Meniscus

A> ① pterygium Rt > Left
   ② Hydroma RUL
plan ③ Dry Eye Syndrome
   ① Important for pt. to wear Dark glasses at all times outdoors as Medical necessity.
   ② observe
   ③ Hot compresses 2-3×d
      preservative free Artificial tears prn

Dx: Evaluate.
D: 5/8/03
T: 5/14/03
PR/rh
8:51a-9:00a

Herrera, Edmund
DOB - 5-7-57
DOC# 76006

White - Chart
Canary - Clinic

Paul Raspelli, M.D.

Colorado Mental Health Institute at Pueblo
CONSULTATION                                 405 (11/99)

6/11/03
rn
6/11/2003 TS

C-5-22-03
c 8-28-03

HERRERA, Edmund
CMHIP/102724
CCF/76006

EYE CLINIC 11/17/94: Patient sent for an annual follow-up of pterygium. Pterygium looks exactly as described previously in July of 1993 by Dr. Jay Tonne. The pterygium in the right eye is barely across the limbus with very little corneal infiltration. It is somewhat cystic. The left eye shows a small, cystic pingueculum not invading the cornea at all. I do not believe this presents any change and no further treatment is indicated. See annually.

Louis R. Hoyer, M.D. /ag
11/14/95

DX: Pterygium
Procedure: 92012   Eye exam

DATE 8/22/94

PRESENT GLASSES _____
WITHOUT GLASSES
DIST.   OD 20/70-1  NEAR   OD 20/20
        OS 20/70            OS 20/20
WITH GLASSES
DIST.   OD 20/30-2 NEAR    OD 20/20
        OS 20/40            OS 20/20

age 39
glasses ok.
pterygium ok.

**EYE CLINIC 8/22/96:**

39 y/o male presents to clinic for pterygium check. His acuities with glasses 20/30 either eye, 20/20 at near. The pterygiums are measured bilaterally at less than 1 mm invasion with no activity. The L one may be slightly more vascular than noted 2 years ago but not significantly changed in morphology. No treatment at this time. If the pt experiences discomfort, one of the several artificial tear substitutes may be indicated.

Procedure: 92012
Dx: Pterygiums

L. R. Hoyer, M.D./vrd

RECEIVED AUG 27 1996