THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2008

GREGORY C. LANGHAM
CLER.

JESSE. MONTEZ et al,
     v.   Plaintiffs )   Civil Action No. 92-N-870

BILL OWENS. et al,
     Defendants.

Consolidated with 96-N-343

## OBJECTION TO FINAL ORDER OF SPECIAL MASTER

    Comes Now, The claimant hereby respectfully submits the following objection and arguement to the U.S. District court for its Considerations pursuant to Rule 53(g)(2). of the federal Rules of procedure. And for grounds states the following;

1.   The claimant objects to the order issued by the Special master Richard M. Borchers. in the claim 05-001. CAtagory V. issued July 14. 2008.

2.   The claimant feels that there is enough evidence to substantiate his claim and requests that his objection be treated as an appeal.

3.   The claimant does not object to the special master's assertion that the claimant did not meet the strict requirements under Catagory V (death).

The claimant however objects to the special master catogorizing the claim as A V knowing the indigent claimant could not meet the requirements necessary to prove the defendants caused the actual death of Kenneth Garcia sr. The claimants feels that the special master erred when he assigned the case to Cotogory V. without properly gauging the claim.
The claimant is not responsible for catogrizing the claims. That was the duty of the special master.

4. The deceased in question Mr. Kenneth Garcia sr. Passed away roughly a year prior to the remedial plan even being in place. Kenneth was no longer in the Colorado D.O.C but rather was sent back to Oklahoma to finish the remainder of his sentence due to him being on interstate compact.
The claimant believes that there was enough evidence initially to determine that the defendants did not directly cause the death of Kenneth Garcia just based on him not being in their custody.

5. The claimant feels that since the special master admits that the deceased met the criteria to be a member of the class and remainder stipulations required that the only thing that was an error was the cotogory.

6. The defendants even argued that the deceased wasnt in their custody or control at the time of his departure thus making them non-liable.

7. All the rest of the hearing, motions, etc, went fair exsept this main factor in which it was used to render the claimants claim dismissed

8. The special master early on determined that Kenneth Garcia was not in the custody of Colorado

when he passed away therefor he should of reassigned the class of the claim to reflect the status of the deceased at the time he left the custody of the defendant's.

9. The claimant feels that there was ample evidence to proceed based on the deceased status at the time he left D.O.C. to use his medical records time comp sheets etc up until he left the Colorado custody. However the special master on his own determined that the claim would be assigned to the most difficult thus unable to win category, he said so himself. (pg 9. of the final order). "IN other words claimant was doomed to failure before he even filed the claim as he did not have the resources to secure expert testimony." Its as if the special master is admitting he forced me to fail by assigning me to a category I couldent win because im poor.

10. The claimant feels that the category assignment was an error thus forcing the claim to fail. That the claim should of been viewed based on the status of the deceased at the time he was lost in the defendants custody, not at the time the remedial plan started hearing claims.

11. The claimant respectfully requests that a complete apped be allowed in which the claim may be viewed in its entirety and arguements briefed. So as to give the claimant an opportunity to fully argue his position

Done this 3rd day of september 2008     Respectfully Submitted

Keith Adrew

CERTIFICATE OF SERVICE

I Kenneth Garcia Jr. Hereby Certifies that I sent a true and Correct Copy of This Objection to all parties postage prepaid and addressed to the following at their places of business.

1. Richard M. Borchers
   Special Master.

2. Jess Dance
   Attorney General.

Done this 3rd Day of September 2008.

Kenneth G. Garcia
# 82819.
BUCF 3 south 2 (East)
2017 P.O. Box
Buena Vista, Co
— 81211 —