IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

FICE OF THE CLERK
TATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 5 2008

GREGORY C. LANGHAM
CLERK

92-cv-870 EWN #3576

Cynthia Gail Keeley
#127204
ComCor
3844 North Nevada Avenue
Colorad[o]

NIXIE   808   DA 1         00 09/11/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151       *1620-18739-08-41