IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

**SPECIAL MASTERS' TWENTY-SEVENTH APPLICATION
FOR PAYMENT OF FEES AND COSTS**

---

    Richard M. Borchers, Bruce D. Pringle and Richard C. Davidson, the Special Masters in the above captioned matter, hereby submit the following Twenty-Seventh Application for Payment of Fees and  Costs. This application is for work done from July 16, 2008 to September 15, 2008, and for work on claims that have been dismissed or adjudicated during this period of time. The Special Masters state as follows:

    1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

    2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson has been appointed subsequently to be a Special Master.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Masters were to be paid by the State of Colorado. The Special Masters agreed to an initial hourly rate of $175.00. The Special Masters submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Masters submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Masters was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Masters was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers, Bruce D. Pringle, and Richard C. Davidson all work for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 161.75 hours for this time period on work directly related to the processing of claims and subsequent orders. Additional administrative work was done over this time period by Lynda Rowe of 6.00 hours and Judy Olive of 0.00 hours.

6. Richard M. Borchers expended 18.55 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B. Bruce Pringle expended 2.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit C. Richard C. Davidson expended 0.00 hours of time during this period for administrative matters related to the claims process. This is reflected in Exhibit H.

7. Richard M. Borchers additionally spent 135.60 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit D. There were lodging expenses of

2

$122.92 and there were 7.00 hours of travel time for this time period. This is reflected in Exhibit E. Bruce Pringle spent 0.00 hours on individual claims. This is reflected in Exhibit F. He had 0.00 hours of travel time that is reflected on Exhibit J.

8. Richard C. Davidson spent 6.00 hours on individual claims. This is reflected in Exhibit G. Richard C. Davidson had travel time in the amount of 3.00 hours, as reflected in Exhibit I. He had no lodging expenses.

9. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

10. The total fees being sought for the time period ending September 15, 2008 are as follows:

    a. Richard M. Borchers: 18.90 hrs.@ $175.00 per hr. =      $   3,307.50

                              135.25 hrs. @ 200.00 per hr. =      $  27,050.00

    b. Richard M. Borchers (travel) 7.00 hrs. @ 100.00 per hr. = $      700.00

    c. Bruce D. Pringle     2.00 hrs.        @ $200.00 hr. =      $      400.00

    d. Richard C. Davidson   6.00 hrs.       @ $200.00 hrs. =      $   1,200.00

    e. Susan Carter and other staff 167.75 hrs. @ $ 35.00 hr. =   $   5,871.25

    f. Lodging and expenses                                       $      122.92

    g. Richard C. Davidson (travel) 3.00 hrs. @ $100.00 hr. =      $      300.00

    h. Bruce D. Pringle (travel) 0.00 hrs. @ $100.00 hr. =         $        0.00

                   TOTAL FEES:                                    $ 38,951.67

11. The time devoted to this matter by Richard M. Borchers, Bruce Pringle, Richard C. Davidson, and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

3

12. Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson, Lynda Rowe, Judy Olive and Susan Carter are all employees of Legal Resolution Center. Ms. Carter, Ms. Olive, and Ms. Rowe have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Twenty-Seventh Application for Payment of Fees be granted in the amount of $38,951.67 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7907 Zenobia Street, Westminster, CO 80030-4444.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By:_____
Richard M. Borchers
Special Master
7907 Zenobia Street
Westminster, CO 80030-4444
303-426-7365

**EXHIBIT A**

Susan Carter

      Total Hours for Period                     161.75  hrs.

Lynda Rowe

      Total Hours for Period                     6.00  hrs.

Judy Olive

      Total Hours for Period                     0.00  hrs.

                                                  ―――――――――

                  TOTAL HOURS        167.75 hrs.

