IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

> Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

> Defendants.

Re: Claimant Charles Mosby, Claim number 03-406

## ORDER

Kane, J.

This matter is before the court on Claimant, Charles Mosby's Objection to the Final Order by Special Master (doc. #3133). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master acknowledges that the claimant does suffer from a vision impairment and that discrimination through a failure to accommodate his disability has occurred, but correctly found that those events did not occur within the time frame covered by the *Montez* Remedial Plan. The Claimant must address those issues in a separate individual action against the Colorado Department of Corrections, as it cannot be resolved as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #2975) is AFFIRMED.

Dated:   September 16, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Mosby.