IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-014
Category: III
Claimant: James Smith, #112593
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER came before the Special Master on the letter from Claimant James Smith. Claimant filed a claim in 2005. After a hearing on June 9, 2005, Claimant was granted partial relief on October 11, 2005.

    Claimant's correspondence is a copy of a letter to Meghan Reed. In the letter, Claimant raises a number of issues concerning his health and the medical care that he has received.

    The issues raised by Claimant relate to the compliance part of the Remedial Plan. Under appellate case law, the Court may only forward the documents of Claimant to counsel for the class. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). The Court cannot act upon *pro se* pleadings that relate to class issues. The Special Master will forward Claimant's letter to class counsel.

    IT IS HEREBY ORDERED that the Court will take no action on the letter of Claimant James Smith, but will forward a copy to counsel for the class; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 17, 2008.**

SIGNED this 17th day of September, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____
                Richard M. Borchers
                Special Master