IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 03-307
Category: III
Claimant: Edmund Lloyd Herrera, #76006
Address of Claimant: KCCC, P.O. Box 309, Burlington, CO 80807

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's Written Objection to Final Order of Special Master. This objection is beyond the jurisdiction of the Special Masters and must be referred to Judge Kane.

IT IS HEREBY ORDERED that Claimant's objection is referred to Judge John L. Kane, Jr. for resolution.

SIGNED this 17th day of September, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____
                Richard M. Borchers
                Special Master