IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 05-001
Category: III
Claimant: Kenneth Garcia, Jr., #82819
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211-2017

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's Written Objection to Final Order of Special Master. This objection is beyond the jurisdiction of the Special Masters and must be referred to Judge Kane.

IT IS HEREBY ORDERED that Claimant's objection is referred to Judge John L. Kane, Jr. for resolution.

SIGNED this 17th day of September, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master