United States District Court for the District of Colorado
Civil Action, File No. 92-CV-870-EWN-OES

Jesse Montez, et al.,

)
, Plaintiff(s)   )
)
)
v.   )
)
Bill Owens, et al.,   )
)
)
,Defendant(s)   )

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2008

GREGORY C. LANGHAM
CLERK

Claim No 03-173     Claimant  Wellman  E. Gibson  # 74884
Category III        Address  A.U.C.F  Box 1000  Crowley Co. 81034

Plaintiffs Objection To ammended Final order

1. under the remedial plan, a Final order by The Special Master may be appealed on an abuse of discretion review to the Honarable Judge Kane

2. A NEW Montez hearing was held on the claim of Wellman Gibson Claim No 03-173 on May 12, 2008 at A.U.C.F

3. The defendants objected to the original Final order dated June 22, 2007

4. The defendants based their objection on the claim they were not allowed The chance to reply To a supplimental report submitted to the Special Master on Jan 31, 2007

5. IT was an abuse of discretion Ask the Special Master to allow a NEW HEARING or an Appeal Hearing as the report the defendants claim they had no chance to reply to was the report they submitted from the investigation They conducted at the request of class counsel. See exhibit A-1. Also see unopposed Motion For extension of time filed by class counsel on Jan 12, 2007 Numbers 3 & 4 for confirmation. marked C-1 in exhibits ①

This means the defendants objection to the original final order is based on them objecting to their own report & in that report they admitt Mr. Gibson was denied access to the library because of Miscommunication. This also shows defendants have a motive to fabricate evidence point being ALL AFFidavits filed by the defendants for new hearing were proven to have false statements & when Plaintiff objected the special master replyed he would give them the weight they deserved. IF a affidavit shows to be false how can it deserve any weight?

Defendants also used partial reports (Medical) submitting page 1 & 3 of an MRI Report & when questioned about it, stating IT must be lost (Page 2) when in fact page 2 contained material detramental to the defendants

Defendants brought in all NEW evidence (video) which again they missled the special master by stating video was not avail. at 1ˢᵗ hearing, First of all it was abuse of discretion To allow new evidence in an appeal & secondly video was available at 1ˢᵗ hearing & the court can verify, that at S.C.F inmates are under constant scrunity by camera, IN Housing, chow halls at work & even in the yard. So this is another instance of defendants misstealing the Special Master

6. IT was an abuse of discretion as the order of remand Dated oct 19, 2007 to the claim is remanded to provide defendants an opportunity to be heard on all matters contained in the final order. Also see order of special Master dated April 16, 2008, "stating the hearing is to address issues raised in the order of remand it does go on to state the hearing will address the issue of whether or not Mr. Gibson is NOW disabled but then in the next paragraph states the special Master will not allow a rehearing on the columnious Filings

& a new hearing is exactly what happened

8. In amended final order it states a New Hearing was scheduled which contradicts the order of remand. Also under Additional Findings of Fact the statement under NO. 2 is completly contradicted by AMENDED CONCLUSIONS of Law NO 6 concerning weakness & pain in hands & NO. 4 under Additional Findings of Fact talk about visual evidence not available at earlier hearing. Which again is blatantly not true. Which is further proof the situation at C.C.F was orchestrated by defendants to influence Special Master

9. All allegations made by plaintiff after the original final order had to do with acts of retaliation as all medical, housing & work restrictions along with all assistive devices were confiscated AFTER The Final order. See Exhibit B-1

10. The New Hearing was not conducted within the guidelines of stipulation regarding status of compliance dated March 31, 2008 as evidence submitted at new hearing was exam done by Susan Martin a P.A. or Nurse NOT a qualified specialist or Doctor as stated by NO. 3 of above paper also the defendents were in violation of NO. 4

11. At all facilities S.C.F, L.C.F, A.V.C.F & F.C.F restrictions for plaintiff From Dr. Bloor were no lifting over 5 lbs, no extensive labor, standing not to exceed 1 HR, NO Repetive hand motion to exceed 15 min. (Med. File 1-22-03) Also bottom, bottom as stairs are unsafe. Restrictions taken ONLY at C.C.F afte orig final order issued & coincidently restrictions were reinstated by Dr. Austin when moved From C.C.F Back To A.V.C.F. ~~By Dr. Austin~~.

