IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in
the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Patrick O'Boyle, Claim number 03-088

## ORDER

Kane, J.

This matter is before the court on Claimant, Patrick O'Boyle's Objection to the Final

Order by Special Master (doc. #3266).  The court has reviewed the final order and the

objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse

of discretion, and no such abuse was found.  The rulings of the Special Master are based on

the evidence presented, and the law was properly applied.  The Special Master correctly

found that the claimant failed to prove by a preponderance of the evidence each of the four

criteria established by the court.  The complaints that Mr. O'Boyle has regarding the type and

quality of medical care received must be addressed in a separate individual action, as they

cannot be resolved as part of the remedial plan in this case. Dismissal of this claim was

appropriate.  The Objection is OVERRULED.  The Final Order of Special Master (doc.

#3064) is AFFIRMED.

Dated:   September 18, 2008

BY THE COURT:

_s/John L. Kane_
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. O'Boyle.