IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Roy Jack Pollard, Claim number 03-272

**ORDER**

Kane, J.

This matter is before the court on Claimant, Roy Jack Pollard's Objection to Final Order of Special Master (doc. #3267) in which claimant is asking the court to reconsider the amount of the monetary award. I have reviewed the Objection and the Final Order and have determined as follows:

In a favorable ruling, the Special Master found that Mr. Pollard was in fact disabled as defined in this case, and discriminated against by the Colorado Department of Corrections. An award of $700.00 was made. This court finds that award is appropriate in this circumstance. Additional matters that Mr. Pollard has raised regarding the quality of treatment and medical care must be addressed in a separate individual action, as they cannot be resolved as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #3123) is AFFIRMED.

Dated:   September 18, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Pollard.