OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2008

GREGORY C. LANGHAM
CLERK

RETURN TO SENDER
___ UNKNOWN/NEED NUMBER TO IDENTIFY
_X_ RELEASED/PAROLED
___ ENCLOSURE UNAUTHORIZED
VIDEO, PEN-PAL

92-CV-00870-EWN-OES #3586

REF



IS parole

David Beery
#115894
~~Centennial Correctional Facility~~
~~P.O. Box 600~~
~~Canon City, CO 81215-0600~~

017H15524679
HASLER
$0.590
09/11/2008
Mailed From 80202
US POSTAGE

NIXIE      808  CC 1      39  09/17/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294250151   *2020-01817-11-40