IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Lawrence Robert Warfield, Claim number 03-058

## ORDER

Kane, J.

This matter is before the court on Claimant, Robert Lawrence Robert Warfield's Objection to the Final Order by Special Master (doc. #3270). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. In a lengthy and well considered ruling, the Special Master correctly found that Mr. Warfield was discriminated against by DOC both in its failure to provide and removal of eye glasses. I find the award of $250.00 appropriate in this circumstance. Any additional complaints Mr. Warfield has concerning the quality of medical care received should be addressed in a separate civil action, as they cannot be resolved as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #3100) is AFFIRMED.

Dated: September 19, 2008

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Warfield.