IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No.92-N-870(Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ,et al.
    Plaintiffs

V.

BILL OWENS,et al.
    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2008

GREGORY C. LANGHAM
CLERK

Case Number:02-123,& 03-201
Category: III
Claimant: LARRY GORDON,#53405
Address of Claimant: 49030 State Hwy.71,Limon,Colorado.80826

MOTION REQUESTING APPOINTMENT OF COUNSEL

COMES now,Larry Gordon,Claimant,in the above-action pursuant to 42 U.S.C.§1983(1988),42 U.S.C.§12131,et seq.,and 29 U.S.C.§794,sec. 504,28 U.S.C.§1915(a)(1),thereing so prays.

1.That claimant is in custody,incarcerated at the Limon correctional facility,and is a poor person,have no money to hire an attorney to represent him in these proceeding,are complex,and that legal counsel and financial assistance is required because of claimants mental illness,traumatic brain injury in August 4,1984,it is tantamount,and meaningful to have counsel to access the Court;(quote,Cornett-V-Dowan,51 F.3d.894(9th Cir.1995)cert.denied,518 U.S.1003(1996).
WHEREFORE,CLAIMANT request relief in the above-action,because of his mental handicap under the provision of the (ADA),any and all other relief this Honorable Court,deems propare and just under the United STATES Constitution,laws,and treaties of the United States...

Dated September 18, 2008

Respecfully Submitted pro se

Certificate of Service

I, LARRY GORDON, hereby certify that a true and correct copy of this (motion requesting the appointment of counsel) was placed in the United States mail to the following partys:

United States District Court
Alfred A. Arraj United States Courthouse
901 Nineteenth Street
Denver, Colorado, 80294

Mr. James Quinn
Colorado Attorney General Office
1525 Sherman Street
Denver, Colorado, 80203

Dated September 18, 2008

Larry Gordon #53405
Respectfully Submitted
pro se