IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's objection to amended final order. Judge Kane has directed that the Special Masters review all new *pro se* pleadings filed in this case. Claimant has filed an objection to the amended final order of Special Master Richard C. Davidson. This document must be reviewed and resolved by Judge Kane.

IT IS HEREBY ORDERED that Claimant's Objection to the Amended Final Order is referred to Judge John L. Kane, Jr. for resolution.

SIGNED this 18th day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master