IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Case Number 03-201
Category: III
Claimant: Larry Gordon, #53405
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on Claimant's motion requesting appointment of counsel. The Special Master would note that there is no provision in the Remedial Plan for the appointment of an attorney for any individual claimant. To the extent that Claimant is raising issues covered by the Remedial Plan, he is represented by counsel for the class. There also is no basis in federal law for appointment of counsel in a case where a settlement has been reached.

    IT IS HEREBY ORDERED that Claimant's motion requesting appointment of counsel is denied.

    SIGNED this 23rd day of September, 2008.

    BY THE COURT:

    */s/ Richard M. Borchers*

    Richard M. Borchers
    Special Master