IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-305
Category: Untimely Filed Claim
Claimant: Larry C. Miller, #128008
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

THIS MATTER came before the Special Master on the claim form of Claimant. In the claim form, Claimant checked the box for mobility impairment. Claimant indicated that he was first incarcerated in 2004. The DOC Inmate Locator reflected that Claimant was sentenced in August 22, 2005.

Since it appeared that the Special Master might not have any jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including September 15, 2008 in which to respond, Claimant has filed nothing further.

Under the Remedial Plan, a claimant must have been in DOC custody on or before August 27, 2003. From the claim form and Inmate Locator, it is clear that there is no jurisdiction over this claim, as Claimant was not in DOC custody until after August 27, 2003.

IT IS HEREBY ORDERED that the claim of Larry C. Miller is dismissed, as there is no jurisdiction over this claim since Claimant came into DOC custody after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 17, 2008.**

SIGNED this 22nd day of September, 2008.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master