IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-316
Category: Untimely Filed Claim
Claimant: Edward W. Spohr, #140832
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER ALLOWING WITHDRAWAL OF CLAIM
---

      THIS MATTER comes before Special Master on the letter filed by Claimant. In that letter, Claimant has acknowledged that he came into DOC custody after August 27, 2003. He requests to withdraw his claim, as there is no jurisdiction over it by the Special Masters. That request will be granted.

      Claimant has raised three issues in his letter which are related to his criminal conviction and probation revocation. Claimant has requested help on pending issues, but these are far beyond the jurisdiction granted by the Remedial Plan to the Special Masters. In addition, the three Special Masters have not had contact with the Colorado state criminal justice system for well over a decade or more. Any advice or suggestions could be counterproductive for Claimant.

      Claimant may wish to contact the State Public Defender's Office. Claimant has alleged that his *pro se* pleadings have been ignored. He may wish to the consult with a civil rights organization such as the ACLU. Hopefully, Claimant will be able to find an attorney who can advise him if there is any hope in what he seeks to accomplish.

      IT IS HEREBY ORDERED that Claimant is allowed to withdraw his claim and this matter is dismissed without prejudice; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file

an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 24, 2008.**

SIGNED this 23rd day of September, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master