IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, File No. __92-N-870 (OES)(consolidated for all purposes__
(To be supplied by the Court)                      with Civil Action No. 96-N-343

Jesse Montez, et al.,                 )
_____, Plaintiff(s) )      F I L E D
                                      )   UNITED STATES DISTRICT COURT
                                      )       DENVER, COLORADO
                                      )
                                      )       SEP 24 2008
                                      )
        V.                            )   GREGORY C. LANGHAM
Bill Owens, et al.                    )                    CLERK
_____, Defendant(s) )

Claim #:       03-359
~~Category :~~  III
Claimant         :  Thomas T. Valdez,    CDOC #;68556
Claimant Address:  LCF CH-3   C-1-3
                   49030 State Highway 71
                   Limon, CO      80826

**MOTION FOR ENLARGEMENT OF TIME**

**Comes Now**, Claimant Thomas T. Valdez, Pro SE, moves this court for an Enlargement of Time, pursuant to F.R.Civ.P., 50(b) & (d), 59(b), (d) & (e0. Claimant respectfully requests 45 days of enlargement of time.

In Support Claimant states the following:

1. Claimant access to CDOC's Limon CorrectionalFacility Law Library and Legal Access Program (LAP, is very limited regrardless of court ordered deadlines, of several requests for assistance a very few appointments are actually granted.

2. Claimant is attempting to file Objection to the Special Master's Order of 21 July, 2003, but due to the limited access available, research is very slow in coming.

( 1 of 2 )

3. For these reasons Claimant prays this Honorable Court Grants Claimant's humble Petition for enlargement of Time.

Respectfully submitted this 22nd day of September, 2008.

_____
Thomas T. Valdez        22Sep'08    #68556

twcc: p. file

### CERTIFICATE OF MAILING

I certify that I have mailed a true and correct copy of this foregoing Motion for Enlargement of Time, this 22 SEptember, 2008, to the following:

Honorable Judge Nottingham
United States District Court
901   19th Street
Denver, CO          80294-3589

Ms Paula Greisen, Attorney at Law
Atty Reg. # 19784
Counsel for the Class
King & Greisen, LLP
1670 York St.
Denver, CO        80206

Mr. Jess Dance
Due to a 500% increase of LAP Legal Copies, Claimant is unable to supply th CO ATTy Gen's Office with Courtesy copies of this Motion.

Postage prepaid and logged in the CDOC, LCF Legal Mail log, 22 Sep'08.

_____
Thomas T. Valdez           #68556

twcc: p. file