IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (0ES)(Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, ET AL

Plaintiff,

v.

BILL OWENS, et al.

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2008

GREGORY C. LANGHAM
CLERK

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address: AVCF  Unit 4, P.O.Box 1000, Crowley, Co 81034

MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiff, Ronald Cordova, pro se, repectfully request this Honorable Court to grant the Plaintiff at least another thirty days (30)extension of time to file his "objection", and for grounds, states the following:

1. The Plaintiff has a limited knowledge of the law and federal civil procedures which makes the Plaintiff's case complex.

2. The Plaintiff has not received information from the American Disbetis Assoc. to make a proper and accurate objection to the Special Masters denied ADA Claim. This information is vital to the Plaintiff's objection.

3. The Plaintiff has been trying to get State Compensation Records since he first filed his ADA Claim, but the State Compensation Office claims they do not keep old records. Plaintiff believe that to be inaccurate. And needs these records to prove his disability since early 1960's. (For Mobility claim)

4. Plaintiff is also writing letters to several investigators, asking for help in getting these state records and records from private doctor's files. These doctors have all died years ago.

WHEREFORE, Plaintiff, Ronald Cordova, prays this Honorable Court will grant at least another thirty days (30) extension of time to file his "Objection" with the United States District Court. The original date was September 30, 2008, but Plaintiff cannot Make that date. based on the above information. And that is why an additional thirty days is necessary.

date September  22, 2008

Respectfully
Ronald Cordova
Ronald Cordova, #57350
AVCF        Unit 4
P.O. Box 1000, Crowley, Co 81034

Cerificate of Service

I, Ronald Cordova, certify that a true and correct copy of the foregoing pleading was sent to Special master, Judge Borchers, postage prepaid. Mailed on September 22, 2008, and Attorney Gen Office, 1525 Sherman St. 5th Fl., Denver, Co 80203.

Date September 22, 2008

Respectfully

Ronald Cordova, 57350
AVCF        Unit 4
P.O.Box 1000
Crowley, Co 81034