THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     92-N-870  (OES)(consolidated for all purposes with civil Action No. 96-N-343

**Jesse Montez, et al.**

    Plaintiff,

v.

**Bill Owens, et al.**

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2008

GREGORY C. LANGHAM
              CLERK

---

Claim #:  03-359
Category: III

Claimant:        Thomas T. Valdez,   CDOC#: 68556
Claimant Addess:    LCF    CH-3    C-1-3
                    Limon, Colorado    80826
                    49030 State Highway 71

---

**OBJECTION TO THE FINAL ORDER BY THE SPECIAL MASTER**

---

**Comes Now,** Claimant Thomas T. Valdez, Pro Se, respectfully submits an Objection to the Final Order by the Special Master, the Honorable Richard C. Davidson, Order Dated 21 July, 2008, pursuant to F.R.Civ.P., Rule 53(f)(2), in correction of the Special Master's Order, which cites Federal Rules of Civil Procedure 53(g)(2).

In Support Claimant states the following:

**I. Facts**

( 1 of )