IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
  [Consolidated for all purposes with Civil Action No. 96–cv–00343]


JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

---

# ORDER

---

This matter is before the court on the "Motion for T.R.O. & Preliminary Injunction" (#2935) filed by one Robert Neely. The request for relief is that the court order the Colorado Department of Corrections to perform surgery on one eye, which has been impaired by his diabetes.

The court must deny the request, for several reasons. First, the motion is not properly asserted in this lawsuit. If there is a constitutional claim arising out of these circumstances, it should be filed as a new claim. Second, the requested injunction is heavily disfavored because (1) it is mandatory, (2) it affords Plaintiff all the relief he could achieve after a trial on the merits of his claim. It is therefore

**ORDERED** that the motion for a temporary restraining order and preliminary injunction (#2935) is DENIED.

Dated this 25th day of September, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge