OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1 - 19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

92-CV-870 — EWN
Document 3023

US POSTAGE
HASLER $0.420
09/19/2008
Mailed From 80202
017H15524679

RETURNED TO SENDER

REASON CHECKED
refused
Addressee unknown
Insufficient address
No registration number

Lawrence Robert Warfield
#54622
AVCF 2C
Arkansas Valley Correctional Facility
P.O. ]
Crow

NIXIE    808    SE 1    39 09/23/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *2520-13181-19-43