RECEIVED
SEP 2 4 2008
By_____

United States District Court

Court Address: 7907 Zenobia St.
Westminster, Co. 80030-4444

Claim # ~~02-876~~ 03-361
Category III
Calimant: ERIC MARSHALL #83492
Address of Claimant: KCCC, P.O. BOX 2000
Burlington, Co. 80807

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2008

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ         PLAINTIFF,

v.

BILL OWENS          DEFENDANTS

▲COURT USE ONLY▲

Attorney or Party Without Attorney (Name and Address):

ERIC MARSHALL #83492
P.O. BOX 2000
Burlington, Co. 80807

Case No: 92-N-870 (OES)
96-N-343

MOTION: CHANGE OF ADDRESS

Comes Now, ERIC MARSHALL, PRO SE. Respecptfully file a motion for change of address.

ADDRESS FROM:  C.M.R.C. 2925 E. Las Vegas St.
               Colorado Springs, Colorado 80906


ADDRESS TO:   K.C.C.C.
              P.O. BOX 2000
              Burlington, Colorado 80807

RESPECTFULLY SUBMITTED

*Eric Marshall*
ERIC MARSHALL



CERTIFICATE OF MAILING


I hereby certify that on this 22 day of September 2008. A true and correct copy of the foregoing motion CHANGE OF ADDRESS. Was placed in the United States mail, postage prepaid to the following:


Special Masters for the United States District Court for the Dist. of Co.
Legal Resolution Center
7907 Zwnobia St.
Westminster, Co. 80030-4444


Attorney General office
1525 Sherman St. 7th floor
Denver, Co. 80203


RESPECTFULLY SUBMITTED

*Eric Marshall*
ERIC MARSHALL #83492
P.O. BOX 2000
Burlington, Co. 80807