**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 9 2008

GREGORY C. LANGHAM
CLERK



09/21/09

RECEIVED
SEP 2 4 2008
By_____

TO THE CLERK FOR JUDGE BORCHERS

HELLO PLEASE SEND ME A COPY OF THE LAST LETTER THAT WAS SENT TO THE COURT BY MYSELF (KEITH A.SCHWINAMAN MONTEZ CASE # 03-335 CATEGORY #3 as i do not have access to a copying machine, AND THE JUDGE HAS REOPENED MY CASE.

THANK YOU. RESPECTFULLY.

KEITH A.SCHWINAMAN
#105240
CTCF
P.O BOX1010
CANON CITY,CO 81215

PLEASE

P.S IF POSSABLE PLEASE SEND ME COPYS OF THE LAST BUNDLE OF PAPERS THAT I SENT TO THE COURT BACK IN APRIL PLEASE OF this year.

x. _Keith Schwina_
#105240