Case 1:92-cv-00870-EWN-OES    Document 3577    Filed 09/09/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    92-cv-00870-EWN

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

---

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2008

GREGORY C. LANGHAM
CLERK

Doc. 3577

Annette DeRasmo
#125710
3844 North Nevada Avenue
Colorado Springs, CO 80907-5939
80294@2501

[Postage: $0.420, 09/10/2008, Mailed From 80202]

NIXIE    808 DE 1    00 09/25/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151    *1620-17623-10-43