IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Thomas T. Valdez, Claim number 03-377

### MINUTE ORDER

Judge John L. Kane **ORDERS**

      Claimant's Motion for Enlargement of Time (doc. #3629), filed September 24, 2008, is GRANTED. Claimant has up to and including November 14, 2008 to more fully object to the Final Order of the Special Master.

Dated: September 30, 2008

Service of this order shall be made via NEF, with standard mailing to Mr. Valdez.