IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Paul Deschaine, Claim number X-166

## ORDER

Kane, J.

This matter is before the court on claimant's Motion to Transfer Claim X-166 for Further Screening (doc. #3307). I have reviewed the Motion along with the Order of Dismissal of Special Master. The Motion is DENIED.

The Motion provides no basis for further screening in this case. The dismissal of the claim was based on the fact that Mr. Deschaine was not in custody on or before August 27, 2003. Mr. Deschaine's claims regarding inadequate treatment and medical care must be addressed in a separate individual action, not as part of the remedial plan in this case. The Order of Dismissal of Special Master (doc. #2001) stands.

Dated: September 30, 2008

                                         BY THE COURT:

                                         *s/John L. Kane*
                                         JOHN L. KANE, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Deschaine.