IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Duncan Leach, Claim number 03-087

## ORDER

Kane, J.

This matter is before the court on Claimant, Duncan Leach's Motion to Reopen Claim (doc. #3280). The Motion is DENIED.

Mr. Leach's claim has been fully adjudicated, and no further filings will be considered regarding the outcome is his claim.

Dated: September 30, 2008

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Leach.