IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

---

Re: Claimant Howell Franklin Roberts, III, Claim number 01-041

---

## ORDER

---

Kane, J.

This matter is before the court on Claimant, Howell Franklin Roberts, III's "List of Objections" to the Final Order by Special Master (doc. #3309). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that the claimant failed to prove by a preponderance of the evidence each of the four criteria established by the court. Any complaints Mr. Roberts has regarding the quality of care and treatment must be addressed in a separate individual action, and not as a part of the remedial plan in this case. Dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #2982) is AFFIRMED.

Dated:   September 30, 2008

BY THE COURT:

s/John L. Kane
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT


Service of this order shall be made via NEF, with standard mailing to Mr. Roberts.