IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Robert Schwartz, Claim number 03-162

## ORDER

Kane, J.

This matter is before the court on Claimant, Robert Schwartz's Motion to Appeal to Judge Kane (doc. #3271). The Motion is denied. This court's jurisdiction is limited to a review of Objections by claimants to a Final Order of the Special Master. As no Final Order has been issued on Mr. Schwartz's claim, this court if without the authority to consider any filings by this claimant. To the extent that Mr. Schwartz is requesting modification of the Remedial Plan, that is considered untimely. The time for modification of the plan has long since passed.

Dated: September 30, 2008

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Schwartz.