IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Gerald Sensabaugh, Claim #03-146

## ORDER

Kane, J.

This matter is before the court on Claimant, Gerald Sensabaugh's numerous filings regarding the Final Order of the Special Master and treatment by CDOC. Mr. Sensabaugh's claim has been fully adjudicated and a favorable ruling was affirmed. No additional filings by this claimant may be considered. The long list of complaints that Mr. Sensabaugh has made in this matter are inappropriately filed as motions at this juncture, and will not be considered as such. Doc. #3195, Motion for Amended Stipulation, Doc. #3200, Motion of Update, Doc. #3275, Motion in Furtherance are terminated. The Motion to Appeal the March 24, 2008 Order of the Special Master (Doc. #3324) is DENIED.

Dated:   September 30, 2008

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Sensabaugh.