IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 92-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Jess A. Dance respectfully moves to withdraw as counsel for Defendants in this case. In support of this motion, Mr. Dance states as follows:

1. Mr. Dance left the Attorney General's Office on September 12, 2008, to join the law firm of Perkins Coie LLP.

2. Defendants will continue to be represented by Beth McCann and James Quinn of the Colorado Attorney General's Office.

WHEREFORE, Jess A. Dance respectfully requests that this Court grant his Motion to Withdraw as Counsel.

Respectfully submitted this 30th day of September, 2008.

*s/ Jess A. Dance*
Jess A. Dance
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202-1043
Telephone: 303-291-2300
Facsimile: 303-291-2400
E-Mail: JDance@perkinscoie.com
Former Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 30, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen, Esq.
greisen@kinggreisen.com
King & Greisen, LLP
1670 York St.
Denver, CO 80206

*Courtesy copy to:*
Cathie Holst
James Quinn, Esq.

*s/ Jess A. Dance*
Jess A. Dance
Perkins Coie LLP
1899 Wynkoop Street, Suite 700
Denver, CO 80202-1043
Telephone: 303-291-2300
Facsimile: 303-291-2400
E-Mail: JDance@perkinscoie.com
Former Attorney for Defendants