IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 92-cv-00343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

## ORDER RE:  MOTION TO WITHDRAW AS COUNSEL

It is hereby ORDERED that Jess A. Dance's Motion to Withdraw (filed September 30, 2008; Docket Entry # __) is GRANTED.  Attorney Jess A. Dance is relieved of any further representation of Defendants in the above-captioned action.  The Clerk's office is instructed to remove Mr. Dance from the electronic certificate of service.

DATED this _____ day of _____, 2008.

United States District Court Judge