September 25, 2008

Dexter Gail Millican *86568
Fort Lyon Correctional Facility, 4/145AL
P.O. Box 1000
Fort Lyon, Colorado, 81038

Judge John L. Kane Jr.
United States District Court
901 19th Street
Denver, Colorado, 80294

92CV-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2008

GREGORY C. LANGHAM
CLERK

Dear Judge Kane,

The Medical Department here at Fort Lyon Correctional Facility said I have to present them with a letter from someone over the Montez-vs-Owens suit telling them to give me copies of my Medical Records from Denver Health Hospital Orthopedic Surgery Department. That's the only way I can get copies from the Medical Department, because I do not have any money ("0" Balance) to pay for copies.

These are the Medical Records that the Courts (U.S. Courts) promised me they would have at my Montez-vs-Owens hearing, but the records were not at the hearing! This is the major reason for my complaint.

Also, the problem with my Achillies on my Right with wearing Booths (which caused an injury to the top area of my right achillies), is happening again to the same area, because Fort Lyon Correctional Facility has ordered me to wear Booths. This is crippleing me. Please Help!

Sincerely yours,

Dext S. Millican

Dexter Gail Millican *86568

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-FL08/09-017    STEP (Circle One)  ① 2  3    ADA? Yes ☐ No ☑

| NAME Dexter Gail Millican | DOC NO. 86568 | FACILITY Fort Lyon Corr. Fac. |
|---|---|---|

**Instructions:**
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS

RECEIVED AUG 13 2008 By _____

Subject of Grievance and Requested Remedy:

Subject of Grievance:

When I departed from Sterling Corr. Fac., they sent my property, including my "Medical Tennis Shoes, 10½ size" home by mistake. I did not even sign a withdrawal slip or give permission for their release!

At D.R.D.C. they gave me a pair of "shower shoes size 8" to wear around that facility until it was time for me to leave; then they gave me a size 13 pair of low-cut shoes for transportation only.

This is my third time arriving at Fort Lyon Corr. Facility wearing shower shoes. The previous times they gave me "orange tennis shoes" until Medical got me a pair of "10½ Medical Tennis Low-Cut Shoes"! I do not have money to buy them myself. I will try to get some money. But until I do I need Low-Cut shoes. My Left Deformed Ankle and my Right Achilles prevent me from wearing booths "Medically"! I need a Operation on both these injuries. The Achilles injury was caused by wearing Booths!!! Medical said they do not have my file yet!

Requested Remedy:

I need orange tennis shoes soon as possible; and eventually I need size 10½ Medical Tennis Shoes! I have no shoes at this time!

| DATE: 8/11/08 | OFFENDER SIGNATURE Dext G. Millican |
|---|---|
| DATE RECEIVED: 8-19-08 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID 1494 |

**RESPONSE**

Grievance Denied. Offender was evaluated by DOC Provider on 8-6-08. Offender does not meet all criteria to have "medical" shoes. Offender instructed to purchase tennis shoes from canteen if he wishes. Offender was issued DOC Boots and was seen in the clinic wearing the Boots on 8/19/08

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 8-19-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Lauren Shulfer PA NS 1494 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical | |
| DATE: 8/18/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Dorothy Pearcey Dorothy Pearcey 11028 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 9/10/08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Dext G. Millican-Dexter G. Millican #86568 |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-FL08/09-029       STEP (Circle One) ① 2  3       ADA? Yes ☐ No ☑

| NAME Dexter Gail Millican | DOC NO. 86568 | FACILITY Fort Lyon Corr. Fac. |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

Subject of Grievance: Dr. Wermers

Today I went to the Medical Department at Fort Lyon Corr. Fac. to supposibly be examine by Dr. Wermers. All this man did was, try to justify, anyway he could, how there was not anything keeping me from wearing "Booths"? He did not even think of me having any medical injuries or problems, when my left ankle injury and my right achillies injury are ovious to the eye. He evidently does not have any moral value for his profession Booths (wearing) have put me on crutches before and they are doing it again? I can not wear Booths, for ovious medical reason. Denver Health Hospital Ortropedic surgeons said I need operations.

