Civil Action No. 92-N-870 (OES)
Jesse Montez, et al.,
　　Plaintiffs
　　v.
Bill Owens, et al.,
　　Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT -1 2008
GREGORY C. LANGHAM
　　　　　　CLERK

Claim No: 03-173
Category: III
Claimant: Wellman Gibson #74384
Address: A.V.C.F. P.O. Box 1000 Crowley, Co. 80334-1000

　　　　To order signed Sept. 23, 2008 by Special Master

There was an amended final order in this case signed by Richard C. Davidson on July 16, 2008 & it stated I had untill Sept. 30, 2008 to file an objection & mail it to the clerk of the court at 901 19th St. I did that & now I received an order of Special Master saying Judge Kane directed the Special Master to review something (New pro se pleadings) when the only thing filed was requests for intervention because of non compliance & retaliation

& the special master referred it back to Judge Kane. Please see objection to amended final order filed by Plaintiff Wellman Gibson, & please let plaintiff know what is going as as he is not a lawyer.

9-26-08

Wellman Gibson
#4384