IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 92–cv–00870–EWN–OES
[Consolidated for all purposes with Civil Action No. 96–cv–00343]

---

FICE OF THE CLERK
TATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589
OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 2008

GREGORY C. LANGHAM
CLERK

#3632

Robert Neely
#114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon C...

017H15524679
$0.420
09/25/2008
Mailed From 80202
US POSTAGE

**REFUSED**

NIXIE   808   CA 1   39 10/01/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151   *2720-00712-25-43

-CV-00870 EWN OES