IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's letter to the Court. In the previous order of September 18, 2008, the Special Master advised Claimant that all *pro se* pleadings are to be reviewed by a Special Master. Claimant has filed an objection to the final order on his claim. The previous order carefully states that the objection is referred to Judge Kane for action. Claimant's objection will be resolved by Judge Kane.

IT IS HEREBY ORDERED that Claimant's objection to the final order on his claim will be resolved by Judge Kane.

SIGNED this 3rd day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master