IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-348
Category III
Claimant: Dexter Millican, #86568
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter of Claimant that was filed with the Court (doc. #3649). In that letter, Claimant requests access to medical records that are purportedly in DOC custody from the orthopedic department at Denver General Hospital.

Claimant previously filed a claim with the Special Masters. A hearing was held on June 23, 2008 at the Adams County Detention Center in Brighton, Colorado. After consideration of the evidence presented, the Special Master determined that Claimant had not established that he was disabled as defined by the ADA and Rehabilitation Act. Review of any additional medical records would not be related to any claim that could be brought anew by Claimant.

Claimant has raised issues in his letter and attached documents that relate to the implementation of the Remedial Plan and the quality of medical care provided by DOC. These are issues that must be presented to counsel for the class.

IT IS HEREBY ORDERED that Claimant no further action will be taken on Claimant's letter; and

IT IS FURTHER ORDERED that a copy of this order will be sent to counsel for the class.

SIGNED this 3rd day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master