IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on Claimant's motion for extension of time. The request is appropriate and will be granted.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **November 10, 2008** in which to file his objection to the final order of the Special Master.

    SIGNED this 26th day of September, 2008.

                                   BY THE COURT:

                                   */s/ Richard M. Borchers*

                                   _____
                                   Richard M. Borchers
                                   Special Master