IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-288
Category: Untimely Filed Claim
Claimant: Edgar B. Robinson, #45497
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the claim of Edgar Robinson. The Special Master issued an order on July 28, 2008 directing Claimant to provide more information concerning his disabilities and why he waited so long to file a claim. Claimant did not respond to that order. A show cause order was then issued to Claimant. Despite being granted up to and including September 29, 2008 in which to respond to that order, Claimant has filed nothing further.

    IT IS HEREBY ORDERED that the claim of Claimant is dismissed, as Claimant has failed to respond to the order of July 28, 2008 and the show cause order of September 3, 2008; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 15, 2008.**

    SIGNED this 3rd day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master