Tuesday, October 7, 2008

Honorable Edward W. Nottingham, Chief Judge
United States District Court
For The District of Colorado
Alfred A. Arraj Federal Courthouse
Office of the Clerk
Room A-105
901 19th Street
Denver, Colorado                    80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 9 2008

**GREGORY C. LANGHAM**
CLERK

Re:  **Montez**, et. al, **v. Owens**, et. al, Civil Action No. 92-N-870 (OES)
(Consolidated for all purposes with Civil Action No. 96-N-343),
Claim No. 03-308 (formerly 01-036) (D.C.Colo. 1992)

Your Honor,

In his written Recommendation dated February 15, 2008, United States
Magistrate Judge, Honorable Richard C. Davidson, held in the above entitled
matter that "claimant has sought reimbursement for money he contributed to class
[for prosecution of this matter] in the amount of $1,081.00." **See**, **e.g.**,
Recommendation, at p. 6. Although he concluded that "[t]he Special Master does
not have jurisdiction over th[is] issue," United States Magistrate Judge,
Honorable Richard C. Davidson, recommended that I "seek relief from the assigned
District Judge." It is in this regard that I, now, formally correspond.

I have patiently awaited a Court decision in this matter for nearly nine
months. I believe compensation for personal funds spent is especially appropriate,
here, since the mental health issues as they pertained to my claims of
discrimination by State authorities as initially raised by the initial civil
tights complaint, in this case, filed with the Court in September, 1992, were
never reached or addressed by the Court and class counsel.

For these reasons, I now ask the Court for an Order directing class
counsel to reimburse me for the expenses or other costs incurred in bringing
this civil rights action. Although United States Magistrate Judge, Honorable
Richard C. Davidson, found that I was not entitled to relief under the strict
standards of the August, 2004, Settlement Agreement due only to my limited
physical disabilities, the fact still remains that I continue to suffer from
discrimination by State authorities based solely upon my mental health
disabilities as set out by that original civil rights complaint in violation of
the ADA and Rehabilitation Acts. I, now, need those funds in order to bring a
civil rights action against State authorities for those constitutional violations
as United States Magistrate Judge, Honorable Richard C. Davidson, specifically
advised at the conclusion of evidentiary proceedings held on May 30, 2007.

In closing, any time, consideration, or other cooperation that you, or
other members of your office, may be able to lend me, in this very important
matter, would therefore be gratefully appreciated. As always, I look forward to
hearing from you, or your office, in the very near future. If I may be of any,

further, assistance to you or other members from your office, then, please by all means do not hesitate to contact me, in writing, at the address which has been listed, below, for your convenience or call (719) 456-2610, ext. 22865, and ask my Case Manager, Raymond Gonzales, to let you speak with me, directly.

Very Respectfully Yours,

Randy Kailey
50247 Bldg. 5/E-101-I
11560 County Road FF.75
Las Animas, Colorado     81054-9573

Claimant, Pro Se