IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action NO. 92-ev-00870-EWN

JESSE MONTEZ, et al,

    Plaintiffs, as representative of themselves and all others similarly situated in the class action,

v.

BILL OWENS, et al,

    Defendants,

---

Re; Marty Bueno, Claim number 03-334

---

OBJECTION TO U.S. DISTRICT COURT ORDER DATED SEPTEMBER 11th 2008

---

Plaintiff;

    THIS MATTER came before the Honorable Judge John L. Kane on the Special Master Final Order, dated Sept. 11th 2008. The Special Master Final Order was dated November 19th 2007.

    For the following reasons, the Plaintiff OBJECT to the U.S. District Court Order, and as grounds states as follows:

    The U.S. District Court Judge in his ruling stated that no abuse of discretion was not found. This court went on to say that the relief awarded in the Final Order is not monetary. At this time, the plaintiff object based on the fact that the Special Master in fact agreed that there was an abuse of discretion on the part of DOC, and he recommended corrective

page 1.

action be taken by supplying the plaintiff with his proper medical needs. The Special Master also in his last statement of the order stated. [ While the Claimant presented no evidence as to the monetary amount of his damages, it is clear that to prevent the discrimination arising from the taking of his boots, wedge pillow and egg crate mattress, those items should be restored to him. If the boots have been discarded or lost, it will be necessary for DOC to obtain new medical boots for him forthwith. The wedge pillow and an egg crate mattress for Claimant.]

It was the Special Master whom brought the monetary amount (mentioned), to the forth-front. The Plaintiff did in fact respond to the Special Master's interceding of some sort of monetary value of the Plaintiff's deprivation of his medical needs.

The Special Master never responded to the Plaintiff's Motion to his monetary damages based on the period of time that he suffered by DOC.

It is at this time that the Plaintiff respectfully request that the U.S. District Court Judge **RECANT** , its ORDER dated Sept. 11th 2008, and allow the Special Master to Rule on his **MONETARY DAMAGES,** BECAUSE HE DID IN FACT RULE IN FAVOR OF THE PLAINTIFF ON ALL OF THE OTHER MATTERS BEFORE HIM.

**WHEREFORE:** The Plaintiff Respectfully Request that this Honorable Court **RECANT,** it's Order dated Sept. 11th 2008, and allow the Special Master to Rule on the **MONETARY DAMAGES,** in this matter.

Respectfully submitted this 21th day of September 2008,

page 2.

*Marty Bueno 10-2-08*
Marty Bueno #50565
CTCF P.O.Box 1010-Ch-1
Canon City, Co. 81215-1010

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing OBJECTION TO U.S. DISTRICT COURT ORDER, DATED SEPTEMBER 11th 2008 this 21th day of September 2008, to the following:

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman St. 5th Floor
Denver Colorado 80203

Special Master
Richard C. Davidson,
901 19th Street
Denver, Colorado
80294

*Marty Bueno*
Marty Bueno

page 3.