October 8th, 2008

Federal Dist. Court  Judge Kane
1901 Stout St.
Denver CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 10 2008
GREGORY C. LANGHAM, CLERK

James Rudnick
CDOC  68432
LCF 49030 ST. HWY. 71
Limon CO 80826

92-CV-00870-EWN

Re: ADA Class Action Member 01-092 Mobility Claim
Montez -- Claimant Rudnick Prisoner # 68432
D.O.C. Failure to Provide Court Ordered Accommodations

Judge Kane:

• On 10-2-08 I was placed in "Segregation" @ this LCF facility for an irrelevant matter.

• In Segregation we do not get our Medical Accommodations other than Medicine. (I asked.)

• My Medical Needs do not change where ever I'm placed. And my ADA claim Accommodations are Court Ordered. Which included: Boots that fit, orthotics, chair, heat pad, and Medical mattress.

• At this time, we are chained wherever we go and forced to walk in "Shower Shoes", - And the Mattress (worn out) causes Mobility + Sleep problems all-over-again.

• This Living Unit does not have any chairs in the Cells.

• My Shower Shoes are broken + taped together — They are not made to shuffle chained-up 400 yds plus back + forth to Medical or other Appointments.

• Additional D.O.C. "prescribed" Medical items are also not supplied = Rubber Mouth/teeth guard (for grinding teeth @ night) A Wedge Pillow (for GERD) and a Salt water Nasal-sinus Rubber Squeeze bulb (irrigates sinuses)

• These Medical Accommodations are all for long standing well documented + Recognized Medical Conditions.

(1)

- Prison is NOT the Dept of Punishment and this barbaric practice should not be permitted to continue.
- I am not a problem or trouble maker and have NO issues to be a "Real Security Risk".
- I have recently filed to ADA Mobility Claims regarding Knee deterioration. Only requesting a Stationary Bike Machine to do Low Impact Cardio work as prescribed by Doctors prior to this incarceration (and while incarcerated)
- The ADA Inmate Coordinator rejected this and all other claims stating I had already received my accommodations. This is FALSE!
- I grieved the "Bike" issue before and the fact that we HAD Bikes + Stair Machines + Row Machines But Recreation Gave Them Away — stating this is a Medical Issue not Recreation
- I am not a young MAN (almost 50) and these are "Simple fixes" to prevent further damage + deterioration. (And Already paid For)

Can you HELP ME? Isn't this (what they're doing) a Contempt of Court? as well as Contempt of Humanity?

You Know, I worked here in Maintenance, and whenever THEY needed things Fixed I was sure called to do it. Why are they so malicious and "getting away with it"?

I look forward to your quick Response.
Respectfully,         (2)            [signature]