IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number C-005
Category C
Claimant: Edward Corbin, #114258
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master on documents filed with the Court by Claimant.[1] These letters and documents (Document #3382) have been referred to the Special Master for review and formal action.

Claimant filed a claim under the Remedial Plan. Claimant settled his claim (03-262) in February 2007. The documents filed with the Court appeared to relate to day-to-day activities in DOC. It was not clear exactly what Claimant was requesting from the Court.

Claimant was given an opportunity to provide additional information to the Special Masters concerning his documents and what he is requesting. Further, he was given an opportunity to indicate why he believed this Court has continuing jurisdiction over him and/or over his claim.

Claimant was provided up to and including June 13, 2008 in which to respond to the order of the Special Master. Claimant has filed nothing further.

---

[1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

Claimant settled his claim for a monetary payment. His claim was dismissed with prejudice on February 28, 2007. There is no continuing jurisdiction over the claim, since it has been dismissed. To the extent that Claimant is a member of the class, he is represented by counsel. The Remedial Plan does not provide any continuing basis for individual inmates to file documents related to DOC activities. Claimant may contact class counsel and seek their assistance.

IT IS HEREBY ORDERED that the Special Master will take no further action on the documents filed by Claimant, as the claim of Edward Corbin was settled and dismissed and there is no jurisdiction to do anything further on the claim.

SIGNED this 23rd day of June, 2008.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 23rd day of June, 2008 to the following:

Mr. Edward Corbin
#114258
FLCF
P.O. Box 1000
Ft. Lyon, CO 81038-1000

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

Susan L. Carter