IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-289
Category: Untimely Filed Claim
Claimant: Raymond W. Scott, #53948
Address of Claimant: FCF, P.O. Box 999, Canon City, CO 81215-0999

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the letter of Raymond Warren Scott. In his letter, Mr. Scott raised various issues concerning the Phase II program at FCF. It was impossible to determine whether Mr. Scott was claiming that he is disabled and, therefore, a possible member of the class in this case.

    A claim form was forwarded to Mr. Scott, along with an information sheet. Mr. Scott was granted up to and including August 4, 2008 in which to file a claim or to indicate upon what basis the Special Masters have jurisdiction over the issues being raised. Nothing has been filed by him.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    No claim has been filed. There is no jurisdictional basis for the Special Masters to act on the

request of Mr. Scott.

IT IS HEREBY ORDERED that the case of Raymond W. Scott is dismissed, as he has failed to file a claim or to indicate on what basis the Special Masters would have any jurisdiction over his request for relief; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 8th day of August, 2008.

BY THE COURT;

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 8th day of August, 2008 to the following:

Mr. Raymond W. Scott
#53948
FCF
P.O. Box 999
Canon City, CO 81215-0999

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

Susan L. Carter