IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-283
Category: Untimely Filed Claim
Claimant: Robert Landrum, #124611
Address of Claimant: BCCF, 11560 Road FF 75, Las Animas, CO 81054-9573

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER came before the Special Master on the claim form of Robert Landrum. In that claim form, he checked the boxes for mobility impairment and vision impairment. He also stated that he came into DOC custody on February 26, 2008.

    Since it appeared that the Special Masters might not have jurisdiction over this claim, a show cause order was issued to Claimant. He has responded to that order. Claimant states, in part, as follows:

> I do not understand how to respond to your order to show cause of why you should have jurisdiction over my claim. I do not have any understanding of how this all works. I was told to write you and explain that I am or have a disability and that since December 20th 2004, I have asked CDOC for accommodations because of my cervical spine injury I received in 2001, for my numerous knee and arthritis problems and because my vision is not very good...And CDOC continues to deny me accommodations I should be permitted to have per the Remedial Plan of Jesse Montez claim/action.....

Claimant requests that his claim be adjudicated on its merits.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

Claimant entered into DOC custody after August 23, 2003. The Special Masters have no jurisdiction over this claim. Claimant may bring his own damage claim in a separate lawsuit, but there is no jurisdiction to consider his claim.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant came into the custody of the Colorado Department of Corrections after August 27, 2003 and the Special Masters have no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 23rd day of July, 2008.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 23rd day of July, 2008 to the following:

Mr. Robert Landrum
#124611
BCCF
11560 County Road FF.75
Las Animas, CO 80154-9573

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*