IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-002
Category: III
Claimant: Joe Eubanks, #64033
Address of Claimant: SCCF, P.O. Box 3, Pueblo, CO 81003

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter from counsel for the class. In that letter, counsel requests additional time to respond to the order of July 25, 2008.

The order of July 25, 2008 was a final order on the issues raised by Claimant. As to issues related to compliance, the letter and copies of the file were forwarded to counsel for the class. Under the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), there is nothing further that is needed by the Court. Counsel for the class must review the letter and pleadings of Claimant in order to determine if any action should be taken on his behalf. No response is needed by the Court.

IT IS HEREBY ORDERED that the request for extension by counsel for the class is denied.

SIGNED this 18th day of August, 2008.

BY THE COURT:

By: _____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 18th day of August, 2008 to the following:

Mr. Joe Eubanks
#64033
SCCF
P.O. Box 3
Pueblo, CO 81003

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*