IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-272
Category: III
Claimant: Roy Jack Pollard, #94894
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the "complaint" and accompanying documents filed by Mr. Pollard. The Special Master has reviewed those documents, along with the response of Defendants.

The "complaint" raises issues of improper treatment by CDOC against Mr. Pollard. These issues either go beyond issues raised in this case or involve the question of compliance with the Remedial Plan. The Special Master does not have the authority to rule on Mr. Pollard's *pro se* motion. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). The letter and other documents will be forwarded to counsel for the class for action as deemed appropriate pursuant to the requirements in *McNeil*.

IT IS HEREBY ORDERED that the "complaint" of Mr. Pollard is denied; and

IT IS FURTHER ORDERED that the "complaint" and other documents shall be forwarded to counsel for the class.

SIGNED this 18th day of August, 2008.

BY THE COURT:

By: *[signature]*

Richard C. Davidson
Special Master

# CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 18th day of August, 2008 to the following:

Mr. Roy Jack Pollard
# 94894
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

Susan L. Carter