IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

-vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-137
Category III
Claimant: Travis Star Nelson, #116660
Address of Claimant: c/o Dale S. Carpenter, III, 143 Union Blvd., #900, Lakewood, CO 80228

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. The Special Master was advised over one year ago that a settlement had been reached in this case. Since that time, Claimant has not filed the necessary paperwork to allow closure of this claim.

On June 25, 2008, the parties were directed to submit the paperwork for dismissal. Nothing has been filed by Claimant. He has had the opportunity to bring this matter to closure. He and his counsel have had the opportunity to request additional time for good cause. Nothing had been filed by Claimant. The claim will be dismissed with prejudice.

IT IS HEREBY ORDERED that the claim of Travis Star Nelson is dismissed for failure to comply with orders of the Special Master; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 29, 2008.**

SIGNED this 11th day of August, 2008.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 11th day of August, 2008 to the following:

Mr. Travis Star Nelson
c/o Dale S. Carpenter III
143 Union Blvd., #900
Lakewood, CO 80228

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

Susan L. Carter