IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-268
Category: Untimely Filed Claim
Claimant: Tessie Denise King, #80559
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim of Tessie Denise King (Claimant). This claim was received on April 22, 2008. Since Claimant had failed to check any of the boxes on her claim form, it was impossible to determine if her claim could proceed. It also appeared as if her claims of discrimination arose after heart surgery in 2004.

An order was issued directing Claimant to show cause why her claim should not be dismissed. Despite being granted up to and including May 17, 2008 in which to file a response to the order to show cause, Claimant has filed nothing further.

She stated as follows in her claim form:

    Heart disability. I have had 2 heart surgeries. 1st 1975. 2nd 2004. In prison in 2004 they replaced a heart valve. Now I keep having chest pains and they keep telling me nothing's wrong. The doctor at the hospital keeps telling them I need to see a cardiologist. Which they keep ignoring the doctor. They don't see me in medical. I have seen the DOC medical doctor once and I have been here 5 mos.

Claimant stated further in response to the question about discrimination:

> They threaten me if I come to them with chest pain. They tell me I will get a write-up if I keep complaining. I am fighting abuse of medical services. They keep ignoring referrals for me to see a cardiologist. My doctor is in Denver. They are charging me for hospital visits. Medical told me I'm costing them a lot of money and they don't see me anymore.

The claim form indicates that Claimant's problems arose after her heart surgery in 2004.

The Remedial Plan was approved by Judge Nottingham on August 27, 2008. The Remedial Plan dealt with four areas of disability: mobility impairment; vision impairment; hearing impairment; and diabetes. Other conditions were not covered by the Remedial Plan, but inmates were not precluded from filing separate lawsuits for those conditions not covered by the Remedial Plan. An example would be a mental health condition. Claimant did not indicate which category she believed her claims falls into. Heart conditions are not a recognized category under the Remedial Plan.

Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. The Remedial Plan also contemplated prompt filing of claims by those individuals who were in custody on or before August 27, 2003.

IT IS HEREBY ORDERED that the claim of Claimant is denied, as Claimant's claimed disability and the alleged discrimination occurred after August 27, 2003 and the Special Masters have no jurisdiction over the claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 11, 2008.**

SIGNED this 29th day of May, 2008.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 29th day of May, 2008 to the following:

Ms. Tessie Denise King
#80559
LVCF
1401 W. 17th Street
Pueblo, CO 81003

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*