# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant (#3659). In that letter, Claimant raises concerns about the medical care that he has been receiving. He has requested help and argues that Defendants are in contempt of court.

Claimant's letter relates to issues that apply to many inmates in DOC. Under the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991), Claimant's letter must be forwarded to counsel for the class. If Claimant is a member of the class, he is represented by class counsel. If what is occurring is not covered by the Remedial Plan, then Claimant must pursue a separate lawsuit. The Court must follow the *McNeil* decision and may not act on Claimant's *pro se* letter.

IT IS HEREBY ORDERED that the letter of Claimant is referred to counsel for the class.

SIGNED this 16th day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

By:_____

Richard M. Borchers

Special Master