IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

___

Claim Number: 03-308 (formerly 01-036)
Category: III
Claimant: Randy Kailey, #50247
Address of Claimant: BCCF, 11560 CRV FF-75, Las Animas, CO 81054-9573

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the letter of Claimant (#3657) to the Court concerning a request for compensation for money Claimant contributed to the class. This letter will be treated as a motion. The motion will be referred to Judge Kane for resolution, as Claimant has made an objection to the final order of Special Master Richard C. Davidson that dealt, in part, with his request for compensation.

    IT IS HEREBY ORDERED that Claimant's letter is referred to Judge John L. Kane, Jr. for further action.

    SIGNED this 15th day of October, 2008.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master