IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-453
Category: III
Claimant: Roy A. Melanson, #117654
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Court on Claimant's motion to withdraw his claim. In that motion, Claimant acknowledges that his issues have arisen in 2008. He was not disabled and subjected to discrimination on or before August 27, 2003.

Claimant may bring his own separate lawsuit. A copy of this order will be sent to counsel for the class, as there are some issues that may be involved with the implementation of the Remedial Plan.

IT IS HEREBY ORDERED that Claimant is allowed to withdraw his claim; and

IT IS FURTHER ORDERED that the hearing set for November 20, 2008 is vacated; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 24, 2008.**

SIGNED this 7th day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master