IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-299
Category: Untimely Filed Claim
Claimant: Patrick T. John, #135724
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the claim of Claimant, plus a number of other documents submitted by him. In the claim form, Claimant indicated that he came into DOC custody on March 23, 2007.

    Since it appeared that there might be a lack of jurisdiction over the claim, a show cause order was issued to Claimant. He was granted initially up to and including September 8, 2008 in which to respond. That time was extended to October 6, 2008. Claimant has filed two letters and several pages of medical records. Claimant has not detailed upon what basis the Special Master has jurisdiction over this claim, as Claimant came into DOC custody after August 27, 2003.

    The Remedial Plan provides the jurisdictional basis for the Special Masters. The Remedial Plan requires that a claimant must have been in DOC custody on or before August 27, 2003. According to his own documents, Claimant came into DOC custody on March 23, 2007. The Remedial Plan does not provide any authority to the Special Masters to supervise daily DOC actions. There is no basis in the Remedial Plan or federal law to allow this claim to proceed. Claimant may bring his own separate lawsuit concerning his condition and the activities of DOC staff.

    IT IS HEREBY ORDERED that the claim of Patrick T. John is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 15, 2008.**

SIGNED this 15th day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master