IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-303
Category: Untimely Filed Claim
Claimant: Daniel L. Schaal, #83976
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the response of Claimant to the show cause order. In his response, Claimant acknowledges that he cannot prove that he was disabled on or before August 27, 2003. He will pursue a separate lawsuit for issues that have arisen in the last couple of years. The Special Master has no jurisdiction over this claim. The claim will be dismissed without prejudice.

    IT IS HEREBY ORDERED that the claim of Daniel L. Schaal is dismissed without prejudice, as he came into DOC custody after August 27, 2003 and there is no jurisdiction over his claim; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 1, 2008.**

    SIGNED this 10th day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master