IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-318
Category: Untimely Filed Claim
Claimant: Christopher Scarver, #117801
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER came before the Special Master on the letter of Claimant. In that letter, Claimant raised concerns about the health care he has been receiving. Specifically, he was concerned about his mental health treatment. He requested to file a claim.

      A claim form and information sheet were provided to Claimant, and he was granted up to and including October 10, 2008 in which to file a claim. Despite being granted time to file a claim, Claimant has not submitted a claim to the Special Master.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. In order to proceed, a claim must be filed. Without a claim, there is no jurisdiction for the Special Masters.

      Claimant has noted that he has mental health issues. These cannot be considered under the Remedial Plan. Claimant does have the right to bring a separate lawsuit pursuant to the ADA and

Rehabilitation for mental health issues.

IT IS HEREBY ORDERED that the case of Christopher Scarver is dismissed, as he has failed to file a claim and his alleged disability relates to mental health issues that cannot be adjudicated under the Remedial Plan; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 15, 2008.**

SIGNED this 15th day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master