IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-319
Category: Untimely Filed Claim
Claimant: Terry Jones, #112259
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the letter of Claimant. This letter is in response to the order of September 26, 2008. In that order, the Special Master requested Claimant to indicate what jurisdictional basis exists to act on his requests.

    Claimant previously filed a claim that was dismissed. Presently, Claimant has cancer and is requesting pain medications. Claimant states in his letter that "[a]ll I am asking for is some compassion and relief from my back pain until I leave DOC custody."

    Claimant filed a claim for damages that was adjudicated on February 16, 2007. That claim was assigned #02-875. The Special Master determined that Claimant was mobility impaired but had not established any discrimination in violation of the ADA and Rehabilitation Act. The Special Master noted that *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134 (10th Cir 2005) precluded consideration under the ADA of medical malpractice or negligence issues. The claim was dismissed.

    Claimant's letter requests help. He states that he has been advised that he is dying from the cancer. To the extent Claimant is raising issues that involve Defendants' compliance with the Remedial Plan, Claimant is represented by counsel for the class. Under appellate case law, the Court may have only the jurisdiction to forward his letter to counsel for the class. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

The Remedial Plan provides the jurisdictional basis for the Special Masters. The Remedial Plan does not provide any authority to the Special Masters to supervise daily DOC actions. There is no basis in the Remedial Plan or federal law to allow this claim to proceed. Claimant may bring his own separate lawsuit concerning his condition and the activities of DOC staff.

IT IS HEREBY ORDERED that the claim of Terry Jones is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 1, 2008.**

SIGNED this 10th day of October, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master