THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870
96-N-343

Plaintiff,
Robert Whitaker

v.

Defendant.
Bill Owens, et al.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2008

GREGORY C. LANGHAM
CLERK

## MOTION OF OBJECTION

(1) The Department of Correction, Med. Legal Document Counterdicts There own Records.

(2). The plaintiff Fells He is entitled to Relef. and Support of the Court.

(3). The plaintiff Fells That The opinion of The Special Master is Wrong.

(4). The plaintiff. Request add Time, To get some Help on Filing My objection in a Correct Manner.

Respectfully Submitted
Robert Whitaker
#88805

Dated This Day
14 Oct 08