In The United States Court of Appeals
For The Tenth Circuit Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2008
GREGORY C. LANGHAM
CLERK

Docket No.
U.S. Dist. Ct. No. 92-cv-00870-EWN

Jesse (Jesus) Montez, et al.
Plaintiffs, as Representatives of Themselves and all others Similarly situated in The Class-action

v.

Bill Owens, et al.
Defendants

Re: Larry Gordon, Claim Number: 02-123703-201

Motion, Notice of Appeal

Comes Now, Larry Gordon, Claimant, please, pursuant to Fed. Rule App. Proc. 4(a), Therein So plays:

1. Please be advised that claimant request to Appeal from The United States District Court for The District of Colorado's "Final Order..." Dated September 11, 2008, decision, and also request, That any and all records be Transfer to The Tenth Circuit Court of Appeals. Wherefore, Claimant Request Review.

Dated October 8, 2008

Larry Gordon
Respectfully Submitted pro se

①

Certificate of Service

I, LARRY Gordon, hereby certify that a true and correct copy of this (motion Notice of Appeal) was placed in the United States Mail to the following party's:

United States District Court
Alfred A. Arraj United States Courthouse
901-19th Street
Denver, Colorado, 80294

Mr. James Quinn
Colorado Attorney General's Office
1525 Sherman Street
Denver, Colorado, 80203

United States Tenth Circuit
Court of Appeals
1823 Stout Street
Denver, Colorado, 80257

Dated: October 8, 2008

Larry Gordon
Respectfully Submitted pro se

②