State of Colorado )
) ss.
Lincoln County )

Affidavit of Indigency

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2008

GREGORY C. LANGHAM
CLERK

I, LARRY Gordon, being first duly acknowledge, depose and state that:

1. I, LARRY Gordon, desire to proceed In forma pauperis with an appeal in the United States Court of Appeals for the Tenth Circuit Court.

2. That I am indigent and have no money or assets to pay the fees, and cost of this proceedings or give security thereof.

In support of this affidavit, I incorporate by reference the attached certificate which verifies my indigency.

Larry Gordon
Respectfully submitted pro se

Subscribed and acknowledge, to before me this 8th day of October 2008

A. Cosner         4-26-10
Notary Public    My Commission expires

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 10/08/2008 = Page  1

Account: 53405 GORDON, LARRY                        LIMON CF   LCF/UNIT5
     To:From Dates   04/08/2008: 10/08/2008
===============================================================================
 Trans Date      Description         Deposits   Withdrawls     Balance    Loc
 ----------  --------------------   ----------  ----------  -------------  ---
 04/08/2008  BALANCE AS OF 04/08/2008                           12.30
 04/10/2008  XEROX-DEBIT                            1.00        11.30 LF
 04/10/2008  POSTAGE-DEBIT                          1.31         9.99 LF
 04/11/2008  WESTERN UNION CREDIT     10.00                     19.99 LF
 04/15/2008  POSTAGE-DEBIT                          5.38        14.61 LF
 04/15/2008  POSTAGE-DEBIT                          2.13        12.48 LF
 04/21/2008  POSTAGE-DEBIT                          1.38        11.10 LF
 04/23/2008  Canteen Order #5824179                 5.11         5.99 LF
 04/30/2008  RESTITUTION-93CR1049                   4.58         1.41 LF
 05/01/2008  XEROX-DEBIT                            0.25         1.16 LF
 05/02/2008  Canteen Order #5801326                 2.75        -1.59 LF
 05/06/2008  7 MD-R CUSTODIAN         13.20                     11.61 LF
 05/13/2008  Canteen Order #5868382                 7.61         4.00 LF
 05/30/2008  RESTITUTION-93CR1049                   2.64         1.36 LF
 06/02/2008  POSTAGE-DEBIT                          0.42         0.94 LF
 06/02/2008  POSTAGE-DEBIT                          2.19        -1.25 LF
 06/03/2008  7 MD-R CUSTODIAN         12.90                     11.65 LF
 06/06/2008  POSTAGE-DEBIT                          0.42        11.23 LF
 06/10/2008  Canteen Order #5927598                 8.22         3.01 LF
 06/12/2008  POSTAGE-DEBIT                          0.59         2.42 LF
 06/17/2008  POSTAGE-DEBIT                          0.35         2.07 LF
 06/20/2008  POSTAGE-DEBIT                          1.42         0.65 LF
 06/27/2008  POSTAGE-DEBIT                          0.42         0.23 LF
 06/30/2008  RESTITUTION-93CR1049                   2.58        -2.35 LF
 07/01/2008  7 MD-R CUSTODIAN         12.90                     10.55 LF
 07/07/2008  POSTAGE-DEBIT                          1.34         9.21 LF
 07/10/2008  XEROX-DEBIT                            3.75         5.46 LF
 07/14/2008  Canteen Order #6003762                 0.90         4.56 LF
 07/17/2008  XEROX-DEBIT                            0.40         4.16 LF
 07/31/2008  RESTITUTION-93CR1049                   2.58         1.58 LF
 08/06/2008  7 MD-R CUSTODIAN         12.46                     14.04 LF
 08/26/2008  Canteen Order #6092919                 5.18         8.86 LF
 08/29/2008  RESTITUTION-93CR1049                   2.49         6.37 LF
 09/02/2008  7 MD-R CUSTODIAN         12.90                     19.27 LF
 09/09/2008  Canteen Order #6118744                 0.90        18.37 LF
 09/25/2008  Canteen Order #6135320                14.58         3.79 LF
 09/29/2008  POSTAGE-DEBIT                          0.42         3.37 LF
 09/29/2008  POSTAGE-DEBIT                          5.78        -2.41 LF
 09/30/2008  RESTITUTION-93CR1049                   2.58        -4.99 LF
 10/01/2008  XEROX-DEBIT                           16.00       -20.99 LF
 10/01/2008  7 MD-R CUSTODIAN         13.20                     -7.79 LF
 10/08/2008  BALANCE AS OF 10/08/2008                           -7.79
===============================================================================
                     Total money order in hold:        0.00
                     Current balance as of 10/08/2008: -7.79
                       **Reserved/Encumbered Monies:    2.64
                     Available money as of 10/08/2008:  3.96
```

I certify that this is a true and accurate 6-month Inmate Account Banking History from 04/08/08 through 10/08/08 for Larry GORDON, DOC NUMBER 53405

Shellie Cadwallader, Case Manager I, Limon Correctional Facility
Date: 10/08/08

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 0 2008

GREGORY C. LANGHAM
CLERK

Certificate

I, _____, an employee of The Limon Correctional facility, Limon, Colorado. 80826, hereby Certify That, LARRY GORDON, an inmate of This institution has credits or funds on deposit with the undersen in The sum of $_____.

Dated: _____

_____
Name

_____
Title

④