Colorado Department of Corrections
Name _Lee Cagan_
Register Number _23505_
Unit _No. 8 025 (Pod Unit 7)_
Box Number
City, State, Zip _Denver, Colorado_
_80826_

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 15 2008
GREGORY C. LANGHAM
CLERK

United States District Court
Alfred A. Arraj United States Courthouse
901 - 19th Street
Denver, Colorado, 80294

FACILITY LCF

STAFF NO. NAME Lozano

DATE REC'D 10-13-08

INK 112

DOC # 53460

OFFENDER LAST NAME Gordon

145045