IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Larry Gordon, Claim number 03-201

## ORDER

Kane, J.

This matter is before the court on Claimant, Larry Gordon's Objection to Final Order of Special Master (doc. #3126). The court has now reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered in great detail the medical issues that afflict Mr. Gordon, and correctly found that Claimant is not disabled as defined by the Settlement Agreement. The numerous complaints Mr. Gordon has regarding the quality of medical care must be addressed through a separate individual action, and not as a part of the remedial plan in this case. Dismissal of the claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3102) is AFFIRMED.

Dated: September 11, 2008

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Gordon.

In The United States Court of Appeals
For The Tenth Circuit Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 15 2008

GREGORY C. LANGHAM
CLERK

Docket No.
U.S. Dist. Ct. No. 92-CV-00870-EWN

Jesse (Jesus) Montez, et al.
  Plaintiffs, as Representatives of Themselves and all
  others Similarly Situated in The Class-action
v.
Bill Owens, et al.
  Defendants

Re: LARRY Gordon Claim Number: 02-123703-201

Motion Notice of Appeal

Comes Now, LARRY Gordon, Claimant, pro se, pursuant to
Fed. Rule App. Proc. 4(a), Therein so plays:

1. Please be advised that Claimant request to Appeal from
The United States District Court for the District of
Colorado's "Final Order..." Dated September 11, 2008,
decision, and also request, That any and all Records be
Transfer to The Tenth Circuit Court of Appeals
Wherefore, Claimant request keep.

Dated October 8, 2008

Larry Gordon
Respectfully Submitted pro se

①

Certificate of Service

I, LARRY Gordon, hereby certify that a true and correct copy of this (Motion Notice of Appeal) was placed in the United States Mail to the following party's:

United States District Court
Alfred A. Arraj United States Courthouse
901-19th Street
Denver, Colorado, 30294

Mr. James Quinn
Colorado Attorney General's Office
1525 Sherman Street
Denver, Colorado, 80203

United States Tenth Circuit
Court of Appeals
1823 Stout Street
Denver, Colorado, 80257

Dated: October 8, 2008

Larry Gordon
Respectfully Submitted pro se

(2)