IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al,

        Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

BILL OWENS, et al,

        Defendants.

Re: Claimant Larry Gordon, Claim number 02-123 & 03-201

## ORDER TO CURE DEFICIENCY

Kane, Senior Judge

    Interested Party, Larry Gordon submitted a Notice of Appeal on October 15, 2008. The court has determined that the document is deficient as described in this order. Larry Gordon will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u>X</u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      __   is not submitted
      __   is missing affidavit
      __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      __   is missing required financial information
      __   is missing an original signature by the prisoner
      <u>X</u>   is not on proper form (must use the court's current form)
      __   other_____

Accordingly, it is

ORDERED that Larry Gordon cure the deficiencies designated above within 30 days from the date of this order. Any papers that Larry Gordon filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Larry Gordon, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Larry Gordon fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 22nd day of October, 2008.

BY THE COURT:

*s/John L Kane*
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO