# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 22, 2008

Douglas E. Cressler
Chief Deputy Clerk

Mr. Larry Gordon
#53405
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826-0800

**RE:**   **08-1399, Montez v. Owens, et al**
Dist/Ag docket: 1:92-CV-00870-EWN-OES

Dear Appellant:

The court has docketed the appeal in this case.

You must complete and file the enclosed entry of appearance form within 30 days from the date of this letter. Attorneys must complete and file an entry of appearance within 10 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

Prisoners must pay the full amount of the filing fee. *See* 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the act. They include providing a certified copy of the prisoner's trust fund statement for the preceding six months, and consenting to the collection of the funds from the prisoner's account by the custodian.

The district court is reviewing your fee status. Until the district court enters an order, proceedings on appeal are suspended. When that is done, you will receive further instructions.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732 (2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

          Sincerely,

          Elisabeth A. Shumaker
          Clerk of the Court

cc:       Patricia Bellac
          Jess Alexander Dance
          Paula Dee Greisen
          Jennifer Susan Huss
          Robert Charles Huss
          Lara Elizabeth Marks
          Elizabeth H. McCann
          James X. Quinn
          Edward T. Ramey
          Jennifer Wardner Riddle
          Jennifer L. Veiga

EAS/sls