IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-444
Category III
Claimant: Robert Whitaker, #88805
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, he requests additional time in which to file an objection to the final order of the Special Master. His request will be granted.

IT IS HEREBY ORDERED that Claimant is granted up to and including **December 29, 2008** in which to file his objection to the final order of the Special Master.

SIGNED this 20th day of October, 2008.

                      BY THE COURT:

                      */s/ Richard M. Borchers*

                      _____
                      Richard M. Borchers
                      Special Master