October 15, 2008

Dexter Gail Millican #86568
Fort Lyon Corr. Fac., 4/145AL
P.O. Box 1000
Fort Lyon, Colorado, 81038

ORIGINAL

Judge Kane
United States District Courts, Clerk of the Court
901 19th Street
Denver, Colorado, 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2008

92-cv-00870 EWN

GREGORY C. LANGHAM
CLERK

Dear Judge Kane

I'm writing this letter to request an appeal on my case, because these Medical Records I'm asking to get copies of were not in the hearing I had on June 23, 2008. And, may I please be allowed to receive copies of these records from my medical file. Two pages from you are enclosed.

Sincerely yours,

Dext G. Millican

Dexter G. Millican #86568

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-348
Category III
Claimant: Dexter Millican, #86568
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, Claimant states that "it will justify my claim if I could have the Orthopedic Doctor I'm scheduled to receive three operations from at Denver Health Hospital (orthopedic surgery department)." Claimant goes on to state that he does not remember the doctor's name. *[handwritten: These Medical Records were just received by Fort Lyon Corr. Medical Dept.. They are the base for my appeal. I need copies! — 10/15/08 Dex B. Millican]*

The Special Masters have no power to issue subpoenas. The only way the doctor can testify is if he is willing to do so voluntarily. Claimant will need to directly contact the doctor. As a practical matter, the doctor probably will not agree to testify. Claimant will be granted time to review his medical records, as the report may already be in the records.

IT IS HEREBY ORDERED that Claimant's request for help from the Special Master to obtain the testimony of an unnamed doctor is denied; and

IT IS FURTHER ORDERED that Claimant will be granted the opportunity to review his medical records before the hearing. *[handwritten: These Medical Records were not at my hearing! Dex B. Millican 10/15/08]*

SIGNED this 7th day of January, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-348
Category III
Claimant: Dexter Millican, #86568
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the letter of Claimant that was filed with the Court (doc. #3649). In that letter, Claimant requests access to medical records that are purportedly in DOC custody from the orthopedic department at Denver General Hospital.

Claimant previously filed a claim with the Special Masters. A hearing was held on June 23, 2008 at the Adams County Detention Center in Brighton, Colorado. After consideration of the evidence presented, the Special Master determined that Claimant had not established that he was disabled as defined by the ADA and Rehabilitation Act. Review of any additional medical records would not be related to any claim that could be brought anew by Claimant. Claimant has raised issues in his letter and attached documents that relate to the implementation of the Remedial Plan and the quality of medical care provided by DOC. These are issues that must be presented to counsel for the class.

[Handwritten annotation: 10/15/08 Dexter R. Millican — "My ADA Status is under review (re-evaluation) because of Med. Records. I'm asking copies of for my records and your records?"]

IT IS HEREBY ORDERED that Claimant no further action will be taken on Claimant's letter; and

IT IS FURTHER ORDERED that a copy of this order will be sent to counsel for the class.