IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil action No. 92-cv-870-EWN-OES

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs,

-vs.-

BILL OWENS, et al.,
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
                    CLERK

---

Claim Number: 03-420
Catagory: III
Claimant: Santos Romero, DOC# 48563
Address: KCCC-CCA 49777 Country Rd. V, P.O. Box 2000, Burlington, Colo. 80807

---

### EMERGENCY REQUEST - MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO FINAL ORDER OF THE MASTER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 53 (g) (2).

---

**COMES NOW**, Plaintiff/Claimant, Santos Romero, pro-se, and hereby request an Emergency Request for an Extension of Time to complete his Objection to the Masters Final Order. Athough, the court gave word that no more extensions will be allowed. As grounds in support thereof, Mr. Romero states as follows:

(1) The motion to Object to the Masters Final Order is due on 10/29/08.

(2) Mr. Romero prayfully request an extension of time not to excede two weeks.

(3) Plaintiff has had unexpected set backs in accessing the law library. This being, allowable space allowed in the library. And because of recent changes in facility movement. And Claimant was not allowed extra access as had been allowed before. And at the last minute (10/24/08), Plaintiff was informed, because of these changes extra access was no longer allowed. Ofwhich, Claimant had already scheduled this extra time to be able to complete his objection properly and on time. And would have if this was still allowed.

(4) Defendants have been allowed an extension until May 1, 2009 to comply. So Mr. Romero begs the court to allow him this final, desperate request.

Respectfully submitted this 28 day of October 2008.

By: _Santos Romero_.

---

## CERTIFICATE OF MAILING

I, ___SANTOS ROMERO___, hereby certify that on this __28__ day of __October__, 2008, a true copy of the foregoing document was logged and deposited in the institution's internal mail system with First-Class Postage Pre-paid and addressed to the following:

Clerk of the United States District Court
for the District of Colorado
901 19th Street
Denver, Colorado 80294

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203

_Santos Romero_, Pro-se.
Mr. Santos Romero, Doc# 48563
Kccc-CCA/Inmate Legalmail

P.O. Box 2000
49777 County Road V
Burlington, Colorado 80807