1.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et, al,

    Plaintiff

Vs.

BILL OWENS, et, al,

    Defendant

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
                  CLERK

Claim Number: 03-272
CATEGORY: III
Claimant: Roy Jack Pollard
Address of Claimant:
CTCF # 7, P.O. Box # 1010
Canon City, Colorado
81215-1010

**RESPONSE TO THE ORDER OF SEPTEMBER 18, 2008**

The Honorable Judge, JOHN L. KANE:

I do believe that your order was premature, as on September 8, 2008, the Colorado Department of Corrections issued this Claimant a Montez Accommodation Resolution. There by conceding that this Claimant is Mobility Disabled and Impairment. Two weeks ago CTCF Medical did a five day testing as to this claimant's Diabetic Disability/impairment. A medical Doctor called this Claimant in for an appointment of October 3, 2008 and informed this Claimant that they were reviewing his Vision Disability/impairment. It would legally appear that this claim is on going. There is no way that this Claimant will settle his claim for any $700.00. Not hearing for seven years, and the abuse, the humiliation, the degradation, that is not an inconvenience but rather it comes under the Cruel and unusual punishment clause of the Eighth Amendment.

2.	Claim Number # 03-272

On Friday, October 3, 2008, this Claimant was call for a medical appointment. Saw a Medical Doctor, who after an examination, informed this Claimant that the surgery for his right knee had been approved, and they were just waiting for a date. On Wednesday, October 8, 2008, this Claimant was taken on a day trip to a eye clinic, for an examination, and was told that it would be another two (2) years before any eye surgery would be needed. On Friday October 10, 2008, this Claimant ordered to another appointment before another Medical Doctor an received an examination on his heart. On Wednesday, October 15, 2008, another medical appointment for xrays of his heart. This Claimant has received no report on the Diabetic, study. For the above reasons, this claimant believes that your ruling has been premature. This Claimant request that you review and reconsider your ruling of September 18, 2008. This Claimant has never filed for relief on the misconduct, or abuse, by C.D.O.C. it was presented to the Special Master as evidence. For their consideration in this claim. The Claimant's law firm in Kansas City, Kansas is putting together a law suit, on the Deliberate Indifference and abuse, at this time. Soon they will be representing This Claimant in this case.

Respectfully submitted this 22) day of October 2008:

*Roy Jack Pollard* (signature)

Roy Jack Pollard
D.O.C. Reg. No. # 94894
CTCF # 7, P.O. Box # 1010
Canon City, Colorado
81215-1010

3. Claim Number # 03-272

**CERTIFICATE OF MAILING**

I, Roy Jack Pollard, do here by swear, that on this date, I have placed a true and correct copy of the foregoing document in the CTCF legal mailing system. With the correct postage and addressed to the following:

UNITED STATES DISTRICT COURT
Alfred A. Arraj Courthouse
901, 19th Street
Room # A105
Denver, Colorado
80294-3589

Office Of the Attorney General
State Of Colorado
1525 Sherman Street
Denver, Colorado
80203

Respectfully submitted this 22 day of October 2008:

_____
Roy Jack Pollard
D.O.C. Reg. No. # 94894

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

---

**JESSE MONTEZ, et, al,**

   Plaintiff

**Vs.**

**BILL OWENS, et, al,**

   Defendant

---

Claim Number: 03-272
CATEGORY: III
Claimant: Roy Jack Pollard
Address of Claimant:
CTCF # 7, P.O. Box # 1010
Canon City, Colorado
81215-1010

---

**RESPONSE TO THE ORDER OF SEPTEMBER 18, 2008**

---

The Honorable Judge, JOHN L. KANE:

I do believe that your order was premature, as on September 8, 2008, the Colorado Department of Corrections issued this Claimant a Montez Accommodation Resolution. There by conceding that this Claimant is Mobility Disabled and Impairment. Two weeks ago CTCF Medical did a five day testing as to this claimant's Diabetic Disability/impairment. A medical Doctor called this Claimant in for an appointment of October 3, 2008 and informed this Claimant that they were reviewing his Vision Disability/impairment. It would legally appear that this claim is on going. There is no way that this Claimant will settle his claim for any $700.00. Not hearing for seven years, and the abuse, the humiliation, the degradation, that is not an inconvenience but rather it comes under the Cruel and unusual punishment clause of the Eighth Amendment.