

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

P.O. Box 1010, Canon City, Co 81215-1010, (714) 269-4002

Civil Action No 92-N-870 (OES) (Consolidated for all purposes with Action No. 96-N-343) JESSE MONTEZ, et al -vs- BILL OWENS,

**LEGAL BRIEF & FINDING OF 10/08/08 BY MICHAEL N. COLLINS**

Dear Judge John L. Kane, Jr: FURTHER OBJECTIONS, PLEADINGS, MOTIONS, APPEAL OF RICHARD M. BORCHERS, SPECIAL MASTER, CLAIM DISMISSAL OF CLAIM-ANT, MICHAEL N. COLLINS, ORDERED ON 06/18/06; FINDING OF THE FACTS.

**"777!!!"**

RESOLVED THAT THE COLORADO D.O.C'S, IN ACTUAL FACT, METHODS; BOTH STRATEGY & TACTICS TO RESOLVE MEDICAL ISSUES; BOTH DISCRIMINATION & RETALIATION, BY & THROUGH THE U.S. DISTRICT COURT CAN BE SUMMARIZED SUCCINCTLY BY THE WORDS "DENY, LIE, & DELAY" AT ALL TIMES, WITH TOTAL & COMPLETE IMPUNITY & A LACK OF ANY KIND OF COMPUNCTION WHATSOEVER. THE COLORADO DOC NEEDS TO BE DEALT & DEALT WITH BY THE U.S. DISTRICT COURT ACCORDING TO WHAT THEY, IN ACTUAL FACT, ARE: FAR LESS THAN GOOD FAITH & CREDIBLE LITIGANTS, MORE THAN WILLING TO STOOP TO ANY STRATEGY & TACTIC, NO MATTER HOW DISINGENUOUS (IN-CLUDING & ESPECIALLY JUST PLAIN "FLAT OUT LYING THAT IS THE MOST BLATANT OF "FRACTURED SWORN TESTIMONY") TO DEFEND THEIR INDEFENSIBLE, IN ACTUAL FACT, MEDICAL POLICIES & PROCEDURES; WHAT THE COLORADO DOC, IN ACTUAL FACT, DOES ON A DAILY BASIS MANY TIMES OVER (AGAIN & AGAIN) ADVERSELY AFFECTS MANY MEN & WOMEN THROUGHOUT THE COLORADO DOC SYSTEM. TO "DENY, LIE & DELAY" ARE SYS-TEMIC, IN ACTUAL FACT, METHODS; BOTH STRATEGY & TACTICS, COMMONLY & WIDELY USED BY THE COLORADO DOC TO RESOLVE NOT ONLY OTHER MEDICAL ISSUES THROUGH THE U.S. DISTRICT COURT, BUT ANY ISSUES & POINTS OF CONTENTION WHATEVER THE VENUE. THE CLAIMANT, MICHAEL N. COLLINS, HAS COME TO ACCEPT, BELIEVE & KNOW THAT ABSOLUTELY NOTHING THAT THE COLORADO DOC STATES, PRESENTS & ARGUES SHOULD BE TAKEN AT "FACE VALUE" (LYING IS LYING, NO MATTER WHO IS DOING THE LYING), AS SHOULD THE U.S. DISTRICT COURT; IF INDEED THE U.S. DISTRICT COURT & YOU JUDGE JOHN L. KANE, JR. HAVE ANY KIND OF REGARD & RESPECT FOR REAL TRUTH & REAL JUSTICE. THE COLORADO DOC (IN PARTICULAR & ESPECIALLY THEIR WHOLLY "WITHOUT STAND-

ING & LACKING IN ANY KIND OF CREDIBILITY WHATSOEVER WITNESS ORVILLE NEUFELD, M.D. WHOSE TESTIMONY AT THE CLAIMANTS HEARINGS OF MARCH 6, 2008 & MAY 8, 2008 WAS EITHER WRONG, OR JUST PLAIN "FLAT OUT" FILLED WITH MANY LIES, FILLED WITH MANY PERJURIES. ORVILLE IS A PAID "CONTRACT WITNESS", WHO HAS BEEN RETIRED FOR OVER 5 YEARS, BUT NOW HAS A VERY LUCRATIVE MEDICAL PRACTICE TESTIFYING FOR THE COLORADO DOC AT HEARINGS & COURT LEGAL PROCEEDINGS, SAYING "WHATEVER WORKS", NO MATTER HOW OBVIOUSLY A IS (INGENUOUS) HAS GONE SO FAR AS TO ALLEGE, ACT, & MEDICALLY, BOTH TREAT & NOT TREAT THE CLAIM- ANT, MICHAEL N. COLLINS, AS IF HE HAS NO MOBILITY IMPAIRMENTS WHATSOEVER, ABSURDITIES! WHOLLY IGNORED BY SPECIAL MASTER RICHARD BORCHERS WERE THE "TRAFFIC LIFE" ACCIDENTS THAT THE CLAIMANT WAS INVOLVED IN PRIOR TO HIS INCARCERATION, WHICH THE CLAIMANT ATTEMPTED TO INTRODUCE "MANY TIMES" (AGAIN & AGAIN), AS FUNDAMENTAL EVIDENCE "ESTABLISHING (UNDER-PINNING) HIS CASE, IN PARTICULAR THE CLAIMANT, MICHAEL N. COLLINS, WAS THE VICTIM IN A NEAR FATAL TRAFFIC ACCIDENT DURING THE SUMMER OF 1977, WHERE IN THE FRONT END OF HIS CAR WAS "SMASHED IN" IN A NEAR HEAD ON COLLISON, THE "OTHER DRIVER" IN AN IN-COMING TRAFFIC LANE HAD VEERED ACROSS THE ROADWAY DIVIDER & IF THE CLAIMANT, MICHAEL N. COLLINS, HAD NOT "DRASTICALLY SWERVED!" THE CLAIMANT WOULD HAVE BEEN KILLED OUTRIGHT! THIS IS NOT "MADE-UP", BUT ACTUAL FACT & THE CLAIMANT'S "DRIVER POSITION" HAD BECOME THE BASE OF A CERTAIN "TRI- ANGLE. THE FRONT END OF THE CLAIMANT'S CAR, INCLUDING THE ENGINE COMPART- MENT HAD BEEN "SMASHED IN" & COLLAPSED AROUND THE CLAIMANT'S BODY. THE CLAIMANT HAD BEEN KNOCKED UNCONSCIOUS, HAD TO BE CUT OUT OF HIS VEHI- CLE & WAS TRANSPORTED BY A SPEEDING AMBULANCE, ITS SIREN BLARING! RED LIGHTS FLASHING, TO THE EMERGENCY ROOM OF LOS ANGELES COUNTY/USC (CENTER, MEDICAL "UNIVERSITY OF SOUTHERN CALIFORNIA), AND MARTIN LUTHER KING DR. NOTHING, ABSOLUTELY NOTHING PROVIDED BY ANY "MEDICAL PROVIDER" IN ANY WAY EMPLOYED BY THE COLORADO DOC, IS IN ANY WAY CREDIBLE, AND ABSOLUTELY NO MEDICAL RECORD & NO MEDICAL DOCUMENT, IN ANY WAY PROVIDED BY THE COLORADO DOC, IS IN ANY WAY CREDIBLE. THE CLAIMANT, MICHAEL N. COLLINS NOW REQUESTS & PETITIONS THAT THE U.S. DISTRICT COURT SUBPOENA HIS FULL

COMPLETE MEDICAL CARE CLAIMS, ALL OF ITS MEDICAL DOCUMENTS IN ANY WAY RELATED TO ITS "SEVERE TRAUMA" EMERGENCY TREATMENT, EXTENSIVE & INVOLVED SURGERY, INTENSIVE CARE & THEN ORTHOPEDIC HOSPITALIZATION AT LOS ANGELES COUNTY/USC (UNIVERSITY OF SOUTHERN CALIFORNIA) NOW MARTIN LUTHER KING JR. MEDICAL CENTER FROM THEM, AS FULL SUBSTANTIVE EVIDENCE OF THE CLAIMANT'S LACK OF MOBILITY CLAIMS, (WHILE) IMPRISONED WITHIN DOC.

THE CLAIMANT'S INJURIES INCURRED BY & THROUGH ITS NEAR FATAL TRAFFIC ACCIDENT DURING THE SUMMER OF 1977 WERE CATASTROPHIC, BOTH "LIFE THREAT- ENING & LIFE CHANGING" TO ITM. THE CLAIMANT'S INJURIES WERE SUCH, AS AS TO DEMAND EMERGENCY "SEVERE TRAUMA" SURGERY TO BE KEPT ALIVE. THE CLAIMANT HAD SUSTAINED "SEVERE TRAUMA" INJURIES TO ITS HEAD; LEFT ARM, ELBOW, & HAND, LEFT LEG, KNEE, & HIP. FOR THE PURPOSES OF THIS LEGAL BRIEF THE CLAIM- ANT WILL NOW IGNORE ITS HEAD, LEFT ARM, ELBOW, & HAND THEN SUSTAINED INJURIES; INSTEAD WILL NOW FOCUS ON THE THEN SUSTAINED INJURIES TO ITS LEFT LEG, KNEE, & HIP THAT MUST EMPHATICALLY RESULT IN PERMANENT, MOBILITY IMPAIRMENTS.

SOME OF THE CLAIMANTS BONE HAD BEEN SMASHED OFF FROM ITS LEFT HIP, EX- TENSIVE BONE FRACTURES, MUSCLE & TENDON RIPS & TEARS, SOME NERVE DAMAGE RAN MUCH OF THE LENGTH OF THE CLAIMANT'S LEFT LEG. THE CLAIMANT UNDER- WENT EXTENSIVE KNEE RE-CONSTRUCTIVE SURGERY, & NEVER AGAIN WOULD RE- GAIN ANYWHERE NEAR FULL USE OF & FULL FLEXION IN ITS LEFT KNEE. FROM THE SURGERY & OUTPATIENT PROCEDURES & THERAPIES THAT THE CLAIMANT UNDER- WENT, A LARGE PIN REMAINS IN ITS KNEE, & SEVERAL LARGE SCREWS REMAIN IN ITS HIP. THE CLAIMANT WAS CONFINED TO A HOSPITAL BED & IMMOBILIZED BY A METAL FRAME TRACTION APPARATUS; ITS LEFT LEG, KNEE, & HIP COMPLETELY IM- MOBILIZED BY A FULL LENGTH PLASTER CAST FOR ABOUT TWO MONTHS. A SILVER DOL- LAR SIZED ULCER, THE THICKNESS OF A LEATHER BELT, WITH MUCH DETERIORATING & INFECTED TISSUE UNDERNEATH DEVELOPED OUT OF ITS LEFT KNEE. THROUGHOUT THE CLAIMANT'S HOSPITALIZATION AT L.A. COUNTY/USC MEDICAL CENTER IN LOS ANGELES, CALIFORNIA, THE CLAIMANT WAS IN DANGER OF LOSING BOTH ITS LIFE & ITS (LEFT LEG.)

WHOLLY IGNORED BY SPECIAL MASTER RICHARD BORCHERS WAS THE EXTEN- SIVE SCARRING THAT THE CLAIMANT RETAINS FROM ITS SURGERY & OUTPATIENT

PROCEDURES, WHICH ARE A RESULT OF ITS NEAR FATAL TRAFFIC ACCIDENT DURING THE SUMMER OF 1977, ON & ABOUT BOTH THE ~~(illegible)~~ FULL LENGTH FRONT & BACK OF THE CLAIMANTS LEFT LEG, ITS LEFT KNEE SITE. SEVERAL TIMES THROUGH OUT THE CLAIMANTS HEARINGS ON MARCH 6, 2008 & MAY 6, 2008 AT CTCF, THE CLAIM-ANT STOOD & LIFTED ITS PANT LEG ABOVE ITS LEFT KNEE, & ATTEMPTED TO SHOW SPE-CIAL MASTER BORCHERS THE EXTENSIVE SCARRING THAT RAN MUCH OF THE FULL LENGTH OF BOTH THE FRONT & BACK OF THE CLAIMANTS LEFT LEG, ON TOP OF ITS LEFT KNEE CAP, WHICH HAD SCARS ON TOP OF SCARS FROM SEVERAL SURGERIES & PUNCTURES, BOTH "ON & (MORE SO) OFF" OF SPECIAL MASTER BORCHERS' AUDIO RECORDING TAPE, THE CLAIMANT WAS ADMONISHED SEVERAL TIMES BY SPECIAL MASTER BORCHERS THAT HE WAS "OUT OF ORDER", & THE C.O.'S PRESENT THREATENED TO REMOVE THE CLAIM-ANT FROM ITS OWN HEARING, WHEN ITS ATTEMPTED TO INTRODUCE INTO EVIDENCE THE CATASTROPHIC, BOTH "LIFE THREATENING & LIFE CHANGING" INJURIES THAT THE CLAIMANT SUSTAINED TO ITS LEFT LEG, KNEE, & HIP DURING THE SUMMER OF 1977. ADDITIONALLY, BOTH "ON & (MORE SO) OFF" OF SPECIAL MASTER BORCHERS' AUDIO RECORDING TAPE, THE CLAIMANT WAS ADMONISHED SEVERAL TIMES BY SPECIAL MASTER BORCHERS THAT IT WAS "OUT OF ORDER", & THE C.O.'S PRESENT THREATENED TO REMOVE THE CLAIMANT FROM ITS OWN HEARING, WHEN ITS STRONGLY ARGUED THAT ORVILLE NEUFELD, D.O. HAD "NO STANDING BEFORE THE COURT," HAS NEVER BEEN THE CLAIMANTS "MEDICAL ADVISOR", HAS ALWAYS BEEN (ONLY) A NIT PICKER FILE READER (WHO RARELY MET WITH ITS OWN PATIENTS) THAT "GOT IT WRONG MORE OFTEN THAN IT" GOT IT RIGHT (ORVILLE IS SUCH A TYPICAL, DUMB COLORADO DOC MEDICAL "HACK QUACK" THAT COULD NEVER GET A JOB ANYWHERE OTHER THAN DOC), ORVILLE HAD BEEN RETIRED FROM THE COLORADO DOC FOR 5 YEARS & NOW HAS A VERY LUCRATIVE MEDICAL PRACTICE AS A "CONTRACT LACKEYS" TESTIFYING FOR THE COLORADO DOC AT HEARINGS & COURT LEGAL PROCEEDINGS TO "DISINGENU-IOUSLY" SAY "WHATEVER WORKS", REGARDLESS OF THE REAL, TANGIBLE, & BONAFIDE TRUTH. ORVILLE NEUFELD, D.O. IS EITHER LYING, OR (THE MORE LIKELY) JUST PLAN FLAT OUT" FILLED WITH MANY LIES; FILLED WITH MANY MISTAKES, ORVILLE IS LY-ING, & HE KNOWS THAT HE IS LYING & ANY HEARING OR COURT LEGAL PROCEEDINGS THAT ALLOWS THE VERY DISCREDIBLE ORVILLE NEUFELD TO TESTIFY AS A WIT-

NESS, THAT HEARING OR LEGAL COURT PROCEEDINGS AT COMIS DISCERNIBLE IN? OF ITSELF. ORVILLE NEUFELD IS SUCH A TYPICAL, DUMB DOC MEDICAL "HACK QUACK" MEDICAL PROVIDER THAT COULD NEVER GET A JOB ANYWHERE OTHER THAN DOC. NO COLORADO RANCHER OR FARMER WOULD LET ORVILLE ANYWHERE NEAR? THEIR LIVESTOCK.

AFTER ABOUT TWO MONTHS IMMOBILIZED IN STATIONARY TRACTION ? A FULL LENGTH LEFT LEG CAST AT LA COUNTY/USC MEDICAL CENTER, THE CLAIMANT WAS RELEASED ON "CRUTCHES, UNDERWENT PHYSICAL THERAPY ? EVENTUALLY "WORKED HIS WAY" TO THE USE OF A CANE. THE CLAIMANTS INJURIES HAD BEEN CATASTROPHIC, WHICH LED THE CLAIMANT, MICHAEL N. COLLINS, TO CHANGE HIS "LIFE PROFESSION"? THE CLAIMANT COULD NO LONGER WORK IN MANUFACTURING PLANTS, BUT INSTEAD HAD TO DANCE ? WORK IN "SALES ? MARKETING POSITIONS," WHICH THE CLAIMANT WOULD COME TO EX-CEL AT. THE POINT IS THAT THE CLAIMANT COULD NO LONGER DO "HARD PHYSICAL" MANUAL LABOR. THE CLAIMANT NOW WORKS AT "TOEING HIS LINE" BUT IT IS THERE NEVER THE LESS; HAS ONLY PARTIAL FLEXION IN HIS LEFT KNEE, WEAKENED BONES ? SKELETAL DAMAGE, WEAKENED MUSCLES ? TENDON DAMAGE, POOR BLOOD CIR-CULATION ? EXTENSIVE NERVE DAMAGE THROUGHOUT HIS LEFT LEG, KNEE ? HIP.

IN 2003, WHEN THE CLAIMANTS "BOTTOM TIER/BOTTOM BUNK" RESTRICTION WAS BEING GIVEN OVER, THE CLAIMANT WENT THROUGH HIS THEN "FIVE 5" DOC MEDICAL FILES WITH DR. CABANY AT FREMONT C.F. IT IS NOW 2008, "FIVE 5" YEARS LATER, THE CLAIMANT NOW ONLY HAS "FOUR 4" DOC MEDICAL FILES THAT HE HAS GONE THROUGH ? CALLED "(IN FOUR SESSIONS OF ONLY 15 MINUTES EACH WITH LARA PALMER, CTCF MEDICAL RECORDS. OVER THE LAST FEW MONTHS, THE CLAIMANT WOULD HAVE "GREATLY PREFERRED"? WORKED HARD TO GET MUCH "MORE 5 " TIME. HOW-EVER, WHAT "FILE TIME" HE HE WAS ABLE TO GET WAS OBTAINED ONLY AFTER SUR MOUNTING MANY 8 "( DIFFICULTIES ? OBSTACLES). "MANY 8 " MEDICAL FILES ARE (MISSING.

THE CLAIMANT HAS ALWAYS BEEN CLASSIFIED AS A "CHRONIC CARE" BY THE COLORADO DOC WITH "MANY 8 " MEDICAL ISSUES, ANY ONE OF WHICH COULD VERY EASILY HAS BEEN LIFE THREATENING; YET, OVER A "FIVE 5 " YEAR PERIOD OF TIME, THE CLAIMANT HAS NOT "ACQUIRED" ANY ADDITIONAL MEDICAL FILES, BUT ACT-UALLY NOW HAS "ONE 8 " LESS. THAT IS INCREDULOUS, ? FAR EXCEEDS "BREAKS THE BOUNDS" OF DOC CREDIBILITY ? THIS IS THE COLORADO DOC RELYING IN FACT ON DENYING, LYING 8 "

THE CLAIMANT NOW SUBMITS TO YOU, JUDGE JOHN L. KANE, JR., THE U.S.
DISTRICT COURT THAT THE "MUCH" TO THE COLORADO DOC SYSTEMICALLY IN GENERAL, &
THAT ADVERSELY IMPACTS UPON THE CLAIMANT IN PARTICULAR, WHICH IS DAMAGING &
CONFLICTING TO THE COLORADO DOC; THEIR MEDICAL PRACTICES & THEIR PRACTICES (MORE
OFTEN THAN NOT), HAS BEEN ILLEGALLY, AGAINST BOTH FEDERAL & STATE LAWS; (AGAINST)
THE COLORADO DOC'S OWN "AR'S" (ADMINISTRATIVE REGULATIONS) "INTENTIONALLY
EXPURGATED" FROM HIS DOC MEDICAL FILES. THE CLAIMANT NOW SUBMITS THAT
NOTHING, NO ONE, "ABSOLUTELY "NOTHING & NO ONE, NO MEDICAL RECORD OR
DOCUMENT; NO MEDICAL PROVIDER OR AUTHORITY" IN ANY WAY PROVIDED BY THE
COLORADO DOC IS IN ANY WAY CREDIBLE. TO "DENY, LIE & DENY" ARE SYSTEMIC (TO DOC)
    THE CLAIMANT NOW FURTHER SUBMITS THAT THE ONLY WAY THAT HE CAN GET FULL
& OUTSTANDING EVIDENCE OF HIS "SEVERE TRAUMA" INJURIES; HIS BOTH "LIFE & POS-
ITION", IN INJURIES THAT WERE INFLICTED UPON HIM DURING HIS 1977 "CATASTRO-
PHIC & SEMI-TRIPA (ETC.) TRAFFIC ACCIDENT IS TO SUBPOENA THE CLAIMANTS FULL &
COMPLETE "RECORD; ALL OF THE MEDICAL DOCUMENTS, RELATED TO HIS "SEVERE
TRAUMA" EMERGENCY SURGERY, HIS INTENSIVE CARE & ORTHOPEDIC WARD HOSPITAL-
IZATION, HIS OUTPATIENT APPOINTMENTS & PHYSICAL THERAPIES FROM THE LOS ANGELES
COUNTY/USC (UNIVERSITY OF SOUTHERN CALIFORNIA), NOW MARTIN LUTHER KING,
JR MEDICAL CENTER. THE CLAIMANT WAS VERY NEARLY KILLED. BY OBTAINING
THE CLAIMANTS MEDICAL RECORDS & DOCUMENTS FROM THE LA COUNTY/USC MED-
ICAL CENTER, HIS LACK OF MOBILITY CLAIMS WOULD BE SUBSTANTIATED & CON-
FIRMED. THE CLAIMANT NOW REQUESTS THAT THESE MEDICAL RECORDS & DOCUMENTS.
(BE SUBPOENAED.)
    THE COLORADO DOC DOES "EVERYTHING" FAR "BEYOND DISINGENUOUSLY," DIS-
INGENUOUSLY, & GOES FAR "BEYOND DENYING" DENYING THE UNDENIABLE & THE
COLORADO DOC HAS GONE SO FAR AS TO FAR "BEYOND DISINGENUOUSLY" DISIN-
GENUOUSLY DENY THAT THE CLAIMANT IS MOBILITY IMPAIRED AT ALL. THIS IS
ABSURDITY! THE CLAIMANT HAS BEEN PUNISHED BY THE COLORADO DOC OVER
HIS 9 YEARS "OF IMPRISONMENT (AGAIN & AGAIN) TO DO HARD STRENUOUS (TO
HIM) PRISON MANUAL LABOR THAT HE IS SIMPLY INCAPABLE OF DOING THESE "UN-
LAWFUL & INHUMAN DOC CAUSES HAVE RESULTED (AGAIN & AGAIN) IN THE CLAIM-
ANTS INJURIES & IMPAIRMENTS BEING FURTHER & CUMULATIVELY AGGRAVATED & (CRIPPLING.)

