IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-420
Category: III
Claimant: Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the motion for extension of time filed by Claimant. The motion is appropriate and will be granted, in part.

IT IS HEREBY ORDERED that Claimant is granted up to and including **January 15, 2009** in which to file an objection to the final order of the Special Master.

SIGNED this 5th day of November, 2008.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____
                Richard M. Borchers
                Special Master