IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-267
Category: Untimely Filed Claim
Claimant: Gerald Hammond, #138938
Address of Claimant: BCCF, 11560 CR FF75, Las Animas, CO 81054-9573

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the motion for extension of time filed by Claimant. He wishes to object to the dismissal of his claim.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **December 15, 2008** in which to file his objection to the order dismissing his claim.

    SIGNED this 3rd day of November, 2008.

                            BY THE COURT:

                            */s/ Richard M. Borchers*

                            Richard M. Borchers
                            Special Master