IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-296
Category: Untimely Filed Claim
Claimant: C.J. Bush, #98791
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. Claimant was directed to provide further information in writing concerning his claim. He was granted up to and including September 22, 2008 in which to provide the information. Claimant filed nothing further.

    A show cause order was issued to Claimant on September 26, 2008. He was granted up to and including October 17, 2008 in which to respond, but he has filed nothing further. Claimant has failed to establish that he was disabled on or before August 27, 2003. Therefore, there is no basis to find that the Special Masters have jurisdiction over the claim.

    IT IS HEREBY ORDERED that the claim of C.J. Bush is dismissed for lack of jurisdiction; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 12, 2009.**

    SIGNED this 3rd day of November, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master