IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-308
Category: Untimely Filed Claim
Claimant: Ray E. Butler, #66033
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER came before the Special Master on the claim of Ray E. Butler. On October 7, 2008, an order to show cause was issued to Claimant, as he had failed to file his supplemental form and provide a statement as to why he waited so long to submit his claim.

    Claimant was granted up to and including October 17, 2008 in which to respond to the order. Claimant has filed nothing further. The Special Master finds that the claim was not timely filed and will be dismissed.

    IT IS HEREBY ORDERED that the case of Ray E. Butler is dismissed as untimely filed; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 12, 2009.**

    SIGNED this 3rd day of November, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master