IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __92-cv-00870-EWN__
U.S. TENTH CIR. No. 08-1399

JESSE(JESUS)MONTEZ,et.al.
Plaintiffs as representatives of thereselves,and all other similarly situation in the class-action.
~~Plaintiff(s)/Petitioner(s)~~,

v.

BILL OWENS,et al

_____

_____,

Defendant(s)/~~Respondent(s)~~.

Re: Claimant LARRY Gordon, Claim Number 02-123 + 03-201

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO
28 U.S.C. § 1915 AND FED. R. APP. P. 24

I request leave to commence this appeal without prepayment of fees or security therefor

pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay

for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In

support of my requests, I declare that: I am in imminent denger of life and limb, serious physical injurys.

status (1)      I am unable to pay such fees or give security therefor. request in forma pauperus
       (2)      The issues I desire to raise on appeal are: National Government importants,
(medical ~~atrocity~~, Callous disRegard for my life,

_____

_____

       (3)      I am entitled to redress. deprivation of constitutional rights, under
color (4) of state and federal laws, and treaties..."
       (4)      I take this appeal in good faith.
       (5)      The appeal is not frivolous and presents a substantial question. "structural defect
in the constitution of the trial mechanism."

Rev. 9/98

(6)   My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

_____NoNe,_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed at _Lyman, Colo,_____ on _October 31/2008_
        (location)                     (date)

_____
Prisoner's Original Signature

# Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.  You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

Rev. 9/98

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 10/28/2008 = Page  1

Account: 53405 GORDON, LARRY                      LIMON CF   LCF/UNIT5
        To:From Dates   04/28/2008: 10/28/2008
================================================================================
  Trans Date     Description          Deposits   Withdrawls     Balance    Loc
---------- --------------------------- ---------- ---------- --------------- ---
  04/28/2008 BALANCE AS OF 04/28/2008                              5.99
  04/30/2008 RESTITUTION-93CR1049                      4.58        1.41 LF
  05/01/2008 XEROX-DEBIT                               0.25        1.16 LF
  05/02/2008 Canteen Order #5801326                    2.75       -1.59 LF
  05/06/2008 7 MD-R CUSTODIAN            13.20                    11.61 LF
  05/13/2008 Canteen Order #5868382                    7.61        4.00 LF
  05/30/2008 RESTITUTION-93CR1049                      2.64        1.36 LF
  06/02/2008 POSTAGE-DEBIT                             0.42        0.94 LF
  06/02/2008 POSTAGE-DEBIT                             2.19       -1.25 LF
  06/03/2008 7 MD-R CUSTODIAN            12.90                    11.65 LF
  06/06/2008 POSTAGE-DEBIT                             0.42       11.23 LF
  06/10/2008 Canteen Order #5927598                    8.22        3.01 LF
  06/12/2008 POSTAGE-DEBIT                             0.59        2.42 LF
  06/17/2008 POSTAGE-DEBIT                             0.35        2.07 LF
  06/20/2008 POSTAGE-DEBIT                             1.42        0.65 LF
  06/27/2008 POSTAGE-DEBIT                             0.42        0.23 LF
  06/30/2008 RESTITUTION-93CR1049                      2.58       -2.35 LF
  07/01/2008 7 MD-R CUSTODIAN            12.90                    10.55 LF
  07/07/2008 POSTAGE-DEBIT                             1.34        9.21 LF
  07/10/2008 XEROX-DEBIT                               3.75        5.46 LF
  07/14/2008 Canteen Order #6003762                    0.90        4.56 LF
  07/17/2008 XEROX-DEBIT                               0.40        4.16 LF
  07/31/2008 RESTITUTION-93CR1049                      2.58        1.58 LF
  08/06/2008 7 MD-R CUSTODIAN            12.46                    14.04 LF
  08/26/2008 Canteen Order #6092919                    5.18        8.86 LF
  08/29/2008 RESTITUTION-93CR1049                      2.49        6.37 LF
  09/02/2008 7 MD-R CUSTODIAN            12.90                    19.27 LF
  09/09/2008 Canteen Order #6118744                    0.90       18.37 LF
  09/25/2008 Canteen Order #6135320                   14.58        3.79 LF
  09/29/2008 POSTAGE-DEBIT                             0.42        3.37 LF
  09/29/2008 POSTAGE-DEBIT                             5.78       -2.41 LF
  09/30/2008 RESTITUTION-93CR1049                      2.58       -4.99 LF
  10/01/2008 XEROX-DEBIT                              16.00      -20.99 LF
  10/01/2008 7 MD-R CUSTODIAN            13.20                    -7.79 LF
  10/20/2008 XEROX-DEBIT                               2.00       -9.79 LF
  10/20/2008 POSTAGE-DEBIT                             1.00      -10.79 LF
  10/23/2008 POSTAGE-DEBIT                             1.42      -12.21 LF
  10/28/2008 BALANCE AS OF 10/28/2008                            -12.21
================================================================================
                       Total money order in hold:            0.00
                  Current balance as of 10/28/2008:         -12.21
                    **Reserved/Encumbered Monies:            2.64
                  Available money as of 10/28/2008:           0.00
```

I certify that this is a true and accurate 6-month Inmate Account Banking History from 04/28/2008 through 10/28/2008 for GORDON, LARRY DOC NUMBER 53405

Shellie Cadwallader, Case Manager I, Limon Correctional Facility

Date:  10/28/08