

Legal - Mail

Colorado Department of Corrections
Name: Alvy Golan
Register Number: 53305
Unit 11-5
Box Number: 4173 STE HWY 67
City, State, Zip: Canon City Colorado
80826

92 cv 870
08 - 1399

U. 8. r

United States District Court
Alfred A Arraj, United States court house
901 19th Street
Denver, Colorado, 80294

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 6 2008

GREGORY C. LANGHAM
CLERK

APP

neopost



FACILITY

STAFF LAST NAME

DOC #

DATE REC'D

OFFENDER LAST NAME