IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870)(Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ et. al.

Plaintiff,

v.

BILL OWENS, et al.

Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 0 2008

GREGORY C. LANGHAM
CLERK

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350, AVCF  Unit 4, P.O.Box 1000
Crowley, Co 81034

MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff, Ronald Cordova, Pro se, request this Honorable Court for additional "Enlargement of Time" and as for grounds, states the following:

1. The Plaintiff has only access the Facility Law Library 4 times to research and type his Objection. With limited time to type due to so many others wanting to type also. There are only four typewritters.

2. Plaintiff has limited knowledge of the law and its procedures.

3. Plaintiff has not received certain papers/documents to prove his disability from State Compensation. Its been difficult finding an investigator to obtain these papers.

4. The Facility Law Library has limited legal research/books since Cathy Hölst has had them removed, There is "NO" shepard's for researching cases. Inmates have to send out legal papers for photocopys, Due to the increase of .25 per-page here at this Facility.

5. With the limited access to this Law Library and its inadequate books and other sources of research, plus there are over 1,000 inmates trying to access this law library. Makes it difficult to prepare most legal papers timely.

WHEREFORE, the Plaintiff prays this Honorable Court grant an additional 30 days enlargement of time to make a proper Objection to Special Master Order denying Plaintiff ADA Claim.

November 6 , 2008

Respectfully

Ronald Cordova