Nov 7, 2008
John Garcia
134454
DRDC Unit 2b
PO Box 392004
Denver, CO. 80239

92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2008

GREGORY C. LANGHAM
CLERK

Honorable Justice John Kane
US Dist. Court
901 E. 19th St
Denver, CO 80294

Dear Judge Kane:

I was recently in the Mesa County Jail on a parole hold pending disposition of a new case. While there, the medical svcs dept failed to provide care for a diabetic complication & failed to provide screening for 3 others (DKA, Diabetic Nephropathy, & Diabetic Retinopathy) as well as failure to do quarterly Hgb A1C testing. I've spoken to the RN responsible for the chronic care appts, the physician, & the HSA about these issues & they have all refused me treatment.

My Zocor & Lisinopril have been provided at a cost of 4.00/mo. since the only reason I am taking these medications specifically is my diabetic condition, under Montez

Remedial plan, ~~these~~ These should be provided for at no cost to me. Please issue a ruling as to whether or not these meds should be provided for by parole or is the Montez remedial plan binding on only DOC & contract facilities.

Also, I would like to file a complaint against the COMM CORR facility in Mesa County. This is a CDOC facility that is NOT in compliance with the latest amended court order & stipulation ~~requ~~ requirement that ALL CDOC & CCA facilities post notices in a conspicuous place stating that the compliance deadline has been extended until 2009.

In fact, there were NO Montez notices of any type ~~in the~~ in the COMM CORR facility. (There MAY have been posted Montez notices in the ASU building, the executive offices of MCCJS, or on another floor of the COMM CORR building. (These are areas in which I was NOT authorized to be).

Also, I've sent several "Request for interview" slips to the CM requesting ADA accomodation forms, a copy of the Montez remedial plan, & & the ammended court order which extended the compliance deadline to July of 2007. ~~to~~ (I did recieve a copy of the ammended

stipulation & court order dated MAR of 2008 (from Ms GRIESEN) while I was in county.

★ A ruling on these issues would be greatly appreciated.

Respectfully yours,

/S/ John I Garcia