November 12, 2008

Honorable John L. Kane,
United States District Judge
United States District Court
901 - 19th Street, Room A105
Denver, Colorado 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2008

GREGORY C. LANGHAM
CLERK

RE: Montez v. Owens, Case No: 92-CV-870-EWN-OES

Dear Judge Kane:

I'm writing this letter myself as everyone else fears retaliation and since it appears that the Court and the Attorney for the Class care nothing about us being abused or inmates being "Allowed" to die, our concern seem justified.

I've written before to the Court with concerns and the Court quotes to me, "Under the directive of the McNeil decision, the Court cannot act on his pro se letter" and then goes on to say, "Claimant's letter is forwarded to counsel for the Class for action as deemed appropriate." Mean-while offenders continue to be abused and allowed to die.... All because the Court won't order the Attorneys to take action and the Attorney's really don't want the abuse to stop because then their cash-cow dries up...... Everything may look good in writing but if no one is willing to force individual or line Staff to comply what good is an Attorney or a Court Order....

Here are some things that go on: There is a Lieutenant by the name of, Heidenthal... He doesn't want any inmate in his cell house to have eggcrate mattresses, double or medical mattresses,

(1)

or wedged pillows or extra blankets, so he called medical and convinced the nurses to allow him to take all of these items and their medical permits for these items.... items ordered by Doctors, Physician Assistants and Nurse Practitioners.... This Lt. also takes blind inmates cell key and places it somewhere else in the cell, locks the door and leaves.... When the blind inmate goes to get his key its not there so the blind inmate panics because he can't find his key or get out of the cell and it's like that until someone looks in his cell and tells him where his key is.... The Administration has been made aware of this but nothing is ever done about it.... This same Lieutenant in retaliation for me filing grievances called medical and in an attempt to get my wheel chair and cane taken from me convinced Yvette Marie Pope, this facilities, Health Services Administrator to do his bidding for him and acting as his vessel filed a complaint with the AIC office saying that I was seen not using my wheel chair.... a wheel chair that I hadn't even been issued yet.... And as a result made me go through a full and complete ADA/Montez Screening process again.... If staff don't like you when you ask for assistance they say things like, Get away from me... Go Away... Quite Crying.... Just this morning an inmate by the name of Carl Hardway #112285 suffered a seizure.... C/O Cruz came in stood there laughed and made jokes with the inmates about faking a seizure.... then they pulled him into his cell and left him on the floor and had his inmate ADL clean his blood up as he was bleeding from his mouth.... Medical was never called... This inmate has fallen so many time from seizures that he needs to have surgery to have his shoulder replaced.... And I cannot

(2)

count how many times he's needed stitches in his face or head from falling during a seizure... but he's faking.... I've seen other inmate that weren't liked ignored while in distress and died... And no one cares enough to take the time, not even those being paid to do so, will do anything about the abuse. Staff are not being held accountable for their actions.... They have made gang-members ADL's just to appease them... those inmates tell the inmates that they are assigned to take care of... not to interfere with their yard or gym time or bother them while they're asleep if they do they want money... And they threaten to beat them if they go to staff. There are at least two (2) inmates on my tier alone that needs round the clock attention..... but these people refuse to comply with the live-in ADL provision provided for in the Remedial Plan... This facility lies when asked by claiming that all the cells on the lower floor of Cellhouse #3 are occupied by wheel chairs... On my tier alone B-1-R there are 7 cells, two (2) inmates per cell for a total of 14 inmates... out of those 14 inmates only 6 have wheel chairs... of the remaining 8 inmates 5 are here for protection

I could go on and on but let's see what's done about whats in this letter... Does anyone even-care?

Sincerely,

Michael Duane Windson #64336
Colorado Territorial Correctional Facility
P.O. Box #1010
Canon City, Colorado 81215-1010

(3)