IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-456
Category: III
Claimant: Frank M. Orona, #51503
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on his own motion. On September 23, 2008, the Special Master issued an order directing Claimant to provide additional information concerning his claim and when he became disabled. Claimant never responded to that order. As a result, an order to show cause was issued to Claimant. Despite being granted up to and including November 10, 2008 in which to respond to the show cause order, Claimant has filed nothing further with the Special Master.

In the order of September 23, 2008, Claimant was directed to answer in writing two questions: (1) on what day did Claimant become disabled?; and (2) what acts of discrimination took place on or before August 27, 2003? These questions remain unanswered. In light of the witness list submitted by Claimant, a reasonable assumption would be that any disability arose after August 27, 2003 and that any acts of discrimination occurred after that date.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of

discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant was directed in the two orders to provide information concerning the date of his disability. Claimant did not provide such information. Claimant carries the burden of proving that he was disabled on or before August 27, 2003 and was the victim of discrimination on or before that date. He has not carried that burden or even put forth a prima facie case. His claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of Frank Orona is dismissed, as Claimant has failed to provide any evidence that he was disabled under the Remedial Plan on or before August 27, 2003 or that he suffered any acts of discrimination prohibited by the ADA and Rehabilitation Act on or before that date ; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 26, 2009.**

      SIGNED this 14th day of November, 2008.

                                             BY THE COURT:

                                             */s/ Richard M. Borchers*

                                             Richard M. Borchers
                                             Special Master