Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000
_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's motion for extension of time. The request is appropriate and will be granted.

IT IS HEREBY ORDERED that Claimant is granted up to and including **December 29, 2008** in which to file his objection to the final order of the Special Master.

SIGNED this 18th day of November, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master