Civil Action No. 92-N-870 (OES)
Jesse Montez, et al.,
   Plaintiffs
v.
Bill Owens et, al.,
   Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 18 2008
GREGORY C. LANGHAM
CLERK

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson, #78589
Address: AVCF P.O. Box 1000 Crowley, 81034

---

I did not know how to title this as I filed my objection to the Amended final order of Special Master & I am awaiting on Judge Kane to rule on it. Everything I send in is replyed to by special Masters & refered to Judge Kane.

I have numerous signed approvals for Books on tape signed by D.O.C. Medical Doctors & a grievance was

even granted to return the material. On 10-16-08 I spoke with Ms. Hollis the A.V.C.F librarian who told me that Colo. Springs told them it IS a Montez issue & has to be approved by them under Montez which is another instance of a blatant lie by the A.G. to the Special Master telling them D.O.C. has a separate ~~policy~~ policy for books on tape.

The A.G. says to the Special Master it's not a Montez issue & D.O.C. says they are under orders from Colo. Springs to not sign off on it for me as it is a Montez issue & is under appeal by me.

Wellman Sh
# 74384
Wellman Gibson

11-10-08

Your Honor

I realize you must be as tired of this issue as we are. It's just I have proof with a paper trail to show that D.O.C. & the AG's office has intentionally missled the court to try & receive a favorable decision, & has set up situations to have the court rule in their favor.

Please at least request to see the paper work I am Tolking about & can show you

[signature]

11-12-08 I was given a new P.A.S paper By case management where they (D.O.C) acknowledges my disability problems based on medical file & working file. Again more paper work by D.O.C.