IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   92-cv-00870-CMA-OES

JESSE MONTEZ, et al,

        Plaintiffs,

v.

BILL OWENS, et al,

        Defendants.

_____

Re: Claimant Larry Gordon

_____

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

_____

Kane, Senior Judge

      Interested Party, Larry Gordon has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  The court has examined the file and has determined that the motion must be denied.  Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because Interested Party, Larry Gordon has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.

      Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 is denied.

DATED at Denver, Colorado this 19th day of November, 2008.

BY THE COURT:

s/John L. Kane
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO