UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv00870-CMA

JESSE F. MONTEZ, et al

    Plaintiffs

v.

BILL OWENS, et al,

    Defendants.

CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on November 20, 2008, I mailed a copy of the Notice of Electronic Filing for the text only entry for Document 3711 using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

    And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Michael N. Collins
# 101218
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

Edgar B. Robinson
#45497
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600

    GREGORY C. LANGHAM, Clerk

    By s/ Gail Shaw
      Deputy Clerk