THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil
Action Number: 96-N-343  ORIGINAL

Jesse Monez, et al.,
   Plaintiff,

v.

Bill Owens, et al.
   Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2008

GREGORY C. LANGHAM
CLERK

| Claimant #: | 03-359 |
| Category : | III |
| Claimant : | Thomas T. Valdez   CDOC #: 68556 |
| Claimant Address: | LCF CH-3   C-1-3<br>49030 State Highway 71<br>Limon, CO    80826 |

### MOTION FOR ENLARGEMENT OF TIME

**COMES NOW,** Thomas T. Valdez, Claimant, Pro Se, regretfully moves this Court for a second Enlargement of Time, pursuant to F.R.Civ.P., 50(b) and (d), 59(b), (d) and (e). Claimant respectfully requests enlargement of time, in which to perfect and file, an Objection to the Final Order by the Special Master.

   In Support Claimant states the following:

( 1 of 3 )

**MOTION FOR ENLARGEMENT OF TIME**  14 Nov'08
(continued from page 1)   ORIGINAL

!. Claimant access to CDOC's (Defendants) Limon Correctional Facility (LCF) Law Library (Law Lib.) and Legal Access Program (LAP), is very limited, regardless of Court Ordered Deadlines.

2. Due to unforeseen Law Lib. closures, Claimant has been unable to perfect and prepare Objection to the Final Order by the Special Masters.

3. Claimant is attempting to perfect Objection, to the Special Master's Final Order of 21 July, 2008, but due to the very limited access available, research and records are slower than ever before.

4. Claimant is but a lay person, and as such progress is at a snails pace.

5. For the above mentioned reasons, Claimant prays this Honorable Court, Grants Claimant's Humble request and petition for Enlargement of Time.

Respectfully signed and submitted this 14th day of November, 2008,

Thomas T. Valdez   14 Nov. '08   #68556

twcc: P. File
see: Certificate of Mailing (attached)

**MOTION FOR ENLARGEMENT OF TIME**            14~~15~~ Nov'08
(continued from page 2)                                   ORIGINAL

### CERTIFICATE OF MAILING

I certify that I have mailed a true and correct copy of this forgoing Motion for Enlargement of Time, this 14th day of November, 2008, to the following:

Honorable Judge John L. Kane
United States District Court
District for the State of Colorado
901 19th Street
Denver CO           80294-3589

Ms Paula Greisen, Attorney at Law
Atty Reg. # 19784
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO           80206

Mr. Jess Dance
General Attorney's Office Colorado
Due to the **5000%** increase of LAP legal copies,
Claimant is unable to supply the Colorado Attorney
General's Office with a Courtesy copy of this Motion.

Postage pre-paid and logged in the CDOC, LCF Legal Mail Log, this day of 14th of November, 2008.

                             Thomas T. Valdez    14Nov.'08    #68556

twcc: P, File

( 3 of 3 )