IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-271
Category II
Claimant: Michael Windsor, #64366
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's letter to Judge Kane (Document #3708). He has requested that the Court take action as individuals are dying and the Remedial Plan is not being followed. The Special Masters have been directed to review all *pro se* pleadings filed with the Court.

Claimant previously filed a letter requested assistance from the Court. The Special Master issued an order directing the letter to counsel for the class. The Special Master relied on the Tenth Circuit's ruling in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Counsel for the class have challenged that *McNeil* is controlling because of the language of the Remedial Plan. The Special Masters will prepare a report and recommendation to the assigned District Judges. Until a final decision is reached on the issue, Claimant's letter will be filed and treated as a motion. That motion cannot be ruled upon until the issue is resolved.

IT IS HEREBY ORDERED that Claimant's letter is held in abeyance for the reasons noted.

SIGNED this 21st day of November, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*
By:_____
    Richard M. Borchers
    Special Master