| | |
|---|---|
| Court Address: Honorable John L. Kane<br>United State District Court<br>901 19th Street<br>Denver, CO. 80294 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 2 4 2008<br><br>GREGORY C. LANGHAM<br>CLERK |
| MONTEZ, et al.<br>v.<br>OWNES, et al. | |
| | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>James P. Wylie Doc No. 114060<br>C.S.P., P.O. Box 777<br>Canyon City, CO. 81215 | Case No:<br>92-cv-870-EWN-OES |
| MOTION FOR INTERVENTION | |

First, I attempted to address my learing and Mental Health disabilities throuh Honorable Judge Richard M. Borchers, Special Master. Honorable Judge Borchers informed me that I need to contact Paula Greisen to address my issues and that the Montez Remedial Plan coves vision, heaing, mobility impairments and/or diabetes it does not cover learing or Mental Health disabilies. This can be verified by Court record's.

1 of 3

Second, I attempted to address my hearing and Mental Health disabilies through Paula Greisen three times oure a one year period and I got no response. This can be verified by C.D.O.C., C.S.P./S.C.F. legal mail record's.

Third, I attempted to address my hearing and Mental Health disabilies by filing a A.D.A. Law Suit. Honorable Judge John L. Kane dismissed my Law Suit saying that I was filing a dublicate case. The U.S. Court of Appeals, Tenth Circuit upheld Honorable Kane dismissal. This can be verified by court record's.

By the reasons stated above I have not been able to address my conditional rights under the A.D.A. and/or I have no alternative from which to seek relief.

Respectfully Submitted By:

J.P. Wylie #114060
James P. Wylie
DOC No. 114060
Nov. 20th, 2008

# CLARAIFICATION OF MAILING

I James P. Wylie DOC No. 114060 hereby declarce I have mail by way of C.D.O.C. registered legal mail at C.S.P./U.S. Postal Services the above (MOTION FOR INTERVENION) on this day 20th of November 2008 to the following:

Plaintiff's Counsel:
Paula Greisen
King & Greisen LLP
1670 York Street
Denver, CO. 80206

Defendant's Counsel:
Elizabeth McCann
Office of the A.G.'s
1525 Sherman St. 5th Floor
Denver, CO. 80203

United State Court:
Honorable John L. Kane
U.S. District Court
901 19th Street
Denver, CO. 80294

Respectfully Submitted By:
J.P.Wylie #114060
James P. Wylie
DOC No. 114060