C......ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al CASE CLOSED on 06/03/2004
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

U.S. District Court

District of Colorado

Notice of Electronic Filing

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008



FICE OF THE CLERK
TATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589
OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 2 4 2008
GREGORY C. LANGHAM
CLERK

92-cv-870
Document #3711

Jerry Simmons
#1567042
Building 8-E
PO E
Den

017H15524679
$0.59⁰
HASLER
11/18/2008
Mailed From 80202
US POSTAGE

NIXIE    802   DA 1      00 11/21/08
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 80294250151     *1569-09241-21-46