

C..... ......ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED** on 06/03/2004
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

**U.S. District Court**

**District of Colorado**

**Notice of Electronic Filing**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 5 2008

GREGORY C. LANGHAM
CLERK

92-cv-00870-Ewn
Doc# 3711

Lilbert L. Beasley, Jr
#115474
Buena Vista Correctional Facility
P.O. Box 2(
Buena Vist

ANK

NIXIE   808   5A 1   39 11/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250151   *0520-05158-18-