92-cv-00870-EWN



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2008

GREGORY C. LANGHAM
CLERK

DOC. 3711

017H15524679

$0.590

11/18/2008

Mailed From 80202

HASLER

US POSTAGE

INMATE NOT AT THIS FACILITY
LJUTA / PAROLE

Conrad T
#689
Huerfano County Correctional Center (HCCC)
304 R
Wal

NIXIE          808    5C 1             39 11/21/08
                    RETURN  TO  SENDER
        NOT DELIVERABLE AS ADDRESSED
                    UNABLE  TO  FORWARD

BC:  80294250151          *1368-12330-18-46