OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-00870-EWN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2008

GREGORY C. LANGHAM
CLERK

Doc. 3711

017H15524679
$0.590
11/18/2008
Mailed From 80202
US POSTAGE

No Doc #

Francisco R. Flores
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

NIXIE      808    5E 1          39 11/22/08
            RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 80294250151        *0720-04497-18-46

8106238720 B001
80294@2501