# ATTACHMENT  2

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## *Speech & Hearing Clinics*

| | | |
|---|---|---|
| *Highlands Ranch Health Care Plaza*<br>*206 West County Line Road, Suite 230*<br>*Highlands Ranch, CO 80129*<br>*Tel: 303-791-4216 FAX: 303-791-4219* | *Wilmore Speech & Hearing*<br>*7777 West 38th Avenue, #A-114*<br>*Wheat Ridge, CO 80033*<br>*Tel: 303-403-9964 FAX: 303-432-3717* | *Thornton Hearing Center*<br>*9141 Grant Street, Suite 220*<br>*Thornton, CO 80229*<br>*Tel: 303-252-9966 FAX: 303-252-9120* |

**Speech-Language Services**

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

**Audiology Services**

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

May 13, 2008

Jennifer Riddle, Attorney at Law
King and Greisen, LLT
1670 York Street
Denver, CO 80206

Dear Ms. Riddle:

Thank you for meeting with me last week. It assisted greatly in my understanding of the class action against the Colorado Penitentiary System. I have double spaced this correspondence to allow room for you to write notes if needed.

I would first like to start with some comments on the current hearing screening system. It is my understanding that currently this system uses a finger snap and whispered voice to screen for a hearing loss; the use of which is antiquated and inaccurate. A finger snap, and its subsequent loudness and frequency response, is entirely dependent upon the individual and his or her fingers. Whispered voice is no longer used due to the variability between voices. The content of the whispered message is simply too large to allow its usage. In addition, certain hearing losses, depending on the slope of the loss, will pass a whispered voice test even when a significant hearing loss is .

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO 80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO 80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO 80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

**Speech-Language Services**

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

**Audiology Services**

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

present. I know of no institution or clinic currently using whispered voice or a finger snap and I strongly advise against the use of both tests.

If an inmate has been prescribed to wear aids in both ears and wears two hearing aids it is uncalled for to require him or her to remove one when entering the penal system. Stating that only one aided ear is all that is needed is lacking severely in clinical support. If one aid is removed, the signal from that side, be it voice commands or non-voiced, will be distorted when traveling across the head. The remaining hearing aid will amplify what it receives and a distorted, inaccurate signal will be received from the other side of the head. In a reflective hard surface environment, as are found in most penal institutions, a hearing impaired individual will need two amplified ears to understand commands as well as possible. Even then, his or her reception of spoken commands may not be perfect.

Almost 30 years ago I started advising hearing aid users to remove their hearing aids before sleeping; including short naps. This keeps the aids from falling out during sleep and preventing them from being lost or broken. More importantly, it keeps the aids from ulcerating the skin of the external ear or auditory canal during sleep. Such ulcerations can lead to life threatening infections or to a sore that keeps the individual from wearing their

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

### Speech-Language Services

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

### Audiology Services

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

prescribed amplification devices. I advise all parties not to insist on aids being worn while the wearer is sleeping due to the serious damage this can cause to the wearer's ear or the aid. Furthermore, hearing aids should not be worn in showers as they are not waterproof. Many modern hearing aids have microphone filters that will plug up almost instantly when exposed to a drop of water and will require repair by a professional.

Lastly, I would like to offer my thoughts on a screening center that will meet the audiometric needs of the Colorado Penal System. Such a center will not simply screen inmates because such a screening would require expensive and time consuming follow-ups to determine why a screening failed and the exact level of the residual hearing. Devices designed to test new born babies or screen any subject for hearing loss are not appropriate for use in this setting. If one chooses a BSER system, it is biased to 3,000Hz, which is due to the ears resonance frequency and the cochlear hair cell count. This device is for screening only, and is not used to determine threshold. The use of Otoacoustic Emissions, a screening device used in children, is not reliable. Emissions may be totally absent in the event of positive or negative pressure in the ears; which is commonly associated with location changes within Colorado's various altitudes. Therefore, the main purpose of a testing center within the Colorado penal system should be to determine an inmate's auditory

# DARREL L. TETER, Ph.D.  AND ASSOCIATES, INC.
## Speech & Hearing Clinics

Highlands Ranch Health Care Plaza
206 West County Line Road, Suite 230
Highlands Ranch, CO  80129
Tel: 303-791-4216  FAX: 303-791-4219

Wilmore Speech & Hearing
7777 West 38th Avenue, #A-114
Wheat Ridge, CO  80033
Tel: 303-403-9964  FAX: 303-432-3717

Thornton Hearing Center
9141 Grant Street, Suite 220
Thornton, CO  80229
Tel:  303-252-9966  FAX:  303-252-9120

**Speech-Language Services**

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

**Audiology Services**

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

sensitivities precisely at all commonly heard frequencies, as well as determine how well they are able to understand speech.  This is accomplished by the following:

1. Acquiring a sound treated room and placing it in the testing facility.

2. Acquiring a pure tone air, bone, and speech audiometer with accompanying transducers.

3. Acquiring a trained professional to administer hearing tests.

4. Calibrating the audiometric equipment yearly.

5. Testing for threshold at the appropriate frequencies, testing for reception level of speech, and testing in appropriate language for ability to discriminate speech.

An alternative to the above is to screen inmates using pure tones.  Individuals who fail this test would then be referred to a specialist.  However, time constraints make this an impracticable option as it is not uncommon to wait two weeks for an appointment.  Sending an inmate to a special place for a

# DARREL L. TETER, Ph.D.  AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel:  303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel:  303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel:  303-252-9966  FAX: 303-252-9120*

hearing evaluation may also place undue strain on an already overworked staff of state employees.

_Speech-Language_
_Services_

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

_Audiology Services_

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

The best way for the Colorado penal system to meet court requirements is to purchase a sound booth, an audiometer, obtain speech materials in several languages, hire a trained professional, and test any inmates who answer positively to the following questions.

A.  Do you have a hearing loss?

B.  Do you wear amplification?

The sound booth and audiometric equipment can be purchased from one of the following providers.

**MSR West**
P.O. Box 18176
Boulder, CO  80308
Or
1400 Main Street
Louisville, CO  80027
Owner:  Roger Ott
303-604-0044

**Western Acoustics**
700 Billings
Aurora, CO  80011
Owner:  Bill Van Cleve
303-617-9809

I hope this is of help to all concerned.

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966  FAX: 303-252-9120*

*Speech-Language Services*

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

*Audiology Services*

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

Sincerely,

Darrel L. Teter, Ph.D.
D.L. Teter Ph.D., & Associates
www.dlteter.com