# ATTACHMENT 2

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

| Highlands Ranch Health Care Plaza | Wilmore Speech & Hearing | Thornton Hearing Center |
|---|---|---|
| 206 West County Line Road, Suite 230 | 7777 West 38th Avenue, #A-114 | 9141 Grant Street, Suite 220 |
| Highlands Ranch, CO 80129 | Wheat Ridge, CO 80033 | Thornton, CO 80229 |
| Tel: 303-791-4216  FAX: 303-791-4219 | Tel: 303-403-9964  FAX: 303-432-3717 | Tel: 303-252-9966  FAX: 303-252-9120 |

**Speech-Language Services**
- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**
- Diagnostics
- Hearing Aids
  Classic Models
  Programmables
  Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs
  Batteries
- Accessories
- Evoked Potentials
  BAER
  ECoG
  VER
  SEP

August 12, 2008

Dear Ms. Riddle:

I have reviewed the hearing testing and fitting criteria that the D.O.C. has suggested. Here is my report.

Often professionals will use an average to determine the number of a given entity. An average is responsive to the size of the sample and the lowest and highest numbers in that sample. In pure tone audiology the size of the sample is limited by the number of frequencies tested, or included in the average. Furthermore, the decibel numbers in the audiogram are not linear, but rather nonlinear, numbers, The user of decibel averages uses the numbers as though they were linear. For example, The Department of Corrections for the State of Colorado is suggesting the use of a four frequency average to determine if a hearing loss exists. The four frequencies, as I recall, are 500 Hz, 1,000 Hz, 2,000 Hz and 4,000 Hz. Now consider some varying scenarios. Supposing the "offender" had a hearing loss of zero decibels at 500 Hz, 1,000 Hz, 2,000 Hz and 80 dB at 4,000 Hz. Using an averaging technique 4 into 80 – the "offenders" average is 20 dB. Supposing the "offenders" has a loss of 20 dB

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
*Speech & Hearing Clinics*

*Highlands Ranch Health Care Plaza*  
*206 West County Line Road, Suite 230*  
*Highlands Ranch, CO 80129*  
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*  
*7777 West 38th Avenue, #A-114*  
*Wheat Ridge, CO 80033*  
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*  
*9141 Grant Street, Suite 220*  
*Thornton, CO 80229*  
*Tel: 303-252-9966  FAX: 303-252-9120*

**Speech-Language Services**

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**

- Diagnostics
- Hearing Aids Classic Models Programmables Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials  
  ir ABR  
  ECoG  
  VER  
  SEP

at 500 Hz thru 2,000 Hz and a loss of 100 dB at 4,000 Hz. The total is 4 into 160 or only 40 dB. This loss will not qualify for amplification under Colorado Division of Correction rules.

Consider now another problem. If the "offender" has – 5 dB or – 10 dB at 500 Hz, 1,000 Hz and 2,000 Hz, and then a significant loss, let's say 80 Db at 4,000 Hz. How will the Department of Corrections calculate this audiogram? Do we add the minus numbers and then subtract them from the one positive number? I know how to do this, does the Department of Corrections? For your benefit a loss of 30 dB is a loss of 1,000 times the energy necessary to show zero level sensitivity. A loss of 60dB is one million times above zero sensitivity. Now you are acquainted with the problem of using an average, as well as the problem which arise from treating the decibel as a linear number.

Now to the problem of a unilateral hearing loss.

I do not know of a hearing health care professional who (1) would not amplify a unilateral loss if it's severity indicated amplification and (2) who would not consider an individual with a moderate to severe loss as acoustically handicapped with a hearing disability. To declare such a loss of hearing non-handicapping and not a disability is only done to support a budget. I also do

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*  *Wilmore Speech & Hearing*  *Thornton Hearing Center*
*206 West County Line Road, Suite 230*  *7777 West 38th Avenue, #A-114*  *9141 Grant Street, Suite 220*
*Highlands Ranch, CO 80129*  *Wheat Ridge, CO 80033*  *Thornton, CO 80229*
*Tel: 303-791-4216 FAX: 303-791-4219*  *Tel: 303-403-9964 FAX: 303-432-3717*  *Tel: 303-252-9966 FAX: 303-252-9120*

**Speech-Language Services**

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**

- Diagnostics
- Hearing Aids
  Classic Models
  Programmables
  Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs
  Batteries
- Accessories
- Evoked Potentials
  BAER
  ECoG
  VER
  SEP

not know a hearing health care individual who would use a different decibel level for unilateral amplification then for binaural amplification.

