# ATTACHMENT 2

# DARREL L. TETER, PhD. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

| | | |
|---|---|---|
| *Highlands Ranch Health Care Plaza* | *Wilmore Speech & Hearing* | *Thornton Hearing Center* |
| *206 W. County Line Rd, Suite 230* | *7777 W 38th Ave. #A-114* | *9141 Grant Street, Suite 220* |
| *Highlands Ranch, CO 80129* | *Wheat Ridge, CO 80033* | *Thornton, CO 80229* |
| *Tele. 303-791-4216 Fax:303-791-4219* | *Tele: 303-403-9964 Fax. 303-432-3717* | *Tele. 303-252-9966 Fax: 303-252-9120* |

*Speech-Language Services*

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

*Audiology Services*

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

September 12, 2008

Jennifer Riddle
King & Gruson
1670 York Street
Denver, CO 80206

Dear Ms. Riddle:

I have received the documents that you recently sent over from the DOC to support their stance on unilateral hearing loss.

This document is four years old and was written as a position statement by the World Health Organization for Developing Countries. Its content came from a 1998 workshop for the most appropriate hearing aid services in countries with limited resources. I was not aware that the United States was a developing country with limited resources.

It is my belief that applying the guidelines of the World Health Organization to the United States is not supportable. These guidelines were mandated so that manufacturers could produce hearing aids "at low cost and in bulk" and, at present, are extremely outdated. To suggest that these guidelines should apply to the state of Colorado's Department of Corrections and for the inmates within it's system suffering from hearing loss would be, in my opinion, imprudent.

Should you need any further assistance, feel free to contact me at your convenience.

Sincerely,

Darrel L. Teter, Ph.D.

SIGNED IN DR. TETER'S
ABSENCE, TO AVOID DELAY

Original: English

# GUIDELINES FOR HEARING AIDS AND SERVICES FOR DEVELOPING COUNTRIES

Second Edition
September 2004



World Health Organization
Prevention of Blindness and Deafness (PBD)

## Guidelines for Hearing Aids and Services for Developing Countries (2nd Edition)

## 1 INTRODUCTION

WHO has estimated[1] that in 2001 250 million persons in the world have disabling hearing impairment[†]; the burden is estimated to be approximately twice as large in developing countries as in developed countries[2]. Total world production of hearing aids is less than one tenth of the global need; 75% of the annual production are distributed to North America and Europe and 25% to the rest of the world. Japan, Australia and New Zealand account for over half of these and the remainder are distributed in developing countries[3]. Where hearing aids and services are available they are generally expensive and often inappropriate for developing countries[4]. It is important to determine accurately the extent of the need for these items in developing countries and what would be the most appropriate solutions[5].

WHO has addressed these issues at a consultation held at the European Regional Office in 1990[6] and more recently at the WHO/CBM Workshop on Hearing Aid Services in 1998[3]. The latter meeting made recommendations on the most appropriate type of hearing aid and service provision in countries with limited resources and how these might be provided. Consensus was reached concerning hearing aids as part of a hearing health system: "A hearing aid should be regarded as only one component of a hearing health system that includes the ear mould, batteries, maintenance, repair, instruction, and rehabilitation". Hearing aids and the services to provide them should be appropriate, acceptable, affordable, and available[7].

The 1998 meeting recommended that a small working group of experts should be convened by WHO to develop detailed specifications for appropriate hearing aids and services for developing countries. Thus, the Hearing Aids Working Group (HAWG) was set up and commenced work in 1999.

The HAWG was asked to draw up guidelines for requirements for hearing aids and their accessories and services so that they would be appropriate and affordable for developing countries, and so that manufacturers could produce them at low cost and in bulk. The group was also asked to use these guidelines to help set up a meeting with interested societies of hearing aid manufacturers to determine possibilities for future production (see Annex 1 for the group's terms of reference).

For these guidelines the Hearing Aids Working Group decided to focus particularly on the following issues:-
- to set-up minimal requirements for low cost hearing aids for developing countries.
- to propose solutions for ear moulds.
- to propose solutions concerning batteries.
- to propose systems for delivery of the whole package of services.

