# ATTACHMENT   3

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## *Speech & Hearing Clinics*

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel:  303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38ᵗʰ Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel:  303-403-9964  FAX:  303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966  FAX:  303-252-9120*

<table>
<tr><td>

**Speech-Language Services**

° *Speech-Language Disorders*

° *Delayed Speech*

° *Delayed Articulation*

° *Fluency*

° *Learning Disabilities*

° *Voice Disorders*

° *Video Stroboscopy*

° *Swallowing Disorders*

° *Vocal Fold Dysfunction*

° *Adult & Children*

**Audiology Services**

° *Diagnostics*

° *Hearing Aids*
  *Classic Models*
  *Programmables*
  *Digital Models*

° *Hearing Aid Evaluations*

° *Hearing Aid Repairs*
  *Batteries*

° *Accessories*

° *Evoked Potentials:*
  *BAER*
  *ECoG*
  *VER*
  *SEP*

</td><td>

## CURRICULUM VITAE

### DARREL LEE TETER

Home Address:          411 S. Peakview Dr.
                       Castle Rock, CO 80104

Professional Address:  206 West County Line Road, Suite 230
                       Highlands Ranch, CO  80129

Birth Date:            May 11, 1938

## Educational History:

B.A. Degree, Major in General Speech
University of Omaha, 1960

M.A. Degree, Speech Pathology & Audiology
University of Denver, 1961

Ph.D. Degree, Speech Pathology & Audiology
University of Denver, 1970

## Work History:

Trainee in Speech Pathology, V.A. Hospital, Denver 1962-63
Director of Speech and Hearing Clinic, Rose Hospital 1963-67
Adjunct Professor, University of Denver, 1963-64, 1966
Associate Professor, University of Colorado, Department of
Communication Disorders, 1966-80
Associate Professor, University of Colorado, Department of
Otolaryngology, Colorado Medical Center - Present.

</td></tr>
</table>

Consultant Cleft Palate Team, Children's Hospital, 1965-67
Audiologist (Part Time) for J. Tabor, Otologist, 1965-67
Director of Speech and Hearing Service, Research Audiologist,
Fitzsimons Army Hospital, 1967-71
Private Practice -          D. L. Teter, Ph.D. and Associates, Inc.
                           1970 - Present
Provider of Speech-Language and Audiology Services at:
                           Lutheran Medical Center, 1968-1998
                           St. Anthony Hospital, 1969-82
                           Beth Israel Hospital, 1969-87
                           Mile High Physical Therapy Association, 1972-82

**Certification and Licensure:**

Certificate of Clinical Competence, American Speech and
Hearing Association in Speech Pathology
Completion of Certification Examination - Audiology, 1976
(ASHA)
Licensed Hearing Aid Dispenser, State of Colorado, 1977-Law
Sunset
Certified Instructor, Hearing Conservation Training Programs,
Committee and Occupational Hearing Conservation, (COHC).
1980-1987

**Honors and Affiliations - Professional and Academic:**

Member of American Speech and Hearing Association
Past Member Legislative Liaison Committee, American
Speech and Hearing Association.
Clinical Achievement Award for the State of Colorado, American
Speech Hearing Language Foundation, October, 1987
Past Member, Committee on Private Practice, ASHA
Member of Colorado Speech and Hearing Association.
Past Member of the Executive Board (Seven Years)
Past President of Colorado Speech and Hearing Association, 1972
Life Member of Omicron Delta Kappa (National Leadership
Fraternity)
Member of Lambda Chi Alpha (National Social Fraternity)
Charter Member and Founder of Colorado Association of Private
Practitioners in Speech Pathology and Audiology
Past Member of the American Academy of Sciences, Committee of
Hearing and Bioacoustics
The Honors of the Association, Colorado Speech-Hearing and
Language Association

**Past Teaching Appointment:**

> Associate Professor, University of Colorado, Department of
> Otolaryngology, Colorado Medical Center
> Adjunct Professor, Colorado State University

**Consultantships Present and Past:**

> Past Consultant for Tracoustics, Inc., Consultant and instructor
>  in Electronystagmography
> Past Consultant for Teledyne Avionics, Consultant Auditory
> Evoked Potentials and Instructor in Brainstem Evoked Response (BSER)
> Phonic Ear:  Consultant in Acoustic Instrumentation.
> United States Bureau of Reclamation, Consultant Hearing
> Conservation Program
> Phonak International, Consultant Acoustical Equipment and
> Acoustical Design
> Johns-Manville, Hearing Conservation Program Consultant

