# ATTACHMENT 4

**University of Colorado Denver**

**Rocky Mountain Lions Eye Institute**
*Anschutz Medical Campus*

1675 North Ursula Street, Mail Stop F731
P.O. Box 6510
Aurora, Colorado 80045
Phone: 720-848-2500
Fax: 720-848-5014
www.eyeinstitute.org

## Expert Opthamologic Report of Vikram Durairaj, M.D.

The basic ophthalmologic exam consists of visual acuity, pupil exam, ocular motility, external examination, slit lamp examination, tonometry (checking intraocular pressure) and ophthalmoscopy (examining the back of the eye through a dilated pupil). Examination by a non-ophthalmologist should include visual acuity of each eye separately, assessment of the pupils, ocular motility, confrontation visual acuity, and direct ophthalmoscopy to evaluate the appearance of the optic nerve and retinal arteries and veins. Abnormalities on ophthalmic examination by non-ophthalmologist warrants a complete evaluation by an ophthalmologist.

Visual acuity is one component of the ophthalmic evaluation. Vision is divided into central and peripheral vision. Although visual perception is a complex process, simple central visual acuity is thought of in terms of Snellen acuity. The Snellen chart is composed of test letters that progressively get smaller. The numerator represents the testing distance in feet between the patient and the chart. The denominator represents the

The University of Colorado is committed to diversity and equality in education and employment.

smallest row of letters that the patient's eye can read from the testing distance. 20/20 is considered normal vision. 20/40 vision means that the patient's eye can only read from 20 feet letters large enough for a normal eye to read from 40 feet. Snellen visual acuity should be tested with best corrected vision ( glasses or contacts with correct refraction). Contrast sensitivity and peripheral vision are also important components of vision. Peripheral vision can be tested by an examiner by confrontation or formally tested using perimetry (visual field machine). It should be noted that Snellen visual acuity does not constitute an adequate ophthalmic exam that addresses medical standard of care.

Legal blindness is defined by the World Health Organization (WHO) as a best-corrected Snellen visual acuity of 20/200 or worse in the better eye or a visual field of 20 degrees or worse in the better eye. Low vision is defined by the WHO as a person who has best corrected vision below 20/60 or a visual field of less than 10 degrees. The International Classification of Diseases divided low vision into 5 categories:

1. moderate visual impairment – 20/60 -20/160
2. severe visual impairment – 20/160 – 20/400 with a visual field of 20 degrees or less

3. profound visual impairment – 20/400 – 20/1000 or less than 10 degrees of visual field

4. near-total vision loss- less than 20/1250

5. total blindness – no light perception

Low vision can substantially limit a person's ability to perform a major life activity. Depending on the level of vision, a person may find it difficult to read, write, operate machinery, drive, watch television, or recognize faces. Colorado defines vision disability as a best corrected visual acuity of less than 20/200 and a visual field of less than 20 degrees. Colorado's minimum vision standard for driving is 20/40 best corrected vision in one eye.

Most ophthalmic disease is progressive over time. Conditions such as glaucoma, diabetic retinopathy, cataracts, and macular degeneration can often be managed with timely diagnosis and scheduled examination and treatment. This can result in prevention of serious vision loss.

Glaucoma is the leading cause of blindness in the United States. It is a disease of the optic nerve that causes blind spots to develop. Glaucoma is typically associated with high pressure in the eye and risk factors include age, family history, African or Spanish ancestry, past eye injury and other

systemic health problems such as diabetes. Glaucoma can go undetected until the optic nerve is significantly damaged. Early detection and treatment can prevent blindness. If a patient has already been diagnosed with glaucoma, it is important to have frequent ophthalmic examinations with intraocular pressure checks and visual field testing. Treatment involves ophthalmic drops, lasers, and surgery.

High blood-sugar levels associated with diabetes damages the retina, a nerve layer in the back of the eye that sends images to the optic nerve and brain. This damaged is called diabetic retinopathy. Diabetic retinopathy can result in swelling and bleeding of the retina and even retinal detachment. Patients with diabetes need at the bare minimum dilated examinations by an ophthalmologist on a yearly basis. If they develop ophthalmic complications of diabetes, then more frequent visits are necessary. Treatment may include laser therapy, injections into the eye, or intraocular surgery.

A cataract is a clouding of the clears lens of the eye. Symptoms include decreased vision, decreased night vision, glare or light sensitivity, or needing a brighter light to read. Eventually cataracts decrease visual acuity and need

to be treated surgically. After a cataract is removed, an intraocular lens is placed. Normal vision is usually achieved after cataract surgery.

Macular degeneration is the deterioration of the center part of the retina, a nerve layer on the back of the eye. A patient with macular degeneration has their central visual acuity affected and has difficulty seeing both near and far. Macular degeneration can be classified as "dry" or "wet". Dry macular degeneration usually occurs slowly and is caused by aging and thinning of the tissues. Wet macular degeneration accounts for about 10% of cases and occurs when abnormal blood vessels form on the back of the eye. Vision loss can be rapid with wet macular degeneration. Patients with macular degeneration often complain of blurred vision, dark or empty area in their central vision, or distortion of straight lines. It is important to have regular examinations with an ophthalmologist because macular degeneration and complications can be managed by surgery and medication to treat leaking blood vessels.

Delay in diagnosis can result in permanent visual loss in patients with ophthalmic disease. Those patients with diagnosed ophthalmic disease often need close follow up to manage their disease and prevent further

deterioration of the vision. Patients with significantly diseased eyes may need to have their eye removed. Patients who sustained blindness from severe trauma may need to have their affected eyes removed. This may prevent "sympathizing" disease of the other eye.

*[signature] MD*

Vikram D. Durairaj, M.D.
Associate Professor of Ophthalmology and
Otolaryngology - Head and Neck Surgery
Oculoplastic and Orbital Surgery, Fellowship Director
Residency Program Director, Dept. of Ophthalmology
University of Colorado Denver School of Medicine
www.eyeinstitute.org