# ATTACHMENT 4

**University of Colorado Denver**
**Rocky Mountain Lions Eye Institute**

Mail Stop F731
1675 North Ursula Street
P.O. Box 6510
Aurora, CO 80045
Office:      720-848-2500
Office Fax: 720-848-5014
www.eyeinstitute.org

Addendum:

It should be noted that patients that have monocular vision need to be evaluated on a case by case situation. Although this cohort of patients are not technically disabled by medical standards, they can have difficulty with depth perception and limited visual field that might warrant accommodation pursuant to the ADA.

Signed electronically and with permission for
Vikram D. Durairaj, M.D.
Associate Professor of Ophthalmology and Otolaryngology - Head and Neck Surgery
Oculoplastic and Orbital Surgery, Fellowship Director
Residency Program Director, Department of Ophthalmology

