# ATTACHMENT 5

# CURRICULUM VITAE

**Vikram D. Durairaj, M.D.**
Rocky Mountain Lions Eye Institute
1675 N. Ursula Street
P.O. Box 6510, Mailstop F731
Aurora, CO 80045
vikram.durairaj@uchsc.edu

**PREDOCTORAL EDUCATION:**
Pre-medical:   Trinity University, San Antonio, TX (1987-1991), B.A. Biology
Medical:       University of Texas Health Science Center, San Antonio, TX (1991-1995)

**POSTDOCTORAL TRAINING:**
Internship:    Georgetown University, Washington, D.C. (1995-1996)
Residency:     University of Colorado, Department of Ophthalmology,
               Denver, CO (1996-1999)
Fellowship:    Mayo Clinic, Oculoplastic and Orbital Surgery, Rochester, MN (1999-2001)
               George B. Bartley, M.D./Elizabeth A. Bradley, M.D./James A. Garrity, M.D.

**MEDICAL SCHOOL APPOINTMENTS:**
2001 – 2006   Assistant Professor of Ophthalmology, University of Colorado, Denver, CO
2006 –        Associate Professor of Ophthalmology, University of Colorado, Denver, CO
2007 –        President-Elect, Faculty Senate, University of Colorado School of Medicine
2007 –        Associate Professor of Otolaryngology-Head and Neck Surgery, University of Colorado, Denver, CO

**HOSPITAL STAFF MEMBERSHIPS:**
2001 -  University of Colorado Hospital, Denver, CO
2001 -  The Children's Hospital, Denver, CO
2001 -  Denver Health Medical Center, Denver, CO
2001 -  Veteran's Administration Hospital, Denver, CO
2004 -  Rose Medical Center, Denver, CO

**HONORS:**
1995          Alpha Omega Alpha Honor Medical Society
2004-2007     America's Top Ophthalmologists
2006          American Society of Ophthalmic Plastic and Reconstructive Surgery 2006 Research Award
2006-2007     Who's Who Among American Teachers
2007          Who's Who in America

**PROFESSIONAL SOCIETIES:**
1997 -        American Academy of Ophthalmology
1999 - 2001   Minnesota Medical Association
2002 -        Association of University Professors of Ophthalmology
2004 -        Fellow, American Society of Ophthalmic Plastic & Reconstructive Surgery
2004 -        Colorado Medical Society
2004 -        The Pan-American Association of Ophthalmology

**ADMINISTRATIVE APPOINTMENTS/DEPARTMENT OF OPHTHALMOLOGY:**
2001 –            Quality Assurance Committee, Department of Ophthalmology
2001 –            Chair, Clinical Case Conference, Department of Ophthalmology
2001 –            Chair, Forms Committee, Department of Ophthalmology
2001 –            Director, Clinical Practice Committee, University Physicians, Inc
2001 – 2002   Secretary, Clinical Committee, Department of Ophthalmology
2001 – 2003   Chair, Basic Science Course Committee, Department of Ophthalmology
2002 –            Residency Program Director, Department of Ophthalmology
2003 –            Basic Science Course Committee, Department of Ophthalmology
2003 –            Clinical Committee, Department of Ophthalmology
2003 –            Clinical Faculty Promotions Committee, Department of Ophthalmology
2003 –            Clinical Laboratory Sub-committee, Department of Ophthalmology
2003 –            Residency/Fellow International Program, Department of Ophthalmology
2003 –            Co-Chair, Residency Selection Committee, Department of Ophthalmology
2003 –            School of Medicine Graduate Medical Education Committee
2003 –            Chair, Clinical Teaching Schedule Committee, Department of Ophthalmology
2004 –            Chair, Residency Committee, Department of Ophthalmology
2006 –            ASOPRS Fellowship Director, Oculofacial Plastic and Reconstructive Surgery
2007 –            Chair, Alumni and Research Day Committee, Department of Ophthalmology
2007 –            Promotions Committee, Department of Ophthalmology

**ADMINISTRATIVE APPOINTMENTS/UNIVERSITY OF COLORADO HOSPITAL:**
2001 –            Indigent Care Committee, University of Colorado Hospital
2001 –            Operating and Procedure Rooms Committee, University of Colorado Hospital
2001 – 2004   Outpatient Medical Director, Department of Ophthalmology, University of Colorado Hospital, Denver, CO

**ADMINISTRATIVE APPOINTMENTS/SCHOOL OF MEDICINE**:
2002 -             Residency Program Director, Department of Ophthalmology, University of Colorado School of Medicine Graduate Medical Education
2007               President-Elect, Faculty Senate, University of Colorado School of Medicine

