# ATTACHMENT 6

**Status of DOC Compliance with 2008 Stipulation Deadlines and Requirements\***

| Requirement | Deadline | Status |
|---|---|---|
| Posting (#32) | May 19, 2008 | Confirmation that the posters were permanently placed in each facility received on September 2, 2008. |
| Disability Criteria (#3) | June 1, 2008 | Not completed |
| Testing process/content (#8) | July 1, 2008 | Documentation of the testing content was provided to Class counsel on October 20, 2008.  The implementation of the testing process and content is not complete. |
| Procedure for Jobs (#21) | July 1, 2008 | Not completed |
| SOTMP Phase II (#19) | July 4, 2008 | As of October 20, 2008, a SOTMP Phase II program is operating at CTCF, however is not giving preference to enrolling inmates with disabilities that are otherwise eligible for the program. |
| Architectural Issues remedied (FLCF, DWCF, CTCF) (#27) | July 4, 2008 | Issues noted by architectural expert were remedied by the deadline, however Class counsel noted an area of non-compliance at CTCF while touring the facility after the July 4, 2008 deadline.  That issue has since been remedied. |
| Long lasting hearing aid batteries (#2) | | Completed by August 6, 2008 |
| Special Master's Orders (#4) | | DOC is reevaluating the cases where DOC disagreed with the Special Master's determination of disability. DOC estimates that there are approximately 10-12 cases pending. |
| ASL class (#5) | | Classes began July 28, 2008 at CTCF and |

|  |  |  |
|---|---|---|
|  |  | DWCF. |
| ADA grievances (#7) |  | Completed by September 30, 2008 |
| Wheelchair Clinics (#10) |  | Completed by October 1, 2008 |
| TTY machines accessible (#11) |  | DOC met this requirement at Colorado Territorial Correctional Facility ("CTCF") by September 2, 2008. This requirement has not been met at any other facility. |
| Diabetic Kit training (every 6 mos) (#13) |  | DOC conducted training on the use of diabetic kits in July of 2008. |
| Strobe alarms for Hearing Imp. (#17) |  | Completed September 30, 2008 |
| Vibrating Watches (#18) |  | Completed by July 1, 2008 |
| Revised AR forms for diabetics (#25) |  | Not completed |
| Position established for repair/replace of assistive devices (#28) |  | Completed April 24, 2008 |

*During the monthly meetings between the parties, DOC provides Class counsel with updated documentation for requirements under the Stipulation that are on-going in nature, for example, providing Sign Language interpreters (#6), refunding co-pays (#24) (#29), compensation for delays in repairs of assistive devices (#9), replacing damaged Accommodation Resolution Forms at no cost to Class Members (#20), providing two copies of ADA grievances to Class members when they are filed (#30). Such requirements are not included in the above table.