# ATTACHMENT 7

**Agenda for Montez Remedial Plan Meeting**

Provided to DOC on September 30, 2008

The following is a preliminary list of areas in which Plaintiffs contend are not in compliance with the Montez Remedial Plan and need to be discussed between the parties.  Plaintiffs will continue to supplement this list.

1. ADA Grievance procedure – responses not timely, not getting information/responses to request for information from facilities, inconsistent procedures for submitting grievances, process does not track RP §XII

2. Disability verifications by medical providers, CMO not timely

3. Screening process not timely

4. AIC lacking authority over implementation of ADA policies (wardens)  and failure of department to cooperate in consistently implementing policies

5. Delay in repair of assistive devices and provision of new devices

6. Inconsistent policies between facilities regarding accommodations to be provided to individuals

7. M-codes being changed when inmates arrived at a facility resulting in transfer back to higher-level security facility

8. Lack of proper case manager training and knowledge of Montez Remedial Plan

9. Maintaining property rights when moved from one facility to another based on disability (no systematic procedure in place to ensure property was transferred)

10. Orientation when inmates arrive at permanent facility (dissemination of information, rights under Montez) orientation not specific or consistent

11. Lack of acceptance of / compliance with Orders of the Special Masters

12. Tracking database not complete

13. DOC housing inmates at higher level facilities because of diabetes (due to M-code rating)

14. No review of programs/services offered by designated and non-designated facilities to ensure comparable programs/services (no way of knowing whether DOC itself  is in compliance)

15. No review of jobs offered at designated and non-designated facilities to ensure comparable jobs being offered (no way of knowing whether DOC itself is in compliance)

16. No specific procedures that inmates must follow to apply for jobs at DOC

17. No special consideration (parole) for those who cannot go to CMRC because of their disability

18. SOTMP Phase II only offered at Arrowhead

19. Dog program at FLCF not accessible to inmates with disabilities (primarily mobility)

20. PHP overriding/denying recommendations made for assistive devices

21. AIC denying grievances or denying as moot when relief should have been granted

22. Placing pushers/ADLs in jobs that have backgrounds w/ violence or theft

23. Not assigning pushers/ADLs to those determined to need one

24. No Audit of pay grades with regard to all jobs including bonus pay associated with certain CI jobs and whether those jobs are made available to inmates with disabilities. (no way of knowing whether DOC itself is in compliance)

25. Clinical assistant positions and personal care porters required (in job description) to assist inmate and staff during emergencies

26. Personal Care Porters required to complete nurse's aid class (200 hours) – only documentation that 2 have satisfied requirement

27. Not providing interpreters for the hearing impaired (medical, parole, and disciplinary proceedings)

28. Hearing impaired not housed in cells with strobe alarms

29. No equal access to TTYs for hearing impaired

30. No documentation of fire drills/ evacuation at FLCF (specifically cell house 5)

31. Testing procedures/content for all staff inconsistent, "pass" rate not defined