CM/ECF - U.S. District Court:cod

C... ...ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

U.S. District Court

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
Case Name:        Montez, et al v. Romer, et al

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 26 2008

GREGORY C. LANGHAM
CLERK



UNABLE TO FORWARD - UTF
___ NEED INMATE REGISTRATION #
___ NAME/NUMBER DON'T MATCH
_X_ NO LONGER AT FLCF



Hormoz Pourat  92-cv-870 EWN #3711
#163890
Fort Lyon Correctional Facility (F.L.C.)
P.O. Box 1000
Fort Lyon, CO 81038