CM/ECF - U.S. District Court:cod                                      Page 1 of 9

C......  .....ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

## U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
Case Name:      Montez, et al v. Romer, et al
Case Number:    1:92-cv-870

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-CV-870-EWN
DOC #3711

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2008

**GREGORY C. LANGHAM**
CLERK

Cynthia Gail Keeley
#127204
ComCor
3844 North N_____
Colo_____

**UNKNOWN**

NIXIE      808   DE 1        00   11/25/08
          RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 80294250151        *1968-02139-25-27

80294@2501