CM/ECF - U.S. District Court:cod

Page 1 of 9

C...... ......ts

1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al CASE CLOSED on 06/03/2004
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

U.S. District Court

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
Case Name: Montez, et al v. Romer, et al

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-CV-870-EWN
DOC #371

Refused

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2008

GREGORY C. LANGHAM
CLERK

Robert Neely
#114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canor

NIXIE  808  DA 1       00 11/26/08
        RETURN TO SENDER
             REFUSED
        UNABLE TO FORWARD
BC: 80294250151     *1968-04565-26-30