CM/ECF - U.S. District Court:cod						Page 1 of 9

Current Events
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

**U.S. District Court**

**District of Colorado**

**Notice of Electronic Filing**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2008

GREGORY C. LANGHAM
CLERK

REF
92-CV-870
EWN
DOC# 3711

Genady B. Slonimsky
# 106124
Colorado Territorial Correctional Facility (CTCF)
P.C
Ca[n]

NIXIE    808    DE 1        00 11/26/08
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 80294250151    *1968-04582-26-30

80294@2501