CM/ECF - U.S. District Court:cod

C....... .......ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

U.S. District Court

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
**Case Name:** Montez, et al v. Romer, et al

OFFICE OF THE CLERK
ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-870 EWN
DOC # 3711

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 3 2008

GREGORY C. LANGHAM
CLERK


017H15524679
$0.590
11/18/2008
Mailed From 80202

Linette DeRasmo
#125710
2844 North Nevada Avenue
Colora~~do Springs, CO 80907~~

**RTS UNKNOWN**

NIXIE  808  D8 1      00 11/25/08
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
  BC: 80294250151    *1968-02138-25-27

80294@2501