CM/ECF - U.S. District Court:cod

Page 1 of 9

C̶a̶s̶e̶ ̶E̶v̶e̶n̶t̶s̶
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

**U.S. District Court**

District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
Case Name: Montez et al v. Romer, et al

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2008

GREGORY C. LANGHAM
CLERK

92-cv-870-EWN
DOC # 3711


REFUSED

Michael W. Purcell
#85034
Fremont Correctional Facility (FCF)
P.O. ~
Can~

NIXIE       808    CA 1         39 11/25/08
              RETURN TO SENDER
                 REFUSED
              UNABLE TO FORWARD
BC: 80294250151      *0220-02514-19-40