ORIGINAL COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 92-N-870 (OES)(CONSOLIDATED FOR ALL PURPOSES WITH
CIVIL ACTION NO. 96-N-343

JESSE MONTEZ, et al.,

v.

BILL OWENS, et al.,

PLAINTIFF,

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 26 2008
GREGORY C. LANGHAM
CLERK

CLAIM NUMBER: 03-162
CATEGORY III
CLAIMANT: ROBERT SCHWARTZ, #60801
ADDRESS OF CLAIMANT: C.T.C.F., P.O. 1010, CANON CITY, CO. 81215-1010

MOTION TO RECONSIDER AND MOTION TO RENEW TO REOPEN COMPLAINT TO INCLUDE "HEARING" DEFICIT ISSUE PREVIOUSLY RAISED

COMES NOW, CLAIMANT ROBERT SCHWARTZ AND WOULD GRACIOUSLY REQUEST RECONSIDERATION OF HIS EARLIER RAISED MOTION TO REOPEN HIS COMPLAINT AND RENEW TO REOPEN HIS COMPLAINT IN ORDER TO INCLUDE, AN OVERSIGHT BY THIS COMPLAINANT TO OUTLINE HIS HEARING DEFICIT PROBLEM AND STATE:

(1) THAT THIS ACTION, ADDRESSES ISSUES APPERTAINING TO, AS MENTIONED: "MOBILITY", "VISION", "HEARING", "DIABETES" AND "OTHER" PROBLEMS;

(2.) THAT THIS CLAIMANT OVERLOOKED TO ITEMIZE HIS HEARING PROBLEM AND MINIMIZED SUCH, EARLIER, IN HIS COMPLAINT;

(3.) THAT HOWEVER, COMPLAINANTS HEARING PROBLEM, HAS EXPEDITED AND GOTTEN MUCH WORSE, TO THE POINT, THAT HE HAS AND IS MISSING "MESSHALL" CALLS; "COUNT" CALLS; "APPOINTMENT" CALLS; AS WELL AS "EMERGENCY" CALLS AND OTHERS;

(4) THAT SUCH DEFICIT IS GETTING WORSE OVER TIME, IN PART, MAY BE SUBSEQUENTLY RAISED, PURSUANT TO THE GUIDELINES OF RECONSIDERATION, APPERTAINING TO "REQUEST FOR ACCOMODATION(S)", WHICH THIS COMPLAINANT HAS DONE AND IS AT THE PRESENT TIME, ALSO DOING, THRU THIS MOTION;

(5) THAT THIS COMPLAINANT'S HEARING PROBLEMS, WERE MENTIONED SEVERAL TIMES EARLIER TO THE PROVIDERS; THE DEFENDANTS' IN 2003; 2004; 2005; 2006; 2007, AND 2008, BUT THAT DEFENDANTS' INSTEAD, KEPT WASHING OUT, THIS COMPLAINANT'S EARS, RATHER THAN GIVING HIM A HEARING TEST;

WHEREFORE, THIS COMPLAINANT WOULD PRAY, THAT HE BE ALLOWED TO ADD AND AMEND HIS COMPLAINT, TO REFLECT THAT HE HAS A SERIOUS HEARING DEFICIT, NECCESSITATING TREATMENT TO IMPROVE HIS HEARING.

RESPECTFULLY SUBMITTED,

ROBERT SCHWARTZ, 60801
BOX 1010, C.T.C.F.
CANON CITY, CO. 81215

CERTIFICATE OF MAILING

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THIS MOTION, WAS PLACED INTO THE U.S. MAIL, POSTAGE PREPAID THIS NOVEMBER 24, 2008, AND ADDRESSED TO:

OFFICE OF THE COLORADO ATTORNEY GENERAL, 1525 SHERMAN ST. DENVER, CO. 80203; ATTN: MS. WILLOW ARNOLD, ESQ.

2.