Civil Action No. 92-N-870 (OES)

Jesse Montez, et al.,
Plaintiffs
v.
Bill Owens, et al.,
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -3 2008

GREGORY C. LANGHAM
CLERK

---

Claim No: 03-173
Category: III
Claimant: Wellman Gibson #74384
Address: A.V.C.F Box 1000 Crowley Co. 81034

---

Reply to order sent to Plaintiff 11-24-08

---

It was stated that claimants untitled document be treated as an objection to final order.

I sent in my objection to the amended Final order on 9-15-08.

I am trying to find out the status of my objection as of now. & this facility continues to harass claimant.

I obtained my books on tape as the AR's explained with medical permission & it was not a Montez issue but this facility took the items saying they were ordered to by the Central office & I was never approved under Montez to have it.

D.O.C has made it a Montez issue contrary to what they led the Special masters to believe & in doing so put it with in your power to resolve. I mailed my objection to the address on the paper work (amended final order) & was told it was sent to Special Masters & the Special Masters say it was sent to Judge Kane & now I am sent an Order that shows the

Special Masters & the Judge here have no idea that I sent in an objection on 9-15-08. & as stated the claimant continues to have problems

11-30-08

Wellman Gibson
#54384

/s/ Wellman Gibson

I wanted to add, now that D.O.C. got the orig. final order reversed in their favor & orchestrated things at C.C.F. to do so, all of my medical & housing restrictions have been reinstated & I am again bottom, bottom restricted & with lifting restrictions & other work restrictions. Plus a Lt. Stienbeck confiscated my Books on tape material about a year ago stating central office told him to, but he refuses to say who at central office so does that order even exist?