C....... ......ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

**U.S. District Court**

District of Colorado

**Notice of Electronic Filing**



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 04 2008

GREGORY C. LANGHAM
CLERK

92-cv-870 CMA
# 3711

Nathaniel Huguley
#55740
Denver County Jail
10500 East Smith Road
Denver, CO 80239

017H15524679
$0.599
11/18/2008
Mailed From 80202

RELEASED