IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-359
Category: III
Claimant: Thomas T. Valdez, #68556
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Court on Claimant's motion for extension of time in which to file his objection to the final order. The request is appropriate and will be granted.

IT IS HEREBY ORDERED that Claimant is granted up to and including **January 26, 2009** in which to file his objection to the final order of the Special Master.

SIGNED this 24th day of November, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master