C...... .....ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

U.S. District Court

District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
**Case Name:**     Montez, et al v. Romer, et al
**Case Number:**   1:92-cv-870 — CMA
**Filer:**



OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM ...
DENVER, CO 80294-...
OFFICIAL BUSINESS

92-CV-00870-EWN
Doc# 3711    LONGER HERE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

FILED
TED STATES DISTRICT COURT
DENVER, COLORADO
DEC 0 9 2008
EGORY C. LANGHAM
      CLERK

017H15524679
HASLER $0.590
11/18/2008
Mailed From 80202
US POSTAGE