IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870- CA-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

---

**MOTION FOR TIME TO FILE STATUS REPORT**
---

Defendants, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado Attorney General's office, request this Court to give them until December 19, 2008 to file a status report in response to Plaintiffs' Status Report filed on November 26, 2008. (Document #3723). No time for response is specifically provided, however Defendants want to inform the Court of their request so the Court does not rule on any requests before the Defendants file a response. As grounds therefore, Defendants state as follows:

1. Defendants have consulted with an expert witness with regard to the appropriate criteria to determine whether an individual is disabled based on hearing loss. However, Defendants have not yet obtained a written report from him as Defendants were hopeful that the issue could be resolved among the parties and did not want to incur the additional expense. However, since the hearing criteria remain in dispute, Defendants need some time to obtain a

written report that can be submitted to the Court to assist the Court in deciding appropriate criteria for disability based on hearing loss.

2. Defendants also remain hopeful that the issues regarding criteria may still be resolved at least in part and would request time to explore that possibility.

3. Defendants also require time to respond to the areas of non-compliance included by Plaintiffs' counsel in the Status Report. Defendants believe the Court should have a full understanding of the efforts made by Defendants to address various areas.

4. Defendants have consulted with Plaintiffs' attorney Paula Greisen who has no objection to this request.

Respectfully submitted this 10th day of December, 2008.

JOHN SUTHERS
Colorado Attorney General

_____

ELIZABETH H. MCCANN 5834
Deputy Attorney General
Civil Litigation and Employment Law Section
JAMES X. QUINN, 21729
Assistant Attorney General
Corrections Unit, Litigation Section

Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Telephone: (303) 866-3261
Fax: (303) 866-5443
Email: beth.mccann@state.co.us

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of December, 2008, I electronically filed the foregoing Position Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com
Counsel for the class
King and Greisen, LLP
1670 York St.
Denver, Co. 80206

Ed Ramey
Lara Marks
eramey@ir-law.com
lmarks@ir-law.com
Isaacson Rosenbaum PC
633 17th St. Ste 2200
Denver, Co. 80202

                                                                              s/_____
                                                                              Elizabeth H. McCann