IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CA-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

_____

**ORDER**
_____

This Court having considered the Defendants' request to have until December 19, 2008 to file a status report, the request is hereby granted. Defendants shall have up to and including Dec. 19, 2008, to file a status report.

Dated this _____ day of December 2008.

                                                           _____
                                                           John L. Kane Jr.
                                                           Senior United States District Court Judge

2