92-cv-00870-EWN CMA-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2008

GREGORY C. LANGHAM
CLERK

12-6-08

US District Court Clerks
1929 Stout St.
Denver Co 80294

I am writing you this letter Because of my Case, the Department of Corrections did not have a Hearing for me I am asking for a Appeal on Record. I upon oath, The under signed States that facts is attached complaint are true. The investigation againt the United States, Judge Edwards nuttham. one of your letter mentions Paula Greisen Attorney's, so we have recorded your request for investigation against her. I would like for the court to appointed Counsel, I Cleveland Hunt Flakes here by Certify that I have served a copy of the above notice of A Appeal on Record. I Can not afford the Documents Because I am incarcerated in the Boulder County Jail. Thank you

Cleveland Hunt Flakes #45885

Jeuss mountez Category III

Civil Class Action

Order of the Special Master

Sincerely,
Cleveland Flakes
C/o

all courts of record shall be deemed always open for purpose of filling any proper paper, of issuing and returning process and of making motions and orders. the clerk's office with the clerk or a deputy in attendance shall be open during business hours certified copies of public records. A copy of a document authorized by law to be recorded of filed and actually recorded or filed in a public office,

v.

ThE Department of corrections
Canon city co
P.O. Box 1010
81212
Cleveland Hunt Flakes #45885

Sincerely,

C/o

| | **COLORADO SUPREME COURT**<br>**ATTORNEY REGULATION COUNSEL** | Assistant<br>Regulation Counsel |
|---|---|---|
| Regulation Counsel<br>John S. Gleason<br><br>Chief Deputy Regulation Counsel<br>Nancy L. Cohen<br><br>Deputy Regulation Counsel<br>James C. Coyle | <br><br>Attorneys' Fund for Client Protection<br>Unauthorized Practice of Law | Stephen R. Fatzinger<br>Lisa E. Frankel<br>Margaret B. Funk<br>Luain T. Hensel<br>Kim E. Ikeler<br>Cynthia D. Mares<br>Charles E. Mortimer, Jr.<br>Matthew A. Samuelson<br>April M. Seekamp<br>Louise Culberson-Smith<br>James S. Sudler |

November 24, 2008

Cleveland Flakes #45885
3200 Airport Road
Boulder, CO 80301

Re: Request for Investigation of Paula D. Greisen, 08-03747

Dear Mr. Flakes:

I write in response to your letters, which my office received on November 10, 17, and 18, 2008. One of your letters mentions Paula Greisen, so we have recorded your request for investigation against her.

To commence an investigation, the Office of Attorney Regulation Counsel must have some plausible reason to believe that an attorney has violated the Colorado Rules of Professional Conduct. I reviewed all the information you supplied. My review, however, finds no indication of any Rule violation by Ms. Greisen.

Consequently, I must conclude that my office has no basis for conducting an investigation of your situation. Therefore, we are closing this matter and will take no further action on your letters. Please be advised that this office cannot assist in your efforts to obtain court-appointed counsel, to file an appeal or to disqualify any judges.

Thank you for taking time to contact my office. I wish you the best in your future endeavors.

Sincerely,

*[signature]*

Louise Culberson-Smith
Assistant Regulation Counsel

LCS/rsl

**COLORADO SUPREME COURT**
**ATTORNEY REGULATION COUNSEL**

Assistant
Regulation Counsel

Regulation Counsel
John S. Gleason

Chief Deputy Regulation Counsel
Nancy L. Cohen

Deputy Regulation Counsel
James C. Coyle



Attorneys' Fund for Client Protection
Unauthorized Practice of Law

Stephen R. Fatzinger
Lisa E. Frankel
Margaret B. Funk
Luain T. Hensel
Kim E. Ikeler
Cynthia D. Mares
Charles E. Mortimer, Jr.
Matthew A. Samuelson
April M. Seekamp
Louise Culberson-Smith
James S. Sudler

November 10, 2008

Cleveland Hunt Flakes #45885
3200 Airport Road
Boulder, CO  80301
**LEGAL MAIL**

Dear Mr. Flakes:

I have received your letter, and I am unable to determine the name of the attorney that you wish to file a complaint against.  **We are no longer sending forms.**  If you will send the <u>full name</u> and the <u>address</u> of the attorney, and an outline of your complaint, our office will investigate your complaint.  Please understand that our office cannot take complaints against entire law offices, so please be specific as to which attorney's conduct you would like to have investigated.

Your letter should include the following information:

1. Who did the attorney represent?

2. What is the nature of the legal case?

3. State all circumstances in chronological order which pertain to the attorney's alleged misconduct giving approximate dates if possible, indicating exactly what you believe the attorney did that was unethical.

4. What is the present status of the case?

5. If the attorney represented you, please indicate

   a) when you hired him or her;

   b) whether you have a written fee agreement with him or her; and

Page 2

      c)    whether you have made any payment to the attorney and, if so, how much and when.

6.    If there is a court case number, please supply the case number.

Send your letter to the Office of Attorney Regulation Counsel, 1560 Broadway, Suite 1800, Denver, Colorado 80202 (Telephone: 303-866-6400, Toll Free: 877-888-1370). The accused attorney will be mailed a copy of your request for investigation. You will be advised of the decision regarding your request for investigation.

The Office of Attorney Regulation Counsel is an agency of the Colorado Supreme Court authorized to ensure that Colorado attorneys comply with the Colorado Rules of Professional Conduct. We do not give legal advice.

I am sorry that we are unable to assist you.

                    Sincerely,

                    Intake Division
                    Office of Attorney Regulation

/rg