

OFFICE OF THE CLERK
'ED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**RETURN TO SENDER**
___ UNKNOWN/NEED NUMBER TO IDENTIFY
_X_ RELEASED/PAROLED
___ ENCLOSURE UNAUTHORIZED
       VIDEO, PEN-PAL

Return to sender

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 1 5 2008
GREGORY C. LANGHAM
CLERK

017H15524679
HASLER $0.590
11/18/2008
Mailed From 80202
US POSTAGE

NOV 2 0 2008

David Besly
#115894

92-cv-870 CMA
#3711

C....... .....ts
1:92-cv-00870-EWN-OES Montez, et al v. Romer, et al **CASE CLOSED on 06/03/2004**
APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

U.S. District Court

District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 11/18/2008 at 3:02 PM MST and filed on 11/18/2008
**Case Name:** Montez, et al v. Romer, et al
**Case Number:** 1:92-cv-870
**Filer:**
**WARNING: CASE CLOSED on 06/03/2004**
**Document Number:** 3711(No document attached)

**Docket Text:**
**REASSIGNING JUDGE. Upon the resignation of Judge Edward W. Nottingham, this case has been reassigned to Judge Christine M. Arguello, effective this date. Instead of EWN, all future pleadings should now reference the initials of the judge to whom the case was reassigned. (Text only entry - no document attached) (gmssl, )**

**1:92-cv-870 Notice has been electronically mailed to:**

Elizabeth H. McCann beth.mccann@state.co.us

Edward T. Ramey eramey@ir-law.com, jwills@ir-law.com

Brice A. Tondre briceatondrepc@msn.com

Jennifer L. Veiga veigaj@hallevans.com, gutierrezd@hallevans.com

Castelar M. Garcia slvlaw@fone.net

H. Earl Moyer mbvlaw@mbv1.net

Paula Dee Greisen greisen@kinggreisen.com, costanzo@kinggreisen.com

James Xavier Quinn James.Quinn@state.co.us

Patricia S. Bellac psblawfirm@comcast.net

Willow Ivana Arnold willow.arnold@state.co.us, darlene.hill@state.co.us

Jess Alexander Dance jdance@perkinscoie.com, DocketDEN@perkinscoie.com, cwinmill@perkinscoie.com

Lara Elizabeth Marks lmarks@ir-law.com, feaves@ir-law.com

Jennifer Wardner Riddle riddle@kinggreisen.com, vonbehren@kinggreisen.com

Jennifer Susan Huss jennifer.huss@state.co.us, kristin.ruiz@state.co.us