IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-439
Category III
Claimant: Cleveland Flakes, #45885
Address of Claimant: Boulder County Jail, 3200 Airport Road, Boulder, CO 80302

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Court on various documents sent to the clerk. These documents include two letters and two return letters from Attorney Regulation Counsel. Mr. Flakes had requested an investigation concerning class counsel by that office.

Mr. Flakes' letter is incomprehensible. He states that he is filing an appeal, but it is unclear what that appeal is from. The actions of the Attorney Regulation Counsel, a state agency under the supervision of the Colorado Supreme Court, are not subject to review by this Court. His request for appointment of counsel cannot be granted, as there is no legal basis for such appointment. Mr. Flakes filed a claim for damages, but that was denied for lack of jurisdiction. Mr. Flakes did not appeal within the time granted to him.

This letter will be received by the Court. No further action will be taken on it. Mr. Flakes may submit a further document indicating what it is he wishes to appeal.

IT IS HEREBY ORDERED that the documents of Mr. Flakes will be received, but no further action will be taken on them.

SIGNED this 15th day of December, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master