**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 11, 2008**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

| | |
|---|---|
| JESSE F. MONTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BILL OWENS, *et al.*,<br><br>    Defendants - Appellees.<br><br>LARRY GORDON,<br><br>    Claimant - Appellant. | No. 08-1399<br>(D.C. No. 1:92-CV-00870-CMA-OES) |

---

**ORDER**

---

Appellant has moved for leave to proceed without prepayment of fees. Although the court will defer ruling on the substantive aspects of the request, we will assess the fee at this time and direct partial payments. Appellant has consented to disbursement of partial payments of the filing fees from his prison account. Appellant must pay $455.00 to the clerk of the district court. His custodian shall, within thirty days of the date of this order, deduct and pay to the clerk of the United States District Court for the District of Colorado an amount equal to 20 percent of the greater of --

      A) the average monthly deposits to his account, or

      B) the average monthly balance in his account for the 6-month period immediately preceding filing of the notice of appeal in this case.

In either event, appellant's custodian shall forward payments from appellant's account equal to 20 percent of the preceding month's income each time the account exceeds $10.00 until the filing fees are paid in full. The Colorado Attorney General is directed to serve a copy of this order on appellant's custodian forthwith.

      Entered for the Court,

      *Elisabeth A. Shumaker*

      ELISABETH A. SHUMAKER, Clerk