IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

### PLAINTIFFS' MOTION FOR FORTHWITH HEARING AND ORAL ARGUMENT
---

The Plaintiffs, through class counsel, hereby submit this motion for a forthwith hearing and opportunity to present oral argument on the issues raised in the Special Masters' Report and Recommendation of Special Masters filed on December 16, 2008 ("Report"). (Doc. #3741)

1. The Report raises the issues of what jurisdiction exists under the Remedial Plan and subsequent stipulations to allow individual inmates to seek relief from the Court and whether individual *pro se* motions seeking personal relief are subject to adjudication by the Court.

2. These issues arise from written documents submitted to the Court by individual inmates and Montez claimants requesting relief for damages incurred by discrimination and/or DOC's failure to provide reasonable accommodations. These documents were then forwarded to the Special Masters pursuant to the Expansion Order, signed by Judge Kane on April 15, 2008.

3. The Parties to this case have different positions on these issues.

4. The determination of these issues will have a significant impact on the Plaintiff Class.

5. Counsel for the Class therefore requests a forth with hearing and the opportunity to present oral argument to the Court on these issues.

Respectfully submitted this day 16th day of December 2008.

KING & GREISEN

s/ Jennifer W. Riddle\_\_\_\_
Jennifer W. Riddle
Paula Greisen
1670 York St.
Denver, CO 80206

Edward T. Ramey
Lara E. Marks
Isaacson & Rosenbaum
633 17th St. #2200
Denver, Co. 80202
Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the December 16, 2008, I electronically filed the foregoing Plaintiffs' Motion for Forthwith Hearing and Oral Argument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us

/s/ Gail Walker_____

2