Thursday, December 4, 2008

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2008

GREGORY C. LANGHAM
CLERK

Richard Borchers, Magistrate Judge
Special Master for the United States District Court
For The District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado                    80030-4444

RECEIVED DEC 6 2008

Re:    **Montez v. Owens**, Civil Action No. 92-C-870 (OES) (Consolidated
       for all purposes with Civil Action 96-N-343), Claim No. 03-308
       (formerly 01-036) (D.C.Colo. 1992)

Your Honor,

On Tuesday, October 7, 2008, I submitted to the Court a letter requesting reimbursement of personal expenses spent in prosecuting the above entitled matter. By Order entered on Wednesday, October 15, 2008, this letter was treated as a motion and the matter was transferred to Judge Kane for his resolution.

Since that time, however, correctional authorities have transferred me from the private C.C.A. Bent County, Colorado, Correctional Facility (BCCF) located in Las Animas, Colorado, to the Colorado Territorial Correctional Facility (CTCF) in Canon City, Colorado, where I remain confined when I reported to them an illegal drug trafficing operation in place at that facility involving BCCF staff and other gang members who were paying them to bring illegal drugs into that facility. BCCF Mail Room staff and other State authorities have since refused to forward my First Class or other legal mail.

For these reasons, I now formally inform the Court of my Change in Address and request that any Orders that may have been entered by the Court, in the interim, be forwarded to me at this new address, please.

                                        Very Respectfully Yours,

                                        [signature]

                                        Randy Kailey
                                        50247 Bldg. 7/3-L-16
                                        P.O. Box # 1010
                                        Canon City, Colorado  81215-4444

                                        Claimant, Pro Se