**ATTACHMENT 2**

**CURRICULUM VITAE**
**for**
**Robert D. Jones**, MD
2201 N. Central 7A
Phoenix, AZ 85004
Fax: (602) 253-6254
Phone:  (602) 770-1860

## PERSONAL DATA

Date of Birth:              17 June 1947
Citizenship:               United States
Birthplace:                Long Beach, California
Military Status:           Colonel, U.S. Army Reserve, Retired

## EDUCATION

Undergraduate Work:   Brigham Young, University, Provo, Utah
          Bachelor of Science       August, 1971 Cum Laude, PHI KAPPA PHI
                         Major - Zoology
                         Minor - Psychology

Graduate:                University of Utah College of Medicine, Salt Lake City,
                         Utah
                         Doctor of Medicine     June 1974

Internship and Residency
                         Family Medicine
                         Naval Regional Medical Center
                         Camp Pendleton, California
                         1974-1977

## EMPLOYMENT EXPERIENCE

1968 - 1970: Psychiatric Technician, Utah State Hospital, Provo, Utah

1971 - 1981: United States Navy, Naval Regional Center, Camp Pendleton,
California

1981 - 1985: Private Practice, Family Medicine Provo, Utah

1982 - 1989: Timpanogos Community Mental Health Center, Provo, UT
                    (Covered 6 counties)
             Duties:          Day Treatment, Psychiatry, Inpatient, Evaluation of
                              Inmates Housed in County Jails,

Competency Evaluations

1985  - 1986: FHP, Provo, Utah

1986 - 1988: InstaCare, Springville Family Care Center, Springville, Utah

1988 - 1992: Private Practice, Springville, Utah,

1990 - 1997: Clinical Director, Utah Department of Corrections

        Duties:      Responsible to oversee Mental Health, Medical, Dental Services, Substance Abuse, and Sex Offender Treatment for Adult offenders.

October, 1997 – August 2001 Medical/Mental Health Director, Montana Department of Corrections

        Duties:      Responsible for Medical & Mental Health Programs for Adult & Juvenile Offenders of the State of Montana

August, 2001 – January 2004   Deputy Director – Health Services, Arizona Department of Corrections

July 2002 – January 2003   Emergency Physician, Operation Enduring Freedom, Camp Doha, Kuwait and Qatar

March, 2004 – August, 2004:  Director, Clinical Services, Maricopa County Public Health Department.

June, 2004 – April 2005:   Director, Bio Defense Preparedness Response, Maricopa County Pubic Health Department.

April 2005 to July 2008:  Regional Medical Director, Concentra, Occupational Medicine

July 2008 to Present: Medical Director, Arizona Department of Juvenile Corrections.


**LICENSURE**

Arizona License              29835
Utah State License         158705-1205
California State License     G32994 (Inactive)
Montana State License     8346 (Inactive)

**BOARD CERTIFICATION**

American Board of Family Practice: Certified initially l977 and Re-certified in 1983, 1989, 1995, and 2001.  Certified until 2008

Certified Correctional Health Professional: February 1994 to present

Medical Review Officer:        September 1994

### ACADEMIC/TEACHING RESPONSIBILITIES AND APPOINTMENTS

Director, Behavioral Science Program
Family Practice Residency
Naval Regional Medical Center
Camp Pendleton, California
1977 - 1981

Instructor, Nurse Practitioner Program
UCLA Medical Center attached to the
Naval Regional Medical Center
Camp Pendleton₁ California

Clinical Supervisor
Brigham Young University
Nurse Practitioner Program
1984-1985

Clinical Associate Faculty
University of Utah
Physician Assistants Program
Department of Family and Community Medicine
1990 -1997

Instructor, National Institute of Corrections
U.S. Department of Justice
Course- Managing the Chronically Ill in a Prison Setting

Instructor in Medical Operations
Fred House Training Academy
Draper, Utah  1990-1997

Lecturer: Depression and Stress in the Workplace. U.S. Postal Service

ACLS Instructor

EMT Intermediate Level Instructor

Panelist TB in Chronic Care Settings
       Annual TB Conference

Utah Department of Health

Lectures/Presentations

National Institute for Corrections-Live Video Conference
           Topic: Application & Use of Restraints in Custody

           Topic: Mental Health in Prisons June 2002

ACHSA National Conferences -multiple years
           Topics:      Pre-conference: Nursing Issues in Correctional Health Care.

                         Developing Leadership Styles in a Correctional Setting.

