IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-322
Category: Untimely Filed Claim
Claimant: Christopher M. Kennedy, #106794
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, Claimant raised issues concerning medical care that he had either not received or was substandard. Claimant had not filed a claim at that time.

    A claim form and information sheet were provided to Claimant. He was granted up to and including December 22, 2008 in which to file a claim. Despite being granted time to file a claim, Claimant has not submitted a claim to the Special Master.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. In order to proceed, a claim must be filed. Without a claim, there is no jurisdiction for the Special Masters.

    IT IS HEREBY ORDERED that the case of Christopher M. Kennedy is dismissed, as he has failed to file a claim; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 17, 2009.**

SIGNED this 29th day of December, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————————
Richard M. Borchers
Special Master