JUDGE, JOHN KANE
UNITED STATES DISTRICT COURT
901 19th Street
Denver, Co 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -5 2009

GREGORY C. LANGHAM
CLERK

Dear Sir,

    I am writing in regards to the Special Master final Order and the position of Attorney General Office, and DOC., Medical Department. Its there position that because the Special Master has issues an Order denying my membership with other Montez et. al. inmates. That I am no-longer part of or a class of Montez et al. Also, I feel the Special Master has erred in his ruling.

    I feel that I have certain rights as a class member of the Montez et al law suit. And those rights are appeal to the 10th Circuit and to Suprmen Court of United States. And that my claims are not dead issues until a final decision is made or exhausted in these higher courts. And that there are issues not yet decided with my objection recently filed with your office. I have until December 29, 2008 to send in my "objection" against the Special Masters Order.

There remains genuine issues and disputes as to facts regarding my claims. I also, explain that I am still trying to get my most important facts. And that is records from State Compensation regarding my knee disability. I have had a hard time getting those records. State Compensation claims, they don't keep old records. I don't believe that is true. And I have contacted several investigators to try and get me these records. As I explained in my objection. I will get these records eventually.

Mean time I am being subjected to harassment/retaliation and discrimination from AVCF D.O.C. Medical department and Sgt. R. Dowling. That I am not part of Montez et al. and have no disabilities what so ever. My job is threaten every day by Sgt. Dowling and I have recieved disciplinary write-ups for being part of Montez et al.

Please., explain, is my claim finished/final or over with since the Special Master's order denying my claims. Or do I have a right to appeals and certiorari to the 10th circuit and Supreme court of the United States.

I also, feel that I can file other motions in the Federal district court to stop the harassment and discrimination I am experiencing now. I am preparing a motion for injunction against Sgt. Dowling and AVCF Medical, for denying medical care for the recent knee injury I had in November, 2008.

Can you please answer these question as to position of the Special Masters's order denying my claim. and whether I have appeal and certiorari rights.

December 24, 2008
Claim No. 03-337
Montez et al v. Bill Owens
No 92-N-870

Respectfully

*Ronald Cordova*
Ronald L. Cordova, #57350
AVCF    Unit 4
P.O.Box 1000
Crowley, Co 81034