Civil Action No. 92-N-870 (OES)

Jesse Montez, et al.,
  Plantiff

v.

Bill Owens, et al.,
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -5 2009

GREGORY C. LANGHAM
CLERK

Claim No. 03-173
Category III
Claimant Wellman E. Gibson #74384
Address: A.V.C.F. P.O. Box 1000 Crowley, Co. 81034

## Status Request

I am sending this to Judge Nottingham because I have been unable to find out anything from the Special Masters or Judge Kane.

I mailed in my objection to Judge Kane on 9-15-08 (objection to ammended final order) I received an order of Special Master dated 11-24-08 concerning a document which will be treated as an objection to said ammended final order

A copy of my objection was mailed to the Atty Generals office on 9-15-08 also.

I can not find out if the court even got my objection.

There was numerous counts of abuse of discreation as EVERY affidavit turned in by the A.G. was shown to be intentionaly false & the A.G. intentionally LIED to the Special Masters & also fabricated evidence. There was NO Appeal Hearing it was a complete New Hearing that the Special Masters alowed.

Please verify my objection was received & what is the status of it.

12-30-08

Wellman Gibson
#74384
*(signature)*