IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated with Civil Action No.96-N-343)

JESSE MONTEZ et al.
Plaintiff,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

v.

JAN -5 2009

BILL OWENS, et al.
Defendants.

GREGORY C. LANGHAM
                    CLERK

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address: AVCF    Unit 4, P.O.Box 1000, Crowley, Co 81034-1000

MOTION FOR DEFENDANTS AND COUNSEL TO COMPLY TO FINAL ORDER OF SPECIAL MASTER

The Plaintiff, Ronald Cordova, Pro se, respectfully request this honorable Court to issue its "Order" for Defendants and their counsel to comply with the Special Master's order dated June 25, 2008. And as for grounds states the following:

1. Two Hearings was conducted or held, here at Arkansas Valley Correctional Facility. On January 24, 2008 and May 12, 2008. After the hearings were concluded a written order was issued by this Court through Special Master, Judge, Richard Borchers. dated June 25, 2008.

2. The Special master, Judge, Borchers concluded, the Plaintiff has trouble walking. This was determined to be a major activity of dailt life. And that the Plaintiff is a member of the class as Mobility impaired.

3. Defendants through the AIC Office and Chief Medical Officer, P. Frantz MD. Sent Plaintiff a letter and Accommodation Resolution removing all prior restrictions by medical. This included, lower bunk restriction, climbing stairs and sitting in upper tier of chowhall, which has stairs and floors are constantly wet and slippery, and weight restriction. And refused to replace prescribed knee braces.

4. This letter and accommodation resolution is still in use. And deny's the Plaintiff to beneficial services and devices (knee braces). Because of the momo and accommodation resolution I have been told I am not a member of the Montez ADA class. And do not have adisability, or entitled to any health care appliances that were once prescribed. And is in non-compliance with this Court's Order dated June 25, 2008. And recent Order dated December 22, 2008. And denys Plaintiff as a class member of Montez et al., and any future pleading in District Court/ 10th circuit also.

1.

5. The Plaintiff has been constantly harassed/retaliated and discriminated by Sgt. R. Dowling. Plaintiff has been threaten, he would have his job taken away. Plaintiff, is forced to climb stairs to work and eat in chowhall. And if he does follow orders, he is still wrong.

6. Plaintiff, was given a COPD write up for not sitting in lower tier of chowhall, by Sgt. Dowling. Plaintiff, was told he had to sit in upper tier as part of Montez et al., But according to the letter and Accommodation Resolution I have NO restriction and I am not a class member of Montez.

7. At present, I have an "motion for objection in Judge, Kane's court. Regarding the diabetis and vision claim. I believe that makes me still part of Montez et al. And that I still appeal rights.

8. I was found guity to day for refusing a direct order, which I was never given by Sgt Dowling. And was given a direct order I must sit in upper tier as part of Montez et al. By Capt. Serena. Who was denied as a witness in todays hearing.

9. Plaintif is now subjected to discrimination/harassment and retaliation by other officers here who don't believe in Montez law suit. And make it clear to several inmates who are class members.

10. Plaintiff is subjected to climbing stairs, living on second or third tier. climb into a higher bunk. And climbing stairs to work and eat. Because the Defendants refuse to acknowledge this Court's Order dated June 25, 2008.

Also, the Plaintiff would like to point out to this court. An error on page 9 of June 25, 2008 Order. Page 9, indicates a date of June 25, 2007. Which the hearing Officer at todays COPD hearing indicated this document as false. I will send a copy of that page with this motion. I am sure its just a clearical error. But DOC Hearing staff does not believe. I am also sending a copy of the August 31, 2007 Accommodation Resolution. To show your Honor, that DOC has not changed or recognized the June 25, 2008 or December 22, 2008 Court orders that Plaintiff has a Mobility impairment and is class member of Montez.

11. DOC and Medical Department <u>do not recognize Plaintiff's health care app-</u><u>liances as part of accommodations.</u> <u>I believe my knee braces are my most important</u> <u>need and only treatment ever given in 22 years of incarceration.</u>, for mobility claim and disability. I believe the Department of Corrections and medical conduct is discrimination for proper health care and denys the benefit of those programs.

WHEREFORE, the Plaintiff, Ronald Cordova, prays this Honorable Court issues its Order to Defendants and their counsel. That Plaintiff does have an active case in Federal court. And is a class member of Montez et al., and that the present accommodation Resolution is in non-compliance with all the Special Master's Orders regarding Mobility claim. And acknowledge all prior medical restrictions.

Date December 31, 2008

Respectfully

*Ronald Cordova*

Ronald Cordova, #57350
AVCF      Unit 4, P.O.Box 1000
Crowley, Co 81034

2.

Dear Judge J. Kane,

    I didn't send copies of the Exhibits I mention, page 9, and Accommodation Resolution, Because Law Library is Closed Holidays and can't get copies. So originals went To Special Masters

        Judge R. Borchers

    I had To hand Time All motion Took me forever, Cause I don't Type.