Case 1-92-cv-00870 EWN-OES Montez et. al case, open 2009
Judge Edward W. Nottingham, reassigning

#88805
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215-0300

Robert C. Garnett, Sr
P.O. Box 263
Crestone, CO 81131

Robert E. Quintano
#105549
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

Robert P. Fry
#110724
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

Ronald L. Cordova
#57350
AVCF
Arkansas Valley Correctional Facility
P O Box 1000
Crowley, CO 81034

Roy Jack Pollard
#94894
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

Santos Romero, Jr
#48563
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

Thomas T. Valdez
#68556
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Ulysses S. Grant
2420 Franklin Street
Denver, CO 80205

Now reference the initials to the Judge Christine M. Arguello. New Judge please

I nesito ayuda mi caso DOC prison Sterling abuso medical clinical cut lower bunk cut medicine, tengo problemas de mi diabetes, las piernas estan infectadas Me pico en la piernas una araña. Tengo mis piernas con manchas, se me fueron infectando. DOC staff medical problems my feet problems cut cream no help I need visit federal court see my legs problems. Infection. DM, stock misconduct No provide cream. Dr. Fortunato cut snack diabetes, cut cream feet help my please came after New Year 2009. Visit discretion confidential situation. DOC violate my release five time. See: parole not release.

Next parole 1-17-09 my six time parole. DOC violate my civil rights. Abuse loss good time abuse loss earn time. Staff DOC false copp. charges misconduct do. Staff loss good time earn time failure no provide have 9 years jail - plus 2 years earn time have 11-years include earn time plus 6-months good time
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 06 2009

GREGORY C. LANGHAM
           CLERK

Dr. Todo 9-years. plus 6-months sentence 12 years term
  2=years
 11 years

TAKE MAGAZINES PEOPLE SPANISH NEVER SIGNATURE GRIEVANCE
CM. NORRIS

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____ STEP (Circle One) 1  2  ③     ADA? Yes ☐  No ☐

NAME: Hector Martinez J.   DOC NO. 106871   FACILITY: Sterling

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: DATE 3-26-08 STO. JOHNSON MORE TIME ABUSED MISCONDUCT HARRASMENT HOSTIGUE IN PRISON STO JOHNSON BLACK MEN VARIOUS TIME NEGLIGENT TAKE MY PROPERTY MEDICINE PERMIT CREAM JERSEN FOR FEET DIABETES USE ABUSED OF PUNITIVE UP TAP 3# FLOOR CAUSE ACCIDENTS GUILTY JOHNSON STAFF MY FEET PROBLEMS STAFF NEGLIGENT NOT RETURN MEDICINES CELL CARS NO MORE RECIBY MEDICINE COMPLAINT DOC. STAFF JOHNSON TAKE PROPERY FOUND JOHNSON LAY ABUSE VARIOUS TIME GUILTY SAME TOGETHER STAFF UNIT 3 NEVER RETURN MAGAZINES EVIDENCE MY PROPERTY AND JONSON TROY AWAY TRASH MY I.D. CARD PAPER PICTURE DESTROY DATE 3-26-08 STO. JOHNSON TAKE MY BAG PROPERTY MY PEACE PARPEA LOTION. SOAP DEODORANT, TAKE DISAPEAR MY CREAM JERSEN ISAPEAR NEVER RESPONT MY MEDICINE, WORK TOGETHER JOHNSON CALL PHONO ACCORDING HARRASMENT HOSTIGUE. TAKE MY MEDICINES CARDS DECOMISE FOR NEVER INVOLVE DR. STAFF PRISON. DR. DENTAL NO CLEAN NEVER MY TEETH. JOHSON ISSUE MISCONDUCT ANY TIME LAST TIME PASS 7:30 AM CALL SCHOOL OUT STO. JOHNSON NEGLIGENT NO PROVIDE GREEN PASS AT TO 90 CLASS AM MORNING JOHNSON CALL MY TECHER MS. FOOD SHE SPEAK MARTINEZ HERE JOHNSON LOCKDOWN ALL DAY

DATE: 4-15-08   OFFENDER SIGNATURE: Hector Martinez Jimenez

DATE RECEIVED:   RESPONDING STAFF SIGNATURE & ID

RESPONSE: STO JOHNSON ABUSE VARIOUS TIME HAVE RECIBY FOR PAY MONEY CORRECTE PEOPLE MAGAZINE IS TRUE, NEVER CONTRABAND CHECK DOWN MY CELL TAKE MY PROPERTY EXCUSE HARRASMENT STAFF MISCONDUCT I NEED PAY DOC RETURN 6 MAGAZINES HAVE COPY OF RECIBY FOR PAY VIA MAIL ROOM STERLING. RECIBY COPY DIRECTOR MAIL WASHINGTON DC I NEED ORDER MAGAZINES PLEASE. SEND OFFICE MIAMI FLORIDA HAVE EVIDENCE SUFFICIENTLY PLEASE IFS GRIEVANCE RESOLUTION MY CLAIM.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # | |
|---|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | | |
| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # | RECEIVED |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | | |
| DATE: | OFFENDER SIGNATURE/ PRINT NAME & DOC # | JUL 2 2 2008 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Office of Correctional Legal Services

