| Court Address:<br>US DISTRICT COURT   901-19th street<br>Denver, Co 80202 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JAN 0 9 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
|---|---|
| JESSE MONTEZ , ET AL<br>Plaintiff,<br><br>v.<br><br>BILL OWENS, ET AL<br>Defendant(s). | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit 86530<br>Claim no 03-129<br>P.O.BOX 392005,Denver, Co 80239 | Case No.: 92-cv 00870<br>and 96 cv 343<br>Div/Ctrm: |
| AFFIDAVIT FOR ENTRY OF DEFAULT JUDGMENT & REQUEST FOR ENTRY OF DEFAULT JUDGMENT, DEFENDANTS ARE NOT IN MILIATARY SERVICE ||

   Comes Now, Jill Coit,pro se, plaintiff in the above captioned case and does hereby swears that the information below is true and correct to the best of her knowledge.
1. Coit filed with this court on August 28, 2008 pleading entitled,"Denial of Hearing Aid Batteries that Work and Refusal to Repair Hearing Aids."
2. The Court ordered that defendants respond <u>on or before</u> december 1, 2008.
3. Defendants asked the Court for enlargement of time <u>till</u> December 15, 2008 and the Court granted this request.
4. It is now January 7, 2009 and defendant have still not responded to court order to respond nor have they asked for additional enlargement of time.
5. Defendanta are in violation of Rule 55 and Rule 12.
6. Defendants in their "Defendants' Motion For Enlargment of Time to File Response to Claimant's "Denial of Hearing Aids Batteries That  Work & Refusal to Repair Hearing Aids'Claim that under no . 5 Plaintiff is incarcerated and that they are <u>unable</u> to confer with her pursuant to DC Colo L.Civ R 7.1 (A). Coit does not <u>know</u> what 7.1(A) is because she is not allowed to use the law library <u>magification sheet</u> because according to CAthie Holst being totally blind in the left eye and having only 35 to 40% vision loss in the right eye does not qualify her as being allowed to use the magnification. DWCF/CDOC refuses to all Coit to have the glasses ordered by Denver Health  Ophthmalogy Specialist and Coit can not see or read normal size print. Coit vision loss occured beginning in January 2006 through a series of Strokes and Tia's. But Holst will not accommodate her vision impairment. so she does not have a way to read law books or case cites.

※ Coit is available by phone any time between case manager hours of 8AM to 5 PM or in person during the same time period. Defendants know this, they have spoken to Coit on the phone many times. Monday through Fridays, case manager Mr. De Priest is available for conference calls.

Page

7. Defendants response to number 2 is also a joke, Coit enclosed all hearing aid information in medical file . The most important document that shows defendants deliberate indifference and just plain malace is Their own insurance Company Physicians Health Partners document dated 2-13-06, that is correct 2006. It authorizes # 1260706 for Evaluation and REPAIR of hearing aids. There is no excuse for DWCF/Defendants not to repair her hearing aids for more than two years. ex 1

8. Coit did not object to defendants request for enlargement of time but since defendants have ignored this court's Order to respond and it has been more than 120 days since defendant were served, that is adequate time for them to have responded.

9. In 3-1-04 defendants did a hearing screening and Dr. Razzaghi wore, "HEARING IS GOOD WITH HEARING AIDS." ex 2
How much clearer can it be? Coit can hear with hearing aids. Defendants keep playing games and having other doc doctors try to say Coit does not need hearing aids but coit has been wearing hearing aids for 20 years prior to incarceration. In fact the hearing aids Coit has now are the hearing aids she had when she was incarcerated.
Began
Coit did not begin wearing hearing aid in the inticipation that she would someday be incarcerated, she wears hearing aids because she can not hear with background noise and the only place there is not background noise is in the 8 by 8 feet cubicle doctor office of DWCF.

