**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 09, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Raymond Arthur Price
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777
#66072

**RE:**   08-1049, Montez v. Owens, et al.,, et al
Dist/Ag docket: 1:92-cv-00870-EWN-OES

Dear Appellant:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Patricia Bellac
Paula Dee Greisen
Jennifer Susan Huss
Robert Charles Huss
Elizabeth H. McCann
James X. Quinn
Edward T. Ramey
Jennifer Wardner Riddle
Jennifer L. Veiga

EAS/sds