Judge, John Kane
United States Dictrict Court
901 19th Street
Denver, Co 80294

92-cv-00870-BNN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2009

GREGORY C. LANGHAM
_____ CLERK

Dear Judge,

    I am writing and sending you a copy of the letter I sent to the ADA Montez et al class attorney Paula Greisen. Regarding harassment/retaliation and discrimination by Sgt Dowling. And there are other officers who constantly bring up there conduct, its because of Montez.

I have wrote or filed Motions with the Special Master, Judge. R. Borchers. And I'm not sure if that was the right court to file with since you are reviewing my claims. Special Master, granted on the mobility claim. The others were denied. But I wanted to send a copy of the letter I sent Paula Griesen to let you know. What I been going through, everyday its just about retaliation. The defendants do not recognize the special master's court orders, after two hearings.

Also, I wanted to ask if I can send an adendum to my recent objection of the special Master's denied claims doe diabetis and vision claim. I believe all the harassment and retaliation is in "Non-compliances with Remedial Plan of August 27, 2003.

Thank you for your time.

January 8, 2009

Respectfully

Ronald Cordova
Ronald Cordova, #57350
AVCF    Unit 4
P.O.Box 1000
Crowley, Co 81034

Paula Greisen, LLP
King & Greisen, LLP
1670 York Street
Denver, Co 80206

Dear Ms. Greisen,

    I am writing to you in accordance to the last responses by Defendants-counsel and the Special Master. If I don't get an answer, I may write directly to Judge J. Kane. Or back to the Special Master.(XXXVI) Miscellaneous Provisions of the Remedial Plan. Because I believe the Defendants are not in compliance with the August 27, 2003 Remedial Plan.

According to the Remedial Plan, under policy I, page 1: in pertinent part;

    It is the policy of Colorado Department of Corrections to provide inmates with disabilities, with or without reasonable accommodations, access to its programs and services ... No qualified inmate with a disability, as defined in Title 42 of the United States Code, section 12102 shall, because of that disability, be excluded from participation in or denied the benefits of services, ... or be subjected to discrimination.

Under the following section: II ADA Inmate Coordinator, second paragraph: states in pertinent part:

    ..."After an inmate has been identified as an inmate with a disability under this plan, a copy of the Inmate Verification Form shall be forwarde to the AIC.

My question Ms. Greisen, who sends the inmate verification form? And why have I not received this form. According to the Special Master's Order June 25, 2008. The Judge, Borchers concluded I am Mobility impaired. The other claims for diabetis and vision claims. I have objected to Judge, Kane. Also, why the Defendants have not complied to the Special Master's Order.

The Defendants through AIC office and Dr. Frantz, have sent me a Accommodation Resolution. I got this on about April of 2008. It was signed in August of 2007. I had two hearing at this Facility early in the year. But this accommodation resolution does not comply to the court's order. It states: " I have "NO" disabilities. Or, determined by Chief Medical Officer that: "you do not have a qualifying MOBILITY OR VISION disability pursuant to American with disabilities Rehabilitaion Act, therefore you are not entitled to accommondations.

They can't reverse prescribed treatment, knee braces that have helped me.

Because of this outdated resolution, and or, void document. I was found guilty of a COPD write-up for sitting in the handicapped area. Which, I was told to sit in, by Capt. Serena. This is all in violation of the Remedial Plan, that is suppose to stop discrimination. I have been denied the benefits of services other inmates with disabilities have. Or that are mobility impaired same as me.

(DOC and Medical is not in compliance with the August 27, 2003 Remedial Plan in several areas of Plan, and the recent Stipulations of April, 2008)

1.

After two hearings of facts and eveidence presented from both sides. Judge, Richard Borchers, issued his Order. He concluded the Plaintiff had trouble walking. And determined it to be a major activity of daily life. And concluded me to be mobility impaired.

My disability will never improve, not in six months or ever. I have been denied surgery, follow-up care that was promised. I have pain, and never know when my knee will pop-out. Just this last year, in November. On about 11-8-08 my right knee pop-out. I had to initiate a med-kite. I was seen by P.A. Ted Laurence. He denied me treatment and said it was his policy not to see those who file law suits against him. I filed a grievance regarding his deliberate indifference.

I thought after the Judge or Special Master's decision, the discrimination would stop. But its gotten worse. There is a Sgt. R. Dowling, who has constantly harassed me. In my job, made threats, and denied me going to diabetis line for finger sticks. Also, there is another Sgt. Jones, who constantly threaten's me for not standing up for counts. I do stand up, when I see the office coming or when they get to are unit. He demands that we stand up when count is announced. We never know how long after it is announced that the officers will come by. It could be a few minuts or 45 minuts. I can't stand that long in one place. I must move or its painful.

Now, I don't know if the Defendants can object to the Special Master's Order of June 25, 2008. Because in the Order it does not say, if you know otherwise. Please tell me. I believe the Judge's decision is binding after the hearings. But I am not sure or positive. And if I am wrong, like I say please let me know.

I hope you will answer, give me a reason why I have not been given a "Inmate Verification Form" to prove the accommodation resolution is not worth the paper its written on and why Defendants are not in compliances with the Court's Order. Also, I believe the health care appliances I have been prescribed are my accommdations. As a matter of fact, the health care appliances are the only treatment I have been given in 22 years for my knees or injuries. I think my knee braces, fall under assitive devices. Page 4 of Remedial Plan 1. permanent Mobility Impairments. I will send a copy of this letter to the Special master, to let him know of the ongoing problems or non compliance with Remedial Plan.

Also, I wanted to tell you about the COPD Hearing, according to the hearing Officers. I was found guilty because of the August 31, 2007 Accommodation Resolution. And that medical said because of that resolution I had no restrictions medically or accommodation. A few days later I had a chronic care appointment in medical, I asked Dr. Aasen why He removed my medical restrictions. He pulled up on his computer my name and said, "your medical restrictions are still active and can't be removed. According to Lt. Parker, at the COPD hearing he called Dr. Aasen, and was told I had no restrictions or accommodation. DR. AASEN TOLD ME HE NEVER TALKED WITH ANY ONE ON DECEMBER 29, 2008 AND TOLD THEM I had NO RESTRICTIONS OR ACCOMMODATIONS.

According to Dr. Aasen, Lt Parker lied. and I was found guilty for sitting in a handicapped place., and denied the benefits of services. Thank you for your time.

January 4, 2009

Respectfully
Ronald Cordova, 57350