

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Michael N. Collins DOC #101210, Colorado State Correctional Facility
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002   12/12/08
Civil Action No. 92-cv-00870-CMA   JESSE M. [illegible] VS. BILL OWENS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

"777.000"

GREGORY C. LANGHAM
JAN 12 2009
U.S. DISTRICT COURT
DENVER, COLORADO

CLERK

DEAR JUDGE CHRISTINE M. ARGUELLO: CONGRATULATIONS OR CONDOL-
ANCES FOR GREGORY'S LANGHAM'S ON THE MONTEZ-VS-OWEN'S CLASS ACTION
CIVIL LAW SUIT. THIS IS NOW AN "ANGUISHED CRY" FOR "JUSTICE"; FOR "REAL"
"TANGIBLE" "JUSTICE" FROM MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY
COLORADO
OVER THE CLAIMANTS NOW "10" YEARS OF IMPRISONMENT WITHIN THE
DOC "BELLY OF THE BEAST" HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST
BUT "RUTHLESSLY" SADISTICALLY" RETALIATED" AGAINST "ON-GOING" (AGAINST
TEAM) FOR HIS "MANY" MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQ-
UITABLE REMEDIES; FOR HIS "VERY" ACTIVE & DILIGENT PARTICIPATION IN THE
LIES, DENIES & DELAYS
MONTEZ-VS-OWENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC,
HOWEVER, "ALL FLOWS" FROM THE WRONGFUL CONVICTION (A GRAVE MIS CAR-
(000055)
RIAGE OF JUSTICE) OF MICHAEL N. COLLINS ON CASE NO. 1997 CR 1
IN DOUGLAS COUNTY, COLORADO, ON 03/04/99. IN "GREAT" ANGUISHED
TORMENT" THE "ENTIRE" COLLINS FAMILY (FATHER MICHAEL, MOTHER
KAREN; SONS JARED, JACK & JOHN; DAUGHTERS CHRISTINE, LAURA, &
JEANETTE) NOW "CRY OUT TO YOU" JUDGE CHRISTINE M. ARGUELLO, FOR
JUSTICE" FOR "REAL" "TANGIBLE" JUSTICE" JUDGE ARGUELLO, YOU NOT ONLY GREW
UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS BUT YOU ACTUALLY LIVED
ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR
FAMILY'S "TIME OF TRIAL". THE LAST "10" YEARS HAVE BEEN OUR FAMILY'S
TIME OF TRIAL"; OUR COLLINS FAMILY IS COMMONLY ENDURED FAMILY HOLO-
CAUST": JUDGE CHRISTINE ARGUELLO, YOU BELIEVE THAT YOUR BACKGROUND
WILL MAKE YOU MORE UNDERSTANDING & EMPATHETIC TO THE "COMMON MAN."
I AM THE "COMMON MAN", OUR FAMILY IS THE "COMMON FAMILY", WHOSE TIME
OF TRIAL" HAS MADE THE "BILL" OF US UNCOMMONLY RESOLVED OF STEEL STEADFA-
ED PURPOSE IN OUR DESIRE & MOTIVATION TO NOW FIGHT THE GOOD FIGHT."
THE "ONLY" INVESTIGATOR EVER ASSIGNED TO THE COLLINS CASE "BY THE DOUG-
LAS COUNTY SHERIFF'S OFFICE WAS THE NEFARIOUS INVESTIGATOR WILLIAM RUBERT,
WHO STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE TO GET WHAT HE
WANTED: THE COERCED TESTIMONIES, "THE TOLD WHAT TO SAY & HOW TO SAY IT
BY HIM COERCED TESTIMONIES OF "ALL" OF THE COLLINS FAMILY BUT IN PARTICU-
L THE COERCED TESTIMONIES OF THE COLLINS DAUGHTERS, AS A RESULT OF
THERAPY & COUNSELING" TO "BREAK DOWN BARRIERS" AND IMAGES OF WHAT

NEVER EVEN HEARD OF! IT'S LIKE HAVING A HUGE, LARGE, WESTERN STYLE BELT BUCKLE THAT EVERYBODY HAD BEEN COMPLAINING WITH "ERRECTIONS", THAT'S IT?!?!? A MANS LIFE DESTROYED OVER A BELT BUCKLE!

IMMEDIATELY PRIOR TO THE COLLINS FAMILY TRIAL, INVESTIGATOR WILLIAM RUPPART PERJURED HIMSELF "BIG TIME" DURING THE "VERY" HIGH PROFILE" JAMES GRAVES MURDER TRIAL, WHICH LEAD TO AN ACQUITAL. AS A DIRECT RESULT, THE NEFARIOUS INVESTIGATOR RUPPART WAS REDUCED IN RANK TO ONLY A CORPORAL TAKEN "OFF OF THE STREETS" & ASSIGNED TO THE DOUGLAS COUNTY JAIL. THE NEFARIOUS RUPPART HAD A LONG HISTORY "OF FABRICATING & MANUFACTURING" TESTIMONIES & EVIDENCE. A DIRTY COP", A BELT BUCKLE. THAT'S IT?!?! A MAN'S LIFE DESTROYED, A FAMILY TORN APART OVER A DIRTY COP, A BELT BUCKLE!!!

JUDGE CHRISTINE M. ARGUELLO, THE WHOLE, ENTIRE, & COMPLETE COLLINS (FATHER MICHAEL, & MOTHER KAREN; SONS JARED, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW ALL "CRY OUT TO YOU FOR "JUSTICE", FOR REAL & TANGIBLE JUSTICE (BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS & ADVOCATES (SEE THE ENCLOSED AFFIDAVITS & STATEMENTS) JUSTICE WILL FINALLY PREVAIL FOR THE WHOLE, ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY ALL "OF THE COLLINS DAUGHTERS ARE "VERY" MUCH" DEATHLY AFRAID" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. JUDGE ARGUELLO, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOMEKIND OF LEGAL PROCEEDINGS, "OUTSIDE" OF DOUGLAS COUNTY, & "WITHIN" YOUR U.S. DISTRICT COURT TO "GET ASIDE & THROW OUT" THE "WRONGFUL", THE "DESECRATED" CONVICTIONS OF MICHAEL N. COLLINS, WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL" "COERCED, INTIMIDATED, & MENACED, BUT IN PARTICULAR & ESPECIALLY" THE COLLINS DAUGHTERS BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART. TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE" OF DOUGLAS COUNTY & WITHIN A U.S. FEDERAL COURT.

JUDGE CHRISTINE M. ARGUELLO, THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR & OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED, BY A NEFARIOUS PROSECUTION, STOOPING TO ANY TACTIC NO MATTER HOW LOW & DISPICABLE TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE ARGUELLO, I AM THE "COMMON MAN"; OURS' IS THE "COMMON FAMILY". MAKE RIGHT WHAT IS SO WRONG. IF NOT YOU, WHO? IF NOT NOW, WHEN? IF NOT JUSTICE, IN JUSTICE?! JUDGE ARGUELLO, MAKE JUSTICE NOW PREVAIL!!!

Respectfully, Michael N. Collins

Michael N. Collins Doc#101218, Colorado Territorial Corr. Fac. Page (1 of 22)
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002   (11/29/08)
Civil Action No. 92-cv-00870-CMA JESSE MONTEZ-vs-BILL OWENS

<u>LEGAL BRIEF & FINDINGS OF 11/09/08, SUBMITTED BY MICHAEL N. COLLINS</u>

DEAR JUDGE CHRISTINE M. ARGUELLO: CONGRATULATIONS OR CONDO-
LENCES FOR BEING ASSIGNED NOW THE MONTEZ-VS-OWENS CLASS
ACTION CIVIL LAW SUIT. THE CLAIMANT HAS SUBMITTED "many's" OBJECTIONS,
PLEADINGS, MOTIONS, APPEALS ARGUMENTS, NOTICES TO CEASE & DESIST & &
SO ON TO SPECIAL MASTER RICHARD M. BORCHERS & U.S. DISTRICT COURT
JUDGE JOHN L. KANE. I WOULD HOPE THAT "ALL" OF THESE HAVE BEEN FOR-
WARDED TO YOU. PLEASE, ACCEPT THE ENCLOSED FROM THE CLAIMANT;
NOW SUBMITTED BY HIM; THE "many's" FURTHER OBJECTIONS, PLEADINGS,
MOTIONS, APPEALS ARGUMENTS, NOTICES TO CEASE & DESIST & & SO ON.

<u>"777!!!"</u>

BE IT FURTHER RESOLVED THAT THE COLORADO DOC'S; IN ACTUAL FACT,
METHODS; BOTH STRATEGY & TACTICS TO RESOLVE MEDICAL ISSUES, BOTH DI-
SCRIMINATION & RETALIATION ISSUES, BY & THROUGH THROUGH THE U.S.
DISTRICT COURT, CAN BE SUMMARIZED SUCCULENTLY BY THE WORDS "DEN-
IE & DELAY" AT ALL TIMES, WITH TOTAL & COMPLETE IMPUNITY & A LACK
OF ANY KIND OF CONJUNCTION WHAT SO EVER, WHEN PRESENTING THEIR ↑(ARGUMENTS,)

<b>BE IT</b> FURTHER RESOLVED THAT; AT LEAST IN PART, IN BLATANT & OBVIOUS
RETALIATION FOR THE CLAIMANT'S "many's" MEDICAL & GENERAL GRIEVANCES SEEK-
ING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION FOR THE
CLAIMANT'S "VERY & "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS-
OWENS CLASS ACTION CIVIL LAW SUIT, THE CLAIMANT, MICHAEL N. COLLINS,
HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN)
TO BE ON-GOING, IN EVERY "CONCEIVABLE WAY; TO BE SO MUCH SO BLA-
TANTLY & "may's" AGGRESSIVELY RETALIATED AGAINST (AGAIN & AGAIN) THAT
THE COLORADO DOC HAS PUT THE CLAIMANT'S LIFE & LIMBS (AGAIN & AGAIN
IN ON-GOING IMMEDIATE DANGER; FURTHER, DOC HAS HARASSED & MADE
THE CLAIMANT'S LIFE AS MISERABLE AS "CONCEIVABLY POSSIBLE & THEN SOME

(AGAIN & AGAIN), WHILE IN THEIR CUSTODY, IN THE FOLLOWING MAJOR WAYS:

**BACKGROUND** — THE CLAIMANT, MICHAEL N. COLLINS, HAD ONE DAUGHTER THAT UNDER WENT "DEEP THERAPY & COUNSELING" TO BREAK DOWN BARRIERS & FIND IMAGES OF WHAT NEVER EVEN HAPPENED. FALSE IMAGES WERE IM-PLANTED IN HER MIND. THAT ONE DAUGHTER TOTALLY & COMPLETELY RECANTED HER TRIAL TESTIMONY "MANY" "YEARS AGO TO BECOME, ALONG WITH THE CLAIM-ANTS OTHER DAUGHTERS, ONE OF HIS STRONGEST SUPPORTERS. THE CLAIMANT IS NOT A "CHO-MO" (CHILD MOLESTER); HOWEVER, THAT IS WHAT HIS "PAPER-WORK" NOW SHOWS. HE HAS BEEN DEMANDED TO PAY RENT, EXTORTION & PRO-TECTION MONEY, DEMANDED TO BUY GANG "FRIENDSHIPS" (AGAIN" & AGAIN) IN "EVERY" "DOC FACILITY THAT HE HAS BEEN INCARCERATED WITHIN, WHICH HE HAS REFUSED TO DO (AGAIN & AGAIN). THIS HAS BROUGHT "MUCH" TROUBLE ON THE CLAIMANT. NO MATTER HOW HARD THE CLAIMANT HAS TRIED, HIS "PAPER-WORK IN CASE", NO MATTER HOW WRONGFUL HIS CONVICTION, HAS PUT HIM (AGAIN & AGAIN) RIGHT IN THE MIDDLE OF THE MIX"; IN THE MIDDLE OF "FIGHTS & DISTURBANCES". THE COLORADO DOC ~~IS~~ (HAS BEEN) WELL AWARE "ON-GOING" FOR VIRTUALLY THE EN-TIRE "9" "YEARS OF THE CLAIMANTS INCARCERATION WITHIN THE DOC SYSTEM THAT THE CLAIMANT HAS HAD & CONTINUES TO HAVE "MANY", "VERY" "SERIOUS "CUSTODY & SAFETY "ISSUES; WELL AWARE "ON-GOING" THAT A FEUD HAS EXIST-ED BETWEEN THE CLAIMANT & THE "ARYAN BRO." WHITE SUPREMACIST, SHAVED HEAD & HIDEOUSLY TATTOOED, HATE FREAK THRILL GANGS. THE CLAIMANT HAS RE-FUSED TO PAY THE ARYAN BRO.' HATE FREAK THRILL (AGAIN & AGAIN) RENT, EX- TORTION & PROTECTION MONEY; BUY THEIR "FRIENDSHIP" DEMANDED OF HIM (AGAIN & AGAIN)

1) BOTH THE CLAIMANTS "CASE" & "PAPER WORK" IS PRETTY BAD. BOTH THE CLAIMANT & HIS ENTIRE FAMILY FERVENTLY PRAY THAT HIS WHOLE TRIAL & VERDICT IS SET ASIDE-SOON; THAT JUSTICE WILL FINALLY PREVAIL-SOON! HOWEVER, IN THE MEAN TIME, THE CLAIMANT IS CONSIDERED THE "LOWEST OF LOW LIFE" & IS NOT ONLY NOT DEFENDED BY HIS OWN WHITE RACE, BUT; ON THE CON-TRARY, IS DEMANDED BY THE ARYAN HATE THRILL BROS TO "PAY THEM OFF." AT LEAST IN PART, "MANY" "CONS AT "EVERY" "FACILITY THAT THE CLAIMANT HAS BEEN INCARCERATED AT HAVE GONE FAR BEYOND "BEYOND DISCRIMINATION TO "ON-GOING

(ABROW & AGAIN), IN EVERY & CONCEIVABLE WAY I THIN & TIME, VERY & ALSO A GRIEVOUSLY RETALIATED AGAINST THE CLAIMANT; SO MUCH SO, AS TO PUT THE CLAIMANT'S "LIFE & LIMBS" IN "EXTREME & IMMEDIATE" "JEOPARDY"!!!

