DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,     Plaintiffs,

v.

MICHAEL N. COLLINS,   Defendant.

      **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.

2)     Affiant has personal knowledge of all facts herein stated.

3)     I was not in a healthy emotional state when I made egregious accusations against my father.

4)     Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team.

5)     I was angry with my father, I was feeling despondent in my own life, and I agreed to whatever the investigators were suggesting. I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6)     My father never had an erection when I laid next to him, he never fondled my breasts. I made these accusations as a minor being coerced by adults who I thought at the time had my best interests in mind. They did not.

7)     Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

8)     I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9)     I am of sound mind when writing this affidavit and am not being coached or coerced by anyone.

10)     Further Affiant Sayeth Naught.

Dated:

                                            AFFIANT'S SIGNATURE

       SUBSCRIBED and SWORN before me on this _____ day of _____, 2001, in the County of New London State of CONNECTICUT

       WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE                SEAL:

My commission expires:_____ **KATHLEEN BERNIER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAY 31, 2006

Monday, February 11, 2002

STATEMENT BY: JARED M. COLLINS, PSC 473 BOX 96, FPO, AP 96349-0005

 I am currently working as a civilian for the Department of Defense overseas on the Yokosuka, Japan Naval Base. I am writing on behalf of my father, Michael Norris Collins, who has been unjustly imprisoned over the last several years. I am specifically writing in regards to his motion to appeal. Since the trial first ended, I spoke with Mr. Jeffery Timlin outside the courthouse in the parking lot as we discussed what our options were. He said that he would of course appeal the Judge's decision and that would set into motion several things. Since day one after the trial, he stated that he would appeal.

 After the trial, my father has always stated that he would appeal the judge's decision. My father and I kept in close contact and we would write each other often about this matter. He would call collect sometimes and always let me know the status of the legal work he was trying to go through. He also wrote to me several times that his attorney was working through the appeals process. After several months, he began telling me that his lawyer wasn't doing much of anything. Many months later we find out that he was doing absolutely nothing on my father's behalf during this whole time.

 Mr. Timlin was very straightforward with me and said that he was going to appeal on behalf of my father. My father has always told me that he appealed the decision and was positive that it would be overturned through the appellate courts.

 Mr. Timlin has been dishonest with my father and myself. Mr. Timlin has never stated that my father waived his right to appeal, **never**. My father has never told me that he waved his right to appeal, **never**.

 I, myself, personally have tried to contact Mr. Timlin in the past on my behalf as well as on my father's behalf and I could not get into contact with him. He would not return my phone calls. He also rarely returned my father's phone calls and missed many of my father's court appearances and appointments. He was not a lawyer who looked out for my father's best interest. When he would commit to do something, it just never happened.

 If you would like to speak with me further about Mr. Timlin, my father, his trial, or anything else, please do not hesitate to contact me.

Sincerely,

Jared M. Collins
PSC 473 Box 96
FPO, AP 96349-0005

Jarreb@yahoo.com

and since they never received them, there was no restraining order violation.

12.)   In addition, I made the judgement call to send a copy of my dad's letters to my sisters. It was I who sent the copies of my dad's letter to my sisters. I was in the wrong, not my father. I was not told to send them to my sisters. I did this of my own free will and choice. I was not aware that by me sending a copy of my dad's letters to my sisters, it was a violation of a restraining order.

13.)   At no time did my dad ever threaten, coerce, intimidate or menace Jeanie or Laura or Christine or any member of our family through his mailings or in any other way. He has strictly adhered to and honored the restraining order in place with Jeanie at all times.

14.)   Further Affiant Sayeth Naught.

Dated:    November 22, 2000

_____
AFFIANT'S SIGNATURE

SUBSCRIBED and SWORN before me on this _22_ day of _Nov._, 2000, in the County of Weber, State of Utah.

WITNESS my HAND and OFFICIAL SEAL:

_____
NOTARY'S SIGNATURE

SEAL:

My commission expires: _1/16/2004_

CHARLES R. TATE
NOTARY PUBLIC • STATE of UTAH
346 12TH STREET
OGDEN, UT 84404
COMM. EXP. 01-16-2004

Judge Scott Lawrence
District Court Judge
Douglas County Combined Courts
P.O. Box 1690
Castle Rock   CO
         80104-1690

Dear Judge Lawrence,

          I am writing this letter not really knowing how
much good it will do but I hope to convey some of the things which
I feel and feel that you need to know about my experiences dealing
with my sister Jeanette Collins and father Michael N. Collins.  My
name is John Collins and I am the second youngest of the six
children in our family.  I had the opportunity to really get to
know my sister during the time in question due to the fact that we
were the only two kids still left at home.  Let me try and explain
the best I can about my sister's character.  I truly feel that I am
the most qualified to do so because I was the closest to her during
those months in which she has accused my father of molesting her.
Jeanie is one of the most caring people that I know.  She is not
one to carry grudges.  She is not one for violence.  She has a
wonderful personality and I just love her to death.  Unfortunately,
she has always had low self-esteem.  Call it because of her weight
or the fact that we were very poor growing up,  I don't know.  What
I do know is that because of her self-esteem problem she simply
cries out for attention.  She would always do things to put herself
in the limelight.  She always knew the right things to do in order
to get her way or just to get someones attention.  After a while

crying, pouting, or not talking to someone stopped working and people wanted her to grow-up and take responsibility for her actions. They wanted her to stay in school. They wanted her to attend church. They simply wanted her to do chores around the house. Jeanie has never been one to be told what to do so her little ploys to get attention or to get her way got bigger and more extravagant which cumulated in a suicide attempt. Suddenly people started doing what she wanted again and she was again in control. Like all things, it came to an end. We started taking her suicide threats with a grain of salt for we realized that she was simply using that as a way to excuse herself from reality and not take responsibility for her actions. This is when she accused my father of molesting her. Right from the first minute I never did believe Jeanie. Granted I didn't always voice my opinion due to lack of courage on my part but I feel my father has been done a great injustice. I know my sister and I know my father and he did not do this. To me this is simply my sister making another excuse for why she can't or why her life is messed up. I just want her to be responsible and tell everyone that this never happened. The thing is that I know she won't because she knows that that will take her out of the spotlight.


I didn't arrive at this conclusion easily. Even though I didn't believe Jeanie I was entangled in all the "What ifs". What if she isn't lying? What if she did get molested? What if she isn't making this whole thing up? It was interesting in the fact

that I did ask her if she had been molested and without hesitation she said "NO", in kind of a scoffing way.  To that she said I was a man and she didn't trust men.  Ok, then why, when asked by my sister Christine, did she again say no as well?  This whole case has so many inconsistencies and so many holes that it just makes me a little mad at the way it was handled.  This is not to say that the prosecution lawyers did things wrong but the way the investiga- tion was handled was wrong in my opinion.  I know that each and every one of us in our family was lied to by Investigator Ruppart. I have always held a certain respect for people that uphold the law but that confidence was shattered by that individual.  He simply lied to us and that is wrong.  Not only did he lie but he intimi- dated us as well.  I don't really want to get into specifics in this letter but it is hard not to tell what really happened.

Back to my father,  now I'm not saying he was a perfect father.  He was on the road a lot.  He didn't always spend a lot of time with us but I knew that he loved us.  He always put food on the table and clothes on our back and a roof over our heads and that demands respect.  He has always been a very christian man.  He was always willing to help others as much as he could. In that he was a good example.  I may not know, I mean really know, what happened between my father and sister for only Jeanie, my dad, and God truly know what happened. But in my judgement my father is innocent!  He could not have done this.  My sister thinks this is some kind of play or a big joke.  It's all about her and that's the way she wants it.

I just want you to know that I love my sister and I love my father. This has been one of the most difficult things my family has had to deal with. For the past two years it has gone on and on. Finally, when my dad was convicted of this, our family came together. We all seem to be thinking the same thing. But it took his conviction for people to say what they really thought. Do you know what? We were all thinking the same thing... that Jeanie was not telling the truth. I'm sure you'll find similar comments in the other letters you have received.

I don't know what can be done for him now that he is convicted but I plead with you to do what you can. Whether it be probation or counseling or community service, be it what it may. I do think that jail is simply out of the question. He did not do this. Please do what you can but know this that I feel my father is innocent and so do four others, and those four others happened to be the closest to her. We all can't be wrong. I hope this letter does some good. If you have any further questions you would like to ask feel free to call: (303) 681-3129.

With best regards,

John Collins

Michael N. Collins DOC #101218, Colorado Territorial Corr. Facility   11/12/08

Dear William Claspell, Criminal Investigator, Colorado DOC (CID);

Thank you for a few minutes of your time the other day. You have both "brought trouble on me," & made me "some kind of hero." I am doing what I am doing for neither reason. I pray about "many" "things," & this "issue" is one of them. I fight the "good fight". Irregardless of what others may think of me, I am a "GOOD & GODLY MAN. EVIL NEEDS TO BE FOUGHT. GOOD NEEDS TO PREVAIL. WHAT SGT. ADAMIC DOES NEEDS TO BE FOUGHT. Everybody in this prison now knows about your criminal investigation of Sgt. Adamic prompted by my NOTICES TO CEASE & DESIST off.

I was both "surprised" & "taken aback," by the number of inmates, who have come up to me, & expressed their support of me; their support of my allegations of "wrong doing" against Sgt. Adamic. I have found that what Sgt. Adamic has done to me (AGAIN & AGAIN), he has also done to "many" other inmates. I have been "drawn" out for "9 years" In that time, I have been personally "patted down," "striped searched," (that) "my cell torn apart" "many" "times. What Sgt. Adamic does are "contempt shots" & "contempt mikes" intended to "disrespect" "demean" me; to "contempt" me as much as possible.

Sgt. Adamic has got to be getting some sort of "sexual gratification" out of "whacking" "my penis; "feeling" up & down, both my penis & "grabbing" my nut sack, doing to me what is far beyond a "normal" pat down. Just from other inmates coming up to me, telling me that Sgt. Adamic is doing the same things to them; Sgt. Adamic also has got to be getting some sort of "sexual gratification" out of "whacking" their penis; "feeling" up & down, both their penis & "grabbing" their nut sacks, also doing to them what is far beyond a "normal" pat down. SGT ADAMIC DOES SEXUAL (ASSAULTS).

Enclosed are **several** ■ NOTICES TO CEASE & DESIST off. SUMMARIZING LETTER, & SO ON, at least in part, involving Sgt. Adamic. They have been "ongoing" sent to Warden James Abbott, here at CTCF, US District Court Judge John Kane; members of our Collins Family, & several "good friends". What is criminal behavior, remains criminal behavior; irregardless, if a man or a woman wears a Colorado Correctional Officers badge or not. SGT. ADAMIC'S CONTEMPT SHOTS" & "CONTEMPT MIKES" are both physical & verbal SEXUAL ASSAULTS upon me & "many" "other men."

JUSTICE WILL PREVAIL & I pray that you diligently apply yourself. Michael N. Collins

Parsed (illegible)

P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002

DEAR POSTMASTER GENERAL OF "OUR GOOD OL' US OF A."; I HAVE BEEN IM PRISONED NOW FOR ABOUT "9½" YEARS, OVER WHAT NEVER EVEN HAPPENED, I HAD ONE DAUGHTER, WHO UNDERWENT "DEEP THERAPY & COUNSELING" TO FIND IMAGES OF WHAT NEVER EVEN HAPPENED. MANY FALSE IMAGES WERE IM- PLANTED IN HER MIND. SHE TOTALLY RECANTED HER TRIAL TESTIMONY YEARS AGO TO BECOME, ALONG WITH MY OTHER DAUGHTERS, ONE OF MY STRONGEST (SUPPORTERS.)

BOTH I & OUR FAMILY PRAY THAT SOON JUSTICE WILL FINALLY PREVAIL. IN THE MEANTIME, HERE IN PRISON, I STILL RETAIN MY BASIC U.S. CONSTITU- TIONAL RIGHTS; THE RIGHTS OF MY BASIC HUMANITY, AS A GOOD & GODLY (HUMAN BEING.)

I NOW HAVE HAD WELL OVER "500 %" RIGHTFULLY MINE"; "PIECES OF MAIL" ILLEGALLY SEIZED & WITH HELD & LOST & STOLEN & "FROM ME FOR THE FULL PERIODS OF BOTH TIMES (07/20/07 - PRESENT; 05/03/05 - 10/11/06); FOR THE NOW FULL "2.75 YEARS &" THAT I HAVE BEEN INCARCERATED AT CTCF (SEE THE EXCLUSION "SPECIFICS," 09/16/08). I HONESTLY CAN NOT THINK OF EVEN JUST ONE "PIECE OF MAIL" THAT I HAVE EVER HAD SEIZED FOR ANY REASON WHAT SO EVER IN THE ABOUT "9½" OTHER COLORADO DOC FACILITIES THAT I HAVE BEEN INCARCERATED WITHIN. ALL &" OF MY "FAMILY MAIL" IS GOOD & WHOLESOME, UPLIFTING & BENEFICIAL, BOTH TRULY & LOVING, AS ARE ALL &" OF MY MAGAZINES & NEWSPAPERS. BY A COLORADO DISTRICT COURT JUDGE'S ORDER BOTH I & MY DAUGHTERS, CHRISTINE & LAURA (NOW 25 YEAR OLD WOMEN) ARE FREE TO COMMUNICATE WITH EACH OTHER. YET, "OUR MAIL" IS SEIZED, SIMPLY BECAUSE IT IS "OUR MAIL." OFTEN "MY MAIL" IS SIMPLY "THIEVED &" WITH OUT ANY JUSTIFICATION. C.O.'S SIMPLY THIEVE & WHATEVER THAT THEY WANT TO.

