IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-194
Category: III
Claimant: Hector Martinez-Jimenez, #106871
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Court on Claimant's letter. This letter is written partially in English and part in Spanish. In the letter, Claimant alleges that he is having significant problems in his legs due to his diabetes and that he is not receiving proper medical care. He also has complained that he has not received proper credit for earned time.

An issue has arisen concerning the ability of class members to seek individual relief through the Court. That issue has been presented to the assigned District Judge through a report and recommendation from the Special Masters. Until this issue is resolved, Claimant's letter and request for relief must be held in abeyance. A copy of the report and recommendation will be sent to Claimant.

IT IS HEREBY ORDERED that Claimant's letter and attached documents will be held in abeyance pending resolution of the issue of jurisdiction over individual requests for relief.

SIGNED this 12th day of January, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master