```
        FILED
UNITED STATES DISTRICT COURT          COPY
     DENVER, COLORADO

    JAN 16 2009       Ben Padilla #82114
                      FLCF - P. O. Box 1000
 GREGORY C. LANGHAM   Fort Lyon, CO 81038-1000
           CLERK      January 12, 2009
```

United States District Court
Alfred A. Arraj Courthouse
901-19th Street, Room A105
Denver, CO 80294-3589

RE: Status Report on Case #92-CV-870-CMA-OES, Montez, et. al v. Romer, et.al.
    Claim #03-038

Dear Clerk:

    I would like to know the status of my case. It has been over 6 months since I have heard anything. A ruling needs to be made so that the next step, if needed, can go forward. Please advise. Thank you.

                                                Respectfully,

                                                Ben Padilla #82114

cc: