# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-038
Category: III
Claimant: Ben Padilla, #82114
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on the letter of Claimant (Document #3774). In that letter, Claimant requests information on the status of his appeal from the final order of the Special Master. This matter will be referred to Judge Kane for action.

      IT IS HEREBY ORDERED that Claimant's letter is referred to Judge Kane for further action.

      SIGNED this 2lst day of January, 2009.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master