IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER
---

THIS MATTER comes before the Special Master on Claimant's letter of January 8, 2009 which will be treated as a motion for relief. Claimant states that he has been harrassed due to filing of his claim and his disability. He provided a copy of the letter he sent to class counsel.

Claimant has requested time to file additional information in support of his appeal from the Special Master's final order. That request will be granted.

As noted in a previous order, an issue has arisen concerning the jurisdiction, if any, that exists for individual inmates to request relief from the Court. That issue has been placed before the District Judges and will have to be resolved by them. Claimant's letter will be held in abeyance pending resolution of the jurisdictional issue.

IT IS HEREBY ORDERED that Claimant's letter, being treated as a motion for individual relief, will be held in abeyance; and

IT IS FURTHER ORDERED that Claimant is granted up to and including **February 17, 2009** in which to file additional documents and pleadings in support of his appeal of the Special Master's final order on his claim.

SIGNED this 19th day of January, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master