IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-EWN-OES (Consolidated for all
purpose with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS et al.,

Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2009

GREGORY C. LANGHAM
CLERK

---

Claim Number 02-332
Category II
Claimant: Santos Romero #48563
Address: KCCC, 49777 County Road V, Burlington. CO 80807

---

### REPLY TO DEFENDANTS RESPONSE TO CLAIM
### WITH SUPPORTING DOCUMENTS

---

COMES NOW Plaintiff/Claimant, __Santos Romero__ pro es, and respectfully submitt the following Reply to Defendant's Response of Romero's Claim, with Supporting Documents.

Claimant __Santos Romero__ is a member of the class with qualified disabilities under the guidelines of the Montez Remedel Plan, Section IV, Mobility Impaired. Mr. Romero submitted the required paperwork in this class-action, American Disability Act (ADA) litigation. (Initial (In.) and Supplemental (Supp. Claim Forms)

Although Mr. Romero listed several areas of complaint, he will only be arguing main issues that fully fall under the guidelines of the Remedel Plan and ADA case law. Mr. Romero's "combined" disabilities, excepted by the ADA of 1990, is as follows:

1) Back: Scoliosis and Degeneration in the Lumbar

2) Left Foot: Crushed foot injury with surgical side-affects

3) Hands: Bi-Carpal Tunnel Syndrome

As stated above, and researching current law and learning to correctly apply procedures and guidelines. I cannot honestly defend on other areas individually. But through common sence and excepted medical knowledge of skeletal, muscle and nervious system and body structure, it is obvious how other smaller conditions can cause tracers that only agrivate combined disabilities. These tracers being arthritis in: knees, neck, left elbow, both shoulders, plus Claimant's combined conditions. Effecting claimant's ability to: walk, lift, reach(ing), standing and sitting for long periods of time.

I pray that paperwork found in Claimant's 1th & 2nd Claim Exhibits, this Reply Appendix and posting of case law, will give focus to this court. That Mr. Romero not only has disabilities to be concerned about. But also the need of his employer, educater, living provider and medical overseer - to recognize the constitutional rights of Mr. Romero under the ADA and Defendant's agreed upon Remedel Plan. Ofwhich, Romero not only feels, but knows he falls under that protection. Respectfully.

## STATEMENT OF FACTS

A) Back: Scoliosis & Degenerative Lumbar Disks

Age 12 was Claimant's first experience with scoliosis. When it caused him to not participate in gym for half the school year.

Although experiencing other injuries: landing on a pointed object (injury viewable on x-rays), and whiplash from a car accident. Claimant only developed periodic slippage from back spasms. Causing him 3-7 days of idol time. Self-rehabbing with slow walks,

(2)

rest, sit-baths, elastic band-aid wraps, a good heating pad, occasional muscle relaxers, and quite a few pain pills. Happening about 3-4 times a year.

The next episode started while entering CDOC in 1982. Where Romero had to request better footwear. Being on concrete surface 24/7, causing Plaintiff's injured foot to hurt daily. And walking awkwardly from pain, only added to an unstable chain-reaction of physical pain up and down his back.

Then again in 1985 while at the Shadow Mountian Corr. Facility (SMCF). Where replacing Romero's orthopedic shoes became a problem. This was where Claimant caught the end of the Ramos v. Lamm case.

Next apparent event that showed a change in his back problems, were in the 1990's while at the Arkansas Valley Corr. Facility (AVCF). Romero's back became spastic and needing cordizone shots to stablize.

Then when moved to a private facility in Minnesota. Where for the first time in 16 years, he had to deal with double bunking. This is when twisting and reaching to get up and down the top bunk awakened is scoliosis. And he was forced to ask for accommodations for a bottom bunk.

Once returning to CDOC Plaintiff was able to secure a bottom bunk. Until arriving at the Sterling Corr. Facility (SCF). At first, CDOC/SCF medical was assitting Claimant to relieve his foot pain. But once the grievance process started for bottom bunk/tier, Romero was taken off his pain medication. And with his three im-

pairments he was still not allowed this needed accommodation. Eventhough, other inmates were freely given bottom bunk restrictions for such problems as: arthritic twice broken toe, one degenerative disk, or a tricky knee. As they should.

It took a year to complete the grievance process with Ms. K. Holtz, AIC. And it still wasn't resolved. And Claimant was only given 30 days for the requested restrictions. Even though his conditions wouldn't getting any better.

Although Plaintiff feels being moved to the Kit Carson Corr. Facility was done to rid CDOC of a problemed inmate (standing up for his constitutional rights as a disabled inmate). But Romero now sees it may have worked out in his best interest. After arriving and going the medical gamut, I was finally allowed access to a doctor. And from that time forward, Dr. Tiona has assisted with Accommodations. Without Claimant having to ask for them.

Eventhough, CDOC was aware of my severe daily pain (October 2003 - a date expressed in my complaint). Defendants would not contimplate a combined disability connection recognized by the ADA.

Once viewing recent x-rays with Dr. Tiona, she commentted, "I didn't know you had scoliosis?' "'Now I know where your pain is comimg from.'" The x-rays showed a large curve in the upper back and a small curve setting at the lumbar. These are the areas where Romero has felt slippage throughout his life (See Initial Exhibit #3 - Amb. Health Record: re accurent episodes - catch - discomfort, (R) mid trap M - near spine 08/30/83).

And even if Claimant is sitting and turns to his right or

( 4 )

left. It can cause slippage in his lower back asserting pain. It will cause Romero to make a sound like he's been badly hurt and frieghtened. And anyone close by      will ask with great concern if I'm alright.

Dr. Tiona doubled the meds to bombard the muscles releaving pressure off the sciatica. Ruducing Claimant's severe pain. Although the constant pain has subsided. It has not stopped. And Mr. Romero still finds himself having to stop regularly while walking (before 100 feet). Or having to ly down after prolong sitting or standing.

2) Foot: Crushed Left Foot Injury

This injury is from one of Romero's car accidents in December 1970. Atwhich, he has had to wear foot-wear that cushioned his foot. CDOC issued Claimant orthopedic shoes in the first year of his incarceration in 1982. Then took them from him once the Montez case started. Without this kind of shoe, Claimant's disabled foot lacked the needed protection. The special ordered shoe with an ob- sorbing soul had provided. Eventually, causing him to feel the same type of pain and weakness experienced when first injuried. And with the arthritis in his foot/toes, he      still has  to limp and stop while walking, (as above).

3) Hands: Bi-Carpal Tunnel Syndrome

This condition occurred while first incarcerated in the 80's. The recommandation for surgery was given by CDOC medical, P.A. Mort, while at Centennial Corr. Facility.

As the court is aware from Romero's Initial and Supp. Clm. Forms - CDOC had Romero get his left hand cut on even though it

(5)

wasn't needed. Claimant is aware this is not a malpractice litig-
ation. But regardless how his left hand has become disabled. It
still needs to be recognized as what it has become. A hand that
cannot do what a nomal hand can. And the loss of its normalacy.
Romero feels follows the definition of a partial disability. Re-
cognized by the ADA. And with both hands a permanent disability.

Blacks Law Dictionary Deluze 6th Ed.

Disable, vb. 1. to weaken the capability of (someone of some-
thing).

And Claimant has come to realize, weakness with the loss of
grip, creating instability.

In conclusion of the "Statement of Facts", arthritis in all
of Plaintiff's combined impairments, only contributes to his mob-
ility problems. And what Dr. Tiona stated, "That for my age I sure
have a lot of arthritis". I'm sure, intensifying my daily pain.

## LEGAL ARGUMENT & CITATION TO AUTHORITY

Defendant's assert Claimant does not meet the guidelines for the agreed upon Montez Remedel Plan, nor the ADA. Claimant court-eously disagrees.

