Mail log ____/____/_____

# *** ATTENTION *** ATTENTION *** ATTENTION***

***THIS IS A LAWFUL PUBLIC NOTICE***
***Affirmative Negative Averment Affidavit of Truth***

92-cv-00870-CMA

# COVER LETTER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2009

GREGORY C. LANGHAM
CLERK

**FROM:** Cleotis Arnell Lewis # 85892
6564 State Hwy-96, CCCF-3A-5116
Olney Springs, Co. 81062

| | |
|---|---|
| To: ALBERTO GONZALEZ dba U. S. ATTORNEY GENERAL A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>ROBERT F. KENNEDY BLDG RM.5137<br>WASHINGTON D. C. 20530<br>Respondent(s) | To: d/b/a BILL RITTER GOVENER OF THE STATE OF COLORADO [Inc.] A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>136 STATE CAPITOL BLDG.<br>DENVER, CO. 80203-1792<br>Respondent(s) |
| To: d/b/a MIKE COFFMAN SECRETARY OF STATE FOR THE STATE OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>1700 BROADWAY, SUITE 200 DENVER, CO 80290, TEL: (303) 894-2200 FAX: (303) 896-4860 TTY: (303) 894-2569 E-mail: sos.admin 1 @state.co.us<br>Respondent(s) | To: d/b/a JOHN WILLIAM SUTHERS ATTORNEY GENERAL FOR THE STATE OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>1525 SHERMAN STREET 7th FLOOR<br>DENVER, CO. 80203-1760<br>Respondent(s) |
| To: d/b/a WILLOW I. ARNOLD ASST. ATTORNEY GENERAL FOR THE STATE OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>1525 SHERMAN STREET 7th FLOOR<br>DENVER, CO. 80203-1760<br>Respondent(s) | To: d/b/a ARISTEDES W. ZAVARAS EXECUTIVE DIRECTOR FOR STATE OF COLORADO DEPARTMENT OF CORRECTIONS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>2862 SOUTH CIRCLE DR.<br>COLORADO SPRINGS ,CO. 80906<br>Respondent(s) |
| To: d/b/a STEPHEN R. KREBS, M.D. MEDICAL DIRECTOR, CARE MANAGEMENT DEPARTMENT, PHYSIANS HEALTH PARTNERS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>1515 ARAPAHOE ST. SUITE 300,TWR. #1 DENVER, CO. 80202 TEL. (303) 605-1500<br>www.phpmcs.com<br>(Respondent(s) | To: d/b/a EDWARD W. NOTTINGHAM UNITED STATES DISTRICT COURT JUDGE FOR THE STATE OF COLORADO [Inc.],A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>901 19th STREET<br>DENVER,CO. 80294 TEL. (303) 335-5018 CLERK: GREGORY C. LANGHAM TELE. (303) 844-3433, www.cod.us courts.gov<br>Respondent(s) |

***THIS IS A LAWFUL PUBLIC NOTICE***
***Affirmative Negative Averment Affidavit of Truth***

## *** ATTENTION *** ATTENTION *** ATTENTION***

***THIS IS A LAWFUL PUBLIC NOTICE***
***Affirmative Negative Averment Affidavit of Truth***

| To: d/b/a RICHARDS M. BORCHERS UNITED STATES DISTRICT COURT MAGISTRATE JUDGE *Special Masters* FOR THE DISTRICT OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>LEGAL RESOLUTION CENTER<br>7907 ZENOBIA STREET<br>WESTMINSTER, CO. 80030-4444<br>(Respondent(s) | To: d/b/a PAULA FRANZ, MD (CDOC) FOR STATE OF COLORADO DEPARTMENT OF CORRECTIONS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>2862 SOUTH CIRCLE DR.<br>COLORADO SPRINGS ,CO. 80906<br>Respondent(s) |
|---|---|
| To: d/b/a KATHY HOLTZ, (CDOC) FOR STATE OF COLORADO DEPARTMENT OF CORRECTIONS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>2862 SOUTH CIRCLE DR.<br>COLORADO SPRINGS ,CO. 80906<br>Respondent(s) | To: d/b/a LOUIS CABILING MD, *Chief Medical Doctor* FOR CROWLEY COUNTY CORRECTIONAL FACILITY [Inc.], d/b/a CORRECTIONAL CORPORATIONS OF AMERICA[Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>6564 STATE HWY-96<br>OLNEY SPRINGS, CO. 81062<br>Respondent(s) |

