1.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:92-00870-EWN-OES. **MONTEZ, et al** Vs. **ROMER, et al.**

**Attention; Honorable Judge CHRISTINE M. ARGUELLO:**

Case Number # 1:92-cv-870:

Case Name-Montez et al Vs. Romer et Al:

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 2 2 2009
GREGORY C. LANGHAM
CLERK

## REQUEST FOR CLARIFICATION

I am a claimant in the **MONTEZ et al Vs. OWENS et al.** Civil Action No. **92-cv-00870-EWN**: My last motion was to JUDGE JOHN L. KANE, of which he has never answered. As I understand it you will be the Judge from now forward, and it will be CMA in place of EWN. Will you be addressing my last motion before the court?

My Claim is as follows:

Claim Number # 03-272
Category: III
Claimant: Roy Jack Pollard #94894
Claimant Address:
CTCF # 7, P.O. Box # 1010
Canon City, Colorado, 81215-1010

Thank You For your time with this request.

Respectfully

Roy Jack Pollard

January 8, 2009