IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

_____

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Court on Claimant's document entitled "Status Report." (Document #3761). This document requests information concerning Claimant's appeal from the final order of the Special Master. This document will be referred to Judge Kane.

IT IS HEREBY ORDERED that Claimant's document is forwarded to Judge Kane for further action.

SIGNED this 21st day of January, 2009.

BY THE COURT:

*/s/ Richard C. Davidson*

_____

Richard C. Davidson
Special Master