IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on Claimant's motion to present further proof. The motion has some additional documents attached to it.

    As noted in a previous order, an issue has arisen concerning the jurisdiction, if any, that exists for individual inmates to request relief from the Court. That issue has been placed before the District Judges and will have to be resolved by them. Claimant's letter will be held in abeyance pending resolution of the jurisdictional issue.

    Claimant is advised that any attack on his COPD conviction will require exercise of C.R.C.P. 106 jurisdiction in a local state district court. Claimant is advised that case law would prevent a collateral attack on that conviction in this case, even if jurisdiction is found to exist.

    IT IS HEREBY ORDERED that Claimant's motion for individual relief will be held in abeyance.

    SIGNED this 27th day of January, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master