IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-420
Category: III
Claimant: Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on Claimant's document (#3783) entitled "Reply to Defendants Response to Claim with Supporting Documents." This document has been in support of the objection to the final order of the Special Master. This document will be referred to Judge Kane for review.

    IT IS HEREBY ORDERED that Claimant's document will be received and referred to Judge Kane.

    SIGNED this 27th day of January, 2009.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            _____
                                            Richard M. Borchers
                                            Special Master