IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-454
Category: III
Claimant: Marline Williams, 44930
Address of Claimant: c/o Corry Powers, 1001 Lincoln Street, Denver, CO 80203

---

## FINAL ORDER OF DISMISSAL

---

THIS MATTER comes before the Special Master on the claim of Claimant Marline Williams.

1. This Hearing was scheduled to be held at Dominion Plaza, 600 17th Street, Suite 2800-South, Denver, CO 80202 at 9:30 a.m. on December 12, 2008 before Richard C. Davidson, Special Master. Present for the hearing were Jennifer Huss, Esq. appearing for the Defendants. Dr. Timothy Creaney, M.D. was called to testify for Defendants.

2. Claimant Marline Williams was sworn and testified. Claimant testified that she came into CDOC custody on September 26, 2006. She was not in custody prior to this time and was not in custody during the applicable time of the *Montez* Settlement prior to August 27, 2003. Claimant further testified that her injury occurred in 2004 prior to her coming into custody and after the date of the *Montez* settlement. By Claimant's own testimony, she cannot qualify to be a member of the *Montez* class.

3. Based upon Claimant not qualifying to be a member of the *Montez* class, her claim must be dismissed.

IT IS HEREBY ORDERED that this claim be dismissed.

1

SIGNED this 27th day of January, 2009

                BY THE COURT:

                */s/ Richard C. Davidson*
                _____
                Richard C. Davidson,
                Special Master