THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    92-N-872 (OES) (consolidated for all purposes with
Cilvil Action No. 96-N-343)


Jesse Montez, et al.,
          Plaintiff,

                                          **FILED**
                                    UNITED STATES DISTRICT COURT
                                         DENVER, COLORADO
     v.
                                          JAN 2 8 2009

                                    GREGORY C. LANGHAM
                                                    CLERK


Bill Owens, et al.,
          Defendant.

---

Claim #:        03-359
Catagory:       III
Claimant:       Thomas T. Valdez    CDOC #: 68556

Claimant Address:    LCF Ch-3  C-1-3
                     49030 State Highway 71
                     Limon, Colorado  80826

---

### MOTION FOR ENLARGEMENT OF TIME

---

**COMES NOW**, Thomas T. Valdez, Claimant, Pro Se,    regretfully

moves this Honorable Court for an ENLARGEMENT OF TIME, PURSUANT TO

F.R.Civ.P., 50(b) and (d), 59(b), (d), and (e).  Claimant respect-

fully requests enlargement of time, in which to  perfect and file,

an Objection to the Final Order  by the Special Master.


In Support Claimant states the following:

(    1    of    3    )

**MOTION FOR ENLARGEMENT OF TIME**                                    26 Jan '09
    (continued from page 1)

   1.   Claimant's access to CDOC's (Defendant's) Limon Correc-
tional Facility (LCF) Law Library (Law Lib.) and Legal Access Pro-
gram (LAP), is extremely limited, regardless of Court ordered Dead-
lines.


   2.   Due to unforeseen Law Lib. Closures to include holidays,
Off days, and emergencies, Claimant has been unable to progress the
perfection and preparation of Objection to the Final Order by the
Special Masters.


   3.   Claimant is attempting to perfect Objection to the Special
Master's Final Order of 21 July, 2008, but due to the very limited
access available,     research and review of records are at a very
slow pace.


   4.   Claimant is but a lay person, and with limited education
progress is at a snail's pace.


   5.   For all the above reasons mentioned , Claimant prays this
Honorable Court Grants Claimant's Humble request and petition for
Enlargement of Time.


  Repectfully signed and submitted this 26 January, 2009.

                     *T-Valdez 26 Jan'09 #68556*
                  Thomas T. Valdez     26 Jan. '09   #68556

twcc: P. File
     see: Certificate of Mailing (attached

               (   2   fo   3   )

**MOTION FOR ENLARGEMENT OF TIME**                          26 Jan '09
   (continued from page 2)

### CERTIFICATE OF MAILING

    I certify that I have mailed a true and correct copy of this foregoing Motion for Enlargement of Time, this 26th day of January 2009, to the following:

Honorable Judge John L. Kane
United States District Court
District for the State of Colorado
901 19th Street
Denver CO          80294-3589

Ms Paula Greisen, Attorney at Law
Atty Reg. # 19784
Cousel for the Class
King and Greisen, LLP
1670 York Street
DEnver, CO         80206

Mr. Jess Dance
General Attorney's Office Colorado
Due to the 5000% increase of LAP legal copies,
Claimant in unable to supply the Colorado Attorney
General's Office with a Courtesy copy of this Motion.

    Postage pre-paid and logged in the CDOC, LCF Legal Mail Log, this 26th day of January, 2009.

                          _Thomas T. Valdez   26 Jan. '09   #68556_

twcc:     P. File