# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**ORIGINAL**

Civil Action No. 1:92-cv-870-CMA-OES

MONTEZ, et al.
  Plaintiffs,

- VS. -

ROMER, et al.
  Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 29 2009

GREGORY C. LANGHAM
          CLERK

---

## REQUEST FOR STATUS OF MOTION FOR INTERVENTION AND NOTIFICATION OF CHAUGE OF ADDRESS.

---

I would like to know wut is happing with my "MOTION FOR INTERVENION" and my now address is:

James P. Wylie #114060
Sterling Correctionl Facility
P.O. Box 6000
Sterling, CO. 80751

Respectfully Submitted By: *A. Wylie*
James P. Wylie
DOC No. 114060

page 1 of 2

# CLARAIFICATION OF MAILING

I James P. Wylie DOC No. 114060 hereby declare I have mail by way of C.P.O.C. registered legal mail at S.C.F./U.S. Postal Services the above (REQUEST FOR STATUS OF MOTION FOR INTERVENION AND NOTIFICATION OF CHAUGE OF ADDRESS) on this 27th day of January 2009 to the following:

Plaintiff's Counsel:
Paula Greisen
King & Greisen LLLP
1670 York Street
Denver, CO. 80206

Defendant's Counsel:
Elizabeth McCann
Office of the A.G.'s
1525 Sherman ST. 5th Floor
Denver, CO. 80203

United State Coult:
Clerk of the Court
U.S. District Court
901 19th Street
Denver, CO. 80294

Respectfully Submitted By: P. Wylie

James P. Wylie
DOC No. 114060