IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-359
Category: III
Claimant: Thomas T. Valdez, #68556
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Court on Claimant's motion for extension of time in which to file his objection to the final order (#3799). The request is appropriate and will be granted.

IT IS HEREBY ORDERED that Claimant is granted up to and including **April 10, 2009** in which to file his objection to the final order of the Special Master.

SIGNED this 30th day of January, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master