IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Interested Party: James P. Wylie, #114060, SCF, P.O. Box 6000, Sterling, CO 80751
___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on James P. Wylie's request for status of motion for intervention and notification of change of address (#3800). The motion is before the assigned District Judge and will be ruled upon in due course. Mr. Wylie will be notified when an order is issued.

    IT IS HEREBY ORDERED that the motion of Mr. James P. Wylie is referred to the assigned District Judge for action.

    SIGNED this 2nd day of February, 2009.

                    BY THE COURT:

                    */s/ Richard M. Borchers*

                    ___
                    Richard M. Borchers
                    Special Master