IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-328
Category: Untimely Filed Claim
Claimant: Joseph P. Laurence, #127070
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant. In the letter, Claimant raised concerns about the care that he has received from DOC staff. A review by the Special Master indicated that Claimant had not filed a damage claim.

    A claim form and information sheet were provided to Claimant. He was granted up to and including January 26, 2009 in which to file a claim. Despite being granted time to file a claim, Claimant has not submitted a claim to the Special Master.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Judge Nottingham held a fairness hearing and then approved the settlement. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. In order to proceed, a claim must be filed. Without a claim, there is no jurisdiction for the Special Masters.

    IT IS HEREBY ORDERED that the case of Joseph P. Laurence is dismissed to the extent of pursuing a damage claim under Paragraph XXXII of the Remedial Plan, as he has failed to file

a damage claim; and

IT IS FURTHER ORDERED that the file shall remain in abeyance concerning what jurisdiction that may exist to seek individual relief under the Remedial Plan, with that issue to be resolved by the assigned District Judge; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 30, 2009.**

SIGNED this 30th day of January, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master