# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 02, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:    08-1049, Montez v. Owens, et al.,, et al**
Dist/Ag docket: 1:92-cv-00870-EWN-OES

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:    Patricia Bellac
Paula Dee Greisen
Jennifer Susan Huss
Robert Charles Huss
Elizabeth H. McCann
Raymond Arthur Price
James X. Quinn
Edward T. Ramey
Jennifer Wardner Riddle
Jennifer L. Veiga

EAS/klp