FILED
United States Court of Appeals
Tenth Circuit

**January 30, 2009**

Elisabeth A. Shumaker
Clerk of Court

### UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

---

JESSE F. MONTEZ,

      Plaintiff,

v.

BILL OWENS, et al.,

      Defendants - Appellees.

---

LARRY GORDON,

      Claimant - Appellant.

No. 08-1399
(D.C. No. 1:92-CV-00870-CMA-OES)

---

### ORDER

---

The court reserves judgment on Appellees-Defendants' motion to dismiss as well as the appellate jurisdictional issues raised in the court's jurisdictional show cause order. Defendant's motion to dismiss and the parties' jurisdictional memorandum briefs in response to the show cause order will be submitted to the panel selected to handle this appeal.

Briefing on the merits may proceed. The opening brief of Appellant-Claimant Larry Gordon must be served and filed **40 days** after the date on this order. The answer brief of

Appellees-Defendants must be served and filed **30 days** after service of the opening brief.

Appellant-Claimant Gordon may serve and file a reply brief **14 days** after service of the answer brief.  *See* 10th Cir. R. 31.4 and 31.5.

Entered for the Court
Elisabeth A. Shumaker, Clerk

Kathleen T. Clifford
Attorney - Deputy Clerk