## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, ET AL.,

-V-

LEWIS ARNELL CLEOTIS,
     Plaintiff(s)

-V-

BILL OWENS, ET AL.,
     Defendant(s)

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 6 2009

**GREGORY** C. LANGHAM
          CLERK

---

Claim Number: 03-442,  Category III,
Claimant: Cleotis Arnell Lewis
Address of Claimant: Crowley County Correctional Facility, 6564 State Highway 96
Olney Springs, Colorado [81062]

---

**SPECIAL APPERANCE PETITION TO CHIEF JUDGE ROBERT NOTTINGHAM TO PROTECT UNALIENABLE RIGHTS FOR AN ORDER FOR CERTIFICATION OF CLAIMANT MEDICAL RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902 IN ORDER TO PERFECT HIS CLAIM AND RECUSAL OF MAGISTRATE JUDGE RICHARD M. BORCHERS FOR FAILURE TO PROVIDE CERIFICATION ORDER AS PETITION BY CLAIMANT AS TO RECORDS BEING TRUE, CORRECT COPIES OF THE ORIGINALS TO PERFECT CLAIMANTS CLAIM AND THAT CLAIMANT BE GRANTED HIS FORMA PAUPERIS STATUS THAT MAGISTRATE JUDGE RICHARD M. BORCHERS ORDERED THAT ALL PHOTO. COPIES RELATED TO THE MONTEZ BE OF NO EXPENSE TO CLAIMANT LEGAL OR MEDICAL**

---

**COMES NOW** Cleotis Arnell Lewis, the above Claimant, pro se, seeking relief in order to prepare his claim before this Honorable Court, by way of Special Appearance, and not Generally Petitions this court for the following Information, Documents, for Discovery Documentation of Medical Records to be true, correct copies of the Original(s), and to be Certified Copies, given to Claimant of his Medical Records, Authenticating said claim's, I am appealing the decision **Magistrate Judge Richard M. Borchers** to deny my request for Certified Copies to wit;

**Unless a Document** is **Certified** it is **NOT** a **Authentic** or **Genuine**, or as **Being True Document**. To attest as being true or as represented so the claimant can attest to bear witness to a fact.

1. To Certify, is to the verity of a copy of a document by signature to make Solemn declaration in words or writing to support a fact as truth;    ( Black's 6th Ed. )

2. Without Certification these Medical Records are not True or Genuine Documents of the true facts of my medical condition and claims, allotting to mere hearsay conjecture and/or;

3. That, **Magistrate Judge Richard M. Borchers** should and must be **disqualified** from any futher involvement of claimants claim based upon the inability to proceed due to the fact **none** of the Medical Records are **True, Correct, Complete** copies of the Original Medical Record(s) of the Claimant, thus possible fraud may, could be involved;

4. That, due to the Truth Fact finding Process involved, it is relevant and in accordance with Federal Rule of Evidence 1005 Public Record Certification in accordance with Rule 902;

5. That, this Court **Extend Special Master, Magistrate Judge Richard M. Borchers** order of 12/08/08, that Claimant not be charged for any Photo Copies and Postage related to this Claim, (Montez) because claimant is indegent and it will be a hardship upon him to perform the impossible.

I, Cleotis-Arnell of the Lewis family, affirm and acknowledge in the interest of Justice, that the foregoing is **TRUE, CORRECT, AND COMPLETE**, and not meant to **MISLEAD**, signed under penalty of law by My hand:

SIGNED AND SWORN to by Me this _3ᵒᵗⁱ_ day of the __/__ , month, 200 _7_ C.E.

