01/06/09

U.S. Dist. Court Clerk;

I am writing in regards to my claim in the Montez class action.

The information of concern is:

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

Claim #: 03-420

Category: III

Claimant: Santos Romero, #48588

Address: KCCC, 49777 County Road V, ~~P.O. Box 309~~, Burlington, CO 80807

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 10 2009
GREGORY C. LANGHAM
CLERK

My deadline was 01/16/09, of which, was met and mailed. But it was missing an extra (letter) cover sheet. This explained all I had to go through trying to meet my deadline. And why I was only able to send my master copies to the court. Enclosed were:

1) Objection To The Final Order Of The Special Master With Supporting Documents
2) Reply to Defendants Response to Claim with Supporting Documents.

I recieved an "Order Of Special Master" 01/30/09 that stated it would be referred to Judge Kane. But this, I just realized, doesn't list my paperwork entitled "Objection To The Final Order Of The Special Master With Supporting Documents." The "Objection" was mostly cut and paste (document #3783) was given.

There are a few things I need to know from you.

1) Most importantly, did you receive my "Objection"? Along with "Reply to Defendants Response to Claim..."?

2) Are you able to get the copies for me? (for the court and attorney general).

3) Can I get my master copies back?

Also, can I inform the court of my latest development of my x-rays for my neck? I noted x-rays going to be done, but the results were not in yet. It shows degeneration of my disks. I feel it is important because it adds even more complications with the rest of my conditions.

Please get back to me as soon as you can. So that I may know where I stand.

And my apologies for this drastic mistake.

Respectfully,

Santos Romero, pro se

Enclosed:
1) Missing (Letter) extra cover sheet (This is the exact one I was to sent along with my "objection")

1/16/09

U.S. Dist. Clerk,

I apologize that this isn't any better. I was not allowed to finish my editing in our law library. Nor was I allowed to get copies to send the District Court and the Attorney Generals office. To meet my dead line I was only able to get my original sent out. And copy of "Reply To Defendants Response to Claim".

So please send a copy to the Attorney Generals office for me.

Please be careful in handling my paperwork because the glue sticks I had is in question. But I did try to use a lot on it.

I'm not sure why the change in access to our law library has occurred. I heard someone had filed on the size of the library compared to the facilities population. And also, we have had a change in the person/staff that is now running it. The last staff was more accommodating to our access.

Again, I apologize. And hope this is allowed, so I may address the court of my legal grievance.

I also would have tried to write it. But time constrains and an injured right hand would not allow for me to meet my dead line. Even more typing would I think, cause me pain from my hand. As this short note has started to. Already.

Respectfully,

Santos Romero #48563, pro se

Enclosed 1) Objection To The Final Order Of The Special Master
2) Reply To Defendants Response to Claim - Both w/ Supporting Documents