```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX016421
Cashier ID: sg
Transaction Date: 02/06/2009
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON
 Case/Party: D-COX-1-92-CV-00870A-003
 Amount:         $2.76
------------------------------------
CHECK
 Check/Money Order Num: 8161
 Amt Tendered:   $2.76
------------------------------------
Total Due:       $2.76
Total Tendered:  $2.76
Change Amt:      $0.00

INITIAL PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399