IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-442
Category: III
Claimant: Cleotis A. Lewis, #85892
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on Claimant's special appearance petition (Document #3812). This document is directed to Judge Robert Nottingham. Claimant is advised that Judge Edward Nottingham resigned his commission in late 2008 and has left the Court. The assigned judge now is Judge Arguello, and the petition will be referred to her for ruling.

    IT IS HEREBY ORDERED that Claimant's petition and attachments will be referred to Judge Arguello for action; and

    IT IS FURTHER ORDERED that Claimant is granted up to and including **March 30, 2009** in which to submit any additional documents he wishes considered in support of his claim.

    SIGNED this 10th day of February, 2009.

                            BY THE COURT:

                            */s/ Richard M. Borchers*

                            ___
                            Richard M. Borchers
                            Special Master