Civil Action No 92-N-870 (OES)

Jesse Montez et, al;
Plaintiff
v.
Bill Owens, et, al,
Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2009

GREGORY C. LANGHAM
CLERK

Claim No. 03-173
Category: III
Claimant: Wellman Gibson 74384
Address: A.V.C.F Box 1000 Crowley, Co.

Request for perjury charges filed in hearing held at A.V.C.F on May 12

Requesting charges be filed against the following: Kelhie Wasko, Cathie Holst, Jean Heverly, Darlene S. Hill.

All four of these people knowingly filled false Affidavits with the court. There is an extensive paper trail to show this was done.

Requesting all evidence submitted & used at the hearing held at A.V.C.F

be stricken from any record.

Feb 13, 2009

Cert. of Mailing

I certify that I mailed a copy of the foregoing to the following parties on Feb 13, 2009

Mr. James Quinn
Mr. Jess Dance
Office of Atty General
1525 Sherman St.
Denver, Co. 80263

I realize this is inappropriate but I am Broke & have no paper. I received some large print Books (Prayer Books) & I can not get them as Lt. Stienbeck says they were sent to me by a Jewish company that does books on tape. thats how stapid this is geting. Please rule imed.