Civil Action No. 92-N-870 (OES)
Jesse Montez, et al.,
  Plaintiffs
v.
Bill Owens, et al.,
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2009

GREGORY C. LANGHAM
CLERK

Claim No: 03-173
Category: III
Claimant: Wellman Gibson #74384
Address: A.V.C.F. P.O. Box 1000 Crowley, CO.

Request for Imediate Ruling

Amended final order was sent to me on 16th of July of 08 & I sent in my objection to that order on Sept 15, 08. As of today there has been no ruling on my objection to final order.

In the amended final order page 6 paragraph 8 it states CDOC has a seperate policy for books on tape & it is outside the scope of Montez & therefore the Special master had no right to rule on it

in the original final order. In paragraph 8 it states the policies for books on tape must be followed.

On 1-28-09 Dr. Aasen at A.V.C.F signed an approval based on my medical file for books on tape. I was given a medical permit for that material (Permit No. 05293) dated 1-28-09

Now on 2-13-09 a LT. Strenbeck at A.V.C.F says per the final order sent to me on July 16, 08 I have no disability & he says central office is over riding medical.

So Now D.O.C. is stating Books on tape is A Montez Issue. Same game, same lie's & same manipulation by D.O.C.

I followed All of the AR's. Specifically AR-500-02 that states Reasonable accommodation without regard to whether an individul has requested or been granted accommodation & Also
 Service may be provided (Books on tape) with out an AIC approved request for accommodation.
 As I stated A valid request to medical was made by me & approved on 1-28-09 permit for material was given. Now D.O.C. states the court ruled nothing was wrong with me (lower mobility) & did not have the right to rule on ANY upper mobility since Montez did not cover upper mobility & now they want to say it is covered Per Montez

as an excuse to deny me Books on tape. Again D.O.C. is in violation of thier own A.R.s & is showing they lied to the court at the hearing on Feb 13 of 08. Plus I have been waiting 6 Months for a ruling on my objection to Final order.

Requesting an Imed. ruling & order for D.O.C. To return Books on tape since all D.O.C & Medical requirements were met by me plus D.O.C. is now admitting IT is a Montez issue.

Feb 13-09

Welton Bil

Plus another grievance was filed by me & granted for return of Books on tape griev No. COV 08/09-123 dated 2-3-09 signed by Linda Martinez #2650

In the orig. final order D.O.C. said they did not have to abide by it as they were appealing it & then & only then proceeded in taking all medical restrictions in preperation for their appeal. Now when I have the ammended order under appeal some one contacted Colo. Talking books & J.B.I (some one from D.O.C. central office) Lt. Stienbeck wont say who. & Told them to ignore all medical verification sent by me for books on tapes as the court ruled in D.O.C.'s favor & there is nothing wrong with me.

Why was my appeal never heard on the ammended final order?

I am so frustrated this is out of order.