Case No. 1:92-cv-00870-CMA-MEH  Document 3826  filed 02/20/09  USDC Colorado  pg 1 of 14

PAGE 1 OF 14

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 20 2009
GREGORY C. LANGHAM
CLERK

Michael N. Collins DOC #101218, Colorado Territorial Corr. Facility
92-cv-00870-CMA
WARDEN PAMELA J. PLOUGHE, I NEED TO BE TRANSFERRED TO FORT LYON C.F.-
LIFE THREATENING!!  **NOTICE TO CEASE & DESIST !!!  ABUSE & HARASSMENT**

On 01/12/09, I was assaulted by C.O. Grooms during another DOC contrived incident, which was witnessed by our pod & much of Unit 3. C.O. Grooms kept pouring steady streams of pepper spray into my face (3 times), & jamming my left hand into my waist & arm. I have had several SURGERIES performed on my left hand, waist, & arm that involved the insertion & removal of a metal plate, two larger & five smaller screws, & two pins by one of Colorado DOC's own orthopedic medical doctors & surgeons, Dr. Easterstrand M.D. He told me several times, during several different appointments & medical procedures that his whole reconstruction of my left hand, waist, & arm could easily collapse.

During much of C.O. Grooms assault on me, the AM of 01/12/09, all that I was trying to do was protect my left hand, waist, & arm that C.O. Grooms kept jamming into each other, intentionally trying to break them again, & "cranking down" his handcuffs as tight as he could (I previously had a tendon severed in such a manner). C.O. Grooms is one of the worst of Colorado DOC's white racist "hate thugs" that has harassed me, both verbally & physically abused me at his every opportunity.

When I have been standing in line near the mess hall serving window, C.O. Grooms has "showed up" escorting the return of our Sets' meals food cart. He was unable to open a kitchen access door, & kept fumbling with his keys. Several inmates kept trying to tell him that all anybody has to do was turn that door's knob from the inside & it would open; holler & motion through the glass up half of that access door & somebody would open it from the inside. C.O. Grooms though wouldn't listen to inmates, so much of our unit 3 had to continue waiting in place to eat, while C.O. Grooms continued to block us with the Set's "m" meals cart. I went around him, trying to get a meal tray. I am diabetic & I needed to eat; however, C.O. Grooms ordered me to wait back behind his meal cart, where he kept pushing & shoving the access door into me, after another C.O. had finally opened it for him. When I have been eating my meals in our mess hall, C.O. Grooms has stood over me, hurrying me up & not allow-

-ng me anywhere near enough time to fully eat my meals. With other C.O.'s ass mocked & ridiculed me; purposely looked for ways to "mess with me", both in our mess hall, & back in living unit 3. C.O. Grooms will purposely walk into an inmate (especially me), or a group of inmates, so that they will have to get out of (his way).

Immediately prior to C.O. Grooms assaulting me on 01/12/09 AM, he came into our pod & shoved a duffel bag into me, while telling me that "all of my property had to fit within that duffel bag. I had too much stuff. My excess property (would) be disposed of." Everything that am had all started over my being moved from unit 3 to unit 1. I was attempting to be compliant, & get my stuff packed; however, I have been down for "9⅛" years, & I have acquired a "lot" of "stuff". C.O. Cruz in our "control cage" had been refusing to provide me with the large plastic bags that I needed to pack all of my property with; was lying & instigating, making "mountains out of mole hills" to "mess with" inmates, me in particular).

I have been down for "9⅛" years, & I have had to fit much of my property within a duffel bag for moves from one prison to another prison, but never from one unit to another unit, within the same prison. By C.O. Grooms telling me that all of my property had to fit within one duffel bag, he was, in essence, telling that much of my property had to be thrown out. This was not true; the must blatant & obvious of "lying" & "harassment"! I was fighting for what is rightfully mine; my family pictures & war wags, my daily notes & prayers, "many" of the things that make me what I am, such as; my Barack Obama newspaper poster, my political & spiritual quotations of great men & women, my witnessing cards ("God is not one color, but all colors." "God is every where 'Spirit energy'"), my political & spiritual musings, doctrines, & promulgations for the Kin Jesus Christ Church"; for the Democratic Party & "secular justice, as well as spiritual justice, "many" of these have since been thrown out, when I was "packed out" (by C.O.s).

I kept trying to talk to either a Sgt. or Lt. C.O. Cruz in our "control cage" & C.O. Grooms in our pod 1 had taken it upon themselves that all of my property had to fit inside of a duffel bag. This was an "unlawful order", or, at the very least, a far too strict an interpretation of DOC AR's "(administrative regulations). I was attempting to comply with C.O. Grooms's orders for me to "pack out"; however, I just could not bring myself to "throw out"; however meager, many of my most prized possessions. I just

COULDN'T THROW MY TOME, "GEMS OF GREAT WORTH" INTO OUR POD TRASH CAN, ON TOP OF EVERYBODY'S GARBAGE. (THERE WERE NONE) I KEPT TRYING TO TALK TO EITHER A SGT. OR LT; HOWEVER, I WAS SURROUNDED BY DOC WHITE RACIST "HATE THUG" C.O.'S, ONE OF THE WORST OF THE WORST BEING C.O. GROOMS. THERE ARE SUPERVISING SGTS. & LTS. ALL OVER TERRITORIAL PRISON. LT. HEIPENTHAL, UNIT 3 COMMANDER, WAS IN THE UPSTAIRS "CONTROL CAGE", BOTH LT. NOPUSS & LT. FAZZINO WERE IN A HEARING, ALONG WITH LT. BENAZINE, ONLY A FEW FEET AWAY. YET NO SGT. OR LT. WAS CALLED FOR, IN SPITE OF MY CONTINUAL ENTREATIES FOR A SGT. OR LT. TO INTERVENE, & STOP THE PUMMELING THAT I WAS THEN BEING SUBJECTED TO BY C.O.'S. I WAS "LEGALLY" HAVING THE "STUFFINGS" BEAT OUT OF ME BY C.O.'S THAT KEPT "SHOWING UP" & "PILING IN ON ME." I LATER HAD THE OPPORTUNITY TO THANK C.O. ADAMS, A "FIRST RESPONDER" WOMAN, FOR NEITHER PEPPERSPRAYING ME, NOR "PILING IN ON ME". SHE TOLD ME THAT SHE SAW NO NEED TO PEPPERSPRAY ME; NO NEED TO ATTACK ME. IT LOOKED TO HER AS IF I WAS ONLY TRYING TO SHIELD MYSELF, "TO PROTECT MY LEFT ARM."

