Michael N. Collins DOC #101218, Colorado Territorial C.F., P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 20 2009
GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-CMA JESSE MONTEZ-vs.-BILL OWENS

**URGENT!!! URGENT HELP!!! 777!!! HELP!!! GREGORY C. LANGHAM!!!**

**LEGAL BRIEF & FINDINGS OF 02/14/09, SUBMITTED BY MICHAEL N. COLLINS**

DEAR JUDGE CHRISTINE M. ARGUELLO: I AM NOW RUTHLESSLY & SADISTICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" ON ANY PRETEXT, & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'S & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'S (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'S & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE, & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME IN THE HOLE)

BE IT RESOLVED THAT; AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION (& RETRIBUTION) FOR THE CLAIMANT'S MANY "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S VERY "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN). THE DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY; TO OP. SO BLATANTLY (IN ACTUAL FACT), OBVIOUSLY & VERY "AGGRESSIVELY" RETALIATION AGAINST THE CLAIMANT & RETRIBUTION UPON (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE & LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE" OR EVEN "KILLED" (EXECUTED). NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY & CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS REFUGE & SUCCOR TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE & STAY HALF IN ONE PIECE." THEREFORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS

& ADDRESSES THE COURT SPECIFICALLY THAT "NONE" OF THE "98" Page 2 of 6. COLORADO DOC, BOTH PUBLICLY & PRIVATELY RUN FACILITIES HAVE BEEN "SAFE" TO THE CLAIMANT, TO INCLUDE: ARKANSAS VALLEY (2 TIMES), BUENA VISTA (2 TIMES), COLORADO TERRITORIAL (2 TIMES), CROWLEY COUNTY (3 TIMES), DENVER RECEPTION & DIAGNOSTIC CENTER "DRDC" (MANY TIMES!), COLORADO CORRECTIONAL MEDICAL CENTER, DENVER GENERAL HOSPITAL "WARD 18" (1 TIME), KIT CARSON (1 TIME), STERLING (2 TIMES). THE ENTIRE COLORADO DOC SYSTEM IS UNFIT FOR HUMAN HABITATION, FOR ANY INMATE, BUT IS PARTICULARLY "UNSAFE" FOR THE CLAIMANT. CERTAINLY NEITHER THE DOUGLAS COUNTY COURTS, NOR DETENTION CENTER ARE "SAFE" TO NEITHER THE CLAIMANT, NOR TO ANY MEMBER OF HIS FAMILY. THE HARASSMENT & ABUSE HEAPED UPON THE CLAIMANT; THE PHYSICAL ATTACKS BY BOTH DOUGLAS COUNTY SHERIFF'S JAIL DEPUTIES & OTHER JAIL INMATES, INSTIGATED, AT LEAST IN PART, BY JAIL DEPUTIES, UPON THE CLAIMANT, OFTEN EXCEEDED ANYTHING THAT THE CLAIMANT HAS BEEN SUBJECTED TO, WHILE INCARCERATED WITHIN THE COLORADO DOC. IN TOTAL THE CLAIMANT ENDURED ABOUT THE WORST "FIT OF" YEAR" OF HIS LIFE WITHIN THE DEMON TORMENT IN "HELL" THAT IS THE DOUGLAS COUNTY JAIL "DEVIL'S OWN".

