

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 20 2009
GREGORY C. LANGHAM
CLERK

92-cv-870-CMA-MEH

Michael N. Collins DOC #161216, Colorado Territorial Correctional Facility 01/25/09

WARDEN PAMELA J. PLOUGHE: I AM, ONCE AGAIN, REQUESTING IMMEDIATE TRANSFER TO FORT LYON C.F. - AS SOON AS POSSIBLE. I [illegible] BOTH VERBALLY & PHYSICALLY HARASSED & ABUSED: PHYSICALLY ATTACKED BY BOTH OTHER INMATES & CORRECTIONAL OFFICERS (AGAIN & AGAIN) IN LIVING UNITS [illegible], 7 (ALL OF THE CTCF LIVING UNITS); BOTH IN OUR MESS HALLS, GYM [illegible] EVEN IN OUR CHAPEL DURING CHURCH SERVICES (AGAIN & AGAIN). A WAR HAS EXISTED BETWEEN MYSELF & THE ARYAN BRO' WHITE SUPREMACIST "HATE THUGS," BOTH HERE AT CTCF & OTHER FACILITIES, PARTICULARLY AT STERLING C.F. MY LIFE CONTINUES TO BE IN (IMMEDIATE DANGER).

I AM NOT A "CHO-MO" (CHILD MOLESTER). THE DAUGHTER THAT WAS MY ORIGINAL ACCUSER RECANTED HER TRIAL TESTIMONY YEARS AGO TO BECOME, ALONG WITH MY OTHER DAUGHTERS, ONE OF MY STRONGEST SUPPORTERS. FOR PRISON, I AM A VERY RICH MAN. MY FAMILY SUPPORTS ME WITH THEIR "HARD EARNED" MONEY, WHICH I REFUSE TO "GIVE UP," BY PAYING "RENT," EXTORTION DEMANDED MONEY. I HAVE A DAUGHTER THAT IS MARRIED TO A JEWISH MAN, A SON THAT IS MARRIED TO A "HALF" CUBAN DAUGHTER-IN-LAW; IMAGINED DAUGHTERS" THAT ARE MARRIED TO "IMAGINED SON-IN-LAWS" THAT ARE BLACK & HISPANIC. FOR THESE REASONS, I AM ACCUSED OF BEING A "MONGRELIZING" RACE MIXER. AT LEAST IN PART, DUE TO MY "VERY" ACTIVE PARTICIPATION IN THE "MONTEZ VS. OWENS" CIVIL LAWSUIT; DUE TO MY "MANY" KITES, GRIEVANCES & APPEALS (FOR ABOUT THE LAST 6-7 MONTHS, ALL OF MY "MANY" REQUESTS FOR BLANK GRIEVANCE FORMS FROM CASE MANAGER O'MALLEY & SENIOR C.M. ALLEN, FROM ADMINISTRATIVE ASSISTANTS SHIRLEY ULIBARRI & CINDY SAVAGE HAVE BEEN EITHER DENIED OR JUST PLAIN IGNORED), & SUMMARIZING LETTERS SEEKING FAIR & REASONABLE RECOURSES & REMEDIES FOR "VERY" REAL C.T.C.F. & COLORADO DOC WRONGS & INJUSTICES, I, MICHAEL N. COLLINS, HAVE BEEN "VERY" ACTIVELY RETALIATED AGAINST BY C.O.'S & THOSE IN "POSITIONS OF AUTHORITY" THROUGHOUT CTCF (AGAIN & AGAIN) BOTH BY THEMSELVES & THEIR INSTIGATING OTHER INMATES TO DO SO.

I PRAY TO GOD THAT SOON MY WHOLE TRIAL & VERDICT WILL BE SET ASIDE; THAT FINAL JUSTICE WILL FINALLY PREVAIL. IN THE MEANTIME, I NEED TO STAY ALIVE, & [illegible] IN ONE PIECE. I AM AN ELDERLY MAN. THERE ARE "MANY" ELDERLY MEN WITH SIMILAR MEDICAL & SECURITY" ISSUES TO MY OWN AT FORT LYON C.F. I AM NOW IN "SEG." MY LIFE IS IN IMMEDIATE DANGER. I AM REQUESTING TO BE HELD IN "SEG," UNTIL I CAN BE TRANSFERRED TO FORT LYON C.F. - AS SOON AS POSSIBLE. THANK YOU, Michael N. Collins

Michael N. Collins DOC # 101218, Colorado Territorial Correctional Facility 01/22/09

PAMELA J. PLOUGHE: MAIL ROOM CLERK COMBS CANNOT "DISPOSE OF MY MAIL," WHILE I AM IN "SEG." MY MAIL NOTICE TO CEASE & DESIST!!! NEEDS TO BE HELD FOR ME.

