IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on the document filed with the Court by Claimant. This document (Document #3828) contains multiple pages of material. Claimant's document is almost incomprehensible.

      Claimant has requested an immediate transfer to the Ft. Lyon Correctional Facility (FLCF) in Ft. Lyon, Colorado. This Court does not oversee the day-to-day operation of the Colorado Department of Corrections. The Remedial Plan does not provide any basis for individual relief under the present case rulings. As Claimant is aware, the Special Masters have submitted a report and recommendation to the assigned District Judge concerning the jurisdictional issues that exist concerning inmates requesting relief under the Remedial Plan. No action has been taken by the assigned District Judge to this point.

      IT IS HEREBY ORDERED that all issues related to the request for transfer and other relief will be held in abeyance.

      SIGNED this 23rd day of February, 2009.

BY THE COURT:

/s/ *Richard M. Borchers*
_____
Richard M. Borchers
Special Master