Civil Action No 92cN-870
Claim No. 03-123
Claimant Wellman Gibson

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2009

GREGORY C. LANGHAM
CLERK

Judge Kane

I spoke with the HSA at A.V.C.F concerning me being approved for Books on tape. He verified that the A.I.C. ordered the Doctor to rescind his order signed 1-28-09 because of the Amended final order dated July 16, 08. The only final order was overturned as the AG's office said per the remedial plan & narrow limitations of Montez Books on Tape were NOT covered. The Special masters agreed BUT now D.O.C. is saying B.O.T. is a Montez issue & per the Special Masters there is nothing at all wrong with me. & ordered

the Doctor to rescind his order based on that.

I have wrote numerous times concerning this issue. Why is it ignored. I appealed the Ammended trial order on Sept 15th of 08 & I am still being ignored. I showed with a paper trail that D.O.C. filed false affidavits & is now lying about a court order. Frustrating to say the least since there is so much proof of this going on & the court ignores me. Please Respond

2-23-09

Wells

#74584

D.O.C. has either opened the door to Montez applying to upper mobility or as stated they expect the court to alow them to apply it as they want