UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

February 27, 2009

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Montez, et al v. Romer, et al**
         **Appellant: Larry Gordon**

Court of Appeals Case No. 08-1399
District Court Case No. 92-cv-00870-CMA-OES

Dear Clerk:

We hand you herewith Volume I of the Record on Appeal in the above referenced case.

I. Pleadings

                                Sincerely,
                                GREGORY C. LANGHAM, Clerk


                                by s/ B. Reed
                                   Deputy Clerk



cc:  See Notice of Electronic Filing