Fidel G. Ramos
Reg. No. 41238 / Unit 23-B-2
P.O. Box 6000 / S.C.F.
Sterling, Colorado 80751

United States District Court
Alfred A. Arraj Courthouse
c/o Honorable John L. Kane, Judge
Office of the Court Clerk, Rm A-105
901 - 19th Street
Denver, Colorado, 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR -2 2009
GREGORY C. LANGHAM
CLERK

Feburary 27, 2009

Re: Montez v. Owens, 92 cv 870-CMA-EWN-OES

Dear Honorable Judge Kane:

I am with the understanding, that in May, 2009, a hearing is scheduled, to determine if Defendants have fulfilled all court compliance orders, and reach a final settlement in this matter.

What I find disturbing, is the lack of communication between Plaintiffs and Plaintiffs counsels. It clearly indicates to me, that it nulifies the Court's awareness of what has transpired, when reviewing Defendants actions and continued medical violations.

I was brought into this civil action, based upon my medical illnesses that include my diabetese, that I

PAGE TWO

LEARNED OF IN 2004. JUST RECENTLY MY MEDICAL CODE WAS INCREASED FROM M-2-TO M-3. SINCE THE MONTEZ CASE THE MEDICAL CODE HAS BECOME INSTRUMENTAL FOR THE DEFENDANTS, TO MOVE CRONIC PATIENTS FROM OTHER FACILITIES TO STERLING, BASED UPON "BETTER MEDICAL FACILITIES." I ALSO BECAME PART OF THE DEFENDANTS-MONTEZ-RETALITORY SCHEME, TO JUSTIFY SUCH MOVES. I WAS MOVED IN NOVEMBER, 2008, FROM FOUR-MILE-TO-STERLING, IN PART CAUSE OF MY CRONIC CARE-DIABETESE-CONDITION.

IN DECEMBER, 2008, UPON MY ARRIVAL HERE AT STERLING-FROM FOUR-MILE, I WROTE A LETTER TO MS. PAULA, GREISEN, TO INFORM HER OF THIS MOVE, AND REQUESTED HER ASSISTANCE IN THIS MATTER, SINCE THIS HAS BECOME D.O.C. ACTION. MS. PAULA, GREISEN, HAS MADE NO EFFORT TO CONTACT ME. THIS IS NOT MY FIRST LETTER, PREVIOUSLY IN THE PAST I ADDRESSED ISSUES IN A LETTER, THAT PROVIDED SIMILAR INFORMATION, THAT WENT UNRESPONDED TO.

PRESENTLY, I AM NOW BEING DENIED MY DIABETESE MEDICATION. GLUCOVANCE IS 'MANDATORY', TO MAINTAIN AND CONTROL MY SUGAR BALANCE. GLUCOVANCE, IS FOR TYPE II DIABETICS AND IS EQUIVILENT TO INSULIN, FOR TYPE I DIABETICS. I NEVER HAD THIS PROBLEM AT FOUR-MILE. HOWEVER AT STERLING-THAT IS TO HAVE A BETTER MEDICAL FACILITIES, AND IN PART THE JUSTIFICATION TO TRANSFER CRONIC PATIENTS TO STERLING FOR BETTER MEDICAL TREATMENT, IS DENYING ME MY DIABETIC MEDICATION.

PAGE THREE

It has been medically well established, that diabetese damages the lungs, liver and heart, when not treated properly. To deny me my diabetic medication, is a "medical negligence", and without proper medical treatment by their negligence, endangers my health, and contributes to the damage of my lungs, liver and heart.

There is no sense, to write Ms. Paula, Greisen, since she has failed to make contact with me. However it is my obligation to this Honorable Court, to bring these matters to you attention, and report what is transpiring between Plaintiffs and Counsel, as well as actions of defendants, such as in this situation, discontinuing and denying me my Glucovance, and putting my safety and health in danger. A few day's ago a prisoner died in the population. He collapsed, on the floor in the unit, and it took medical-"twenty minutes to respond to the emergency", only to see the prisoner dead.

I am requesting this Honorable Court, to investigate Sterling's Medical Operations, and to take into consideration, when hearing's are held, if defendants are complying, to successfully be granted a settlement.

I present these issues, out of past experiences, since the Ramos v Lamm, Case No. 77-K-1093, has went astray of it's settlement, and previous to that settlement I was not informed of the conditions of the settlement

AGE FOUR

LETS NOT ALLOW THE MONTEZ CASE COME TO THE SAME CONCLUSIONS, OF DEFECTS. LETS GET IT RIGHT.

I REMAIN:

RESPECTFULLY SUBMITTED,

Fidel G. Ramos