Ben Padilla #82114
FLCF - P. O. Box 1000
Fort Lyon, CO 81038-1000
March 3, 2009

Office of the CLerk
UNITED STATES DISTRICT COURT
Alfred A. Arraj Courthouse
901 - 19th Street, Room A105
Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -5 2009

GREGORY C. LANGHAM
CLERK

RE: Status Case #92-CV-00870-CMA-OES

Dear Clerk:

    I am writing this letter in the hopes of gaining an insight into the status of my claim which has taken quite awhile to see something come of them. I am aware that the court is overwhelmed with cases pending and working their way through the cogwheel of justice, but this case has gone on for sometime now and the court has taken well over 8 months now to respond.

    I would appreciate a heads-up and to know the status of my case. I want to move on with this and take it to the next level if need be. Please advise. Thank you for your time and consideration in this matter.

Sincerely,

Ben Padilla #82114

cc: file