**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-CMA
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

BILL OWENS, et al.,

    Defendants.

---

**ORDER RELATING TO REPORT AND
RECOMMENDATION OF SPECIAL MASTERS**

---

On December 16, 2008, the Special Masters submitted a Report and Recommendation seeking further guidance from the Court with respect to what jurisdiction exists under the Remedial Plan and subsequent stipulations to allow individual inmates to seek relief from the Court and whether individual *pro se* motions seeking personal relief are subject to adjudication by the Court. The only response filed to the Report and Recommendation was a filing by Class Counsel indicating that the parties had different positions on this issue and requesting that the matter be set for oral argument.

Because Class Counsel and Counsel for Defendants have different positions on this issue, Section XXXVI.A. of the Remedial Plan is triggered. This provision provides the following process for resolution of disputes concerning the interpretation of the Remedial Plan:

> In the event the Parties are unable to resolve their disagreement concerning the rights and obligations under or concerning the proper interpretation of this Remedial Plan, representatives of each Party shall confer and attempt expeditiously and in good faith to resolve their disagreement.

As such, the Court directs Class Counsel and Counsel for the Defendant to confer and attempt expeditiously and in good faith to resolve any disagreement regarding the appropriate interpretation of the Remedial Plan.

On or before April 1, 2009, Class Counsel and Counsel for the Defendant are to file a status report with the Court outlining the efforts made to resolve any disagreement regarding the appropriate interpretation of the Remedial Plan and the status of such efforts. In the event the Parties have been unable to resolve their disagreement, the Parties are to submit their respective positions and bases for such positions in writing to the Court by no later than April 15, 2009. The matter will then be set for hearing.

DATED: March  5 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge