IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number X-336
Category: III
Claimant: James Robert Hobson, #109799
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on his own motion. The Special Master previously ordered that Claimant would need to file a supplemental form and to indicate why he waited to file his claim. Despite being granted up to and including January 30, 2009 in which to respond to the order, Claimant filed nothing further.

      A show cause order was issued to Claimant. He was granted up to and including February 24, 2009 to show cause why his claim should not be dismissed. Claimant has filed nothing further. The claim will be dismissed.

      IT IS HEREBY ORDERED that the claim of James Robert Hobson is dismissed, as he has failed to file a supplemental form and to indicate why he waited to file his claim; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 11, 2009.**

      SIGNED this 5th day of March, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master