Cival Avtion No, 92-N-870(OES)

JESSE MONTEZ, et al.,

Plaintiffs

V.

BILL OWENS, et al.,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2009

GREGORY C. LANGHAM
CLERK

---

Claim number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address: A.V.C.F. Box 1000, Crowley, CO. 81034

---

Status REquest and Request for Court Order

---

    I have been trying to find out the status of the appeal I filed ON Sept, 15,2008 ? I filed the appeal on the ammended final order signed on July 16,2008. The appeal was filed with Judge Kane per the instructions in the amended order of the special masters. Every request I have sent is forwarded to the special master and then I receive A notice from them telling me they sent my request to Judge Kane and then I hear nothing!
    D.O.C. has contacted people concerning disabilities (Jewish Braille Institute) and instructed them not to corespond with me or even acknowledge my attempts to contact them. D.O.C. has A procedure for one to obtain books on tape that is outside the scope of MONTEZ. Doctor Aasen signed an approval for me to obtain books on tape from Colo. Talking Books on 1-28-09. LT. Steinbeck here at A.V.C.F. contacted the AIC when he found out I had been approved, she then contacted the Doctor and told him they had A court order stating I was to receive nothing. Court order she is using is the one I have appealed and never received any word about. The Doctor then rescinded the order and as I said some one contacted J.B.I and told them the same thing (no one will say who). I also have books in the mail room (LARGE PRINT) and religious (Jewish) and again the same person (LT. Steinbeck) tells me they will be destroyed, because J.B.I. sent them to me.
    I am also requesting A Court Order be issued instructing D.O.C. to not destroy any material sent to me and to cease contactingpeople and telling them I obtained Books ON Tape fraudulently.
Also I have obtained help in doing this, I just see no reason to speak in the third person in doing this.

March 1,2009

Respectfuly

*[signature: Wellman Gibson]*