```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX017090
Cashier ID: sg
Transaction Date: 03/05/2009
Payer Name: STATE OF COLORADO
-----------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $4.64
-----------------------------------
CHECK
 Check/Money Order Num: 8000
 Amt Tendered:  $4.64
-----------------------------------
Total Due:       $4.64
Total Tendered:  $4.64
Change Amt:      $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399