3/5/09

Judge John L. Kane,
Alfred A. Arraj U.S. Court House A 838
Court Room A 802
901 - 19th Street
Denver, CO, 80294-3589

92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR -9 2009

GREGORY C. LANGHAM
CLERK

Dear Judge Kane,

I'm writing you in reference to the Montez case which was signed by a Federal Judge, concerning the disabled and blind inmates.

I'm legally blind and unable to walk. And having problems with Ms. Chesnut, N.P. giving me proper medical treatments.

Please advise me by return mail that you have received this letter.

Sincerely,
Dean Gates

Dean Gates 118740
F.L.C.F. CH 5- Rm 329
P.O. Box 1000
Ft. Lyon CO. 81038