IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA(Consolidated with Civil Action N. 96_CV-343)

JESSE MONTEZ et. al.
Plaintiffs.

v.

BILL OWENS, et al,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2009

GREGORY C. LANGHAM
CLERK

Claim Number 03-377
Category III
Claimant: Ronald cordova, 57350
Address: SCF  Unit 1-B-12, P.O.Box 6000, Sterling, Co 80751

MOTION FOR RELIEF,

COMES Now, the Plaintiff, Ronald Cordova, pro se, request Relief, pursuant to Remedial Plan, dated August 27, 2003, section XXXVI Miscellaneous Provisions. In the event the Parties are unavailable to resolve their disagreements, and one party seeks to assert a violation of this Remedial Plan against the other parties, the parties will submitt the issue to judge Kane for resolution.

1. The Plaintiff, Ronald Cordova, contends he has been subjected to constant discrimination and harassment and retaliation as a class member of Montez et al, for the following information and facts: by DOC staff and medical personal.

2. The Plaintiff, had two hearing conducted at AVCF to determine his claims of Mobility and vision., under the ADA 42USC §12101 and Rehabilitation Act, 29 USC §794. One hearing on January 24, 2008 and Mat 12, 2008. After the hearings the Special Master determined from the evidence presented and reflects that the plaintiff has trouble walking. This is determined to be a major activity of daily life, Claimant is a member of the class. See page 8, of Final order, date June 25, 2008.

3. Since the issue of the final Order, of June 25, 2008. DOC and Medical staff have refused to honor the order of the Special Master, Judge. R. Borchers. And the Plaintiff has been subjected to constant discrimination and harassmen/retaliation. And been denied the right of access to its ADA, to programs and services consistent with legitimate penological interests. DOC just refuse to comply with Remedial Plan and to March Stipulations and  the final order of June 25, 2008.

4. Plaintiff, was constantly harassed and discriminated agaisnt by Sgt. Dowling of Unit 4, AVCF. Plaintiff, reinjured his right knee on about 11-8-08. On 11-18-08 I had an medical appointment and was seen by P.A. Ted Laurence. He refused to see me because I was a member of Montez. He said he does not see inmates who filed law suites agaisnt him.

5. I was senn the following day by P.A. Singh, he didnothing, but cause me pain by jerking and twist my knee aggressively. I asked him to stop. He said that is the way he examines his patients. He did not take xray or order them for a later day. He did give me a ace bandage for the knee and crutches because I needed them to walk.

I was sitting in the handicapped area when I would go to chow. On several occasions I was confronted by Sgt. Dowling who was my supervisor in the living unit. Where I lived. All officers in the chowhall knew of my condition and that I was moblity impaired. And that is why I sat in the handicapped area. After I no longer need my crutches and counld managed to walk, I still sat in the handicapped area. But I was confronted by Sgt. Dowling, and he constantly made remarks about Montez members and the problems they caused DOC. He asked why I was sitting in the handicapped area. I said because I am mobility impaired. He said he was going to check.

I went to see, Capt. Serena, and I explained to him and showed him the Special Master's final court order. He told me I had to sit in the handicapped area. I did. But I was confronted by Sgt Dowling again, he said he check and that I was not part of Montez. et al. I did move, but on the following day 11-14-08. Sgt Dowling again approached me and said I was going to get a write-up. A COPD disciplinary report.

I showed my case manager two court orders from the Special Master Borchers. Mr. Vigil my case-manager took the court orders to make copies or show them to someone else. I did not like the idea of giving my legal papers to DOC for copying.

According the the Remedial Plane, page 1, after an inmates had been identified with a disability under the remedial plan, a copy of a INMATE VERIFICATION FORM shall be forwarde to the ATC office.

This was never done, and I don't know who's responsibility it is. But I believe the Attorney General office after receiving the copy of the final court order should have contacted the Defendants regarding my mobility impaired status.

Now I have had problems since the begining with Cathie Holst and her office and her appointment as ATC. She is a State employee, there is a conflict of interest and I filed a objection when she was first appointed. She cannot give a honest or unbias opinion or resolution to any Montez grievances. She has constantly interferred with claims being filed. She was deny claims, without authority.

