# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

TO: Clerk,   Date: 3-5-09

State your issue in detail: i am a Blind indigent inmate in Oregon being Blind i have not access to different formats, i can not use Telephone or have access to Computers, my request is i wish for a copy of the following Complaint

Jesse Montez v. Bill Owen
Case # 92-CV-00870 EWN
a ADA Class Action
"Free Matter for Blind or Handicapped" (My address Reverse Side) i wish Complaint, and any Opinions or Judgments Remember i am indigent But i believe you can mail this request, by Writing in top Right hand corner of envelope. Thank you
Name & Address — Reverse Side —

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2009

GREGORY C. LANGHAM
CLERK

| Inmate Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Kenneth ThunderBird | 3525722 | 8-313 |

Response/Action Taken:

Date Received: _____   Referred To*: _____

Date Answered: _____   Signature of Staff Member: _____
*If forwarded, please notify the inmate

CD 214 (12/04)

# OREGON DEPARTMENT OF CORRECTIONS
## INMATE COMMUNICATION FORM

**FROM**

INSTITUTION: TRCI
INMATE NAME: Kenneth ThunderBird
SID #: 3525722
UNIT/BUNK: 8-3B
ADDRESS: 82911 Beach Access Rd
Umatilla, Oregon 97882

**TO**

NAME: United States District Court
TITLE: Office of Clerk
ADDRESS: 901-19th Street, Room A105
Denver, Colorado, 80294-3589

--------------------(Fold Here)--------------------