IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-314
Category: Untimely Filed Claim
Claimant: Robert C. Olson, #44692
Address of Claimant: Independence House, 1479 Fillmore Street, Denver, CO 80206

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on the claim of Robert C. Olson. Claimant initially filed his damage claim form on November 12, 2008. An order was issued to Claimant directing him to provide additional information, as it appeared that the claim dealt with incidents that had occurred after August 27, 2003.

    Claimant did not respond to the first order. The Special Master determined that Claimant had been transferred to a community corrections placement. A new order was issued on February 13, 2009 directing Claimant to respond on or before March 9, 2009. Nothing further has been filed by Claimant.

    The initial damage claim form does not indicate when Claimant came into DOC custody. The DOC Inmate Locator reflects that Claimant was sentenced in three courts in late 2007, with the last sentencing occurring on December 5, 2007 in Arapahoe County. This date would indicate that Claimant came into DOC custody shortly thereafter. Claimant has been in custody previously, as reflected by his DOC number.

    All of the allegations in the damage claim form reflect something that has occurred at the Sterling Correctional Facility since Claimant returned to DOC custody in late 2007. The Remedial Plan allows for the filing of a damage claim for something that occurred on or before August 27, 2003. Claimant has failed to alleged that to be the case. Claimant cannot pursue his damage claim

for something that occurred in 2007-2008.

IT IS HEREBY ORDERED that the claim of Robert C. Olson is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 26, 2009.**

SIGNED this 13th day of March, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master