**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JESSE MONTEZ et al.,
Plaintiff.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AFFIDAVIT

v.

MAR 18 2009

BILLOWENS et al.,
Defendants.

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-N-870
No. 96-N-343

AFFIDAVIT OF RONALD CORDOVA, 57350

I, Ronald Cordova, pro se, being duly sworn according to the law depose and say, that I am the Plaintiff in the above entitled proceeding.

1. The Plaintiff, Ronald Cordova, a member of the class of Montez et al., is constantly being discriminated/harassed and retaliated against as a member of the class. By Department of Corrections and Medical staff(s).

2. Plaintiff contends that DOC and Medical refuse to comply to the Special Master's "FINAL COURT ORDER, DATED JUNE 25, 2008", where upon after two hearings (1-24-2008 and 5-12-2008) at Arkansas Valley Correctional Facility Judge, R. Borchers determined and declared the Plaintiff Ronald Cordova MOBILITY IMPAIRED. Since that time the Plaintiff has been subjected to discrimination/harassment and Retaliation and received a COPD disciplinary report for sitting in handicapped area. And found guilty.

3. Plaintiff was transferred to Sterling Correctional Facility, even though he gave Notice to Opt out of placement at designated facilities. To his case-manager Mr. Vigil on Feb 3, 2009. Pursuant to REMEDIAL PLAN OF AUGUST 27, 2003. The Plaintiff was moved to SCF on Feb 10, 2009 and subjected to violation of the Re-Medial Plan, page 4 and 5, lost of property and privileges and rights he possessed in his current facility. And subjected to higher security., causing harm and non-compliances with REMEDIAL PLAN AND APRIL 4, 2008 Stipulations.

4. Since Plaintiff's arrival at SCF he has been subjected to discrimination and threats. DOC Staff have tried to force the Plaintiff to move to second tier, forcing the plaintiff to climb stairs. Plaintiff has been observed by DOC staff to determine if he has a disability. He has also been told he does not have disability according to DOC Computers. Plaintiff has not received any of the Accommodations he has requested or has had in the past. (Knee braces to support his disabled or instability in knees, also he has request a walking cane.) None hve been given. Its Medical's stance that Chief Medical Officer. Ms. Frantz and medical staff have not determined if Plaintiff has a disability. Thus, refusing to recognize the Special Master's Court Order of June 25, 2008.

WHEREFORE, the Plaintiff prays this Honorable Court will grant a "Injunctions Temporary Restraining Order" to stop on going conduct that is illegal accord-ing to Remedial Plan and Stipulation agreements by both parties to this action. Plaintiff is subjected to on going harm and irreparable harm do to the fact DOC/Medical has falied to give follow-up treatment that was recommended over 16 years or more.

_Ronald Cordova_ 57350
Affiant

Acknowledged to before me this 16TH day of March, 2009
Notary public _____
MY COMMISSION EXPIRES 6/3/2012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated with Civil Action No. 96-N-343

JESSE MONTEZ et. al.,                    )
Plaintiff,                               )
                                         )          ORDER TO SHOW CAUSE FOR
v.                                       )          PERLIMINARY INJUNCTION AND
                                         )          TEMPORARY RESTRAINING ORDER
BILL OWENS, et. al.,                     )
Defendants.                              )

Claim number 03-377 (formerly 02-457)
Category III
Claimant: Ronald Cordova, 57350
Address: SCF     B-1-12
P.O.Box 6000
Sterling, Co 80751

     Upon the complaint, supporting affidavits of Plaintiffs sworn to the _____
day of _____, 200__, and the memorandum of law submitted herewith, Plaintiff's
claims for injunctive relief are authorized by 28 USC scetion 2283 & 2284 and
Rule 65 of the Federal Rules of Civil Procedures., it is:

     ORDERED that Defendants, Chief Medical Officer. Dr. P. Frantz of the Depart-
ment of Corrections, Executive Director Aris Zavaras, Warden, Kevin Milyard and
any other personel/staff show cause in room_____ of the United States Courthouse,
901 19th Street, Denver, Co 80294. On the _____ day of _____, 200___, at
_____o'clock. why a preliminary injunction should not issue pursuant to Rule
65 (a) of the federal rules of civil procedures enjoining the defendants, their
successors in office, agents and employees and all other paersons acting in con-
cert and participation with them, from discrimination/herassment and retaliations
in violation of the Americans with disabilities Act 42 USC §12101, and Rehabili-
tation Act 29 USC §794. And to comply with Special Master's Court Order, dated
June 25, 2008 regarding the Plaintiff's Mobility disability.

And that correct information be entered into DOC Computers, regarding Plaintiff's
Mobility impairment. And that a correct ACCOMMODATION RESOLUTION be issued to
show the correction restriction of the Plaintiff., and comply with Remedial Plan
and April 4, Stipulation regarding reasonable accommodation of knee braces and
walking cane to help Plaintiff walk. And that Plaintiff not be forced to live
or move to second tier that would cause on going harm, the return of all property
rights and privileges pursuant to page 4 of Remedial Plan. And that plaintiff be
returned to same security level as current facility, pursuant to page 5 of Remedial
Plan as agreed to by both partie in this action. And that Defendants honor the
Opting-out of placement agreement. Plaintiff provided his case-manager Mr. Vigl
a written Notice as required to the agreement of remedial plan. And for the
Defendants to comply to all agreements within Remedial Plan of August 27, 2003
and the April 4, 2008 Stipulations agreements.

     It is further Ordered that effective immediately, and pending the hearing
and determination of this Order to show cause, the defendants, Chief Medical-

Officer, Executive Director of DOC, Warden, kevin Milyard, both DOC staff and
Medical staff/officers, agents, employees and all persons acting in concert or
participation with them, are restrained from any future conduct the Plaintiff
complains about in this requested motion. And that Defendants comply to all of
the agreements in REMEDIAL PLAN OF AUGUST 27, 2003 AND APRIL 4, 2008 STIPULATIONS.

It is FURTHER ORDERED that the order to show cause, and all papers attached to this
appliaction, be served on the aforesaid defendants or his counsel on or before
by _____, day of _____ 200__.



_____
dated
United States District Judge.