92-cv-00870-CMA

Judge, John Kane
U.S.District Court
901 19 th Street
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2009

GREGORY C. LANGHAM
CLERK

Dear Judge,

    I am submitting this Affidavit and request for Injunction for the on going violation of Montez et al.

I believe I have good cause because DOC Staff continue to deny the Special Master, Final order of June 25, 2008. Just about everyday since I was transferred I have experience some kind of discrimination or harassment regarding my disability.

It seems "NO" one wants to accept the fact that Judge, Borchers has made his decision regarding my Mobility claim. Twice I have been approached and was told I would be observed by staff, and they would determine if I was disabled. just last Saturday i was told to move to the second tier that they needed my bottom bunk for some one who was disabled. I told them that is why I am in the bottom bunk. the officer said I have no verification of any disability, nor was I a part of Montez, and that there is nothing on there computer.

This is simular to what I was experiencing at Arkansas valley Correctional facility. Plus, constant harassment by a Sgt. Dowling. For some of these reasons stated above I feel that I must file for my own protection these motions.

please consider the information I have given in support. Because I believe DOC and medical are both in non-compliance with Montez et al Remedial Plan of August 27, 2003 and the recent April 4, 2008 Stipulations agreements. There has been NO Verification form regarding my disability since the Judges court order of June 25, 2008. according to Remedial plan, page 1. there should have been issed a form regarding my disability. Also, the Accommodation resolution just issued contains inaccurate information and does not state my restrictions. Nor have I been given knee braces or cane to support my disability.  Thank you for your time.

March 16, 2009

Respectfully

*Ronald Cordova*
Ronald Cordova,   57350
SCF         B-1-12
P.O.Box 6000
Sterling, Co 80751