IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.        **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Ulysses S. Grant, Claim number 03-292

### ORDER

Kane, J.

This matter is before the court on Claimant, Ulysses S. Grant's Objection to the Final Order by Special Master (doc. #3353). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that the claimant failed to prove that he was disabled as defined in the Settlement Agreement. Dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3148) is AFFIRMED.

Dated: March 19, 2009

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Grant.