IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Charles R. Stroud, Claim number 03-350

## ORDER

Kane, J.

This matter is before the court on Claimant, Charles R. Stroud's Objection to the Final Order by Special Master (doc. #3331). The court has reviewed the final order and the objection and finds as follows:

In a favorable ruling, the Special Master found that Mr. Stroud was in fact disabled as defined in this case, and was discriminated against by the Colorado Department of Corrections. An award of $500.00 was made. This court finds that award is appropriate in this circumstance. Additional matters that Mr. Stroud has raised regarding the quality of treatment and medical care must be addressed in a separate individual action, as they cannot be resolved as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #3154) is AFFIRMED.

Dated:   March 19, 2009

                                        BY THE COURT:

                                        *s/John L. Kane*

JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Stroud.