# LRC *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
303-426-7365
303-426-7714 (FAX)
1-888-881-7365 (Toll-Free)
RMLRC @ AOL.COM

Lynda Rowe, Administrator

Judge Richard M. Borchers
Judge Richard C. Davidson
Judge Donald E. Abram
Judge James N. Wolfe
Judge Michael R. Enwall
Judge Bruce D. Pringle
Judge Stephen L. Carter
Judge Kenneth M. Plotz
Judge Patricia Madsen

Other Offices:
Denver
Denver Cherry Creek
Denver Tech Center
Boulder
Colorado Springs
Grand Junction
Fort Collins
Cheyenne, Wyoming
Omaha, Nebraska
Salt Lake City, Utah
Minneapolis, Minnesota

March 16, 2009

Ms. Wendi Copello
Deputy Clerk
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

*Sent via e-mail to: Wendi_Copello@cod.uscourts.gov*

RE:  *Montez, et al. v. Owens, et al.*
Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)
Claimant:  Ethel White, Claim #: 03-441

Dear Wendi:

On behalf of Special Master Borchers, I would like to request the temporary return of the above-referenced *Montez* claimant's file to our office. The file will be picked up at the courthouse by Special Master Borchers some time this week.

We will return the file to the U.S. District Court as soon as possible. We appreciate your kind assistance in this matter. Please call me if you have any questions regarding this matter. Thank you.

Sincerely,

Susan L. Carter
Assistant to the Special Masters

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   92-cv-00870-CMA-OES

Montez, et al,

        Plaintiff,

v.

Romer, et al,

        Defendants.

---

## RECEIPT FOR FILE (Ethel White 03-441)

Received by _Richard M. Borchers_, the following file and documents in the above entitled action:

Ethel White 03-441

_____      _____
Deputy Clerk                                  Special Master

3/20/09
Date                                          By: _____

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2009 MAR 20 PM 1:10
GREGORY C. LANGHAM
CLERK
BY_____DEP. CLK