Case No. 1:92-cv-00870-CMA-MEH Document 3866 filed 03/20/09 USDC Colorado pg 1 of 18

Arkansas Valley Correctional Facility 03/21/09
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002
Civil Action No. 92-cv-00870-CMA JESSE MONTEZ -vs- FIGUEROA
URGENT! URGENT! HELP!!! 777 !!! HELP! URGENT! URGENT!
LEGAL BRIEF & FINDINGS OF 03/21/09, SUBMITTED BY MICHAEL N. COLLINS

Page 1 of 6

DEAR JUDGE CHRISTINE M. ARGUELLO: I AM NOW RUTHLESSLY & SADISTICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" (ANY PRETEXT), & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'s & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'s (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'s & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME WITHIN A.V.C.F.)

BE IT RESOLVED THAT, AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "MANY" & "MEDICAL & GENERAL GRIEVANCES" SEEKING "FAIR" & "EQUITABLE REMEDIES"; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "VERY" & "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ'S - OWENS CLASS ACTION CIVIL LAW SUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN). SAID DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY; TO BE SO BLATANTLY & OBVIOUSLY, IN ACTUAL FACT, "VERY" & "AGGRESSIVE RETALIATION AGAINST THE CLAIMANT" & "HEAPED RETRIBUTION UPON HIM (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE" & "LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE," OR EVEN KILLED ("EXECUTED").

NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY" & "CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS "REFUGE & SUCCOR" TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE" & STAY HALF WAY IN ONE PIECE." THEREFORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS ADDRESSES THE COURT SPECIFICALLY THAT "NONE" OF THE ABOVE

COLORADO DOC, BOTH PUBLICLY & PRIVATELY RUN FACILITIES HAVE BEEN "SAFE" TO THE CLAIMANT, TO INCLUDE: ARKANSAS VALLEY (2 TIMES), BUENA VISTA (2 TIMES), COLORADO TERRITORIAL (2 TIMES), CROWLEY COUNTY (3 TIMES), DENVER RECEPTION & DIAGNOSTIC CENTER "DRDC" (MANY TIMES!), COLORADO CORRECTIONAL MEDICAL CENTER, DENVER GENERAL HOSPITAL "WARD 18" (1 TIME), KIT CARSON (1 TIME), STERLING (2 TIMES). THE ENTIRE COLORADO DOC SYSTEM IS UNFIT FOR HUMAN HABITATION; FOR ANY INMATE, BUT IS PARTICULARLY "UNSAFE" FOR THE (CLAIMANT.)

CERTAINLY NEITHER THE DOUGLAS COUNTY COURTS, NOR DETENTION CENTER IS "SAFE" TO NEITHER THE CLAIMANT, NOR TO ANY MEMBER OF HIS FAMILY. THE HARASSMENTS & ABUSE HEAPED UPON THE CLAIMANT; THE PHYSICAL ATTACKS BY BOTH DOUGLAS COUNTY SHERIFF'S JAIL DEPUTIES & OTHER JAIL INMATES, INSTIGATED, AT LEAST IN PART, BY JAIL DEPUTIES, UPON THE CLAIMANT OFTEN EXCEEDED ANYTHING THAT THE CLAIMANT HAS BEEN SUBJECTED TO, WHILE INCARCERATED WITHIN THE COLORADO DOC. IN TOTAL THE CLAIMANT ENDURED ABOUT THE "WORST YEAR" OF HIS LIFE WITHIN THE "DEMON TORMENTED" "PIT OF HELL" THAT IS THE DOUGLAS COUNTY "DEVIL'S OWN" JAIL.

EVERY COUNTY JAIL WITHIN COLORADO RECIPROCATES WITH EVERY OTHER COUNTY JAIL, AS TO HOW THEY "HOUSE & TREAT" THEIR "COURTESY HOLD" PRISONERS, AS THE CLAIMANT MOST EMPHATICALLY FOUND OUT WHEN HE WAS TEMPORARILY HOUSED WITHIN THE EL PASO COUNTY JAIL, AS PART OF A "TRANSPORT" BACK TO THE DOUGLAS COUNTY JAIL, AS PART OF A COURT APPEARANCE, AS THE CLAIMANT HAS BEEN IN "FEAR FOR HIS LIFE & LIMBS", SUBJECT TO MUCH ABUSE & HARASSMENT WITHIN THE DOUGLAS COUNTY JAIL, SO MUCH THE MORE WAS THE CLAIMANT SUBJECT TO SUCH "EXCESSES" WITHIN THE EL PASO COUNTY JAIL; AS WELL AS, THE JEFFERSON COUNTY JAIL WHEN THE CLAIMANT WAS "MIS-IDENTIFIED", AS ANOTHER COLORADO DOC INMATE, ALSO NAMED MICHAEL COLLINS, WHO WAS A YOUNG BLACKMAN IN HIS EARLY 20'S (THE CLAIMANT IS AN ELDERLY WHITE MAN IN HIS EARLY 60'S). THE CLAIMANT IS NOT "SAFE"; SUBJECT TO MUCH "RETALIATION & RETRIBUTION WITHIN ANY COUNTY JAIL WITHIN THE ENTIRE STATE OF COLORADO, AS SO HE IS WITHIN THE (COLORADO DOC.)

NOTHING IS SACROSANCT WITHIN THE COLORADO DOC. THE CLAIMANT HAS & CONTINUES TO NOT ONLY BE IN "FEAR FOR HIS LIFE & LIMBS", BUT FOR HIS MEAGER, "HIGHLY PRIZED" PERSONAL POSSESSIONS & PROPERTY, AS WELL. THE CLAIMANT HAS BEEN "PATTED DOWN", HAD HIS HALF ALONE OF A "CELLEE" JOINTLY SHARED CELL, BOTH "IN-

...(A.K.A. DENVER MEDICAL CENTER), BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS. THE CLAIMANT, MICHAEL N. COLLINS, IS TO "NOT" BE ASSIGNED THE "SUBHUMAN" MEDICAL CARE, AS PRACTICED BY THE "USUAL CLUMP" OF BUNGLING INCOMPETENT, UN-SUPERVISED BY MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT "REAL" & "BONAFIDE" "HUMAN" MEDICAL CARE, AS PRACTICED BY "REAL" & "BONAFIDE" MEDICAL DOCTORS & NURSES. ALSO, ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A "WEEKLY" BASIS.

URGENT!!! HELP!!! ??? !!! HELP!!! URGENT!!! HELP!!!

LEGAL BRIEF & FINDINGS OF 03/21/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: THIS IS A FURTHER "ANGUISHED CRY" FOR "JUSTICE"; FOR "REAL & TANGIBLE" "JUSTICE" FROM MICHAEL N. COLLINS, & THE WHOLE COLLINS FAMILY." YOU ARE THE JUDGE OF THE "COMMON MAN". I AM THE "COMMON MAN". OURS IS THE "COMMON FAMILY". YOU MAY BE AN "ANSWER TO" (UNCOMMON ANSWER) OVER THE CLAIMANT'S NOW "9" "YEARS OF IMPRISONMENT WITHIN THE COLORADO DOC "BELLY OF THE BEAST," HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST, BUT "RUTHLESSLY" & "SADISTICALLY" RETALIATED" AGAINST ON-GOING (AGAIN & AGAIN) FOR HIS "MANY" "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; FOR HIS "VERY" "ACTIVE & DILIGENT" PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC "LIES, DENIES, & DELAYS".

