IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw as Counsel (doc. #3648), filed September 30, 2008, is GRANTED. Jess A. Dance is permitted to withdraw as counsel for defendants. Electronic noticing to this attorney shall be terminated.

Dated: March 23, 2009

Service of this order shall be made via NEF, with standard mailing to Mr. Valdez.