IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Jared Whorlow, Claim number 03-421

## ORDER

Kane, J.

This matter is before the court on Claimant, Jared Whorlow's Letter to Appeal the Final Order by Special Master (doc. #3394). That letter will be construed as a Motion for Extension of Time to Object to the Final Order, and as such is GRANTED. Mr. Whorlow has up to and including April 25, 2009 to file whatever objections he may have to the Final Order.

Dated:   March 24, 2009

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Whorlow.