IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.      **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Eugene Navarro, Claim number 03-243

## ORDER

Kane, J.

This matter is before the court on Claimant, Eugene Navarro's Objection to the Final Order by Special Master (doc. #3395). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. In his carefully considered ruling, the Special Master found that the claimant failed to prove by a preponderance of the evidence each of the four criteria established by the court. He specifically found that Mr. Navarro was not discriminated against by DOC staff due to a recognized disability on or before August 27, 2003. Dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3179) is AFFIRMED.

Dated: March 24, 2009

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Navarro.