IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (consolidated for all purposes with Civil Action No. 96-N-343)

JESSE MONTEZ, et. al.
    Plaintiffs,

-vs.-

BILL OWENS, et al.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 24 2009
GREGORY C. LANGHAM
    CLERK

Claim Number: X-333
Category: Untimely Filed Claim
Claimant: David M. Aragon #14253
Address of Claimant: SCF. P.O. Box 6000 Sterling Co. 80751

CLAIMANTS OBJECTION TO ORDER
OF SPECIAL MASTER

Comes Now Claimant before the Honorable Court and objects to the Dismisal of his claim from the Special master.

1.) CDOC, PHP under the Remedial Plan April 4, 2008 placed him into the Class. He should be treated equally and protected the same as the class as an individual that had to have been in DOC custody on or before August 27, 2003.

2.) CDOC has failed to come into Compliance since 2003 til present. The SCF facility discriminates on ADA Inmates, and the Staff, CO's, officers do not care what the Court's says, they are making a mockery of the Judge's orders.

3.) My Life is in harm's way, because of the discrimination of the "Diabetics" in the Department of Corrections.

4.) Dr. Fortunato cut my toe accidently, and it is not healing, and the PHP has failed to get me to a wound specialist.

5.) I already had my Left toes amputated due to malpractice of being a Diabetic.

6.) Cathie Holst the ADA Coordinator for CDOC is not a trained Specialist or has not had proper training for her acclaimed position. They civil and constitutional rights of abuse of captive patients at SCF is very much like that of Abu Ghraib Prison. The nepotism at its best.

Combatative Medical Care

7. The Defendants have acted neglegently under the ADA, and have violated Federal and State Constitutions.

8. Also the CDOC Ploticen's failure to follow my Prescribed Medical treatment for my Diet, by the Physcian is a problem.

9. Correctional Officers at the Medical Department are posing in the roles of Doctors and Nurses, and overiding Dr's. Orders, at the SCF Medical Department. CO Salas, CO Johnson

Wherefore Claimant prays the Court will Grant his plea and not Dismiss his Claims, and save his Life from the Abu Sterling Ghaib, treatment. CDOC, PHP. Medical Dept.

Respectfully submitted      Dated this March 20, 2009

David Aragon

David M. Aragon #142535
SCF P.O. Box 6000
Sterling, CO. 80751

Certificate of Mailing

I hereby certify that I put a copy of said motion in the United States Mail on 3-20-09 to the following

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St. Room A-105
Denver, CO. 80294-3589.

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO. 80203