IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for relief (#3846). Claimant has been advised previously that a jurisdictional issue remains to be resolved by the assigned District Judge. Nothing further can be done until the District Judge rules on this issue.

IT IS HEREBY ORDERED that Claimant's motion will be filed and held in abeyance.

SIGNED this 16th day of March, 2009.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master