IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Ben Padilla, Claim number 03-038

## ORDER

Kane, J.

This matter is before the court on Claimant, Ben Padilla's Objection to Final Order of Special Master (doc. #3416). I have reviewed the Objection and the Final Order and have determined as follows:

In a favorable ruling, the Special Master found that Mr. Padilla was in fact disabled as defined in this case, and discriminated against by the Colorado Department of Corrections. An award of $1,500.00 was made. This court finds that award is appropriate in this circumstance. Additional matters that Mr. Padilla has raised regarding the quality of treatment and medical care, all of which were fully addressed in the final order, must be raised in a separate individual action, as they cannot be resolved as part of the remedial plan in this case. The Objection is OVERRULED. The Final Order of Special Master (doc. #3296) is AFFIRMED.

Dated:   March 25, 2009

                                                       BY THE COURT:

*s/John L. Kane*  
JOHN L. KANE, SENIOR JUDGE  
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Padilla.