IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number X-337
Category: Untimely Filed Claim
Claimant: Robert Blankenship, #52475
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on the letter and claim form of Claimant. He had not responded to the previous order of the Special Master and the case was dismissed. Now Claimant has filed a claim, and the order of dismissal will be rescinded.

Claimant has not checked one or more of the boxes on the claim form. Claimant is advised that the Remedial Plan deals only with four disabilities (vision; hearing; mobility; and diabetes). Claimant states that he has epilepsy and mental conditions. Mental impairments are not part of this case. In and of itself, epilepsy is not a condition that falls under the Remedial Plan. To the extent that it may have led to mobility impairment, then that would be a different situation.

Claimant will need to provide further information before his claim may be processed. Claimant will need to answer the following questions:

1. What category or categories is Claimant alleging that he falls into?
2. When did Claimant become disabled?
3. When was Claimant subjected to discriminatory treatment by DOC staff and employees?
4. Why has Claimant waited to file his claim?

IT IS HEREBY ORDERED that the order of dismissal is rescinded; and

IT IS FURTHER ORDERED that Claimant is granted up to and including **April 13, 2009** in which to respond to this order and to provide the information requested.

SIGNED this 16th day of March, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master