IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-347
Category: Untimely Filed Claim
Claimant: Kenneth Thunderbird (Oregon #3525722)
Address of Claimant: TRCI, 82911 Beach Access Road, Umatilla, Oregon 97882

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant (#3851). The letter has been referred to the undersigned per the order of Judge Kane that expanded the jurisdiction of the Special Masters.

In the letter, Claimant explains that he is blind and presently in the correctional system of the State of Oregon. He has requested that a copy of the complaint be provided to him.

Claimant has not indicated in his letter if he was ever incarcerated in the Colorado Department of Corrections. The Special Master has no indication one way or another. If Claimant was incarcerated in DOC, then he would have the right to file a damage claim pursuant to Article XXXII of the Remedial Plan. In fairness to Claimant, a damage claim form and instruction sheet will be provided to him. He will be granted time to file a claim for damages. Claimant must show that he was in DOC custody on or before August 27, 2003. A claim for damages must show that Claimant was disabled on or before that date and the victim of discrimination prohibited by the ADA and Rehabilitation Act.

If Claimant is merely seeking a copy of the complaint, then he is advised that the original complaint was filed *pro se* by Jesse Montez. This case proceeded for two years without counsel for Plaintiffs. Once counsel entered an appearance, then amended complaints were filed. The Special Master will provide a copy of a complaint to Claimant, but he needs to advise if he wants the

original complaint or one of the amended complaints. Claimant needs to contact the Special Master at the address shown on the claim form.

IT IS HEREBY ORDERED that Claimant is granted up to and including **May 4, 2009** in which to file a damage claim form, if he believes that he meets the requirements of Article XXXII of the Remedial Plan.

SIGNED this 16th day of March, 2008.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master