IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

    Defendants.

Re: Claimant Albino Sanchez-Garcia, Claim number 03-283

## ORDER

Kane, J.

This matter is before the court on Claimant, Albino Sanchez-Garcia's Objection to the Final Order by Special Master (doc. #3459). The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that although Mr. Sanchez-Garcia was disabled under the terms of the Montez Remedial Plan, he was not discriminated against by DOC, and thus has failed to prove by a preponderance of the evidence each of the four criteria established by the court. Dismissal of this claim was appropriate. Any complaints regarding the quality of care and treatment must be addressed in a separate individual action, and nor as part of the remedial plan in this

case. The Objection is OVERRULED. The Final Order of Special Master (doc. #3344) is AFFIRMED.

Dated: March 25, 2009

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT


Service of this order shall be made via NEF, with standard mailing to Mr. Sanchez-Garcia.