IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion for Time to File Status Report (doc. #3737), is GRANTED. The Status Report was timely filed on December 19, 2008.

Dated:  March 25, 2009

Service of this order shall be made via NEF.