IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: L.R. Moore

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    This matter is before the court on L.R. Moore's Motion to Re-Consider Denial of Leave (to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and FED. R. APP. P. 24) (doc. #3499). Upon reconsideration, the order denying leave to proceed is REITERATED. The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 remains DENIED.

---

Dated: March 25, 2009

Service of this order shall be made via NEF, with standard mailing to Mr. Moore.