IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number: C-014 (combined with C-008)
Category C
Claimant: Ronald Cordova, #57350 (as well as the inmates who have signed on the letter)
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751
_____

## AMENDED ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's document entitled "Response to the Special Master's Court Order, dated December 22, 2008." This document will be treated as an objection to the order of the Special Master.

Claimant raises issues that are legitimate and not frivolous. The Special Master issued the December 22, 2008 order after much deliberation. Claimant and those who wear glasses are entitled to a review of the order and issues involved by Judge Arguello or Judge Kane. There is a significant question as to what was agreed to and approved by the Court in the stipulation of March 2008.

IT IS HEREBY ORDERED that the time for filing of an objection to the order of December 22, 2008 is extended up to and including **May 11, 2009**; and

IT IS FURTHER ORDERED that the document filed by Claimant will be treated as an objection to the order of December 22 2008 issued by the Special Master; and

IT IS FURTHER ORDERED that the objection will be referred to Judges Arguello and Kane.

SIGNED this 25th day of March, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master