IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Michael R. Ingram, Claim number 03-327

## ORDER

Kane, J.

This matter is before the court on Claimant, Michael R. Ingram's Objection to the Final Order by Special Master (doc. #3536). First, the Third Motion for Extension of Time to File Objection (doc. #3489), is DENIED AS MOOT as the Objection was timely filed. The court has reviewed the final order and the objection and finds as follows:

The standard of review for an objection to a Final Order is whether there was abuse of discretion, and no such abuse was found. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. The Special Master correctly found that while Mr. Ingram does suffer from vision and mobility impairments, the claimant failed to show that he was disabled as defined in the Settlement Agreement. Dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3221) is AFFIRMED.

Dated: March 27, 2009

                                            BY THE COURT:

                                                *s/John L. Kane*  
                                                JOHN L. KANE, SENIOR JUDGE  
                                                UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Ingram.