92-cv-00870

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 7 2009

GREGORY C. LANGHAM
CLERK

Judge, John Kane
U.S. District Court
901 19th Street
Denver, Co 80294

Dear Judge,

    I am writing in regards to unethical practice of the AIC Office and Cathie Holst. I was called to my case-manager's Office by Mr. Dennis. He wanted me to sign a form from Cathie Holst. It was in regard to opting out of Montez Class. The form was filled with deceptive information and designed to deceive me into opting out of the class of Montez. I refused to sign it and he said it was a form that replaced the form I gave to my case-manager Mr. Vigil at AVCF. The opting-out Notice I gave was pursuant to page 6. Where an inmate can exercise the Option of staying at his present facility. Mr. Dennis tryed to say it was the same, but it wasn't. Because page 6 of the Remedial Plan is very specific as to its meaning. I have always maintained their is a conflict with the AIC Office and Cathie holst. Because she is a State employee and her loyalty is to DOC. She can't be bias and make just decisions where inmates are involved.

Also, I have been harrased by DOC Staff, regarding Programs. I have been told I can't use any of the benefits, of programs because I am unassigned. Well I lost my job when I was forced to move to another facility. And I have been called to medical foe examination to determine if I am disabled. That is what I have been told by P.A. Gatel Chamjock and that I will be called when ever they feel its necessary for them. And that the examinations were Ordered by you. That is what I was told. My question to you and I mean NO disrepect. Is the Special Master's Final Order questionable or is it meaningless as DOC contends.

I am sending an affidavit to support and determinations to be made regard the relief I have request for DOC harassment retaliation and discrimination. With all the non-compliance issues. My transfer, lost of property and privileges as well as being held in higher security. All these issues are in non-compliance with the Montez Remedial Plan.

I have also, received a Memorandum from the AIC Office, Cathie Holst/Marshall Griffith, apologizing for all the confusing surrounding the Final Order of the Special Master. Well I don't believe an apology is going to resolve all the harm casued. I was given a COPD write-up where I was found guilty for exercising my right to benefits and programs under the ADA. Plus the constant harassment and Malicious and vindictive conduct that is still going on. I tryed to explaint to my former case-manager Mr. Vigil and even gave him my copy of the Final Order. Compromising the attorney-client privilege. That is where DOC got a copy of the final order January 21, 2009. It wasn't from Judge, Borchers as liaison Shirley Steinbeck tryed to say.

I hope you will consider this information regarding relief, as i requested in my last pleading. I believe the AIC Office and Cathie Holst should be investigated. Thank you.

March 26, 2009

Respectfully
Ronald Cordova
Ronald Cordova, 57350

ORIGINAL

## GENERAL AFFIDAVIT

STATE OF COLORADO      )
                       ) ss.
LOGAN COUNTY           )

I, Ronald Cordova, being duly sworn, deposes and says:

On about March 23, 2009 time 10;30, I was told to stop by my assigned case-manager, Mr Dennis. After leaving the law library I went directly to his Office. Mr dennis said he had a form from the AIC Office of cathie Holst. The form was to replace a "Notice of opting out of placement. Pursuant to Montez et al Remedial Plan, dated August 27, 2003. Page 6, section C. OPTING OUT OF PLACEMENT AT DESIGNATED FACILITIES.

A class member, pursuant to this section of remedial plan may opt out by giving a written notice to DOC. On Feb 3, 2009 I gave my case-manager Mr. Vigil an Oral notice that I was going to type a written notice and give it to him. The following day Feb 4, 2009 I gave it to Mr. Vigil. And I asked for a copy. I did not get a copy and was moved on that same day, out of AVCF.

