92-cv-870

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2009

GREGORY C. LANGHAM
CLERK

To Judge Kane,

My name is Paul Deschaine and I came into DOC in 2004. I was then misdiagnosed with type I diabetes. I was then sent on my way from the Suposeily the medical unit D.R.D.C. to the facility which I was at for 3½ years. I was then denied adequate medical care which I needed at a critical time. Because of all this inadequate medical care, it has lead to more serious conditions. I did and have acknowledged my serious medical needs. For 3½ years I asked for much needed diabetic shoes to help me, with the blisters and sores I get from the inadequate DOC shoes. I have been told for at the time that no one can help unless I do the procedures and give them a paper trail. In the mean time, I am to go through pain and suffering that I would not put my enemy through. I was then seen by a DOC doctor that did an exam on me. Which he quoted that he could not believe what he was looking at. I have the documentation on this. Then he said that under the DOC standers of care and the Montez case, I do qualify for diabetic shoes. Which he told medical to order before I get an infection that could lead to amputation. He told them to measure my feet, they did not. When the

with it. I was even told by medical staff when I had fallen out, and I had no snack or food in my cell, that I could start getting things off canteen to take care of myself and was refused help, all I asked for was a sugar tablet to get me by till meal time. I started my grievance on this.

Again, I have done the proper procedures with kites, letters and grievances. How long must I suffer, after four years now. I am a ADA Diabetic which is chronic care, it affects a person's health and requires ongoing medical attention, I being a ADA Diabetic am considered a class member and qualifies for help. I have documentation on all that is and has happened. Sir I need help and this is why I am writing you in hopes of getting the proper help.

Thank you for your time in this matter and I pray I will hear back. Again Thank you.

Sincerely
P. D.
3-25-9

**Colorado Department Of Corrections**
Name  Paul Deschaine
Register Number  124164
Unit  22
Box Number  P.O. Box 6000
City, State, Zip  Sterling, CO 80751



UNITED STATES DISTRICT COURT
Judge John L. KANE
901-19th St, Room A-105
Denver, CO 80294-3589