| | |
|---|---|
| DISTRICT COURT, _____ COUNTY<br>Court Address:<br>US DISTRICT COURT<br>901--19th Street Denver, Co 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>**MAR 26 2009**<br><br>GREGORY C. LANGHAM<br>CLERK |
| JESSE MONTEZ ET AL<br>Plaintiff,<br><br>v.<br><br>BILL OWENS, ET AL<br>Defendant(s). | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>JILL COIT  # 86530<br>Claim Number 03-129<br>P.O. Box 392005<br>Denver, Co 80239 | Case No.: 92 N 870 (mA-oEJ)<br>96 N 343<br>Div/Ctrm: |
| NOTICE THAT CDOC IS IN VIOLATION OF MONTEZ REMEDIAL PLAN FOR XVIL Library Equipment | |

I am a member of the Montez Remedial class action law suit. My Final Order of special MAster states "The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps peforming manual tasks.
     performing manual tasks (perhaps) see medical records proving I have difficulty performing manual tasks.
   According to Cathie Holst no inmate will ever be allowed to use a computer in or from the library, That no inmate will qualify. This violates XVILL Library equipment which states,"Electronic equipment such as audio equipment, tape recorders and computers will be available for use and when appropriate,to be checked out in the general library....
     When Judge Pringle stated permanent physical mobility impairment he included my hands since that is how I perform manual tasks. I am totally blind in the left eye and only have less than 40 % vision in the upper half of my right eye. I know Montez does not cover vision loss but it does cover job employment and manual tasks. I have been ordered not to write or type except to sign my name by DOC doctor. I need to be able to use a computer. I am having to break a rule by having an inmate type this. It hurts when I try to use my hands to perform tasks.

9c/7h - type By 7 #

I am asking this court for protection from retaliation since I am a memeber of the Montez class action. The last time I informed this court of a Montez violation defendants retaliated against me by taking away my wheel chair and front closure uniforms. I need the wheel chair to get to meals, programs, medical and med line.

When I am forced to walk I am in great pain. This Montez court ruling ruled that I am mobility impaired permanently and taking away my wheel chair because I told is illegal. I have not magically gotten well, I still have hammer toes that cause pain when I try to walk, a torn menusis tear of the left knee that causes me to fall down and is very painful to walk on. I am 65 years old and falling down puts me at risk for broken bones. I already have an artificial hip on the right and severe arthritis in my hands, feet, knees, hands and neck/spine. I have two torn rotator cuffs that limit further my arm motion of raising my hands above my head.

Please do not allow my wheel chair to be taken away from me.

I know the Montez Remedial Plan has no teeth for dealing with retaliation but Judge Pringle in my hearing of October 2005 said that Retaliation would not be allow.

If I need a TRO please issue one.

I have been in a wheel chair since March 2004 except for teh 7 months I was being punished for telling. I am totally blind in the left eye and only have vision in the right upper half of my right eye. I also have a balance problem

Even if CDOC lawyers find some way to not let me be qualified to use a computer from the library under Montez Remedial Plan, they still should <u>have to obey</u> their settlement agreement under the Montez Remedial Plan signed into being September 11, 2003.
   Please enforce the Montez Remedial Plan and make CDOC get computers for the disabled/impaired inmates. I am not capable of filing a new law suit to include visually impaired and hand impired rights to use computers. This class action will just provide the basis for a new class action if this issue is not Enformced.

SEe medical attachments.


Respectfully,

*Jill Coit* (signature)    dated 3-23-09

Jill Coit
86530
P.O.Box 392005
Denver, Co 80239



Exhibits
1. Final Order page 5 Special Master
2. page 22 Remedial Plan XVIL Library Equipment
3. Med Query Wheel Chair permanent
4. Med report 6-27-06 Ok for her to use computer voice activated program due tohand deformity and arthritis.
5. ADA evaluation as of 3-25-04 listing physical disabilities
6. Med report listing dominate hand very limited functionally.
7. med report on examination notor 3;5 unable to g rasp fully due to wrist and thumbpain...
8. med report 12-12-08 She does have significant arthritis inher C-spine, L spine, knee,hands, L shoulder rotator cuff tear by MRI & THA. ..
9. Severe L 4 -L5 degenerative disease in the lumbar spine.
10. Left foot hammer toes second, third and fourth digits.

