US  District Court
901--19 th Street
Denver, Co 80294

JESSE MONTEZ ET AL
VS
BILL OWENS, ET AL

CASE NO:  92 N 870 and 96 N 343

Part without an attorney
Jill Coit
86530
Montez Claim number  03-129
Denver, Co 80239

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 6 2009

GREGORY C. LANGHAM
CLERK

---

## NOTIFICATION THAT DWCF IS IN VIOLALTION OF MONTEZ REMEDIAL PLAN BY  NOT HAVING HEARING IMPAIRED CELLS IN UNITS  3, 4, 5 and 6

Comes now Jill Coit plaintiff if the above captioned case, even though coit was not considered hearing impaired because she had hearing aids and hearing aid batteries that work, therefore she was not granted hearing status in October 2005 hearing.

However now Coit is hearing impaired and requires a hearing impaired cell  which consist of a strobe  light. Coit was placed in  hearing impaired cell in 2006. Coit can  not grieve placement with CDOC/DWCF however she can notify the court that there are no hearing  impaired cells in units 3, 4, 5 and 6. There  are only hearing impaired  cells in units 1 and 2.

Coit can not hear the anouncements, warnings and instructions over the intercom, therefore she is in danger in the event of an emergency or fire. Coit wears hearing aids and is now getting hearing aid batterie  since she filed with this court.

In fact in  February 2009 Coit was sent to Denver Health and Denver Health Specialist repaired Coit's hearing aids for her.  It took Coit since 2006 to get her hearing aids repaired.  Coit had permission to get her hearing aids fixed but DWCF refused to  honor the doctors and their insurance company agreement and send Coit's hearing aids out to be fixed.

Coit needs to be in a hearing impaired cell.

The Colorado Department of Corrections and Denver Women's Correction Facility need to make hearing impaired cells in units 3, 4, 5 and 6 to comply with Montez Remedical Plan.

The Denver Health Hearing Clinic verified what Coit had been told years ago that her hearing canal is weird shapped and there is nothing that can be done to improve her  hearing except for her to wear hearing aids. As long as Coit is provided hearing aids and hearing aid batteries that work, that is all that is expected and Coit ask for nothing more regarding her hearing impairment .

There are only 8 cells that have the strobe light for hearing impaired for the  900 + inmates at DWCF. There are more than 16 hear- impaired inmates-female

Respectfully submitted

Jill Coit

Jill Coit  86530
Unit 3 cell 105
D.W.C.F.
P. Box 392005
Denver, C. 80239

## DENVER HEALTH

## AUDIOLOGICAL EVALUATION

Name, MR#, Pat#, DOB

112842315
02/04/09   HSC: AUD
COIT ,JILL
2098863      F    06/11/1944
G08                      DVR: Y
1:  2:   RX:  IP:
PCP:
PHN: (719)583-5840

Date:



---

**ELECTRONYSTAGMOGRAPHY RESULTS:**

**AUDITORY BRAINSTEM RESPONSE RESULTS:**

**HEARING AID INFORMATION:**

Hearing aids not functioning. Cleaned and wax springs replaced.

X Hearing aids now functioning adequately.

Aided responses in sound field better than expectation.

Unable to perform acoustic reflexes - cannot maintain seal.
Otoacoustic emissions unable to assess due to difficulty seating
probe.
Responses improved by using insert earphones. However, all
pure tone testing worse than speech audiometry would
suggest.
Patient exhibited 96% discrimination at 60dB HL (normal
conversational level) with headphones.
Normal tympanometry bilaterally.

Hearing appears to have decreased since 2005, however
pt is difficult to test and there are some
inconsistencies in test/retest reliability.

116426
Pamela Hammond
MA CCC-A

Pamela Hammond MA CCC-A 2/4/09 116426
Audiologist Signature/Title/Date   (mm/dd/yy)   (Provider #)

10:30 a.m.

# DENVER HEALTH
## AUDIOLOGICAL EVALUATION

Name, MR#, Pat#, DOB

112842315
02/04/09   HSC: AUD
COIT, JILL
2098863      F    06/11/1944
G08                      DVR: Y
1:  2:   RX:   1P:
PCP:
PHN: (719)583-5840

Date: _____

IDX2  CF _____ (staff initials)

The patient's medical record and/or referral has been reviewed. ☑   The patient requested a medication record. ☐ Yes ☑ No

Primary Language: ☑ English ☐ Spanish ☐ Other _____

Do you wish to have an interpreter: ☐ Yes ☐ No ☑ NA  Interpreter: _____ (name)   ☐ AT&T Language Line Used

☐ Patient requests to have significant other/family member or friend interpret. _____ (name)

Impairment: ☐ Physical ☐ Cognitive ☑ WNL   Cultural Needs: ☐ Yes ☑ No _____

STANDARD ☑   PLAY CONDITIONING ☐   VRA ☐



RIGHT EAR
Frequency (Hz.)

LEFT EAR
Frequency (Hz.)

TYMPANOGRAM

I = Insert

A = Aided

P.V. R. 1.1   P.V. L. 1.0

CONTRALATERAL
ACOUSTIC REFLEX TEST
STIMULUS - LEFT EAR

| | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|

Reflex decay 500 Hz _____
1000 Hz _____

PTA (.5, 1, 2 KHz)  53  dB (Insert)
SRT  50  dB   PBMax. _____ %   30 dB SL
SRT/BC _____ dB

PTA (.5, 1, 2 KHz)  55  dB (Insert)
SRT  45  dB   PBMax. _____ %   30 dB SL
SRT/BC _____ dB

Insert
SRT
50

STIMULUS - RIGHT EAR

| | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|

Reflex decay 500 Hz _____
1000 Hz _____

OTOACOUSTIC EMISSIONS SCREEN
RIGHT - PASS   FAIL   Could not get probe tip in ear properly
LEFT - PASS   FAIL
Mode: _____

PB ROLLOVER R   L
40dB SL _____ %
50dB SL _____ %
60dB SL _____ %

96% discrim.
at 60 dBHL w/
R+L together

IPSILATERAL REFLEX
SCREEN
R. _____   L. NR

Patient/Family Education: ☑ Verbal ☐ Written ☑ Understands

History: Patient referred by DOC for c/o ↓ hearing and L unilateral tinnitus for 2 years. Patient currently wearing binaural ITCs.

Results: See backside.

Recommendations: Return PRN.

2-4-09

116426
Pamela Hammond
MA, CCC-A

K.J. Adkisson - student 2/4/09 9:30
Audiologist Signature/Title/Date   (mm/dd/yy)   (Provider #)