IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     92-cv-00870-CMA

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al.**

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901 - 19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS

92-cv-00870 - CMA
FILED DOC# 3872
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2009

GREGORY C. LANGHAM
CLERK

Eugene Navarro
#57208
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

RTS
BCCDR

017H15524679
HASLER
$0.762
03/24/2009
Mailed From 80202

REASON CHECKED
REFUSED (circled)
No. Doc. Number _____
Not at this facility __X__
Paroled _____

REF