IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
D A. ARRAJ COURTHOUSE
- 19TH ST., ROOM A105
DENVER, CO 80294-3589
OFFICIAL BUSINESS

92-cv-870-CMA
#3571

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2009

GREGORY C. LANGHAM
CLERK

Jared Whorlow
12526 West 8th Place
Golden, CO 80401

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD