

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

017H15524679
HASLER $1.30⁰
03/23/2009
Mailed From 80202
US POSTAGE

Theodore Vialpando
# 62175
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

NOT AT AVCF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2009

GREGORY C. LANGHAM
               CLERK

92-cv-00870-CMA
Doc# 3863