FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2009

GREGORY C. LANGHAM
CLERK

United States District Court
901 - 19th Street, Rm A105
Denver Co 80294-3589      92-cv-00870-CMA

RE: Compliance to remedial plan, for Montez Civil action

Date: March 26, 2009

Dear Judge Kane,

My name is Micheal Tivis, and for the past 9 years I have suffer from severe pain a product of bone on bone grinding due to degenerative joint disease (DJD) in both hips. I sought relief in the United States District Court, Colorado, where I provided 47 pgs of medical records, letters, and grievances in a 1983 prisoner's complaint. Relief was denied, "failure to state a claim." see case No 06-cv-02025-WYD-CBS. In my opinion this ruling is nothing less than blatant injustice. On May 16, 2007 after reviewing the same documents Special Master Richard M. Borchers in the United States District Court for The District of Colorado stated "Review of Claimant's medical records reflect that he is in pain. Despite a couple of entries that appear almost gratuitous, the overwhelming number of entries reflect that claimant has a very real problem that will lead to surgery at some point." The Special Master determined that Claimant had been the victim of dis-

1

rimination prohibited by the ADA and awarded Claimant damages in the amount of $190.⁰⁰

On Nov. 7, 2008 it was determined that Claimant has a mobility disability and is entitled to the following accommodations:

1. Assignment to a designated facility
2. Motrin without charge
3. Medically necessary soft sole shoes

In addition to the above accommodations, I am entitled to the benefits encumerated in the Montez Remedial Plan.

Obviously the Colorado Department of Corrections believe they can pick and choose what ADA accommodations to follow. The Claimant's transfer from the Arkansas Valley Corr. facility to the Sterling Corr. facility was for vindictive, malicious and retaliatory intent. While at (AVCF) the Claimant worked for corr. industries as a DMV phone tech a job that required him to sit and answer phones. Its considered one of the best paying jobs. Due to his disability Claimant was moved to SCF on or about Nov. 20, 2008. The move caused greater pain and suffering than the condition itself. The Claimant has filed grievances concerning the cruel, inhuman and degrading treatment those with ADA Disabilities receive here at SCF. CDOC chose the accommodation that would cause Claimant the most harm, pain, suffering. CDOC are clearly aware of the fact that SCF could'nt provide any relief for the disability the Claimant

-2-

suffered from. It would only punish him for seeking seeking legal assistance to gain relief. SCF's medical department is inadequately staffed, inmates with serious medical needs are given torn unserviceable pillows and mattresses, while kitchen workers receive new ones, it takes a minimum 30 days to answer a medical kite, having to stand in line 30 min or more for medication, meds expiring due to unanswered med kites. With this many egregious errors, the treatment for those with ADA issues remain abysmal here at SCF making difficult to understand why it is considered a, "ADA designated facility". Recently, the Claimant was hired in the kitchen to scrub ovens. The Claimant explained to Lt. Fisecis and the Captain that were on duty that the condition he suffered from won't allow him to perform this task without suffering severe pain. They told Mr. Tivis he had no choice and if he refused he will recieve a class(2) write up for refusing to work and put in seg. Claimant explained he is not refusing to work, he's refusing to cause himself to suffer unnecessary pain and suffering. On March 17, 2009 Claimant received a class 2 for refusing to work. The CDOC knew the Claimant couldn't do the job assigned to him, this clearly shows their intent was to cause him harm. Also CDOC knew Mr. Tivis filed a grievance to be put in a Correctional industries job see attached grievance #SF08/09-0650-1, and D-SF08/09-087-1 which Cathie Holst denied because she was on leave. Cathie Holst is suppose to help inmates under ADA. If this is a sample of the help we'll receive, we're in trouble. If a inmate receives a class 2 write up he can't work in cor-

-3-

rectional industries. The Kitchen scheme was created to give Claimant a class 2 for refusing to do a job they knew he couldn't do in the first place. And so they would'nt have to pay back pay for the four month claimant has been without a job because CDOC took it due to his disability which also fall under discrimination. Claimant Micheal Tiuis will gruftfully appreciate this honorable court's assistance in this matter. And provide a Order that will give him back his correctional industry job and four (4) month back pay of what he made a month for damages.

