IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

_____

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORTS IN RESPONSE TO ORDER RELATING TO TENTH CIRCUIT REMAND AND TO ORDER RELATING TO REPORT AND RECOMMENDATION OF SPECIAL MASTERS**
_____

Attorneys for the Plaintiff Class, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey and Lara E. Marks of ISAACSON ROSENBAUM, PC, and Defendants, through counsel Elizabeth McCann and James Quinn of the Office of the Attorney General, hereby file this Joint Motion for Extension of Time to File Status Reports in Response to Order Relating to Tenth Circuit Remand and Order Relating to Report and Recommendation of Special Masters.

1. On March 5, 2009, an Order was filed by this Court requiring that on or before April 1, 2009, Counsel for the parties file a status report outlining efforts made to resolve any disagreement regarding the appropriate interpretation of section XXXII of the Montez Remedial Plan with respect to appellate rights of Montez Claimants. [Doc. #3838].

2. A second Order was filed by this Court on March 5, 2009 also requiring that on or before April 1, 2009, Counsel for the parties file a status report outlining efforts made to resolve any disagreement with respect to what jurisdiction exists under the Remedial Plan and subsequent stipulations to allow individual inmates to seek relief from the Court and whether individual *pro se* motions seeking personal relief are subject to adjudication by the Court. [Doc. #3839].

3. In the event the parties are unable to resolve the disagreements on the issues, the Orders require Counsel for the Class and Counsel for the Defendants to submit their respective positions and bases for such positions in writing to the Court no later than April 15, 2009.

4. Although discussion on the issues occurred during a meeting between the parties on March 11, 2009, Ms. McCann was not present and the issues were tabled for the following meeting scheduled on March 26, 2009. The meeting scheduled for March 26th was interrupted by the snow storm and not all parties were able to attend, including Ms. McCann.

5. The parties have made subsequent efforts to schedule another meeting to confer on the abovementioned matters, however, due to State Representative McCann's current schedule at the Colorado State Legislature, there have been difficulties in scheduling such a meeting.

6. So as to allow for time to confer, the parties respectfully request an extension of time to April 10, 2009 in which to file status reports on efforts made to resolve these issues.

7. The parties request an extension of time to April 27, 2009 in which to file their final position statements in the event there is not agreement on the issues.

WHEREFORE, the Parties respectfully request extensions of time to April 10, 2009 in which to file status reports on efforts to resolve the issues raised in the two Orders referenced above and to April 27, 2009 to file their final position statements in the event agreement is not reached on these matters.

Respectfully submitted this 1st day of April 2009.

| KING & GREISEN, LLP | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Paula Greisen | /s/ Elizabeth H. McCann |
| Paula Greisen | Elizabeth H. McCann |
| Jennifer W. Riddle | James X. Quinn |
| 1670 York St. | Jennifer Huss |
| Denver, CO 80206 | Colorado Attorney General's Office |
| greisen@kinggreisen.com | 1525 Sherman St. |
| riddle@kinggreisen.com | Denver, Co. 80203 |
| | 303-866-3261 |
| Edward T. Ramey | Fax: 303-866-5443 |
| Lara E. Marks | beth.mccann@state.co.us |
| Isaacson Rosenbaum, PC | james.quinn@state.co.us |
| 633 17th St. #2200 | jennifer.huss@state.co.us |
| Denver, Co. 80202 | |
| eramey@ir-law.com | Attorneys for Defendants |
| lmarks@ir-law.com | |
| | |
| Attorneys for Plaintiff Class | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 1st day of April 2009, I electronically filed the foregoing JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORTS IN RESPONSE TO ORDER RELATING TO TENTH CIRCUIT REMAND AND ORDER RELATING TO REPORT AND RECOMMENDATION OF SPECIAL MASTERS with the Court using the CM/ECF system.

*/s/* Gail Walker