# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

BILL OWENS, et al.,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME

The parties' Joint Motion for Extension of Time to File Status Reports In Response to Order Relating to Tenth Circuit Remand and to Order Relating to Report and Recommendation of Special Masters (Doc. # 3898) is GRANTED. It is hereby

ORDERED that the parties shall have to and including April 10, 2009 within which to file status reports to resolve the issues raised in the two orders referenced above. It is

FURTHER ORDERED that the parties shall have to and including April 27, 2009 within which to file their final position statements, in the event agreement is not reached regarding these matters.

DATED: April  2 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge