IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**



OFFICE OF THE CLERK
STATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
1 - 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURNED TO SENDER — DECEASED

Ulysses S. Grant
2420 Franklin Street
Denver, CO 80205

92-cv-00870-CMA #3860

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 6 2009

GREGORY C. LANGHAM
CLERK