```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX017973
Cashier ID: sq
Transaction Date: 04/06/2009
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.46
------------------------------------
CHECK
 Check/Money Order Num: 199545
 Amt Tendered:  $2.46
------------------------------------
Total Due:       $2.46
Total Tendered: $2.46
Change Amt:     $0.00

92-CV-870A
MONTHLY PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.
```