In The United States District Court
For The District of Colorado

Civil Action No: 92-cv-00870-CMA
(Consolidated for all purposes with Civil Action No: 96-cv-00343)

Jesse Montez, et. al.
  Plaintiffs,
  And
Raymond Arthur (Art) Price    -vs-
  Pro-Se
  Interested Party
  _ Plaintiff,

B.W. Owens, et. al,
including all Wardens
medical staff etc. CDOC
  Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 8 2009

GREGORY C. LANGHAM
CLERK

In Reference: Case No: 08-1049 / Tenth Circuit / Remand

(1). Class Counsel by words/tone does **Not** wish to represent individual Claimants / Also / by wording within the "Remedial Plan XXXII" "No Obligation to Represent Claimants in the damage claim process," unless it pretains to "Substantial Compliance" which has **Not** Accured.

(2) Class Counsel / has stated her position pretaining to Appellate Rights for individual damage claimants. See: "Plaintiff Response."
   "does **Not** agree with Defendants interpretation"
   "Plaintiff's position is that claimants in the damage claim process may continue to appeal claims through the normal Appellate process.

(3) "Disability Screening" All screenings both medical / mental Health should be conducted outside CDOC / due to bais,

/

4). All hearings conducted by The Special Masters should be do to perjury committed by CDOC doctor's. See: my hearing CD/ Also See: Exhibit I, "Response to Step I Grievance."

> "Disability Status: Per Screening dated June 2, 2008 and Accommodation Resolution dated August 13, 2008, you were determined to <u>HAVE</u> A qualifying hearing disability."
> I received a hearing test outside of CDOC/IF/<u>Not</u> CDOC would be still saying "I have <u>No</u> disability."
> ( ~~███████████████~~ ).

5). I'm in a "Sign Language Class" (ASL). I lost almost complete hearing LT ear (Motar Round/Vietnam Laos/MAC-V-SOG), I lost half hearing RT ear (hearing aid). They only allow 20 lessons/to learn (SL), we need at least 40 lessons. I want $50,000.00 for hearing disability/Cochlear Implant, $50,000.00 mobility (removal testicle)/Replace testicle. $50,000.00 vision

6). I move this Court for me to proceed Pro-Se, in this matter. /Also/ a hearing on this matter.
   Comes Now A Plaintiff, Raymond (Art) Price and Requests That the Court enter an order Requiring CDOC. to transport the Plaintiff to the U.S. District Court/District of Colorado, for a hearing on these matter's before the Court.

De
Oppresso
Liber

April 6 - 2009

"Respectfully Submitted:"
"Raymond" (Art) Price #66072
C.S.P.
P.O. Box 777
Canon City, Colo.
81215

Exhibit I

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

**Response to Step 1 ADA Grievance**
From: Adrienne Jacobson, Designee
Office of the AIC (ADA Inmate Coordinator)
Received Grievance: October 23, 2008
Sent Response: November 21, 2008
Offender Name: PRICE, ART
DOC No: 66072
Facility: BVCF
Grievance No: D-BV0809-019

**DISABILITY STATUS:** Per screening dated June 2, 2008 and Accommodation Resolution dated August 13, 2008, you were determined TO HAVE a qualifying hearing disability.

In the grievance referenced above, you allege the following:

1. That CDOC will not intervene, as required under the stipulation agreement, to get your ENT appointment scheduled.

**Requested Relief/Remedy:**

1a. To receive an appointment to see an Ear, Nose, Throat doctor.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**

1. You do have an ADA alert on your profile & have been determined to have a disability and this grievance is ADA related therefore a response is appropriate from this office.

2. A consult has already been placed for your ENT appointment and the actual appointment date with the ENT provider will be scheduled soon.

**CONCLUSION:** This grievance is granted. You will be receiving an appointment with an ENT specialist.

**GRIEVANCE GRANTED**