IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

_____

**PLAINTIFFS' STATUS REPORT IN RESPONSE TO ORDER RELATING TO TENTH CIRCUIT REMAND AND TO ORDER RELATING TO REPORT AND RECOMMENDATION OF SPECIAL MASTERS**
_____

Attorneys for the Plaintiff Class, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey and Lara E. Marks of ISAACSON ROSENBAUM, PC, hereby file this Status Report in Response to the "Order Relating to Tenth Circuit Remand" and to the "Order Relating to Report and Recommendation of Special Masters."

1. On March 5, 2009, an Order Relating to Tenth Circuit Remand [Doc. #3838] was filed by this Court requiring that counsel for the parties file a status report outlining efforts made to resolve any disagreement regarding the appropriate interpretation of section XXXII of the Montez Remedial Plan with respect to appellate rights of Montez Claimants.

2. A second Order was filed by this Court on March 5, 2009, entitled Order Relating to Report and Recommendation of Special Masters [Doc. #3839], also requiring that counsel for the parties file a status report outlining efforts made to resolve any disagreement with

respect to what jurisdiction exists under the Remedial Plan and subsequent stipulations to allow individual inmates to seek relief from the Court and whether individual *pro se* motions seeking personal relief are subject to adjudication by the Court.

3. The Parties filed a Joint Motion for an Extension of Time to File the Status Reports to allow for time to confer on the matters described above.  The Court granted the motion and moved the deadline in which to file a status report to April 10, 2009.  [Doc. #3899].

4. The parties discussed these issues on two separate occasions, on March 26, 2009 and on April 7, 2009, to determine if they could reach a consensus on these issues. After much discussion and good faith efforts to resolve disagreement over the issues, the parties were unable to reach agreement on either issue.

5. As to the issue of appellate rights, the parties maintain divergent positions.  Pursuant to Section XXXVI (A) of the Remedial Plan, in the event the parties are unable to resolve their disagreement concerning the rights and obligations under or concerning the proper interpretation of the Remedial Plan, the parties are to submit the issue to Judge Kane for resolution.  Accordingly, Plaintiffs believe that this issue should be submitted to Judge Kane for resolution.

6. With respect to what jurisdiction exists under the Remedial Plan and subsequent stipulations to allow individual inmates to seek relief from the Court and whether individual *pro se* motions seeking personal relief are subject to adjudication by the Court, the parties are not in agreement as to the proper interpretation of the Order Expanding the Duties of the Special Master, filed by Judge Kane on April 15, 2008.  [Doc. #3336] Attachment 1.  Given that Class counsel interprets Judge Kane's Order very broadly, defense counsel interprets the Order very narrowly, and there appears to be some

uncertainty by the Special Masters as to the scope of the Order, it may be appropriate for all participants to request a hearing before Judge Kane to ask for clarification of his Order.

7. Because the parties were unable to reach agreement on the issues presented by this Court's Orders [Doc. ##s 3838 and 3839], the parties will submit their final position statements on these issues on or before April 27, 2009, as ordered by the Court.

Respectfully submitted this 9th day of April 2009.

KING & GREISEN, LLP

/s/ Paula Greisen
Paula Greisen
Jennifer W. Riddle
1670 York St.
Denver, CO 80206
greisen@kinggreisen.com
riddle@kinggreisen.com

Edward T. Ramey
Lara E. Marks
Isaacson Rosenbaum, PC
633 17th St. #2200
Denver, Co. 80202
eramey@ir-law.com
lmarks@ir-law.com

Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 9th day of April 2009, I electronically filed the foregoing STATUS REPORT IN RESPONSE TO ORDER RELATING TO TENTH CIRCUIT REMAND AND ORDER RELATING TO REPORT AND RECOMMENDATION OF SPECIAL MASTERS with the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Elizabeth H. McCann
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.

Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us

*/s/* Gail Walker