IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

## DEFENDANTS' STATUS REPORT

Defendants, through the Colorado Attorney General, respectfully submit their Status Report relating to this Court's Order Relating to Tenth Circuit Remand [Doc. # 3838] and this Court's Order Relating to Report and Recommendation of Special Masters [Doc. # 3839].

1.      On March 5, 2009, this Court entered an Order Relating to Tenth Circuit Remand [Doc. # 3838] and an Order Relating to Report and Recommendation of Special Masters [Doc. # 3839].

2.      Both Orders require Class Counsel and Counsel for the Defendants to file a status report with the Court outlining the efforts made to resolve any disagreement regarding the appropriate interpretation of the Remedial Plan and the status of such efforts.

3. The Parties had discussions relating to the Orders and issues raised in the Orders on March 26, 2009 and on April 7, 2009. Regrettably, the Parties were unable to reach a consensus on the issues.

4. With respect to this Court's Order Relating to Tenth Circuit Remand [Doc. # 3838] the Defendants believe that because the disagreement "concern[s] the rights and obligations under or concern[s] the proper interpretation of the Remedial Plan," the issue should be submitted to the Honorable Judge Kane for resolution.

5. With respect to this Court's Order Relating to Report and Recommendation of Special Masters [Doc. # 3839], Defendants believe that the issues relating to the jurisdiction of the Special Masters; the authority of the Court to resolve *pro se* issues; how such issues should be handled; the application of *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991); and the scope of the April 15, 2008, Order are issues that do not necessarily have to be resolved by Judge Kane and could be addressed by this Court.

6. As ordered by the Court, the Defendants will submit their position statements to the Court on or before April 27, 2009.

JOHN W. SUTHERS
Attorney General

s/ James X. Quinn
JAMES X. QUINN
Assistant Attorney General
Civil Litigation and Employment Law Section

Attorneys for Defendants

1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone: (303) 866-4251
FAX: (303) 866-5443
*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on April 10, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
greisen@kinggreisen.com

Jennifer W. Riddle
riddle@kinggreisen.com

Edward T. Ramey
eramey@ir-law.com

Lara E. Marks
lmarks@ir-law.com

cc:     Cathie Holst

s/ James X. Quinn

3