IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-276
Category: III
Claimant: Michael K. Tivis, #52378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter and attached document (#3897). In his letter, Claimant alleges that he has not received appropriate care or treatment. He has requested relief from the Court.

A question has arisen concerning the jurisdiction of the Court to adjudicate individual inmate requests. That issue has been presented to the assigned District Judge in a report and recommendation, and a copy will be provided to Claimant. Until that issue is resolved, no further action can be taken on Claimant's letter.

IT IS HEREBY ORDERED that Claimant's letter (#3897) and attached documents will be treated as a motion for relief and will be held in abeyance.

SIGNED this 31st day of March, 2009.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master