IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

  Plaintiffs,

-vs.-

BILL OWENS, et al.

  Defendants.

─────────────────────────────────────────────────────────────

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

─────────────────────────────────────────────────────────────

## ORDER OF SPECIAL MASTER
─────────────────────────────────────────────────────────────

  THIS MATTER comes before the Special Master on Claimant's letter and attached documents (#3890). Claimant is seeking information and help from the Court concerning his present situation.

  Claimant has been advised previously that the issue of jurisdiction remains unresolved at this time. Under the *McNeil* decision from the Tenth Circuit, the remedy available to individuals is to seek help through class counsel. The assigned District Judge has directed class counsel and Defendants to submit their positions on the issue of whether individuals may seek relief through the Remedial Plan and/or either of the two stipulations. Progress is being made to resolve this issue.

  Claimant's documents will be accepted and held in abeyance. The Special Master would note that all individuals who believe that they are disabled need to utilize the accommodation process established by the Remedial Plan. This is particularly true concerning conditions that arose after August 27, 2003, such as Claimant's diabetes. Claimant also needs to remember that the determination that he was mobility impaired dealt with a time period ending on August 27, 2003. The Special Master did not and cannot make a determination as to needed accommodations that should be made available at this point.

  IT IS HEREBY ORDERED that Claimant's documents will be accepted for filing and will be held in abeyance.

SIGNED this 27th day of March, 2009.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master