IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

_____

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

### ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Court on the letter of Claimant (#3866). In that letter, Claimant states that he has detailed abuses by DOC staff and the need to seek rectification of wrongs done to him.

Claimant has been advised previously that there is a significant question that any jurisdiction exists to adjudicate an individual request for relief. Under the *McNeil* case, the remedy that Claimant has is to send his concerns and complaints to class counsel. The pending jurisdictional issue must be resolved before any action may be taken on the complaints of Claimant.

IT IS HEREBY ORDERED that the letter of Michael Collins is accepted for filing and held in abeyance.

SIGNED this 27th day of March, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master