Friday, April 3, 2009

Honorable Christine M. Arguello, Judge
United States District Court
For The District of Colorado
Alfred A. Arraj United States Courthouse
Office of the Clerk
Room A-105
901 19th Street
Denver, Colorado          80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2009

**GREGORY C. LANGHAM**
CLERK

Re:   **Montez**, et. al. **v. Romer**, et. al., Case No. 92-cv-870 (OES)
      (D.C.Colo. 1992)                                    CMA

Your Honor,

Enclosed, please, find copies of an ADA Emergency Request for Accommodation, as well as, several grievances that have been filed in the above entitled matter. **See, e.g.**, App. A. Although it is not the first, this represents my most recent attempt to obtain assistance from correctional authorities with my learning disability. **See, e.g.**, App. B. I have struggled with it most of my adult life and could, now, use your assistance in this matter.

You see, I believe, the Colorado State Department of Corrections has an obligation to help me with this learning disability. Many other prisoners struggle with the same learning disability that I have and cannot get help. By failing to help me and other prisoners who are suffering from the same learning disability, I believe, that the CDOC has failed to comply with the terms of the Settlement Agreement as it was first set out in September, 2003. For these reasons, I would respectfully request that the Compliance Period be extended for, at least, another year in this matter. I would, also, ask that it be sanctioned for its continual refusal to assistance prisoners with learning disabilities.

In closing, any time, consideration, or other cooperation that the Court, or its officers, may be able to lend me, in this very important matter, would therefore be gratefully appreciated. As always, I look forward to the Court's timely response in this matter. If I may be of any, further, assistance to the Court or any of its officers, then, please by all means do not hesitate to contact me, in writing, at the address that has been provided, below, for your convenience.

Very Respectfully Yours,

Billy E. Jackson
82325 Bldg. 1/1-R-18
P.O. Box # 1010
Canon City, Colorado     81215-1010

cc: Paula Greisen, Class Counsel
%  King & Greisen, LLP
1670 York Street
Denver, Colorado       80206

enc.

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☑ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☑
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☑ No ☐
Date received by case manager: 03/27/09   Case Manager: D Brightwell

Grievance Number _____   STEP (Circle One) ① 2 3

| NAME JACKSON, Billy E. | DOC NO. 82325 | CTCF 1/1-R-18 FACILITY/UNIT/POD |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: On Tuesday, March 24, 2009, I approached CTCF General Equivalency Diploma (GED) Instructor, Mr. Williams, and asked him if I had been accepted into the GED program. Mr. Williams stated to me that my name had not, yet, appeared on the Change Sheet. I, then, went to CTCF Case Manager Supervisor, Lt. Evans, to ask him for a formal Step 1 grievance in this matter. Although Lt. Evans informed me that Mr. Williams had no control over actions taken by the CTCF Job Board, apparently my Case Manager, Lt. Brightwell, has neglected or failed to refer me to the GED program for assistance in helping me with my long-term disability. This is not the first just the most recent attempt to get assistance from CDOC personnel for my long-term disability.

I currently suffer from dyslexia (the transposing of written words and letters) which substantially, if not significantly, affects my ability to read or write. This, in turn, leads to increased frustration and acute anxiety which, then, inevitably affects my ability to eat, sleep, or concentrate. While I initially requested assistance from State authorities on July 12, 2002, see, e.g., Grievance No. CT02/03 54C, to date of this grievance no action has been taken. Dyslexia is a recognized long-term disability under the ADA/Rehabilitation Acts and applicable State law. See, e.g., 42 U.S.C. §12101, accord, 29 U.S.C. § 701-05, see also, Colo. Rev. Stat. § 24-34-301 (2008), For these reasons, I must now insist that I be assigned to a General Equivalency or Developmentally Disabled program, be given a tutor (Para-Prof or IC) to assist me in improving my reading/writing skills and to help me complete forms necessary for obtaining essential medical/dental or other services, setting administrative appointments and filing motions with the courts. This person should be someone with whom I feel comfortable working and living

TO BE COMPLETED BY OFFENDER: in the same pod or unit.   Thank You

| DATE: March 26, 2009 | OFFENDER SIGNATURE Billy E. Jackson |
|---|---|

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**

| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Learning Disability |
|---|
| DATE:   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

