US DISTRICT COURT
901--19thStreet
Denver, Co 80294    92-cv-00870-CMA

JESSE MONTEZ, ET AL
v
BILL OWNENS, et al

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 15 2009

GREGORY C. LANGHAM
                    CLERK

Party without counsel
Jill Coit   86530
Claim No. 03-129
P.O.Box 392005
Denver, Co  80239

## MOTION TO NOTIFY THE COURT OF DANGEROUS CONDITION FOR MOBILITY IMPAIRED INMATES AT DENVER WOMEN'S CORRECTIONAL FACILITY

I am a member of the Montez Rmedical Plan Class Action ' Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limits the major life activities of walking, working, and perhaps performing manual tasks.'.Unit 3 A pod as well as all of the pods in unit 3 have a serious condition that almost caused me serious injury. The control tower officer can not see the automatic doors that allow entry into the pods unless they lean forward or come around the control panel. Last week the automatic door caught me and if it would not have been for the inmates getting the guards attention I could have been seriously injured. The door hit my wheel chair directly in the middle thus saving me from bing squashed or having a body part cut off. I am not joking the force the doors close at have caused non -mobility inmates injury in the past.

The officer appologized and wanted to send me to medical but my wheel chair saved me. The door is so powerful that it caused my wheel chair to bend. I asked if a mirror would help to see inmates but the officer said that the only thing that would help is for the doors to have a mechanism that would cause them to open when something was in door. That a mirror would not help because they must pay attention to over 150 inmates and that they can not watch the door once they open/close the doors. I asked what I could do to help solve the problem of disabled inmates from getting hurt and he said, tell the court.

When I was in unit 3 D pod in 2004 when I returned from CWCF in March, I got caught in the door in my wheel chair and was moved to unit 2 where there are no automatic doors that could injure a disabled mobility impaired inmate. I am not trying to get moved, I just do not want to get hurt or get body part cut off or broken.

I know the Architectural part is over but I was told that under the dog ruling no 16 of 4-4-08 modification, says ' including architectural changes' so this Court is allowed to modify conditions.

If the doors can not have automatic shut off then please do not house mobility impaired inmates in units 3, 4, 5 & 6 because they all have automatic doors that can seriously harm mobility impaired inmates that can not get out of way fast enough. I do not want to lose an arm or foot because this court does not want to address this issue. I realize my vision impairment causes me not to see the doors fast enough, I have no peripheral vision and am totally blind in left eye & only see out of upper part of right eye depending on floater position maybe 40% seeing.

Respectfully submitted,

Jill Coit
dictated But not read

(Vision in left eye meets the 20/200 standard
donot know how to measure right
eye with vision only in upper half )