| | |
|---|---|
| US DISTRICT Court<br>901--19 th Street   Denver, Co 80294<br>Court Address: | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>APR 2 1 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
| JESSE MONTEZ ET AL<br><br>v.<br><br>BILL OWENS, ET AL | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit<br>86530<br>P.O.Box 392005<br>Denver, co 80239 | Case No:<br>92 N 870 and<br>96 N 343 |
| NOTICE TO THE COURT THAT THERE ARE NOT ENOUGH WHEEL CHAIR ACCESS TABLES IN THE DINNING HALL — Then Complaint — Civile, Montez Remedial Plan | |

Comes now, Plaintiff, pro se and wishes to inform this court that there are only four wheel chair tables in each dinning hall (2).

CDOC and DWCF did not plan on having so many elderly mobility impaired wheel chair inmates. There are <u>never</u> enough tables that have wheel chair access so we must sit at a regular table and try to squeeze in between the seats.
All it would take to make more wheel chair access is for one of the seats to be removed at each table or (if they removed one of the three seats at the wheel tables it would accommodate two wheel chairs and their pushers/aids) Simple remedy but no one will listen or consider this option unless the court rules they must. Please do not allow retaliation for me telling by taking away my wheel chair.
Respectfully

Jill Coit

*Jill Coit 4-16-09*