ORIGINAL

US District Court
901--19 th Street
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2009

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ ET AL
VS
BILL OWENS, ET AL

CASE NO: 92 N 870 and 96 N 343

Part without an attorney
Jill Coit
86530
Montez Claim number 03-129
Denver, Co 80239

NOTIFICATION THAT DWCF IS IN VIOLALTION OF MONTEZ REMEDIAL PLAN BY NOT HAVING HEARING IMPAIRED CELLS IN UNITS 3, 4, 5 and 6 - Non Compliant

Comes now Jill Coit plaintiff if the above captioned case, even though coit was not considered hearing impaired because she had hearing aids and hearing aid batteries that work, therefore she was not granted hearing status in October 2005 (Montez) hearing.

However now Coit is hearing impaired and requires a hearing impaired cell which consist of a strobe light. Coit was placed in hearing impaired cell in 2006. Coit can not grieve placement with CDOC/DWCF however she can notify the court that there are no hearing impaired cells in units 3, 4, 5 and 6. There are only hearing impaired cells in units 1 and 2.

Coit can not hear the anouncements, warnings and instructions over the intercom therefore she is in danger in the event of an emergency or fire. Coit wears hearing aids and is now getting hearing aid batteries since she filed with this court.

In fact in February 2009 Coit was sent to Denver Health and Denver Health Specialist repaired Coit's hearing aids for her. It took Coit since 2006 to get her hearing aids repaired. Coit had permission to get her hearing aids fixed but DWCF refused to honor the doctors and their insurance company agreement and send Coit's hearing aids out to be fixed.

Coit needs to be in a hearing impaired cell.

The Colorado Department of Corrections and Denver Women's Correction Facility need to make hearing impaired cells in units 3, 4, 5 and 6 to comply with Montez Remedical Plan.

The Denver Health Hearing Clinic verified what Coit had been told years ago that her hearing canal is weird shapped and there is nothing that can be done to improve her hearing except for her to wear hearing aids. As long as Coit is provided hearing aids and hearing aid batteries that work, that is all that is expected and Coit ask for nothing more regarding her hearing impairment except cell for hearing impaired.

Respectfully submitted

Jill Coit 86530

In a perfect world I would be able to hear but since prison is very loud and noisy I can not hear. According to the specialist my brain registers sound at 25dB . However I can not tell what a person is saying. My hearing depends on many things, the type of voice the person has, the amount of background noise, if they are close to me within 3 feet I stand a better chance of knowing what they are saying.

I was threatened with removal of my hearing aids if I did not go for testing. The reason I do not like to go out for testing is because the ride in the van scares me and makes me sick. With my vision loss I can not see and have panic attacks. I try not to let it show but I am very afraid. Add the fact that I have constant ringing in my ears and motion makes it worse going out on a medical is a big deal. I literally get sick to my stomache and throw up. I get a severe migraine and must be in bed for days after a trip out in the van.

The hearing specialist at Denver Health wrote on my chart that there was NO clinical reason to remove hearing aids. I have been wearing hearing aids since 1972. Had at least 6 sets and each new set was an improve. My hearing loss was discovered because I could not hear the conversation when out. Naturally all the better restaurants have back ground music so I could not hear.

I am now in Unit 3 and there are very tall ceilings so the acoustics are very bad. I can not hear and asked the officer to make the anouncements in the cells. All it takes for this to happen is for them to flip a switch. I was told "no", that unless you are declared hearing impaired they did not have to do anything under ADA. I showed them I was wearing hearing aids and could not? the anouncements, etc and they still said "NO ADA Accommodations, no anouncing in cells.

They stated that some inmates have ADA accommodations that state they get anouncements in cells when available. You do not need anouncements in cells in units 1 and 2 because they get to leave their cells at any time but in unit 3 you can only leave when they call 5 minutes in/out.

Even with hearing aids in I can not tell what is anounce in the day room. That is why I am trying to get ADA accomodations for when I am housed in unit 3. I realize I am not covered under Montez for hearing impaired because at the time of my Montez Hearing in December 2005 I could get hearing aid batteries. By the way, now I am getting hearing aid batteries that work. Thank you.

This is just to notify you that units 3, 4, 5 & 6 have no hearing impaired cells with strobe lights.

I enclosed a drawing because the hearing impaired cells with strobe lights in units 1 & 2 are in the handicapped cells that have short closets. These are necessary for wheel chair mobility impaired inmates. There are only 4 of these handicapped cells which hosue 8 inmates. YOu must be carefull when describing handicapped cells because some of them are single and some are double. If you would just extend the wiring from the last cell to the next two cells you could have hearing impaired strobe lights for the hearing impaired inmates without taking up the handicapped cells that are in such short supply. There are more wheel chair inmates than there are handiapped cells. Especially in units 1 & 2 which hold 16 inmates inmates total.

THERE ARE NO HEARING IMPAIRED CELLS IN UNITS 3, 4,5 & 6.

Respectfully submitted.

Jill Coit 4-17-09

[handwritten: dictated But No read.]

