UNITED STATES DISTRICT COURT
901--19th Street
Denver, co  80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2009

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ ET AL
V
BILL OWENS ET AL

CASE NUMBER  92 cv 870 OES  & 96 n 343



NON COMPLIANCE WITH MONTEZ REMEDIAL PLAN XXVII REMOVAL OF HEALTH CARE APPLIANCES IN ASU/PSU DISCIPLINARY DETENTION UNITS (& Destruction of Medical appliances)

Comes now, Jill Coit member of Montez Class action number of case  03--129 Final Order by Judge Pringle for Mobility impairment.

  DWCF deneid me my knee braces and hand braces when I was removed from Populaion on March 7, 2009 through March 12, 2009. When I told them I was part of the Montez Remedial Plan and that I need my hand and knee braces, a male guard I did not know told me, 'To shutt the Fuck up or that he would take away my wheel chair.'

  DWCF did not follow procedure outlined in XXVII number C., the warden nor his designee was not consulted as required under Montez. Nor was medical consulted to determine if my medical applinaces were necessary or should be  retained . Complete violation of Montez Remedial Plan.

  To make matters worse my medical appliances were just thrown away by housing staff, no shske down slip listing the items they threw away nor was medical consulted prior to throwing them away. I am refereing to my egg crate matress that I was issued, prescribed and  approved for due to mobility impairment of my back, spine and hip pain. This is the same medical appliance that was mentioned that had been removed on page ----3 of Final Order of Special Masters. I have had an egg crate matress since 1997 except for the    period  when I entered Denver Women's Correctional FAcility. Finally one was provided for me on ##### 9-22-06

  My accureprssure inserts and heal cups for my mobility feet impairment were also thrown away for no medical reason But retaliation for me notifying this Court of Montez Violations. I realize this court does not think it has any power under Retaliation but it does mention retaliation in the Montez Remedical Plan.

There was no legitimate penological reason for DWCF staff to throw away my egg crate matress.  DWCF is now playing games with  this court by CHANGING THE STANDARDS OF WHICH MOBILITY IMPAIRED INMATES GET EGG CRATE MATRESSES. This is just one more game they are playing with this court. Under IV, thtnd paragraph down, last sentence  it states, 'The inmate's status as an inmate with a disability shall be effective until a change in the inmate's condition causes a change in disabiity status.'

(Coit's egg crate matress was issued prior to August 2003 so is covered under Mnntez Remedial Plan )

DWCF staff threw Wedge Pillow and pillow that is used under knees — want replacement pillows immediately. These pillows were authorized by medical.

Is this court going to believe that Coit's mobility impairment has suddenly gone away and she does not have back, knee, hip and foot problems that inhibit her ability to be mobil~~ity impaired~~. Or is DWCF & CDOC just playing word games by changing the requirments of those mobility impaired offenders that are allowed to have egg crate matresses. The egg crate matress was initially given and authrorized due to Coit's mobility impairment.

Under V Placement A. 1. B. This court determined that Coit has a permanent mobility impairment-coit's condition is permanent will not improve and she can not climb a flight of stairs without pause, etc. .

Under XVI Health Care Appliances C. 'No inmate shall be deprived of a health care appliance that was in the inmate's possession upon entry into DOC system or was properly obtained while in DOC custody..'

Coit's egg crate matress falls into this catagory. There was no legitimate reason to throw away her medical appliances.

There was no legitimate reason to deny Coit her knee and hand braces while in Segregation except to punish her for telling about non complaince. There was no metal in braces nor were they a security risk. Coit was in extreme PAin by being denied her braces.

The montez Remedial Plan was to protect mobility impaired inmates & defendants knowingly and wilfully disobeyed the basic tenets of the Montez Remedial Plan.

Wherefore Coit asks this court to order CDOC/DWCF to provide her with another egg crate matress (other inmates have egg crate matresses) and & wedge pillow replace her accurepressure shoe inserts and heal cups they threw away/destroyed. Remember egg crate matress, heal cups and accurepressure inserts were on Coit's inmate property sheet as directed by the Montez Remedial PLan. And for CDOC to stop retaliating and provide what the Mntez REmedical Plan requires when Coit is placed in segregation, she be allowed her braces as they are medically necessary to prevent pain and suffering. Coit is not asking from Money damages because Montez does not provide for money damages to offenders for violations under Mntez but she reserves the right to pursue legal remedies for these deliberate denial of medical appliances under 1983 relief if she so choses. STOP RETALIATING.

