MICHAEL N. COLLINS #50023, CROWLEY CO. CORR. FACILITY 03/21/09
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002    Page 1 of 6.
Civil Action No. 92-cv-00870-CMA   JESSE MONTEZ -vs.- BILL OWENS

## URGENT! URGENT! HELP!!! !!!777!!! HELP! URGENT! URGENT!!!

### LEGAL BRIEF & FINDINGS OF 03/21/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: I AM NOW RUTHLESSLY & SADISTICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" ON ANY PRETEXT, & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'S & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'S (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'S & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME WITHIN CTCF.)

BE IT RESOLVED THAT, AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "MANY & "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "VERY & "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN), SAID DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY; TO BE SO BLATANTLY & OBVIOUSLY, IN ACTUAL FACT, "VERY & "AGGRESSIVE RETALIATION AGAINST THE CLAIMANT & HEAPED RETRIBUTION UPON HIM (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE & LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE," OR EVEN KILLED ("EXECUTED)".

NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY & CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS "REFUGE & SUCCOR" TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE" & STAY HALF WAY IN ONE PIECE." THEREFORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS & ADDRESSES THE COURT SPECIFICALLY THAT "NONE!" OF THE ABOUT "90" COLORADO DOC, BOTH PUBLIC & PRIVATE FACILITIES WHERE THE CLAIMANT HAS BEEN IMPRISONED HAS BEEN "SAFE" TO THE CLAIMANT DUE TO DOC'S RETALIATIONS.

P.O. Box 1010, Canon City, Co 81215-1010; (719)269-4002   Page 2 of 6.
Civil Action No. 92-cv-00870-CMA JESSE MONTEZ -vs.- BILL OWENS

## URGENT! URGENT! HELP!!! 777 !!! HELP! URGENT! URGENT!!!

### LEGAL BRIEF & FINDINGS OF 03/21/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: I AM NOW RUTHLESSLY & SADISTICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" ON ANY PRETEXT, & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'s & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'s (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'s & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE, & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME WITHIN CTCF.)

BE IT RESOLVED THAT, AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "MANY" & "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "VERY" & "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAW SUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN). SAID DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY; TO BE SO BLATANTLY & OBVIOUSLY, IN ACTUAL FACT, "VERY" & AGGRESSIVE RETALIATION AGAINST THE CLAIMANT & HEAPED RETRIBUTION UPON HIM (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE & LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE," OR EVEN KILLED ("EXECUTED").

NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY & CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS "REFUGE & SUCCOR" TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE" & STAY "HALF WAY IN ONE PIECE." THEREFORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS & ADDRESSES THE COURT SPECIFICALLY THAT "NONE!" OF THE ABOVE

COLORADO DOC, BOTH PUBLICLY & PRIVATELY RUN FACILITIES HAVE NEVER BEEN "SAFE" TO THE CLAIMANT, TO INCLUDE: ARKANSAS VALLEY (2 TIMES), BUENA VISTA (2 TIMES), COLORADO TERRITORIAL (2 TIMES), CROWLEY COUNTY (3 TIMES), DENVER RECEPTION & DIAGNOSTIC CENTER "DRDC" (MANY TIMES!), COLORADO CORRECTIONAL MEDICAL CENTER, DENVER GENERAL HOSPITAL "WARD 18" (1 TIME), KIT CARSON (1 TIME), STERLING (2 TIMES). THE ENTIRE COLORADO DOC SYSTEM IS UNFIT FOR HUMAN HABITATION; FOR ANY INMATE, BUT IS PARTICULARLY "UNSAFE" FOR THE (CLAIMANT.

CERTAINLY NEITHER THE DOUGLAS COUNTY COURTS, NOR DETENTION CENTER IS "SAFE" TO NEITHER THE CLAIMANT, NOR TO ANY MEMBER OF HIS FAMILY. THE HARASSMENTS & ABUSE HEAPED UPON THE CLAIMANT; THE PHYSICAL ATTACKS BY BOTH DOUGLAS COUNTY SHERIFF'S JAIL DEPUTIES & OTHER JAIL INMATES, INSTIGATED, AT LEAST IN PART, BY JAIL DEPUTIES, UPON THE CLAIMANT OFTEN EXCEEDED ANYTHING THAT THE CLAIMANT HAS BEEN SUBJECTED TO, WHILE INCARCERATED WITHIN THE COLORADO DOC. IN TOTAL THE CLAIMANT ENDURED ABOUT THE "WORST YEARS" OF HIS LIFE WITHIN THE "DEMON TORMENTED PIT OF HELL" THAT IS THE DOUGLAS COUNTY "DEVIL'S OWN" JAIL.

