MY "CONFLUENCE OF 7'S", OF PEOPLE & EVENTS ARE YOUR HANDIWORK, GOD. 02/03/09

ALMIGHTY GOD, YOU ARE MY GREAT GOOD GOD ALMIGHTY. YOU ARE MY OMNIPOTENT, OMNIPRESENT, OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY. Hmmm, THERE CONTINUE TO BE "MANY!" "7'S!" IN MY LIFE. I NOW LIVE IN CELL 14 (7+7). I NOW LIVE IN UNIT 1, LEVEL 1, RIGHT (18TH LETTER OF THE ALPHABET), TIER 1, WHICH ALL TOTALS TO 21 (7+7+7). THE MAILING ADDRESS NUMBERS OF THIS PRISON (P.O. BOX 1010... 81215.) ALL TOTAL TO 21 (7+7+7). TODAY'S DATE TOTALS TO 14 (7+7).

GOD, MY CURRENT CELLEE'S LAST NAME IS STROUD, MY WIFE'S MAIDEN NAME (MORE THAN A COINCIDENCE?!). I WAS WEARING AN "L.O.P." (LOSS OF PRIVILEGES) WRIST BAND, WHOSE DATES BEGAN 01/29/09, WHICH TOTALS TO 21 (7+7+7). MY NAME CONTINUES TO BE MICHAEL MORRIS COLLINS, WHOSE NUMBER OF LETTERS TOTAL TO 20 (REAL CLOSE TO 3 "7'S"). GOD, THERE ARE SO MANY "7'S", SUCH A "CONFLUENCE" OF EVENTS & PEOPLE IN MY LIFE THAT THEY ARE UNCANNY, "MORE THAN COINCIDENCES".

GOD, I WAS BORN ON SEPTEMBER (9 LETTERS AND/OR THE 9TH MONTH OF THE YEAR) 23, 1948. THE DAY & MONTH NUMBERS TOTAL TO 14 (7+7), WHILE THE YEAR NUMBERS TOTAL TO 22 (AGAIN, REAL CLOSE TO 3 "7'S"). MY BIRTHDAY YEAR OF 1948 IS THE SAME FOR YOUR CURRENT NATION OF ISRAEL (AGAIN, MORE THAN A COINCIDENCE?!). I JUST APPEARED AT A DISCIPLINARY HEARING TODAY PRESIDED OVER BY LT. TOPLISS (7 LETTERS) & LT. FAZZINO (7 LETTERS). GOD, YOUR SPIRIT PROMPTED MY WORDS & ACTIONS.

GOD, AT MY HEARING, I DID WELL "BEYOND MYSELF." THANK YOU, GOD. I AM NOW WEARING A DIFFERENT "L.O.P." (LOSS OF PRIVILEGES) WRIST BAND, WHOSE DATES BEGIN 02/03/09, WHICH TOTALS TO 14 (7+7). MY CASE NO. WAS 090"666". Hmmm, "666", THE MARK OF THE BEAST! GOD, I NOW ALWAYS WEAR THE "777" & "NUMBER NAME OF JESUS CHRIST, WHO DE-LIVERS FROM & CONQUERS OVER THE BEAST." BY THIS "777" & "SIGN" THE "KINGDOM" & "LIGHT" YOUR "BODY OF CHRIST & CHURCH", I MY & OUR FAMILY NOW PREVAILS. TOTAL 888

GOD, I NOW LIVE TO FULFILL WHATEVER PURPOSES & DESTINY YOU HAVE PLANNED FOR ME. I NOW PRAY THAT MY BROTHER TOM & I WIN THE LOTTERY. THIS WOULD BE OUR "MAJOR MIRACLE" TO ACCOMPLISH YOUR GOOD WORK

FILED UNITED STATES DISTRICT COURT DENVER, COLORADO APR 22 2009 GREGORY C. LANGHAM CLERK

MORE THAN COINCIDENCE MIRACLES; REAL/GENUINE MIRACLES pg 2 of 6
Michael R. Collins

