92-CV-00870-CMA                                                                    09/16/08 Page 1 of 2

Michael N. Collins DOC#101218, Colorado Territorial C.F.
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002

A TOTAL NOW OF "4718" "RIGHTFULLY MINE" PIECES OF MAIL "HAVE BEEN ILLEGALLY" SEIZED & WITHHELD, LOST & THIEVED" FROM MICHAEL N. COLLINS BY CTCF C.O.'S!!!
(07/20/07-PRESENT; 05/03/05-10/11/06)

FOR THE FULL PERIODS OF BOTH TIMES I HAVE BEEN INCARCERATED AT CTCF, I HAVE HAD FOR THE FULL "2.67 YEARS" THAT I HAVE BEEN INCARCERATED AT CTCF, THE FOLLOWING MAIL "ILLEGALLY" SEIZED & WITHHELD & LOST & STOLEN" FROM ME:

THE DENVER POST NEWSPAPER (277 EA):                MORMON CHURCH PUBLICATIONS (39 EA):
(BOTH FULL UNITED STATES DISTRICT COURT)            1.) THE CHURCH NEWS             23 EA
         FILED DENVER, COLORADO                      2.) THE ENSIGN MAGAZINE          7 EA
1.) SUNDAYS                         69 EA            3.) THE NEW ERA                  9 EA
2.) DAILYS      APR 23 2009        208 EA
"WIDELY CIRCULATED MAGAZINES" (62 EA):              "LETTERS & POSTCARDS TO OR FROM" (55 EA):
         GREGORY C. LANGHAM
         CLERK                                       1.) MY FORMER WIFE, KAREN        3 EA
1.) ESQUIRE MAGAZINE                11 EA            2.) MY DAUGHTER, CHRISTINE       5 EA
2.) KUNG FU MAGAZINE                 1 EA            3.) MY DAUGHTER, LAURA           7 EA
3.) MEN'S HEALTH                     3 EA            4.) MY SON, DAREN               17 EA
4.) MENTAL FLOSS                     5 EA            5.) MY SON, JOHN                 4 EA
5.) MOTOR HOME MAGAZINE              0               6.) MY BROTHER, TOM             19 EA
6.) NEWSWEEK                         8 EA           "PROTECTED" LEGAL & PRIVILEGED (38 EA):
7.) "O" (OPRAH) MAGAZINE            11 EA            1.) LEGAL MAIL                   6 EA
8.) PREVENTION MAGAZINE              1 EA            2.) PRIVILEGED MAIL             32 EA
9.) RV LIFE                          0
10.) TIME MAGAZINE                  13 EA           A TOTAL OF "4718" ILLEGALLY" SEIZED & WITHHELD & LOST & STOLEN"
11.) TV GUIDE MAGAZINE               9 EA           PIECES OF MAIL" RIGHTFULLY MINE"
12.) WRITER'S DIGEST                 0

I HAVE BEEN THROWN IN "THE HOLE" (AGAIN) AT CTCF ON WHOLLY "LOW" & "FABRICATED" CHARGES. MY DENVER POST NEWSPAPERS ARE SUPPOSE TO BE "REAL" FOR ME BY OUR CTCF MAILROOM, & GIVEN TO ME AFTER I AM BACK IN "GEN. NEWS" POPULATION; HOWEVER, "EVERY ONE" OF MY "BACK" SUNDAY DENVER POST PAPERS HAVE BEEN "THIEVED" BY OUR CTCF MAILROOM, & I HAVE ONLY RE-CLOVER NEWS-ONE THIRD OF MY "BACK" DAILYS. "ALL" C.O.'S THINK OF ALL" INMATE PAPERS AS THEIR OWN. "ALL" C.O.'S FREELY READ THIEVE" OUR NEWS-PAPERS!

OUR CTCF PERVERT THEMSELVES 6 "MAIL CENSORS LABEL O (OPRAH) MAGAZINE, AMERICA'S DAYTIME TV ("WARM & FUZZY HUG", TALK & TALK & TALK 6) "SWEETHEART", AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH." ABSURDITY 6 OUR CTCF PERVERT THEMSELVES 6 "MAIL CLERK, C.O. COMBS, & MAILROOM SUPERVISOR, SGT. VIOLA; CAPT. WILSON, & A ___ "CHAIRPERSON OF OUR CTCF READING COMMITTEE" (WHO I CAN NOT INDIVIDUALLY IDENTIFY AFTER OVER A HALF DOZEN REPEATED REQUESTS TO BOTH WARDEN JAMES ABBOTT, & HIS ADMINISTRATIVE ASSISTANT SHIRLEY ULIBARRI. BOTH SIMPLY IGNORE ME.) LABEL MEN'S HEALTH, TV GUIDE & PREVENTION (NATURAL FITNESS) MAGAZINES, LABEL THE (CHURCH NEWS) NEWSPAPER, THE ENSIGN, & NEW ERA MAGAZINES, AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH." FURTHER, ABSURDITY 6 TV GUIDE MAGAZINE 6 ?!!

OFTEN MY MAIL IS SIMPLY THIEVED OR THROWN OUT 6 "WITHOUT MY RECIEVING A "NOTICE OF REJECTION / DISPOSITION OF MAIL" FORM. THIS IS AGAINST BOTH (COLORADO) STATE & U.S. FEDERAL LAWS; AGAINST THE COLORADO DOC'S OWN "AR'S" (ADMINISTRATIVE REGULATIONS). OFTEN I DO NOT RECIEVE BACK MY YELLOW COPY OF A "ISC. WITHDRAWAL TICKET" PAYING FOR THE NEEDED POSTAGE, (ACCOMPANYING) ON THE MAIL ENVELOPES, WHICH WILL TELL ME WHETHER OR NOT MY MAIL WAS ACTUALLY SENT OUT OR NOT. I KNOW WHAT MAGAZINES HAVE BEEN SUBSCRIBED TO FOR ME BY MY FAMILY; I KNOW WHAT (WHEN) MAGAZINES ARE MISSING. I HAVE COME TO KNOW MAILROOM CLERK C.O. COMBS, AS THE "LITTLE BEADY EYED" UNDER SIZED GLASSES" PERVERT THAT HE, IN ACTUALITY, REALLY IS. OFTEN C.O. COMBS JUST (THIEVES 6) PICTURES & POSTCARDS THAT HE WANTS, WHATEVER OF MY MAGAZINES & NEWSPAPERS, WHATEVER OF MY FAMILY LETTERS.

BY COLORADO DISTRICT COURT JUDGE "COURT ORDER", BOTH I & MY DAUGHTERS CHRISTINE & LAURA ARE FREE TO COMMUNICATE WITH EACH OTHER; HOWEVER, THIS "COURT ORDER" IS "OPENLY & BLATANTLY 6" IGNORED BY CTCF, & OUR MAIL IS "SEIZED 6" FOR NO OTHER REASON THAN THAT IT IS OUR MAIL. THE "GOOD & WHOLESOME" FAMILY MAIL; "GOOD & WHOLESOME" FAMILY LETTERS & POSTCARDS, FAMILY (PICTURES &) DRAWINGS SENT TO & FROM" MYSELF & MY DAUGHTERS CHRISTINE & LAURA, MY SONS JARED & JOHN, MY BROTHER TOM ARE CONTINUALLY "SEIZED & PILFERED 6" CONTINUALLY "LOST & THIEVED 6" FROM ME. THESE ARE "CONSTANT STABS" TO MY & (OUR SOULS 6) MY PROTECTED" LEGAL & PRIVILEGED MAIL IS ONLY "SOMEWHAT PROTECTED" (MAIL 6)