**Colorado Department of Corrections**
NAME: Michael N. Collins
REGISTER NUMBER: DOC #101210
UNIT: CTCF
BOX NUMBER: P.O. Box 010
CANON CITY, COLORADO 81215-1010

92-cv-00870-CMA

Your Honor, Judge Chr

# LEGAL MAIL URGENT URGENT URGENT ???

04/18/09

Judge Christine M. Arguello
U.S. District Court
901 19th Street
Denver, Co 80202

FILED
UNITED STATES DISTRICT COURT
DENVER, CO
2009 APR 23
GREGORY C. LANGHAM
CLERK

VIRTUALLY EVERY DAY, I AM RETALIATED AGAINST, BY THE COLORADO DOC IN EVERY CONCEIVABLE MANNER (DOC'S SCHADENFREUDE). I FULLY EXPECT TO BE KILLED AT ANY TIME. I DON'T KNOW IF YOU WILL BE ABLE TO RECEIVE WHAT I NOW WRITE TO YOU (BOTH MY "LEGAL MAIL" & "LEGAL FILES" ARE ONLY SEMI-PROTECTED).

← VIRTUALLY EVERY DAY OUR CTCF MAILROOM SEIZES & "MUCH OF MY MAIL (SOME IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER). LAWS CAN AND T BE BROKEN TO ENFORCE OTHER LAWS. ILLEGALLY & THIEVES &

∴ THE RIGHT & JUSTICE WILL PREVAIL, IF NOT IN THIS LIFE THEN IN THE LIFE TO COME. IN IMMINENT EXPECTATION OF DEATH, I NOW WRITE: IN THE END, JUSTICE WILL ARE VAIL, OUR COLLINS FAMILY WILL PREVAIL. KAREN LOUISE & I (IF SHE WOULD HAVE ME) WILL ONCE AGAIN BE MARRIED. I LOVE HER MUCH, KAREN LOUISE IS THE WORLDS GREATEST FRIEND & LOVER, MOTHER & GRAND MOTHER. I AM JUST THE "OL' AGG." GOD SEND BLESSINGS TO KAREN LOUISE; TO OUR COLLINS FAMILY; TO "ALL" OF MY SONS & DAUGHTERS: DREW & REBECCA, MATTHEW & JOHN, MELISSA & SARAH, CHRISTINE & CHRISTOPHER, TYLER & BAILEY, LAURA, RYAN, ZAYNE, JACK, ADRIAN, JACOB, RYAN, CHASE, JOHN & BECKY; THE SEAN & — ALL & I RAE BEYOND LOVE LOVE THEM "ALL" IN THE dad (Grand d. - Michael N. Collins)