92-cv-00870-CMA

"GENERAL" ~~GRIEVENE~~ GRIEVANCE (STEP I, 01/30/09): MY AM "PACK OUT" BY C.O.'S ON 01/12/09 WAS "NORMAL." HOWEVER, ~~MY PROPERTY~~ MY PROPERTY WAS COMPLETELY "TRASHED" BY SGT. ADAMIC (NO OTHER C.O.'S WERE INVOLVED, NOT EVEN C.O. DODD. SGT. ADAMIC WROTE C.O. DODD'S NAME IN ON THE "SHAKEDOWN" LIST) ON 01/12/09 AT 8:15 PM. THE "NORMAL" SHAKEDOWN LIST IN THE "AM" ONLY HAS 5 ITEMS LISTED. SGT. ADAMIC'S "TRASHING" "SHAKEDOWN LIST" IS 2 PAGES & HAS "18" ITEMS LISTED. IT IS NOT CREDIBLE & "RIDICULOUS" 215 UNUSED KITES.

MY "LEGAL BOX" WAS "ILLEGALLY TRASHED." LEGAL FILES & MANILA ENVELOPES WERE PULLED OUT OF ORDER, NOT REFILED IN PLACE, OR JUST SCATTERED ON TOP OF OTHER FILES IN "HEAPS." THEIR CONTENTS HAD OBVIOUSLY BEEN TAKEN OUT & "ILLEGALLY READ" BY SGT. ADAMIC. MY LEGAL BOX NEEDS TO BE REPLACED ($6.07). I HAVE MISSING ENTIRELY ABOUT A DOZEN LEGAL FILES, WHOSE CONTENTS "NEGATIVELY IMPACT" ON SGT. ADAMIC. OVER THE LAST "6" MONTHS I HAVE NOT BEEN ABLE TO ATTEND MY DINNER MEALS ENTIRELY BECAUSE OF SGT. ADAMIC'S "PAT DOWN" EVERY DINNER HE WAS ON DUTY.

SGT. ADAMIC OVER THE LAST "6" MONTHS HAS HARASSED ME IN EVERY CONCEIVABLE MANNER. HIS "SHAKEDOWNS" & "CELL INSPECTIONS" HAVE BEEN EVERY NIGHT. HE HAS BROKEN MY T.V. EARPHONES (AGAIN & AGAIN). ON HIS 01/12/09 8:15 PM "SHAKEDOWN" HE STUFFED THEM INSIDE OF MY DUFFEL BAG: BROKEN T.V. HEADPHONES ($26.74), DESTROYED DICTIONARIES (2 EA @ $6.99; 2 EA @ $5.99), MISSING MUSTACHE SCISSORS ($5.20), TWEEZERS (.49), CLIPPERS (.72), SEIZED 3 EA GOOD PAIR OF SOCKS & LEFT RAGS. (I AM "LOP", FOOD NOT INCLUDED).

— Michael W. Collins

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 23 2009
GREGORY C. LANGHAM
CLERK

"GENERAL" GRIEVANCE (STEP I, 01/31/09): LT. HEIDENTHAL, LU-3 COMMANDER, DIRECTED SGT. ADAMIC TO CONDUCT AN ADDITIONAL "SHAKEDOWN"; TO "TRASH" MY PROPERTY. THIS WAS DONE AT 8:15 PM, AFTER AN AM "NORMAL" PACK OUT & "SHAKE DOWN." THE WHOLE TIME THAT I LIVED IN UNIT 3, LT. HEIDENTHAL DIRECTED HIS C.O.'S TO "HARASS" & "ABUSE" ME IN EVERY POSSIBLE WAY. I WAS BEING "SHAKEN DOWN" & MY CELL BEING "INSPECTED" VIRTUALLY EVERY DAY AND/OR NIGHT. THE C.O.'S "DOING IT" WOULD TELL ME (AGAIN & AGAIN) THAT LT. HEIDENTHAL, THE "LT.", & THE "BOSS" WAS MAKING THEM. IT WAS ABOUT "6" MONTHS THAT I WAS UNABLE TO EAT A DINNER MEAL TO AVOID SGT. ADAMIC'S PAT DOWN "CONTEMPT SHOTS" TO MY GROIN AREA AFTERWARDS, DIRECTED BY THE "LT."

