IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Actions No. 96-CV-343.

JESSE MONTEZ, et al
               Plaintiffs,
vs
BILL OWENS et. al.
               Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 24 2009
GREGORY C. LANGHAM
    CLERK

Claim Number 02-493
Category II
Claimant: Gustavo Osuna #115940
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO. 80751

CLAIMANTS OBJECTION TO THE
ORDER OF THE SPECIAL MASTER

Comes now the Claimant Gustavo Osuna and objects to the order of the Special Master for the following reasons.

Since there was no objection filed by the Defendants Claimant is still part of the Montez case.

He has vision problems and the SCF clinical services is discriminating against his treatment.

(2)

which will cause him to go Blind, if left untreated.

The Discrimination of handicap inmates still continues at CDOC and the Remedial Plans are in non-compliance.

Claimant is asking the Honorable Court to order SCF Clinical Services to order him to get proper Eye Doctor appointment, so he can be prevented from going Blind.

He needs tinted he prescription and special eye drops for his eyes.

His eye Disease is called trism

His pleas for medical and special needs have fallen upon deaf ears. The ADA prohibs discrimination against vision impaired people.

Due to these issues that can not be resolved by the Special Masters I am pleading for Direction from the District Court Judge.

(3)

My eye disease is a physiological disorder, that limits one or more major life activities.

Colorado Department of Corrections and SCF, Physcian Health Partners, the Colorado State Attorney Generals office have failed to deal with the misconduct of Defendants Violating the Remedial Plan.

The Court should sanction the COOC, Sterling Correctional Facility with monetary fines. Because this seems to Bee the only thing they understand. They have made a mockery out of the federal Court Sytem.

There is no question claimant has a vision impairment.

There is no question claimant is being denied accomodations.

Claimant is unable to read, or see clearly.

And therefore sometimes stumbles around and falls, walking up and down the stairs.

The Attorney General's office failed to pay the settlement offer, so the case is not settled.

This vision problem, makes it hard for me to participate in programs.

Wherefore Claimant prays that the Honorable Court will proceed and Order Defendants, to give Relief to Claimant.

Dated this April 20, 2009.

Osuna, Justo
#115940
SCF. P.O. Box 6000
Sterling, CO. 80751

Certificate of Service

The Undersigned hereby Certifies that on the 20th Day of April 2009 that a true and Correct copy of the foregoing was filed and served via United States mail to the following:

Gregory Langham. Clerk
United States District Courthouse
901-19th Street   Denver, CO. 80294

Colorado State Attorney General
1525 Sherman St.
Denver, CO. 80203