IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on Claimant's "Motion to notify the Court of a Dangerous Condition, etc." (#3916). This document raises issues that concern housing and safety at Denver Women's Correctional Facility.

      The letter of Claimant raises systemic issues concerning conditions for disabled inmates. Claimant's letter must be forwarded to class counsel for action. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). This issue cannot be individually raised by Claimant.

      IT IS HEREBY ORDERED that Claimant's letter will be forwarded to class counsel for action.

      SIGNED this 20th day of April, 2009.

                      BY THE COURT:

                      */s/ Richard M. Borchers*

                      Richard M. Borchers
                      Special Master