IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

___

Claim Number: 03-308 (formerly 01-036)
Category: III
Claimant: Randy Kailey, #50247
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

___

## ORDER OF SPECIAL MASTER

___

      THIS MATTER comes before the Special Master on the letter of Claimant and attached documents (#3915). Claimant states that he has sought help for his disability but without success. He also states that he believes DOC is not in compliance with the requirements of the Remedial Plan.

      As Claimant may be aware, a jurisdictional issue has arisen concerning individual inmates seeking relief through their own *pro se* motions. The Tenth Circuit's decision in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991) states that requests for individual relief must be forwarded to class counsel. Under the rationale of *McNeil*, the class speaks with one voice through its counsel. In this case, class counsel has stated directly that they do not represent Claimant or other inmates who are seeking individual relief. A report and recommendation has been prepared and forwarded to Judge Arguello. A copy of the report and recommendation will be provided to Claimant, as it is unclear whether a copy was sent previously. At this point, Judge Arguello is aware of the issue and has directed both sides to state their positions by April 27, 2009. Until that jurisdictional issue is resolved, nothing further can be done. The letter will be treated as a motion for relief and will be held in abeyance.

      IT IS HEREBY ORDERED that Claimant's letter and documents are accepted for filing and will be held in abeyance.

      SIGNED this 24th day of April, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master