IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-343
Category: Untimely Filed Claim
Claimant: Jose Perez Soto, #129465
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## FINAL ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on his own motion. Claimant sent a letter to the Special Masters requesting specific accommodations for his disabilities. Since it appeared that Claimant had not filed a damage claim, a damage claim form and instructions were sent to him. Claimant was granted up to including April 20, 2009 in which to file a claim form. Despite being granted time to file a claim, nothing further has been submitted.

      This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. On August 27, 2003, Judge Nottingham approved the Remedial Plan, the settlement agreement between counsel for the class and Defendants. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. The Remedial Plan requires that a claim form be filed before any further action may be taken. Without a claim form, there is no jurisdiction under Article XXXII.

      Claimant has failed to file a claim form. There is no jurisdiction to do anything except dismiss his case.

      IT IS HEREBY ORDERED that Claimant's case is dismissed for lack of jurisdiction; and

   IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 26, 2009.**

   SIGNED this 24th day of April, 2009.

              BY THE COURT:

              */s/ Richard M. Borchers*
              _____
              Richard M. Borchers
              Special Master