IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-328
Category III
Claimant: Henry Ray Tafoya, #40786
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

**ORDER OF SPECIAL MASTER**

---

THIS MATTER comes before the Special Master on Claimant's letter to Senior Judge Kane. Claimant objects to the previous order issued by the Special Master. He asks that the order be reviewed by Judge Kane.

Claimant has referenced 28 U.S.C. §636(e) as allowing a request for issuance of a contempt citation to Defendants. The Special Master would note that this statute is inapplicable to a case involving a special master appointed pursuant to Fed.R.Civ.P. 53. It is possible to be in contempt of a court order issued by a special master, but not pursuant to §636(e).

Claimant has been advised previously of the jurisdictional issue that has arisen. He has received a copy of the report and recommendation issued by the Special Masters. He takes issue with that document and believes that there is jurisdiction for action by the Special Masters. Per his request, Claimant's documents will be treated as an objection to the report and recommendation and will be forwarded to Judge Kane and Judge Arguello pursuant to Federal Rule of Civil Procedure 53(g)(2).

IT IS HEREBY ORDERED that Claimant's letter and documents will be forwarded to Judge Arguello and Judge Kane as objections to the report and recommendation.

SIGNED this 28th day of April, 2009.

BY THE COURT:

/s/ Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 28th day of April, 2009 to the following:

Mr. Henry Ray Tafoya
#40786
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203

/s/ Susan L. Carter

HENRY RAYMOND TAFOYA
Reg NO. 40786
C-H-3 B-1-R-5
C.T.C.F.
P.O. BOX 1010
CANON CITY, Colo. 81215-1010




Honorable John L. Kane c/o
SPECIAL MASTERS BORCHERS,
DAVIDSON, PRINGLE
LEGAL Resolution CENTER
7907 ZENOBIA STREET
Westminster, Colo. 80030

April 10, 2009

Re: Failure To Follow And/or To Comply With Final Order of Special Master Dated March 19, 2008 And Order Dated July 18, 2008. Claim No. 03-328

HONORABLE JOHN L. KANE, SIR:

IN MARCH OF 2008 The HONORABLE RICHARD M. BORCHERS Ruled That I Had A Legitimate Claim so I was Awarded $250.00 Dollars in DAMAGES For Worry And STRESS CAUSED BY C.D.O.C. Since Then The C.D.O.C. HAS Repeatedly Done it over and over AGAIN From March To April, April To May, May To June, June To July IN AUGUST I let Judge BORCHERS Know what was Going on and I Tried To open My Case or Claim AGAIN BUT He wouldn't Do iT. So before I File All over Again I would like To Appeal Judge Borchers Decision To Judge John L. Kane. When Judge Borchers Denied Me I SORT OF Lost it Because after that i Figured what The hell Am I Keeping COUNT For The COURTS Don't Even Care! but Then i Figured "NO" I Am NOT Going To Let them Get Away with it EVEN IF I HAVE To File All over AGAIN. I HAVE Been Reading And I Read That I Can MOTION THE COURT TO Hold The Defendants In CONTEMPT OF COURT, PURSUANT To Rule 45 (e) Fed. R. Civ. P. And 28 U.S.C. § 636 (e). ON MARCH 19, 2008 THE COURT FOUND The D.O.C. was at Fault For Not Getting My Medication (all my Meds including My Diabetic Meds) To Me ON Time And Fined Them $250.00 Dollars. THE FAILURE OF The D.O.C. To Keep Violating My Civil Rights is IN CONTEMPT of Judge Borchers Ruling and Order so now The Next Step is For Me To Petition The Court To Be Certified To A United States District Judge. Under 28 U.S.C. § 636 (e) THE COURT MUST MAKE AN Initial Ruling OF WHETHER There HAS Been AN improper Failure To Comply To Magistrates Ruling. If The Court was To Make The Required Evaluation Now As Plaintiff Feels it should, The Court would have no Choice But To CERTIFY To A U.S. DISTRICT JUDGE THAT THE D.O.C. IS STILL IN Violation OF MY Civil RIGHTS. PURSUANT To JUSTICE AND MY Civil RIGHTS I CAN AND do

DEMAND SANCTIONS AGAINST THOSE (D.O.C.) VIOLATE MY CIVIL RIGHTS BY FAILING TO OBEY COURT ORDERS OR TO OBEY THE SAME AR'S THAT ARE USED TO DENY MY MEDICAL KITES AND THE GRIEVANCES THAT I FILE. THE PERSONS THAT ARE DENYING ME WHAT I NEED ARE VIOLATING TITLE 12, ARTICLE 38, C.R.S., D.O.C. AR 700-01 (IV)(F)(1)(2)(3) AND(4) AND MY CIVIL RIGHTS.

