IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Court on the various letters submitted to the Court (#3924; #3925; #3926; #3927; and #3928). All of the letters request individual relief through intervention of the Court.

    Claimant has been advised on multiple occasions that there is a significant question that any jurisdiction exists to adjudicate an individual request for relief. Under the *McNeil* case, the remedy that Claimant has is to send his concerns and complaints to class counsel. The pending jurisdictional issue must be resolved before any action may be taken on the complaints of Claimant.

    IT IS HEREBY ORDERED that the letters of Michael Collins are accepted for filing and will held in abeyance.

    SIGNED this 28th day of April, 2009.

                                     BY THE COURT:

                                     */s/ Richard M. Borchers*

                                   _____
                                   Richard M. Borchers
                                   Special Master