US DISTRICT COURT
901--19th Street
Denver, Colorado 80294

JESSE MONTEZ/ ET AL
V
BILL OWENS/ ET AL

PARTY WITHOUT COUNSEL
Jill Coit 86530
P.O.Box 392005
Denver, Co 80239



**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

CASE NO. 98 cv 870 EWN OES   **APR 2 9 2009**

**GREGORY C. LANGHAM**

CLERK

NON COMPLIANCE WITH MONTEZ REMEDIAL PLAN DESIGNATED DWCF - DENVER WOMEN'S
FACILITY DOES NOT PROVIDE FOR BASIC OR CHRONIC CARE NEEDS OF MOBILITY/
VISION IMPAIRED OR COMPOUND CONDITIONS ACCORDING TO STANDARD CARE
THAT IS BASIC TO MEDICAL CONDITIONS --- Ice, etc

    I am a member of Montez under mobility impaired when this classif
icationwas granted to meby Judge Pringel I was in a wheel chair and have
knee and foot conditions that inhibit me from walking,standing, bending,
squatting without pain and swellen knee joints.
    Under Montez Remedical Plan V Placement female inmates are to be
placed at designated facilities that accommodate their physical
impairments disabilities.
    Under VI Designated facilities  B Female Institutions only Denver
Women'S  facility is listed. I wish toinfomr this court that DWCF is
not prepared nor does it accommodate chronic care or mobility impaired
or for that matter visually impaired inmates. I offer as proof the following

(1.) Mobility impaired inmates.

A. I have swollen knee joits due to torn menusis tear,my right knee swells
daily and specialist have ordered that ihave ice for swollen joints (hands
also swell but I canit get them listed under montez)
    DWCF does not prescribe ice for swellen joints orpain which is the
standard medical treatment for swollen joints. see exhibit 1. which
states," Attention All Offenders  Ice will no longer be issued by medical
Place a cool cloth over the qaffected area as needed. "
    Unreal. Only two female inmates are allowed ice 1. Dareleen Spears
because she can not take any more increase in pain medication and one
inmate on dialise.
    However if you live in unit 3 C or 4 (The drug uses inmates are
allowed ice for their drinks or swollen joints. Now why would only drug users
usese in the Therapic Community (TC) be allowed ice and not medical
inmates that specialist list need ice. Because that isthe only working
ice machine in units 1, 2 or 3. All ice machine are broken and DWCF
says they donot have the money toget new ones.

 .I NEED ICE TO PUT ON MY SWOLLEN KNEES ,intersting fact inmate Spears
is allowed to live on the second floor, why is an inmate that is under
MOntez and uses a cane and has an aid tohelp here clean her cell and
do toher duties on the second floor. Easy,if DWCF medical likes you,
you  get special privileges. UNreal.

B. DWCF refuses toobey specialist orthers recommendations

B. DWCF refuses to obey specialist orders recommendations.

How do they get away with this, easy, they have this neat little clause stating that no disability impairment is permanent. No order or recommendation is for morethan  6 mnths. See exhibit 2 letter dated 9-15-06 by Dr. Pollack, MD (he is no longer employed by DWCF but his order stands)  It says, ''NO restriction will be permanent as conditions tend to change, so six months will be the maximumtermof any restriction. Restrictions, of course, are subject toreview by the Health Services Administor.'' Exhibit 2

1) Nice little sentence paragrqph.With this they can get away with taking away my wheel chair after all allthey have to dois to get DWCF medical to say my wheel chair is no longer needed. Donit have to have magically gotten well or been given any new treatment or surgery, you can just magically get well.

2) NOT only that but your specialist orders recommendation isno longer valid becaue i have only gotten to see certain specialist once in 10 years my conditions have gotten worse not better because no surgery or treatment was performed. I have been told my knee-torn menusis tear is no longer operatable because I am now to old. It is not cost effective. Told to put ice on my knee when it is swollen and to put heat when it is painful (per specialist)

3) DWCF medical claims specialist orders recommendations are only good for 6 months and that they doctors know more than the specialist NOW they are claimming  that if Montez does not list it they do not have todoit. So Basically they are using MOntez Against us.

C. 1. DWCF medical willnot provide  extra blankets any more. I have had a permit to have two extra blankets since 1997. But now medical will not renew my permit to have extra blankets. I am  65 years old and have an auto immune disease. I am constantly cold. According to DWCF they took my cell temperature (Unit 3 A) All of unit 3 is cold. Just ask  85 percent of the population in unit 3. Some cells are cold in units 1 & 2 but not like unit 3.

2, DWCF takes a meat kitchen  thermometer and places it in your cell for 5 minutes and tells me that is is ok temp wise. Unreal.

3 See exhbiti 2 , third paragraph. it says,¿ Medical prescriptions are not required for tennis shoes or common-sense practical items (such as blankets, mattresses, pillows) so prescriptions willnot be writtend for them.

a.I need extra blankets. I sleep in my sweats and place my coat over me for  warmth. I have purchased an extra blanket. You need to know that the  BLAMKETS are not real blankets but are bed covers, very thin adnwe must use them winter and sumer, they are ok for summer but not for winter. I am attaching a piece of blanket to this motion.

b, I also havea medical  blanket that was given to me at CWCF but since i filed this it will probably be taken away. It is on my property list but property list mean nothing, medical itemscan be taken away by unit staff without even medical being consulted. NO way to get medial item back once it has been thrwo own away by staff. Medical says no money for replacement items thrown away by unit stqff

Page 2

2) A. Wait you will love this, see Exhibit 2, Paragraph 3. It says, Self -treatment with ice or heat can be used when appropriate only when compatible with security so medical recommendations for these may be written incase of acute injoury for specific brief periods only.

