

US DISTRICT COURT
901-19 th street
Denver, co 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2009

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ , ET AL
V
BILL OWENS, ET AL          case number   98 cv 870 EWN/OES
Party without cousel
Jill Coit    86530
Claim number 03-129
P.O.Box 392005
Denver, Co 80239

---

NON COMPLIANCE WITH MONTEZ REMEDIAL PLAN – NOT ALLOWED TO FILE
FUTURE ADA GRIEVANCES REGARDING YOUR MEDICAL CARE

---

   Comes now, Jill Coit pro se and as a member of the Montez Class action
she is mobility impaired per Final Order  Of Special Master as of
December 2005.
   Under Montez Remedial Plan inmates are <u>allowed</u> to file grievances but
according to Cathie Holst and Dr. Frantz coit <u>is not allowed</u> to
file future grievances. This violates Montez, please issue an order
directing CDOC -Holst and Frantz to stop preventing Coit  from
filing ADA grievances. This vioaltes Coit's constitution rights under
Denial of Access to the Courts and Montez Remedical Plan.
   Coit was denied a grievance per case manger Dan DePriest to file
a grievance on last years Accommodation Resolution. See filing on
Accomodation Resolution denial.
   Again Coit is being  singled out for retaliation. Coit has looked
at many Accommodation Resolution and none of them have the clause
that "You may <u>not</u> file future ADA grievances regarding youir medical
care."
   Coit tried to file a grievance with the Medical Board but was
denied  a  grievance because Coit had <u>not</u> filed a grievance through the
the facility first. That is denial of Access to the Courts since the
Courts require that you exhaust the grievance procedure.
   Wherefore Coit request that this Court issue orders that allow
her to file future ADA grievances as Montez And ADA allow/require.
To stop  retaliation.


Sincerely,

Jill Coit          *[signature]*          4-24-09

dictated but  not read.

JC/th

Exhibit: Accommodation Resolution pg 3 -
signed 3-18-09 - By me 4-21-09

the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this resolution. You may not file future ADA grievances regarding your medical care. Please refer to A.R. 850-04 for details regarding the grievance process.
This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

_Pauly Drantz NP_  4/1/09     _Callie Aclst_ 3-18-09
Chief Medical Officer      Date         AIC                    Date

E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, Housing Supervisor, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) &
Print 2 full size copies on yellow paper & serve on offender