| | |
|---|---|
| US DISTRICT COURT<br>901-19th Street Denver, Co 80294<br>Court Address: | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>APR 29 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
| JESSE MONTEZ ET AL<br><br>v.<br><br>BILL OWENS, ET AL | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit  86530<br>Unit 3-105<br>P.O.Box 392005<br>Denver, Co 80239 | Case No:<br>92 N 870<br>96 N 343<br>98 cv 870 EWN/OES |
| VIOLATION OF STIPULATION REGARDING STATUS OF COMPLAINCE SIGNED APRIL 4,2008 NUMBER 4-FAILURE TO ASSIST COIT TO GET TO MEALS MED LINE, PROGRAMS BY PROVIDING WHEEL CHAIR ASSISTANCE— Non Compliance | |

Comes Now, plaintiff pro se and wishes to inform this court that defendants (CDOC & DWCF) are in violation of Stipulation Regarding Status of Complaince by the Colorado Department of Corrections with Montez Remedical Plan signed by court April 4, 2008.

Page 2 states, "The following remedies shall be implemented for the failure to achieve substantial complaince with the Remedial Plan by the required date of July 27, 2007."

Number 4 states, "CDOC will immediately adhere to and implement any Court Order or Special Master's Order determining the disability classification of a class member unless there is a documented and substantial change in the class member's condition to warrant a change in the classification."

Page 5 of Final Order of Special Master dated December 15, 2005 states,"The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobility impairment that substantially limit the major life activities of walking, working and perhaps performing manual tasks."

1. Coit wishes to tell this court that CDOC/DWCF is playing games again with <u>not allowing</u> its providers to be allowed to provide accommodations of providing wheel pushers and <u>ai</u>ds to wheel chair inmates who need assistance in getting to meal and programs.

2. Now no wheel chair pushers or aids can be provided to the disabled unless Dr. Frantz or Cathie HOlst has listed it on Accommodations Resolution. There have been exceptions made when the provider liked the inmate -ie Susan Bailey was given a wheel chair and pusher when my provider Jamie Harrelson, authorized it. Inmate Bailey has a permanent limp and drags one foot sometimes, she has velcro front closure shirts but apparently has no hand problems because she plays cards.

3. Coit on the other hand had her front closure shrits taken away from her in 2007 even though she has hand problems, can not make a fist has torn rotator cuffs verified by MRI and THA. see medical report of 12-12-08 which states that " She does have significant arthritis in her C-Spiine, L-spine, knee, hands, A shoulder rotator cuff tear by MRI and THA. She reports vision loss due to a CVA had sig. vision loss 20/400 in left eye. <u>I will email Frantz MD to see if I can do temporary accomodations until her ADA screening can be done.</u>

According to PA Harrelson, she <u>was denied permission</u> to assing a wheel chair pusher to Coit despite the fact that Coit had a wheel chair pusher and aid prior. Was told can't do anything to help coit except what Holts and Frantz authorize. This taking away medical staff's ability to provide even basic care or help is ludicrous. It seems only to apply to Coit's care. If I would not have this medical consultation report I would have no way to show this court of the denial of even basic care or ability to accommodate her disabilties.

4. Coit is in extreme pain when she has to push her self. Yet dr. Frantz who has never seen coit or examined her wants to do is take away her wheel chair thus causing her extreme pain and the risk of serious bodily in jury since Coit can not see and has no pheriferal vision.

5. Dr Martinez CDOC/DWCF wrote that Coit could walk 100 yard but slowly and with difficulty due to pain. See medical report dated.4-25-08 Which states, " <u>Took pt to 8 stair flight-was unable to climb the stairs -4 point cane too large for stair width also she did not feel stable even grabbing on to the wall with both hands and c/o of burning in her left knee, walked up one step at a time could not alternate l/r stepping stairs. Walking 100 yyards in clinc with can able to do today but not quickly c/o left foot pain.</u>

6. Coit was told by officer that if the building was on fire that he bet she could get down the stairs on her butt if necessary.

