

| Court Address:<br>US DISTRICT COURT<br>901--19 th Steet<br>Denver, Co 80294 | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>APR 29 2009<br>GREGORY C. LANGHAM<br>CLERK |
|---|---|
| JESSE MONTEZ , ET AL<br>v.<br>BILL OWENS, ET AL | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit 86530<br>Calim number 03-129<br>P.O.Box 392005, Denver, Co 80239 | Case No:<br>9 r c v 870<br>ᄂᄂ w/ oᄃs) |
| VIOLATION OF MONTEZ REMEDIAL PLAN REGARDING VISION IMPAIRMENT<br>and OBEY SPECIALIST RECOMMENDATION ON GLASSES AND COMPUTER PROGRAM ||

Comes Now, Jill Coit pro se and member of Montez Remedial Plan who has a permanent Montibility impairment according to Special Masters Final Order, Judge Pringle.

At the time of Coit's Montez hearing she was not visually impaired to the point of qualifying for Montez vision imapirment. Under Mntez Remedial Plan V. Placement, A Categories & Criterial for Special Placement 1. Permanent Mobility Impairment 3. Permanent Vision Impairment," Inmates who are permanently blind or who have a vision impairment not correctable to central vision acuity of 20/200 or better, even with corrective lenses." 20/200

Coit feels she qualifies for vision impairment because begining in 2005 she began to have a series of Strokes/Tia's that got progressively worse. She now has total blindness in the left eye and lost 35 to 40 percent vision loss in the right eye. This does not include the floaters she has at any time that inhibit her upper part of her vision in the right eye. She has no peripheral vision at all so she falls down all the time. She has finally be given her wheel chair back due to knee, foot and hip problems that prevent her from walking without pain.

Please address the following issues: A thru B

*Issues that need to Be addressed for Visual impairment*

A. ~~4.~~ According to AIC coordinator, Cathie Holst Coit or any inmate must be totally blind to qualify for vision ~~Imp~~ impairment. Coit has medical records/reports from Denver Health Ophthamology showing that she has a visual field defect. Specialist told Coit that her brain did not get the proper blood flow therefore she lost her 94 ~~S~~ vision. Coit continues to have Tia's/strokes.

B. *Montz and* ~~5.~~ Inmates who were not incarcerated at time of Montez still get ADA accommodations. Coit can not get the special glasses Denver Health Ophthmalogy ordered/recommended. DOC claims that Specialist recommendations are not orders and that they do not have to obey the Specialist they send an inmate ~~to~~.

C. ~~6.~~ Specialist (DH) stated that Coit was to have tinted glasses. He also stated that it is imperative that she wear special glasses that are safety glass that will not shater or break because if she is hit in the right eye she could/will be totally blind.

D ~~7.~~ Coit offered to pay for the special glasses but DWCF said no. They allowed inamte Wanda Crawford purchase her special tinted glasses for her vision impairment. Coit has special tinted sunglasses that are safety glass that Denver Health(DH) Ophthalmologist recommended but the right lense is not correct. The left lense prescription does not matter because Coit is totally blind in the left eye.

E ~~8.~~ Coit request that she be allowed to have the right lense corrected to reflect her proper prescription. She will send out her glasses and they will be repaired/changed prescription and then mailed back into her facility. It can not be a security risk because Coit already possess the glasses. *But CDOC/DWCF said "No"*

F ~~9.~~ Coit was examined by DOC eye care and he wrote that she was to have tinted glasses but DOC does not provide according to their Administrative Regaulations tinted glasses. AS stated above, this rule is over ridden when needed, see Wanda Crawford exception.

D ~~10.~~ I understand in todays tightened budget that DOC does not have extra funds for special glasses but I need them and am willing to pay for them myself so why should I be denied proper and recommended medical care when other inmates are allowed the same glasses.

H ~~12.~~ The risks of eye injury and total blindneess if recommended safety glasses are not allowed or provided are great.

I ~~13.~~ Coit can not participate fulling in DWCF/CDOC programs offered to inmates. Coit needs an/enhancer for her compter ~~in Graphic Arts~~ *screen* program and was told that Holst did not list her a having a vision impairment so she is not entitled to computer screen enhancer so that she can see to read instructions and computer program. Coit *is* enrolled in Graphic Arts program. Coit had her cell mate read the book to her because she can not see to read normal size print. *Why are not computer screen enhancer prov*

*not in graphic arts now* 

J ~~14.~~ DWCF doctors/medical staff has written orders that Coit is not to type or write except to sign her name. Yet coit is denied a use of a computer. Specialist also wrote that Coit was to use a voice activated computer program so she could write due to her hand disability. *24 4*

K ~~15.~~ Holst states that DOC does not have to accommodate her hand mobility/disability even though Judge Pringle mentioned performing manual task in his final order.

