US DISTRICT COURT
901--19th Street
Denver, Co  80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2009

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ, ET AL
V
BILL OWENS ET AL

CASE NUMBER  98 cv 870 EWN/OES

Part without Counsel
Jill Coit 86530
Claim no 03-129

DISCRIMINATION AND RETALIATION FOR COIT FILING NON COMPLIANCE AND TELLING CDOC AND DWCF ALONG WITH HOLST AND DR FRANTZ NOT GIVING COIT SAME ACCOMMODATIONS AS OTHER INMATES THAT DO NOT HAVE AS SEVERE MEDICAL CONDITIONS AND DISABILITIES

  Comes Now, Jill Coit pro se and wishes to show this court some of other DWCF inmates Accommodations Resolutions. For example Darlene Spears has a great provider, actually the only PA here with experience in dealing with chronic inmates, gave recommendations and they were followed by Dr. FRantz and Holst where Coit's recommendations were not followed. Spears and others have No 6 In the event it is not safe for you to ambulate, or if you are unable to ambulate to the dinning area, even with the assistance of an inmate aid and/or DOC staff assistnce (e.g. inclement weakker, snowy or ice apcked walkway, construction or other obstruction of thoroughfares, DOC staff shall provide you with a meal in your cell, or no 6 which list unalbe to ambultate ot your assigned program or job. Most Accommodations Resolutions with Cane or wheelchair has this accomodation but NOT Coit's.
  Why? Or Slocum who is given a Full time aid for cleaning cell, dropping off laundry, etc. Why not Coit's accommodation resolution, Coit has been in a whel chair longer than Slocum who has lost one leg but has an artifical leg and had one prior to CDOC-artificial leg that is. Did not use wheel chair when not in prison.
  Or for example June Walker who does not use her Walker is given all the same accommodations as Slocum and Spears.

  Coit has a combination of medical conditions that are worse than any of the listed above yet has no such accommodations. Why not? Coit assertains that she is being discriminated against because she tells and reports DWCF for non complaince. Yes, Montez remedial Plan allows DR. Frants to have the over ride of medical accommodations but at what point does this court get involved when abuse of discression comes into play, and discrimination and RETALIATION get stopped?
  Wherefore Coit prays this court will order Dr. Frantz to give Coit same Accommodations as others in her class and to obey their own doctors recommendtion and specialist. See attached accommodation resolutions.

Respectfully submitted

Jill Coit      Jill Coit  4-27-09

dictated but not read

# ACCOMMODATION RESOLUTION

| NAME | SPEARS, Darlene | DOC # | 131779 |

| QUALIFYING DISABILITY PURSUANT TO THE ADA/REHABILITATION ACTS AS DETERMINED BY A MEDICAL PROVIDER & CHIEF MEDICAL OFFICER: | MOBILITY |

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

A DOC medical provider and the Chief Medical Officer have determined that you have a qualifying **mobility** and an **upper extremity** disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are entitled to accommodations.

1. You require the use of a **cane** and medically necessary **tennis shoes** which are considered health care devices and determined to be medically necessary by clinical staff. Your health care devices shall fall under the provisions of Administrative Regulation (AR) 850-06, "Offender Property." Any misuse of the health care devices may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

2. Pursuant to the Montez Remedial Plan, Section V.A.1.a., you are to be assigned to a designated facility commensurate with your classification, programmatic & medical needs. You are required accessible bathroom facilities which shall include a shower chair or bench.

3. You require lower bunk housing.

4. You are to receive special assistance from staff during an evacuation and/or emergency.

5. You require special consideration of your disability during transport, e.g., assistance from staff upon embarking and disembarking from the vehicle.

6. In the event it is not safe for you to ambulate, or if you are unable to ambulate to your assigned program or job, even with the assistance of an inmate aide and/or DOC staff assistance (e.g. in inclement weather, snowy or ice-packed walkways, construction or other obstruction of thoroughfares), you are to be excused from that program or job for that day without penalty.

7. In the event it is not safe for you to ambulate, or if you are unable to ambulate to the dining area, even with the assistance of an inmate aide and/or DOC staff assistance (e.g. in inclement weather, snowy or ice-packed walkways, construction or other obstruction of thoroughfares), DOC staff shall provide you with a meal in your cell.

