US DISTRICT COURT
901--19th street
Denver, Co 80294

JESSE MONTEZ ET AL
V
BILL OWENS, ET AL
CASE NUMBER    98 cv 870 EWN/OES

Party without counsel
Jill Coit
Montez case number 03-129
P.O.Box 392005
Denver, Co 80239



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2009

GREGORY C. LANGHAM
                    CLERK

VIOLATION OF MONTEZ REMEDIAL PLAN AND STIPULATION SIGNED AFTER MONTEZ REMEDIAL PLAN DUE TO NON COMPLIANCE OF MONTEZ REMEDIAL PLAN, NO WORK JOBS FOR THE DISABIED/IMPAIRED UNDER MONTEZ

Comes now Jill Coit pro se and wishes to inform this court that there are no job except kitchen and porter positions  offered to the disabled. For example I have the same academic credentials as CDOC employeed teaching staff yet I am going to be lucky to become employed as a porter in the unit.
   CDOC pays its beginning teachers $30,000 per year for a five and a half hour work day .The teaching staff also received co-pay for insurance, vacation pay, and sick leave. CDOC pays FICA at .0575 on the $30,000 which comes to $1725.00 per year. I submitted a proposal which would allow two inmates with college degrees in teaching to work under the guidance of CDOC teacher at a cost of $1440 (less that what CDOC pays under FICA tax) for a  269 day work year. The inmates would receiver $3 per day pay and would provide ABE instructions. There are approximately 300 inmates of the 900 DWCF inmates without GED certificates. DWCF teachers can only accommodate 150 of those without GED's per year. Currently there are 2 ABE instructors and 3 GED instructors with a DWCF in the process of trying to hire another GED instructor.
   I feel I am qualified to work under a licensed instructor considering my degree is in Secondary Education and Psycholdogy with minor in Sociology, History and English from  Indiana University of South Bend, Indiana and Univeristy of Northern Colorado at Greeley, Colorado. The ABE instructor/teacher teaches students that do not read or do math at the GED level. Instructions  include basic math and reading. If CDOC allowed qualifed inmates to teach these students it would save over $30,000 per year. Other prisons throughout the United States use inmates in this capacity.
   An education is a terrible thing to waste, especially in this tight economy. With my disabilities I would need a computer but computers are provided for the GED & ABE clerks so it would not be anything out of the ordinary to allow me computer access.
   Instead of utilizing my education training, I will be forced to wash windows or floors which will cause pain in my wrist and hands due to physical impairment of DeQuarian's disease.
   I was given the opportunity to take Graphic Arts which taught me how to do games and educational aids . It would help the GED and ABE teachers if I was allowed to created teaching aids for students with problems. This would allow me employment in an area that I have experience. After teaching the Marines on Camp Pendleton Military base in Oceanside,California and working with Project Head Start, I am more than qualified to provide assistance in the educational department of CDOC/DWCF.

All that is needed is for me to be given the opportunity to work and for DWCF to work within my medical disabilities/impairments.

That is enough about my willingness to provide meaningful employment and give my life meaning through helping other inmates. This court needs to realize that disabled inmates are not allowed to hold jobs/emplolyment as non disabled inmates. If you will check the list of inmates that are listed as "Medically Unassigned" you will find that many of those inmates want to work and are capable of working if only allowed to do so within their medical requirments.

DWCF is pulling the wool over your eyes by telling you that the disabled are employed. They remain quiet and do not tell for fear of being put in the kitchen or in porter positions. Many are educated and want to work, just not folding napkins in the kitchen.

Coit is more than willing to work and will even pay for the accommodations needed to make her able to teach ABE students. Coit is in a wheel chair but can reach the blackboard. She needs an adaptor for holding marker for math examples on the board. She can not see the printed page very well but is willing to tutor and has experience with Computers.

If DWCF will not allow her to work in the classroom with ABE students, would it be possible for her to work with students that have been removed from the GED & AbE programs because they did not meet the standards or pass the tests? These students will not get their GED unless someone works with them on a one-on-one basis. Without their GED, employment will be almost impossible to find. There are at least 40 such students.

Coit is willing to pay for getting her teaching license in Colorado. Coit has completed 40 hours work toward her masters, but needs computer access before she can complete her studies.

