US DISTRICT COURT
901-19th Street
Denver, Co 80294


JESSE MONTEZ ET AL
V
BILL OWENS, ET AL

CASE NUMBER  98 cv  870 EWN/ OES

Party without counsel
Jill coit   case number 03-129
86530
P.O.Box 392005
Denver, Co 80239



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2009

GREGORY C. LANGHAM
                    CLERK

---

VIOLATION OF MONTEZ REMEDIAL PLAN REGARDING ALLOWING DISABLED INMATES MODIFEID WORK SCHEDULES TO ACCOMMODATE THEIR DISABILITIES

Comes now, Jill Coit who is a member of the Montez Class Action who wishes to inform this court that she is not given a modified work schedule and can not get providers to honor what their own doctor wrote on the ADA screening per Dr. Cabling and Dr Raggazzi.
   Coit needs/a two hour work restriction as Mobility Screening and ADA screening report of 3-25-04 states, "2 hours work restriction" exhbit 1.  It also list no lifting greater than 5 pounds and handicapped celll.  Exhibit 2 is copy of med report stating it was ADA screening and forms filled.
    The mobility screening as applies to lower extremeiteis only per Dr. Raggazzi (CDOC doctor) dated 3-16-04  it states,"  is this patient capable of attending class/programs/work for a full day. NO, If so , how many hours per day is he capable of attending? Dr. Raggazzi wrote, "2 hour restriction since 1995"  exhbit 3
    Per MOntez Remedical Plan  page 2 IV third paragraph last lines," The iinmate's status as an inmate with a disability shall be effective until a change in the inmate's condition causes a change in disability status."
   This restriction is very important because without it Coit can be terminated from a job because she can not go the full day due to her disabilities/impairments. Then Coit will be given status of non compliance and put in special punishment unit and have her property taken away all because this restriction was not put on accommodation resolution.
    There for Coit ask that this court order CDOC to place the following restrictions on her Accommodation Resolution.
1. No lifting over 5 pounds.
2. 2 hour work restriction to participate in work or programs or  classes.
   Coit also wishes to point out that just because doc doctor or PA does not address a former restriction does not mean the restriction is no longer in effect. Coit has had a no bending, twisting, or squatting restriction in place for years due to knee and back condition so these also need  to be listed on Accommodation Resolution. (exhbit 4)

Respectfully submitted,   Dictated but not read.

Jill Coit   86530   Jill Coit  4-24-09
4-24-09

I was released from CAD- Computer aided Drafting and Design because medical refused to place 2 hour work restriction on me. exhibit 5

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**PRICARE CODE NO.:**
**NAME:** COIT
**OFFENDER NO.:** 86530
**LIVING UNIT:** CWCF

**SUBJECTIVE:**

**DATE:** 3/25/04   **TIME:** 1100

**PROBLEM 1/2**

**PLAN / ORDERS:**
- May wear own prescription sunglasses as needed for migraine headache
- Walker brought to medical

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___

**ASSESSMENT:**

**SIGNATURE NURSE:** Karen [illegible] RN 3-25-04 1330
**P.E.:**
**PHYSICIAN:**
**Rx NO.:** [illegible signature]

---

**PRICARE CODE NO.:**
**NAME:** COIT JILL
**OFFENDER NO.:** 86530
**LIVING UNIT:** CWCF

**SUBJECTIVE:** This patient 59 year old WF has physical disability due to DJD

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___
of the hips & knees – w/ S/P (R) THA, S/P (L) knee arthroscopic surgery. w/ 1½ leg length discrepancy (L) leg shorter than (R), + ANA w/o SLE. (R) hand contracture.

**ASSESSMENT:** Patient needs follow up by Ortho for her (L) knee problem. Rheumatology for + ANA → Rheum Appt. (and x 2) NO SLE

**DATE:** 3/25/04   **TIME:** 1100

**PROBLEM 1 2**

**PLAN / ORDERS:**
- M3 to M4
- No lifting greater than 5 lbs
- 2 Hour work restriction
- NO STAIRS
- Handicapped cell
- Elevator use as needed

**SIGNATURE NURSE:** Karen [illegible] RN 3-25-04
**P.E.:**
**PHYSICIAN:**
**Rx NO.:** 1330   [illegible signature]

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

Ex [illegible] 1

DC Form 7B (2/83) / Old. No. 2835
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT
SUBJECTIVE: | | DATE | TIME
 | | PROBLEM 1/2 |
 | | PLAN / ORDERS |

OBJECTIVE: Temp. ___ Pulse ___ Resp ___ B/P ___

EXHIBIT

ASSESSMENT:

SIGNATURE NURSE:
P.E.:
PHYSICIAN:
Rx NO.

