US DISTRICT COURT
901--19th Street
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2009

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ ET AL
V
BILL OWENS ET AL CASE NO. 98 cv 870 EWN/OES

NON COMPLAINCE WITH MONTEZ REMEDIAL PLAN XXVII REMOVAL OF HEALTH CARE APPLIANCES IN ASU/PSU DISCIPLINARY DETENTION UNITS AND RETALIATION — MEDICAL APPLIANCES WERE THROWN AWAY & PERSONAL PROPERTY DESTROYED/BROKEN

COMES NOW Jill Coit and wishes to inform this court that DWCF is inviolation of Montez Remedial Plan XXVII Removial of Health Care Appliance while in segregation on March 7 through 11 when placed in RFP.

Medical was not contacted as Montez Remedial Plan stipultates and all braces were removed including Knee and hand braces.

Also not covered under MOntez mental health must be spoken to through the slot in the door. It is not confidential and violation of HIPPA since all can hear.

Montez allows for disabled inmates to have health care applinaces while in Segregation but DWCF does not follow the rules. This also happened in 2001 when I was denied all medical braces even though medical physician stated I could have the braces. The braces did not have metal in them so not a security issue.

Please either fine DWCF/CDOC or do what ever is appropriate for this continual violation.

Wherefore I asks that CDOC/DWCF be order to follow Montez Remedial Plan and that when I am placed in Segregation I be allowed my braces that are not a threat to security.

RETALIATION FOR ME FILING ON NON COMPLINACE

NOw I will address my medical applinaces being thrown away without any shake down slip and that my persoanl property was destroyed, not protected and other inmates were allowed to steal personal property items that were listed on my property inventory. Ex 1

I have attached my grievances that I filed on my personal property being stollen, destroyed, thrown away. All of the items mentioned in grievance were on my personal property inventory. Ex 2, 3+4

ON March 7,2009 my personal property-coffee pot, typewriter, lamp, closk, curling iron and fan were not broken however by 3-9-09 these items were broken , or stolfen. DWCF gave me a used lamp, curlilng iron and fan that had been donated when an inmate left the facility and did not want these items. They still have not replaced the coffee pot, or typewriter the most expensive items that were broken and other items

There was not any legitimate penological reason for my property to be broken or stolen except for retaliation. It is impossible for all these items to be accidently broken. It is not a matter that I say they are broken the officers inventory sheet state they were not broken or missing on 3-7-09 but on 3-9-09 they were broken and they were only in official care/storage. I was locked up in Segregation.

Montez does not have very much power under RETALIATION but surely it has some power to order DWCF to replace or pay for items the destroyed, ~~retalaited~~ or allowed to be lost/ Broken or stolen

Respectfully,

Jill Coit 4-27-09

JIll Coit

* Outdated Not read

see exhibits attached

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: COIT, JILL — DOC #: 86530
Facility: DENVER WOMENS CORRECTIONAL FACILITY — Date: 02/09/2009

STATE ISSUE ITEMS

| | |
|---|---|
| 5 BRAS(5) | 1 ID CARD(1) |
| 1 JACKET(1) | 1 KNIT CAP(1) |
| 3 SHIRTS(3) | 5 SOCKS(5) |
| 5 T-SHIRTS(5) | 2 TOWELS(2) |
| 3 TROUSERS/SLACKS(3) | 5 UNDERWEAR(5) |

PERSONAL ITEMS

15 BOOKS (INCLUDING FAITH AND LEGAL)(15)
1 LEGAL BOX (2 CUBIC FEET)(1)
6 MAGAZINE/NEWSPAPERS(6)

Books, magazines and newspapers cannot exceed 3 cubic feet when combined with other property.