**EXHIBIT B**

Administrative Time of Richard M. Borchers for period ending September 15, 2008.

| | | |
|---|---|---|
| 7/16/08 | Review mail and settings | 1.00 hrs. |
| | Research | .50 hrs. |
| 7/24/08 | Review mail and settings | .75 hrs |
| 7/27/08 | Review mail and settings; talk to SLC about cases and orders | 1.00 hrs. |
| 7/29/08 | Review mail | .35 hrs. |
| 7/30/08 | Review mail and settings | .75 hrs. |
| 8/4/08 | Review mail and settings | 1.00 hrs. |
| 8/5/08 | Review mail | .25 hrs. |
| 8/9/08 | Review mail and settings | .75 hrs. |
| 8/11/08 | Review mail and settings; talk to SLC about cases | 1.00 hrs. |
| 8/12/08 | Review mail | .50 hrs. |
| 8/13/08 | Work on multiple claim order | .50 hrs. |
| 8/14/08 | Review mail | .30 hrs. |
| 8/17/08 | Review mail | .25 hrs. |
| 8/19/08 | Review mail and prepare order on pro se motions | 1.50 hrs. |
| 8/20/08 | Review mail and do electronic filing of orders | .75 hrs. |
| 8/21/08 | Prepare report; review mail | 1.50 hrs. |
| 8/22/08 | Review mail | .25 hrs. |
| 8/26/08 | Review mail and settings | 1.00 hrs. |
| 8/27/08 | Review mail | .25 hrs. |
| 8/31/08 | Review mail and settings | 1.00 hrs. |
| 9/3/08 | Review mail and settings | .75 hrs. |
| 9/5/08 | Review mail | .75 hrs. |
| 9/7/08 | Review mail | .15 hrs. |
| 9/8/08 | Travel to court; submit files to court; review mail | 1.25 hrs. |
| 9/13/08 | Review mail | .50 hrs. |

TOTAL TIME:                      18.55 hrs.

**EXHIBIT C**

Administrative Time of Bruce D. Pringle for period ending September 15, 2008.

| | | |
|---|---|---|
| 8/9/08 | Review draft of Order re Redmon submissions;<br>Review Deft's response re Stephen Moore claim | .50 hrs. |
| 8/11/08 | Telephone conference with R. Borchers<br>re Redmon Order and Moore claim | .50 hrs. |
| 8/14/08 | Review AG's report on Montez status | .25 hrs. |
| 9/10/08 | Review Coit filing entitled "Denial of Hearing<br>Aid Batteries That Work and Refusal to Repair<br>Hearing Aids." | .75 hrs. |
| | | _____ |
| | TOTAL TIME: | 2.00 hrs. |

## EXHIBIT D

### Work Done by Richard M. Borchers

Claims closed during the period ending September 15, 2008. Work done prior to September 15, 2004 has already been billed.

**02-104**  **Kenneth Ray Jackson**

| | | |
|---|---|---|
| 6/12/08 | Additional work on case and issue order | .40 hrs. |
| 7/10/08 | Review file and response; issue order | .50 hrs. |
| | TOTAL: | .90 hrs. |

**02-682**  **Jerry D. Grady**

| | | |
|---|---|---|
| 7/2/08 | Review temporary file | .30 hrs. |
| 7/15/08 | Research and draft order | .75 hrs. |
| 7/16/08 | Finalize order | .50 hrs. |
| | TOTAL: | 1.55 hrs. |

**03-002**  **Joe Eubanks**

| | | |
|---|---|---|
| 6/1/08 | Review letter; research; draft order | 1.50 hrs. |
| 6/13/08 | Review pleading | .20 hrs. |
| 6/14/08 | Review file | .25 hrs. |
| 7/15/08 | Review response and issue order | .40 hrs. |
| 7/23/08 | Research; review file; draft order | 1.25 hrs. |
| | TOTAL: | 3.60 hrs. |

**03-035**  **Frank S. Krause**

| | | |
|---|---|---|
| 7/16/08 | Review letter and file; issue order | .35 hrs. |
| 8/17/08 | Review file and issue order | .50 hrs. |
| | TOTAL: | .85 hrs. |