(3)

IT was also abuse of discretion to only look at part of the ADA Guidelines I filed with motions. (Back condition) 42 USCA sec. 1202 ) <u>Physiological</u> <u>condition</u> affecting musculoskeletal system/degenerative disk disorder & To Quote "ADA does not require that one demonstrate total inability to perform daily life activity in order to be considered disabled" Just because I can be <u>forced</u> to climb some stairs once or twice does not mean I can do it 10 or 20 times a day as the average person (conditions manner or duration) Safely & is why every where but C.C.F after the final order was issued I have had stair restrictions (per the neurologist also) added to restrictions.

Also see Saunders v. Horn ED PA 1996 959 F.Supp 689 report & recomentation adopted 960 F. Supp 893 (Degenerative disk disease) Bartlet v. N.Y. state Board law exam SDNY 1997 970 F. Supp 1094 (Reading & writing are major life activities for purpose of ADA & Rehabilitation act)

also under perceived impairment, & The treating physician rule was completly overlooked

Plaintiff is requesting that original final order be reinstated as it is obvious the defendants tryed to mislead the Special Master by filing false Affidavits & submitting partial medical results & telling lies such as video not available at 1rst hearing at S.C.F plus <u>original objection was based on an objection to the defendants own report & investigation</u>

9-8-08

William Sil
7958"

(4)

Supplemental to Motion

The ammended final order does not address the fact claimant was denied access to the Library at S.C.F. for 3 months also number 8 on page 6 of the ammended order states (DOC has policies for Books on tape which is NOT True as on 9-10-08 claimant spoke with Dr Austin & the nurse III Michelle at A.V.C.F concerning Books on tape & claimant was told IT is a contradiction Montez issue which is a contradiction of AR$^s$ 500-02 for Library services. Plaintiff was medically approved for Books on Tape for 5 years (perceived disability) & D.O.C. doctors did sign off on it & To have it taken was a blatant act of retaliation, plus now Medical says Montez issue & The A.I.C. says medical issue preventing claimant from even finding out who Can return it see exhibits D through L for extensive proof of Medical approval, Again D.O.C. Says Montez issue.

9-10-08                    Nelson [signature]

74384

(5)

I hereby certify that[24] I have mailed a copy of the foregoing to the following on Sept. 15, 2008

Office of the Atty General
1525 Sherman St.
Denver, Co 80203

Wells Sil
#74384

# KING & GREISEN, LLP
## ATTORNEYS AT LAW

Diane S. King
Paula Greisen

1670 YORK STREET
DENVER, COLORADO 80206

Laura E. Schwartz
Alison Butler Daniels
Jason Cobb

Wellman Gibson, #74384
P.O. Box 1000
Crowley, Colorado 81034

$A-1$

December 7, 2006

**ATTORNEY-CLIENT PRIVILEGED**

*Re: Damage Claim*

Dear Mr. Gibson,

I received your letter dated December 1, 2006 about your damage claim and the Special Master's request that we investigate your claims of discrimination.

I would like to explain a few things about the Special Master's Order dated November 15, 2006. I understand that the Special Master has withheld a final ruling on your claim while he waits for an update from this firm. However, the Special Master requested that we provide a report within 30 days, which is not until December 14, 2006.

I do not know why you were told that I was supposed to visit you between 2/26/06 and 11/15/06. Because I do not represent you on an individual basis for your damage claim, I was never personally obligated to visit you, or investigate your claim.

When I received the Order from the Special Master asking that I provide him a report on your claims before he issues a final order, I asked that the attorneys from the Attorney General's office do an investigation. You must understand that these things take time. We have had to ask for an extension of time in order for a proper investigation to be done.

I'm sure it is very frustrating to have to wait for your final order from the Special Master, and I'm sorry if you feel you have been ignored by this firm. We are very dedicated to the Montez litigation, but that is separate from the individual damage claim process. We do not have the resources to assist each claimant with his or her damage claim.

The Special Master will notify you when the investigation and report has been done.  Until then, please be patient and know that we are doing the most that we can do for you at this time.