Requested Remedy: Need Permit to wear Low-Cut Tennis Shoes?

I need help getting Low-Cut Tennis Shoes. I do qualify for Low-Cut Tennis Shoes because the booths cause scarring and perminate damage to my right achillies and my left ankle.

Need to be examine by a real physician !!!

| DATE: 9/11/08 | OFFENDER SIGNATURE Dext G. Millican |
|---|---|
| DATE RECEIVED: 9-12-08 RESPONSE | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID Shuljs RPN3 14944 |

Grievance denied. Offender Millican has been seen by 2 providers and has been informed he does not meet the criteria for medical shoes. Offender can purchase tennis shoes off canteen. Offenders medical care continues.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 9-18-08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Lauren Phillips RPN3 14944 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: medical | |
| DATE: 9/12/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Dorothy Pearcey  Dorothy Pearcey 11028 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections to this grievance. | |
| DATE: 9/23/08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Dext B. Millican  Dexter C. Millican #86568 |

Original: Department File/AIC       Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

FORT LYON-DOC          Fax:17194563566          Aug 22 2008   14:04      P.02

DC Form 850-04A (07/01/07)

JM 4

34

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

RECEIVED

Grievance Number **FLO8/09-028**          STEP (Circle One)  (1)  2  3

AUG 2 6 2008

ADA?  Yes ☐  No ☑

| | |
|---|---|
| NAME **Dexter Gail Millican** | DOC NO. **86568** |

Was: Sterling Corr. Facility
FACILITY: Fort Lyon Corr. Fac.

RECEIVED
AUG 21 2008

H denne 9-13

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS

Subject of Grievance and Requested Remedy: **Grievance:** From Sterling Corr. Fac. Detention Facility to believe an
On April 7, 2008, I was sent to Adams County and be returned to Colorado D.O.C.!
additional Colorado D.O.C. Sentence and be returned to Colorado D.O.C.!
I had requested not to be paroled early by a written statement to the
Colorado Parole Board! However they released me to parole on April 9, 2008,
to the Adams County Detainer, to be sentenced and returned to Colorado
D.O.C.! When I departed from Sterling Corr. Fac., I told them not to send
my property to any place but D.R.D.Co, because I would be returning
to Colorado D.O.C.; either back to Sterling or to D.R.D.Co! Then, I wrote
Sterling Corr. Fac. Property Sargent Christians; stating to send my propert
by D.O.C. Bus to D.R.D.C. because I was headed there! I did not sign
any withdrawal slips to have my property sent any where! Yet Sterling Corr. Fac.
sent my property to ~~a~~ a female friend that I don't communicate with!

**Requested Remedy:** From Fort Lyon Corr. Fac.
My I Please have my property returned to me at Fort Lyon Corr. Fac.
or be re-emburst for my property losses!!! I have No Shoes! I need my size
10½ Low Cut Medical Tennis Shoes! Sterling Corr. Fac. has my Wedge Pillow from the Medical Clinic
I need it, also!

| | | |
|---|---|---|
| DATE. 8/12/08 | OFFENDER SIGNATURE | *Dext G. Millican* |
| DATE RECEIVED. 8/27/08 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID | Joseph Kim #577 |

**RESPONSE**

On 4/07/08 you were sent to out to court via Adams County. On 4/9/08 you were paroled to charges. Per 850-06 -
When an offender is paroling or discharging to a detainer or pending charges, all personal property must be mailed to an address
outside of the DOC, in accordance with administrative regulation 300-38. When you left SCF you completed a shipping form and
your property was mailed on May 30, 2008 to an address <u>you</u> provided in Aurora, Colorado.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| | | |
|---|---|---|
| DATE: 8/27/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # J Kim #577 | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | | Property |
| DATE: 9/2/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # W Goldsberry — W Goldsberry IDala | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | | |
| DATE: 9/10/08 | OFFENDER SIGNATURE/PRINT NAME & DOC # *Dext G. Millican* Dexter G. Millican #86568 | |