THE COLORADO DOC MEDICAL HAS BOTH ISSUED BOTTOM TIER/BOTTOM BUNK & WEIGHT LIFTING "RESTRICTIONS FOR THE CLAIMANT, & PERIODICALLY DENIES THEM. THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" THAT THE CLAIMANT BE ISSUED A PERMANENT "BOTTOM TIER/BOTTOM BUNK & WEIGHT LIFTING" RESTRICTIONS FOR AS LONG AS HE IS INCARCERATED WITHIN THE COLORADO DOC. THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER", BOTH "CRUTCHES" AND "MOBILITY" AIDS FOR THE CLAIMANT, ALL OF WHICH HAVE BEEN REPEATEDLY REQUESTED "MANY TIMES" (AGAIN & AGAIN) BY THE CLAIMANT, ALL OF WHICH HAVE BEEN DISINGENUOUSLY "DENIED "MANY TIMES" " BY THE COLORADO DOC MEDICAL (AROUND TEAM). THE RECORDS OF SAID REPEATED REQUESTS/DENIALS HAVE BEEN VIRTUALLY EXPUNGED "FROM THE CLAIMANTS MEDICAL FILES. THIS IS "CRIMINAL "(MALFEASANCE").

FOR SOUND, VALID MEDICAL & HEALTH REASONS; BECAUSE OF "MOBILITY IMPAIRMENTS & LIFE FUNCTION DIFFICULTIES" THE CLAIMANT HAS REQUESTED "MANY TIMES" (AGAIN & AGAIN) THE FOLLOWING, & BEEN DENIED "MANY TIMES" (AGAIN & AGAIN) "DISINGENUOUSLY" BY THE COLORADO DOC, COMPLETELY & TOTALLY WITHOUT ANY RATIONAL & REASONABLE JUSTIFICATION OR EXPLANATION WHATSOEVER. THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" THAT THE CLAIMANT BE ISSUED A WOODEN WALKING CANE(S) APPROPRIATE FOR HIS HEIGHT, THAT THE CLAIMANT BE ISSUED BOTH A WEDGE PILLOW, & AN EXTRA THICK "MEDICAL" MATTRESS PAD, OR TWO REGULAR MATTRESS PADS; THAT THE CLAIMANT BE ASSIGNED TO LIVE ONLY IN A "HANDICAP CELL" WITH SUPPORTIVE RAILINGS; THAT THE CLAIMANT BE ASSIGNED AN "ADL" (ASSISTED DAILY LIVING) PERSONAL AIDE OF HIS OWN CHOOSING (MANY) OF VIRTUALLY ALL ADL'S ARE THE "SCUM OF THE EARTH" TYPES, WHO DO NOTHING TO HELP THOSE HANDICAPPED INDIVIDUALS THAT THEY'RE SUPPOSE TO BE HELPING, (WHO SHOULD BE "HELPING") WITH "BEAT DOWN" & FREELY STEAL FROM WHOM THEY ARE SUPPOSE TO BE, EVERYWHERE THE BOTTOM OF THE CLAIMANTS COLORADO DOC ISSUED BOOTS HAVE BEEN SO WORN DOWN, SO AS TO VIRTUALLY NO LONGER HAVE ANY TREAD AT ALL. THE CLAIMANTS DOC ISSUED BOOTS BOTH HAVE HEELS THAT ARE SO WORN DOWN, SO AS TO HAVE WORN THEIR WAY INTO THE BOOT SOLES AT A 30 DEGREE ANGLE. THIS PUTS THE CLAIMANTS LEGS 30 DEGREES OUT OF PROPER ALIGNMENT WHICH IS INCREASINGLY BECOMING MORE PRONOUNCED. THE CLAIMANTS BOOTS

BOTH HAVE ABOUT 1½ INCH SEAM SEPPARATIONS ON BOTH SIDES,
WHERE BOTH OF ITS BOOTS HAVE "FAR BEYOND" BEGUN TO DISINTEGRATE. THE
CLAIMANT HAS BOTH SKELETAL & MUSCLE DAMAGE TO ITS LEFT LEG; DUE MANY
MEDICAL ISSUES THAT INCLUDE DIABETES, POOR BLOOD CIRCULATION & LOWER
LEG SWELLING, BOTH NERVE & MUSCULAR APATHY IN BOTH OF ITS LEGS.

THE CLAIMANT WAS REQUESTED MANY TIMES & "(AGAIN & AGAIN)" OVER THE FULL
9 YEARS & "" OF ITS INCARCERATION WITHIN THE COLORADO DOC SYSTEM TO BE
ISSUED EITHER "DIABETIC OR ORTHOPEDIC" SHOES, DUE "MEDICAL PROVIDERS"
HAVE IN CORROBORATION THE CLAIMANT TO BELIEVE MANY TIMES & "(AGAIN & AGAIN)
THAT IT WOULD BE ISSUED "DIABETIC OR ORTHOPEDIC" SHOES; YET, THIS HAS
NEVER HAPPENED. THE CLAIMANT NOW PETITIONS THAT THE U.S. DISTRICT COURT
TO "COURT ORDER" THAT THE CLAIMANT BE ISSUED "DIABETIC OR ORTHOPEDIC"(SHOES)

THE CLAIMANT, MICHAEL N. COLLINS, IN ADDITION TO ITS MOBILITY IMPAIR-
MENTS, HAS MANY & MAJOR & "MEDICAL ISSUES, SEVERAL OF WHICH HAVE BEEN
(AGAIN & AGAIN), & VERY EASILY COULD BE (AGAIN & AGAIN), BOTH LIFE THREATENING
& PERMANENTLY EVEN MORE CRIPPLING TO HIM, THAT INCLUDE "LESSER" HEART
ATTACKS & THE "BEGINNING" OF STROKES, & DIABETES (IT ALREADY HAVING ON JUST THIS
ONE AILMENT" AT ONE TIME THE CLAIMANTS BLOOD SUGAR LEVEL WAS ALARMINGLY
LY & WELL OVER 900, "NEAR NORMAL" IS AROUND 100, WHICH HAS BEEN DENYING
AGAIN & AGAIN, BY COLORADO DOC "MEDICAL PROVIDERS," INCLUDING & ESPECIALLY
ORVILLE NEUFELD, D.O. AT THE CLAIMANTS HEARINGS OF MARCH 6, 2006 &
MAY 8, 2006 AT CTCF IN CANON CITY, WHO IS SUCH AN OBVIOUS & BLATANT
MEDICAL "QUACK BACK" TO WISHMING HAS TO SIT & LISTEN TO ITS "DENY LIFE &
DEADLY" AS THE CLAIMANT DID DURING ORVILLE'S SO VERY OBVIOUS & BLATANT "PERJURING" TESTIMONY
WHILE ON BUSINESS IN CALIFORNIA DURING 1997, THE CLAIMANT COLLAPSED WITH
A BLOOD SUGAR LEVEL "ALARMINGLY & "WELL OVER 900, & WAS EXPEDITIOUSLY
ADMITTED THROUGH THE EMERGENCY ROOM OF OLIVE VIEW MEDICAL CENTER IN
SYLMAR, CALIFORNIA, FOR ABOUT A WEEK'S WORTH OF HOSPITAL TREATMENTS
WHERE HE WAS RE-HYDRATED & PUT ON INSULIN, AS WELL AS HEAVY DOSAGES (SHOULD BE SUBPOENAED, THIS)
OF OTHER STRONG MEDICATIONS. OLIVE VIEW MEDICAL CENTER TO CONFIRM
THE CLAIMANT, MICHAEL W. COLLINS, NOW WAS PRESCRIBED THROUGH COLORADO

DOC MEDICAL PROVIDERS, & NOW 11/18/03 HIS "CELL POSSESSION" SELF-MEDS CARDS TO SELF ADMINISTER HEAVY DOSAGES OF THE FOLLOWING SPRING MEDICATIONS: (1) ACTOS - 45 MG; (2) ASA ENTERIC - 81 MG; (3) CAPOTEN - 100 MG; (4) COLACE - 100 MG; (5) GLUCOPHAGE - 500 MG; (6) HCTZ - 12.5 MG; (7) HYTRIN - 2 MG; (8) NITRO STAT SL - 0.4 MG (NITROGLYCERIN); (9) TENORMIN - 50 MG; (10) VITAMIN B-6 50 MG; (11) ZANTAC - 150 MG; (12) ZESTRIL - 40 MG; (13) ZOCOR - 20 MG; (14) METAMUCIL (SUPPOSEDLY PRESCRIBED, BUT NEVER RECIEVED).

THE CLAIMANTS MEDICATIONS ARE FOR THE FOLLOWING MEDICAL "CONDITIONS & ISSUES"; (1) ACID-REFLUX; (2) BLOATING & SWELLING; (3) BLOOD THICKENING; (4) BLURRED VISION & INTRA-EYES; (5) CHEST PAINS & SHORTNESS OF BREATH; (6) DIABETES; (7) DIBILITATING EXHAUSTION; (8) HARD STOOL; (9) HIGH BLOOD PRESSURE; (10) HIGH CHOLESTEROL; (11) OBESITY & FLACIDITY; (12) POOR BLOOD CIRCULATION; (13) MUSCULAR & NEURO-APATHY; (14) DIZZINESS & DISORIENTATION; AND OTHERS".

THE CLAIMANT, MICHAEL N. COLLINS, IS AN "ELDERLY MAN" WHO JUST TURNED 60 YEARS OLD ON SEPTEMBER 23, 2006. THE CLAIMANT HAS "MANY & MEDICAL & SECURITY ISSUES THAT THE COLORADO DOC IS WELL AWARE OF, "MANY &" OF WHICH ARE HIGHLIGHTED BY THE ENCLOSURES; IN "MANY &" OTHER NOTICINGS, BOTH TO THE U.S. DISTRICT COURT OF JUDGE JOHN L. KANE, JR., & TO THE LEGAL RESOLUTION CENTER OF SPECIAL MASTER RICHARD M. BORCHERS. FOR THE PURPOSE OF BREVITY THE CLAIMANT WILL NOT NOW EXPOUND ON HIS "MANY &" SECURITY ISSUES WITHIN THE COLORADO DOC, OTHER THAN TO NOW WRITE THAT THEY ONLY VERY MUCH EXIST & HAVE EXISTED, WELL-KNOWN TO DOC, DURING THE CLAIMANTS ENTIRE 9 & "YEARS OF INCARCERATION. THE COLORADO DOC HAS NOT ONLY DONE LITTLE TO ALLEVIATE THE CLAIMANTS "SECURITY ISSUES", BUT DOC GUNS & STAFF HAVE DONE MUCH TO EXACERBATE THEM. THE CLAIMANTS POINT HERE IS THAT THERE ARE MANY ELDERLY MEN, AS IS THE CLAIMANT, WITH SIMILAR "MEDICAL & SECURITY" ISSUES TO THE CLAIMANTS OWN, AT FIRST LY-ON-C.F., IN ACTUALITY A CONVALESCENT "OLD AGE HOME" PRISON, WHICH WOULD BE A MUCH "BETTER FIT" FACILITY ASSIGNMENT THAN THE LIKES OF COLORADO'S PRISONS THAT THE CLAIMANT HAS HERETO-FORE BEEN HOUSED AT (AGAIN & AGAIN) OVER THE FULL 9 & "YEARS OF HIS IMPRISONMENT WITHIN THE DOC OVER THE NOW "ABOUT 9 YEARS" OF THE CLAIMANTS DOC INCARCERATION, THE

WAS NOT ONLY BOTH BEEN DESCRIMINATED AGAINST IN MANY WAYS (Page 10 & 16 (ACANO & AE-MAN), BECAUSE OF ITS MANY "MEDICAL & MOBILITY ISSUES BY BSC, & DOC HAS GONE TO, IN ACTUAL FACT, TO ABSURD & INSANE LENGTHS TO OBVIOUSLY & BLA- TANTLY "DENY, LIE & "DELAY" ABOUT ANY FACT(S) OR EVIDENCE(S) ESTABLISHING & CONFIRMING THAT THE CLAIMANT, IN ACTUAL FACT, HAS MEDICAL & MOBILITY ISSUES BUT THE COLORADO DOC HAS IN "MANY WAYS" & "MANY TIMES" (ACANO & AEMAN) VERY AGGRESSIVELY RETALIATED AGAINST, (AT LEAST IN PART, BECAUSE OF THE CLAIM- (HIM) ANTS PARTICIPATION IN THE MONTEZ "PRISONER" LAWSUIT, BECAUSE OF THE CLAIMANTS ANTS MANY (HUNDREDS; MORE LIKELY THOUSANDS) MEDICAL, SECURITY & GEN- ERAL KITES, GRIEVANCES, & "SUMMARIZING LETTERS" SPECIAL FOR "REASONABLE REMEDY & ADJUDICATION FOR VERY REAL WRONGS & INJUSTICES, MANY & "OF WHICH HAVE BEEN & COULD VERY EASILY AGAIN BE "LIFE THREATENING"; THIS IS THE REAL REASON, THE REAL WHY THAT THE CLAIMANT HAS NEVER BEEN TRANSFERRED TO FORT LYON C.F.; KNOWING WITH "MALICE & FORE-THOUGHT" RETALIATIVE & RETRI- BUTION AGAINST THE CLAIMANT, MICHEL N. COLLINS, BY THE COLORADO DOC. "MANY & C.O.'S, CORRECTIONS STAFF, & CASE MANAGERS; ALL PERSONS IN POSITIONS OF DOC AUTHORITY & RANKS HAVE TOLD THE CLAIMANT "MANY TIMES" (ACANO & MOST EMPHATICALLY AEMAN); TOLD THE CLAIMANT THAT HE & SHE SHOULD & WOULD BE TRANSFERRED TO FORT LYON C.F. ONE OF THE CLAIMANT'S MORE RECENT CASE MANAGERS, MR. EVANS, TOLD THE CLAIMANT "MANY TIMES; "IF YOU WOULD HAVE STOPPED WRITING SO MANY GRIEVANCES AGAINST MEDICAL, YOU WOULD HAVE BEEN TRANSFERRED TO FORT LYON, A LONG TIME AGO." THE CLAIMANT HAS LEFT "NO STONE UNTURNED" IN HIS ATTEMPTS TO BE TRANSFERRED TO FORT LYON C.F., EVEN REQUESTING IN WRITING SEVERAL TIMES TRANSFER THROUGH BILL ZALMAN, OVER OFFENDER SERVICES (INMATE FACILITY PLACEMENTS) AT THE COLORADO DOC MAIN HEADQUARTERS IN COLORADO SPRINGS. BILL ZALMAN NEVER RESPONDED DIRECTLY TO THE CLAIMANTS REPEATED RE- QUESTS FOR TRANSFER TO FORT LYON C.F., BUT ONLY INDIRECTLY THROUGH THE CLAIMANTS CASE MANAGER, (MS. O'MALLEY, WHO READ A LETTER TO THE CLAIMANT FROM BILL ALSO READ TO THE CLAIMANT, NOT LETTING ZALMAN, C.M. O'MALLEY READ, THE CLAIMANT SEE BILL ZALMAN'S LETTING LETTER, VERY DEFINITELY NOT LET HIM HAVE A COPY. THIS IS ANOTHER EXAMPLE OF THE COLORADO DOC SYSTEMIC'S "DENYING, LYING, & DELAYING" LETTING BILL ZALMAN'S LETTER TO THE CLAIMANT (WHICH THE CLAIMANT COULD

NEVER MET TITOR SEE, NOR HAVE A COPY OF IT), BILL ZALMAN STATED THAT A
PRIMARY REASON THAT THE CLAIMANT COULD NOT BE TRANSFERRED TO FORT LYON
C.F. WAS THAT HE WAS CLASSIFIED AS "CLOSE CUSTODY" THE CLAIMANTS "CLOSE
CUSTODY" CLASSIFICATION IS THE RESULT OF A WHOLLY "CONTRIVED & FABRICATED"
"ASSAULT ON STAFF" C.O.P.D. (CHARGE) CONVICTION. MANY "COLORADO D.O.C. C.O.'S" CASE
MANAGERS, & CORRECTIONAL STAFF THAT KNOWS THE "DETAILS & PARTICULARS" OF
THIS C.O.P.D. (CHARGE) CONVICTION HAVE CALLED IT; DUMB & STUPID, RIDICULOUS & PETTY,
LUDICROUS & FRIVOLOUS, A WASTE OF TIME & HALF BAKED; OBVIOUS RE-
TALIATION & RETRIBUTION & AS A RESULT OF THE CLAIMANTS "ASSAULT ON
STAFF" THE CLAIMANT HAS BEEN CLASSIFIED AS "CLOSE CUSTODY", THE "WORST
OF THE WORST" OF COLORADO'S INMATE PRISON POPULATION FOR 7 YEARS, OVER
A PILL! (A PILL) WAS OVER A PILL! MED-LINE NURSE TERESA IS NO WITS SMARTER THAN
SHE TALKED (CLEAR ABOUT AS SHARP AS MARBLE), SHE WAS JUST ANOTHER D.O.C. MEDICAL "HACK QUACK" THAT SO OBVI-
OUSLY COULD NOT GET A JOB ANYWHERE ELSE, THAN DISPENSING MEDICATION AT
D.O.C. MED-LINES. AT FREMONT C.F. ABOUT 5 (6) YEARS AGO, (THE CLAIMANTS) MED-LINE WAS
CHANGING OVER FROM THE MANUAL DISPENSING TO THE COMPUTER DISPENSING OF MEDI-
CATIONS, IN ALL OF HER MEDICAL JOB ASSIGNMENTS NURSE TERESA WAS AN INCOM-
PETENT KLUTZ, WAS JUST PLAIN DUMB, & COULD NOT GET ANYTHING RIGHT, SHE COULD
NOT MANUALLY DISPENSE MEDICATIONS RIGHT, & SHE "REALLY" COULD NOT COMPUTER
DISPENSE MEDICATIONS RIGHT, AT ONE MORNING MED-LINE NURSE TERESA JUST
COULD NOT GET HER COMPUTER TERMINAL TO PROPERLY WORK (AGAIN!), & SO SHE (THE CLAIMANT)
MANUALLY DISPENSED MEDICATIONS, NOT ONLY TO ME, BUT TO EVERYBODY ELSE (THAT)
(THE CLAIMANT)
AT THAT TIME, & THAN PRESCRIBED ABOUT A DOZEN MEDICATIONS, EVERY ONE ABSOLUTE-
LY EVERY ONE! THAT MED-LINE NURSE DISPENSED TO ME WAS WRONG (THE WRONG MED-
ICATIONS, WRONG DOSAGES, (& SIZES, WRONG COLORS & SHAPES, TOO MANY PILLS & TOO FEW
LITTLE! THE CLAIMANT RETURNED HIS VERY LARGE (COLOR) HANDFUL OF DISPENSED PILLS BACK
TO MED-LINE NURSE TERESA, BACK THROUGH THE SLOT IN THE MED-LINE DISPENS-
ING WINDOW. SHE ACCUSED THE CLAIMANT OF HITTING HER WITH A PILL, WHICH WAS
A PHYSICAL IMPOSSIBILITY" THROUGH THAT LOWER MED-LINE WINDOW SLOT, FOR HITTING
A NURSE WITH A PILL (WHICH NEVER HAPPENED!), THE CLAIMANT WAS CONVICTED OF
"ASSAULT ON STAFF" (WHICH NEVER HAPPENED!), & CONDEMNED TO "7" (CUSTODY) YEARS OF "CLOSE"

IT WAS AN IMMEDIATELY PRIOR, ANOTHER WHOLLY "CONTRIVED & FABRICATED" "ABUSE OF MEDICATION" C.C.A.D. "CHARGE & CONVICTION" THAT FORCED THE CLAIMANT TO GIVE-UP ALL OF HIS SELF-MEDICATION CARDS, IN THE FIRST PLACE & TO GO TO THAT SAME MED-LINE, BEFORE EVERY BREAKFAST & AFTER EVERY DINNER MEAL FOR "SIX" MONTHS AT (i.e. THAT SAME MED-LINE WAS A "VERY" DANGEROUS PLACE TO WAIT, PARTICULARLY "ESPECIALLY" FOR THE CLAIMANT (WELL KNOWN TO FREMONT C.F. MEDICAL SINCE THEY KEPT TREATING THE WOUNDS INFLICTED UPON HIM BY ASSAULTS FROM BOTH C.O.'s & OTHER INMATES), WITH "MANY" FIGHTS, DISTURBANCES, & DISRUPTIONS EVERY DAY, BOTH BETWEEN INMATES & ONLY INMATES, & OTHER INMATES & THE C.O.'s.

THE CLAIMANT'S "ABUSE OF MEDICATION" WAS ALLEGED TO BE THAT HE HAD TOO MANY SELF-MEDICATION CARDS IN HIS POSSESSION WITHIN HIS CELL. THIS WAS THE CLAIMANT'S SUPPOSED "ABUSE OF MEDICATION" & YET ALL OF THE CLAIMANT'S SELF-MEDICATION CARDS IN IT'S POSSESSION HAD BEEN REGULARLY "STAMPED & ISSUED" BY FREMONT C.F. MEDICAL. YET ALL OF THE CLAIMANT'S SELF-MEDS IN HIS POS- SESSION "PILL COUNT" TOTAL CAME TO ONLY 1/2, 1/3, & EVEN ONLY 1/4 OF WHAT HIS SELF-MEDS IN HIS POSSESSION "PILL COUNT" TOTAL CAME TO, NOT ONLY IN OTHER FACILITIES (AGAIN & AGAIN), BUT ACTUALLY AT FREMONT C.F. AT OTHER TIMES.