In 1979 the AAO Committee on Hearing and Equilibrium revised their "Guide for the Evaluation of Hearing Handicap". This guide used the average at 500 Hz, 1,000 Hz, 2,000 Hz and 3,000 Hz. Every dB over 25 dB average was given 1.5% weight in determining compensation. The poorer ear (using a two ear test) was given a weight of 5 out of 6 and the better ear a weight of 1. This committee some 30 years ago recognized that a unilateral loss was handicapping and disabling.

In order to perceive and discriminate a signal, that signal, and we now must talk about a speech signal, since it is to be discriminated, must be 7 to 9 dB above any noise in the environment. A unilateral loss provides the "offender" with a 10dB signal to noise depravation. Thus when speech comes from the side with the loss some 10 dB are lost in signal to noise ration. This must be added to the unilateral hearing loss. Thus discrimination is poor, the patient is obviously handicapped and thus disabled.

Even the non trained can understand how disabling a unilateral loss can be when (1) any noise is present on the side without the loss, and the signal to be perceived comes from the side with the hearing loss. To suggest that such a

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
206 West County Line Road, Suite 230
Highlands Ranch, CO 80129
Tel: 303-791-4216  FAX: 303-791-4219

*Wilmore Speech & Hearing*
7777 West 38th Avenue, #A-114
Wheat Ridge, CO 80033
Tel: 303-403-9964  FAX: 303-432-3717

*Thornton Hearing Center*
9141 Grant Street, Suite 220
Thornton, CO 80229
Tel: 303-252-9966  FAX: 303-252-9120

**Speech-Language Services**
- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**
- Diagnostics
- Hearing Aids
  Classic Models
  Programmables
  Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs
  Batteries
- Accessories
- Evoked Potentials
  BAER
  ECoG
  VER
  SEP

situation is not disabling shows a lack of knowledge of signal to noise as well as the head shadow effect upon speech.

Only the individual with a unilateral hearing loss can understand the problems of reverberation, of off sided speech discrimination, of speech discrimination in noise, and of the loss of signal to noise vs. gain. Two equal ears will improve your ability to discriminate by 15-25%. This monaural loss and it's disabling listening problem was defined in detail by J.D. Harris in his 1973 book "Harris on Audiology".

So it can be readily understood that a monaural loss is disabling. It causes the disabled listener difficulty in discrimination when the speech signal is on the side of the loss, and difficulty when the speech signal must travel across the head. This has been known in the medical and audiological literature for over three decades.

Now let's evaluate the difficulties of amplifying unilaterally. First let's consider that both ears have a loss, the one being amplified is worse, but it meets a certain criteria. First of all the fitter has been forced to abandon one ear, and fit the other ear. If both ears have a hearing loss, both ears should be fit. .

When one ear is fit (and often our profession only fits one ear) the following hearing disabilities occur:

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
### Speech & Hearing Clinics

Highlands Ranch Health Care Plaza  
206 West County Line Road, Suite 230  
Highlands Ranch, CO 80129  
Tel: 303-791-4216  FAX: 303-791-4219

Wilmore Speech & Hearing  
7777 West 38th Avenue, #A-114  
Wheat Ridge, CO 80033  
Tel: 303-403-9964  FAX: 303-432-3717

Thornton Hearing Center  
9141 Grant Street, Suite 220  
Thornton, CO 80229  
Tel: 303-252-9966  FAX: 303-252-9120

**Speech-Language Services**

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**

- Diagnostics
- Hearing Aids Classic Models Programmables Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials, BAER ECoG VER SEP

(1) The wearer does not do well in noise from any direction.

(2) If the noise is from the off side (the ear not wearing a hearing aid) the noise arrives at the brainstem first and usually less loud, when the noise crosses the head the aided side now receives it. Louder and later. The brainstem cannot process listening in noise as well with this confusion caused by unilateral fitting.

(3) In modern hearing aids phase reversal is common – to avoid feedback and to avoid hearing difficulties in noise. When a unilateral fit aid reverses phase the wearer may feel that the received sound, is originating from the opposite side. Thus the statement, that a unilateral loss and a unilateral fit has difficulty localizing sound.