The group decided not to address the following elements of the terms of reference: "consider and make recommendations on method and location of manufacture and

---

[†] **WHO DEFINITIONS OF DISABLING HEARING IMPAIRMENT**[16]:

Disabling hearing impairment in adults should be defined as a permanent unaided hearing threshold level for the better ear of 41 dB or greater; for this purpose the "hearing threshold level" is to be taken as the better ear average hearing threshold level for the four frequencies 0.5, 1, 2, and 4 kHz."

Disabling hearing impairment in children under the age of 15 years should be defined as a permanent unaided hearing threshold level for the better ear of 31 dB or greater; for this purpose the "hearing threshold level" is to be taken as the better ear average hearing threshold level for the four frequencies 0.5, 1, 2, and 4 kHz."

[Note that the term "hearing impairment" without the epithet "disabling" is taken to mean a hearing problem of any level or all levels of severity.]

10

09/11/2008 12:14 9037914213 Case No. 1:92-cv-00870-CMA-MEH Document 3723-4 filed 11/26/08 USDC Colorado pg 5 of 6 PAGE 05/06

SEP 09 2008 1:53PM    HP LASERJET 3200                                              p.4

WHO | Grades of hearing impairment

Page 1 of 1

 **World Health Organization**

## Grades of hearing impairment

| Grade of impairment | Corresponding audiometric ISO value | Performance | Recommendations |
|---|---|---|---|
| 0 - No impairment | 25 dB or better (better ear) | No or very slight hearing problems. Able to hear whispers. | |
| 1 - Slight impairment | 26-40 dB (better ear) | Able to hear and repeat words spoken in normal voice at 1 metre. | Counselling. Hearing aids may be needed. |
| 2 - Moderate impairment | 41-60 dB (better ear) | Able to hear and repeat words spoken in raised voice at 1 metre. | Hearing aids usually recommended. |
| 3 - Severe impairment | 61-80 dB (better ear) | Able to hear some words when shouted into better ear. | Hearing aids needed. If no hearing aids available, lip-reading and signing should be taught. |
| 4 - Profound impairment including deafness | 81 dB or greater (better ear) | Unable to hear and understand even a shouted voice. | Hearing aids may help understanding words. Additional rehabilitation needed. Lip-reading and sometimes signing essential. |

Grades 2, 3 and 4 are classified as disabling hearing impairment.

The audiometric ISO values are averages of values at 500, 1000, 2000, 4000 Hz.

Contacts | E-mail scams | Employment | FAQs | Feedback | Privacy | RSS feeds
© WHO 2008

WHO | Grades of hearing impairment                                             Page 1 of 1




@ All WHO   ○ This site only

Home
About WHO
Countries
Health topics
Publications
Data and statistics
Programmes and projects
PBD home
Blindness
Deafness
Documents & publications

**Prevention of blindness and deafness**

WHO > Programmes and projects > Prevention of blindness and deafness (PBD) > Prevention of deafness and hearing impairment

⊕ printable version

### Grades of hearing impairment

| Grade of Impairment | Corresponding audiometric ISO value | Performance | Recommendations |
|---|---|---|---|
| 0 - No Impairment | 25 dB or better (better ear) | No or very slight hearing problems. Able to hear whispers. | |
| 1 - Slight Impairment | 26-40 dB (better ear) | Able to hear and repeat words spoken in normal voice at 1 metre. | Counselling. Hearing aids may be needed. |
| 2 - Moderate Impairment | 41-60 dB (better ear) | Able to hear and repeat words spoken in raised voice at 1 metre. | Hearing aids usually recommended. |
| 3 - Severe Impairment | 61-80 dB (better ear) | Able to hear some words when shouted into better ear. | Hearing aids needed. If no hearing aids available, lip-reading and signing should be taught. |
| 4 - Profound impairment including deafness | 81 dB or greater (better ear) | Unable to hear and understand even a shouted voice. | Hearing aids may help understanding words. Additional rehabilitation needed. Lip-reading and sometimes signing essential. |

Grades 2, 3 and 4 are classified as disabling hearing impairment.

The audiometric ISO values are averages of values at 500, 1000, 2000, 4000 Hz.

Contacts | E-mail scams | Employment | FAQs | Feedback | Privacy | RSS feeds
© WHO 2008