**Publications and Films:**

> Vocal Disorders, High Speed Evaluation of Laryngeal        Pathologies,
> A Cooperative Production of the University of Colorado and Fitzsimons
> General Hospital, 1975
>
> Tympanometry, Clinical Considerations Produced and        Distributed  by
> J. Taylor and Associates, Oakland, California,        1976
>
> A Cinefluorographic Study of the Swallowing Mechanisms, Produced by
> Rose Memorial Hospital Audio-Visual Department.
>
> Auditory Testing of Neonates.   Instructional Film in Cooperation with
> Marion Down, M.A., University of Colorado  Medical Center.
>
> The ASAI Procedure.  In cooperation with LTC Robert C. Newell, M.D.,
> Chief of Otolaryngology, Fitzsimons General Hospital, 1967-70

**Books:**

"Clinical Considerations of Hearing Aids" in Hearing Disorders edited by Jerry Northern, Ph.D., Little, Brown and Company,   Boston, 1976

"Language and Speech Disorders" and "Voice Disorders" in Otolaryngology by Gerald English, M.D., Harper and Row Publishers, Hagerstown, Maryland, New York, San Francisco and London, 1976

"Practical Aspects of Electronystagmography" in Private Practice in Speech Pathology and Audiology, edited by R. Bation, Ph.D. and Donna Fox, Grume and Stratton Publishers, 1978

"Voice and Language Disorders in Emergency Room Procedures", edited by Ray Wood, M.D., 1981

"Electronystagmography - Principles and Techniques, 1977, Published by Tracoustics, Inc., 415 E. Saint Elmo Road, Austin, Texas

"Brainstem and Other Auditory Evoked Potentials, Principles, Techniques and Applications, published by Teledyne Avionics, Charlottesville, Virginia, 1978

**Articles:**

Raymond, J., Teter, D., Cotton, B.:   An Office Electrogustometer, Transactions of American Academy of Ophthalmology and Otology, 73:115-116, 1969

Teter, D., Newell, R. D.:  High Speed Photography in a Clinical Setting, Annals of Otol, Rhin. & Laryn.  78:1227-1233, Dec. 1969

Teter, D., Aspinall, K., Stewart, V.:   The Fitting of High Frequency Emphasis Hearing Aids: Some Comments and Two Case Reports, JRN of Colorado Speech and Hearing Association, Fall Edition, P 27-32, 1969

Teter, D., Stewart, V., Aspinall K.:  A Suggested Methodology for COR Audiometry, JRN. Colorado Speech and Hearing Association, Fall Edition, Page 40-45, 1969

Teter, D., Newell, R.,: The Acoustically Evoked Response: Instrumentation and Methodology. ISA Biomedical Journal, May, 1970

Rose, D., Teter, D., Curtis, E.: Effects of Stimulus Duration on the Averaged Acoustically Evoked Human Cortical Response, The JRN of Auditory Research, Page 335-337, Vol 9, 1969

Northern, J., Teter, D., Krug, R.: Characteristics of Manually Communicating Deaf Adults, Journal of Speech and Hearing Disorders, Vol. 36, No. 1, February, 1971

Teter, D., Newell, R., Aspinall, K.: Audiometric Configurations Associated with Blast Trauma, The Laryngoscope: 80, P. 1122-1143, July, 1970

Teter, D.: Tongue Folding, Rolling and Curling, Birth Defects Compendium, National Foundations for Birth Defects.

Teter, D.: Abstract of Presentation on Electronystagmography, Journal of Modern Medicine, No. 25, August, 1969, Page 117

Teter, D.: Electroacoustical Evaluation of Hearing Aids, Hearing Instruments, February, 1976, Volume 27, No. 2, Page 8

Teter, D., Staller, S.: Free Field Mold Modifications for High Frequency Hearing Loss

Teter, D.: Doctor, Something's Wrong with My Voice, Diagnosis, February, 1982

Teter, D.: Electronystagmography and the Dizzy Patient, Seminars in Hearing, Volume 4, No. 1, February, 1983

Teter, D.: The If's, And's and But's of Private Practice        Dispensing, Seminars in Hearing, Volume 7, No. 2, May, 1986

Vaughn, G., Lightfoot, R., Teter, D.: Assistive Listening Devices and Systems (ALDS) Enhance the Lifestyles of Hearing Impaired Persons, Contemporary Issues in Clinical Audiology

Teter, D.: Personal Reflections on Aural Rehabilitation: Past, Present and Future, Journal of the Academy of Rehabilitative Audiology, Volume XXII,

1989

Teter, D.: Audiologists and Mint Jelly, The Hearing Review, Volume 2, No. 6, June/July 1995