**ADMINSTRATIVE APPOINTMENTS – AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY**
2003 -             Education Committee
2004 -             Oral Examiner
2006 -             Fellowship Preceptor Committee
2007 -             Moderator – Aesthetics Day ASOPRS Fall Meeting 2007

**SPECIALTY BOARD CERTIFICATION:**
2000 –            Diplomate, American Board of Ophthalmology

**LICENSES:**   2001 –              Colorado
                        1999 – 2002    Minnesota

**EDITORIAL SERVICES TO SCHOLARLY PUBLICATIONS:**
**Editor:**
2005 -     Ophthalmology Section Editor: American Journal of Medicine

**Reviewer:**
2000        Ophthalmic Plastic and Reconstructive Surgery Journal
2005 -      Ophthalmic Plastic and Reconstructive Surgery Journal
2006        Archives of Ophthalmology
2006 -      Survey of Ophthalmology
2006 -      American Journal of Medicine
2006 -      Journal of the American Association of Pediatric Ophthalmology and Strabismus
2006 -      The Medical Letter
2007 -      Thyroid
2007 -      Ophthalmology
2007 -      American Academy of Ophthalmology – ProVision Series
2007 -      Ophthalmic Surgery, Lasers, and Imaging Review Panel
2007 -      The American Journal of Rhinology
2008 -      Indian Journal of Cancer

**VISITING PROFESSORSHIPS:**
Department of Ophthalmology, School of Medicine of Ribeirao Preto-SP, Sao Paulo, Brazil. April 30-May 3, 2005

Department of Ophthalmology, Stroger Hospital Cook County Hospital, Chicago, IL, August 24, 2006.

Department of Otolaryngology – Head and Neck Surgery, University of Chicago. Chicago, IL. August 11-12, 2007.

Department of Ophthalmology, University of Chicago. Chicago, IL. August 11-12, 2007.

**PUBLICATIONS (peer reviewed):**
1.  **Durairaj VD**, Ballentine J, Kouyoumdjian G, Taravella MJ. The predictability of corneal flap thickness and tissue laser ablation in LASIK. Ophthalmology 2000;107:2140-3.
2.  Kouyoumdjian GA, Forstot SL, **Durairaj VD**, Damiano RE. Infectious keratitis after laser refractive surgery. Ophthalmology 2001;108:1266-8.
3.  Shashy RG, **Durairaj VD**, Holmes JM, Hohberger GG, Thompson DM, Kasperbauer JL. Congenital dacryocystocele associated with intranasal cysts: Diagnosis and management. Laryngoscope 2003;113:37-40.
4.  Quan D, Pelak V, Tanabe J, **Durairaj V**, Kleinschmidt-Demasters BK. Spinal and cranial hypertrophic neuropathy in multiple sclerosis. Muscle Nerve 2005 Jun;31(6):772-9.
5.  Curtis TH, **Durairaj VD**. Conjunctival Kaposi's Sarcoma as the Initial Presentation of HIV Infection. Ophthal Plast Reconstr Surg 2005 Jul;21(4):314-5.
6.  Gelston CD, Mandava N, **Durairaj VD**. Orbital foreign body masquerading as conjunctival melanoma 60 years after injury. Clinical and Experimental Ophthalmology 2005 Dec;33:661.
7.  **Durairaj VD**, Bartley GB, Garrity JA. Clinical Features and Treatment of Graves' Ophthalmopathy in Pediatric Patients. Ophthalmic Plastic and Reconstructive Surgery 2006 Jan;22(1):7-12.
8.  **Durairaj VD**, Hink E, Kahook M, Paniker P, Hawes MJ, Esmaeli B. Mucinous Eccrine Adenocarcinoma of the Periocular Region. Ophthalmic Plastic and Reconstructive Surgery 2006 Jan;22(1):30-35.
9.  **Durairaj VD**, Hall JA. Multiple yellow papules of the eyelids. The American Journal of Medicine 2006 Jan;119(1):34-35.
10. Kingdom TT, **Durairaj VD**. Endoscopic dacryocystorhinostomy. Operative Techniques in Otolaryngology 2006 March;17(1):43-8.