                         Teamwork in Corrections

                         Dealing with Difficult Inmates

                         Restraints

                         Budget Cuts & the Impact on Correctional & Community Health Care

                         Benefits of Accreditation

NCCHC National Conference
           Topics:      Medical Necessities

                         Preventing Professional Burnout

                         Taking Care of Caretakers

**ACA Conferences**

           Topics:      Mad v. Bad --Dealing with Self Mutilation

                         Chronic Mentally Ill in the Correctional Setting

                         Electronic Medical Record

                         Dealing with Difficult Imates

Dealing with Psychosis in the Correctional Setting

## APPOINTMENTS

1983 - 1986: Department Chairman, Department of Family Practice, Utah Valley Regional Medical Center, Provo, Utah

1986 - 1992: (Re-appointed in 1989), Board Member, Prescriptive Practice Panel, Utah State Division of Occupational and Professional Licensure

1988 - 1997: Clinical Instructor, Adjunct Faculty University of Utah College of Medicine, Physician Assistant Program

1985 - 1988: Board Member - Legislative Affairs Utah Chapter, American Academy of Family Practice.

1991 - 1997: Chairman, Infectious Disease Committee Mountain View Hospital, Payson, Utah

U.S. Naval Officer - 1970 - 1983

U.S. Army Reserve Officer 1983 to Present

Jan 1990 - June 1990:
Chief Triage Officer, 97th General Hospital, Frankfurt, Germany Operation Desert Storm

1993 to 1997: Utah State Forensic Mental Health Planning Committee

June 1996 to April 1998, Commanding Officer, 5502 USAH (1000) bed Aug, Aurora, Colorado

1983 - 1986: Department Chairman, Department of Family Practice, Utah Valley Regional Medical Center, Provo, Utah

1989 - 1991: Co-Chair Pharmacy and Therapeutics, Mountain View Hospital, Payson, Utah

1986 - 1992: Oncology Committee, Family Practice Representative, Utah Valley Regional Medical Center, Provo, Utah

1987 - 1990: Clinical Advisor to the Hospice Research Committee Utah Valley Regional Medical, Provo, Utah

1992 - 1997:   Salt Lake County EMS Council

1993 - Present: Site Surveyor for Jails and Prisons & Juvenile   Facilities, National Commission on Correctional Health Care

1998 - 2002: Lewis and Clark Aids Council, Helena Montana

1999 - 2002 MT State Planning Group / Member at Large

 1999 - 2001 Adjunct Faculty: Montana State University Nursing Program and Dean's Board

2000: ACA Winter Conference Program Chair

2001 - 2002 President of the American Correctional Health Services Association

## CURRENT/PAST POSITIONS

 Past President,
American Correctional Health Services Association

ACA Health Care Committee
ACA Committee on Mental Health Issues
ACA Juvenile Committee

Board of Directors:  Correctional Medical Directors Association

Deputy State Tuberculosis Control Officer, Arizona

Chair, Residency Advisory Committee—Preventive Medicine—new program application.  University of Arizona, Phoenix Campus

Medical Director, Southwest Center for HIV/AIDS (current)

## CLINICAL RESEARCH

Mc Neil Laboratories
Pharmakinetics
Eli Lilly

## PROFESSIONAL ORGANIZATIONS

Member of American Correctional Heath Services Association since 1992.

Charter Member of National Society for Correctional Physicians.

Fellow, American Academy of Family Practice.

AMSUS (Association of Military Surgeons of United States)

## PUBLICATIONS

Special Report on Use of Computers in Correctional Situations in Correctional Health Care Management.

Multi-part article on the implementation of the Electronic Medical Record in Corhealth, ACHSA

Strongyloidosis in Lost Boys of the Sudan

## TECHNOLOGY

Implementation of Electronic Medical Record for Utah Dept. of Corrections (still in use.)

Program Creation and implementation of Electronic Medical Record for Montana Department of Corrections. (Still in use)

Program creation and implementation of Electronic Medical Record for Health Clinic for US Army Central Command, Camp Al Asalayah, Qatar (still in use)

## EXPERT WITNESS

**Federal Courts:**
Austin, TX January - February 1999
Certified as an expert in Medical, Mental Health and Medical Administration  *Ruiz v. Johnson*

Utah:   Certified as an expert in Medical and Mental Health

Arizona:   Federal District Court—Psychotropic Medications in Correctional Settings July 2003

District of Puerto Rico – Oct-December 2003
Certified as an expert in Medical, Mental Health and Correctional
Morales Feliciano, et al., V. Sila M. Calderon, et al.