Attachment "A"
Page 1 of 1

c/o SALAS VALDEZ HARRASMENT APPOIMENT          NO ENT      Uhrich NO SIGNATU
MEDICO, 11 AM COUNT AFTER 12:30 PM     SEND KITE NEVER
                                       NOT TAKE GRIEVANCE    DC FORM 850-4A (10/04)
                                       SEND DIRECT COLORADO SPRINGS

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

Grievance Number _____   STEP (Circle One) 1 ②  3      ADA? Yes ☐  No ☐

NAME Hector Martinez J    DOC NO. 106871    FACILITY Sterling

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: DOC STAFF SALAS MORE TIME CAUSE PROBLEMS ISSUE MENACING ATTACK MEDICAL ROOM SPEAK OUT CLOSE CANCELE APPOIMENT MEDICO WEBSTER MORE MISCONDUCT MARTINEZ NEVER ACCEPT STAFF SALAS CHECK PAT DOWN ABUSE VARIOUS TIME MEXICAN PEOPLE ASK WEBSTER NOT MORE INTERPRETER FALSE RACISM. NO MORE APPOIMENT MORNING SHIP ASSAULT STAFF SALAS APROVECHE CAUSE TROUBO PROBLEMS IN PRISON. LAST TIME ABUSE BOAT STO, JOHNSON, AND SALAS VALDEZ. WACH DOOR USE OF BATROOM MEDICAL SERVICES NOT RESPECT APROVECHE STAFF MISCONDUCT EMPLOYERS OUT FOR LUCH 12:00 PM. SALAS CAUSE INJURE LAST TIME PUCH IN FROM WINDON CLINICA PA WEBSTER. WITNESS BLACK MEN SCARED SALAS CAUSE ACCIDENT. LAY FALSE REPORT COMPLAINT NURSIN, SALAS VALDEZ, MISCONDUCT TWO STAFF MORE EXCUSE OUT MY PANT SHORT I WACH MY PRIVATE PARTS NURSIN DESNUDE MY NO PERMIT WACH MY VARY NEVER MY CONSENTIMIENTO. STAFF COULD AND SALAS VALDEZ, NURSIN ABUSED PAIN, MY BAG SIDE VARY CAUSE FORCE SALAS VALDEZ PUCH MY NECK. HANDS TURN AROUN CAUSE HANS PRESION SCALFUD RESPONSABILITY SALAS VALDEZ AND TWO STAFF MORE NURSIN COMPLAINT HARRASMENT MISCONDUCT LAY FALSE DOC EMPLOYERS CAPTAIN HIATTER VIOLATE MY RIGHTS NO INVESTIGATE STAFF ASSAULT INMATE

DATE: 5-21-08    OFFENDER SIGNATURE Hector Martinez Jimenez

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID

RESPONSE: CASE MANAGERS. NEVER SIGNATURE GRIEVANCES, FIRST, NOT ENT MY SITUACION; HAVE DIABETES PROBLEMS NO REEMPLACE MY LAUDRY LIVE DURY CONDITION MY FEET PROBLEMS. SEND LAUDRY FORM EVIDENCE. NOT CHANGE BOOT COLOR COFFE NO PROVIDE NEVER. EMPLOYERS INVOLVE STAFF SALAS VALDEZ LAID REFERRED HOLE FALSE COPD. CHARGES. NOT MEDICINE IN HOLE FOR 13 DAYS HOLE NO ENT NEVER PROVIDE AFTER ACOUNT. AFTER 12-30 NOT ENT SALAS NO CALL KICHEN FOR BRING FOOD A CLINICAL SERVICES, RESPONSIBLE D.O.C EMPLOYERS

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/ PRINT NAME & DOC # |

RECEIVED
JUL 2 2 2008
Office of Correctional
Legal Services

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

6-2-08
Medical NURSIN harrasment hostigue
FAlse CORR. CLASS 3. EXTRA DURY
Never SIGNATURE GRIEVANCE
C.M. UNICH.