10 Defendants are not in the miliatary .

11. Defendants have failed to defend or plead their refusing to repair Coit's hearing aids and to provide long lasting batteries,

12. Coit has tried unsuccessfully to get her hearing aids repaired and batteries that are long lasting. If you look at other inmates records on getting batteries you will see that their batteries last not more than one week. Coit was given batteries that did not work to start with.
For Hearing aids and provide long lasting Batteries
Coit does not know how to place a dollar value on defendants knowingly, willfully and with malace or just plain deliberate indifference to Coit not being able to hear when they had knowledge and even permission to be covered by insurance company by refuse to reapir her hearing aids.
  I think a dollar a day would be fair and appropriate. Defendants are not allowed to contest this since they did not present their response in time but can only contest the dollar amount. This is a reasonable amount, time begins from 2-13-06 to date of check issued.  exhibit A.
Certificate of mailing:   Zee Coit
I swear the above is true and correct under the penality of perjury., placed in us mail, postage paid to US DIstrict Court and Darleen Hill, AG office John Southers-Jenifer Huss.
dated January 7th, 2009.       1-7-09

J M Coit

Typed by TH for Coit

PHYSICIAN HEALTH PARTNERS
1515 Arapahoe St., Suite #300, Tower 1
Denver, CO 80202

UTILIZATION REVIEW
Phone: (866) 362-1374
Fax:     (866) 362-1375

Reference #: 1302259
Plan Identifier: There are no Plan Identifiers for this Referral.

| | | | |
|---|---|---|---|
| IPA: | CDC | Date: | 08/01/2006 |
| Elective ✓ | Urgent | | |
| Patient Name: | JILL COIT | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 86530 |
| DOB: | 06/11/1944 | Group: | 4P |
| Address: | CDOCDENVER WOMENS CORRECTION CANON CITY, CO 81212 | PCP Name: | DENVER WOMENS CORRECTIONAL FA( |
| | | PCP Phone: | (303)371-4804 |
| Phone: | | Security: | CLOSE |
| Priority: | 1 MONTH | | |
| Doc Appt #: | 77657 | | |
| Requesting: | DENVER WOMENS CORRECTIONAL FACILITY | Referred To: | COLORADO MENTAL HEALTH INSTITUT |
| Phone: | (303)371-4804 | Phone: | (719)546-4381 |
| Fax: | (303)307-2607 | Fax: | (719)546-4472 |
| Contact: | DR. POLLACK | Facility: | |

If this is not a PCP, has the PCP approval been obtained?
Yes ✓   No

The following are for Surgical Requests Only
Surgical Assist: N
Anesthesiologist:

Request Type:  OFFICE VISIT - AUDIOLOGY
ICD-9 Code Diagnosis:
        389    HEARING LOSS

T/Procedure or Services:                          Request DOS:

Past Treatments/Comments:                         EXHIBIT #3
SEE NOTES. SL

Authorization Status: Pended
Reviewed by: SLamantia, U.R. SPECIALIST

Notification Date: 08/02/2006
Surgical Assist:
Admit Date:
Discharge Date:

Approved From:
Approved To:
Approved Units:

Approved LOS:
F/U Days:

Approval Specifications/Comments:
PLEASE FAX ATTENTION TO SUNSIRAY WE SHOW NO PREVIOUS APPROVAL IN OUR SYSTEM FOR A MAINTENANCE CONSULT FOR HEARING AIDS. SEND SUBJECTIVE & OBJECTIVE INFORMATION. WAS AN EXAM DONE? SEND ADDITIONAL INFO. TO FAX# 866-362-1375 BY 9/2/06. THANKS.

AUTH #260706
FOR EVAL + REPAIR
02-13-06

AUG 0 3 2006

Dr. N Pollack, Phys II #34790
DWCF Clinical Services

FIND CHART
FOR
DR. POLLACK

This referral is not a guarantee of payment. Coverage will be determined based on medical necessity, eligibility, policy provisions and availability of remaining benefits at the time of service.