AT LEAST IN PART, AS "VERY & FIGHTING DIRTY" "RETALIATION, C.O.'S HAVE MADE IT COMMONLY KNOWN THE "SPECIFICS" (ONLY GREATLY EXAG-GERATED!) OF THE CLAIMANT'S CASE TO NOT ONLY BRYAN BBS' HATE THUG GANG MEMBERS, BUT ALSO, BLACK CRIPS; LATINO SERINOS; BUT AL-SO, "ANY & BONE HEADED THUG FRIEND OF THE C.O.'S "THAT MAY HAVE WANT-ED TO MAKE "SOME POINTS" WITH THE C.O.'S BY "MESSING & WITH THE CLAIMANT. C.O.'S (AGAIN & AGAIN) HAVE "ON-GOING", BOTH INSTIGATED & EN-COURAGED THEIR INMATE EXERTION ATTEMPTS, THEIR INMATE BOTH VER-BAL & PHYSICAL HARASSMENTS, THEIR INMATE BOTH VERBAL & PHYSICAL ATTACKS UPON THE CLAIMANT.

2.) FOR PRISON, THE CLAIMANT IS A "VERY & "RICH MAN. OVER THE NOW ABOUT "9 & "YEARS THAT THE CLAIMANT HAS BEEN INCARCERATED, THE CLAIMANT'S FAMILY; THE CLAIMANT'S BROTHER, SONS & DAUGHTERS HAVE ALL & "SENT "BUCKS" TO HIM & SUPPORTED THE CLAIMANT AS AN "ABUSE SUBSIS-TENCE LEVEL "IN THE "BELLY OF THE BEAST". THIS HAS BEEN DONE AT MORE THAN SOME SACRIFICE & HARDSHIP TO THE CLAIMANT'S FAMILY. THEY WORK VERY & "HARD FOR THEIR MONEY; HOWEVER, THEY ARE NOT A "BOTTOMLESS MONEY PIT." THE CLAIMANT WILL GIVE ANYBODY THE SHIRT OFF OF HIS BACK"; HOWEVER, "NOBODY IS GOING TO TAKE IT" FROM HIM; NOBODY IS GO-ING TO TAKE FROM THE CLAIMANT, THE HARD EARNED BUCKS" THAT THE CLAIM ANT'S FAMILY HAS GIVEN TO HIM, AT LEAST IN PART, AS "VERY & "AGGRESIVE RETALIATION, C.O.'S HAVE MADE IT COMMONLY KNOW THE "SPECIFICS"(AGAIN & AGAIN & AGAIN & AGAIN &) OF THE CLAIMANT'S INMATE FUNDS & HIS "HISTORICAL" CANTEEN PURCHASES, GOING BACK FOR AS FAR AS DOC'S COMPUTER IS CAPABLE OF (AT LEAST 5 & "YEARS). BY SO DOING C.O.'S HAVE BOTH INSTIGATED & ENCOURAGED FURTHER INMATE EXTORTION OF THE CLAIMANT; ATTEMPTS, FURTHER HARASSMENTS, & FURTHER INMATE ATTACKS UPON THE

3.) THERE ARE "MANY & "WAYS FOR C.O.'S TO KNOW "ALL & "THAT THERE IS TO KNOW ABOUT THE CLAIMANT, AT LEAST AS PART OF "VERY & "AGGRESIVE &

TALIATION, C.O.'S HAVE MADE IT COMMONLY KNOWN THAT ONE OF THE CLAIMANTS DAUGHTERS IS MARRIED TO A JEW (TRUE), ONE OF THE CLAIMANTS DAUGHTERS

~~CLAIMANTS DAUGHTERS~~ IS MARRIED TO A BLACK MAN (FALSE), ANOTHER IS MARRIED BOTH TO AN HISPANIC (FALSE) & A PRISON GUARD (TRUE), ONE OF THE CLAIMANTS SONS IS MARRIED TO AN HISPANIC (PARTIALLY TRUE, SHE IS HALF ANGLO & HALF CUBAN); THAT THE CLAIMANT IS PART INDIAN & THE RESULT OF A RAPE (PARTIALLY TRUE, HE DOES HAVE SOME CHEROKEE INDIAN BLOOD IN HIM; HOWEVER, THIS WAS NOT THE RESULT OF A RAPE); THAT THE (SUNDAY SCHOOL CHILDREN) CLAIMANT WAS IN THE THE KLU KLUX KLAN, & INVOLVED IN BOMBING "BLACK'N (FALSE, HIS MOTHER WAS FROM MISSISSIPPI; HOWEVER, SHE WAS A "VERY!" REAL & BEAUTIFUL "SOUTHERN LADY" IN EVERY FINER MEANING). AT ONE TIME OR ANOTHER, COLORADO DOC C.O.'S MADE ALL IT COMMONLY KNOWN THAT THE CLAIMANT IS A JEW, BLACK & HISPANIC LOVER, RELATED TO A PRISON GUARD BY MARRIAGE; THAT THE CLAIMANT IS PART INDIAN & WAS IN THE KLU KLUX KLAN, WHO BOMBED BLACK'S (LITTLE) SUNDAY SCHOOL CHILDREN, HAS (MANY & WAYS) HAS BROUGHT MUCH "TROUBLE UPON THE CLAIMANT (AGAIN & AGAIN) IN A

**4.)** THE CLAIMANT HAS NOW HAD WELL OVER "500 &" PIECES OF MAIL "ILLEGALLY! SEIZED & WITHHELD & THIEVED & LOST!" OVER THE NOW "2.75 &" YEARS (BOTH TIMES) THAT THE CLAIMANT HAS BEEN INCARCERATED AT CTCF THE CLAIMANT NOW HAS A CRIMINAL COMPLAINT FILED WITH THE U.S. POSTMASTER IN WASHINGTON D.C., REGARDING THESE "VERY! & MOST" BLA- TANT & OBVIOUS OF "ILLEGALITIES" (200) OVER THE APPROXIMATE "7 &" YEARS THAT THE CLAIMANT WAS INCARCERATED IN ABOUT "8 &" OTHER D.O.C. FACILITIES, I HONESTLY CAN NOT REMEMBER EVEN JUST ONE PIECE OF MAIL EVER "EVER &" BEING SEIZED FOR ANY REASON WHATSOEVER! AGAIN, AT LEAST IN PART, IN BLATANT & OBVIOUS "VERY &" AGGRESSIVE RETALIATION FOR THE CLAIMANTS (REMEDIES-) "MANY &" MISSION & GENERAL GRIEVANCES SEEKING FOR! & EQUITABLE Y IN BLATANT & OBVIOUS "VERY &" AGGRESSIVE RETALIATION FOR THE CLAIMANTS "VERY &" ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT, OVER "WELL" "500 &" PIECES OF MAIL HAVE NOW BEEN A (DIRECTLY & (THE CLAIMANT MICHAEL GALLA SEIZED & WITHHELD & THIEVED & LOST & PURPOSELY AT CTCF BOTH FROM T

THE MAIL ITEMS "ILLEGALLY" SEIZED, THIEVED, FROM THE CLAIMANT
AT CTCF (ARCANTI ABEAN) WITH TOTAL & COMPLETE IMPUNITY, WITH THE INCLUDE
THE FOLLOWING AUTHORITATIVE PUBLICATIONS THAT ARE ICONIC & IN MANY
WAYS PARADIGMS OF OUR "GOOD OL' US OF A", OF OUR NORTH AMERICAN
CULTURE, WHOSE "DISCERNING & THOUGHTFUL" READERSHIP TOTALS MANY
MILLIONS OF BOTH NORTH AMERICANS & OTHER NATIONALS, BOTH THROUGHOUT
OUR "GOOD OL' US OF A" & AROUND THE WORLD: NEWSWEEK & TIME MAGA-
ZINES, THE SMITHSONIAN & TV GUIDE MAGAZINES, "O" (OPRAH) & PREVEN-
TION (HOLISTIC HEALTH & LIVING) MAGAZINES, MENS HEALTH & ESQUIRE MAG-
AZINES, THE ENSIGN & NEW ERA MORMON CHURCH MAGAZINES, THE MORMON
CHURCH NEWS & DENVER POST NEWSPAPERS (ESPECIALLY THE "BIG" & "HUGE"
SUNDAY DENVER POST NEWSPAPERS "PACKED FULL OF EVERYTHING" THAT
C.O.'S REALLY LIKE TO "THIEVE" SUNDAY NEWSPAPERS, IN WHOLE OR PARTIALLY.)

IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER, THE CLAIM-
ANTS MAIL BETWEEN HIS TWIN DAUGHTERS, CHRISTINE & LAURA (BOTH 35
YEAR OLD WOMEN) IS RARELY "SEIZED"; THE CLAIMANTS MAIL BETWEEN "ALL" OF
HIS SONS & DAUGHTERS (RANGING IN AGE FROM 27 TO 37 YEARS OLD) IS RARE-
LY SEIZED, THESE "ILLEGAL SEIZURES" HAVE CONTINUED, AT AN EVEN
ACCELERATED PACE, AFTER "ASSURANCES" BY MISTER BROAD DITCH THAT FAMILIES
ARE SACROSANCT & LEFT ALONE, THAT FAMILY MAIL IS SACROSANCT & LEFT ALONE
& THAT MY FAMILY MAIL, WHICH HAD BEEN ILLEGALLY SEIZED, WOULD
BE RETURNED TO ME, LEGAL & PRIVILEGED MAIL IS NEITHER SACROSANCT,
NOR AR OFFLIMITS EITHER, BUT HAS BEEN & CONTINUES TO BE "ILLEGALLY" OPEN-
ED, READ, & REFUSED BY CTCF MAILROOM C.O.'S TO "MESS WITH" THE CLAIMANT.

5.) IT HAS NOW BEEN "128" DAYS ("4" & "8" MONTHS), SINCE THE CLAIMANT HAS
BEEN ABLE TO EAT "ANY" DINNER MEALS IN HIS ASSIGNED CTCF MESS HALL.
THIS IS FOR HIM TO KEEP FROM GETTING "CONTEMPT SHOTS" & CONTEMPT M.I.KU'S
FROM THOSE C.O.'S ASSIGNED TO CTCF DINNER MEALS SECURITY DUTY, A
"CONTEMPT SHOT" IS A C.O. OSTENSIBLY "PATTING DOWN" AN INMATE, WHILE
STANDING IN A "HARD MANNER" THEIR PENIS, RUBBING "UP & DOWN" THE INMATE
PENIS & GROIN AREA, GRABBING THE INMATES NUT SACK, IT IS A SEXUAL

ASSAULT & THE CLAIMANT HAS FILED MANY "NOTICES TO CEASE & DESIST" OF THIS PRACTICE WITH THE WARDEN & OTHERS IN "AUTHORITY POSITIONS" AT CTCF, HAS NOW FILED A "CRIMINAL COMPLAINT" WITH WILLIAM CLASPELL, CRIMINAL INVESTIGATOR, COLORADO DOC "CCID" "CRIMINAL INVESTIGATIONS DIVISION". ALL "DINNER MEAL SECURITY C.O'S ARE NOW DELIVERING "CONTEMPT SHOTS" TO THE CLAIMANT'S GROIN AREA, SOME MUCH? MORE THAN OTHERS.