MY MAGAZINES, LETTERS, & PICTURES HAVE BEEN LABELED AS CHILD & ADULT GIRL & BOY, WOMAN & MAN PORNOGRAPHY; IN REALITY, PEOPLE SIMPLY DOING ANYTHING AND EVERYTHING UTTERLY & COMPLETELY "INNOCUOUS &" "MY MAIL" HAS BEEN LABELED AS A "THREAT TO THIS FACILITY." THESE ARE PUBLICATIONS LIKE: THE CHURCH NEWS "; NEWS WEEK, "O" (OPRAH) & TV GUIDE MAGAZINE. HAVE YOU EVER THOUGHT THAT YOU WERE LOOKING AT "PORNOGRAPHY," WHEN YOU HAVE REFERENCED YOUR OWN TV GUIDE? &? MORE OFTEN THAN NOT, MY "PIECES OF MAIL" HAVE SIMPLY BEEN THIEVED &"; PAR- TICULARLY MY "HUGE &" "SUNDAY DENVER POST NEWS PAPERS WITH EVERYTHING IN THEM! "THIEVING &" OF INMATE MAIL BY CTCF C.O.'S IS WIDESPREAD; C.O.'S RARELY HAVE & MAIL BECAUSE THEY CAN, PARTICULARLY "MY MAIL & "Michael W Collins

Michael N. Collins DOC #101218, Colorado Territorial Corr. Fac. (Page 1 of 5
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002      11/15/08

ILLEGAL SEIZURES! "OF MY MAIL ARE AGAINST U.S. FEDERAL & CO. STATE LAWS
NOTICE TO CEASE & DESIST!!!

   WHEN ANY MAGAZINE, LETTER, OR ANY "MAIL ITEM" IS "SENT IN" TO ME FROM
THE OUTSIDE "THAT OUR MAILROOM SOMEHOW FINDS "OBJECTIONABLE," WHICH IS
PRACTICALLY "ANYTHING & EVERYTHING" (OUR NEFARIOUS MAILROOM WOULD FIND
A "MOTHER TERESA CATECHISM "FROM THE STREETS OF CALCUTTA, INDIA, TO BE
"PORNOGRAPHIC MATERIAL", AS THEY HAVE SOMEHOW FOUND MY CHURCH NEWS &
NEWSWEEK, PREVENTION [HOLISTIC HEALTH & LIVING], & TV GUIDE MAGAZINES; MY
NEWSPAPERS TO BE "OBJECTIONABLE") I HAVE "SOMETIMES" "BEEN SENT A "NOTICE OF
REJECTION/DISPOSITION OF MAIL" HOWEVER, MORE OFTEN THAN NOT, OUR CTCF
MAILROOM, OR ANY C.O. THAT WANTS TO, SIMPLY "THIEVES" "WHATEVER THAT THEY
WANT TO, IN PARTICULAR & ESPECIALLY CTCF MAILROOM CLERK C.O. COMBS.
   ENCLOSED ARE TWO SAMPLE, RELATIVELY "CLEAN & SIMPLE" "NOTICE OF REJEC-
TION/DISPOSITION OF MAIL" EXHIBITS. ONE IS FOR NEWSWEEK MAGAZINE, & THE
OTHER IS FOR TV GUIDE MAGAZINE, BOTH OF WHICH ARE POPULAR & ICONIC MASS
CIRCULATION PUBLICATIONS, WHOSE READERSHIP IS IN THE "MANY" "MILLIONS" THROUGHOUT
THE UNITED STATES & AROUND THE WORLD. IN NO WAY CAN EITHER PUBLICA-
TION BE CLASSIFIED AS "BACK ALLEY SMUT," BUT, IN ACTUAL FACT, BOTH PUBLICA-
TIONS ARE FACILITY "AUTHORITATIVE & RELIABLE" PERIODICALS REFERENCED, AT ONE
TIME OR ANOTHER, BY PRACTICALLY EVERYBODY. DON'T YOU TOO DAILY REFER TO A TV GUIDE &
OUR "PERVERT & DEGENERATE THEMSELVES" CTCF "SMUT MIND" MAIL CENSORS
SOMEHOW FIND BOTH NEWSWEEK & TV GUIDE MAGAZINE, BOTH NATIONALLY & INTER-
NATIONALLY POPULAR & ICONIC REPRESENTATIONS OF OUR AMERICAN CULTURE, (ALONG WITH
"MANY" "OTHER PUBLICATIONS TO BE, & LABEL THEM AS: BOTH CHILD & ADULT; GIRL
& BOY, WOMAN & MAN "PORNOGRAPHY"; A "THREAT & DANGER" TO BOTH MY & OTHER
INMATES' "MENTAL HEALTH, MENTAL HEALTH GOALS, MENTAL HEALTH THERAPY
& REHABILITATIVE GOALS "(THAT I NEVER KNEW THAT I HAD!); A "THREAT &
DANGER "TO THIS FACILITY TO OUR "THERAPEUTIC COMMUNITY! AD NAUSEAM!
   AFTER OUR CTCF MAILROOM HAS SOMEHOW FOUND A MAGAZINE OR LETTER
"OBJECTIONABLE", IT IS EVALUATED; OR, MORE ACCURATELY, "PICKED APART" ON

AN OFFENDER READING MATERIAL EVALUATION & APPEAL FORM - PART I" (ENCLOSED ARE TWO SAMPLE, RELATIVELY "CLEAN & SIMPLE", (Page 2 of 5) EXHIBITS), BY A "PERVERT & DEGENERATE THEMSELF" MEMBER OF OUR CTCF MENTAL HEALTH DEPARTMENT. CHARLES OLIN IS THE HEAD OF OUR CTCF MENTAL HEALTH DEPARTMENT'S "SEX SECTION"; KNOWN BOTH COLLECTIVELY & IN-DIVIDUALLY; KNOWN BOTH VERY DISRESPECTFULLY & DERISIVELY AS THE "BUDS" (FOR BREASTS & BUTTS, VAGINAS & DICKS), SINCE THAT IS WHAT THEY ARE AL-WAYS, ONE WAY OR ANOTHER, DWELLING UPON, TALKING ABOUT & DISCUSSING, (AD NAUSEAM)!

ANY INNOCUOUS PERSON, PLACE, OR THING; ANY INNOCUOUS BOTH INTRA-& INTER PERSONAL, FAMILY, & GROUP RELATIONSHIP IS SEXUALLY BOTH DENOTED & CONNOTED, THROWN & CONTORTED, SEXUALLY FANTASIZED & IMAGINED INTO SOME ENTIRELY OTHER NON-INNOCUOUS PERSON, PLACE, OR THING (OFTEN "QUANTUM" INCREDIBLY "DEPRAVED LEAPS OF GROTESQUE FIGMENT SHADOWS, WITHOUT ANY TIES TO REALITY WHATSOEVER &); INTO THE THE "SEXUALLY IN-APPROPRIATE" BY OUR MENTAL HEALTH "SICK THEMSELVES" SEX SECTION. ANY PICTURE OR STORY OF OR ABOUT "ANY &" CHILD, "ANY &" WOMAN, "ANY &" MAN DO-ING, OR NOT DOING "ANYTHING &," NO MATTER HOW GOOD & WHOLESOME, INNO-CENT & INNOCUOUS, POSITIVE & UPLIFTING, LOVING & BEAUTIFUL BECOMES SEX-UALLY "CHARGED & LOADED" "PORNOGRAPHY." AS BEAUTY IS IN THE "EYE OF THE BEHOLDER" SO TOO IS "PORNOGRAPHIC & PRURIENT" MAIL IN THE EYES OF OUR CTCF "PERVERT & DEGENERATE THEMSELVES" MENTAL HEALTH SICK "SEX SECTION MAIL CENSORS!

COLORADO HAS BEEN "SUCKERED" & HOOD-WINKED INTO WASTING SCARCE TAXPAYER MONEY & STATE RESOURCES ON THE "PERVERTED & DEGENERATE, PSEUDO-SCIENTIFIC SMUT & SMACK, RAW SEWAGE FILTH MUCK & MIRE," AS THE FOR "BEYOND EVIL" EVIL, CLOAKED IN A PSEUDO-SCIENTIFIC RESPECTABIL-ITY, METHODOLOGY, & TERMINOLOGY THAT IS OUR CTCF MENTAL HEALTH DEPART-MENT'S SICK" "SEX SECTION." EVERYTHING ABOUT THEIR CORRUPTED PSEUDO-SCIENTIFIC SICK "SEX THERAPIES & SICK "SEX CLASSES; EVERYTHING ABOUT THEM BOTH INDIVIDUALLY & COLLECTIVELY IS "SLIMEY & DISGUSTING & FILTHY TRIPE &"

BY FAR, THE MOST ACTIVE SICK "SEX EVALUATOR," WHOSE SICK "WRITTEN EVALUATIONS" FILL OUT MANY & "OF THE "OFFENDER READING MATERIAL EVALUATION & APPEAL FORM - PART I'S THAT ATTEMPT TO JUSTIFY THE "IL-LEGAL &" SEIZING OF BOTH MY MAGAZINES & FAMILY LETTERS HAS BEEN PATRICIA A. MONTEZ; ONE OF CTCF'S "WORST OF THE WORST" SICK "SEXUAL

IS AN ALCOHOL ABUSE & DRUG ADDICTION COUNSELOR, THERAPIST, & INSTRUCTOR. AS A PART OF CTCF'S MENTAL HEALTH DEPARTMENT, CLAY WILL FREELY TELL ANYONE THAT 10 YEARS AGO, HE WAS A DRUG ADDICT THAT ILLEGALLY GOT HIS DRUGS "ON THE STREETS"; NOW HE IS A DRUG COUNSELOR THAT LEGALLY HAS HIS OWN DRUGS PRESCRIBED, & LEGALLY GETS THEM THROUGH ANY PHARMACY.

DRUG COUNSELOR CLAY SIMPSON MAY BE A "DIPSTICK" (AS I HAVE CALLED HIM TO HIS FACE), BUT A HARMLESS "DIPSTICK" THAT CAUSES NOBODY ANY HARM. CLAY HAS BEEN OPEN & FORTHRIGHT (WHICH I GREATLY RESPECT HIM FOR & ), WHEN HE HAS TOLD ME: "WHEN I WAS 'DOWN & OUT', 'ON THE STREETS' 10 YEARS AGO I WAS A DRUG ADDICT, NOW AS A DRUG COUNSELOR, I CAN LEGALLY GET WHAT-EVER DRUGS THAT I WANT." CLAY SIMPSON IS NOW A "CONTROLLED" DRUG ADDICT, BUT REMAINS A DRUG ADDICT NEVER THE LESS. SO TOO IS IT WITH OTHER CTCF MENTAL HEALTH COUNSELORS, WITHIN THEIR OWN SPECIALIZED "FIELDS OF STUDY."

AS CLAY SIMPSON IS NOW A "CONTROLLED" DRUG ADDICT, AS A CTCF DRUG COUNSELOR, THERAPIST, & DRUG INSTRUCTOR; SO TOO IS PATRICIA A. MONTEZ NOW A "CONTROLLED" SEX ADDICT, BUT REMAINS A SEX ADDICT NEVER THE LESS, AS A CTCF SEX COUNSELOR, THERAPIST, & SEX INSTRUCTOR. "MANY ", IF NOT ALL, OF MY "LEGALLY & RIGHTFULLY MINE" GOOD & UPLIFTING SPECIALIZED & GENERAL MAGA-ZINES; GOOD & UPLIFTING, WHOLESOME & BENEFICIAL FAMILY LETTERS GO RIGHT THROUGH THE CTCF CENSORSHIP MAIL PROCESS "APPROVED" FULLY INTACT, & I RE-CEIVE THEM "APPROVED" FULLY INTACT WHEN PATRICIA A. MONTEZ (A.K.A. "BUDS" FOR BREASTS & BUTTS, VAGINAS & DICKS) IS NOT DOING THE "READING." (MATERIAL EVALUATOR)

FOR THE ABOUT "9 " YEARS NOW THAT I HAVE BEEN IMPRISONED WITHIN THE "BELLY OF THE COLORADO DOC BEAST," IN THE ABOUT "9 " OTHER COLORADO DOC FACILITIES THAT I HAVE BEEN IMPRISONED WITHIN, I CAN NOT THINK OF EVEN JUST ONE PIECE OF MAIL, MAGAZINE OR LETTER THAT I HAVE EVER HAD "IL-LEGALLY SEIZED "; WHILE, HERE AT CTCF I HAVE NOW HAD WELL OVER 500 "PIECES OF MAIL", MAGAZINES & LETTERS; NOW OVER ABOUT "2 3/4 YEARS " RIGHTFULLY MINE "PIECES OF MAIL" "ILLEGALLY & SEIZED & WITH HELD ", LOS "THIEVES " BY CTCF C.O.'S WITH TOTAL & COMPLETE, EVEN ACTIVELY ENCOUR-AGED " IMPUNITY BY THOSE IN POSITIONS OF CTCF AUTHORITY, SPECIF-

IN RESPONSE AND REQUEST FOR REDRESS MICHAEL C. WILSON.

MORE OFTEN THAN NOT, OUR CTCF MAILROOM, OR ANY C.O. THAT WANTS TO, SIMPLY "THIEVES" WHATEVER THAT THEY WANT. AS OF THIS DATE, 11/15/08, FOR THE FULL PERIODS OF BOTH TIMES (07/20/07-PRESENT, 05/03/05-10/11/06), FOR THE FULL "2.75 YEARS" THAT I HAVE BEEN INCARCERATED AT CTCF, I HAVE HAD NOW A TOTAL OF WELL OVER "500 RIGHTFULLY MINE" "PIECES OF MAIL" "ILLEGALLY SEIZED & WITHHELD LOST & THIEVED" BY CTCF C.O.'S. "MANY" OF THESE "ILLEGAL SEIZURES" ARE DIRECTLY ATTRIBUTABLE TO PATRICIA "BUD'S" MONTEZ, & HER ALWAYS SICK "SEXUAL CONTEXTS", HER ALWAYS DRENCHED IN HER OWN SEXUALLY "PERVERTED & WARPED" PERCEPTIONS & LENS (IN REALITY, FAR "BEYOND EVIL" EVIL) READING MATERIAL EVALUATIONS OF MY "RIGHTFULLY MINE" MAGAZINES & LETTERS. SHE "PERCIEVES ANYTHING INTO" "RAW SEWAGE".