In Sutton v. United Air Lines, Inc., 130 F.3d 893, 904 (10th Cir. 1997) Aff'd, 577 U.S. 471, 119 S.Ct. 2139, 144 L. Ed. 2d 450 (1999) at 899 [8]. If the uderlying disorder or condition makes worse or diminishes in a material respect any of the enumerated body systems of the individual, then it should be considered an impairment, Also at 902 - Some impairments may be disabling for particular individuals but not for others, depending on the stage of the disease or disorder, the presence of other impairments that combine to make the impairment disabling or any number of other factors. see Roth v. Lutheran Gen. Hosp., 57 F.3d 1446, 1454 (7th Cir. 1995).

Claimant addresses the court through this brief and lay upon them, what I see as guidelines met through above wording. And as stated in brief several times. Claimant falls under combined dis-abilities. Which meets guidelines, procedures and statuary rubic, building blocks of the ADA. And with this, Claimant does in fact fall under the protection of the ADA.   At which, the Defendants are acting in bad faith in violation of the ADA and accompanying regulation, by not recognizing Mr. Romero's 4-prong combination disability (ADA of 1990, section 102(b)(5)(A), 42 U.S.C.A. sec-tion 12112(b)(5)(A); 29 C.F.R. Part 1630 App., section 1630.2 (o)(3).

( 7 )

Bultemeyer v. Fort Wayn  Community Sch., 100 F.3d 1281, 1285 (7th Cir. 1996)

At 1285 [3], A party that obstructs, or delays the interactive process is not acting in good faith. A party that fails to communicate, by way of initiation or response, may also be acting in bad faith. In essence, the court should attempt, to isolate the cause of the breakdown and then assign responsibility. Beck, 75 F.3d at 1135.

Moving on,  (Bultemeyer Supra) properly participating in the interactive process means that an employer cannot expect an employee to read its mind and know that he/she must specifically say "I want a reasonable a ommodation," See Beck, also, ADA of 1990 section 102 (b)(5)(A), 42 U.S.C.A. section 12112 (b)(5)(A); 29 C. F.R. Part 1630 App., section 1630.2 (o)(3).

And in, McAlindin v. Couty of San Diego, 192 F.2d 1216, 1234 -35 (9th Cir. 1999) at 1237 [3,4].

The essence of the concept of reasonable accommodations is that, in certian instances, employers must make special adjustments to their policies for individuals with disabilities. See Sh apiro v. Cadman Towers, Inc., 51 F.3d 328, 334-35 (2d Cir. 1995). The ADA place a "duty to accommodate" on employers in order to remove barries that could impede the  abil ity of, qualified individual with disabilities to perform their jobs. Criado, 145 F.3d at 445. And at 1238 [12] - The ADA definition of discrimination include not making reasonable accommodations to the known limitations of an otherwise qualified individual with a disability.

In Bultemeyer and McAlindin, the light shines heavily on the fault of the Defendants. And Bultemeyer is so on point with his

[ 8 ]

case, that Claimant could give the court uncanny comparisons.

Mr. Romero's paperwork already given and seeing in above brief, it can be obviously visable to.                    And that Defendants did not give the process a chance. Nor did they engage, inquire or even try to meet Claimant half-way. They avoided and treated Claimant as though he is suffering from something minor. And as in this case, took hasty advantage, as what they (CDOC) saw as an opportunity to rid themselves of a problemed, stubborn inmate. Thus moving Romero to a private prison.

This whole incedent may not have gotten worse, if only someone had merely had the patience to sit down and talk with Romero. Or discuss his concerns with the mental health staff that worked in the same area as they. Instead, they placed the whole burden on Claimant's shoulders to interact  and do their job with this process. Because it is  their continuing duty and is not exhausted by one effort. Such things take a great deal of communications. Neither parties should cause a breakdown in the process and impede the ability to perform a job.

Plaintiff continues with issue on available records for his claim. Addressing, Beck v. University of Wisconson B.D. of Regent's, 75 F.3d 1130 (7th Cir. 1996), at 1136.
29 C.F.R. pt. 1630, app. Where the missing information is of the type that can only be provided by one of the parties, failure to provide the information may be the cause of the breakdown and the party withholding the information may be found to have obstructed the process.

( 9 )

Also see Lowe v. Angelo's Italian Foods, Inc., 87 F3d 1170-71,1174 (10th Cir. 1996) Past discrimination may properly be considered evidence of current discrimination.

Claimant has experienced this problem dealing with Defendant and now at this facility. Once any action in the courts against CDOC, records needed for proof is an issue.

Next, to quote Defendant's own case, Franklin v. Gwinnett County Public Schools, 503 U.S. ___, 112 S.Ct. 1028, 1034-35 (1992).

In addition, the federal regulations, in proving the states are not entitled to immunity from suit for ADA violations, refers to "remedies both at law and in equity." 28 C.F.R section 35.178. "Remedy at law" generally meens damages.

Defendant's seem to be struggling to assume remedies are in question. But finding in their own cited case it is very apairent that their is no question.

So Mr. Romero finishes with this in mind. Is CDOC in violation for not dealing with Romero in a proper way addressed in all presedent ADA case law and Federal Regulations. Claimant and ADA seems to think they are.

## APPENDIX

Date      Discription

06/01/04   1) Colo. Dpt. Corr. Offender Grievance Form
            Thought wording should be reviewed. I did get lower
            bunk/lower tier but, only for 30 days.

06/18/04   2) Memo from Ms. Holst, AIC
            Complied with information release form. Requested
            copy not give as required by Remedel Plan.

11/12/04   3) Colo. Dpt. of Corr. Offender Grievance Form - Step I
            Appropriate review since request is required.

12/05/04   4) Colo. Dpt. of Corr. Offender Grievance Form - Step II

02/03/05   5) Colo. Dpt. of Corr. Offender Grievance Form - Step III
            Expressing to CDOC recognize disabilities.

07/07/05   6) Antoony A. De Cesaro, Grievance Officer
            Reply to Step II five months later.

07/15/05   7) Message from Sterling Corr. Fac. medical on lab work
            on imflimation level. Inflimation meds were discontued.

12/09/05   8) Colo. Dpt. of Corr./ Ambulatory Health Record
12/15/05      First medical apppointment at K it Carson Corr. Center
            (KCCC). Starting all over again!

02/07/06   9) Sick Call Request - and reply
            Continued interactive process.

02/08/06  10) Sick Call Request
            First request to see a doctor here at KCCC.

02/27/06  11) Colo. Dpt. of  Corr./Ambulatory Heath Record
            The doctor here seems to be used to CDOC dropping
            their medical problems on them.

04/24/06  12) Colo. Dpt. of Corr./Ambulatory Health Record
            Computerized format
            Something is finally being done.

04/24/06  13) C.C.A. Kit Carson Corr. Center Duty Status (room
            permits)
            Seat cusion - Sitting longer with less pain.

06/19/06  14) C.CA. - KCCC Inmate Request
            Started TENs treatment 03/20/06. Allowed to pur-
            my own TENs unit. Cost $65.00, received 07/05/06.
            My family sent money for tennie shoes. Chose to
            buy the TENs unit.

**APPENDIX - Page 2**

Date      Discription

07/13/06 15) C.C.A. - KCCC  Inmate Request
            Tried to obtain "Refusal to Work" form again. It
            must been discarded by case manager Courtney.

07/24/06 16) Sick Call Request - CDOC issuing better type of boot.
            They don't want to venture into assisting a medical
            needs scenario. So was denied. Worked out I got a
            pair but still hurts over the surgical scar as usual.

08/06/06 17) Sick Call Request
            Still having excruciating pain even with my own TENs.
            Was given a muscle relaxer and doubled inflimation
            meds. Hoping to releave pain from calf.

08/30/06 18) D.O.C. Ambutation Health Record
            Another dose of relaxer was added for the AM. After
            informing docter Tiona of changes in my pain, she
            adds 1000mg. Hoping to relax the muscle enough so the
            sciatica will heal.

11/01/06 19) C.C.A. - KCCC Inmate Request
            Third request for copies and reply.

11/16/06 20) C.C.A. - KCCC Inmate Request
            Explaining request for x-ray copies. Had the moneies
            but still didn't receive them.