**DATE:** December 31, 2008

**RE: COVER LETTER(S) TO THE ADDRESSED ABOVE RESPONDENTS AN INQUIRY OF YOUR RECENT ASSEMENT OF MY MEDICAL CONDITION AND THE NEED TO CORRECT THE FINDINGS ACCORDING TO THE FACTS WITHIN THE CLAIMANTS MEDICAL RECORDS CIVIL ACTION NO. 92-N-870 (OES) (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO. 96-N-343) JESSE MONTEZ, et al., -VS.- BILL OWENS, et al., CLAIM # 03-442**

## Dear Sir or Madam:

Please find the following documents referenced above all eight pages addressed to you **personally**. I look forward to hearing from you individually with in the time referenced within the documents.

I thank you for your time in this matter

LCC-1-308 w/out prev.

*Cleotis Arnell Lewis*
**Cleotis Arnell Lewis**

***THIS IS A LAWFUL PUBLIC NOTICE***
***Affirmative Negative Averment Affidavit of Truth***

## *** ATTENTION *** ATTENTION *** ATTENTION ***

*** THIS IS A LAWFUL PUBLIC NOTICE ***
***Affirmative Negative Averment Affidavit of Truth***

FROM: Cleotis Arnell Lewis # 85892
       6564 State Hwy-96, CCCF-3A-5116
       Olney Springs, Co. 81062

TO:    DR.CABLING
       Medical Dept.
       6564 State Hwy-96,
       Olney Springs, Co. 81062

DATE: December 31, 2008

RE:    AN INQUIRY OF YOUR RECENT ASSEMENT OF MY MEDICAL CONDITION AND THE NEED TO CORRECT THE FINDINGS ACCORDING TO THE FACTS WITHIN THE CLAIMANTS MEDICAL RECORDS.

State of Colorado   )
                    ) --SS--
Crowley County      )

"Indeed no more than (affidavits is necessary to make a prima facie case,"
United States v. Kiss, 685 F.2d 526, 562 (7th Cir 1981); Cert. Denied, 50 U.S.L.W. 2169

### MAXIMS OF COMMERCE ARE:

1) A matter must be expressed to be resolved
2) In Commerce Truth is Sovereign
3) Truth is expressed in the form of an Affidavit
4) An unrebutted Affidavit stands as Truth in Commerce
5) An un-rebutted Affidavit becomes the Judgment in Commerce

  COMES NOW, Cleotis-Arnell:Lewis, intervenor, Lawful man, live living breathing flesh and blood man being first duly sworn/affirmed according to Law, hereby state the following under penalty of perjury:

# *** ATTENTION *** ATTENTION *** ATTENTION ***

### *** THIS IS A LAWFUL PUBLIC NOTICE ***
### ***Affirmative Negative Averment Affidavit of Truth***

1. I, Cleotis-Arnell of the Lewis family (Cleotis-Arnell:Lewis), am over the age of 18 years, and am competent to give testimony as a witness in a court of law or other official proceedings, and state.

2. THAT, I am currently in the custody of the COLORADO DEPARTMENT OF CORRECTIONS at CROWLY COUNTY CORRECTIONAL FACILITY, located in Olney Springs, Colorado;

3. THAT, The statement I make now herein, is based upon my personal knowledge and observation and, I give this Statement freely, voluntarily, without coercion or any other undue Influences.