*UCC-1-308 Without ...*

**Cleotis-Arnell:Lewis**

# ACKNOWLEDGEMENT

County of Crowley        )
                         ) Scilicet
State of Colorado        )


SUBSCRIBED AND SWORN before me this _30th_ day of _January_, 200_9_, A.D., a
Notary that *Cleotis-Arnell:Lews®*, Personally appeared and known to me to be the man whose name
subscribed to the within instrument and acknowledged to be the same

_____
Notary Public

> NOTARY PUBLIC
> STATE OF COLORADO
> LINDA L. LYONS
> My Appointment Expires: 7-8-2012

[Seal]

My Commission Expires: _July 8, 2012_

CERTIFICATION OF CLAIMANT MEDICAL RECORDS
Cleotis-Arnell Lewis                                    3

# AFFIDAVIT OF PROOF OF MAILING

I, Cleotis-Arnell:lewis®, one live, living breathing flesh and blood Man under God , am over the age of 21, and competent to state the matters herein are true and correct to the best of my belief, submitted in good faith, I am the Party in the entitled; **CERTIFICATION OF CLAIMANT MEDICAL RECORDS** and I did place in the hand of the Law Library Staff listed at Crowley County Correctional Facility whose name is the Notary below, for mailing, postage prepaid, the following documents stated below, and address to said individual(s) below:

## THE FOLLOWING DOCUMENTS MAILED ARE:

CERTIFICATION OF CLAIMANT MEDICAL RECORDS

**Addressed To:** To: EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT COURT JUDGE
**and ALL successor office holders:**
901 19th STREET
DENVER,CO. 80294 TEL. (303) 335-5018
CLERK: GREGORY C. LANGHAM TELE. (303) 844-3433, www.cod.us courts.gov
Respondent(s)

SUBSCRIBED AND AFFIRMED BY THE VOLUNTARY ACT OF MY OWN HAND, ON THIS _4_ DAY OF THE _2 nd_ MONTH, IN THE YEAR OF OUR LORD, 200 _9_ .A.D.

"Without Prejudice" UCC-1-207 / 1-308 / 1-103.6
Secured Party Creditor, UCC-3-402 + (b) (1)
Authorized Preventative, Attorney-In-Fact

*uoc-1-308 w/out prej;*

*Cleot-Arnell Lewr ⁸⁸⁸⁹²*

**Cleotis-Arnell:Lewis®**, Secured Party/Creditor
Principal, one of the Sovereign People, a private
Man on the land, non-combatant, American by
Birth, Child of the living God, with "Rights"
Existing long Antecedent to the Organization of the
State and Trustee, with Explicit Reservation of All
Unalienable Rights, declaring Itinere status as
Accorded by the Hague Convention of October 5,
1961 and the Vienna Convention of April 18, 1961,
Waiving non, without Recourse, **Cleotis-Arnell:
Lewis® Secured Party Creditor, Principal For
CLEOTIS ARNELL LEWIS®, ENS LEGIS**

**SUBSCRIBED AND SWORN** to before me this _1ST_ day of the ___ _February_ month, 2009 A.D.

Notary Public in and for The State of Colorado

*July 18 2012*

My Commission Expires

*CRowley County*
*State of Colorado*

SEAL:

```
NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
My Appointment Expires: 7-8-2012
```

**CERTIFICATION OF CLAIMANT MEDICAL RECORDS**
**Cleotis Arnell Lewis**

1

Exhibit

A

CERTIFIED MAIL_____

Mail log_____/_____/_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, ET AL.,

-V-

LEWIS ARNELL CLEOTIS,
     Plaintiff(s)

-V-

BILL OWENS, ET AL.,
     Defendant(s)

**Date**:  01 - 16 - 09

## RE: SPECIAL APPERANCE FOR DISCOVERY DOCUMENTS OF MEDICAL RECORDS TO BE CERTIFIED TO SUPPORT CLAIMANTS CLAIM(S), ATTESTED AS TRUE, GENUINE, AND CORRECT AS THE CLAIMANTS THE  ONLY ONE WITH FIRST HAND KNOWLEDGE OF ALL AND ANY MATERIAL FACTS

---

Claim Number:03-442, Category III,
Claimant: Cleotis Arnell Lewis
Address of Claimant: Crowley County Correctional Facility, 6564 State Highway-96
Olney Springs, Colorado [81062]

---

CERTIFIED MAIL_____

Mail log __/__/_16_/_09_____

COMES NOW, Cleotis-Arnell:Lewis, by way of special appearance, and not generally, Petitions this

Court for the following information, documents, for **DISCOVERY DOCUMENTATION OF**

**MEDICAL RECORDS** to be **CERTIFIED** and a **COPY** given to **CLAIMANT** of his medical records,

To **Authenticate** or **Vouch** for a thing in writing, To Attest as being true or as represented so the

Claimant can attest to bear witness to a fact, to affirm to be **true** or a **genuine** act, as a **witness** , to

**certify**, to the verity of a copy of a document by signature to make solemn declaration in words or

writing to support a fact as **truth**.          SEE BLACK's LAW 6th ed.