LT. FAZZINO HAD STEPPED OUT OF HIS HEARING, WAS THEN IN OUR UNIT 3 MAIN HALLWAY OUTSIDE OF THE POD THAT I WAS BEING PUMMELED IN, WITH C.O.'S "ON TOP OF ME". LT. FAZZINO WAS CLEARLY VISIBLE THROUGH OUR EXTRA-THICK PLEXIGLASS, METAL GRID POD WALL, & THROUGH OUR OPEN POD ENTRANCE DOOR. I CALLED OUT TO HIM SEVERAL TIMES TO HELP ME; THAT I NEEDED TO TALK TO A SGT. OR LT. I WAS GREATLY (RELIEVED TO) SEE LT. FAZZINO, BUT HE DID NOTHING TO HELP ME, & TOLD ME THAT I NEEDED TO COMPLY WITH THE C.O.'S ORDERS THAT WERE THEN "BEATING THE STUFFINGS" OUT OF ME. BY THAT TIME THE C.O. "HATE THUG" GROOMS HAD SHOT, OR RATHER POURED, SO MUCH PEPPER SPRAY, IN STEADY STREAMS, INTO ME (AGAIN & AGAIN), THRICE SEPARATE TIMES OF A COUPLE OF MINUTES DURATION EACH TIME, THAT MY WHOLE HEAD & FACE WAS DRENCHED WITH PEPPERSPRAY; EXPLODING IN INTENSE, BURNING 1,000 POINTS OF STABBING PAINS. I COULD NOT OPEN MY EYES WITHOUT EXPLODING THEM IN INTENSE, FURTHER 1,000 POINTS OF STABBING PAINS. I HAD BEEN BLINDED. I COULD ONLY ORIENT MYSELF & "KNOW WHAT WAS GOING ON" BY VOICE SOUNDS, & SENSING WHERE I WAS FROM MEMORY.

LT. BENAZINE "CAME OUT OF NOWHERE" TO HELP ME. HE DID INTERVENE. HE WAS IN ANSWER TO MY PRAYERS. HE LITERALLY HAD TO YANK & PULL C.O. GROOMS OFF OF MY LEFT SIDE; TO GET HIM TO BREAK HIS "DEATH GRIP" HOLD ON ME. I IMMEDIATELY FELT A LESSENING OF PRESSURE ON MY LEFT ARM & SIDE. LT. BENAZINE STILL HAD ME IN A (CUSTODY;)

HOWEVER, HE WAS PROTECTING ME, & NOT POUNDING ON ME AS THE C.O. "HATE THUGS" HAD BEEN DOING.

I HAD BEEN VIRTUALLY BLINDED BY C.O. GROOMS SPRAYING ME WITH HIS PEPPER SPRAY IN LONG STEADY STREAMS (AGAIN & AGAIN), THREE TIMES FOR EASILY A TOTAL OF 4-5 MINUTES; VIRTUALLY POURING PEPPER SPRAY INTO MY FACE & EYES, & ONTO MY HEAD. C.O. GROOMS WAS INTENTIONALLY TRYING TO PERMANENTLY INJURE MY EYES; PERHAPS, EVEN PERMANENTLY BLIND ME. C.O. GROOMS INTENTIONALLY KEPT DRIVING MY PLATEN-ED LEFT HAND INTO MY BETWEEN LEFT ARM TRYING TO BREAK THEM. THROUGH ALL OF THAT I MANAGED TO PAINFULLY GLIMPSE THROUGH MY SLITTED, BURNING EYES & TO HEAR LT. HEIDENTHAL. I KEPT ASKING TO TALK TO HIM, & MANAGED TO ENGAGE HIM IN SHORT, BLURTED CONVERSATIONS. THROUGHOUT MOST OF THE C.O.'S ASSAULT ON ME, THROUGH-OUT C.O. GROOMS VIRTUALLY POURING PEPPER SPRAY INTO MY FACE & EYES, ATTEMPTING TO BREAK MY LEFT WRIST AREA, LT. HEIDENTHAL HAD BEEN THERE DIRECTING HIS "RACIST HATE THUG" C.O.'s!!!

IT WAS LT. HEIDENTHAL WHO HAD ORDERED C.O. GROOMS TO SHOVE A DUFFEL BAG AT ME, & ORDER ME TO PUT ALL OF MY PROPERTY INSIDE OF IT; THAT ANY OF MY EXCESS PROPERTY WOULD BE DISPOSED OF (THROWN OUT). IT WAS LT. HEIDENTHAL THAT HAD IN-ITIALLY SAID THAT MORNING THAT I HAD TOO MUCH "STUFF." I TOLD LT. HEIDENTHAL THAT I HAD BEEN DOWN "9⅛" YEARS, & HAD TO STUFF MY PROPERTY INSIDE OF DUFFEL BAGS FOR MOVES FROM ONE FACILITY TO ANOTHER, BUT NEVER FROM ONE UNIT TO ANOTHER UNIT WITHIN THE SAME FACILITY. THAT WAS JUST "FUCKING WITH ME." LT. HEIDENTHAL SAID THAT WAS HOW THAT HE WAS HAVING ME MOVED; THAT HE HAD NEVER WANTED ME IN HIS UNIT; THAT I WAS "CRAMMED DOWN HIS THROAT"; THAT HE WAS "FUCKING ME OVER" ANY WAY THAT HE COULD.

LT. HEIDENTHAL HAD ORDERED THAT I BE MOVED OUT OF HIS UNIT 3 & BACK TO UNIT 1, WHERE THE ANIMALS ARE; WHERE I WOULD GET JAMMED UP AGAIN. (HIS WORDS) LT. HEIDENTHAL IS WELL AWARE THAT THERE HAS BEEN AN ON-GOING WAR BETWEEN MYSELF & THE ARYAN BRO' WHITE SUPREMIST "HATE THUG" GANGS, BOTH HERE AT CTCF & OTHER FACILITIES, PARTICULARLY STERLING C.F., FOR THE FOLLOWING REASONS: ① I AM NOT A "CHO-MO"(CHILD MOLESTER). THE DAUGHTER WHO ALL OF THESE LEGAL PROCEEDINGS HAS BEEN ABOUT TOTALLY RECANTED HER TRIAL TESTIMONY WELL OVER "10⅛" YEARS AGO TO BECOME, ALONG WITH HER SISTERS & BROTHERS, ONE OF MY STRONGEST SUPPORTERS; ② FOR REASON, I AM A WEALTHY MAN. IN EVERY, BOTH DOC & PRIVATE, FACILITY THAT I HAVE BEEN IMPRISONED AT, I HAVE BEEN DEMANDED TO PAY EXTORTION MONEY. THE MONEY