EVERY COUNTY JAIL WITHIN COLORADO RECIPROCATES WITH EVERY OTHER COUNTY JAIL, AS TO HOW THEY "HOUSE & TREAT" THEIR "COURTESY HELD" PRISONERS, AS THE CLAIMANT MOST EMPHATICALLY FOUND OUT WHEN HE WAS TEMPORARILY HOUSED WITHIN THE EL PASO COUNTY JAIL, AS PART OF A "TRANSPORT" BACK TO THE DOUGLAS COUNTY JAIL, AS PART OF A COURT APPEARANCE. AS THE CLAIMANT HAS BEEN IN "FEAR FOR HIS "LIFE & LIMBS"; SUBJECT TO MUCH ABUSE & HARASSMENT WITHIN THE DOUGLAS COUNTY JAIL, SO MUCH THE MORE WAS THE CLAIMANT SUBJECT TO SUCH "EXCESSES" WITHIN THE EL PASO COUNTY JAIL; AS WELL AS, THE JEFFERSON COUNTY JAIL WHERE THE CLAIMANT WAS "MIS-IDENTIFIED", AS AN (COLORADO DOC INMATE, ALSO NAMED,) MICHAEL COLLINS, WHO WAS A YOUNG BLACK MAN IN HIS EARLY 20'S (THE CLAIMANT IS AN ELDERLY WHITE MAN IN HIS EARLY 60'S). THE CLAIMANT IS NOT "SAFE"; SUBJECT TO MUCH "RETALIATION & RETRIBUTION" WITHIN ANY COUNTY JAIL WITHIN THE ENTIRE STATE OF COLORADO, AS SO HE IS WITHIN (COLORADO DOC.) NOTHING IS SACROSANCT WITHIN THE COLORADO DOC. THE CLAIMANT HAS & CONTINUES TO BE NOT ONLY TO "FEAR FOR HIS "LIFE & LIMBS", BUT FOR HIS MEAGER & LITTLY PRIZED" PERSONAL POSSESSIONS & PROPERTY, AS WELL. THE CLAIMANT HAS BEEN "PATTED DOWN" HAD HIS HALF A LOAF OF A "CELLIE" COUNTY'S HARD CELL,

BOTH "INSPECTED" & "BROKEN DOWN" ON-GOING (AGAIN & AGAIN), THE CLAIMANT'S PERSONAL POSSESSIONS & PROPERTY HAS BEEN "TRASHED," HIS LEGAL FILES "TRASHED," GONE THROUGH & OBVIOUSLY ILLEGALLY READ, REPLACED OUT OF PLACE, & THIEVED BY HARASSING C.O.'s ON-GOING (AGAIN & AGAIN) THROUGHOUT THE COLORADO DOC; IN PARTICULAR, HERE AT COLORADO TERRITORIAL CORRECTIONAL FACILITY, AS SO IT HAS BEEN EVERY WHERE, BOTH WITHIN THE COLORADO DOC SYSTEM, AND EVERY WHERE THAT THE CLAIMANT HAS BEEN UNDER THE CONTROL OF THE COLORADO DOC, SO IT WILL CONTINUE TO BE. THE CLAIMANT IN "FEAR FOR HIS LIFE & LIMBS," THE CLAIMANT IN FEAR FOR HIS PERSONAL PROPERTY; IN PARTICULAR, IN FEAR FOR HIS LEGAL FILES.

THEREFORE & BE IT RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HEREBY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, MICHAEL N. COLLINS, BE REMOVED ENTIRELY, BOTH FROM UNDER THE CONTROL OF THE COLORADO DOC ENTIRELY; FROM & UNDER THE CONTROL OF ANY COLORADO SHERIFF'S OFFICE; IN PARTICULAR, THE DOUGLAS COUNTY SHERIFF'S OFFICE ENTIRELY; TO BE IMMEDIATELY HOUSED & TO BE FED THREE MEALS PER DAY & EVERY DAY AT A HOTEL WITH A RESTAURANT (WITHIN IT) IN DOWNTOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL COURTS AND HOTEL WITH A RESTAURANT (WITHIN IT) TO BE REIMBURSED WEEKLY FOR THE WEEKLY COST OF THE CLAIMANT'S ROOM RENTAL & THREE MEALS PER DAY FROM THE COLORADO DOC, FROM WHAT IT WOULD NORMALLY COST TO HOUSE & FEED A COLORADO INMATE WITHIN "CLOSED" CORRECTIONAL FACILITIES, AS THE CLAIMANT, MICHAEL N. COLLINS, HAS HERE TO FORE BEEN HOUSED & FED OVER THE LAST "28" YEARS OF HIS WRONGFUL & UNJUST IMPRISONMENT OVER WHAT A NEVER EVEN HAPPENED.

BE IT FURTHER RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HEREBY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, MICHAEL N. COLLINS, WHILE HOUSED AT THE ABOVE REFERENCED HOTEL IN DOWNTOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL COURTS DURING THE APPEAL OF HIS WRONGFUL & UNJUST CONVICTION "NOT" BE REQUIRED TO REGISTER AS A "SEX OFFENDER" "NOT" BE REQUIRED TO REGISTER WITH ANY LAW ENFORCEMENT AGENCY AT ALL FOR ANY REASON; IN PARTICULAR, "NOT" BE REQUIRED TO UNDERGO ANY KIND OF MENTAL HEALTH SO CALLED "COUNSELING AND/OR THERAPY," EITHER INDIVIDUAL OR GROUP SESSIONS, CLASSES, AND/OR INSTRUCTIONS; BE IT FURTHER RESOLVED THAT WHILE HOUSED AT THE ABOVE REFERENCED