MY MAIL (ALL OF MY PERIODICALS, MAGAZINES & NEWSPAPERS), FOR THE "9 1/2 YEARS" THAT I HAVE BEEN IMPRISONED WITHIN COLORADO DOC HAS ALWAYS BEEN HELD FOR ME WHENEVER I HAVE BEEN IN "SEG," OR THE "HOLE." THIS IS THE WAY THAT IT IS & ALL OF MY MAIL (ALL OF MY PERIODICALS, MAGAZINES & NEWSPAPERS), WHILE I AM NOW IN "SEG," OR THE "HOLE," NOW NEED TO BE HELD FOR ME BY OUR CTCF MAILROOM, & RETURNED TO ME ONCE I AM BACK IN GENERAL POPULATION. THIS IS AS IT HAS BEEN, & NEEDS TO BE "AUTOMATICALLY." I HAVE "NEVER" BEFORE BEEN REQUIRED TO SIGN A FORM FOR THIS TO HAPPEN.

YESTERDAY, ON 01/21/09, C.O. COMBS FROM OUR CTCF MAILROOM SHOWED-UP OUTSIDE OF MY BARS TELLING ME TO SIGN "HIS" FORM (NOT A COLORADO DOC FORM), DISPOSING OF MY MAIL WHILE I WAS IN "THE HOLE." EVERYTHING ABOUT MAILROOM CLERK COMBS IS "CREEPY." THE ONLY THING THAT HE HAS EVER TAKEN TO ME IS THROUGH BARS. HE IS NOT A "STRAIGHT UP" MAN, BUT DOES HIS "CREEPY [illegible]," WITHOUT [illegible] COMMUNICATION OR [illegible], IN OUR CTCF MAILROOM. I TOLD C.O. COMBS THAT HE HAS "ILLEGALLY" [illegible] & STOLEN, HAD & LOST WELL OVER "2000" PIECES OF MY MAIL. I TOLD HIM STRAIGHT-UP, LOOKING STRAIGHT INTO HIS EYES: "YOU ARE A THIEF & YOU ARE NOT TELLING ME TO SIGN YOUR FORM! THAT IS JUST TO COVER YOUR [illegible]. DISPOSING OF MY MAIL, MEANS THAT YOU'RE "ILLEGALLY" WALKING OUT THE FRONT GATE WITH A "LOT" OF MY MAGAZINES & NEWSPAPERS. YOU REALLY LIKE [illegible] MY BIG SUNDAY DENVER POST NEWSPAPERS WITH EVERYTHING IN THEM; [illegible] MY TV GUIDES & NEWS WEEKS, MY MEN'S HEALTH & ESQUIRES. COMBS, YOU ARE A THIEF & YOU ARE A LYING, [illegible], "CREEPY CRAWLEY" THIEF. YOUR DISPOSITION OF MY MAIL "FORM" IS JUST FOR YOU TO COVER YOUR "CREEPY CRAWLEY" [illegible] WITH. YOU ARE A THIEF!!!"

C.O. COMBS CAME IN "THE HOLE," ESCORTED BY C.O. GROOMS, WHO IS THE "HATE [illegible]" THAT [illegible] STREAMS OF "C.S." GAS (AGAIN & AGAIN & AGAIN) FOR 4-5 MINUTES ONTO MY HEAD & FACE, INTO MY EYES, WHO INTENTIONALLY TRIED TO BLIND ME; C.O. GROOMS, THE HATE [illegible] THAT INTENTIONALLY TRIED TO BREAK MY LEFT ARM (AGAIN & AGAIN). C.O. GROOMS IS WHO ESCORTED C.O. COMBS. "NO GOOD BIRDS OF A FEATHER FLOCK TOGETHER." BOTH C.O. COMBS & GROOMS WERE LAUGHING; MOCKING & RIDICULING ME.