I have sent papers and notified Judge R. Borchers of my problems as a class member and that I was found guilty for sitting in the handicapped area. He said its a jurisdictional problem for Civ. Rul 106 and that he could not rule. I don't believe that is right. Its clearly a violation of the ADA and rehabilitation Act. We are not suppose to be subjected to dis-crimination or denied the programs and services of benefits associated with are disability. Being denied the right to sit in handicapped area, was discrimination by Sgt Dowling. The hearing board refusal to accept the Special master court order as proof of my disability was denial of Due process of law in a COPD Hearing. I have been found guilty three times because of my disability, for having prescribed knee bracse. How can this be going on. Only becaus DOC believes they are above the law and a law to them selves.

I still have not received the returne of the appeal. I was transferred Feb 4, 2009 from AVCF. I believe it was retaliatory, because I wrote and sent information to Judge R. Borchers of the conditions I was experiencing.

Prior to my transfer from AVCF, T was subjected to lost of single cell and forced to move to second tier by Sgt Dowling. And climb stairs in order to work or keep my job. On Feb 3, 2009 T was call to my case-manger office. Mr. Vigil told me T was going to be transferred, T told him T wish to exercise the OPT Out procedure of the Remedial Plan page 6. He did not ever know what T was talking about. That is been one of the biggest problems with DOC Staff they refuse to read the Remedial Plan and follow its agreements as well as the March Stipulations.

The following day T gave a written Notion to Mr. Vigil my case manager. And asked for a copy of the Notice T gave him. T was moved the next day and never got a copy. Upon my transfer to Cellhouse 5, T was denied my medication, diabetis fingersticks. and also at Denver diagnostic Center. Plus we only got to eat a piece of dryed cake and one hot meal. When T arrived at Sterling Correctional facility, T was placed in lockdown and told T did not have diabetis. T could not get my meds at first until T complained. T was subjected to lockdown in a segrragation unit. and still lockdown, T can only go to chow now and law library. My restrictions are a higher classification then what T was or where T was at. According the Remedial Plan of August 27, 2003.

Page 4, V. Placement:

> 4th Paragragh: "Inmates who are currently in DOC and are moved to a designated facility because of a disability and pursuant to this agreement will have the same privilges and property rights ast they posses in their current placement.

T did not received the same rights and privileges: Pursuant to the Remedial Plan My personal property was trashed by two female officers, Ms. Christian and Peck. My property was dump from all its legal folders, every envelope/letter out a window. when T tryed to talk T was threaten. T can't explain the evil that is present in some of these Guards. T am so angry with the uncalled conduct of these two officers, that T can't fully explain.

Page 5. VI Designated Facilities:

In pertinent part:   ...Inmates shall not be housed at higher security facilities soley because of their disability.

I am being held in a higher security facility, and subjected to harsher conditions. I have lost my job, I do not have any knee braces for my disability as of yet. Medical has not called me but one time and cancelled the appointment. There are NO - NON accommodation here that T did not have at the last facility. Nor is there any accommodation that this facility can offer T did not get at or, had at last facility.  Its been since june 25, 2008 that judge R. Borcher made his determination regarding the facts and evidence presented to the two hearings held at AVCF. And DOC has failed to accommodate the plaintif with his knee braces that was prescribed By Dr. Patterson. The only expert to examine the plaintiff. T am subjected to lost of privileges and property. My personal glasses were taken and according to the REMEDIAL PLAN and the STIPULATIONS OF April 4, 2008. Inmates glasses will not be taken until a replacement pair is issued. Now T have been grandfathered to have two pair of glasses. My personal glasses was my new prescription and the old DOC issue was from years ago and was for reading only. T should have been allowed to keep my new glasses until a replacement pair is issued. That was agreed upon by both parties under Montez, and signed by you. Judge, John Kane.

I can described all the problems and issued in detail, because there are to many since I was at AVCF. I am very up-set that my eye glasse were taken in violation of the Montez Remedial Plan and the Stipulation aggreed upon by both Attornies. And a medicine bag that I have had for over 16 years in which they claim there never was in my property. It was when I left AVCF

I have written several letters/pleading regarding the discrimination and harassemnt retaliation I have been subjected to as a class-member. All the information has been sent to Judge, Borchers, and he said he was going to decide at a hearing in abeyance. but he did not think he had the jurisdiction to reversed the COPD that was a result of discrimination by Sgt Dowling. Its clear that the Judges final order was issued and a certificate of service went with the order to let all parties in volve to know the Judge's decision. The Attorney General is responsible for keeping the Defendants aware of all orders and final de-cisions.