HOWEVER, ALL FLOWS "FROM THE WRONGFUL CONVICTION (A GRAVE MISCARRIAGE OF JUSTICE") OF MICHAEL N. COLLINS ON CASE NO. 1997 CR 000055 IN DOUGLAS COUNTY, COLORADO, ON 03/04/99. IN "GREAT & ANGUISHED & TORMENT" THE "ENTIRE" COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS JARED, JACK & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRY OUT" TO YOU, JUDGE CHRISTINE M. ARGUELLO, FOR "JUSTICE" FOR "REAL & TANGIBLE" "JUSTICE". JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S "TIME OF TRIAL." THE LAST "10" "YEARS HAVE BEEN OUR FAMILY'S "TIME OF TRIAL". OUR COLLINS FAM-

Michael N. Collins DOC #101218, Colorado Territorial Corr. Facility
P.O. Box 1010 Canon City, Co 81215-1010; (719) 269-4002    01/06/09
WARDEN PAMELA J. PLOUGHE: "ILLEGAL§ SEIZURES§" OF LEGAL COPIES!
NOTICE TO "CEASE & DESIST §§§"

   ON 12/23/08, WHILE IN "PROPERTY" REGARDING ANOTHER "ILLEGALLY§" "SEIZED§" PIECE OF MAIL, I MET WITH BOTH SGT. MILES & C.O. QUINTANA BOTH OF WHOM INFORMED ME THAT I HAD MAIL OVER ON THEIR COUNTER; HOWEVER, THEY WOULD CALL ME BACK TO HANDLE IT, WHEN WE WOULD HAVE MORE TIME. IT HAS BEEN NOW TWO WEEKS, & I HAVE NEVER BEEN CALLED BACK.
   I LOOKED AT MY MAIL THAT BOTH SGT. MILES & C.O. QUINTANA WERE REFERRING TO. IT WAS A LARGE, A "HUGE§" MANILA ENVELOPE CRAMMED FULL OF COPIES, VIRTUALLY ALL OF WHICH WERE LEGALLY RELATED, THAT WERE INTENDED FOR: U.S. DISTRICT COURT JUDGE CHRISTINE M. ARGUELLO, MY ATTORNEYS, MY FAMILY & FRIENDS. I HAVE NEVER RECEIVED A "NOTICE OF REJECTION/DISPOSITION OF MAIL" FROM THAT THESE COPIES HAD BEEN SEIZED BY OUR MAILROOM & WERE BEING WITHHELD FROM ME.
   THERE IS ABSOLUTELY NO LEGAL OR PROCEDURAL REASONS WHY MY COPIES VIRTUALLY ALL OF WHICH ARE LEGALLY RELATED, ARE NOW BEING WITHHELD FROM ME. THIS IS ANOTHER ONE OF MANY "ILLEGAL§ SEIZURES§ & WITHHOLDINGS§" OF MY MAIL§" PLEASE, ROUTE MY LARGE, MY "HUGE§" MANILA ENVELOPE CRAMMED FULL OF COPIES, VIRTUALLY ALL OF WHICH WERE LEGALLY RELATED, TO ME - AS SOON AS CONCEIVABLY POSSIBLE.
   WARDEN PLOUGHE, IN YOUR LETTER TO ME OF 12/02/08, YOU STATE THAT I HAVE HAD ONLY "18 ARTICLES OF MAIL REJECTED." THIS IS NOT TRUE. THIEVES DO NOT DOCUMENT WHAT THEY HAVE STOLEN. IT IS NAIVE TO THINK OTHERWISE. I HAVE BEEN INCARCERATED AT CTCF TWICE, FOR A TOTAL TIME PERIOD OF ABOUT THREE YEARS, DURING WHICH TIME I HAVE HAD NOW WELL OVER "500§ PIECES OF MAIL ILLEGALLY§ SEIZED, THIEVED§" LOST & WITHHELD§ FROM ME. EVERYBODY WITHIN CTCF KNOWS THAT C.O. COMBS "THIEVES§" ANYTHING THAT HE CAN, WITHIN OUR MAILROOM, WITH COMPLETE "IMPUNITY§" IT WAS C.O. COMBS THAT "ILLEGALLY§ SEIZED§ & WITHHELD ^§" MY LARGE, MY "HUGE§" MANILA ENVELOPE FILLED WITH LEGAL COPIES

URGENT!!! URGENT!!! URGENT!!!   1ST 01/30/09
                                 2ND 02/03/09

DEAR YVETTE POPE RN III (CTCF HEALTH SERVICES ADMINISTRATOR):

PLEASE, ENTER INTO "THE COMPUTER" MY "MEDICAL RESTRICTIONS", many of which I have had for virtually the entire "9 years!" "that I have been down." These "restrictions" include "bottom tier/bottom bunk, stairs, & weight restrictions." My medical classification is "M-4". Please, get these back into the computer ASAP.

In 1977, I was in a "near head on collision" car accident. I had to be cut out of my little Honda Civic, I was transported by ambulance to the L.A. County Medical ER. I had major orthopedic surgery to my left leg, knee, & hip. Both my hip & knee were "put back together." I had several screws & pins put in them. Dr. Eskes, (transfers in) DOC's own orthopedic medical doctor & surgeon, performed several major surgeries & medical procedures on my left hand, wrist, & arm that involved the insertion & removal of a metal plate, pins, & screws. My surgeries & medical procedures all involved the repair of bone, nerve, muscle, & tendon damage, I have many scars.

I am incapable of climbing up onto a top bunk. I had to sleep the night of 01/28/09 on the floor in CH-5. This was very cramped, cold, & painful to me. Sgt Rheems & Sgt Walkins in CH-5 (pm) "could do nothing for me". Then night nurse, Betty, said that all of my "restrictions" had been in "the computer", but that they had "expired". Betty found my "restrictions" in my medical file. Both Sgt. Jermance & Johnson in CH-5 (am) "could do nothing for me", & ordered me "over the wall" into an "upper tier & bunk" cell. I could not comply with their orders to me.

I just can not climb stairs & onto a top bunk. I thought that I would be arrested & get thrown back in "the hole". However, Capt. Cordova listened to me, & reasoned with me. Capt. Cordova put me in a "bottom tier/bottom" bunk cell here in Living Unit 1. However, this is only "temporary." Please, re-enter my "bottom tier/bottom bunk, stair, & weight restrictions" back into "the computer" - ASAP.

I don't want "diabetic meal trays" three times per day. What I do need is diabetic "snacks" a couple of times per day. If I am unable to just get the "snacks", then please leave me alone. I will continue to just get my regular meal trays. I tried explaining this to Karen Mitchell NP, but I don't think she "got it right" in the "computer". Please, write me to confirm when my "restrictions" are back in the computer.

Thank you for your help. Best Regards, Michael N. Collins DOC #101218

Michael N. Collins DOC #101218, Colorado Territorial Corr. Facility  02/05/09

Dear Judge Richard M. Borchers, Special Master for the U.S. District Court:

In regards to Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No. 96-N-343), JESSE MONTEZ vs. BILL OWENS; in regards to your ORDER OF SPECIAL MASTER, & letter to me dated 01/19/09: "It is necessary only for the good man to do nothing for evil to triumph." You have, in effect, done nothing. I have raised "MANY" issues, well documented by affidavits & sworn statements, that need to be addressed for REAL & TANGIBLE JUSTICE TO FINALLY PREVAIL! Yet you have only evaded & obfuscated. STAND FOR THE RIGHT!