Today March 23, 2009 Mr Dennis tryed to give me a form he claimed came from the AIC Office and Cathie Holst. The form was entirely different then what is required under Montez, Remedial Plan, page 6. This new form was a form filled with deceptive information and was designed to deceive me. It was me opting out as a class member of Montez et al. , all together. And giving DOC authority to place and treat me any way they see fit. I refused to signed the form. And told Mr. Dennis that is not what the Remedial Plan agrees to. He said it did according to what he read. I asked for a copy to send to Judge J. Kane. He did not give me a copy. And siad he had to re-read Montez, Remedial Plan. Ot contact the AIC Office. From what I read in the form it was all designed to deceive me and give permission to DOC to deny any future Medical care and treatement under the Americans Disability Act. 42 U.S.C. § 12102,

March 25, 2009                          _Ronald Cordova_ 57350
                                              affiant

The foregoing instrument was acknowledged to before me this 25TH day of March, 2009

_[signature]_
Notary

6/3/2012
My Commission expires

[Notary seal: DONALD G. CANFIELD, NOTARY PUBLIC, STATE OF COLORADO]

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO: Offender Cordova, Ronald #57350
SCF

FROM: Marshall Griffith, Designee *MG CW*
Office of the AIC (ADA Inmate Coordinator)

RE: Correspondence Received 2/6/09

DATE: March 18, 2009

---

DISABILITY STATUS: Per Final Order of Special Master dated 6/25/08 and Accommodation Resolution dated 1/21/09: MOBILITY DISABILITY, do not have VISION DISABILITY.

The AIC received the correspondence you sent to the CDOC Executive Director Ari Zavaras dated 2/1/09. I apologize for the late response. Your correspondence regards your claim of violations of the Montez Remedial Plan and outlines the difficulty you have had in bringing your claims to the attention of DOC. You want to know why the finding in the Final Order of Special Master is not recognized that you do have mobility impairment (disability).

I reviewed your AIC file and contacted staff at AVCF. I have the following information:
- Your CM forwarded a copy the Final Order of Special Master to the AIC office.
- The established procedure and policy by CDOC is that the Attorney General's office sends copies of the Final Orders of the Special Master to the AIC office. The AIC office distributes and notifies the facility and DOC Staff of the order. This did not happen in your case. I greatly apologize for this inadvertent error.

The following events have taken place since I received and reviewed a copy of the Final Order:
- I received a copy of the Final Order through your CM on 1/21/09. The Final Order indicates:
    o Evidence reflects that offender has trouble walking. Claimant is a member of the class as mobility disabled.
    o Claimant was diagnosed as having diabetes on 4/14/08 however; anything prior to that date concerning diabetes involves speculation. Claimant is not a part of the class of diabetic. *Please Note*: A review of your AIC file indicates you never requested accommodations for diabetes, nor was there information in the file from any source to indicate you may have diabetes.

- o The evidence indicates that Claimant is not a member of the class as vision impaired.
- An Accommodation Resolution was prepared for mobility disability. The AIC signed the resolution on 1/21/09. I received the resolution back from the CMO signed and dated on 1/28/09. The resolution was sent to your facility on 1/28/09. You were served the resolution on 1/29/09.
- I asked CM Vigil to provide you the ADA Forms so you could make a new Request for Accommodation.

AVCF is not a designated facility for mobility disability. You were moved to SCF.
- Since you were moved to SCF new criteria has been established by Clinical Services for determining disability.
- I received the completed forms on 2/2/09. I sent your request to Clinical Services to screen you for mobility disability and diabetes based upon information in the Final Order. You are also being re-screened for vision disability.
- The DOC will respect the Final Order of Special Master regardless of the outcome of the re-screening process. The new criteria will further clarify what accommodations you require for mobility disability. The new criteria will also determine whether you have a vision disability.

**CONCLUSION:** You are being re-screened for mobility and vision disability using the new criteria. You are also being screened for diabetes. DOC will adhere to the Final Order of Special Master finding that you are mobility disabled. Again, I greatly apologize for the inadvertent error which led to the confusion surrounding The Final Order of Special Master however, our office was not properly provided a copy of the Order from the AG as required.

**Colorado Department Of Corrections**

Name: Ronald Cordova
Register Number: 57350
Unit: SCF   B-1-12
Box Number: 6000
City, State, Zip: Sterling, Co 80751



U.S. Courthouse
Judge, John Kane
901 19th Street
Denver, Co 80294

80294+2500