11 Denver Health Totally blind in left eye   400 PH
12 7-1-08 Pt should not write or type except for signing
13. vision loss left eye
14 Orhtopedic notes 6-12-08 I recommend that she continues heat packs toher wrists and would use speech recognizing program for typing instead of her hands on keyboard. This was documented in her facility file.
15 6-12-08 Eye filed study noted 35 -40 percent visual field loss right ey-

*[handwritten: Montez Remedial Plan]*

G.    MAINTENANCE OF ACCESSIBLE FEATURES AND EQUIPMENT

The DOC has a duty to maintain structural features and equipment in operable working conditions in order to make the prison system's services, programs, and activities accessible to disabled inmates. Isolated or temporary interruptions in service or access due to maintenance or repairs are not prohibited, as long as the facility is taking prompt action to correct the deficiency.

## XVII. LIBRARY EQUIPMENT

Electronic equipment, such as audio equipment, tape recorders, and computers will be available for use and when appropriate, to be checked out, in the general library and other areas where appropriate, for use by inmates with disabilities. Each facility will be responsible for training staff and inmates with disabilities, in the proper use of the equipment. Each facility shall provide a list of such equipment available to inmates with disabilities to the AIC and submit a protocol for the use of this equipment to be approved by the AIC. There will be a protocol, approved by the AIC that will be used for each facility. The librarians shall maintain a list of resources regarding available accommodations which can be provided, such as books-on-tape and inter-library loan programs.

## XVIII. INSTITUTION PROCEDURES

A.    ORIENTATION AT PLACEMENT FACILITY

When an inmate with a disability initially arrives at a new facility, the case manager assigned to the inmate shall ensure that during the orientation process, the inmate is provided relevant information regarding the accommodations and/or assistive devices that will be made available to that inmate to accommodate his/her needs. The inmate shall also be informed of the availability of the AIC for assistance with programs, services or benefits at DOC and of the ADA Grievance Process. The information shall be provided in a format that is accessible to the inmate.

B.    NOTICES, ANNOUNCEMENTS, AND ALARMS

1. <u>Written and/or Recorded Materials</u>

Each designated facility shall ensure that the printed materials that are distributed to inmates are accessible to inmates with disabilities. Accommodations such as large print, computer assisted devices, audio tapes, and Braille will be made available on a case by case basis. When such assistive devices are not adequate to communicate with the inmate, then it is the responsibility of the inmate's case manager to ensure that the inmate is aware of the distributed material. Each facility will adopt an Implementation/ Adjustments (I/A) or an Operational Memorandum (O/M) that identifies a position that will be responsible for providing the assistance and equipment necessary to all inmates with disabilities to ensure that inmates who have

22

*handwritten notes*

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========== 07/01/2008 =
Doc No: 86530          COIT, JILL                      DW/UNIT2    PRES FACIL
==============================================================================
Medical Level: 3  Qual Code: P   Desc: PERMANENT   Dtd Assigned: 02/27/2008
 Dental Level: 2  Qual Code:     Desc:             Dtd Assigned: 05/10/1999
      Allergy: YES    Medical Hold: NO
 + Medical Housing Restrictions           Medical Assignment Restrictions
Date Assgnd  Restriction   Qualifier    Date Assgnd  Restriction   Qualifier
-----------  -----------   ---------    -----------  -----------   ---------
 06/12/2008  OTHER MEDS    TEMPORARY     03/15/2007   NO BENDING   TEMPORARY
 06/19/2008  OTHER MEDS    TEMPORARY     03/15/2007   NOHVY-LIFT   TEMPORARY
 06/27/2008  OTHR EQUIP    TEMPORARY     03/15/2007   NOHVY-MACH   TEMPORARY
Restriction    pt should not type or write except for signing
Comments