March 27, 2006
DATE

Very Turly Uaurs
Micheal Tiuis
Micheal Tiuis #95238

P.S. Its been 3 yrs CDOC has refuse to provide the medically necessary soft sole shoes. But they were quick to move me to where I would suffer greater pain. The attached grievances so no matter what I will receive no relief.

-4-

DC FORM 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☒

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☒
Date received by case manager: 2/25/09   Case Manager: R Phipps

Grievance Number: C-SF08/09-489   STEP (Circle One) 1 **2** 3

NAME: Tivis Micheal   DOC NO.: 52378   FACILITY/UNIT/POD: 3CF-4-B-111

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** Thank you, for responding to this grievance so quickly. From what I'm able to see, the problem in prison is (drugs are) given to a lot of people to quiet them down. They're over-prescribed for people who are not psychotic but who are not sleeping or who are disruptive in prison. You're warehousing people and just giving pills to quiet them down, that's not treatment. Record shows I have taken "Pamelor" since 10/9/06; all they've done is cause forgetfulness, slurred speech, and stuttering. After explaining this to P.A. Webster he increased the dosage and told me "Pamelor" is a 24 hr pain med. I've complained to other staff members and their response, "this is Sterling". For 3 days I was denied meds because they ran out. Improper, illegal, heinous, and despicable acts and the frightening part is, it's done apparently in an organized and conspiratorial fashion. Remedies: see step 1

DATE: 2/24/09   OFFENDER SIGNATURE: Micheal Tivis

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: DATE: 2-25-09

**RESPONSE:** THIS STEP 2 GRIEVANCE IS NOT WHAT STEP 1 WAS ABOUT.   GRIEVANCE DENIED

**TO BE COMPLETED BY RESPONDER:**
DATE GRIEVANCE REC'D BY RESPONDER: 2-27-9
RESPONDER: B Webster PAC 11288 B WEBSTER
RESPONSE DATE: 2-27-9

**TO BE COMPLETED BY OFFENDER:**
RECEIPT: DATE: 3-5-09   OFFENDER SIGNATURE: Micheal Tivis 58378

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

DC FORM 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☒
Date received by case manager: 2-7-9   Case Manager: _____

RECEIVED FEB 10 2009

Grievance Number C-508/09-489  STEP (Circle One) ① 2 3

| NAME Tivis Micheal | DOC NO. 52378 | SCF-1-B-109 FACILITY/UNIT/POD |

**Instructions:**
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** Torture, cruel, inhuman, and degrading treatment, these are just a few of the conditions and the kind of treatment inmates with serious medical needs and meet ADA standards receive at Sterling Corr. facility. Due to a late posting of medical appointments, Tivis was 20min late. He was confronted in a argumentative, and unprofessional manner by nurse Connie, 2-3-09. Inadequate staffing (med) torn unserviceable pillows and mattresses, a minimum of 30 days to answer a med kite, and having to stand 30-45 min, in a line for meds, meds expiring due to unanswered med kites. With this many egregious errors, including giving "honor pod" inmates thicker pillows and mattresses and those with medical issues the worst. This treatment for those with ADA issues remains abysmal here at SCF making it difficult to understand why it is considered a "ADA designated facility." Remedy: Better pillows and mattresses, medically necessary soft sole shoes, better response time to kites so meds don't expire and those with pain issues aren't left to suffer, unnecessarily.