Date ADA grievance sent to AIC:
**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

AR 750-04A (11/01/07)

## REQUEST FOR ACCOMMODATION

### I. OFFENDER INFORMATION: *(Please print)*

| Name: JACKSON, | Billy | E. | 82325 |
|---|---|---|---|
| Facility: CTCF | 11-12-18 | | |

### II. CLAIMED DISABILITY: *(Check all that apply)*

Mobility ____   Hearing ____   Other ✓
Vision ✓      Diabetes ____

### III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form, the ADA Medical Release, and Functional Ability Questionnaire to the ADA inmate coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.*

1. Describe your disability: Dyslexia; The switching, or transposing, of words and letters in written text.

2. What information do you have to verify your disability? Tests performed at the Bent County and Colorado Territorial Correctional Facilities in 2002 confirm this learning disability. See, e.g., Grievance No. CT02/03-154C (July 12, 2002).

3. What major life activity is limited by your disability (e.g., walking, eating, seeing, hearing, breathing, dressing, etc.)? This learning disability substantially, if not significantly, affects my ability to read and write. It has led to mental and emotional distress that openly affects my ability to eat, sleep, or concentrate. It has undoubtably resulted and is the major contributory factor to my continued incarceration.

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? (Yes) No. If yes, name the job, program, or service and provide a brief description of how you were denied: I am unable to complete any CDOC forms or requests for assistance. I cannot actively participate in any rehabilitation programs such as janitorial classes that require me to read a book, take a test, or write answers to other questions. I cannot actively participate in the general or law library programs to fight my criminal case or seek my release.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: I would like admission into any developmentally disabled or general equivalency program to help me improve my reading or writing skills. I would like a person (ParaPro) to assist me in the completion of legal pleadings and letters to the Courts or my public defender. I would like the same access to prison programs, jobs, or services afforded all other non and disabled persons.

Signature of Offender

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*
**Please note: DOC AR 300-38 allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

Attachment "A"
Page 1 of 1

AR Form 750-04B (11/01/07)

## ADA Medical Release

I, _Billy E. Jackson_, DOC # _82325_,

date of birth _October 7, 1954_, authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC employees, contract workers, and volunteers in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it. I understand that the authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any DOC employee, contract worker, and authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this release. I acknowledge that I understand the terms and conditions of this release.

_[signature]_  
Offender Signature

_March 26, 2009_  
Date

Attachment "B"  
Page 1 of 1

AR Form 750-04C (11/01/07)

# FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: _Jackson, Billy E._  DOC #: _82325_

## Section I: PROGRAMS

1. What is your current program or job assignment? Please be specific and list your main duties.
   Unassigned.

2. What programs do you need?
   None.

3. What is your prison employment history?
   I have repeatedly been assigned to the facility kitchen washing dishes because I cannot read or write.

4. What was your employment on the street?
   I was employed as a Staff Sargeant in the United States Army stationed overseas at the base in Neurumburg, Germany. I have worked as a framer in the construction field. I am currently self-employed working in the agricultural or "farming" business raising livestock

5. What do you do for recreation?
   Trying to obtain my release from any further incarceration.

6. Do you currently have a hobby permit? If so, what do you do?
   No, because I am unable to complete the forms and have no one else to assist me.

7. Can you access your religious services? If not, why?
   Yes, as long as I do not have to read or write anything. I have someone else fill-out the Attendance Sheet for me.

8. Are you able to use the general and law libraries? If not, why?
   No. I cannot access either the general or law library programs adequately, because I am unable to fundamentally read or write. While the deaf are given teletypes (TTY's) or interpreters to sign and the blind have been provided with books in brail, there are absolutely no cassette tapes, tutor or other remedial reading materials to help me improve either my reading or writing skills. I cannot take advantage of the law library because I am unable to complete the access forms or file the necessary motions and no one will assist me.

## Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area? If not, why?
   Yes.

2. Are you able to access other areas of the facility (chow, programs, medline, etc) and get there on time?
Yes.

3. Are you able to access all areas of your cell, bathroom and dayhall? If not, describe why.
Yes.

4. Are you able to use the CIPS phone on your unit? If not, why?
No. I have to send my CIPS Telephone List home to have a family member complete it and return it to me by United States Mail in order to effectuate any changes that has occurred (adding, modifying, or deleting telephone numbers).