[handwritten: Drawing attached]

Name, MR#, Pat#, DOB

113946560
03/24/09 HSC: AUD
COIT ,JILL
2098863 F 06/11/1944
G08 DVR: Y
1: 2: RX: IP:
PCP:
PHN: (719)583-5840

Date:

# DENVER HEALTH

## AUDIOLOGICAL EVALUATION

3/24/09

IDX2 tf (staff initials)

The patient's medical record and/or referral has been reviewed. ☑ The patient requested a medication record. ☐ Yes ☑ No

Primary Language: ☑ English ☐ Spanish ☐ Other

Do you wish to have an interpreter: ☐ Yes ☐ No ☑ NA Interpreter: ______ (name) ☐ AT&T Language Line Used

☐ Patient requests to have significant other/family member or friend interpret. ______ (name)

Impairment: ☐ Physical ☐ Cognitive ☑ WNL Cultural Needs: ☐ Yes ☑ No

STANDARD ☐ PLAY CONDITIONING ☐ VRA ☐

**RIGHT EAR** Frequency (Hz.) 250 500 1000 2000 4000 8000; dB 0–110

ABR with latency series completed.

**LEFT EAR** Frequency (Hz.) 250 500 1000 2000 4000 8000; dB 0–110

ABR with latency series completed

**TYMPANOGRAM** 0–10; -400 -300 -200 -100 0 +100 +200

P.V. R ____ P.V. L ____

**CONTRALATERAL ACOUSTIC REFLEX TEST**

**STIMULUS - LEFT EAR**

| 500 | 1000 | 2000 | 4000 |
|---|---|---|---|
| | | | |

Reflex decay 500 Hz ____
1000 Hz ____

**STIMULUS - RIGHT EAR**

| 500 | 1000 | 2000 | 4000 |
|---|---|---|---|
| | | | |

Reflex decay 500 Hz ____
1000 Hz ____

**IPSILATERAL REFLEX SCREEN**

R. ______ L. ______

| Right | Left |
|---|---|
| PTA (.5, 1, 2 KHz) ______ dB | PTA (.5, 1, 2 KHz) ______ dB |
| SRT ______ dB PBMax. ______ % 30 dB SL | SRT ______ dB PBMax. ______ % 30 dB SL |
| SRT/BC ______ dB | SRT/BC ______ dB |

OTOACOUSTIC EMISSIONS SCREEN
RIGHT - PASS FAIL
LEFT - PASS FAIL
Mode:

PB ROLLOVER R L
40dB SL ______%
50dB SL ______%
60dB SL ______%

186

**Patient/Family Education:** ☑ Verbal ☐ Written ☑ Understands

**History:** Previous borderline hearing loss. Need to rule out significant change in hearing.

ABR with intensity latency series completed. Results showed

**Results:** responses at 25dB in the mid to high frequency range to a broadband click. These results are compatible with responses to air conduction under headphones obtained on 2-14-05.

**Recommendations:** There is no clinical reason to remove hearing aids from patient at this time.

Trudy Fredericks, MS 116434

Audiologist Signature/Title/Date (mm/dd/yy) (Provider #)

116434 Trudy Fredericks CCC-A

# DENVER HEALTH

## AUDIOLOGICAL EVALUATION

Name, MR#, Pat#, DOB

112842315
02/04/09 HSC: AUD
COIT ,JILL
2098863 F 06/11/1944
G08 DVR: Y
1: 2: RX: IP:
PCP:
PHN: (719)583-5840

Date:

IDX2 CF (staff initials)

The patient's medical record and/or referral has been reviewed. ☑ The patient requested a medication record. ☐ Yes ☑ No

Primary Language: ☑ English ☐ Spanish ☐ Other

Do you wish to have an interpreter: ☐ Yes ☐ No ☑ NA Interpreter: ______ (name) ☐ AT&T Language Line Used

☐ Patient requests to have significant other/family member or friend interpret. ______ (name)

Impairment: ☐ Physical ☐ Cognitive ☑ WNL Cultural Needs: ☐ Yes ☑ No

STANDARD ☑ PLAY CONDITIONING ☐ VRA ☐

RIGHT EAR
Frequency (Hz.)
]= Insert
A=Aided
LEFT EAR
Frequency (Hz.)
TYMPANOGRAM
P.V. R 1.1 P.V. L 1.0
CONTRALATERAL ACOUSTIC REFLEX TEST
STIMULUS - LEFT EAR
500 1000 2000 4000
Reflex decay 500 Hz
1000 Hz
STIMULUS - RIGHT EAR
500 1000 2000 4000
Reflex decay 500 Hz
1000 Hz
IPSILATERAL REFLEX SCREEN
R. L. NR
Insert SRT 45
Insert SRT 50

PTA (.5, 1, 2 KHz) 53 dB (Insert)
SRT 50 dB PBMax. [illegible] %
30 dB SL
SRT/BC ______ dB

PTA (.5, 1, 2 KHz) 53 dB (Insert)
SRT 45 dB PBMax. [illegible] %
30 dB SL
SRT/BC ______ dB

OTOACOUSTIC EMISSIONS SCREEN
RIGHT - PASS FAIL
LEFT - PASS FAIL
Mode:
Could not get probe tip in ear properly

PB ROLLOVER R L
40dB SL ______ %
50dB SL ______ %
60dB SL ______ %

96% discrim. at 60 dB HL w/ R + L together

Patient/Family Education: ☑ Verbal ☐ Written ☑ Understands

History: Patient referred by DOC for c/o ↓ hearing and R unilateral tinnitus for 2 years. Patient currently wearing binaural ITCs.