DOC should not be allowed to play word games by changing the standards they now issue egg crate matresses under. Coit's medical conditions have just gotten worse not better she is 65 years old and has many medical impairments/conditions. Coit't is in severe pain and can not take part in programs & benefits offered to non disabled offenders due to back pain from being denied egg crate matress and other remedies allowed under Montez. Coit can barely move, her back hurt all the time.

Respectfully submitted
Jill Coit 86530
P.O.Box 392005, denver, Co 80239

4-20-09

Dictated but not read due to vision impairment.

DWCF staff broke, destroyed, allowed to be stolen, personal property of Coit not covered under the Montez Remedial plan, pure retaliation.



**PRICARE CODE NO.** 

**NAME** Jill Coit

**OFFENDER NO.** 86530

**DATE** 9-21-06

**LIVING UNIT** 2

**TIME**

**SUBJECTIVE:**

**OBJECTIVE:** Temp ___ Pulse ___ Resp ___ B/P ___

I received an eggcrate mattress from clinical services

X Jill Coit

**ASSESSMENT:**

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201    20047

---

State of Colorado
Department of Corrections
**REQUEST FOR INTERVIEW**

Date 12-17-06

Name Jill Coit

Reg. No. 86530

C.H. _____ Tier ____ Cell 2-126

Audience With: ___

Give Reason:

Inmate Jill Coit # 86530 has permission to encase her medical egg shell/crate matress in a sheet. She will sew down the sides to prevent the egg crate from getting all over her bed. It is comming lose.

(Revised 10/90)

*[handwritten: Final Order Special Master Dec 2005]*

3. Proper notice of the hearing was given and Claimant along with Defendants appeared.

4. Claimant is currently under the jurisdiction of the Colorado Department of Corrections (CDOC). She entered CDOC custody in 1995. From 1995 to October of 2001, Claimant was housed at the Colorado Women's Correctional Facility (CWCF). Since October of 2001, she has been housed at the Denver Women's Correctional Facility (DWCF), except for a brief 10-day period, from March 19, 2004 to March 29, 2004, when she was transferred to CWCF.

5. Claimant has suffered from a variety of medical problems that are the basis for her alleged mobility disability. When she came under the jurisdiction of the CDOC in 1995, she suffered from low back pain and degenerative joint disease. She had an artificial hip that prevented her from bending or twisting. Claimant also had a leg length discrepancy. Claimant testified that from 1995 to the present, she has been unable to walk more than 50 to 60 feet and cannot walk up or down stairs. This testimony was disputed by a CDOC witness and, according to Dr. Shames, by Claimant's medical records. Claimant has had a stair restriction of 6 to 8 stairs a day since 1998. *[handwritten: concurrent no stair restriction since 1998 — 2004 — then change]*

6. In 1995, Claimant suffered a partial meniscus tear. Surgery was performed in 1997 or 1998, but it was not completely successful in repairing the meniscus tear. Claimant also developed plantar fibroma, a growth on the bottom of her foot. This was removed in 1998 but reoccurred shortly thereafter. *[handwritten: back to "no stair restrict"]*

7. Claimant also suffers from carpel tunnel syndrome and sustained injuries to her hand and shoulder which made it difficult for her to utilize handrails while attempting to walk.