EVERY COUNTY JAIL WITHIN COLORADO RECIPROCATES WITH EVERY OTHER COUNTY JAIL, AS TO HOW THEY "HOUSE & TREAT" THEIR "COURTESY HOLD" PRISONERS, AS THE CLAIMANT MOST EMPHATICALLY FOUND OUT WHEN HE WAS TEMPORARILY HOUSED WITHIN THE EL PASO COUNTY JAIL, AS PART OF A "TRANSPORT" BACK TO THE DOUGLAS COUNTY JAIL, AS PART OF A COURT APPEARANCE. AS THE CLAIMANT HAS BEEN IN "FEAR FOR HIS LIFE & LIMBS"; SUBJECT TO MUCH ABUSE & HARASSMENT WITHIN THE DOUGLAS COUNTY JAIL, SO MUCH THE MORE WAS THE CLAIMANT SUBJECT TO SUCH "EXCESSES" WITHIN THE EL PASO COUNTY JAIL; AS WELL AS, THE JEFFERSON COUNTY JAIL WHEN THE CLAIMANT WAS "MIS-IDENTIFIED," AS ANOTHER COLORADO DOC INMATE, ALSO NAMED MICHAEL COLLINS, WHO WAS A YOUNG BLACK MAN IN HIS EARLY 20'S (THE CLAIMANT IS AN ELDERLY WHITE MAN IN HIS EARLY 60'S). THE CLAIMANT IS NOT "SAFE"; SUBJECT TO MUCH "RETALIATION & RETRIBUTION WITHIN ANY COUNTY JAIL WITHIN THE ENTIRE STATE OF COLORADO, AS SO HE IS WITHIN THE (COLORADO DOC.

NOTHING IS SACROSANCT WITHIN THE COLORADO DOC. THE CLAIMANT HAS & CONTINUES TO NOT ONLY BE IN "FEAR FOR HIS LIFE & LIMBS," BUT FOR HIS MEAGER "HIGHLY PRIZED" PERSONAL POSSESSIONS & PROPERTY, AS WELL. THE CLAIMANT HAS BEEN "PATTED DOWN," HAD HIS LITTLE ALCOVE OF A "CELLEE" JOINTLY SHARED CELL, BOTH "IN-

spected, has been on-going (again & again). The claimant's "legal files & personal possessions & property has been "trashed"; his legal files "trashed"; gone through & obviously "illegally" read, refiled out of place, & thieved by harassing C.O.'s on-going (again & again) throughout the Colorado DOC; in particular, here at Colorado Territorial Correctional Facility. As so it has been everywhere, both within the Colorado DOC system, and everywhere that the claimant has been under the control of the Colorado DOC, so it will continue to be: The claimant in "fear for his life & limbs"; the claimant in fear for his personal possessions; in particular, the claimant in fear for "all" of his "legal files".

Therefore & be it resolved, the claimant, Michael N. Collins, hereby petitions & motions before the court that said claimant, Michael N. Collins, be removed entirely, both from & under the control of the Colorado DOC entirely; from & under the control of any Colorado Sheriff's office; in particular, the Douglas County Sheriff's office entirely; to be immediately housed & to be fed three meals per day & every day at a hotel with a restaurant within it, in downtown Denver, in close proximity to the U.S. Federal Courts. Said hotel with a restaurant within it, to be reimbursed weekly for the weekly cost of the claimant's room rental & three meals per day from the Colorado DOC, from what it would normally cost to house & feed a Colorado inmate within "closed" correctional facilities, as the claimant, Michael N. Collins, has heretofore been housed & fed over the last "98" years of his wrongful & unjust imprisonment, over what never even happened.