GOD, GOOD DAY TO YOU, A GOOD DAY FOR MYSELF, & ALL WHOSE LIVES THAT I WILL TOUCH TODAY. HMMM, THERE ARE FOUR SATURDAYS WITH "7" OR SOME MULTIPLE OF "7'S" IN THEM THIS MONTH. I NOW PRAY, STRONG OF FAITH, THAT ONE OF THE SATURDAYS OF THIS MONTH, PARTICULARLY THE 21ST (7+7+7 OR 777), OF FEBRUARY 2009, MY BROTHER TOM & I WILL WIN A LARGER LOTTERY FOR OVER $100 MILLION. GOD, IN THIS WORLD, IF YOU HAVE A "LOT" OF MONEY THEN YOU HAVE A "LOT" OF POWER. GOD, YOU WOULD BE ENTRUSTING A "LOT" OF POWER TO US.

GOD, HAS IT BEEN ABOUT A YEAR THAT I HAVE BEEN "ASSIGNED" SO THAT THOSE IN "PRISON AUTHORITY" OVER ME WOULD "LEAVE ME ALONE"?! THE LAST TIME THAT I HAD THE "BEGINNINGS" OF A HEART ATTACK, I WAS WORKING IN THE KITCHEN; HOWEVER I WAS NEVER "RELEASED" FROM MY KITCHEN JOB FOR ABOUT A YEAR, DOC'S COMPUTER" HAS SHOWN ME AS BEING "ASSIGNED." YET I WAS NOT. SOMETHING LIKE THIS JUST DOES NOT HAPPEN. GOD, THIS WAS ANOTHER ONE OF YOUR "MORE THAN" COINCIDENCE MIRACLES! THANK YOU GOD, YOU ARE MY "OWN" ALL-IN-ALL, GOD.

GOD, EVERYDAY I EXPERIENCE YOUR MORE THAN "COINCIDENCE MIRACLES", EVERY ONCE-IN-AWHILE A "NO IF'S, AND'S, OR BUT'S" BONAFIDE "REAL/GENUINE MIRACLE." IT IS A MIRACLE THAT I AM NOT NOW IN "THE HOLE"; HOWEVER, CAPT. CORDOJA REASONED WITH ME, & I AM NOW IN A MIRACLE "BOTTOM TIER/BOTTOM BUNK" CELL (FOR HOWEVER LONG THIS LASTS. GOD, ALL IS IN YOUR HANDS). GOD, THEY ARE MIRACLES THAT MY CELLIE, "SLICK" STROUD, DOES NOT "RUN HIS MOUTH" AS HE COULD, GIVES ME RESPECT & DEFERENCE, & THAT I "FOUGHT" HIM AS I DID.

GOD, IT IS A MIRACLE THAT I HAVE THE FRIENDS THAT I DO IN THIS POD TO "HANG WITH", EVEN THOUGH I AM "L.O.P." (LOSS OF PRIVILEGES); IT IS A MIRACLE THAT MY ENEMIES LEAVE ME ALONE, EVEN GIVE ME THEIR DEFERENCE. WHEN ONE OF MY WORST ENEMIES, THE "HATE THUG" SLAGER, & I WERE IN CLOSE QUARTERS (AGAIN & AGAIN) IN OUR CTCF MEDICAL CLINIC, HE NOT ABOUT LEFT ME ALONE, BUT (CLOSER TO A FOR A TIME TO BE ACTUALLY RUNNING FROM ME. GOD, YOU GAVE ME A "FEARSOME COUNTENANCE" MIRACLE. GOD, YOU BESTOW UPON ME A "RESPECTED AURA OF AUTHORITY" (MIRACLES.)

ALMIGHTY GOD, I NOW FERVENTLY PRAY THAT OUR "MAJOR MIRACLE" NOW HAPPENS THAT MY BROTHER TOM & I NOW WIN A MAJOR LOTTERY FOR OVER $100 MILLION. FROM THIS "MAJOR MIRACLE" WILL FLOW MANY & MYRIAD, BOTH MINOR & MAJOR OTHER