CUMULATIVELY I HAD SEIZED, OVER THE MANY MONTHS THAT I WAS HOUSED IN LU-3, "MANY" JARS & CONTAINERS THAT WERE NOT "EMPTY" OR "TRASH", BUT FULLY OR PARTIALLY FULL (LISTED ARE THE "EQUIVALENT" OF FULL CONTAINERS OR BAGS): 7 EA HOT GARLIC CHILI SAUCE ($1.97), 5 EA PEANUT BUTTER CHUNKY ($2.18), 4 EA "CITY COW" CHEESE SPREADS ($1.80), 1 EA CHEDDAR CHEESE MIX ($5.47), 2 EA INST. COFFEE ($2.09), 4 EA WRITING TABLETS (PAPER STILL ATTACHED, 68¢), ½ EA FARMERS GRD COFFEE ($5.04), ½ EA FOLGER'S INST COFFEE ($6.45), ½ EA FOREVER STAMPS ($8.40), ½ EA COFFEE FILTER ($1.89), 9 EA "CANTEEN" TOILET PAPER (.50). "ALL" SEIZURES WERE AT THE DIRECTION OF LT. HEIDENTHAL. THANK YOU.   — Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 1, 02/05/09): I AM "CHRONIC CARE". I HAVE A NUMBER OF MEDICAL ISSUES, WHICH HAVE BEEN, & COULD EASILY BE AGAIN LIFE THREATENING. EVERY DAY I TAKE HEAVY DOSEAGES OF ABOUT A DOZEN STRONG MEDICATIONS. IT IS MY RIGHT TO SEE A "MEDICAL PROVIDER" (PHYSICIAN'S ASSISTANT) ONCE A MONTH, & A MEDICAL DOCTOR AT LEAST ONCE EVERY THREE MONTHS, WHICH HASN'T HAPPENED SINCE I HAVE "BEEN DOWN", PARTICULARLY SO, WHILE I HAVE BEEN INCARCERATED AT CTCF, WHICH IS SUPPOSE TO BE A DOC MEDICAL FACILITY.

ON 01/25/09, I HAD A MEDICAL APPT. IT WAS NOTHING BUT A "B.S." SESSION WITH 3 NURSES (NOVA, VANIE, & JODIE) STANDING AROUND A ROOM, WALKING IN & OUT, WHILE I SAT ON AN EXAM TABLE. I RAISED MANY CRITICAL TO ME MEDICAL ISSUES, NONE OF WHICH WERE ADDRESSED & RESOLVED. ON 01/30/09, I HAD A MEDICAL APPT. WITH KAREN MITCHELL N.P. (NURSE PRACTITIONER), WHO HAD AN AURA OF TOTAL & COMPLETE INCOMPETENCE. SGT. DEFRANCISCO HAD TO HELP HER "NAVIGATE" MY MEDICAL FILE. SHE KEPT SAYING THAT SHE WAS A "CONTRACT WORKER", THAT SHE "DIDN'T KNOW WHAT SHE WAS DOING." AGAIN, I RAISED MANY CRITICAL TO ME MEDICAL ISSUES, NONE OF WHICH WERE ADDRESSED & RESOLVED BY HER. I NEED TO BE MOVED TO FORT LYON C.F. AS SOON AS POSSIBLE.

"ADA" MEDICAL GRIEVANCE (02/04/09): THIS IS APPEALING "ACCOMODATION RE-SOLUTION". I AM "MOBILITY IMPAIRED", & HAVE BEEN EVER SINCE 1977, WHEN I WAS IN A "NEAR HEAD ON COLLISION" CAR ACCIDENT. I HAD TO BE CUT OUT OF MY LITTLE HONDA CIVIC, I WAS TRANSPORTED BY AMBULANCE TO THE L.A. COUNTY MEDICAL "ER". I HAD MAJOR ORTHOPEDIC SURGERY TO MY LEFT LEG, KNEE, & HIP. BOTH MY HIP & KNEE WERE "PUT BACK TOGETHER". I HAD SEVERAL SCREWS & PINS PUT IN THEM.

DR. ESKESTRAND M.D., DOC'S OWN ORTHOPEDIC MEDICAL DOCTOR & SURGEON, PER-FORMED SEVERAL MAJOR SURGERIES & MEDICAL PROCEDURES ON MY LEFT HAND, WRIST, & ARM THAT INVOLVED THE INSERTION & REMOVAL OF A METAL PLATE, PINS, & SCREWS. MY SURGERIES & MEDICAL PROCEDURES ALL INVOLVED THE REPAIR OF BONE, NERVE, MUSCLE, AND/OR TENDON DAMAGE. I HAVE MANY SCARS, & WALK WITH A SLIGHT LIMP.

I BARELY CAN "MAKE IT" TO THE MESS HALL & MEDS LINE FROM MY LIVING UNIT, OFTEN I HAVE HAD TO REST "IN TRANSIT". I AM EASILY FATIGUED. I CAN NOT CLIMB UP TO A TOP BUNK, & HAVE HAD TO SLEEP ON THE FLOOR WHEN I HAVE BEEN ORDERED TO DO SO. I CAN NOT CLIMB STAIRS. MY WHOLE LEFT SIDE IS IMPAIRED, BOTH REDUCED IN STRENGTH, & DEXTERITY, & FEELING. I AM "MOBILITY IMPAIRED". /s/