THEREFORE THE PLAINTIFF RESPECTFULLY MOVES AND PRAYS THAT THIS HONORABLE COURT CERTIFY TO THE DISTRICT JUDGE THAT THE D.O.C. IS IN CONTEMPT OF THIS COURTS RULING OF MARCH 19, 2008, AND ISSUE ANY FURTHER ORDERS THIS HONORABLE COURT DEEMS JUST AND PROPER.

IN NOVEMBER 2008 THE HONORABAL RICHARD M. BORCHERS ORDERED THAT MY MOTION TO AMEND MY CLAIM IS DENIED!

IN CLOSED IS A COPY OF TWO LETTERS AND TWO GRIEVANCES ABOUT MY MEDS! I SENT MY SICK LINE SLIPS TO THE COURT THERE IS A COPY OF THEM IN MY FILE! THEY WERE RECEIVED AND STAMPED AUGUST 27, 2008.

SENT OR MAILED THIS 12 DAY OF APRIL 2009.

Respectfully

Henry Raymond Tafoya
HENRY RAYMOND TAFOYA

HONORABLE JOHN L. KANE C/O
SPECIAL MASTERS BORCHERS,
DAVIDSON, + PRINGLE
LEGAL RESOLUTION CENTER
7907 ZENOBIA STREET
WESTMINSTER, COLORADO 80030




AUGUST 25, 2008

HONORABLE JOHN L. KANE:
SIR:

THIS LETTER IS TO GIVE YOU AN IDEA OF WHAT I AM GOING THROUGH WITH THE DEPARTMENT OF CORRECTIONS (Colorado TERRITORIAL CORRECTIONAL Facility) AT THIS Time. FIRST OF All ANYTHING THAT I NEED OR Need DONE I HAVE TO FILE A GRIEVANCE IN ORDER TO GET IT DONE! AND MOST OF THE Time "IT DOESN'T HAPPEN ANYWAY." AS YOU CAN SEE I HAVE BEEN ASKING ASKING FOR SHOES, TENNIS SHOES, SOCKS, AND OTHER ITEMS THAT WOULD MAKE MY LIFE A LOT EASIER! THIS HAS BEEN GOING ON FOR YEARS I ASK THEY SAY I'LL CHECK INTO IT BUT NOTHING. THEY (D.O.C.) JUST MOVE ME TO A DIFFERENT FACILITY. "OUT OF SIGHT OUT OF MIND". AS YOU CAN SEE THE DOC DOES NOT CARE ONE WAY OR THE OTHER! I AM NOT A YOUNGSTER ANY MORE SO IT IS NOT EASY I AM NOT ASKING FOR ANYTHING SPECIAL JUST WHAT I'M SUPPOSED TO GET. THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY

Henry Raymond Tafoya

DATED THIS 25 DAY OF AUGUST, 2008

HENRY RAYMOND TAFOYA
REG. NO. 40786
C-H-1 , 1-L-1
C.T.C.F.
P.O.BOX 1010
CANON CITY, COLORADO 81215-1010

HONORABLE JOHN L. KANE C/O
SPECIAL MASTERS BORCHERS
DAVIDSON, PRINGLE
LEGAL RESOLUTION CENTER
7907 ZENOBIA STREET
WESTMINSTER, COLO. 80030

AUGUST 10 2008




RE: FAILURE TO FOLLOW AND/OR TO COMPLY WITH FINAL ORDER OF SPECIAL MASTER DATED MARCH 19,2008 AND ORDER DATED JULY 18th 2008

HONORABLE JOHN L. KANE, SIR,

In October of 2007 a hearing was held to determine if the CDOC was in complaince or if they (CDOC) had violated the Order in Montez.

In March of 2008 special master the Honorable Richard M. Borchers ruled that the DOC did [illegible] violate Montez, see Final Order of Special Master dated March 19th 2008. Since then March of 2008 the DOC made me go without medication from 3-15-08 to 4-26-08 which was a total of eleven (11) days. (I ran out on 4-15-08 and I didn't get them until 4-26-08! Then on May 26,08 I ran out and did not get my medication until June 8,08, thats thirteen (13) days. Then on July 8,08 I ran out again! On July 12,08 I recieved my medication, thats 4 more days I went without.

This month I went without for two days, I know thats not much but it shows that the DOC does this on a regular bases!

My body goes through alot of changes when I don't or am unable to take my medication, my blood sugar is either too high or too low and it doesn't take long for it to bother my body "but" it takes days to regulate my body back to normal where it should be.

Please find medical kites that I have sent into medical for my medicine and a list of the dates I recieved my medications! I also have the medication cards that the medication comes in. I would have sent the cards too but they are real bulky.