1. Self treatment- I have had a kite in to medical for 6 weeks but told not enough providers that physicals for incomming and MOntez come first.  To be seen by DWCF medical unless your bleeding or can convince the unit officer to verify that it is an emergence can take up to a month under normal conditions.
   The fact that housing staff get to describe your medical emergency to medical  is illegal- they practice medicine without a licenc or training. EVen if your willing to pay the $5 charge, you still can not get to to see medical. Medical has a DWCF staff/officer answering the phones. they get to tell you "To put in a kite." That is the standard response.

2.  Ice  and heat can be used when appropriate only when compatible with  security.
a)   Lets see ,I was ordered by specialist to put heat on my knees , back, hip and feet for pain. Yet there is no micro wave in my unit. So how do I provide heat, (we have already covered the no ice problem.)
b)  Besides, micro waves are not supposed to be used for heating a towel to be used as a heating pad. I once filed a grievance and was told to use microwave for heating pad. But facility says can't so wheere does that leave me.
c)   I 11 tell you, it means DWCF has again violated Montez where it states Specialist orders are to be obeyed.
   I had a heating pad in CWCF But  DWCF says no heating pads.

3)  HOW can DWCF be the designated facility when it does not allow ICE or HEATING PADS for chronic serious medical on going disabilities/ impairments.                                            mobility

4)    The men's facilities all have ice and heating pads when ordered. ONLY  DWCF does not prescribe ice for swollen joints. Medical told me that if I filed this they would say that ice can be issued for 3 dyas at a time but rememver it takes a month toget into see medical and it cost $3. per visit. So how can they prescribe ice for more than 3 days, easy, Court must tell medcal to follow standard practices for prescribing and following specialist orders for mobility impaired inmates. Yes I know this court does not want to get into ordering DWCF To do medical  procedures, But  MONTEZ states CDOC must follow Specialist orders and DWCF is not doing that. So need something with teeth to force DWCFto comply.

page 3

5. OR this court could do the unthinkable. ORDER CDOC to provide the Disabled impaired inmates to be housed at a facility that can provide the medical attention,treatment and standard care for its mobiity, visually and compound conditions needed. IE 'FORT LYONS

a, The men have Fort Lyons, women have nothing. Disabled and mobility impaired inmates are placed within general population which places them in danger of physical injury and threats.

b, CDOC does not meet the mobility needs of its disabled inmates. There are no automatice doors, cells do not meet the needs of those in wheel chairs or that can not bend, squat or see.

c, There are no visually impaired cells, accommodations or for that matter accommodations given for visually impaired. The law library and library have a maginfication plastic sheet to use but that is all.

A) So far only Barbara Freeman and I have loss vision proven by Denver Health (impairments.) But CDOC and DWCF refuse to even acknowledge or accommodate our loss of vision condition. I will file seprate motion of non complaince on this but according to your narrow interperation, if an inmate suffers a loss of vision a fter they have been screened Monte does not cover them. Only new inmates get covered. Why, and why only for diabetes.

6, Anyway, DWCF does not comply with Montez Remedical Plan and Stipulations They do not follow recommended specialist orders or provide basic care for mobility impaired.

Wherefore I asks this court to ORDER DWCF to provide what specialist recommend for the mobility impaired disabled inmates by providing ice and heating pads as ordered. And anything else this court deem appropraite to include extra blankets,and cell accommodations. I will address non compliance in cells at another time. Please address the issue that Specialist recommendations are in place until condition changes or return to specialist and order changes.
Respectfully,

Jill Coit

# Attention All Offenders:

# ICE will <u>no longer</u> be issued by medical. Place a cool cloth over the affected area as needed.

September 15, 2006

To: All Inmates, DWCF
From: Nathan Pollack, MD
Re: Non-prescription issues including tennis shoes and other non-medical items

Administrative Regulations make clear that for most places and activities in this facility you are authorized to wear tennis shoes or other clothing or equipment as available through the Canteen (Operational Memorandum 300-101). However, regulation boots are to be worn for visitation, outside appointments and work assignments beyond the facility's security containment.

Medicines prescribed by me or your Clinic provider will be supplied by the Pharmacy Department, available to you in the medication line. Medications which are available in the Canteen require no prescription and will not be ordered for you through the Clinic or the Pharmacy.

Medical prescriptions are not required for tennis shoes or common-sense practical items (such as blankets, mattresses, pillows), so prescriptions will not be written for them. Self-treatment with ice or heat can be used when appropriate only when compatible with security; so medical recommendations for these may be written in cases of acute injury for specific brief periods only.

The computer system does not allow your work supervisor or housing unit officer to read restrictions in detail; I will be glad to receive telephone inquiries from supervisors to outline in detail any medically necessary restriction beyond the brief characterization on the computer summary or on the current Medical Restriction outline sheet. If allergy tests confirm reaction to soaps used in the laundry, your laundry will be done separately with hypoallergenic soap.

No restriction will be permanent, as conditions tend to change, so six months will be the maximum term of any restriction. Restrictions, of course, are subject to review by the Health Services Administrator.

If you have concern that your circumstances are not satisfactory as I have briefly outlined here, you are welcome to kite your primary clinician to review your questions or concerns in more detail in a regularly scheduled appointment. (These questions are important to us in the Clinic, but are not emergencies; you will be billed appropriately for such appointments.)

Thank you for your cooperation and patience.