7. Coit constantly has the film DWCF made of her in her unit/where she was awoke from a sleep position with the intercom calling her to come to the office <u>immediately</u>. Coit just got up and hurried as fast as she could since an officer was standing just off the hall way in the opening to the day room out of view of the cammera to hurry up. What DWCF did not tell the court was that the distance Coit traveled was less then 5 body lenghts ( 25 feet) On camera you could not tell that. The camera was set up in office looking down hall. Coit returend to her her cell, laid down and then again was called to the office saying it was an emergency, officer yelling out of camera view, to hurry up. Again Coit hurried and was told to go back to cell. Coit on the third time waved at the camera. If you look you will see her elbow was not above her head because raising her arms high causes shoulder pain.

8. Coit needs assistance with bath to wash her hair due to shoulder impairment see medical report 2-2-2006.

pg 2

9. Claimant needs to remind this court that she appeared before Judge Pringle in a wheel chair. At that time her mobility impairment/disability allowed her to move about in her wheel chair using her feet for getting around. She did not use her hands because of the severe pain she gets when trying to do anything that involves repetive motion or grasping anything due to thumb pain or trying to write or type or twisting her hand in any way. Now moving wheelchair up + down DWCF walkways causes pain to legs.

10. The number 4 previously quoted states that 'determinig the disability classification of a class member unless there is a documented and substantial change in the class member's condition to warrant a change in the classification." Coit's 'permanent physical mobility impairment' has gotten worse since she has had a series of Strokes/Tia's just days after her MOntez ruling by Judge Pringle.

11. Coit needs to remind this court that Coit owns her wheel chair, it is <u>not</u> a CDOC provided wheel chair and she almost did not find it when Randy Smith then head of DWCF medical decided to punish Coit for informing this Court of the Montez Violations in July 2007.

12. Finally DWCF Doctor Fischer and DWCF medical provider Jamie Harrison gave Coit her wheel chair back when it was obvious that Coit was in such pain. Dr. Martinez also documented that Coit had hammer toes, plantar fibroma, bone spurs, etc and that walking caused Coit's feet to bleed and and have blisters. Finally Coit was sent to Specialist at Denver Health and the reordered that Coit be provided once agin Custom shoes to assist her foot problems. This was done.       3-3-08

13. Dr. Martinez documented that Coit could not use a 'cane' sucessfully due to shoulder problems ( torn rotator cuffs and/or other medical shoulder conditioins) as well as hand deforminty, arthritis and DeQuarian Disease. Apparently Cathie Holst and Dr. Frantz head of CDOC medical continues to over ride DWCF and Specialist opinion and issued Coit a cain. It is interesting to note that Dr. Frantz according to discovery request in Coit's rape and failure to protect case provided Coit with her qualifications. NO where did she receive training in working with the disabled/elderly she offered only Hospic care which is short term care not long term chronic care which is what Coit has. At some point defendants need to consider the specialist and their own physicains/medical care people who have direct contact with Coit. Since Coit's stroke in 2007 she has lost strength in her left arm/hand.

14. Coit is now totally blind in the left eye, has very limited vision in the upper half of the right eye depending up the 'floaters' and their position can she see not even 40 % in the upper half, nothing in the left half. But most important she has <u>NO Peripheral Vision.</u> This creates a very dangerous situation. Coit can not see the edges of the side walk to guide her getting around the facility. She is forced to get to meals, med line, programs and every where else she needs to go alone.

*15. Last week when there was snow storm and walkways were all iced over and snowy Coit went to the Unit 3 office and asked for help getting to meals and med line. She was informed she was <u>not ADA</u>. She showed the officer her Montez papers but he said she was not ADA so he did not have to help her. This is ludicrous , Montez is more restrictive than ADA. Coit has been in a wheel chair since 2004 and is not ADA. So she can not get assistance.

6. What is Holst and Frantz going to do next take away Coit's wheel chair and reissue her a cain that causes shoulder arm and hand pain and endangers her life because her knee gives way when she tries to walk on it. She has vertigo and balance problems and since she is elderly she runs the risk of breaking her hip or other bones when she falls, All because she is not ADA list. if not in wheelchair.

page 3

   Wherefore Coit asks that this Court order CDOC/DWCF to provide a wheel chair pusher/aid to assist Coit in getting to programs/work/ classes/ meals and med line and where ever Coit needs to go as agreed to in the Montez Remedial Plan since coit is mobility impaired. Coit needs aid for help with bathing/shampooing hair & cell cleaning, etc.
   Respectfully submitted