L ~~16~~. Holst continues to state that Coit does not do the paper work or cooperate with ADA/Montez requested information. Coit submitted to Judge Pringle copies of medical records dated and Judge Pringle did not fall for that lie since Cathie Holst legal phone number was stamped at the bottom of the fax.
Coit fills out and signs all forms sent to her.

M ~~17~~. DEnver Health Outpatient Encouter Eye Clinic of 8-03-07 documented Coit being totally blind in the left eye 0/400 percent.

~~18~~. DWCF medical records dated 6-12-2008 documented Denver health findings Field Eye Study noted 35 to 40 percent vision field loss right eye.

N ~~19~~. Please see inmate Franklin, Sharlene 133452 ADA accommodations which states she has a vision impairment. " You DO HAVE A VISION IMPAIRMENT"
However it goes on to state," A DOC medical provider and the Chief Medical Officer have determined that you have a Vision Impairment that is correctable by the use of a remedial measure, ie, prescription corrective lenses. With the use of your health care device, your vision impairment does not substantially limit your ability to perform a major life activity, therefore your condition does not rise to the level of a disability pursuant to the ADA/Rehabilitation Act." Ms. Franklin wears glasses and is totally blind if she does not have them on.

O ~~20~~. Coit's vision impairment/disability is completely different. Her loss of vision(total) in her left eye and 35 to 40 percent vision loss does substantially limit her ability to perform a major life activity ie: working; walking-can't see to walk-falls down due to loss of balance-vision loss ; can't see to read normal size print; gets severe headaches due to eye strain and glare. DOC/DWCF has only fluorescent lighting that causes eye strain and migraine headaches.

P ~~21~~. Coit can't see to pick things up off the floor when she drops things. Nor can she see to type or write letters due to her hand condition.

Q ~~22~~. During an emergency she would not be able to get out safely if their was smoke with fire or navigate safely through the area without help.

R ~~23~~. No where does it state in Montez that the inmate must be totally blind in <u>both</u> eyes. According to the attorney for the Colorado Blind association, total loss of vision in just one eye qualifies for vision disability. With Coit having loss of vision in both eyes she definately is vision impaired/disabled and qualified for vision assistance devices ie: computer-enhanced screen and other technologies now available and reasonably priced.

In fact on medical ADA form Dr. Martinez wrote on 9-28-07 under eye-vision loss. '2. ~~Does~~ this inmate has vision impairment. under 2b If an assistive device is medically necessary does the assitive device remedy the impairment or disability. and she circled NO

S. No 22 In Stipulation states,'If PHP overrides a CDOC medical provider or a specialist recommendation for testing or assistive devices, CDOC wil bear the burden of ensureing that the testing is otherwise conducted and or will provide the assistive device at the expense of CDOC.
CDOC spent the money for testing on my eyse and specialist said Ineed tinted safety glasses but CDOCrefuses to provide.
Also specialist wants me to use computer for writing letters andall paper work but CDOC DWCFrefuses to provide computer or programs needed for computer, Dragaon is the voice enhanced -recognization program.
what happens now ?

Wherefore, Coit ask this Court to address these issue prior to Granting Compliance under Montez.

1) Even if Coit does not qualify for vision impairment under Montez CDOC/DWCF needs to <u>tell</u> this court what accommodations they have made for visually impaired inmates regarding cell accommodations, work, program access, medical appliances, computer access to write letters and do program requirments.

2) Since CDOC refuses to provide computer access in their librarys for visually impaired and disabled inmates and MOntez has listed visually impaired inmates under Montez then it is only fair prior being granted compliance that they tell this court what they have provided for said inmates who are visually impaired.

3) Also clarification needs to be made if the visually impaired inmates under Montez must be totally blind 20/200 in both eyes or just one eye to rate an accommodation under MOntez. If only one eye is 20/200 and the other eye has some impairment for example vision only in upper half of other eye with no peripheral vision on either side would that require some accommodation? Is so What?

4) What cell accommodations would be needed. Maybe accordian file folders so that papers and hobby craft items could be stored. File cabnets, larger pens, containers to place items into, or maybe other items allowed.

5) What about hobby crafts? Do the sight impaired never get to do knitting or would they be allowed automatic machinery to do knitting and other hobby crafts non disabled inmates are allowed.

6) All of the above need to be addressed before CDOC is granted compliance for the visually impaired. Other wise the visually impaired inmates will not be allowed hobby craft opportunities as the non disabled.

7) So far DWCF/CDOC has <u>just</u> stated that Coit does not come under MOntez for visual impairment nor according to CDOC does she qualify under ADA but according to Colorado Blind association Both Coit and Freeman are covered under ADA. Does Coit need to file a seprate law suit to be granted accommodations under ADA? It would seem that if Montez would use what power it is granted that it would not be necessary with the current financial problems in CDOC to file a new class action. If Coit does not fall under Montez, does she fall under A.D.A.