8. You require special consideration of your disability with respect to cuffing & shackling.

9. You require seating at an accessible table during meals and assistance securing, transporting, and disposing of food tray and contents.

10. You require additional time to move about the facility.

> 11. You are currently employed as an inmate representative and do not require any accommodations at this time. You are not currently enrolled in a program. If your employment/programmatic situation changes and you feel you require accommodations, you are responsible for submitting a new Request For Accommodation to the AIC.
>
> Clinical services shall manage all aspects of your clinical care as it relates to your mobility and upper extremity disability. All requests related to such care should be directed to clinical services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**
>
> When you **do not** receive clinically mandated treatment or services or you have problems associated with receiving or repairing a medical assistive device prescribed by a DOC physician related to your mobility and upper extremity disability you may file an ADA grievance or write to the AIC. If your mobility or upper extremity disability worsens or you feel you require additional accommodations to access programs benefits or services you must submit a new Request for Accommodation indicating the accommodations you feel you require.
>
> **You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.**

Signature: Chief Medical Officer         Date: 4/30/08

Signature: AIC         Date: 5-1-08

Prepared: July 13, 2007   Revised: April 24, 2008

Original – AIC
Copies: 1-Warden
    7-Warden for distribution to the following:
    1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
    2 – Offender
    AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised: 4/2/07

# ACCOMMODATION RESOLUTION

| NAME | SLOCUM, Mary | DOC # | 136693 |
|---|---|---|---|

| QUALIFYING DISABILITY PURSUANT TO THE ADA/REHABILITATION ACTS AS DETERMINED BY A MEDICAL PROVIDER & CHIEF MEDICAL OFFICER: | MOBILITY |
|---|---|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

A DOC medical provider and the Chief Medical Officer have determined that you have a qualifying **mobility** disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are entitled to accommodations.

1. You have been provided a **wheelchair** which is considered a health care device and determined to be medically necessary by clinical staff. Your health care device shall fall under the provisions of Administrative Regulation (AR) 850-06, "Offender Property." Any misuse of the health care device may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

2. Pursuant to the Montez Remedial Plan, Section V.A.1.a., you are to be assigned to a designated facility commensurate with your classification, programmatic & medical needs. You are required to be housed in an accessible cell with access to accessible bathroom facilities which shall include a shower chair or bench and a toilet of appropriate height.

3. You are to receive special assistance from staff during an evacuation and/or emergency.

4. You are to be transported in an accessible vehicle.

5. You require special consideration of your disability during transport, e.g., assistance from staff upon embarking and disembarking from the vehicle.

6. In the event it is not safe for you to ambulate, or if you are unable to ambulate to your assigned program or job, even with the assistance of an inmate aide and/or DOC staff assistance (e.g. in inclement weather, snowy or ice-packed walkways, construction or other obstruction of thoroughfares), you are to be excused from that program or job for that day without penalty.

7. In the event it is not safe for you to ambulate, or if you are unable to ambulate to the dining area, even with the assistance of an inmate aide and/or DOC staff assistance (e.g. in inclement weather, snowy or ice-packed walkways, construction or other obstruction of thoroughfares), DOC staff shall provide you with a meal in your cell.

8. You require special consideration of your disability with respect to searches pursuant to AR 300-06, "Searches & Contraband Control".

9. You require special consideration of your disability with respect to cuffing & shackling.

10. You require additional time to complete your activities of daily living, e.g. cleaning cell, dropping off and retrieving laundry, picking up canteen, showering, etc.

11. You require the assistance of a full time offender pusher to ensure that you arrive at required destinations in a timely manner.

12. You require the assistance of a full time offender aide to assist you with activities of daily living, e.g. cleaning cell, dropping off & retrieving laundry, picking up canteen, showering, etc.

13. You require additional time to move about the facility.

14. You are not currently employed and require no accommodations. You are not currently enrolled in a program and require no accommodations. If your employment/programmatic situation changes and you feel you require accommodations, you are responsible for submitting a new Request For Accommodation to the AIC.