Under the Montez Remedial Plan disabled inmates are allowed to the same employment opportunities as the non-disabled. All Coit is asking for is a chance to have meaningful employment that will help her fellow inmates. Why waste an education.


Respectfully submitted,

Jill Coit   *Jill Coit 4-24-09*

Attachments: Indiana University transcripts, Univesity of Northern Colorado transcripts, Certificate from Camp Pendleton Military Base and Ancilla trascripts. If this courts needs further transcripts from the other universites she attened, she will be happy to provide them.

Dictated but not read

JC/th

> Coit can not do repetitive motion, has limited vision, is in wheel chair but is willing to work. Please allow her to utilize her skills.



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

*NEXT TWO PAGES*

# INDIANA UNIVERSITY
## Office of the Registrar

OFFICIAL RECORD
COIT, JILL
BIRTHDATE: 06-11-44

PRINT DATE: 12-12-2007
UNIVERSITY ID: 0001217504   XXX-XX-4315

```
        UNIV COLORADO BOULDR 1986
    W UNIVERSE IN CLASSROOM            EDUC UND1   1.0
    TRANSFER HOURS    1.0

        ANCILLA COLL 1986-88
        THIS EVALUATION HAS MULTIPLE PARTS
    THE SOLAR SYSTEM                   AST  A100   3.0
    INTRO TO ACCOUNTING 1              BUS  A201   3.0
    COMPUTER PROGRAMMING               CSCI C101   3.0
    INTRO TO MICROECONOMICS            ECON E103   3.0
    INTRO TO MACROECONOMICS            ECON E104   3.0
    EXP PERS DEMANDS OF TCH: LAB EXP   EDUC F201   3.0
    GENERAL EDUC PSYCHOLOGY            EDUC P250   4.0
    INTRO TO THE ENGLISH LANGUAGE      ENG  G205   3.0
    ART APPRECIATION                   FINA H100   3.0
    PHYSICAL GEOLOGY                   GEOL G111   3.0
    HISTORY OF WESTERN CIVILIZ 1       HIST H113   3.0
    MATH FOR ELEMENTARY TEACHERS 1     MATH T101   3.0
    MATH FOR ELEMENTARY TEACHERS 2     MATH T102   3.0
    ELEMENTARY ETHICS                  PHIL P140   3.0
    SOCIAL PROBLEMS                    SOC  S163   3.0
    DISCUSSION & GROUP METHODS         SPCH S229   3.0
    TRANSFER HOURS   49.0

        SOUTH BEND EDUCATION           1ST SEM 1988-89
    GENERAL METHODS                    EDUC M310   2.0 A
    AUDIOVISUAL PROD OF MATERIALS      EDUC R301   1.0 S
    ELEMENTARY COMPOSITION 1           ENG  W131   3.0 B+
    INTRO TO AMERICAN POLITICS         POLS Y103   3.0 B
    CONTEMPORARY ISSUES IN PSY         PSY  P104   3.0 A-
    ELEMENTARY SPANISH I               SPAN S101   3.0 W
    SEM HRS 11.0  PTS  38.0  GPA 3.45  HRS PASS 12.0

        SOUTH BEND EDUCATION           2ND SEM 1988-89
    INTRO TO EXCEPTIONAL CHILDREN      EDUC K205   3.0 W
    INTRODUCTORY PRACT IN SPEC EDUC    EDUC K200   0.0 W
    PRINCIPLES OF SOCIOLOGY            SOC  S161   3.0 W
    WOMEN: A PSYCHOLOGICAL PERSPECT    PSY  P460   3.0 W
    ABNORMAL PSYCHOLOGY                PSY  P324   3.0 B
    GENERAL PSYCHOLOGY                 PSY  P103   3.0 A
    PUBLIC SPEAKING                    SPCH S121   3.0 B
    SEM HRS  9.0  PTS  30.0  GPA 3.33  HRS PASS  9.0

        PURDUE UNIV WESTVLLE 1988-89
    AMERICAN LITERATURE 1800-1865      ENG  L351   3.0
    AMERICAN LITERATURE 1865-1914      ENG  L352   3.0
    TRANSFER HOURS    6.0

        SOUTH BEND EDUCATION           1ST SEM 1989-90
    PSYCHOLOGY OF AGING                PSY  P331   3.0 B
    THE PSYCHOLOGY OF LEARNING         PSY  P325   3.0 W
```

```
    PSY OF CHILDHOOD & ADOLESCENCE     PSY  P316   3.0 A-
    READINGS AND RES IN PSYCHOLOGY     PSY  P495   1.0 A
    INTRODUCTORY PRACT IN SPEC EDUC    EDUC K200   0.0 S
    INTRO TO EXCEPTIONAL CHILDREN      EDUC K205   3.0 B
    ELEMENTARY SPANISH I               SPAN S101   3.0 A-
    SEM HRS 13.0  PTS  44.2  GPA 3.40  HRS PASS 13.0

        SOUTH BEND EDUCATION           2ND SEM 1989-90
    CULTURE & SOCIETY                  ANTH E105   3.0 A-
    EDUCATION & AMERICAN CULTURE       EDUC H340   3.0 C-
    METH OF EXPERIMENTAL PSYCHOLOGY    PSY  P211   3.0 W
    SUICIDE AND DEPRESSION             PSY  P390   3.0 W
    READINGS AND RES IN PSYCHOLOGY     PSY  P495   3.0 A
    FIELD EXPERIENCE IN SOCIOLOGY      SOC  S494   3.0 B+
    SEM HRS 12.0  PTS  38.1  GPA 3.18  HRS PASS 12.0

        UNDERGRADUATE GPA SUMMARY
    I.U. GPA HRS  45.0   GPA POINTS 150.3   GPA 3.34
    TRANSFER HRS  56.0   TOTAL I.U. HRS PASSED  46.0

        ------ACADEMIC OBJECTIVE------
        AS OF SECOND SEMESTER 1989-90
              SOUTH BEND CAMPUS
                  EDUCATION
             BACCALAUREATE, SENIOR
         MAJOR: SECONDARY EDUCATION

             ---END OF RECORD---
```