---

PRICARE CODE NO. | NAME: Cort, Jill | OFFENDER NO.: 86530 | LIVING UNIT
SUBJECTIVE: | | DATE: 3/16/04 | TIME

Wt 162

OBJECTIVE: Temp. 97.4  Pulse 79  Resp ___  B/P 109/75

R 20/25
L 20/30
B 20/25

ADA screening forms filed

ASSESSMENT:

SIGNATURE NURSE: [signature] 3/16/04 1700
P.E.:
PHYSICIAN: [signature] MD
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

Case No. 1:92-cv-00870-CMA-MEH   Document 3949   filed 04/29/09   USDC Colorado   pg 4 of 7



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Exhibit 3

# MOBILITY SCREENING
*(applies to lower extremities only)*

PATIENT NAME ___Coit  J.H_____

DOC # ____86530_____     DATE __3/16/04_____

1. Does the patient require the use of a wheelchair for more than 6 months?   Yes   (No)   (Circle one)
   *If yes, the patient automatically meets the Montez criteria and requires special placement in a handicapped cell at a designated facility unless he/she has "opted out" of special placement. Contact the AIC if the patient needs to be moved to another facility or into a handicap cell in the current facility.*

2. If yes, does the patient have upper body strength to compensate for disability?  N/A
   - Can he move from wheelchair to toilet?           Yes    No
   - Can he move from wheelchair to bunk?             Yes    No
   - Can he dress himself, get his meals, and attend programs, classes or recreation by himself?   Yes   No
   - Can he remain in a wheelchair all day?                            Yes   No

3. If yes, does this patient require the assistance of an inmate aide?      Yes    No
   What percentage of the time?       Full    Part
   To perform what duties?

4. If the patient does not require the use of a wheelchair, can he walk 100 yards on a level surface or climb a flight of stairs without a pause?  No per pt (could observed by staff)

5. Does the patient require the use of other assistive devices (cane, walker, crutches, special clothing, footwear, or prosthetics, etc.)?  If so, what?  _____  (Yes)  No  > brace for left leg

6. Does the patient have a catheter?                                  Yes  (No)   2 wrist splints

7. Does he require an assignment to a handicapped table?            Yes  (No)
   Is this patient assigned to a handicapped table in the chow hall?   Yes   No

8. Does he require a shower chair?                                  (Yes)   No
   Is a shower chair available in his living unit?                   (Yes)   No

9. Is this patient capable of attending class/programs/work for a full day?  Yes  (No)
   If no, how many hours per day is he capable of attending?  on 2 hr restriction since 1995

10. Does the patient complain of any other problem(s) associated with the mobility impairment that have not been addressed?                                                       (Yes)   No
    If yes, what are they?  Pt has degenerative changes in lower back with L4-L5 disc space narrowing, no neurological change, but causing pain & decreased range of motion. Also has (R) total hip prosthesis and (L) hip degeneration

11. Is the patient's condition affected by the seasons or weather?   (Yes)   No
    Explain:  More pronounced pain in cold weather

*If you have determined that this patient DOES have a mobility impairment, contact the AIC to discuss what accommodations, if any, are appropriate.*

+ left knee meniscus tear - has had OR

_____Mike ? Ruzy_____
Signature & Title

Exhibit 3

*Exhibit D*

```
= RECEPTION/DIAG ====== QUERY ADMISSION SUMMARY ========== 08/24/2005 =  Page  1
  Doc No: 86530   Name: COIT, JILL                           DW/UNIT2  PRES FACIL
==============================================================================
Medical Level: 4    Qual Code: P   Desc: PERMANENT   Date Assigned: 08/23/2005
Dental Level:  2    Qual Code:     Desc:             Date Assigned: 05/10/1999

Date Assgnd   Restriction   Qualifier     Date Assngd   Restriction   Qualifier
-----------   -----------   ---------     -----------   -----------   ---------
03/23/2004    LOWER BUNK                  03/23/2004    EXCERCISE
07/15/2005    MED HOLD      TEMPORARY     03/23/2004    INTENSIVE
08/23/2005    FIRST-TIER    PERMANENT     03/23/2004    SITTING
08/23/2005    WHEELCHAIR    PERMANENT     03/23/2004    NOHVY-LIFT
08/23/2005    NO STAIRS     PERMANENT     08/31/2004    SQUATTING     TEMPORARY
08/23/2005    NO PRVTPRS    PERMANENT     08/23/2005    NO BENDING    PERMANENT
                                          08/23/2005    SQUATTING     PERMANENT
                                          08/23/2005    STANDING      PERMANENT
                                          08/23/2005    WRK-CONSIS    PERMANENT
```

EXHIBIT ___A 4___

Comments: Medical Restriction created during OC New.

Diagnostic Narrative:

DEPARTMENT OF CORRECTIONS
EMPLOYMENT/ACADEMIC/VOCATIONAL EVALUATION
FACILITY: DEN-WOMENS

Inmate Name: COIT, JILL                                              DOCNO: 86530

Pgm Assignment:   EDUCATION   DRAFTING & DESIGN TECHNOLOGY   STUDENT

Provider: CUMMINGS,          Date Assigned: 10/05/2005

Current Pay Rate: $   0.60    Report Dates: 10/05/2005  To  10/17/2005

Attitude Rating:  2 GOOD

Aptitude Rating:  2 ABOVE STD

Status/Disposition:

Terminate(d) assignment on 10/17/2005 because of: MEDICALLY UNABLE TO PARTICIPATE

Remarks/Comments: EVAL OUT FOR MEDICAL REASONS

*[handwritten: No 2 hour work restriction. Coit could not do full days work]*

*[handwritten: Exhibit 5]*