| CANTEEN ITEMS | Description | Serial # |
|---|---|---|
| 1 ALARM CLOCK RADIO COMBINATION(1)020701498 | | |
| 1 BASEBALL CAP(1) | | |
| 3 BRAS(3) | FRONT CLOSURE PLAYTEX MAILED | PER MED NOTE IN FILE |
| 3 BRIEFS/BOXERS/PANTIES(3) | MEDICAL ALL COTTON | |
| 1 CALCULATOR(1) | | |
| Broken — 1 COFFEE MAKER(1) | | |
| 1 COMBINATION LOCK(1) | | |
| Stolen — 1 CURLING IRON(1) – replaced | | |
| 1 DOO RAG(1) | | |
| Broke — 1 FAN(1) – replaced | | |
| 1 GLOVES(1) | | |
| 2 GYM SHORTS(2) | SMALL | |
| 1 HAIR DRYER(1) | | |
| 3 HANDKERCHIEFS(7) | | |
| 1 HEADBAND(1) | | |
| Broke — 1 LAMP(1) – replaced | | |
| 1 MULTI-OUTLET(1) | | |
| Stolen — 1 PAJAMAS(2) | MEDICAL - ALL COTTON | OUT SIDE VENDOR |
| 1 SHOWER SHOES(1) | MEDICAL | |
| 3 SOCKS(3) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 1 STEREO HEADPHONES(1) | | |
| 1 SUNGLASSES(1) | MEDICAL - OUTSIDE VENDOR | 1 DARK 1TINT 1 CLEAR |
| 2 SWEATPANTS(2) | MEDICAL - ALL COTTON | |
| 2 SWEATSHIRTS(2) | MEDICAL - ALL COTTON | |
| 3 T-SHIRTS(3) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 1 TELEVISION(1) | | DN1A0523043270 |
| 1 TENNIS SHOES(1) | DREW MEDICAL ISSUE | WHITE - SIZE 9 |
| 2 THERMAL DRAWER(2) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 2 THERMAL SHIRT(2) | MEDICAL - ALL COTTON | OUTSIDE VENDOR |
| 2 TOWELS(2) | | |
| 1 TYPEWRITER(1) | H2E387051 | PLUS PRINT WHEEL |
| 2 WASH CLOTHS (CANTEEN)(4) | | |
| 1 WATCH(1) | | |



2/ [illegible signature]

COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: COIT, JILL
Facility: DENVER WOMENS CORRECTIONAL FACILITY

DOC #: 86530
Date: 02/09/2009

RELIGIONS ITEMS

1 JEWISH FAITH PROPERTY BOX(1)

FACILITY SPECIFIC ITEMS

1 ADDRESS BOOK(1)
1 ARCH SUPPORTS(1) MEDICAL - OUTSIDE VENDOR ACCUPRESSURE INSERTS
1 BLANKET (CANTEEN)(1)
1 CABLE SPLITTER(1)
1 COAXIAL CABLE 10'(1)
1 COAXIAL CABLE 2'(1)
1 COAXIAL CABLE 6'(1)
2 COFFEE CUP(2)
12 CRAYONS 24 MAX(24)
1 EAR BUDS - CLEAR(1)
1 EARBUDS(1)
1 FLOSS ORGANIZER BOX (CLEAR)(1)
1 GLUE 4 OZ OR GLUE STICK (HOBBY)(1)
1 HEARING AID(1) ONE PAIR
1 HEEL CUPS - SHOES(1) MEDICAL2 ACCUPRESSER OUTSIDE VENDOR
1 HOBBY CRAFT PERMIT(1) ARTWORK & NEEDLEWORK
12 MARKERS 36 MAX NO PERMENATE INK(36)
1 MEDICAL APPLIANCE(1) MEDICAL - 11 BRACES
1 MEDICAL APPLIANCE (SEE NOTES)(1)MEDICAL BLANKET ALL COTTON
1 MEDICAL EQUIPMENT (SPECIAL ISSUE)(1)YELLOE EXERCISE BANDS2
3 MEDICAL OTHER(3) SOCK AID EGG CRATE MATTRESS 2 EXTRA UNIFORMS
1 MEDICAL SHOES AND BOOTS(1)1/WHITE & 1/BLACK
1 MEDICAL STOCKINGS(1) 2 PAIR OUTSIDE VENDOR
1 MEDICAL WALKER MED APPROVED(1)
1 MEDICAL WHEEL CHAIR(1) W/PILLOW
2 MICROWAVE BOWL(2)
1 MIRROR(1)
1 MISC. HOBBY SUPPLIES(1) MEDICAL GRABBER
1 PEN GRIPS (HOBBY) 1 PKG(1)
1 PENCILS SHARPENER (PLASTIC)(1)
1 PENS/GEL/ASSORTED/BALL POINT NO LI(18)
1 RULER (PLASTIC ONLY 12" MAX)(1)
1 SACRED ITEMS BOX(1)
1 SCISSORS 3" BLUNT BLADE ONLY(1)
1 SHEETS /PILLOW CASE G/FATHERED(1)MEDICAL - ALL COTTON PERSONAL OUTSIDE VEN
2 TUMBLER(2)
1 TWEEZERS(1)
1 WRIST BRACE(1) MEDICAL - THUMB BRACE/6 ABILITIES UNLIMITED
1 YARN(16)