1

**03-037**　　　**James Martinez**

| 6/26/08 | Review file | .30 hrs. |
| 7/21/08 | Further review of file | .20 hrs. |
| 7/17/08 | Review file | .25 hrs. |
| 7/21/08 | Research; review file; prepare order | 1.75 hrs. |

|  | TOTAL: | 2.50 hrs. |

**03-134**　　　**Michael Stephen Forbes**

| 4/27/08 | Review file and issue order | .50 hrs. |
| 5/21/08 | Review letter and issue order | .60 hrs. |
| 7/15/08 | Review response and issue order | .30 hrs. |
| 8/13/08 | Review file and prepare order | .60 hrs. |

|  | TOTAL: | 2.00 hrs. |

**03-136**　　　**Mark Garner**

| 10/5/04 | Review of claim | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/2/05 | Review materials and response | .20 hrs. |
| 6/12/05 | Review file and issue order | .25 hrs. |
| 9/16/05 | Review file and issue order | .20 hrs. |
| 12/7/07 | Review file and letter; issue order | .35 hrs. |
| 2/22/08 | Work on file; issue order | .30 hrs. |
| 3/20/08 | Review file and issue order | .35 hrs. |
| 4/11/08 | Review file and letter; issue order | .30 hrs. |
| 5/3/08 | Review file for hearing | .30 hrs. |
| 7/8/08 | Review file for hearing | .50 hrs. |
| 7/1/08 | Hearing | 3.00 hrs. |
| 7/11/08 | Review file; review exhibits | 1.25 hrs. |
| 7/14/08 | Prepare final order | 3.25 hrs. |

|  | TOTAL: | 10.50 hrs. |

**03-186**　　　**Brandy F. Davis**

| 7/2/08 | Additional work on case and review documents | .30 hrs. |

| 7/22/08 | Review file and draft order | .60 hrs. |
| 7/23/08 | Finalize order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.40 hrs. |

## 03-211          **Matthew Mounts**

| 4/21/08 | Review file and letters; issue order | .50 hrs. |
| 5/2/08 | Review file | .30 hrs. |
| 6/5/08 | Review response and issue order | .40 hrs. |
| 6/24/08 | Review file and documents | .50 hrs. |
| 7/1/08 | Review file | .25 hrs. |
| 7/21/08 | Review file; research; issue order | 2.00 hrs. |
| | | _____ |
| | TOTAL: | 3.95 hrs. |

## 03-222          **Raymond Stuart**

| 7/23/08 | Review letters and file; draft order | .50 hrs. |
| | | _____ |
| | TOTAL: | .50 hrs. |

## 03-243          **Eugene Navarro, Jr.**

| 5/17/08 | Review motion and issue order | .30 hrs. |
| 7/1/08 | Review response | .30 hrs. |
| 7/4/08 | Review letter and file; issue order | .25 hrs. |
| 8/10/08 | Review file and issue order | .35 hrs. |
| 8/12/08 | Review file | .10 hrs. |
| | | _____ |
| | TOTAL: | 1.30 hrs. |

## 03-254          **Ralph Valdez**

| 12/22/04 | Review file and issue order | .20 hrs. |
| 2/6/05 | Review letter and file; issue order | .25 hrs. |
| 3/1/06 | Review response and file; issue order | .25 hrs. |
| 5/27/06 | Review file and issue order | .50 hrs. |
| 8/3/07 | Review file and issue order | .30 hrs. |

| | | |
|---|---|---:|
| 10/12/07 | Review file and motions; issue order | .35 hrs. |
| 1/17/08 | Review file and motion; issue order | .25 hrs. |
| 2/8/08 | Review file and motion; issue order | .25 hrs. |
| 2/13/08 | Review file for hearing | .50 hrs. |
| 2/14/08 | Hearing | 1.75 hrs. |
| 2/15/08 | Prepare order and review file | .50 hrs. |
| 3/25/08 | Draft final order | 1.50 hrs. |
| 4/1/08 | Proofread draft | .75 hrs. |
| 4/3/08 | Finalize order | .50 hrs. |
| 5/7/08 | Revise order | .50 hrs. |
| 5/16/08 | Prepare amended order | .20 hrs. |
| 6/4/08 | Review file and letter; issue order | .25 hrs. |
| 6/13/08 | Review file | .25 hrs. |
| 7/7/08 | Review file and revise amended order | .30 hrs. |
| 7/12/08 | Finalize order | .50 hrs. |

TOTAL:  9.85 hrs.