Sincerely,
KING & GREISEN

Paula Greisen

# STATE OF COLORADO



**COLORADO DEPARTMENT OF CORRECTIONS**
Centennial Correctional Facility          Colorado State Penitentiary

P. O. Box 600                              P. O. Box 777
Canon City, CO  81215-0600                 Canon City, CO 81215-0777
Phone: (719) 269-5510                      Phone: (719) 269-5120
FAX: (719) 269-5545                        FAX: (719) 269-5125

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# M E M O R A N D U M

DATE:        October 24, 2007

TO:          Offender Gibson, Wellman #74384
             CCF Unit 1A2

FROM:        Susan Jones, CCF/CSP Warden

SUBJECT:     Kite dated 10/08/07

I am responding to your kite dated 10/08/07 regarding your Montez accommodations and property.
This issue has been addressed with you on numerous occasions.  You were given a Montez
Accommodation Resolution.  However, the accommodations are on hold because the Office of the
Attorney General has filed an appeal concerning the accommodations. Up to this point, the Magistrate
has not made a decision concerning the appeal.

After reviewing the information that has been provided to me, I have determined that the explanation
provided above addressed your issue.

SJ/nlj

xc:  Case Manager Buffum
     File



IN THE UNITED STATES DISTRICT COURT6
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

    -vs-

BILL OWENS, et al.,

    Defendants.

---

**Unopposed Motion for Extension of Time to Respond to Special Master's Order Requesting Compliance Report with Regard to Claimant Wellman E. Gibson, #03-173**

---

Attorney for the Class, Paula Greisen, of KING & GREISEN, LLP, hereby files this Unopposed Motion for Extension of Time as follows:

1. On November 15, 2006, the Special Master issued an Order requesting Class Counsel to provide an update as to the investigation of the issues raised by the above named Claimant by December 14, 2006.

2. Claimant asserts that he has been discriminated against due to his disability, specifically, he has been repeatedly denied access to the library.

3. Class Counsel contacted the office of the Attorney General regarding Claimant's allegations and requested that an investigation be conducted and information be provided regarding the issues raised by Mr. Gibson.

4. Late yesterday afternoon, January 11, 2007, Class Counsel received a summary of the investigation conducted by the office of the Attorney General.

5.   Class Counsel needs an opportunity to review the information provided by the DOC with Mr. Gibson and will be scheduling a call with him next week.

6.   Accordingly, Class Counsel requests an extension of time until January 31, 2007 to report to the Special Master on this matter.  This extension will not prejudice any of the parties to this action.

7.   Pursuant to Rule 7.1, undersigned Counsel contacted Defense Counsel regarding the Defendants' position on this motion.  Defense Counsel does not object to this motion for extension of time.

WHEREFORE Class Counsel respectfully asks the Special Master for an Order extending the time to respond to the Order of the Special Masters January 31, 2007.

DATED at Denver, Colorado this 12th day of January 2007.

Respectfully submitted,

KING & GREISEN, LLP

By:
Paula Greisen, Esq.
1670 York Street
Denver, Colorado 80206
(303) 298-9878

ATTORNEY FOR CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2007, I served the Motion for Extension of Time to Respond to Special Masters Order via facsimile to:

Special Masters Borchers, Pringle and Davidson
Legal Resolution Center
7907 Zenobia Street
Westminister CO 80030
Facsimile: (303) 426-7714

Jess Dance
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Fax Number: (303) 866-5443

Via U.S. Mail to:
Wellman E. Gibson, #74384
Arkansas Valley Correctional Facility
12750 Highway 96, Lane 13
P.O. Box 1000
Crowley County, Colorado 81034

AR 500-02  Library Services

C. Library Services          Exhibit (D)

1. C. Reasonable accommodations
shall be made to ensure
equal access to library
services for offenders
with special needs or
disabilities, without re-
gard to whether an
individual offender has
requested and/or been
granted accommodation due
to ADA-related disability.

Dr. Austin wrote
this  OK to Return          9-10-08
      cant Do              Denied Books
                           on Tape

3. User *Services*  | Exhibit E₇

  a. 8. *Colo. Talking Books*

All requests for services must be signed by a D.O.C. employee or contract worker assigned to medical:

*However*, service may be provided without an <u>AIC</u> - approved request for accommodation.