Original: Department File/AIC     Copies: Working File, Administrative Head, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

FORT LYON-DOC        Fax:17194563566          Aug 22 2008  14:05      P.03

## COLORADO DEPARTMENT OF CORRECTIONS
### Offender Personal Inventory Quantity and Liability Limits

**3**

Offender Name: MILLICAN, DEXTER
Facility: STERLING CORRECTIONAL FACILITY

DOC #: 86568
Date: 03/19/2008

### STATE ISSUE ITEMS

- 1 BELT/BUCKLE(1)
- 1 JACKET(1)
- 3 SHIRTS(3)
- 5 SOCKS(5)
- 2 TROUSERS/SLACKS(3)

- 1 ID CARD(1)
- 1 KNIT CAP(1)
- 1 SHOES(1)
- 5 T-SHIRTS(5)
- 5 UNDERWEAR(5)

### PERSONAL ITEMS

- 1 BOOKS (INCLUDING FAITH AND LEGAL)(15)

Books, magazines and newspapers cannot exceed 3 cubic feet when combined with other property.

### CANTEEN ITEMS

| Item | Description | Serial # |
|------|-------------|----------|
| 1 COMBINATION LOCK(1) | V6031061808 | |
| 1 DOO RAG(1) | | |
| 1 STEREO HEADPHONES(1) | EARBUDS | |
| 1 SWEATSHIRTS(2) | | |
| 1 TELEVISION(1) | MAG CLR COLOR TAG 0402920 | DN1A0651109348 |
| 1 WASH CLOTHS (CANTEEN)(4) | | |

### FACILITY SPECIFIC ITEMS

- 1 CANTEEN READING GLASSES(1)
- 1 MEDICAL TENNIS SHOES(1) SIZE 10.5

### MEDICAL APPLIANCES

- 1 CANE(1)
- 1 WEDGE PILLOW(1)

1 PRESCRIPTION EYE GLASSES/CONTACTS(1)

Inventory Staff ___Christians___          ___Sgl Christicens___
                     (print name)              (signature)

Inventory Staff _____          _____
                     (print name)              (signature)

Page 1

## COLORADO DEPARTMENT OF CORRECTIONS
### Offender Personal Inventory Quantity and Liability Limits

FORT LYON-DOC          Fax:17194563566          Aug 22 2008  14:05     P.04

August 13, 2008

Dexter Gail Millican #86568
Fort Lyon Correctional Facility
P.O. Box 1000
Fort Lyon, Colorado, 81038

D. Snyder : Case Manager
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado, 80751-600

Dear Mr. Snyder,

I was told by Major Robnette here at Fort Lyon Correction Facility, that the only way I could get my property (Medical shoes, T.V., Reading Glasses, ectо ) back in Colorado D.O.C. was to file a Grievance with Sterling Corr. Fac. Property. I told Sgt. Christians not to send my ~~pers~~ property anywhere but D.R.D.C. because I was ~~not~~ going to be sentence in Adams County and then returned to Colorado D.O.C.! I did not sign a withdrawal slip to have my property sent anywhere! Can you please help me with this Grievance?

Sincerely yours,
Dext. G. Millican
Dexter G. Millican #86568

**MESSAGE FROM MEDICAL**

Date: 9/19/08                    CH: 4

Millican                         86568
Inmate Name                      DOC #

Your records from
Denver-Health
are in your chart now.

Miller, MRT
Signature

**MESSAGE FROM MEDICAL**

Date: 9/22/08          CH: 4

Millican, D.          86568
Inmate Name           DOC #

Copies cost $.25 each
page. You must have the
money available in your
account to receive the
copies. You currently have
a balance of $0 so
you cannot obtain copies.
You may, however, review
your records.

_Milles, MRT_
Signature