THE CLAIMANT WAS "CHARGED & CONVICTED" OF "TAMPERING WITH A SECURITY DEVICE." THIS WAS AFTER THE CLAIMANT HAD BEEN HOSPITALIZED FOR A "MAJOR" SURGERY TO HIS LEFT ARM, WRIST, & HAND. THE CLAIMANT WAS RECUPERATING FROM ITS SUR- GERY WITHIN THE C.T.C.F. INFIRMARY, WHEN HE PUSHED A NURSE "CALL BUTTON PLUG," & IT FELL OUT OF THE WALL. IT'S CONSTRUCTION WAS SIMILAR TO A "RE- CHARGER PLUG," ABOUT TWO INCHES SQUARE, SIMILARLY SITTING INTO A WALL OUTLET. THESE "NURSE CALL BUTTON PLUGS" WERE ALWAYS FALLING OUT OF THE WALLS, YET THE CLAIMANT GOT "45" DAYS IN THE "HOLE" WHEN THE BUTTON PLUG PUSHED IT'S WALL.

THE CLAIMANT WAS RUTHLESSLY & SADISTICALLY ATTACKED BY C.O. STURTEVANT, ONE OF THE WORST OF D.O.C.'s WHITE RACIST HATE COPS, WITNESSED BY EASILY 50 OTHER INMATES, WHEN THE CLAIMANT WAS RECENTLY HOUSED IN UNIT #7, YET NOTHING HAPPENED TO THE C.O. "HATE THUG" STURTEVANT, & THE CLAIMANT WAS THROWN IN "THE HOLE" (AGAIN) FOR "30" DAYS FOR THE (AGAIN) WHOLLY "CONTRIVED & FABRI- CATED" "CHARGE & CONVICTION" OF "DISOBEYING A LAWFUL ORDER," AS THE CLAIM-

ANT NOW WRITES THESE INJURIES, HE IS ON C.A. (LOSS OF PRIVILEGES) FOR ...
"105" DAYS (AGAIN) FOR DIN (AGAIN) WHOLLY "CONTRIVED & FABRICATED" CHARGE
& CONVICTION "OF" "UN-AUTHORIZED POSSESSION." THIS WAS FOR TAKING SOME OF
HIS OWN FOOD, OFF OF HIS OWN LUNCH MEAL TRAY IN THE MESS HALL BACK TO HIS
LIVING UNIT 3, SO THAT THE CLAIMANT COULD HAVE SOME OF HIS OWN "TABLE SCRAPS"
TO EAT FOR A DINNER MEAL, ALL OF THE CLAIMANTS LEGALLY PURCHASED POSITIONS
OFF OF CANTEEN HAVE BEEN TAKEN FROM HIM, AS ANOTHER WAY TO "SQUEEZE" HIM.

THE CLAIMANT WAS "WRITTEN-UP" BY ANOTHER ONE OF THE WORST OF DOC'S WHITE
RACIST HATE C.O.'s, C.O. MARKS, FOR THE (STEALING) WHOLLY "CONTRIVED & FABRICATED"
CHARGE & CONVICTION" OF "UNAUTHORIZED POSSESSION." AT FIRST C.O. MARKS WANTED
TO "WRITE-UP" THE CLAIMANT FOR PHYSICALLY ASSAULTING HIM; HOWEVER, THE
"STRIKE DOWN" INVOLVED WAS ON "SECURITY CAMERA", WITNESSED BY SEVERAL OTHER
C.O.'s & MUCH OF THE UNIT 3 INMATE POPULATION, SGT. TRUJILLO, THE UNITS
STAFF SUPERVISOR AT THAT TIME, "SQUASHED" C.O. MARKS'S WHOLLY BOGUS CHARGE OF
"ASSAULT ON STAFF", NOW C.O. MARKS ATTEMPTED TO "WRITE-UP" THE CLAIMANT
FOR THEFT. HOWEVER, NO INMATE CAN STEAL THEIR OWN PROPERLY ISSUED MESS
HALL FOOD, IT FALLING, THE CTCF HEARINGS PROCEDURE, & QUASHED C.O.
MARKS'S (FROM THEMSELVES,) WHOLLY BOGUS CHARGE OF THE CLAIMANT STEALING HIS OWN FOOD, LUDICROUS

IT HAS NOW BEEN "75 DAYS" SINCE THE CLAIMANT WAS LAST ABLE TO EAT A
DINNER MEAL ON 07/25/08 IN OUR MESS HALL, THIS IS BECAUSE OF THE "CONSTANT
SHOTS" TO THE CLAIMANT'S GROIN AREA, WHICH ARE SEXUAL ASSAULTS, MUCH
HARASSMENT THAT THE CLAIMANT HAS BEEN SUBJECTED TO AFTER EVERY DINNER
MEAL, YES, THE CLAIMANT TOOK SOME OF HIS OWN LUNCH MEAL FOOD OUT OF OUR MESS HALL, HOWEVER,
HUNGER IS A POWERFUL NATURE, HOWEVER, SO DOES EVERY OTHER INMATE IN
OUR UNIT 3, & THROUGHOUT ALL OF CTCF, TAKE THEIR OWN MEAL FOOD OUT OF
OUR FACILITY'S TWO MESS HALLS. YET, I WAS THE ONLY INMATE THAT THE WHITE
RACIST HATE COP C.O. MARKS, "WROTE UP" FOR "UNLAWFUL POSSESSION" & NOBODY
ELSE & IT WAS THE RUNNING HIS MOUTH, LITTLE SHAVED HEAD RUNT, HATE THING
C.O. MARKS THAT WAS "ALL OVER THE CLAIMANT", BOTH PREVENTING THE CLAIMANT
FROM EXCHANGING HIS EMPTY FOR FULL SELF MEDICATION CARDS (FOR MEDICATION
THAT HE WAS TOTALLY & COMPLETELY OUT OF), & PREVENTING THE CLAIMANT FROM

ORALLY TAKING HIS PRESCRIBED MEDICATIONS AS THE "MED-LINE WINDOW,"

WILLOW ARNOLD, COUNSEL FOR THE COLORADO DOC DEFENDANTS, AT THE CLAIMANT'S HEARING OF MARCH 6, 2006, MAY 6, 2008 AT CTCF IN CAÑON CITY, CHOOSE TO MAKE AN ISSUE OF THE CLAIMANT'S OVER 30 DISCIPLINARY CONVICTIONS OVER HIS NOW "ABOUT 9 YEARS" OF INCARCERATION, AS SO ALSO DOES THE CLAIMANT, MICHAEL N. COLLINS, "ALL" "ABSOLUTELY EVERYONE" OF THE CLAIMANT'S OVER 30 DISCIPLINARY C/O. P.A. CHARGES & CONVICTIONS WERE WHOLLY "CONTRIVED & FABRICATED", SIMILAR TO THE ABOVE IN "INTENT & RESULT" THAT THE CLAIMANT HAS EXPANDED UPON; VERY AGGRESSIVE RE-TALIATION & RETRIBUTION AGAINST THE CLAIMANT, BECAUSE OF HIS PARTICI-PATION IN THE "MONTEZ VS. OLTEN'S" LAWSUIT, BECAUSE OF HIS "MANY" & "(THUN-DROUS, MORE LIKELY, THOUSANDS &)" MEDICAL, SECURITY, & GENERAL KITES, GRIEVANCES, & "SUMMARIZING LETTERS"'S ETC... IN FAIR & REASONABLE REMEDY & ADJUDICATION FOR VERY REAL HARMS & INJURIES, "MANY" OF WHICH HAVE BEEN & COULD VERY EASILY AGAIN BE LIFE-THREATENING. THE COLORADO DOC'S ASSERTION THAT THE CLAIMANT IS "CUSTODY CONTROL" DANGEROUS IS SPURIOUS & BOGUS, THE ROOT REASON; THE REAL WHY NOT THE CLAIMANT HAS NEVER BEEN TRANSFERRED TO PORT LYON CF IS KNOWN, AS WITH "MALICE AFORETHOUGHT & INCI-DENT" RETALIATION & RETRIBUTION AGAINST THE CLAIMANT, MICHAEL N. COLLINS, BY — THE COLORADO DOC

THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS THE U.S. DISTRICT COURT OF JUDGE JOHN L. KANE, JR TO COURT ORDER "THAT THE CLAIMANT BE IMMEDI-ATELY TRANSFERRED TO PORT LYON CF, & TO BE THERE SO HOUSED FOR AS LONG AS THE CLAIMANT, MICHAEL N. COLLINS, IS INCARCERATED WITHIN THE COLORADO (DOC SYSTEM).

THIS IS ALSO A CRY FOR JUSTICE FROM MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; MICHAEL N. COLLINS WAS CONVICTED & IMPRISONED FOR NOW 9 & "9 YEARS" OVER WHAT & NEVER EVEN HAPPENED TOGETHER WITH THE COERCION TESTIMONY THAT WAS TOTALLY & COMPLETELY RETRACTED YEARS AGO, OF TWO OF HIS DAUGHTERS, ALL OF THE COLLINS DAUGHTERS (SEVEN TOO) WERE COERCED & INTIMIDATED, TOLD WHAT TO SAY & HOW TO SAY BY THE NEFARIOUS IN-VESTIGATOR WILLIAM RUPPERT, WHO HANGED HIMSELF IMMEDIATELY BEFORE DURING THE HIGH PROFILE JAMES GARNER MURDER TRIAL THE COLLINS TRIAL, & WAS TOTALLY DISCREDITED (YEARS OF "FABRICATING" EVIDENCE LATER CAUGHT UP WITH HIM)! THE COLLINS DAUGHTERS HAVE SINCE ALL & BECOME THIS STRONGEST SUPPORTERS. JUDGE KANE THROW OUT THE

CORRUPTED LIE FROM BEGINNING? EVEN THAT WAS THE RUSE OF MICHAEL N. COLLINS? JUDGE KANE THREW OUT THE "COERCED TESTIMONIES" THAT CONVICTED MICHAEL N. COLLINS OF WHAT NEVER EVEN EVER HAPPENED?

IN GREAT ANGUISH IN TORMENT THE ENTIRE COLLINS FAMILY (FATHER MICHAEL; MOTHER KAREN, SONS JARED, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW CRY OUT TO YOU, JUDGE JOHN L. KANE FOR JUSTICE, FOR REAL TANGIBLE JUSTICE? JUDGE KANE IS NOT TO PRESIDE & ADMINISTER REAL & TANGIBLE JUSTICE WITH YOU, WHILE THE "BIG BUCKS", WHY YOU ARE CALLED YOUR HONOR & ARE ELEVATED ABOVE EVERYBODY ELSE IN YOUR COURTROOM ~~OWN HALLWAY~~, WHY YOU HAVE THE RESPECT & ADMIRATION OF MANY?" IN THE COMMUNITY, THEN NOW DO IT? BE JUSTICE?

LAURA, ONE OF THE DAUGHTERS OF MICHAEL N. COLLINS, UNDERWENT DEEP (NOW "15" "YEARS AGO") THERAPY & COUNSELING TO BREAK DOWN BARRIERS; & AND IMAGES OF WHAT NEVER EVEN HAPPENED, MANY FALSE IMAGES WERE IMPLANTED IN HER MIND. MUCH IS SUCH THAN LAURA TO ANOTHER DAUGHTER, JEANETTE, WAS UNDERWENT SIMILAR "PSYCHO-BABBLE" THERAPY, MORE NEW ISSUES & THAN STATE PRESIDENT KISS INTHIS DID MUCH TO STIR-UP IN ~~MEALY-MOUTHED~~, SELF-RIGHTEOUS ~~ANGER~~ JUDGMENT RATHER AGAINST HIS DAUGHTERS, & DAUGHTERS AGAINST THEIR FATHER; TO TURN THE WHOLE ~~"EVERYONE"~~ MEDIATING LOVE ~~COLLINS FAMILY AGAINST EACH OTHER, THAT WAS NOT RECONCILING IN AT~~ (THE ONLY INVESTIGATOR EVER ASSIGNED TO THE COLLINS CASE) THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART, OF THE DOUGLAS COUNTY SHERIFF'S OFFICE TOLD "EVERY" MEMBER OF THE COLLINS FAMILY, BOTH INDIVIDUALLY & COLLECTIVE LY: "I AM ONLY HERE TO HELP & NO ONE IN YOUR FAMILY IS EVER GOING TO BE ARREST ED & GO TO JAIL. DOUGLAS COUNTY WOULD NEVER ARREST ANYONE LIKE THIS, IM ONLY HERE TO HELP YOU & YOUR FAMILY GET COUNSELING & THERAPY TO HEAL, TO HELP BRING YOUR FAMILY BACK TOGETHER AGAIN." THE COLLINS TRIAL JUDGE, SCOTT LAWRENCE RULED THAT THIS DID NOT RISE TO THE LEVEL OF A "PROMISE OF IMMUNITY", WHICH, IN FACT ~~ACTUAL FACT~~, IT WAS THE STRONGEST POSSIBLE OF "PROMISES OF IMMUNITY," IN ACTUAL FACT, THE NEFARIOUS INVESTIGATOR RUPPART WOULD COME TO DO ALL THAT HE COULD TO TURN FATHER AGAINST HIS DAUGHTERS, DAUGHTERS AGAINST THEIR FATHER, DAUGHTER AGAINST DAUGHTER, BROTHERS & SISTERS AGAINST EACH OTHER, MOTHER AGAINST HER DAUGHTERS & DAUGHTERS AGAINST THEIR MOTHER, STOOPING TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE TO GET ~~WHAT~~

HE WANTED TO GET THE THE COERCED TESTIMONIES, TOLD WHAT TO SAY (AND HOW) TO SAY IT, COERCED TESTIMONIES OF THE COLLINS FAMILY DAUGHTERS, AS DID THE DA, DENVER COUNTY PROSECUTORS STOOP TO ANY TACTIC, NO MATTER HOW LOW & DESPICABLE TO TO GET WHAT THEY WANTED, THE WHOLLY "CONTRIVED & FABRICATED CONVICTIONS OF MICHAEL N. COLLINS, OVER WHAT NEVER EVEN HAPPENED, OVER "EQUITNESS" THAT NEVER EVEN HAPPENED, BUT THE "HARDNESS" OF A LARGE WESTERN STYLE BELT BUCKLE.

THE WHOLE, ENTIRE, & COMPLETE COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN, SONS JARED, DEREK, & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) WILL CRY OUT TO YOU JUDGE JOHN L. KANE, FOR JUSTICE, FOR A DEL; FOR JUSTICE, BOTH LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO SECURE ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS & ASSOCIATES (SEE THE INCLOSED AFFIDAVITS & STATEMENT(S) THE WHOLE, ENTIRE, & COMPLETE COLLINS FAMILY, JUDGE KANE, MICHAEL N. COLLINS, HIS WHOLE FAMILY, BUT IN PARTICULAR, "ESPECIALLY A & B" OF HIS DAUGHTERS ARE DREADFULLY AFRAID OF THAT "CURRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO, IN THE END THOUGHT, JUSTICE WILL PREVAIL!!

JUDGE JOHN L. KANE, MICHAEL N. COLLINS & HIS ENTIRE FAMILY, NOW PETITIONS THE U.S. DISTRICT COURT TO "CURT ORDER" A HEARING, A LEGAL PROCEEDINGS OUT OF DOUGLAS COUNTY, & WI AND THE U.S. DISTRICT TO SET ASIDE (COURT THROW OUT) IN THEIR ENTIRETY THE DESECRATED INSTICE "CONVICTIONS, THE WRONGFUL CONVICTIONS OF MICHAEL N. COLLINS; TO ORDER THE IMMEDIATE (HIS OWN) ARREST OF DOUGLAS COUNTY, INVESTIGATOR WILLIAM RUPPERT, NOT ONLY FOR PERJURY, BUT (FOR) COERCING, INTIMIDATING, & MENACING THE TESTIMONIES OF THE (WHOLE) COLLINS FAMILY, IN PARTICULAR & ESPECIALLY THE COLLINS DAUGHTERS; TO ORDER THAT ANY NEW TRIAL BE HELD OUTSIDE OF DOUGLAS COUNTY, IN AN A U.S. (DISTRICT COURT) THE D.S. CONSTITUTIONAL RIGHTS,

JUDGE JOHN L. KANE, THE CIVIL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY, THEIR RIGHT TO A FAIR & JUST TRIAL, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATION & DESTROYED BY THEIR DOUGLAS COUNTY, NOT PROSECUTION, BUT PERSECUTION; NOT A SEARCH FOR TRUTH & JUSTICE, BUT A SEARCH FOR CONVICTIONS, STOOP, NO TO ANY TACTIC, NO MATTER HOW LOW & DESPICABLE. JUDGE JOHN L. KANE, YOU ARE A U.S. DISTRICT COURT JUDGE. IF NOT YOU, WHO?!! IF NOT NOW, WHEN?!! IF NOT JUSTICE, IN JUSTICE?!! AS YOU JUDGE, SO WILL YOU BE JUDGED!!! Respectfully, Michael N. Collins

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: CHRISTINE RICHARDS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

  **COMES NOW** the affiant Christine Richards, and being first duly sworn upon her oath, deposes and states the following facts:

1)   Affiant is competent to testify to all matters herein.
2)   Affiant has personal knowledge of all facts herein stated.
3)   I was repeatedly lied to by the district attorney's office.
   a. They told me I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad. <u>I DID NOT want to testify, I DID NOT want to go to Colorado.</u> **<u>I was threatened with arrest and prosecution if I didn't go.</u>**
   b. I was told my dad would NEVER go to jail. When I balked at testifying, I was assured over and over again that he would NOT go to jail. Instead he would get parole and counseling. I was told this whole process was about getting "help" for our family. Instead our family has been dragged through this big mess, all of us against our will!

4)   I was prompted by the prosecutor what to say and intimidated by her if I didn't say the "right" thing. It was like she knew what my testimony was and if I strayed from it, she barked something like, "so the police lie?" or "are you calling the investigator a liar?" In fact, I did catch the investigator in several lies while I was on the stand being cross-examined. He said that I said things that were completely false. I never said many of the things he attributed to me. The truth is my memory is fuzzy and the investigators, by their questions tried to make it clear that I remembered things the way they thought I should.
   a. My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They tried to tell me that my sisters said that and the same thing happened to me. In

reality, my sisters DID NOT say that, but I was being told they did.

b.   There was never an attempt to gather information that could exonerate my dad. The trial and judging had taken place by the prosecutor's office before the actual court trial had even taken place. This was a witch hunt, out to "get" my dad, no matter what his daughters said otherwise which would prove he was an innocent man.

c.   A coupon book was mentioned at my dad's trial. I received this coupon book and it was so obviously a joke! A dumb joke, of course, but nonetheless a joke. It is absolutely incredulous to me that this stupid family joke was taken so incredibly out of context. Once again, the prosecutors didn't even want to hear from me that I knew it was a joke, that I knew my dad meant nothing "sexual" from it.

5)   I think the prosecutors were trying to prove their own reputations and get a conviction no matter what the actual truth was. Instead of being my "ally" and on the "side" of us sisters, the supposed "victims," I actually felt as if they were the bad guys. And this is in no way because I want to protect and stick up for my dad. I was cooperative from the beginning, I wanted to help the investigators. I wanted the investigators to know they were making a big mistake. Instead they did nothing but ignore my words and in fact try to twist them around and confuse me as much as possible. The first time the prosecutor sensed that I wouldn't say things she wanted me to say, I felt as if I were "turned on" and she tried to rip me apart. She wasn't interest in my testimony once I wasn't going along with her master plan.

6)   My dad has never been nor will he ever be, a habitual offender, nor a threat to society or his community.

a.   I am not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

b.   I am not writing these words because I am a "peacemaker" nor because I want to sweep this all under the rug. I unequivocally feel my dad has been wronged and I am doing all I can to make the situation right.

c.   I have always  said I don't feel wronged or if a "crime" had been committed against me nor either one of my sisters. What has taken place is a grave travesty of system.

7)   I love my sister Jeanette, and I know she is a good, albeit immature and somewhat reckless, person.

a.   She told me she knows she didn't tell the whole truth but was so afraid of the prosecution team she didn't want to get in "trouble"

2

with them. She expressed to me her concern on the tactics they used with her. She felt uncomfortable being "coached" and "corrected" if she "messed up."

b. She also told me she did this "for you and Laura" because she thought that is what we wanted her to say. Nothing could have been further from the truth.

c. I am also troubled at what I see to be Jeanie's bizarre ploy for attention. Whatever slight she might have felt being the youngest of six children growing up, these court proceedings have certainly made up for that.

8) I thank the court and especially the judge for the reconsideration hearing my father has been granted. Please, please, allow him to be released on bond or probation with the stipulation he receive counseling which he has already agreed to. I miss my father and want my daughter, as well as the child I am now carrying, to know their grandfather.

9) Further Affiant Sayeth Naught.

Dated: December 3, 1999

_Christine Richard_
**AFFIANT'S SIGNATURE**

SUBSCRIBED and SWORN before me on this 3rd day of _Dec._, 1999, in the County of New London, State of Connecticut.