(4) The unilateral fit is severely disabled when noise is on the side of the aid and he or she must receive speech from the other side. Again the upward spread of making, the head shadow and signal to noise loss make speech discrimination difficult. Now let's talk again about the disabilities of the unilateral loss when not wearing an aid. Such an individual is often difficult to arouse when sleeping with the poor ear up. He or she can not hear alarms, cannot hear emergency warning devices, such as standard alarm clocks. When a unilateral loss, fit with an aid, gets a sore ear or has the hearing aid repaired, and thus can not wear, or use the aid they are then more severely disabled

## DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
### Speech & Hearing Clinics

Highlands Ranch Health Care Plaza
206 West County Line Road, Suite 230
Highlands Ranch, CO 80129
Tel: 303-791-4216  FAX: 303-791-4219

Wilmore Speech & Hearing
7777 West 38th Avenue, #A-114
Wheat Ridge, CO 80033
Tel. 303-403-9964  FAX: 303-432-3717

Thornton Hearing Center
9141 Grant Street, Suite 220
Thornton, CO 80229
Tel: 303-252-9966  FAX: 303-252-9120

**Speech-Language Services**

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**

- Diagnostics
- Hearing Aids Classic Models Programmables Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials, BAER ECoG VER SEP

acoustically. Without any amplification the unilateral loss may be more disabled than a bilateral loss, wearing two aids, only one is off for repair.

In short a unilateral loss is severely disabled. I have agreed to a rather confusing average level to determine the need for hearing aid fitting. If an "offender" meets the agreed upon criteria for hearing aid usage, in both ears I would fit him or her. If an "offender" only meets fitting criteria in one ear, and the audiologist chooses to fit unilaterally this does not mean that the aid wearer does not have a disability. I have tried to point out that unilateral amplification and it's accompanying disabilities have been known and dealt with for decades, by both the medical and the audiological fields.

I hope that this helps you in your determination.

Sincerely,

Darrel L. Teter, Ph.D.

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
### Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
206 West County Line Road, Suite 230
Highlands Ranch, CO 80129
Tel: 303-791-4216   FAX: 303-791-4219

*Wilmore Speech & Hearing*
7777 West 38th Avenue, #A-114
Wheat Ridge, CO 80033
Tel: 303-403-9964   FAX: 303-432-3717

*Thornton Hearing Center*
9141 Grant Street, Suite 220
Thornton, CO 80229
Tel: 303-252-9966   FAX: 303-252-9120

# SENTENCES

<u>Speech-Language Services</u>

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

<u>Audiology Services</u>

- Diagnostics
- Hearing Aids
  Classic Models
  Programmables
  Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs
  Batteries
- Accessories
- Evoked Potentials
  BAER
  ECoG
  VER
  SEP

**Bearing High Frequency Consonants.**
**To be spoken in a normal voice from 6 feet behind the offender.**

### Choose 10

1. Can you <u>fix</u> it?
2. Our <u>staff</u> is complete.
3. He <u>eats</u> a lot.
4. Do you <u>have</u> a hat?
5. This <u>cup</u> is full.
6. I like <u>coke</u> and candy.
7. We have a nurse for <u>sick</u> inmates.
8. This <u>seat</u> is taken.
9. The <u>heat</u> is terrible.
10. How do you keep <u>fit</u>?
11. That chair looks <u>soft</u>.
12. Have a <u>seat</u>.
13. Look out for the <u>steps</u>.
14. He will <u>seek</u> help.
15. <u>Pass</u> the coffee.
16. I don't <u>stop</u> the bus.

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

Highlands Ranch Health Care Plaza
206 West County Line Road, Suite 230
Highlands Ranch, CO 80129
Tel: 303-791-4216  FAX: 303-791-4219

Wilmore Speech & Hearing
7777 West 38th Avenue, #A-114
Wheat Ridge, CO 80033
Tel: 303-403-9964  FAX: 303-432-3717

Thornton Hearing Center
9141 Grant Street, Suite 220
Thornton, CO 80229
Tel: 303-252-9966  FAX: 303-252-9130

### Speech-Language Services

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

### Audiology Services

- Diagnostics
- Hearing Aids
  Classic Models
  Programmables
  Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials
  BAER
  ECoG
  VER
  SEP

17. Use <u>soap</u> when you wash.

18. I'm <u>sick</u> of the whole thing.

19. He <u>fixed</u> the car.

20. It will <u>pop</u> out.

21. <u>Cut</u> the baloney.

22. What the <u>heck</u> is it.

23. Don't <u>hit</u> me.

24. He did not <u>act</u> alone.

25. I need <u>six</u> dollars.

26. We are going to the <u>coast</u>.

27. Make a <u>fist</u>.