Loovis, C., Schall, D., Teter, D.: The Role of Assistive Devices in the Rehabilitation of Hearing Impairment, The Otolaryngologic Clinics of North America, Rehabilitation of Neurotologic Diseases, Oct. 1997

Teter, D., Winthrop, S., Kiser, L., Tulenko, J., Castor, C.: The Use of Programmable Hearing Instruments for Children: Seven Case Studies, The Hearing Review, Vol, 4, No. 10, October, 1997

## Professional Presentations (By Invitation, Since 1970)

"The Acoustically Evoked Response: Instrumentation and Methodology" Presented to the 7th Annual Rocky Mountain Bioengineering Symposium and 8th International ISA Biomedical Sciences Instrumentation Symposium, Denver, Colorado. May 6, 1970

"Case Presentation of Blast Trauma" Presented to Medical Audiological Workshop, Vail, Colorado. March 15, 1972

"Electro-Acoustic Evaluation of Hearing Aids in a Clinical Setting, A Review of 100 Cases" Presented to the International Hearing Aid Seminar, San Diego, California. March, 1972

Electronystagmography, Short Courses
        Fitzsimons General Hospital, August, 1973
        Center for Communication Disorders, Atlanta, Georgia,
        February, 1973
        Fairmont Hospital, San Francisco, July, 1973

Impedance Measurements, Short Course, Fairmont Hospital, Fairmont, California. September, 1983

Interpreting Electronystagmography, For Neuro-Sensory Division of Swedish Hospital, Denver, Colorado. November, 1973

Electronystagmography, Medical Audiology Workshop, University of Colorado Medical Center. March, 1974

Hearing Aid Fitting in Sensorineural Loss, Medical Workshop.   March, 1974

Electronystagmography, Short Course, University of Denver. July, 1974

Seminar on Human Acoustics, Hearing Aid Measurement, B & K Instruments, Las Vegas. November, 1974

Hearing Aids, Use and Function. University of Nebraska. December, 1974

Hearing Conversation and Audiometric Training Course, American Association of Industrial Nurses, Inc. February, 1975

Seminar In Modern Audiometric Techniques with Emphasis on Impedance Audiometry, Oakland, California. March, 1975

Seminar In Impedance Audiometry, New Orleans, Louisiana. April, 1975

Laryngeal Disorders, University of Wyoming, Laramie, Wyoming. May, 1975

Electroacoustic Impedance and Its Clinical Application, Fresno Community Hospital, Fresno, California. June, 1975

Electroacoustic Properties of Hearing Aids, Nebraska Medical Center, Omaha, Nebraska. July, 1975

Voice Disorders, A Short Course, Iowa Speech and Hearing Associates, Iowa State University, Ames, Iowa. October, 1975

Impedance Seminar, Impact Inc., Kansas City, Missouri. November, 1975

Seminar in Audiometrics and Its Use in General Medicine, Holtzer Medical Center, Gallipolis, Ohio. January, 1976

Voice Disorders, Colorado Music Educators Association, Colorado Springs, Colorado. January, 1976

Electronystagmography, Department of Communication Disorders, University of Denver, Denver, Colorado. February, 1976

Electronystagmography, U.S. Army Hospital, Seattle, Washington. February, 1976

Audiometry Testing of Preschool Children, Medical Audiology Workshop, University of Colorado Medical Center. March, 1976

Electronystagmography, Holtzer Medical Center, Gallipolis, Ohio. December, 1976

Workshop in Electroacoustics of Hearing Aids, International Hearing Aid Seminar, San Diego, California. March, 1977

Hearing Disorders in Preschool Children, Medical Audiology Workshop, University of Colorado Medical Center. March, 1977

Laryngeal Disorders, Cheyenne Wyoming School System. April, 1977

Federal Guidelines and Hearing Aids, Symposium on Acoustics, University of Wyoming, Laramie, Wyoming. April, 1977

Electronystagmography, Impact, Inc., Kansas City, Kansas. May, 1977

Future Role of the Speech Clinician, Presented to Speech and Language Clinicians. Jefferson County Public Schools. May, 1977

Noise and Noise Control, International Safety Conference, Denver, Colorado. May, 1977

Problems of Auditory Perception presented to the Medical Staff of Lutheran Hospital. Denver, Colorado. June, 1977

Laryngeal Disorders, Workshop on Vocal Disorders, Western State College, Gunnison, Colorado. July, 1977

"History of Hearing Aid Evaluation and Techniques", Colorado Speech and Hearing Association Seminar. July, 1977