11. **Durairaj VD**, Bartlett HM, Said S. Malignant Hidradenoma of the Medial Canthus with Orbital and Intracranial Extension. Ophthalmic Plastic and Reconstructive Surgery 2006 May/June; 22(3):229-32.
12. Iranmanesh R, Lillehei KO, **Durairaj VD**. Giant Epidermoid Cyst as an Unusual Presentation of Hypoglobus and Ptosis. Ophthalmic Plastic and Reconstructive Surgery 2006 May/June; 22(3):221-22.
13. **Durairaj VD**. Treatment of deep orbital hemangiomas of infancy: an overview. Archives of Facial Plastic Surgery 2006 May-Jun;8(3):217-20.
14. Curtis TH, Stout A, Drack AV, **Durairaj VD**. Giant Orbital Cysts after Strabismus Surgery. American Journal of Ophthalmology. 2006 Oct;142(4):697-9
15. Davidson RS, Erlanger M, Gregory D, Taravella MJ, **Durairaj VD**. Tarsoconjunctial pedicle flap for the management of severe scleral melt. Cornea. 2007 Feb;26(2):235-7
16. **Durairaj VD**. Clinical Perspectives of Thyroid Eye Disease. American Journal of Medicine ; 2006 Dec : 119(12) :1027-8
17. Oliver SCN, Ciardella AP, Sands RE, Conway J, Yannuzzi L, **Durairaj VD**. Posterior Scleral Choristomas and Trigeminal Lipoma in the Organoid Nevus Syndrome. RETINAL Cases & Brief Reports. 1(2):82-84, Spring 2007.
18. **Durairaj VD,** Horsley, M. Resolution of Pityriasis Rubra Pilaris induced Cicatricial Ectropion with Systemic low dose Methotrexate. American Journal of Ophthalmology. 2007 Apr;143(4):709-10
19. Gelston CD, **Durairaj VD**, Simoes EAF. Rhino-orbital Mucormycosis Causing Cavernous Sinus and Internal Carotid Thrombosis Treated with Posaconazole. Arch Ophthalmol. 2007 Jun;125(6):848-9.
20. **Durairaj VD**, Andrews B, Rao R, Chan K. Morbid Complications of Otitic Hydrocephalus. Orbit. In Press.
21. Thomas SA, **Durairaj VD.** Isolated Myeloid Sarcoma Presenting in All Four Eyelids: A Clinicopathologic Report. Ophthal Plast Reconstr Surg. 2007 Jul-Aug;23(4):336-8.
22. Ramakrishnan VR, Hink EM, **Durairaj VD**, Kingdom TT. Outcomes After endoscopic dacryocystorhinostomy without mucosal flap preservation. American Journal Of Rhinology Nov-Dec 2007;21(6):753-57.
23. Kelmenson AT, Oliver SCN, **Durairaj VD**. Sarcoid Induced Symblepharon. Indian Journal of Ophthalmology. In Press.
24. Gohel P, Olson J, Mandava N, **Durairaj VD**. Age-related Macular Degeneration – An Update on Treatment. The American Journal of Medicine. In Press.
25. Zapata S, **Durairaj VD**. Bilateral Ocular Cysts and Microphthalmia Associated with Wolf-Hirschhorn Syndrome. Archives of Ophthalmology. In Press.
26. Asadi-Zeydabadi M, Newman F, Stuhr K, Ding M, **Durairaj VD**, Kavanagh B. Visual Sensations During Megavoltage Radiotherapy to the Orbit Attributable to Cherenkov Radiation. Medical Physics. In Press
27. Prall F, Hink EM, Liang X, **Durairaj VD**. Rapid onset proptosis and vision loss as the initial presentation of Burkitt lymphoma. Ophthalmic Surgery, Lasers, and Imaging. In Press
28. **Durairaj VD**, Earl J, Kramm L. Benign Hamartoma Masquerading as a Deep Orbital Hemangioma. Journal of Pediatric Ophthalmology & Strabismus. In Press

### CHAPTERS: (INVITED)
1. **Durairaj VD**. Correction of Lagophthalmos with Placement of Gold Weight. In: Juan Junceda Moreno, editor. Atlas de Cirugia Oculoplastica. Highlights of Ophthalmology, Coral Gables, FL, 2003.
2. **Durairaj VD**. External Levator Resection and Advancement. In: Juan Junceda Moreno, editor. Atlas de Cirugia Oculoplastica. Highlights of Ophthalmology, Coral Gables, FL, 2003.

3. **Durairaj VD**, On A, Bidar M. Blepharoplasty. In Jafek B, editor. ENT Secrets. Hanley & Belfus, Inc., Philadelphia, PA, 2004.
4. **Durairaj VD,** Gabel S, Castro E, Foster JA. Blepharoplasty, Upper Eyelid. eMedicine from WebMD. February 13, 2007.
5. Bennett JL, **Durairaj VD.** Dural and Carotid-Cavernous Fistulas. In UptoDate, In Press.