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number _____   STEP (Circle One) (1)  2   3   ADA? Yes ☐  No ☐

NAME: Hector Martinez J.   DOC NO. 106871   FACILITY: Sterling

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** VARIOUS TIME ABUSED NURSIN NAME RACHAEL CAUSE TROUBO PROBLEMS EVERY WEEK EVERY DAY DENIED MY MEDICINE INSULIN NO PROVIDE NEVER ISSUE EXCUSE OF TIME 4. PM. EXACTLY HERE WINDOW I NEED COMPLAINT NURSIN RACHAEL ORDER FOR TWO MORE NURSIN RACIS DISCRIMINATION. GUILTY CULPABLE MY LIFE IN PRISON NURSIN MRS. KATHY LOWELL HED ADMINISTRATION MRS. BEVERLY BOWELS MISCONDUCT RACISM DISCRIMINATION. NURSIN RACHAEL ABUSE MISCONDUCT 3 TIME NEGLIGENT ISSUE EXCUSE AND D.O.C STAFF SAME TOGETHER. MY COMPLAINT NEVER DENIED IN FEDERAL COURT, STATE PAY DAMAGES CAUSE NURSIN STAFF HARRASMENT HOSTIGUE. PUNITIVE CHARGES NURSIN ENTERED MY FAMILY OF INCIDENT DATE 6-2-08- MONDAY 4-05 MINUTES NURSINS NOT ALIKE HISPANIC PEOPLE EQUAL PROTECTION MEANS THAT PRISON OFFICIALS RE NOT SUPPOSED TO DISCRIMINATE AGAINST YOU ON THE BASIS OF YOUR RACE OR ANY OTHER ARBITRARY CATEGORY WITH RESPECT TO PRISON CONDITION COURT TO MAKE THE PRISON NO STATE SHALL DEPRIVE ANY PERSON OF LIFE LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITHIN ITS JURISDICTION THE EQUAL PROTECTION THE LAW

DATE: 6-2-08   OFFENDER SIGNATURE: Hector Martinez Jimenez

DATE RECEIVED: _____   RESPONDING STAFF SIGNATURE & ID: _____

**RESPONSE:** Abuece chief comander captain hottman not listen first explain why happen C/O staff no open door Unit 3 for out medline visit open 3 doors A-B-C nursin harrasment hostigue. She speak 4 pm. Here window medline she abused misconduct callphono chief comander to go office chief comander silence, speak sharp verbal abuse chief comander speak a nursin writing copp charges class 3 extra dury abused D.O.C nursin cause problems she prenant simtime good caracter, she moleste inmates speak medline she mind. Martinez no speak more time nursin laid two captain scott. misconduct referre to hole for staff salas valdez misconduct callphono false copp. charges. misconduct staff no ear no liste martinez situation never martinez jimenez cause problems, have diabetes my kite only for medications

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/ PRINT NAME & DOC # |

RECEIVED  JUL 2 2 2008

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Office of Correctional Legal Services

Attachment "A"
Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00834-ZLW

HECTOR MARTINEZ JIMENEZ,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,
CODOC MR. MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2008

GREGORY C. LANGHAM
CLERK

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on *August 15*, 2008, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant. *MISCONDUCT JUDGES SAME TOGETHER. DEFENDANTS COLORADO PEOPLES WRONGFULLY*

DATED at Denver, Colorado, this *15th* day of *August*, 2008.

FOR THE COURT,

GREGORY C. LANGHAM, Clerk

By: *[signature]*
    Deputy Clerk

*I NEED SEND MOTIONS*
*1. 2254 USC*
*2. 2244-(b)*
*3) 28 USC 1631. AND*
*4. 1983 USC. FOUR MOTIONS*
*I NEED YOU RESPONSIBLE CLERK NO PROVIDE MOTIONS LAST YEAR FOR DISMISSED. SEND RULES WHY COURT I NEED NO HAVE ACCESS LAW LIBRARY COMPLAINT STATE PRISON.*

**MARTINEZJIMENEZ HECTOR**  **106871**
**Unit: SCF/UNIT04**
11/24/2008    Expires: 6/16/2009    Week:    6  Day: 1
**HS SNACK   SDB : STANDARD DIAB.W/HS SNK**

3 - SNACK DOC DENIED COT

| | | |
|---|---|---|
| BREAD OR TORTILLA OR | TWO SNACK | 2 SL/EA |
| CRACKERS | ONLY ONE SNACK | 6 SQ OR .5C |
| MEAT OR CHEESE OR FISH | | 2 OZ |
| OR P'NUT BUTTER | Reciby | 2 TB |
| FRUIT-FRESH OR CANNED | | 1 PC/.5CUP |
| SALAD DRSG/JELLY | MISCONDUE | 1 PKG/1TSF |

DR. CHAMJOCK BLACK MEN
MISCONDUCT COT SNACK.