# HEARING SCREENING

PATIENT NAME __Coit, Jill__

DOC # __86530__  DATE __3/16/04__

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication? Yes (No) (Circle one)

   Is the impairment so severe that he/she cannot hear an emergency warning? Yes (No) (Circle one)

   Does the patient wear hearing aid(s)? (Yes) No (Circle one)
   Is the patient completely deaf in both ears? Yes (No) (Circle one)
   If not, is the patient completely deaf in one ear? Yes (No) (Circle one)

2. Are there any other problems which would interfere with the patient's hearing? Yes   No
   If yes, what? __Background noise decreases hearing ability status cannot hear through regular phone without amplification__

   *If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause? __History of Tympanic Membrane rupture as teenager, born with. Had tympanoplasty. Also history of Meniere's disease. Last Audio ~ 4 yrs ago.__

3. Does the patient understand and use sign language? If so, which? __Hearing good with hearing aids. Doesn't use it now, had one course of sign language (American).__

4. Is the patient English speaking? __Yes__

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

Signature & Title __[signature] NP__

EXHIBIT __4__

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

FOLLOW-UP
Page 1 of 1

Entered By: MARTINEZ-HOCHBERG, YVETTE M
Printed at: 06/27/2008 09:01:56
Encounter#: 1705181 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

### SUBJECTIVE

Active Medication(s): ASPIRIN CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 10/7/08***; CHLOR-TRIMETON 4MG - ONE TABLET TWICE DAILY AS NEEDED; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; LIORESAL - 10 MG - ONE TABLET TWICE DAILY PRN FOR HIP PAIN; OYST-CAL-D - 500MG/200 IU - ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; PREMARIN VAG CR - .625MG/GM - VAGINALLY 1/2 APP FULL 2 X WEEKLY FOR VAG ATROHPY.; SINEQUAN - 25 MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

dme referral fro replacement of leg brace.
pt w/ referral to urology pending
pt w/ ophthomolgy pending

back problem persists-awaiting medical shoes
ortho appt

seen by podiatry -was seen interim by ortho and will see podiatry back

hands-needs separate ortho eval for this
pt declines injection-did in past w/o help- mid 1990's wears bilateral spica splints and wrist hurt all the time, removes braces only when eats. but wears them all other times right > left pain

### OBJECTIVE

msk base of right and left thumbs tender on palpation, base of right thumb with edema today, unable to do thumb to finger touch right > left, unable to close or make fist completely, flexion wrist 35 degrees and extension 45 degrees, left 45 degrees flexion and extension, pulses 4/4, right forearm atrophy vs left, sensory intact

### ASSESSMENT

599.7 - HEMATURIA
377.75 - D/O VISL CORTXW/CORTICAL BLINDNESS
959.6 - INJURY OTHER&UNSPECIFIED HIP&THIGH
727.00 - 727.00 - UNSPECIFIED SYNOVITIS&TENOSYNOVITIS - H/O OF DEQUERVAN'S-feel condition is worsened due to prolonged immobility in splints
99214 - OFFICE/OUTPATIENT VISIT, EST

---

Temperature: 98.3   Pulse: 85   Weight:
Respiratory: 20   BP: 110 / 60
Vitals Taken: PULSE OXSYM=96.00;

### PLANS / ORDERS

Allergies: PENICILLIN G

ortho referral

bilateral hand, thumb x-ray 6/30/08

await urology appt

f/u a

EXHIBIT 5

recommend rom exercises for hands under warm water bid to decrease problems due to chronic braces and decreased mobility issues of wrists

recommend no typing or writing

Outside Consultation#: 102520 - Level: 1 MONTH - Request: ORTHOPEDIC - Location: DENVER HEALTH

Medical Housing Restrictions: Added: OTHR EQUIP - pt should not type or write except for signing;

Datetime: 06/27/2008 08:27
Providers: MARTINEZ-HOCHBE, YVETT

PA/NP/RD _____ PHYSICIAN _____ NURSE _____

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

Encounter#: 1224860 @ DW

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

Temperature: ___ Pulse: ___ Weight: ___
Respiratory: ___ BP: ___ / ___

**PLANS / ORDERS**
Allergies: PENICILLIN G

Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

**OBJECTIVE**
Jill was here for several items.
1. Had injured her back on Sundsy—she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirlie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Ok given for shower shoes and bre extension.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

ok for her to use computer-voice activiated program due to hand deformity and arthriis.