ALL "INMATES ARE "TARGETED"; HOWEVER, IN PARTICULAR, THE CLAIMANT REALLY HAS BEEN "ESPECIALLY "TARGETED & SINGLED OUT BY SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL") AFTER EVERY DINNER MEAL FOR HIM TO DELIVER HIS "CONTEMPT SHOTS & ON-GOING" (AGAIN & AGAIN) TO THE CLAIMANTS GROIN AREA. BOTH SGT. ADAMIC & THE CLAIMANT KNOW WHAT THE "LITTLE WEASEL" IS DOING; HIS "CONTEMPT MIKES" REMOVE ALL DOUBT. "CONTEMPT MIKES" ARE DESIGNED AS DISRESPECTFULLY & CONTEMPTUOUSLY AS POSSIBLE TO THE CLAIMANT, WITHOUT ACTUALLY "VERBALLY ABUSING" HIM. "CONTEMPT MIKES" ARE "TALKING DOWN" SMACK WITHOUT USING PROFANITIES; HOW-EVER, NEVER THE LESS, "CONTEMPT MIKES "CAN BE THE MOST VICIOUS OF "PSYCHE BLOWS".

AFTER "EVERY & "DINNER MEAL, IT MADE NO DIFFERENCE IF THE CLAIM-ANT HAD ALREADY BEEN "PATTED DOWN" OR NOT, SGT. ADAMIC (WOULD) "PAT DOWN" THE CLAIMANT (AGAIN & AGAN); SOMETIMES WOULD HAVE THE CLAIMANT STAND NEXT TO HIM, WHILE WAITING FOR SGT. ADAMIC TO FINISH PATTING DOWN" ANOTHER INMATE, ALL OF THE "WHILE" WHILE PATTING DOWN THE SOMETIMES SGT. ADAMIC WOULD LET A HERD OF OTHER INMATES PASS THROUGH CLAIMANT THE "LITTLE WEASEL" WOULD DELIVER "CONTEMPT SHOTS" TO THE CLAIMANT'S GROIN AREA; WOULD DELIVER "CONTEMPT MIKES "TO HIS "PSYCHE. IN "MANY & "WAYS "PSYCHE BLOWS" CAN BE FAR WORSE THAN "PHYSICAL BLOWS".

OTHER C.O'S, IN PARTICULAR C.O. MACIVER, HAVE DELIVERED "CONTEMPT SHOTS "TO THE CLAIMANT'S GROIN AREA; SO MUCH SO, THAT THE CLAIMANT WAS "DOUBLED OVER" HURTING BY C.O. MACIVER, BOTH "CONTEMPT SHOTS & CON-TEMPT MIKES" WERE INFLICTED UPON THE CLAIMANT, WITNESSED BY BOTH LT. RAPER & SGT. BENTLEY, NEITHER OF WHICH SAID ANYTHING, & IN NO WAY INTER-VENED TO STOP THE ABUSES BEING "HEAPED" UPON THE CLAIMANT, IF ANYTHING THEY APPEARED TO BE ACTIVELY ENCOURAGING BOTH SGT. ADAMIC & C.O. MACIVER

IT IS NOW BLATANTLY OBVIOUS THAT THESE "ABUSES" ARE ORDERED & DIRECTED, AFTER "EVERY B" DINNER METAL, BY CAPT. BASTIDOS, & ARE NOW S.O.P" (STANDARD OPERATING PROCEDURE) AT CTCF, THE CLAIMANT HAS BEEN TOLD (AGAIN & AGAIN) BY "FRIENDLY C.O.'S" THAT THEY HAVE BEEN TOLD BY OTHER C.O.'S, BY THER SUPERVISORS, BY THOSE IN CTCF POSITIONS OF AUTHORITY TO, ESPECIALLY & IN PARTICULAR, SINGLE OUT & TARGET THE CLAIMANT, TO "MESS WITH B" THE CLAIMANT "ANY WAY & ANYTIME" THAT THEY CAN, AT LEAST IN PART, THIS IS IN BLATANT & OBVIOUS RETALIATION FOR THE CLAIMANT'S MANY B "MEDICAL & GENERAL GRIEVANCES SEEKING CARE & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION FOR THE CLAIMANTS "VERY B "ACTIVE" DILIGENT PARTIC-IPATION IN THE MONTEZ-VS-OWENS CLASS ACTION CIVIL LAWSUIT; SO MUCH SO, THAT THE CLAIMANTS LIFE & LIMBS (AGAIN & AGAIN) HAVE BEEN PUT IN IMMEDIATE DANGER B"

6) THE CLAIMANT HAS BEEN SUBJECTED TO "ABUSE & HARASSMENT" "FOR BEING BEYOND JUST BEING ON THE RECEIVING END OF "CONTEMPT SHOTS & "CONTEMPT MIKES" TO ACTUALLY (HAVING) BEEN "RUTHLESSLY & SADISTICALLY", PHYSICALLY ATTACKED BY C.O.'S (AGAIN & AGAIN) WHEN THE CLAIMANT WAS HOUSED IN UNIT 7, C.O. STURTEVANT WAS "MESSING WITH B" THE CLAIMANT OUTSIDE DURING A LEGAL "NIGHT MOVEMENT; CONTINUED TO "MESS WITH B" THE CLAIMANT INSIDE OF HIS CELL HOUSE, C.O. STURTEVANT, ONE OF THE "WORST OF THE WORST" RACIST "HATE COPS" MANAGED TO TURN A "NOTHING" INCIDENT INTO A "MAJOR B" CONFRONTATION, INTO A "MAJOR B" FACILITY DISRUPTION; WHERE IN, C.O. STURTEVANT "RUTHLESSLY & SAVAGELY" ATTACKED & BEAT THE CLAIMANT IN FULL VIEW OF WELL OVER 50 INMATES THEN IN THAT UNIT 7's POD "DAYHALL". THE CLAIMANT WAS HEAVILY BRUISED, BATTERED & BLOODIED ABOUT (HIS BODY,)

THE PURPOSE OF A COLORADO DOC "ANATOMICAL EXAM" IS TO FIND NOTHING, OR AS CLOSE TO NOTHING AS POSSIBLE, AFTER THE CLAIMANT HAD BEEN "RUTH-LESSLY & SAVAGELY" BEATEN BY C.O. STURTEVANT, CAPT. BASTIDOS ORDERED THAT THE CLAIMANT UNDERGO A FULL "ANATOMICAL EXAM" AT CTCF'S MEDICAL CLINIC. THE EXAMINING NURSE, SUSAN, NOWHERE LOOKED UPON THE CLAIM-ANTS BODY, WHERE HE HAD RECEIVED THE WORST OF C.O. STURTEVANTS "RUTHLESS & SAVAGE" BLOWS; NOWHERE REMOVED ANY OF THE CLAIMANT'S (CLOTHING,) CAPT. BASTIDOS APPEARS TO BE A "KINDLY & GRANDFATHERLY "TYPE OF A MAN

HE MOST DEFINITELY IS NOT; IT WAS & REMAINS CAPT. BASTIDOS THAT OVER-
SEES THE "CONTRABAND SHOT" PAT DOWNS AFTER OUR DINNER MEALS, IT WAS
CAPT. BASTIDOS THAT ORDERED THE CLAIMANT THROWN IN THE "HOLE", AFTER
C.O. STURTEVANT "RUTHLESSLY & SAVAGELY" ATTACKED HIM IN FULL VIEW OF
THE THEN WELL OVER "50" INMATES IN THE CLAIMANTS "DAY HALL", THE CLAIM-
ANT HAS NOT ONLY BEEN THE SUBJECT OF "ON-GOING" INSTIGATIONS (AGAIN&AGAIN)
BY C.O.'S, BOTH "ENCOURAGING & MOTIVATING" OTHER INMATES TO BOTH PHYSI-
CALLY & VERBALLY HARASS HIM; TO PHYSICALLY ATTACK THE CLAIMANT (AGAIN &
AGAIN), BUT C.O.'S THEMSELVES HAVE BOTH PHYSICALLY & VERBALLY HARASSED
HIM; HAVE PHYSICALLY ATTACKED THE CLAIMANT (AGAIN & AGAIN); AT LEAST
IN PART, AS BLATANT & OBVIOUS RETALIATION FOR THE CLAIMANTS "MANY &"
MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES, AS
BLATANT & OBVIOUS RETALIATION FOR THE CLAIMANTS "MANY &" ACTIVE & DILI-
GENT PARTICIPATION IN THE MONTEZ-VS-OWENS CLASS ACTION CIVIL LAWSUIT.

**7.)** AFTER ABOUT NOW "9 &" YEARS BEING CONSUMED IN THE "BELLY OF THE
DEVILS OWN DOC BEAST", OVER WHAT NEVER EVEN HAPPENED, THE CLAIMANT
REMAINS AN INNOCENT MAN WRONGLY CONVICTED & SENTENCED TO "MANY &"
YEARS IN PRISON, THIS HAS BEEN A GRAVE "MISCARRIAGE OF JUSTICE", PLEASE,
GOD, THAT JUSTICE WILL FINALLY ABE/WILL SOON & BOTH THE CLAIMANT & HIS
"ENTIRE &" FAMILY CONTINUE TO "CRY OUT" "IN GREAT ANGUISHED TORMENT" FOR
"FINAL JUSTICE &", FOR REAL & TANGIBLE "FINAL JUSTICE &", PLEASE, GOD-SENT

   THE CLAIMANT REMAINS A GOOD & GODLY MAN; REMAINS AN HONEST
MAN, WHOSE "RUCK SOLID &" CORE OF "CHRISTIAN & AMERICAN" (WHO-RAH&)
PRINCIPLES & BELIEFS HAVE NOT ONLY REMAINED "RUCK SOLID &" BUT HAVE BEEN
GREATLY STRENGTHENED BY ITS ORDEAL, BY THE COMMUNIST SHARED FAMILY HOLO-
CAUST, NOW TEMPERED IN STEEL &" ARE THE CLAIMANTS PRINCIPLES & BELIEFS
THAT "SINS OF OMMISSION" ARE OFTEN FAR WORSE THAN "SINS OF COMMISSION",
THAT KNOWING ABOUT "WRONG & EVIL", & DOING NOTHING TO "STOP RIGHT &" THE
"WRONG & EVIL" IS OFTEN FAR BEYOND WORSE "CURSE" THAN THE INITIATING "WRONG
& EVIL" ITSELF. A "BLIND EYE & A DEAF EAR" ARE EXCUSES FOR ABSOLUTELY &
SINCE, MORE OR LESS, ABOUT 1½ YEARS AGO, WHEN THE CLAIMANT WORK-

ED IN THE CTCF LAUNDRY PLANT, & THE CLAIMANT WAS COMPELLED BY HIS PRINCIPLES & BELIEFS TO WRITE HIS "SERIES OF LAUNDRY ANALYSES", AN-OTHER "WAR B" HAS EXISTED BETWEEN LT. HOWARD, LAUNDRY PLANT SUPERVISOR, & HIS LAUNDRY WORKERS, AGAINST THE CLAIMANT, MICHAEL COLLINS, THE CLAIMANT HAD BOTH AN EXTENSIVE ACADEMIC BACK GROUND AT CALIF. STATE UNIV. AT NORTHRIDGE (B.S. 1971, & STUDIED TOWARDS AN M.B.A.) & AN EXTENSIVE SO. CALIF. AEROSPACE & MANUFACTURING BACK GROUND IN OPERA-TIONS & PRODUCTION MANAGEMENT. THERE WAS "MUCH B" THAT WAS OBVIOUSLY & BLATANTLY "CRAZY B" CRWG IN BOTH THE "DAY TO DAY" UN-GOING OPERATIONS & THE OVERALL MANAGEMENT (THERE WAS NONE B) OF THE CTCF LAUNDRY PLANT, WHICH THE CLAIMANT WAS COMPELLED BY HIS PRINCIPLES & BELIEFS TO "POSITIVELY ELABORATE UPON" IN AS A PROFESSIONAL & CONSTRUCTIVE MANNER, AS IT WAS CAPABLE OF. THE CLAIMANT WAS NOT JUST "DRAWING SALVES" BUT WRITING WHAT COULD HAVE BEEN A SERIES OF "DISSERTATIONS FOR AN ADVANCED DEGREE"