I HAVE NEVER MET PATRICIA "BUD'S" MONTEZ; HOWEVER, I HAVE HEARD HER DESCRIBED OFTEN ENOUGH, AS AN ORANGE & YELLOW HAIRM, WITH LENGTHING BLACK ROOTS, "DOWDY MOUSE" THAT KEEPS HERSELF CLOISTERED POURING OVER TO HER WARPED & UGLY, PERVERTED & DEGENERATE, DIRTY & SLEAZY MIND, (OWN) "PORNOGRAPHIC MATERIALS" WHICH TO HER IS "EVERYBODY" DOING OR NOT DOING EVERYTHING OR NOTHING. INDEED, SHE "PERCIEVES" EVERYBODY & EVERYTHING IN EVERY CONTEXT INTO "RAW SEWAGE". PATRICIA "BUD'S" MONTEZ IS NOT A VOLUPTUOUS "SEX QUEEN", BUT LIVES VICARIOUSLY THROUGH HER OWN SEXUALLY "PERVERTED & WARPED" PERCEPTIONS & LENS; IS ONLY A LEWD LITTLE "SEX ADDICT", NOT A CONTROLLER, BUT AN UNCONTROLLED MESSED UP IN HER OWN (LEWD SEX ADDICT).

"... WHATEVER THINGS ARE TRUE,... NOBLE,... PURE,... LOVELY,... ARE OF GOOD REPORT, IF THERE IS ANY VIRTUE AND IF THERE IS ANYTHING PRAISEWORTHY..." PATRICIA "BUD'S" MONTEZ "MEDITATES ON THESE THINGS" TO TURN, TWIST, & CONTORT THEM; TO "PERCIEVE" THEM (INTO RAW SEWAGE) BY THE LITTLE "AUTHORITATIVELY" PRESENTING HERSELF & HER SICK PSEUDO-SCIENTIFIC "CLAP TRAP" SEX PSYCHIATRY & SEX PSYCHOLOGY AS DOING GOOD, BUT, IN REALITY, SHE IS DOING BAD & FAR "BEYOND EVIL" EVIL. BY SO DOING & BEING, BY VICARIOUSLY LIVING & BEING HER OWN (HERSELF) CORRUPTION & UGLY "SEX LIES, SHE HAS BECOME FAR BEYOND BAD & EVIL" BAD & EVIL. BY SO DOING & BEING PATRICIA "BUD'S" MONTEZ MAKES THE COLORADO DOC THAT EMPLOYS HER FAR BEYOND "BAD & EVIL" BAD & EVIL. I NOW "FIGHT THE GOOD FIGHT" AGAINST HER & DOC'S BAD & EVIL'S

ENCLOSED IS A NOTICE TO PUBLISHER EXHIBIT, SENT UNDER page 50's THE NAME OF THE STATE OF COLORADO, THE DEPARTMENT OF CORRECTIONS, CTCF, & WARDEN JAMES ABBOTT; SENT UNDER THEIR DHARIMATURE SEAL OF THEIR AUTHORITY MANY "8" TIMES TO: ESQUIRE MAGAZINE, KUNG FU, MEN'S HEALTH MAGAZINE, NEWSWEEK, "O" (OPRAH) MAGAZINE, A REVENTA (HOLISTIC HEALTH & LIVING), TIME, TV GUIDE MAGAZINE, THE CHURCH NEWS, THE ENSIGN, & THE NEW ERA MAGAZINES. ALWAYS ACCOMPANYING THIS "NOTICE TO PUBLISHER" HAS BEEN AN "OFFENDER READING MATERIAL EVALUA-TION & APPEAL FORM-PART 1", MORE OFTEN THAN NOT, SUCCINCTLY IN CONCISE PSEUDO-TECHNICAL "CLAPTRAP" WORDS, STATING THAT I AM SOME KIND OF "LOW LIFE" PERVERT, & AT LEAST IMPLYING THAT THEIR'S IS SOME KIND OF "LOW LIFE" PERVERT PUBLICATION FOR HAVING ME AS A "READER SUBSCRIBER". IN SENDING THEIR MAGAZINE TO ME, WHAT SHOULD BE PRIVATE (& CONFIDENTIAL) CTCF IS MAKING PUBLIC EXPOSING ME & EVERY OTHER CTCF INMATE TO PUBLIC "SCURRILOUS SLANDER". THIS IS A VERY & MOST "BLATANT & OBVIOUS" ATTEMPT AT "ILLEGAL & UNCONSTITUTIONAL" CENSORSHIP!!!

WHAT IS "UNFORGIVABLE!!!" IS PATRICIA "BUD'S" MONTEZ & HER "MAIL EVALUA-TIONS" LABELING MY & OUR "GOOD & WHOLESOME, UPLIFTING & BENEFICIAL, ALL "GOD & BEAUTIFUL" FAMILY MAIL AS SOME KIND OF "PORNOGRAPHY"; AGAINST MY "MENTAL COLORADO HEALTH & REHABILITATIVE GOALS" (THAT I NEVER KNEW THAT I HAD). BY A DISTRICT COURT JUDGE'S ORDER, BOTH I & MY DAUGHTERS CHRISTINE & LAURA ARE FREE (ARE TO BE LEFT ALONE! AD INFINITU) TO COMMUNICATE WITH EACH OTHER; BY ORDER OF MAJOR BROAD DITCH FAMILIES ARE

IN THE NOW ABOUT "9" YEARS THAT I HAVE "BEEN DOWN", IN THE NOW ABOUT "9" DOC FACILITIES THAT I HAVE BEEN INCARCERATED WITHIN, I HONESTLY CAN NOT THINK OF EVEN JUST ONE "PIECE OF MAIL" THAT I HAVE EVER HAD SEIZED FOR ANY REASON WHATS-EVER, CERTAINLY NOT "FAMILY MAIL" AT PATRICIA "BUD'S" MONTEZ' INSTIGATION. ALL "OF MY MAIL HAS BEEN & CONTINUES TO BE "SAVAGED"; OUR FAMILY THROUGH OUR (MAIL CARNAGER)

IN ACTUAL FACT, WHILE A LARGE PART OF OUR "PERVERT THEMSELVES" MAIL CENSORSHIP IS DUE TO PATRICIA "BUD'S" MONTEZ & HER ALWAYS SICK "SEXUAL CONTEXTS, PERVERTED & WARPED" "READING MATERIAL EVALUATIONS", THE OTHER LARGE PART IS DUE TO CTCF MAIL ROOM CLERK C/O. COMBS. HE IS, IN REALITY, A BEADY EYED "PERVERT HIMSELF" THAT WEARS UNDER SIZED "PERVERT G'LASSES WHO CLOISTERS HIMSELF (AS "BUD'S" MONTEZ DOES) IN OUR CTCF MAIL ROOM SEE "PORNOGRAPHY & A THREAT TO THIS FACILITY" IN EVERY "PIECE OF MAIL"; TO COWARDLY ILLEGALLY & SEIZES & THIEVE "EVERY "PIECE OF MAIL" THAT HE CAN. Michael N. Cobb

Michael N. Collins DOC #102116, Colorado Territorial Corr. Fac.

Michael N. Collins DOC #102116 Colorado Territorial Corr. Fac. 11/14/0

DEAR C.O. COMBS (CTCF MAILROOM): YOU CERTAINLY HAVE CHUTZPAH! FOR THE "2.75 YEARS" THAT I HAVE BEEN INCARCERATED AT CTCF, I HAVE HAD A WOW TOTAL OF WELL OVER "500!" RIGHTFULLY MINE PIECES OF MAIL "ILLEGALLY! SEIZED & WITHHELD! LOST & TITHED!" BY CTCF C.U.S. AT LEAST IN PART, YOU, MAILROOM CLERK C.O. COMBS, ARE RESPONSIBLE FOR THIS "CARNAGE!" WHAT IS "UNFORGIVABLE!" IS YOUR SEIZING MAIL! & FROM MY DAUGHTERS CHRISTINE & LAURA. THIS IS IN DIRECT VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER. THE COURTS TELL DOC WHAT TO DO, YOU CAN NOT DO WHATEVER THAT YOU WANT. YOU, C.O. COMBS, ARE MOST & VERY EFFICIENT AT DOING MOST & VERY BAD THINGS. YOU HAVE NO "MORAL COMPASS", YOU WOULD HAVE MADE A GOOD NAZI, WITHOUT QUESTION FOLLOWING YOUR ORDERS, IN KILLING AS MANY! (POSSIBLY COULD) JEWS AS YOU

C.O. COMBS, WHEN YOU "ILLEGALLY SEIZE!" MAIL TO & FROM MY DAUGHTERS CHRISTINE & LAURA; WHEN YOU ILLEGALLY SEIZE! "GOOD & WHOLESOME, UP-LIFTING & BENEFICIAL MAIL TO & FROM MY SONS & DAUGHTERS (OTHER THAN JEANETTE. SHE TOTALLY RECANTED HER TRIAL TESTIMONY YEARS AGO TO BE COME, ALONG WITH MY OTHER DAUGHTERS & MY SONS, ONE OF MY STRONG-EST SUPPORTERS; HOWEVER, A COURT RESTRAINING ORDER DOES REMAIN IN PLACE WITH HER, UNTIL "JUSTICE FINALLY PREVAILS!") THEN YOU ARE DOING WHAT YOU CAN TO KILL OUR FAMILY, AS THE GOOD NAZI THAT YOU ARE, A-ING MOST & VERY BAD THINGS. IN THE ABOUT "9!" YEARS THAT I HAVE "BEEN DOWN," IN THE ABOUT "9!" DOC FACILITIES THAT I HAVE BEEN IMPRISONED WITHIN, I HONESTLY CAN NOT REMEMBER EVEN ONE PIECE OF MAIL EVER SEIZED BY ANY MAILROOM, FOR ANY REASON WHATSOEVER. C.O. COMBS, IN DEED, YOU ARE A GOOD NAZI, DOING VERY BAD THINGS. GOD JUDGES

SPECIFICALLY, IN RESPONSE TO YOUR "NOTICES OF REJECTION / DISPOSITION OF MAIL" OF 11/03/08 & 11/12/08, YOU ARE MISTAKEN! WHERE "PUB "SUBMITTED WITHIN 2-4 DAYS TO SENIOR CTCF MANAGER" FOR PREVENTION MAGAZINE OCT '08, MEN'S HEALTH OCT '08, NEWSWEEK SENT 29 2008 & KUNG-FU MAGAZINE DEC '08 VOL 36 NO. 12 I HAVE

Michael N. Collins DOC #101210, Colorado Territorial Correctional Facility

P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002

A TOTAL NOW OF "471 8" "RIGHTFULLY MINE PIECES OF MAIL" HAVE BEEN ILLEGALLY 8 SEIZED & WITHHELD 8, LOST & THIEVED 8 "FROM MICHAEL N. COLLINS BY CTCF C.O.'S 88

FOR THE FULL PERIODS OF BOTH TIMES (07/20/07 - PRESENT; 05/03/05 - 10/11/06); FOR THE FULL "2.67 YEARS 8" THAT I HAVE BEEN INCARCERATED AT CTCF, I HAVE HAD THE FOLLOWING MAIL "ILLEGALLY 8 SEIZED & WITHHELD 8, LOST & STOLEN 8" (L.D.S.) FROM ME:

THE DENVER POST NEWSPAPER (277 EA):    MORMON CHURCH PUBLICATIONS (39 EA):
    (BOTH FULL & PARTIAL PAPERS)        1.) THE CHURCH NEWS        23 EA
1.) SUNDAYS                    69 EA     2.) THE ENSIGN MAGAZINE     7 EA
2.) DAILYS                     208 EA    3.) THE NEW ERA             9 EA

"WIDELY CIRCULATED" MAGAZINES (62 EA):    LETTERS & POSTCARDS "TO OR FROM" (55 EA):
1.) ESQUIRE MAGAZINE          11 EA     1.) MY FORMER WIFE, KAREN     3 EA
2.) KUNG FU MAGAZINE           1 EA     2.) MY DAUGHTER, CHRISTINE    5 EA
3.) MEN'S HEALTH               3 EA     3.) MY DAUGHTER, LAURA        7 EA
4.) MENTAL FLOSS               5 EA     4.) MY SON, DAREN           17 EA
5.) MOTOR HOME MAGAZINE        0        5.) MY SON, JOHN             4 EA
6.) NEWSWEEK                   8 EA     6.) MY BROTHER, TOM          19 EA
7.) "O" (OPRAH) MAGAZINE      11 EA     "PROTECTED" LEGAL & PRIVILEGED (38 EA):
8.) PREVENTION MAGAZINE        1 EA     1.) LEGAL MAIL                6 EA
9.) RV LIFE                    0        2.) PRIVILEGED MAIL         32 EA
10.) TIME MAGAZINE            13 EA     A TOTAL OF "471 8" "ILLEGALLY 8
11.) TV GUIDE MAGAZINE         9 EA     SEIZED & WITHHELD 8, LOST & STOLEN 8"
12.) WRITER'S DIGEST           0        "PIECES OF MAIL" RIGHTFULLY MINE 8

I HAVE BEEN THROWN IN "THE HOLE" (AGAIN & AGAIN) AT CTCF ON WHOLLY "CONTRIVED & FABRICATED" CHARGES. MY DENVER POST NEWSPAPERS ARE SUPPOSE TO BE HELD FOR ME BY OUR CTCF MAILROOM, & GIVEN TO ME AFTER I'M BACK IN "GENERAL POPULATION"; HOWEVER, "EVERY ONE 8" OF MY "BACK" SUNDAY DENVER POST NEWS-PAPERS HAVE BEEN "THIEVED 8" BY OUR CTCF MAILROOM, & I HAVE ONLY RECIEVED ONE THIRD OF MY "BACK" DAILYS. "ALL 8" C.O.'S THINK OF "ALL 8" INMATE NEWS-PAPERS AS THEIR OWN. "ALL 8" C.O.'S FREELY READ "THEIR 8" OUR NEWSPAPERS

OUR CTCF "PERVERT THEMSELVES" & MAIL CENSORS LABELED "OPRAH" MAGAZINE, AMERICA'S DAYTIME TV ("WARM & FUZZY" TWS", TALK & TALK & TALK &) "SWEET HEART", AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH." ABSURDITY & OUR CTCF "PERVERT THEMSELVES" & MAIL CLERK, C.O. COMBS, & MAILROOM SUPERVISOR, SGT. VIOLA; CAPT. WILSON, "HEAD A ___ CHAIRPERSON OF OUR CTCF "READING COMMITTEE" (WHO I CAN NOT INDIVIDUALLY IDENTIFY AFTER OVER A HALF DOZEN REPEATED REQUESTS TO BOTH WARDEN JAMES ABBOTT, & HIS ADMINISTRATIVE ASSISTANT SHIRLEY LILI BARRI, BOTH SIMPLY IGNORE ME.) LABEL MEN'S HEALTH, TV GUIDE & PREVENTION (NATURAL FITNESS) MAGAZINES; LABEL THE (CHURCH) NEWS NEWSPAPER, THE ENSIGN & NEW ERA MAGAZINES, AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH." FURTHER, ABSURDITY & TV GUIDE MAGAZINE?!?!?