12/01/06 21) C.C.A. - KCCC Inmate Request
            Request to explain why I couldn't have xerox copies
            of CD x-rays.

11/30/06 22) D.O.C. Misc. Withdrawl/Deposit Tickets
06/28/06    One for battery cost and the other for TENs unit cost.

12/26/06 23) C.D.O.C. Statement of Account Activity and Withdrawl
            Ticket showing money taken but still didn't get my
            copies.

05/11/06 24) X-ray Report
            Lumbar Spine Two Views & Left Hip Two Views

08/30/06 25) D.O.C. Ambulatory Health Record
            Discussing x-rays.

04/09/07 26) C.C.A. - KCCC Inmate Request
            Requesting accommodations with job assignment because
            combined disabilities. Request was denied verbally.
            Case manager Patton said there are no inmates at this
            facility that falls under - needing such assistance.
            I know of several. And Montez is posted throughout
            facility.

(12)

5/27/04  K Mm ~~~~~ units

ADA

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

ADA

DC FORM 850-4B (10/02)

Assigned Grievance Coordinator        STEP I

NAME Santos Romero        DOC NO. 48563        FACILITY SCF        0-SF03/04-1119-1

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP IN GRIEVANCE PROCESS.

REQUEST: I don't Know About Neurologic deficits, but I do Know About my pain and limits. Recently I've been experiencing a painful strain pulling from my big toe up my leg to the lower back. I've almost fallen several times hurting myself. This causes excrusiating pain and I can't even move. I've been given to restrictions so I won't hurt myself. On 5-7-04 I was moved to a 3rd floor. I experienced intense pain in my left leg that I've never felt before. I find it unprofessional to answer my informal without examining available x-rays. I also request my left shin area and right heel be x-rayed because of pain and mobility problems.
      Federal law states I shouldn't have to work in pain or told to do things that causes me to further injure myself.
      I request I'm allowed bottom bunk restrictions and that other restrictions be placed in my file of what I can NOT do. I also request the use of a cain either until I feel better or permanety. And that medical start recognizing my injuries are not getting better as I age. And that I should be treated accordenly.

DATE: 6-1-04        OFFENDER SIGNATURE  Santos Romero
RESPONSE

**SEE ATTACHED RESPONSE**


**SEE ATTACHED RESPONSE**


are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

| TE: 10/1/04 | SIGNATURE/PRINT NAME & Staff ID # Collie Horst 1722 C. Holst |
| PT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| E: 6/24/04 | SIGNATURE/PRINT NAME & Staff ID # Karlene Jones 10173 Karlene Jones |
| PT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| E: | OFFENDER SIGNATURE/PRINT NAME & DOC # |
| I: Department File        Copies: Working File, Warden, Offender | |

ATTACHMENT "B"
Page 1 of 1

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 597-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



Bill Owens
Governor
Joe Ortiz
Executive Director

## MEMORANDUM

TO:        Offender Romero #48563
           SCF

FROM:    Cathie Holst, AIC

RE:        ADA Process

DATE:    June 18, 2004

This is to notify you of the status of your request for ADA accommodation:

☐ Your Request is not an ADA matter.  Please address your request to Clinical Services.

☐ Your Request and Release have been received and I am beginning my investigation.   You will be contacted if additional information is needed.  You will be notified of the results of my investigation within approximately two months.  If additional time is needed to thoroughly investigate your request, you will be notified of the delay.

◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇

**X  Your Request and/or Release were improperly completed.  A new Request and/or Release are enclosed.**

☐ Your Request is not specific enough to identify your disability and/or the accommodation you need.

☐ The information provided on your Request is incomplete.

☐ Your Request is unsigned.

☐ You have filled out the Verification portion of the Request.

☐ Your Release has been edited.

☐ Your Release is incomplete.

**X  Your Release has not been signed and/or *witnessed*.**

☐ You must submit the ORIGINAL Request and/or Release to the AIC.

Please properly fill out the enclosed Request and/or Release and return them by interfacility mail to:

**AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906**

Your request for accommodation will not be processed until these forms have been properly submitted.

Thank you.

(3

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **DSCF04/05·47**          STEP (Circle One) (1) 2 3          ADA? Yes ☑ No ☐

| NAME Santos Romero | DOC NO. 48563 | FACILITY SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Accommodations Request & Medical Grievance Response
Medical memo 10-1-04: You stated I made no allegations that my mobility limitations are disabling. But the pain I have is disabling enough to hamper my daily life.
Request memo 10-13-04: It said, unable to affirm any disability such as is contemplated by the Monte2 agreement. The special master disagrees.
1) Shoes: For years I helped DOC save money on the type of shoes they asked me to get by with. And now I'm older and in need of the right type of shoes to prolong good health. So DOC should step forward and help me. And do their part.
2) Work: It is unfortunate clinical standards are not suficient enough for long term health. Because one should not have to work while in pain.
3) Cain: I don't like the idea having to use a cain. And it took me awhile to even ask for one. But I've come to realize it's needed. Because my chronic and substantial pain indicate a medical need is serious. My sciatic nerve is better, but has not subsided. And not having the use of a cain causes unnecessary and unwanton afliction of pain - needless pain.
4) X-rays: At my age and looking at the x-rays one would think a bone test is in order. But there hasn't been any concern nor concern for other treatment.
5) File Info: I still don't think information for my files expresses what the x-rays show.
Restrictions: I still think the use of a chair in the shower is appropriate and would help. Although my request for bottom floor and bottom bunk restrictions has done wonders. But to only give a 3 month instead of a year!! Review/status is not only incompotent for long term health, but shows a bit of prejudice against my conditions. Because everything is wrong with me. We not just going to go away in 3 months, more or less in my life time. I do hope you will take the time to investigate my x-ray reports. Because even a lay person should realize all isn't well.
Remedy: I don't think I'm being unreasonable in wanting my requests resolved. Colorado DOC wasn't wanted to face the growing problem with their aging prisoners. But they need to step forward in their responsibilities with the aging within their prisons. And I am asking you to be the one to do just that. As procedure requires, I will be asking for monetary damages if court action is needed to have my issues resolved.

| DATE: 11-12-04 | OFFENDER SIGNATURE Santos Romero |
|---|---|
| DATE RECEIVED: | RESPONDING STAFF SIGNATURE & ID |

RESPONSE

SEE **ATTACHED RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/24/04 | SIGNATURE/PRINT NAME & STAFF ID # Cathie Holst #1722 C. Holst |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 11-16-04 | SIGNATURE/PRINT NAME & STAFF ID # Judy A Martin Judy A. Martin #3744 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| 12-1-04 | OFFENDER SIGNATURE/PRINT NAME & DOC # Santos Romero #48563 |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)



DC FORM 850-4A (06/04)

## COLORADO DEPARTMENT OF CORRECTIONS  OFFENDER GRIEVANCE FORM

| Grievance Number | | P  (Circle One)  1 ②  3 | ADA?  Yes ☑ No ☐ |
|---|---|---|---|

| Santos Romero | 48563 | SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED,
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: After RESEARChing word definitions from my X-RAY REPORTs, "disabilities" ARE NOT SEEN IN what I found. So to say I don't EVEN havE A disability, is completely confounded. I am listing more than A few definitions from updated X-RAYS that concErn me the most. 1) CYST : AN ABNORMAL mEMBRANOUS SAC containing A gaseous liquid, or semi solid substance (my ankle pain). 2) Spurring : A bony outgrowth or protuberance; — PROTUBERANCE : A bulge, knob 3) Scoliosis : Abnormal lateral curvature of thE spine. 4) convEx : Having A SURFACE or boundary that curves or bulges. 5) ARthopathy : A disease or abnormality of A joint. 6) Spondylosis — found — Spondylitis : Inflammation of thE vertebrae. And with a diffErent spelling but what most dEscribes what I'vE felt. #7) Spondylolysis : A spinal disorder in which thE lumbar vertebra consist of soft fibrous tissue instead of normal bone. So Arch is weaker and more likEly to be deformed or damaged under stress and may protrude — Spondylolisthesis (forward slippage of A vertebra over thE one below it) but is usually symptomless. (But minE isn't becausE I'vE felt Exactly that for years — slippage. And havE tried to Explain that to DOC mEdical many times). And most important, — ThE symptoms of lumbar spondylolisthesis include pains in thE back which worsens when standing along with Sciatica. Along with thE problems from my injured left foot. And having to stress my good right side out from leaning on it to rEliEvE my constant pain and weakness from my left side. I find it vEry hard to keep a consistant normal gait !