4. THAT, This Affidavit/letter is an inquiry of your recent assessment of the **Medical Debilitating physical problems I SUFFER ON A DAILY BASIS:**

5. THAT, The Claimant is letting it be known that at no time have the Claimant subordinated his position as to any and all Claim(s) within his **MEDICAL RECORD**;

6. THAT, When it comes to your diagnosis of my medical condition, to act and/or otherwise state anything contrary to the **MEDICAL** findings and claim(s) I stated in my **MEDICAL RECORDS** and other findings by other **MEDICAL PHYSICIANS**(S) is a violation of your **HIPPOCRATIC OATH**;

7. THAT, As of December 31, 2008, You Mr. Louis Cabiling are now put on **ADMINSTATIVE NOTICE**;

8. THAT, On November 13, 2008, there was an error in your evaluation of my Claim and Status;

9. THAT, In this evaluation there was **no mention** of the diagnosis of **PLANTAR FASCIAL FIBROMATOSIS**, which I have been diagnosed for over (20) years from **Military Doctors**, and **Other Specialist**;

10. THAT, In this evaluation there was **no mention** of the constant pain I have been **SUFFERING ON A DAILY BASIS;** ( Due to this condition)

11. THAT, In this evaluation there was **no mention** of the trigger point injections in both heels I have been receiving for the past (3) years for the above condition;

12. THAT, In this evaluation there was **no mention** of the of your latest injection of **20MG** of **KENALOG** you injected me with for the above **MEDICAL CONDITION;**

13. THAT, In this evaluation there was **no mention** on **OCTOBER 30, 2008**, you Dr. Louis Cabiling gave me my latest injection which you are giving me these injections based on the diagnosis of **PLANTAR FASCIAL FIBROMATOSIS**;

# *** ATTENTION *** ATTENTION *** ATTENTION ***

### *** THIS IS A LAWFUL PUBLIC NOTICE ***
### ***Affirmative Negative Averment Affidavit of Truth***

14.  THAT, This **ERROR** in your recent evaluation of my Claim(s) and Status needs to be corrected;

15.  THAT, This is either a **MISTAKE OR FRAUD** and this needs to be corrected as to the truth of the findings of the facts within the **MEDICAL RECORDS AND FROM ME;**

16.  THAT, **NO ONE** has first hand knowledge except me of such facts, due to the fact of this type of **ERROR** could **METASTASIZE** into even more serious life threatening injuries;

17.  THAT, This **ERROR** may result in Civil/Criminal liability on your behalf wherein you will be liable in your **OFFICIAL/PRIVATE** capacity forfeiting and the recall of your **MEDICAL LICENSE and your EMPLOYMENT BOND;**

18.  THAT, Due to your **action** or **inaction** you have failed in your duty owed to me ,and is a breach of your **EMPLOYEE AFFIDAVIT (Title 5 USC§3332), AND OR EMPLOYEE AFFIDAVIT (Title 5 USC§3333);**

19.  THAT, Due to your **action** or **inaction** you are in violation of **A.R. Staff Code of Conduct (1450-01);**

20.  THAT, Due to your **action** or **inaction** you are in violation of CRS-18-8-404 (1st Degree Official Misconduct);

21.  THAT, Due to your **action** or **inaction** you are in violation of CRS-18-8-405 (2nd Degree Official Misconduct);

22.  THAT, Due to your **action** or **inaction** you are in violation of CRS-18-8-403 (Official Oppression);

23.  THAT, Due to your **action** or **inaction** you are in violation of CRS-18-2-101 (Criminal Attempt)

24.  THAT, Due to your **action** or **inaction** you are in violation of SEC-241 (Conspiracy Against Citizen Rights);

25.  THAT, Due to your **action** or **inaction** you are in violation of SEC-401, 402, 3691(Contempt/Misbehavior of any Official);