**Witness** by my hand this _16th_ day of JANUARY, 2009 A.D.

                              **"Without Prejudice UCC-1-308"**
                              *uec-1-308 w/out prej*
                              *Cleotis Arnell Lewis*
                              **Cleotis-Arnell:Lewis®, Authorized**
                              **Represenitive Attorney-In-Fact**
                              **Secured Party/Creditor, (GRANTOR)**
                              **For CLEOTIS ARNELL LEWIS®, Debtor**
                              **ENG LEGIS...**

CERTIFIED MAIL _____

Mail log _/_/_16_/_09_ _____

# **ACKNOWLEDGMENT**

County of Crowley     )
                      ) Scilicet
Colorado State        )

**SUBSCRIBED TO AND SWORN** before me this _16th_ day of _January_ _____, A.D.

2009, A Notary, that _Cleotis A Lewis_ _____personally appeared and known to be

the man whose name subscribed to the within instrument and acknowledged to be the same.

```
NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
My Appointment Expires: 7-8-2012
```

_____SEAL :
**Notary Public**

My commission Expires _July 8, 2012_ _____

SPECIAL APPERANCE FOR DISCOVERY DOCUMENTS OF MEDICAL RECORDS TO BE CERTIFIED TO SUPPORT
CLAIMANTS CLAIM(S),

Cleotis Arnell Lewis

Page 3 of 4

CERTIFIED MAIL _____

Mail log _____ / _____ / _____

## **AFFIDAVIT OF PROOF OF MAILING**

I, Cleotis-Arnell:lewis®, one live, living breathing flesh and blood Man under God , am over the age of 21, and competent to state the matters herein are true and correct to the best of my belief, submitted in good faith, I am the Party in the entitled; SPECIAL APPERANCE FOR DISCOVERY DOCUMENTS OF MEDICAL RECORDS TO BE CERTIFIED TO SUPPORT CLAIMANTS CLAIM(S), ATTESTED AS TRUE, GENUINE, AND CORRECT AS THE CLAIMANTS THE  ONLY ONE WITH FIRST HAND KNOWLEDGE OF ALL AND ANY MATERIAL FACTS and I did place in the hand of the Law Library Staff listed at Crowley County Correctional Facility whose name is the Notary below, for mailing, postage prepaid, the following documents stated below, and address to said individual(s) below:

# **THE FOLLOWING DOCUMENTS MAILED ARE:**

**SPECIAL APPERANCE FOR DISCOVERY DOCUMENTS OF MEDICAL RECORDS TO BE CERTIFIED TO SUPPORT CLAIMANTS CLAIM(S), ATTESTED AS TRUE, GENUINE, AND CORRECT AS THE CLAIMANTS THE  ONLY ONE WITH FIRST HAND KNOWLEDGE OF ALL AND ANY MATERIAL FACTS**

**Addressed To:**

Richard M. Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

SUBSCRIBED AND AFFIRMED BY THE VOLUNTARY ACT OF MY OWN HAND, ON THIS _16th_ DAY OF THE _1st_ MONTH, IN THE YEAR OF OUR LORD, 200_9_ .A.D.

_UCC-1-305 w/o prej_

_Cleet-gn_

**CLEOTIS ARNELL LEWIS**

SUBSCRIBED AND SWORN to before me this _16_ day of the _January_ month, 200_9_ A.D.

Notary Public in and for The State of Colorado

_July 18 2012_

My Commission Expires

_Crowley County_
_State of Colorado_

SEAL:  
| NOTARY PUBLIC |
| STATE OF COLORADO |
| LINDA L. LYONS |

My Appointment Expires: _7-18-2012_

SPECIAL APPERANCE FOR DISCOVERY DOCUMENTS OF MEDICAL RECORDS TO BE CERTIFIED TO SUPPORT CLAIMANTS CLAIM(S),

Cleotis Arnell Lewis

Page 4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N–343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-442
Category: III
Claimant: Cleotis A. Lewis, #85892
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's document requesting certification of medical records. It is unclear whether Claimant needs a further opportunity to review his medical records.