THAT I RECIEVE FROM THE "OUTSIDE" IS ALL FROM MY FAMILY. I HAVE REFUSED (AGAIN & AGAIN) TO "GIVE UP" MY FAMILY'S HARD EARNED MONEY, & PAY EXTORTION DEMANDS WITH IT; (3) I AM AN OLD WHITE MAN, OVER 60 YEARS OLD. OLD WHITE MEN ARE PERCIEVED AS WEAK, "EASY PICKINGS" & ARE "TARGETED" BY ARYAN BRO "HATE THUGS". INSTEAD OF HELPING THEIR OWN; PROTECTING MEN OF THEIR OWN AGE, ARYAN BRO "HATE THUGS" COME DOWN ON THEIR OWN, & ATTEMPT TO VICTIMIZE EVERY OLD WHITE MAN THAT THEY CAN, PARTICULARLY ME. I WILL DO EVERYTHING THAT I CAN TO BACK AWAY FROM CONFRONTATIONS; HOWEVER, I HAVE & WILL FIGHT WHEN I HAVE TO !

LT. HEIDENTHAL IS WELL AWARE THAT I WAS IN BOTH UNITS 1 & 7 SEVERAL TIMES. UNITS 1 & 7, IN ADDITION TO UNIT 3, MAKE UP THE GENERAL POPULATION LIVING UNITS HERE AT CTCF. THE LAST UNIT OTHER THAN 3 THAT I WAS IN, WAS UNIT 7. IN THE COURSE OF MY LAST 1½ WEEKS HOUSED IN UNIT 7, I WAS IN FOUR FIGHTS. TWO WERE RECORDED ON SECURITY CAMERA VIDEO, & TWO WERE NOT. I WAS FIGHTING ARYAN BRO' WHITE SUPREMIST "HATE THUGS", "SHAVED HEAD" & HIDEOUSLY TATTOOED, YOUNG MEN THAT WERE TALLER & STRONGER THAN I WAS, & ONLY A ⅓ OF MY AGE. YET, I WAS LABELED THE "AGGRESSOR", THROWN IN THE "HOLE", CHARGED & CONVICTED OF FIGHTING. THOSE THAT I FOUGHT WERE NEVER THROWN IN "THE HOLE", NEVER CHARGED WITH & CONVICTED OF ANYTHING. IT TAKES AT LEAST TWO MEN TO FIGHT!. COLORADO DOC C.O.'S DID LITTLE, IF ANYTHING, TO STOP THE FIGHTS, DISTURBANCES, & DISRUPTIONS THAT I WAS INVOLVED WITH. IN ACTUAL FACT, C.O.'S BOTH INSTIGATED & ENCOURAGED MUCH OF THE HARASSMENT & ABUSE THAT I WAS SUBJECTED TO; THE PHYSICAL ATTACKS UPON ME. IT WAS THE SAME SITUATION WHEN I WAS IN UNIT 1, ONLY WORSE !!. UNIT 1 IS WHERE THE HEAVIEST CONCENTRATION OF ARYAN BRO' WHITE SUPREMIST "HATE THUGS" ARE NOW CONCENTRATED AT CTCF; WHERE MOST OF MY (ATTACKERS ARE NOW HOUSED.) IT IS MORE THAN COINCIDENCE THAT IT IS UNIT 1 WHERE LT. HEIDENTHAL SO CHOOSE TO TRANSFER ME TO. LT. HEIDENTHAL, WITH "MALICE AFORETHOUGHT," INTENTIONALLY WANTS ME TO BE BOTH VERBALLY & PHYSICALLY HARASSED & ABUSED; PHYSICALLY ATTACKED BY THE ARYAN BRO "HATE THUGS" CONCENTRATED IN UNIT 1. WHEN I WAS LAST IN CH-5, AFTER A PREVIOUS PHYSICAL ATTACK ON ME, & ANOTHER FIGHT WITH AN ARYAN BRO' "HATE THUG", (AFTER GETTING OUT OF THE "HOLE" OR "SEG" AGAIN), SGT. TERMAVILLE, THE HOUSING SGT. FOR CH-5, WHO DETERMINES WHERE INMATES ARE PLACED WITHIN CTCF FROM "A&O" (ADMISSIONS & ORIENTATION), & WHAT OTHER FACILITIES TRANSIENT

INMATES WILL BE ULTIMATELY ASSIGNED TO, TOLD ME: "HE WAS GOING TO SEE THAT THE SAME THING (MY BEING VERBALLY & PHYSICALLY HARASSED & ABUSED; PHYSICALLY ATTACKED BY THE ARYAN BRO' HATE THUGS) WOULD HAPPEN AGAIN IF I WAS RE-ASSIGNED TO EITHER CH-1 OR CH-7, WHICH IS WHY HE WAS ASSIGNING ME TO CH-3, WHICH IS THE EXACT REASON THAT LT. HEIDENTHAL (CH-3 UNIT COMMANDER) IS NOW RE-ASSIGNING ME TO CH-1: TO "MESS WITH ME", TO "FUCK ME OVER" IN THE BIGGEST & MOST MALICIOUS WAY THAT HE POSSIBLY CAN.

DURING MY TWO HOUSING ASSIGNMENTS TO CH-3, LT. HEIDENTHAL NOT ONLY EN-COURAGED, BUT ACTUALLY ORDERED HIS STAFF OF C.O.'S TO "FUCK WITH ME." IT IS "S.O.P." (STANDARD OPERATING PROCEDURE) FOR AN INMATE TO HAVE THEIR CELL INSPECTED ONCE A WEEK, & FOR THEIR HALF OF THEIR CELL TO BE "SHAKEN DOWN" ONCE A MONTH. HOW-EVER, WITH LT. HEIDENTHAL'S ENCOURAGEMENT, & HIS ACTUAL ORDERS TO DO SO, MY CELL WAS BEING INSPECTED VIRTUALLY EVERY AM & AND/OR PM OF EVERY DAY; MY HALF OF OUR CELL WAS BEING "SHAKEN DOWN" VIRTUALLY EVERY OTHER AM AND/OR PM. THERE MAY OR MAY NOT HAVE BEEN "SHAKE DOWN" SLIPS LESS USED SPECIFYING WHAT ITEMS OF MY PROPERTY HAD BEEN SEIZED, BUT THERE WERE "SHAKE DOWNS" NEVER-THE-LESS. "MANY" OF THE C.O.'S INVOLVED TOLD ME THAT THE "LT." OR "THE BOSS" WAS TELLING THEM TO DO WHAT THEY WERE DOING. SOME C.O.'S ONLY DID PERFUNCTORY CELL INSPECTIONS & "SHAKE DOWNS", FINDING VERY LITTLE OR NOTHING, WHILE OTHER C.O.'S MADE IT A "PERSONAL VENDETTA" TO HARASS & "FUCK ME OVER" DURING EVERY CELL INSPECTION & "SHAKE DOWN"; TO "LITERALLY TEAR MY HOUSE APART" (AGAIN & AGAIN) TO "FIND OR FABRICATE" SOMETHING.