NOTE THAT THE CLAIMANT, MICHAEL N. COLLINS, HAVE FULL & COMPLETE ACCESS TO THE DENVER GENERAL HOSPITAL (A.K.A. DENVER MEDICAL CENTER), BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS. THE CLAIMANT, MICHAEL N. COLLINS, IS TO "NOT" BE ASSIGNED THE "SUB-HUMAN" MEDICAL CARE AS PRACTICED BY THE USUAL CLUMP OF BUNGLING, INCOMPETENT, UN-SUPERVISED BY MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT REAL & SENSITIVE "HUMAN" MEDICAL CARE, AS PRACTICED BY REAL & BONAFIDE MEDICAL DOCTORS & NURSES. ALSO, ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A (WEEKLY BASIS).

**URGENT !!! HELP !!! ??? !!! HELP !!! HELP URGENT !!!**

**LEGAL BRIEF & FINDINGS OF 02/14/09, SUBMITTED BY MICHAEL N. COLLINS**

DEAR JUDGE CHRISTINE M. ARGUELLO: THIS IS A FURTHER ANGUISHED CRY! FOR "JUSTICE!"; FOR "REAL & TANGIBLE! JUSTICE!" FROM MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY!" YOU ARE THE JUDGE OF THE "COMMON MAN." I AM THE "COMMON MAN". OURS IS THE "COMMON FAMILY", YOU MAY BE AN ANSWER TO UNCOMMON PRAYER"

OVER THE CLAIMANT'S NOW "9 8/12" YEARS OF IMPRISONMENT WITHIN THE COLORADO DOC "BELLY OF THE BEAST", HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST, BUT "RUTHLESSLY! & SADISTICALLY! RETALIATED!" AGAINST "ON-GOING! (AGAIN & AGAIN) FOR HIS MANY! "MEDICAL! & GENERAL! GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; FOR HIS VERY! "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC "LIES, DENIES, & DELAYS!"

HOWEVER, "ALL! FLOWS!" FROM THE WRONGFUL CONVICTION (A GRAVE MISCARRIAGE OF JUSTICE!) OF MICHAEL N. COLLINS ON CASE NO. 1997 CR 000055 IN DOUGLAS COUNTY, COLORADO, ON 03/04/99. IN "GREAT! ANGUISHED! TORMENT!" THE ENTIRE! "COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS JARED, JACK, JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRY OUT!" TO YOU, JUDGE CHRISTINE M. ARGUELLO, FOR "JUSTICE!" FOR "REAL! & TANGIBLE! JUSTICE!" JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S "TIME OF TRIAL."

THE LAST 100 YEARS HAVE BEEN OUR FAMILY'S "TIME OF TRIAL." "JUSTICE CRIES" OUR COLLINS FAMILY'S COMMONLY ENDURED "FAMILY HOLOCAUST."

**JUDGE CHRISTINE ARGUELLO, YOU BELIEVE THAT YOUR BACKGROUND WILL MAKE YOU MORE UNDERSTANDING & EMPATHETIC TO THE "COMMON MAN." I AM THE "COMMON MAN." OUR FAMILY IS THE "COMMON FAMILY"** WHOSE "TIME OF TRIAL" HAS MADE THE "ALL" OF US UNCOMMONLY RESOLVED OF "STEELED & TEMPERED" PURPOSE IN OUR DESIRE & MOTIVATION TO NOW FIGHT "THE GOOD FIGHT."

THE "ONLY 6" INVESTIGATOR EVER ASSIGNED TO THE "COLLINS CASE" BY THE DOUGLAS COUNTY SHERIFF'S OFFICE WAS THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART, WHO STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DESPICABLE TO GET WHAT HE WANTED: THE COERCED TESTIMONIES, HE TOLD WHAT TO SAY & HOW TO SAY IT, BY HIM COERCED TESTIMONIES OF "ALL 6" OF THE COLLINS FAMILY, BUT IN PARTICULAR, THE COERCED TESTIMONIES OF THE COLLINS DAUGHTERS.