ALL OF MY MAIL THAT I CAN NOT NOW RECIEVE IN "SEG" NEEDS TO BE HELD FOR ME.

Michael N. Collins DOC#101218, Colorado Territorial Correctional Fac. 01/21/09

WARDEN PAMELA J. PLOUGHE, I AM BEING SUBJECTED TO "LETHAL RETALIATION"!!!

DOC MEDICAL AT CTCF NOTICE TO CEASE & DESIST!!! TRANSFERRED TO FORT LYON - ASAP!

I AM NOW BEING DENIED CAPTOPRIL, A STRONG & EFFECTIVE HIGH BLOOD PRESSURE LOWERING MEDICATION THAT I HAVE HAD PRESCRIBED FOR THE ENTIRE "9 1/2" YEARS THAT I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC SYSTEM. HISTORICALLY I TOOK CAPTOPRIL THREE TIMES PER DAY; HOWEVER, THAT WAS "CUT BACK" TO TWO TIMES PER DAY. MY BLOOD PRESSURE HAS REMAINED INORDINATELY HIGH. THERE IS NO WAY OF TELLING WHERE MY BLOOD PRESSURE NOW ACTUALLY IS, SINCE I HAVE MADE "MANY" REQUESTS TO HAVE MY BLOOD PRESSURE CHECKED TWICE PER WEEK; ALL OF MY "MANY" REQUESTS BOTH BY KITE & VERBALLY, HAVE BEEN IGNORED (AGAIN & AGAIN) NOTHING HAPPENS!!

I HAVE NOW BEEN INFORMED THAT ZESTRIL HAS BEEN SUBSTITUTED FOR CAPTOPRIL. HOWEVER, THE CAPTOPRIL THAT I HAVE BEEN GETTING WAS 100 MG TWICE PER DAY. ZESTRIL IS ONLY 40 MG ONCE PER DAY. THEY ARE NOT THE SAME; I HAVE FOUND ZESTRIL TO BE FAR LESS EFFECTIVE, "MY BODY TELLS ME SO." SINCE, MONDAY, 01/12/09 THE LAST DAY THAT I WAS ABLE TO GET CAPTOPRIL; I HAVE BEEN "MESSED UP"; BE-COMING CUMULATIVELY MORE "MESSED-UP." DR. DARROW HAS ATTEMPTED TO RE-PRESCRIBE CAPTOPRIL FOR ME; HOWEVER, THE DOC PHARMACY IN PUEBLO HAS TOLD HIM THAT THE "DOC FORMULAE" HAS CHANGED; THAT CAPTOPRIL IS NO LONGER AVAILABLE. HOWEVER, I WAS GIVEN CAPTOPRIL (4 EA PILLS OF 25 MG, INSTEAD OF 1 PILL OF 100 MG), AT OUR MED-LINE, UNTIL MY PRESCRIPTION EXPIRED. MED-LINE NURSE SUSAN MANAGED TO EXTEND MY CAPTOPRIL PRESCRIPTION FOR 7-10 DAYS, BUT AFTER THAT COULD NOT ANY LONGER DO SO. IF CAPTOPRIL IS AVAILABLE IN OUR MED-LINE, I KNOW THAT IT COULD BE AVAILABLE TO ME. I NEED CAPTOPRIL, NOT ZESTRIL. CAPTOPRIL IS EFFECTIVE ("GOOD"); ZESTRIL DOES NOTHING FOR ME. PLEASE, SEE THAT I'M RE-PRESCRIBED CAPTOPRIL.