Finnally, I believe the office of the AIC is responsible for my move to a higher security facility, and the lost of my property. And the non-compliances with all the Montez et al pleading Remedial Plans and Stipulation agreed upon.
Cathie Holst should have made sure of the conditions to another facility did not violate any of the agreements by parties involved. Also, her office and staff are required to follow and obey the agreements agreed upon Under Montez et al.
Cathie Holst office has failed to honor the Opt out option under the Remedial Plan the Plaintiff gave his case-manager Mr. Vigil. I also requested a copy of the Notice I gave Mr Vigil to send to Judge Borchers. I have not received a copy of that Notice. This is one of many reason why Cathie Holst cannot be unbias, she is a DOC employee. There will always be a conflict interest with her and her staff.

I believe that very few violations, and or, non-compliance with the Remedial Plan and Stipulation would have happened if there would have been someone else outside of the DOC had been appointed as AIC Coordinator. Also, there is a problem that many of the class member feel needs to be address. And that is counsel for the class representation is a dead issue. I know of several inmates who wrote letters regarding the violations or problems with ADA matters. This includes Vision/mobility and diabetis and the way medical treats or provides the care needed. As a matter of facts this Facility that I am at now, I can't go to the same medical-line and get my fingerstick and meds. I have been told after waiting in line to get a finger stick. I had to get back in line for my meds. After waiting 15 to 20 minuts each time. Half the time I can't get my meds, because nurses don't know or can't find my medicine. There are so many problems all through DOC. Most Inmates are just to illiterate to write and explain to the courts. There issues are not frivolous, and when they can write., and do write. The class counsels just don't answer. I have mention this to judge Borchers. And that is why I stop sending then a copy of the pleading I send to the court. If class counsel don't care, then they don't need to be informed. And that is why I feel they have not had Colorado prisoners best interest at hand.

The Aic Office and grievance system does not work, and I believe its because its part of DOC. So there is a bias against inmates. I have filed two grievances, one regarding the issue of a Verification form pursuant to Remedial Plan. And another for accommodations, its been since June 25, 2008 that Judge R. Borchers issued the "FINAL ORDER regarding me as moblility impaired and DOC/Medical still does accept the fact of my disability and the Special Master's Final Order. Shirley Steinbeck, AVCF Liaison, recently sent me a memo. Stating the Facility received the final order jan 21, 2009. It was my copy of final order, that I let my case-manager use to show the Warden, Michael Areillano. I know Judge, Borchers did not

4.

send a late copy to AVCF. Judge. Borcher, according to certificate of service had already sent a copy to Attorney General Office June 25, 2008. As required by the rule. I have sent the Special Master several documents as proof DOC has not regarded its final order with any authority. Only when the Federal Court starts to fine DOC in contempt for non-compliances will they comply to the Remedial Plan and to the Stipulations agreed upon.

At present I have lost privilges/property and subjected to a higher security because of my disability. Its been since 9-7-06 that I have had knee braces for my disability. And now it the third time I have received COPD disciplinary charges for being disabled. And I still do nor have knee bracesm that have been prescribed. Medical is claiming there the ones who will decide if I am disabled. I can't count the times I have been told I must under go an examination to determine if I am disabled. I can't get a job until I get knee braces, I can't go to yard because I don't work. I had a job at the last facility. I can't call my family of week ends at night. Because we are locked down, its a higher security then where I was at. I can't have friends in my cell to talk with at before. There is so much security that prevents privilges that I had at AVCF. I have been threaten that if I don't find a job. I will be placed in segragation lockdown. My legal mail is constantly late, and not given according to A.R. rules or regulations. I am being Punished because of my disability and the lost of property/privileges. All in violation of the AMerican Disability Act and Rehabilitation Acts Under MONTEZ et. al. v. BILL OWENs and Remedial Plan of August 27, 2003 and April 4, 2008 Stipulations.

WHEREFORE, the Plaintiff, Prays the Honorable Court please take into consider all the facts and issues of non-compliance of Montez et al. Remedial Plan. And grant the following relief. Order DOC and Medical department to comply to the Final Order of the Special Master, Judge. Richard Borchers. Order Medical to replace the knee braces that was prescribed and a Cane to help Plaintiff walk. Restore all property taken upon transfer to another Facility. Restore and replace his <u>medicine bag</u> with precious stones that was in bage. Legal folders and other property taken because of failure to honor Remedial plan. <u>Return of personal eye glasse</u>. And returned to same classification and security as before according to Montez et al. In alternative, a transfer to Ft. Lyon or Territorial prison, or Canon City complex. And any relief this Court feels proper for the above violations.

March 9, 2009

Respectfully submitted

*Ronald Cordova*
Ronald Cordova, 57350
SCF       Unit 1-B-12
P.O.Box 6000
Sterling, Co 80751