I am just out of punitive segregation ("the hole"), & I am now on "L.O.P." (Loss of Privileges) for additional "contrived & fabricated" charges. This is the earliest that I could respond to your letter. My LEGAL BOX WAS ILLEGALLY TRASHED!; LEGAL FILES & MANILA ENVELOPES WERE PULLED OUT OF ORDER, NOT REFILED IN PLACE, OR JUST SCATTERED ON TOP OF OTHER FILES IN HEAPS. THEIR CONTENTS HAD OBVIOUSLY BEEN TAKEN OUT & ILLEGALLY READ!! BY SGT. ADAMIC... I HAVE MISSING ENTIRELY ABOUT A DOZEN LEGAL FILES, WHOSE CONTENTS "NEGATIVELY IMPACT" UP ON SGT. ADAMIC. OVER THE LAST "6" MONTHS, I HAVE NOT BEEN ABLE TO ATTEND MY DINNER MEALS ENTIRELY BECAUSE OF SGT. ADAMIC'S PAT DOWN "GROIN SHOTS" AFTER EVERY DINNER HE WAS ON DUTY, ("GENERAL" GRIEVANCE, STEP I, 01/30/09)

"SGT. ADAMIC OVER THE LAST "6" MONTHS HAS HARASSED ME IN EVERY CONCEIVABLE MANNER. HIS "SHAKE DOWNS" & "CELL INSPECTIONS" HAVE BEEN EVERY (NIGHT...)

("GENERAL" GRIEVANCE, STEP I, 02/04/09): FOR THE ENTIRE TIME OF "MANY" MONTHS THAT I LIVED IN UNIT 3 (NEARLY 1½ YEARS), LT. HEINDENREAL DIRECTED HIS C.O.'S TO "HARASS & ABUSE" ME IN EVERY POSSIBLE WAY. C.O.'S WOULD TELL ME (AGAIN & AGAIN), WHEN THEY WERE "DOING IT" TO ME; THE LIEUT., THE "LT", THE "BOSS" WAS MAKING THEM. C.O. GROOMS WAS ONE OF MY WORST ABUSERS!...

...I KEPT ASKING FOR A SGT OR LT! C.O. GROOMS CONTINUOUSLY, FOR 4-5 MINUTES, SPRAYED ME WITH O.C.; ATTEMPTED TO BREAK MY ARM & WRIST AREA, BY DRIVING THEM INTO EACH OTHER IN AN "L" SHAPE." ALL OF THIS WAS, AT LEAST PART, "RETALIATION & RETRIBUTION" FOR THE "MANY" GRIEVANCES & SYMPATHIZING LETTERS THAT I HAVE WRITTEN FOR MY PARTICIPATION IN MONTEZ VS OWENS

Michael N. Collins

Michael N. Collins DOC #101218, Colorado Territorial Corr. Facility 02/14/09

Warden Pamela J. Ploughe, once again I have had another "MAJOR & ILLEGAL" mail seizure by your mailroom. I suspect C.O. Combs is once again responsible. C.O. Combs has heretofore been responsible for "90%" of my "ILLEGALLY & SEIZED & WITHHELD! LOST! THIEVED!," well over now "500!," pieces of mail that I have every legal & moral right to have.

C.O. Combs, under the direction of Sgt. Viola; under the direction of those in prison "positions of authority," both "seizes! & thieves!" my mail with a total & complete abandon of any restraint whatsoever; with a smug impunity knowing that he, in actual fact, has a "FREE LICENSE TO STEAL" whatever that he wants from any inmates' mail; that, in actual fact, he can freely harass "targeted" inmates; in particular, me! Both C.O. Combs & Sgt. Viola have violated "on-going" (again & again) DOC "A.R.'S" (administrative regulations), state, & U.S. federal laws & statutes.

My brother Tom, once again mailed to me a manila envelope filled with "masters & copies" on 02/09/09. Virtually "ALL!" of these "masters & copies" were legally related. I intended on "mailing them out," as soon as possible to the U.S. District Court for Colorado, my family & friends. There should have been three groups of masters, & three groups of copies. However, "missing" were 11 or copy sets dated 01/13/09, 14 pages each, headed with: Warden Pamela J. Ploughe, I wish to be TRANSFERRED TO Fort Lyon C.F.—Life Threatening! Notice to Cease & Desist HARASSMENT! ABUSE! A

I have received no "notice of mail seizure" from the mailroom in violation of Colorado DOC "A.R.'s." As usual, C.O. Combs has again, I strongly suspect, "ILLEGALLY!" withheld my mail, and again, I have received no "official notice" of his thieving my mail, which I have every legal & moral right to have & needs to be immediately returned to me by our mailroom. Over the last "9!" years of my imprisonment, in the about "30" DOC, both public & private other facilities that I have been incarcerated within, I honestly can not think of even just 1 piece of mail that I ever had seized for any reason. While at Territorial C.F., I have had to use now "500!" pieces of mail illegally! seized & thieved!" Please, route to me my "missing" 11 or copy sets, ASAP. Thank you for your prompt attention.

Michael N. Collins #101218 Med School Old Bldg

Michael N. Collins DOC #101218, Colorado Territorial Correctional Facility 09/16/08 Page 1 of 2
P.O. Box 1010, Canon City CO 81215-1010; (719) 269-4002

A TOTAL NOW OF "4718" "RIGHTFULLY MINE" "PIECES OF MAIL" HAVE BEEN "ILLEGALLY" "SEIZED & WITHHELD & LOST & THIEVED" FROM MICHAEL N. COLLINS BY CTCF C.O.'s (07/20/07 - PRESENT; 05/03/05 - 10/11/06):

FOR THE FULL PERIODS OF BOTH TIMES (07/20/07 - PRESENT) AT CTCF, I HAVE HAD FOR THE FULL "2.67 YEARS" THAT I HAVE BEEN INCARCERATED AT CTCF, "LOST & STOLEN" FROM ME: THE FOLLOWING MAIL "ILLEGALLY" "SEIZED & WITHHELD" (LOS)

MORMON CHURCH PUBLICATIONS (39 EA):

THE DENVER POST NEWSPAPER (277 EA):
(BOTH FULLY & PARTIAL PAPERS)
1.) SUNDAYS — 69 EA
2.) DAILYS — 208 EA

"WIDELY CIRCULATED" MAGAZINES (62 EA):
1.) ESQUIRE MAGAZINE — 11 EA
2.) KUNG FU MAGAZINE — 1 EA
3.) MEN'S HEALTH — 3 EA
4.) MENTAL FLOSS — 5 EA
5.) MOTOR HOME MAGAZINE — 0
6.) NEWSWEEK — 8 EA
7.) "O" (OPRAH) MAGAZINE — 11 EA
8.) PREVENTION MAGAZINE — 1 EA
9.) RV LIFE — 0
10.) TIME MAGAZINE — 13 EA
11.) TV GUIDE MAGAZINE — 9 EA
12.) WRITER'S DIGEST — 0

1.) THE CHURCH NEWS — 23 EA
2.) THE ENSIGN MAGAZINE — 7 EA
3.) THE NEW ERA — 9 EA

LETTERS & POSTCARDS "TO OR FROM" (55 EA):
1.) MY FORMER WIFE, KAREN — 3 EA
2.) MY DAUGHTER, CHRISTINE — 5 EA
3.) MY DAUGHTER, LAURA — 7 EA
4.) MY SON, DAREN — 17 EA
5.) MY SON, JOHN — 4 EA
6.) MY BROTHER, TOM — 19 EA

"PROTECTED" LEGAL & PRIVILEGED (38 EA):
1.) LEGAL MAIL — 6 EA
2.) PRIVILEGED MAIL — 32 EA

A TOTAL OF "4718" "ILLEGALLY" "SEIZED & WITHHELD & LOST & STOLEN" "PIECES OF MAIL" RIGHTFULLY MINE

I HAVE BEEN THROWN IN "THE HOLE" (AGAIN & AGAIN) AT CTCF ON WHOLLY "CONTRIVED" & "FABRICATED" CHARGES. MY DENVER POST NEWSPAPERS ARE SUPPOSE TO BE HELD FOR ME BY OUR CTCF MAILROOM, & GIVEN TO ME AFTER I AM BACK IN "GENERAL POPULATION"; HOWEVER, "EVERY ONE" OF MY "BACK" SUNDAY DENVER POST NEWSPAPERS HAVE BEEN "THIEVED" BY OUR CTCF MAILROOM, & I CAN ONLY RECLAIM ONE THIRD OF MY "BACK" DAILYS. "ALL" C.O.'s THINK OF "ALL" INMATE NEWSPAPERS AS THEIR OWN. "ALL" C.O.'s FREELY READ "THE EVER" OUR NEWS

"GENERAL" GRIEVANCE (STEP I, 01/30/09): MY AM "PACK OUT" BY C.O.'S ON 01/12/09 WAS "NORMAL". HOWEVER, MY PROPERTY WAS COMPLETELY "TRASHED" BY SGT ADAMIC (NO OTHER C.O.'S WERE INVOLVED, NOT EVEN C.O. DODD. SGT. ADAMIC WROTE HIS NAME IN ON THE "SHAKEDOWN" LIST) ON 01/12/09 AT 8:15 PM. THE "NORMAL" SHAKEDOWN LIST IN THE "AM" ONLY HAS 5 ITEMS LISTED. SGT. ADAMIC'S "TRASHING" "SHAKEDOWN LIST" IS 2 PAGES & HAS "17" ITEMS LISTED. IT IS NOT CREDIBLE "215 UNUSED KITES" IS "RIDICULOUS".