Med Lvl      Medical does not authorize extra pillows, blankets, or
Comments     mattresses, HANDICAPPED CELL

Diagnostic   According to the Colorado Department of Corrections
Narrative    Clinical
Press ESC key to Return to Housing Restriction Field
```

Pt in Doc waiting area

**DENVER HEALTH**
**OUTPATIENT ENCOUNTER**
**EYE CLINIC**

9136

101418655
08/03/07   HSC: EYG
COIT JEL
2098863   F   06/11/1944
G08                DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (719)583-5840

☐ New patient   ☐ Established patient

Date: 8 / 13 / 07
      MM   DD   YY

Appt: 09:15   Feb
     SOL CDOC

PRIMARY LANGUAGE: ☒ English   ☐ Spanish   ☐ Other _____   AGE: 65   OCCUPATION _____

DO YOU WISH TO HAVE AN INTERPRETER? ☐ Yes   ☐ No   ☐ N/A

INTERPRETER: _____ (name) _____   ☐ AT&T LANGUAGE LINE USED

☐ PATIENT REQUESTS TO HAVE SIGNIFICANT OTHER/FAMILY MEMBER OR FRIEND INTERPRET. _____ (initial)

HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:
H/o CVA - 12/05 c̄ H/o INF VF LOSS
          AION                                    (B)
         absent ↓ vision (L) c/o c̄ (L) side weakness

PAST MEDICAL HISTORY: NF I

PAST OCULAR HISTORY: Head injury 1983  h/o strokes  H/o Lupus
Visual field defect

Are you having pain? ☐ Yes   ☐ No   (1-10 or Wong scale)

ALLERGIES: PCN                      MEDICATIONS (HERBS/SUPPLEMENTS)
Morphine Demerol                    ASA, Amitriptylin
Darvoset percocet                   Chlor-trimeton Lidocaine
Technician Signature (if applicable): ___          Premarin Vag
                                                   fosamax
PAST MEDICAL/FAMILY/SOCIAL/REVIEW OF SYSTEMS (CLINIC COPY) REVIEWED  Zolmitriptan
ATTENDING INITIALS: _____

EXAMINATION (MD):
DISPOSITION / ORIENTED / APPROPRIATE AFFECT

VISUAL ACUITY:                            Auto-refracted
                                          Right EYE: -.75 +1.50 x 005
sc  Right EYE: 20/40+3  PH: _____        Left EYE:  -.75 +1.75 x 165
cc  Left EYE:   /400    PH: _____        Right EYE: -.75 +1.25 x 006
                                Wearing glasses
                                          Left EYE:  -1.25 +1.50 x 168
                                          +2.00

REFRACTION:
MANIFEST                                  CYCLOPLEGIC:

Right EYE: -.75 +1.50 x 005 / 40+        Right EYE: _____
                         (L)
Left EYE:  -.75 +1.75 x 165 → NI          Left EYE: _____
    +2.25   20/30+  J@ (B)

INTRAOCULAR PRESSURE:

Right EYE: 14 mmHg   Left EYE: 14 mmHg   Time: 10:23

(NCT)  Tonopen (at 5%)   Applanation

F80-008 (4/05) Page 1 of 4



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

FOLLOW-UP
Page 1 of 1

Entered By: MARTINEZ-HOCHBERG, YVETTE M
Printed at: 06/27/2008 09:01:56
Encounter#: 1705181 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

### SUBJECTIVE

Active Medication(s): ASPIRIN CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 10/7/08***; CHLOR-TRIMETON - 4MG - ONE TABLET TWICE DAILY AS NEEDED; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; LIORESAL - 10 MG - ONE TABLET TWICE DAILY PRN FOR HIP PAIN; OYST-CAL-D - 500MG/200 IU ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; PREMARIN VAG CR - .625MG/GM - VAGINALLY 1/2 APP FULL 2 X WEEKLY FOR VAG ATROHPY.; SINEQUAN - 25 MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

me referral fro replacement of leg brace.
t w/ referral to urology pending
t w/ ophthomolgy pending

ack problem persists-awaiting medical shoes
rtho appt

een by podiatry -was seen interim by ortho and will see odiatry back

ands-needs separate ortho eval for this
t declines injection-did in past w/o help- mid 1990's wears ilateral spica splints and wrist hurt all the time, removes races only when eats, but wears them all other times
ght > left pain