**TO BE COMPLETED BY OFFENDER:**
DATE: 2/5/09  OFFENDER SIGNATURE: Micheal Tivis

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 2-11-09  SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #

Date ADA grievance sent to AIC: ___

**RESPONSE**
- I am sorry you were treated in an unprofessional manner when you arrived late to your appointment. That matter has been addressed.
- I do agree that we are under staffed. We have several openings for Doctors and providers and are actively looking to fill these positions. Waiting 30-45 minutes in med line is usually not due to inadequate staffing. This is a large prison and there are a lot of offenders on multiple drugs. We are giving meds as efficiently as possible for this size of a facility.
- I have no knowledge of the term "honor pod", but if your mattress or pillows are inadequate, please contact your housing Captain or Lieutenant.
- You do have an accommodation for soft soled shoes. I will talk to the appropriate people and we will get these for you.
- It is not our intention to make people suffer in pain. I see that the providers are treating your Osteoarthritis(OA) with pain meds. Your multiple requests for Neurontin are not being ignored, but there are better medications for OA with less potential side effects. This is why your request has not been granted. Please try to give the current prescriptions time to work.

**TO BE COMPLETED BY RESPONDER:**
| DATE GRIEVANCE REC'D BY RESPONDER: 2-11-09 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # Tyler May  16220 | RESPONSE DATE 2-16-09 |

**TO BE COMPLETED BY OFFENDER:**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. 2-17-09
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 2/24/09  OFFENDER SIGNATURE/PRINT NAME & DOC # Micheal Tivis 52378

Original: Department File/AIC  Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

12·8⁊

DC FORM 850-4A (10/04)

1156

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: SF08/09-0650-1     STEP (Circle One) (1) 2 3     ADA? Yes ☐ No ☑

NAME: Tivis, Michael     DOC NO. 52378     FACILITY SCF

CMIII Watts 1-5

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Case manger "Anderson" states my transfer from AVCF to the Sterling Correctional facility was a lateral move for ADA. It is my understanding the purpose of the ADA is "to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities". 42 U.S.C. Section 12101(b)(1). Tivis' move from AVCF to SCF was not for ADA. It was for vindictive and malicious purposes. And has caused Tivis to be discriminated against. At AVCF Tivis worked for corr. industries (a phone tech) that required sitting, no standing. Tivis lost a great deal of property including his wedding band. Lateral, meaning side by side Tivis should have been able to maintain his property including his wedding band, he also should have been provided a job with correctional industries. Due to being regressed Tivis lost these things and is being discriminated against. Only a re-gression would justify taking Tivis property and his job.

DATE: 12/10/08     OFFENDER SIGNATURE: Micheal Tivis

DATE RECEIVED: 12·26·08     RESPONDING STAFF SIGNATURE & ID: Deal 9108

RESPONSE: The department is not able to respond to your grievance appropriately based on your not indicating what you seek as Relief

AR 850-4 (B) The Grievance shall clearly state the basis for the Grievance and the relief requested in the space provided on the form.

Grievance Denied

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 12-26-08     SIGNATURE/PRINT NAME & STAFF ID #: Deal 9108
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 12-17-8     SIGNATURE/PRINT NAME & STAFF ID #: Don Andres #8780
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 1-6-09     OFFENDER SIGNATURE/PRINT NAME & DOC #: Micheal Tivis 52378

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED
MAR - 9 2009

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☐
Date received by case manager: 2-9-9     Case Manager: _____

Grievance Number D-SF08/09-087-1     STEP (Circle One) **1** 2 3

| NAME TIVIS MICHAEL | DOC NO. 52378 | FACILITY/UNIT/POD SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

**TO BE COMPLETED BY OFFENDER:**

DATE: ___   OFFENDER SIGNATURE

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: ___   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #

Date ADA grievance sent to AIC:

**RESPONSE**

**SEE ATTACHED RESPONSE**
Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

*Cathie Holst*
3-3-09

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 2/12/09   RESPONDER/DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # _____ 14067   RESPONSE DATE: 3/3/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 3-11-09   OFFENDER SIGNATURE/PRINT NAME & DOC # M. Tivis  *Micheal Tivis* 52378

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED
FEB 1 2 2009
Office of Correctional
Legal Services

DC FORM 850-4A (10/04)

RECEIVED
DEC 16 2008

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: SF08/09-087-1    STEP (Circle One) **1** 2 3    ADA? Yes / No