**Section III: SECURITY**
1. Are you able to respond to orders during an emergency without delay?
As long as they are given to me orally, I am able to follow all oral instructions. It's when I have to read or write something that I have problems. I can find my way out of a building not because I can read the "Exit" signs, but through the experience of other prisoners who are evacuating the building. I occasionally mistake others until I am familiar with my surroundings.

2. Do you have any problems during transport?
No.

3. Do you have any problems with other security procedures, for example, restraints, searches, count, etc?
No.

4. Do you wear a prosthesis? If so, what?
No.

Attachment "C"
Page 2 of 6

## MOBILITY

1. Do you use a wheelchair or other assistive device?  Yes  No

   If so, what? _____

2. Do you require assistance with your activities of daily living?  Yes  No

   In what way? _____

3. Are you currently assigned to a handicapped cell?  Yes  No

4. Do you require any specialized equipment in your cell?  Yes  No

5. Are you assigned to a handicapped table in the chow hall?  Yes  No

6. Do you need someone else to assist you in an emergency?  Yes  No

**USE THE SPACE BELOW TO ADVISE ME OF OTHER MOBILITY NEEDS YOU HAVE:**

## VISION

1. Do you wear glasses?  **(Yes)**  No

2. Are you able to see at all?  **(Yes)**  No

3. Are you completely blind?  Yes  **(No)**

4. Are you able to read with a magnifier?  **(Yes)**  No

5. Do you understand and use Braille?  Yes  **(No)**

6. Do you need someone else to assist you in an emergency?  **(Yes)**  No

7. Are you able to see better if you sit in one particular area of the room?  **(Yes)**  No

    If so, where? _At the desk where the light is._

8. Do you need special assistance from a parapro in programs?  **(Yes)**  No

9. Do you require assistance with your activities of daily living?  **(Yes)**  No

**USE THE SPACE BELOW TO ADVISE ME OF OTHER VISION NEEDS YOU HAVE:**
_I need someone to give me oral instructions and give me assistance._

Attachment "C"
Page 4 of 6

**HEARING**

1. Do you wear a hearing aid?  Yes   No

2. With your hearing aid operational, are you:

    a. Able to hear a speaking voice?  Yes   No

    b. Able to hear a PA announcement?  Yes   No

    c. Able to hear the fire alarm?  Yes   No

    d. Able to hear instructions from a teacher or supervisor?  Yes   No

3. When your hearing aid is **not** operational, are you:

    a. Able to hear a speaking voice?  Yes   No

    b. Able to hear a PA announcement?  Yes   No

    c. Able to hear the fire alarm?  Yes   No

    d. Able to hear instructions from a teacher or supervisor?  Yes   No

4. Do you read and write English?  Yes   No

    a. Do you read and write another language? If yes, what language?  Yes   No

5. Do you understand and use ASL?  Yes   No

6. Do you require telephone amplification on the CIPS phone?  Yes   No

7. Do you require the use of a TTY?  Yes   No

8. Are you able to hear better if you sit in one particular area of the room? Yes     No

   If so, which? _____

9. Do you need special assistance from a parapro in programs?     Yes     No

10. Do you need someone else to assist you in an emergency?     Yes     No

11. Do you need close-captioned TV and videos?     Yes     No

**USE THE SPACE BELOW TO ADVISE ME OF OTHER HEARING NEEDS YOU HAVE:**

DC FORM 850-4A (8/99)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE FORM
**STEP** 1

**NAME** Billy Jackson   **DOC NO.** 82325   **FACILITY** CTCF

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

**REQUEST:** I am grieving the disregard by DOC staff and DOC resources to address my Dyslexia. Relief Sought; ① DOC aknowledges Dyslexia as a disability. This should be addressed as aggresivly as if I were blind, DEAF or paralyzed. It has come to my attention that other inmates with disabilities are having their problems addressed. ② I need professional evaluation of my needs. Then I need to have some program developed (even if it is a personal program) or purchased by DOC, using DOC funds to assist me through this disability. On my informal request for a resolution, I was told I would be seen within 10 days. That was on May 30th. It is now June 18th.