Results: See backside.

Recommendations: Return PRN.

2-9-09

116426
Pamela Hammond
MA, CCC-A

K. Adkisson - student 2/4/09 9:30
Audiologist Signature/Title/Date (mm/dd/yy) (Provider #)

186

# HEARING SCREENING

PATIENT NAME Cert, Jill

DOC # 86530 DATE 3/16/04

1. Does the patient have a permanent hearing impairment so severe that he/she must communicate through signing, lip reading or written communication? Yes (No) (Circle one)

Is the impairment so severe that he/she cannot hear an emergency warning? Yes (No) (Circle one)

Does the patient wear hearing aid(s)? (Yes) No (Circle one)
Is the patient completely deaf in both ears? Yes (No) (Circle one)
If not, is the patient completely deaf in one ear? Yes (No) (Circle one)

2. Are there any other problems which would interfere with the patient's hearing? Yes No
If yes, what? Back ground noise decreases hearing ability states cannot hear through regular phone without amplification

*If the answers to the above questions are NO, do not proceed with the evaluation. If the answers to the above questions are YES, continue the evaluation and refer the patient for an audiogram if one has not been performed in the past year.*

2. Was the patient born deaf or was deafness the result of later trauma or illness? If later, at what age did the patient lose hearing and to what cause? history of Tympanic Membrane rupture as teenager [illegible] years back Tympanoplasty. Also history of Meniere's disease. Last Audio [illegible] yrs ago.

3. Does the patient understand and use sign language? If so, which? Hearing good with hearing aids
Doesn't use it [illegible] [illegible] [illegible] course of sign Language (American)

4. Is the patient English speaking?
Yes

*If you have determined that this patient does meet the Montez criteria for a hearing impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

DLW/thg

[signature] M.D.
Signature & Title

There are no hearing impaired cells in Units 3, 4, 5 & 6. When you put in the strobe lights in unit 3 A,B,C,D pods please make sure that you put them in the single cells and not the only two handicapped cells in each pod. There are 5 single cells on the bottom tier of each pod.

Units 1 and 2
There are four double handicapped cells in Unit 1 which accommodates 8 inmates
There are four double handicapped cells in Unit 2 which accommodates 8 inmates

all have strobe light for hearing impaired

D - Wing

120 122 124 126 128 BATH Room

add strobe light

HC HC

A. Wing

Bathroom

HC HC

These handicapped cells are the only cells that have the strobe lights for the hearing impaired inmates.

O STROBE Lights

If you would just extend the wireing to the next two cells on each side of the last cell that has the strobe for hearing impaired you would then be able to accommodate the hearing impaired without using your handicapped cells that have shorter closets for the wheel chair mobility impaired inmates.

4 inmates with hearing impairment

You have already cut through the fire walls so it would be no big deal to extend the wireing to make more hearing impaired cells. in Unit 1 & 2

You have many more hearing impaired than you do hearing impraired ~~inmates~~ cells.

# Col ado Department of Correctic

## Consultation Report Form

Appt#: 112104

Run Date: 02/19/2009 13:36

*REQUESTED*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **DOC #:** | 86530 | **Name:** | COIT, JILL | **Facility:** | DW/UNIT2 | **Date Initiated:** | 02/19/2009 |
| **Gender:** | FEMALE | **Security:** | MINIMUM RESTRICTIVE | **SSN:** | 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 | **DOB:** | 06/11/1944 |
| **Level:** | UPTO 2 MNTHS | **Tele-Med:** | NO | **Provider:** | HARRELSON, JAMIE , NP | **SDD:** | 03/16/3004 |
| **Request:** | AUDIOGRAM | **Auth #:** | | **Number of Visits:** | 1 | **PED:** | 03/26/3004 |
| **Location:** | DEN-WOMENS | **Appt Dt:** | | **Specialist:** | | **DH #:** | 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: Needs a repeat audiogram per Dr. Wright for test reliability. Per Dr. Wright the audiogram is showing bilateral hearing loss. It improves to indicate a flat bilateral moderate loss with the use of insert earphones. Since there isno bone conduction score, I can't tell whether it is sensorineural, conductive or mixed. Tympanograms are normal. See attached audiology evaluation.

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** | 02/19/2009 13:36 |
| **Provider Name:** | HARRELSON, JAMIE , NP | | jlharrel |

**Please do not discuss dates of the follow-up appointments with the offender.**

Insurance: Physician Health Partners Phone: (866) 362-1374 FAX: (866) 362-1375

Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003

Or FAX to your Scheduler @ 719-583-5832