8. Claimant has been classified as totally disabled by Social Security.

9. Claimant produced extensive testimony of documentary evidence in support of her contention that DWCF has willfully refused to provide her with a plethora of medical devices and treatment that was prescribed or recommended by various health care professionals. For example, Claimant had a back brace while she was incarcerated at CWCF. The brace was taken away in October of 2001 and has not been given back to her. Claimant did not receive orthopedic shoes until 2003, although her doctors requested them on numerous occasions. She has not been given acceptable shoes or orthotics, and clothing that is consistent with various allergies that she has to fabric. Claimant has been denied a heating pad. In 2001, Claimant's hand braces were taken away, and were were not returned until 2003. While at CWCF, Claimant was provided with a dresser, a low table, an adjustable roller chair, egg shell mattress and a night stand. None of these were provided to her at DWCF. Cervical pillows and ice packs which were provided to Claimant at CWCF have not been made available at DWCF. Claimant was given Celebrex, an anti-inflammatory from 1998 to 2001 but this prescription medication has been denied to her since arriving at DWCF. A special typewriter was

3

```
Offender Name: COIT, JILL                              DOC #: 86530
Facility: DENVER WOMENS CORRECTIONAL FACILITY          Date: 01/11/2007


   Offender Person
        1 JEWISH FAITH PROPERTY BOX(1)

   FACILITY SPECIFIC ITEMS
   -----------------------
        1 ADDRESS BOOK(1)
        1 ARCH SUPPORTS(1)         MEDICAL - OUTSIDE VENDOR    ACCUPRESSURE INSERTS
        1 BLANKET (CANTEEN)(1)
        2 CABLE CORD(2)
        1 CLOCK/RADIO(1)           020701498
        1 EARBUDS(1)
        1 FLOSS ORGANIZER BOX (CLEAR)(1)
        1 HEARING AID(1)           ONE PAIR
        1 HEEL CUPS - SHOES(1)     MEDICAL2 ACCUPRESSER        OUTSIDE VENDOR
        1 HOBBY CRAFT PERMIT(1)    ARTWORK & NEEDLEWORK
        1 MEDICAL APPLIANCE(1)     MEDICAL - 11 BRACES
        1 MEDICAL APPLIANCE (SEE NOTES)(1)MEDICAL BLANKET      ALL COTTON
        1 MEDICAL EQUIPMENT (SPECIAL ISSUE)(1)YELLOE EXERCISE BANDS2
        3 MEDICAL OTHER(3)         SOCK AID EGG CRATE MATTRESS  2 EXTRA UNIFORMS
        1 MEDICAL STOCKINGS(1)     2 PAIR OUTSIDE VENDOR
        1 MEDICAL WALKER MED APPROVED(1)
        1 MEDICAL WHEEL CHAIR(1)
        1 MISC. HOBBY SUPPLIES(1) MEDICAL GRABBER
        1 SACRED ITEMS BOX(1)
        1 SHEETS /PILLOW CASE G/FATHERED(1)MEDICAL - ALL COTTON PERSONAL OUTSIDE VEN
        1 WRIST BRACE(1)           MEDICAL - THUMB BRACE        ABILITIES UNLIMITED
        1 YARN(16)


   MEDICAL APPLIANCES
   ------------------
        4 KNEE WRAPS/BRACES(4)              1 MEDICAL MATTRESS(1)
        1 MEDICAL STREET SHOES(1)           1 MEDICAL TENNIS SHOES(1)
        1 PRESCRIPTION EYE GLASSES/CONTACTS(1)  1 WEDGE PILLOW(1)


Inventory Staff_____
                       (print name)              (signature)

Inventory Staff_____
                       (print name)              (signature)
```

The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privelage of possessing personal property during incarceration. Inmates must retain receipts for proof of ownership.

Offender Signature_____   Date_____



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

*Next 3 pages*

FILE: TGaOML

ADD TO LIST (NO NUMBERS):

~~4 ACE BANDAGES~~
~~3 WRIST BRACES~~
~~1 ANKLE BRACE~~
~~1 CERVICAL PILLOW~~
MISC. JEWISH FOOD
~~1 MOIST HEAT PAD~~
~~1 TORAH/HOLY BOOK~~ (JUDAISM)
3 PR. SUPPORT PANTY HOSE
TENS UNIT

RELIGIOUS ITEMS
----------------
    1 JEWISH SACRED ITEMS BOX

FACILITY SPECIFIC ITEMS
-----------------------
    1 ADDRESS BOOK (PMC) CANTEEN ITEM
    1 CABLE SPLITTER
    1 MICROWAVE BOWL
    1 MISC. PAPERWORK
    1 WEIGHT LIFTING GLOVES