Be it further resolved, the claimant, Michael N. Collins, hereby petitions & motions before the court that said claimant, Michael N. Collins, while housed at the above referenced hotel in downtown Denver, in close proximity to the U.S. Federal Courts, during the appeal of his wrongful & unjust conviction "not" be required to register as a "sex offender", "not" be required to register with any law enforcement agency at all for any reason; in particular, "not" be required to undergo any kind of mental health so called "counseling and/or therapy", either individual or group sessions, classes, and/or instructions. Be it further resolved that, while housed at the above referenced hotel that the claimant, Michael N. Collins

HAVE FULL & COMPLETE ACCESS TO THE DENVER GENERAL HOSPITAL (A.K.A. DENVER MEDICAL CENTER), BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS. THE CLAIMANT, MICHAEL N. COLLINS, IS TO "NOT!" BE ASSIGNED THE "SUB HUMAN" MEDICAL CARE, AS PRACTICED BY THE "USUAL CLUMP" OF BUNGLING INCOMPETENT, UN-SUPERVISED BY MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT REAL & BONAFIDE "HUMAN" MEDICAL CARE, AS PRACTICED BY REAL & BONAFIDE MEDICAL DOCTORS & NURSES. ALSO, ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS.

URGENT!!! HELP!!! ??? !!! HELP!!! URGENT!!! HELP!!!

LEGAL BRIEF & FINDINGS OF 03/21/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: THIS IS A FURTHER "ANGUISHED CRY" FOR "JUSTICE"; FOR "REAL & TANGIBLE" "JUSTICE" FROM MICHAEL N. COLLINS, & THE WHOLE COLLINS FAMILY. "YOU ARE THE JUDGE OF THE "COMMON MAN". I AM THE "COMMON MAN". OURS IS THE "COMMON FAMILY". YOU MAY BE AN "UNCOMMON ANSWER" TO OVER THE CLAIMANT'S NOW "9!" YEARS OF IMPRISONMENT WITHIN THE COLORADO DOC "BELLY OF THE BEAST." HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST, BUT "RUTHLESSLY & SADISTICALLY" RETALIATED "AGAINST ON-GOING (AGAIN & AGAIN) FOR HIS "MANY" MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; FOR HIS "VERY" ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC "LIES, DENIES, & DELAYS".

HOWEVER, ALL FLOWS "FROM THE WRONGFUL CONVICTION (A GRAVE MISCARRIAGE OF JUSTICE") OF MICHAEL N. COLLINS ON CASE NO. 1997 CR 000055 IN DOUGLAS COUNTY, COLORADO, ON 03/04/99. IN "GREAT & ANGUISHED" TORMENT" THE "ENTIRE" COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS JAREN, JACK & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRY OUT TO YOU" JUDGE CHRISTINE M. ARGUELLO, FOR "JUSTICE" FOR "REAL & TANGIBLE" JUSTICE". JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S "TIME OF TRIAL." THE LAST "10!" YEARS HAVE BEEN OUR FAMILY'S "TIME OF TRIAL". OUR COLLINS FAM-

"CRY OUT TO FOR JUSTICE", FOR "REAL & TANGIBLE" JUSTICE! BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS & ADVOCATES (REFERENCE AVAILABLE AFFIDAVITS & STATEMENTS).

JUDGE ARGUELLO, MAKE JUSTICE NOW FINALLY PREVAIL!!! THE WHOLE ENTIRE & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY "ALL" OF THE COLLINS DAUGHTERS ARE "VERY" MUCH "DEATHLY AFRAID" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. JUDGE ARGUELLO, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOME KIND OF LEGAL PROCEEDINGS, "OUTSIDE!" OF DOUGLAS COUNTY, & "WITHIN!" YOUR U.S. DISTRICT COURT TO "SET ASIDE!" & THROW OUT!" THE "WRONGFUL!," THE "DESECRATED JUSTICE!" CONVICTIONS OF MICHAEL N. COLLINS, WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL" COERCED, INTIMIDATED & MENACED, BUT IN "PARTICULAR & ESPECIALLY" THE COLLINS DAUGHTERS' TRIAL TESTIMONIES, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART; TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE!" OF DOUGLAS COUNTY, & WITHIN A U.S. FEDERAL COURT.

JUDGE CHRISTINE M. ARGUELLO, THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR & OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED, BY A NEFARIOUS PROSECUTION THAT STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DIS-PICIABLE TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE ARGUELLO, I AM THE "COMMON MAN"; OURS' IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO?! IF NOT NOW, WHEN?! IF NOT JUSTICE, INJUSTICE?! JUDGE ARGUELLO, MAKE JUSTICE NOW PREVAIL!!! 777. JESUS CHRIST. WHO-RAH!!! AMEN & AWOMEN.

With the Highest of Respect & Best of Regards,
— Michael N. Collins DOC #101218
"The Dad & Grand Pa; Old School, Old & Big Dog, Old Timer; Mister, Brother & Disciple 77; US of A & 777 Church Man; El Grande Viejo Macho Hombre!"