"GOD, FOR BY YOUR GRACE, & NOT OF MYSELF"   02/21/09  ⑪
Michael N. Collins

GOD, IT IS NOW ABOUT 2 AM. KEEP THE SOUNDS THAT I NOW MAKE "QUIET." KEEP MY NOW CELLEE ANTHONY TROXELL ASLEEP. GOD, THIS IS YOUR & MY "QUIET TIME" TOGETHER, WHEN "ALL" IN PRISON IS FINALLY QUIET, & MY MIND IS "FINALLY & FULLY" MY OWN. GOD, THANK YOU FOR MY CURRENT CELLEE, ANTHONY TROXELL. HE IS A QUIET & INTROSPECTIVE WHITE MAN "BLACK MUSLIM". GOD, YOU HAVE PUT ANTHONY INTO MY LIFE TO FURTHER TEACH ME ABOUT INTROSPECTION, HUMILITY, & REVERENCE FOR DIETY; FOR YOU, GOD, ANTHONY IS DYING OF A BRAIN TUMOR. GOD, I PRAY THAT YOU NOW FULLY HEAL ANTHONY OF HIS (BRAIN TUMOR).

GOD, THANK YOU FOR FULLY HEALING MY BROTHER TOM OF HIS SKIN CANCER. I HAVE PRAYED MUCH IN HIS BEHALF. MY BROTHER TOM HAD "NOSE SURGERY" ON 02/09/09. THEY GOT "ALL" OF HIS SKIN CANCER OUT. HE IS FINE NOW. GOD, (YOU HAVE) BLESSED HIM.

GOD, THANK YOU FOR REMOVING THE "DEAF & DUMB" BLACK MAN "GORILLA THUG" AWAY FROM ME. HE KNOCKED ME OUT OF HIS WAY, & KEPT PUSHING ME. I WAS BACK LATER, & "PSYCHED-UP" TO FIGHT HIM. I WORE MY "777" ARM BAND, BUT HE WASN'T THERE. GOD, YOU REMOVED HIS DANGER AWAY FROM ME. YOU ARE MY "OMNI" GOD.

GOD, THANK YOU FOR MY PILED HIGH "MOUNTAIN MOUNDS" OF PAN CAKES, FOR MY EXTRA CHEESE & SAUSAGES THAT KEEP "SHOWING UP" ON MY MEAL TRAYS. GOD, THANK YOU FOR ALL OF THE KETCHUP & MUSTARD PACKETS THAT I KEEP "ACQUIRING". GOD, THANK YOU FOR THE SALSA & TACO SHELLS, CHOCOLATE CREAM PIE & BROWNIES, CHICKEN PATTIES, & HAM SLICES, APPLES & ORANGES THAT I KEEP "ACQUIRING." I SHARE WITH OTHERS, AS I CAN. GOD, THANK YOU THAT OTHERS SHARE WITH ME, AS THEY CAN. GOD, THANK YOU THAT I CAN SIT, & EAT MY MEALS IN PEACE, OFTEN WITH MY TRUE CHRISTIAN BROTHERS & FRIENDS, WITHOUT HAVING TO BE "PSCHED UP" TO FIGHT THE ARYAN BRO' WHITE SUPREMACIST "HATE THUG" FREAKS. THEIR HATE MEANS TO BE DEMON (POSSESSED.)

I NOW HATE THE HATE OF THE WHITE SUPREMACIST "HATE THUG" FREAKS. GOD THE ONLY THING THAT I NOW HATE IS HATE ITSELF, IN ALL OF ITS FORMS, VARIETIES, & (RESPECTABILITIES). I NOW HATE ALL BLASPHEMY HATE FOR YOU, IN ALL OF THEIR FORMS, VARIETIES, & (RESPECTABILITIES). GOD, CULTS ARE THEIR OWN KINDS OF "BLASPHEMY HATE" FOR YOU. "ALL" CULT LEADERS MAKE THEMSELVES "IMITATIONS PHONEY" GODS. WHAT BOTH THEY & THEIR FOLLOWERS DO IS TO LIVE A "BLASPHEMY HATE" FOR YOU. GOD, ONLY YOU ARE GOD. YOU ARE A JEALOUS "OMNI" GOD.