"GENERAL" GRIEVANCE (STEP I, 02/04/09): FOR THE ENTIRE TIME OF "MANY" & "MONTHS" THAT I LIVED IN UNIT 3 (EASILY 1½ YEARS), LT. HEDIBUTHAL DIRECTED HIS C.O.'S TO "HARASS & ABUSE" ME IN EVERY POSSIBLE WAY. C.O.'S WOULD TELL ME (AGAIN & AGAIN), WHEN THEY WERE DOING IT TO ME: THE LIEUT, THE "LT", THE "BOSS" WAS MAKING THEM. C.O. GROOMS WAS ONE OF MY WORST "ABUSERS". HE INTERJECTED HIMSELF, WHEN I WAS ATTEMPTING TO GET A COUPLE OF MORE TRASH BAGS (I HAD ONLY BEEN GIVEN 1). C.O. GROOMS SHOVED A DUFFEL BAG INTO ME, TOLD ME THAT MY EXCESS PROPERTY WOULD BE DISPOSED OF, & THAT I HAD "TOO MUCH STUFF".

IN THE "4 YEARS &" THAT I HAVE "BEEN DOWN", I HAVE NEVER HAD TO FIT MY PROP-ERTY INSIDE OF A DUFFEL BAG TO MOVE FROM 1 POD OR 1 UNIT TO ANOTHER. C.O. GROOMS WAS STANDING OVER ME, DIRECTING ME TO THROW MY "MEMBERED & PRIZED" POSSESSIONS INTO THE TRASH. I KEPT ASKING FOR A "SGT OR LT". C.O. GROOMS CONTINUOUSLY, FOR 4-5 MINUTES, SPRAYED ME WITH O.C.; ATTEMPTED TO BREAK MY ARM & WRIST AREA, BY DRIVING THEM INTO EACH OTHER IN AN "L" SHAPE, BOTH "ON & OFF" CAMERA ON 01/12/09. ON 01/18/09 C.O. GROOMS ORDERED ME TO DO AN EXAGGERATED FINGER CHECK (AGAIN & AGAIN), FOR BEING CRITICIZED FOR 1 SWOLLEN PILL. IN THE MESS HALL HE HAS STOOD OVER ME (AGAIN & AGAIN) HURRYING ME. LT. HEDIBUTHAL SHOULD BE DEMOTED & C.O. GROOMS NEVER PRO-MOTED. BOTH ARE GUILTY OF "EXCESSIVE FORCE, OR POLICE BRUTALITY"&/s/

"GENERAL GRIEVANCE" (STEP I, 02/06/09): CAPT. BASTIDOS HAS TARGETED ME TO BE "HARASSED & ATTACKED" IN EVERY POSSIBLE WAY, BOTH BY HIMSELF & BY HIS ORDERS TO THOSE C.O.'S UNDER HIS AUTHORITY. I HAVE HAD "MAJOR 8" ORTHOPEDIC SURGERIES TO MY LEFT LEG, KNEE, & HIP; TO MY LEFT HAND, WRIST, & ARM INVOLVING THE REPAIR & RECONSTRUCTION OF MY KNEE & HIP; THE REPAIR OF MUSCLE, TENDON, & NERVE DAMAGE; THE INSERTION & PARTIAL REMOVAL OF SCREWS, PINS, & A METAL PLATE. NO OTHER C.O. HAS A "PROBLEM" WITH MY SITTING AT A "DISABLED TABLE" IN OUR MESS HALL, ONLY CAPT BASTIDOS. THE INTERIM SGT. LEUR TO ANGRILY MOVE ME IN HIS ABSENCE ELSEWHERE.

CAPT. BASTIDOS ORDERED C.O.'S TO BE "ALL OVER" UNIT 3, AFTER WE LEFT OUR MESS HALL, AFTER OUR DINNER MEAL; TO BE "ALL OVER" ME IN PARTICULAR. OFTEN EVERY ONE OF US WAS "PATTED DOWN", SOMETIMES ONLY A FEW, BUT ALWAYS ME. SGT. ADAMIC WOULD OSTENSIBLY "PAT ME DOWN" LOOKING FOR CONTRABAND; HOWEVER, HE WOULD ALWAYS GIVE ME "CONTEMPT SHOTS" TO MY GROIN, STRIKING MY PENIS & RUBBING UP & DOWN THE SIDES OF MY PENIS. THESE WERE "SEXUAL ASSAULTS" WHENEVER SGT. ADAMIC WAS ON DUTY, ENCOURAGED BY CAPT. BASTIDOS.