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY

Henry Raymond Tafoya
HENRY RAYMOND TAFOYA

DATED THIS 25th DAY OF August ,2008

Henry Raymond Tafoya
Reg. No. 40786
C-H-1 1-L-1
C.T.C.F.
P.O. Box 1010
Canon City, Colo. 81215-1010

Honorable John L. Kane c/o
Special Masters Borchers,
Davidson, Pringle
Legal Resolution Center
7907 Zenobia st.
Westminster, Colo. 80030

August 10, 2008

Re; Failure To Follow And/or To Comply with Final Order of Special Master Dated March 19, 2008 And Order Dated July 18th 2008

Honorable John L. Kane Sir:

In October of 2007 A Hearing was held To determine if The DOC was in Complyiance or if They (DOC) had violated The Order in Montez.

In March of 2008 special Master The Honorable Richard M. Borchers Ruled That The D.O.C. Did violate Montez See Final Order of Special Master Dated March 19, 2008. Since Then March of 2008 The DOC made me go with out Meds from 3-15-08 To 4-26-08 which was A Total

#2

of eleven (11) DAYS (I RAN OUT ON 4-15-08 AND i didn't get them UNTILL 4-26-08! Then ON MAY 26, 2008 i RAN OUT AND did NOT get my Medication UNTILL JUNE 8, 2008 Thats Thirteen (13) days Then ON July 8, 2008 i RAN OUT Again! ON July 12, 2008 i Recieved my Meds Thats 4 more days i went with OUT. This Month i WENT with OUT For Two days i Know Thats Not Much but it shows That The D.O.C. Does This ON A CONSTANT bases! MY Body goes Thru A lot of changes when i don't OR Am UNAble To TAKE my Medication my blood SUGAR is Either Too Hi OR Too Low AND it dont take Too long for it To Bother my Body but it TAKES Days To Get it (MY BODY) back To where it should be. Pleas find Medical Kites That i sent into Medical for my Medicene AND A list of The Dates i Recieved MY Meds! I Also have The Med. CARDS That The Medication comes IN. I would have sent The cards Too but They Are Real bulky.

THANK YOU FOR YOUR Time IN This Matter.

Respectfully

Henry Raymond Tafoya

HENRY RAYMOND TAFOYA

Dated This 23 DAY of April, 2008

DC Form 850-04A (07/01/07)

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

C-CT07/08-323

**Grievance Number** C-CT07/08-323 **STEP (Circle One)** 1 (2) 3 **ADA?** Yes ☐ No ☑

| NAME Tafoya, Henry | DOC NO. 40786 | FACILITY CTCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: THIS GRIEVANCE CONCERNS MY NOT GETTING MEDICATIONS THAT YOUS IN THE Medical DEPARTMENT ARE SUPPOSED TO ORDER when we RUN OUT AND WE PUT KITES IN TO YOUS SO THAT YOUS CAN ORDER THEM. I PUT IN KITES STARTING THE WEEK OF THE 5th OF MAY! I DIDN'T RECIEVE THEM UNTILL THE 8th OF JUNE. THE MEDS I ORDERED ARE:

| | | | |
|---|---|---|---|
| Glucophage | 500 | mg. | 4-15-08 & 4-22-08 |
| HCTZ | 25 | mg. | 4-15-08 & 4-22-08 |
| HYTRIN | 5 | mg | 4-15-08 & 4-22-08 |
| ASPRIN | 81 | mg. | 4-15-08 & 5-19-08 & 4-22-08 |
| ZANTAC | 150 | mg. | 5-14-08 & 4-15-08 |
| LOPRESSOR | 50 | mg. | 5-23-08 & 4-22-08 |
| ZOCOR | 40 | mg. | 5-14-08 & 4-22-08 |
| L-THYROXINE | 0.1 | mg. | 5-23-08 & 4-22-08 |
| ZESTRIL | 10 | mg. | 5-23-08 & 4-22-08 |
| ACTOS | 45 | mg | 5-23-08 & 4-22-08 |
| Colace | 100 | mg. | 5-23-08 & 4-22-08 |
| HYTRIN | 5 | mg | 5-23-08 & 4-22-08 |

I Need To Get MY Meds ON Time

Thank You

| DATE: June 16, 2008 | OFFENDER SIGNATURE Henry R. Tafoya #40786 |
|---|---|
| DATE RECEIVED: | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID |

**RESPONSE**

According to the mar. You picked up meds any where from 4-26-08 - 5-11-08. Your meds have been ~~out~~ available. Grievance denied.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 6/25/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # [signature] RN II 13472 |
|---|---|

**RECEIPT**: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

| DATE: 6/18/8 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # [signature] |
|---|---|

**RECEIPT**: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: 7-2-08 | OFFENDER SIGNATURE/PRINT NAME & DOC # HENRY TAFOYA |
|---|---|

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"



6-16-08