   Jill Coit            *Jill Coit*            4-27-09

   dictatd but not read.     4-27-09

   jd/th


4-27-09 — Drowsy again. DWCF still refuses to provide Coit with pusher to get to meals, med line, programs or anything else she needs to attend.

p. 4 —

## Colorado Department of Corrections
## Consultation Report Form

Page 1 of 2
Run Date: 12/12/2008 11:23
**REQUESTED**

**Appt#:** 109559

| | | | |
|---|---|---|---|
| **DOC #:** 86530 | **Name:** COIT, JILL | **Facility:** DW/UNIT2 | **Date Initiated:** 12/12/2008 |
| **Gender:** FEMALE | **Security:** MINIMUM RESTRICTIVE | **SSN:** 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 | **DOB:** 06/11/1944 |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** HARRELSON, JAMIE, NP | **SDD:** 03/16/3004 |
| **Request:** AUDIOGRAM | **Auth #:** | **Number of Visits:** 1 | **PED:** 03/26/3004 |
| **Location:** DENVER HEALTH | **Appt Dt:** | **Specialist:** | **DH #:** 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION:
Needs audiogram to reasses hearing loss. ? when the last test was done. Has hearing aids that are broken. Has only been using one for the past 2 yrs.
Subjective: Active Medication(s): ASA ENTERIC - 81 MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP:4/18/09 ***; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; OYST-CAL-D - 500 MG/200 IU - ONE TABLET TWICE DAILY DO NOT TAKE WITH FOSAMAX; PLAVIX - 75 MG - ONE TABLET DAILY; PREMARIN VAG CREAM - 0.625 MG/GM - VAGINALLY 1/2 APP FULL 2 X WEEKLY FOR VAG ATROPHY.; SINEQUAN - 25MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10 MG - ONE TABLET EVERY EVENING; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

I saw the offender today with numerous requests for various accommodations. i.e. tinted glasses, hearing, Velcro shirts, wheelchair pusher, table to put her papers on, hand dexterity, and lower ext. mobility issues. I advised her that she should put all of theses req. into ADA.
She brought her hearing aids down today and showed me paperwork from previous hearing aid repairs in DOC in 2002 and 2003. Per her report she has been using them for the past 20 yrs. I am unclear whether she came in with them or whether we got them. However one of them has been broken since 2004 and the other broke a couple of mo. ago. My plan is to do a new audiogram, I attempted to do the Eros can today but was unable to get the ear plugs to stay in her ears after trying 5 different sizes due to her ear canal abnormality (she has curved canals that are also small).
Additionally, I plan to put in a consult to have her hearing aides repaired after the audiogram.

She does have significant arthritis in her C-spine, L-spine, knee, hands, L shoulder rotator cuff tear by MRI and THA. She reports vision loss due to a CVA had sig. vision loss 20/400 in the lt. eye. I will email Frantz MD to see if I can do temporary accommodations until her ADA screening can be done.

Offender Coit also req. a Bone Density scan. States she has never had one and is on Fosamax and Oystershell for these.

Objective: A&Ox3 in NAD

Lungs- CTA
CV- RRR no M/T/G
Abd- S/NT/ND active x 4 (hypoactive)
MSK- limited exam, Gait w/ a limp dueto severe lt. knee pain, had sig. difficulty w/ standing, Is wearing bilat hand braces (well documented weakness in hands previously), Lt. Knee brace on, removed, Hypertrophic knee changes, large effusion at the medial aspect at the joint line, severely TTP.

Assessment:
719.45 - PAIN IN JOINT PELVIC REGION&THIGH
727.00 - UNSPECIFIED SYNOVITIS&TENOSYNOVITIS
715.94 - OSTEOARTHROS UNSPEC GEN/LOC HAND
715.90 - OSTEOARTHROS UNS GEN/LOC UNS SITE
719.44 - PAIN IN JOINT, HAND
354.0 - CARPAL TUNNEL SYNDROME
722.6 - DEGEN INTERVERT DISC SITE UNSPEC
719.41 - PAIN IN JOINT, SHOULDER REGION
99214 - OFFICE/OUTPATIENT VISIT, EST

-- ICD -------- CPT --------
Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