Respectfully,

Jill Coit 86530

Jill Coit

4-27-09

7) And CDOC refuses to obey Specialist orders recommendatioin on providing computer and voice recognition program-Dragon program and computer need to be furnished to Coit. If Coit does not fall under Montez then Court needs to state that so she can file under ADA violation with this Court and a New Class Action be filed.

Pt in DOC waiting Area

**DENVER HEALTH**
**OUTPATIENT ENCOUNTER**
**EYE CLINIC**

101418655
08/03/07   HSC: EYG
COIT JILL
2098863   F   06/11/1944
G08          DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (719)583-5840

☐ New patient   ☐ Established patient

Date: 8 / 3 / 07
       MM   DD   YY

Appt: 09:15   7ab
SDa CDOC

PRIMARY LANGUAGE: ☒ English   ☐ Spanish   ☐ Other _____   AGE: 65   OCCUPATION _____

DO YOU WISH TO HAVE AN INTERPRETER? ☐ Yes   ☐ No   ☐ N/A

INTERPRETER: _____ (name) _____   ☐ AT&T LANGUAGE LINE USED

☐ PATIENT REQUESTS TO HAVE SIGNIFICANT OTHER/FAMILY MEMBER OR FRIEND INTERPRET. _____ (Initial)

HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:
H/- CVA - 12/05 c̄ H/o INF VF LOSS
AION                                (B)
ACUTE ↓ VISION (L) 5/07 c̄ (L) slope

PAST MEDICAL HISTORY:  NPI   NGAN-MS

PAST OCULAR HISTORY: Head injury 1983 h/o strokes / h/o lupus
Visual field defect

Are you having pain? ☐ Yes ☐ No (1-10 or Wong scale)

**ALLERGIES:** PCN   MEDICATIONS (HERBS/SUPPLEMENTS) ASA, Amitriptylin
Morphine, Demerol                                    Chlor-trimeton, Lidocaine
                                                     Premarin Vag
Technician Signature (if applicable): _____           fosamax
PAST MEDICAL/FAMILY/SOCIAL/REVIEW OF SYSTEMS (CLINIC COPY) REVIEWED   Zolmitriptan
ATTENDING INITIALS: _____

EXAMINATION (MD):
DISPOSITION: ORIENTED - APPROPRIATE AFFECT

**VISUAL ACUITY:**                           Auto-refracted
                                             Right EYE: -.75 +1.50 x 005
sc Right EYE: 20/40⁺³  PH: ____              Left EYE:  -.75 +1.75 x 165
cc Left EYE:  /400   PH: ____
                                             Right EYE: -.75 +1.25 x 006
                                Wearing glasses
                                             Left EYE:  -1.25 +1.50 x 168
                                             +2.00

**REFRACTION:**
**MANIFEST**
                                             **CYCLOPLEGIC:**
Right EYE: -.75 +1.50 x 005  / 40⁺         Right EYE: _____
                            co
Left EYE:  -.75 +1.75 x 165 → NI           Left EYE: _____
+2.25  20/30⁺  J@  (B)

**INTRAOCULAR PRESSURE:**

Right EYE: 14 mmHg   Left EYE: 14 mmHg   Time: 10:23

(NCT)  Tonopen (at 5%)   Applanation                    noted
                                                        08/06 (L)
F00-008 (4/06) Page 1 of 4                              (A)

# Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Appt#: 102326
Run Date: 07/09/2008 15:53
*FAXED TO PHP*

| | | |
|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 06/24/2008 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: MARTINEZ-HOCHBE, YVETTE M | SDD: 03/16/3004 |
| Request: OPHTHALMOLOGY | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 63 y/o female s/p left cva with central deficit-needs special eyeware? as she cannot see lower field in that eye. Please eval for this-ADA accommodation
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: 3004
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: yes
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: no
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: no
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: difficult moving around facility and stairs as she cannot see below her
9. RISK AND/OR COST BENEFIT: avoid falling

| ICD | | CPT | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Provider Signature: | *Electronically Signed* | Date: 06/24/2008 13:15 |
|---|---|---|
| Provider Name: | MARTINEZ-HOCHBE, YVETTE M , MD | ymmartin |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners   Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

## ORTHOTIC PATIENT NOTES

Patient Name: Jill Coit
Date: 6/12-08
Orthotic Device: (B) WHFO
Side: Wrists
Diagnosis: Carpal tunnel syndrome
Physician: Dr. Martinez-Hochbe
Occupation: —
Hobbies/Interest: —
Height: 5'6"  Weight: 152 lbs  Age: 63 yo  Language: English