15. You require gloves for wheelchair use only.

16. You are not required to stand for count pursuant to AR 300-04.

Clinical services shall manage all aspects of your clinical care as it relates to your mobility disability. All requests related to such care should be directed to clinical services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you **do not** receive clinically mandated treatment or services or you have problems associated with receiving or repairing a medical assistive device prescribed by a DOC physician related to your mobility disability you may file an ADA grievance or write to the AIC. If your mobility disability worsens or you feel you require additional accommodations to access programs benefits or services you must submit a new Request for Accommodation indicating the accommodations you feel you require.

---

A DOC medical provider and Chief Medical Officer have determined that you have **diabetes** which is considered a covered disability pursuant to the Montez Remedial Plan. However, **diabetes** alone does not render you disabled pursuant to the Americans With Disability/Rehabilitation Acts as your present condition does not substantially limit your ability to perform a major life activity. At this time, you have no need of accommodations associated with your diabetic condition in order to facilitate access to programs, services or benefits.

Clinical Services shall manage all aspects of your diabetic clinical care as it relates to prescribing medication, finger sticks, diabetic diets, diabetic education, exercise, weight management, special clothing, assistive devices, etc., and all requests related to such care should be directed to Clinical Services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you do not receive clinically mandated treatment or services as prescribed by a DOC physician, related to your diabetic condition, you shall file an ADA grievance pursuant to AR 850-04. If your condition worsens and you feel you require accommodations to access programs, services and benefits, please complete and submit a new Request for Accommodation to the AIC.

---

A DOC medical provider and the Chief Medical Officer have determined that you do not have an **upper extremity disability** pursuant to the mandates of the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are not entitled to accommodations.

If your condition(s) worsens and you feel you require accommodations to access programs, services & benefits, please complete and submit a new Request for Accommodation to the AIC.

To the extent you require clinical attention such as medication, assistive devices, restrictions, medical care or special clothing, your requests should be directed to Clinical Services where they will be evaluated for medical need. **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

**You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.**

Signature: Chief Medical Officer     Date: 10/29/07

Signature: AIC     Date: 11-5-07

Prepared: October 24, 2007
Original – AIC
Copies:  1-Warden
        7-Warden for distribution to the following:
        1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
        2 – Offender
        AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised: 4/2/07

# ACCOMMODATION RESOLUTION

| NAME | WALKER, June | DOC # | 86161 |
|---|---|---|---|

| QUALIFYING DISABILITY PURSUANT TO THE ADA/REHABILITATION ACTS AS DETERMINED BY A MEDICAL PROVIDER & CHIEF MEDICAL OFFICER: | MOBILITY |
|---|---|

**THE FOLLOWING ACCOMMODATIONS ARE TO BE PROVIDED:**

A DOC medical provider and the Chief Medical Officer have determined that you have a qualifying **mobility** disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are entitled to accommodations.

1. You have been provided a **walker** which is considered a health care device and determined to be medically necessary by clinical staff. Your health care device shall fall under the provisions of Administrative Regulation (AR) 850-06, "Offender Property." Any misuse of the health care device may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

2. Pursuant to the Montez Remedial Plan, Section V.A.1.a., you are to be assigned to a designated facility commensurate with your classification, programmatic & medical needs. You are required access to accessible bathroom facilities which shall include a shower chair or bench.

3. You are to receive special assistance from staff during an evacuation and/or emergency.

4. You require special consideration of your disability during transport, e.g., assistance from staff upon embarking and disembarking from the vehicle.

5. In the event it is not safe for you to ambulate, or if you are unable to ambulate to your assigned program or job, even with the assistance of an inmate aide and/or DOC staff assistance (e.g. in inclement weather, snowy or ice-packed walkways, construction or other obstruction of thoroughfares), you are to be excused from that program or job for that day without penalty.

6. In the event it is not safe for you to ambulate, or if you are unable to ambulate to the dining area, even with the assistance of an inmate aide and/or DOC staff assistance (e.g. in inclement weather, snowy or ice-packed walkways, construction or other obstruction of thoroughfares), DOC staff shall provide you with a meal in your cell.

7. You require special consideration of your disability with respect to cuffing & shackling.

8. You require additional time to complete your activities of daily living, e.g. cleaning cell, dropping off and retrieving laundry, picking up canteen, showering, etc.

9. You require the assistance of a part time offender aide to assist you with activities of daily living, e.g. cleaning cell, dropping off and retrieving laundry, picking up canteen, showering, etc.

10. You require seating at an accessible table during meals and assistance securing, transporting, and disposing of food tray and contents.