THIS OFFICIAL UNIVERSITY TRANSCRIPT IS PRINTED ON CRIMSON SCRIP-SAFE® PAPER AND DOES NOT REQUIRE A RAISED SEAL

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student. Transcript explanation on reverse side.

Cathy Buckman, Assistant Vice Chancellor
Enrollment Services and Registrar

PLEASE QUESTION AUTHENTICITY OF DOCUMENT IF SIGNATURE AND SEAL ARE MISSING OR DISTORTED

# UNIVERSITY OF NORTHERN COLORADO

Registrar's Office
Greeley, Colorado 80639
(970) 351-2231
www.registrar.unco.edu

ACT/SAT Code    0502
FICE Code       001349

Page: 1

**Record of:** Jill Coit

**Date Issued:** 20-NOV-2007

**Student ID:** *****4515

**Level:** Undergraduate

---

Course Level: Undergraduate

Comments:
UNC converted to a semester system fall 1988.
Beginning with fall 1976 term, all credits display
as semester/semester equivalent credits.

Transfer Credit
MANCHESTER COL N MANCHESTER,
IN 78-79  .50 SH 10-91
U OF CO BOULDER 86
1 SH 10-91
ANCILLA DOMINI COL DONALDSON,
IN 86-89 46 SH 10-91
PURDUE U W LAFAYETTE, IN
88-89 9 SH 10-91
COL OF MARIN KENTFIELD, CA
89 3 SH 10-91
IN U SOUTH BEND 88-90
30.50 SH 10-91

| SUBJ NO C | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

93            Aims Community College
  Ehrs:   6.66 GPA-Hrs:   0.00 QPts:   0.00 GPA:  0.00

INSTITUTION CREDIT:

Summer 1991
ENG  123   COLLEGE RESEARCH PAPER        3.00 A   12.00
HISP 101   INTRO MEX AMER STUDIES        3.00 B    9.00
SOC  332   SOCIAL PSYCHOLOGY             3.00 A   12.00
  Ehrs:   9.00 GPA-Hrs: 9.00 QPts:  33.00 GPA:  3.67