Thrown away

thrown away

MEDICAL APPLIANCES

1 BACKPACK(1)
4 KNEE WRAPS/BRACES(4)
1 CANE(1)
1 MEDICAL MATTRESS(1)



COLORADO DEPARTMENT OF CORRECTIONS
Offender Personal Inventory Quantity and Liability Limits

Offender Name: COIT, JILL

DOC #: 86530

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☑

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: ____________ Case Manager: Sparling

**Grievance Number** ____________ **STEP (Circle One)** (1) 2 3

| NAME Coit, J. | DOC NO. 86530 | FACILITY/UNIT/POD DWCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: want money for all items broken/missing/damaged. I attempted to resolve this issue by writing Major Two Bears Chavez but all he did was send Lt Cowens who stated all inmates are lairs that I did not have the following: Check pack out sheet dated 3-7-09 NO BROKEN OR MISSING ITEMS. Pack out sheet of 3-9-09 shows broken item and missing items. It is not a matter of inmate lying your evidence is what officers reported. Broken itmes Coffee Pot, damaged items fan and typewriter. Missing items/stolen items Curling iron, lid for legal box, damaged lamp, alarm clock (was told in intake that my typewrite now skips) Want money put on books for the coffee pot. lamp, curling iron, Want to use lamp, typwriter,& fan until new ones are ordered from money you put on books. When in intake sgt. Lasso took, can operner, personal towel on property, clear box (broken now), belt, 3 note book binders, ,TV Antena that came with TV, Want her to pay for these items since Iwas allowed to have them-had them for years yet now she gets to decide I can not have them, NO posted notice that I cannot have them. Theft of personal property should not be allowed just because and officer has rank they do not get to take property paid for by inmate just because. Will file sepr̈ate grievance on medical property taken;destroy and school property

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 4-4-09 | OFFENDER SIGNATURE Jill Coit |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | |
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC: | |

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

4-1-09 0086

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☑

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: ________ Case Manager: Sparling

**Grievance Number** ________ **STEP (Circle One)** (1) 2 3

| NAME Coit, J. | DOC NO. 86530 | FACILITY/UNIT/POD DWCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: want monetary danages for destruction of property (3-7-09 + 3-9-09) I want the policy changed that allows officers to destroy, throw away/inmates program/school projects/work. When your officers were allowed to throw away my graphic Art Projects- especially my Dragonopoly game that taught the Hebrew Alphebet it destoyed me mentally. It made me what to commit suicide because I donot want to live in a facility that allowes it officr to destroy (for no reason at) all inmates projects. IT was the ony thing I took pride in and was valued. My Dragonopoly was not just destroyed in my cell, but I had a copy in my wheel chair back pocket to be mailed out that was taken when I was RFPed. It was sent to intake along with my other papers. All papers were there except for my Dragonoply game. So my work was destroyed at two locations. This is unexceptable and violate you staff code of conduct. I want all the projects that I did IN Graphic Design class reprinted-two copies, I gave a list to Major Two Bears Chavez and for them to be paid for by officers who destroyed them. I want the officers held accountable, a note in their files and an appology for the needless , willful and malicous, destruction of my work.There was no need for this violence.Want any items school/programs put in bag and held for processin

| **TO BE COMPLETED BY OFFENDER:** | |
|---|---|
| DATE: 4-4-09 | OFFENDER SIGNATURE [signature] |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | |
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC: | |