**03-272      Roy Jack Pollard**

| | | |
|---|---|---:|
| 8/11/08 | Review motion and file | .35 hrs. |

TOTAL:  .35 hrs.

**03-307      Edmund L. Herrera**

| | | |
|---|---|---:|
| 8/19/08 | Review file | .35 hrs. |
| 8/20/08 | Prepare order | .70 hrs. |

TOTAL:  1.05 hrs.

**03-344      Jay H. Bailey**

| | | |
|---|---|---:|
| 4/21/08 | Review letter and file; issue order | .35 hrs. |
| 5/3/08 | Review file and letter | .30 hrs. |
| 6/6/08 | Review Defendants' response and issue order | .35 hrs. |
| 6/14/08 | Review file | .25 hrs. |
| 7/2/08 | Review file | .30 hrs. |
| 7/23/08 | Review file and issue order | 1.50 hrs. |

|  |  | TOTAL: | 3.05 hrs. |

**03-346**      **Scott Newcomb**

| 5/13/08 | Review file | .25 hrs. |
| 5/15/08 | Prepare order | .25 hrs. |
| 6/21/08 | Review file | .25 hrs. |
| 7/3/08 | Review file for hearing | .35 hrs. |
| 7/11/08 | Hearing; waiting for non-appearance of claimant | 1.00 hrs. |

|  | TOTAL: | 2.10 hrs. |

**03-348**      **Dexter Millican**

| 7/28/08 | Review letter and file; issue order | .45 hrs. |

|  | TOTAL: | .45 hrs. |

**03-359**      **Thomas T. Valdez**

| 9/18/04 | Review claim form | .10 hrs. |
| 9/22/04 | Issue order | .10 hrs. |
| 2/15/05 | Review file and issue order | .15 hrs. |
| 6/1/05 | Review pleadings and file | .15 hrs. |
| 8/17/05 | Review file and motion; issue order | .25 hrs. |
| 10/8/05 | Review file and supplemental forms; issue order | .25 hrs. |
| 10/14/05 | Review supplemental forms | .20 hrs. |
| 1/18/06 | Review documents and issue order | .50 hrs. |
| 5/12/06 | Review motion and file; issue order | .25 hrs. |
| 9/29/06 | Review motion and file; issue order | .35 hrs. |
| 11/19/06 | Review file | .25 hrs. |
| 11/11/06 | Issue order | .20 hrs. |
| 2/7/07 | Review letter and file; issue order | .25 hrs. |
| 11/1/07 | Review file and issue order | .25 hrs. |

|  | TOTAL: | 3.25 hrs. |

**03-391**      **Michael N. Collins**

| 2/13/05 | Review file and issue order | .15 hrs. |

5

| Date | Description | Hours |
|------|-------------|-------|
| 10/18/06 | Review file and responses; issue order | .30 hrs. |
| 1/29/07 | Review file and elevate | .25 hrs. |
| 6/27/07 | Review file and issue order | .30 hrs. |
| 9/15/07 | Review file and issue order | .25 hrs. |
| 12/7/07 | Review letter and issue order | .25 hrs. |
| 3/1/08 | Review file | .30 hrs. |
| 3/5/08 | Review file for hearing | .30 hrs. |
| 3/6/08 | Hearing | 4.25 hrs. |
| 3/8/08 | Review file | .50 hrs. |
| 3/20/08 | Review file and letter; issue order | .35 hrs. |
| 5/3/08 | Review file | .30 hrs. |
| 5/8/08 | Renewed Hearing | 2.25 hrs. |
| 6/6/08 | Work on final order | 2.00 hrs. |
| 6/7/08 | Work on final order and review exhibits | 2.25 hrs. |
| 6/14/08 | Finish final order | 1.50 hrs. |
| 6/17/08 | Finalize order | .75 hrs. |
| | TOTAL: | 16.25 hrs. |