# Application For Free Library Service
# Adult Account
## Colorado Talking Book Library

Colorado Department Of Education / Colorado State Library

180 Sheridan Blvd.          303-727-9277 (Metro Denver Area)
Denver, CO 80226          1-800-685-2136 (long distance)

*E-1*
*Exhibit*

# PLEASE COMPLETE ALL PAGES OF THE APPLICATION.

### (*Required Information)

*Name (please print) _Wellman_ _Gibson_ _E_
                           First               Last              Middle Initial

*Address _P.O. Box 1000_ _II 74384_
*City _Crowley_ *State _CO_ *Zip _81034_ *County _Crowley_
*Phone ( ) _N/A_ *Birth Date _11/12/54_ Sex ☒M ☐F
Alternate Contact _N/A Dept. of Corrections_
Phone ( ) _N/A_ Relationship _N/A_
Patron Email _N/A_ Alternate Contact Email _N/A_

**READING LEVEL** ☐ Pre-school/K ☐ Grade School ☐ Teen ☒ Adult

**ELIGIBILITY REQUIREMENT**—Please check only one box.

only ⟶
- ☐ Blindness — Visual acuity of 20/200 or less with correction.
- ☒ ~~Visual Disability~~ — Inability to read standard print with optical correction.
- ☒ Physical Disability — Unable to hold book and or turn pages.
- ☐ Deaf/Blind — Complete loss of vision and hearing (Braille).
- ☐ Learning Disability — Organic dysfunction causing inability to read standard print.
  **M.D. or D.O. signature is required by Federal law.**

---

**Required certification signatures must be original. No faxed, stamped or photocopied signatures will be accepted. Certifier cannot be a relative of applicant.**

In the cases of blindness, visual and/or physical disabilities, the following persons may certify: M.D., D.O., R.N., Ophthalmologist, Optometrist, Christian Science Practitioner, professional staff at hospitals, nursing facilities, schools, libraries, institutions, and public agencies.

**In the case of a learning disability, a M.D. or D.O. must certify this application.**

*Name (please print) _____ *Profession _____
*Address _____ *City _____ *State _____ *Zip _____
*Phone ( ) _____ *Signature _____

1

**Books and magazines are recorded at slower than commercial speed. You must order special playback equipment from the library. The machines and accessories are the property of the U.S. Government and must be returned to the library when no longer in use.**

☑ Cassette Machine                                        *F ‒ 2*

If you have a profound hearing impairment, amplifiers are available. Other assistive accessories are available and listed in the Patron Handbook. Please see the website or call a Reader's advisor for more information.

**MEDIA OPTIONS** (please select all media you would like to receive)

☐ Braille            ☑ Cassette            ☐ Descriptive Videos            ☐ Large Print

**Please remember, borrow only as many books as you can read in a month or a week and return them promptly to the library.**

**SERVICE OPTIONS**—Select only one option.

☐ CA30          Monthly Service. How many books would you like per month? _____
                        Please check categories on subject listings.

☑ CA7            Weekly Service. How many books would you like per week? __*2*__
                        Please check categories on subject listings.

☐ NA             Turn Around Service (computer selects). Please send replacement
                        books automatically as I return them. Please check categories on
                        subject listings.

☐ NL             Turn Around Service (Request List only). Please send replacement
                        books automatically as I return them, **but** only choose books from
                        the list I have on file. **A list of book titles are needed on your
                        Request List at all times.**

☐ OL             Please send the books I have selected, **only** when I call for service.
                        **Books will not be sent to you unless you contact the library or
                        order online.**

## MAGAZINES

Magazines on cassette and in Braille are available. Please call the library or visit our website for an updated listing.

## VETERANS

☐ Please check here if you have been honorably discharged from the armed forces of
    the U.S. By law, preference in lending books and equipment is given to veterans.

*F-3*

## SUBJECT CATEGORIES (partial list)

Please mark all subjects that may be of interest to you. If you would like additional categories to choose from, please check the box (☑) for a full list of Subject Categories to be sent to you. These are also available on our website.

❏ No strong language     ❏ No violence     ❏ No explicit descriptions of sex

### FICTION

| | | |
|---|---|---|
| ❏ 010 Adventure | ❏ 108 Family Sagas—Historical | ❏ 191 Gay |
| ❏ 015 Sea | ❏ 120 Romance | ❏ 192 Lesbian |
| ❏ 016 Espionage | ❏ 123 Period Romance | ❏ 200 War Stories |
| ❏ 019 Suspense | ❏ 124 Modern Romance | ❏ 221 Westerns |
| ❏ 030 Colorado Fiction | ❏ 125 Christian Romance | ☑ 230 Ethnic Fiction (specify) _Jewish_ |
| ❏ 041 Bestseller Fiction | ❏ 129 Harlequins | ❏ 241 Animal Stories |
| ❏ 050 Erotica | ❏ 140 Mysteries | ❏ 242 Crime |
| ❏ 060 Classics | ❏ 141 Mysteries—British & Foreign | ❏ 243 Gentle/Nostalgic Fiction |
| ❏ 069 Award Winners | ❏ 146 U.S. Detective | ❏ 249 Sports Stories |
| ❏ 081 Modern Gothics | ❏ 147 Female Detective | ❏ 253 Disability Fiction |
| ❏ 082 Period Gothics | ❏ 160 Horror Fiction | ❏ 254 Oprah's Book Club |
| ❏ 100 Historical Fiction | ❏ 180 Science Fiction | ❏ 257 Women's Fiction |
| ❏ 103 Foreign—Historical | ❏ 181 Fantasy | ❏ 258 Short Stories |
| ❏ 107 U.S. Frontier—Historical | | |