WITNESS my HAND and OFFICIAL SEAL:

_Judith A. Merrill_
**NOTARY'S SIGNATURE**          **SEAL:**

My commission expires: _Oct. 31, 2000_

3

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

**AFFIDAVIT OF: LAURA PIPER**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

**COMES NOW** the affiant Laura Piper, and being first duly sworn upon her oath, deposes and states the following facts:

1) Affiant is competent to testify to all matters herein.
2) Affiant has personal knowledge of all facts herein stated.
3) I was lied to again and again by the district attorney's office.
   a. I was told I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad against my will. I would not have come to testify in the trial in what I considered to be a witchhunt for my dad unless I was threatened with arrest and prosecution.
   b. I was told my dad would NEVER (no matter what the outcome of the trial) get jail time. Instead he would get parole and court-mandated counseling.
   c. I was told this whole process was about getting "help" for our family, for "healing" to take place. Instead our family has been ripped apart by a malicious and callous investigator who pitted sisters against sisters, brothers against sisters and a mother against her children. No one should ever have to go through what I feel our family has been dragged through unnecessarily the past few years.
4) I was prompted, coerced, intimidated, rehearsed, coached and told what to say by the district attorney's office. I can now say I got caught up in the whole prosecution "game" and felt I had to embellish the truth, to invent stories and events to try and make the implausible seem plausible. I am embarrassed to admit it but I felt I needed to say things that I thought the prosecution wanted to hear. I was given no other choice but to go along with their version of events.
   a. I was urged to say for positive fact that my dad made me wash and touch his private parts during showers when I always said I knew it never happened.
   b. My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They asserted that it had to be, it was without a doubt, there was no other thing I could have felt. I now know the few times I remember feeling anything it was either a large belt buckle he wore or the zipper in his pants. At no time was he ever without clothes nor was I. He did not become aroused by me nor by either of my other sisters.
   c. "Tickle torture" was mentioned at my father's trial and I need to address this issue. It was an innocent game! Jeanette and especially the prosecutors construed it to be this sexual activity but that is simply not the case. The boys played it, the girls did, it was us getting tickled.

Nothing more, nothing less. For Jeanette to have accidentally been touched in a private part was just that – an accident. It saddens me to think this family fun time we shared has been turned into something perverted and bad.

    d.    A coupon book was also mentioned at my dad's trial. Though my dad can be outlandish and do weird things, this coupon book was his weak attempt at humor. In bad taste and bizarre humor, yes. But a sexual advance, absolutely not! There is no doubt in my mind my father meant nothing sexual either implied implicitly or explicitly. He thought he was being funny and it backfired – badly.

5)    The district attorney and investigators did not make a wholehearted attempt to get to know me, to understand my side of the story, to understand the dynamics of our family. There was nothing genuine about their intentions or motives. I feel they had an agenda from the start and that agenda was not to find the truth but to convict an innocent man in any way possible not matter how deceptive or manipulative they had to be to do it. They didn't care to hear the good things about our family, the many wonderful things about my dad. They only wanted to hear the negative, anything that could remotely implicate him whether it was totally true or not didn't matter to them.

    a.    I feel this case was about trying to build the reputation of those prosecuting it. I felt the prosecutors were bullies who tried to throw their weight around and who condescendingly dismissed any ideas or suggestions I had which tried to offer any other conclusions than what they had already come to.

    b.    I feel whatever minor inappropriate actions were exhibited by my father was blown incredibly out of proportion and the prosecutors attempted to whip the jury into a frenzied hysteria by using words such as "rapist" or "predator." Those words unequivocally do not describe my father and it is an affront to his children and an insult to his integrity to even remotely describe him in that fashion.

6)    My sister Jeanette is a pawn in the district attorney's vicious prosecution again my father, an innocent victim of the system.

    a.    I, in my heart of hearts honestly feel that once Jeanette began talking to the prosecutors and investigators, and saying what she felt they wanted to hear, she felt she was in a tidal wave moving out of control. She couldn't stop it, couldn't recant her previous testimony, couldn't look people in the eye and say what she had "remembered" simply wasn't true – that she had been coached what to say the whole time.

    b.    Being the youngest of six children, Jeanette felt neglected and ignored. While her older siblings were in college, in stable relationships and making something of their lives, Jeanette had none of this. I don't think she intended for things to be taken so far, but again, once scrutinized by the district attorney's office, she felt she couldn't recant falsehoods but had to say what she felt they wanted her to say.

7)    My dad is not a habitual offender, is not a threat to society nor his community. He is a loving, hard-working, decent family man who should be able to play with his grandkids and enjoy the company of his six children and instead is surrounded by violent criminal offenders in a prison. I love my father and would, without reservation, let him around my children, his grandchildren. I am

2

not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

8) All along I have said I didn't even feel wronged, I had gotten on with my life, and I didn't want to see my father prosecuted, much less serve prison time. I never pressed forward with wanting my dad prosecuted. I merely suggested he may have acted mildly inappropriate at times and from there the freakshow began! Now in the aftermath I don't feel justice has been done, but rather a grave injustice has been committed.

9) I am a responsible, mature wife and mother of two who has put my past behind me and who has gone on with my life. I am a respected, contributing member of society who owns my own business and who has graduated from a four-year college with a bachelors degree in international relations. Contrary to what anyone may think, I am not trying to cover for my dad nor make excuses for him. I am disgusted for everything he has been dragged through by the merciless prosecution team and investigators.

10) I love my sister Jeanette, I don't think she had malicious intentions. She lives with me now and I see her good heart, and her patient way with my children. But I also see her immaturity and deceptive practices. I see how she lies to get out of trouble and for attention. I can see she is very troubled that our dad is in prison and knows she was not honest in her courtroom testimony. I know she fears repercussions if she does admit to not being entirely honest. She has expressed fear of the prosecutors to me before

11) My father is not a saint, he is not blameless in all things nor is he without fault. But what has happened to him is ridiculous and downright shameful. I regret I played a part in the courtroom fiasco and am disappointed in myself for not having the courage to stand up to the prosecutors and say what I knew to be true as well as what I knew to be untrue. I am remorseful for the pain and hardships my father has had to endure and for my inability to not get caught up in the frenzied atmosphere of the courtroom.

12) Further Affiant Sayeth Naught.

Dated: November 19, 1999

State of Washington
County of Kitsap

_____
AFFIANT'S SIGNATURE

SUBSCRIBED and SWORN before me on this 19th day of November, 1999, in the County of Kitsap, State of Washington.

WITNESS my HAND and OFFICIAL SEAL:

_____
NOTARY'S SIGNATURE          SEAL:
Notary Public in and for the State of Washington

Kathleen J. Cowsert

My commission expires: 06-29-2003

3

September 5, 2000

**Re: MICHAEL N. COLLINS**

Dear Judge:

Please let my dad out of jail and stop all of this nonsense. I feel like our family's lives are trapped in an awful movie, that our family has been ripped apart by the evil district attorney's office.

The star of the movie is Jeanette. Once she realized she could get the attention she so desperately craved simply by saying what the d.a's office wanted to hear, like a donkey diligently following a carrot, she beckoned this call to stardom and became a drone in the prosecution's case. Never thinking for herself, she has told both me and Christine on numerous occasions that everything she did was to please the d.a.'s office. All the time they asked her, "What else can you remember? We need you to remember more." What they really should have asked was, "What else can you misconstrue and twist around to appear as perverted?" Jeanette has told both me and Christine that she flat-out lied on the stand. My father never groped her breasts, never fondled her, never laid or stood next to her with an erection. It just didn't happen. I have heard her say it, with my own ears.

Now that Jeanette is living in Connecticut, a safe distance away from the d.a.'s office, and she doesn't fear their repercussions if she doesn't say what they want to hear, she is free to talk about her blatant lies – and she does! She has told Christine she wants so much to take her testimony back, she is embarrassed by it. She was just a kid – 15 years old when this first started. She was as caught up in the flurry of accusations just as anybody else was. Jeanette lived with me for a few years and I saw first hand how plain deceitful and calculating she could be. Once again, let me reiterate, Jeanette told me she lied on the stand. She told me she made herself cry (she really is an accomplished actress), and she greatly exaggerated the innocent to make it appear to be immoral.

I, regrettably, had a supporting role which I am both ashamed and embarrassed about. Why couldn't I stand up to the investigators? Why couldn't I tell them that no, I never kissed my father's penis in the shower? Why couldn't I tell them that I never felt an erection while lying next to my father? Unfortunately I got so caught up in this momentous tidal wave of lies, exaggerations and half-truths. Part of me wanted to support what Jeanette was saying even though I knew what she was saying was preposterous. The other part of me was deathly afraid of the investigators. Would I be put under arrest? Would the tables be turned and somehow I would be vengefully prosecuted for something I didn't do? Everything I testified to was either surrounded in doubt or I knew it just was plain not true. The investigators would have none of that however. They would sit me in a room and tell me what they wanted me to testify to. I felt helpless.



That doesn't even begin to describe the amount of helplessness I feel now along with the overwhelming guilt and sadness I feel for that fact that my dad is in prison. He is in prison for something he didn't do and I helped to convict him. Our whole family is just in such turmoil over this. I know personally when my dad was sentenced I felt as if my insides had been turned out.

Please, please, right this wrong, correct this injustice. Stop this nonsense! Help our family achieve closure and let our healing begin. Let our family have a little bit of confidence in the justice system after our belief in it has already been shattered.

Please let my dad out of jail and overturn his sentence. Let him begin to pick up the pieces of his life and live with my brother Jared and his family in Utah. Letting my dad out of jail and placing the limitation of having to stay in Colorado is still a sentence for my dad! My brother Jared is a good man full of integrity. My father's staying there can only be a benefit to my dad.

I thank you very much for your attention to this matter and ask you to please call me at 360-344-3939 if you have any questions whatsoever.

Sincerely,

Laura Piper

Laura Piper

---

**Certificate for Witnessing or Attesting a Signature**

State of Washington )
                     ) ss
County of Jefferson )

Signed or attested before me on 11/3/2000 by Laura Piper

Wendy C O'Keefe

Notary Public in and for the State of Washington

WENDY C. O'KEEFE

Printed name

(seal or stamp)

Residing at: Pt Hadlock, WA

My appointment expires: 12/2/03

2

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

     **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.

2)     Affiant has personal knowledge of all facts herein stated.

3)     After much reflection I have decided to write this letter to make known my frustration with what I feel was an unfair judicial process for my dad. I feel I was an unwitting accomplice to my dad being "railroaded" for crimes he did not commit.

4)     Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team, that if I didn't remember things they wanted me to remember I could be prosecuted myself.

5)     I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6)     I felt like I had to say what I had rehearsed with the d.a. even if it was questionable in my mind if that was what really happened. For instance, I can't even be sure if when I laid with my dad he had an erection. It was so long ago, there are so many other possibilities of what it could have been, there is absolutely no way I can be sure that is what happened. But caught up in the moment, and being questioned by sympathetic investigators who said absolutely that is what it was, I felt like I had to go along with it. I was given no other alternative, no other option as to what could have happened.

7)     Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

1

8)   I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9)   Lastly, I want to say that again and again I was told there would be no jail time for my father! <u>I would not have agreed to testify if I thought there was the remotest possibility my dad would be sent to jail.</u> We were all going to get counseling, my dad was going to get help. I still feel he is not blameless in all things, and that he should get court-mandated counseling, but being sentenced to 12 years in prison definitely does not fit the "crime" my dad committed. Please reconsider my dad's sentence and allow him to leave prison. He has already served more than a year and that is more than anyone ever thought he would serve in the first place.

10)  Further Affiant Sayeth Naught.

Dated: November 19, 1999

_(signature)_
AFFIANT'S SIGNATURE

State of Washington
County of Kitsap

SUBSCRIBED and SWORN before me on this 19th day of November, 1999, in the County of Kitsap, State of Washington.

WITNESS my HAND and OFFICIAL SEAL:

_(signature)_
NOTARY'S SIGNATURE                     SEAL:
Notary Public in and for the State of Washington
Kathleen J. Cowsert

My commission expires:      06-29-2003

2

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,      Plaintiffs,

v.

MICHAEL N. COLLINS,    Defendant.

     **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)   Affiant is competent to testify to all matters herein.

2)   Affiant has personal knowledge of all facts herein stated.

3)   I was not in a healthy emotional state when I made egregious accusations against my father.

4)   Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team.

5)   I was angry with my father, I was feeling despondent in my own life, and I agreed to whatever the investigators were suggesting. I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6)   My father never had an erection when I laid next to him, he never fondled my breasts. I made these accusations as a minor being coerced by adults who I thought at the time had my best interests in mind. They did not.

7)   Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

8)   I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9)   I am of sound mind when writing this affidavit and am not being coached or coerced by anyone.

10)   Further Affiant Sayeth Naught.

Dated:

                                    AFFIANT'S SIGNATURE

     SUBSCRIBED and SWORN before me on this _____ day of _DECEMBER_, 2001, in the County of _New London_ State of _CONNECTICUT_

WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE               SEAL:

My commission expires:_____ **KATHLEEN BERNIER**
                            *NOTARY PUBLIC*
                  MY COMMISSION EXPIRES MAY 31, 2006

Monday, February 11, 2002

STATEMENT BY: JARED M. COLLINS, PSC 473 BOX 96, FPO, AP 96349-0005

I am currently working as a civilian for the Department of Defense overseas on the Yokosuka, Japan Naval Base. I am writing on behalf of my father, Michael Norris Collins, who has been unjustly imprisoned over the last several years. I am specifically writing in regards to his motion to appeal. Since the trial first ended, I spoke with Mr. Jeffery Timlin outside the courthouse in the parking lot as we discussed what our options were. He said that he would of course appeal the Judge's decision and that would set into motion several things. Since day one after the trial, he stated that he would appeal.

After the trial, my father has always stated that he would appeal the judge's decision. My father and I kept in close contact and we would write each other often about this matter. He would call collect sometimes and always let me know the status of the legal work he was trying to go through. He also wrote to me several times that his attorney was working through the appeals process. After several months, he began telling me that his lawyer wasn't doing much of anything. Many months later we find out that he was doing absolutely nothing on my father's behalf during this whole time.

Mr. Timlin was very straightforward with me and said that he was going to appeal on behalf of my father. My father has always told me that he appealed the decision and was positive that it would be overturned through the appellate courts.

Mr. Timlin has been dishonest with my father and myself. Mr. Timlin has never stated that my father waived his right to appeal, **never**. My father has never told me that he waved his right to appeal, **never**.

I, myself, personally have tried to contact Mr. Timlin in the past on my behalf as well as on my father's behalf and I could not get into contact with him. He would not return my phone calls. He also rarely returned my father's phone calls and missed many of my father's court appearances and appointments. He was not a lawyer who looked out for my father's best interest. When he would commit to do something, it just never happened.

If you would like to speak with me further about Mr. Timlin, my father, his trial, or anything else, please do not hesitate to contact me.


Sincerely,

Jared M. Collins
PSC 473 Box 96
FPO, AP 96349-0005

Jarreb@yahoo.com

Judge Scott Lawrence
District Court Judge
Douglas County Combined Courts
P.O. Box 1690
Castle Rock   CO
               80104-1690


Dear Judge Lawrence,

         I am writing this letter not really knowing how
much good it will do but I hope to convey some of the things which
I feel and feel that you need to know about my experiences dealing
with my sister Jeanette Collins and father Michael N. Collins.  My
name is John Collins and I am the second youngest of the six
children in our family.  I had the opportunity to really get to
know my sister during the time in question due to the fact that we
were the only two kids still left at home.  Let me try and explain
the best I can about my sister's character.  I truly feel that I am
the most qualified to do so because I was the closest to her during
those months in which she has accused my father of molesting her.
Jeanie is one of the most caring people that I know.  She is not
one to carry grudges.  She is not one for violence.  She has a
wonderful personality and I just love her to death.  Unfortunately,
she has always had low self-esteem.  Call it because of her weight
or the fact that we were very poor growing up,  I don't know.  What
I do know is that because of her self-esteem problem she simply
cries out for attention.  She would always do things to put herself
in the limelight.  She always knew the right things to do in order
to get her way or just to get someones attention.  After a while

crying, pouting, or not talking to someone stopped working and people wanted her to grow-up and take responsibility for her actions. They wanted her to stay in school. They wanted her to attend church. They simply wanted her to do chores around the house. Jeanie has never been one to be told what to do so her little ploys to get attention or to get her way got bigger and more extravagant which cumulated in a suicide attempt. Suddenly people started doing what she wanted again and she was again in control. Like all things, it came to an end. We started taking her suicide threats with a grain of salt for we realized that she was simply using that as a way to excuse herself from reality and not take responsibility for her actions. This is when she accused my father of molesting her. Right from the first minute I never did believe Jeanie. Granted I didn't always voice my opinion due to lack of courage on my part but I feel my father has been done a great injustice. I know my sister and I know my father and he did not do this. To me this is simply my sister making another excuse for why she can't or why her life is messed up. I just want her to be responsible and tell everyone that this never happened. The thing is that I know she won't because she knows that that will take her out of the spotlight.

I didn't arrive at this conclusion easily. Even though I didn't believe Jeanie I was entangled in all the "What ifs". What if she isn't lying? What if she did get molested? What if she isn't making this whole thing up? It was interesting in the fact

that I did ask her if she had been molested and without hesitation she said "NO", in kind of a scoffing way.   To that she said I was a man and she didn't trust men.   Ok, then why, when asked by my sister Christine, did she again say no as well?   This whole case has so many inconsistencies and so many holes that it just makes me a little mad at the way it was handled.   This is not to say that the prosecution lawyers did things wrong but the way the investigation was handled was wrong in my opinion.   I know that each and every one of us in our family was lied to by Investigator Ruppart. I have always held a certain respect for people that uphold the law but that confidence was shattered by that individual.   He simply lied to us and that is wrong.   Not only did he lie but he intimidated us as well.   I don't really want to get into specifics in this letter but it is hard not to tell what really happened.

Back to my father,   now I'm not saying he was a perfect father.   He was on the road a lot. He didn't always spend a lot of time with us but I knew that he loved us.   He always put food on the table and clothes on our back and a roof over our heads and that demands respect.   He has always been a very christian man.   He was always willing to help others as much as he could.   In that he was a good example.   I may not know, I mean really know, what happened between my father and sister for only Jeanie, my dad, and God truly know what happened.   But in my judgement my father is innocent!   He could not have done this.   My sister thinks this is some kind of play or a big joke.   It's all about her and that's the way she wants it.

I just want you to know that I love my sister and I love my father. This has been one of the most difficult things my family has had to deal with. For the past two years it has gone on and on. Finally, when my dad was convicted of this, our family came together. We all seem to be thinking the same thing. But it took his conviction for people to say what they really thought. Do you know what? We were all thinking the same thing.... that Jeanie was not telling the truth. I'm sure you'll find similar comments in the other letters you have received.

I don't know what can be done for him now that he is convicted but I plead with you to do what you can. Whether it be probation or counseling or community service, be it what it may. I do think that jail is simply out of the question. He did not do this. Please do what you can but know this that I feel my father is innocent and so do four others, and those four others happened to be the closest to her. We all can't be wrong. I hope this letter does some good. If you have any further questions you would like to ask feel free to call: (303) 681-3129.

With best regards,

John Collins

Michael N. Collins Doc #101218, Colorado Territorial Corr. Facility (1 of 1) 07/09/08,
P. O. Box 1010, Canon City Co 81215-1010   UERY & MOST IMPORTANT !!! "HELP !!!"
Civil Action No 92-N-870 (OES) (Consolidated for all purposes with Civil Action
No. 96-N-343) JESSE MONTEZ, et al. -vs- BILL OWENS, et al. AS PARTIAL REMEDY
"I AM REQUESTING IMMEDIATE TRANSFER TO FORT LYON CORR. FACILITY (AS SOON
AS POSSIBLE !!!)
Dear Judge Richard M. Borchers, Special Master, Warden James Abbott, CTCF:

IT IS AN ESTABLISHED FACT THAT I HAVE HAD & CONTINUE TO HAVE MANY "PROBLEMS"
HERE AT CTCF, MANY OF WHICH HAVE BEEN & CONTINUE TO BE BOTH INSTIGATED &
MADE WORSE BY C.O.'s (CORRECTIONAL OFFICERS). I AM NOW BEING FAR "BEYOND
HARASSED" HARASSED; ACTUALLY, BOTH VERBALLY & PHYSICALLY, SEXUALLY AS-
SAULTED BY C.O.'s HERE AT CTCF ON AN ON-GOING BASIS VIRTUALLY EVERYDAY.

The harassment that I am subjected to at CTCF is "blatantly noticeable" to both other
inmates, as well as other C.O.'s virtually everyday, & is commented on by them to me vir-
tually everyday (again & again) here at CTCF. I have filled out "grievance forms", properly sub-
mitted them following proper procedures through my case manager (again & again); however, all
that I have done is aggravated my situation, aggravated the harassment & actual physical
assaults that I am subjected to, "brought more trouble upon myself."   "HELP !!!"

One of my worst "C.O. tormentors" is C.O. Adamiec (a.k.a the "Little Weasel"), who at
every opportunity, virtually every day, far "beyond excessive" excessively; far
"beyond the normal" norm that every other inmate is subjected to "pats me down." It makes
no difference if I am first, third, or last in an inmate "passing crowd," C.O. "Little Weasel"
will "pat me down." He may be patting another inmate down, pull me out of the "passing crowd",
have me stand next to him, & let everybody else through while he is "patting me down." He
has never found anything on me ! Yet C.O. Adamiec calls me names & hollers at me.

C.O. Adamiec makes sure to give me a "contempt shot," whenever he is "patting me down."
A "contempt shot" is an inconspicuous "hit to my groin," virtually every time that the
"Little Weasel" is "patting me down." He knows what he is doing & I know what he is doing.
C.O. Adamiec is sexually assaulting me. C.O. Adamiec thought it was great fun "spearing
me (closing our unit door on me & "hanging my body up") at Fremont C.F. After all of
these years, he still laughs about this "spearing"; reminds me of it & taunts me with it.
SEVERAL C.O.'s AT CTCF ACTUALLY INSTIGATE OTHER INMATES' HARASSMENT OF

me, & their physical attacks upon me, verbal harassements, physical assaults upon me, & instigations to incite other inmates to harass & physically attack me, made by C.O.'s against me are direct retaliations & retributions for my participation in the "Montez vs Owens" lawsuit, for the "many B" kites, grievances, & "summarizing letters" that I have submitted stating medical, security, & general remedies for way above wrongs & shortcomings "many B" of which have been & continue to be life threatening. As partial remedy, I am requesting immediate transfer to Fort Lyon CSPP facility "as soon as possible!!!!!"