"Some Common Characteristics of an Auditorially Handicapped child and the Types of Remediation Techniques used by an Auditory Therapist, Particularly in Relation to Reading Disabilities." Panel Discussion at

Cunningham School, Denver, Colorado.  October, 1977

"Communication Disorders in Brain Damaged Patients" presented for Neurology-Neurosurgery Committee at St. Anthony's General Hospital, November, 1977

"Identification and Treatment of Young Children with Fluency Difficulties". Cherry Creek School, Englewood, Colorado. December, 1977

Microprocessors for Communication, Handivoice Workshop, Colorado General Hospital. December, 1977

"Physical Nature and Biological Hazards of Noise", Colorado Occupational Safety and Health Administration, Denver, Colorado. January, 1978

Speech Disorders Related to Dental Problems", Colorado Dental Hygienists Meeting, Denver, Colorado. January, 1978

"Electronystagmography, Its Use and Interpretation".  Medical Staff, Rocky Mountain Hospital, Denver, Colorado. March, 1978

"Free Field Ear Mold Modifications Techniques", University of Colorado Medical Audiology Workshop. March, 1978

"Language and Perceptual Disorders", El Paso Speech and Hearing Association, El Paso, Texas. February, 1978

Hearing Aid Fitting and Performances, H. C. Electronics, San Francisco, California, February, 1978

"Electroacoustic Analysis of Hearing Aids and Modification of the Free Field Mold", International Hearing Aid Seminar, San Diego, California, March, 1978

"Human Hearing" presented to the medical staff of Rocky Mountain Hospital, Denver, Colorado, March, 1978

"Brainstem Evoked Response" presented to the Otolaryngology Staff, Presbyterian Hospital, Denver, Colorado, March, 1978

Electronystagmography presented to the New Jersey Speech and Hearing Association, March, 1978

Free Field Mold Modification, Presented to the International Hearing Aid Seminar, East, Philadelphia, Pennsylvania. August, 1978

Administration of Hearing Conservation Programs, for Boulder Community Noise Control Symposium. October, 1978

Vocal Disorders, El Paso Speech and Hearing Association. November, 1978

Cleft Palate Disorders, Communication Disorders Specialists, Jefferson County Schools, November, 1978

"Tests We Should Never Have Ordered", Auditory Tests, presented to American Auditory Society, San Francisco, California. November, 1978

"Equalized Sound Treated Environment for Audiometric Testing", International Hearing Aid Seminar, San Diego, California, March, 1979

"Brainstem Evoked Response", A Symposium for Phonak, Zurich, Switzerland, July, 1979

"Brainstem Evoked Responses, Applications and Interpretations", Presented to the Ministry of Health, Moscow, USSR. February, 1980

"Technical Aspects of Current Hearing Aids, The State of the Art", International Hearing Aid Seminar, San Diego, California, March, 1980

"Earmold Acoustics and The Evaluation of Acoustically Handicapped Children" presented for the Ministry of Health, Moscow, USSR. February, 1982

"The Speech Spectrum and Amplification", International Hearing Aid Seminar. March, 1983

Technology of the 80's and Your Client", "In-The-Ear Hearing Aid Measurements", "Amplification Needs and the 80's", University of Tennessee Summer Conference, Key Note Speaker. July, 1985

"Hearing Aids, What to Expect in Performance and Design", Texas Speech and Hearing Association. 1985

"Acoustic Consideration in Hearing Aids", Scott Houg Symposium, Kerrville, Texas. 1986

"The Dispensing Practice", Minnesota Speech and Hearing Association, April, 1987

"Ear Mold and Tone Hook Considerations and the Fitting of Difficult Audiometric Configurations", presented to the First International Symposium on Cochlear Implants and Acoustics, Barraloche, Argentina. March, 1987

"In Situ Measurements in the Fitting of Hearing Aids", presented to the First International Symposium on Cochlear Implants and Acoustics, Barraloche, Argentina, March, 1987

"Acoustic and Design Considerations in Hearing Aids", Presented to the Hong Kong Otorhinolaryngology Society, Hong Kong. June, 1988

"Unresolved Problems in Hearing Aid Fitting", Keynote Speaker at Eighteenth Annual International Hearing Aid Society, San Diego. February, 1989

"Assistive Listening Devices", presented to Missouri Speech and Hearing Association State Convention. April, 1989

"Aural Rehabilitation; Past, Present and Future", Keynote address by invitation to the Academy of Rehabilitation Audiology, Austin, Texas. June, 1989

"Towards a Rational Fitting Formula", Keynote Speaker at the Nineteenth Annual International Hearing Aid Society meeting. San Diego. February, 1990