**NATIONAL LECTURES: (INVITED)**
1. **Durairaj VD**, Ballentine J, Kouyoumdjian G, Taravella MJ. The predictability of corneal flap thickness and tissue laser ablation in LASIK – presented as a paper at the American Academy of Ophthalmology Annual Meeting, New Orleans, Louisiana; October 25, 1999.
2. Eyelid lacerations. Ophthalmic Review Workshop, Mayo Clinic, Rochester, Minnesota; March 10, 2000.
3. Cutaneous angiosarcoma. Grand Rounds, Mayo Clinic Department of Ophthalmology, Rochester, Minnesota; April 12, 2000.
4. Langerhan's cell histiocytosis. Grand Rounds, Mayo Clinic Department of Ophthalmology, Rochester, Minnesota; April 26, 2000.
5. Clinical features and treatment of Graves' ophthalmopathy in pediatric patients. Grand Rounds, Mayo Clinic Department of Ophthalmology, Rochester, Minnesota; April 18, 2001.
6. Clinical features and treatment of Graves' ophthalmopathy in pediatric patients. Department of Ophthalmology Grand Rounds, University of Colorado, Denver, Colorado; September 5, 2001.
7. Management of canalicular lacerations. 5th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 22, 2001.
8. Clinical features and treatment of Graves' ophthalmopathy in pediatric patients. 5th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 22, 2001.
9. Management of sebaceous cell carcinoma of the eyelid. 5th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 22, 2001.
10. Eyelid retraction in Graves' ophthalmopathy. 5th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 22, 2001.
11. Common eyelid lesions. The 48th Annual Family Practice Review, University of Colorado School of Medicine, Estes Park, Colorado; June 26, 2002.
12. Ophthalmic trauma for the primary care provider. The 48th Annual Family Practice Review, University of Colorado School of Medicine, Estes Park, Colorado; June 26, 2002.
13. Clinical features and treatment of Graves' ophthalmopathy. Department of Endocrinology Grand Rounds. University of Colorado, Denver, Colorado; September 11, 2002.
14. Update on optic nerve sheath meningioma. 6th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 21, 2002.
15. Complications of blepharoplasty. Department of Otolaryngology Grand Rounds. University of Colorado, Aurora, Colorado; September 19, 2002.
16. Common eyelid lesions. The 49th Annual Family Practice Review, University of Colorado School of Medicine, Denver, Colorado; November 7, 2002.
17. Ophthalmic trauma for the primary care provider. The 49th Annual Family Practice Review, University of Colorado School of Medicine, Denver, Colorado; November 7, 2002.
18. Ophthalmic complications of taxotere administration. Department of Oncology Grand Rounds, University of Colorado, Aurora, Colorado; November 15, 2002.
19. Iranmanesh R, **Durairaj VD**. Giant epidermoid cyst presenting as hypoglobus. 7th Annual Alumni, Resident & Fellow Research Day, Department of Ophthalmology, University of Colorado, Denver, Colorado; June 7, 2003.
20. Tarkanian C, **Durairaj VD**. Late chondrosarcoma after treatment of bilateral retinoblastoma during childhood: A case report. 7th Annual Alumni, Resident & Fellow Research Day, Department of Ophthalmology, University of Colorado, Denver, Colorado; June 7, 2003.