**ASSESSMENT**
V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternat Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY—FOLLOW DIRECTIONS.

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

Datetime: 06/27/2006 13:07     Providers: NOLA, NANCY D

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 06/27/2006 13:07     Provider: NOLA, NANCY D     DateTime

# Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Run Date: 04/25/2008 12:14
REQUESTED

Appt#: 99906

| | | |
|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 04/25/2008 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: MARTINEZ-HOCHBE, YVETTE M, | SDD: 03/16/3004 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: ACTION POTENTIA | Appt Dt: | Specialist: | DH #: 2098863 |

### Diagnosis and requested evaluation or care:

1. CLINICAL INFORMATION: 61 y/o female with persistent thumb and wrist pain, x-rays, osteoarthritis, on examination motor 3/5 unable to grasp fully due to wrist and thumb pain, suspect chronic tendon sprain s/p injury-thumbs pulled back during an assault-works in graphic design in prison and affects her work. Hurts to write.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life w/o parole
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: will improve mobility-pt uses a cane-tried the orthoclast braces her in clinic but were too bulky, she has older set of braces which she was given but no longer given through DOC due to security-metal plates removed
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: no
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: orthoclast braces were not feasible as offender uses cane -not a compliant material
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: pain in wrists and thumbs
9. RISK AND/OR COST BENEFIT: increase stability and decrease wrist pain with cane use-uses cane for chronic knee injur

### ICD

| Code | Description |
|---|---|
| V68.01 | DISABILITY EXAMINATION |
| 702.19 | OTHER SEBORRHEIC KERATOSIS |
| 735.4 | OTHER HAMMER TOE |

### CPT

| | |
|---|---|

| Provider Signature: | *Electronically Signed* | Date: 04/25/2008 12:14 |
|---|---|---|
| Provider Name: | MARTINEZ-HOCHBE, YVETTE M, MD | ymmartin |

EXHIBIT 8

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

INDEX OF EXHIBITS

1. Order of Special Master dated Dec11,2008 giving defendants until Dec 15, 2008 to file response on Denial of HearingAidBatteries that work and Refusal to Repair Hearing Aids.
2. Defendants Motion for Enlargement of Time to file response dated November 26,2008 on Plaintiff August 28, 2008 filing.
3. Physician Health Partners insurance authorization, authorizing defendants to Eval and Repair Plaintiff's hearing aids # authorization number 1260706 dated 2-13-06.
4. Denver Women's Correctional Facility Hearing Screening dated 3-16-2004 by DWCF physician Dr. Razzaghi stating," Hearing good with hearing aids."
5. DWCF health record by dr. Martinez dated 6-27-08 stating," Recommend no typing or writing and pt should not type or write except for signing.
6. Orthopedic Patient Notes dated 6-12-08 stating," I recommed that she continues heat packs to her wrists and would use speech recognizing program for typing instead of her hands on keyboard. This was documented in her facility file.
7. Medical report (DWCF) dated 6-27-06, stating," Ok for her to use computer -voice activated program due to hand deformity and arthritis."
(Montez states disability must be for longer than 6 months).
8. DWCF-Colorado Department Consultation Report Form-dated 4-25-2008 stating," 61 y/o female with persistent thumb and wrist pain,X-rays , osteoarthritis,on examination 3/5 unable to grasp fully due to wrist and thumb pain, suspect chronic tendon sprain s/p injury-thumbs pulled back during an assault-works in graphic design in prison and affects her work. Hurts to write.
9. Denver Health Orthopedic dated 9-3-99 diagnosist, "DeQuusanan's synovites."
10. Colorado Department of Corrections Consultation Report Form dated 10-31-2006 stating "62 yoF whose chronic carpal tunnel syndrome and probably basiler joint arthritis render her R (dominate) had very limited functionally..."
11. See number two above, stating"Msk base of right and left thumbs tender on palpation, base of right thumb with edema today, unable to do thumb to finger touch right greater left unable to close or make fist completely, flexion wrist 35 degrees and extension 45 degrees left 45 degress flexion and extension pulses 4/4 right forearm atrophy vs left, sensory intact."
12. Final Order of Special Master page 5 "..claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working ang perhaps performing manual tasks" 2005
13. Page 22 Montez Remedial Plan XVII-Library equipment "Electronic equipment, such as auto equipment, tape player, and computers will be available for use and when appropriate, to be checked out in the general library and other areas where appropriate, for use by inmates with disabilities. "