AT THAT TIME, IN THE CTCF LAUNDRY PLANT, THE WHOLE LAUNDRY CREW IMMEDIATELY PREVIOUS TO THE CLAIMANT'S OWN LAUNDRY CREW HAD BEEN "FIRED" IN MASS BY MAJOR MAYFIELD. IN SHORT ORDER THE CLAIMANT'S OWN LAUNDRY CREW BEGAN TO DO THEM "MANY B" TIMES BETTER. FOR ANY INMATE TO SIMPLY GET HIS OWN CLOTHES WASHED IN "NORMAL CYCLE", THEY WERE EXPECTED TO PAY TOKENS BOTH TO THEIR OWN UNITS LAUNDRY PERSONS, & TO THOSE INMATES WHO WORKED IN THE CTCF LAUNDRY PLANT, SO THAT THEIR CLOTHES WOULD ACT-UALLY BE CLEANED, SO THAT WHATEVER "PERSONAL & DESIRABLE" STATE ISSUE CLOTHING THAT WAS IN THEIR LAUNDRY BAGS WOULD NOT BE STOLEN, SO THAT THEIR CLOTHING WOULD NOT BE WASHED IN WITH THE "BIO-HAZARD" CONTAMINATE

LT. HOWARD, CTCF LAUNDRY PLANT SUPERVISOR, HAD & CONTINUES TO HAVE A MARKED PREFERENCE FOR HIRING ARYAN BRO' WHITE SUPREMACIST HATE" DRUG FREAK BONE HEADED GANG MEMBERS (HE IS THE SAME AS THEM B). LT HOWARD PUT INMATE "ALF" IN CHARGE OF OUR WASHERS (BIG MISTAKE B). "ALF" WAS & & CONTINUES TO BE A "BANDIDOS" WHITE HATE "FREAK THUG" BIKER GANG MEMBER (A LIVING LEGEND IN HIS OWN MIND, & A "LEADER OF THE PACK"). "ALF" HAD & CONTINUES TO HAVE A "CRAZY B" PROFITABLE TO HIM BUSINESS ENTERPRISE IN

THE CTCF LAUNDRY PLANT. "ALF" CHARGED TOKENS & EVERY KIND OF CON-
TRABAND FOR ADDITIONAL CLEANING "RUNS OR CYCLES" THROUGH THE WASH-
ERS, FOR BLEACHING INMATES' LAUNDRY, FOR THROWING OUT OF "NON-PAYING"
INMATE LAUNDRY BAGS TO PUT THIEVED CLOTHING ITEMS INTO "PAYING" IN-
MATE LAUNDRY BAGS. TOKENS OR "ANY" KIND OF CONTRABAND COULD & CONTINUE
TO GET "ANY" INMATE NEW CLOTHING ISSUES OF T-SHIRTS, "BOXER" SHORTS &
SOCKS; THE "PICK" OF GREEN UNIFORMS & WARM JACKETS; THE "PICK" OF GOOD LIGHTER BOOTS;

    ALL OF THESE "EXCESSES & SHORTCOMINGS", & "MANY" MORE WERE BROUGHT TO
LIGHT, SUCCINCTLY SUMMARIZED, & CORRECTIVE ACTIONS RECOMMENDED IN THE
CLAIMANT'S SERIES OF PROFESSIONALLY WRITTEN "SERIES OF CTCF LAUNDRY
ANALYSES" ABOUT, MORE OR LESS, 1½ YEARS AGO; SUBMITTED TO THE
CTCF LAUNDRY PLANT SUPERVISOR, LT HOWARD, & STAFF SUPERVISOR, SGT BOONE.
THE CLAIMANT WAS NEITHER EXPECTING A MEDAL, NOR ANY KIND OF COMMENDA-
TION, BUT THE CLAIMANT CERTAINLY WAS NOT EXPECTING "DJDH" LT HOWARD &
SGT. BOONE TO MAKE COPIES OF HIS "SERIES OF CTCF LAUNDRY ANALYSES," &
DISTRIBUTE THEM TO OTHER LAUNDRY WORKERS. THIS BROUGHT "MUCH" TROUBLE
UPON THE CLAIMANT FROM OTHER INMATES THROUGHOUT "ALL" OF CTCF; PUT THE
CLAIMANT'S "LIFE & LIMBS" IN EXTREME "DANGER & JEOPARDY" EVERYWHERE CTCF

    THE CLAIMANT AGAIN WROTE ABOUT CTCF LAUNDRY "EXCESSES & SHORTCOMINGS"
LAST MONTH, IN EARLY OCTOBER OF 2008. AGAIN, LT HOWARD MADE COPIES OF
HIS "LAUNDRY ANALYSIS" OR "NOTICE TO CEASE & DESIST's", & AGAIN DISTRI-
BUTED IT TO HIS LAUNDRY WORKERS. AGAIN, THIS BROUGHT "MUCH" TROUBLE
ON THE CLAIMANT FROM OTHER INMATES. THIS WAS AN IMMEDIATE CAUSE OF
INMATE SLAGEL OR "JIM," A WHITE SUPREMACIST HATE THUG "AND" (ASSISTED IN HIS
DAILY LIVING OR "PUSHER" (PUSHES A CRIPPLED INMATE IN THEIR WHEELCHAIR) &
ATTEMPT TO "TAKE OUT" (KILL OR SERIOUSLY MAIM) THE CLAIMANT WITHIN DAYS,

    IN INMATE SLAGEL, THE PUT MARKED FACE & GROTESQUELY "HATE UGLY" THUG
GOT HIS WHEEL CHAIR "SPEED & MOMENTUM" UP AT THE TOP OF THE KNOLL IM-
MEDIATELY ADJOINING OUR MESS HALL AFTER LEAVING FROM A LUNCH
MEAL, WHILE PUSHING JOHNNY, THE CRIPPLED OLD MAN THAT HE WAS THEN
ASSIGNED TO "HELP," WITH SEVERAL HUNDRED FEET OF "DOWNHILL MOMENTUM"

INCREASINGLY FASTER RUNNING "MOMENTUM BUILT UP" AS INMATE SLAGLE ATTEMPTED TO RAM; ATTEMPTED TO "TAKE OUT" THE CLAIMANT, WHO WAS THEN WALKING AT THE BASE OF THAT KNOLL. THE CLAIMANT EITHER HAD SOME KIND OF "PREMONITION", OR HIS "GUARDIAN ANGEL" PUSHED HIM OUT OF THE WAY. THE CLAIMANT "SOMEHOW" MANAGED TO AVOID A "HIGH SPEED" COLLISION WITH THE WHEEL CHAIR THAT SLAGLE WAS PUSHING; HOWEVER, SLAGLE STILL "STRUCK OUT" HARD WITH HIS FIST WHILE "SPEEDING PAST" THE CLAIMANT, BOTH STRIKING HIM A HARD FIST BLOW, WHILE CALLING THE CLAIMANT SOME PRETTY BAD NAMES, "THREAT-ENING HIM. THIS WHOLE & COMPLETE INCIDENT WAS WITNESSED BY SGT. ⌐(SULLIVAN).

THE ADDITIONAL "WAR" THAT HAS EXISTED BETWEEN THE CTCF LAUNDRY & THE CLAIMANT HAS BEEN PART OF THE "C.O. CULTURE" AT CTCF TO "MESS WITH" THE CLAIMANT THAT HAS "FLOWED & DERIVED" FROM, AT LEAST IN PART, THE CLAIMANT'S "MANY &" MEDICAL & CONDUCT GRIEVANCES SEEKING FOR & EQUITABLE REMEDIES; HAS "FLOWED & DERIVED" FROM, AT LEAST IN PART THE CLAIMANT'S "MANY &" ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ - VS - OWENS CLASS ACTION CIVIL LAWSUIT, BUT, IN PARTICULAR, A VERY "ANGRY & BITTER &" PERSONAL "REVENGE VENDETTA &" BY LT. HOWARD.

8.) AS OF THIS WRITING, THE CLAIMANT HAS BEEN CHARGED & CONVICTED OF WELL OVER "50 &" WHOLLY "CONTRIVED & FABRICATED" COPS (CONV. OF PENAL DISCIPLINE) INFRACTIONS RANGING FROM "FIGHTING" (WITH THE CLAIMANT WAS ATTACKED SEVERAL TIMES BY THE SAME ARYAN BRO' 211 "HATE FREAK" SHAVEN HEAD & GROTESQUELY TATTOOED THUG, & WAS LABELED THE AGGRESSOR, FIGHTING A MAN WHO WAS 1/3 OF HIS AGE, TALLER, & WITH A GREAT DEAL MORE MUSCLE ⌐(THAN) THE CLAIMANT WAS CHARGED & CONVICTED OF "FIGHTING", BUT THE CLAIMANT'S ASSAILANT WAS NEVER CHARGED WITH ANYTHING! (?!!?), TO ONLY "PASSING" A MUFFIN WHILE IN PUNITIVE SEGREGATION OR "THE HOLE" (WHILE OTHER "SEG" INMATES WERE PASSING FOOD, WHOLE MEALS, DRUGS, & EVERY OTHER KIND OF CONTRABAND BACK & FORTH BETWEEN THEIR "CELL BARS" ALL DAY & ALL NIGHT LONG; OTHER "SEG" INMATES WERE NEVER CHARGED WITH ANYTHING), TO EVERY OTHER KIND OF WHOLLY "CONTRIVED & FABRICATED" COPS CHARGE & CONVICTION IN BETWEEN. "ALL &", ABSOLUTELY EVERYONE OF THE CLAIMANT

WHOLLY CONTRIVED & FABRICATED COP'S INFRACTION CHARGES
& CONVICTIONS" HAVE BEEN, AT LEAST IN PART, IN BLATANT & OBVIOUS RETALIA-
TION FOR THE CLAIMANT'S "MANY &" MEDICAL & GENERAL GRIEVANCES; IN BLA-
TANT & OBVIOUS RETALIATION FOR THE CLAIMANTS VERY &" ACTIVE PARTICI-
PATION IN THE MONTEZ - VS - OWENS CIVIL LAWSUIT; DOC'S SPITE & REVENGE!

9) THE CLAIMANT, MICHAEL N. COLLINS, IS AN "ELDERLY MAN", WHO JUST TURNED
60 YEARS OLD ON SEPTEMBER 23, 2008. THE CLAIMANT HAS "MANY &" MEDICAL &
SECURITY ISSUES THAT THE COLORADO DOC IS WELL AWARE OF, "MANY &" OF WHICH
ARE HIGHLIGHTED BY THE ENCLOSURES; IN "MANY &" OTHER MAILINGS, BOTH TO
THE U.S. DISTRICT COURT OF JUDGE JOHN L. KANE, JR., & TO THE LEGAL RE-
SOLUTION CENTER OF SPECIAL MASTER RICHARD M. BORCHERS, AT LEAST IN
PART, AS BLATANT & OBVIOUS RETALIATION, THE COLORADO DOC HAS NOT
ONLY DONE LITTLE TO ALLEVIATE THE CLAIMANTS "SECURITY ISSUES", BUT DOC
C.O.'S & STAFF HAVE DONE MUCH &" TO EXACERBATE THEM. THE CLAIMANT HAS
"MANY &" MEDICAL ISSUES, A NUMBER OF WHICH HAVE BEEN ON-GOING (AGAIN &
AGAIN) LIFE THREATENING TO HIM, & COULD VERY &" EASILY BE LIFE THREATENING
TO HIM AGAIN. THE CLAIMANTS POINT HERE IS THAT THERE ARE "MANY &"
ELDERLY MEN, AS IS THE CLAIMANT, WITH SIMILAR MEDICAL & SECURITY" ISSUES
TO THE CLAIMANTS OWN AT FORT LYON CORRECTIONAL FACILITY, IN REALITY A CON-
VALESCENT "OLD AGE HOME" PRISON. FORT LYON C.F. WOULD BE A MUCH &"
BETTER FIT" FACILITY ASSIGNMENT THAN THE WORST OF COLORADO'S PRISONS
THAT THE CLAIMANT HAS HAD TO HAVE BEEN ASSIGNED TO OVER HIS 9 &" YEARS OF
IMPRISONMENT,
"MANY &" C.O.'S, CORRECTIONAL STAFF & CASE MANAGERS; "ALL &" PERSONS IN
POSITIONS OF COLORADO DOC AUTHORITY & OF THE LINE RANKS HAVE TOLD THE
CLAIMANT "MANY &" TIMES (AGAIN & AGAIN); MOST &" EMPHATICALLY TOLD THE
CLAIMANT THAT HE BOTH SHOULD & WOULD BE TRANSFERRED TO FORT LYON
C.F. ONE OF THE CLAIMANTS MORE RECENT CASE MANAGERS, MR. EVANS, TOLD
THE CLAIMANT "MANY &" TIMES: "IF YOU WOULD HAVE STOPPED WRITING SO
MANY GRIEVANCES AGAINST MEDICAL, YOU WOULD HAVE BEEN TRANSFERRED TO
FORT LYON, A LONG TIME AGO." VIRTUALLY THE WHOLE TIME THAT FORT
LYON C.F. HAS BEEN OPEN; VIRTUALLY SINCE ITS' FIRST DAY OF OPENING THE
CLAIMANT HAS TRIED ON-GOING (AGAIN & AGAIN) TO BE TRANSFERRED TO FORT LYON.