OFTEN MY MAIL IS SIMPLY "THIEVERY OR THROWN OUT &" WITHOUT MY RECIEVING A "NOTICE OF REJECTION/DISPOSITION OF MAIL" FORM. THIS IS AGAINST BOTH (COLORADO) STATE & U.S. FEDERAL LAWS; AGAINST THE COLORADO DOC'S OWN "AR'S" (ADMINISTRATIVE REGULATIONS). OFTEN I DO NOT RECIEVE BACK MY YELLOW COPY OF A (ACCOMPANYING) "MISC. WITHDRAWAL TICKET" PAYING FOR THE NEEDED POSTAGE, ON THE MAIL ENVELOPES, WHICH WILL TELL ME WHETHER OR NOT MY MAIL WAS ACTUALLY SENT OUT OR NOT. I KNOW WHAT MAGAZINES HAVE BEEN SUBSCRIBED TO FOR ME BY MY FAMILY; I KNOW WHAT (& WHEN) MAGAZINES ARE MISSING. I HAVE COME TO KNOW MAILROOM CLERK C.O. COMBS, AS THE LITTLE BEADY EYED "UNDER SIZED GLASSES" PERVERT THAT HE, IN ACTUALITY, REALLY IS. OFTEN C.O. COMBS JUST THIEVES & PICTURES & POSTCARDS THAT HE WANT WHATEVER OF MY MAGAZINES & NEWSPAPERS; WHATEVER OF MY FAMILY LETTERS.

BY COLORADO DISTRICT COURT JUDGE "COURT ORDER", BOTH I & MY DAUGHTERS CHRISTINE & LAURA ARE FREE TO COMMUNICATE WITH EACH OTHER; HOWEVER, THIS "COURT ORDER" IS "OPENLY & BLATANTLY &" IGNORED BY CTCF, & OUR MAIL IS "SEIZED" FOR NO OTHER REASON THAN THAT IT IS OUR MAIL. THE "GOOD & WHOLESOME" (PICTURES) FAMILY MAIL; "GOOD & WHOLESOME" FAMILY LETTERS & POSTCARDS, FAMILY DRAWINGS SENT TO & FROM MYSELF & MY DAUGHTERS CHRISTINE & LAURA, MY SONS JARED & JOHN, MY BROTHER TOM ARE CONTINUALLY "SEIZED & WITHHELD &" (OUR SOULS &) CONTINUALLY "LOST & THIEVERY &" FROM ME. THESE ARE "CONTRACT STATES" TO MY & (MAIL) MY "PROTECTED" LEGAL & PRIVILEGED MAIL IS ONLY "SOMEWHAT PROTECTED"

DC Form 300-38C (07/15/06)

# NOTICE OF REJECTION/DISPOSITION OF MAIL

FACILITY/UNIT: CICF-3   DATE: 8/22/08
OFFENDER NAME/NUMBER: Collins 64218
YOUR CORRESPONDENCE TO/FROM: TV Guide August 25-31

## Has been rejected or declared contraband for the following reason(s):

- [ ] Contains threats or plans of criminal activity.
- [ ] Contains threats of physical harm against any person.
- [ ] Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility.
- [ ] Violates or concerns plans for activities in violation of the *Code of Penal Discipline*, law, or DOC policy.
- [ ] Concerns plans for escape.
- [ ] Is in code and/or not understood by the reader.
- [ ] Sends, receives, solicits or contains money orders or any other items of value from other offenders, relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.
- [ ] Contains information that constitutes a danger to a person or threat to the security and safety of the facility.
- [x] Creates a substantial danger to the emotional or mental health of an offender.
- [ ] Contains cash or personal checks.
- [ ] There is a written request from a citizen that mail from an offender be discontinued.
- [ ] Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head.
- [ ] Contains decorative stamps or stickers on the envelopes or contents.
- [ ] Contains postage stamps, stamped envelopes, blank stationary or blank writing paper.
- [ ] Contains Polaroid or similar photos.
- [ ] Contains unknown substances.
- [ ] Other

## Disposition

- [ ] Declared contraband, not for offender disposition
- [ ] Sent to reading committee   [ ] Returned to sender
- [ ] Declared contraband; offender must designate disposition within 10 days or item will be disposed of. Proof of purchase must be provided by offender within 10 days or the item will be disposed of.
- [ ] Other

Date: 8/22/08   Mail Officer Signature: (signature)

I designate the following disposition of the above items:

- [ ] Destroy   [ ] Donate to charity   [ ] Return to sender at my expense
- [ ] Send to the following address at my expense:

Date: _____   Offender Signature: _____

Attachment "C"
Page 1 of 1

20089

---

DC Form 300-38C (07/15/06)

# NOTICE OF REJECTION/DISPOSITION OF MAIL

FACILITY/UNIT: CA-3   DATE: 9-24-08
OFFENDER NAME/NUMBER: Collins #101218
YOUR CORRESPONDENCE TO/FROM: Newsweek Sept 29, 2008

## Has been rejected or declared contraband for the following reason(s):

- [ ] Contains threats or plans of criminal activity.
- [ ] Contains threats of physical harm against any person.
- [ ] Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility.
- [ ] Violates or concerns plans for activities in violation of the *Code of Penal Discipline*, law, or DOC policy.
- [ ] Concerns plans for escape.
- [ ] Is in code and/or not understood by the reader.
- [ ] Sends, receives, solicits or contains money orders or any other items of value from other offenders, relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.
- [ ] Contains information that constitutes a danger to a person or threat to the security and safety of the facility.
- [x] Creates a substantial danger to the emotional or mental health of an offender.
- [ ] Contains cash or personal checks.
- [ ] There is a written request from a citizen that mail from an offender be discontinued.
- [ ] Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head.
- [ ] Contains decorative stamps or stickers on the envelopes or contents.
- [ ] Contains postage stamps, stamped envelopes, blank stationary or blank writing paper.
- [ ] Contains Polaroid or similar photos.
- [ ] Contains unknown substances.
- [ ] Other

## Disposition

- [ ] Declared contraband, not for offender disposition
- [ ] Sent to reading committee   [ ] Returned to sender
- [ ] Declared contraband; offender must designate disposition within 10 days or item will be disposed of. Proof of purchase must be provided by offender within 10 days or the item will be disposed of.
- [ ] Other

Date: 9.24.08   Mail Officer Signature: M Garcia

I designate the following disposition of the above items:

- [ ] Destroy   [ ] Donate to charity   [ ] Return to sender at my expense
- [ ] Send to the following address at my expense:

Date: _____   Offender Signature: _____

Attachment "C"
Page 1 of 1

20089

COLORADO DEPARTMENT OF CORRECTIONS                    AR FORM 300-26A (02/01/06)

## OFFENDER READING MATERIAL EVALUATION & APPEAL FORM – PART 1

| *CTCF* | *Collins M* | *# 10121 8* |
|---|---|---|
| Facility | Offender Name | Doc Number |

Title or Description of Material: *Deseret News April 30 2006*
 Include name, issue number, and title and page of offending material

*Objectionable Features of Material - Material:*

1. Reading materials that describe or depict the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items.

2. Reading material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person.

3. Reading material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection.

4. Sexually explicit material: Materials which are primarily devoted to depicting or describing bestiality, pedophilia, sadism, masochism, necrophilia, discharge of bodily fluids, penetration, sexual intercourse, oral sex or masturbation. *Inmate Classified S-SO*

5. Reading materials which pose a potential threat to the safety and security of the offender population or staff by advocating facility disruption or noncompliance with prison rules or regulations.

*Censored Portions of Material:* Facility reading committee shall list specific page numbers and a detailed explanation as to why material is being denied. If entire submission is being disallowed, reading committee must list the first five pages of objectionable material. Attach a copy of the Reading Material Restriction form if material is being disallowed due to rehabilitative goals.

PAGE NO.         FEATURE(S)
*3,8,9,12,14*         *Depicts pictures of Children - contrary to rehabilitative treatment goals*

| Dan Holditch *(M) Holditch* | *5-22-06* |
|---|---|
| Review Committee Chair:  Printed Name & Signature | Date |

DISPOSITION FOLLOWING EVALUATION OF MATERIAL(S): *Note: Entire item will be censored if 5 or more pages are objectionable.*

[ ] Censored in entirety          [X] Permitted with above pages removed          [ ] Permitted in entirety

| James F. Abbott *James F. Abbott* | *5/23/2006* |
|---|---|
| Administrative Head:  Printed Name/Signature | Date |

| Date Served to Offender | Served by: Staff Member(s) Printed Name/Initials |
|---|---|
| Date *Oct 31 06*   *JUN - 9 2006* | Offender's Signature |

Pursuant to AR 300-26, the offender may appeal this decision within 10 days of the date of service of this form. This appeal is the only available administrative remedy to the offender. Offender Reading Committee decisions may not be grieved under the provisions of DOC AR 850-04, *Grievance Procedure.*

*MAY 2 6 2006*   *JUN - 1 2006*   *To mailroom / Midway for service & dispo* Attachment "A" *good pages returned & given to* Page 1 of 2 *inmates.*
*hold for 610 rehandling*

*Please, remove pages, so that I can get what I can get*
*Please, destroy please (My complaints are being censored)*
*This Newslitter it the most reviewed and _____*

COLORADO DEPARTMENT OF CORRECTIONS          AR Form 300-26A (05/01/07)

## OFFENDER READING MATERIAL EVALUATION & APPEAL FORM – PART 1

_CTCF_          _Collins, M_                    _#10128_
Facility          Offender Name                    Doc Number
Title or Description of Material: _Collins Sending Letter to Laura Piper (Daughter)_
 Include name, issue number, and title and page of offending material

_Objectionable Features of Material:_

| | | |
|---|---|---|
| | 1. | Reading materials that describe or depict the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items. |
| | 2. | Reading material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person. |
| | 3. | Reading material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection. |
| | 4. | Sexually explicit material: (See definition in Section III, "Definitions.") _5-50_ |
| | 5. | Reading materials which pose a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations. |

_Censored Portions of Material:_ Facility reading committee shall list specific page numbers and a **detailed explanation as to why material is being denied**. If entire submission is being disallowed, reading committee must list the first five pages of objectionable material. Attach a copy of the Reading Material Restriction form (Attachment "E") if material is being censored due to rehabilitative goals as documented by Mental Health.

PAGE NO.          Detailed Explanation as to why each page is to be censored. (Attach additional pages as necessary.)

_Letter to daughter is not allowed because of correspondence restriction due to his crime of child sexual Assault + incest_

_Doug Wilson_                              _3-3-08_
Review Committee Chair: Printed Name & Signature _Patricia D. Montez_    Date _3/3/2008_

DISPOSITION FOLLOWING EVALUATION OF MATERIAL(S): Note: Entire item will be censored if 5 or more pages are objectionable.

[X] Censored in entirety          [ ] Permitted with above pages removed          [ ] Permitted in entirety

James E. Abbott                    _James E. Abbott_    _3/6/2008_
Administrative Head: Printed Name/Signature                      Date
_3/11/08_                          _Charles Pohl CP_
Date Served to Offender                    Served by: DOC Employee(s) Printed Name/Initials
_3/11/08_
Date                              Offender's Signature

Pursuant to AR 300-26, the offender may appeal this decision within 10 days of the date of service of this form. This appeal is the only available administrative remedy to the offender. Facility reading committee decisions may not be grieved under the provisions of DOC AR 850-04, _Grievance Procedure._

                    Attachment "A"    _letter given to inmate of_
                    Page 1 of 2

_3/7/08 sent for service to inmate_
_3/11/08 Hold for cleallene_

MAR 2 0 2008

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
COLORADO TERRITORIAL CORRECTIONAL FACILITY
James E. Abbott, Warden
P. O. Box 1010
Cañon City, Colorado 81215-1010
Phone (719) 275-4181
FAX (719) 269-4168



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## NOTICE TO PUBLISHER

**TO:**   PREVENTION
P.O. BOX 7319
Red Oak, IA 51591-0319

**FROM:**   COLORADO TERRITORIAL CORRECTIONAL FACILITY
PO BOX 1010
CANON CITY, CO 81215-1010

**DATE:**   September 25, 2008

**PLEASE BE ADVISED THAT YOUR PUBLICATION:**

Prevention October 2008
(Name & Issue of Publication)

SENT TO THE FOLLOWING COLORADO DEPARTMENT OF CORRECTIONS OFFENDER:

Collins, DOC #101218
(Offender Name)

HAS BEEN REVIEWED BY THE WARDEN AND FACILITY READING MATERIAL COMMITTEE AND WAS CENSORED FOR THE REASON(S) STATED IN THE ATTACHED FORM.