| DATE: 12-5-04 | OFFENDER SIGNATURE  Santos Romero |
|---|---|
| DATE RECEIVED | RESPONDING STAFF SIGNATURE & ID: |

RESPONSE

## Please see attached response.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME& Staff ID # |
|---|---|
| RECEIPT:  I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 12/9/04 | SIGNATURE/PRINT NAME & Staff ID #  Judy Martin / Judy Martin 3744 |
| RECEIPT:  I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original:  Department File/AIC  Copies.  Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

04-591-1 ADA.
Romero 48563
120584-B

DC FORM 850-4A (10/04)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number **D-SCF04/05-57**      STEP (Circle One)  1  2  ③      ADA?   Yes ☐   No ☐

| NAME Santos Romero | DOC NO. 48563 | FACILITY SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: It's APPARENT that CONCERN FOR MY CONDITIONS ARE ABOUT Nil, with the DENIAL of MY GRIEVANCES. It ALSO Shows EXACTLY WHAT I've been stating for YEARS. And that is, DOC medical (AND NOW EXTENDED DEPARTMENTS INVOLVED IN MY GRIEVANCES), REFUSES to RECOGNIZE MY full medical PROBLEMS And NEEDS.

So I will follow REQUIRED PROCEDURES so maybe I CAN get MY issues ADDRESSED PROPERLY ELSEWHERE. And hopefully, find A QUALIFIED PERSON to EXAMIN AND diagnose MY disabilities in A PROFESSIONAL MANNER. So things will not get worse through NEGLECT of PROPER treatment. And I will be ABLE to continue into MY OLDER YEARS IN BETTER PHYSICAL CONdition then I would, if MY health is ignore Now.

| DATE: 2-3-05 | OFFENDER SIGNATURE  Santos Romero |
|---|---|
| DATE RECEIVED: | RESPONDING STAFF SIGNATURE & ID |

**RESPONSE**

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & STAFF ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC      Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

**Anthony A. DeCesaro**

GRIEVANCE OFFICER
2862 S. Circle Drive, Suite 140
Colorado Springs, CO 80906-4122

July 7, 2005

RE: Grievance #D-SF04/05-57

Dear Mr. Santos Romero #48563:

I have reviewed your Step 3 grievance that you filed with regard to medical.

In review of this matter I find that you have been medically evaluated by medical at SCF and determined to not be disabled under the ADA. I cannot second guess the medical, professional opinion of the medical department regarding your disability status, as I am not a medical professional. I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
     Tom Kolle

*Step III   2-3-05*
*took 5 months to Reply*

(7)

## Message from Medical

Name _Romero, Santos_

DOC # _48563_

UNIT _LU 3_

Date _07/15/05_

C/09

Lab work to see level of inflimation, but was never taken off
of inflimation medication to - (I would think) & get better level

Your recent:    Lab    ☒

X ray    ☐

Study    ☐

Other    ☐

Results:    Normal    ☐    mild eto snzpm

Stable    ☐

Needs Discussion    ☐

Appointment will be scheduled    ☐

No appointment is necessary    ☐

(If you would like an appointment,
Please submit a kite.)

_____    _____    7/18/05
Signature    Title    Date

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Romero, Santos | 4856 3 | |

SUBJECTIVE:

c/o backpain and radiates into
L leg - calf, toes - states toes are purple

Ut 180.8#   97⁹

DATE 12-15-05   TIME 0915

PROBLEM 1 2 _____
PLAN / ORDERS

OBJECTIVE: Temp. 97⁹  Pulse 76  Resp. 20  B/P 140/98

Xray shows degenerative changes in
lumbar spine. States he removed a cast
when he was young. Full ROM of back,
raises legs straight is diff. Able to bend
over touch toes, put on shoes and tie them.
Full ROM of ankle. Toes pink warm blanche
well. old scar

Back exercises) - Sheet given
Indocin 50mg qd pm c noon
food X 90 days) - KOP -
Analgesic balm to back x
30 days)
Ibuprofen 800mg q noon X 5 days

SIGNATURE:
NURSE:

P.E.: K. Wiley, ARNP

PHYSICIAN: M. Mathews, RN, 12-15-05
Rx NO.

ASSESSMENT:

Multiple c/o back,
hip, L leg + foot
pain

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Romero, Santos | 48563 | |

SUBJECTIVE:

back problems - keeps trying to slip out
L-3 spine - sciatica R - whole leg gets
numb, big toe turning purple - toes
crushed in accident in 1970.

DATE 12-9-05   TIME

PROBLEM 1 2 _____
PLAN / ORDERS

OBJECTIVE: Temp. 98⁷  Pulse 76  Resp. 18  B/P 118/84

ROM good on assessment but
sometimes when sitting or getting up
feels like he has no leg or no support
gait is diff at this time.

Analgesic balm
use warm towels
Refer to K. Wiley ARNP
IBP 400mg TID x 7 D

79#

SIGNATURE:
NURSE: A. Cash RN
P.E.: K Wiley ARNP

PHYSICIAN: _____
Rx NO.

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

FORM 13-80A1   (9)

# Sick Call Request

## Part A: (to be completed by inmate/resident)

Inmate/Resident Name: SANTOS ROMERO

Inmate/Resident Number: 48563        Date: 2/7/06

Work Assignment: Faith Pod

Work Hours: 7:45 - 10:30    Housing Assignment: CB 117

Reason for requesting Health Services Appointment (BE SPECIFIC): WHEN ARRIVED I'VE informed MEDICAL ABOUT DOC's denial
of my disability. At that time, I was put back on Indison. It does help my OTHER AKES
but, only A little with my REAL PROBLEM. But my foot, leg, lower back continues to cause
ME pain. My leg has continued to go RN umb And Am getting A wobbly effect. And I still have to
bend over to relieve my pain & get circulation. I've requested AN MRI And still want one. So
in requesting to see A doctor (DR. T ?), I - WE NEED to find out what's REALLY WRONG so I can get

How long have you had this problem? TREATMENT. This has been since OCT, 03 that I've
had this problem. I was going to wait til May for the MONTEZ case. But enough is enough! I'm tired
Inmate/Resident Signature: Santos Romero       of All this pain. I shouldn't have to

Print Name: SANTOS ROMERO       be diagnosed EVERY time I see SOMEONE
NEW! All of this and more @ is file in the
MONTEZ CASE. SO SINCE DOC SENT me HERE
it's your move Now. I'm
SAVING my yellow copy for my files

**↓ DO NOT WRITE BELOW THIS LINE ↓**

## Part B: (to be completed by Health Services personnel)

Health Services Reply:

Mr Romero - You were examined by
Dr. Fortunato on 6-23-05 @ which time he found
"minimal to no objective findings" and stopped the
Indocin. I also examined you on 12-15-05 and
found no objective findings. Therefore I will not refer
you to the physician. You may refite for an appt. &
Dr. Tiona, but this will be a $5 charge as there is
no reason for referral and no obj. findings to request

Health Services Signature: an MRI.       K Wiley ARNP

Date: 2-8-06

Sent Sick Call Request to see DR. Tiona 2-8-06

**White Copy:** To Medical Records       **Yellow Copy:** To Inmate During Exam

**Property of Corrections Corporation of America**

(10)

FORM 13-80A1

# Sick Call Request

## Part A: (to be completed by Inmate/resident)

Inmate/Resident Name  SANTOS ROMERO

Inmate/Resident Number: 48563          Date: 2/8/06

Work Assignment: Faith Pod

Work Hours: 7:45 - 10:30 Am  Housing Assignment: CB 117

Reason for requesting Health Services Appointment (BE SPECIFIC): I would like to "please" get an appointment to see Dr. Tiona — ASAP — for the problem with my leg.