26.  THAT, Due to your **action** or **inaction** you are in violation of CRS- 18-8-802 (Criminal Behavior);

27.  THAT, Due to your **action** or **inaction** you are in violation of AMENDMENT VIII (Cruel and Unusual Punishment);

# *** ATTENTION *** ATTENTION *** ATTENTION ***

### *** THIS IS A LAWFUL PUBLIC NOTICE ***
### ***Affirmative Negative Averment Affidavit of Truth***

28. THAT, Due to your **action** or **inaction** you are in violation of CRS-18-9-117 (Unlawful Conduct on Public Property);

29. THAT, Due to your **action** or **inaction** you are in violation of CRS-7-55-107 (Personal Liability of Employees);

30. THAT, Due to your **action** or **inaction** you are in violation of CRS 17-1-103 (Breach of Duties);

31. THAT, Due to your **action** or **inaction** you are in violation of CRS-24-50-116 (Standard of Performance and Conduct);

32. THAT, Due to your **action** or **inaction** you are in violation of CRS-18-8-403 (Official Oppression);

33. THAT, Due to your **action** or **inaction** you are in violation of Sec. 86 **(Knowledge and Neglect) FAILURE TO RIGHT A WRONG;**

34. THAT, Due to your **action** or **inaction** you are in violation of **ADMINISTRATIVE REGULATION # 700-02;**

35. THAT, **THE ABOVE A.R. # 700-02,** States that it shall be the intent of the (DOC) to assure that the offenders have access to medical services that maintain "**Basic Health,**" as described in the schedule of Covered Service for offenders through the division of clinical services.

36. THAT, **THE ABOVE A.R. # 700-02,** States under the definitions: **A. Basic Health The Physical Condition** of an individual [who is absent of choice disease] and/or acute illness, **that prevents that individual from functioning at his or hers appropriate maximum capacity.**

37. THAT, THAT, **THE ABOVE A.R. # 700-02,** States under the definitions: B. Medical Services, Medical services which are required for **PREVENTION, RESTORATION, AND MAINTENANCE CARE** for an individual's "**Basic Health**";

38. THAT, **I, THE CLAIMANT,** Cleotis Arnell Lewis, am holding you Dr. Louis Cabiling to your **HIPPOCRATIC OATH** and **MY RIGHT TO CONTRACT WITH YOU** according to your **OATH** to protect my **UNALIENABLE RIGHTS;**

39. THAT, Because truth is sovereign in commerce, and everyone is responsible for propagating the truth in <u>ALL</u> speaking, writing, and acting, <u>ALL</u> commercial processes function via affidavit certified and sworn on each affiant's Commercial liability as "<u>**TRUE**</u>, <u>**CORRECT**</u>, and <u>**COMPLETE**</u>,";

# *** ATTENTION *** ATTENTION *** ATTENTION ***

### *** THIS IS A LAWFUL PUBLIC NOTICE ***
### ***Affirmative Negative Averment Affidavit of Truth***

40. THAT, Attesting under Oath RE the Validity relevance, and veracity of ALL Matters stated, and likewise demanded a signature is required under penalty of perjury "**TRUE**, **CORRECT**, and **COMPLETE**, under ones Commercial Liability;

41. THAT, in a court setting, however, testimony (Oral Commercial Affidavit) is stated in the judicial equivalent by being sworn to be **"THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP ME GOD."** As well as the need for asserting all matters under solemn oath of personal commercial, financial, and legal liability for the **validity of each and every Statement, participant must provide material evidence i.e. Ledgering/Bookeeping, Substantiating that each fact or entry is TRUE, VALID, RELEVANT AND VERIFIABLE;**

42. THAT, Without said acceptance of liability and facts provided to support one's assertions, no credibility is established, inasmuch as commerce existed but not vice-versa commerce is a more fundamental aspect of life than courts and legal systems;

43. THAT,*******************CAVET**********CAVET*********************
    UPON RECIPT OF THIS: **LAWFUL PUBLIC NOTICE, OF AN AFFIRMATIVE NEGATIVE AVERMANT AND AFFIDAVIT OF TRUTH**

44. THAT, **NOTICE AND DEMAND** is made upon you to review and respond to the above document and each "Point by Point" and authorities as enumerated above and documented above the Public Record, as addressed below or to the notary's address as indicated below, within **(15) days UPON RECEIPT OF THIS DOCUMENT**, allowing up to **three (3) days** grace for return mail delivery.