Claimant does not need to have any medical records certified to submit them in support of his claim. He can and has submitted other documents that will be considered as part of his case. Claimant will be given an additional opportunity to review his records and determine if copies should be submitted in support of his claim.

IT IS HEREBY ORDERED that Defendants shall grant to Claimant the opportunity to review his medical records on or before **February 10, 2009;** and

IT IS FURTHER ORDERED that Claimant is to be provide an additional one hundred copies of his medical records without cost.

SIGNED this 31st day of January, 2009.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, ET AL.,

-V-

LEWIS ARNELL CLEOTIS,
      Plaintiff(s)
-V-

BILL OWENS, ET AL.,
      Defendant(s)

_____

Claim Number: 03-442,  Category III,
Claimant: Cleotis Arnell Lewis
Address of Claimant: Crowley County Correctional Facility, 6564 State Highway 96
Olney Springs, Colorado [81062]

## PETITION UNDER OATH FOR AN ENFORCEMENT ORDER OF PLAINTIFF(S) ORIGINAL STATUS TO PROCEED IN FORMA PROPERIS AT ALL STAGES OF HIS CLAIM THAT ANY AND ALL CORRESPONDENCE BETWEEN CLAIMANT AND ATTORNEY GENERAL AND THIS COURT WILL NOT, SHALL NOT COMPEL CLAIMANT TO PAY COST AT ANY TIME SUCH AS THE FIVE CENT PER PAGE USING THE INSTITUTIONAL LAW LIBRARY AND THE NEW REVISED INSTRUCTIONS OF TWENTY-FIVE CENT PER PAGE IN ORDER TO PROTECT CLAIMANT UNALIENABLE RIGHTS.

    **COMES NOW** Cleotis Arnell Lewis, the above Claimant, pro se, seeking relief in order to prepare his claim before this Honorable Court, and States:

1. Claimant request for an Enforcement Order from this Court that he be provided copies of his claim(s) that directly relate to his claim at no expense to himself, because he has no monies to pay for them and , secondly, It would be a hardship upon himself when all proceedings have reached the settlement phase and Defendants have agreed to settle this case

2. Claimant further states that an Order would be reasonable that he not be charged for the photo copies from the legal law library if the photo copies are directly related to

this claim and, they are all related to his claim and Claimant i.e. exercising his unalienable right to petition this court for rulings on other issues related to this claim, such as affidavit's and other documents outside of his medical records that support his medical claims, that will be photo copied at twenty-five cents(.25) a page, which will go into effect 12/1/08, which was only before five cents (.5) a page.

3.  That, if this Honorable Court refuses to grant this enforcement order Claimant will be unable to present his claim to this court completely , fully and truthfully, being denied his day in court,and defendant will have an advantage over claimant because claimant will be denied discovery of all the facts to present for complete adjudication of his injuries/claim(s).

4.  That, if this Honorable Court refuses to grant this petition, Claimant will request recusal pursuant to Civil Rule 37.1-E, you have been dismissed Special Masters and set this cause to be heard before Chief Judge Edward Nottingham.

# ACKNOWLEDGE

**SUBSCRIBED AND SWORN** to before me this _____day of the ____month, 200__ A.D.

_____
Notary Public in and for The State of Colorado            **SEAL:**

_____/____/_____
My Commission Expire

## AFFIDAVIT OF PROOF OF MAILING

I, Cleotis-Arnell:lewis®, Sui Juris, one live, living breathing flesh and blood Man under God , am over the age of 21, and competent to state the matters herein are true and correct to the best of my belief, submitted in good faith, I am the Party in the entitled **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)...,** and I did place in the hand of the Law Library Staff listed at Crowley County Correctional Facility whose name is the Notary below, with my **CERTIFICATE OF MAILING ATTACHED** bearing the numbers **COM-0813198094072008-CAL** for mailing, postage prepaid, the following documents stated below, and address to said individual(s) below:

# THE FOLLOWING DOCUMENTS MAILED ARE:

## PETITION UNDER OATH FOR AN ENFORCEMENT ORDER OF PLAINTIFF(S) ORIGINAL STATUS TO PROCEED IN FORMA PROPERIS

**Addressed To: Judge Richard M. Borchers**
            **Special Masters U.S. District Court**
            **District of Colorado**
            **Legal Resolution Center**
            **7907 Zenobia Street**
            **Westminster, Colorado 80030-4444**

SUBSCRIBED AND AFFIRMED BY THE VOLUNTARY ACT OF MY OWN HAND, ON THIS _____DAY OF THE _____MONTH, IN THE YEAR OF OUR LORD, 200___.A.D.

_____
**CLEOTIS ARNELL LEWIS**

**SUBSCRIBED AND SWORN** to before me this _____day of the _____month, 200__ A.D.

_____
Notary Public in and for The State of Colorado          **SEAL:**

_____/_____/_____
My Commission Expire

Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-442
Category III
Claimant: Cleotis Arnell Lewis, #85892
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's motion. The motion is confusing because Claimant request that "he be provided copies of his claims(s) that directly relate to his claim at not expense to him." Claimant will be provided a copy of his claim by the Special Master.

It is difficult to determine if Claimant wishes to have additional copies of his medical records or legal research. Claimant will be provided one hundred additional copies at no expense to him. Any copies beyond that number will require specificity as to what is requested and why it is necessary.

IT IS HEREBY ORDERED that Defendants will provide Claimant with an additional one hundred pages of copies of medical records of legal research materials at no expense to Claimant.

SIGNED this 8ᵗʰ day of December, 2008.

BY THE COURT:

Richard M. Borchers
Special Master

John Nguyen
U.S. Marshall No. 94241-011
FCI-Florence
P.O. Box 6000
Florence, CO.   81226-6000

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -6 2009

GREGORY C. LANGHAM
                    CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Case No. CV-02305-MSK-MEH.

JOHN NGUYEN,
      Applicant,

  v.

J.M. WILNER, Warden, FCI-Florence,
      Respondent.

---

## DECLARATION OF THE REGIONAL DIRECTOR, NORTH CENTRAL REGION, FEDERAL BUREAU OF PRISONS.

---

The Regional Director of the North Central Region, Federal Bureau of Prisons, has previously declared that the applicant

1.

was eligible for the one-year sentence reduction afforded by Title 18 USC § 3621(e)(2)(B).   Accordingly, the application for a writ of habeas corpus should be granted.

Dated this 3rd day of February 2009.

John Nguyen, # 94241-011
Applicant, Pro-Se.

////.

2.

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Admin Remedy Number:** 472222-R1

This is in response to your Regional Administrative Remedy Appeal dated December 9, 2007, and received in this office on December 13, 2007, in which you request an apology for having been removed from the Residential Drug Abuse Program (RDAP).

We have reviewed your Regional Administrative Remedy Appeal. Our review of your complaint indicates the Warden's response to your Request for Administrative Remedy was accurate and complete. On October 4, 2006, staff at the Medium Security Facility, Federal Correctional Complex, (FCC), Florence, Colorado, found you qualified to participate in the RDAP and eligible for the early release benefit. You began treatment in the RDAP on October 22, 2007. On October 26, 2007, you were found guilty of the disciplinary infraction "Assaulting Any Person" (Code 224). Consistent with policy, you were expelled from the RDAP on October 30, 2007. Program Statement 5330.10, Drug Abuse Programs Manual, Inmate, establishes procedures for enforcing standards of behavior on residential units. Policy allows removal of participants after they have been found guilty of a serious infraction such as assault. The record reflects staff strictly followed policy when they expelled you from the RDAP when you were found guilty by the Disciplinary Hearing Officer, even though your sanction was suspended. If you wish to participate in the RDAP treatment program, the Drug Abuse Programs Coordinator (DAPC) at FCC Florence will admit you into an up-coming treatment group. An apology is not indicated in this situation, since there was no wrongdoing.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, D.C., 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_1/8/08_
Date

_Michael K. Nalley,   Regional Director_