THE "WORST OF MY WORST" ABUSERS IN CH-3 HAS BEEN SGT. ADAMIC, WHO HAS GONE FAR BEYOND "FUCKING WITH ME" TO ACTUALLY SEXUALLY ASSAULT ME AT HIS EVERY OP-PORTUNITY. IT HAS NOW BEEN ABOUT "180 DAYS" (PRETTY CLOSE TO 6 MONTHS) THAT I WAS LAST ABLE TO EAT A DINNER MEAL IN OUR MESS HALL (FROM ABOUT MID JULY '08 UNTIL MY ARREST & BEING THROWN IN "THE HOLE" ON JAN. 12 '09), ON ACCOUNT OF SGT. ADAMIC (A.K.A. "THE LITTLE WEASEL") DELIVERING "CONTEMPT SHOTS" TO MY GROIN AREA & "CONTEMPT MIKES" TO MY PSYCHE, AFTER EVERY ONE OF OUR DINNER MEALS, WHEN HE WAS ON DUTY. BOTH SGT. ADAMIC & I KNEW WHAT HE WAS DOING: HE WAS SEXUALLY ASSAULTING ME!

A "CONTEMPT SHOT" IS A C.O. STROKING AN INMATE'S PENIS; PATTING, RUBBING & STROKING "UP & DOWN" THE INMATE'S PENIS & GROIN AREA, INNOCUOUSLY, WHILE OSTEN-SIBLY LOOKING FOR CONTRABAND. A "CONTEMPT MIKE" IS A C.O. SPEAKING CONTEMPT-

...ously down to an inmate; disrespectfully calling an inmate by its first name, or by derogatory slang names. Sgt. Adamic (a.k.a. the "Little Weasel") did both, delivered "contempt shots" (sometimes I would be "doubled over") to my groin area & "contempt mikes" to my psyche, consistently (again & again) after every dinner meal, whenever that it was on dinner unit 3 escort duty, on/outside of our mess hall. It was blatantly obvious, both to myself & everyone in unit 3, that Sgt. Adamic _really_ "had it in for me"; that it had "targeted" me. I could handle the abuse that he was heaping on me, in many "other ways"; however, as I told him in a confrontation in our units, after a dinner meal, which came to involve Sgt. McMilian & C.O. Dodd: "Keep your hands off of my nuts." I had been cuffed up & arrested, removed from our pod. The only reason that I was not thrown in "the hole" then is because Sgt. McMilian's much saner head prevailed. I again told the "Little Weasel": he "needed to keep his hands off of my nuts."

My body is God's holy temple; it's glory & craftsmanship. I will allow no man or woman to profane & desecrate what is only partially mine, but wholly God's, to do so is my sin. To do not is God's glory. All of this is in His name, & for His glory.

It made no difference if I was first, third, or last, after every dinner meal, outside of our mess hall, the "Little Weasel" would deliver its "contempt shots" to my groin area, & "contempt mikes" to my psyche. Sgt. Adamic would already be "patting down" another inmate, would pull me out of our passing "inmate herd" & have me stand next to him, until he was done "patting down" the other inmate, so that he could "contempt shot" me, run his mouth & "contempt mike" me. Often & only a few times, no other inmates, were "patted down"; however, I always was "patted down" by Sgt. Adamic, who took great relish in "contempting" me.

The only way that I could stop the "contempting", stop the demeaning harassment & abuse, not only by Sgt. Adamic, but other C.O.'s as well (Capt. Bastiaus had ordered "thorough" pat downs after every dinner meal; the more "thorough" the better. In actual fact, "contempt shots" were encouraged & not discouraged by over using Sgt's. & Lt's. They did 'em themselves); the only way that I could stop the "contempt shots" was to just not "eat dinner", which is what I did for about 1808 days.

I am diabetic, classified by the Colorado DOC medical as "chronic care"...

I'currently' have prescribed & dispensed to me heavy doseages ("8 of 14") of about a dozen strong medications for several "medical conditions", any one of which have been & could very easily again be life threatening to me. At least in part, over the last six months, due to my inability to eat any of my evening dinner meals there has been a marked decrease in my general health; a marked aggravation in my "medical conditions". I need to eat all of my meals, three times per day. Being denied my evening meals, because of C.O.'s "contempt shots" (especially Sgt. Adamic's) is "far beyond" beyond descrimination & retaliation to become "lethal retaliation".

After I could no longer go & eat my dinner meals in our messhall with our unit 3 to avoid C.O.'s "contempt shots" (especially Sgt. Adamic's, who I would "estimate that easily "90%" of them were [his]) for about the last "6" months, C.O.'s (again, especially Sgt. Adamic) quickly found other ways to harass me. Cell inspections that are ordinarily done once per week, & cell "shake downs" that are ordinarily done once per month, I was subjected to viritually every day & night. I began to call the combined "shake downs" & cell inspections that I was being subjected to "shake & bakes", or just "roastings". There were rarely "shake down" slips left, or inspection forms left. Again, easily "90%" of my "shake & bakes", or "roastings" were performed by Sgt. Adamic, "5%" by "like minded" Sgt. Roll, & the remaining "5%" performed by various other C.O.'s. All of the correctional staff involved told me in varying degrees that Lt. Vaid an Daal; that the "Lt." or "The Boss" was ordering & making them do what they were doing.