AS A RESULT OF "DEEP THERAPY & COUNSELING" TO "BREAK DOWN BARRIERS & FIND IMAGES" OF WHAT NEVER EVEN HAPPENED, "FALSE IMAGES 6" WERE IMPLANTED IN FIRST ONE DAUGHTER'S MIND, & THEN IN A SECOND DAUGHTER'S MIND OF THE COLLINS FAMILY'S THREE DAUGHTERS. THERE WAS MUCH THAT FLOWED FROM THE FIRST DAUGHTER TO UNDERGO "DEEP THERAPY," LAURA, TO THE SECOND DAUGHTER THAT UNDERWENT "DEEP THERAPY," JEANETTE (THE ONLY DAUGHTER THAT ANY OF THESE CRIMINAL PROCEEDINGS HAVE EVER BEEN ABOUT). THE "HARDNESS" OF A LARGE WESTERN STYLE BELT BUCKLE THAT "EVERYBODY 6" HAD FORGOTTEN ABOUT HAD BEEN CONFUSED WITH "ERECTIONS." THAT IS IT &?!! A MAN'S LIFE DESTROYED (MY OWN), & A FAMILY TORN APART (OUR COLLINS FAMILY) OVER A BELT BUCKLE ?!

IMMEDIATELY PRIOR TO THE COLLINS FAMILY TRIAL, INVESTIGATOR WILLIAM RUPPART PERJURED HIMSELF "BIG TIME 6" DURING THE "VERY 6" HIGH PROFILE 6" JAMES GARNER MURDER TRIAL, WHICH LED TO AN ACQUITTAL. AS A DIRECT RESULT, THE NEFARIOUS INVESTIGATOR RUPPART WAS REDUCED IN RANK TO ONLY A CORPORAL, TAKEN OFF OF THE STREETS, & ASSIGNED TO THE DOUGLAS COUNTY JAIL. THE NEFARIOUS RUPPART HAD A "LONG HISTORY 6" OF FABRICATING & MANUFACTURING, BOTH TESTIMONIES & EVIDENCE. A "DIRTY COP 6 & A BELT BUCKLE," THAT IS IT ?!! "BUCKLE 6?!" A MAN'S LIFE DESTROYED & A FAMILY TORN APART OVER A DIRTY COP & A BELT

**JUDGE CHRISTINE M. ARGUELLO, THE WHOLE, ENTIRE, & COMPLETE COLLINS**

FAMILY (FATHER MICHAEL, MOTHER KAREN; SONS JAREN, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA & JEANETTE) NOW "ALL" "CRY OUT TO YOU FOR JUSTICE!," FOR "REAL & TANGIBLE JUSTICE!" BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS & ADVOCATES (REFERENCE AVAILABLE AFFIDAVITS & STATEMENTS).

JUDGE ARGUELLO, MAKE JUSTICE NOW FINALLY PREVAIL!!! THE WHOLE ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY "ALL" OF THE COLLINS DAUGHTERS ARE "VERY & MUCH" "DEATHLY AFRAID" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. JUDGE ARGUELLO, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOME KIND OF LEGAL PROCEEDINGS, "OUTSIDE" OF DOUGLAS COUNTY, & "WITHIN" YOUR U.S. DISTRICT COURT TO SET ASIDE & THROW OUT "THE WRONGFUL," THE "DESECRATED JUSTICE" CONVICTIONS OF MICHAEL N. COLLINS, WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL" COERCED, INTIMIDATED, & MENACED, BUT IN "PARTICULAR & ESPECIALLY" THE COLLINS DAUGHTERS' TRIAL TESTIMONIES, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPERT; TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE" OF DOUGLAS COUNTY, & WITHIN A U.S. FEDERAL COURT.

JUDGE CHRISTINE M. ARGUELLO THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR, OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED BY A NEFARIOUS PROSECUTION, STOOPING TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE ARGUELLO, I AM THE "COMMON MAN," OURS IS THE "COMMON FAMILY," "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO?! IF NOT NOW, WHEN?! IF NOT JUSTICE, INJUSTICE?! JUDGE ARGUELLO, MAKE JUSTICE NOW PREVAIL!!! 7777, JESUS CHRIST, WHO-RAH" AMEN & A-WOMEN.

With The Highest of Respect & Regards; AMEN &

— Michael N. Collins  DOC # 101218

"The Dad & Grand Pa; Old School, Old & Big Dog, Old Timer, Mister, Brother, & Disciple"; U.S. of A & 7777 Church Man; El Grande Viejo, Macho Hombre"