I CAN NOT SAY ENOUGH, ABOUT MED-LINE NURSES SUSAN, DIANA, & VALERIE. THEY HAVE "GONE THE EXTRA MILE" TO HELP ME (AGAIN & AGAIN). IT TOOK FAR TOO LONG FOR DR. DARROW TO ATTEMPT TO RE-PRESCRIBE MY CAPTOPRIL, BUT EVENTUALLY HE DID TRY. IT CAN, & OFTEN HAS, TAKEN MONTHS TO RE-PRESCRIBE & RE-ORDER MEDICATIONS. AT LEAST IN PART, I AM BEING "LETHALLY RETALIATED" AGAINST, BY DOC MEDICAL. PM MED-LINE NURSE JONES, & OTHER MEDICAL STAFF, ARE OPENLY HOSTILE & CONTEMPTUOUS OF ME. I NEED TO BE TRANSFERRED TO FORT LYON C.F. - ASAP!!! I AM BEING CONTINUALLY HARASSED AND ALL THE MORE "WORSE" AT CTCF.

Michael N. Collins DOC #101218, Colorado Territorial Correctional Facility 01/20/09

WARDEN PAMELA J. PLOUGHE, I NEED TO BE MOVED TO FORT LYON C.F. - ASAP!!!

C.O. GROOMS IN SEG "NOTICE TO CEASE & DESIST!!!" CONTINUES TO "FUCK WITH ME".

IT IS "CRIMINAL MALFEASANCE!" TO HAVE ME IN "THE HOLE", UNDER THE AUTHORITY OF THOSE C.O.'S WHO NOT ONLY HARASSED & ABUSED ME IN EVERY POSSIBLE WAY, NOT ONLY DID NOTHING TO STOP THE HARASSMENT & ABUSE OF ME FROM OTHER INMATES, IN PARTICULAR ARYAN BRO' "HATE THUGS" & THOSE OF LIKE ILK, BUT ACTUALLY INSTIGATED THEIR ABUSE & HARASSMENT (OF ME). I AM NOW UNDER THE AUTHORITY OF THOSE C.O.'S WHO ACTUALLY, PHYSICALLY ATTACKED ME, WHO ARE NOW "FUCKING WITH ME" IN EVERY CONCIEVABLE WAY, PARTICULARLY C.O. GROOMS, WHO IS A WHITE RACIST "HATE THUG"!

IT MAKES NO DIFFERENCE IF A MAN IS AN INMATE OR A C.O., A BONEHEADED SHAVED OR CLOSE CROPPED "HATE THUG" IS A "HATE THUG". IT WAS C.O. GROOMS WHO SHOT STREAMS OF A 1,000 "POINTS OF PAIN" C.S. GAS (NOT "PEPPER SPRAY") FOR 1-5 MINUTES (AGAIN & AGAIN) ONTO MY HEAD, INTO MY FACE & EYES, INTENTIONALLY TRYING TO BLIND ME. IT WAS C.O. GROOMS WHO INTENTIONALLY TRIED TO BREAK MY LEFT ARM (AGAIN & AGAIN). MY LEFT ARM HAS BEEN COVERED WITH STREAKS & SPOTS OF DRIED BLOOD; "BLACK & BLUE" MARKS WHERE C.O. GROOMS "FUCKED MY ARM UP".

EVERY TIME C.O. GROOMS HAS BEEN ON DUTY IN "THE HOLE", & HE COULD "FUCK WITH ME", HE HAS. HE ATTEMPTED TO AGAIN "CRANK DOWN" HIS HANDCUFFS (I HAD A TRAY OPEN [illegible] IN SUCH A MANNER BEFORE), ON MY LEFT ARM THAT I HAD SEVERAL SURGERIES & MEDICAL PROCEDURES ON (A METAL PLATE, 2 PINS, 2 LARGER SCARS & 5 SMALLER SCARS I HAD BEEN INSERTED & REMOVED). FOR MY NOT WANTING C.O. GROOMS TO "CRANK DOWN" HIS HANDCUFFS ON ME, HE TOOK MY DAY HALL TIME, TOOK MY SHOWER TIME, SO THAT I COULD NOT CLEAN MYSELF & CHANGE. I WAS MADE TO "LIVE LIKE FILTH (AGAIN)".

AFTER I TOOK A MEDICATION, C.O. GROOMS REQUIRED ME TO DO AN EXAGGERATED FINGER SWEEP THAT WAS "CONTEMPTUOUSLY DEMEANING". WHEN I REFUSED TO DO SO, HE CALLED FOR HIS "BACK-UP" WHICH INCLUDED C.O. ROBLES, WHO IS OF LIKE ILK; ALL THREE C.O.'S WERE "IN MY FACE" & GOING TO COME IN ON ME, TO "FUCK ME UP". ALL THREE C.O.'S MADE ME DEMEAN MYSELF, AS THEY INSPECTED MY MOUTH, LIKE I WAS AN "ANIMAL".