MY LEGAL BOX WAS "ILLEGALLY TRASHED" LEGAL FILES & MANILA ENVELOPES WERE PULLED OUT OF ORDER, NOT REFILED IN PLACE, OR JUST SCATTERED ON TOP OF OTHER FILES IN "HEAPS". THEIR CONTENTS HAD OBVIOUSLY BEEN TAKEN OUT & "ILLEGALLY READ" BY SGT. ADAMIC. MY LEGAL BOX NEEDS TO BE REPLACED ($6.67). I HAVE MISSING ENTIRELY ABOUT A DOZEN LEGAL FILES, WHOSE CONTENTS "NEGATIVELY IMPACT" UPON SGT. ADAMIC. OVER THE LAST "68" MONTHS, I HAVE NOT BEEN ABLE TO ATTEND MY DINNER MEALS ENTIRELY BECAUSE OF SGT ADAMIC'S "PAT DOWN" "GROIN SHOTS" AFTER EVERY DINNER HE WAS ON DUTY.

SGT ADAMIC OVER THE LAST "68" MONTHS HAS HARASSED ME IN EVERY CONCEIVABLE MANNER. HIS "SHAKEDOWNS" & "CELL INSPECTIONS" HAVE BEEN EVERY NIGHT. HE HAS BROKEN MY TV EARPHONES (AGAIN & AGAIN). IN HIS 01/12/09 8:15 PM "SHAKEDOWN", HE STUFFED THEM INSIDE OF MY DUFFEL BAG: BROKEN TV HEAD PHONES ($26.74), DESTROYED DICTIONARIES (2 EA @ $6.99; 2 EA @ $5.99), MISSING MUSTACHE SCISSORS ($5.20), TWEEZERS (.48), CLIPPERS (.72), SEIZED 3 EA GOOD PAIR OF SOCKS & LEFT RAGS. (I AM "LOP", FOOD NOT INCLUDED)  —Michael W. Collins

"GENERAL" GRIEVANCE (STEP I, 01/31/09): LT. HEIDENTHAL, LU-3 COMMANDER, DIRECTED SGT. ADAMIC TO CONDUCT AN ADDITIONAL "SHAKEDOWN" TO "TRASH" MY PROPERTY. THIS WAS DONE AT 8:15 PM, AFTER AN AM "NORMAL" PACK OUT & "SHAKE DOWN". THE WHOLE TIME THAT I LIVED IN UNIT 3, LT HEIDENTHAL DIRECTED HIS C.O.'S TO "HARASS & ABUSE" ME IN EVERY POSSIBLE WAY. I WAS BEING "SHAKEN DOWN" & MY CELL BEING "INSPECTED" VIRTUALLY EVERY DAY AND/OR NIGHT. THE C.O.'S "DOING IT" WOULD TELL ME (AGAIN & AGAIN) THAT LT. HEIDENTHAL, THE "LT.", & THE "BOSS" WAS MAKING THEM. IT WAS ABOUT "6" MONTHS THAT I WAS UNABLE TO EAT A DINNER MEAL TO AVOID SGT. ADAMIC'S PAT DOWN "CONTEMPT SHOTS" TO MY GROIN AREA AFTERWARDS, DIRECTED BY THE "LT."

...[PROPERTY] I HAD SEIZED, OVER THE MANY 8 MONTHS THAT I WAS HOUSED IN LU-3, "MANY 8" JARS & CONTAINERS THAT WERE NOT "EMPTY" OR "TRASH," BUT FULL 8 OR PARTIALLY FULL (LISTED ARE THE "EQUIVALENT" OF FULL CONTAINERS OR BAGS): 7 EA HOT GARLIC CHILI SAUCE ($1.97), 5 EA PEANUT BUTTER CHUNKY ($2.18), 4 EA "CITY COW" CHEESE SPREADS ($1.80), 1 EA CHEDDAR CHEESE MIX ($5.47), 2 EA INST. COFFEE ($2.09), 4 EA WRITING TABLETS (PAPER STILL ATTACHED, 68¢), ½ EA FARMERS GRD COFFEE ($5.04), ½ EA FOLGERS INST COFFEE ($6.45), ½ EA "FOREVER" STAMPS ($8.40), ½ EA COFFEE FILTER ($1.89), 9 EA "CANTEEN" TOILET PAPER (.50). "ALL 8" SEIZURES WERE AT THE DIRECTION OF LT. HEIDENTHAL. THANK YOU. — Michael N. Collins

(PAGE 2 OF 10)

"MEDICAL" GRIEVANCE (STEP I, 02/05/09): I AM "CHRONIC CARE," I HAVE A NUMBER OF MEDICAL ISSUES, WHICH HAVE BEEN, & COULD EASILY BE AGAIN LIFE THREATENING. EVERY DAY I TAKE HEAVY DOSEAGES OF ABOUT A DOZEN STRONG MEDICATIONS. F I S AN RIGHT TO SEE A "MEDICAL PROVIDER" (PHYSICIAN'S ASSISTANT) ONCE A MONTH, & A MEDICAL DOCTOR AT LEAST ONCE EVERY TWELVE MONTHS, WHICH HASN'T HAPPENED SINCE I HAVE "BEEN DOWN," PARTICULARLY SO, WHILE I HAVE BEEN INCARCERATED AT CTCF, WHICH IS SUPPOSE TO BE A DOC MEDICAL FACILITY.

ON 01/25/09, I HAD A MEDICAL APPT. IT WAS NOTHING BUT A "B.S." SESSION WITH 3 NURSES (NOUR, JAMIE, & JODIE) STANDING AROUND A ROOM, WALKING IN & OUT, WHILE I SAT ON AN EXAM TABLE. I RAISED MANY CRITICAL TO ME "MEDICAL ISSUES," NONE OF WHICH WERE ADDRESSED & RESOLVED. ON 01/30/09, I HAD A MEDICAL APPT. WITH KAREN MITCHELL N.P. (NURSE PRACTITIONER), WHO WAS AN AURA OF TOTAL & COMPLETE INCOMPETENCE. SGT. DE FRANCISCO HAD TO HELP HER "NAVIGATE" MY MEDICAL FILE. SHE KEPT SAYING THAT SHE WAS A "CONTRACT WORKER," THAT SHE "DIDN'T KNOW WHAT SHE WAS DOING." AGAIN, I RAISED ANY CRITICAL TO ME MEDICAL ISSUES, NONE OF WHICH WERE ADDRESSED & RESOLVED BY HER. I NEED TO BE MOVED TO FORT LYON C.F. — AS SOON AS POSSIBLE.