### OBJECTIVE

sk base of right and left thumbs tender on palpation, base of ght thumb with edema today, unable to do thumb to finger uch right > left, unable to close or make fist completely, exion wrist 35 degrees and extension 45 degrees, left 45 egrees flexion and extension, pulses 4/4, right forearm rophy vs left, sensory intact

### ASSESSMENT

9.7 - HEMATURIA
7.75 - D/O VISL CORTXW/CORTICAL BLINDNESS
9.6 - INJURY OTHER&UNSPECIFIED HIP&THIGH
7.00 - 727.00 - UNSPECIFIED
YNOVITIS&TENOSYNOVITIS - H/O OF
EQUERVAN'S-feel condition is worsened due to prolonged mobility in splints
214 - OFFICE/OUTPATIENT VISIT, EST

Temperature: 98.3   Pulse: 85   Weight:
Respiratory: 20   BP:    / 60
Vitals Taken: PULSE OXSYM=96.00;

### PLANS / ORDERS

Allergies: PENICILLIN G

ortho referral

bilateral hand, thumb x-ray 6/30/08

await urology appt

f/u appt fro CCC hands and lipids

recommend rom exercises for hands under warm water bid to decrease problems due to chronic braces and decreased mobility issues of wrists

recommend no typing or writing

Outside Consultation#: 102520 - Level: 1 MONTH - Request: ORTHOPEDIC - Location: DENVER HEALTH

Medical Housing Restrictions: Added: OTHR EQUIP - pt should not type or write except for signing;

Datetime: 06/27/2008 08:27
Providers: MARTINEZ-HOCHBE, YVETT

EXHIBIT _____

NP/RD _____ PHYSICIAN _____ NURSE _____
atetime: 06/27/2008 08:27   Provider: MARTINEZ-HOCHBE, YVETTE   DateTime:

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

FOLLOW-UP
Page 1 of 2

Inmate: MARTINEZ-HOCHBERG, YVETTE I
Printed at: 06/12/2008 14:25:4
Encounter#: 1694620 @ DW

| 86530 | COIT, JILL | | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**

Active Medication(s): ASPIRIN CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 10/7/08***; CHLOR-TRIMETON - 4MG - ONE TABLET TWICE DAILY AS NEEDED; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; OYST-CAL-D - 500MG/200 IU - ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; PREMARIN VAG CR - .625MG/GM - VAGINALLY 1/2 APP FULL 2 X WEEKLY FOR VAG ATROHPY.; SINEQUAN - 25 MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

pt seen per podiatry was given custom shoes twice and not given these
I have sent a note to Dr Frantz concerning this

pt also w/ three hammer toes instead of one?
pt has problems w/ visual; perception and fell three times
-over mop bucket and went out on her medical -was in leg chains and chain got caught on grill and pt fell onto officer.
right hip now hurts and radiates to back buttocks and left buttocks pain from Monday's fall

pt had iv clincymycin last week for SBE prevention /dental clinic now has burning when urinates and low back pain

meds for toes, burn and hurts
hammer toes rub up against the shoes and will bleed

right eye w/ visual loss-inferior quadrant s of right eye

**OBJECTIVE**

msk: right hip with tenderness on palpation w/ decreased external rotation and pain w/ adduction, abduction, palp spasm quadricep muscle
nt left hip w/ minimal rom to adduction and abduction
left foot w/ hammer toes 2,3,4 w/ tenderness on palpation

eye filed study-noted 35-40 percent visual field loss right eye
-offer reeval of eye and pt declines as it hurts her to go out in van and declines referral

**ASSESSMENT**

735.4 - OTHER HAMMER TOE
959.6 - 959.6 - INJURY OTHER&UNSPECIFIED HIP&THIGH - S/P FALL
377.75 - 377.75 - D/O VISL CORTXW/CORTICAL BLINDNESS - RIGHT LOWER VISUAL FIELD EYE LOSSS S/P CVA

Coit has 35 to 40% vision loss in right eye

EXHIBIT _____

Temperature: 97.7   Pulse: 82   Weight: 165
Respiratory: 16   BP: 108 / 77
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: PENICILLIN G

copy to Mayanne of letter from MONTEZ so shoes w/ lift may be ordered and ? foot solutions shoe

right hip x-ray 6/13/08

can cut tennis shoe until her orthopedic shoes are in-cut along toes-hamm toe areas

bacitracin packet 3 6-to use sparingly over toes if bleed w/ rubbing, clean area prior to placing ointment on.

UA w/ urine culture