NAME: TIVIS MICHAEL    DOC NO.: 52378    FACILITY: SCF

CHolst 1-10-09

**Instructions:**
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:** It is my understanding that the purpose of the ADA is "to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities." 42 U.S.C. Section 12101(b)(1). To end, the ADA invokes "the sweep of congressional authority, including the power to enforce the Fourteenth amendment and to regulate commerce", 42 U.S.C. section 12101(b)(4), and generally prohibits discrimination against individuals with disabilities in the areas of employment (Title I); public services, programs and activities (Title II); and public accommodations (Title III). See Lane, 124 S.Ct. at 1984. Tivis' mobility disability has caused him to lose his job that required him to sit. Tivis has been placed in a facility where medical and the kitchen are three times further than the facility he was moved. And causes him to suffer greater pain than the condition itself. Remedy: provide Tivis with a correctional Industry job which he lost due to his condition. A designed facility that is better suited for those that fall under the ADA, so there's no discrimination.

DATE: 12/19/08    OFFENDER SIGNATURE: Micheal Tivis

DATE RECEIVED: ___    RESPONDING STAFF SIGNATURE & ID: ___

**RESPONSE**

**SEE ATTACHED RESPONSE**
Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 12-11-8 | SIGNATURE/ PRINT NAME & STAFF ID # Dan Anelun #8240 |
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 3-11-09 | OFFENDER SIGNATURE/ PRINT NAME & DOC # M. Tivis   Micheal Tivis 52378 RECEIVED |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

JAN 05 2009
Office of Correctional
Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Meghan A. Reed, Designee
        Office of the AIC (ADA Inmate Coordinator)
Received Grievance: 1/5/09
Sent Response:
Offender Name: TIVIS, M.
DOC No: 52378
Facility: SCF
Grievance No: D-SF08/09-087

**DISABILITY STATUS:** Per Special Master's Order dated 5/16/07 and Accommodation Resolution dated 11/7/08 you were determined TO HAVE a qualifying lower extremity mobility disability.

In the grievance referenced above, you allege the following:
1. Your mobility disability caused you to lose your job that required you to sit.
2. You have been placed at a facility where medical and the kitchen are three times further than the facility you were at, causing you to suffer.

**Requested Relief/Remedy:**
1a. To provide you with the correctional industry job that you lost due to your disability.
2a. To be placed at a designated facility that is better suited for those that fall under the ADA so there is no discrimination.

Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:

1. This grievance was appropriately responded to in a Step 2 response on 2/12/09. It appears you filed the Step 2 as the Step 1 was overdue.

**CONCLUSION:** This grievance is denied based on the information above.

**GRIEVANCE DENIED IN TOTAL**

cc: AIC File.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4236
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

From: Meghan A. Reed, Designee
 Office of the AIC (ADA Inmate Coordinator)
Date: 2/26/09
Received Grievance: 1/5/09
Grievance Response Due: 1/30/09
Offender Name, DOC#: Tivis, M. #52378
Facility: SCF
Grievance No: D-SF08/09-087

## DELAY JUSTIFICATION FOR STEP I GRIEVANCE:

Reason(s) for Delay:

- AIC received grievance on 1/5/09.
- It was sent back to the facility as the grievance was submitted on an outdated form.
- I was on FLMA leave from 10/20/08 until 1/20/09. My caseload was assigned to other AIC staff.
- Upon my return, the grievance had not been responded to and was re-assigned to me.
- Upon my return, I was assigned a special project to take priority over all other assignments.

DC FORM 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter?  Yes ☑  No ☐

**Case manager must complete:** Does the offender have an ADA alert?  Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter?  Yes ☒  No ☐
Date received by case manager: 3/3/09   Case Manager: R. Phipps

RECEIVED MAR - 4 2009

Grievance Number: D-SF08/09-087-3   STEP (Circle One) 1  2  ③

NAME: Tivis, Micheal   DOC NO.: 52378   FACILITY/UNIT/POD: SCF-4-B-111

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** According to my rights outlined in the Montez V. Owens case, "Any offender who believes he/she was given a job that paid less than a comparable job because of his/her disability shall notify the AIC in writting. If the AIC determines that an offender who was qualified for a regular job paying job was given a lower paying or part-time job because of a disability, he/she will be paid the difference between the wages of the higher paying job on the full-time job and what he/she was actually paid beginning aug. 27 '03 and continuing until the employment ended." So far the only job SCF feels I qualify for is wrapping plastic forks in napkins at 60¢ a day. Moving me to a facility that would cause more warm than the condition itself seem to be Mr. Griffith only concern. I challenge him to tell me how I or my condition would benefit by this move SCF. Somehow because of my disability I've become the biggest loser. I have no job, and suffer greater pain. Remedy: see step 1.