**DATE:** 6/18/02   **OFFENDER SIGNATURE:** Billy E. Jackson

**RESPONSE:** SEE ATTACHED

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

**DATE:** 6-25-02   **SIGNATURE:** See signature on attached response
**RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

**DATE:** 6/20/2   **SIGNATURE:** Debbie Morse, Clinical Services Admin Asst III
**RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

**DATE:** 7-9-02   **SIGNATURE:**

20035   DISTRIBUTION:   White-Department File   Canary-Working File   Pink-Administrative Head   Goldenrod-Offender

ATTACHMENT "A"
Page 1 of 1

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

COLORADO TERRITORIAL CORRECTIONAL FACILITY
P. O. Box 1010
Cañon City, Colorado 81215-1010
Phone (719) 275-4181
FAX (719) 269-4115



Bill Owens
Governor

Joe Ortiz
Executive Director

## MEMORANDUM

**DATE:** 06/26/02

**TO:** Jackson, Billy #82325

**FROM:** LaDonna Webb
CTCF Acting Mental Health Coordinator

**RE:** Step I Grievance

I have discussed your grievance with Elizabeth Nichols of the Academic Department and Jeff Hay, Special Education Coordinator. Since you have brought this to our attention, I have sent you a pass to come to the mental health department and sign a release of information form in order obtain your school records to verify your disability. This is the necessary initial step in dealing with all of your concerns listed on your grievance.

DC FORM 850-4A (8/99)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE FORM
### STEP 2

CT0203-154C

**NAME** Billy Jackson   **DOC NO.** 82325   **FACILITY** CTCF

Instructions:
1. Fill out identifying data legibly in space provided;
2. Clearly state basis for grievance or grievance appeal;
3. Describe the attempts made to resolve the problem;
4. State specifically what remedy you are requesting;
5. Attach copy of prior step in grievance process.

**REQUEST:** ① I am grieving the lack of attention or progress in my getting help with my learning disability. I have dyslexia and I have been trying to get help for quite a while. Mental Health has told me that I would be getting attention a couple of times. Each time they tell me that they will see me in 10 or 14 days and then I don't hear from them for several weeks. ② I have used up the Kite method of communication and the informal resolution route to no avail. I have been seen a couple of times with no results. ③ What does mental health know about dyslexia? Are tapes or audio cassettes available? What assistance can I get in the law library? ④ I would like to know what (if any) help is available to persons with dyslexia?

I have been told that I can request, at 90 days prior to release, to be interviewed for "transitional help." It seems that I am being put off so that I will be left with only that route. I need assistance now, to get a step up before I am released. I have been off for too long. Mental Health tells me not to get assistance from other inmates and the agency manager (Ms. Murphy) tells me to go get help from other inmates. The delays and contradictions are very frustrating. I have had to get an inmate just to get this done. Please, give me the tools to overcome my disability. Being an ex-con is going to be disability enough. Thanks for your attention.

**DATE:** 7/12/02   **OFFENDER SIGNATURE:** Billy L Jackson

**RESPONSE:** Mr. Jackson, You are coded a DD1 with an IQ of 92 which is average intelligence. To be in an DD program, you have to have an IQ of 80 or below and a "cabe" reading level of 5.9 and below. Our mental health staff requested your old school records which have not been received yet. As soon as these records are received, our team will look at testing you for dyslexia for which there is no cure. But some sources can be recommended to assist you as needed.

Your request for being placed in the DD program is denied. Our Mental Health Team will follow up with evaluation and assistance relative to any dyslexic condition.

If you are dissatisfied with the response to this Step 1 or Step 2 grievance, you may obtain further review by submitting the next step to your Case Manager or the Grievance Officer.

**DATE:** 7-29-02   **SIGNATURE:** Ronald Johnson CTL

**RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _____

**DATE:** 7-18-2   **SIGNATURE:** _____

**RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

**DATE:** 8-5-2   **SIGNATURE:** Billy L Jackson

20035   DISTRIBUTION: White-Department File   Canary-Working File   Pink-Administrative Head   Goldenrod-Offender

ATTACHMENT "A"
Page 1 of 1