    1 CABLE CORD
    1 JEWISH MEDALLION
    1 MISC. CANTEEN/HYGIENE ITEMS
    24 SPONGE ROLLERS (PMC) CANTEEN ITEM

MEDICAL APPLIANCES
------------------
    ~~1 BACK BRACE~~
    ~~2 KNEE BRACES/WRAPS~~
    ~~1 MEDICAL TENNIS SHOES~~
    ~~1 WEDGE PILLOW~~

    1 CANE
    ~~1 MEDICAL MATTRESS~~
    ~~2 PRESCRIPTION EYE GLASSES/CONTACTS~~  hard + soft
                                              cases

Inventory Staff  D. Marshall (print name)   D. Marshall (signature)

Inventory Staff _____ (print name) _____ (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privelage of possessing personal property during incarceration. Inmates must retain receipts for proof of ownership.

Offender Signature  Jill Coit       Date 5-15-01

# COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

DC Form 850-6A (11/15/06)

Offender Name: **Coit, Jill**    DOC #: **86530**

Facility: **DWCF**    Date: **3/9/09**

## State Issue Items

| | | | | | |
|---|---|---|---|---|---|
| ___ | Belt/Buckle (1) | Ø | Knit Cap (1) | 5 | Socks (5) |
| 5 | Bras (5) | 1 | Nightgown ((2) | 4 | T-Shirts (5) |
| ___ | ID Card (1) | 4 | Shirts (3) | 4 | Trousers/Slacks (3) |
| Ø | Jacket (1) | ___ | Shoes (1) | 5 | Underwear (5) |

## Personal Items

**15** Total Number of Books (Including Faith Group and Legal Books) (15)

**2** Legal Box, 2 Cubic Ft.

___ Magazines/Newspapers/Catalogs (6)
Books, magazines and newspapers cannot exceed 3 cubic feet when combined with other property.

**Ø** Ring/Wedding Band only-no stones (1)

## Canteen Items

| Item(s) | Description | Serial # |
|---|---|---|
| Calculator (1) | 1 | |
| Coffee Maker (1) | 1 Broken Will Need sent | out or destroyed |
| Electric Razor (1) | | |
| Radio (1) | | |
| Shaver/Shaper (1) | | |
| TV (1) | 1 Clear Magnavox | |
| Typewriter (1) | 1 | |
| Watch (1) | 1 | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Alarm Clock (1) | Ø | Handkerchief (7) | 1 | Stereo Headphones (1) |
| 2 | Baseball Cap (1) | Ø | Headband (1) | Ø | Sunglasses (1) |
| Ø | Bathrobe (1) | Ø | Hot Pot (1) | ___ | Sweatpants (2) |
| ___ | Bras (3) | 1 | Lamp (1) | ___ | Sweatshirts (2) |
| 1 | Briefs/Boxers/Panties (3) | Ø | Moustache Scissors (1) | Ø | T-Shirts (3) |
| 1 | Combination Lock (1) | 1 | Multi-outlet (1) | 1 | Tennis Shoes (1) |
| ___ | Curling Iron (1) | 1 | Pajamas (2) | 1 | Thermal Drawers (2) |
| 1 | Doo Rag (1) | Ø | Photo Album (1) | ___ | Thermal Shirt (2) |
| 1 | Fan (1) Broke, Need Replaced | Ø | Rug (1) | 1 | Towels (2) |
| 1 | Gloves - Jersey (1) | Ø | Shower Shoes (1) | 1 | Washcloths (4) |
| 2 | Gym Shorts (2) | 3 | Socks (3) | Ø | Wallet (1) |
| 1 | Hair Dryer (1) | Ø | 1 Medallion w/chain (2½" diameter.) | Ø | Scented Oils (2 oz.) |

## Faith Group Items

## Facility Specific Items

1 Bag Mic hygene     *Medical Sheets + Blanket     1 Duffle bag Full of papers
1 Bag Makeup products     2 Medical Pillows     1 Bag Mic Canteen
                         2 Roll up Glasses

## Medical Appliances

4 Knee Wraps/Braces (4)     1 Pair Prescription Sun Glasses     ___ Prosthesis
6 Other  Wrist Splints      ___ Prescription Eye Glasses/Contacts (1)

Inventory DOC Employee **McDaniel 13918** / Signature
Inventory DOC Employee **Rittenhoudt / Aragon 13445** / Signature

The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privilege of possessing personal property during incarceration. Offenders must retain receipts for proof of ownership.