THE MORMON CHURCH IS "FILLED TO OVERFLOWING" WITH "MANY" CULTS WITHIN "MANY" OTHER CULTS. GOD, THANK YOU THAT MY FRIEND, JOHN, "COVERED FOR ME" AT WORK, & I WAS ABLE TO WATCH & HEAR MUCH ABOUT THE "BLASPHEMIES OF HATE" THAT ARE CULTS, LAST THURSDAY. BOTH DURING THE AM & PM ON THE HISTORY TV CHAN

NEL. BASIC MORMON DOCTRINE IS THAT "AS GOD ONCE WAS, MAN IS, AS GOD IS, MAN MAY BECOME." MORMONS "ALL 6" BELIEVE THAT THEY ARE GODS & GODDESS IN EMBRYO. THIS IS BLASPHEMY HATE "FOR" YOU GOD. ONLY YOU ARE GOD. ONLY YOU ARE MY & OUR OMNIPOTENT, OMNIPRESENT, OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY. THIS IS NOW ONE OF MY DESTINIES & PURPOSES, TO FIGHT "ALL 6" OF THE LIVED BLASPHEMY HATES "FOR" YOU, GOD, THAT ARE CULTS; IN PARTICULAR, THE CULTS WITHIN "MANY 6" OTHER CULTS THAT ARE MORMONISM. I NOW DRAW UPON MY "MANY 6" YEARS OF "LIVED EXPERIENCES" TO FIGHT "ALL 6" OF THE KINDS OF LIVED "BLASPHEMY HATES" THAT ARE CULTS.

GOD, I CONTINUE TO LIVE IN CELL 14 (7+7). I CONTINUE TO LIVE IN UNIT 1, LEVEL 1, RIGHT (THE 18TH LETTER OF THE ALPHABET), TIER 1, WHICH ALL TOTALS TO 21 (7+7+7, OR "777 6"). THE MAILING ADDRESS "NUMBER DIGITS" OF THIS PRISON (P.O. BOX 1010... 81215) ALL TOTAL TO 21; AGAIN, WHICH IS 7+7+7, OR "777 6" GOD, THIS IS A PLACE OF "777 6" SIGNIFICANCE. HMMM, TODAY IS 02/21/2009. TODAY IS THE 21ST DAY OF THE MONTH, WHICH IS 7+7+7, OR "777 6". THERE ARE 8 LETTERS IN FEBRUARY, WHICH IS THE 2ND MONTH; THE 2 & 9 IN 2009 ALL TOTAL TO 21; AGAIN, WHICH COMES TO 7+7+7, OR "777 6" GOD THIS IS A DATE OF "777 6" SIGNIFICANCE. THERE IS MUCH POWER IN "777 6"

GOD, YOUR APOSTLE PAUL'S LETTER TO THE EPHESIANS (2:8-10) READS: "FOR BY GRACE YOU HAVE BEEN SAVED THROUGH FAITH, AND THAT NOT OF YOURSELVES; IT IS THE GIFT OF GOD, NOT OF WORKS, LEST ANYONE SHOULD BOAST. FOR WE ARE HIS WORKMANSHIP, CREATED IN CHRIST JESUS FOR GOOD WORKS, WHICH GOD PREPARED BEFOREHAND THAT WE SHOULD WALK IN THEM." GOD, BY FAITH, I NOW PRAY FOR YOUR GRACE.

GOD, AT THIS YOUR PLACE & DATE OF "777 6" SIGNIFICANCE, I NOW PRAY, BY FAITH THAT THROUGH YOUR GRACE, I NOW BE DELIVERED TO ONCE AGAIN LIVE & BREATHE FREE; TO ONCE AGAIN, GREAT GOOD ALMIGHTY LIVE & BREATHE FREE, THAT AT LAST JUSTICE WILL FINALLY PREVAIL. ALMIGHTY GOD, NOT FOR ANY WORKS THAT I MAY HAVE DONE, LEST I SHOULD BOAST, BUT BY YOUR GRACE ALONE; GOD, I NOW PRAY THAT I ONCE AGAIN LIVE & BREATHE FREE; THAT AT LAST JUSTICE WILL FINALLY PREVAIL. GOD, I PRAY NOW FOR YOUR GIFT OF GRACE