C.O. STURTEVANT WHOLLY CONTRIVED AN INCIDENT, & PHYSICALLY ATTACKED ME IN FRONT OF OVER 50 INMATES. YET CAPT. BASTIDOS ORDERED ME TO "THE HOLE"! C.O. STURTEVANT TOLD "MANY 8" LIES BACKED BY CAPT BASTIDOS. I NEED TO BE MOVED TO FORT LYON C.I.F. - AS SOON AS POSSIBLE.   —Michael N. Collins

"ADA/MEDICAL GRIEVANCE" (STEP I, 02/07/09): BOTH DOC & CTCF MEDICAL HAVE "TARGETED" ME FOR "RETALIATION & RETRIBUTION" IN EVERY POSSIBLE WAY. I AM DISABLED; I HAVE HAD "MAJOR 8" ORTHOPEDIC SURGERIES TO MY LEFT LEG, KNEE, & HIP; TO MY LEFT HAND, WRIST, & ARM INVOLVING THE REPAIR & RECONSTRUCTION OF MY KNEE & HIP; THE REPAIR OF MUSCLE, TENDON, & NERVE DAMAGE; THE INSERTION & PARTIAL REMOVAL OF SCREWS, PINS, & A METAL PLATE. FOR VIRTUALLY THE ENTIRE "9 YEARS 8" THAT I HAVE BEEN INCARCERATED WITHIN THE COLORADO DOC, I HAVE BEEN "BOTTOM TIER/BOTTOM BUNK, WEIGHT & STAIR" RESTRICTED. I SIMPLY CAN NOT CLIMB UP UNTO A TOP BUNK; I CAN NOT CLIMB STAIRS. AFTER "MANY 8" REQUESTS TO DO SO, BOTH DOC & CTCF MEDICAL ARE REFUSING TO ENTER THESE RESTRICTIONS BACK INTO "THE COMPUTER."

FOR THE ENTIRE "9 YEARS 8" THAT I HAVE "BEEN DOWN," PREVIOUSLY BOTH IN THE

DOUGLAS COUNTY JAIL & THROUGH BLUE CROSS/BLUE SHIELD, I HAD CAPTO- PRIL PRESCRIBED FOR MY "INORDINATELY" HIGH BLOOD PRESSURE. I WAS GETTING 100 MG 3 TIMES PER DAY; HOWEVER, THIS WAS "CUT BACK" TO ONLY TWICE PER DAY. I HAVE NOW BEEN CHANGED OVER ENTIRELY FROM CAPTOPRIL TO ONLY 40 MG OF ZESTRIL JUST ONCE PER DAY. ZESTRIL IS A CHEAP SUBSTITUTE, FAR INFERIOR TO CAPTOPRIL. I NEED TO HAVE CAPTOPRIL RE-PRESCRIBED INSTEAD OF ZESTRIL. I NEED TO HAVE MY "RESTRICTIONS" BACK IN THE COMPUTER, & BE MOVED TO FORT LYON CF-ASAP.

"GENERAL" GRIEVANCE (STEP I, 03/08/09): ALL OF MY MAIL HAS BEEN "TAR- GETED," AS RETALIATION & RETRIBUTION BY THE CTCF MAILROOM; IN PARTICULAR, BY C.O. COMBS, WITH THE FULL ENCOURAGEMENT OF MAILROOM SUPERVISOR, SGT. VIOLA. OVER THE COURSE OF MY ABOUT 2½ YEAR IMPRISONMENT (AT CTCF), I HAVE HAD "ILLEGALLY & " SEIZED & THIEVED, LOST & MISPLACED WELL OVER "500" PIECES OF MAIL.

PRIOR TO MY IMPRISONMENT AT CTCF, OVER ABOUT "9 YEARS," AT ABOUT 10 OTHER DOC PRISONS, I CAN NOT THINK OF EVEN JUST 1 PIECE OF MAIL THAT I HAD SEIZED FOR ANY REASON. C.O. COMBS IS RESPONSIBLE FOR "90%" OF MY "ILLEGALLY & " SEIZED & THIEVED MAIL HERE AT CTCF.

IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER MAIL "TO & FROM" MY DAUGHTERS CHRISTINE & LAURA HAS BEEN SEIZED (AGAIN & AGAIN). MAIL "TO & FROM" MY SONS HAS BEEN SEIZED (AGAIN & AGAIN). I HAVE HAD SEIZED & THIEVED (AGAIN & AGAIN) TV GUIDE MAG, NEWSWEEK, SMITHSONIAN (MUSEUM), PREVENTION (HOLISTIC HEALTH), CHURCH NEWS & THE ENSIGN (MORMON), EVANGELICAL (CHRISTIAN), "O" OPRAH, AMERICA'S "TALK" SWEETHEART), MEN'S HEALTH, ESQUIRE (MEN'S STYLE), & THE DENVER POST (THE "VOICE OF COLORADO").

BOTH, IN PARTICULAR, TV GUIDE MAG, & NEWSWEEK ARE ICONIC REPRESENTATIONS OF OUR AMERICAN SOCIETY, READ BY MANY MILLIONS AROUND THE WORLD; TO LABEL THEM AS "HARMFUL TO ANYBODY'S MENTAL HEALTH" IS TO LABEL OUR AMERICAN SOCIETY AS SUCH. BOTH C.O. COMBS & SGT VIOLA SHOULD BE REMOVED FROM THE MAIL ROOM, & MY MAIL "LEFT ALONE." I NEED TO BE TRANSFERRED TO FORT LYON C.F. - AS SOON AS POSSIBLE.