**DEPARTMENT MANDATED**
Page 1 of 2

# DEPARTMENT OF CORRECTIO[NS]
## AMBULATORY HEALTH RECORD

Printed By: MARTINEZ-HOCHBERG, YVETTE M
Printed at: 04/25/2008 12:16:21
Encounter#: 1659366 @ DW

| 86530 | COIT, JILL | Facility: | DW | LU: | DW/UNIT2 | 1 | D | 126 | L |
|---|---|---|---|---|---|---|---|---|---|

**SUBJECTIVE**

| | |
|---|---|
| Temperature: 97.3 | Pulse: 85 | Weight: 165 |
| Respiratory: 18 | BP: 101 / 83 | |

Vitals Taken: PULSE OXSYM=95.00;

Active Medication(s): ASPIRIN CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 10/7/08***; CHLOR-TRIMETON - 4MG - ONE TABLET TWICE DAILY AS NEEDED; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; OYST-CAL-D - 500MG/200 IU - ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; SINEQUAN - 25 MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

ADA evaluation today
pt asks for hearing, vision, mobility accommodations
also asks for shoe lift-this was okayed per PHP 2/08-will give referral to rae rice for DME scheduling
also consult for wrist braces made but denied-pt was given orthoclast type braces but they were not conducible to use with her cane-too bulky
pt had been in wheelchair previously but now uses 4 point cane w/o problem in general-today she is hurting more by history but when I have seen her in the clinic and in passing uses cane w/o problem

also pt w/ h/o of posterior knee ligament tear with meniscal involve-saw DHHa 3/08 and injected asked for pt to rtc in 3 months
pt states injection w/o help

pt states had a neuroma removed in past from left foot but continues to have pain-was told be podiatry she needed special orthotics for feet and shoe lift

**OBJECTIVE**

msk: left knee with brace on , anterior drawer but neg mcmurray, romi, left leg discrepancy for length 36 inches, right leg 35 inches, left foot with 2nd hammer toe and distal plantar fascia pain with palpable thickening medially of tendon
UE: weakness right sided to grasp and bicep/tricep motor, with pain on wrist flexion and manipulation right side,
ent: fundi benign, eomi, perrla, vision 20/30 right corrected, 20/100 left corrected-can see only shadows and black at this level, ou/both eyes are 20/30 corrected. pt able to hear me without my speaking face to face with her , I went away the corner to open the door wider , she was in the room, I was still speaking to her and she was able to hear me

took pt to 8 stair flight-was unable to climb the stairs - 4 point cane too large for stair width also she did not feel stable even grabbing on to the rail with both hands and c/o of burning in her left knee. walked up one step at a time could not alternate l/r stepping upstairs.
walking 100 yards in clinic with cane able to do today but not quickly c/o of left foot pain

(in addition-asked me to look at mole on right breast has grown-appears to be a seborrheic kerotosis, pt has smaller versions on her back-spoke to patient about course of these moles-benign will grow and at times fall of-recommend baby oil to keep the lesion soft.)

---

Allergies

EXHIBIT

FAX info to headquarters with plan

consult podiatry for hammer toe

DME ok -give to rae rice for scheduling

feel once pt has insert or shoe lift for leg discrepancy will help much of her back and even knee pain

await f/u DHHA for knee eval ? repair -old trauma

wrist braces -still using her old ones-denial of wrist orthosis faxed to HQ-will resubmit referral 3rd time

last dhha eye note faxed to HQ

APR 25 2008

Outside Consultation#: 99904 - Level: 1 MONTH - Request: PODIATRY - Location: AURORA/NORTH

Outside Consultation#: 99906 - Level: 1 MONTH - Request: DME - Location: ACTION POTENTIA

Datetime: 04/25/2008 11:42

Providers: MARTINEZ-HOCHBE, YVETT

---

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 04/25/2008 11:42    Provider: MARTINEZ-HOCHBE, YVETTE    DateTime

# Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Appt#: 97430
Run Date: 03/03/2008 10:25
**REQUESTED**

| | | | |
|---|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 03/03/2008 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: MARTINEZ-HOCHBE, YVETTE M, | SDD: 03/16/3004 |
| Request: ORTHOPEDIC | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: DENVER HEALTH | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 63 Y/O W POSTERIOR MEDIAL MENISCUS TEAR AND COLLATERAL LIGAMENT TEAR, LAST MRI 2007 CONFIRMING THIS-NEEDS ORTHO REFERRAL TO DETERMINE NEED FOR ARTHROSCOPY AND OR KNEE REPLACEMENT OR REPAIR-PROBLEM-USES CANE FOR MOBILIZATION, PAIN W/ ROMI -KNEE OTHERWISE STABLE AT THIS TIME
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: YES, Orthopedic surgeon for ANY ONE of the following:Orthopedic surgeon for ANY ONE of the following:
Significant joint laxity with recurrent episodes of locking, buckling, effusion, and pain