**SUBJECTIVE**
Patient states the goal is " fitting and delivery of (B) WHFOs and 1/2" internal shoelift (L) leg.

**OBJECTIVE**
1. Where was the patient seen: office
2. How did the patient arrive: with cane
3. Who accompanied the patient: guards
4. Skin status: Intact (Compromised) (what and where) (R) wrist swollen
5. ROM and muscle strength: —
6. Brief medical history including complicating factors in addition to diagnosis: —
7. Main purpose of this visit: Fitting and delivery of new (B) WHFOs. She received Thermal RX-D-ring WHFO size SMALL, (R) x 1 ea and (L) x 1 ea.
8. Extend of service provided during THIS visit: 1/2" internal shoelift installed in (L) shoe to compensate leg length descrepancy. The
9. List appropriate verbal or written instructions given to the patient/care giver: expected 1 1/2" needed lift do not fit in her shoes. Pt in process to try to get orthopedic shoes that the 1 1/2" lift could be installed.
10. Did the patient/care giver understand the instructions: YES  NO

**ASSESSMENT** Pt advised to wear her WHFOs as much as she needs
The patient assessment to.
I recommend that she continues heat packs to her wrists and would use speech recognizing program for typing instead of her hands on keyboard. This was documented in her facility file.

**PLAN**
1. Is follow-up appointment scheduled: YES (NO)
2. Date for next appointment: as needed
3. Adjustment completed: (YES)  NO  The patient instructed to contact office if additional service is required.
4. Delivery completed: (YES)  NO  The patient instructed to contact office if additional service is required.

Practitioner Signature _Caitn Bauumn CP_  Date 6/12-08

EXHIBIT 4



**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court



# Dragon NaturallySpeaking 5

## Quick Start

## When you see this...



...you can talk to your favorite programs!

Dragon NaturallySpeaking lets you talk to your computer instead of typing. You can talk to Microsoft® Word, Corel® WordPerfect®, e-mail, chat, and virtually any other program in which you normally type. Talking to a program while Dragon NaturallySpeaking types what you say is called "dictating."



| Installing Dragon NaturallySpeaking | Teaching the program how you speak | Dictating to the PC | Command Quick Reference |
|---|---|---|---|
| See page 2 | See page 4 | See page 8 | See inside back cover |

EXHIBIT 9 

**FOLLOW-UP**
Page 1 of 1

**DEPARTMENT OF CORRECTION** — ed By: MARTINEZ-HOCHBERG, YVETTE M
**AMBULATORY HEALTH RECORD**
Printed at: 06/27/2008 09:01:56
Encounter#: 1705181 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**

Active Medication(s): ASPIRIN CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 10/7/08***; CHLOR-TRIMETON 4MG - ONE TABLET TWICE DAILY AS NEEDED; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; LIORESAL - 10 MG - ONE TABLET TWICE DAILY PRN FOR HIP PAIN; OYST-CAL-D - 500MG/200 IU - ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; PREMARIN VAG CR - .625MG/GM - VAGINALLY 1/2 APP FULL 2 X WEEKLY FOR VAG ATROHPY.; SINEQUAN - 25 MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

dme referral fro replacement of leg brace.
pt w/ referral to urology pending
pt w/ ophthomolgy pending

back problem persists-awaiting medical shoes
ortho appt

seen by podiatry -was seen interim by ortho and will see podiatry back

hands-needs separate ortho eval for this
pt declines injection-did in past w/o help- mid 1990's  wears bilateral spica splints and wrist hurt all the time, removes braces only when eats. but wears them all other times
right > left pain

**OBJECTIVE**

msk base of right and left thumbs tender on palpation, base of right thumb with edema today, unable to do thumb to finger touch right > left, unable to close or make fist completely, flexion wrist 35 degrees and extension 45 degrees, left 45 degrees flexion and extension, pulses 4/4, right forearm atrophy vs left, sensory intact

**ASSESSMENT**

599.7 - HEMATURIA
377.75 - D/O VISL CORTXW/CORTICAL BLINDNESS
959.6 - INJURY OTHER&UNSPECIFIED HIP&THIGH
727.00 - 727.00 - UNSPECIFIED SYNOVITIS&TENOSYNOVITIS - H/O OF DEQUERVAN'S-feel condition is worsened due to prolonged immobility in splints
99214 - OFFICE/OUTPATIENT VISIT, EST

Temperature: 98.3    Pulse: 85    Weight:
Respiratory: 20    BP:       / 60
Vitals Taken: PULSE OXSYM=96.00;

**PLANS / ORDERS**

Allergies: PENICILLIN G

ortho referral

bilateral hand, thumb x-ray 6/30/08

await urology appt

EXHIBIT

recommend rom exercises for hands under warm water bid to decrease problems due to chronic braces and decreased mobility issues of wrists

recommend no typing or writing

Outside Consultation#: 102520 - Level: 1 MONTH - Request: ORTHOPEDIC - Location: DENVER HEALTH