Page 1 of 2

11. You require additional time to move about the facility.

12. You require a "no stairs" accommodation.

13. You require a lower tier, lower bunk housing assignment.

14. You are currently employed or enrolled in a program, therefore you do not require accommodations. If your employment/programmatic situation changes and you feel you require accommodations, you are responsible for submitting a new Request For Accommodation to the AIC.

Clinical services shall manage all aspects of your clinical care as it relates to your mobility disability. All requests related to such care should be directed to clinical services. **The AIC is neither responsible for nor qualified to make decisions regarding your clinical care.**

When you **do not** receive clinically mandated treatment or services or you have problems associated with receiving or repairing a medical assistive device prescribed by a DOC physician related to your mobility disability you may file an ADA grievance or write to the AIC. If your mobility disability worsens or you feel you require additional accommodations to access programs benefits or services you must submit a new Request for Accommodation indicating the accommodations you feel you require.

A DOC medical provider and the Chief Medical Officer have determined that **you do not have a qualifying hearing disability** pursuant to the mandates of the Americans With Disabilities/Rehabilitation Acts (ADA), therefore you are not entitled to accommodations.

If your condition(s) worsens and you feel you require accommodations to access programs, services & benefits, please complete and submit a new Request for Accommodation to the AIC.

To the extent you require clinical attention such as medication, assistive devices, restrictions, medical care or special clothing, your requests should be directed to Clinical Services where they will be evaluated for medical need. **The AIC is neither responsible for nor qualified to make recommendations related to clinical care.**

**You have 30 days from the date this document is served upon you to file a grievance on any matter addressed in this Resolution.**

_____     4/25/08
Signature: Chief Medical Officer             Date

_____     5-5-08
Signature: AIC                                             Date

Prepared: April 16, 2008

Original – AIC
Copies:  1-Warden
             7-Warden for distribution to the following:
             1-Working File, 1-Mental Health File, 1-Clinical Services File, 1-HSA, 1-Housing Unit Supervisor
             2 – Offender
             AIC will distribute 1-Department File, 1 – Chief Medical Officer

Revised: 4/2/07

Page 2 of 2

## ACCOMMODATION RESOLUTION

### You DO HAVE A MOBILITY DISABILITY

Offender Name: **COIT, Jill**
DOC#: **86530**
Date of Resolution: **March 16, 2009**

Following a disability screening it has been determined that you have a mobility disability and are therefore, entitled to the following accommodations:

1. Cane
2. Knee Brace
3. Assignment to a designated facility
4. Not required to climb stairs. When you are housed at a facility that maintains an elevator for offender use, you are allowed to use the elevator
5. Lower Bunk
6. Lower Tier
7. Special cuffing & shackling considerations
8. Staff assistance during an emergency or evacuation
9. Access to accessible bathroom facilities to include a shower chair
10. Medically necessary shoes w/ lift
11. Backpack
12. Special transport considerations
13. Assistance securing, carrying & disposing of food tray contents

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

You are required to notify clinical services and the AIC immediately if your health care device(s) is broken, lost, stolen or damaged.

The health care device(s) listed above shall fall under the provisions of Administrative Regulation (AR) 850-6, "Offender Property" and shall be placed on your property list. Any misuse of the health care device(s) may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

If you feel you require additional accommodations, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

*dated 3-1?-09*

## You DO NOT HAVE A VISION DISABILITY

Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If your condition worsens and you feel that it affects your ability to perform a major life activity, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

## You DO NOT HAVE A HEARING DISABILITY

Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If your condition worsens and you feel that it affects your ability to perform a major life activity, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

## You DO NOT HAVE AN "OTHER" (UPPER EXTREMITY) DISABILITY

Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If your condition worsens and you feel that it affects your ability to perform a major life activity, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

## You DO NOT HAVE A MENTAL HEALTH DISABILITY

Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If your condition worsens and you feel that it affects your ability to perform a major life activity, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in

the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this resolution. You may not file future ADA grievances regarding your medical care. Please refer to A.R. 850-04 for details regarding the grievance process.

This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

_____  4/1/09     _____ 3-18-09
Chief Medical Officer       Date        AIC                   Date

E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, Housing Supervisor, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) & Print 2 full size copies on yellow paper & serve on offender