Fall 1991
EDF  385   LAW AND THE CLASRM TCHR       2.00 B    6.00
EDRD 423   RDG/WRTG IN CNT ARS           3.00 A   12.00
PPSY 465   PSYCH OF WOMEN                2.00 A    8.00
PSY  240   PRINCIPLES OF LEARNING        3.00 A   12.00
PSY  407   INTRO TO COUNSELING THEOR     3.00 A   12.00
PSY  480   PHYSIOLOGICAL PSYCHOLOGY      5.00 I/B 15.00
****************** CONTINUED ON NEXT COLUMN ******************

| SUBJ NO C | COURSE TITLE | CRED | GRD | PTS R |
|---|---|---|---|---|

Institution Information continued:
PSY  491   FIELD EXPERIENCE              3.00 S    0.00
  Ehrs:  21.00 GPA-Hrs: 18.00 QPts:  65.00 GPA:  3.61

Summer 1992
EEE  333   ENGLISH ESSAY EXAMINATION     0.00 UW   0.00
  Ehrs:   0.00 GPA-Hrs: 0.00 QPts:   0.00 GPA:  0.00

Fall 1992
BIO  110   PRINCIPLES OF BIOLOGY         4.00 B   12.00
CH   408   INTRO TO GRANT WRITING        0.00 NC   0.00
DNCE 170   JAZZ DANCE                    0.00 NC   0.00
EEE  333   ENGLISH ESSAY EXAMINATION     0.00 S    0.00
PSY  323   HEALTH PSYCHOLOGY             3.00 A   12.00
PSY  422   DIR STDY-HYPNOSIS RSRCH       3.00 A   12.00
SOC  422   DIR STDY-NATIVE AM STUDNT     3.00 I/B  9.00
  Ehrs:  13.00 GPA-Hrs: 13.00 QPts:  45.00 GPA:  3.46

Spring 1993
EDFE 271   FIELD EXPERIENCE SEMINAR      1.00 I/U  0.00
HIST 101   AMER HIST 1877-PRESENT        3.00 B    9.00
HIST 113   ASIAN CIV 1600 TO PRESENT     3.00 B    9.00
SOC  422   DIR STDY-APPLIED RESEARCH     3.00 A   12.00
SOSC 341   TCHG SEC SOC STUDIES          3.00 C    6.00
SOSC 470   THEORY RESEARCH SOC SCI       3.00 B    9.00
  Ehrs:  15.00 GPA-Hrs: 15.00 QPts:  45.00 GPA:  3.00
********************* TRANSCRIPT TOTALS *********************
                    Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION      58.00     55.00    188.00   3.42

TOTAL TRANSFER          6.66      0.00      0.00   0.00

OVERALL                64.66     55.00    188.00   3.42
********************** END OF TRANSCRIPT **********************

---

Jill Coit
Unit 2-86530
PO Box 392005
Denver, CO 80239



Rebecca S. Barnes, University Registrar

An official signature is white with a navy blue background. Reject document as official if
the white signature is distorted, altered or photocopied. Raised seal not required.
Authenticity test information on reverse.



Doc # 86530

NAVMC 184-PD (REV. 12-62)

# United States Marine Corps

This is to certify that

Mrs. Jill COIT

has completed the course prescribed by the

COMMANDING GENERAL, FIRST MARINE DIVISION

for

THE LAUBACH LITERACY TUTORS COURSE 2-74

Given at

Human Affairs Section
1st Marine Division (Rein), FMF
Camp Pendleton, California 92055

this 21st day of June 19 74

CARL C. HOSSLI
Lieutenant Colonel, U. S. Marine Corps
Assistant Chief of Staff, G-1

## ANCILLA DOMINI COLLEGE
Donaldson, Indiana 46513

Official Transcript of the record of __Jill Coit__  SS#: 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

Address __515 South Meridian  Greentown, IN   46936__  Date Admitted __January 1987__

High School __Jefferson High- New Orleans Louisiana__  Date of Graduation __1962__  Rank _____