**RESPONSE**

| **TO BE COMPLETED BY RESPONDER** | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| **TO BE COMPLETED BY OFFENDER** | |
|---|---|
| **RECEIPT**: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"



Exhibit 3

[initials] 4-7-09

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? **Yes** ☐ **No** ☑

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? **Yes** ☑ **No** ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: ________ Case Manager: Sparling

**Grievance Number** ________ **STEP (Circle One)** (1) 2 3

| NAME Coit, J. | DOC NO. 86530 | FACILITY/UNIT/POD DWCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: I AM IN PAIN! - Lock out shed 3-7-09 - 3-9-0 Want accountability. Property listed on Offender Inventory Quality sheet shows I had the following medical items that were thrown away/destroyed or stollen. I can't prove who did these irresponsible deeds but my posted on board inventory showed what I had permission to have. -had for years. 1 set of heal cups, accupressure inserts, & all cotten pajamas-Items I paid for. Want to have these item purchased and brought to me, I should not have the expense and aggraviation of purchasing them. Items that were thrown away that had medical permit for and were listed on inventory sheet include: 1. Wedge Pillow, 1 pillow, 1 egg crate matress- If the insurance company no loger pays for these items or medical can no longer write permission for these items I want them paid for by the offiers that threw them away and delivered to me. There is no excuse for throwi away medical items posted on inmate board and listed on property sheet. You want me accountable for my actions then make your officers accountable. Don't try to tell me certain medical items -egg crate matress are not allowed, they are I see them- I am under Montez for modibity impairment and egg crate matress was for hip, back pain. Had also medical matress-extra for back; spine & hip, neck pain. Want all bac

| **TO BE COMPLETED BY OFFENDER:** | |
|---|---|
| DATE: 4-4-09 | OFFENDER SIGNATURE Jill Coit |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | |
| **RECEIPT:** I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC: | |

**RESPONSE**

| **TO BE COMPLETED BY RESPONDER** | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| **TO BE COMPLETED BY OFFENDER** | |
|---|---|
| **RECEIPT:** I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"



4-7-09

Exhibit 4

**COLORADO DEPARTMENT OF CORRECTIONS**
Offender Personal Inventory Quantity and Liability Limits

DC Form 850-6A (11/15/06)

Offender Name: Cox    DOC #: 86530

Facility: DWCF    Date: 7 March 09

**State Issue Items**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Belt/Buckle (1) | 1 | Knit Cap (1) | 10 | Socks (5) |
| 5 | Bras (5) | 2 | Nightgown ((2) | 6 | T-Shirts (5) |
| 1 | ID Card (1) | 3 | Shirts (3) | 2 | Trousers/Slacks (3) |
| 1 | Jacket (1) | 1 | Shoes (1) | 9 | Underwear (5) |

**Personal Items**

15 Total Number of Books (Including Faith Group and Legal Books) (15) — 3 — Legal Box, 2 Cubic Ft.

12 Magazines/Newspapers/Catalogs (6)
Books, magazines and newspapers cannot exceed 3 cubic feet when combined with other property. — — Ring/Wedding Band only-no stones (1)

**Canteen Items**

| Item(s) | Description | Serial # |
|---|---|---|
| Calculator (1) | \| | |
| Coffee Maker (1) | proctor solix | |
| Electric Razor (1) | | |
| Radio (1) | \| | |
| Shaver/Shaper (1) | — | |
| TV (1) | Magnavox | DN1A0513043270 |
| Typewriter (1) | Brother | H2E361051 |
| Watch (1) | | |

Isend unrecognizable

| | | | | | |
|---|---|---|---|---|---|
| 1 | Alarm Clock (1) | — | Handkerchief (7) | 1 | Stereo Headphones (1) |
| 1 | Baseball Cap (1) | — | Headband (1) | — | Sunglasses (1) |
| — | Bathrobe (1) | — | Hot Pot (1) | 2 | Sweatpants (2) |
| 2 | Bras (3) | 1 | Lamp (1) | 1 | Sweatshirts (2) |
| — | Briefs/Boxers/Panties (3) | — | Moustache Scissors (1) | 5 | T-Shirts (3) |
| 1 | Combination Lock (1) | 1 | Multi-outlet (1) | — | Tennis Shoes (1) |
| 1 | Curling Iron (1) | 2 | Pajamas (2) | — | Thermal Drawers (2) |
| 1 | Doo Rag (1) | — | Photo Album (1) | 1 | Thermal Shirt (2) |
| 1 | Fan (1) | — | Rug (1) | 2 | Towels (2) |
| 1 | Gloves - Jersey (1) | 1 | Shower Shoes (1) | 1 | Washcloths (4) |
| — | Gym Shorts (2) | 5 | Socks (3) | — | Wallet (1) |
| 1 | Hair Dryer (1) | — | 1 Medallion w/chain ($2^1/2$" diameter.) | — | Scented Oils (2 oz.) |