**03-430        James P. Wylie**

| Date | Description | Hours |
|------|-------------|-------|
| 4/21/08 | Review file and pleadings; issue order | .50 hrs. |
| 5/3/08 | Review motion and issue order | .30 hrs. |
| 6/14/08 | Review file and research | .50 hrs. |
| 7/7/08 | Prepare order on motions; research | 1.25 hrs. |
| 7/8/08 | Finalize order | .35 hrs. |
| | TOTAL: | 2.90 hrs. |

**03-443        Darryl Atteberry**

| Date | Description | Hours |
|------|-------------|-------|
| 5/13/08 | Review file and letter; issue order | .50 hrs. |
| 5/25/08 | Review claim and letter | .30 hrs. |
| 5/30/08 | Review file and issue order | .30 hrs. |
| 6/6/08 | Review file and issue order | .35 hrs. |
| 7/11/08 | Review file and issue order | .20 hrs. |
| 8/19/08 | Review file | .35 hrs. |
| 8/24/08 | Review file for hearing | .40 hrs. |
| 8/25/08 | Hearing and waiting for non-appearance | 1.25 hrs. |
| 8/26/08 | Review file and prepare final order | .50 hrs. |

|  |  | TOTAL: | 4.15 hrs. |

**05-001**          **Kenneth G. Garcia, Sr.**

| 10/24/04 | Issue order | .15 hrs. |
| 12/7/04 | Review file and issue order | .25 hrs. |
| 1/8/05 | Review motions and file; set order | .25 hrs. |
| 2/3/05 | Issue stay order | .15 hrs. |
| 2/12/05 | Review letter and issue order | .10 hrs. |
| 3/8/05 | Issue order | .10 hrs. |
| 5/4/05 | Review file and issue order | .15 hrs. |
| 5/22/05 | Review motion and issue order | .25 hrs. |
| 7/1/05 | Review of motion and issue order | .20 hrs. |
| 9/10/05 | Review file and issue order | .20 hrs. |
| 10/10/05 | Review motion an issue orders | .30 hrs. |
| 12/4/05 | Review letter | .30 hrs. |
| 12/12/05 | Review motion and file; issue order | .50 hrs. |
| 1/1/05 | Review file and motions; issue order | .50 hrs. |
| 1/18/06 | Review file and motions; issue order | .75 hrs. |
| 3/2/06 | Review motion and file; issue order | .25 hrs. |
| 3/9/06 | Review of file | .75 hrs. |
| 3/10/06 | Hearing | 7.50 hrs. |
| 3/14/06 | Review file | .50 hrs. |
| 3/27/06 | Review file and prepare order for access to documents | .55 hrs. |
| 4/8/06 | Review file | .30 hrs. |
| 5/18/06 | Review letter and file; issue order | .40 hrs. |
| 8/7/06 | Review motion and file; issue order | .30 hrs. |
| 10/13/06 | Review response and file; issue order | .40 hrs. |
| 12/8/07 | Review file and issue order | 1.00 hrs. |
| 12/31/07 | Review file for documents to be sent to Judge Davis | .75 hrs. |
| 4/24/07 | Work on final order | .50 hrs. |
| 4/25/08 | Work on final order | 1.50 hrs. |
| 7/3/08 | Work on final order | 5.50 hrs. |
| 7/8/08 | Proofread final order and make changes | .75 hrs. |

|  |  | TOTAL: | 25.10 hrs. |

**X-267**          **Gerald Hammond**

| 4/21/08 | Review file & letter; issue order | .30 hrs. |

| | | |
|---|---|---|
| 5/11/08 | Review file and claim; issue order | .35 hrs. |
| 6/5/08 | Review file and issue order | .35 hrs. |
| 7/15/08 | Prepare final order | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.50 hrs. |

**X-271**      **Daniel P. Thiebold**

| | | |
|---|---|---|
| 5/30/08 | Review letter and documents; issue order | .40 hrs. |
| 6/23/08 | Research on jurisdiction; issue order | 2.50 hrs. |
| 6/24/08 | Redraft and correct order | .30 hrs. |
| 7/2/08 | Review file | .20 hrs. |
| 7/22/08 | Draft final order | 1.25 hrs. |
| | | _____ |
| | TOTAL: | 4.65 hrs. |