### NON-FICTION

| | | |
|---|---|---|
| ❏ 042 Bestsellers | ❏ 570 World History | ❏ 760 Religion—Roman Catholic |
| ❏ 400 Adventure | ❏ 600 Humor | ☑ 770 Religion—Jewish |
| ❏ 420 Black Interest | ❏ 610 Hispanic Interest | ❏ 780 Religion—Protestant |
| ❏ 440 Biography | ☑ 620 Ethnic Interest (specify) _Jewish_ | ❏ 750 Religion—Other (specify) _____ |
| ❏ 446 U.S. Political Biography | ❏ 630 Colorado History | ❏ 800 Science |
| ❏ 449 Movie Star Biography | ❏ 640 Music | ❏ 840 Sports |
| ❏ 480 Business | ☑ 650 Spirituality | ❏ 860 Travel |
| ❏ 500 Current Events | ☑ 680 Philosophy | ❏ 880 War—History |
| ❏ 501 Politics | ❏ 700 Disability Issues | ❏ 882 Civil War |
| ❏ 504 Women's Issues | ❏ 730 Poetry | ❏ 884 WWII |
| ❏ 520 Fine Arts | ❏ 740 Psychology | ❏ 901 True Crime |
| ❏ 540 Health | ❏ 745 Self-Help | ❏ 918 Women |
| ❏ 566 U.S. History | | |

Authors I like/other subjects of interest: _Metaphysics_

3

F-4

**HOW DID YOU LEARN ABOUT THE TALKING BOOK LIBRARY SERVICE?**

❏ Driving by Location
❏ Friends or Family
❏ Doctor/Nurse
❏ Hospital
❏ Nursing Home
❏ Therapist

❏ Internet
❏ Public Library
❏ School
❏ School Library
☒ Organizations for the Blind
☒ Recordings for the Blind & Dyslexic

❏ Senior Vision Connection
❏ Public Agencies
❏ Social Services
❏ Support Group
❏ Event _____
❏ Other  D.O.C. Library

**HOW WOULD YOU LIKE TO RECEIVE THE CTBL NEWSLETTER?**

❏ Online at the CTBL Website
☒ Large Print

❏ Cassette
❏ Braille

# The Colorado Talking Book Library Is Open
## Monday Through Friday:
8 a.m.–5:00 p.m. (Building)
8 a.m.–4:30 p.m. (Phones)

## Phone Numbers:
303-727-9277 (Metro Denver Area)
1-800-685-2136 (Long Distance)
303-727-9281 (Fax)

## Website:
www.cde.state.co.us/ctbl

## Email:
ctbl.info@cde.state.co.us





Rev: 8/06

4

07-A-0806A/1042FY7

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us

Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO:      Lou Archuleta
         Manager, Prison Operations

FROM:    Cathie Holst
         Office of Correctional Legal Services

RE:      Wellman Gibson  #74384
         Grievance AV 03/04-181

DATE:    March 15, 2004

This offender has filed a Step 2 grievance on the issue of facility placement/cell assignment.  He maintains he is mobility-impaired and therefore requires placement in a handicapped cell in a designated facility per Montez.

We responded to the Step 1 grievance, stating that he was required to have an evaluation specifically on this point before we could determine whether an accommodation was appropriate.  Dr. Wermers at AVCF conducted the evaluation in late February.

Dr. Wermers found that this offender has degenerative disc disease which may implicate his ability to grasp items with his hands.  For that reason he has a medical restriction of first tier, lower bunk (so he does not have to grasp handrails or ladder rungs).  He is able to ambulate the requisite 100 yards on a level surface without stopping, dress himself, feed himself, etc. without assistance.  He recently had an MRI and is scheduled for a neurology consult next month as part of his continuing care.