Michael N. Collins DOC # 101218, Colorado Territorial Correctional Facility
P.O. Box 1010, Canon City, Co 81215-1010                                06/06/08

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343) JESSE MONTEZ, et al. - vs.- BILL OWENS, et al.

THIS IS A MOTION TO EXCLUDE THE TESTIMONY OF ORVILLE NEWFELD IN ITS ENTIRETY FROM ANY CONSIDERATION OF YOUR COURT, BOTH FROM THE HEARINGS & LEGAL PROCEEDINGS OF MICHAEL N. COLLINS, & FROM THE HEARINGS & LEGAL PROCEEDINGS OF ALL OTHER COLORADO DOC PRISON INMATES. ORVILLE NEWFELD SHOULD HAVE NO STANDING BEFORE YOUR COURT; HAS NEITHER ANY FIRST PERSON MEDICAL PRO- VIDER "EXPERIENCE" WITH THE CLAIMANT, MICHAEL N. COLLINS, NOR IS A CREDI- BLE WITNESS. EVERY WORD THAT ORVILLE NEWFELD SPEAKS IS A LIE.

 THE FOLLOWING IS QUOTED FROM MY LETTER TO THE COLORADO STATE BOARD OF MEDICAL EXAMINERS OF 05/06/08: PLEASE, SEND TO ME ANY COMPLAINTS & SANCTIONS MADE AGAINST & APPLIED TO ORVILLE NUEFELD... ADDITIONALLY, PLEASE, SEND TO ME ANY FORMS REQUIRED TO LODGE A COMPLAINT AND/OR COMPLAINTS AGAINST ORVILLE NEWFELD FOR BLATANT & OBVIOUS "ON GOING" (OVER MANY YEARS) BREACHES OF HIS PROFESSIONAL RULES OF CONDUCT, ETHICS GUIDELINES & PROFESSION- AL STANDARDS EXPECTED OF HIM AS A PRACTICING MEDICAL DOCTOR WITHIN COLORADO "*** DURING MY TWO "MONTEZ VS. OWENS" LAWSUIT HEARINGS OVER THE LAST SEV- ERAL MONTHS THAT ORVILLE NEWFELD TESTIFIED IN, I HEARD HIM TOTALLY & COM- PLETELY DECIMATE [THE TRUTH]. HE WASN'T JUST BEING DISINGENUOUS, WASN'T JUST OBFUSCATING & PONTIFICATING, BUT OR VILLE NUEFELD WAS JUST PLAIN "FLAT OUT" KNOWINGLY & WITHOUT ANY COMPUNCTION WHATSOEVER "BOLD FACE LYING" LYING (AGAIN & AGAIN); SO MUCH SO, THAT I CAN UNEQUIVOCALLY & MOST EM- PHATICALLY STATE THAT EVERY WORD OUT OF THE MOUTH OF ORVILLE NEWFELD, ONE WAY OR ANOTHER, IS A LIE, [ORVILLE NEWFELD IS A PROLIFIC LIAR] "*** AS ORVILLE NEWFELD HAS LIED (AGAIN & AGAIN) WITHOUT EITHER COM- PUNCTION OR HESITATION AT MY OWN HEARINGS, SO TOO HAS HE LIED WHEN TESTIFYING AT MANY OTHER INMATES' HEARINGS & LEGAL PROCEEDINGS, ABERRANT LYING HAVE GOT TO BE MAJOR & THE MOST BASIC OF VIOLATIONS, BREACHES, & IN- FRACTIONS OF MEDICAL RULES OF CONDUCT, ETHICS GUIDELINES, & PROFESSIONAL STANDARDS...; OF RULES OF LAW & EVIDENCE. Respectfully, Michael N. Collins

Michael N. Collins Doc #101218 Colorado Territorial Corr. Facility 10/24/08
P.O. Box 1010, Canon City CO 81215-1010 TRANSFER TO FORT LYON CF-VERY SOON
Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil
Action No. 96-N-343) JESSE MONTEZ, et al. vs. BILL OWENS, et al.

Dear Judge Richard M. Borchers, Special Master, Warden James Abbott CTCF:

IT IS ESTABLISHED FACT THAT I HAVE NOT ONLY BEEN DISCRIMINATED AGAINST
BY THE COLORADO DOC, BECAUSE OF MY MEDICAL DISABILITIES, BUT, AT LEAST IN
PART, VERY ACTIVELY & AGGRESSIVELY RETALIATED AGAINST; HAD RETRIBUTION
AFTER RETRIBUTION "HEAPED UP ON ME" (AGAIN & AGAIN), BECAUSE OF BOTH THE MEDI-
CAL & GENERAL RECOURSES & REMEDIES THAT I HAVE SOUGHT BY & THROUGH MY BOTH
MEDICAL & GENERAL KITES, GRIEVANCES, & "SUMMARIZING LETTERS OF SPECIFICS"

I have many "problems" here at CTCF, many of which have been BOTH INSTIGATED &
MADE WORSE by C.O.'s. Sgt. Johnson, a supervisor at CH-5 involved in my last
write up agreed that it was another "contrived & fabricated" charge. Lt. Topliss, the
presiding officer at my last disciplinary hearing, told me that "I had several good
grounds to appeal; that I should appeal his decision." Lt. Fazzino, the prosecut-
ing officer, told me that "he didn't find me guilty" when he was unable to justify
my being found guilty. Sgt. Jermonce, responsible for "housing placements" through-
out CTCF, told me that he was putting me in CH-3, because he felt that the same
thing would happen again; that I would be physically attacked again in either
CH-1 or CH-7. "However, we go to meals together, have yard & gym together, work
& take academic classes together. I have been & continue to be physically attacked,
threatened, & called many pretty bad names (again & again) throughout CTCF. I
SHOULD HAVE BEEN TRANSFERRED OUT OF CTCF A LONG TIME AGO. PER CTCF
STAFF MY TRANSFER HAS NOT HAPPENED IN RETALIATION FOR THE MANY KITES GRIEV-
ANCES, & APPEALS THAT I HAVE WRITTEN. THIS IS FAR BEYOND DISCRIMINATION. THIS IS (RETALIATION &)
AS PARTIAL REMEDY, I AM REQUESTING THAT I BE ORDERED TO BE IMMEDIATELY
TRANSFERRED TO FORT LYON CF. I am an elderly man (60 years old), with a
number of medical & security issues. All that I want to do now is my "own time"
to be left alone & to leave others alone. IT IS ONLY A MATTER OF TIME BE-
FORE I AM PERMANENTLY SERIOUSLY CRIPPLED OR EVEN KILLED AT CTCF.
MY WHOLE LEFT SIDE IS MESSED UP." I TAKE ABOUT A DOZEN MEDICA-
TIONS, I SHOULD BE TRANSFERRED TO FORT LYON CF. AS SOON AS
POSSIBLE. Respectfully Submitted, Michael N. Collins #101218

Michael N. Collins   DOC #101218, Colorado Territorial Correctional Facility
P.O. Box 1010, Canon City, CO 81215-1010                                    06/06/08

To: State Board of Medical Examiners   Subject: Orville Nuefeld, MD of Monument
Co. Please, send to me any complaints & sanctions made against & applied to Orville
Nuefeld. Also, please, send to me your professional rules of conduct, ethics
guidelines, & professional standards expected of all practicing medical doctors within
the State of Colorado. Additionally, please, send to me any forms required to lodge a
complaint and/or complaints against Orville Nuefeld for his term & obvious "ongoing"
(over many years) breaches of his professional rules of conduct, ethics guidelines, &
professional standards expected of him as a practicing medical doctor.

   Immediately prior to my imprisonment, I was the State Manager for the Denver Post's
"MI" In-Store & Special Events Program. Out of many hundreds of sales representa-
tives & sales managers "repping" for over 30 large associated metropolitan daily news-
papers throughout the United States, my last full year of freedom, I was their Sales
Rep of the Year for 1998. "I too had professional rules of conduct, ethics & guide-
lines, & professional standards expected of me. There were 3 simple rules that I lived
& worked by; that I required of those who worked for me to live & work by:
① DON'T LIE - PERIOD. ② WORK - BE WHERE YOU NEED TO BE, & GET YOUR JOB
DONE, BY WORKING IN A TIMELY MANNER ③ DON'T "BAD MOUTH" MY & YOUR
SENIORS FIRST. THEY WERE, ARE, & WILL REMAIN MY LIFE & WORK MORALITY ETHICS

   During my two "Montez vs. Owens" lawsuit hearings over the last several months
that Orville Nuefeld testified in, I heard him totally & completely decimate my first
simple life & work rule. He wasn't just being disingenuous, wasn't just ob-
fuscating & pontificating, but Orville Nuefeld was just plain "flat out" knowingly
without any compunction whatsoever bold face lying" lying (again & again); so much so,
that I can un-equivocally & most emphatically state that every word out of the
mouth of Orville Nuefeld, one way or another, is a lie.

   As Orville Nuefeld has lied (again & again) without either compunction or hes-
itation at my own hearings, so too has he lied when testifying at many other in notes'
hearings & legal proceedings. Perjury & lying have got to be major & the most basic of vio-
lations, breaches & infractions of your professional rules of conduct, ethics guide-
lines, & professional standards, both expected & required of a practicing medica

doctor within the State of Colorado, has no standing; no credibility whatsoever while testifying at my own hearings & legal proceedings, so too has he no standing; no credibility whatsoever while testifying at any other inmates hearings & legal proceedings. All hearings & legal proceedings related to the Montez vs. Owens lawsuit that Orville Neufeld participated in; testified in need to be set aside; declared null & void. At least the beginnings of fairness; the beginnings of impartial justice demand that all of these hearings & legal proceedings be reheard & reargued without Orville Neufeld present, either in person or even by phone. My life has been destroyed; I have been imprisoned within the worst of Colorados jails & prison over what never even happened for about 10 years. I had no daughter that underwent deep therapy & counseling to break down barriers & find images of what just never even happened. False images were implanted in her mind. She totally & completely recanted her trial testimony years ago to become, along with my other daughters, one of my strongest supporters & advocates (See the enclosed St. Devils statements). Lying, professional misconduct & malpractice, hacks & chicanery whether he they by psycho analysis or hypnoch typical "medical hacks" employed by the Colorado DOC like Orville Neufeld are systemic throughout the Colorado DOC, but have no place in "human being medical care." I/we are "human being men," & not animals & we are deserving of the "human being medical care" that we get. Immediately prior to my imprisonment, I was the State Manager for the Denver Post/ "MI In-Store & Special Events Program. I "carried" pretty good health & medical insurance coverage through Blue Cross/Blue Shield of the Rocky Mountains. As a Blue Cross/Blue Shield member, I consulted with "real & genuine" practicing medical doctors who very competently & professionally analyzed & diagnosed; prescribed medications & medical treatments for my many "medical issues," any one of which could have been easily life threatening to me, all of which have only been greatly aggravated by my imprisonment within the Colorado DOC." Lesser animals, domesticated animals, barnyard farm & ranch animals recieve far better care through their veternarians then we do through our DOC "medical providers," through our medical doctors, completely & totally incompetent "medical hacks" like Orville Neufeld. Everything that Orville Neufeld says & does; everything that he is as a medical doctor, is a lie. — Michael N. Collins #101218

I AM BEING "SEXUALLY ASSAULTED" BY C.O. ADAMIC, AFTER EVERY DINNER THAT HE IS ON DUTY. A "CONTEMPT SHOT" IS "SEXUAL ASSAULT" & A "CONTEMPT SHOT" IS C.O. ADAMIC CONSPICUOUSLY STRIKING MY GROIN, STRIKING AT THE OUTER SIDE OF MY PENIS NOT TO FIND CONTRABAND (WHICH HE NEVER HAS!), BUT TO INTENTIONALLY "DEMEAN & DISRESPECT" ME. IT HURTS SOMEWHAT; HOWEVER, A "CONTEMPT SHOT" MADE BY C.O. ADAMIC IS A "SEXUAL ASSAULT," WHOSE PRIMARY PURPOSE IS MEANT TO "DEMEAN & DISRESPECT" ME. I AM A MAN, & NOT AN ANIMAL! C.O. ADAMIC KNOWS WHAT HE IS DOING, & I KNOW WHAT HE IS DOING!

ON 07/25/08, AFTER OUR DINNER MEAL, AFTER HIS "PAT DOWN" OF ME, AS USUAL, C.O. ADAMIC GAVE ME A "CONTEMPT SHOT" TO MY GROIN AREA. THIS WAS WITNESSED BY LT. REYGA, WHO DID NOTHING! IT HURT; HOWEVER, C.O. ADAMIC HAS BEEN GIVING ME "CONTEMPT SHOTS" FOR AS LONG AS I HAVE KNOWN HIM, BOTH AT TERRITORIAL & FREMONT C.F.'S. OVER THE LAST COUPLE OF MONTHS C.O. ADAMIC'S "CONTEMPT SHOTS" HAVE BECOME INCREASINGLY "STRONGER & MORE CONTEMPTUOUS"!

ON 07/25/08, AFTER WE WERE BACK AT OUR CELL HOUSE, I TOLD C.O. ADAMIC TO "KEEP HIS HANDS OFF OF MY NUTS," HE WENT OFF ON ME! HE RAN TO GET SGT. MCMILLIAN; CAME BACK WITH SGT. MCMILLIAN & C.O. JONES, SGT. MCMILLIAN ORDERED ME TO "CUFF UP," & THEN GO SIT IN A CHAIR OUTSIDE OF THE C.O.'S OFFICE, WHICH I DID. IT APPEARED TO ME THAT IT WAS C.O. ADAMIC THAT WAS "OUT OF CONTROL," AS I SAT "CUFFED UP" C.O. ADAMIC WAS IN MY "FACE," TELLING ME THAT HE WAS GOING TO "PUT ME ON THE GROUND & THROW ME IN THE HOLE." CALMER HEADS PREVAILED! SGT. MCMILLIAN UNCUFFED ME, & ORDERED ME BACK TO MY POD. THIS ISN'T OVER! I HAVE BEEN UNABLE TO EAT MY DINNER MEALS SINCE 07/25. NOT ONLY C.O. ADAMIC, BUT OTHER C.O.'S ARE NOW GIVING ME "CONTEMPT SHOTS" EVERY C.O. IS NOW "GUNNING FOR ME" AFTER OUR DINNER MEALS. C.O. ADAMIC NEEDS TO BE ASSIGNED DUTIES WHERE HE HAS TO KEEP HIS HANDS/HANDS OFF OF INMATES' GROIN AREAS!!!

MY BODY IS NOW GOD'S HOLY TEMPLE. I DO NOT SELF ~ Michael D. Collins 07/29/08 GRATIFY MYSELF (MASTURBATE). I HAVE CRUCIFIED MY OWN FLESH! I DO NOT HAVE SEXUAL INTERCOURSE WITH OTHER MEN; I AM NOT "SEXUAL" IN ANY WAY WITH OTHER MEN! I DO NOT ALLOW OTHER MEN TO IN ANY WAY GRATIFY THEMSELVES WITH MY "PRIVATE MAN BODY PARTS." I NOW KEEP MYSELF HOLY & WORTHY FOR MY GOD. I NOW KEEP MYSELF HOLY & WORTHY FOR MY WIFE'S DAY TO BE. I WILL HAVE ONLY ONE WIFE! WE WILL GREATLY LOVE, CHERISH, HONOR, SUPPORT, POSSESS, CARESS & BE INTIMATE WITH ONLY EACH OTHER,

CASE MANAGER O'MALEY IS USING C.O. STAFF TO BOTH PHYSICALLY ASSAULT ME, & MENACE ME, SO AS TO DENY ME BLANK GRIEVANCE FORMS FOR STEP I & II'S. WHEN I WAS CO-ING OUT OF "SEG", BUT STILL IN "SEG". C.M. O'MALLEY HAD ME BROUGHT TO HER BACK OFFICE DOOR THAT OPENS INTO "SEG". I STOOD BEFORE HER STILL HANDCUFFED, WAIST & ANKLE CHAINED. I WAS BEING MENACED BY BOTH SGT. STEENBERGEN & C.O. DODD. SGT. STEENBERGEN HAD HIS HANDS ON MY SHOULDERS. C.M. O'MALLEY TOLD ME THAT SHE WAS NOT GIVING ME ANY BLANK GRIEVANCE FORMS; THAT I WOULD HAVE TO GET THEM FROM C.M. TRUJILLO IN UNIT 7, WHO ALSO REFUSED TO (PROVIDE THEM

SGT. STEENBERGEN STRUCK ME A HARD "PALM BLOW" TO MY RIGHT NECK & SHOULDER AREA, GRABBED THE "SCRUFF-NECK" OF MY ORANGE "SEG" COVERALLS, & PROCEEDED TO PUSH & JERK ME, HANG MY NECK, CHOKING ME, ALL OF THE WAY DOWN THE LONG, HALLWAY INCLINE BETWEEN "SEG" LEVELS. SGT. STEENBERGEN SAID THAT HE WAS "KEEPING ME FROM FALLING, SO THAT I SHOULDN'T HURT MYSELF." NO OTHER C.O. HAS HELPED ME IN SUCH A MANNER. SGT STEENBERGEN HAD PHYSICALLY ATTACKED ME.

ON 07/25/08, I MET WITH C.M. O'MALLEY IN THE A.M. SHE REFUSED TO ACCEPT THE 4 STEP I GRIEVANCES, & THE READING MATERIAL COMMITTEE APPEAL THAT I HAD PREVIOUSLY SUBMITTED TO HER. SHE TOLD ME THAT THEY WOULD HAVE TO BE EITHER RE-WRITTEN, OR BE "GRIEVABLE". SHE REFUSED TO (GIVE ME ANY BLANK GRIEVANCE FORMS FOR "OTHER ISSUES". C.M. O'MALLEY TOLD ME TO COME BACK IN THE AFTERNOON. I HAD IN NO WAY BEEN THREATENING TO HER. C.M. O'MALLEY HAD ME BACK TO HER OFFICE IN THE P.M. SHE WAS WAITING FOR ME WITH SGT. MC MILLIAN. I SAYS AT SGT. MC MILLIAN "WAS A THREAT TO ME." I RELATED SGT. STEENBERGEN'S PHYSICAL ATTACK ON ME, WHEN I HAD PREVIOUSLY REQUESTED BLANK GRIEVANCE FORMS. SHE RE-MINDERED THIS INCIDENT. SGT MC MILLIAN THREATEN ME UP (AGAIN & AGAIN). I WAS UNABLE TO GET BLANK GRIEVANCE FORMS; I NEED IT. PLEASE, ROUTE 7 EA BLANK GRIEVANCE FORMS TO ME. THANK YOU. *Michael N. Collins* 07/29/08 THERE ARE MANY LIES & MUCH DENIAL THROUGHOUT THE COLORADO D.O.C. MY WHOLE TRIAL & VERDICT WAS A CORRUPTED & COERCED ONE FROM BEGINNING TO END. "90% OF THE INDIVIDUALS INCARCERATED IN THE DOUGLAS COUNTY JAIL & "ROUTED "TO D O C EITHER "DIDN'T DO IT," WERE INVOLVED IN "CONSENSUAL ACTIVI-TIES "BETWEEN CONSENTING ADULTS, OR ARE "NON-VIOLENT." & 98% "TO GET CONVICTIONS", (CREATES ARE, IN ORDINATE DOUGLAS COUNTY SHERIFF'S DEPUTIES, PROSECUTORS, & JUDGES (JUST PLAIN CSO'S IN BLACK ROBES) TOGETHER, AS ONE STATE, COERCE THEIR OWN WITNESSES & FABRICATE EVIDENCE (AS IN MY OWN CASE), WITH TOTAL IMPUNITY. THERE IS NEITHER IMPARTIAL JUSTICE, NOR REMEDY THROUGHOUT COLORADO'S DOC & LEGAL SYSTEM

MY MAIL HAS BEEN (& CONTINUES TO BE) "ILLEGALLY SEIZED!" FOR THE FULL TIME PERIODS (BOTH TIME PERIODS, FOR A COMBINED TOTAL OF "ABOUT" 2½ YEARS!) THAT I HAVE BEEN ASSIGNED TO CTCF! BY COLORADO DISTRICT COURT ORDER, MY DAUGHTERS CHRISTINE & LAURA, MYSELF ARE FREE TO COMMUNICATE WITH EACH OTHER. YET, THEIR MAIL IS BLATANTLY SEIZED FOR NO OTHER REASON THAN THAT IT IS THEIR MAIL! I HAVE FREELY COMMUNICATED MY DAUGHTERS CHRISTINE & LAURA, WITH MY FORMER WIFE KAREN, WITH MY SONS JARED, JACK, & JOHN FOR THE "ABOUT" 10 YEARS THAT I HAVE BEEN IMPRISONED WITHIN COLORADO DOC; NONE OF THEIR MAIL HAS EVER BEEN SEIZED IN OTHER PRISONS, ONLY AT CTCF (AGAIN)!

OVER THE LAST YEAR, IN PARTICULAR THE "ABOUT" LAST 6 MONTHS, MY MAIL SEIZURES BY CTCF HAVE BECOME EVEN MORE OPEN & BLATANT, "WANTONLY ILLEGAL!" WITH AN UTTER DISREGARD OF THE LAW! THE MAILROOM SUPERVISOR, SGT. VIOLA, HAS ANGRILY TOLD ME, WHEN I HAVE CONFRONTED HIM THAT HE "DIDN'T GIVE A ___; DIDN'T GIVE A ___!" DIRECTLY RESPONSIBLE FOR MOST OF MY MAIL SEIZURES HAS BEEN C.O. COMBS, WHO "EXCESSIVELY FOLLOWS HIS ORDERS!" SGT. VIOLA IS A "UNIFORMED ___!" C.O. COMBS HAS NO "___ ___!" WHEN I CONFRONTED MAJOR BROADDITCH, HE TOLD ME THAT "FAMILIES ARE LEFT ALONE!" THAT MY SEIZED "ALL GOOD & WHOLESOME!" "FAMILY LETTERS & PICTURES WOULD BE REHARMED TO ME, "BUT THEY NEVER WERE! CAPT. WILSON IS A ___!" WHO BELIEVES THAT MY MAIL SEIZURE IS JUSTIFIED, THAT ANYTHING THAT ANY C.O. DOES AT CTCF IS JUSTIFIED, IN PARTICULAR, ILLEGALLY SEIZING! MY MAIL! THE "ILLEGAL SEIZURES!" OF MY ALL GOOD! FAMILY MAIL! OF MY MAGAZINES NEED TO BE IMMEDIATELY STOPPED!