"All-In-The-Ear Measurements, Techniques, Methodologies and Applications", by invitation. Keynote Speaker for Hearing Aid Services and Supplies Seminar, Pretoria, South Africa. March, 1990

"Real Ear Measurements, Methodology and Techniques", "All-In-The-Ear Hearing Aids, What They Are, What They Aren't". "Toward A Realistic Fitting Formula, USAREUR Exceptional Family Member Program medical Services Conference. Continuing Education Seminar. Willingen, Germany,

June, 1990

"Dispensing in the Next Decade", Conference for Hearing Health Professionals, Presented by Professional Hearing Ventures, Inc., Jackson Hole, Wyoming, August, 1992

"High Gain Hearing Aids", Seminar presented to the International Hearing Society, Dallas, Texas. August, 1992

"Spanning the Scope of Practice: New Horizons or Over the Hill?" prepared for the American Board of Examiners in Speech Pathology and Audiology, Denver. October, 1992

"Voice Techniques and Voice Methodologies", Colorado Voice Seminar, Colorado Center for the Performing Arts, Denver, Colorado. October, 1992

"Insert Gain Measurements and Their Clinical Use", Colorado Academy of Audiology, Denver, Colorado. December, 1992

"Increasing Speech Intelligibility", Maine Hearing Aid Dealers Association. September, 1993

"Programmable Hearing Aids, Target Gain and Real Ear Measurements", Utah Speech and Hearing Association. October, 1993

"Insert Gain, An Appropriate Measure for Programmable Hearing Aids?", Illinois Chapter of American Academy of Audiology. January, 1994

"Programmable Hearing Aids: Some Practical Considerations for Dispensers" The Hearing Journal. April, 1994

"Dispensing in the Next Decade", Conference for Hearing Health Professionals, presented by Professional Hearing Ventures, Inc. Jackson Hole, Wyoming, August, 1994

"Audiology in Marketing", presented to Phonak, International, Stafa, Switzerland. September, 1994

"What the Otolaryngologist Needs to Know About Hearing Aids", University of Colorado Health Sciences Center. January, 1995

"Programmable Hearing Aids: Some Practical Considerations for Dispensers" presented by invitation for Phonak, Inc. Houston, Texas, January, 1995

"Audiologists and Mint Jelly"  Presented by invitation for Colorado Hearing Foundation, Breckenridge, Colorado, February, 1995

Audiology in Marketing Forum for Phonak, Inc., Stafa, Switzerland, June, 1995

"Resonance Disorder in Cleft and Non Cleft Population" by invitation for Rocky Mountain Cleft Palate & Craniofacial Center, August, 1995

"Understanding and Fitting ITE Hearing Aids", Presented by invitation for Professional Seminars International and Robert E. Sandlin, Ph.D. Irvine, California, September, 1995

"Hearing Aids and Compression", Presented by invitation to the Colorado Academy of Audiology, Breckenridge, Colorado, September, 1995

"Some Thoughts About Digital Hearing Aids", Presented by invitation for Colorado Otology-Audiology Conference, Breckenridge, Colorado, March, 1996

"The Art of Hearing Enhancement, Practical solutions to common hearing instrument fitting problems using new technologies." Presented by invitation for VA Medical Center, Salt Lake City, UT, May, 1996

"Wide Dynamic Range Compression" Presented by invitation for VA Medical Center, Gainesville, Florida, VA Medical Center, Atlanta, GA, VA Medical Center, Biloxi, Mississippi, June, 1996

Audiology in Marketing Forum, for Phonak, Inc., Stafa, Switzerland, June, 1996

Circuit Design, Power Supplies and Practical Applications, A        Panel Discussion at Jackson Hole Rendezvous, Jackson Hole, Wyoming, September, 1996

Symposium on Digital Hearing Aids, By invitation from Audiological Association of Tucson, Arizona, May, 1997

Uses of Insert Gain in Hearing Aid Fitting, by invitation from Phonak, Inc., Cancun, Mexico, March, 1998

Programmable Hearing Aids: How Can We Validate Their Use? Can We Rely on Their Performance? By invitation from Phonak, Inc., Cancun, Mexico, March, 1998

Some Thoughts on Digital Aids: Phonak Claro. By invitation from Phonak Canada Inc, Vancouver and Victoria, Canada, May 2001

Pediatric Hearing Loss: by Invitation from Phonak Canada Inc., Vancouver and Calgary, Canada, August, 2001

Hearing Aids: Colorado Otology-Audiology Conference, Copper Mountain, Colorado, February 2002