21. **Durairaj VD,** Costakos D, Bidar M, Willoughby B. Local treatment of rhinocerebral mucormycosis in a pediatric patient. 7th Annual Alumni, Resident & Fellow Research Day, Department of Ophthalmology, University of Colorado, Denver, Colorado; June 7, 2003.
22. Curtis TH, **Durairaj VD**. Conjunctival Kaposi's sarcoma as the initial presentation of HIV infection. 7th Annual Alumni, Resident & Fellow Research Day, Department of Ophthalmology, University of Colorado, Denver, Colorado; June 7, 2003.
23. Tew JG, **Durairaj VD**. Rehabilitation after severe medial orbital injury – Utilization of the transcaruncular approach to the orbit. 7th Annual Alumni, Resident & Fellow Research Day, Department of Ophthalmology, University of Colorado, Denver, Colorado; June 7, 2003.
24. The use of botulinum toxin in the treatment of headaches. 7th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 19, 2003.
25. Orbital complications of sinus surgery. Department of Otolaryngology Grand Rounds, University of Colorado, Aurora, Colorado; September 25, 2003.
26. Complications of blepharoplasty. Joint Commission on Allied Health Personnel in Ophthalmology Annual Meeting, Anaheim, California; November 14, 2003.
27. The medial orbitotomy revisited: New surgical approaches. Western Society of Pediatric Otolaryngology, The Children's Hospital, Denver, Colorado; January 31, 2004.
28. Melanocytic tumors of the eyelid. Cutaneous Oncology Rounds, Department of Medical Oncology, University of Colorado, Aurora, Colorado; March 16, 2004.
29. **Durairaj VD,** Hawes MJ, Wojno TH, Drack AV, On A. Severe Pediatric Ophthalmic Trauma Secondary to Golf-related Injury. 8th Annual Alumni, Resident & Fellow Research Day, Department of Ophthalmology, University of Colorado, Denver, Colorado; June 12, 2004.
30. Orbital surgery experience at the Rocky Mountain Lions Eye Institute. 8th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 10, 2004.
31. Clinical Features and Treatment of Graves' Ophthalmopathy in Pediatric Patients. Invited ASOPRS Thesis Presentation. American Society of Ophthalmic Plastic and Reconstructive Surgery Annual Meeting. New Orleans, Louisiana; October 23, 2004.
32. Management of blepharoplasty complications. Joint Commission on Allied Health Personnel in Ophthalmology Annual Meeting. New Orleans, Louisiana; October 25, 2004.
33. Surgical Teaching: New Technology. Educating the Educators II, University of Cincinnati, Cincinnati, Ohio; September 12, 2004.
34. Orbital Surgery-New Technological Advances. Department of Ophthalmology Grand Rounds, University of Colorado, Aurora, Colorado; January 7, 2005.
35. Pediatric Orbit Experience at The Children's Hospital of Denver. 9th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 23, 2005.
36. Management of blepharoplasty complications. Joint Commission on Allied Health Personnel in Ophthalmology Annual Meeting. Chicago, Illinois; October 16, 2005.
37. Anatomy and related orbital issues. Department of Otolaryngology Head and Neck Surgery Conference, University of Colorado, Denver, Colorado; March 30, 2006.
38. Avoidance and Management of Blepharoplasty Complications. Department of Otolaryngology Facial Plastic Surgery Lecture Series, University of Colorado, Denver, Colorado; April 13, 2006.
39. Malignant Tumors of the Eyelid. Rocky Mountain Ophthalmic Personnel 12th Symposium, Breckenridge, Colorado; August 12, 2006.
40. Orbital Tumors in the Adult and Pediatric Patient. Stroger Hospital Cook County Hospital, Chicago, Illinois; August 24, 2006.
41. Avoidance of Blepharopalsty Compications – Pearls for the Comprehensive Ophthalmologist. 10th Annual Ophthalmology Symposium, University of Colorado, Denver, Colorado; September 29, 2006.
42. Periorbital Rejuvenation and its complications. University of Oklahoma. Oklahoma City, Oklahoma; October 13, 2006.