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Defendants' motion for enlargement of time. The motion is appropriate and will be granted.

IT IS HEREBY ORDERED that Defendants are granted up to and including **December 15, 2008** in which to file a response to the August 28, 2008 pleading of Claimant.

SIGNED this 1st day of December, 2008.

BY THE COURT:

By: _____
Richard M. Borchers
Special Master

EXHIBIT 1

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 16th day of December, 2008 to the following:

Ms. Jill Coit
#86530
DWCF
P.O. Box 392005
Denver, CO 80239

Ms. Jennifer Huss
Assistant Attorney General
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

*/s/ Judy Clui*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-129
Claimant: Jill Coit, # 86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO CLAIMANT'S "DENIAL OF HEARING AID BATTERIES THAT WORK AND REFUSAL TO REPAIR HEARING AIDS"

Defendants, through the Colorado Attorney General, respectfully request additional time to file a response to Claimant's "Denial of Hearing Aid Batteries that Work and Refusal to Repair Hearing Aids."

1. Pursuant to the Order of Special Master, dated November 7, 2008, a response to Claimant's August 28, 2008 pleading entitled, "Denial of Hearing Aid Batteries that Work and Refusal to Repair Hearing Aids," is currently due on or before December 1, 2008.

EXHIBIT 2

1

2. Undersigned counsel is currently conducting an investigation regarding the new claims asserted by Claimant related to CDOC's alleged failure to issue her batteries for her hearing aids.

3. Part of the investigation involves a review of Claimant's extensive medical files by CDOC's Chief Medical Officer, Paula Frantz, M.D. This has taken more time than expected due to Dr. Frantz's schedule, as well as the Thanksgiving holiday, which has resulted in decreased staff at the Denver Women's Correctional Facility.

4. Accordingly, Defendants request that they be granted until December 15, 2008 to file a response.

5. Because Plaintiff is currently incarcerated, undersigned counsel was unable to confer with her pursuant to D.C.COLO.LCivR 7.1(A).

WHEREFORE, Defendants respectfully request that they be granted until December 15, 2008 to file a response to Coit's August 28, 2008 pleading.

Respectfully submitted this 26th day of November, 2008.

JOHN W. SUTHERS
Attorney General

s/ Jennifer S. Huss
JENNIFER S. HUSS
Assistant Attorney General
Civil Litigation & Employment Law Section
Corrections Unit
Attorney for Defendants
1525 Sherman St., 7th Floor
Denver, CO 80203
(303) 866-4472
(303) 866-5443 fax

2

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the following DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO CLAIMANT'S "DENIAL OF HEARING AID BATTERIES THAT WORK AND REFUSAL TO REPAIR HEARING AIDS" upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 26th day of November, 2008 addressed as follows:

Jill Coit, # 86530
Denver Women's Correctional Facility
P.O. Box 392005
Denver, CO 80239

*Courtesy Copy by E-mail:*
Cathie Holst, CDOC
James Falk, DWCF

s/ Darlene Hill
Darlene Hill

3