THE CLAIMANT HAS LEFT "NO STONE UNTURNED" IN ITS "MANY" ATTEMPTS (AGAIN & AGAIN) TO BE TRANSFERRED TO FORT LYON C.F., EVEN REQUESTING IN WRITING SEVERAL TIMES TRANSFER THROUGH BILL ZALMAN, OVER OFFICER SERVICES ("ALL" INMATE FACILITY PLACEMENTS) AT THE COLORADO D.O.C MAIN HEADQUARTERS IN COLORADO SPRINGS. BILL ZALMAN NEVER RESPONDED DIRECTLY TO THE CLAIMANT'S REPEATED REQUESTS FOR TRANSFER TO FORT LYON C.F., BUT ONLY INDIRECTLY THROUGH THE CLAIMANT'S CASE MANAGER, MS. O'MALLEY, WHO READ A LETTER TO THE CLAIMANT FROM BILL ZALMAN, C.M. O'MALLEY READ ALOUD TO THE CLAIMANT; SHE NEVER LET THE CLAIMANT SEE BILL ZALMAN'S LETTER, & "MOST" DEFINITELY NEVER LET HIM HAVE A COPY. THIS IS ANOTHER EXAMPLE OF THE COLORADO D.O.C SYSTEMIC'S "DENYING, LYING & DELAYING" !?!

WITHIN BILL ZALMAN'S LETTER TO THE CLAIMANT (WHICH THE CLAIMANT COULD NEVER NEITHER SEE, NOR HAVE A COPY OF), BILL ZALMAN STATED THAT A PRIMARY REASON THAT THE CLAIMANT COULD NOT BE TRANSFERRED TO FORT LYON C.F. WAS THE HE WAS CLASSIFIED AS "CLOSED CUSTODY". THAT IS "LUDICROUS INSANITY!" THE CLAIMANT'S "CLOSED CUSTODY" CLASSIFICATION IS THE RESULT OF A WHOLLY "CONTRIVED & FABRICATED" "ASSAULT ON STAFF" "C.O.P.D" "CHARGE" CONVICTION. "MANY" COLORADO D.O.C "C.O.'S" CASE MANAGERS, & CORRECTIONAL STAFF THAT KNOWS THE "DETAILS & PARTICULARS" OF THIS C.O.P.D. "CHARGE & CONVICTION" HAVE CALLED IT: DUMB & STUPID, RIDICULOUS & PETTY, LUDICROUS & FRIVOLOUS, A WASTE OF TIME & HALF BAKED; OBVIOUS RETALIATION & RETRIBUTION! "AS A RESULT OF THE CLAIMANT'S WHOLLY, TOTALLY & COMPLETELY, BOGUS "ASSAULT ON STAFF" C.O.P.D "CHARGE" "CONVICTION" THE CLAIMANT HAS BEEN CLASSIFIED AS "CLOSED CUSTODY", THE "WORST OF THE WORST" OF COLORADO D.O.C'S INMATE PRISON POPULATION FOR WELL OVER 7 YEARS, "ALL" OF THIS WAS JUST CAUSE, (A PILL NURSE), A SO-CALLED NURSE THERESA THOUGHT "SLOWER THAN SHE TALKED", & WAS ABOUT "AS SHARP AS A MARBLE". TERESA WAS JUST ANOTHER TYPICAL COLORADO D.O.C MEDICAL "PECK QUACK" THAT SO OBVIOUSLY COULD NOT GET A JOB ANYWHERE ELSE OTHER THAN DISPENSING MEDICATIONS, AS A "PILL PUSHER", AT DOC MED-LINES. AT FREMONT C.F., WELL OVER 7 YEARS AGO, THE CLAIMANT'S MORNING MED-LINE (WAS) CHANGING OVER FROM THE MANUAL DISPENSING TO THE COMPUTER DISPEN-

SING OF MEDICATIONS, IN "ALL" OF HER MEDICAL JOB ASSIGNMENTS, NURSE TERESA WAS AN "INCOMPETENT KLUTZ", WAS JUST PLAIN DUMB, & COULD NOT GET ANYTHING RIGHT. SHE COULD NOT MANUALLY DISPENSE MEDICA- TIONS RIGHT, & SHE REALLY "COULD NOT COMPUTER DISPENSE MEDICATIONS RIGHT. AT ONE MORNING MED-LINE, NURSE TERESA JUST COULD NOT GET HER COMPUTER TERMINAL TO PROPERLY WORK (AGAIN), SHE HAD MANAGED TO CRASH & LOCK-UP HER OWN TERMINAL; AS WELL AS, TAKE "ALL" OF THE REST OF "MEDICAL" OFF OF THE COLORADO DOC "MEDICAL" COMPUTER NETWORK SYS- TEM, ALL "IN ONE FELL SWOOP!" NURSE TERESA HAD NO CHOICE; BUT TO MAN- UALLY ATTEMPT TO DISPENSE MEDICATIONS; NOT ONLY TO THE CLAIMANT, BUT TO EVERYBODY ELSE THAT WAS THEN STANDING IN HER END OF THE LAST NAME ALPHABET LINE; NURSE TERESA WAS DISPENSING MEDICATIONS VERY "WRONG TO EVERYBODY THAT STOOD BEFORE HER, AT THEIR MED-LINE WINDOW; ALL "WRONG!

AT THAT POINT IN TIME, THE CLAIMANT HAD PRESCRIBED ABOUT A DOZEN MEDICATIONS; EVERY ONE!" ABSOLUTELY "EVERY ONE" THAT MED-LINE NURSE DIS- PENSED TO THE CLAIMANT WAS "WRONG!" (THE "WRONG" MEDICATIONS; "WRONG" DOSAGES & SIZES, WRONG COLORS & SHAPES, TOO MANY PILLS & TOO FEW, ETC)! THE CLAIMANT RETURNED HIS "VERY WRONG" HANDFUL OF DISPENSED PILLS BACK TO MED-LINE NURSE TERESA; BACK THROUGH THE LOWER, ONLY SLOT IN THE MED-LINE DISPENSING WINDOW. NURSE TERESA ACCUSED THE CLAIM- ANT OF HITTING HER WITH A PILL, WHICH WAS A "PHYSICAL IMPOSSIBILITY" THROUGH THAT LOWER MED-LINE, ONLY WINDOW SLOT, FOR HITTING A NURSE WITH A PILL (WHICH NEVER HAPPENED!), THE CLAIMANT WAS CHARGED & CON- VICTED "OF "ASSAULT ON STAFF" (WHICH NEVER HAPPENED!), & SENTENCED TO "7" YEARS OF "CLOSED CUSTODY"; CONDEMNED TO THE "WORST OF THE WORST" OF COLO- RADO'S PRISONS FOR "7" YEARS" OVER A "PILL" & & & ALL" OF THESE THINGS HAVE, AT LEAST IN PART, BEEN BLATANT & OBVIOUS RETALIATION & RETRIBUTION IN THE CLAIMANT'S "MANY" MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; BEEN BLATANT & OBVIOUS RETRIBUTION & RETRIBUTION FOR THE CLAIMANTS "VERY" "ACTIVE & DILIGENT ASSOCIATION IN THE MONTEZ- BUT TO GET THE CLAIMANT— IS-TO WENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC REALLY IS A

(Pg 15 of 32)

(10.) THE COLORADO DOC'S ASSERTION THAT THE CLAIMANT IS "CLOSEST CUSTODY" DANGEROUS & A THREAT TO THE SAFETY & WELLBEING OF BOTH DOC STAFF & OTHER INMATES IS "SPURIOUS & BOGUS", THE "REAL REASON", THE REAL "WHY" THAT THE CLAIMANT HAS NEVER BEEN TRANSFERRED TO FORT LYON C.F. IS KNOWING BY THE "MALICE A FORE THOUGHT & INTENT" RETALIATION & RETRIBUTION AGAINST THE CLAIMANT, MICHAEL N. COLLINS, BY THE COLORADO (DOC).

THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS THE U.S. DISTRICT COURT OF JUDGE CHRISTINE M. ARGUELLO TO "COURT ORDER" THAT THE CLAIMANT BE IMMEDIATELY TRANSFERRED TO FORT LYON C.F. & TO BE THERE SO HOUSED FOR AS LONG AS THE CLAIMANT, MICHAEL N. COLLINS, IS INCARCERATED WITHIN THE COLORADO DOC SYSTEM. FURTHER, THE CLAIMANT ALSO PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" THAT THE CLAIMANT NO LONGER BE REQUIRED TO STAND DURING "ANY & ALL" "TIME COUNTS; THAT "ANY & " C.O.'s BE "PREVENTED & REFRAIN" FROM IN "ANY & " WAY "WAKING UP" THE CLAIMANT OUT OF HIS "SOUND SLEEP"; THAT "ALL" C.O.'s BE "PREVENTED & REFRAIN" FROM IN "ANY & " WAY YELLING OR SHOUTING, BANGING OR SLAMMING "ANY THING & " TO IN "ANY WAY & " HARASS OR ABUSE, INTIMIDATE, OR MENACE THE CLAIMANT. "EVEN WHERE & " THE BOTTOM OF THE CLAIMANTS COLORADO DOC ISSUED BOOTS HAVE BEEN SO WORN DOWN, SO AS TO VIRTUALLY NO LONGER HAVE ANY "TREAD" AT ALL. THE CLAIMANTS DOC ISSUED BOOTS BOTH HAVE HEELS THAT ARE SO WORN DOWN, SO AS TO HAVE WORKED THEIR WAY INTO THE BOOT SOLES AT, A 30 DEGREE (CURVE) ANGLE, THIS PUTS THE CLAIMANTS LEGS OVER 30 DEGREES OUT OF PROPER ALIGNMENT, WHICH IS INCREASINGLY BECOMING MORE PRONOUNCED. THE CLAIMANTS BOOTS BOTH HAVE ABOUT 2 INCH SEAM SEPARATIONS ON BOTH SIDES, WHERE BOTH OF HIS BOOTS HAVE "FAR BEYOND" BEGUN TO DISINTEGRATE. THE CLAIMANT HAS BOTH SKELETAL & MUSCLE DAMAGE TO HIS LEFT LEG; HAS MANY & MEDICAL ISSUES THAT INCLUDE DIABETES, POOR BLOOD CIRCULATION & LOWER LEG SWELLING, BOTH NERVE & MUSCULAR APATHY IN BOTH OF HIS LEGS.

THE CLAIMANT HAS REQUESTED "MANY & " TIMES (AROUND & AGAIN) OVER THE FULL "16 & " YEARS OF HIS INCARCERATION WITHIN THE COLORADO DOC SYSTEM TO BE ISSUED EITHER "DIABETIC OR ORTHOPEDIC "SHOES. DOC "MEDICAL PROVIDERS"

HAVE ENCOURAGED THE CLAIMANT TO BELIEVE MANY TIMES
(AGAIN & AGAIN) THAT HE WOULD BE ISSUED "DIABETIC OR ORTHOPENIC"
SHOES; YET, THIS HAS NEVER HAPPENED, AT LEAST IN PART, AS RETALIA-
TION, THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT
ORDER" THAT THE CLAIMANT BE ISSUED "DIABETIC OR ORTHOPENIC" SHOES.