YOU HAVE 30 DAYS FROM THE DATE LISTED ABOVE TO APPEAL THIS DECISION IN WRITING TO THE CENTRAL READING COMMITTEE, C/O CDOC EXECUTIVE DIRECTOR'S OFFICE, LOCATED AT 2862 S. CIRCLE DRIVE, COLORADO SPRINGS, CO 80906.

Michael N. Collins DOC TO1210, Colorado Territorial Corr. Facility 11/06/08

CONTINUED ILLEGAL HARASSMENTS; EFFECTUALLY DENIAL OF "FLU SHOT"
NOTICE TO CEASE & DESIST !!!

IT HAS NOW BEEN "105" DAYS (ABOUT 3½ MONTHS), SINCE I WAS LAST ABLE
TO EAT A DINNER MEAL IN OUR MESS HALL. THIS IS DUE TO THE "CONTEMPT SHOTS",
WHICH ARE SEXUAL ASSAULTS, THAT I AM SUBJECTED TO AFTER EVERY DINNER
BY C.O.'S, IN PARTICULAR BY SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL").
THE MOST VICIOUS OF BLOWS TO MY GROIN AREA HAVE BEEN DELIVERED
BY C.O. MACIVOR (THEY HAVE BEEN WITNESSED BY SGT. BENTLEY,
WHO HAS DONE NOTHING.) I AM CALLED "CONTEMPT MIKES". ALL "B" IS TO
DEMEAN & DISRESPECT ME. I AM A "GOOD & GODLY" MAN; NOT AN ANIMAL!

I AM BEING "IN EFFECT" "DENIED MY FLU SHOT" ! ON 10/29/08 C.O.
MABB WAS IN CHARGE OF OUR LOWER "CENTRAL CAGE" IN UNIT 3. C.O. MABB
IS A "BRAIN DEAD" "DUMB, "SHAVED HEAD" LITTLE RUNT, WITH A BIG "RUNNING
MOUTH", "WHITE RACIST HATE COP THAT "COMES DOWN" ON ME, & "F__KS" WITH
ME, AT HIS EVERY OPPORTUNITY. HE KEPT ANNOUNCING OUR "FLU SHOTS"; HOW
EVER, HE REPEATED EVERY ANNOUNCEMENT THAT HE MADE 3 & 4 TIMES;
DRONING "ON & ON" IN HIS "STUPID NONSENSICAL" MANNER, SO MUCH SO,
THAT EVERY INMATE WAS IGNORING HIS EVERY WORD. C.O. MABB WOULD
GET "FLU SHOT" GROUPS TOGETHER & THEN CANCEL THEM (AGAIN & AGAIN),
PARTICULARLY WHEN I SHOWED UP. THIS IS NOT MY PARANOIA, BUT MABB'S "DOING ME"

THE FOLLOWING DAY, ON 10/30/08, I REQUESTED SEVERAL TIMES OF
C.O. STOWELL, THEN RUNNING OUR "CENTRAL CAGE", THAT I BE ALLOWED TO
GET MY "FLU SHOT". SHE REPEATEDLY DENIED MY REQUESTS, & TOLD ME
SEVERAL TIMES: "THIS IS PRISON. YOU CAN'T DO WHATEVER YOU WANT,
WHENEVER YOU WANT". FINALLY, I WAS ABLE TO "NOTICE IT" TO OUR MEDI-
CAL CLINIC; HOWEVER, THERE WAS A "CRUSH OF CHAOS" OF EASILY
200 INMATES DOWN IN OUR CONFINED BASEMENT MEDICAL CLINIC,
WITH INMATES FROM "ALL "B" OF OUR UNITS, ALL "B" MIXED UP WITH EVERYBODY
ELSE. I HAVE BEEN PHYSICALLY ATTACKED THREATENED, & CALLED MANY
PRETTY BAD NAMES BY OTHER INMATES IN OTHER UNITS, PARTICULARLY
BY ARYAN BROS' "HATE THUGS". I HAD TO "PRUDENTLY" LEAVE OUR MEDICAL
CLINIC BEFORE GETTING MY "FLU SHOT". I NEED TO STILL GET A "FLU SHOT"!

Michael N. Collins, Doc #101218, Colorado Territorial Corr. Facility (10/22/08)
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002

## ILLEGAL "SEXUAL ASSAULTS"; ILLEGAL "THIEVING" & "TRASHING" OF MY PROPERTY
## NOTICE TO CEASE & DESIST !!!

IT NOW HAS BEEN "90 DAYS" (3 MONTHS!), SINCE I WAS LAST ABLE TO EAT A DINNER MEAL AT CTCF. THIS IS DUE TO THE "SEXUAL ASSAULTS", OR "CONTEMPT SHOTS" (SCHADENFREUDE!) INFLICTED UPON ME BY C.O.'S THAT INVOLVE STRIKING HARD BLOWS (THE HARDEST & MOST VICIOUS OF BLOWS THAT HAVE DOUBLED ME OVER & HAVE BEEN DELIVERED BY C.O. MACIVER!) TO MY PENIS; FEELING UP & "DOWN" MY WHOLE GROIN AREA, IN PARTICULAR MY SCROTUM, AFTER EVERY DINNER MEAL, OSTENSIBLY WHILE "PATTING ME DOWN" TO LOOK FOR MY OWN FOOD THAT I MAY HAVE TAKEN OFF OF MY OWN MEAL TRAYS. HOW CAN I STEAL MY OWN?!

THE C.O. THAT REALLY LIKES TO "WHACK" ME "BELOW MY BELT"; THAT REALLY LIKES TO FEEL OTHER MEN'S BALLS IS SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL"). AT HIS EVERY OPPORTUNITY (AGAIN! AGAIN!), HE "WHACKED" MY PENIS & FELT MY NUTS. IN ADDITION TO BEING "SEXUALLY ASSAULTED", I HAVE BEEN & CONTINUE TO BE CALLED "MIKE" BY HATE "THUG & WEASEL" C.O.'S. "CONTEMPT SHOTS & MIKES" ARE TO DISRESPECT ME; HEAP SCORN & UTTER CONTEMPT UPON ME. MY BODY IS GOD'S "HOLY TEMPLE"; IS THE "GLORY & SACREDNESS" OF GOD. I WILL ALLOW NO OTHER MAN & ONLY ONE WOMAN (MY GREATLY HONORED WIFE, & FLESH OF MY OWN FLESH!) TO TOUCH MY OWN PRIVATE MAN BODY PARTS !!! THIS IS "777!! JESUS CHRIST!" COVENANTED OATH WITH MY 4 UP & 4 GREAT GODS "OMNI" ALL-IN-ALL ALMIGHTY.

IN ADDITION TO BOTH SEXUALLY & VERBALLY ASSAULTING ME, SGT. ADAMIC, OR THE "LITTLE WEASEL", BOTH HARASSES & "JAMS ME UP" AT HIS EVERY OPPORTUNITY. THE "LITTLE WEASEL" BOTH "THIEVES !! & TRASHES !! MY PROPERTY. ALL OF MY ELECTRONIC & FOOD ITEMS WERE TAKEN FROM ME BY HIM, WHEN I "WENT ON" L.O.P. (LOSS OF PRIVILEGES) ON ANOTHER WHOLLY CONTRIVED & FABRICATED CHARGE, FOR TAKING MY OWN FOOD OUT OF OUR MESS HALL, SOMETHING THAT EVERY DOC INMATE DOES WITHOUT BEING "WRITTEN UP". SGT. ADAMIC WENT FAR BEYOND JUST TAKING MY L.O.P. "NON-ALLOWABLE" ITEMS TO BOTH "THIEVE! & TRASH!" (PARTICULARLY MY TV EARPHONES!) MY LEGALLY "CANTEEN PURCHASED" PERSON PROPERTY ON 10/20/08.

Michael N. Collins, DOC #101218, Colorado Territorial Corr. facility (10/10/08)
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002     (Page 1 of 2)

ILLEGAL ASSIGNMENT OF INMATE "SADISTIC GOONS" AS DOC "ADL's" OR "PUSHERS"

NOTICE TO CEASE & DESIST !!!

I AM CRIPPLED & I HAVE HAD "MANY 6" SURGERIES & MEDICAL PROCEDURES ON MY LEFT LEG, KNEE, & HIP; MY LEFT ARM, WRIST, & HAND; INJURIES TO MY HEAD, YET THE COLORADO DOC MEDICAL HAS GONE SO FAR AS TO DENY THAT THERE IS ANYTHING WRONG WITH ME; THAT I AM NOT "MOBILITY IMPAIRED." REDICULOUS & I AM CUR-RENTLY "HOUSED" WITH HIRAM DANIELS, WHO HAS HAD SEVERAL STROKES, WHOSE LEFT SIDE IS PARALYZED. EVEN DOC MEDICAL CAN NOT "LIE, DENY, & DELAY" THEIR WAY OUT OF HIS LEFT SIDE PARALYSIS. HIRAM DANIELS ALSO HAS BRAIN DAMAGE.

HIRAM DANIELS IS A BLACK MAN, & I AM A WHITEMAN; HOWEVER THIS IS NOT THE ISSUE. MR. DANIELS HAS BEEN ASSIGNED "ADL's" (ASSIGNED DAILY LIVING), PER-SONAL AIDES, NONE OF WHICH HAVE DONE ANYTHING TO HELP HIM, EXCEPT TO BE-GRUDGINGLY PUSH HIM TO HIS MEALS & FOR HIS MEDICATIONS. I AM CRIPPLED. I CAN BARELY TAKE CARE OF MYSELF. I CAN NOT HELP HIRAM.; YET, I DO HELP HIM. I DO WHAT HIS "ADL's" ARE SUPPOSE TO BE DOING THROUGHOUT EVERY "24 HOUR PERIOD."

I SWEEP & MOP OUR "HOUSE" AT LEAST EVERY OTHER DAY. I AM NOT "HOOKED UP" (I DON'T "PAY OFF" OUR POD PORTER), SO WE GET THE CLEANING SUPPLIES AFTER EVERYBODY ELSE HAS HAD THEM. THE MOP WATER WILL ALWAYS BE "FILTHY DIRTY," SO I HAVE TO CHANGE IT. LIFTING THE MOP BUCKET UP & DOWN, SEVERAL TIMES TO & FROM OUR UNIT'S UTILITY SINK, TO RINSE OUT BOTH OUR MOP BUCKET & MOP, TO RE-FILL OUR MOP BUCKET WITH CLEAN WATER IS ALL "VERY" HARD ON ME. ALL OF THE WHILE, I AM HARASSED BY OUR UNIT & POD PORTERS, WHO THINK THAT I AM DO-ING THEIR JOBS (STEPPING ON THEIR TOES"), WHICH I AM. AT LEAST EVERY OTHER DAY, I "VERY" THOROUGHLY CLEAN OUR TOILET & SINK, DESKS (TABLES) & CHAIRS, HIRAM'S WHEELCHAIR, OUR BUNKS & FOOTLOCKERS. I CHECK OUR IMPROVISED "RAT TRAP" & "DISPOSE" OF STILL ALIVE RATS. HIRAM WAS A CUSTODIAN IN ONE OF THE BIG SHOPPING MALLS, SO HE HELPS, AS HE CAN. HIRAM IS THE "MALL MAN"!"

I HELP HIRAM PUT ON HIS ORTHOPEDIC HANDS & WRIST SUPPORTS, HIS CLOTHES & BELT, TRIM HIS FINGERNAILS, PUT MY TOOTHPASTE ON HIS TOOTHBRUSH FOR HIM, COVER

HIM WITH HIS OWN SHEETS, BLANKETS & JACKET. AFTER I SEE HIM & GREET

HIRAM, I SAY TO HIM, "GOD BLESS", I OFTEN SAY "GOD BLESS" TO HIRAM. I LOVE

HIM AS A HUMAN BEING, & AS MY GOOD CHRISTIAN BROTHER. WHOM IT SUITS HIM,

HIRAM MAY BE MUSLIM, & QUOTE OUT OF THE KORAN INSTEAD OF THE BIBLE, BUT "HEY"

NOBODY IS PERFECT. HIRAM DANIELS IS A BLACK CRIPP'D, G. "(ORIGINAL GANGSTER)

WHO HAS MUCH ANGER, BITTERNESS, & HATE IN HIM TOWARDS "ALL" "WHITE PEOPLE. I AM

A WHITE MAN, YET, HIRAM DOES NOT HATE ME, WE ARE, INDEED, "BROTHERS & FRIENDS

HIRAM DANIELS' "ADLS" OR "PUSHERS" DO NOTHING TO HELP HIM, NO "ADL" OR "PUSHER"

DOES ANYTHING IN UNIT 3 TO HELP THOSE CRIPPLED, MAIMED, OR OTHERWISE IMPAIRED

INMATES THAT THEY ARE SUPPOSE TO BE HELPING. EVERY "PUSHER" IN UNIT 3 FREELY,

WANTONLY, & WITHOUT COMPUNCTION "THIEVES & EXTORTS" FROM THOSE WHOM THEY ARE

SUPPOSE TO BE HELPING. A DOC "PUSHER" JOB ATTRACTS THE "LOWEST OF PREDATORS."