How long have you had this problem? Oct. 03

Inmate/Resident Signature: Santos Romero

Print Name: SANTOS ROMERO          2-10-6

### ▼ DO NOT WRITE BELOW THIS LINE ▼

## Part B: (to be completed by Health Services personnel)

Health Services Reply: _____

Mr. Romero,
    You will be added to my schedule per your request. There will be a $5 charge for the visit.

Health Services Signature: Dr. Tiona

Date: 2-15-06

White Copy: To Medical Records          Yellow Copy: To Inmate During Exam

**Property of Corrections Corporation of America**

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Romero, Santos | 4856 | |

SUBJECTIVE

Exam: Mr. Romero walked into the exam room w/ a normal gait. He has FROM of the lumbar spine and is able to flex @ the waist and put his hands on the floor s̄ pain.

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

Both hips have FROM. He is tender @ the left sciatic notch to deep palpation. His reflexes are intact. He is able to "heel walk" s̄ difficulty, "toe walk" is difficult. He previous foot injury. (N) strength testing of anterior tibialis.

MRI unlikely to be helpful - discussed c̄ I/m

ASSESSMENT: Intermittent sciatica - ? piriformis syndrome. (See orders below)

DATE: 2-27-06    TIME: ___

PROBLEM 1 2

PLAN / ORDERS

SIGNATURE:
NURSE:

P.E.:

PHYSICIAN: Ann Tieng, M.D.
Rx NO.

---

**CONTINUED**

| PT | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Romero, Santos | 48563 | |

SUBJECTIVE:

Mr. Santos is here for evaluation of (L) leg pain which started in 2003. No known trauma. The pain is intermittent and usually involves the buttock and/or the outer calf on the left.

OBJECTIVE: Temp. 97⁶ Pulse 76 Resp. 16 B/P 134/98

Late in the day, he states that he feels like there is some muscle weakness in the lower leg and ankle. To relieve the pain, Mr. Santos bends forward @ the waist and touches his hands to the floor. When the pain comes during sitting, he can relieve the pain by holding his buttock # off the seat using his arms. He does not #8 describe tingling, paresthesias or altered sensation in the leg. His request is for an

ASSESSMENT: MRI "because X-Rays don't show everything." "I just want to know what is wrong." ( CONTINUED ABOVE )

DATE: 2-27-06    TIME: 9:00 Am

PROBLEM 1 2

PLAN / ORDERS

X PT Consult
X TENS to (L) buttock ____
x 2 months.
# F/U c̄ me 2 months
Proted Alexander, RN

SIGNATURE:
NURSE:

P.E.:

PHYSICIAN: Ann Tieng, M.D.
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Case No. 1:92-cv-00870-CMA-MEH   Document 3783   filed 01/20/09   USDC Colorado   pg 24 of 42

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

FOLLOW-UP
Page 1 of 1

Printed By: TIONA, SUSAN M
Printed at: 04/24/2006 16:11:34

Encounter#: 1186972

| 48563 | ROMERO, SANTOS | Facility: | KF | LU: | KIT/UNIT C | | CB | 1 | 117 | B |

**SUBJECTIVE**

I/M HERE FOR F/U ON SCIATIC PAIN. HAS SEEN THE PHYSICAL THERAPIST. IS TRYING TO DO THE EXERCISES. GETS INTERMITTENT RELIEF. ALSO, WAS GIVEN SHOE INSERTS FROM AN INMATE WHO WAS LEAVING. HAS HELPED HIS FOOT PAIN TREMENDOUSLY.

| Temperature: | 100.1 | Pulse: | 72 | Weight: | 185 |
| Respiratory: | 18 | BP: | 120 | / | 82 |

**PLANS / ORDERS**

Allergies: No Known Allergies

X-RAY (ROUTINE) L/S SPINE AND LEFT HIP

**OBJECTIVE**

EXAM UNCHANGED.
PT REQUESTED PLAIN FILMS OF BACK.

PERMIT GIVEN FOR BOTTOCK (RING) CUSHION, ARCH SUPPORTS AND HEEL LIFTS (LEFT)--ALL GIVEN

F/U PRN.

Medical Level: Changed from: 3 to 3 Qualifier: PERMANENT

**ASSESSMENT**

724.3 - SCIATICA
99213 - OFFICE OUTPT EST 15 MIN

| Datetime:<br>04/24/2006 15:06 | Providers: | TIONA, SUSAN M |

PA/NP/RD _____

Datetime: 04/24/2006 15:06

PHYSICIAN _Sm Tiona_ M.D.

Provider: 6260

NURSE _a. Cooah Rn_

DateTime _4-24-06   2245_

(13)

## CCA - KIT CARSON CORRECTIONAL CENTER
### Duty Status

Name _Romero, Santos_     DOC# _48563_   Dorm _117 CB_   Start Date _4-24-06_   Stop Date _4-24-07_

|  |  |  |
|---|---|---|
| Regular | Light Duty | Restricted Duty |

Restrictions and/or limitations _Buttock Cushion_

Sports:     Yes     No

Light Duty <u>Does Not</u> Automatically mean Indoor Duties.

_Rueda M. Tona MD_

White - Medical     Yellow - Classification File     Pink - Inmate

601503-3390

## CCA - KIT CARSON CORRECTIONAL CENTER
### Duty Status

Name _Romero, Santos_     DOC# _48563_   Dorm _117 CB_   Start Date _4-24-06_   Stop Date _4-24-07_

|  |  |  |
|---|---|---|
| Regular | Light Duty | Restricted Duty |

Restrictions and/or limitations _Extra mattress_

Sports:     Yes     No

Light Duty <u>Does Not</u> Automatically mean Indoor Duties.

_Rueda M. Tona M.D._

(14)

## CORRECTIONS CORPORATION OF AMERICA
## KIT CARSON CORRECTIONAL CENTER

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden    ☐ Classification    ☐ Case Manager _____

☐ Asst. Warden    ☐ Programs    ☐ Unit Manager _____

☐ Security    ☑ Medical/Dental    ☑ Other _Miss GRAY_

| FROM: | Inmate Name<br>SANTOS ROMERO | D.O.C. Number<br>48563 | Unit<br>CB117B | Job/Assignment<br>Faith Pod | Date<br>6-19-06 |
|---|---|---|---|---|---|

**REQUEST**

I was told that you ARE the one I have to contact to order a TENS unit.
Now that pay has gone on I have Enough money to purchase one.
I am interested in the 6010 model with the 3 adjustment setting.

Thank you for assisting me in this matter.

| Officer Signature | Date | Inmate Signature<br>Santos Romero | Date<br>6-19-06 |
|---|---|---|---|

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____   6-20-06

**RESPONSE**

Mr Romero,
Your Tens Unit is on order check č medical in one wk - 10 days. You also need to know policy require you to pay $1.00 for batteries t° 6:63 for new Patches.

Your Tens unit comes with a battery + Patches.

Your unit will not be ordered until the Withdrawal Slip is signed.

| | Official Signature<br>KL Dowd RN | Date<br>6-27-06 |
|---|---|---|

Distribution: White - Department    Canary - Inmate
95967 (05/04)

# CORRECTIONS CORPORATION OF AMERICA
# KIT CARSON CORRECTIONAL CENTER

(15)

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden          ☐ Classification     ☑ Case Manager   *Lampe*
☐ Asst. Warden    ☐ Programs           ☐ Unit Manager
☐ Security        ☐ Medical/Dental     ☐ Other _____

| FROM: | Inmate Name ROMERO, Santos | D.O.C. Number 48563 | Unit CB117B | Job/Assignment Faith Pod | Date 7-13-06 |
|-------|------|------|------|------|------|

### REQUEST

I need a copy of the "Refusal to work" form in my file. This was done 2-5-05 while at SCF by case manager Courtney out of Unit 3.
Also, if it is in my file, a copy of "Arrest Report". It may be called a "Police Report." I need these for motions I'm prepair to file into the courts.
So please inform me if you can or not.