45. THAT, **FAILURE** to do so, by as either a **"Public Servant"** who by **"OATH OF OFFICE"** or duty as an **"OFFICER," "AGENT,"** or **"EMPLOYEE"** of a government created corporation, municipality, etc., and/or by and through your position, **"OFFICE"** or **"Superior Knowledge of the Law,"** will PLACE you in DEFAULT and the presumption will be taken upon THE PRIVATE AND PUBLIC RECORD THAT YOU AND YOUR OFFICE FULLY AGREES TO THE "POINTS AND AUTHORITIES" CONTAINED WITHIN THE ABOVE REFERENCED AND THAT THE POINTS AND AUTHORITIES ARE TRUE AND CORRECT AND CERTAIN:

## NIL   DICIT

Judgment for Plaintiff rendered when defendant has appeared but has failed to answer has been withdrawn or abandoned and no further defense is made. At Common Law, it may be taken against defendant who omits to pled or answer whole or any separable substantial portions of declaration. It

# *** ATTENTION *** ATTENTION *** ATTENTION ***

### *** THIS IS A LAWFUL PUBLIC NOTICE ***
### ***Affirmative Negative Averment Affidavit of Truth***

amounts to judgment by confession with reference to cause of action states. Under current rules practice, such judgment is substantially identical with DEFAULT JUDGMENT. **SEE ALSO: Nihil decit (Black's 6th).** A default judgment 55(a) is a "NIL DICIT JUDGMENT" when party fails to give reply when he should reply and fails to or reply's in agreement by ACQUIESCENCE AND TACIT ADMISSIONS given proper written notice FRCP 5 (a) and restatement, second §§ 9. ACQUIESCENCE AND TACIT ADMISSIONS APPLY'S.

## "NIL DICIT JUDGMENT"

**NIL DICIT JUDGEMENT.** Judgement entered against defendant in proceeding in which he is in court but has not filed an answer, is a "Nil Dicit Judgement"; All error of pleading being waived, court examines petition only to determine if it attempts to state cause of action within court's jurisdiction. Gonzalez v. Regalado, Tex Civ App., 542 S.W. 2nd 689, 691. See also Nihil decit, Black's 6th Ed.

## NOTICE TO PRICIPLE IS NOTICE TO AGENT
## AND
## NOTICE TO AGENT IS NOTICE TO PRINCIPLE

**Oath of Aggrieved Party:** The undersigned, Aggrieved Party herein, DO DECLARE under Penalty of Perjury, in accord with the Laws of the united States of America, the State of Colorado, and ultimately GOD Almighty as enumerated in the Holy Scriptures, that the contents of this **MAXIM** of **COMMERCE** are TRUE, CORRECT, CERTAIN, COMPLETE and not meant to Mislead.

## IN CONCLUSION

A NON-RESPONSE AND/OR FAILURE TO RESPOND "POINT BY POINT" WILL CONSTITUTE AGREEMENT AND TACIT ADMISSION BY YOU DR. LOUIS CABILING AS "CHIEF MEDICAL DOCTOR" FOR CROWLEY COUNTY CORRECTIONAL FACILITY, AND THE UNDERSIGNED; CLEOTIS ARNELL LEWIS CAN EXERCISE HIS PRIVATE ADMINISTRATIVE REMEDY.

Any further retaliation from the inception of this "LAWFUL PUBLIC NOTICE' will result in a TORT CLAIM.