Most often next little or nothing was taken when other C.O.'s were "shaking & baking" me; however, when Sgt. Adamic was "doing me", I really was "roasted", my cell would be, more often than not, trashed. On a "shake down" slip done by C.O., if these "nothing was taken / nothing was broken". However, on another "shake down" slip done by Sgt. Adamic, immediately afterwards, the whole "shake down" slip was filled in with my seized property. My "empty containers" were not empty, but still had food & anything else in them that had been legally purchased by me off of canteen, or "access gift packs" that I had been sent into me by my family. My good & useful property, however, missing, was not "nuisance" or "trash". Invariably, Sgt. Adamic (a.k.a. the "little weasel") would intentionally

BREAK MY EARPHONES (AGAIN & AGAIN) IN PRISON, EARPHONES TO LISTEN TO A TV WITH, AT ALL HOURS OF THE DAY & NIGHT, WITHOUT DISTURBING ANYBODY ELSE, ARE OF GREAT WORTH. SGT. ADAMIC INTENTIONALLY BREAKING MY EARPHONES (AGAIN & AGAIN) SHOWS JUST HOW DISPICABLE A "MEAN SPIRITED LITTLE WEASEL" THAT HE REALLY IS. WHEN I WENT ON "L.O.P." (LOSS OF PRIVILEGES), & SGT. ADAMIC WAS ON AM SHIFT, "TO DO ME" HE DID WHAT WAS AM SHIFT'S JOB, "PACK OUTS" FOR "L.O.P. NON-ALLOWABLES" ARE ALWAYS DONE ON THE PM SHIFT; HOWEVER, THE "LITTLE WEASEL" JUMPED THE GUN TO "PACK ME OUT" ON ITS AM SHIFT. AGAIN, "MANY $" ROOS OF HYGIENE ITEMS THAT HAD BEEN LEGALLY PURCHASED OFF OF CANTEEN, & THAT I HAD EVERY RIGHT TO HAVE WERE SEIZED & DISPOSED OF BY SGT. ADAMIC. AND, ONCE AGAIN, SGT. ADAMIC INTENTIONALLY BROKE MY TV EARPHONES. THE "LITTLE WEASEL" WAS DOING ME EVERY DAY & NIGHT.

WHEN I WAS "PACKED OUT" BY C.O. MABB/FIERRO, AFTER MY ARREST & BEING THROWN IN "THE HOLE" ON 01/12/09, THEY DID A THOROUGH & REASONABLE JOB OF "PACKING IT OUT." MY COPY OF THEIR "SHAKE DOWN" LIST OF ITEMS SEIZED & READS: OLD NEWSPAPERS (I HAD KEPT A FEW SECTIONS FROM NEWSPAPERS SUCH AS "GREAT WORDS" FROM PREVIOUS INAUGURAL SPEECHES), CUT OUTS (A FOLD OUT POSTER FULL COLOR PICTURE OF BARACK OBAMA'S ACCEPTANCE SPEECH AT THE CLOSE OF THE DEMOCRATIC CONVENTION WITHIN "MILE HIGH" STADIUM, & 4 ROOD "PIN UPS" THAT WERE SUNDAY FULL COLOR ADVERTISEMENTS FOR "GREAT $" ROOD DEALS AT RESTAURANTS LIKE: BLACK ANGUS & OLIVE GARDEN, DENNY'S & WENDY'S, BOB JO'S & PIZZA HUT, RED LOBSTER & VILLAGE INN), 5-DC MED CARDS, SENT TO MEDICAL (THESE WERE EMPTY SELF-MED CARDS), NUISANCE TRASH (I HAD REAL TRASH IN A TRASH BAG), OPEN FOOD (I HAD AN OPEN PACKAGE OF BOTH SALTINE & RITZ CRACKERS, AN APPLE & AN ORANGE, A PARTIALLY EATEN PEANUT BUTTER SANDWICH), BLANK FORMS, WITHDRAWAL ETC. (A FEW FORMS SO THAT I DID NOT HAVE TO GO TO THE "CAGE" & ASK A C.O. ANY TIME THAT I NEEDED ONE. MORE THAN A FEW C.O.'S CAN BE REAL "ASS HOLES" WHEN THEY'RE ASKED FOR ANYTHING.), NOTHING BROKEN (WITH SOME CARE, IT IS NOT HARD TO NOT BREAK ANYTHING).

I WAS "PACKED OUT" BY C.O. MABB/FIERRO, DURING THEIR AM SHIFT, FOLLOWING PROPER COLORADO DOC PROCEDURES. HOWEVER, AFTERWARDS SGT. ADAMIC WENT FAR BEYOND COLORADO DOC PROCEDURES TO "SHAKE DOWN" OR "ROAST ME" & GO THROUGH MY PROPERTY AGAIN ON HIS P.M. SHIFT. HE TOTALLY & COMPLETELY "TRASHED" MY PROPERTY TO "FUCK ME OVER". ACCORDING TO C.O. MABB & FIERRO THEY NEVER EVEN WENT INTO MY LEGAL FILE BOX. ACCORDING TO SGT. TRUJILLO, WHO A COUPLE OF DAYS LATER

WENT INTO MY LEGAL BOX TO RETRIEVE ENVELOPES FOR ME THAT (10 OF 14) I WAS ENTITLED TO HAVE WITH ME IN "THE HOLE;" IT TOOK HIM 20 MINUTES TO FIND MY ENVELOPES, PAPERS HAD BEEN SCATTERED ALL AROUND ON TOP OF MY FILES, FILES HAD BEEN TAKEN OUT & RE-FILED OUT OF ORDER, YOU COULD TELL THAT THEY HAD BEEN GONE THROUGH." I HAD THREE GROUPS OF ABOUT 50 EA. LONG WHITE ENVELOPES, ON THEIR SIDES, TO THE LENGTH WISE BACK OF MY LEGAL BOX, ALL OF WHICH SHOULD HAVE BEEN EASILY FOUND BY SGT. TRUJILIO; HOWEVER, HE SAID THAT "IT TOOK HIM 20 MINUTES TO FIND THEM, MY LEGAL BOX HAD BEEN TORN UP; THEY WERE NOT WHERE I SAID THEY HAD BEEN." SGT. ADAMIC TRASHED "MY LEGAL BOX".

MY LEGAL FILES HAD BEEN OBVIOUSLY "ILLEGALLY B" GONE THROUGH & THOROUGHLY READ BY SGT. ADAMIC. THIS WAS IN BLATANT VIOLATION OF COLORADO DOC "AR'S"(AD-MINISTRATIVE REGULATIONS), COLORADO STATE LAW, & UNITED STATES FEDERAL LAW, THIS WAS ILLEGAL! BB

SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL") GOT C.O. DODD TO HELP HIM IN HIS PERSONA VENDETTA" SEARCH, OR "TRASHING" OF MY PROPERTY, "BIRDS OF A FEATHER FLOCK TOGETHER!" IT WAS C.O. DODD WHO HAD STOOD BEHIND SGT. STEENBERGEN, WHEN I WAS COMING OUT OF "THE HOLE" ON A PREVIOUS OCCASION; WHEN I WAS STILL WRIST, HAND CUFFED, WITH MY HANDS BEHIND MY BACK & ANKLE CHAINED; WHEN I WAS MADE TO STAND OUTSIDE OF CASE MANAGER O'MALLEY'S OFFICE BACK DOOR, FACING INTO MY "SEG" POD; WHEN SHE TOLD ME THAT SHE WAS NOT GOING TO SUPPLY ME WITH 7 BLANK GRIEVANCE FORMS; THAT SHE WAS NOT GOING TO BE INTIMIDATED BY ME. WITH BLANK GRIEVANCE FORMS SINCE SHE HAS REFUSED TO SUPPLY ME