WHENEVER C.O. GROOMS ESCORTS THE MED-LINE NURSE NOW, I AM HAVING TO REFUSE MY MEDICATION. C.O. GROOMS LOUDLY, BOASTFULLY YELLS OF THIS TO THE OTHER C.O.'S.

[illegible] DOC #[illegible], COLORADO TERRITORIAL CORR. FACILITY (01/15/09)

WARDEN PAMELA J. PLOUGHE: I AM BEING SUBJECTED TO MUCH HARASSMENT!! EVEN IN "SEG"!!! NOTICE TO CEASE & DESIST!!! EVEN IN "SEG"!!!

I CONTINUE TO BE THE SUBJECT OF MUCH ABUSE & HARASSMENT BY BOTH UNIT 3 C.O.'S & INMATE PORTERS (AT THE INSTIGATION & ENCOURAGEMENT OF C.O.'S), ONLY MORE SO WHILE I AM IN "SEG" ("THE HOLE"). MY MEDICATIONS HAVE NOT BEEN "RIGHT" SINCE I HAVE BEEN "DOWN", ONLY MORE SO OVER THE LAST SEVERAL MONTHS. SO MUCH SO THAT I HAVE BEGUN TO REFER TO IT AS "LETHAL RETALIATION". WHILE I WAS ASKING MEDICAL QUESTIONS OF NURSE VERNA AT OUR AM "SEG" MED-LINE, C.O. CORTESE CAME IN ON OUR CONVERSATION, CUT ME OFF, BEGAN TO [illegible] MOCK & RIDICULE ME.

I TOLD C.O. CORTESE THAT "THESE ARE MEDICAL ISSUES THAT HAVE NOTHING TO DO WITH YOU, & LEAVE US ALONE." C.O. CORTESE REALLY "WENT OFF ON ME", RE-ARRESTED ME IN OUR "SEG" DAYHALL CAGE, TOOK THE REMAINDER OF MY DAY HALL, TOOK MY SHOWER & SHAVING PRIVILEGES, ALL THE WHILE HE WAS ANGRILY HANDCUFFING ME (REALLY "CRANKING DOWN" THE HANDCUFFS ON MY WEAKENED LEFT ARM THAT I HAVE HAD SEVERAL SURGICAL PROCEDURES ON), "RUNNING HIS MOUTH" TO MOCK & RIDICULE ME, TO MAKE JOKES ABOUT SALSA PEPPER SPRAYING ME, & THAT HE WOULD HAVE JUST "TAKEN ME DOWN".

ALL THAT I HAVE HEARD FROM C.O. CORTESE, SINCE MY ASSAULT ON 01/12/09 BY C.O. GROOMS, WHEN HE POURED (AGAIN & AGAIN & AGAIN) STEADY STREAMS OF PEPPER SPRAY FOR 3-4 MINUTES ONTO MY HEAD & FACE, INTO MY EYES; WHEN C.O. GROOMS ATTEMPTED TO BREAK (AGAIN & AGAIN) MY LEFT ARM & WRIST, BY DRIVING MY RESTRAINED LEFT HAND IN TO MY EXTENDED LEFT ARM; ALL THAT I HAVE HEARD FROM C.O. CORTESE IS MOCKING & RIDICULING JOKES ABOUT SALSA PEPPER SPRAY, & HOW HE WOULD HAVE JUST "TAKEN ME DOWN"; HOW EVERYBODY IN HERE IS AN ANIMAL, & THAT I AM NO BETTER THAN ANYBODY ELSE.