"ADA" GRIEVANCE (02/04/09): THIS IS APPEALING "ACCOMODATION RE-SOLUTION." I AM "MOBILITY IMPAIRED," & HAVE BEEN EVER SINCE 1977, WHEN I WAS IN A "NEAR HEAD ON COLLISON" CAR ACCIDENT. I HAD TO BE CUT OUT OF MY LITTLE HONDA CIVIC. I WAS TRANSPORTED BY AMBULANCE TO THE L.A. COUNTY MEDICAL "ER." I HAD MAJOR ORTHOPEDIC SURGERY TO MY LEFT LEG, KNEE, & HIP. BOTH MY HIP & KNEE WERE "PUT BACK TOGETHER." I HAD SEVERAL SCREWS & PINS PUT IN THEM.

DR. ESKESTRAND M.D., DOC'S OWN ORTHOPEDIC MEDICAL DOCTOR & SURGEON, PERFORMED SEVERAL MAJOR SURGERIES & MEDICAL PROCEDURES ON MY LEFT HAND, WRIST, & ARM THAT INVOLVED THE INSERTION & REMOVAL OF A METAL PLATE, PINS, & SCREWS. MY SURGERIES & MEDICAL PROCEDURES ALL INVOLVED THE REPAIR OF BONE, NERVE, MUSCLE, AND/OR TENDON DAMAGE. I HAVE MANY SCARS, & WALK WITH A SLIGHT LIMP.

I BARELY CAN "MAKE IT" TO THE MESS HALL & MED LINE FROM MY LIVING UNIT. OFTEN I HAVE HAD TO REST "IN TRANSIT." I AM EASILY FATIGUED. I CAN NOT CLIMB UP TO A TOP BUNK, & HAVE HAD TO SLEEP ON THE FLOOR WHEN I HAVE BEEN ORDERED TO DO SO. I CAN NOT CLIMB STAIRS. MY WHOLE LEFT SIDE IS IMPAIRED, BOTH REDUCED IN STRENGTH, DEXTERITY, & FEELING. I AM "MOBILITY IMPAIRED."

"GENERAL" GRIEVANCE (STEP 1, 02/04/09): FOR THE ENTIRE TIME OF "MANY 8" MONTHS THAT I LIVED IN UNIT 3 (EASILY 1½ YEARS), LT. HEIDENTHAL DIRECTED HIS C.O.'S TO "HARASS & ABUSE" ME IN EVERY POSSIBLE WAY. C.O.'S WOULD TELL ME (AGAIN & AGAIN), WHEN THEY WERE "DOING IT" TO ME; THE LIEUT., THE "LT", THE "BOSS" WAS MAKING THEM. C.O. GROOMS WAS ONE OF MY WORST "ABUSERS." HE INTERJECTED HIMSELF, WHEN I WAS ATTEMPTING TO GET A COUPLE OF MORE TRASH BAGS (I HAD ONLY BEEN GIVEN 1). C.O. GROOMS SHOVED A DUFFLE BAG INTO ME, TOLD ME THAT "MY EXCESS PROPERTY WOULD BE DISPOSED OF," & THAT I HAD "TOO MUCH STUFF."

IN THE "9 YEARS" THAT I HAVE "BEEN DOWN," I HAVE NEVER HAD TO FIT MY PROPERTY INSIDE OF A DUFFLE BAG TO MOVE FROM 1 POD OR 1 UNIT TO ANOTHER. C.O. GROOMS WAS STANDING OVER ME, DIRECTING ME TO THROW MY "MOST PRIZED" POSSESSIONS INTO THE TRASH. I KEPT ASKING FOR A "SGT OR LT." C.O. GROOMS IMPATIENTLY, FOR 4-5 MINUTES, SPRAYED ME WITH O.C.; ATTEMPTED TO BREAK MY ARM & WRIST AREA, BY PULLING THEM INTO EACH OTHER IN AN "L" SHAPE, IN THE "ON & OFF" CAMERA ON 01/12/09. ON 01/18/09 C.O. GROOMS URGED ME TO DO AN EXAGGERATED FINGER SWEEP (AGAIN & AGAIN), FOR BYRON'S CRITICIZING FOR "GRAYING" ME. LT. HEIDENTHAL SHOULD BE DEMOTED & C.O. GROOMS NEVER PROMOTED. BOTH ARE GUILTY OF "EXCESSIVE FORCE, OR POLICE BRUTALITY."

"GENERAL GRIEVANCE" (STEP 1, 02/07/09): CAPT. BASTIDOS HAS TARGETED ME TO BE "HARASSED & ATTACKED" IN EVERY POSSIBLE WAY, BOTH BY HIMSELF & BY HIS ORDERS TO THOSE C.O.'S UNDER HIS AUTHORITY. I HAVE HAD "MAJOR!" ORTHOPEDIC SURGERIES TO MY LEFT LEG, KNEE, & HIP; TO MY LEFT HAND, WRIST, & ARM INVOLVING THE REPAIR & RECONSTRUCTION OF MY KNEE & HIP; THE REPAIR OF MUSCLE, TENDON, & NERVE DAMAGE; THE INSERTION & PARTIAL REMOVAL OF SCREWS, PINS, & A METAL PLATE. NO OTHER C.O. HAS A "PROBLEM" WITH MY SITTING AT A "DISABLED TABLE" IN OUR MESS HALL, ONLY CAPT. BASTIDOS. THE URDUREN SGT. LEUR TO ANGRILY MOVE ME IN HIS ABSENCE ELSEWHERE.

CAPT. BASTIDOS URDUREN C.O.'S TO BE "ALL OVER" UNIT 3, AFTER WE LEFT OUR MESS HALL, AFTER OUR DINNER MEAL; TO BE "ALL OVER" ME IN PARTICULAR. OFTEN EVERY ONE OF US WAS "PATTED DOWN," SOMETIMES ONLY A FEW, BUT ALWAYS ME. SGT. ADAMIC WOULD OSTENSIBLY "PAT ME DOWN" LOOKING FOR CONTRABAND; HOWEVER, HE WOULD ALWAYS GIVE ME "CUTDOWN SHOTS" TO MY GROIN, STRIKING MY PENIS & RUBBING UP & DOWN THE SIDES OF MY PENIS. THESE WERE "SEXUAL ASSAULTS" WHENEVER SGT. ADAMIC WAS ON DUTY, ENCOURAGED BY CAPT. BASTIDOS.

C.O. STURTEVANT WHOLLY CONTRIVED AN INCIDENT, & PHYSICALLY ATTACKED ME IN FRONT OF OVER 50 INMATES. YET CAPT. BASTIDOS URDUREN ME TO "THE HOLE"! C.O. STURTEVANT TOLD "MANY!" LIES BACKED BY CAPT. BASTIDOS. I NEED TO BE MOVED TO FORT LYON C.F. - AS SOON AS POSSIBLE. —Michael N. Collins

"ADA/MEDICAL GRIEVANCE" (STEP 1, 02/07/09): BOTH DOC & CTCF MEDICAL HAVE "TARGETED" ME FOR "RETALIATION & RETRIBUTION" IN EVERY POSSIBLE WAY. I AM DISABLED: I HAVE HAD "MAJOR!" ORTHOPEDIC SURGERIES TO MY LEFT LEG, KNEE, & HIP; TO MY LEFT HAND, WRIST, & ARM INVOLVING THE REPAIR & RECONSTRUCTION OF MY KNEE & HIP; THE REPAIR OF MUSCLE, TENDON, & NERVE DAMAGE; THE INSERTION & PARTIAL REMOVAL OF SCREWS, PINS, & A METAL PLATE. FOR VIRTUALLY THE ENTIRE "9 YEARS!" THAT I HAVE BEEN INCARCERATED WITHIN THE COLORADO DOC, I HAVE BEEN "BOTTOM TIER/BOTTOM BUNK, WEIGHT & STAIR" RESTRICTED. I SIMPLY CAN NOT CLIMB UP ONTO A TOP BUNK; I CAN NOT CLIMB STAIRS. AFTER "MANY!" REQUESTS TO DO SO, BOTH DOC & CTCF MEDICAL ARE REFUSING TO ENTER THESE RESTRICTIONS BACK INTO "THE COMPUTER."