diflucan 200 mg x 1 today

lipid profile 7/1/08

tet hose knee high x 2

pt needs new knee brace left-note to mayanne

Datetime: 06/12/2008 13:41
Providers: MARTINEZ-HOCHBE, YVETTE I

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 06/12/2008 13:41   Provider: MARTINEZ-HOCHBE, YVETTE I   DateTime _____

# DENVER HEALTH
## OUTPATIENT ENCOUNTER
## EYE CLINIC

Name, MR#, Pat#, DOB
84614064
01/09/06  HSC: EYE
COIT JILL
2098883    F   06/11/1944
G08                DVR: Y
1:    2:   RX:   IP:
PCP:
PHN: (303)307-2307    MRLO: DGOP

**PERFORMED PROCEDURES:**
By: _____ Attending presence/participation or performance. _____
                                                                  Initials

EXHIBIT  15

ANA 1:160 - PS1
ESR (1.0)

**DIAGNOSTIC TESTS AND REPORTS:**

CBC wnl
PT/PTT 0.85
Chem 7 wnl
UA 2+ Heme / wnl Chem

**DATA REVIEWED:**

**IMPRESSION/RECOMMENDATIONS:**

① Vision loss left eye s̄ evident anatomic cause on ocular exam.
 DDx: — visual field defect
       — optic neuropathy
       — TIA or central cause
       — conversion or malingering or factitious d/o
 Rec: ① visual field (24-2) & F/u ō me 1 month
      ② Neurology consultation
      ③ OK to wear dark glasses when outside for light sensitivity
② mild cataract - not vis sig.

F60-008 (4/05) Page 3 of 4
1147

# Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Run Date: 04/25/2008 11:59
**UMC NOT MED NECESSARY**

Appt#: 80853

| | | | |
|---|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 10/31/2006 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: POLLACK, NATHAN M, MD | SDD: 03/16/3004 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: DEN-WOMENS | Appt Dt: | Specialist: ABILITIES UNLIM | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62yoF whose chronic carpal tunnel syndrome and probable basilar joint arthritis render her R (dominant) hand very limited functionally. Current wrist splints are quite worn and need replacement.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: N/A
3. URGENCY OF NEED V. REMAINING SENTENCE: None
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Hand function depends on outside support
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: Yes, previous diagnosis and treatment documented on 8-volume chart.
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: More definitive electrodiagnostics, consideration of surgical intervention could be tried.
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: Good
8. PAIN COMPLAINTS/BEHAVIOR: Appropriate to clinical findings
9. RISK AND/OR COST BENEFIT: Low risk, good potential benefit.

Subjective: Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; FOSAMAX - 70 MG; LIORESAL - 10 MG; NAPROSYN - 375 MG; ZOMIG - 2.5 MG

62yoF for group orientation to colonoscopy screening. She reports previous Ca colon 1972 w/ bowel resection, no recent F/U. Colonoscopy 1999 found polyps (according to pt) but no bx done.

Also discuss increasing hand pain R>L, need for new splints (as recommended by consultant 10-24-06).

Objective: WDWNF NAD AOCC
limited examination of hands and wrists (esp. R) shows tenderness about basilar jt., thenar atrophy, no remarkable + compression response.

Assessment:
787.91 - DIARRHEA
562.10 - DIVERTICULOSIS OF COLON
354.0 - CARPAL TUNNEL SYNDROME
787.6 - INCONTINENCE OF FECES
V76.51 - SPECIAL SCREENING FOR MALIGNANT NEOPLASMS C(    EXHIBIT _____
99215 - OFFICE OUTPT EST 40 MIN

ICD ............ CPT

| Provider Signature: | *Electronically Signed* | Date: 10/31/2006 17:47 |
|---|---|---|
| Provider Name: | POLLACK, NATHAN M, MD | nmpollac |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners  Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

| Page 1 of 2 | | AMBULATORY HEALTH RECORD | Printed at: 06/27/2006 13:37:48 |
|---|---|---|---|
| 86530 | COIT, JILL | Facility: DW  LU: DW/UNIT2 | Encounter#: 1224860 @ DW  1  D  126  L |