TO BE COMPLETED BY OFFENDER:
DATE: 2/27/09   OFFENDER SIGNATURE: Micheal Tivis

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 3/4/09   SIGNATURE/PRINT NAME OF DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #
Date ADA grievance sent to AIC: 3/4/09
RESPONSE

TO BE COMPLETED BY RESPONDER:
DATE GRIEVANCE REC'D BY RESPONDER:   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #   RESPONSE DATE:

TO BE COMPLETED BY OFFENDER:
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

RECEIVED
FEB 24 2009

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☑ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: Don Anderson  Case Manager: Don Anderson
Grievance Number: SF 01/09-087-2   STEP (Circle One) 1 ② 3

RECEIVED JAN 15 2009

NAME: Tivis, Micheal    DOC NO. 52378   FACILITY/UNIT/POD: SF-1-B-09
A Cooper 2-9

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Marshall Griffith (ADA Inmate Coordinator) decision to transfer Mr. Tivis should be considered as reprehensible, retaliatory, and malicious. Mr. Griffith knew the transfer would cost Tivis one of the best jobs in the prison, prevent him from paying court cost for the law suit he filed (poor medical care), and paying for copies at 25¢ a pg. The transfer caused Tivis to suffer greater pain than the condition itself. Mr. Griffith would be hard pressed to justify a retaliatory transfer for filing complaints about the medical care, and discrimination against individuals with disabilities in the area of employment. Remedy: To be placed in a Corr. industry job that pays the same wages or higher. Compensation for lost wages.

**TO BE COMPLETED BY OFFENDER:**
DATE: 1-12-09   OFFENDER SIGNATURE: Micheal Tivis

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 1-15-09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: J. Beason 1198
Date ADA grievance sent to AIC: 1-15-09

**RESPONSE**

## SEE ATTACHED RESPONSE

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 1/21/09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Anna Cooper #1550   RESPONSE DATE: 2/12/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 2/25/09   OFFENDER SIGNATURE/PRINT NAME & DOC #: Micheal Tivis 52378

RECEIVED JAN 21 2009

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Office of Correctional Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:  719.226.4238
Fax:       719.226.4249

Grievance Officer



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

| | |
|---|---|
| Response to: | Step 2 ADA Grievance |
| From: | Gary Golder, Director of Prisons |
| Through: | Anna Cooper, Designee |
| Received Grievance: | 1/21/2009 |
| Sent Response: | 2/12/2009 |
| Offender Name: | TIVIS, Michael |
| DOC No: | #52378 |
| Facility: | SCF |
| Case No. | D-SF08/09-087 |

Offender Tivis:

I received your ADA Step 2 grievance stating that ADA Inmate Coordinator, Marshall Griffith, made a decision to move you to a different facility, causing you to suffer great pain. The remedy you requested was to be placed in a correctional industry job that pays the same wages or higher, and compensation for lost wages.

In review of this matter I find that on 11/12/2008 you were sent a memo stating that as a result of your refusal to cooperate in the ADA process, the Special Master determined you were a member of the Montez class and identified as having one or more listed disabilities and will receive accommodations based upon specific orders from the Special Master. Your Accommodation Resolution dated 11/7/2008 stated: You **DO HAVE A MOBILITY DISABILITY.** You are entitled to the following accommodations: ***Assignment to a designated facility***, Motrin without charge, and medically necessary soft soled shoes.