Offender Signature _____    Date _____

20074    White - Working File    Canary - Property Officer    Pink - Inmate
Attachment "A"
Page 1 of 1

# COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

DC Form 850-6A (11/15/06)

Offender Name: Cat
DOC #: 86530
Facility: DWCF
Date: March 09

## State Issue Items

| | | | |
|---|---|---|---|
| 1 Belt/Buckle (1) | 1 Knit Cap (1) | 10 Socks (5) | |
| 5 Bras (5) | 2 Nightgown ((2) | 6 T-Shirts (5) | |
| 1 ID Card (1) | 3 Shirts (3) | 2 Trousers/Slacks (3) | |
| 1 Jacket (1) | 1 Shoes (1) | 9 Underwear (5) | |

## Personal Items

15 Total Number of Books (Including Faith Group and Legal Books) (15)

3 Legal Box, 2 Cubic Ft.

R Magazines/Newspapers/Catalogs (6)
Books, magazines and newspapers cannot exceed 3 cubic feet when combined with other property.

— Ring/Wedding Band only-no stones (1)

## Canteen Items

| Item(s) | Description | Serial # |
|---|---|---|
| Calculator (1) | | |
| Coffee Maker (1) | proctor silix | |
| Electric Razor (1) | | |
| Radio (1) | 1 | |
| Shaver/Shaper (1) | | |
| TV (1) | Magnavox | DN1AD5280432.70 |
| Typewriter (1) | Brother | H2E 387051 |
| Watch (1) | (send unnecessary note) | |

| | | | | | |
|---|---|---|---|---|---|
| | Alarm Clock (1) | — | Handkerchief (7) | 1 | Stereo Headphones (1) |
| 1 | Baseball Cap (1) | — | Headband (1) | — | Sunglasses (1) |
| — | Bathrobe (1) | — | Hot Pot (1) | 2 | Sweatpants (2) |
| 2 | Bras (3) | 1 | Lamp (1) | 1 | Sweatshirts (2) |
| — | Briefs/Boxers/Panties (3) | — | Moustache Scissors (1) | 5 | T-Shirts (3) |
| 1 | Combination Lock (1) | 1 | Multi-outlet (1) | — | Tennis Shoes (1) |
| 1 | Curling Iron (1) | 2 | Pajamas (2) | — | Thermal Drawers (2) |
| 1 | Doo Rag (1) | — | Photo Album (1) | 1 | Thermal Shirt (2) |
| 1 | Fan (1) | — | Rug (1) | 2 | Towels (2) |
| — | Gloves - Jersey (1) | 1 | Shower Shoes (1) | 4 | Washcloths (4) |
| 1 | Gym Shorts (2) | 5 | Socks (3) | 1 | Wallet (1) |
| 1 | Hair Dryer (1) | — | 1 Medallion w/chain (2½" diameter.) | — | Scented Oils (2 oz.) |

## Faith Group Items

## Facility Specific Items

earbud, 1 surge protector, 3 splitter cable, misc. food, misc. paperwork, misc. hygiene, exerciser r, 2 pr. tennis shoes, blow dryer, 1 stands, totes,
1-CAP

## Medical Appliances

___ Knee Wraps/Braces (4)    ___ Prescription Eye Glasses/Contacts (1)    ___ Prosthesis
___ Other

Inventory DOC Employee: R. Aragon 13445
Print Name / Signature

Inventory DOC Employee: T DelaRosa 16115
Print Name / Signature

The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privilege of possessing personal property during incarceration. Offenders must retain receipts for proof of ownership.

Offender Signature _____ Date _____

20074    White - Working File    Canary - Property Officer    Pink - Inmate
Attachment "A"
Page 1 of 1