GOD, I KNOW OF NO OTHER WAY THAT I MAY BE DELIVERED TO LIVE & BREATHE FREE; THAT AT LAST JUSTICE WILL FINALLY PREVAIL, AS WITH JOB IN THE BIBLE; THAT MY LIFE CAN NOT ONLY BE RESTORED TO ME, BUT CAN BE GREATLY ENLARGED THAN MY BROTHER TOM & I NOW WINNING A "MAJOR & LARGER" LOTTERY FOR OVER $100 MILLION THIS DAY OF "777 6" SIGNIFICANCE. GOD, IN THIS WORLD, IF YOU HAVE A "LOT 6" OF MONEY THEN YOU HAVE A "LOT 6" OF POWER. GOD, BY MY FAITH, & THROUGH YOUR "GIFT OF GRACE" THIS DAY; GOD, THROUGH YOUR GIFT OF MY BROTHER TOM & I WINNING A "MAJOR & LARGER" LOTTERY FOR OVER $100 MILLION THIS "777 6" DAY OF SIGNIFICANCE; GOD, THROUGH YOUR GIFTS OF GOOD & GREAT "FORTUNE" THIS DAY, MY & OUR GOD, TRULY & INDEED, YOU WOULD BE ENTRUSTING MUCH TO US.

GOD, FOR ME TO BE DELIVERED FROM MY PRISON BONDAGE, TO ONCE AGAIN LIVE & BREATHE FREE; THAT AT LAST JUSTICE WILL FINALLY PREVAIL, TO RECONCILE WITH MY FORMER WIFE; WITH "ALL 6" OF MY SONS & DAUGHTERS, FOR ME TO "BIRTH & GROW" YOUR "777 JESUS CHRIST" CHURCH, FOR ME TO GREATLY ADD TO, STRENGTHEN & BUILD YOUR "BODY OF CHRIST, I NOW PRAY TO YOU, MY & OUR OMNIPOTENT, OMNIPRESENT, OMNISCIENT OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY THAT MY BROTHER TOM & I NOW WIN THIS "777 6" DAY OF SIGNIFICANCE A "MAJOR & LARGER" LOTTERY FOR OVER $100 MILLION

ALMIGHTY GOD, FROM OUR WINNING A "MAJOR & LARGER" LOTTERY; FROM THIS, OUR "MAJOR MIRACLE", WILL FLOW "MANY & MYRIAD 6", BOTH "MINOR & MAJOR 6" OTHER MIRACLES; GOD, "ALL 6" IN YOUR NAME & FOR YOUR GLORY TO ACCOMPLISH YOUR GOOD & WORTHY PURPOSES

If he understands what his duty is; if he has the means of doing good to others; if by his name, his influence, his wealth, he can promote a good cause; if he can, consistently with other duties, relieve the distressed, the poor, the prisoner, the oppressed; if he can send the gospel to other lands, or can wipe away the tear of the mourner; if he has talents by which he can lift a voice that shall be heard in favor of moderation, purity, liberty, and religion, <u>he is under obligations to do it</u>: and if, by *laziness*, or *covetousness*, or *selfishness*, or *the dread of the loss of popularity*, he does not do it, he is guilty of sin before God. No man can be released from the obligation to do good in this world to the extent of his ability; no one should desire to be. The highest privilege conferred on a mortal, besides that of securing the salvation of his own soul, is that of doing good to others, of alleviating sorrow, instructing ignorance, raising up the bowed down, comforting those that mourn, delivering the wronged and the oppressed, supplying the wants of the needy guiding inquirers into the way of truth, and sending liberty, knowledge, and salvation around the world. If a man does not do this when he has the means to do it, he sins against his own soul, against humanity, and against his Maker; if he does it cheerfully and to the extent of his means, it likens him more than anything else to God. (from Barnes' Notes:)

THIS MAJOR MIRACLE WILL SPRING [SOULS] FLOW FROM YOU, GOD. (12/28/0_)