—Michael W. Collins

READING COMMITTEE APPEAL (CONT'D): MEN'S HEALTH MAGAZINE IS AN ICONIC REPRESENTATION OF AN AMERICAN FITNESS MAGAZINE READ BY MILLIONS AROUND THE WORLD. TO LABEL IT A "DANGER TO ANYBODY'S MENTAL HEALTH" IS TO LABEL OUR AMERICAN CULTURE & SOCIETY A "DANGER TO ANYBODY'S MENTAL HEALTH." "MEN'S HEALTH" IS A HEALTHY DEPICTION OF A MAN'S MIND, BODY & SOUL UPKEEP, MAINTENANCE, & STRIVING FOR EXCELLENCE. READ IT YOURSELF.

What is the basis of your appeal (Be specific and brief): THIS IS ANOTHER "IL-LEGAL" SEIZURE OF HEALTHY MATERIAL. THE READING COMMITTEE VOTED TO "ALLOW IN TOTAL" DOUG WILSON, D. DEAN, & RENEE' ROBBINS; TO "DENY IN TOTAL" T. BENZINE & P. MONTEZ NO. II. THE MAJORITY VOTE SHOULD HAVE PREVAILED, BUT THE COMMITTEE ALLOWED ITSELF TO BE SWAYED BY P. MONTEZ, A LITTLE HUNCH BACK "SEX ADDICT", LITTLE PERVERT, SO CALLED "SEX EXPERT" & "SEX COUNSELOR" HERSELF, WHO "LEGALLY?" POURS OVER READING MATERIAL "ALL DAY & EVERY DAY" TO FIND "SMUT" IN EVERY MAN, WOMAN, & CHILD DOING OR NOT DOING EVERYTHING OR NOTHING. — Michael N. Collins

"GENERAL" GRIEVANCE (STEP II, 02/17/09 # CT 06/09 506): THE ONLY ISSUE THAT I AM NOW ADDRESSING IS SGT. ADAMIC "TRASHING" MY PROPERTY ON 01/12/09. AS IS "NORMAL" C.O.'S "REASONABLY" "PACKED OUT" MY PROPERTY IN THE AM, IMMEDIATELY AFTER THE "INCIDENT" THAT PUT ME IN "THE HOLE". HOW-EVER, SGT. ADAMIC, WITH LT. HEIDENTHAL'S "URGING & SUPPORT" AGAIN "SHOOK DOWN" MY PROPERTY AT 8:15 PM, FAR IN "EXCESS" OF THE AM "SHAKE DOWN".

SGT. ADAMIC "TRASHED" MY PROPERTY. NO OTHER C.O. PARTICIPATED. SGT. ADAMIC WROTE C.O. DODD'S NAME AT THE TOP OF THE SHAKE DOWN LIST. C.O. DODD TOLD ME, "I HAD NOTHING TO DO WITH THAT SHAKE DOWN. SGT. ADAMIC WROTE MY NAME AT THE TOP OF THE SHAKE DOWN LIST. I DON'T KNOW WHY HE DID. THE L.T. (LT. HEIDENTHAL) PUT HIM UP TO IT." WHEN I WAS IN "SEG" & I NEEDED SOME SEG. "ALLOWABLES" THAT HAD NOT BEEN "PACKED OUT", I ASKED SGT. TRUJILLO TO GET THEM FOR ME. I HAD 3 LARGE PACKETS OF ABOUT 75 EA. WHITE ENVELOPES IN MY LEGAL BOX THAT SHOULD HAVE BEEN EASILY FOUND. HOWEVER, IT TOOK SGT. TRUJILLO 20 MINS. PER SGT. TRUJILLO "MY LEGAL BOX HAS BEEN TORN UP, FILES & PAPERS SCATTERED AROUND ON TOP OF EACH OTHER IN HEAPS." MY TV HEAD PHONES HAD BEEN "STUFFED & BROKEN" INSIDE OF MY DUFFEL BAG WITH "STUFF"

ON TOP OF THEM, ACTUAL DAMAGES INCURRED $9.17 Michael Nallen PAGE 7 OF 10

"GENERAL" GRIEVANCE (STEP II, 02/17/09 # CT 08/09-505): THE ONLY ISSUE THAT I AM NOW ADDRESSING IS THE "HARASSMENT & ABUSE" HEAPED UPON ME, WHICH WAS ORCHESTRATED & INSTIGATED, ORDERED & DIRECTED BY LT. HEIDENTHAL, OVER THE ABOUT 7-8 MONTHS (BOTH TIMES) THAT I WAS HOUSED IN UNIT 3. BOTH SGT. MCMILLIAN (PM SHIFT) & SGT. TRUJILLO (AM SHIFT) WERE PROFESSIONAL IN EVERY WAY, & "MITIGATED", "LESS ENED" LT. HEIDENTHAL'S "TARGETING" OF ME. THE C.O.'S INVOLVED IN "HARASSING & ABUSING" ME WOULD TELL ME (AGAIN & AGAIN) THAT "THE BOSS", THE "L.T.", LT. HEIDENTHAL WAS MAKING THEM "DO IT", WAS "PUTTING THEM UP TO IT". THESE C.O.'S THAT TOLD ME (AGAIN & AGAIN) THAT TH "LT." WAS MAKING THEM "DO IT" WERE C.O.'S: DODD, DE WEESS, ROOT; SGT.'S: HALL, MCMILLIAN, TRUJILLO (& OTHERS).