Knee MRI showing meniscal tear or anterior collateral ligament tear

URGENCY OF NEED V. REMAINING SENTENCE:LIFE W/O PAROLE
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY:USES CANE WHICH IRRITATES WRIST PAIN AND SHOULDER PAIN
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION:NO -SUBSEQUENT DUE TO SEXUAL ASSAULT DURING INCARCERATION
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NONE
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: YES
8. PAIN COMPLAINTS/BEHAVIOR: AS ABOVE, CHRONIC PAIN
9. RISK AND/OR COST BENEFIT: REPAIR KNEE AND PT WILL BECOME MORE MOBILE

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |

| | | |
|---|---|---|
| Provider Signature: | *Electronically Signed* | Date: 03/03/2008 10:25 |
| Provider Name: | MARTINEZ-HOCHBE, YVETTE M , MD | ymmartin |

*Even DW (T - doctors contribute [illegible] injury from sexual assault to medical problem that need [illegible]*   Dr. [illegible] 3

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners  Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

*Provider's – this form is meant <u>only as a guideline</u> not as a definitive determination of disability
Please circle your response

**RECEIVED APR 2 5 2008**
Office of Correctional Legal Services

## PROVIDER ADA SCREENING FORM

| INMATE NAME: Coit, Jill | DOC #: 86530 | CURRENT FACILITY: DWCF | DATE FORM COMPLETED: 4/25/08 |

### PART I: PRE-SCREENING INFORMATION
1. Were staff observation forms received and reviewed prior to screening? YES **(NO)**
2. Do these observation reports indicate that the inmate may have medical problems? YES   NO   **N/A**

### PART II: SCREENING OBSERVATIONS
1. Chief complaint. (Identify the problem/disability that the inmate is complaining of) __Multiple - see encounter__
3. What **major life activity** is *substantially* limited by the inmate's chief complaint (circle all that apply)
 • None **(Walking)** Eating **(Seeing) (Hearing)** Speaking Breathing Learning **(Working)** **(Caring for oneself)** (bathing, dressing, using the restroom)   Performing manual tasks

### MOBILITY
Is this inmate able to ambulate without an assistive device? YES **(NO)**
Is the inmate's gait normal? YES **(NO)** **(WITH)** or WITHOUT assistive device?
By inmate report, how far can the inmate walk? ____ or **(NA)**
By staff observation, how far can the inmate walk? __100 yds__ or NA
By personal observation, how far can the inmate walk? __100 yds__ or NA — 4-25-08
Does inmate have any difficulty negotiating stairs? **(YES)** NO __holds onto railing w/ both hands__
Does this offender participate in physical activities? YES **(NO)**
    Which activities? (soccer, basketball, weight lifting, treadmill, etc...)
Abnormalities on musculoskeletal exam? **(YES)** NO
**DOCUMENT THIS EXAM ON ENCOUNTER**

### DIABETES    N/A
Does the inmate have diabetes? YES   NO   Insulin Dependent? YES   NO
Is inmate's diabetes is controlled? YES   NO
Is the inmate compliant with their medical treatment plan for diabetes? YES   NO
If No, Explain ____

Does inmate have evidence of:
    Retinopathy   YES   NO
    Neuropathy   YES   NO
    Nephropathy  YES   NO
Does the inmate require snacks and/or other dietary modifications to manage his/her diabetic condition?
YES   NO
Has the inmate received appropriate diabetic education? YES   NO

### VISION
Inmate complains of difficulty seeing (circle all that apply)
 • TV    Reading papers/documents    **(Reading signs)**    Seeing landmarks    Officer gestures
   **(At Job/work)**    Programs/education    __Glare affects vision__
Did you observe any difficulty with inmate navigating surroundings? YES **(NO)**
Is the inmate's vision condition expected to improve within 6 months? YES **(NO)**
What is the inmate's visual acuity? **(L)** __20/100 only saw shadows__ 20/30 **(R)**
CORRECTED L __20/__ R __20/__   UNCORRECTED L __—__ R __—__
Does the inmate have a medical need for contact lenses rather than glasses? YES **(NO)** Dx: ____
__Needs glasses to decrease glare.__