Medical Housing Restrictions: Added: OTHR EQUIP - pt should not type or write except for signing;

Datetime: 06/27/2008 08:27    Providers: MARTINEZ-HOCHBE, YVETT

PA/NP/RD _____    PHYSICIAN _____    NURSE _____

## Colorado Department of Corrections
### Consultation Report Form

Appt#: 70122  
Run Date: 12/20/20  
REQUESTED

| | | | |
|---|---|---|---|
| DOC #: 86530  Name: COIT, JILL | | Facility: DW/UNIT2 | Date Initiated: 12/ |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/ |
| Level: 1-2 WEEKS | Tele-Med: NO | Provider: HARRELSON, JAMIE, NP | SDD: 03/ |
| Request: OPHTHALMOLOGY | Auth #: | Number of Visits: 1 | PED: 03/ |
| Location: DENVER HEALTH | Appt Dt: | Specialist: | DH #: 209 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 62 Y/O FEMALE W/ CONT. DECREASED VISION IN HER LT. EYE SINCE EPISODE 12/15/05 FOR WHICH SHE WAS SEEN IN THE ED FOR LT. ARM WEAKNESS, LT. EYE VISON LOSS, AND DIFF TALKING. PER THE E.D. THE PT. NEEDS TO F/U W/ OPTH. IN 5 DAYS. SHE STATES SHE WAS SEEN BY OPT THE ED, BUT NO NOTE WAS RECIEVED.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: Y
3. URGENCY OF NEED V. REMAINING SENTENCE: Y
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: Y
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: N
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NA
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATME
8. PAIN COMPLAINTS/BEHAVIOR: SEE ABOVE.
9. RISK AND/OR COST BENEFIT:

| ICD | | CPT | |
|---|---|---|---|
| 719.41 | PAIN IN JOINT, SHOULDER REGION | 99215 | OFC/OUTPT VISIT E&M ESTAB MOD-HI SEVR |
| 346.90 | UNSPEC MIGRAINE WITHOUT MENTION INTRACT MIG | | |
| 722.6 | DEGENERATION INTERVERTEBRAL DISC SITE UNSPE | | |
| 716.59 | UNSPEC POLYARTHROPATHY/POLYARTHRIT MX SITE | | |

Provider Signature: *Electronically Signed*  
Provider Name: HARRELSON, JAMIE, NP  
Date: 12/20/2005 17:  
J10710

*mm 2-eyes (L)*

EXHIBIT 12

Please do not discuss dates of the follow-up appointments with the offender.  
Insurance: Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375  
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S Circle Dr, Colorado Springs, CO 80906

# SINGLE FIELD ANALYSIS

**NAME:** COIT, JILL
**ID:** 2098663
**DOB:** 06-11-1944
CENTRAL 24-2 THRESHOLD TEST

FIXATION MONITOR: GAZE/BLINDSPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 1/15
FALSE POS ERRORS: 1 %
FALSE NEG ERRORS: 6 %
TEST DURATION: 06:03

STIMULUS: III, WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

PUPIL DIAMETER: 4.8 MM
VISUAL ACUITY:
RX:   DS   DC   X

DATE: 03-08-2006
TIME: 4:48 PM
AGE: 61

FOVEA: OFF

```
            23  22 | 25  25
        27  24  27 | 26  27  28
    27  28  28  29 | 30  28  27  19
30  28  25  27  27 | 30  27  30  26  23
    <0  <0  12   0 |  0   0   0   0   2
    <0  <0  <0  <0 | <0  <0  <0  <0
        <0  <0  <0 | <0  <0  <0
            <0  <0 | <0  <0
```

Totally blind on bottom of left eye

```
TOTAL DEVIATION
      -3  -4 | -2  -2
   0  -4  -2 | -4  -2   0
-1 -1  -2  -2| -1  -2  -3  -0
-4    -4  -5 | -2  -4  -1  -3  -3
-32   -18 -24|-24 -32 -25 -28 -25
-32 -32 -33 -34|-34 -34 -33 -31
   -32 -32 -33|-33 -32 -31
      -31 -31|-31 -31
```

```
PATTERN DEVIATION
       -1  -3 |  0   0
    1  -3  -1 | -2   0   2
 0   0  -1   0|  1   0  -2  -7
-2    -3  -3 | -1  -3   0  -2  -2
-30   -18 -23|-22 -31 -24 -28 -24
-30 -31 -32 -32|-32 -32 -31 -28
   -30 -31 -31|-31 -31 -30
      -30 -30|-30 -28
```