| Year | Course No. | RECORD OF COLLEGE WORK | 1st Sem. | 2nd Sem. | May | Sum II | Sem. Hrs. |
|---|---|---|---|---|---|---|---|
| 1986-87 | Ar 125 | Appreciation of Art | | A | | | 3 |
| 1986-87 | Mt 120 | Business Math | | A | | | 3 |
| 1986-87 | CS 110 | Intro to Data Processing | | A | | | 3 |
| 1986-87 | Ph 155 | Man and Morality(Ethics) | | C | | | 3 |
| 1986-87 | As 120 | Astronomy | | A | | | 3 |
| 1987-88 | Ac 110 | Accounting I | B | | | | 3 |
| 1987-88 | Hs 255 | World Civilization to 1660 | A | | | | 3 |
| 1987-88 | Mt 180 | Math Concepts I | B | | | | 3 |
| 1987-88 | Ec 250 | Microeconomics | A | | | | 3 |
| 1987-88 | Ed 210 | Intro to Teaching | B | | | | 3 |
| 1987-88 | CA 116 | Small Group Communication | | A | | | 3 |
| 1987-88 | En 260 | The English Language(Linguistics) | | B | | | 3 |
| 1987-88 | Mt 180B | Math Concepts II | | B | | | 3 |
| 1987-88 | Sc 160 | Social Problems | | A | | | 3 |
| 1987-88 | Gl 127 | Principles of Geology | | A | | | 3 |
| 1987-88 | Ps 256 | Human Growth and Development | | B | | | 4 |
| 1987-88 | Ec 251 | Macroeconomics | | A | | | 3 |
| 1988-89 | Sc 140 | Introduction to Sociology | | | B | | 3 |

G.P.A. 3.49

Grading Scale: A-Superior; B-Above Average; C-Average; D-Below Average; F-Failure; P-Pass; X-Repeated Course

Total sem. hours __55__

Date _____

_Sharon Blubaugh_ Registrar

A semester hour represents the work of one classroom period (50 min.) a week through one semester of 16 weeks.

*This is just for Unit 3 A & B*

Mobility impaired inmates willing to work but no jobs available.

Inmates that are just in Unit 3 A & B pod that are medically unassigned that would like to work within their medical restrictions but no jobs available willing to take disabilities. These inmates have mobility disabilities and have either a wheel chair or cain.

1. Felicia Walker 135374 would like to go to work in the dog program but is medically unassigned. Has Lupus and COPD has a cain

2. Mary Slocum 136693 medically unassigned-wheel chair - would be willing to clean offices

3. Clemtine Williams 116910 is in a wheel chair she is willing to clean the lower half of windows or check off names for laundry but is medically unassigned no one will allow her the chance to work.

4. Brandy Davis is wheel chair unassigned-worked in library binding books and is capable of doing this but no one will hire her. The library has one deaf inmate so does not have to hire another handicapped inmate. *Would like to do carpentry program*

5. Jill Coit ~~(crossed out)~~ is looking for work that meets her restrictions has hand-right hand and vision impairment is in wheel chair but wants to work. Has college degrees in Secondary Education and Psychology and could design teaching aids and games to enhance GED/ABE learning.

Would be willing to assist with mental health programs by setting up class, design work projects or even testing incomming inmates. With her educational background it seems wasteful to not utilize her educational skills. Capable of working in dog program but turned down numerous not currently eligible for program. If there is any reading to be done needs a computer to enhance the printed materials and do work. Jill can not see print to proof read what I type, sorry about errors.

6. Eleen Juvera Saiz 82676 would like to try Graphic Arts instead of being medically unassigned.

7. June Walker 86161 is mobility impaired and would like to try warehouse. There are mobility impaired wheel chair inmates throughout the facility that are willing to work but no jobs available. DWCF is not in complinace with Montez Remedial Plan.

The above inmates do not want to just be put in the kitchen wrapping napkins which is what they are threatened with if they come off of medically unassigned.

Inmates that are listed as "Medically Unassigned" get only $6.00 per month. After the 20% restitution is taken they get $ That is not even enough to buy basic hygiene. IF they work they get $12. per month. Not a big difference to you but to an inmate living on state pay it means they get to hav basic supplies to get clean.

*attachment A*

| 86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

Encounter#: 1224860 @ DW

## SUBJECTIVE
Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

Temperature:   Pulse:   Weight:
Respiratory:   BP:     /

## PLANS / ORDERS
Allergies: PENICILLIN G

Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

## OBJECTIVE
Jill was here for several items.
1. Had injured her back on Sundsy--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirte with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Ok given for shower shoes and bre extension.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

ok for her to use computer-voice activiated program due to hand deformity and arthriis.

## ASSESSMENT
V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternat Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

Datetime: 06/27/2006 13:07   Providers: NOLA, NANCY D

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 06/27/2006 13:07   Provider: NOLA, NANCY D   DateTime _____