**Faith Group Items**

**Facility Specific Items**

learboard, 1 surge protector, 3 splitter cable, misc food, misc paperwork, misc hygiene, exercise [illegible]
2 pr. tennis shoes, blow dryers, stamps, token,
1-CAP

**Medical Appliances**

___ Knee Wraps/Braces (4) ___ Prescription Eye Glasses/Contacts (1) ___ Prosthesis
___ Other

Inventory DOC Employee R. Aragon 13445 [signature]
Print Name    Signature

Inventory DOC Employee T. DelaRosa 14115 [signature]
Print Name    Signature

**The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privilege of possessing personal property during incarceration. Offenders must retain receipts for proof of ownership.**

Offender Signature __________ Date __________

20074    White - Working File    Canary - Property Officer    Pink - Inmate

Attachment "A"
Page 1 of 1

2/5

# COLORADO DEPARTMENT OF CORRECTIONS

Offender Personal Inventory Quantity and Liability Limits

DC Form 850-6A (11/15/06)

Offender Name: Coit, Jill DOC #: 86530

Facility: DWCF Date: 3/9/09

**State Issue Items**

| Qty | Item | Qty | Item | Qty | Item |
|---|---|---|---|---|---|
| | Belt/Buckle (1) | Ø | Knit Cap (1) | 5 | Socks (5) |
| 5 | Bras (5) | 1 | Nightgown ((2) | 4 | T-Shirts (5) |
| | ID Card (1) | 4 | Shirts (3) | 4 | Trousers/Slacks (3) |
| Ø | Jacket (1) | | Shoes (1) | 5 | Underwear (5) |

**Personal Items**

15 Total Number of Books (Including Faith Group and Legal Books) (15)

2 Legal Box, 2 Cubic Ft.

Magazines/Newspapers/Catalogs (6)
Books, magazines and newspapers cannot exceed 3 cubic feet when combined with other property.

Ø Ring/Wedding Band only-no stones (1)

**Canteen Items**

| Item(s) | Description | Serial # |
|---|---|---|
| Calculator (1) | 1 | |
| Coffee Maker (1) | 1 Broken Will Need sent | out or destroyed. |
| Electric Razor (1) | | |
| Radio (1) | | |
| Shaver/Shaper (1) | | |
| TV (1) | 1 Clear Manavox | |
| Typewriter (1) | 1 | |
| Watch (1) | 1 | |

| Qty | Item | Qty | Item | Qty | Item |
|---|---|---|---|---|---|
| 1 | Alarm Clock (1) | Ø | Handkerchief (7) | 1 | Stereo Headphones (1) |
| 2 | Baseball Cap (1) | Ø | Headband (1) | Ø | Sunglasses (1) |
| Ø | Bathrobe (1) | Ø | Hot Pot (1) | 1 | Sweatpants (2) |
| 1 | Bras (3) | 1 | Lamp (1) | 1 | Sweatshirts (2) |
| 1 | Briefs/Boxers/Panties (3) | Ø | Moustache Scissors (1) | Ø | T-Shirts (3) |
| 1 | Combination Lock (1) | 1 | Multi-outlet (1) | 1 | Tennis Shoes (1) |
| | Curling Iron (1) | 1 | Pajamas (2) | 1 | Thermal Drawers (2) |
| 1 | Doo Rag (1) | Ø | Photo Album (1) | 1 | Thermal Shirt (2) |
| 1 | Fan (1) Broke, Need Replaced | Ø | Rug (1) | 1 | Towels (2) |
| 1 | Gloves - Jersey (1) | Ø | Shower Shoes (1) | 1 | Washcloths (4) |
| 2 | Gym Shorts (2) | 3 | Socks (3) | Ø | Wallet (1) |
| 1 | Hair Dryer (1) | Ø | 1 Medallion w/chain (2 1/2" diameter.) | Ø | Scented Oils (2 oz.) |