**X-272**      **Charlotte Bowerman**

| | | |
|---|---|---|
| 5/31/08 | Review letter and file; issue order | .50 hrs. |
| 6/7/08 | Review claim and issue order | .30 hrs. |
| 7/19/08 | Issue order of dismissal | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.30 hrs. |

**X-273**      **Lorandon D. Byrd**

| | | |
|---|---|---|
| 5/31/08 | Review file and documents; issue order | .50 hrs. |
| 7/11/08 | Review file and issue order of dismissal | .50 hrs. |
| | | _____ |
| | TOTAL: | 1.00 hrs. |

**X-275**      **Paul Rouse**

| | | |
|---|---|---|
| 5/31/08 | Review letter and file; issue order | .35 hrs. |
| 6/12/08 | Review claim and issue order | .40 hrs. |
| 7/14/08 | Review file | .20 hrs. |
| 7/19/08 | Review file and issue order | .25 hrs. |
| 8/19/08 | Prepare final order | .50 hrs. |
| | | _____ |

|  |  | TOTAL: | 1.70 hrs. |

**X-278**      **Jeffrey McIntyre**

| 6/4/08 | Review file and letter; issue order | .40 hrs. |
| 7/25/08 | Review file and prepare final order | .40 hrs. |
|  |  | _____ |
|  | TOTAL: | .80 hrs. |

**X-281**      **William Hunt**

| 6/17/08 | Review letter and issue order | .35 hrs. |
| 7/21/08 | Prepare order of dismissal | .55 hrs. |
|  |  | _____ |
|  | TOTAL: | .90 hrs. |

**X-282**      **Jennifer Naumann**

| 6/24/08 | Review claim and file; issue order | .35 hrs. |
| 7/19/08 | Prepare final order | .35 hrs. |
|  |  | _____ |
|  | TOTAL: | .70 hrs. |

**X-283**      **Robert J. Landrum**

| 6/24/08 | Review file and letter; issue order | .35 hrs. |
| 7/3/08 | Review claim and prepare OSC | .25 hrs. |
| 7/22/08 | Review letter and file; issue order of dismissal | .50 hrs. |
|  |  | _____ |
|  | TOTAL: | 1.10 hrs. |

**X-284**      **Mary E. Slocum**

| 6/24/08 | Review letter and file; issue order | .35 hrs. |
| 7/25/08 | Prepare final order | .40 hrs. |
|  |  | _____ |
|  | TOTAL: | .75 hrs. |

9

**X-289**          **Raymond Warren Scott**

| | | |
|---|---|---|
| 7/4/08 | Review letter and issue order | .35 hrs. |
| 8/8/08 | Review file and issue order of dismissal | .35 hrs. |

TOTAL:          .70 hrs.

**X-290**          **Ralph Gassman**

| | | |
|---|---|---|
| 7/3/08 | Review claim and issue OSC | .30 hrs. |
| 7/27/08 | Draft final order and review file | .35 hrs. |
| 7/29/08 | Finalize order | .15 hrs. |

TOTAL:          .80 hrs.

**X-291**          **David V. Greening**

| | | |
|---|---|---|
| 7/8/08 | Review file and claim; issue OSC | .35 hrs. |
| 8/14/08 | Review file | .30 hrs. |
| 8/17/08 | Review file and issue order | .50 hrs. |

TOTAL:          1.15 hrs.

**X-292**          **James R. Hunt**

| | | |
|---|---|---|
| 7/9/08 | Review letter and file; issue order | .30 hrs. |
| 7/27/08 | Review file and claim; issue OSC | .30 hrs. |
| 8/17/08 | Review file and response; issue order | .50 hrs. |

TOTAL:          1.10 hrs.

**X-295**          **Gregg J. Savajian**

| | | |
|---|---|---|
| 7/16/08 | Review file and issue order | .35 hrs. |
| 8/17/08 | Review file and issue order | .50 hrs. |

TOTAL:          .85 hrs.