It is Dr. Wermer's opinion that this offender's spinal problems are not severe enough to warrant special placement.  Having reviewed the information available to me, I have to agree with Dr. Wermers' assessment of the situation.

Please respond to the Step 2 grievance with the above information in mind.  You should be aware that this offender has refused to execute a medical release in contravention of the Montez agreement, however the fact that he has chosen to utilize the grievance process operates as a waiver as to any confidentiality he might otherwise expect on the subject.

I have attached relevant documentation for your review, and of course you may contact me with any questions you may have on how to proceed.

Thank you.

DC Form 850-04A (08/02)

FEB 03 2004

COLORADO DEPARTMENT OF CORRECTIONS
INFORMAL RESOLUTION ATTEMPT

Grievance # *CAV 03/04-263*

| Offender Name *Wellman Gibson* | DOC # *74384* | Facility *AVCF* | Cellhouse *5a B* |

Subject of Grievance: *Confiscation of approved Books on Tape material*

What is the basis of your complaint (be specific and brief): On 2-3-04 day shift confiscated my tape player and tapes I received from the talking books program offered by D.O.C. per ADA and Montez settlement guidelines I have been receiving tapes for quite some time and received the player through the mail after being approved by medical and the people in charge of the programs. The application requires certification with original signatures (see attached forms). I turned in all of this, now only to be told so what, we don't care that you followed procedure.

Per the Montez settlement peocedure was not followed dy staff or administration when the items were taken, also listed along with players are but not limited to all prostheses, braces shoes, crutches, canes, walkers, wheelchairs, hearing aides, eyeglasses, artificial eyes, dentures and breathing devices. If all of these items are not confiscated it shows a prejudice towards me as I was singled out when all these items are classed together. Even after supplying phone numbers or administration to check plus the librarian willing to verify program I was told so what file grievance. Return player and tapes. *Is Remedy*

My disability involves nerve damage that affects dexterity in my hands plus pain by same nerve damage. Also items were held for over one week and verified by Lt. Steinbeck when I arrived at this facility

| Offender Signature *Wellman Gibson* | Date *2-4-04* |

| Case Manager reviewed complaint | Initials *MM* | Date *2-4-04* |

Staff Response: YOU WERE SEEN 2-18-04 BY ME - AT THAT TIME REQUEST FOR Colorado TALKing Book LibRARY SERVICE WAS DONE AND A COPY WAS PROVIDED FOR YOU. MEDICAL did NOT CONFISCATE YOUR PLAYER & TAPES; AS YOU STATE day shist did so

More confirmation of grievance Material approved by D.O.C. Doctor

granted

*Exhibit H*

| Staff Signature/Printed Name & Staff ID #: *J. WERMERS MD 6751* | Date: *3-3-04* |

What was decided (within policy limitations):

H.   I am satisfied with the informal resolution shown above.

I.   I have elected to file a Step I Grievance. (Attach this form to Step I Grievance)

*Wellman Gibson*      *3-3-04*
Offender Signature

| Case Manager Signature: | Date: |

cc:   Original - Attach to grievance or place in Working File

RECEIVED
FEB 09, 2004

Attachment "A"
Page 1 of 1



G

Chart

# REQUEST FOR SICK CALL

NAME: Wellman Gibson     NUMBER: 74384

DATE: 9-12-05 LIVING UNIT: 6-L

WORK ASSIGNMENT: VIDEO, Production - AM

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

Prescription Number: _____

X Other: Dr ? for the qtk/s reminder

Explain your need for request: When will I
know about my books on
Tape? I have not been
able to do my prayers
since you taking IT.

I will authorize the books on tape (today) Thanks

Doctor Creany

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

20053 Distribution:  White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

APPLICATION FOR FREE LIBRARY SERVICE

~ado Department Of Education/Colorado State Library and Adult Education Office

COLORADO TALKING BOOK LIBRARY

**Please complete all pages of the application.**

**www.cde.state.co.us/ctbl**

Exhibit J

180 Sheridan Blvd.
Denver  CO  80226

303 727-9277
800 685-2136

NAME ___WELLMAN___ ___Gibson___ ___E___
      First            Last          Initial

ADDRESS _____

CITY _____ STATE _____ ZIP _____

PHONE (____) _____ BIRTH DATE __/__/__ SEX ____M ____F

ALTERNATE CONTACT _____ PHONE(____)_____

**READING LEVEL**

(__) Pre-school/ K     (__) Grade School     (__) Teen     (__) Adult

---

**ELIGIBILITY REQUIREMENT(S)**

Please check **ONE**

[ ] BLINDNESS — Visual acuity of 20/200 or less with correction.