___ OVER 10 YEARS AGO NOW, WHEN THE NEFARIOUS ___ Michael N. Collins 07/29/08

INVESTIGATOR WILLIAM RUPPERT FIRST INJECTED HIMSELF INTO MY LIFE, & THE LIFE OF OUR FAMILY, HE TOLD MANY! LIES, AS HE CONTINUED TO TELL "MANY! "LIES THROUGHOUT MY LEGAL PROCEEDINGS. THE NEFARIOUS RUPPERT TOLD BOTH MYSELF & EVERY MEMBER OF MY FAMILY THAT HE TALKED TO: "NOBODY IN YOUR FAMILY IS EVER GOING TO BE ARRESTED! DOUGLAS COUNTY WOULD NEVER PROSECUTE ANYTHING LIKE THIS! I AM ONLY HERE TO HELP YOU & YOUR FAMILY; HELP YOU & YOUR FAMILY GET THE COUNSELING THAT YOU NEED. I AM ONLY HERE TO HELP YOU & YOUR FAMILY TO HEAL; TO HELP BRING YOUR FAMILY BACK TOGETHER." THE REALITY WAS THAT THE NEFARIOUS RUPPERT INVESTIGATOR DID EVERYTHING THAT HE COULD TO DESTROY ME & TO TEAR OUR FAMILY APART; TO TURN US AGAINST ONE ANOTHER ILLEGAL SEIZURES! OF MY MAIL BY COLORADO DOC & CTCF IS (SERIES OF EXCESSES!)

(4)

SNEAKY: CASE MANAGER O'MALLEY HAS "SHRUNK" THE "TITLE OR DESCRIPTION OF READING MATERIAL" & "WHAT IS THE BASIS OF YOUR APPEAL (BE SPECIFIC & BRIEF)" AREAS OF THE "OFFENDER READING MATERIAL COMMITTEE APPEAL FORM." AGAIN, I HAVE HAD A MAGAZINE ILLEGALLY SEIZED BY THE CTCF "MAILROOM & READING COMMITTEE." WHILE I HAVE BEEN AT CTCF OVER THE LAST YEAR, I HAVE HAD MANY GOOD & WHOLESOME FAMILY LETTERS & PICTURES SEIZED, MANY IN DIRECT VIOLATION OF A COLORADO DISTRICT COURT JUDGES ORDER!

SNEAKY!: CM O'MALLEY "SHRUNK" THE SPECIFIED AREAS ABOUT 25% INSTEAD OF BEING "SHRUNK," THE "DESCRIPTION & BASIS OF MY APPEAL" AREAS SHOULD BE ENLARGED 25-50%. I COULD NOT EVEN BEGIN TO PROPERLY "ELABORATE & EXPOUND MY BASIS" FOR APPEALING, ONCE AGAIN, ANOTHER ILLEGAL MAIL SEIZURE BY THE CTCF "MAILROOM & READING COMMITTEE." PLEASE, ROUTE TO ME 30 "OFFENDER READING MATERIAL COMMITTEE APPEAL FORMS" WITH THEIR "TITLE OR DESCRIPTION OF READING MATERIAL" & "WHAT IS THE BASIS OF YOUR APPEAL" AREAS x (ENLARGED 50%)

I HAVE "BEEN DOWN" FOR ABOUT 10 YEARS. OVER THAT TIME, I HAVE WRITTEN MANY GRIEVANCE PERHAPS, MANY HUNDREDS OF GRIEVANCES THAT HAVE BEEN FOUND TO BE "ACCEPTABLE." I ALWAYS PRINT "LEGIBLY SMALL, & CRAM "AS MUCH CONDENSED, GREATLY ABBREVIATED INFORMATION & SPECIFICS AS I CAN INTO THE TWO LIMITED AREA PROVIDED ON GRIEVANCE FORMS FOR ME TO "GRIEVE THE ISSUES." CM O'MALLEY HAS DIRECTED THAT I WRITE MUCH LARGER, ONLY WRITE A COUPLE OF SENTENCES, & THAT I DO NOT RAMBLE. I SUBMIT THAT I AM WRITING WHAT NEEDS TO BE WRITTEN IN A CONCISE & FOCUSED MANNER. CM O'MALLEY DOES VERY LITTLE; INDEED, IS AN ACTUAL IMPEDIMENT. I AM REQUESTING THAT ALL OF MY GRIEVANCES NOW BE HANDLED BY SENIOR CASE MANAGER ALLEN. THANK YOU, Michael N. Collins 07/29/08

VIRTUALLY ALL GRIEVANCES NOW SUBMITTED TO COLORADO DOC & CTCF SEEKING "FAIR REASONABLE" MEDICAL, SECURITY & GENERAL REMEDIES ARE, IN NORMAL COURSE, DENIED & IT MIGHT TAKE 2-3 WEEKS, 2-3 MONTHS, OR "ABOUT A YEAR," BUT THROUGH STEP I, II, & III ALL GRIEVANCES, NO MATTER HOW JUSTIFIED, ARE ULTIMATELY DENIED BY COLORADO DOC & CTCF. THIS IS, IF THE "GRIEVABLE ISSUES" ARE ALLOWED TO BE GRIEVED IN THE FIRST PLACE. CASE MANAGER O'MALLEY & EVERY OTHER CM, WITHOUT EXCEPTION, DURING MY "ABOUT 10 YEAR" IMPRISONMENT WITHIN COLORADO DOC, HAVE PUT EVERY CONCEIVABLE OBSTACLE IN MY WAY TO "DENY ME BLANK GRIEVANCE FORMS. THIS IS SYSTEMIC THROUGHOUT THE COLORADO DOC & NOT JUST PARTICULAR TO CTCF. THIS IS MASSIVE DENIAL & "EPISODIC "JUSTICE & THE RIGHT THING" DENIED THROUGHOUT DOC

Michael N. Collins DOC #101216, Colorado Territorial Correctional Facility 08/25/08
P.O. Box 1010, Canon City Co 81215-1010; (719) 269-4002

<u>ILLEGAL "SEXUAL ASSAULTS" BY C.O.'S ARE NOW "S.O.P" AT TERRITORIAL CORR. FAC.</u>
<u>NOTICE TO CEASE & DESIST!!!</u>

A "contempt shot" is a "sexual assault"; is a C.O. (Correctional Officer) "strongly hitting" an inmate's penis head & length, "rubbing up & down" an inmate's penis & groin area while ostensibly "patting down" the inmate. A "contempt shot" is just that, showing as much "contempt & disrespect" for an inmate that a C.O. possibly can. "Contempt shots" are now "S.O.P" after every dinner meal here at CTCF, ordered by Capt. Bastides.

The only way that I can avoid "contempt shots," avoid being "sexually assaulted" after every dinner meal is to not eat my dinner meals; however, I am diabetic & I need to eat all of my meals each & every day. I have had to stay away from our mess hall, have not been able to eat any of my dinner meals since 07/25/08. It has now been ONE FULL MONTH that I have not been able to eat any of my dinner meals to keep my penis & groin area from "getting shocked" & "rubbed up & down." MANY! C.O.'s now do this.

For several months Sgt. Ademic (a.k.a. the "Little Weasel") has been "patting me down," at his every opportunity, as I exited our mess hall, after our dinner meals. It made no difference if I was first, last, or in-between, the "Little Weasel" would "get me"! Sgt. Ademic would be "patting down" another inmate, pull me out of the "herd," & have me stand next to him waiting, while he let the "herd" through, & then "pat me down." Always, the "Little Weasel" would give me a pretty bad "contempt shot." On 07/25/08, the "Little Weasel" gave me a particularly bad "shock to my groin," & had his "hands all over my groin area." When we were back at our "Cell House," I told him to "keep his hands off of my nuts!"

Sgt. Ademic "went off on me." He ran for his "back up." He is a cowardly "Little Weasel." Sgt. Ademic came back with Sgt. McMillian & C.O. Dodel. Sgt. McMillian ordered me to "cuff up," which I did. I expected to be thrown in the "hole," but I was not. Saner heads prevailed. It is not just the "Little Weasel" anymore. "Contempt shots" have become epidemic throughout the CTCF "swing shift," particularly by those C.O.'s assigned to mess hall "security duties," particularly by those C.O.'s that are in any kind of proximity to me, & can take any kind of opportunity to harass me in any manner. In addition to Sgt. Ademic, the "worst of the worst" have been Lt. Roper & C.O. Sturtevant. Neither I, nor C.O.'s, nor other inmates will desecrate my body. "God's Holy Temple"! Michael N. Collins

Michael N. Collins Doc#101218, Colorado Territorial Corr. Fac. (08/14/08)
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002

ILLEGAL WITHHOLDING OF MY MAIL & ILLEGAL MAIL SEIZURES

NOTICE TO CEASE & DESIST !!!

ON 07/02/08, MY BROTHER TOM COLLINS MAILED TO ME A LARGE MANILA ENVELOPE FILLED WITH COPIED "ASSORTED PAPERS". I RECIEVED IT HERE AT CTCF "WITHIN THE WEEK". ON 07/14/08, MY BROTHER TOM COLLINS MAILED TO ME A SIMILAR LARGE MANILA ENVELOPE FILLED WITH SIMILAR COPIED "ASSORTED PAPERS". IT IS NOW 08/14/08, & I HAVE NOT YET RECIEVED IT. TODAY IS NOW "ONE FULL MONTH" LATER !!! IT DOES NOT TAKE ANYWHERE NEAR "ONE FULL MONTH" FOR 1ST CLASS U.S. MAIL TO GET HERE. THE LARGE MANILA ENVELOPE MAILED TO ME ON 07/14/08 IS NOW BEING ILLEGALLY WITHHELD FROM ME BY OUR CTCF MAILROOM. I HAVE RECIEVED NO "NOTICE OF REJECTION/DISPOSITION OF MAIL" OR "STAKE & SUN LIST" (CONTRABAND) FORM. MY ILLEGALLY WITHHELD MAIL IS BEING KEPT FROM ME IN BLATANT VIOLATION OF BOTH U.S. LAW & COLORADO DOC "AR'S" (ADMINISTRATIVE REGS.) !!!

THE WITHHOLDING OF MY 07/14/08 MAIL IS ONLY THE MOST RECENT OF A LONG SERIES OF "MANY'S" ILLEGAL MAIL SEIZURES & WITHHOLDING OF MY MAIL OVER MY OWN TOTAL OF 2½ - 3 YEARS OF IMPRISONMENT (BOTH PERIODS OF TIME) AT CTCF. "MANY'S" OF MY ILLEGAL MAIL SEIZURES HAVE BEEN IN DIRECT VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S "COURT ORDER". THE COURTS TELL COLORADO DOC WHAT TO DO, & NOT THE OTHER WAY AROUND.

NEITHER SGT. VIOLA, MAILROOM SUPERVISOR AT CTCF, NOR C.O. COMBS, MAIL-ROOM CLERK AT CTCF, CAN DO WHATEVER THEY WANT. THEY ARE BOTH SUBJECT TO BOTH U.S. LAW & COLORADO DOC "AR'S" (ADMINISTRATIVE REGS). BOTH HAVE BEEN & CONTINUE TO BE (AGAIN & AGAIN) IN BLATANT VIOLATION OF BOTH U.S. LAW & COLORADO DOC "AR'S". PLEASE, NOW, IMMEDIATELY ROUTE TO ME MY ILLEGALLY WITHHELD MAIL OF 07/14/08. ALL MAIL IS A MUST "IMPORTANT ISSUE" THAT NEEDS TO BE HANDLED BY "COMPETENT" CARING "PROFESSIONALS". NEITHER SGT. VIOLA, NOR C.O. COMBS ARE "CREDIBLY RESPONSIBLE". BOTH NEED TO BE TAKEN OUT OF THE MAILROOM AT CTCF, & REASSIGNED TO FOR "LESSER DUTIES" - AS SOON AS CONCEIVABLY POSSIBLE !!!

THANK YOU VERY MUCH. Michael N. Collins, Michael N. Collins Doc #101218

Michael N. Collins DOC #101216, Colorado Territorial Correctional Facility,
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002

A TOTAL NOW OF "4718" "RIGHTFULLY MINE" "PIECES OF MAIL" HAVE BEEN "ILLEGALLY"
SEIZED" "WITHHELD", LOST" "THIEVED" FROM MICHAEL N. COLLINS BY CTCF C.O.'S!!!"

FOR THE FULL PERIODS OF BOTH TIMES (07/20/07 - PRESENT; 05/03/05 - 10/11/06);
FOR THE FULL "2.67 YEARS" THAT I HAVE BEEN INCARCERATED AT CTCF, I HAVE HAD
THE FOLLOWING MAIL "ILLEGALLY" SEIZED" "WITHHELD", LOST" STOLEN" FROM ME:

THE DENVER POST NEWSPAPER (277 EA):    MORMON CHURCH PUBLICATIONS (39 EA):
     (BOTH FULL" PARTIAL PAPERS)         1.) THE CHURCH NEWS          23 EA

1.) SUNDAYS                69 EA         2.) THE ENSIGN MAGAZINE       7 EA
2.) DAILYS                206 EA         3.) THE NEW ERA               9 EA

"WIDELY CIRCULATED" MAGAZINES (62 EA):  LETTERS" POSTCARDS TO OR FROM" (55 EA):

1.) ESQUIRE MAGAZINE       11 EA        1.) MY FORMER WIFE, KAREN      3 EA
2.) KUNG FU MAGAZINE        1 EA        2.) MY DAUGHTER, CHRISTINE     5 EA
3.) MEN'S HEALTH            3 EA        3.) MY DAUGHTER, LAURA         7 EA
4.) MENTAL FLOSS            5 EA        4.) MY SON, DARIN             17 EA
5.) MOTOR HOME MAGAZINE      0          5.) MY SON, JOHN              4 EA
6.) NEWSWEEK                8 EA        6.) MY BROTHER, TOM           19 EA
7.) "O" (OPRAH) MAGAZINE   11 EA       "PROTECTED" LEGAL" PRIVILEGED (38 EA):
8.) PREVENTION MAGAZINE     1 EA        1.) LEGAL MAIL                 6 EA
9.) RU LIFE                  0          2.) PRIVILEGED MAIL           32 EA
10.) TIME MAGAZINE         13 EA       A TOTAL OF "4718" ILLEGALLY"
11.) TV GUIDE MAGAZINE      9 EA       SEIZED" WITHHELD", LOST" STOLEN"
12.) WRITERS DIGEST          0         "PIECES OF MAIL" RIGHTFULLY MINE"

I HAVE BEEN THROWN IN "THE HOLE" (AGAIN" AGAIN) AT CTCF ON WHOLLY "CONTRIVED"
" FABRICATED" CHARGES. MY DENVER POST NEWSPAPERS ARE SUPPOSE TO BE HELD
FOR ME BY OUR CTCF MAILROOM, " GIVEN TO ME AFTER I'M BACK IN "GENERAL
POPULATION;" HOWEVER, "EVERY ONE" OF MY "BACK" SUNDAY DENVER POST NEWS-
PAPERS HAVE BEEN "THIEVED" BY OUR CTCF MAILROOM, " I HAVE ONLY RECEIVED
OUT THIRD OF MY "BACK" DAILYS. "ALL" C.O.'S THINK OF "ALL" INMATE NEWS-
PAPERS AS THEIR OWN. "ALL" C.O.'S FREELY READ" THIEVE" OUR NEWSPAPERS"

OUR CTCF PERVERT THEMSELVES (: "MAIL CENSORS LABEL O (OPRAH) MAGAZINE, AMERICA'S DAYTIME TV ("WARM & FUZZY HUG", TALK, TALK & TALK &) "SWEAT HEART", AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH." ABSURDITY & OUR CTCF & PERVERT THEMSELVES &" MAIL CLERK, C.O. COMBS, & MAILROOM SUPER-VISOR, SGT. VIOLA; CAPT. WILSON, "HEAD A ___ "CHAIRPERSON OF OUR CTCF" READ-ING COMMITTEE" (WHO I CANNOT INDIVIDUALLY IDENTIFY AFTER OUR A HALF DOZEN REPEATED REQUESTS TO BOTH WARDEN JAMES ABBOTT, & HIS ADMINISTRA-TIVE ASSISTANT SHIRLEY HILBARRE, BOTH SIMPLY IGNORE ME.) LABEL MENS HEALTH, TV GUIDE & PREVENTION (NATURAL FITNESS) MAGAZINES; LABEL THE (CHURCH) NEWS NEWSPAPER, THE ENSIGN, & NEW ERA MAGAZINES, AS PORNOGRAPHY HARM-FUL TO MY MENTAL HEALTH." FURTHER, ABSURDITY & TV GUIDE MAGAZINE &?!&

    OFTEN MY MAIL IS SIMPLY "THIEVEN OR THROWN OUT &" WITHOUT MY RECEIVING A "NOTICE OF REJECTION / DISPOSITION OF MAIL" FORM. THIS IS AGAINST BOTH A (COLORADO) STATE & U.S. FEDERAL LAWS; AGAINST THE COLORADO DOCS OWN "AR'S" (ADMIN-ISTRATIVE REGULATIONS). OFTEN I DO NOT RECIEVE BACK MY YELLOW COPY OF A "MISC. WITHDRAWAL TICKET" PAYING FOR THE NEEDED POSTAGE ON THE (ACCOMPANYING) MAIL ENVELOPES, WHICH WILL TELL ME WHETHER OR NOT MY MAIL WAS ACTUALLY SENT OUT OR NOT. I KNOW WHAT MAGAZINES HAVE BEEN SUBSCRIBED TO FOR ME (WHO) BY MY FAMILY; I KNOW WHAT MAGAZINES ARE MISSING. I HAVE COME TO KNOW MAILROOM CLERK C.O. COMBS, AS THE LITTLE "BEADY EYED" UNDER SIZED GLASS-ES" PERVERT THAT HE, IN ACTUALITY, REALLY IS. OFTEN C.O. COMBS JUST (THROWS) (PICTURES & POSTCARDS THAT HE WANTS) WHATEVER OF MY MAGAZINES & NEWSPAPERS; WHATEVER OF MY FAMILY LETTERS.

    BY COLORADO DISTRICT COURT JUDGE "COURT ORDER" BOTH I & MY DAUGHTERS CHRISTINE & LAURA ARE FREE TO COMMUNICATE WITH EACH OTHER; HOWEVER, THIS "COURT ORDER" IS "OPENLY & BLATANTLY &" IGNORED BY CTCF, & OUR MAIL IS (SEIZED &) FOR NO OTHER REASON THAN THAT IT IS OUR MAIL. THE "GOOD & WHOLESOME" (PICTURES) FAMILY MAIL; GOOD & WHOLESOME "FAMILY LETTERS & POSTCARDS, FAMILY DRAWINGS SENT TO & FROM "MYSELF & MY DAUGHTERS CHRISTINE & LAURA, MY SONS DARREN & JOHN, MY BROTHER TOM ARE CONTINUALLY "SEIZED &" DITHELD & (OURS & US &) CONTINUALLY "LOST & THIEVEN &" FROM ME. THESE ARE CONSTANT STATS TO MY & (MAIL) MY PROTECTED "LEGAL & PRIVILEGED MAIL IS ONLY "SOMEWHAT PROTECTED"

Michael N. Collins DOC#101210, Colorado Territorial Correctional Facility, C.T.C.F.

Page 1 of 4

P.O. Box 1010, Cañon City, Co 81215-1010, (719) 269-4002

I AM AGAIN REQUESTING IMMEDIATE & EXPEDITIOUS TRANSFER TO FRT.LYON C.F.

I CONTINUE TO BE SUBJECTED TO ILLEGAL SEXUAL ASSAULTS; MUCH HARASSMENT AT CTCF.

IT IS NOW "50 DAYS" SINCE I WAS LAST ABLE TO EAT A DINNER MEAL ON 07/25/06. ON THAT DATE SGT. ADAMIC (A.K.A THE "LITTLE WEASEL") GAVE ME A PARTICULARLY "HARD & THOROUGH" "CONTOMAT SHOT" TO MY PENIS. A "CONTOMAT SHOT" IS A SEXUAL ASSAULT. IT IS INNOCUOUSLY STROKING AN INMATE'S PENIS, & THE WAY THAT SGT. ADAMIC DOES IT, IT IS "RUBBING UP & DOWN", BOTH THE PENIS & FULL GROIN AREA, WHILE OSTENSIBLY "PATTING DOWN" AN INMATE. AFTER EVERY DINNER MEAL, THE "LITTLE WEASEL" WAS GIVING ME ITS FULL "CONTOMAT SHOTS". SOMETIMES I WAS "PATTED DOWN" TWICE AFTER THE SAME DINNER MEAL; SOMETIMES THE "LITTLE WEASEL" WAS "PATTING DOWN" ANOTHER INMATE & HE HAD ME STAND NEXT TO HIM WAITING, UNTIL HE WAS DONE WITH THE OTHER INMATE "PAT DOWN", IN THE MEANTIME LETTING "MANY" OTHER INMATES "PASS THROUGH", SO THAT SGT. ADAMIC COULD INFLICT HIS "CONTOMAT SHOTS" ON ME; HIS SEXUAL ASSAULTS ON ME.