43. Industry and Graduate Medical Education : Focus on the Competencies. Denver, Colorado; October 17, 2006.
44. Orbital Applications of Image Guidance Surgery. Grand Rounds. University of Pittsburgh, Pittsburgh, Pennsylvania; October 20, 2006.
45. Complications of Periorbital Surgery. Grand Rounds. University of Pittsburgh, Pittsburgh, Pennsylvania; October 20, 2006.
46. Image Guidance Surgery – is it useful to the Orbital Surgeon? Yale University. Department of Ophthalmology. New Haven, Connecticut; October 26, 2006.
47. The Spectrum of Thyroid Eye Disease. Yale University. Endocrine Grand Rounds. New Haven, Connecticut; October 27, 2006.
48. Blepharoplasty. The Ultimate Mid-Winter Meeting. An Otolaryngology Update. Vail, Colorado; January 30, 2007.
49. Evaluation of Nasolcrimal System Disorders. The Ultimate Mid-Winter Meeting. An Otolaryngology Update. Vail, Colorado; January 30, 2007.
50. The External Dacryocystorhinostomy. The Ultimate Mid-Winter Meeting. An Otolaryngology Update. Vail, Colorado; January 30, 2007.
51. Blepharopalsty – Pearls for the Comprehensive Ophthalmologist. Continuing Professional Education. Dallas, Texas; February 9, 2007.
52. Thyroid Eye Disease for the Otolaryngologist. The University of Nebraska Late Winter Symposium "Updates in ENT." Silverthorne, Colorado; March 11, 2007.
53. Blepharoplasty – Pearls for the Otolaryngologist. ENT – Head and Neck Surgery Residents. Chicago, Illinois; March 28, 2007.
54. Orbital Complications of Functional Endoscopic Sinus Surgery. ENT – Head and Neck Surgery Residents. Chicago, Ilinois; March 28, 2007.
55. Oculofacial Plastic and Reconstructive Update. Stroger Hospital Cook County Hospital, Chicago, Illinois; March 29, 2007.
56. Ocular Allergy Review. Colorado Springs, Colorado. April 4, 2007.
57. Evaluation and Management of Orbital Fractures. Orbital Trauma Symposium; Denver, Colorado; April 10, 2007.
58. Pediatric and Adult Orbital Tumors. Ophthalmology Grand Rounds – University of Nebraska; Omaha, Nebrasksa; April 11, 2007.
59. Oculoplastic and Orbital Surgery Review. University of Nebraska; Omaha, Nebraska; April 11, 2007.
60. Evaluation and Management of Orbital Fractures by the ENT Surgeon. Otolaryngology and Head and Neck Surgery Grand Rounds. University of Nebraska; Omaha, Nebrasks; April 12, 2007.
61. Ocular Allergy – Perspectives for the Primary Care Physician. Ophthalmology for the Primary Care Provider. Denver, Colorado; April 21, 2007.
62. Evaluation and Management of Tumors of the Eyelid. Ophthalmology for the Primary Care Provider. Denver, Colorado; April 21, 2007.
63. Evaluation of the Ophthalmic Trauma Patient. Ophthalmology for the Primary Care Provider. Denver, Colorado; April 21, 2007.
64. Hink EM, **Durairaj VD**. Pediatric Orbital Golf Injuries. 11th Annual Alumin and Resident Research Day. University of Colorado Department of Ophthalmology; Denver, Colorado; June 18, 2007.
65. **Durairaj VD**, Falkenbery S, Hink EM, Curtis T. Upper Eyelid Reconstruction in Fraser Syndrome. American Society of Ophthalmic Plastic and Reconstructive Surgery Spring Meeting. Key Largo, Florida; June 23, 2007.
66. Evaluation and Management of Common Eyelid Lesions. The Pacific Coast Oto-Ophthalmological Society, Kahuku, Hawaii; June 25, 2007.
67. Thyroid Eye Disease: Clinical Featues and Treatment. The Pacific Coast Oto-Ophthalmological

Society; Kahuku, Hawaii; June 25, 2007.