THE COLORADO DOC DOES "EVERYTHING" FAR "BEYOND DISINGENUOUSLY" AS
DISINGENUOUSLY, & GOES FAR "BEYOND DENYING" DENYING THE UNDENIABLE! THE
COLORADO DOC HAS GONE SO FAR AS TO FAR "BEYOND DISINGENUOUSLY" DIS-
INGENUOUSLY DENY THAT THE CLAIMANT IS MOBILITY IMPAIRED AT ALL. THIS
IS ABSURDITY! THE CLAIMANT HAS BEEN ORDERED BY THE COLORADO DOC
OVER ITS (18) YEARS OF IMPRISONMENT (AGAIN & AGAIN) TO DO VERY STRENU-
OUS (TO HIM!) HARD MANUAL LABOR THAT THESE IN "POSITIONS OF AUTHORITY"
(CTCF & DOC)
KNOW THAT THE CLAIMANT IS INCAPABLE OF DOING; AGAIN, AS BLATANT &
OBVIOUS RETALIATION & RETRIBUTION, THESE "UNLAWFUL" & "INHUMAN" DOC
ORDERS & RETALIATIONS HAVE RESULTED (AGAIN & AGAIN) IN THE CLAIMANT'S
CRIPPLING,
INJURIES & IMPAIRMENTS BEING FURTHER & CUMULATIVELY AGGRAVATED! &

THE COLORADO DOC MEDICAL HAS BOTH ISSUED "BOTTOM TIER/ BOTTOM
BUNK & WEIGHT LIFTING" RESTRICTIONS FOR THE CLAIMANT, & PERIODICALLY
(AS RETALIATION,
DENIED THEM, THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT
ORDER" THAT THE CLAIMANT BE ISSUED PERMANENT "BOTTOM TIER/ BOTTOM
BUNK & WEIGHT LIFTING" RESTRICTIONS FOR AS LONG AS IT IS INCARCERATED
WITHIN THE COLORADO DOC. THE CLAIMANT NOW PETITIONS THE U.S. DISTRICT
COURT TO "COURT ORDER" BOTH "CONVALESCENT & MOBILITY" AIDS, FOR THE CLAIMANT
AID" OF WHICH HAVE BEEN REPEATEDLY REQUESTED "MANY! "TIMES (AGAIN &
AGAIN) BY THE CLAIMANT, "AID" OF WHICH HAVE BEEN "DISINGENUOUSLY"
DENIED "MANY!" TIMES BY THE COLORADO DOC MEDICAL (AGAIN & AGAIN); AT
LEAST IN PART, AS BLATANT & OBVIOUS RETALIATION & RETRIBUTION, THE RECORDS
OF THE CLAIMANT'S REPEATED REQUESTS & DENIALS HAVE BEEN "ABRUPTLY EX-
PUNGED" FROM THE CLAIMANT'S MEDICAL FILES. THIS IS "CRIMINAL MALFEASANCE!"

FOR SOUND & VALID MEDICAL & HEALTH REASONS, BECAUSE OF "MOBILITY
IMPAIRMENTS & LIFE FUNCTION DIFFICULTIES," THE CLAIMANT HAS REQUESTED
"MANY! "TIMES (AGAIN & AGAIN) THE FOLLOWING, & BEEN DENIED "MANY!"

TIMES (AGAIN & AGAIN) "DISAGREED" BY THE COLOR NURSE (S) OF DOC, COMPLETELY & TOTALLY WITHOUT ANY "RATIONAL & REASONABLE JUSTIFICATION(S) OR EXPLANATION(S) WHATSOEVER; OTHER THAN FOR THE MOST "BLATANT & OBVIOUS OF RETALIATION(S) & RETRIBUTION(S)."

THE CLAIMANT NOW PETITIONS (AS HE HAS REQUESTED TIMES THROUGH DOC, MANY) THE U.S. DISTRICT COURT TO "COURT ORDER" THAT THE CLAIMANT BE ISSUED A WOODEN WALKING CANE (S) APPROPRIATE FOR HIS HEIGHT & WEIGHT; THAT THE CLAIMANT BE ISSUED BOTH A WEDGE PILLOW, & AN EXTRA THICK "MEDICAL" MATTRESS PAD, OR TWO REGULAR MATTRESS PADS; THAT THE CLAIMANT BE ASSIGNED TO LIVE ONLY IN A "HANDICAP CELL" WITH SUPPORT OF RAILINGS; THAT THE CLAIMANT BE ASSIGNED AN "ADL" (ASSISTED DAILY LIVING) PER-SON AIDE OF HIS OWN CHOOSING ("MANY" VIRTUALLY "ALL" AIDS ARE THE "SCUM OF THE EARTH" TYPES, WHO DO NOTHING TO HELP THOSE HANDI-CAPPED INDIVIDUALS THAT THEY'RE SUPPOSE TO BE HELPING; WHO "BEAT DOWN" & RUDELY STEAL FROM WHOM THEY ARE SUPPOSE TO BE HELPING?!?!).

THE CLAIMANT, MICHAEL N. COLLINS, HAS "MANY & MAJOR" MEDICAL ISSUES, SEVERAL OF WHICH HAVE BEEN (AGAIN & AGAIN), & VERY EASILY COULD BE (AGAIN & AGAIN), BOTH LIFE THREATENING & PERMANENTLY EVEN MORE CRIPPLING TO HIM THAT INCLUDE; (1) "LESSER" HEART ATTACKS & THE "BEGINNINGS" OF STROKES; (2) DIABETES; (4) ACID-REFLUX; (5) BLOATING & (6) SWELLING; (7) BLOOD THICK-ENING; (8) BLURRED VISION & (9) HEMORRHOIDS; (10) CHEST PAINS & (11) SHORTNESS OF BREATH; (12) DEBILITATING EXHAUSTION; (13) HARD STOOL; (14) HIGH BLOOD PRESSURE; (15) HIGH CHOLESTEROL; (16) OBESITY & (17) FLACIDITY; (18) POOR BLOOD CIRCULATION; (19) MUSCULAR & (20) NEURO-APATHY; (21) DIZZI-NESS & (22) DISORIENTATION; THESE ARE IN ADDITION TO THE CLAIMANT'S MANY MOBILITY IMPAIRMENTS.

THE CLAIMANT, MICHAEL N. COLLINS, NOW HAS PRESCRIBED THROUGH HIS COLORADO DOC "MEDICAL PROVIDERS" & NOW HAS IN HIS "CELL POSSESSION" "SELF-MED CARDS TO SELF-ADMINISTER HEAVY DOSAGES OF THE FOLLOWING STRONG MEDICATIONS: (1) ACTOS-45 MG; (2) ASA ENTERIC-81 MG; (3) CARDONY-100 MG; (4) COLACE-100 MG; (5) GLUCOPHAGE-500 MG; (6) HCTZ-12.5 MG; (7) HYTRIN-2 MG; (8) NITROSTAT SL- 0.4 MG (NITROGLYCERIN); (9) TENORMIN-50 MG; (10) VITAMIN B-6 50 MG; (11) ZANTAC-150 MG;

SLY PRESCRIBED, BUT NEVER RECIEVED); CARDURA - 2 MG (JUST SUBSTITUTED FOR HYTRIN). FROM "TIME TO TIME" THE CLAIMANT BOTH HAS "MEDICALLY PROSCRIBED", THE CLAIMANT IS CLASSIFIED AS "CHRONIC CARE" BY THE COLORADO D.O.C., WHICH MEANS, AT LEAST IN PART, THAT HE IS TO SEE A MEDICAL DOCTOR, AT LEAST ONCE EVERY "3 8" MONTHS; THAT HE IS TO SEE HIS "OWN ASSIGNED" SECONDARY "MEDICAL PROVIDER", AT LEAST ONCE "EVERY 8" MONTH. THIS HAS NEVER HAPPENED. IN ACTUALLY FACT, THE CLAIMANT HAS GONE AS LONG AS WELL OVER "3 8" YEARS, AT ONE TIME, WITHOUT BEING ALLOWED TO MEET WITH ANY "8" MEDICAL DOCTOR; HAS GONE AS LONG AS WELL OVER 9 8" MONTHS (ALMOST A "FULL 8" YEAR) WITHOUT BEING ALLOWED TO MEET WITH ANY "8" SECONDARY "MEDICAL PROVIDER", WHETHER "PHYSICIAN'S ASSISTANT" OR EVEN JUST A "NURSE PRACTITIONER", THESE THINGS TOO, AT LEAST IN PART, ARE BLATANT & OBVIOUS RETALIATION & RETRIBUTION (DOC "MEDICAL" REALLY "FIGHTING DIRTY 8") FOR THE CLAIMANTS "MANY 8" "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; AT LEAST IN PART, ARE BLATANT & OBVIOUS RETALIATION & RETRIBUTION (AGAIN, D.C. "MEDICAL" REALLY "FIGHTING DIRTY 8") FOR THE CLAIMANTS "MANY 8" ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-US.-OWENS CIVIL LAWSUIT. FOR "MANY 8" "VERY "SERIOUS" MEDICAL & SECURITY" REASONS, "MANY 8" OF WHICH HAVE BEEN & "MANY 8" EASILY (AGAIN) COULD BE "LIFE THREATENING, AN IMMEDIATE DANGER TO BOTH THE CLAIMANTS LIFE & LIMBS, & "VERY 8" EASILY COULD BE "LIFE THREATENING" TO HIM AGAIN, IT IS OF "PRIMARY & PARAMOUNT 8" IMPORTANCE TO THE CLAIMANT THAT HE BE "IMMEDIATELY & EXPEDITIOUSLY & TRANSFERRED TO FORT LYON, C.F. — AS SOON AS POSSIBLE 8." THE COLORADO D.O.C.'S ASSERTION THAT THE CLAIMANT IS "CLOSED CUSTODY" DANGEROUS, LIKE SO MUCH ELSE, IS SPURIOUS & BOGUS. THE REAL "REASON THE REAL "WHY" THAT THE CLAIMANT HAS NEVER BEEN TRANSFERRED TO FORT LYON C.F. IS KNOWING WITH "MALICE A FORE THOUGHT & "INTENT" RETALIATION & RETRIBUTION AGAINST THE CLAIMANT, MICHAEL N. COLLINS, BY THE (COLORADO D.O.C.) OF "VERY & MOST 8" "PRIMARY & PARAMOUNT 8" IMPORTANCE THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS THE U.S. DISTRICT COURT OF

CLAIMANT BE IMMEDIATELY TRANSFERRED TO FORT LYON C.F, & TO BE THERE SO HOUSED FOR AS LONG AS THE CLAIMANT, MICHAEL N. COLLINS, IS INCARCERATED WITHIN THE COLORADO DOC SYSTEM. THIS WOULD MEAN EITHER LIFE OR DEATH TO HIM

THIS IS NOW AN "ANGUISHED CRY!" FOR JUSTICE; FOR A "REAL & TANGIBLE" JUSTICE!" FROM MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY! MICHAEL N. COLLINS WAS CONVICTED & IMPRISONED FOR NOW WELL OVER "8" YEARS OVER WHAT NEVER EVEN HAPPENED THROUGH THE COERCED TESTIMONIES OF TWO OF HIS DAUGHTERS THAT WAS TOTALLY & COMPLETELY RECANTED YEARS AGO "ALL!" OF THE COLLINS DAUGHTERS (SONS TOO) WERE COERCED & INTIMI-DATED, "TOLD WHAT TO SAY & HOW TO SAY IT," BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART, WHO PERJURED HIMSELF DURING THE "HIGH PROFILE" JAMES GARNER MURDER TRIAL IMMEDIATELY BEFORE THE COLLINS TRIAL, & WAS TOTALLY DISCREDITED (YEARS OF "FABRICATING EVIDENCE" HAD CAUGHT UP" WITH HIM!), WAS A "DIRTY COP" THAT HAD TO BE TAKEN "OFF THE STREETS" & ASSIGNED TO THE DOUGLAS COUNTY JAIL! THE COLLINS DAUGHTERS HAVE SINCE "ALL!" BECOME THE STRONGEST OF SUPPORTERS FOR THEIR FATHER MICHAEL N. COLLINS. JUDGE ARGUELLO THROW OUT THE "COERCED & COR-RUPTED LIE! FROM BEGINNING TO END!" THAT WAS THE TRIAL OF MICHAEL N. COLLINS! JUDGE ARGUELLO THROW OUT THE "COERCED TESTIMONIES" THAT CON-VICTED MICHAEL N. COLLINS OF WHAT NEVER EVEN HAPPENED, JUSTICE WILL FINALLY PREVAIL

IN "GREAT! ANGUISHED! TORMENT!" THE "ENTIRE! COLLINS FAMILY (FATHER MICHAEL, MOTHER KAREN; SONS DAREN, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRY OUT TO YOU!" JUDGE CHRISTINE M. ARGUELLO, FOR JUSTICE FOR "REAL !! & TANGIBLE! JUSTICE!" JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAIL ROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S "TIME OF TRIAL", THE LAST "10" YEARS HAVE BEEN OUR FAMILY'S "TIME OF TRIAL", OUR COLLINS FAMILY IS COMMONLY ENDURED "FAMILY HOLOCAUST"! JUDGE CHRISTINE ARGUELLO, YOU BELIEVE THAT YOUR BACKGROUND WILL MAKE YOU MORE UNDER-STANDING & EMPATHETIC TO THE "COMMON MAN", I AM THE "COMMON MAN", OUR FAMILY IS THE "COMMON FAMILY," WHOSE "TIME OF TRIAL" HAS MADE THE "ALL !!" OF

us in our desire & motivation to "fight the good fight", to "fight for the common good" whether that be our own family's, our own christian communities', our own larger communities' within which we all live, or our "good ol' us of a's"; in the end, final justice will be our family's; justice will finally prevail-soon, please, god, soon; judge christine m. arguello now do final justice for both "the one" & "the all".