BARTOW SHESKI IS THE LOWEST OF THE FAR BEYOND EVIL" EVIL COLORADO DOC

INMATES, YET, BAR TOW SHESKI IS A "PUSHER" IN UNIT 3. BARTOWSHESKI HAS

CLOSE TO A "400$" "YEAR SENTENCE FOR STRANGLING A "9&" "YEAR OLD LITTLE GIRL TO

DEATH, & AFTERWARDS DESECRATING HER BODY. SHE WAS DEAD BEFORE HE RAPED HER.

BAR TOW SHESKI LIVED ON "THE STREETS" IN THE MIDDLE OF A "HOWLING & "BITING" COLD

COLORADO WINTER, PRIOR TO HIS IMPRISONMENT. A GOOD, YOUNG CHRISTIAN FAMILY

DID THEIR "CHRISTIAN THING", TOOK HIM & HIS BUDDY (BOTH ~~WORTH~~ "WORTH (B)UCKET"LESS SCUM &

ALCOHOLICS & DRUG ADDICTS) IN OFF OF THE STREETS", PUT A ROOF OVER THEIR HEADS&

WARMED THEM UP, SCRAPED THE "CUM & "STENCH" OFF OF THEM, CLOTHED THEM BOTH UP,

FED THEM BOTH HOT MEALS AT THEIR OWN FAMILY TABLE, LET THEM SLEEP ON A LIV-

ING ROOM & A FAMILY ROOM COUCH. BARTOW SHESKI & HIS STREET BRO' RETURN'D

THAT GOOD, YOUNG CHRISTIAN FAMILY'S DOING THEIR "CHRISTIAN THING", BY "THIEV-

ING & ROBBING THEM, BY "KILLING & "THEIR "9&" YEAR OLD DAUGHTER, AFTER SHE CAME

DOWN THE STAIRS LATE AT NIGHT, IN HER OWN HOME, & FOUND THEM "THIEVING & "?"

DOC INMATE "PREDATORS" LIKE BARTOWSHESKI WORK THEIR WAY INTO "ADL" OR

"PUSHER" JOBS, WHERE THEY CAN FREELY & WITHOUT COMPUNCTION "THIEVE & EXTORT"

SADISTICALLY ABUSE & UNENDINGLY TORMENT THOSE CRIPPLED, MAIMED, OR

OTHERWISE IMPAIRED INMATES THAT THEY ARE SUPPOSE TO BE HELPING. BOTH HIRAM

DANIELS & MYSELF NEED TO BE ASSIGNED "ADLS" OR "PUSHERS" OF OUR OWN CHOOSING

Michael N. Collins DOC #101211, Colorado State Penetentary Correctional Fac. (CSP|US)
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002

ILLEGAL EXTORTIONS TO GET THE MOST BASIC OF LAUNDRY NECESSITIES CLEANED
NOTICE TO CEASE & DESIST!!!

AS OF THIS DATE, I CAN NO LONGER TURN IN "ANY LAUNDRY TO BE CLEANED, TO INCLUDE MY WHITE UNDERWEAR & GREEN OUTER WEAR, MY SHEETS & BLANKETS. I AM NOW REFUSING TO PAY ANYTHING TO OUR UNIT 3 LAUNDRY PORTERS (WITH THE EXCEPTION OF MR. AGUIRRE, HE IS A GOOD & HONEST MAN. EVERY OTHER LAUNDRY PORTER IS AN UTTERLY WORTHLESS "SHAKE DOWN" CON THUGS) I AM NOW REFUSING TO PAY OUR LAUNDRY PORTERS FOR DOING THEIR JOBS; FOR DOING WHAT DOC PAYS THEM TO DO & HOW THEY ALL GET THEIR MIGHTY COVETED SINGLE CELLS ON WHAT WAS ONCE "DEATHROW."

BY MY NOW REFUSING TO PAY EXTORTION MONEY TO OUR UNIT 3 LAUNDRY PORTERS, I NO LONGER HAVE THEIR "PROTECTION," WHICH MEANS THAT OUR CTCF MAIN LAUNDRY WORKERS CAN FREELY "THIEVE & "FROM MY LAUNDRY BAG WHEN THEY GET IT. BY MY NOW REFUSING TO PAY EXTORTION MONEY TO OUR UNIT 3 LAUNDRY PORTERS, MY LAUNDRY GREENS & WHITES WHILE IN UNIT 3, AFTER TURN IN & PRIOR TO RETURN; WILL BE FREELY "THROWN & "FROM, MY LAUNDRY BAG WILL "ACCIDENTALLY" COME OPEN & "MANY & "OF ONLY MY BEST WHITES WILL BE "LOST", MY LAUNDRY WILL BE "DISRESPECTED," WHICH MEANS THAT MY LAUNDRY WILL BE "ACCIDENTALLY" DROPPED ON THE FLOOR, ETC. (WALKED ON.

BY MY NOW REFUSING TO PAY EXTORTION MONEY TO OUR UNIT 3 LAUNDRY PORTERS, MY LAUNDRY WILL NOW GET "SHIT WASTED" IN OUR CTCF MAIN LAUNDRY, WHICH MEANS THAT MY LAUNDRY WILL NOT BE WASHED ON FULL CYCLES & IN FULL CHEMICAL BATHS, CRAMMED IN TOO TIGHT "OVERLOAD" IN TH WASHERS, THROWN IN WITH THE MOPS, RAGS & BIO-HAZARDS. BY MY NOW REFUSING TO PAY EXTORTION MONEY TO OUR UNIT 3 LAUNDRY PORTERS (AGAIN WITH THE EXCEPTION OF MR. AGUIRRE. HE IS THE ONLY GOOD & HONEST LAUN DRY PORTER. EVERY OTHER LAUNDRY PORTER IS AN UTTERLY WORTHLESS "EX TORTION FOR MONEY" CON THUGS), I AM BRINGING EVERY KIND OF TROUBLE UPON MYSELF THAT UNIT 3 LAUNDRY PORTERS CAN "DO ME, AND "3 PORTERS AS WEL OTHER UNIT

Michael N. Collins DOC #101210, Colorado Territorial Corr. Facility, "100
<u>ILLEGAL EXTORTIONS</u>, <u>PHYSICAL ATTACKS</u>, & <u>HARASSMENTS BY AOL PUSHERS</u>"
<u>NOTICE TO CEASE & DESIST!!!</u>

I LEFT OUR MESS HALL AFTER OUR LUNCH MEAL AT ABOUT 12:45 AM THIS
DATE. I WAS APPROACHING THE BASE OF THE KNOLL, NEAR THE "MOVEMENT CONTROL"
BOOTH, WHEN INMATE SLAGEL ATTEMPTED TO "RAM" ME WITH THE WHEEL CHAIR THAT
HE "PUSHES." HE WAS PLAYING "BOWLING MO'S". (I AM NOT A CHILD MOLESTER!
(FALSE)
I HAD ONE DAUGHTER THAT UNDERWENT "DEEP THERAPY & COUNSELING"; MANY
IMAGES WERE IMPLANTED ON HER MIND, SHE TOTALLY RECANTED HER TRIAL
TESTIMONY YEARS AGO TO BECOME, ALONG WITH HER SISTERS, ONE OF MY STRONG-
EST SUPPORTERS!) "BOWLING MO'S" IS "GREAT FUN" FOR ARYAN BRO "HATE THUGS"
(AGAIN)
LIKE SLAGEL. IT IS NOT ANY FUN FOR THOSE BEING "RAMMED", LIKE ME (AGAIN)

INMATE SLAGEL IS AN AOL (ASSISTED DAILY LIVING) "PUSHER" FOR UNIT 3
THAT HAD A LOT OF MOMENTUM COMING DOWN AT ME FROM THE TOP OF THE KNOLL,
NEXT TO THE WHEEL CHAIR RAMP ADJACENT TO OUR MESS HALL EXIT, HE HAD ME
COMPLETELY "UNAWARES," I MANAGED TO JUMP TO THE SIDE, AT THE LAST MIN-
UTE, WHEN I "SENSED" BEING STRUCK. I COULD HAVE EASILY BEEN PERMANENTLY
CRIPPLED. [MY "GUARDIAN ANGEL" PUSHED ME ASIDE!] I STILL RECIEVED A "GLANC-
ING BLOW" FROM BOTH HIS WHEEL CHAIR, & FIST. ALL OF THE TIME SLAGEL WAS
BOTH CALLING ME NAMES & THREATENING ME; SGT. SULLIVAN WAS WITNESS
THE ENTIRE INCIDENT. I REVERSED THE DIRECTION OF MY WALK, & "WALKED WI
(MESS HALL)
SGT. SULLIVAN, AS I TALKED TO HIM, FOR SOME DISTANCE BACK TOWARDS OU

ON 10/08/08, I WROTE OF "ILLEGAL EXTORTIONS!" BY UNIT 3 PORTERS & LAUND
WORKERS. LT. HOWARD, OUR LAUNDRY PLANT SUPERVISOR, DENIED ALL WRONG
ING, & MADE COPIES OF MY "NOTICE TO CEASE & DESIST!!!" LETTER; HE SHARED TH
COPIES WITH BOTH UNIT 3 PORTERS & LAUNDRY WORKERS, THIS BROUGHT "M
TROUBLE" ON ME, AS LT. HOWARD HAS DONE (MALICIOUSLY (AGAIN & AGAIN) &
THING SHARED WITH LT. HOWARD GOES TO HIS LAUNDRY WORKERS, & FROM TH
(MUCH
THROUGHOUT C.T.C.F. EVERY THING I WROTE (I COULD HAVE WRITTEN MUCH
ABOUT HIS LAUNDRY OPERATIONS WAS "FACTUALLY CORRECT!" I WOULD HOPE
LETTER WOULD BE HANDLED FAR MORE "DISCRETELY." LT. HOWARD ENDANGERS M
IN INMATE SLAGEL IS AN ARYAN BRO! HATE THUG THAT EXTORTS FROM THOSE
HE "PUSHES," HAS "FUN" BY RAMMING ANYBODY THAT HE CAN, Michael N. Collins

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

James E. Abbott, Warden
COLORADO TERRITORIAL CORRECTIONAL FACILITY
P. O. Box 1010
Cañon City, Colorado 81215-1010
Phone (719) 269-4002
FAX (719) 269-4168

COLORADO WOMEN'S CORRECTIONAL FACILITY
P.O. Box 500
Cañon City, Colorado 81215-0500
Phone (719) 269-4704
FAX (719) 269-4715



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

**DATE:**     October 22, 2008

**TO:**       Michael Collins
              DOC No. 101218

**FROM:**     James E. Abbott, Warden
              Colorado Territorial Correctional Facility

**RE:**       Laundry


After a thorough investigation by Lt. Howard, it was found that your accusations are unfounded.  All procedures and policies are followed and you are being treated according to established DOC policy.

JEA/cas

xc:    Case Manager, N. O'Malley
       Lt. Howard, Mailroom
       File

Michael N. Collins

LT. HOWARD IS A "DIRTY" C.O. THAT RUNS A "DIRTY" CTCF LAUNDRY !!!

## NOTICE TO CEASE & DESIST !!!

ABOUT 1½ YEARS AGO, I WORKED IN OUR CTCF LAUNDRY PLANT, I WAS A "VERY" HARD WORKER, AN OLD MAN THAT WORKED MUCH HARDER THAN MANY MEN ONLY A ⅓ OF MY AGE, I WAS & REMAIN AN "HONEST MAN!" A SIN OF OMISSION IS OFTEN WORSE THAN A SIN OF COMMISSION. I BELIEVED IT TO BE MY DUTY TO INFORM THOSE IN POSITIONS OF "AUTHORITY" WHAT WAS "WRONG," WHAT WAS "IMMORAL." (CORRUPTION)

IMMEDIATELY PRIOR TO MY LAUNDRY CREW BEING HIRED, MAJOR MAYFIELD HAD FIRED THE WHOLE PREVIOUS CREW, IT WAS ONLY A MATTER OF DAYS, BEFORE OUR WHOLE LAUNDRY CREW WAS DOING THEM BETTER "MANY" TIMES OVER AGAIN. I HAVE AN EXTENSIVE BACKGROUND IN PRODUCTION & OPERATIONS MANAGEMENT, BOTH AS A STUDENT AT CALIF STATE UNIV, NORTHRIDGE (B.S. DEGREE, STUDIED TOWARDS A MASTER'S DEGREE), & IN THE SO. CALIF. AEROSPACE & MANUFACTURING INDUSTRIES. I WROTE SEVERAL "SOUND & FACTUAL" ANALYSES ABOUT OUR CTCF LAUNDRY

I POINTED OUT "MANY" "DEFICIENCIES" IN OUR CTCF LAUNDRY PLANT OPERATION SUCH AS, THE CHEMICAL LINES FROM OUR STORAGE TANKS WERE "CORRODED", CLOGGED," WHICH MEANT THAT INSTEAD OF EVERYBODY'S LAUNDRY BEING "WASHED CLEAN," EVERY INMATE'S LAUNDRY THROUGHOUT "ALL" OF CTCF WAS ONLY SOAKED IN A WARM WATER BATH, BIO-HAZARD ITEMS WERE NOT KEPT SEPARATE. AS IN FACT