Thanks

| Officer Signature | Date | Inmate Signature Santos Romero | Date 7-13-06 |
|-------|------|------|------|

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____

### RESPONSE

I looked through your file and the only things I have regarding refusal to work are what I sent with this Kite. Also I am not able to give you a copy of the police report.

| Official Signature | Date 7-13-06 |
|-------|------|

Distribution: White - Department    Canary - Inmate
95967 (05/04)

DR. T "   "

FORM 13-80A1 (16)

# Sick Call Request

## Part A: (to be completed by Inmate/resident)

Inmate/Resident Name  SANTOS ROMERO

Inmate/Resident Number: 48563          Date: 7-24-06

Work Assignment: FAITH Pod

Work Hours: 7:30 - 10:30 Am  12:30 - 2:00 pm   Housing Assignment: CB 117 B

Reason for requesting Health Services Appointment (BE SPECIFIC): I've looked At the New type of boot/foot WEAR ThAT ARE Now being issued. I Notice the leAThER And soul ARE A lot softER. so I Am REQUESTING A PAIR, because it will help my had left foot from hurting less/over stREssed, less painful.

How long have you had this problem? 1970

Inmate/Resident Signature: Santos Romero

Print Name: SANTOS ROMERO

7-24-06

### ▼ DO NOT WRITE BELOW THIS LINE ▼

## Part B: (to be completed by Health Services personnel)

Health Services Reply:

Mr Romero —
     Boots are a unit manager issue.
If your boots are worn out etc. — Talk
to The unit manager. No boots will be
issued by medical

Health Services Signature: A Wiley DRCP

Date: 7.25.06

Mark underline **White Copy:** To Medical Records      **Yellow Copy:** To Inmate During Exam

**Property of Corrections Corporation of America**

FORM 13-80A1

## Sick Call Request

### Part A: (to be completed by Inmate/resident)

Inmate/Resident Name  _Santos Romero_

Inmate/Resident Number:  _48563_      Date:  _8-6-06_

Work Assignment:  _Faith Pod_  (7:30-10:30 AM  12:30-2:30 pm)

Work Hours:  _____  Housing Assignment:  _CB117_

Reason for requesting Health Services Appointment (BE SPECIFIC):  _I need to speak with Dr. T "my bad left foot and why my left calf still hurts bad, PLEASE!!_

How long have you had this problem?  _1970_

Inmate/Resident Signature:  _Santos Romero_

Print Name:  _Santos Romero_                        _8-7-06_

### ↓ DO NOT WRITE BELOW THIS LINE ↓

### Part B: (to be completed by Health Services personnel)

Health Services Reply:  _____

_____

_Appt. scheduled for 8-9-06._

_____

Health Services Signature:  _Dr. Fiona_

Date:  _8-8-06_

White Copy: To Medical Records          Yellow Copy: To Inmate During Exam

Property of Corrections Corporation of America

C18

# CORRECTIONS CORPORATION OF AMERICA
## KIT CARSON CORRECTIONAL CENTER

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden
☐ Asst. Warden
☐ Security

☐ Classification
☐ Programs
☑ Medical/Dental

☐ Case Manager _____
☐ Unit Manager _____
☐ Other _____

| FROM: | Inmate Name | D.O.C. Number | Unit | Job/Assignment | Date |
|-------|-------------|---------------|------|----------------|------|
| | Santos Romero | 48563 | CB11YB | Faith Pod | 9-3-06 |

### REQUEST

I NEED copies of some of my medical files.
The ones I'm interested in is of my X-RAYS, X-RAY report
Only the latest ones. Dr. J. showed me one of my back
on the computer. Also, the last two times I saw Dr. T
About my leg where she started me on muscel RELAXER.
Then the last visit where she started me on morning
muscel RELAXER.
  I NEED to get these by the 17th because I will be
Adding the copies to my court papers.

| Officer Signature | Date | Inmate Signature | Date |
|-------------------|------|------------------|------|
| | | Santos Romero | 9-3-06 |

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____

9-04-06

## RESPONSE

you current account balance only allows
for 1 copy

| | Official Signature | Date |
|--|-------------------|------|
| | | 9/6/06 |

Distribution:   White - Department      Canary - Inmate
95967 (05/04)

/19

# CORRECTIONS CORPORATION OF AMERICA
# KIT CARSON CORRECTIONAL CENTER

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden          ☐ Classification     ☐ Case Manager _____
☐ Asst. Warden    ☐ Programs           ☐ Unit Manager _____
☐ Security        ☐ Medical/Dental     ☐ Other *Medical Records*

| FROM: | Inmate Name | D.O.C. Number | Unit | Job/Assignment | Date |
|---|---|---|---|---|---|
| | Santos Romero | 48563 | CB117 | Faith Pod | 11-1-06 |

### REQUEST

This is the third time I have REQUESTED copies of my medical files. My last X-RAYS of my back. I have a deadline I have to make on my court issue. You ARE violating State and Fedeal laws by ignoring my requests of medical copies!

| Officer Signature | Date | Inmate Signature | Date |
|---|---|---|---|
| | | Santos Romero | 11-1-06 |

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____ 11-01-06

### RESPONSE

Ms Frazier asked me about it when she was still here — I called Schryver and they can bring a CD when they come. I don't know the cost at this time. What parts of the chart do you want? They are $1.20 each sheet for the first 10 copies then 25¢ ea after. Do you really want a CD of your X ray? It takes a special download the health tech uses them? Schryver hasn't been here for a month. Please let us know how many copies you need. The money will have to be taken off your books before we can comply and that can take a week or longer.

| | Official Signature | Date |
|---|---|---|
| | S McMahon | 11-02-06 |

# CORRECTIONS CORPORATION OF AMERICA
## KIT CARSON CORRECTIONAL CENTER

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden    ☐ Classification    ☐ Case Manager _____

☐ Asst. Warden    ☐ Programs    ☐ Unit Manager _____

☐ Security    ☐ Medical/Dental    ☑ Other _Medical Records_

| FROM: | Inmate Name | D.O.C. Number | Unit | Job/Assignment | Date |
|---|---|---|---|---|---|
| | Santos Romero | 48563 | CB117B | Faith Pod | 11-16-06 |

### REQUEST

I ~~was~~ RECEIVED your response to my request for copies. You were going to find out how much it would cost to get Xerox copies of my ~~~~ X-Rays from the CD. You said the printers here won't give a clear copy.

So please find out. I need 2 copies of the side view of the lower back (Lumbar Area), front view of lumbar to feet, and a side view of full back (lumbar to neck). Please. list me on the call-out list to sign a withdrawal slip. I will bring my court papers so you can see what I need them for.

11/17/06

| Officer Signature | Date | Inmate Signature | Date |
|---|---|---|---|
| | | _Santos Romero_ | 11-16-06 |

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____

### RESPONSE

Copies will be given when the money has been taken from your account. You will be called back to Medical —

Only will give copy of X-Ray report. I asked why. Was told they are hard for even them to get. So if my attorney has more pull then them, maybe I can get them to do it.

Will Re-kite to see if I can get them to explain why it's not possible to get Xerox copies off the computer generated EX-Ray disk.

| Official Signature | Date |
|---|---|
| T. McMahon MCC | 11-30-06 |

(21)

## CORRECTIONS CORPORATION OF AMERICA
## KIT CARSON CORRECTIONAL CENTER

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden          ☐ Classification          ☐ Case Manager _____

☐ Asst. Warden    ☐ Programs                ☐ Unit Manager _____

☐ Security        ☒ Medical/Dental          ☒ Other _Medical Records_

| FROM: | Inmate Name Santos Romero | D.O.C. Number 48563 | Unit CB117B | Job/Assignment Faith Pod | Date 12-1-06 |

### REQUEST

I had requested xerox copies of my x-rays from the CD. I was at first told it was going to looked into. But then told it couldn't be done.