*** ATTENTION *** ATTENTION *** ATTENTION ***

*** THIS IS A LAWFULL PUBLIC NOTICE ***
***Affirmative Negative Averment Affidavit of Truth***

THIS IS NOT TO BE MISUNDERSTOOD AS A THREAT, BUT A MEETING OF THE MINDS WITH CLEAN HANDS, TO CLEAR UP THE DISCREPANCIES IN YOUR ASSESSMENT REGARDING MY MEDICAL CONDITION/STATUS.

# FURTHER SAYETH I NAUGHT

## OATH

I, Cleotis-Arnell of the Lewis family, affirm and acknowledge in the interest of Justice, that the foregoing is **TRUE, CORRECT, AND COMPLETE**, and not meant to **MISLEAD**, signed under penalty of law by My hand:

SIGNED AND SWORN to by Me this __5__, day of the __1__, month, 200__9__ C.E.

UCC-1-308 W/out Prej.

*Cleotis Arnell Lewis*

**Cleotis-Arnell:Lewis**

\*\*\* ATTENTION \*\*\* ATTENTION \*\*\* ATTENTION \*\*\*

\*\*\* THIS IS A LAWFULL PUBLIC NOTICE \*\*\*
\*\*\*Affirmative Negative Averment Affidavit of Truth\*\*\*

# ACKNOWLEDGEMENT

County of Crowley         )
                          ) Scilicet
State of Colorado         )

SUBSCRIBED AND SWORN before me this _5th_ day of _January_, 200_9_, A.D., a Notary that *CLEOTIS-ARNELL:LEWS®*, Personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same

_Diana J. Wooten_
Notary Public

My Commission Expires: _5/29/2011_

[Seal]
DIANA J. WOOTEN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 5/29/2011
_Diana J. Wooten_

\*\*\* THIS IS A LAWFULL PUBLIC NOTICE \*\*\*
\*\*\*Affirmative Negative Averment Affidavit of Truth\*\*\*
Page 8 of 8

# AFFIDAVIT OF PROOF OF MAILING

I, Cleotis-Arnell:lewis®, one live, living breathing flesh and blood Man under God, am over the age of 21, and competent to state the matters herein are true and correct to the best of my belief, submitted in good faith, I am the Party in the entitled; AN INQUIRY OF YOUR RECENT ASSEMENT OF MY MEDICAL CONDITION AND THE NEED TO CORRECT THE FINDINGS ACCORDING TO THE FACTS WITHIN THE CLAIMANTS MEDICAL RECORDS CIVIL ACTION NO. 92-N-870 (OES) (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO. 96-N-343) JESSE MONTEZ, et al., -VS.- BILL OWENS, et al., CLAIM # 03-442 and I did place in the hand of the Law Library Staff listed at Crowley County Correctional Facility whose name is the Notary below, for mailing, postage prepaid, the following documents stated below, and address to said individual(s) below:

## THE FOLLOWING DOCUMENTS MAILED ARE:

AN INQUIRY OF YOUR RECENT ASSEMENT OF MY MEDICAL CONDITION AND THE NEED TO CORRECT THE FINDINGS ACCORDING TO THE FACTS WITHIN THE CLAIMANTS MEDICAL RECORDS CIVIL ACTION NO. 92-N-870 (OES) (CONSOLIDATED FOR ALL PURPOSES WITH CIVIL ACTION NO. 96-N-343) JESSE MONTEZ, et al., -VS.- BILL OWENS, et al., CLAIM # 03-442