IT WAS THE OTHER WAY AROUND & SGT. STEENBERGEN "FULL FORCE" STRUCK THE NAPE OF MY NECK, WITH SIDE OF HIS OPEN HAND; "JUDO CHOPPED" ME & GRABBED THE BACK OF MY "SEG" ORANGE UNIFORM COLLAR, TWISTED IT TIGHT AROUND MY NECK, JAMMED HIS FIST HARD INTO THE NAPE OF MY NECK, PUSHED & "POUNDED" ME (AGAIN & AGAIN) "MANY B" TIMES DOWN THE LONG SLOPING INCLINES FROM THE SECOND LEVEL "SEG" POD THAT I HAD BEEN IN TO THE FIRST LEVEL HOLDING CELLS, HE TOLD ME THAT HE WAS "KEEPING ME FROM FALLING." NO HE WASN'T! C.O.'S DO NOT HELP ANY INMATE FROM FALLING IN SUCH A MANNER. SGT. STEENBERGEN WAS ASSAULTING ME. IN A LATER CONVERSATION, C.M. O'MALLEY "REMEMBERED THE INCIDENT!" BOTH SGT. STEENBERGEN & C.O. DODD LATER DENIED THAT THE INCIDENT EVER TOOK PLACE, I HAVE SEEN C.O. DODD LIE (AGAIN & AGAIN), BOTH STRAIGHT FACED & WITH A SMILE; COMPLICIT IN WHATEVER "EXCESSES" & "WRONG DOINGS" THAT LT., PRESENTLY OR ANY SGT. (PARTICULARLY ADAMIC (A.K.A. THE THE "LITTLE WEASEL"), WANTED HIM TO DO.

AFTER C/O. MABB/ FIERRO HAD DONE A THOROUGH & REASONABLE JOB OF GOING THROUGH MY PROPERTY; OF "SHAKING DOWN" MY PROPERTY ON THEIR 01/12/09 AM SHIFT, ACCORDING TO "S.O.P." (STANDARD OPERATING PROCEDURE), SGT. ADAMIC TOOK IT UPON HIMSELF TO GET C/O. DODD, WHO WOULD DO & SAY WHATEVER SGT. ADAMIC WOULD WANT HIM TO DO & SAY; IRREGARDLESS, THE WRONG DOING & THE LYING INVOLVED, & DO ANOTHER "SHAKE DOWN", OR RATHER A "ROASTING", OF MY PROPERTY ON THEIR PM SHIFT. THIS WAS DEFINITELY NOT "S.O.P." (STANDARD OPERATING PROCEDURE). IT JUST IS NEVER DONE! AFTER AN INMATE IS PACKED OUT & HIS PROPERTY GONE THROUGH; AFTER THEIR PROPERTY HAS ALREADY BEEN "SHAKEN DOWN," THEIR PROPERTY IS JUST NEVER IMMEDIATELY AGAIN "SHAKEN DOWN". SGT. ADAMIC'S "SHAKE DOWN" OF MY PROPERTY WAS COMPLETELY, TOTALLY, & BLATANTLY A "PERSONAL VENDETTA", NOT A "SHAKE DOWN", BUT A COMPLETE, TOTAL, & BLATANT "TRASHING" OF MY PROPERTY, WITH WHICH C/O. DODD WAS FULLY COMPLICIT. MY PROPERTY WAS REALLY "TRASHED".

MY COPY OF SGT. ADAMIC & C/O. DODD'S "TRASHING" OR "ROASTING" SHAKE DOWN LIST OF MANY 8" MORE ITEMS SEIZED THAN C/O. MABB & FIERRO, PRIMA FACIA EVIDENCE OF THE "LITTLE WEASELS" MESSED UP IN THE HEAD "PERSONAL VENDETTA" AGAINST ME, READS: 1 ALTERED MAGAZINE (I DREW ONE DIAGONAL INK LINE THROUGH THE COVER OF THE PREVIOUS WEEK'S TV GUIDE MAGAZINE, SO THAT I WOULD NOT CONFUSE IT WITH THE CURRENT WEEK'S), 1 EXTRA HEAD BAND (I AM A WITNESSING DISCIPLE OF THE "777 JESUS CHRIST CHURCH." I WEAR THE "777" NUMBER NAME OF JESUS CHRIST FROM THE BOOK OF REVELATION INSIDE OF A HEAD BAND AS HIS MARK THAT I AM GOD'S MAN WHENEVER I WALK THE YARD. GOD WALKS MY WALK WITH ME TO STRENGTHEN & FORTIFY ME. THESE ARE MY DEEPLY HELD RELIGIOUS BELIEFS. MY 2 EA HEAD BANDS HAVE MADE IT THROUGH MANY 8" "SHAKE DOWNS" HERE AT CTCF OVER THE LAST 1½ YEARS WITHOUT ANY C/O. FINDING THEM IN ANY WAY "OBJECTIONABLE", UNTIL SGT. ADAMIC), 1 EXTRA CUP (SO WHAT? VIRTUALLY EVERY INMATE HAS AN EXTRA CUP AND/OR TUMBLER; MANY 8" INMATES, WHO DO HAVE "EXTRA," THROUGHOUT DOC MAKE IT THROUGH THEIR MONTHLY "SHAKE DOWNS," AGAIN & AGAIN, WITHOUT ANY C/O. EVEN "BATTING AN EYE"), 2 KNEE WRAPS - NOT ON PROPERTY LIST (THESE WERE "ACE BANDAGES" PROPERLY ISSUED BY MEDICAL PROVIDERS. I HAVE HAD MANY 8" INJURIES, BOTH TO MY LEFT ARM & LEG. BOTH ARE WEAKENED. I HAVE PERIODICALLY USED THESE & OTHER "ACE BANDAGES", TO STRENGTHEN, BOTH MY LEFT ARM & LEG AS I HAVE NEEDED THEM. NO OTHER C.O. HAS FOUND THEM "OBJECTIONABLE"