C.O. CRUZ, WHO INSTIGATED MUCH OF THE 01/12/09 ASSAULT ON ME, OPENLY STATED THAT SHE FUCKS WITH ME ANY WAY THAT SHE CAN; THAT SHE WOULD TAKE ME INTO A CELL & FUCK ME UP. BOTH C.O. CORTESE & CRUZ OPENLY LAUGH AT ME; BOASTFULLY MOCK & RIDICULE ME. BOTH C.O. CORTESE & CRUZ OPENLY INSTIGATE & ENCOURAGE UNIT 3 PORTERS THAT COME IN "THE HOLE" TO MOCK & RIDICULE ME. INMATE BRASCIA, A UNIT 3 PORTER, WAS ENCOURAGED BY C.O. CORTESE TO OPENLY MAKE FUN OF ME THAT HE BRASHLY BRAGGED ABOUT EXTORTION ATTEMPTS TO "MAKE POINTS" WITH THE C.O.'S.

I AM ELDERLY WITH "MANY" "MEDICAL" SECURITY ISSUES. I AM AGAIN REQUESTING AN IMMEDIATE TRANSFER TO FORT LYON.

[illegible] Correctional Facility 01/13/09

WARDEN PAMELA J. PLOUGHE, DENYING ME CAPTOPRIL IS TO KILL ME!!!

"URGENT!" NOTICE TO CEASE & DESIST!!! "URGENT!"

NO MEDICAL DEPT. CAN BE AS BAD AS OUR CTCF MEDICAL DEPT IS WITHOUT INTENTIONALLY TRYING TO BE SO. OUR CTCF MEDICAL DEPT IS SO FAR "BEYOND BAD" BAD THAT I CAN ONLY WRITE THAT THEY ARE INTENTIONALLY TRYING TO KILL OR PERMANENTLY MAIM ME, THIS IS FAR BEYOND DISCRIMINATION TO BE "LETHAL RETALIATION".

CAPTOPRIL. FOR THE "9!" YEARS THAT I HAVE BEEN INCARCERATED WITHIN THE DOC SYSTEM, I HAVE HAD CAPTOPRIL CONSISTENTLY PRESCRIBED & DISPENSED FOR MY INORDINATELY HIGH BLOOD PRESSURE. I HAVE ALWAYS BEEN CLASSIFIED AS "CHRONIC CARE". I CURRENTLY HAVE PRESCRIBED & DISPENSED TO ME MANY DOSAGES OF ABOUT A DOZEN STRONG MEDICATIONS FOR SEVERAL "CONDITIONS". ANY ONE OF WHICH MAY BE [illegible] COULD VERY EASILY ARGUE BE LIFE THREATENING TO ME. I [illegible] EASILY GET "MESSED UP" WITHOUT CAPTOPRIL. I AM NOW BEING DENIED CAPTOPRIL.

I HAVE NOW WRITTEN "MANY!" "MEDICAL KITES" & MADE "MANY!" "VERBAL REQUESTS" TO THE MED-LINE NURSING STAFF THAT MY CAPTOPRIL BE RE-PRESCRIBED & THAT MY CAPTOPRIL SELF MED CARDS BE RE-ORDERED. NOTHING WAS [illegible]. I RAN OUT OF CAPTOPRIL ON MY LAST SELF MED CARD OF IT 2-3 WEEKS AGO. I WAS THEN GETTING CAPTOPRIL AT MED-LINE UNTIL MY PRESCRIPTION EXPIRED. NURSE SUSAN EXTENDED MY PRESCRIPTION FOR ABOUT A WEEK IN THE COMPUTER, BUT HAS SINCE BEEN UNABLE TO DO THIS AGAIN, I DON'T KNOW WHY, BUT MED-LINE NURSE SUSAN HAS MANAGED TO GET ME CAPTOPRIL IN THE AM. GOD BLESS SUSAN!!!