FOR THE ENTIRE "9 YEARS!" THAT I HAVE "BEEN DOWN," PREVIOUSLY BOTH IN THE

DOUGLAS COUNTY JAIL, THROUGH BLUE CROSS/BLUE SHIELD, I HAD CAPTOPRIL PRESCRIBED FOR MY "INORDINATELY!" HIGH BLOOD PRESSURE. I WAS GETTING A 100 MG 3 TIMES PER DAY; HOWEVER, THIS WAS "CUT BACK" TO ONLY TWICE PER DAY. I HAVE NOW BEEN CHANGED OVER ENTIRELY FROM CAPTOPRIL TO ONLY 40 MG OF ZESTRIL JUST ONCE PER DAY. ZESTRIL IS A CHEAP SUBSTITUTE, FAR INFERIOR TO CAPTOPRIL. I NEED TO HAVE CAPTOPRL RE-PRESCRIBED INSTEAD OF ZESTRIL. I NEED TO HAVE MY "RESTRICTIONS" BACK IN THE COMPUTER, & BE MOVED TO FORT LYON CF-ASAP.

"GENERAL" GRIEVANCE (STEP I, 03/08/09): ALL OF MY MAIL HAS BEEN "TARGETED," AS RETALIATION & RETRIBUTION BY THE CTCF MAILROOM; IN PARTICULAR, BY C.O. COMBS, WITH THE FULL ENCOURAGEMENT OF MAILROOM SUPERVISOR, SGT. VIOLA. OVER THE COURSE OF MY ABOUT 2½ YEAR IMPRISONMENT (AT CTCF), I HAVE HAD "ILLEGALLY & " SEIZED & THIEVED, LOST & MISPLACED WELL OVER "500" PIECES OF MAIL.

PRIOR TO MY IMPRISONMENT AT CTCF, OVER ABOUT "9 YEARS," AT ABOUT 10 OTHER DOC PRISONS, I CAN NOT THINK OF EVEN JUST 1 PIECE OF MAIL THAT I HAD SEIZED OR ANY REASON. C.O. COMBS IS RESPONSIBLE FOR "90%" OF MY "ILLEGALLY & " SEIZED & THIEVED MAIL HERE AT CTCF.

IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER MAIL "TO & FROM" MY DAUGHTERS CHRISTINE & LAURA HAS BEEN SEIZED (AGAIN & AGAIN). MAIL "TO & FROM" MY SONS HAS BEEN SEIZED (AGAIN & AGAIN). I HAVE HAD SEIZED & THIEVED (AGAIN & AGAIN): TV GUIDE MAG, NEWSWEEK, SMITHSONIAN (MUSEUM), PREVENTION (HOLISTIC HEALTH), CHURCH NEWS & THE ENSIGN (MORMON), EVANGELICAL (CHRISTIAN), "O" OPRAH, AMERICA'S "TALK" SWEATHEART), MEN'S HEALTH, ESQUIRE (MEN'S STYLE), & THE DENVER POST (THE "VOICE OF COLORADO").

BOTH, IN PARTICULAR, TV GUIDE MAG. & NEWSWEEK ARE ICONIC REPRESENTATIONS OF OUR AMERICAN SOCIETY, READ BY MANY MILLIONS AROUND THE WORLD; TO LABEL THEM AS "HARMFUL TO ANYBODY'S MENTAL HEALTH" IS TO LABEL OUR AMERICAN SOCIETY AS SUCH. BOTH C.O. COMBS & SGT VIOLA SHOULD BE REMOVED FROM THE MAIL ROOM, & MY MAIL "LEFT ALONE." I NEED TO BE TRANSFERRED TO FORT LYON CF. AS SOON AS POSSIBLE.

—Michael N. Collins

...ARTICLE ("SMUT"). MEN'S HEALTH MAGAZINE IS AN ICONIC REPRESENTATION OF AN AMERICAN FITNESS MAGAZINE READ BY MILLIONS AROUND THE WORLD. TO LABEL IT A "DANGER TO ANYBODY'S MENTAL HEALTH" IS TO LABEL OUR AMERICAN CULTURE & SOCIETY A "DANGER TO ANYBODY'S MENTAL HEALTH." "MEN'S HEALTH" IS A HEALTHY DEPICTION OF A MAN'S MIND, BODY & SOUL UP KEEP, MAINTENANCE, & STRIVING FOR EXCELLENCE. READ IT YOURSELF.

What is the basis of your appeal (Be specific and brief): THIS IS ANOTHER "IL-LEGAL" SEIZURE OF HEALTHY MATERIAL. THE READING COMMITTEE VOTED TO "ALLOW IN TOTAL" DOUG WILSON, D. DEAN, & 'RENEE' ROBBINS; TO "DENY IN TOTAL" T. BENZINE & P. MONTEZ HP II. THE MAJORITY VOTE SHOULD HAVE PREVAILED, BUT THE COMMITTEE ALLOWED ITSELF TO BE SWAYED BY P. MONTEZ, A LITTLE HUNCH BACK "SEX ADDICT", LITTLE PERVERT; SO CALLED "SEX EXPERT" & "SEX COUNSELOR" HERSELF, WHO "LEGALLY?" "POURS OVER READING MATERIAL" ALL DAY & EVERY DAY" TO FIND "SMUT" IN EVERY MAN, WOMAN, & CHILD DOING OR NOT DOING EVERYTHING OR NOTHING.
— Michael N. Collins

"GENERAL" GRIEVANCE (STEP II, 02/17/09 # CT 08/09 506): THE ONLY ISSUE THAT I AM NOW ADDRESSING IS SGT. ADAMIC "TRASHING" MY PROPERTY ON 01/12/09. AS IS "NORMAL" C.O.'S "REASONABLY" "PACKED OUT" MY PROPERTY IN THE AM, IMMEDIATELY AFTER THE "INCIDENT" THAT PUT ME IN "THE HOLE". HOWEVER, SGT. ADAMIC, WITH LT. HEIDENTHAL'S "URGING & SUPPORT" AGAIN "SHOOK DOWN" MY PROPERTY AT 8:15 PM, FAR IN "EXCESS" OF THE AM "SHAKE DOWN".

SGT. ADAMIC "TRASHED?" MY PROPERTY. NO OTHER C.O. PARTICIPATED. SGT. ADAMIC WROTE C.O. DODD'S NAME AT THE TOP OF THE SHAKE DOWN LIST. C.O. DODD TOLD ME, "I HAD NOTHING TO DO WITH THAT SHAKE DOWN. SGT. ADAMIC WROTE MY NAME AT THE TOP OF THE SHAKE DOWN LIST. I DON'T KNOW WHY HE DID. THE L.T. (LT. HEIDENTHAL) PUT HIM UP TO IT." WHEN I WAS IN "SEG" & I NEEDED SOME SEG. "ALLOWABLES" THAT HAD NOT BEEN "PACKED OUT", I ASKED SGT. TRUJILLO TO GET THEM FOR ME. I HAD 3 LARGE PACKETS OF ABOUT 75 EA WHITE ENVELOPES IN MY LEGAL BOX THAT SHOULD HAVE BEEN EASILY FOUND. HOWEVER, IT TOOK SGT. TRUJILLO 20 MINS. PER SGT. TRUJILLO "MY LEGAL BOX HAD BEEN TORN UP, FILES & PAPERS SCATTERED AROUND ON TOP OF EACH OTHER IN HEAPS." MY TV HEAD PHONES HAD BEEN "STUFFED & BROKEN" INSIDE OF MY DUFFEL BAG WITH "STUFF"

ON TOP OF THEM, ACTUAL DAMAGES IN EXCESS T. [illegible] PAGE 4 OF 10.