**SUBJECTIVE**

Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

Temperature:       Pulse:       Weight:
Respiratory:       BP:      /

**PLANS / ORDERS**

Allergies: PENICILLIN G

[X] Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

**OBJECTIVE**

Jill was here for several items.
1. Had injured her back on Sundsy–she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Ok given for shower shoes and bre extension.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

[X] ok for her to use computer-voice activiated program due to hand deformity and arthriis.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

EXHIBIT 7D

Datetime: 06/27/2006 13:07       Providers: NOLA, NANCY D

EXHIBIT _____

PA/NP/RD _____       PHYSICIAN _____       NURSE _____
Datetime: 06/27/2006 13:07       Provider: NOLA, NANCY D       DateTime _____

*[Handwritten at top: "Final Order of Special Master Julie ." and "2/22+6" and page marker "17"]*

18. Claimant requested that she be moved out of her handicapped cell at DWCF because it did not have sufficient light. She was moved to a non-handicapped cell that provided more light. *[Handwritten: "Then moved back to handicapped cell with no light. Call 12-16 ?"]*

## III. CONCLUSIONS OF LAW

1. The legal standards applicable to this claim are derived from three sources: (a) the Remedial Plan; (b) the Rehabilitation Act, 29 U.S.C. § 794, *et seq.*; and (c) the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, *et seq.*.

2. The first issue before the Special Master is whether Claimant is a disabled individual who is a member of the class. Under the Rehabilitation Act and the ADA, the term "disability" means "(1) a physical or mental impairment that substantially limits one or more of the major life activities of such individual; (2) a record of such an impairment; or (3) being regarded as having such an impairment." 42 U.S.C. § 12102(2); 29 U.S.C. 29 U.S.C. § 794(d); 29 U.S.C. § 705(9)(B). The term "substantially limits" refers to disabilities that make an individual unable to perform a major life activity that the average person in the general population can perform; or that significantly restricts an individual as to the condition, manner or duration under which he or she can perform a major life activity as compared to the condition, manner, or duration under which the average person in the general population can perform that same major life activity. 29 C.F.R. § 1630.2(j)(1). "Major life activities" include functions "such as caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working." 29 C.F.R. § 1630.2(h)(2)(i).

The Remedial Plan limits the class of persons who might otherwise have a disability under the Rehabilitation Act and the ADA to those with mobility, hearing, vision disabilities, and those with disabilities due to diabetes. *Remedial Plan* ¶ III(A). Additionally, the Remedial Plan limits participation to inmates with permanent physical disabilities/impairments. *Remedial Plan* ¶ III(B). A permanent disability/impairment is a condition which is not expected to improve within six months. *Remedial Plan* ¶ III(C).

Based on the criteria established by the Rehabilitation Act, the ADA, and the Remedial Plan, a claimant is a disabled individual who is a member of the class if, while an inmate in a facility under the control of the DOC, he or she (a) had a permanent physical mobility, hearing, or vision impairment or was a diabetic; and (b) this condition substantially limited one or more of his or her major life activities.

The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working and perhaps performing manual tasks.

The Special Master finds and concludes that Claimant has not sustained her claim that she has a vision disability within the meaning of the ADA and/or the Remedial Plan.

*[Handwritten signatures/notes at bottom: "Final Order Special Master"]*