It was your disability determination that resulted in your move from AVCF to SCF, as AVCF is not a designated facility and could not provide you with the necessary accommodations for your mobility disability. The Montez Remedial Plan states, "*All inmates verified to have a disability on the Inmate Disability Verification Form shall be placed in a designated facility as required in this Plan.*" It is the AIC's responsibility, under the Montez Agreement, to place you at a designated facility that can provide you with the accommodations you require.

The Montez Remedial Plan also states that if you choose to, you may opt out of the designated facility placement:

### C. OPTING OUT OF PLACEMENT AT DESIGNATED FACILITIES

*Inmates with disabilities who do not desire to be placed in the designated facilities <u>may opt out of such placement by providing written notice to DOC of his/her desire to be exempt from placement in a designated facility</u>. If an inmate desires to opt out of placement at a designated facility, the inmate will be deemed to understand that he or she may be placed in a facility that is not specifically designed to accommodate their disability. <u>The notice of an inmate's desire to opt out of placement at a designated facility must be provided to the inmate's case manager.</u> After receiving such notice, the case manager will forward the request to the AIC, who will then inform the Office of Offender Services of the inmate's desire and coordinate the new placement, if appropriate, of the inmate. An inmate who has previously provided notice to opt out of placement at a designated facility may later change his/her request to be placed at a designated facility by providing written notice of this request to his or her case manager.*

As to your requested remedy to be placed in a correctional industry job that pays the same wages or higher, and compensation for lost wages, the Montez Remedial Plan states the following:

*All designated facilities shall offer inmates with disabilities a range of programming, jobs and vocational opportunities equivalent to that available at the non-designated facilities. Group programs/activities shall be located in handicap accessible rooms, except the music room at Limon, as indicated above. No inmate shall be denied access to educational, vocational and work programs based solely on a disability. <u>There shall be a variety of jobs in every pay scale available to qualified inmates with disabilities, comparable to those offered to other inmates.</u>*

It is your burden to prove the allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations that the AIC moved you to SCF in retaliation for your filing complaints about medical care at AVCF. I can find nothing in the Remedial Plan that states you are entitled to the same rate of pay as at your previous job at AVCF, or that you are entitled to compensation for lost wages. You are entitled to a job that you qualify for, at a rate of pay comparable to that of offenders who are not disabled. I can recommend no relief in this matter.

Your Step 2 ADA Grievance #D-SF08/09-087 is denied.

/amc
xc: Medical/Mental Health
    Working File
    Department File
    Elec. File

DC FORM 850-4A (10/04)
RECEIVED
DEC 16 2008

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

11<sup>28</sup>

Grievance Number: D-SF08/09-087-1    STEP (Circle One) 1  2  3    No #

NAME: TIVIS MICHAEL    DOC NO. 52378    FACILITY: SCF

CHolst 1-10-09

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

It is my understanding that the purpose of the ADA is "to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities." 42 U.S.C. section 12101 (b)(1). To end, the ADA invokes "the sweep of congressional authority, including the power to enforce the fourteenth amendment and to regulate commerce", 42 U.S.C. section 12101 (b)(4), and generally prohibits discrimination against individuals with disabilities in the areas of employment (Title I); public services, programs and activities (Title II); and public accommodations (Title III). See Lane, 124 S.Ct. at 1984. Tivis' mobility disability has caused him to lose his job that required him to sit. Tivis has been placed in a facility where medical and the kitchen are three times further than the facility he was moved. And causes him to suffer greater pain than the condition itself. Remedy: provide Tivis with a Correctional Industry job which he lost due to his condition. A designed facility that is better suited for those that fall under the ADA, so there's no discrimination.

DATE: 12/19/08    OFFENDER SIGNATURE: Micheal Tivis

DATE RECEIVED:    RESPONDING STAFF SIGNATURE & ID
RESPONSE:

No response as of this date 1-15-09

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE:    SIGNATURE/ PRINT NAME & STAFF ID #

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 12-11-8    SIGNATURE/ PRINT NAME & STAFF ID # Ben Anelon # 8790

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 2/25/09    OFFENDER SIGNATURE/ PRINT NAME & DOC# Micheal Tivis 52378

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1