GOD, YOU ARE GOOD. GOD, YOU ARE GOD. EVERY DAY I PRAY TO YOU THAT I WILL NOT BE PHYSICALLY ATTACKED; THAT I WILL NOT BE CALLED NAMES & THREATENED. OFTEN I AM NOT. SOMETIMES I AM. WHEN I AM THE "BLOWS & STRIPES" THAT I AM SUBJECTED TO ARE ALWAYS LESS THAN THEY OTHERWISE WOULD BE. SOMETIMES I ACTUALLY FEEL SORRY FOR WHOMEVER COMES AGAINST ME. WITH YOU, GOD, AT MY SIDE, IT MATTERS NOT WHO COMES AGAINST ME. A[LL] OF THE "BLOWS & STRIPES" THAT I AM SUBJECTED TO ARE ALWAYS TURNED TO MY & OU[R] ADVANTAGE. AS WITH JOB IN THE BIBLE, MY LIFE WILL BE RESTORED TO ME - SOO[N]

YEA, GOD, MY LIFE WILL NOT ONLY BE RESTORED TO ME, BUT GREATLY ENLAR[GED] SOON. YEA, GOD, ALL WILL BE TURNED TO MY & OUR ADVANTAGE - SOON. YEA, G[OD] BOTH I & OUR FAMILY WILL BE FAR "BEYOND BLESSED" BLESSED - SOON. "BUT THOS[E] WHO WAIT [UP]ON THE LORD SHALL RENEW THEIR STRENGTH; THEY SHALL MOUNT U[P] WITH WINGS LIKE EAGLES, THEY SHALL RUN AND NOT BE WEARY, THEY SHALL WALK AND NOT FAINT." (ISAIAH 40:31) YEA, GOD, I NOW WAIT ON YOU, MY LORD & OUR GOD. I SHALL MOUNT UP WITH "YOUR" "WINGED MIRACLES" LIKE AN "EAGLE - SOON"

GOD, TODAY IS THE 28TH WHICH IS 7+7+7+7 THAT IS "7777" THIS IS BUT A DATE & PLACE OF "MANY '7'S' SIGNIFICANCE" I NOW CRY OUT TO YOU, MY L[OR]D OUR GOD, IN GREAT ANGUISHED TORMENT FOR JUSTICE, FOR REAL & TANGIBLE [JUSTICE] I & OUR FAMILY NEEDS ME; I NEED MY & OUR FAMILY. MY & OUR "BODY OF CHRIST" NEEDS ME; I NEED MY & OUR "BODY OF CHRIST." "PRISON HELL" IS THE PLACE OF [HAR]M[ED] MEN THAT LIVE EVIL; THE PLACE OF BROKEN MEN & BROKEN SOULS, A ROCK[Y &] TWI[STED] "TRIPLE D[OWN]" CROSSES THAT ARE THE SWASTIKA'S OF THE NAZI'S, THE BURNING CROSSES OF THE [KKK]

GOD, I NOW HATE THE HATE OF HATERS, GOD, I NOW LOVE THE LOVE OF [LOVERS] OF LOVERS, NOT THE BROKEN & TWISTED LOVE OF PERVERTED & DEGENERATE LOV[ERS] BUT THE "NATURAL ORDER LOVE" OF THE "NATURAL ORDER OF THINGS" LOVERS. IT I[S] OF THE "NATURAL ORDER OF THINGS" FOR A MAN TO LOVE A WOMAN, ONLY ONE WOM[AN] OF THE SAME RACE & RELIGION, ETHNIC & CULTURAL BACKGROUND, OF THE SAME BE[AUTY] OR UGLINESS, OF THE SAME POVERTY OR WEALTH, OF THE SAME YOUTH OR OLD AGE THE SAME INFIRMITIES OR PHYSICAL WELL BEING, OF THE SAME MENTAL ACUME[N] DEPRIVATION, OF THE SAME SPIRITUAL & SOUL WELL BEING OR DEPRIVATION. I JUDG[E] NOW ANY MAN OR WOMAN ANYMORE. I NOW LEAVE OTHERS ALONE TO LIVE AS T[HEY] WOULD (JUST AS LONG AS THEY DO NOT "BRING TROUBLE" UPON ME & MY "HOUSE") [THIS] IS NOW HOW I LIVE, AS I NOW WOULD; HOW I NOW SERVE YOU, MY LORD & OUR G[OD]

GOD, I NOW PRAY THROUGH MY FAITH & BY YOUR GRACE THAT "MY DAUGHTER T[?] I NOW WIN A "MAJOR LOTTERY" FOR OVER $100 MILLION THIS DAY. THIS MAJOR MIR[ACLE]