MY WORST "STAND OUT" ABUSER, WHO BROKE MY TV HEADPHONES (AGAIN & AGAIN), A PRIZED POSSESSION IN PRISON, WAS SGT. ADAMIC. I WAS "SHAKEN DOWN" FAR IN "EXCESS" OF "NORMAL". I WAS SUBJECTED TO "CELL INSPECTIONS" & "SHAKE DOWNS" VIRTUALLY EVERY AM & PM SHIFT (MORE SO), OF EVERY DAY. MY "EMPTY" CONTAINERS WERE NOT EMPTY. MY "TRASH" WAS NOT TRASH. CONSERVATIVELY, I AM CLAIMING ACTUAL DAMAGES INCURRED OF $5.15 Michael Nallen THANK YOU.

"ADA/MEDICAL" GRIEVANCE (STEP I, 02/19/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. MEDICAL I AM ELIGIBLE FOR DIABETIC/ORTHOPEDIC SHOES. "MEDICAL PROVIDERS" (AGAIN & AGAIN) OVER THE LAST FEW YEARS, HAVE TOLD ME SO, & THAT THEY WERE ORDERING THEM FOR ME. HOWEVER, I HAVE NEVER RECIEVED A PAIR.

MY CURRENT DOC BOOTS, I HAVE BEEN FORCED TO "MAKE USE OF" FOR ABOUT THE LAST "7⅛" YEARS. THIS IS FAR BEYOND "NORMAL" USEAGE. MY BOOTS ARE FAR BEYOND DISINTEGRATING.

BOTH OF MY BOOTS ON BOTH SIDES ARE DISINTEGRATING. WHERE THE THREAD IS PULLING OUT OF THE SEAMS. THERE ARE NOW ABOUT 2 IN. GAPS FROM THE "FOOT TOP" OF MY BOOTS TO THE "SOLE SIDES." THE HEELS HAVE BEEN WORN DOWN INTO THEIR HOLLOW SOLES, AT AN APPROXIMATE NOW 35° ANGLE. THIS FORCES ME TO WALK AT AN APPROXIMATE 35° ANGLE. SGT. MIERS HAD NO MATERIAL LEFT TO PUT A "TRACTING NOTCH" ON MY HEELS, THE LAST TIME THAT I CAME OUT OF "THE HOLE", WITHOUT COMPLETELY DISINTEGRATING WHAT LITTLE REMAINS OF MY HEELS. THE "FOOT

SOLE OF MY INSOLES ARE PRACTICALLY BARE. THESE BOOTS GIVE ME, AT LEAST (PAGE 8 OF 10 IN PART, A FURTHER LIMP. THEY ARE ORTHOPEDICALLY AGGRAVATING. MY SHOE SIZE IS 10½. PLEASE, ROUTE TO ME A PAIR OF SOUND CONSTRUCTION "FULLY LEATHER" SHOES. —— Michael N Collins

"ADA/MEDICAL" GRIEVANCE (STEP I, 02/20/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. MENTAL HEALTH: OVER THE LAST "9⁸" YEARS, IN THE ABOUT "9⁸" FACILITIES THAT I HAVE BEEN INCARCERATED, PRIOR TO CTCF, I NEVER HAD EVEN 1 PIECE OF MAIL SEIZED FOR ANY REASON. WHILE AT CTCF, OVER A 2½ YEAR PERIOD, I HAVE HAD WELL OVER "500⁸" PIECES OF MAIL "ILLEGALLY⁸ SIEZED⁸/THIEVED⁸ WITHHELD⁸/LOST⁸".