### HEARING
With back turned at desk, ask inmate a question in a regular tone and then talk softly. Can the inmate hear and respond to your questions? **(YES)** NO

[signature]

## D.W.C.F UNIT THREE (3)
## Case-Management Kite

| OFFENDER | DOC# | POD/CELL # | CASE MANAGER NAME |
|---|---|---|---|
| Q Cort | 86530 | O-102 | M. Turner |

**REASON FOR KITE (PRINT CLEARLY)**

Please arrange me to CMS. I was to Cert but then went to CWC for 3 days Vdrew Rec Team TD get back in trouble to Mr. William D, it takes a grown refusal to Rage Begging the prisoner I gen- need to Back to class Thanks, Mr. Commings angel Mrs. Return

**OFFENDER SIGNATURE & DATE** Bill Cort 4-7-04

---

**CASE MANAGER ONLY**

You returned from C.W.C.F. with a host of new medical restrictions and a wheelchair. Consults you have a restriction limiting you to (2.0) - Two hours of continued activity. I would need documentation from medical staff stating you could medically be able to participate in any classes/programs excluding Titus - Two Hour Restriction. A.J./0/01

**CASE MANAGER SIGNATURE & DATE:** ct 4/9/04

**ANY QUESTIONS CONCERNING CANTEEN, C.I.P.S, AND MEDICAL (MUST USE SEPARATE KITE).**

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

**FOLLOW-UP**
Page 1 of 1

Printed By: HARRELSON, JAMIE
Printed at: 02/08/2006 09:10:16
Encounter#: 1143849

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; BENADRYL - 50 MG; MIDRIN - 65/100/325; XYLOCAINE JELLY - 2%

Temperature: 97.7    Pulse: 94    Weight: 163
Respiratory:    BP: 110 / 84
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**
Allergies: PENICILLIN G

advised the patient of her carotid doppler studies.

Due to the patients physical limitations the patients needs to have her legal papers waist high and also needs assistance w/ bathing and other activities of daily activities.

**OBJECTIVE**

Offender Copy

**ASSESSMENT**

EXHIBIT _____

EXHIBIT ___2/6_____

Datetime: 02/08/2006 08:56    Providers: HARRELSON, JAMIE

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 02/08/2006 08:56    Provider: 5053    DateTime _____

**DENVER WOMEN'S CORRECTIONAL FACILITY**
Offender Job Description

*/ aid / wheel chair pusher -*

**JOB TITLE:** Offender Assistant

**WORK AREA:** Facility

**NORMAL WORK HOURS:** As Needed

**PAY SCALE:** $ .60 a Day

### CAPSULE JOB DESCRIPTION:
Assist offenders who are physically handicapped in any way they need assistance. This will include pushing offenders in wheelchairs to appointments, classes, visiting, clinical, etc. This may also include cleaning rooms and helping with personal projects.

### SPECIFIC WORK DUTIES:

1. Transport offender to meals.
2. Transport offender to appointments, classes, canteen, property, etc.
3. Take offender to visiting when they are paged for a visit. Give visiting staff your name, number and unit so they can page you to pick up the offender when the visit is completed.
4. Help offender clean cell and/or make bed.
5. Assist offender in any type of evacuation from the cell house.
6. Pick up meals from the dinning hall if offender cannot make it to meals.
7. Help write kites and/or letters.
8. Assist offender with bathing if needed.
9. Follow any medical orders for assisting offender such as watching for seizures, difficulty with breathing, etc.
10. Go to medical for supplies or to exchange an oxygen tank.
11. Assist offender with personal laundry.
12. Assist offender with getting dressed.
13. Help offender perform other simple duties that the offender can not do for themselves.

**SPECIAL REQUIREMENTS:** No Class I disciplinary convictions in the past year; no Class II disciplinary convictions in the past six (6) months.

I have read and understand the above rules and duties and am aware that there may be additional responsibilities and duties required by my work supervisor.


Offender Signature/DOC No. _____   Date: _____

Supervisor Signature _____   Date: _____

*Cort is refused wheel chair pusher — aid — or assistant.*

*Exbt 7*