GHT
OUTSIDE NORMAL LIMITS

MD   -17.81 DB   P < 0.5%
PSD   15.18 DB   P < 0.5%

:: < 5%
░ < 2%
▓ < 1%
■ < 0.5%

DENVER HEALTH MEDICAL CENTER
DEPARTMENT OF OPHTHALMOLOGY- EYE CLINIC
700 DELAWARE ST
DENVER, CO 80204

© 1994-2000 HUMPHREY SYSTEMS

EXHIBIT 13

**SINGLE FIELD ANALYSIS**

NAME: COIT, JILL
CENTRAL 24-2 THRESHOLD TEST

86112174
03/09/06  HSC: EYE
COIT, JILL
2096693   F  06/11/1944
DOB         DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (303)307-2307   MRLO: DGOP

DOB: 06-11-1944

FIXATION MONITOR: GAZE/BLINDSPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 0/19
FALSE POS ERRORS: 1 %
FALSE NEG ERRORS: 15 %
TEST DURATION: 08:02

FOVEA: OFF

STIMULUS: III, WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

PUPIL DIAMETER: 4.5 MM
VISUAL ACUITY:
RX:    DS    DC  X

DATE: 03-09-2006
TIME: 4:38 PM
AGE: 61

Raw threshold values (right eye grid):
```
                22  23   21  23
             22 24  28   27  27  24
         24  29 25  27   29  26  25  23
    30 29 28  29 29  28   29  28  25  28
       0  17 28  27  30   29  14   6  19
          <0  6 17  15   18  18   0   6
              1  8 16   <0  23  18
                <0 <0   <0  <0
```

Total Deviation:
```
                -5 -4 | -8 -3
             -6 -5 -3 |-2 -2 -4
          -4 -1 -2 -4 |-2 -4 -4 -5
       -7 -4 -2 -3 -3 |-3 -3    -2
      -18 -13 -5 -8 -3|-4 -18   -11
        -31 -25 -15 -17|-13 -12 -22 -23
          -28 -24 -15|-33 -7 -28
            -31 -31|-31 -31
```

TOTAL DEVIATION

Pattern Deviation:
```
                -3 -2 | -4 -1
             -4 -3 -1 | 8  8 -2
          -2  2  8 -2 | 8 -2 -2 -3
       -5 -1  0 -1 -1 |-1 -1     0
      -18 -18 -3 -2 -1|-2 -18   -8
        -29 -23 -13 -15|-11 -18 -28 -21
          -27 -22 -13|-31 -5 -18
            -28 -28|-29 -28
```

PATTERN DEVIATION

GHT
OUTSIDE NORMAL LIMITS

MD   -18.85 DB  P < 0.5%
PSD   18.99 DB  P < 0.5%

Legend:
:: < 5%
⋮ < 2%
▦ < 1%
■ < 0.5%

DENVER HEALTH MEDICAL CENTER
DEPARTMENT OF OPHTHALMOLOGY- EYE CLINIC
706 DELAWARE ST
DENVER, CO 80204

EXHIBIT 14

# DENVER HEALTH
## OUTPATIENT ENCOUNTER
### EYE CLINIC

```
86112174
03/09/06  HSC: EYE
COIT JILL
2098863    F  06/11/1944
G08              DVR: Y
1:   2:   RX:   IP:
PCP:
PHN: (303)307-2307   MRLO: DGOP
```

**ATTENDING NOTE:**
Review of Housestaff Note:

3-9-06

#2 + light sensitivity — sun + fluorescent lights.

medically OK to wear tinted glasses outdoors and in fluorescent light.

**History:**

**Exam:**

EXHIBIT _____

Asse

3-9-06

Please provide this patient with tinted glasses as ordered by my physician.

Debra Brown
Denver Health
Eye Clinic
x26-8075

**Patient Education:** See Patient Plan & Orders

Technician Signature/Title/Date (mm/dd/yy) (Pager & Provider #)

Scott Oliver, MD  6749

Resident Physician Signature/Title/Date (mm/dd/yy) (Pager & Provider #)

3/9/6

Attending Physician Signature/Title/Date (mm/dd/yy) (Pager & Provider #)

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

FOLLOW-UP
Page 1 of 3

Printed By: HARRELSON, JAMIE L
Printed at: 12/12/2008 11:26:30
Encounter#: 1831398 @ DW

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | 1B |

**SUBJECTIVE**

Active Medication(s): ASA ENTERIC - 81 MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP:4/18/09 ***; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; OYST-CAL-D - 500 MG/200 IU - ONE TABLET TWICE DAILY DO NOT TAKE WITH FOSAMAX; PLAVIX - 75 MG - ONE TABLET DAILY; PREMARIN VAG CREAM - 0.625 MG/GM - VAGINALLY 1/2 APP FULL 2 X WEEKLY FOR VAG ATROPHY.; SINEQUAN - 25MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10 MG - ONE TABLET EVERY EVENING; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

I saw the offender today with numerous requests for various accommodations. i.e. tinted glasses, hearing, Velcro shirts, wheelchair pusher, table to put her papers on, hand dexterity, and lower ext. mobility issues. I advised her that she should put all of theses req. into ADA.