**Faith Group Items**

**Facility Specific Items**

1 Bag Misc hygene
1 Bag Makeup Products

Medical Sheets + Blanket
2 Medical Pillows
2 Roll up Glasses

1 Duffle bag Full of papers
1 Bag Misc Canteen

**Medical Appliances**

4 Knee Wraps/Braces (4)
1 Pair Prescription Sun Glasses
1 Prescription Eye Glasses/Contacts (1)
Prosthesis
6 Other Wrist Splints

Inventory DOC Employee MCDonald 13988 [signature]
Print Name Signature

Inventory DOC Employee Rittiendt / Aragon 13495 [signature]
Print Name Signature

**The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privilege of possessing personal property during incarceration. Offenders must retain receipts for proof of ownership.**

Offender Signature ______ Date ______

20074 White - Working File Canary - Property Officer Pink - Inmate

Attachment "A"

Page 1 of 1

exhibit 6

My name is Rita Erickson, D.O.C. #124753. I'm currently housed in Unit 2, A-hall, Room 130. My window faces the sidewalk, with no obstructions. On March, 7, 2009 at approximately 2:45 p.m. I witnessed 2 objects falling off of a cart that was pulled by Tiffany Snyder. The objects were a fan and a typewriter, both belonging to Jill Coit. The cart was being followed by a gray laundry tub which was also full of Ms. Coits' belongings. It, too, was being moved by an offender. C.O. Gamblin & C.O. Nutter were the two C.O's who had packed the items on to the cart. This, I witnessed on March, 7, 2009 at app. 2:45 p.m.

Rita Erik [signature]

Rita Erickson 124753

Until March 07, 2009, I shared a ROOM with Ms Jill Coit, DOC # 86530 in Unit 2, ROOM 126. Ms Coit was REMOVED FROM the ROOM shortly before 2:00 pm on that date.

Approximately 15-20 Minutes afterwards, Officer Nutter (sp) and another male officer came to "pack out" Ms Coit's belongings. Ms Coit had already been instructed to present her belongings as compliant earlier in the week and had done so. Major Chavez, Capt. Durant (sp) and Lt. Cowens all were aware of her legal, medical and personal being within facility Regulations. During our facility shakedown Ms Coit's only REMOVED contraband was a set of pens used and purchased as hobby items.

All property on 03-07-09, was REMOVED by a total of four officers from the ROOM. C/O Nutter (sp), the male he arrived with, and, C/O Gamblen and another female officer. Ms Coits items were loaded onto both a flatbed cart and 2 laundry tubs. Officers allowed 2 inmates, Tiffany Snyder and __ Sanchez to be in control of these without supervision when they first left the building. Several inmates observed Ms Coits belongings falling from the flat cart Sanchez was pushing. Inmates Fernandez, Mary and her ROOMMATE Cora __ observed this through their window, Unit 2, RM#122.

On Monday 03-09-09, when I Returned from class, I

[initials] 8

observed Ms Coits belongings strewn about the C/O side "bubble" in Unit 2. Spotting many items which Ms Coit had that were projects, ideas, Text and Materials for our Graphic Design class, I approached C/O Bitteroot (sp), asking her to secure the text book and materials. This was at approximately 10:15 AM.

C/O Bitteroot was going allow me (if she received an okay) to return the text to class, asking our instructor to call and confirm its return. After count and lunch, Ms B. was not available and I returned to my schedule without the book.

At approximately 3:25 PM, I saw, upon return, that Ms Coits belongings once again had been removed, the C/O "bubble" now contained returned laundry and only the "Photoshop" text book remained on a small table. I asked C/O Daniell (sp) she became very ill mannered saying she would ask Lt. Ross about its return. The book was in fact then removed yet it has never reappeared in class. Ms Coit is without a book,

Nancy L. Desoire
#99414