**C-002**        **Stephen Moore**

| | | |
|---|---|---|
| 4/17/08 | Review motion and document | .30 hrs. |
| 4/22/08 | Prepare order | .50 hrs. |
| 6/21/08 | Review file and research | 1.25 hrs. |
| 6/22/08 | Research and prepare final order | 3.50 hrs. |
| | TOTAL: | 5.55 hrs. |

**C-003**        **Robert Quintano**

| | | |
|---|---|---|
| 4/21/08 | Review file and pleading; issue order | .50 hrs. |
| 7/1/08 | Review response to order | .35 hrs. |
| 7/29/08 | Review file and prepare order | .50 hrs. |
| | TOTAL: | 1.35 hrs. |

**C-004**        **L.R. Moore**

| | | |
|---|---|---|
| 5/13/08 | Review file and pleading; issue order | .35 hrs. |
| 6/13/08 | Review letter and file | .30 hrs. |
| 6/20/08 | Review file and issue order | .35 hrs. |
| 7/19/08 | Review response and issue order | .30 hrs. |
| 8/19/08 | Prepare final order and review file | .50 hrs. |
| 8/26/08 | Additional work on file | .30 hrs. |
| | TOTAL: | 2.10 hrs. |

**C-007**        **Matthew Redmon**

| | | |
|---|---|---|
| 6/14/08 | Work on file; research; draft order | 1.50 hrs. |
| 6/20/08 | Finalize order | .50 hrs. |
| 7/16/08 | Review letter | .25 hrs. |
| 7/27/08 | Work on order and research | 1.75 hrs. |
| 8/4/08 | Research and draft order | 3.00 hrs. |
| 8/7/08 | Revise draft order | .25 hrs. |
| 8/8/08 | Confer with BDP; revise order | .50 hrs. |
| | TOTAL: | 7.75 hrs. |

11

**C-010**          **Luis Echemendia Diaz**

| | | |
|---|---|---|
| 7/2/08 | Review of file | .35 hrs. |
| 7/23/08 | Review file and issue order | .75 hrs. |

|  | TOTAL: | 1.10 hrs. |
|---|---|---|

**C-013**          **Pablo Barron**

| | | |
|---|---|---|
| 7/2/08 | Review file | .35 hrs. |
| 7/19/08 | Review file and issue OSC | .35 hrs. |
| 8/17/08 | Review file and issue final order | .50 hrs. |

|  | TOTAL: | 1.20 hrs. |
|---|---|---|

TOTAL HOURS at $175.00 per hour: 18.90 hours =     $  3,307.50

TOTAL HOURS at $200.00 per hour: 116.70 hours =    $23,340.00

TOTAL: $ 26,647.50

**EXHIBIT E**

Travel Time for Richard M. Borchers:

|  |  |  |
|---|---|---|
| 8/24-25/2008 | Denver to Ft. Lyon and return | 7.00 hrs. |
|  |  | —————— |
|  | TOTAL TRAVEL TIME: | 7.00 hrs. |

Lodging Expenses:

Holiday Inn Express, La Junta - August 24, 2008                    $122.92

**EXHIBIT F**

Work done on individual claims by Judge Bruce Pringle during time period ending September 15, 2008:

None

**EXHIBIT G**

Work done by Judge Richard C. Davidson on claims during time period ending September 15, 2008:

| | | |
|---|---|---|
| 7/28/08 | Schwartz Hearing  03-162 | 6.00 hrs. |
| | TOTAL: | 6.00 hrs. |

**EXHIBIT H**

Administrative work done by Judge Richard C. Davidson on case during time period ending September 15, 2008:

TOTAL:        0.00 hrs.

**EXHIBIT I**

Travel and Lodging Expenses for Judge Richard C. Davidson for period ending September 15, 2008:

Total Travel Time:     July 28, 2008                              3.00 hrs.

**EXHIBIT J**

Travel and Lodging Expenses for Judge Bruce D. Pringle for period ending September 15, 2008:

Total Travel Time:                                        0.00 hrs.