[X] VISUAL DISABILITY — Inability to read standard print with optical correction.

[X] PHYSICAL DISABILITY — Unable to hold book and or turn pages.

[ ] DEAF/BLIND — Complete loss of vision and hearing (Braille).

[ ] READING DISABILITY — Organic dysfunction causing inability to read standard print. <u>M.D. OR D.O. SIGNATURE IS REQUIRED BY FEDERAL LAW.</u>

---

**REQUIRED CERTIFICATION**

In the cases of blindness, visual and or physical disabilities, the following persons may certify: M.D., D.O, R.N., Ophthalmologist, Optometrist, Christian Science Practitioner, professional staff at hospitals, schools, libraries, & nursing facilities. **In the case of a reading disability, a M.D. or D.O. must certify this application.  Public Law 89-522.**

Name ___Joseph J. Wermers___   Profession ___MD___

Address ___Avce___   City ___Crowley___   State ___CO___   Zip _____

Phone (____) _____   Signature ___Wermers MD___

**<u>SIGNATURES MUST BE ORIGINALS.</u> NO FAXED, STAMPED OR PHOTOCOPIED SIGNATURES WILL BE ACCEPTED.**

Gibson
74384

## VERIFICATION OF DISABILITY

Date of Evaluation: _2/18/04 Exam_ _12/24/03 Chart Review_   Facility: __AVcf__

Chief Medical Officer or Designee: __J.J. WERMERS, MD__

Title (if designee): _____

I.  **EVALUATED FOR WHAT DISABILITY:** (Use and attach appropriate worksheet)

☐ Vision:   ☐ Hearing:   ☐ Diabetes   ☒ Mobility:   ☐ Other: (Please be specific)

II.  **WHO REQUESTED THIS EVALUATION?** (Please include name and title or relationship to offender) __CAThiE Holst, Office of Correctional Legal Services__

III.  **ACCOMMODATION RECOMMENDED:** (Be specific. Attach additional pages if necessary)

BoTTom Bunk due to gRip loss (LAdder)
BoTTom TiER due to gRip loss (RAiling)
TAlking Book LibRARy due to REpoRTEd iNAbility to
hold book wHEN siTTing — TEMpoRARy pending
NEuRosuRgERy EVALuTioN ApRil '04
coupled witH MRI done JAN '04

IV.  **IS PLACEMENT AT DESIGNATED FACILITY NECESSARY?**   ☐ Yes   ☒ No

__[signature]__                              __2-25-04__
Signature of Evaluating Chief Medical Officer/Designee          Date

Attachment B
Page 1 of 1

Original: Medical Chart                          Copies: AIC; Department File; Working File

Also SEE NEuRosuRgERy CoNsulT done 1-6-04

Exh — K





# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Arkansas Valley Correctional Facility

P. O. Box 1000
Crowley, Colorado 81034
Phone:    (719) 267-3520
Fax:       (719) 267-5024
Web:     www.doc.state.co.us



Bill Owens
Governor

Joe Ortiz
Executive Director

24 August 2005

TO:          Wellman Gibson
             CDOC# 74384
             Fremont Correctional Facility Unit 6

FROM:     Kellie Wasko, RN    *Kellie Wasko, RN, HSA*
             Health Services Administrator

Re:          Letter dated 8-15-05

Hello again, I have received your letter and had a phone conversation with the H.S.A down there and unfortunately, we are both at the same crossroad – although I understand and remember that you always had the talking books while you were here.  I did not know that there was an order written by Dr Beecroft to discontinue them.  Unfortunately, you are no longer in the direct care of Dr Beecroft, so it's not a "fix" type of thing as we would probably like for it to be.  With the birth of the Montez processes, you will have to request an accommodation for the talking books.  If I remember correctly, there was a lot of documentation in your records to substantiate the talking books, etc, so this should not be a problem, but more of a nuisance.  I apologize for the situation that you have found yourself in and I spoke with Mrs Martinez, the H.S.A. and we are going to do all we can to assist you.

Please let me know what else we can do for you if needed.

*This is the letter sent to me at F.C.F. when there was a mix up with books on tape material*

*Exhibit L*

*Medical for permit cane*

*#05144    8-8-06
             8-8-07*