I HAVE HAD "CONTOMAT SHOTS" INFLICTED ON ME BY OTHER "C.O.'S", PARTICULARLY THE "RUSSIAN" C.O., WHILE THEY WERE BEING SUPERVISED BY SGT. BENTLEY & LT., REPAR; NEITHER INTERVENED IN ANY WAY. THEY ARE ALL "FOLLOWING THE ORDERS" OF CAPT. BASTIDES, WHO PRESENTS HIMSELF AS A "GRAND FATHERLY TYPE". HE IS NOT. AFTER THE PARTICULARLY BRUTAL ASSAULT UPON ME, BY ONE OF "THE WORST OF THE WORST" LITTLE C.O.'S AT CTCF, C.O. STURTEVANT (HE TOLD MANY LIES), WITNESSED BY ABOUT 50 INMATES, IN MY THEN UNIT 7 POD, CAPT. BASTIDES HAD ME THROWN IN "THE HOLE." THAT WAS SO (VERY WRONG &) "CONTOMAT SHOTS" ARE NOW COMMON "SOP" (STANDARD OPERATING PROCEDURE) INFLICTED UPON INMATES WHILE LEAVING OUR MESS HALL, AFTER OUR EVENING MEAL; ESPECIALLY INFLICTED UPON ME, IN PARTICULAR BY SGT. ADAMIC. I'M A DIABETIC. I HAVE "MANY" MEDICAL ISSUES, A NUMBER OF WHICH HAVE BEEN & COULD VERY EASILY AGAIN BE LIFE THREATENING TO ME. I NEED TO BE ABLE TO EAT MY DINNER MEALS, ALL OF THEM &

I NEED TO PERIODICALLY HAVE MY BLOOD PRESSURE CHECKED; HOWEVER, AFTER "MANY" MEDICAL KITE REQUESTS, I HAVE NOT BEEN ABLE TO GET A BLOOD PRESSURE PASS. I CANNOT GRIEVE THIS "MEDICAL ISSUE"; HOWEVER, BECAUSE MY CASE MANAGER, O'MALLEY IS NOW REFUSING TO BOTH ISSUE ME BLANK GRIEVANCE

FORMS, & TO ACCEPT THE COMPLETED GRIEVANCE FORMS. MY BLOOD (Page 52 of 61) PRESSURE HAS ALWAYS "RUN HIGH" FOR THE "ABOUT 10 YEARS" THAT I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC. THE NURSES THAT TAKE BLOOD PRESSURE CHECKS ARE NOW ALWAYS REFUSING ME, WHEN I WILL ASK TO HAVE MY BLOOD PRES- SURE TAKEN WITHOUT A "BLOOD PRESSURE PASS". I NEED TO HAVE MY BLOOD PRESSURE "PERIODICALLY CHECKED",

 I ALSO NEED TO HAVE MY BLOOD SUGAR LEVEL "PERIODICALLY CHECKED". AT ONE TIME, MY BLOOD SUGAR LEVEL WAS 900, WHICH WAS A "LIFE THREATENING" VERY HIGH, A VERY TOO HIGH LEVEL. MY DIABETES IS NOW MUCH MORE CONTROLLED, & MY BLOOD SUGAR LEVEL NOW HOVERS AROUND 150; HOWEVER, I STILL NEED TO GO TO THE "FINGERSTICKS" MED-LINE PERIODICALLY. FOR A NUMBER OF REASONS, I CAN NOT NOW DO THIS EITHER. A PRIMARY REASON IS MICHAEL BASS, A "DUMB THUG" WHO IS ATTEMPTING TO EXTORT FROM ME.

 I WILL GIVE ANYBODY THE SHIRT OFF OF MY BACK; HOWEVER, NOBODY IS GOING TO TAKE IT! MY MAGNANIMITY, MY GENEROSITY, MY "CHRISTIAN WORK" IS OFTEN MIS- TAKEN FOR WEAKNESS. MY FAMILY HAS "HELPED ME OUT" FROM "TIME TO TIME"; HOWEVER, MY FAMILY IS NOT A "BOTTOMLESS BUCKS PIT". THEY WORK VERY HARD FOR THEIR "BUCKS", & I AM JUST NOT GOING TO "GIVE UP" WHAT THEY GIVE TO ME; GIVE IT UP TO A BUNCH OF "BIG DUMB & STUPID" BULLYING THUGS, WHICH IS EXACTLY WHAT MICHAEL BASS IS.

 MY DENVER POST FAMILY BASTIOSE SISTERS, MY POST "SISTERS" HAVE "HOOKED ME UP" WITH A VERY "SPECIAL" DENVER POST RATE; MY BIRTH & BLOOD FAMILY SONS & DAUGHTERS, MY "BAB BLO'S" HAVE "HOOKED ME UP" WITH: ESQUIRE MAGAZINE, MENS HEALTH, MENTAL FLOSS MAGAZINE, MOTOR HOME, NEWSWEEK, "O" (OPRAH) MAGAZINE, PREVENTION, RU LIFE, TV GUIDE, WRITER'S DIGEST, & KUNG FU MAGAZINE. WHAT I WOULD RARELY "GIVE UP" ANYBODY IS TAKING FROM ME, ESPECIALLY THE "BIG DUMB & STUPID" THUG MICHAEL BASS. WE HAVE NOW HAD "MANY" "CONFRONTATIONS THAT HAVE BECOME INCREASINGLY VIOLENT, WHEREIN THE THUG MICHAEL BASS HAS DEMAND- ED THAT I "GIVE UP" MY MAGAZINES & NEWSPAPERS TO HIM IN: OUR MESS HALL, "FINGERSTICKS" MED-LINE, OUR YARD, & OUTSIDE OF OUR POD'S "CONTROL CAGE".

 THE ABSOLUTE "WORST OF THE WORST" IS MICHAEL "BIG STUPID" WINDSOR, HE IS AN OBSESSIVE CONTROL FREAK THUG "CPT" THAT HAS TO CONTROL EVERYBODY & EVERY- THING IN THE UNIT 3 POD, WHEREIN WE NOW BOTH LIVE RIGHT NEXT DOOR TO EACH OTHER. HE IS A CPT NUTS. FROM WHO GETS THE CLEAN MOP WATER TO WHO GETS THE DIRTY

MOP WATER, FROM WHO HAS TO GIVE UP THEIR TOILET TISSUE "BIG STUPID" WINDSOR SAYS HAS MUCH FROM A "FEW SPOTS" OF "HOT GLUE" KEEFEE INSTANT COFFEE TO WHOLE JARS" OF THE "GOOD STUFF" FOLGERS INSTANT COFFEE, FROM WHOM HAS TO GIVE UP "JUST SOME OF THEIR CANTEEN SACKS TO WHOM HAS TO GIVE UP "ALL OF THEIR CANTEEN SACKS TO "BIG STUPID" WINDSOR, HE RUNS THIS POD, WHEN THE COPS AREN'T AROUND.

KENNER IS AN OLDER MAN THAT IS IN CONSTANT PAIN; A CRIPPLE THAT JUST HAD HIP SURGERY, WHO IS BARELY ALIVE & CAN'T BARELY MOVE. "BIG STUPID" WINDSOR IS PARTICULARLY "DESPICABLE PREDATOR" THAT HAS TARGETED "KENNER, AS HIS OWN PERSONAL VICTIM. "BIG STUPID" IS "WORKING" KENNER BY WRITING GRIEVANCES & LAWSUITS FOR HIM AGAINST THE COLORADO DOC. KENNER REALLY DOESN'T WANT WINDSOR WRITING HIS GRIEVANCES & LAWSUITS FOR HIM, BUT THIS IS A WAY FOR WINDSOR TO EXTORT FROM HIM. "BIG STUPID" IS MAKING KENNER PAY HIM FOR THE WORTHLESS "LEGAL WORK" THAT HE DOES FOR HIM. KENNER IS HAVING MONEY SENT IN "FROM THE OUTSIDE" & PUT ON WINDSOR'S "BOOKS", HAVING GIFT PACKS "SENT IN" FOR "BIG STUPID" WINDSOR, WHO REALLY IS A CONTROL FREAK "BIG STUPID" THIEF.

"BIG STUPID" WINDSOR HAS HIS GANG OF "SURROGATE THIEVES" THIEVE & TAKE FROM THEIR "TARGETED" HELPLESS CRIPPLE VICTIM, KENNER. THEY HAVE GOTTEN KENNERS COMBINATION LOCK NUMBERS FROM HIM, & FREELY GO "IN & OUT" OF KENNERS FOOT LOCKER, WHENEVER THEY WANT TO; FREELY TAKING WHATEVER THEY WANT TO TAKE FROM HIM. KENNER CAN'T EVEN KEEP HIS CANTEEN SACKS FOR A FULL DAY, BEFORE THEY'RE ALL THIEVED BY "BIG STUPID" WINDSOR & HIS GANG OF "SURROGATE THIEVES". THE COPS "CAN SHAKE DOWN" WINDSOR'S CELL ALL THAT THEY WANT, & THEY WILL (NEVER) FIND ANYTHING. WHATEVER THAT HAS BEEN "THIEVED" THAT "BIG STUPID" CAN'T "HALFWAY ACCOUNT FOR" WINDSOR "SWAPS OUT & HAS "INNOCUOUS INMATES" HOLD FOR HIM. (EVERYBODY HAS TO DO FOR" WINDSOR.) X

EVERYBODY IN THIS UNIT 3 POD HAS "TO DO FOR" "BIG STUPID" WINDSOR, EXCEPT ME MICHAEL N. COLLINS. "BIG STUPID" WINDSOR IS A 1 HUGE "MONSTER MAN", ABOUT "7 FEET TALL WITH PROPORTIONATE "BULK SIZE", WHEN HE WORE CELLIES, "BIG STUPID HAD HIS "MONSTER BULK" ON TOP OF ME, WITH HIS "MONSTER HANDS & FINGERS" WRAP- PED AROUND MY NECK "CHOKING & WRONGLING" MY BODY. THE COPS" IN OUR UNIT: EITHER TOTALLY & COMPLETELY "DON'T GIVE A ___ & " OR WINDSOR HAS "SOMETHING(S) THAT HE HOLDS OVER THEM, BECAUSE MANY & "MEN IN THIS POD (AGAIN & AGAIN)

HAVE GONE TO THE COPS, ASKING (BEGGING) TO KEEP FROM BEING DEVASTATED BY WINASOR, & TO KEEP "EVERYBODY" CONTROLLED, EVERYTHING FROM BEING TOTALLY, COMPLETELY, BY WINASOR, IN THIS POD. THE COPS TIME TO GO TO THEM DO ABSOLUTELY NOTHING ABOUT WINASOR, & KNEW THAT IT WOULD BE A WASTE OF

I HAD ABSOLUTELY NO CHOICE, BUT TO OPEN UP MY FOOT LOCKER, & GIVE UP TO "BIG STUPID" WINASOR WHATEVER THAT HE WANTED (AGAIN & AGAIN), UNDER EXTREME DURESS IN FEAR FOR BOTH MY "LIFE & LIMBS". WE ARE NO LONGER CELLIES, & I NOW HAVE ABSOLUTELY NOTHING TO DO WITH "BIG STUPID"; HOWEVER, HE JUST CAN'T LEAVE ME ALONE TROUBLE HE JUST CAN'T LEAVE ANYBODY ALONE. "BIG STUPID" WINASOR IS NOW "INSTIGATING" BETWEEN MYSELF & MY CURRENT CELLIE, HYRAM DANIELS, WHO IS A "BLACK CRIPP" GANG MEMBER, AN "O.G." (ORIGINAL GANGSTER). OVER THE LAST YEAR, EVERY ONE OF DANIEL'S CELLIES HAVE BEEN "BULLIED" BY HIM TO DO WHATEVER HE WANTS THEM TO DO. DANIEL'S CELLIES HAVE ALL HAD TO BE "EMERGENCY MOVED" OUT OF HIS HOUSE "BLACK CRIPP'S TO KEEP FROM BEING "SERIOUSLY HURT" OR EVEN KILLED. SO WHY WAS I PUT IN WITH A

MY "BLACK CRIPP" ORIGINAL GANGSTER CELLIE HAS ATTEMPTED TO "BULL ME", HAS PUT "HANDS ON ME", BUT SO FAR, I HAVE BEEN ABLE TO "STAND UP TO HIM." I DON'T KNOW HOW MUCH LONGER THAT I WILL BE ABLE TO DO THIS, WITH "BIG STUPID" WINASOR LIV- OPPORTUNITY ING RIGHT NEXT DOOR TO US, & "INSTIGATING TROUBLE" BETWEEN US & THE EVERY (AS HE WOULD) FOR SOME REASON(S) "BIG STUPID" WINASOR IS ALLOWED TO OPENLY EXHORT & INSTIGATE

I HAD FOUR FIGHTS, THE LAST TIME THAT I WAS IN UNIT 7. I WAS FIGHTING FOR MY LIFE; FIGHTING ARYAN BRO' "211" HATE FREAK TYPES, WITH SHAVED BONE HEADS COVERED FROM THEIR HEADS TO THEIR FEET WITH "HIDEOUSLY UGLY" HATE TATTOOS. THEY WERE ⅓ THIRD OF MY AGE. TWO OF MY FIGHTS IN UNIT 7 WERE RECORDED BY SECURITY "DIGITAL CAMERAS," & TWO WERE NOT. HOW THE COPS COULD HAVE LABELED ME AS THE "AGGRESSOR" SIMPLY DEFIES ANY KIND OF RATIONAL EXPLANATION. THE ARYAN BRO' "211" THUG HATE FREAKS HAD A WAR "GOING ON" AGAINST ME AT STERLING C.F. THAT IS NOW "ON-GOING" HERE AT CTCF AS WELL. I CANNOT BE "HOUSED" IN UNIT (ATTEST TO 1 OR 7, GO TO THE GYM OR YARD, OR EVEN JUST GO TO ANY KIND OF "MED-LINE" AT MY VERACITY & CTCF, WITHOUT BEING PREPARED TO "FIGHT FOR MY LIFE"! MANY & WOUNDS, SCARS,

THERE ARE "MANY &" ELDERLY MEN WITH SIMILAR "MEDICAL & SECURITY" ISSUES TO MY OWN AT FORT LYON C.F. PLEASE, TRANSFER ME THERE - SOON & Michael D. Collins

Michael N. Collins DOC 101215, Colorado Territorial Correctional Facility 10/15/08
P.O. Box 1010, Canon City, Co 81215-1010, (719) 269-4002                    (Pg 1 of 2)

ILLEGAL DEPRIVATION OF MEDICATIONS, ILLEGAL DEPRIVATION OF MEALS, ILLEGAL
SEXUAL ASSAULTS, ILLEGAL "ON-GOING" HARASSMENT OF MICHAEL N. COLLINS!!!

IT HAS NOW BEEN "7 DAYS," ONE "FULL WEEK," SINCE I HAVE HAD ALL OF MY
MEDICATIONS ON "SELF-MED CARDS"; IN PARTICULAR, I HAVE BEEN COMPLETELY OUT OF
GLUCOPHAGE, I AM A DIABETIC, NO LONGER ON INSULIN; HOWEVER, I NEED TO TAKE
MY ORAL SUBSTITUTE FOR INSULIN, GLUCOPHAGE, TWICE EVERY DAY. I HAVE NOW
WRITTEN 5 OR MEDICAL KITES, OVER A MONTH, TO THE "SELF-MED NURSE," W. WALKER
RN, & TO MY "MEDICAL PROVIDER," KAREN MITCHELL N.P., REQUESTING THAT MY GLUCO-
PHAGE BE REPRESCRIBED (IF NECESSARY), & FOR MY "SELF-MED CARDS" TO BE REORDERED.

IT IS COLORADO DOC POLICY & PROCEDURE; IN THE COLORADO DOC'S OWN "A.R's" (AD-
MINISTRATIVE REGULATIONS) THAT WHEN AN INMATE IS OUT OF THEIR "SELF-MEDICATIONS"
THAT THEY ARE TO BE ISSUED SAID MEDICATIONS FROM THE "MED-LINE WINDOW." I AT-
TEMPTED TO HAVE DISPENSED TO ME FROM THE "MED-LINE WINDOW" THOSE MEDICATIONS
THAT I WAS "OUT OF"; IN PARTICULAR GLUCOPHAGE, FOR THE FULL WEEK OF 09/08-09/12/08
(AGAIN & AGAIN). I BOTH TOOK MY EMPTY "SELF-MED CARDS" TO PROVE THAT I WAS
ABSOLUTELY OUT OF SOME MEDICATIONS ON A COUPLE OF DAYS, & I DID NOT TAKE MY
"EMPTIES" WITH ME ON A COUPLE OF OTHER DAYS. ALL WAS TO NO AVAIL WHATSOEVER!

IT MADE ABSOLUTELY NO DIFFERENCE WHATSOEVER HOW I PRESENTED MY NEED FOR
MEDICATIONS TO THEN BE ALSO ISSUED TO ME, I WAS TURNED AWAY AT THE "MED-LINE
WINDOW," BY WHOMEVER THE "SECURITY C/O" "ON DUTY" WAS; IN PARTICULAR BY C.O.
NAMM, A SHAVED HEAD RUNT "RUNNING ITS MOUTH" HATE COP, WHO AS USUAL HAD
A GREAT TIME HARASSING & "COMING DOWN" ON ME; WHO HAD A GREAT TIME LAUGHING
AT ME & RIDICULING ME (AGAIN & AGAIN). C.O. TRAINOR, WHO AS USUAL DELIBER-
ATELY TRIED TO PROVOKE ME (AGAIN & AGAIN), "GANGED UP" ON ME WITH C/O. NAMM.

YOUR "MED-LINE NURSE" FANNY HAS ABSOLUTELY NO IDEA WHAT SHE IS DOING.
IT IS LUDICROUS FOR HER TO TELL ME THAT SHE DOESN'T HAVE GLUCOPHAGE IN
STOCK. GLUCOPHAGE IS A COLORADO DOC BASIC INVENTORY "STOCK DRUG." IF
"MED-LINE NURSE" FANNY DOESN'T WANT TO BE BOTHERED EXCHANGING MY
"SELF-MED CARDS," DOESN'T WANT TO ISSUE ME THE MEDICATIONS THAT I
NEED FROM CTCF'S BASIC INVENTORY OF STOCK DRUGS; IF "MED-LINE

NURSE FANNY DOESN'T WANT TO USE THAT "BED" DOING WHAT IS SO "SIMPLE & BASIC", THEN WHY IS SHE A NURSE IN THE FIRST PLACE?!?! MED-LINE NURSE FANNY WAS OPENLY LAUGHING AT ME, MOCKING & RIDICULING ME, RIGHT ALONG WITH THE "C.O.'S", PARTICULARLY NAMM, ONE OF THE WORST OF CTCF'S "HATE CLUB"

I NEED TO BE ABLE TO HAVE MY MEDICATIONS ONCE AGAIN DISPENSED TO ME— AS SOON AS POSSIBLE. MY BEING DENIED MY MEDICATIONS IS PART OF THE "HARASS-MENT WAR" THAT HAS BEEN "ON-GOING" IN OUR MESS HALL; THAT HAS KEPT ME FROM EATING ALL OF MY DINNER MEALS IN OUR MESS HALL FOR OVER THE LAST "50 DAYS!" C.O.'S HAVE NOW CARRIED THEIR "HARASSMENT WAR" AGAINST ME OVER INTO OUR "MED-LINES" WHEREIN I _____ (AT DAY TIME) (AGAIN & AGAIN) HAVE BEEN DENIED MY MEDICATIONS FOR "7 DAYS!" ONE FULL WEEK. C.O.'S NAMM & TRASNOR ARE NOW, AS WELL, HARASSING ME AT OUR "LIVING UNIT 3."

DURING THE SATURDAY AFTERNOON OF 09/13/08, BOTH OF THE NEFARIOUS "HATE CLUB" NAMM & TRASNOR WERE WAITING FOR ME AT THE "ENTRANCE AREA" TO OUR "CELL HOUSE 3." THE HARASSMENT OF ME IS SO BAD, AS TO BE "SEXUAL ASSAULTS" UPON MY BODY BY C.O.'S AFTER OUR DINNER MEALS. I HAVE NOT BEEN ABLE TO EAT ANY OF MY DINNER MEALS FOR OVER "50 DAYS!," SO I HAVE TAKEN SOME OF MY LUNCH MEALS OUT OF OUR MESS HALL TO EAT AS A DINNER MEAL. HUNGER IS A POWERFUL MOTIVATOR! THE "HATE CLUB" NAMM & TRASNOR WERE OSTENSIBLY "PATTING DOWN" EVERY-BODY, LOOKING FOR FOOD THAT HAD BEEN TAKEN OUT OF OUR MESS HALL; HOWEVER THEY (WERE) BOTH ALL OVER ME; BOTH GAVE ME "CONTEMPT SHOTS" TO MY GROIN AREA, WHILE BOTH (WERE) LAUGHING AT ME, MOCKING & RIDICULING ME. C.O. NAMM TOLD ME THAT HE WAS "WRITING ME UP FOR THEFT." MANY OTHER INMATES HAD TAKEN FOOD OUT OF OUR MESS HALL. YET, I AM THE ONLY INMATE TO BE "WRITTEN UP FOR FOOD THEFT"!?!? FOR MESS HALL.