68. Evaluation and Management of Orbital Fractures. The Pacific Coast Oto-Ophthalmological Society, Kahuku, Hawaii; June 26, 2007.
69. Orbital Trauma Concepts and Complications Panel. The Pacific Coast Oto-Ophthalmological Society, Kahuku, Hawaii; June 26, 2007.
70. Pediatric Nasolacrimal System Disorders. Department of Otolaryngology-Head and Neck Surgery, University of Colorado, Denver, Colorado; July 24, 2007.
71. Orbital Trauma – On the Field Management of the Injured Athelete Symposium. CU Department of Orthopeadics. University of Denver, Denver, Colorado; August 10, 2007.
72. Useful Applications of Image Guidance Surgery in Orbital Surgery. Department of Ophthalmology Grand Rounds, The Ohio State University, Columbus, Ohio; August 30, 2007.
73. Complications of Periorbital Rejuvination. Department of Ophthalmology Grand Rounds, The Ohio State University, Columbus, Ohio; August 30, 2007.
74. Eyelid Lesions – Classification and Management. Department of Ophthalmology Grand Rounds, The Ohio State University, Columbus, Ohio; August 30, 2007.
75. Thyroid Eye Disease – An Overview. Department of Ophthalmology Grand Rounds, The Ohio State University, Columbus, Ohio; August 30, 2007.
76. **Durairaj VD**, Hink EM. Evaluation and Management of Nasolacrimal Duct Obstruction secondary to I-131 Treatment for Thyroid Cancer. Thyroid Cancer Symposium. University of Colorado, Denver, Colorado; September 8,2007.
77. An Overview of Oculoplastic and Orbital Surgery. Department of Internal Medicine. University of Colorado, Denver, Colorado; September 18, 2007.
78. Orbital Fractures – An overview for the Facial Trauma Surgeon. Department of Otolaryngology – Head and Neck Surgery. University of Chicago, Chicago, Illinois; October 11, 2007.
79. Surgical Management of Common Eyelid Neoplasms. Department of Otolaryngology – Head and Neck Surgery. University of Chicago, Chicago, Illinois; October 11, 2007.
80. Avoidance and Management of Blepharoplasty Complications. Department of Otolaryngology – Head and Neck Surgery. University of Chicago, Chicago, Illinois; October 11, 2007.
81. Surgical Management of Nasolacrimal Duct Obstruction – External vs. Endoscopic DCR. Department of Otolaryngology – Head and Neck Surgery. University of Chicago, Chicago, Illinois; October 11, 2007.
82. A Day in the Life of an Oculoplastic Surgeon. Department of Ophthalmology. University of Chicago, Chicago, Illinois; October 12, 2007.
83. Thyroid Eye Disease. Department of Ophthalmology. University of Chicago, Chicago, Illinois; October 12, 2007.
84. Orbital Tumors in the Adult Patient. Department of Ophthalmology. University of Chicago, Chicago, Illinois; October 12, 2007.
85. Orbital Tumors in the Pediatric Patient. Department of Ophthalmology. The University of Chicago, Chicago, Illinois; October 12, 2007.
86. Thyroid Eye Disease – Pearls for the Comprehensive Ophthalmologist. 11th Annual Ophthalmology Symposium, Department of Ophthalmology. University of Colorado, Denver, Colorado; October 19, 2007.
87. Clinical Features and Treatment of Thyroid Eye Disease in Adult and Pediatric Patients. Department of Endocrinology Grand Rounds. University of Colorado, Denver, Colorado; December 5, 2007.
88. Clinical Features and Treatment of Thyroid Eye Disease in Pediatric Patients. Pediatric Endocrinology Grand Rounds, The Children's Hospital, Aurora, Colorado; January 7, 2008.
89. Surgical Management of Eyelid Tumors. Department of Otolaryngology Grand Rounds. University of Colorado, Denver, Colorado; January 10, 2008.
90. Comprehensive Management of Fractures of the Orbit. Department of Otolaryngology Grand Rounds. University of Colorado, Denver, Colorado; January 10, 2008.

91. Eyelid Reconstruction. Winter Symposium on the Latest Advances in Facial Plastic Surgery. Vail, Colorado; January 19, 2008.
92. Complications of Blepharoplasty. Winter Symposium on the Latest Advances in Facial Plastic Surgery. Vail, Colorado; January 20, 2008.
93. Orbital emergencies and complications. The Ultimate Colorado Mid-Winter Meeting; An Otolaryngology Update and The Colorado Audiology-Otology Conference. Vail, Colorado; January 29, 2008.

**INTERNATIONAL LECTURES: (INVITED)**
1. Orbital Tumors. Stanley Medical School Reunion; Cairo, Egypt, December 2000.
2. Pediatric Graves' ophthalmopathy. The 2nd Congress of the Pan American Oculoplastic Society; Mexico City, Mexico, April 1, 2004.
3. The medial orbitotomy. The 2nd Congress of the Pan American Oculoplastic Society; Mexico City, Mexico, April 2, 2004.
4. Surgical Teaching: New Technology.  Symposium on Ophthalmology Resident Education at the 25th Pan American Congress of Ophthalmology, Santiago, Chile, March 18, 2005.
5. Pediatric Thyroid Eye Disease – Clinical Features and Treatment. Brazilian National Oculoplastics Congress; Sao Paulo, Brazil, April 29, 2005.
6. The Visible Human Orbit. Brazilian National Oculoplastics Congress; Sao Paulo, Brazil, April 30, 2005.
7. 3-D Conformal Radiation in the Treatment of Optic Nerve Sheath Meningioma. Brazilian National Oculoplastics Congress; Sao Paulo, Brazil, April 30, 2005.
8. Clinical Features and Treatment of Thyroid-related Orbitopathy in the Pediatric and Adult Patient. University of Florence; Florence, Italy, Nov 10, 2006

**COURSES:**
1. Orbital Dissection Course. Durairaj VD, Mayo Clinic, Rochester, MN, 1999-2001.
2. Correction of post blepharoplasty lower eyelid retraction with spacer graft and canthoplasty. Live Surgery Symposium. The 2nd Congress of the Pan American Oculoplastic Society. Mexico City, Mexico, March 31, 2004.
3. Ophthalmology for the Primary Care Provider – Co-course Director.  Denver, Colorado; April 21, 2007.