Laura, one of the daughters of michael n. collins, underwent deep therapy & counseling and about 15 years ago to break down barriers & images of what never even happened, many false images were implanted in her mind, much flowed from laura to another, younger daughter, jeanette (the only daughter that my criminal case why I have been in prison for the last about 9 years), who underwent similar psycho-babble therapy. over a period of several years, mormon bishop & then stake president kenn thiess, while smugly & self-righteously, with great self-serving false righteous judgment, while professing to reconcile in a "mediatory love", did, in actual fact, much on-going to "stir-up" in his pensive & timorous "mealy mouthed" manner much anger; father against his daughters & daughters against their father; to turn the whole, everyone within the collins family, against each other; to war against each other. mormon bishop & then stake president kenn thiess was may & most definitely not reconciling in a "mediating love", his is not truth but he, kenn thiess was & will remain a disaster, cataclysmically, falsely play-acting at being a god. kenn thiess was & will remain only a mealy mouthed balding little man, slight in stature, brown cowing everyone elses, in his own mind (& in the minds of those like him), both real & imagined (by far, the more likely) sins, only god was & will remain my & our great good omnipotent, omnipresent, omniscient "omni" all-in-all almighty god. "only" my & our god is god.

the claimant's mormon "brothers & sisters" scattered like "chaff blown by the wind", when the collins family mormon sectarian proceedings "progression" to douglas county, colorado, secular proceedings.

THE ONLY INVESTIGATOR EVER ASSIGNED TO THE COLLINS CASE, BY THE DOUGLAS COUNTY SHERIFF'S OFFICE, OR ANY OTHER INVESTIGATIVE OR LEGAL ENTITY, FOR THAT MATTER, WAS THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART, WHO TOLD "EVERY" MEMBER OF THE COLLINS FAMILY, BOTH INDIVIDUALLY & COLLECTIVELY, (AGAIN & AGAIN) MOST EMPATHETICALLY & UNMISTAKABLY: "I AM ONLY HERE TO HELP; NOBODY IN YOUR FAMILY IS EVER GOING TO BE ARRESTED & GO TO JAIL; CERTAINLY NOT THE FATHER OF YOUR FAMILY; DOUGLAS COUNTY WOULD NEVER PROSECUTE ANYTHING LIKE THIS. I AM ONLY HERE AS YOUR FAMILY'S BEST FRIEND. I AM "ONLY HERE TO HELP YOU" YOUR FAMILY GET THE COUNSELING & THERAPY THAT YOU NEED TO HELP; THAT YOU NEED TO HELP BRING YOUR FAMILY BACK TOGETHER AGAIN." THROUGH OUT THE CLAIMANT'S CRIMINAL PROCEEDINGS, OVER SEVERAL YEARS, INVESTIGATOR WILLIAM RUPPART DENIED (AGAIN & AGAIN) MAKING ANY SUCH STATEMENTS. HE BOTH LIED & PERJURED HIMSELF (AGAIN & AGAIN), AS HE HAS A "LONG" HISTORY OF SO DOING, AS (HIS) QUITE OVER "MANY" YEARS IN LAW ENFORCEMENT.

THE COLLINS TRIAL JUDGE, SCOTT LAWRENCE, RULED (AGAIN & AGAIN) THAT INVESTIGATOR RUPPART'S "MOST EMPATHETIC & UNMISTAKEBLE & IRON CLAD" (MADE AGAIN & AGAIN) PROMISES OF IMMUNITY", NEVER ROSE TO THE "LEVEL OF PROMISES OF IMMUNITY"!! THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART DID NOTHING "ABSOLUTELY NOTHING" TO HELP THE COLLINS FAMILY. IN ACTUAL FACT, THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART WOULD COME TO DO ALL THAT HE COULD TO TURN FATHER AGAINST HIS DAUGHTERS, DAUGHTERS AGAINST THEIR FATHER, DAUGHTER AGAINST DAUGHTER, BROTHERS & SISTERS AGAINST EACH OTHER, MOTHER AGAINST HER DAUGHTERS & DAUGHTERS AGAINST THEIR MOTHER; STOOPING TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE TO GET WHAT HE WANTED: THE COERCED TESTIMONIES, "THE OLD WHAT TO SAY & HOW TO SAY IT" BY HIM COERCED TESTIMONIES OF "ALL" OF THE COLLINS FAMILY, BUT IN PARTICULAR, THE COERCED TESTIMONIES OF THE COLLINS DAUGHTERS.

AS TOO DID THE DOUGLAS COUNTY PROSECUTORS STOOP TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE, TO GET WHAT THEY WANTED: THE WHOLLY "CONTRIVED & FABRICATED" CONVICTION OF MICHAEL N. COLLINS, OVER WHAT NEVER EVEN HAPPENED, THE "HARDNESS" OF A LARGE WESTERN STYLE BELT BUCKLE THAT "EVERYBODY" HAD

IMMEDIATELY PRIOR TO THE COLLINS FAMILY TRIAL, INVESTIGATOR WILLIAM RUPPART PERJURED HIMSELF BIG "TIME!" DURING THE "VERY" HIGH PROFILE" JAMES GARNER MURDER TRIAL, WHICH LEAD TO AN ACQUITAL. AS A DIRECT RESULT, THE NEFARIOUS INVESTIGATOR RUPPART WAS REDUCED IN RANK TO ONLY A CORPORAL, TAKEN "OFF OF THE STREETS," & ASSIGNED TO THE DOUGLAS COUNTY JAIL, THE NEFARIOUS RUPPART HAD A LONG HISTORY OF FABRICATING & MANUFACTURING BOTH "TESTIMONIES & EVIDENCE." A "DIRTY COP" & A "BELT BUCKLE", THAT'S IT?!! THIS IS WHAT THE STATE OF COLORADO'S CASE "ALL" CAME DOWN TO: A MAN'S LIFE — DESTROYED "MY OWN", A FAMILY TORN APART (OUR OWN!) OVER A "DIRTY COP" & A "BELT BUCKLE!!!!" (FAMILY)

JUDGE CHRISTINE M. ARGUELLO, THE WHOLE, ENTIRE, & COMPLETE COLLINS — FATHER MICHAEL; MOTHER KAREN; SONS JAREN, JACK & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "ALL" CRY OUT TO YOU FOR "JUSTICE" FOR "REAL & TANGIBLE JUSTICE! BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO BECOME ALONG WITH DAUGHTER CHRISTINE THEIR (STATEMENTS) FATHER'S STRONGEST SUPPORTERS & ADVOCATES (SEE THE ENCLOSED AFFIDAVITS).

THE WHOLE, ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY "ALL" OF THE COLLINS DAUGHTERS ARE "VERY" MUCH "DEATHLY AFRAID" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. JUDGE ARGUELLO, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, SOME KIND OR IF LEGAL PROCEEDINGS, "OUTSIDE" OF DOUGLAS COUNTY, & "RATHER" YOUR U.S. DISTRICT COURT TO "SET ASIDE" & "THROW OUT" THE "WRONGFUL!", THE "DESECRATED" JUSTICE" CONVICTIONS OF MICHAEL N. COLLINS, TO ORDER THE IMMEDIATE ARREST OF DOUGLAS COUNTY INVESTIGATOR WILLIAM RUPPART, NOT ONLY FOR HIS OWN PERJURIES, BUT FOR COERCING, INTIMIDATING & MENACING THE TESTIMONIES OF THE WHOLE COLLINS FAMILY, BUT IN PARTICULAR & ESPECIALLY "THE COLLINS DAUGHTERS. (U.S. FEDERAL COURT) TO ORDER THAT ANY NEW TRIAL BE HELD OUTSIDE OF DOUGLAS COUNTY (WITHIN A...

JUDGE CHRISTINE M. ARGUELLO, THE CIVIL RIGHTS, THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; THEIR RIGHT TO A (Respectfully Submitted Michael N. Collins) FAIR & OBJECTIVE, AN IMPARTIAL "JUDICIOUS" TRIAL WAS UTTERLY & COMPLETELY DESECRATED & DESTROYED. I AM THE "COMMON MAN" OURS IS THE "COMMON FAMILY" NOW MAKE RIGHT WHAT IS SO WRONG. IF NOT YOU, WHO? IF NOT NOW, WHEN??!!"

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: CHRISTINE RICHARDS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

      **COMES NOW** the affiant Christine Richards, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.
2)     Affiant has personal knowledge of all facts herein stated.
3)     I was repeatedly lied to by the district attorney's office.
      **a.** They told me I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad. <u>I DID NOT want to testify, I DID NOT want to go to Colorado. **I was threatened with arrest and prosecution if I didn't go.**</u>
      b. I was told my dad would NEVER go to jail. When I balked at testifying, I was assured over and over again that he would NOT go to jail. Instead he would get parole and counseling. I was told this whole process was about getting "help" for our family. Instead our family has been dragged through this big mess, all of us against our will!
4)     I was prompted by the prosecutor what to say and intimidated by her if I didn't say the "right" thing. It was like she knew what my testimony was and if I strayed from it, she barked something like, "so the police lie?" or "are you calling the investigator a liar?" In fact, I did catch the investigator in several lies while I was on the stand being cross-examined. He said that I said things that were completely false. I never said many of the things he attributed to me. The truth is my memory is fuzzy and the investigators, by their questions tried to make it clear that I remembered things the way they thought I should.
      a. My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They tried to tell me that my sisters said that and the same thing happened to me. In

reality, my sisters DID NOT say that, but I was being told they did.

b. There was never an attempt to gather information that could exonerate my dad. The trial and judging had taken place by the prosecutor's office before the actual court trial had even taken place. This was a witch hunt, out to "get" my dad, no matter what his daughters said otherwise which would prove he was an innocent man.

c. A coupon book was mentioned at my dad's trial. I received this coupon book and it was so obviously a joke! A dumb joke, of course, but nonetheless a joke. It is absolutely incredulous to me that this stupid family joke was taken so incredibly out of context. Once again, the prosecutors didn't even want to hear from me that I knew it was a joke, that I knew my dad meant nothing "sexual" from it.

5) I think the prosecutors were trying to prove their own reputations and get a conviction no matter what the actual truth was. Instead of being my "ally" and on the "side" of us sisters, the supposed "victims," I actually felt as if they were the bad guys. And this is in no way because I want to protect and stick up for my dad. I was cooperative from the beginning, I wanted to help the investigators. I wanted the investigators to know they were making a big mistake. Instead they did nothing but ignore my words and in fact try to twist them around and confuse me as much as possible. The first time the prosecutor sensed that I wouldn't say things she wanted me to say, I felt as if I were "turned on" and she tried to rip me apart. She wasn't interest in my testimony once I wasn't going along with her master plan.

6) My dad has never been nor will he ever be, a habitual offender, nor a threat to society or his community.

a. I am not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

b. I am not writing these words because I am a "peacemaker" nor because I want to sweep this all under the rug. I unequivocally feel my dad has been wronged and I am doing all I can to make the situation right.

c. I have always said I don't feel wronged or if a "crime" had been committed against me nor either one of my sisters. What has taken place is a grave travesty of system.

7) I love my sister Jeanette, and I know she is a good, albeit immature and somewhat reckless, person.

a. She told me she knows she didn't tell the whole truth but was so afraid of the prosecution team she didn't want to get in "trouble"

2

with them. She expressed to me her concern on the tactics they used with her. She felt uncomfortable being "coached" and "corrected" if she "messed up."

b. She also told me she did this "for you and Laura" because she thought that is what we wanted her to say. Nothing could have been further from the truth.

c. I am also troubled at what I see to be Jeanie's bizarre ploy for attention. Whatever slight she might have felt being the youngest of six children growing up, these court proceedings have certainly made up for that.