AT MORE THAN SOME PERSONAL DANGER, IN MY ANALYSES, I POINTED OUT "MANY" "WAYS THAT "EVERY" LAUNDRY WORKER WAS THEN (& NOW CONTINUE) "THIEVING & EXTORTING". THE "WORST OF THE WORST" THEN (& REMAINS) "ALF", A BIKER GANG "BANDITO", WHO RUNS THE WASHERS! INMATES HAD TO PAY A "LOT" OF TOKENS TO "A TO ACTUALLY GET THEIR LAUNDRY CLEANED JUST IN "NORMAL COURSE", PAY EXTRA TOKENS TO "ALF" TO GET THEIR "WHITES" BLEACHED. LAUNDRY ITEMS WERE FREELY STOLEN OUT OF LAUNDRY BAGS, & PUT IN OTHER INMATES' LAUNDRY BAGS, WHO PLACED ORDERS & PAID THEIR TOKENS, THE THIEVING WAS (& REMAINS) SO BAD THAT THERE HAVE NOT BEEN LAUNDRY TIES THAT ARE USED TO "LOCK" THE NECK OF LAUNDRY BAGS, FOR WELL OVER A YEAR, FOR AN INMATE TO ACTUALLY GET HIS LAUNDRY CLEANED & BACK "SOMEWHAT INTACT" TOOK (& CONTINUES TO TAKE) EXTORTED TOKENS & PAY OFF

AS A DIRECT RESULT OF MY "LAUNDRY OPERATIONS" ANALYSES, LT HOWARD FIRED ME. FURTHER, LT HOWARD MADE SEVERAL COPIES OF MY LAUNDRY ANALYSES & HANDED THEM OUT TO HIS LAUNDRY WORKERS, CURRENTLY, LT HOWARD IS NOW MAKING COPIES OF ANYTHING THAT I HAVE WRITTEN, WHICH IMPARTS LAWSUITS, BY MAKING ALL OF THESE COPIES & HANDING THEM OUT TO HIS LAUNDRY WORKERS, LT HOWARD HAS BROUGHT (& CONTINUES TO BRING) MUCH TROUBLE ON ME. Much

M. GARCIA: YOU HAVE DECLARED, CONCERNING THAT "I WILL SUSPECT THE POSTCARDS FROM MY BROTHER TOM, BECAUSE "OTHER - POSTCARD HAS NO RETURN ADDRESS", THIS IS NOT TRUE & THERE WAS A RETURN ADDRESS LABEL ON IT. I NOW HAVE IN MY POSSESSION "98" POSTCARDS THAT I HAVE RECIEVED "ALL8" OF WHICH WERE SENT TO ME WITH RETURN ADDRESS LABELS. DURING MY NOW "98" YEARS OF IMPRISONMENT, I HAVE RECIEVED "MANY8" (HUNDREDS, IF NOT THOUSANDS8) OF POSTCARDS, LETTERS, &OTHER MAIL ITEMS, ALL OF WHICH HAD RETURN ADDRESS LABELS ON THEM. PLEASE, HOLD THE POSTCARD FROM MY BROTHER TOM, WHILE I GRIEVE YOUR "ILLEGAL SEIZURE8" OF THAT POSTCARD FROM MY BROTHER TOM, & YOUR OTHER "ILLEGAL SEIZURES8"

"NEWSWEEK MAGAZINE" IS A GENERAL INTEREST POPULAR MASS CIRCU-LATION MAGAZINE, WHOSE NATIONWIDE READERSHIP IS EASILY WITHIN THE MILLIONS. YOU, C.T.C.F. MAIL PERSON C.O. GARCIA, HAVE SOMEHOW THOUGHT THIS TO BE SOME KIND OF PORNOGRAPHY. ONLY OUR "PERVERT THEMSELVES" CENSORS COULD SOMEHOW PERCIEVE "NEWSWEEK MAGAZINE" AS SOME KIND OF PORNOGRAPHY, AS OF 09/16/08, A TOTAL OF "471" RIGHTFULLY MINE "PIECES OF MAIL" HAVE BEEN "ILLEGALLY8 SEIZED & WITHHELD8, LOST & STOLEN8 FROM MICHAEL N. COLLINS BY CTCF MAILROOM C.O.S8888. I THOUGHT THAT C.O. COMBS WAS "BAD"; HOWEVER, HE DID "LET ME" GET SOME OF MY OWN MAIL, EVERY ONCE-IN-AWHILE. YOU, C.T.C.F. MAIL PERSON C.O. GARCIA, ARE NOW "ILLEGALLY8 SEIZING8 & WITHHOLDING EVERYTHING888

— Michael N. Collins DOC #101218     10/09/08
                                         10/10/08

SENIOR CASE MANAGER ALLEN: MY LAST ATTEMPT ON 10/08/08 TO GET BLANK GRIEVANCE FORMS, FROM C.M. O'MALLEY TURNED INTO SEVERAL CONFRONTATIONS WITH SGTS. HALL & MCMILLIAN, C.O.S DODD & JONES; VERY NEARLY RESULTED IN MY ARREST & BE-ING "THROWN IN THE HOLE" (AGAIN), THIS WAS AFTER I HAD APPROACHED C.M. O'MALLEY IN OUR ADULT HALLWAY, & OBTAINED A TIME FROM HER WHEN IT WOULD BE ALRIGHT TO SEE HER. IN REALITY, GETTING BLANK GRIEVANCE FORMS FROM ANY DOC CASE MANAGER IS NOW AN "IMPOSSIBILITY8." FROM C.M. O'MALLEY A VERY "POSSIBLE8 DEATH WISH". THEREFORE, PLEASE, SUBMIT THE APPEALS FOR MY "ILLEGAL8" MAG-AZINE MAIL SEIZURES (ENCLOSED); ROUTE TO ME 7 OF BLANK GRIEVANCE FORMS

FACILITY READING MATERIAL COMMITTEE APPEAL FORM - PART 2    10/10/08

PLEASE, ROUTE MY INTACT "NEWSWEEK MAGAZINE" TO ME - A.S.A.P !!!

Title & Description of Reading Material: "NEWSWEEK'S" NOV 29, 2006. "NEWSWEEK MAGA-ZINE" IS A GENERAL INTEREST, CURRENT EVENTS & POLITICAL PUBLICATION, WHOSE READER-SHIP TOTALS IN THE MILLIONS, ACROSS THE U.S. & AROUND THE WORLD. TO IN ANY WAY LABEL THIS AUTHORITATIVE MAGAZINE AS "PORNOGRAPHIC" IS ABSURD; IN ANY WAY AS A DANGER TO THIS PRISON IS LUDICROUS. WHOEVER WOULD DO SO LABELS THEMSELVES, AS "PER-VERTED & DEGENERATE" CENSORS, WHO SHOULD NOT BE IN ANY "POSITIONS OF AUTHORITY."

What is the basis of your appeal (Be specific and brief): YOUR "ILLEGAL SEIZURE!" OF A GENERAL INTEREST, MASS CIRCULATION MAGAZINE FOR THE REASONS STATED BY P. MONTZ, MENTAL HEALTH COUNSELOR; CONCURRING IN BY CAPT. DOUG WILSON, CHAIRPERSON OF THE CTCF "READING COMMITTEE," & JAMES ABBOTT, WARDEN OF CTCF IS BOTH ABSURD & LUD-ICROUS; MAKES ALL THREE "PERVERTED & DEGENERATE" CENSORS THEMSELVES, WHO SHOULD NOT BE IN ANY "POSITIONS OF AUTHORITY." P. MONTZ SHOULD BE REMOVED AS A MENTAL HEALTH COUNSELOR; CAPT. WILSON & JAMES ABBOTT SHOULD BE IMMEDIATELY FIRED !!

[SAME APPEAL USED FOR "KUNG-FU" JAN. 2009, SUBMITTED ON 11/07/08]
FACILITY READING MATERIAL COMMITTEE APPEAL FORM - PART 2    10/10/08

PLEASE, ROUTE MY INTACT "KUNG-FU MAGAZINE" TO ME - A.S.A.P !!!

Title & Description of Reading Material: "KUNG-FU" DEC 08 VOL 36 NO 12. "KUNG FU MAG-AZINE" IS THE EPITOME; AN EXEMPLARY OF ORIENTAL STOIC SELF-DISCIPLINE, FOCUSED EN-DEAVOR, LIVING BOTH OUTSIDE & BEYOND ONE'S SELF, INSTEAD OF OUR C.T.C.F. "PERVERTED & DEGENERATE" THEMSELVES MAIL CENSORS "ILLEGALLY(& AGAIN!) SEIZING THIS PUBLICATION, THE KUNG FU PHILOSOPHY OF BOTH INWARD & OUTWARD STRIVING, SEEKING TO ALWAYS FIND TRUTH, TO LIGHT, THAT SHOULD BE ALWAYS ENCOURAGED, ESPECIALLY IN A PRISON ENVIRONMENT.

(MUCH MORE DETAILED MARTIAL SCIENCE TECHNIQUES" ARE READILY AVAILABLE ON OUR PRISON TV CHANNELS (DISCOVERY, HISTORY, NATIONAL GEOGRAPHIC, ETC.)

What is the basis of your appeal (Be specific and brief): YOUR ILLEGAL SEIZURE" OF A SPECIFIC INTEREST MAGAZINE FOR THE REASONS STATED BY P. MONTZ, MENTAL HEALTH COUNSELOR, CON-CURRING IN BY CAPT. DOUG WILSON, CHAIRPERSON OF THE CTCF "READING COMMITTEE, & JAMES ABBOTT WARDEN OF CTCF IS BOTH ABSURD & LUDICROUS; MAKES ALL THREE "PERVERTED & DEGEN-ERATE" CENSORS THEMSELVES, WHO SHOULD NOT BE IN ANY "POSITIONS OF AUTHORITY." P. MONTZ SHOULD BE IMMEDIATELY REMOVED AS A MENTAL HEALTH COUNSELOR (& UNDERGO INTENSIVE "REAL COUNSELING" HIMSELF), BOTH CAPT WILSON & JAMES ABBOTT SHOULD BE IMMEDIATELY FIRED, AS SHOULD CTCF'S MAILROOM SUPERVISOR SGT. VIOLA & CLERK C. & C. MILES WHO HAVE "ILLEGALLY SEIZED" OVER "50%" PIECES OF MY "RIGHTFULLY MINE!" MAIL. THANK YOU.

SENIOR CASE MANAGER ALLEN: IN CONTINUED VIOLATION OF COLORADO DOC "AR'S" (ADMINISTRATIVE REGULATIONS), MY OWN CASE MANAGER, O'MALLEY, CONTINUES TO CONSTRUCT AN "INSURMOUNTABLE BAR", SO THAT I CAN NOT OBTAIN BLANK GRIEVANCE FORMS. I HAVE BEEN BOTH PHYSICALLY ASSAULTED BY C.O'S OUTSIDE OF HER OFFICE, & INTIMIDATED BY SGTS. WHILE IN HER OFFICE; "ALL" AT HER INSTIGATION; "ALL" WITH C.M. O'MALLEY'S INTENT TO KEEP ME FROM OBTAINING BLANK GRIEVANCE FORMS TO SEEK ~~[LEGITIMATELY]~~ MY RIGHTS OF RECOURSE & REMEDY THROUGH THE COLORADO DOC'S ADMINISTRATIVE CHANNELS. IN "ALL" THINGS, THE COLORADO DOC SYSTEMICALLY CONTINUES TO: LIE, DENY, DELAY. IF THE COLORADO DOC SYSTEMICALLY DOES NOT ALLOW INMATES BLANK GRIEVANCE FORMS THEN SYSTEMICALLY THERE CAN NOT BE ANY "GRIEVABLE ISSUES". A SIMILAR BUSINESS OPERATION "ON THE OUTSIDE" WOULD HAVE BEEN SHUT DOWN; ITS' OWNERS & MANAGERS WOULD HAVE BEEN DRAWN IN JAIL YEARS AGO. THE COLORADO DOC IS SYSTEMICALLY "CORE ROTTEN & CORRUPT".

(PLEASE, ACCEPT & PROCESS THE ENCLOSED MAGAZINE "APPEAL FORM" (OBTAINED THROUGH PROPER ~~SGT. MEGGS~~ C.O. QUINTANA, & NOT MY OWN C.M. O'MALLEY, THE "BEST THAT I CAN FIGURE". SHE DOES NOT DO ANY KIND OF USEFUL WORK FOR ANYBODY). PLEASE, ROUTE TO ME 7EA BLANK GRIEVANCE FORMS (3EA FOR MEDICAL, 3EA SECURITY, & 1EA FOR MAIL "ISSUES"). THANK YOU FOR YOUR HELP, I THINK? IT HAS NOW BEEN 3-4 MONTHS THAT I HAVE BEEN REQUEST-ING BLANK GRIEVANCE FORMS FROM BOTH C.M. O'MALLEY & NOW YOURSELF, SENIOR C.M. ALLEN. BOTH OF YOU NEED TO DO YOUR JOBS, AGAIN, THANK YOU.
[SUBMITTED AGAIN WITH 2EA ADDITIONAL MAGAZINE APPEAL FORMS ON 11/07/08]

FACILITY READING MATERIAL COMMITTEE APPEAL FORM - PART 2   10/23/08
PLEASE, ROUTE MY INTACT "ESQUIRE MAGAZINE" TO ME - A.S.A.P !!!
Title & Description of Reading Material: "ESQUIRE" NOV. 2008 IS A MEN'S LIVING, A MEN'S STYLE, HEALTH, & "NORMAL HETEROSEXUAL" SEXUAL MAGAZINE. IN OUR 2008 "GOOD OL' U.S. OF A," ONLY A SEXUALLY PRURIENT "SEX ADDICT THEMSELVES" COULD FIND ANYTHING OBJECTIONABLE ABOUT "ESQUIRE" MAGAZINE, WHICH IS MOST CIR-CULATION MAGAZINE, WHOSE READERSHIP IS IN THE MILLIONS, READ EVERYWHERE (IN OUR USA & WORLD). What is the basis of your appeal (Be specific and brief): PATRICIA A. MONTEZ DID

THE "EVALUATION" FOR THIS ESQUIRE MAGAZINE. TO FIND OBJECTIONABLE WHAT SHE DID, PATRICIA A. MONTEZ IS AN OBVIOUS SEXUALLY PRURIENT, DEVIANT "SEX ADDICT HERSELF." AS "CONTROLLED" DRUG ADDICTS BECOME DRUG COUNSELORS & INSTRUCTORS; SO TOO, "CONTROLLED" SEX ADDICTS BECOME SEX COUNSELORS & INSTRUCTORS, AS PATRICIA A. MONTEZ HAS DONE! NO OTHER DOC FACILITY THAT I HAVE BEEN AT (EASILY 98) THIS IS AN "ESQUIRE" OBJECTIONABLE, & NEITHER HAS ANY OTHER "EVALUATOR" AT CTCF EVER FOUND "ESQUIRE" OBJECTIONABLE. THIS IS ANOTHER (ILLEGAL SEIZURE!!)