I would like to know why it can't be done? Because I don't feel the x-ray report is not adequit enough to show the courts exactly what I have been claiming. Whereas, a view of my problem can be seen.

12/2/06

| Officer Signature | Date | Inmate Signature Santos Romero | Date 12-1-06 |

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____

### RESPONSE

Mr. Romero,

You will not be receiving a CD of your x-ray. You can have a copy of the x-ray report. It will be mailed to you as soon as we check your account to make sure you have the money for the copies. There are not xerox copies of the CD to give you. The x-ray report will have to do.

| | | Official Signature JKray+DA 57 05 26 v | Date 12/5/06 |

Distribution:   White - Department   Canary - Inmate
95967 (05/04)

22

---

**DEPARTMENT OF CORRECTIONS**
**MISC. WITHDRAWAL/DEPOSIT TICKET**

DC 200-7C

DATE 11/2/06

WITHDRAWAL ____  DEPOSIT ____  AMOUNT $1.00  UNIT CB

INMATE NO. 48563

INMATE NAME Boyd, S.

REASON FOR TRANSACTION battery
For TENS unit

55443

I hereby authorize this amount to be deducted from my account

Authorized by T. M. Malone nurse

Inmate Signature Soto Jose Romero

601503-2110

---

**DEPARTMENT OF CORRECTIONS**

**MISC. WITHDRAWAL TICKET**

DC 200-2C

DATE 6-29-06  FAC KCCC  UNIT CB1178  AMOUNT $65.00

OFFENDER NO. 48563

OFFENDER NAME Santos Romero

REASON FOR TRANSACTION TENS unit

I hereby authorize this amount to be deducted from my account.

Authorized by R.R. Ward RN

Offender Signature Santos Romero

2000Q(R.5/01)

(23)

**COLORADO DEPARTMENT OF CORRECTIONS**
Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 11/20/2006 - 12/25/2006
Printed: 12/26/2006

Name: ROMERO, SANTOS                     *Also deliver date*
Number: 48563
Location: KIT CARSON - KIT/UNIT C   CB   1

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/06 00:00 | Beginning Balance | | 103.29 | 103.29 | | | 20.00 | 83.29 | |
| 11/20/06 14:32 | POSTAGE-DEBIT | -4.72 | 98.57 | 98.57 | | | 20.00 | 78.57 | KF |
| 11/20/06 17:03 | 1 STUDENTS | 11.72 | 110.29 | 110.29 | MANDATORY | 2.34 | 22.34 | 87.95 | KF |
| 11/24/06 08:24 | Canteen #4784718 Hold | | | 110.29 | CANTEEN | 49.28 | 71.62 | 38.67 | |
| 11/27/06 15:03 | Canteen Order #4784718 | -49.28 | 61.01 | 61.01 | | | 22.34 | 38.67 | KF |
| 11/30/06 03:45 | FILING FEES-04CV134 | -22.34 | 38.67 | 38.67 | | | 0.00 | 38.67 | KF |
| 12/01/06 13:23 | DONATIONS-DEBIT | -12.00 | 26.67 | 26.67 | | | 0.00 | 26.67 | KF |
| 12/07/06 09:54 | XEROX-DEBIT | -4.75 | 21.92 | 21.92 | | | 0.00 | 21.92 | KF |
| 12/08/06 08:10 | Canteen #4813336 Hold | | | 21.92 | CANTEEN | 21.29 | 21.29 | 0.63 | |
| 12/11/06 12:20 | Canteen Order #4813336 | -21.29 | 0.63 | 0.63 | | | 0.00 | 0.63 | KF |
| 12/11/06 12:46 | XEROX-DEBIT *— medical* | -2.40 | -1.77 | 0.00 | | | 0.00 | 0.00 | KF |
| 12/17/06 23:49 | WESTERN UNION CREDIT | 100.00 | 98.23 | 98.23 | MANDATORY | 20.00 | 20.00 | 78.23 | KF |
| 12/19/06 16:27 | 1 STUDENTS | 12.60 | 110.83 | 110.83 | MANDATORY | 2.52 | 22.52 | 88.31 | KF |
| 12/21/06 09:52 | Canteen #4840505 Hold | | | 110.83 | CANTEEN | 52.06 | 74.58 | 36.25 | |
| 12/21/06 10:26 | POSTAGE-DEBIT | -4.77 | 106.06 | 106.06 | | | 74.58 | 31.48 | KF |
| 12/25/06 23:58 | Ending Balance | | 106.06 | 106.06 | | | 74.58 | 31.48 | |

Total Deposits:     124.32
Total Withdrawals:    121.55

| Account Information as of  12/26/2006  10:33AM | | | |
|---|---|---|---|
| Status: ACTIVE | Current Balance: | 106.06 | Total Money In Hold:   $0.00 |
| | Total Reserved/Encumbered: | $74.58 | Available Balance   $31.48 |

---

**Statement Information**

**Date:Time** reflects the ...

**Description** is a brief ...

**Balance** is the actual ba... has a negative balance
     an 'Available B...

**Available Before W/H** ... prior to deposit is a

**Encumbrances** are an... sted or a deposit
     is su... ne) is reported.

**Available Balance** sho... minute;
     enc...

**FC** (Facility Code) is the... g source of the
     transaction.

---

**DEPARTMENT OF CORRECTIONS**
**MISC. WITHDRAWAL/DEPOSIT TICKET**   DC 200-7C

DATE *11-15-06*                     AMOUNT *$2.40*

                WITHDRAWAL *$2.40*

INMATE NO. *48563*     DEPOSIT _____   UNIT *C*

INMATE NAME *Romero, Santos*

REASON FOR TRANSACTION (2) *Copies of X-ray results.*

*(Recieved copies 3/9/07 And charged twice for them) (Again)*

I hereby authorize this amount to be deducted from my account

Authorized by *Lu. M'Mula, MRC*

Inmate Signature *Santos Romero*

55443     *Did not take off Account until 12-11-06   601503-2110*
*Not recieve copies though   did*

---

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**



# Diagnostic Division of
# Schryver Medical Sales and Marketing, Inc.

NAME:                    ROMERO, SANTOS
DATE OF BIRTH:           03-11-1954
DATE OF EXAMINATION:     05-11-2006
REF PHYSICIAN:           DR. TIONA
FACILITY:                KIT CARSON CORRECTIONAL FACILITY
ROOM #:

EXAMINATION:             LUMBAR SPINE TWO VIEWS

HISTORY:                 LOW BACK PAIN

FINDINGS:
Frontal alignment shows a levoconvex curvature. This is centered at the L3-4 level. Lateral alignment suggests that there are six lumbar type vertebral bodies. They are satisfactorily aligned except at the L5-6 level where there is anterolisthesis of L5 on L6 which is probably 5-7 mm. There is multi-level degenerative disc narrowing at virtually all levels. Anterior spurring is present. There is no evidence of acute fracture, dislocation, productive, or destructive lesions.

LEFT HIP TWO VIEWS

No fracture, dislocation, or other acute traumatic bony abnormality is demonstrated. No degenerative changes or destructive abnormalities are seen.

IMPRESSION:
Normal left hip

IMPRESSION:
Multi-level degenerative disc disease of the lumbar spine. L4-5 degenerative pseudospondylolisthesis. Negative for acute finding.

P. TIMOTHY MOORE, M.D.
RADIOLOGIST
DICTATED AND AUTHENTICATED BY: P. Timothy Moore, M.D.

TM/sa  T: 5/12/06  3:26 PM sa/104  D: 05-12-06  0035  HOURS



6840 Broadway, Suite A • Denver, CO 80221
Local (303) 446-2323 • Office 800-638-3240 • Fax (303) 371-4217

Case No. 1:92-cv-00870-CMA-MEH   Document 3783   filed 01/20/09   USDC Colorado   pg 37 of 42

# DEPARTMENT OF CORRECTION
## AMBULATORY HEALTH RECORD

Printed By: TIONA, SUSAN M
Printed at 08/30/2006 14:47:43
Encounter#: 1267282 @ KF

| 48563 | ROMERO, SANTOS | Facility: | KF | LU: | KIT/UNIT C | CB | 1 | 117 | B |
|---|---|---|---|---|---|---|---|---|---|

**SUBJECTIVE**

I/M here for F/U on left leg pain. Very minimal improvement with Robaxin and increased Indocin. He is using his TENS.