### Addressed To:

| | |
|---|---|
| To: ALBERTO GONZALEZ dba U. S. ATTORNEY GENERAL A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders ROBERT F. KENNEDY BLDG RM.5137 WASHINGTON D. C. 20530 Respondent(s) | To: d/b/a BILL RITTER GOVENER OF THE STATE OF COLORADO [Inc.] A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 136 STATE CAPITOL BLDG. DENVER, CO. 80203-1792 Respondent(s) |
| To: d/b/a MIKE COFFMAN SECRETARY OF STATE FOR THE STATE OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 1700 BROADWAY, SUITE 200 DENVER, CO 80290, TEL: (303) 894-2200 FAX: (303) 896-4860 TTY: (303) 894-2569 E-mail: sos.admin 1 @state.co.us Respondent(s) | To: d/b/a JOHN WILLIAM SUTHERS ATTORNEY GENERAL FOR THE STATE OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 1525 SHERMAN STREET 7th FLOOR DENVER, CO. 80203-1760 Respondent(s) |
| To: d/b/a WILLOW I. ARNOLD ASST. ATTORNEY GENERAL FOR THE STATE OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 1525 SHERMAN STREET 7th FLOOR DENVER, CO. 80203-1760 Respondent(s) | To: d/b/a ARISTEDES W. ZAVARAS EXECUTIVE DIRECTOR FOR STATE OF COLORADO DEPARTMENT OF CORRECTIONS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 2862 SOUTH CIRCLE DR. COLORADO SPRINGS ,CO. 80906 Respondent(s) |
| To: d/b/a STEPHEN R. KREBS, M.D. MEDICAL DIRECTOR, CARE MANAGEMENT DEPARTMENT, PHYSIANS HEALTH PARTNERS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 1515 ARAPAHOE ST. SUITE 300,TWR. #1 DENVER, CO. 80202 TEL. (303) 605-1500 www.phpmcs.com (Respondent(s) | To: d/b/a EDWARD W. NOTTINGHAM UNITED STATES DISTRICT COURT JUDGE FOR THE STATE OF COLORADO [Inc.],A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders 901 19th STREET DENVER,CO. 80294 TEL. (303) 335-5018 CLERK: GREGORY C. LANGHAM TELE. (303) 844-3433, www.cod.us courts.gov Respondent(s) |

| | |
|---|---|
| To: d/b/a RICHARDS M. BORCHERS UNITED STATES DISTRICT COURT MAGISTRATE JUDGE *Special Masters* FOR THE DISTRICT OF COLORADO [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>LEGAL RESOLUTION CENTER<br>7907 ZENOBIA STREET<br>WESTMINSTER, CO. 80030-4444<br>(Respondent(s) | To: d/b/a PAULA FRANZ, MD (CDOC) FOR STATE OF COLORADO DEPARTMENT OF CORRECTIONS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>2862 SOUTH CIRCLE DR.<br>COLORADO SPRINGS ,CO. 80906<br>Respondent(s) |
| To: d/b/a KATHY HOLTZ, (CDOC) FOR STATE OF COLORADO DEPARTMENT OF CORRECTIONS [Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>2862 SOUTH CIRCLE DR.<br>COLORADO SPRINGS ,CO. 80906<br>Respondent(s) | To: d/b/a LOUIS CABILING MD, *Chief Medical Doctor* FOR CROWLEY COUNTY CORRECTIONAL FACILITY [Inc.], d/b/a CORRECTIONAL CORPORATIONS OF AMERICA[Inc.], A SUBSIDIARY OF THE UNITED STATES DISTRICT OF COLUMBIA [Inc.], PRIVATE TITLE 18 U.S.C. § 7 Seq., and ALL successor office holders<br>6564 STATE HWY-96<br>OLNEY SPRINGS, CO. 81062<br>Respondent(s) |

SUBSCRIBED AND AFFIRMED BY THE VOLUNTARY ACT OF MY OWN HAND, ON THIS _13_ DAY OF THE _January_ MONTH, IN THE YEAR OF OUR LORD, 200_9_ .A.D.

UCC-1-308 w/out prej-

_____
CLEOTIS ARNELL LEWIS

**SUBSCRIBED AND SWORN** to before me this _13_ day of the _January_ month, 200_9_ A.D.

_____
Notary Public in and for The State of Colorado

July 18 / 2012
My Commission Expires

NOTARY PUBLIC
STATE OF COLORADO
SEAL: LINDA L. LYONS
My Appointment Expires: 7-8-2012