"IT IS MORE THAN OBVIOUS, FROM A READING OF SGT. ADAMIC'S "SHAKE DOWN" LIST, THAT HE WAS FINDING ANY PETTY REASON OR JUSTIFICATION THAT HE COULD, USING ANY KIND OF EXCUSE AT ALL, BOTH REAL & CONTRIVED, TO SEIZE ANYTHING AT ALL THAT HE COULD FROM MY PROPERTY (VIRTUALLY ALL OF WHICH PROPERTY ITEMS ANY NORMAL C.O., DOING A "NORMAL SHAKE DOWN" WOULD HAVE THOUGHT NOTHING AT ALL ABOUT & PASSED UP"). WHAT SGT. ADAMIC DID WAS A FAR BEYOND "SHAKEDOWN" SHAKEDOWN. HE THOROUGHLY TRASHED MY PROPERTY, & THEN SEIZED EVERYTHING THAT HE COULD, BOTH LEGALLY & ILLEGALLY, OUT OF MY TRASHED BELONGINGS. INDEED, THE "LITTLE WEASEL" "ROASTED" MY MEAGER, VALUED POSSESSIONS "BIG TIME." HE DID ME "BIG TIME." MY COPY OF SGT. ADAMIC'S "TRASHING SHAKE DOWN" LIST, OF THE "LITTLE WEASEL" IS "PRIMA FACIA EVIDENCE" OF HIS MESSED UP IN THE HEAD "PERSONAL VENDETTA" & "ROASTINGS" AGAINST ME, CONTINUES & FURTHER READS:

2 EXTRA TV CABLES (SGT. ADAMIC IS WELL AWARE, AS IS BOTH EVERY C.O. & INMATE IN CH-3, THAT ONLY ONE OF EVEN THE LONGEST TV CABLES AVAILABLE OFF OF CANTEEN WILL NOT REACH FROM A CELL WALL TV CABLE OUTLET TO WHERE A TV IS SEATED ON A METAL DESK. IT TAKES TWO TV CABLES CONNECTED BY A SPLICER. FURTHER, TO RECIEVE SIGNALS FOR BOTH AN UNDERSIZED INMATE TV & CLOCK RADIO, IT TAKES TWO TV CABLES RUNNING OFF A SPLICER. EVERY INMATE IN CH-3 HAS EXTRA TV CABLES, & NONE ARE EVER SEIZED, UNLESS A C.O. REALLY WANTS TO "FUCK OVER" AN INMATE, LIKE THE "LITTLE WEASEL" WAS "DOING IT" TO ME.), 5 EXTRA PAIRS OF SOCKS (THIS WAS NOT TRUE & THESE WERE NOT SOCKS, BUT RAGS. THERE WERE NOT 5 PAIRS. SGT. ADAMIC DISPOSED UP, OR THREW OUT" MY GOOD SOCKS, MY RECENTLY ISSUED SOCKS THAT HAD NEXT TO NO WEAR IN THEM. I HAVE BEEN ALLOWED TO KEEP MY RAG SOCKS, WELL WORN & FILLED WITH (HOLES).

1 ALTERED PAIR OF UNDERWEAR (AGAIN, THIS WAS NOT TRUE & I HAD A PAIR OF PERSONAL BRIEFS, PROPERLY PURCHASED OFF OF CANTEEN, & ON MY PROPERTY SHEET THAT HAD DISINTEGRATED. THE WAIST BAND HAD SEPARATED FROM THE LOWER BRIEF. I NEEDED TO KEEP THESE DISINTEGRATED BRIEFS FOR LATER EXCHANGE, WHEN I WOULD HAVE THE MONEY TO PURCHASE REPLACEMENT BRIEFS OFF OF CATALOG CANTEEN.), 1 EXTRA CANTEEN BOWL (THIS BOWL I ACTUALLY USED TO COOK IN. I USED TO KEEP IN MY OTHER TWO BOWLS MISCELLANEOUS ITEMS, SUCH AS: TOKENS, PENS, RAZORS, DENTAL FLOSS, CHAPSTICK, COMBS, NAIL CLIPPERS, TWEEZERS, MUSTACHE SCISSORS, LOOSE TEA BAGS & SOUP SEASONING PACKETS, & SO ON. IN THE MANY & "SHAKEDOWNS" THAT I

HAVE BEEN SUBJECTED TO OVER THE LAST 1½ YEARS AT CTCF, NO OTHER (13 OF 14) C.O., HOWEVER DOWN ON ME," HAS SEEN FIT TO SEIZE THE MICROWAVE BOWL THAT I ACTUALLY COOK IN – JUST SGT. ADAMIC. MY "ACTUAL COOKING" MICROWAVE BOWL WAS THE ONLY DECENT MICROWAVE BOWL THAT I HAD. THE TWO MICROWAVE BOWLS THAT I HAD HOLDING SMALLER MISCELLANEOUS ITEMS WERE ALL "TORN UP," CHEMICALLY STAINED & A "HEALTH HAZARD" TO HOLD ANY KIND OF FOOD. THEY WERE NO GOOD FOR COOKING FOOD IN.

1 ROLL OF CLEAR TAPE (AGAIN & AGAIN MANY & "TIMES WHEN SGT. ADAMIC DID HIS "SHAKE DOWNS" & CELL INSPECTIONS, HE WOULD INTENTIONALLY BREAK MY TV HEADPHONES. I HAD SOME SCOTCH TAPE WRAPPED AROUND AN EMPTY INK PEN. THIS TAPE WOULD GO TO REPAIR MY HEADPHONES THAT SGT. ADAMIC KEPT BREAKING; HOWEVER, BOTH I & MY CELLIE, INMATE CRUZ, COULD ONLY DO SO MUCH. MY TV HEADPHONES WERE BECOMING "IRREPARABLE" WE COULD ONLY "JURGRIG" THEM SO MUCH.), 6 PIECES CARDBOARD (THESE WERE ALL PAPER TABLETS THAT I HAD LEGALLY PURCHASED OFF OF CANTEEN, & I HAD EVERY LEGAL RIGHT TO HAVE THEM, AS LONG AS THEY STILL HAD SHEETS OF PAPER ATTACHED, WHICH ALL OF THEM DID), 5 STRINGS (I CAN REMEMBER ONLY HAVING A COUPLE OF STRINGS. AGAIN, THIS STRING WOULD GO TO REPAIR MY HEADPHONES THAT SGT. ADAMIC KEPT BREAKING. DENTAL FLOSS BEGAN TO WORK BETTER. MY CELLIE, INMATE CRUZ, & MYSELF WERE USING DENTAL FLOSS TO REPAIR MY HEADPHONES, AFTER SGT. ADAMIC BROKE THEM. I HAD NEGLECTED TO THROW MY REMAINING STRING OUT.), 2 PAIR OF EAR PLUGS (AGAIN, SO WHAT? VIRTUALLY EVERY INMATE WITHIN UNIT 3 HAS A SET OF EAR PLUGS, I HAD ONE SET OF EAR PLUGS, NOT TWO, OUT ON MY DESK IN PLAIN VIEW. IN THE MANY & "SHAKE DOWNS" THAT I HAVE BEEN PREVIOUSLY SUBJECTED TO IN UNIT 3, NO C.O. HAS EVER TAKEN THEM, NOT EVEN SGT. ADAMIC. EARPLUGS ARE VIEWED AS A NECESSITY, BOTH BY THE INMATES & C.O.'S IN UNIT 3. ALL OF OUR OUTSIDE CELL WALLS & DOORS ARE NOT SOLID, BUT RATHER OPEN BARS. THE NOISE LEVELS IN OUR CELLS WOULD BE INTOLERABLE WITHOUT EARPLUGS, WHICH ARE READILY OBTAINABLE THROUGH OUR TAB PLANT, WHERE MANY & "UNIT 3 INMATES WORK.)