PM NURSES ARE NOW REFUSING TO DISPENSE CAPTOPRIL AT ALL TO ME. PM MED-LINE NURSES ARE OPENLY HOSTILE & BELLIGERENT; HAVE NO IDEA WHAT THEY ARE TALKING ABOUT, PARTICULARLY MED-LINE NURSE JONES. WHEN I TOLD HER THAT I GOT "MESSED UP" WITHOUT CAPTOPRIL, SHE RESPONDED THAT I ALSO GOT HCTZ & ATENOLOL FOR HIGH BLOOD PRESSURE. YES, "BUT" HCTZ IS ONLY 12.5 MG & ATENOLOL IS ONLY 50 MG; BOTH ARE ONLY PRESCRIBED IN THE AM WHILE CAPTOPRIL (MY "HEAVY WEIGHT") IS 100 MG & IS PRESCRIBED BOTH IN THE AM & PM. NURSE JONES [illegible] CAME BACK AFTER A PM MED-LINE TO TELL ME THAT ZESTRIL HAS REPLACED CAPTOPRIL ON THE DOC FORMULAE & DEMANDED THAT I TAKE IT. ZESTRIL HAS NOTHING TO DO WITH HIGH BLOOD PRESSURE. NURSE JONES DOES NOT KNOW [illegible] WHAT SHE IS SAYING NOR DOING. PLEASE, GET MY CAPTOPRIL TO ME!!!

UNDER THIS SIGN, UNDER THIS NUMBER NAME, ICON CROSS SYMBOL, UNDER THESE "SPIRIT PROMPTED" & "REVEALED WORDS" OUR "COLLINS FAMILY"; OUR "BODY OF CHRIST" WILL...

MY EYE INTO YOUR EYE, MY ARM... ONTO YOUR ARM... PREVAIL.

"7" IS GOD'S "PERFECT NUMBER" "777" IS THE NUMBER NAME OF JESUS CHRIST IN THE BOOK OF REVELATION. "777" OR JESUS CHRIST DELIVERS FROM & CONQUERS OVER THE BEAST OR "666". THE BEAST CAN MANIFEST HIMSELF IN ANY FORM, GOD CAN MANIFEST HIMSELF IN ANY FORM.

EYE INTO EYE, PREVAIL... ARM ONTO ARM; PREVAIL... THE THREE FINGER PREVAIL. "W" ALL MEAN TRINITY "OMNI" MY & OUR GREAT GOOD GOD ALMIGHTY. GOD IS OMNIPOTENT, OMNIPRESENT, OMNISCIENT; GOD IS "OMNI" GOD, GOD IS "TRINITY" GOD, GOD IS "SPIRIT ENERGY." GOD IS EVERY COLOR; YET GOD IS NO COLOR. THE GOD OF THIS WORLD IS THE "RADIANT ENERGY" OF THE SUN; THE "SPIRIT ENERGY" OF THE SON JESUS CHRIST... I HAVE YOUR BACK

777

From The Hole
Michael W. Collins
01/28/09

GOD MANIFESTS HIMSELF AS JESUS CHRIST. GOD MANIFESTS HIMSELF AS JESUS CHRIST. JESUS CHRIST IS GOD, GOD IS JESUS CHRIST. GOD IS "SPIRIT ENERGY," & HAS NO "PHYSICAL IMAGE," MAN WAS CREATED IN GOD'S "SPIRITUAL IMAGE." TO LUST AFTER THE PHYSICAL, THE CARNAL, IS TO DIE. TO LOVE AFTER THE SPIRITUAL, THE ETHEREAL, IS TO LIVE. TO FIGHT THE GOOD FIGHT, TO STAY THE COURSE FOR & AFTER WHATEVER THINGS ARE TRUE, NOBLE, JUST; FOR & AFTER WHATEVER THINGS ARE PURE, LOVELY, ARE OF GOOD REPORT; TO MEDITATE ON ANY VIRTUE & ANYTHING PRAISEWORTHY IS TO OBTAIN A STATE OF "ETHEREAL EUPHORIA." LOVE BEARS ALL THINGS, BELIEVES ALL THINGS, LOVE HOPES ALL THINGS, ENDURES ALL THINGS, LOVE NEVER FAILS. PLEASE, GOD.

777. JESUS CHRIST. WHO-RAH!!! "GOOD" SPIRITS OF GOD; PLEASE RESIDE WHERE EVER I AM. EVIL SPIRITS "STAY AWAY" FROM WHERE EVER I AM. ALL OF THESE REVEALED WORDS ARE THE SIGNIFICANT THAT