"GENERAL" GRIEVANCE (STEP II, 02/17/09 # CT 08/09-505): THE ONLY ISSUE THAT I AM NOW ADDRESSING IS THE "HARASSMENT & ABUSE" HEAPED UPON ME, WHICH WAS ORCHESTRATED & INSTIGATED, ORDERED & DIRECTED BY LT. HEIDENTHAL, OVER THE ABOUT 7-8 MONTHS (BOTH TIMES) THAT I WAS HOUSED IN UNIT 3. BOTH SGT. MCMILLIAN (PM SHIFT) & SGT. TRUJILLO (AM SHIFT) WERE PROFESSIONAL IN EVERY WAY, & "MITIGATED", "LESSENED" LT. HEIDENTHAL'S "TARGETING" OF ME. THE C.O.'S INVOLVED IN "HARASSING & ABUSING" ME WOULD TELL ME (AGAIN & AGAIN) THAT "THE BOSS", THE "L.T.", LT. HEIDENTHAL WAS MAKING THEM "DO IT"; WAS "PUTTING THEM UP TO IT." THESE C.O.'S THAT TOLD ME (AGAIN & AGAIN) THAT TH' "LT." WAS MAKING THEM "DO IT" WERE C.O.'S: DODO, DE WEISS, ROOT; SGT.'S: HALL, MCMILLIAN, TRUJILLO (& OTHERS).

MY WORST "STAND OUT" ABUSER, WHO BROKE MY TV HEADPHONES (AGAIN & AGAIN), A PRIZED POSSESSION IN PRISON, WAS SGT. ADAMIC. I WAS "SHAKEN DOWN" FAR IN "EXCESS" OF "NORMAL". I WAS SUBJECTED TO "CELL INSPECTIONS" & "SHAKE DOWNS" VIRTUALLY EVERY AM & PM SHIFT (MORE SO), OF EVERY DAY. MY "EMPTY" CONTAINERS WERE NOT EMPTY. MY "TRASH" WAS NOT TRASH. CONSERVATIVELY, I AM CLAIMING ACTUAL DAMAGES INCURRED OF $5.15 Michael Williams Thank you.

"ADA/MEDICAL" GRIEVANCE (STEP I, 02/19/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. MEDICAL I AM ELIGIBLE FOR DIABETIC/ORTHOPEDIC SHOES. "MEDICAL PROVIDERS" (AGAIN & AGAIN) OVER THE LAST FEW YEARS, HAVE TOLD ME SO, & THAT THEY WERE ORDERING THEM FOR ME. HOWEVER, I HAVE NEVER RECIEVED A PAIR.

MY CURRENT DOC BOOTS, I HAVE BEEN FORCED TO "MAKE USE OF" FOR ABOUT THE LAST "7½" YEARS. THIS IS FAR BEYOND "NORMAL" USEAGE. MY BOOTS ARE FAR BEYOND DISINTEGRATING.

BOTH OF MY BOOTS ON BOTH SIDES ARE DISINTEGRATING WHERE THE THREAD IS PULLING OUT OF THE SEAMS. THERE ARE NOW ABOUT 2 IN. GAPS FROM THE "FOOT TOP" OF MY BOOTS TO THE "SOLE SIDES." THE HEELS HAVE BEEN WORN DOWN INTO THEIR HOLLOW SOLES, AT AN APPROXIMATE NOW 35° ANGLE. THIS FORCES ME TO WALK AT AN APPROXIMATE 35° ANGLE. SGT. MIEGS HAD NO MATERIAL LEFT TO PUT A "TRACKING NOTCH" ON MY HEELS, THE LAST TIME THAT I CAME OUT OF "THE HOLE", WITHOUT COMPLETELY DISINTEGRATING WHAT LITTLE REMAINS OF MY HEELS. THE FOOT

...BOOTS GIVE ME, AT LEAST, (1) AGE 6 OR 10 IN PART, A FURTHER LIMP. THEY ARE ORTHOPEDICALLY "AGGRAVATING". MY SHOE SIZE IS 10½. PLEASE, ROUTE TO ME A PAIR OF SOUND CONSTRUCTION "FULLY LEATHER SHOES. — Michael N Collins

"ADA/MEDICAL" GRIEVANCE (STEP I, 02/20/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. MENTAL HEALTH: OVER THE LAST "98" YEARS, IN THE ABOUT "98" FACILITIES THAT I HAVE BEEN INCARCERATED, PRIOR TO CTCF, I NEVER HAD EVEN 1 PIECE OF MAIL SEIZED FOR ANY REASON. WHILE AT CTCF, OVER A 2½ YEAR PERIOD, I HAVE HAD WELL OVER "500⁶" PIECES OF MAIL "ILLEGALLY⁶" SEIZED & THIEVED⁶ WITHHELD⁶", LOST⁶"

IN LARGE PART, PATRICIA MONTEZ, "SEX COUNSELOR", IS RESPONSIBLE. "MANY⁶" MENTAL HEALTH COUNSELORS, BECOME COUNSELORS TO OVERCOME THEIR OWN ADDICTIONS. PATRICIA MONTEZ (A.K.A. "BUD'S" BUTTS, BREASTS, VAGINAS, & DICKS) SEES "SEXUAL WRONGNESS" IN MEN, WOMEN, & CHILDREN DOING OR NOT DOING EVERYTHING OR NOTHING. IN "VIOLATION" OF A COLORADO DISTRICT COURT JUDGE'S ORDER SHE HAS HAD MY "FAMILY MAIL" SEIZED. SHE HAS HAD TV GUIDE MAGAZINE, NEWSWEEK, THE SMITHSONIAN (MUSEUM), THE CHURCH NEWS, "O" (OPRAH) MAG, MEN'S HEALTH, ESQUIRE (MEN'S STYLE), PREVENTION (HOLISTIC HEALTH) MAGAZINES AD INFINITUM SEIZED FROM ME THAT NOBODY IN THE ABOUT "98" OTHER DOC FACILITIES THAT I HAVE BEEN IMPRISONED WITHIN EVER FOUND "OBJECTIONABLE." PATRICIA "BUD'S" MONTEZ IS OBVIOUSLY SOME KIND OF "SEX ADDICT" HERSELF THAT NEEDS TO BE KEPT AWAY FROM EVERYBODY'S MAIL. THANK YOU. — Michael N Collins

"GENERAL" GRIEVANCE (STEP II, CT 08/09-531, 02/20/09): CAPT. BASTIDOS IS WELL AWARE THAT I HAVE EXTENSIVE SKELETAL, MUSCLE & TENDON, NERVE DAMAGE TO MY LEFT LEG, KNEE, & HIP; MY LEFT ARM, WRIST, & HAND. EVERY BREAKFAST & LUNCH, I "ALWAYS⁶" SIT AT A "DISABLED TABLE". IT IS ONLY WHEN CAPT. BASTIDOS' 4h 5 P.M. SHIFT IS ON DUTY THAT I AM NOT ALLOWED TO SIT "DISABLED"

CAPT. BASTIDOS IS WELL AWARE THAT FOR THE LAST "6 MONTHS⁶", WHEN I WAS HOUSED IN UNIT 3, I WAS UNABLE TO EAT MY DINNER MEALS TO AVOID "CONTEMPT HITS" TO MY GROIN AREA. "CONTEMPT SHOTS" INNOCUOUSLY APPEAR TO BE "PAT DOWNS"; HOWEVER, THEY ARE "SEXUAL ASSAULTS⁶" STRIKING HARD AN INMATE'S

PENIS, PROBING OR "POKING" THE RECTAL AREA OF AN INMATE'S PENIS (PAGE 9 OF 10), OR AN INMATE'S GROIN AREA. THE HARDEST BLOW THAT I RECIEVED WAS FROM C.O. MC IVERS; HOWEVER, "ON-GOING" (AGAIN & AGAIN), MY MOST CONSISTENT "ABUSER" WAS SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL"). AFTER EVERY DINNER MEAL THAT HE WAS ON DUTY, HE WOULD DELIVER "CONTEMPT SHOTS" TO MY GROIN AREA; SO MUCH SO, I INITIATED A "CID" (CRIMINAL INVESTIGATION DIVISION) INVESTIGATION OF HIM. SGT. ADAMIC NEEDS TO KEEP HIS HANDS OFF OF INMATES' "NUTS."