IN LARGE PART, PATRICIA MONTEZ, "SEX COUNSELOR", IS RESPONSIBLE. "MANY⁸" MENTAL HEALTH COUNSELORS, BECOME COUNSELORS TO OVERCOME THEIR OWN "ADDICTIONS". PATRICIA MONTEZ (A.K.A. "BUD'S", BUTTS, BREASTS, VAGINAS, & DICKS) SEES "SEXUAL WRONGNESS" IN MEN, WOMEN, & CHILDREN DOING OR NOT DOING EVERYTHING OR NOTHING, IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER SHE HAS HAD MY "FAMILY MAIL" SEIZED. SHE HAS HAD TV GUIDE MAGAZINE, NEWSWEEK, THE SMITHSONIAN (MUSEUM), THE CHURCH NEWS, "O" (OPRAH) MAG, MEN'S HEALTH, ESQUIRE (MEN'S STYLE), PREVENTION (HOLISTIC HEALTH) MAGAZINES AD INFINITUM SEIZED FROM ME THAT NOBODY IN THE ABOUT "9⁸" OTHER DOC FACILITIES THAT I HAVE BEEN IMPRISONED WITHIN EVER FOUND "OBJECTIONABLE". PATRICIA "BUD'S" MONTEZ IS OBVIOUSLY SOME KIND OF "SEX ADDICT" HERSELF THAT NEEDS TO BE KEPT AWAY FROM EVERYBODY'S MAIL. THANK YOU. —— Michael N Collins

"GENERAL" GRIEVANCE (STEP II, CT 08/09-531, 02/20/09): CAPT. BASTIDOS IS WELL AWARE THAT I HAVE EXTENSIVE SKELETAL, MUSCLE & TENDON, NERVE DAMAGE TO MY LEFT LEG, KNEE, & HIP; MY LEFT ARM, WRIST, & HAND. EVERY BREAKFAST & LUNCH, I "ALWAYS⁸" SIT AT A "DISABLED TABLE". IT IS ONLY WHEN CAPT. BASTIDOS' HIS PM SHIFT IS ON DUTY THAT I AM NOT ALLOWED TO SIT "DISABLED."

CAPT. BASTIDOS IS WELL AWARE THAT FOR THE LAST "6 MONTHS⁸", WHEN I WAS HOUSED IN UNIT 3, I WAS UNABLE TO EAT MY DINNER MEALS TO AVOID "CONTRA SHOTS" TO MY GROIN AREA. "CONTEMPT SHOTS" INNOCUOUSLY APPEAR TO BE "PAT DOWNS"; HOWEVER, THEY ARE "SEXUAL ASSAULTS⁸", STRIKING HARD AN INMATE'S

PENIS, & RUBBING UP & DOWN, BOTH SIDES OF AN INMATE'S PENIS, & AN INMATE'S GROIN AREA. THE HARDEST BLOW THAT I RECIEVED WAS FROM C.O. MC IVERS; HOWEVER, "ON-GOING" (AGAIN & AGAIN), MY MOST CONSISTENT "ABUSER" WAS SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL"). AFTER EVERY DINNER MEAL THAT HE WAS ON DUTY, HE WOULD DELIVER "CONTEMPT SHOTS" TO MY GROIN AREA; SO MUCH SO, I INITIATED A "CID" (CRIMINAL INVESTIGATION DIVISION) INVESTIGATION OF HIM. SGT. ADAMIC NEEDS TO KEEP HIS HANDS OFF OF INMATES' "NUTS."

CAPT. BASTIDOS IS WELL AWARE OF C.O. STURTEVANT'S "LYING" ABOUT THE PHYSICAL ATTACK UPON ME, WITNESSED BY OVER 50 INMATES. [YET I WAS THROWN IN "THE HOLE", BY CAPT. BASTIDOS' ORDER. CAPT. BASTIDOS PRESENTS HIMSELF AS A KINDLY, CARING, GRANDFATHERLY MAN; HOWEVER, THE REALITY IS "ANYTHING BUT!" CAPT. BASTIDOS IS A "DIRTY COP", NO MORE & NO LESS.] BOTH CAPT. BASTIDOS, & HIS P.M. STAFF NEED TO STOP HARASSING ME. THANK YOU. — Michael N. Collins

"ADA/MEDICAL" GRIEVANCE (STEP I, 02/23/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. MEDICAL: I HAVE KIDNEY AND/OR LIVER DAMAGE THAT IS NOT BEING PROPERLY TREATED, & IS GROWING PROGRESSIVELY WORSE. OFTEN I CAN NOT HOLD MY WATER FOR LONGER THAN 5 MINUTES WITHOUT HAVING TO RELIEVE MYSELF AGAIN. I GROW INCREDIBLY FATIGUED THROUGHOUT THE DAY. EVERY 2 TO 3 HOURS, I LITERALLY COLLAPSE FOR 15-20 MINUTES, I WILL FALL INTO A "REST SLUMBER", & THEN I CAN GET UP & GO ABOUT MY BUSINESS. THIS MAY ALSO BE DUE TO MY PROGRESSIVE KIDNEY AND/OR LIVER DAMAGE; THIS MAY BE DUE TO MY DIABETES. FOR 3-4 MONTHS, I HAVE HAD THE SAME LINGERING "VIRUS, FLU, COLD?" I HAVE BEEN UNABLE TO HAVE "IT" TREATED; TO HAVE ANY ANTI-BIOTIC PRESCRIBED.