She also stated she refuses to see Dr. Singh again due to her previous encounter with him where he denied her everything, and that she will report him to the medical board and sue him if she has an appt. w/ him again.

She brought her hearing aids down today and showed me paperwork from previous hearing aid repairs in DOC in 2002 and 2003. Per her report she has been using them for the past 20 yrs. I am unclear whether she came in with them or whether we got them. However one of them has been broken since 2004 and the other broke a couple of mo. ago. My plan is to do a new audiogram, I attempted to do the Eros can today but was unable to get the ear plugs to stay in her ears after trying 5 different sizes due to her ear canal abnormality (she has curved canals that are also small).
Additionally, I plan to put in a consult to have her hearing aides repaired after the audiogram.

She does have significant arthritis in her C-spine, L-spine, knee, hands, L shoulder rotator cuff tear by MRI and THA. She reports vision loss due to a CVA had sig. vision loss 20/400 in the lt. eye. I will email Frantz MD to see if I can do temporary accommodations until her ADA screening can be done.

Offender Coit also req. a Bone Density scan. States she has never had one and is on Fosamax and Oystershell for these.

**OBJECTIVE**
A&Ox3 in NAD

Lungs- CTA
CV- RRR no M/T/G
Abd- S/NT/ND active x 4 (hypoactive)
MSK- limited exam, Gait w/ a limp due to severe lt. knee pain, had sig. difficulty w/ standing, Is wearing bilat hand braces (well documented weakness in hands previously), Lt. Knee brace on, removed, Hypertrophic knee changes, large effusion at the medial aspect at the joint line, severely TTP

Temperature:   Pulse:   Weight:
Respiratory:   BP:   /

**PLANS / ORDERS**

Allergies: PENICILLIN G

F/U appt in 2mo. to check on appt. status for Bone Density and hearing test.

Pending labs due in Jan.

Pt. does not want any Tyl 3 for pain due to lethergy SE, and reports not being able to tolerate Elavil, or any NSAIDS due to stomach upset. Additonally does not want cortisone injections into her knee because that is whas caused her hip to wear out.

Pt to come to clinic to sign Refusal for further F/U w/ urology for Hematuria, and For Colonoscopy. States she would rather just die than to have to deal with the stress of knowing the diagnosis of cancer.

Please Make sure the offender is made aware that Dealth could occur if undiagnosed cancer occurs w/o the above consults. (put on refusal).

D/C - Rx#: 2375115 Drug Brand Name: ASA ENTERIC - 81 MG Alternate Name: ASPIRIN Rx Date: 09/12/2008 Disc Date: 12/12/2008 Rx Instructions: ONE TABLET DAILY

D/C - Rx#: 2394202 Drug Brand Name: PLAVIX - 75 MG Alternate Name: CLOPIDOGREL Rx Date: 10/29/2008 Disc Date: 12/12/2008 Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2410579 Drug Brand Name: ASA ENTERIC - 81 MG Alternate Name: ASPIRIN Rx Date: 12/12/2008 Disc Date: 12/07/2009 Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2410580 Drug Brand Name: PLAVIX - 75 MG Alternate Name: CLOPIDOGREL Rx Date: 12/12/2008 Disc Date: 03/12/2009 Rx Instructions: ONE TABLET DAILY

Datetime: 12/12/2008 10:59   Providers: HARRELSON, JAMIE

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 12/12/2008 10:59   Provider: HARRELSON, JAMIE   DateTime 12/12/08

AR 750-04A (11/01/07)

# REQUEST FOR ACCOMMODATION

## I. OFFENDER INFORMATION: *(Please print)*

| Name: | Jill Coit | 86530 | | |
|---|---|---|---|---|
| Facility: | dwcf | | | |

RECEIVED
DEC 1 1 2008
Office of Correctional
Legal Services

## II. CLAIMED DISABILITY: *(Check all that apply)*

Mobility ✓   Hearing ✓   Other ____
Vision ✓     Diabetes ____

## III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form, the ADA Medical Release, and Functional Ability Questionnaire to the ADA inmate coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.*

1. Describe your disability: Mobility-hand-very limited use-painful, feet-hurts to walk or stand, knees-give way and fall-torn menusis tear, back hurts to bend vision-totally blind left eye, loss of vision right eye 35 to 40 percent and floaters that take away even more of my vision.

2. What information do you have to verify your disability?

    Your own DOC records, and specialist you send me to.