DURING THE SATURDAY NIGHT OF 09/13/08, SGTS. ARROW & MC MILLIAN, C.O.S JONES & ROOT, CAME IN ON ME "OSTENSIBLY FOR OUR MONTHLY "CELL SHAKE DOWN"; HOW-EVER, I HAD ALREADY BEEN "SHAKED DOWN" A COUPLE OF WEEKS PREVIOUSLY ON 08/27/08. I WAS PREVENTED FROM SHOWING MY PROPER "SHAKE DOWN LIST" FORM, & I HAD TO IMMEDIATELY EXIT MY CELL. ALL FOUR C.O.'S WERE ON MY SIDE OF THE "HOUSE" & PRETTY MUCH LEFT MY COLLEE'S SIDE ALONE. MY SIDE OF THE "HOUSE" WAS TORN UP & TRASHED". MY PERSONAL PROPERTY, PROPERLY PURCHASED OFF OF CANTEEN IS NOT CONTRABAND TO BE "CONFISCATED & DESTROYED. A NORMAL "SHAKE DOWN" IS DONE BY ONLY ONE OR TWO C.O.'S; FOUR C.O.'S "ALL OVER" ONLY ONE INMATE IS A GLEEFUL "C.O. HARASSMENT PARTY!" — Michael N. Collins

Michael N. Hollins DOC #101210, Colorado Territorial Correctional Facility
P.O. Box 1010, Canon City Co 81215-1010; (719) 269-4002

## ILLEGAL "SEXUAL ASSAULTS" & "HARASSMENTS" BY THE "SHAVEN HEAD" HATE C.O. MABB
## NOTICE TO CEASE & DESIST!!!

IT IS NOW ABOUT TWO MONTHS, SINCE I HAVE EATEN MY DINNER MEALS IN OUR MESS HALL. AFTER EVERY DINNER MEAL THERE, I AM SUBJECTED TO THE MOST DEMEANING OF "PAT DOWNS" & "BODY SEARCHES" (SOMETIMES TWICE AFTER THE SAME MEAL); SUBJECTED TO "CONTEMPT SHOTS" IN MY GROIN AREA, IN PARTICULAR BY SGT. ADAMIC & C.O. MACIVER. THEY NEVER FOUND ANYTHING ON ME. THEIR PURPOSES WERE TO "DEMEAN" & "DISRESPECT" ME, TO "SEXUALLY ASSAULT" ME, TO "FEEL MY NUT SACK"!

THE "HEAVEN DAY SHIFT" WAS BEEN MY "SUCCORED RESPITE" FROM THE "HELL NIGHT SHIFT". NO MORE. ONE ROTTEN C.O. SPOILS THE WHOLE C.O. BARREL. C.O. GEORGE MABB IS THE "HEAVEN DAY SHIFT'S" ROTTEN C.O. MABB IS A "BRAIN DEAD" DUMB, "SHAVEN HEAD" LITTLE RUNT, WITH A BIG "RUNNING MOUTH", WITH A RACIST HATE COP THAT MAKES THE ARYAN BRO' "211" HATE FREAK TITUS LOOK LIKE "MARY POPPINS NANNIES" OUT OF A WALT DISNEY MOVIE. THE "BRAIN DEAD" DUMB C.O. MABB HAS NOW "WRITTEN ME UP" (& NOBODY ELSE!) FOR WHAT WASN'T EVEN A "BUST".

C.O. MABB HARASSES ME AT ITS EVERY OPPORTUNITY, DELIGHTS IN TORMENTING WHOEVER THAT IT CAN, BUT ESPECIALLY ME. "RUNS ITS MOUTH" NOT TO CONTROL ME, AS A DULY AUTHORIZED SWORN C.O. FOR THE STATE OF COLORADO, BUT TO "PUT ME DOWN", SHOW ITS "CONTEMPT" & "DISRESPECT" FOR ME, & THEREBY GETS SOME KIND OF PERSONAL "POWER SURGE" THAT IT COULD GET IN NO OTHER WAY. MABB IS A SHORT MAN, WITH A SHORT MAN'S COMPLEX. C.O. MABB GIVES ME ITS "CONTEMPT SHOTS" WHENEVER IT CAN. MABB "CAME IN ON" C.O. TRAYNOR'S "BUST" TO HARASS (ME.) C.O. MABB HAD "NO STANDING" TO "WRITE ME UP". IT WAS C.O. TRAYNOR & C.O. (WE NOT) CLOSELY OBSERVED BY C.O. FIERRO IN THE "CONTROL CAGE" THAT IMMEDIATELY SURROUNDED, & BUSTED ME, BUT IT WAS MABB WHO WAS ON THE OTHER SIDE OF OUR UNIT'S "ENTRANCE DOOR" WHO "RAN ITS MOUTH", WHO KEPT "PUTTING OUT ITS "HATE COP" SMACK TALK, & "WROTE ME UP" FOR TAKING FOOD OUT OF OUR MESS HALL. I WAS HUNGRY & I HAVEN'T BEEN ABLE TO GET A DINNER MEAL FOR OVER TWO MONTHS & IT WAS MABB (AGAIN & AGAIN) WHOSE HARASSMENTS KEPT ME FROM GETTING "MY MEALS"

Michael N. Collins DOC 70131, Colorado [territorial Corr. Facility] 1-800-
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002 CEASE & DESIST !!!
ILLEGAL 800

THIS PRISON IS NOW AN EXTREME "HEALTH" & "MEDICAL" HAZARD, & NEEDS TO BE CLOSED!

LAST NIGHT MY CELLIE, HYRAM DANIELS, & I COUNTED "58" DIFFERENT RATS IN OUR CELL LATE AT NIGHT & IN THE EARLY MORNING HOURS. IT MAKES NO DIFFERENCE IF OUR LIGHTS ARE ON OR NOT; THESE PRISON RATS ARE ALL BIG & HAVE NO FEAR. THEY GET IN OUR BOOTS, & CLIMB UP OUR BEDDING INTO BED WITH US, AS DO SCORPIONS & TARANTULAS, SNAKES & LIZARDS. FLIES & EVERY KIND OF AIRBORNE INSECTS SPREAD HIGHLY INFECTIOUS DISEASES AMONGST US.

INMATE REWEL IS SO FILTHY, HIS DECAYED & FUNGUS INFESTED, CLOATTH BODY IS SO HUGE THAT HE HAS TO WALK THROUGH OUR DOOR WAYS, ITS INNER CHAIR FOLDED UP & THEN PUSHED THROUGH. BOTH INMATES KONNOR & PARRISH HAVE SIMILAR DECAYED & FUNGUS INFESTED BODIES. ALL THREE INMATES HAVE OPEN MAGGOT INFESTED, FESTERING WOUNDS THAT FLIES & AIRBORNE INSECTS FEED UP ON THAT CAN EASILY PASS THEIR PUTRID FILTH DISEASES ON TO OTHER MEN.

ALL THREE OF THESE FUNGUS INFESTED FILTHY MEN, REWEL, KONNOR & PARRISH, ARE "WRAPPERS" IN OUR KITCHEN & MESS HALLS. "WRAPPERS" WRAP PAPER NAPKINS AROUND PLASTIC KNIVES & FORKS, WITH WHICH EVERY INMATE EATS THEIR MEALS. THERE ARE MANY MEN INFECTED WITH AIDS, HEPATITIS-C & OTHER HIGHLY COMMUNICABLE & DEBILITATING ( EVEN LETHAL ) DISEASES THAT WORK IN OUR KITCHEN & MESS HALLS. NEITHER LARGE HOT STORAGE LOCKERS, NOR HOT SERVING TABLES WORK PROPERLY. NEITHER "CUP & TRAY" CLEANING MACHINES, NOR "POTS & PANS" SCRUB WORKERS PROPERLY CLEAN & SANITIZE ANYTHING IN OUR KITCHEN.

THERE ARE OVENS, GRILLS, & FRYERS THAT JUST DO NOT WORK, SOME PIECES OF EQUIPMENT ARE NEVER CLEANED, SUCH AS OUR "ICE STORAGE" OVER THE POP (MACHINES).

OUR TWO KITCHEN FOOD SERVING LINES HAVE TO BE CONSOLIDATED DOWN TO ONLY ONE, WHICH MEANS THAT THE INMATE WAITING FOOD LINES ARE ALL SO LONG THAT THEY WRAP AROUND ALL FOUR WALLS IN BOTH OF OUR HUGE, CAVERNOUS MESS HALLS; WHICH MEANS THAT BOTH OF OUR FOOD SERVING WINDOWS ARE NOW UTTER & COMPLETE CHAOS WITH INMATES GETTING REGULAR MEALS, SUBSTITUTE, & SPECIAL DIET MEALS VIOLENTLY CONFRONTING BOTH OTHER INMATES & KITCHEN STAFF.

1 EA "MEDICAL KITE" SENT TO MED-LINE NURSE W. WALKER, R.N., &

1 EA "MEDICAL KITE" SENT TO KAREN MITCHELL, N.P. ON 09/17/06:

HELP! DESPERATE! YOU ARE KILLING ME!? 7TH "MEDICAL KITE" REQUEST!!!! I HAVE BEEN COMPLETELY OUT OF GLUCOPHAGE ON MY "SELF-MED" CARDS NOW SINCE 09/08/06, THATS "10 DAYS!" I CAN NOT GET GLUCOPHAGE AT THE "MED-LINE WINDOW," ARE YOU PURPOSELY TRYING TO KILL ME!?!! I NEED TO HAVE MY GLUCOPHAGE ORDERED. I HAVE TAKEN 2 EA GLUCOPHAGE PILLS X 2 TIMES PER DAY. YOU SHORTED ME A FULL GLUCOPHAGE "SELF-MED CARD" (30 PILLS!). THE LAST TIME THAT YOU ORDERED. PLEASE, ORDER ENOUGH "SELF-MED" CARDS THIS TIME.

---

1 EA "MEDICAL KITE" SENT TO "MED-LINE" NURSE W. WALKER, R.N., &

1 EA "MEDICAL KITE" SENT TO KAREN MITCHELL, N.P. ON 09/17/06:

HELP! DESPERATE! YOU ARE KILLING ME! 7TH "MEDICAL KITE" REQUEST!!! I HAVE BEEN COMPLETELY OUT OF FOR A COUPLE OF DAYS NOW: ① ACTOS, ② ASA ENTERIC, ③ HCTZ, ④ HYTRIN, ⑤ VITAMIN B-6, ⑥ ZESTRIL. FOR THESE MEDICATIONS MY "SELF MED-CARDS" HAVE BEEN EMPTY FOR A COUPLE OF DAYS. I CAN NOT GET THESE "MEDS" AT THE "MED-LINE WINDOW." ARE YOU PURPOSELY TRYING TO KILL ME!?!! I AM NOW PRETTY "MESSED-UP." DESPERATE! PLEASE, DISPENSE MY "MEDS" TO ME AS SOON AS POSSIBLE.

---

1 EA "MEDICAL KITE" SENT TO "MED-LINE" NURSE W. WALKER, R.N., &

1 EA "MEDICAL KITE" SENT TO KAREN MITCHELL, N.P. ON 09/20/06:

THANK GOD! "MED-LINE" NURSE DIANNA IS A "MIRACLE"!!! FINALLY ON 09/20/06, "12 DAYS!" AFTER 09/08/06, THE LAST DAY THAT I WAS ABLE TO BE DISPENSED MY GLUCOPHAGE DIABETIC PILLS, "MED-LINE" NURSE DIANNA DISPENSED MY GLUCOPHAGE "SELF-MED CARDS" TO ME. FINALLY ON 09/20/06, "3 DAYS!" AFTER 09/17/06, THE LAST DAY THAT I WAS ABLE TO BE DISPENSED THEM SHE DISPENSED TO ME MY "SELF-MED CARDS" OF ① ACTOS, ② ASA ENTERIC, ③ HCTZ, ④ HYTRIN, ⑤ VITAMIN B-6, ⑥ ZESTRIL; PLUS ⑦ ZOCOR, ⑧ NITROGLYCERIN NURSE DIANNA NOT AN INCOMPETENT "HELL NURSE," BUT RATHER, A HIGHLY COMPETENT & CARING MEDICAL PROFESSIONAL, A RARE EXCEPTION AT DOC.

LT. MCLISH: SOMETIMES MY MORAL FINESS BECOMES FRAYED, OVER THE LAST WEEK, I HAVE PUT 3 TOKENS IN OUR UNIT #3 SODA POP VENDING MACHINE, & RECIEVED 6 SODA POPS. IN EFFECT, I HAVE "THIEVED" 3 SODA POPS. THIS IS DONE BY PRESSING & HOLDING DOWN THE LOWER LEFT "VAULT" SODA POP VEND MENU BUTTON, AFTER INSERTING ONE TOKEN. ONLY ONE "VAULT" SODA POP CAN/SHOULD BE VENDED, BUT TWO CANS ARE EVERYTIME. ENCLOSED IS A "MISC. WITHDRAWAL TICKET" FOR $1.35 (3 TOKENS AT 45¢ EA), AS REIMBURSEMENT, PLEASE, DEDUCT THIS AMOUNT FROM MY INMATE FUNDS. EVERYBODY ELSE IN OUR UNIT 3 MAY BE "THIEVING" VAULT SODA POPS, HOWEVER, I AM NOT. THIS GIVES ME A GREAT DEAL OF INNER SATISFACTION, AS GOD REWARDS ME, SO I AM NOW HONORING HIM BY NOT "THIEVING". IN THE LARGER "SCHEME OF THINGS" ONLY 3 TOKENS ARE NOTHING, YET, THEY ARE EVERYTHING.

SENIOR CASE MANAGER ALLEN: YOU HAVE SO CHOSEN TO IGNORE MY "TOO MANY" KITES & LETTERS TO YOU OVER THE LAST SEVERAL MONTHS, CHOSIN TO IGNORE ME WHEN WE ENCOUNTER ONE ANOTHER ABOUT SITE, IF. THIS IS NOT TO YOUR CREDIT.

MY CASE MANAGER O'MALLEY IS NOW SO CHOOSING TO IGNORE ME AS WELL. SHE HAS REFUSED MY REPEATED REQUESTS FOR BLANK GRIEVANCE FORMS (AGAIN & AGAIN). AGAIN; PLEASE, ROUTE TO ME 7 EA BLANK GRIEVANCE FORMS FOR THE FOLLOWING ISSUES: 3EA SECURITY, 3EA MEDICAL, & 1EA GENERAL.

MY CASE MANAGER O'MALLEY IS NOW REFUSING MY REQUESTED ATTEMPTS TO SUBMIT ANYTHING TO HER, WHETHER GRIEVANCES OR APPEALS. THEREFORE; PLEASE, ACCEPT THE ENCLOSED 2EA "FACILITY READING MATERIAL COMMITTEE APPEAL FORMS" APPEALING THE BLATANTLY ILLEGAL & WHOLLY WITHOUT JUSTIFICATION SEIZURES OF MY "HOLISTIC HEALTH" PREVENTION MAGAZINE & MY "HOLISTIC MINDS" MAGAZINE, MINUS 1 PAGE. ONLY VIA "PERVERT MENTALITIES" OF PORNOGRAPHY CENSORS COULD IN ANY WAY CALL EITHER ONE OF THESE MAGAZINES ANY KIND. I AM AGAIN REQUESTING MY IMMEDIATE TRANSFER TO FORT LYON CF.

[GODSENDS TO YOU BROTHER TOM & GODSENDS TO YOU SONS JAREN, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE & GODSENDS TO YOU FORMER WIFE KAREN, & FUTURE WIFE MARY & GODSENDS TO OUR FAMILY!!!]

Page 3 of 4

PREVENTION MAGAZINE, OCTOBER 2008, SEIZURE APPEAL. THIS IS A "HOLISTIC HEALTH" MAGAZINE, PUBLISHERS OF THE RODALE SERIES OF HEALTH BOOKS. ANYBODY THAT READS THIS MAGAZINE, & THESE BOOKS ARE "CARING & COMPASSIONATE" INDIVIDUALS, RESPECTFUL OF THEIR OWN BODIES, & THE BODIES OF OTHERS. PREVENTION MAGAZINE IS A GREAT GUIDE!

MY LAST 3 PREVENTION MAGAZINES, I RECIEVED "ALL 6" INTACT & UNCENSORED. THERE IS ABSOLUTELY NO DIFFERENCE BETWEEN THEM & THIS MONTH'S ISSUE, EXCEPT THAT OUR "PERVERT THEMSELVES" CENSORS, CAPT. DAVE WILSON & P. MONTZ, SEEM TO O CALL THIS MONTH'S ISSUE SOMEHOW "CHILD PORNOGRAPHY." ABSURDITY! THERE IS much MORE IN MY DENVER POST NEWSPAPER EVERYDAY, & ON OUR ETC/FT.V CHANNELS THAT COULD BE THOUGHT OF AS MUCH WORSE, Y OUR "PERVERT THEMSELVES" CENSORS ARE WASTING NDOC TIME & MONEY [ MY APPEAL OF THE BLATANTLY ILLEGAL & WHOLLY WITHOUT JUSTIFICATION SEIZURE OF MEN'S HEALTH MAGAZINE IS ESSENTIALLY THE SAME.]

⟨10/02/08⟩

SGT. TRUJILLIO: ALL THREE INMATES (REWELL, PARRISH, & KENNER) ARE BLOCKING BOTH OUR POD & UNIT EXIT DOORS IN THEIR WHEELCHAIRS WHEN WE GO TO MEALS. BOTH REWELL & PARRISH, IN PARTICULAR, ROLL THEIR WHEELCHAIRS RIGHT UP (NEXT) TO OUR POD DOOR WAITING FOR IT TO OPEN, BOTH REWELL & PARRISH HIT WITH THEIR FISTS & RAM WITH THEIR WHEELCHAIRS ANYBODY TRYING TO PASS AROUND THEM (REWELL) S BUTT FILTHY IS SO FAT / HUGE THAT HE HAS TO STAND UP ROLL HIS XXX XTRA WIDE WHEELCHAIR, & PUSH IT THROUGH IT (WITH HIS "FAT A __ " HANGING OUT) OUR POD DOORWAY, & THEN SIT BACK DOWN IN OUR UNITS ENTRANCE WAY, ALL OF THE WHILE BLOCKING EVERYBODY IN BOTH OUR POD & UNIT, AS THEY ATTEMPT TO LEAVE. ALL THREE INMATES (REWELL, PARRISH, & KENNER) BLOCK EVERYBODY ELSE IN THEIR WHEELCHAIRS TO BE FIRST OUT OF OUR POD, ONLY TO SIT & BLOCK EVERYBODY ELSE COMING OUT OF OUR UNIT THROUGH UNIT ENTRANCE WAYS & EXITS. ALL THREE INMATES NEED TO STAY AWAY FROM OUR POD DOOR, AS THEY WAIT FOR THEIR "BUSITTERS", ALLOWING EVERYBODY ELSE TO LEAVE, BEFORE EVERY MEAL/MOVEMENT. ANYBODY IN A WHEELCHAIR SHOULD WAIT IN OUR POD FOR THEIR "BUSITTERS", & NOT JUST SIT THERE, BLOCKING OUR POD & UNIT DOOR/ENTRANCE (WAYS)

KENNER'S COLOSTOMY BAG IS ALWAYS OVERFLOWING. KENNER DOESN'T

GIVE A SHIT, ABOUT HIS SHIT GETTING ALL OVER. ALL THREE INMATES
-(REWELL, PARRISH, & KENNER) SHIT & PISS, THROW-UP & SPIT, BARF & GAG,
BLEED & ISSUE PUS IN OUR SHOWER. EVERYBODY TAKES THEIR SHOWER BEFORE
DAWN, BUT THESE THREE INMATES HARDLY EVER SHOWER! REWELL IS "HUGE
FAT FILTH" HIS DECAYED, FUNGUS INFESTED PUTRID BODY IS COVERED WITH
FESTERING PUS, MAGGOT SPAWNING SORES, PARTICULARLY HIS HUGE BLOATED
-LEGS THAT PERIODICALLY BURST. FLIES, AIRBORNE INSECTS, & ANTS CARRY (REWELL'S
-PARRISH & KENNER'S) INFECTIONS, PUTRID FILTH, & FILTHY COMMUNICABLE
TOXIC DISEASES TO EVERYBODY ELSE IN THIS UNIT, WHICH INCLUDES BOTH IN-
MATES, AS WELL AS C.O.'S- YOU !!! YOUR LIFE IS IN DANGER TOO AS WELL !!!
    ALL THREE INMATES (REWELL, PARRISH, & KENNER) SHOULD BE ISOLATED IN
THE "SEG INFIRMARY" THESE ARE "MOST & VERY IMPORTANT" MEDICAL & HY-
GIENE ISSUES TO OUR POD, UNIT, & ALL OF CTCF! Michael N Collins

_____

SENIOR CASE MANAGER ALLEN: YOU ARE CONTINUING TO IGNORE MY "MANY"    [10/03/08]
KITES & LETTERS TO YOU, OVER THE LAST SEVERAL MONTHS. MY CASE MANAGER, MS.
O'MALLEY HAS BEEN ALSO IGNORING ME, BEING IN HER VICINITY IS DANGER-
OUS TO ME. AT HER DIRECTION, C.O.'S HAVE BOTH PHYSICALLY ASSAULTED & AT-
TEMPTED TO INTIMIDATE ME, C.M. O'MALLEY CONTINUES TO REFUSE MY REPEAT-
ED REQUESTS FOR BLANK GRIEVANCE FORMS, DENIAL OF WHICH IS AGAINST THE
COLORADO DOC'S OWN "A.R.'S" (ADMINISTRATIVE REGULATIONS). THERE ARE    (VERY)
ALLOTTED ROUTE TO ME 7 EA. BLANK GRIEVANCE FORMS FOR THE FOLLOWING
GRIEVABLE ISSUES: 3 EA. SECURITY, 3 EA. MEDICAL, & 1 EA. GENERAL.
    THE GENERAL GRIEVANCE WOULD BE IN REGARDS TO MY U.S. CONSTITUTION-
ALLY, BOTH FEDERAL & STATE LAWS COLORADO DOC'S OWN A.R.'S; BOTH
PROTECTED & SANCTIONED, AS OF 09/16/08 TOTAL OF (47! 6" ) RIGHTFULLY
MINE "PIECES OF MAIL" THAT HAVE BEEN ILLEGALLY SEIZED & WITHHELD,
LOST & DIVERTED & FROM ME, MICHAEL N COLLINS, BY CTCF C.O.'S! PS IN OUR
CTCF MAILROOM, C.O. COMBS WOULD THROW A "LIL", BUT HE WOULD 'LET ME (GET SOME)
OF MY OWN MAIL, ONCE IN AWHILE. HE HAS BEEN REPLACED BY C.O. GARCIA,
WHO IS THIEVING (ILLEGALLY SEIZING & WITHHOLDING) VIRTUALLY EVERYTHING!