**BASIC SCIENCE COURSES:**
1. Orbital anatomy. Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Denver, Colorado; October 23, 2001.
2. Eyelid anatomy and orbital anatomy. Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Denver, Colorado; February 26, 2002.
3. Evaluation of orbital disorders, orbital trauma, and congenital orbital anomalies. Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Denver, Colorado; March 5, 2002.
4. Infectious and inflammatory disorders and orbital neoplasms.  Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Denver, Colorado; March 12, 2002.
5. Orbital surgery and the anophthalmic socket.  Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Denver, Colorado; March 19, 2002.
6. Orbital and Periocular Soft Tissue Anatomy. Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Aurora, Colorado; September 13, 2004.
7. Inflammatory and Infectious Diseases of the Orbit. Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Aurora, Colorado; March 28, 2005.

8. The Anophthalmic Socket. Basic and Clinical Science Course, Department of Ophthalmology, University of Colorado, Aurora, Colorado; April 4, 2005.
9. Orbit, Eyelids and Lacrimal System. Basic and Clinical Science Course, Dept. of Ophthalmology, University of Colorado, Aurora, Colorado; April 12, 2007.

**ABSTRACTS/POSTERS:**
1. Shea C, **Durairaj VD**, Bateman JB. Measurement of Astigmatism by Different Lid Specula (poster). American Association of Pediatric Ophthalmology and Strabismus annual meeting, Toronto, Canada; March 1999.
2. Forstot L, Kouyoumdjian GA, **Durairaj VD**. Mycobacterium Chelonae Keratitis after PRK (poster). American Academy of Ophthalmology annual meeting, Orlando, Florida; November 1999.
3. Morrisey MC, Bateman JB, **Durairaj VD**, Kelley PE, Elias ER. Delineation of the Phenotype of Trisomy 6p/ Monosomy 12p (Unbalanced Translocation) including Novel Nasal and Ophthalmologic Findings (poster). American College of Medical Genetics annual meeting; Kissimmee, Florida; March 5, 2004.
4. Oliver SCN, Ciardella AP, **Durairaj VD**, Sands R, Conway J. Early Diagnosis of Organoid Nevus Syndrome, a Rare Phakomatosis: Implications for Surgical Management (poster 3570/B31). Association for Research in Vision and Ophthalmology annual meeting, Ft. Lauderdale, Florida; April 28, 2004.
5. Bartlett HM, **Durairaj VD**. Malignant Hidradenoma of the Medial Canthus and Orbit (poster 4696/B20). Association for Research in Vision and Ophthalmology annual meeting, Ft. Lauderdale, Florida; April 29, 2004.
6. Davidson RS, **Durairaj VD**, Erlanger M, Gregory D, Taravella MJ. Tarsoconjunctival Pedicle Flap for the Treatment of a Severe Scleral Melt (poster). The World Cornea Congress, Washington, DC; April 13-15, 2005.
7. Oliver SCN, On AV, Hawes M, Drack AV, Wojno TH, **Durairaj VD**. Pediatric Golf-Related Ocular Injuries: A Case Series. Poster presented at 2005 Annual Spring Pediatrics Poster Session, The Children's Hospital; Denver, Colorado; May 20, 2005.
8. Oliver SCN, On AV, Hawes M, Drack AV, Wojno TH, **Durairaj VD**. Pediatric Golf-Related Ocular Injuries: A Case Series. Poster presented at American Association of Pediatric Ophthalmology and Strabismus annual meeting; Keystone, Colorado; March 17, 2006.
9. McFarlane R, Ryder J, **Durairaj VD**, Wood B, Argenyi Z. An unusual presentation of monocytic aleukemic leukemia cutis. American Society of Dermatopathology. Chicago, Illinois; October, 2006.
10. Golnik KC, Lee AG, **Durairaj VD** (as part of the Program Director Medical Education Research Group). The On-Call Assessment Tool: Inter-rater Reliability Determination. P0551. American Academy of Ophthalmology, Las Vegas, Nevada; November 13, 2006.
11. McFarlane R, Ryder J, **Durairaj VD**, Wood B, Argenyi Z. An unusual presentation of monocytic aleukemic leukemia cutis. J Cutaneous Pathology 2007:34:79-138.
12. Asadi-Zeydabadi M, Newman F, Stuhr K, Ding M, **Durairaj V**, Kavanagh B. Visual Sensations During Megavoltage Radiotherapy to the Orbit Attributable to Cherenkov Radiation. The American Associates of Physicists in Medicine 49th Annual Meeting, Minneapolis, Minnesota; June 22-26, 2007.