8) I thank the court and especially the judge for the reconsideration hearing my father has been granted. Please, please, allow him to be released on bond or probation with the stipulation he receive counseling which he has already agreed to. I miss my father and want my daughter, as well as the child I am now carrying, to know their grandfather.

9) Further Affiant Sayeth Naught.


Dated: December 3, 1999

_Christine Richard_
**AFFIANT'S SIGNATURE**

SUBSCRIBED and SWORN before me on this 3rd day of _Dec._, 1999, in the County of New London, State of Connecticut.

WITNESS my HAND and OFFICIAL SEAL:

_Judith A. Merrill_
**NOTARY'S SIGNATURE**                    **SEAL:**


My commission expires: _Oct. 31, 2000_

3

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: LAURA PIPER**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

     **COMES NOW** the affiant Laura Piper, and being first duly sworn upon her oath, deposes and states the following facts:

1)   Affiant is competent to testify to all matters herein.
2)   Affiant has personal knowledge of all facts herein stated.
3)   I was lied to again and again by the district attorney's office.
    a.  I was told I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad against my will. <u>I would not have come to testify in the trial in what I considered to be a witchhunt for my dad unless I was threatened with arrest and prosecution.</u>
    b.  I was told my dad would NEVER (no matter <u>what</u> the outcome of the trial) get jail time. Instead he would get parole and court-mandated counseling.
    c.  I was told this whole process was about getting "help" for our family, for "healing" to take place. Instead our family has been ripped apart by a malicious and callous investigator who pitted sisters against sisters, brothers against sisters and a mother against her children. No one should ever have to go through what I feel our family has been dragged through unnecessarily the past few years.
4)   I was prompted, coerced, intimidated, rehearsed, coached and told what to say by the district attorney's office. I can now say I got caught up in the whole prosecution "game" and felt I had to embellish the truth, to invent stories and events to try and make the implausible seem plausible. I am embarrassed to admit it but I felt I needed to say things that I thought the prosecution wanted to hear. I was given no other choice but to go along with their version of events.
    a.  I was urged to say for positive fact that my dad made me wash and touch his private parts during showers when I always said I knew it never happened.
    b.  My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They asserted that it had to be, it was without a doubt, there was no other thing I could have felt. I now know the few times I remember feeling anything it was either a large belt buckle he wore or the zipper in his pants. At no time was he ever without clothes nor was I. He did not become aroused by me nor by either of my other sisters.
    c.  "Tickie torture" was mentioned at my father's trial and I need to address this issue. It was an innocent game! Jeanette and especially the prosecutors construed it to be this sexual activity but that is simply not the case. The boys played it, the girls did, it was us getting tickled.

Nothing more, nothing less. For Jeanette to have accidentally been touched in a private part was just that – an accident. It saddens me to think this family fun time we shared has been turned into something perverted and bad.

d. A coupon book was also mentioned at my dad's trial. Though my dad can be outlandish and do weird things, this coupon book was his weak attempt at humor. In bad taste and bizarre humor, yes. But a sexual advance, absolutely not! There is no doubt in my mind my father meant nothing sexual either implied implicitly or explicitly. He thought he was being funny and it backfired – badly.

5) The district attorney and investigators did not make a wholehearted attempt to get to know me, to understand my side of the story, to understand the dynamics of our family. There was nothing genuine about their intentions or motives. I feel they had an agenda from the start and that agenda was not to find the truth but to convict an innocent man in any way possible not matter how deceptive or manipulative they had to be to do it. They didn't care to hear the good things about our family, the many wonderful things about my dad. They only wanted to hear the negative, anything that could remotely implicate him whether it was totally true or not didn't matter to them.

a. I feel this case was about trying to build the reputation of those prosecuting it. I felt the prosecutors were bullies who tried to throw their weight around and who condescendingly dismissed any ideas or suggestions I had which tried to offer any other conclusions than what they had already come to.

b. I feel whatever minor inappropriate actions were exhibited by my father was blown incredibly out of proportion and the prosecutors attempted to whip the jury into a frenzied hysteria by using words such as "rapist" or "predator." Those words unequivocally do not describe my father and it is an affront to his children and an insult to his integrity to even remotely describe him in that fashion.

6) My sister Jeanette is a pawn in the district attorney's vicious prosecution again my father, an innocent victim of the system.

a. I, in my heart of hearts honestly feel that once Jeanette began talking to the prosecutors and investigators, and saying what she felt they wanted to hear, she felt she was in a tidal wave moving out of control. She couldn't stop it, couldn't recant her previous testimony, couldn't look people in the eye and say what she had "remembered" simply wasn't true – that she had been coached what to say the whole time.

b. Being the youngest of six children, Jeanette felt neglected and ignored. While her older siblings were in college, in stable relationships and making something of their lives, Jeanette had none of this. I don't think she intended for things to be taken so far, but again, once scrutinized by the district attorney's office, she felt she couldn't recant falsehoods but had to say what she felt they wanted her to say.

7) My dad is not a habitual offender, is not a threat to society nor his community. He is a loving, hard-working, decent family man who should be able to play with his grandkids and enjoy the company of his six children and instead is surrounded by violent criminal offenders in a prison. I love my father and would, without reservation, let him around my children, his grandchildren. I am

2

not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

8) All along I have said I didn't even feel wronged, I had gotten on with my life, and I didn't want to see my father prosecuted, much less serve prison time. I never pressed forward with wanting my dad prosecuted. I merely suggested he may have acted mildly inappropriate at times and from there the freakshow began! Now in the aftermath I don't feel justice has been done, but rather a grave injustice has been committed.

9) I am a responsible, mature wife and mother of two who has put my past behind me and who has gone on with my life. I am a respected, contributing member of society who owns my own business and who has graduated from a four-year college with a bachelors degree in international relations. Contrary to what anyone may think, I am not trying to cover for my dad nor make excuses for him. I am disgusted for everything he has been dragged through by the merciless prosecution team and investigators.

10) I love my sister Jeanette, I don't think she had malicious intentions. She lives with me now and I see her good heart, and her patient way with my children. But I also see her immaturity and deceptive practices. I see how she lies to get out of trouble and for attention. I can see she is very troubled that our dad is in prison and knows she was not honest in her courtroom testimony. I know she fears repercussions if she does admit to not being entirely honest. She has expressed fear of the prosecutors to me before

11) My father is not a saint, he is not blameless in all things nor is he without fault. But what has happened to him is ridiculous and downright shameful. I regret I played a part in the courtroom fiasco and am disappointed in myself for not having the courage to stand up to the prosecutors and say what I knew to be true as well as what I knew to be untrue. I am remorseful for the pain and hardships my father has had to endure and for my inability to not get caught up in the frenzied atmosphere of the courtroom.

12) Further Affiant Sayeth Naught.

Dated: November 19, 1999

State of Washington
County of Kitsap

AFFIANT'S SIGNATURE

SUBSCRIBED and SWORN before me on this 19th day of November, 1999, in the County of Kitsap, State of Washington.

WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE                SEAL:
Notary Public in and for the State of Washington

Kathleen J. Cowsert

My commission expires: 06-29-2003

3

September 5, 2000

## Re: MICHAEL N. COLLINS

Dear Judge:

Please let my dad out of jail and stop all of this nonsense. I feel like our family's lives are trapped in an awful movie, that our family has been ripped apart by the evil district attorney's office.

The star of the movie is Jeanette. Once she realized she could get the attention she so desperately craved simply by saying what the d.a's office wanted to hear, like a donkey diligently following a carrot, she beckoned this call to stardom and became a drone in the prosecution's case. Never thinking for herself, she has told both me and Christine on numerous occasions that everything she did was to please the d.a.'s office. All the time they asked her, "What else can you remember? We need you to remember more." What they really should have asked was, "What else can you misconstrue and twist around to appear as perverted?" Jeanette has told both me and Christine that she flat-out lied on the stand. My father never groped her breasts, never fondled her, never laid or stood next to her with an erection. It just didn't happen. I have heard her say it, with my own ears.

Now that Jeanette is living in Connecticut, a safe distance away from the d.a.'s office, and she doesn't fear their repercussions if she doesn't say what they want to hear, she is free to talk about her blatant lies – and she does! She has told Christine she wants so much to take her testimony back, she is embarrassed by it. She was just a kid – 15 years old when this first started. She was as caught up in the flurry of accusations just as anybody else was. Jeanette lived with me for a few years and I saw first hand how plain deceitful and calculating she could be. Once again, let me reiterate, Jeanette told me she lied on the stand. She told me she made herself cry (she really is an accomplished actress), and she greatly exaggerated the innocent to make it appear to be immoral.

I, regrettably, had a supporting role which I am both ashamed and embarrassed about. Why couldn't I stand up to the investigators? Why couldn't I tell them that no, I never kissed my father's penis in the shower? Why couldn't I tell them that I never felt an erection while lying next to my father? Unfortunately I got so caught up in this momentous tidal wave of lies, exaggerations and half-truths. Part of me wanted to support what Jeanette was saying even though I knew what she was saying was preposterous. The other part of me was deathly afraid of the investigators. Would I be put under arrest? Would the tables be turned and somehow I would be vengefully prosecuted for something I didn't do? Everything I testified to was either surrounded in doubt or I knew it just was plain not true. The investigators would have none of that however. They would sit me in a room and tell me what they wanted me to testify to. I felt helpless.



That doesn't even begin to describe the amount of helplessness I feel now along with the overwhelming guilt and sadness I feel for that fact that my dad is in prison. He is in prison for something he didn't do and I helped to convict him. Our whole family is just in such turmoil over this. I know personally when my dad was sentenced I felt as if my insides had been turned out.

Please, please, right this wrong, correct this injustice. Stop this nonsense! Help our family achieve closure and let our healing begin. Let our family have a little bit of confidence in the justice system after our belief in it has already been shattered.

Please let my dad out of jail and overturn his sentence. Let him begin to pick up the pieces of his life and live with my brother Jared and his family in Utah. Letting my dad out of jail and placing the limitation of having to stay in Colorado is still a sentence for my dad! My brother Jared is a good man full of integrity. My father's staying there can only be a benefit to my dad.

I thank you very much for your attention to this matter and ask you to please call me at 360-344-3939 if you have any questions whatsoever.

Sincerely,

Laura Piper

Laura Piper

---

**Certificate for Witnessing or Attesting a Signature**

State of Washington )
County of _Jefferson_ ) ss
                        )

Signed or attested before me on _11/3/2000_ by _Laura Piper_

_Wendy O'Keefe_
Notary Public in and for the State of Washington

WENDY C. O'KEEFE
Printed name

Residing at: _Pt Hadlock, WA_

My appointment expires: _12/2/03_

2

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

     **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.
2)     Affiant has personal knowledge of all facts herein stated.
3)     After much reflection I have decided to write this letter to make known my frustration with what I feel was an unfair judicial process for my dad. I feel I was an unwitting accomplice to my dad being "railroaded" for crimes he did not commit.
4)     Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team, that if I didn't remember things they wanted me to remember I could be prosecuted myself.
5)     I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.
6)     I felt like I had to say what I had rehearsed with the d.a. even if it was questionable in my mind if that was what really happened. For instance, I can't even be sure if when I laid with my dad he had an erection. It was so long ago, there are so many other possibilities of what it could have been, there is absolutely no way I can be sure that is what happened. But caught up in the moment, and being questioned by sympathetic investigators who said absolutely that is what it was, I felt like I had to go along with it. I was given no other alternative, no other option as to what could have happened.
7)     Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

8)   I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9)   Lastly, I want to say that again and again I was told there would be no jail time for my father! <u>I would not have agreed to testify if I thought there was the remotest possibility my dad would be sent to jail.</u> We were all going to get counseling, my dad was going to get help. I still feel he is not blameless in all things, and that he should get court-mandated counseling, but being sentenced to 12 years in prison definitely does not fit the "crime" my dad committed. Please reconsider my dad's sentence and allow him to leave prison. He has already served more than a year and that is more than anyone ever thought he would serve in the first place.

10)  Further Affiant Sayeth Naught.

Dated: November 19, 1999

AFFIANT'S SIGNATURE

State of Washington
County of Kitsap

SUBSCRIBED and SWORN before me on this 19th day of November, 1999, in the County of Kitsap, State of Washington.

WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE                              SEAL:
Notary Public in and for the State of Washington
Kathleen J. Cowsert



My commission expires: _____06-29-2003_____

2