[SAME APPEAL USED FOR "MENS HEALTH" NOV. 2008, SUBMITTED ON 11/07/08]


MEDICAL KITE FOR "FLU SHOT" SUBMITTED ON 11/08/08

I HAVE NOW ATTEMPTED "MANY" TIMES TO GET MY "FLU SHOT." "INSURMOUNT-ABLE BARS" KEEP BEING PUT IN MY WAY. C.O. ROY PRACTICALLY ATTACKED ME, WHEN I ONLY "INQUIRED" OF HER ABOUT "FLU SHOTS" (AGAIN!)! PLEASE, SCHEDULE ME FOR MY "FLU SHOT" - ASAP!

I AM AN ELDERLY MAN WITH "MANY" MEDICAL ISSUES. I AM A "FLU CASE" NOW WAITING TO HAPPEN. PLEASE, SCHEDULE ME FOR MY "FLU SHOT" - ASAP! THANK YOU.


MEDICAL KITE TO KAREN MITCHELL, N.P. "MEDICAL PROVIDER" 10/24/08

AS PER OUR "DISCUSSIONS," AS PER MY NOW "MANY" "MEDICAL KITES & REQUESTS; PLEASE, ORDER ME A PAIR OF "LOW-CUT," SOLE PADDED, DIABETIC/ORTHOPEDIC SHOES. THE BOOTS THAT I AM NOW WEARING ARE LITERALLY DISINTEGRATING. BOTH BOOT HEELS HAVE BEEN "WORN DOWN" TO AT LEAST A 30 DEGREE ANGLE, & ARE NOW WEARING INTO MY BOOT SOLES. ON BOTH SIDES OF EACH BOOT THERE (ARE) ABOUT 1½ INCH GAPS, WHERE THE SEAM THREAD HAS COME OUT, & THE LEATHER PARTS HAVE SEPARATED. I AM A DIABETIC. I HAVE HAD "MANY" SURGERIES & MEDICAL PROCEDURES ON MY LEFT LEG, KNEE, & HIP; MY LEFT ARM, WRIST & HAND. I HAVE HAD PUT IN ME (& PARTIALLY TAKEN OUT), INTO MY LEFT SIDE "MANY" SCREWS, PINS, & PLATES. PLEASE, ORDER MY SIZE 10½ DIABETIC/ORTHOPEDIC SHOES - SOON. MY FEET REALLY ARE "MESSED-UP!" THANK YOU (NAME)
GOD, I TAKE MY STRIPES & BLOWS WITH "GREAT JOY" FOR YOUR GLORY, & IN YOUR

HEALING MIRACLES of 35 (Amran N. Collins (Amran) 11/16/2008

GOD, MY BROTHER TOM MAY NOW BE DYING, IN THE "NATURAL ORDER", HE WOULD NOW DIE. GOD, I NOW FERVENTLY PRAY STRONG OF FAITH, "STRIVING TO LIVE RIGHTEOUSLY HERE IN PRISON, WHERE IN FAR BEYOND EVIL" EVIL IS OF THE "NATURAL ORDER", THAT MY BROTHER TOM NOW CONTINUES TO LIVE. I NOW PRAY THAT MY BROTHER TOM'S SURGERY IS SUCCESSFUL. GOD, FULLY KILL "ALL" OF THE CANCER & CALCITIS THAT ARE WITHIN HIM. GOD, HEAL HIS PROSTATE. ALMIGHTY GOD, NOW HEAL MY BROTHER TOM; NOW FULLY HEAL & RESTORE HIM.

ALMIGHTY GOD, NOW HEAL MY "SISTER" DRMIE; NOW FULLY HEAL & RESTORE HER. I DO NOT KNOW WHAT HER AFFLICTIONS ARE OTHER THAN JUST "GENERAL OLD AGE". ALMIGHTY GOD, NOW JUST HEAL MY BROTHER TOM & "SISTER" DRMIE NOW JUST FULLY HEAL & RESTORE THEM BOTH. GOD, EVERYDAY I FULLY EXPECT TO BE BRUTALLY & SAVAGELY BEATEN TO DEATH, BUT I AM NOT, AS IN A SURREAL DREAM: I FIGHT & PREVAIL (YOU COME INTO ME, GOD. I JUST DO NOT FIGHT THIS GOOD ON MY OWN!), I AM REMOVED FROM DANGER, OR DANGER IS REMOVED FROM ME.

GOD, EVERYDAY YOU WALK MY WALK WITH ME; EVERYDAY I EXPERIENCE YOUR MIRACLES. GOD, I DO NOT KNOW HOW TO PRAY FOR MY CELLIE FRIEND, MARK STEPHENS. HE HAS ASKED ME TO PRAY FOR HIM. GOD, JUST WORK SOME "HEALING MIRACLES" IN HIS LIFE. GOD, I DO NOT KNOW HOW TO PRAY FOR MY PRISON FRIEND, FREEMAN WILLIAMS. GOD, JUST WORK SOME "FAMILY MIRACLES" IN HIS LIFE. GOD, I AM PRETTY "MESS'N UP" MYSELF. GOD, I NOW PRAY FOR ALMIGHTY SOME "HEALING MIRACLES" IN MY OWN LIFE. YOU ARE MY GREAT GOOD GOD.

GOD, BOTH MY SISTER MARIE & MOTHER DOROTHY DIED, WHILE I HAVE BEEN IN PRISON. I WAS MY MOTHER'S GOOD CHRISTIAN "CHURCH GOING" SON. I'M GOD NOT SMOKE, BOOZE, OR WOMANIZE. MY BEING IN JAIL & PRISON KILLED MY MOTHER JUST AS SURELY AS IF A GUN HAD BEEN PUT TO HER HEAD, I REMEMBER MY MOTHER ALWAYS TALKING ABOUT OUR FAMILY; MY WIFE, SONS/DAUGHTERS MOTHER LAURA'S PIANO RECITAL, THEIR GRADUATIONS, "CAL" BEING HOSPITAL, CANDY PITCHING, MAY MY REST IN PEACE STRIPER'S, JARED ALWAYS BEING PRESIDENT OF SOMETHING, JOHN'S BASEBALL

GOD I'VE GOT TO GET OUT OF "THE JOINT", MY FAMILY NEEDS ME & I NEED THEM. "IF YOU'VE GOT THE BUCKS YOU WALK, & IF YOU DON'T THEN YOU ROT". I NOW PRAY THAT MY BROTHER TOM & I NOW WIN A LARGE LOTTERY FOR OVER $100 MILLION, FROM THIS "MAJOR MIRACLE" WILL FLOW MANY & MYRIAD OTHER MIRACLES...

"MIRACLE WALKING" MY MAN WALK Michael N. Collins (10/20/08)

ALMIGHTY GOD, YOU ARE MY GREAT GOOD GOD ALMIGHTY. YOU ARE MY OMNIPOTENT, OMNIPRESENT, OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY. EVERY DAY I EXPECT TO BE FURTHER BEATEN (I TAKE MY STRIPES & WOUNDS UNAFRAID, WITH GREAT JOY & PRIDE), FURTHER MAIMED & FURTHER KILLED. YET I AM NOT. GOD, YOU "MIRACLE WALK" MY MAN WALK WITH ME.

GOD, OFTEN I AM JUST A MAN, WHOSE FEET ARE ONLY MADE OF SAND. THOU GOD, YOU COME INTO ME; SPIRIT INFUSE ME TO STAND TALL & STRONG, & "MIRACLE WALK" MY MAN WALK WITH ME. ALMIGHTY GOD, I VOW & PRAY THAT I KEEP FIGHTING THE GOOD FIGHT "BEYOND MYSELF; THAT YOU KEEP STRENGTHING ME WITH YOUR STRENGTH, INFUSING ME WITH YOUR RESOLVED PURPOSE BEYOND MYSELF. GOD, BEYOND SELF LOVE TO "OTHER LOVE" IS WHAT YOU, AS SOVEREIGN "OMNI" ALL-IN-ALL DIETY ARE ALL ABOUT.

MY "OMNI" GOD, I AM NOW, BEYOND "SELF LOVE" TO LIVE "OTHER LOVE", AS A SOVEREIGN MAN TO BE WHAT I AM NOW ALL ABOUT. GOD, I JUST LIVED WITH A BLACK MAN A BLACK CRIPP "O.G." (ORIGINAL GANGSTER) GANG MEMBER, WHOSE NAME WAS HIRAM DANIELS. THE OTHER DAY, HE WAS MOVED OUT OF OUR HOUSE, ON HIS WAY TO GET OUT OF PRISON AT DRDC IN DENVER. I TREATED & RESPECTED HIM AS ANOTHER HUMAN BEING. HIS LEFT SIDE WAS PARALYZED. HIS "PUSHERS" DID NOTHING "NOTHING" FOR HIM.

GOD, IN MANY WAYS I WAS HIRAM'S "CARE PROVIDER". YET, EVERYTHING ABOUT HIM WAS FILTH. HIS PERSONAL HYGIENE, HIS MIND, SPEECH & ACTIONS WERE ALL FILTH. HIS FILTH STENCH KEPT ATTRACTIVE FLIES. HIRAM DANIELS WAS THE EPITOME OF EVERY BLACK RACIAL "HATE BIGOT" STEREOTIPE THAT I HAVE EVER KNOW, & THEN SOME. UGH!

GOD, EVERYTHING ABOUT HIRAM DANIELS WAS THE "HUSTLE" TO USE, CON, & MANIPULATE OTHER PEOPLE. HE WAS A CRIPP WHEN BEING A CRIPP "HUSTLED" FOR HIM. HE WAS A CHRISTIAN, OR A MUSLIM, OR ANYTHING ELSE, WHEN BEING A CHRISTIAN, OR A MUSLIM, OR ANYTHING ELSE "HUSTLED" FOR HIM. HE "HUSTLED" ME & EVERYBODY ELSE. HIRAM WAS ALWAYS RUNNING HIS MOUTH; MAKING LOUD & BOISTEROUS "TRIPE NOISE." IT MADE NO DIFFERENCE IF IT WAS THE MIDDLE OF THE DAY, OR THE MIDDLE OF THE NIGHT. AFTER HE HAS TWENTY HIS GLOATING OVER HAND LIGHT ON & WOKE ME UP AGAIN, AGAIN OUT OF A SOUND SLEEP, HIRAM WOULD ALWAYS BLURT OUT THE FIRST NONSENSICAL TRIPE FILTH" THAT WOULD RISE TO THE SURFACE IN HIS "CESSPOOL FILTH" MIND. FILTH

HIRAM DANIELS "ABSOLUTELY" HAD TO HAVE HIS WHITE WOMEN TO "PIMP" THEM. THE CRUDEST & MOST VILE, DEMEANING & DISRESPECTFUL OF WHITE WOMEN CESSPOOL FILTH PORNOGRAPHY. BOTH THE 9 FT. BOTH DISGUSTED & PHYSICALLY NAUSEATING ME. WHEN HIRAM WAS LEAVING THIS PRISON, I HELPED HIM TO "PACK OUT" HIS TRASH, & EVERY THING THAT HIRAM HAD WAS FILTH TRASH". HE LEFT HIS FILTH TRASH WHITE WOMEN PORNOGRAPHY PICTURES. I THREW THEM ALL OUT & WE CLEANED & SCRUBBED THE FILTH STENCH OFF HIS SIDE OF OUR HOUSE. GOD, I NEED TO CLEAND & SCRUB HIRAM FROM MY MIND, MY SOUL, BEING

GOD, YOUR GOD LIKE DIETY KEY, YOUR COVENANT "KEYSTONE" IS FOR ME TO BE NON-JUDGEMENTAL OF OTHER PEOPLE "SOUL BEINGS," WHILE, VERY & MOST DEFINITELY, BEING JUDGEMENTAL ABOUT THEIR "BEHAVIOR ACTIONS", NOT TO DISCRIMINATE AGAINST OTHER PEOPLE "SOUL BEINGS" BLACK MEN LIKE HIRAM FOR BEING BLACK BUT TO, VERY & MOST DEFINITELY, DISCRIMINATE AGAINST ALL "VILE FILTH, HATE THOUGHTS & WORDS. TO DISCRIMINATE AGAINST DESPICABLE & DISGUSTING, VILE FILTH BEHAVIOR ACTIONS", NO MATTER FROM WHOM, FROM WHERE, & FROM WHEN THE SOURCE

ALMIGHTY GOD, YOU HAVE PREPARED ME FOR MY LIFE'S PURPOSES & DESTINY (SO TO BE!) THAT I ONLY NOW BEGIN TO USE IN KNOWS OF. ALL IS TWENTY IS MY & OUR ADVANTAGE (AGAIN & AGAIN)! GOD, EVERY DAY YOU "MIRACLE" ME "MY" WALK WITH ME.

ALMIGHTY GOD, I NOW FERVENTLY PRAY FOR OUR MASS MIRACLE TO FLOW IN THE PEN, FROM WHICH WOULD FLOW "MANY" BOTH MINOR & MAJOR OTHER MIRACLES TO