Also, I/M complains of a rash on his hands that comes and goes. Doesn't have it right now. Reports that he gets small "water blisters" that itch badly, then eventually break open and dry up.

| Temperature: | 97.8 | Pulse: | 72 | Weight: | 179 |
|---|---|---|---|---|---|
| Respiratory: | 18 | BP: | 120 | / | 78 |

**PLANS / ORDERS**

Allergies: No Known Allergies

Lois: please check on PT appt. Was supposed to be seen every 3 weeks. Last appt was in March.

Back brace (given)

Increase Robaxin to 1000mg po BID x 30 days, then resume 1000mg QD x 30 days, 1 RF.

Tolnaftate cream to hands BID PRN x 30 days, 2 RF's

Indocin 75mg po BID x 30 days, 2 Rf's

F/U 6 weeks.

**OBJECTIVE**

X-ray reviewed:  multilevel lumbar DDD; he also has mild lumbar scoliosis with some rotation; hip is unremarkable, except for 1/4 inch height difference (right higher than left).

Hands currently unremarkable.

**ASSESSMENT**

729.5 - PAIN IN SOFT TISSUES OF LIMB
722.52 - DEGEN LUMBAR/LUMBOSACRAL INTERVERTEBRAL DISC
99213 - OFFICE OUTPT EST 15 MIN

*Copy provided to I/m at his request  2-21-07.*
*Sin Tiong, M.D.*

| Datetime: | Providers: | TIONA, SUSAN M |
|---|---|---|
| 08/30/2006 14:36 | | |

PA/NP/RD _____
Datetime: 08/30/2006 14:36

PHYSICIAN  *Sin Tiong MD*
Provider: TIONA, SUSAN M

NURSE  *[signature]*
DateTime  8/30/06  1520

(36)

## CORRECTIONS CORPORATION OF AMERICA
## KIT CARSON CORRECTIONAL CENTER

## INMATE REQUEST

**TO:**
(Check One)

☐ Warden ☐ Classification ☑ Case Manager _Patten_

☐ Asst. Warden ☐ Programs ☐ Unit Manager _____

☐ Security ☐ Medical/Dental ☐ Other _____

| FROM: | Inmate Name Santos Romero | D.O.C. Number 48563 | Unit CB112 | Job/Assignment Faith Pod | Date 4/9/07 |
|-------|--------------------------|--------------------|------------|-------------------------|-------------|

**REQUEST**

I have finished the Faith program. And I am in dier need of your assistance in finding a job. I am also making you aware that I have problems standing, walking and sitting for long periods of time. Also, I have lifting limits. And bottom bunk and bottom tier restrictions. So you need to help me with accommodations required by the Americans with Disability Act and the Remedel Plan adopted by the courts in the Montez class action. Doctor Tiona is doing so well I would rather not add this facility to my ADA claim

| Officer Signature | Date | Inmate Signature Santos Romero | Date 4/9/07 |
|-------------------|------|-------------------------------|-------------|

All requests will be handled in one of the following ways: 1) Written Information; or 2) Personal Interview.

_____ DO NOT WRITE BELOW THIS LINE _____

**RESPONSE**

| | Official Signature | Date |
|--|--------------------|------|

Distribution: White - Department   Canary - Inmate
95967 (05/04)

## Conclusion

Claimant has stated that he only wants to be observed in a manner addressing all that is wrong with him. Because his "combined disabilities" does in fact affect "Major Life Activties" in his life – walking, sitting, standing, lifting and reaching. Functions that are recognized by the ADA. These activities can be included under the statutory rubic because of the significants in Claimant's life.

And in Romero's research, he has found that he has been doing exactly what is expected of him. Called " Interactive Communications", a process required by the ADA . So Plaintiff feels he is in scope with present law.

Defendants were required to initiate the interactive process. Since they are aware of most available devices that could have and can assist in a number of conditions. Because without Defendants part in a flexable, continuing process, accommodations can never be figured out. And Claimant's evidence shines the light on the Defendants. Because everytime the process was started by Mr. Romero it has always been cut short. And the Defendants CANNOT place ALL the assertiveness of interacting upon Mr. Romero's shoulders.

If Defendants would have taken part in this process, looking at Romero's degeneration of the lumbar, compounding pressure from scoliosis and his problems with walking from his injuried foot. They may have seen that the triggering symtoms of sciatica, was induced by his combined impairments.  They refused to continue to

( 13 )

take part in an on-going process. Troubleshooting the Plaintiff's combined disability breakdown.

Claimant does feel that Defendants attributed to negative progression by not interviening. And Claimant has had to endure discrimination and unnecessary pain and suffering, by their actions. Or the lack of them.

It may be acceptable to endure some pain while a doctor and a patient work together to find out what is wrong. But to close their eyes for several years without assisting. Is uncalled for! Especially when something can be done. As shown by doctor Tiona's progress with Mr. Romero.

It is common knowledge that a good level shoe, or foot problems can and does affect ones back. And it can be a big factor in sustaining proper alinement of the body structure. So not having access to a proper shoe for Romero's bad left foot has stalemated the simple exercise/therapy of walking the yard. Even diebetics receive assistance with better footwear for their swelling feet. So they know it should be done.

Mr. Romero is unfamiliar with other iterms that could assist him in living with other complications he is now facing. But he has observed his on-going interactive process with doctor Tiona actually worked. And why it is invisioned by the ADA. Because with it the doctor was able to assist with accommodation.

Bad faith has continued in the access of Claimant's medical records. Records dating from about 1982-1993, were in their possession. That was until Plaintiff's claim was being addressed. Then Claimant was told they were in the archives. Although, he is an

(14)

active CDOC medial prescriber.

Mr. Romero has tried to keep this facility (KCCC) out of his claim. Mainly because of Doctor Tiona's professional doctoring. But as seen in Romero's added Appendix, there is still bad faith being perpetrated with access to medical records and assistance from case managers.

Claimant was excited to hear xerox copies of computer generated x-rays would be available. But once complaining about a two month delay, KCCC medical desided I could only have the X-ray Report. And was told if my attorney had pull, I could have him get them for me.

Romero was hoping that the court could review them. To clarify what has been happening to his back and leg/foot. And like Claimant, see the areas in his upper and lower back, where he has felt the slippage occurring. Now I can see why back x-rays have been kept from view. And why Defendants have tried to convince Plaintiff no back x-rays were ever taken, (at AVCF).

Mr. Romero boldly request his remedies be honored. As stated in his updated request. Found in the Supplemental paperwork given by the Special Masters. And most importantly, because Claimant has carried his burden (prima facie) for the 4-prong Montez test.

Claimant feels this class action is a cry for help. And the right authority to assign responsability. For those of us who understands what it is like to live with any kind of disability. Or what Mr. Romero finds himself struggling with, "combined disabilities". Plaintiff prays that this court agrees that he falls within the scope of recovery that Montez emplies.

( 15 )

CERTIFICATE OF MAILING

This is to certify that I have duly served the within REPLY TO DEFENDANTS RESPONSE TO CLAIM WITH SUPPORTINGF DOC- UMENTS upon all parties herein by depositing copiew of the same ing the Kit Carson Correctional Center Post Office. With all postage prepaid, at Burlington, Colorado, this _30_ day April, 2007.


Judge Ricard M. Borcher
Judge Bruce D. Pringle
Judge Gichard C. Davidson

Special Masters for the United States Dictrict

   Court for  the District of Colorado

Legal Resolution Center
7907 Zenobial Street
Westminster, Colorado 80030-4444


Office of the Attorney General
Litigation Section
1525 Sherman St., 5th Floor
Denver, Colorado 80203

Santos Romero #48563
KCCC, Unit AC 110B
Box 2000
49777 County Road V
Burlington CO 80807

( 16 )