2 RUBBER BANDS (AGAIN, SO WHAT? RUBBER BANDS COME WRAPPED AROUND 25 EA. ENVELOPE PACKETS, LEGALLY PURCHASED OFF OF CANTEEN. ALSO, RUBBER BANDS ARE OFTEN WRAPPED AROUND SELF-MED CARDS, LEGALLY ISSUED BY MEDLINE NURSES DURING SELF-MED LINE AT THE SELF MED CARD EXCHANGE WINDOW. C.O.'S RARELY BOTHER WITH RUBBER BANDS, UNLESS THEY ARE REALLY TRYING TO "GET YOU!" 1 EA PAPER CLIP (THIS SHOWS JUST HOW PETTY & VINDICTIVE THAT SGT ADAMIC WAS

IN ITS SHAKEDOWN. FURTHER, IT ESTABLISHES THAT SGT. ADAMIC (14 OF 14) WAS "ILLEGALLY!" GOING THROUGH MY LEGAL FILES, WITHIN MY LEGAL BOX, SINCE THIS IS THE ONLY PLACE WITHIN MY PROPERTY WHERE I HAD PAPER CLIPS.)

1 EA L.O.P. BAND (THIS FURTHER ESTABLISHES THAT SGT. ADAMIC WAS "ILLEGALLY!" GOING THROUGH & THOROUGHLY READING WHAT WAS WITHIN MY LEGAL FILES. THAT "L.O.P." LOSS OF PRIVILEGES, WRIST BAND WAS BEING HELD BY ME, AS EVIDENCE OF A CONTRIVED & FABRICATED C.O.P.D. CONVICTION & SENTENCING, OF AN "ILLEGAL!" PREVIOUS SEIZURE OF MY PROPERTY BY SGT. ADAMIC), STICKY NOTES (AGAIN & FURTHER, THIS ESTABLISHES THAT SGT. ADAMIC WAS "ILLEGALLY!" GOING THROUGH & READING "THOROUGHLY" WHAT WAS WITHIN MY LEGAL FILES. THE ONLY PLACE THAT I HAD STICKY NOTES WITHIN MY PROPERTY WAS STUCK TO LEGAL PAPERS, WITHIN MY LEGAL FILES, WITHIN MY LEGAL BOX. MY STICKY NOTES, BOTH WERE KEEPING PLACES MARKED & HAD LEGALLY-RELATED NOTATIONS ON THEM, REGARDING THE LEGAL PAPERS THAT THEY WERE STUCK TO.) "ILLEGAL!!!"

THIS ONE REALLY IS FAR BEYOND "RIDICULOUS" RIDICULOUS!!! 215 UNUSED KITES. THIS ALLEGATION IS ABSURD ON ITS FACE! 215 IS OBVIOUSLY A SGT. ADAMIC "MADE UP" NUMBER, "WILDLY!" EXAGGERATED, REALLY REACHING," & TRYING TO GET ME", TRYING TO PIN ANYTHING" ON ME. I DID HAVE NO MORE THAN A DOZEN KITES OUT.) NOTHING (BROKEN MY TV HEAD PHONES.) WITHOUT SEEING MY PROPERTY, I ALREADY KNOW THAT SGT. ADAMIC HAS "AGAIN!"

IT IS BLATANTLY OBVIOUS THAT SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL" HAS A PERSONAL VENDETTA AGAINST ME. AT LEAST IN PART, THIS IS BECAUSE OF THE CRIMINAL COMPLAINT THAT I HAVE FILED AGAINST HIM WITH DOC'S C.I.D. (CRIMINAL INVESTIGATIONS DIVISION) FOR HIS "MANY!" "CONTEMPT SHOT" SEXUAL ASSAULTS UPON ME, WHICH HAVE PREVENTED ME FROM EATING ANY OF MY DINNER MEALS FOR ABOUT THE LAST "6!" MONTHS.

ALL C.O.'S & SGTS. IN UNIT 3 CAN & DO "MAKE POINTS" WITH LT. HEIDENTHAL BY "FUCKING ME OVER;" ALL C.O.'S & SGTS THROUGHOUT C.T.C.F. CAN & DO "MAKE POINTS" WITH THOSE IN POSITIONS OF AUTHORITY" BY "FUCKING ME OVER". THERE IS AN ON-GOING WAR BETWEEN MYSELF & THE ARYAN BRO' "HATE THUGS" WITHIN ALL OF THE LIVING UNITS AT TCF; AT OUR GYM, YARD, LIBRARY, & MESS HALLS, WHICH IS NOT ONLY TOLERATED, BUT ACTIVELY ENCOURAGED BY C.O.'S. THIS IS IN RETALIATION FOR MY PARTICIPATION IN THE MONTEZ VS. OWENS LAWSUIT; IN RETALIATION FOR ME "MANY!" KITES, GRIEVANCES, & LETTERS THAT I HAVE SUBMITTED SEEKING FAIR REMEDIES FOR DOC WRONGS. I AM AN ELDERLY MAN, WITH "MANY!" "MEDICAL & SECURITY ISSUES, I NEED TO BE TRANSFERRED TO FORT LYON C.F. [NOTE: I HAVE TALKED TO EVERY P.M. C.O, ALL DENIED HAVING ANYTHING TO DO WITH SGT. ADAMIC'S TRASHING SHAKE-DOWN OF MY PROPERTY, INCLUDING C.O. DODD, WHOSE NAME APPEARS ON THE SHAKEDOWN LIST WITH SGT. ADAMIC. ALL AGREE THAT LT. HEIDENTHAL ORDERED SGT. ADAMIC, WHO "WHOLE HEARTEDLY!" DID IT!"