GOD, I AM NOT A "VISIONARY" MAN. I "VISIONED" THAT THE HONORABLE SPEAKER OF THE HOUSE, NANCY PELOSI, WOULD BECOME PRESIDENT OF OUR "GOOD OL' US OF A" YESTERDAY ON 01/20/09, AFTER HORRORIFIC AL-QAEDA NUCLEAR TERRORIST ATTACKS, DURING THE PRESIDENTIAL INAUGURAL PARADE & FESTIVITIES OF PRESIDENT BARACK OBAMA. HE WAS NEVER KILLED. I "KNEW" THAT HE WOULD BE, THROUGH MY "VISIONS," BUT HE WAS NOT, I AM GLAD! GOD, BLESS OUR PRESIDENT BARACK OBAMA. I AM NOT A "VISIONARY" MAN. I DO HAVE "UNCANNY INTUITION," I AM "SPIRIT PROMPTED". I JUST CAN NOT "VISION" THE FUTURE. GOD, WHAT CAN I NOW DO, FOR YOUR BODY OF CHRIST?!?!

GOD, I CAN NOW SUFFER. I NOW TAKE THE "HARASSMENT & ABUSE" HEAPED UPON ME, THE "BLOWS & STRIPES" DELIVERED UPON ME WITH GREAT JOY. GOD, "ALL" IS FOR YOUR GLORY. GOD, I NOW FIGHT THE GOOD FIGHT, & STAY MY "COURSE" IN YOUR NAME & FOR YOUR GLORY. I NOW KEEP MY "EYE ON THE PRIZE." I NOW FIGHT TO STAY A MAN, I NOW FIGHT FOR MY FORMER WIFE KAREN. GOD, IF IT BE HER & YOUR WILL, WE WILL RECONCILE & BE MARRIED, ONCE AGAIN. FOR "MANY" YEARS OURS WAS THE "GREATEST LOVING" IN THE HISTORY OF THIS WORLD. OUR "FOREVER LOVE" WAS ONCE & WILL BE, ONCE AGAIN. PLEASE, GOD.

GOD, I NOW FIGHT FOR "ALL" OF MY SONS; FOR "ALL" OF MY DAUGHTERS; FOR "ALL" OF MY GRANDSONS & GRAND DAUGHTERS. I KNOW & LOVE THEM "ALL" MORE THAN MY OWN LIFE. I WOULD FIGHT "BEYOND MYSELF," UNTIL THE "GIVING UP" OF MY OWN LIFE, FOR ANY ONE OF THEM. GOD, I NOW "FIGHT THE GOOD FIGHT" & STAY MY COURSE TO BE DELIVERED FROM MY PRISON BONDAGE; TO, GREAT GOOD GOD ALMIGHTY, LIVE & BREATHE FREE, ONCE AGAIN; TO BE THE "ABSOLUTE BEST" FATHER & GRAND FATHER AROUND, ONCE AGAIN. OUR FAMILY WILL, BY YOUR "MIRACLES," GOD, BECOME "UNDESTROYED," & THE BEST "LOVING FAMILY" AROUND, ONCE AGAIN. WE HAVE LIVED THROUGH A "WITHERED SEASON." PLEASE, GOD, NOW COME OUR FAMILY'S MORNING GLORIES!

GOD, ONLY BY YOUR MIRACLES, AS WITH JOB IN THE BIBLE, WILL MY LIFE NOW NOT ONLY BE RESTORED, BUT (WILL) GREATLY ENLARGED. GOD, I NOW FERVENTLY PRAY & STRONG OF FAITH SUPPLICATE THAT MY BROTHER TOM, & I NOW WIN A LARGER LOTTERY FOR OVER $100 MILLION. TODAY IS JANUARY (7 LETTERS) THE 21ST (7+7+7) = 7777. GOD, THERE IS MUCH POWER TODAY IN 4 "7'S" GOD, IN GREAT ANGUISHED TORMENT, I NOW CRY OUT TO YOU FOR JUSTICE. I HAVE MORE THAN "PAID THE PRICE." GOD, MY BROTHER TOM & I WILL SPLIT OUR LOTTERY WINNINGS "50/50." GOD, ALL OF MY HALF WILL GO TO BUILD YOUR 777 BODY OF CHRIST. "GOD, MAKE JUSTICE NOW PREVAIL. SOON, OUR FAMILY WILL BE FAR "BEYOND BLESSED" BLESSED, ALL WILL BE TURNED TO MY YOUR ADVANTAGE...