CAPT. BOSTDOS IS WELL AWARE OF C.O. STURTEVANT'S "LYING" ABOUT HIS PHYSICAL ATTACK UPON ME, WITNESSED BY OVER 50 INMATES, [YET I WAS THROWN IN "THE HOLE", BY CAPT. BOSTDOS' ORDER. CAPT. BOSTDOS PRESENTS HIMSELF AS A KINDLY, CARING, GRANDFATHERLY MAN; HOWEVER, THE REALITY IS "ANYTHING BUT!" CAPT. BOSTDOS IS A "DIRTY COP", NO MORE & NO LESS.] BOTH CAPT. BOSTDOS, & HIS P.M. STAFF NEED TO STOP HARASSING ME. THANK YOU, Michael N. Collins

"ADA/MEDICAL" GRIEVANCE (STEP I, 02/23/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. MEDICAL: I HAVE KIDNEY AND/OR LIVER DAMAGE THAT IS NOT BEING PROPERLY TREATED, & IS GROWING PROGRESSIVELY WORSE. OFTEN I CAN NOT HOLD MY WATER FOR LONGER THAN 5 MINUTES WITHOUT HAVING TO RELIEVE MYSELF AGAIN. I GROW INCREDIBLY FATIGUED THROUGHOUT THE DAY. EVERY 2 TO 3 HOURS, I LITERALLY COLLAPSE FOR 15-20 MINUTES, I WILL FALL INTO A "REST SLUMBER," & THEN I CAN GET UP & GO ABOUT MY BUSINESS. THIS MAY ALSO BE DUE TO MY PROGRESSIVE KIDNEY AND/OR LIVER DAMAGE; THIS MAY BE DUE TO MY DIABETES. FOR 3-4 MONTHS, I HAVE HAD THE SAME LINGERING "VIRUS, FLU, COLD?" & I HAVE BEEN UNABLE TO HAVE "IT" TREATED; TO HAVE ANY ANTI-BIOTIC PRESCRIBED.

OVER THE LAST 3-4 MONTHS, I HAVE HAD 1 "B.S." SESSION WITH 3 NURSES (NOVA, JANIE, & JODIE) STANDING AROUND A ROOM, WALKING IN & OUT, WHILE I SAT ON AN EXAM TABLE. I HAVE HAD 1 MEDICAL APPT. WITH KAREN MITCHELL, N.P. SECURITY SGT. DE FRANCISCO HAD TO HELP HER "NAVIGATE" MY MEDICAL FILE. SHE KEPT SAYING THAT SHE "DIDN'T KNOW WHAT SHE WAS DOING." I AM CLASSIFIED AS "CHRONIC CARE." NO MORE BUNGLING DOC "MEDICAL PROVIDER" INCOMPETENT "QUACKS & HACKS." I NEED TO MEET WITH A REAL MEDICAL DOCTOR (NOT A OSTEOPATHIC "BONE MANIPULATOR") ON THE OUTSIDE, NOT IN A DOC FACILITY FOR PROPER & COMPETENT "MEDICAL TREATMENT, AT LEAST ONCE PER MONTH. — Michael N. Collins

"GENERAL GRIEVANCES" FILED BY ME, AS(?) I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER.

<u>DISCIPLINARY HEARINGS</u>. EVERY ONE OF MY C.O.P.D. (CODE OF PENAL DISCIPLINE) HEARINGS HAVE BEEN ON WHOLLY "CONTRIVED & FABRICATED" CHARGES; OVER WHOLLY "CONTRIVED & FABRICATED" INCIDENTS. THE C.O.'S MAKING THEIR FALSE ALLEGATIONS AGAINST ME (IT "CURRIES FAVOR" FOR THEM WITH THEIR SUPERIORS), HAVE "BLATANTLY & OBVIOUSLY" DEPARTED FROM THE TRUTH; SO MUCH SO, THAT THEIR ALLEGATIONS ARE ONLY "<u>MANY & BIG & LIES & </u>"

AT MY <u>DISCIPLINARY HEARINGS</u>, MY "INMATE REP & ADVOCATE", MR PHELPS, CAN SAY NOTHING. BOTH PRESIDING OFFICER TOPLISS & PROSECUTING OFFICER FAZZINO CONDUCT HEARINGS WITH "PRE DETERMINED OUTCOMES." THEIR CONVICTION RATE IS OVER "90%", WHICH IS PRIMA FACIE EVIDENCE THAT THEIRS'S IS A "KANGAROO COURT." MUCH OF THEIR PROCEEDINGS TAKE PLACE WITH THE TAPE RECORDER OFF.

WHEN C.O. STURTEVANT "PHYSICALLY & BRUTALLY" ATTACKED ME IN FULL VIEW OF OVER "<u>50 & </u>" INMATES, I COULD NOT CALL EVEN 1 INMATE AS A WITNESS. C.O. BRAGG WAS THE ONLY C.O. THAT I COULD CALL. SHE DID NOT PHYSICALLY APPEAR; I COULD NOT TALK TO MY OWN WITNESS OVER THE PHONE. LT TOPLISS ASKED HER LEADING QUESTIONS, & LED HER TO THE ANSWERS THAT HE WANTED. I DID NOT SAY "FUCK" ONCE. C.O. STURTEVANT "LIED & MANY & TIMES & " ABOUT ITS' USE, & ABOUT MANY & "SPECIFICS OF HIS "PHYSICAL & BRUTAL" ATTACK UPON ME. "<u>ALL & </u>" OF MY C.O.P.D. <u>CONVICTIONS AT CTCF NEED TO BE "SET ASIDE" & DECLARED VOID"! </u> Michael N Colley

[NOTE: SINCE 08/09 "7 MONTHS & ", I HAVE BEEN UNABLE TO FILE "<u>ANY & </u>" GRIEVANCES. I HAVE BEEN DENIED BLANK GRIEVANCE FORMS BY CASE MANAGER O'MALLEY & BY SENIOR CASE MANAGER ALLEN "MANY & TIMES & " (AGAIN & AGAIN), WHILE I WAS HOUSED IN UNIT 3. THIS HAS EFFECTIVELY DENIED ME ANY KIND OF REMEDY THROUGH THE COLORADO DOC GRIEVANCE PROCEDURES. VIRTUALLY ALL OF MY ISSUES (NOW) DEAL WITH MY BEING "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. I AM NOW HOUSED IN UNIT 1, & HAVE A DIFFERENT CASE MANAGER.

MY CURRENT CASE MANAGER IS JOHN EVANS. HE IS AN "OLD DOG", JUST LIKE ME. HE GIVES ME A "HARD TIME" EVERY TIME I PRY" A BLANK GRIEVANCE FORM OUT OF HIM; HOWEVER, HE "GIVES 'EM UP" TO ME. NONE OF MY GRIEVANCES ARE FRIVOLOUS; ALL HAVE MERIT. AT LEAST IN PART, I AM NO LONGER A "MORMON CULTIST" ON ACCOUNT OF JOHN EVANS; AM NOW A "777 JESUS CHRIST MAN!!!"