OVER THE LAST 3-4 MONTHS, I HAVE HAD 1 "B.S." SESSION WITH 3 NURSES (NOVA, VANIE, & JODIE) STANDING AROUND A ROOM, WALKING IN & OUT, WHILE I SAT ON AN EXAM TABLE. I HAVE HAD 1 MEDICAL APPT. WITH KAREN MITCHELL, N.P. SECURITY SGT. DE FRANCISCO HAD TO HELP HER "NAVIGATE" MY MEDICAL FILE. SHE KEPT SAYING THAT SHE "DIDN'T KNOW WHAT SHE WAS DOING." I AM CLASSIFIED AS "CHRONIC CARE." NO MORE BUNGLING DOC "MEDICAL PROVIDER" INCOMPETENT "QUACKS & HACKS." I NEED TO MEET WITH A REAL MEDICAL DOCTOR (NOT A OSTEOPATHIC "BONE MANIPULATOR") ON "THE OUTSIDE"; NOT IN A DOC FACILITY FOR PROPER & COMPETENT "MEDICAL TREATMENT, AT LEAST ONCE PER MONTH. — Michael N. Collins

"GENERAL GRIEVANCE (STEP 1, 04/23/09): I HAVE BEEN TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. DISCIPLINARY HEARINGS: EVERY ONE OF MY C.O.P.D. (CODE OF PENAL DISCIPLINE) HEARINGS HAVE BEEN ON WHOLLY "CONTRIVED & FABRICATED" CHARGES; OVER WHOLLY "CONTRIVED & FABRICATED" INCIDENTS. THE C.O.'S MAKING THEIR FALSE ALLEGATIONS AGAINST ME (IT "CURRIES FAVOR" FOR THEM WITH THEIR SUPERIORS), HAVE "BLATANTLY & OBVIOUSLY" DEPARTED FROM THE TRUTH; SO MUCH SO, THAT THEIR ALLEGATIONS ARE ONLY "MANY & BIG & LIES &"

AT MY DISCIPLINARY HEARINGS, MY "INMATE REP & ADVOCATE", MR PHELPS, CAN SAY NOTHING. BOTH PRESIDING OFFICER TOPLISS & PROSECUTING OFFICER FAZZINO CONDUCT HEARINGS WITH "PRE DETERMINED OUTCOMES." THEIR CONVICTION RATE IS OVER "90%", WHICH IS PRIMA FACIE EVIDENCE THAT THEIRS IS A "KANGAROO COURT", MUCH OF THEIR PROCEEDINGS TAKE PLACE WITH THE TAPE RECORDER OFF.

WHEN C.O. STURTEVANT "PHYSICALLY & BRUTALLY" ATTACKED ME IN FULL VIEW OF OVER "50 &" INMATES, I COULD NOT CALL EVEN 1 INMATE AS A WITNESS. C.O. BABB WAS THE ONLY C.O. THAT I COULD CALL. SHE DID NOT PHYSICALLY APPEAR; I COULD NOT TALK TO MY OWN WITNESS OVER THE PHONE. LT TOPLISS ASKED HER LEADING QUESTIONS, & LED HER TO THE ANSWERS THAT HE WANTED. I DID NOT SAY "FUCK" ONCE. C.O. STURTEVANT "LIED & MANY & TIMES &" ABOUT ITS' USE, & ABOUT "MANY &" "SPECIFICS OF HIS "PHYSICAL & BRUTAL" ATTACK UPON ME. "ALL &" OF MY C.O.P.D. CONVICTIONS AT CTCF NEED TO BE "SET ASIDE" & "DECLARED VOID" By Michael N Collins

[NOTE: SINCE 08/08 "7 MONTHS &" I HAVE BEEN UNABLE TO FILE "ANY &" GRIEVANCES. I HAVE BEEN DENIED BLANK GRIEVANCE FORMS BY CASE MANAGER O'MALLEY & BY SENIOR CASE MANAGER ALLEN "MANY & TIMES &" (AGAIN & AGAIN), WHILE I WAS HOUSED IN UNIT 3. THIS HAS EFFECTIVELY DENIED ME ANY KIND OF REMEDY THROUGH THE COLORADO DOC GRIEVANCE PROCEDURES. VIRTUALLY ALL OF MY ISSUES, DEAL (NOW) WITH MY BEING "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCIEVABLE MANNER. I AM NOW HOUSED IN UNIT 1, & HAVE A DIFFERENT CASE (MANAGER).

MY CURRENT CASE MANAGER IS JOHN EVANS. HE IS AN "OLD DOG", JUST LIKE ME. HE GIVES ME A "HARD TIME" EVERY TIME I "PRY" A BLANK GRIEVANCE FORM OUT OF HIM; HOWEVER, HE "GIVES 'EM UP" TO ME. NONE OF MY GRIEVANCES ARE FRIVOLOUS; ALL HAVE MERIT, AT LEAST IN PART. I AM NO LONGER A "MORMON CULTIST" ON ACCOUNT OF JOHN EVANS; AM NOW A "777 JESUS CHRIST MAN!!!"