3. What major life activity is limited by your disability (e.g., walking, eating, seeing, hearing, breathing, dressing, etc.)?

    walking & standing, eating, getting dressed, bathing, anything over the head, need hearing aids fixed, cell accommodations, work accommodations-enhancer for computer screen, computer for programs

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? **Yes**/ No. If yes, name the job, program, or service and provide a brief description of how you were denied:

    Yes, dog program- because I was in wheel chair and could not bend even when not in wheel chair. Could not write so was not allowed in writing program hurts to hold pen.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: Need voice activated computer program, screen enhancer for computer job program, wheel chair to get to programs, aid to push and help with daily activities-dressing and meals, stand to raise cell items up to accommodate bending and hip/back problems, dark glasses

Signature of Offender *Jill Coit*

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*
Please note: DOC AR 300-38 allows you to mail materials to the AIC office via inter-facility mail, free of cost.

My job accommodations must list the fact that I can not have any job that requires writing or twising my wrist due to DeOuarivians disease/disability, that my job must accommodate by enlarging what ever is printed to that I can see to read it.

see Attachment "A"

Page 1 of 1

When calling inmate for appointment or activity did was inmate able to hear name called? (YES)   NO
Was inmate unable to hear provider's request until repeated in progressively louder manner? YES (NO)
Did inmate ask "what" frequently? YES (NO)
Did the inmate wait until he/she could read provider's lips to respond? YES (NO)
Was the inmate tapped on the shoulder or otherwise alerted by another inmate that he/she was being called? YES (NO)
Was background noise present? (YES) NO  If Yes, (LOW) MED   HIGH
Describe _an exam room_
Can inmate carry on a normal conversation with you? (YES)   NO   If No, does the severity of the inmate's hearing problem require him/her to use alternative methods of communication? YES   NO   If Yes, what type of communication is used? (circle all that apply)
- Lip reading   ASL   Hand gestures   Raised voice   Written communication
  Have others speak more slowly

### PART III: CLINICAL IMPRESSION
1. This inmate has: **no mobility issues** (**mobility impairment**)   mobility disability
1a. Is an assistive device medically necessary? (YES)   NO
1b. If an assistive device is medically necessary, does the assistive device remedy the impairment or disability? (YES)   NO
2. This inmate has: **no vision issues**   (**vision impairment**)   vision disability      20/400 Lt eye lens
2a. Is an assistive device medically necessary? YES (NO)                                     20/40 Rt eye
2b. If an assistive device is medically necessary, does the assistive device remedy the impairment or disability? YES (NO)
3. This inmate has: (**no hearing issues**)   hearing impairment   hearing disability
3a. Is an assistive device medically necessary? YES (NO)
3b. If an assistive device is medically necessary, does the assistive device remedy the impairment or disability? YES   NO
4. This inmate has: **diabetes** (**no diabetes**)
5. Can the inmate attend programs/employment/classes for a full day? (YES) NO

### PART IV: RECOMMENDATIONS
What **assistive device** is medically necessary (hearing aid, eyeglasses, (cane), crutches, walker)
_____

Does the inmate require (circle all that apply):
- special footwear - has special footwear been provided to the inmate? YES (NO) Date provided ___
- optometry visit                additional time to move throughout the facility
- an audiogram                   additional time to complete activities of daily living
- an eye spacer                  seating at an accessible table at meal times
- exemption from standing for count (wheelchair bound inmates must be seated during standing counts)
- (lower bunk)   (lower tier)   BH Rt hip artificial hip
- shower chair        knees/hips DJD+  Lt Knee menescal tear →  Refused surgery
- inmate aide to assist with (circle all that apply) cleaning cell   picking up canteen   dropping off/receiving laundry   showering   dressing   obtaining/disposing of meal tray   taking notes in classes or programs

Is a wheelchair medically necessary? YES (NO) If Yes, please answer the following:
Is the inmate capable of propelling the wheelchair? YES   NO
Can the inmate transfer safely to bed and toilet? YES   NO
Can the inmate remain in the wheelchair all day? YES   NO

Provider's Signature: _____   Date: _____

SEP 28 2007


EYE INFO

# *ATTENTION OFFENDERS*

## EFFECTIVE JANUARY 1, 2009

**STANDARD**

The guidelines for eye examinations and corrective glasses are stipulated in Administrative Regulation 700-5, "Optometry Scope of Services".

An offender may receive one (1) routine eye examination every two (2) years and one (1) pair of state-issued glasses every two (2) years if clinically indicated. Bifocal lenses will be provided as needed. Two (2) pairs of glasses will not be provided instead of bifocals.

If an offender breaks their glasses due to their own negligence, they are responsible for full replacement costs. A miscellaneous withdrawal slip must be signed by the offender prior to ordering the glasses. If offenders can verify that they broke their glasses at work, the CDOC replaces the glasses at no cost to the patient. ***(NOTE: You will need to provide a name as a point of reference to verify that someone else broke your glasses. If no name is provided, you will still be charged for replacement glasses)***

Offenders may possess only one (1) pair of glasses, which are state issued. They may NOT purchase personal glasses from an outside source. Offenders must purchase sunglasses or clip on sunglasses from Canteen as prescription sunglasses are not a covered benefit.