COPY

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES-) (Consolidated for all purposes with civil Action No. 96-N-343

JESSE Montez Plaintiff,
et al

v.

BILL OWENS et al
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2009

GREGORY C. LANGHAM
CLERK

Claim number: 03-459
Category: III
Claimant: JOHN NASIOUS
Address of claimant: SCF P.O. Box 6000 Sterling, CO 80751

MOTION FOR STATUS OF CASE AND TO PRESENT ADDITIONAL DOCUMENTS TO THE COURT.

Comes now claimant John Nasious pro se and asks the Court for status on his MOTION TO the OBJECTION to ORDER OF THE SPECIAL MASTER.

Also, enclosed in this motion Claimant is sending copies of documents that might help the Court, see the conflicts with the AIC/ADA OFFICE. IN BLACK And White. And see also how Nasious pleas for help have fallen upon deaf ears. And get retaliation for my disabilities. Nasious is asking the Court to once again to look into expunging the COPD Convictions under Due Process and

On November 23, 2004, Judges Nottingham and Kane issued an Order that set forth the criteria that must be utilized in adjudicating a claim. They stated, in part, as follows:

> 2. The Special Masters shall evaluate individual damage claims submitted in this case by considering the following questions:
>
>> 1. Is the claimant a disabled individual who is a member of the class?
>> 2. Was the claimant otherwise qualified to participate in the programs or receive the benefits or services offered by DOC?
>> 3. Was the claimant discriminated against by DOC because of his or her disability? (e.g., were accommodations requested and denied because of the disability?)
>> 4. Did this conduct cause the claimant harm and if so, what is an appropriate remedy?

This Order controls the adjudication of all claims and must be followed by the Special Masters. A claimant must establish by a preponderance of the evidence each of the above four criteria.

## II. FINDINGS OF FACT

Being duly advised, the Special Master makes the following Findings of Fact:

1. Claimant John A. Nasious submitted a claim which was assigned claim number 03-459. The claim is premised on alleged permanent mobility and hearing disabilities.

2. Claimant's claim was assigned to Category III pursuant to the Remedial Plan as set forth above.

3. Claimant Nasious first entered CDOC custody in 1998. He was released on parole in 2001 but was brought back into custody in 2002. During his time in custody, Claimant was housed at DRDC, SCC, BCCF, CCCF, and SCF.

4. Claimant was injured in 1999 when he fell in a prison kitchen and injured his head, neck, and back. He began to have severe headaches and occasional seizures following the fall. Claimant was injured in an automobile accident in February 2001, while on parole. This accident aggravated his back problems from the 1999 fall. An MRI done in May 2001 showed "right foraminal stenosis at L4-5 level with degenerative changes and osteophytes, dehydration of the disc spaces from L2 to S1 is noted." In an exam on October 5, 2002, Dr. Kakkar noted that Claimant's pain did not radiate to the lower extremities but that he did have intermittent numbness in the lower extremities. Dr. Kakkar diagnosed "Chronic subjective lumbar pain." A subsequent nerve conduction test was normal.

3

9:00

# DENVER HEALTH
## OUTPATIENT ENCOUNTER RECORD
### ADULT MEDICAL SUBSPECIALTY CLINICS

Name, MR#, Pat#, DOB
111134458
11/12/08  HSC  CMF
NASIOUS, JOHN ARTHUR
1239688      M   05/09/1962
G08                    DVR·Y
1:0  2:0  RX:0  IP:0
PCP: KOLPAK, STEVEN
PHN: (719)583-5840

Date: 11/12/08    Clinic: Neuro

Primary Language: ☒ English  ☐ Spanish  ☐ Other _____   ID X 2 __KM__ (Staff Initials)
Do you wish to have an interpreter? ☐ Yes  ☐ No  ☒ N/A
Interpreter: _____   ☐ AT&T Language Line Used
(name)
☐ Patient requests to have significant other/family member or friend interpret. _____ (name)

T 97.0  P 70  RR 14  BP 117/85  O2Sat 96  % O2 liters/minute __
Age: 45  WT: 211  HT: 5'11  BMI: __  LMP: __  Impairment: ☐ Physical  ☐ Cognitive  ☒ WNL
Medications: ☒ Yes ☐ No    Herbs/Supplements: ☐ Yes ☒ No   Cultural needs: ☐ Yes ☒ No
Topamax, Baclofen, imitrex,     Do you need a medication refill? ☐ Yes ☒ No
                                 Med Profile: ☐ Yes ☒ No  Pharm _____
Tobacco Exposure: ☐ Never ☐ Former ☐ Current  New or unusual pain? ☐ Yes ☒ No  Score: __
Med Allergies: ☒ Yes ☐ No  Zomig, verapamil,            Latex Allergy: ☐ Yes ☒ No
Reason for Appt: phenobarbital, many o          Problem List: See LCR
Staff Signature: _____

| SUBJECTIVE/OBJECTIVE | ASSESSMENT/PLAN |
|---|---|
| pt seen neuro clinic (CCMF) 2/8/06; 45yo ♂ c̄ hx cavernous malformation, h/a, sz-; was supposed to be back 2 yrs. ago - states h/a "bad" b/c has Ø been on imitrex - has only been getting APAP - Ø imitrex since 12/07 - restarted 1 wk. ago (Ø seem to be helping as much) - getting h/a ↑ - ii/mo - ⊕ aura ("lines" - black -) 15-20 min. before; ⊕ N; ⊕ photophobia, 10-40°; dark room helps; ØΔ h/a; - Ø numbness/paresthesias; Ø tremors - has had (R) facial adynum. since MVC - 1994 - sz: has tried dilantin/VPA in past - Ø tol.  1999-fall in kitchen - last event 2005; CPS - 2° gen. Medications: topamax 100² (wt. loss) imitrex - restarted 1 wk. ago (has gained wt. back) baclofen ?10² ← given for LBP. A: Zomig (hives) - BB verapamil (hives) phenobarb → hives  depakote → rashes O: VS - (as above) MS - oriented to time, place, date; naming/rep. intact CN - EOM c̄ slight saccades (R) NLF - o/w intact throughout motor - tone/bulk wnl throughout sens - LT/vib. intact throughout (B) UE coord/gait - (R) PNF  8 dys. plantar | 45yo ♂ c̄ hx CPS and migraines, also hx ⊕ occip. cav. hemang. vs. nonspec. calcification (seen on MRI 2001); 1) sz d/o: great control - Ø events since 2005; cont. topamax at current dose 2) migraines: cont. topamax at 100mg po bid - pt. also needs his imitrex for abortive relief prn needed - as needed basis  Patient/Family Education/Instructions: ☐ Diagnosis  ☐ Medications to include side effects  ☐ 1° care ☐ Tobacco  ☐ EtOH  ☐ STD prev  ☐ Follow-up criteria ☐ Discussed treatment side effects ☐ Topic(s): Mode: ☐ Video  ☐ Verbal  ☐ Handout ☐ Understands RETURN VISIT: as needed only  Kolpak  4/12/09 · 0930 · 244-2773 |

☐ Counseling/Coordination greater than 50%
Total Time: __ min  Couns/Coord Time: __ min

B-gait shackles

# DENVER HEALTH
## OUTPATIENT ENCOUNTER RECORD
ADULT MEDICAL SUBSPECIALTY CLINICS

Name, MR#, Pat#, DOB

**Assessment/Plan**

STAFF

Seen + [examined] c Dr [Solwitz].
[Have reviewed the]
[rest] + [apple c the findings]
+ plan

CP Sx's → Doing great
on Topamax

Migraine → OK [control]
Try Imitrex again

[signature]

Caregiver Signature/Title/Date (mm/dd/yy) (Pager & Provider #)

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
OFFENDER APPEAL FORM

DC FORM 150-1D (REVISED (11/02))

CASE NO. 09-1208

1. Offender Name: JOHN NASIOUS   2. DOC No.: 98775
3. Current Facility: SCF   4. Facility Initiating Hearing: ☒ SCF
5. Type of Appeal: ☒ Disciplinary  ☒ Classification   6. Date Hearing Held: 11-8-2008

7. Basis of Appeal (check the boxes which apply) Please Print. **Be brief-no additional attachments allowed.**

☐ PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
☐ LACK OF SUBSTANTIAL EVIDENCE: (State specifically what evidence was not present in this hearing)
☒ NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

Due to the visit with the neurologist I have additional evidence to support my health issues. Which also show that I was denied medication to control the serious "migraine disorder" from my tramatic brain injury and the injury in 1999 when I fell in a prison kitchen and injured my head, neck and back. I began to have headaches and seizures. CDOC failed for 2 years to provide me with the abortative medication. Judge, Richard C. Davidson confirmed this Jan. 27th 2009. The Neurologist Dr. Hughes, confirmed this also. The Hearings denied me access to exceplatory evidence. I was being punished for being sick and attempting to obtain medical treatment. This is corporal punishment. The tape was never reviewed and my witnesses never called.

Do **NOT** attach additional page. Additional attachments may not be considered.

8. Offender Signature: John Nasious   Date: 2/26/09

**RECEIPT BY FACILITY**

Appeal Received by: J. Polly    CO1-SCF    2/26/09
Name / Title / Date

**HEARING DECISION** (Please type)

10. Conviction is:  ☐ Upheld  ☐ Reversed  ☐ Modified  ☐ Remanded   Explanation: **(Must Respond)**

By: _____
Administrative Head       Date

**RECEIPT BY OFFENDER**

11. Appeal Decision received by: John Nasious   98775   3-4-09
Offender Name / DOC# / Date

S. Lund   3/4/09
Staff Witness   Date

20031 (R 11/02)   White - Department File   Canary - Working File   Pink - Time Computation   Gold - Offender

# STATE OF COLORADO
## DEPARTMENT OF CORRECTIONS
### OFFENDER APPEAL FORM

DC FORM 150-1D (REVISED (11/02))

CASE NO. 09-1225

1. Offender Name: JOHN NASIOUS
2. DOC No.: 98775
3. Current Facility: SCF
4. Facility Initiating Hearing: SCF
5. Type of Appeal: X Disciplinary   X Classification
6. Date Hearing Held: 11-8-2008

7. Basis of Appeal (check the boxes which apply) Please Print. **Be brief-no additional attachments allowed.**

☐ PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
☐ LACK OF SUBSTANTIAL EVIDENCE: (State specifically what evidence was not present in this hearing)
☒ NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

I found out the Name of the Property Officer at Arkansas Valley who packed me out, CO Whitsen who can attest that I had a Legal Box in my possesion when I left my facility. I did not have his name at the hearing. I traveled with my Legal Box to Cell House 3 DRDC on the way to the gates of Sterling - I had over 00 shakedowns - and had no incidents nor Cpt Christians allowed my Legal Box into the facility. The hearings staff failed to investigate the prison I came from to collabarate with AVCF, Property Officer Whitsen about my Legal Box, Nor was the Legal Box presented as evidence at the hearing.

Do **NOT** attach additional page. Additional attachments may not be considered.

8. Offender Signature: John Nasious   Date: 2/26/09

### RECEIPT BY FACILITY
Appeal Received by: J Polly   Title: C/O-SCF   Date: 2/26/09

### HEARING DECISION (Please type)
10. Conviction is: ☐ Upheld ☐ Reversed ☐ Modified ☐ Remanded   Explanation: (Must Respond)

By: _____ Administrative Head   Date: _____

### RECEIPT BY OFFENDER
11. Appeal Decision received by: John Nasious   98775   3-4-09
    Offender Name   DOC#   Date
    Staff Witness   3/4/09   Date

20031 (R 11/02)   White - Department File   Canary - Working File   Pink - Time Computation   Gold - Offender

COLORADO DEPARTMENT OF CORRECTIONS
## NON-FORMULARY DRUG REQUEST

Patient Name: Nausious, John    Last name / First Name    DOC# 98775   Facility SCF

MEDICAL CONDITION being treated: Post traumatic head injury HAs + Seizures

Previous Remedies, Canteen or Formulary Item(s) used (include length of time, dosage tried & compliance): Previously took Depakote, Taylor, Inderal, Verapamil, Lamictal, Methazolamide, Cafergot, Midrin. Imitrex is the only medication which successfully aborted HA. Fioricet.

Reason(s) a non-formulary drug is necessary or current standard of care does not apply (include/attach clinical documentation if needed): Allergic to Bellergal, Verapamil, Midrin, and Zomig (hives). The only antimigraine med so far successful is Imitrex 50mg, 1 tab at onset of HA + repeat in 2 hours if necessary. No more than 300mg/wk. He is to see Dr. Kakar in 2 or 3 weeks (neurology).

---

**ORDER** The Following Alternative Drug Treatment; *ensure all required RX information* - (1 year maximum)

Drug/Strength: Imitrex 50mg tab, 1 tab at onset Migraine HA (type) and repeat in 2 hours if necessary

Sig/length (in days): No more than 300mg/wk. for 30 days

Nurse signature _____ Date _____

PA/NP signature _____ Date _____

Printed name: _____

Facility physician signature: G.E. Philbin M.D.   Date: APR 22 2002

Printed name: G.E. Philbin, M.D.
BNDD # 4400878

Reviewing Officer Comments: P.O.
Use Zomig 5mg PO
f pr m n/m

NOT A COVERED SERVICE
Utilize Formulary Options

☒ Approved as is
☒ Modified to: _____
☒ Denied

Signature of Medical Officer _____ Date 4-29-02

P 31247 R

Fax to the appropriate officer:   Medical: 719-269-5192   Psychiatrist: 719-226-4515

**COLORADO DEPARTMENT OF CORRECTIONS**
**NON-FORMULARY DRUG REQUEST FORM**

Run Date: 11/29/2007 10:54:07

Rx#:
Patient Name: John NASIOUS    DOC# 98775    Facility: AUCF
MEDICAL CONDITION being treated: Refractory SZ
Previous Remedies, Canteen, Formulary Item(s) used (include length of time, dosage tried & compliance):

This is a renewal. Has been on multiple meds in the past. It is working well

Reason(s) a non-formulary drug is necessary or current standard of care does needed):

2276468

NASIOUS JOHN A    98775    AV
2276468  TOPAMAX - 100 MG
TOPIRAMATE    McNEIL
ONE TABLET TWICE DAILY  ***NON-FORM EXP 7/2/08***

60 TAB  REF 5  DD
MD AASEN, MICHAEL    1/4/2008
DC 06/30/2008

ORDER the following Alternative Drug Treatment; ensure all required Rx information - (1 year maximum)

Date: 11/29/07  Provider: AASEN, MICHAEL
Drug/Strength: TOPAMAX 100 mg
Alternate Name:
SIG: po BID
Length (in days): 180 days

Nurse Signature / Date: 1/2/08

PA/NP Signature / Date: Mike Aasen 1/2/08
Printed Name: Mike Aasen

Facility Physician Signature / Date:
Printed Name:

Reviewing Officer Comments: OK

☒ Approved as is
☐ Modified to:
☐ Denied

DR BLOOR  1-3-08
Signature of Medical Officer / Date

K HOLT

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☑ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☑
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☑ No ☐
Date received by case manager: 2-16-9   Case Manager: _____

RECEIVED
FEB 17 2009

Grievance Number: D-SF08/09-127-1   STEP (Circle One) ①  2  3

NAME: JOHN NASIOUS   DOC NO. 98775   FACILITY/UNIT/POD: 1B SCF 703
C-Hols+ 3/14

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** CDOC/PHP have failed to recognize my epilepsy As covered by ADA. I am an individual with a disability. My Epilepsy is a physiological disorder affecting my neurological system. Persons with seizure disorders therefore have a disability which falls under the standard definition. Additionally, under the Rehabilitation Act individuals with Epilepsy have been held to have a physical or mental impairment that substantially limits one or more major life activity. In addition, Congress made clear in ADA's legislative history that, "whether a person has a disability should be assessed without regard to the availability of mitigating measures, such as reasonable accommodation or auxiliary aids. Congress specifically recognized that the individuals with epilepsy like myself have a disability which substantially limits a major life activity even when the effects of the impairment are controlled by medications. Remedy Give me my Accommodations (ADA) I went for 2½ years without Bottom Bunk, Bottom Tier restriction.

**TO BE COMPLETED BY OFFENDER:**
DATE: 2/11/09   OFFENDER SIGNATURE: John Nasious 98775

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 2-17-09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Benson 11918

Date ADA grievance sent to AIC: 2-17-09

**RESPONSE:** Failed to Respond

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE |
|---|---|---|
| | | |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 4-1-09   OFFENDER SIGNATURE/PRINT NAME & DOC #: John Nasious 98775

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☑ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☑ No ☐
Date received by case manager: 4-6-9   Case Manager: _____

RECEIVED APR 13 2009

Grievance Number D-SF08/09-127-2   STEP (Circle One) 1 ②  3

NAME: JOHN NASIOUS   DOC NO: 98775   FACILITY/UNIT/POD: 1B   A. Cooper S/S

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** My Step II Grievance subject is COOC/PHP have failed to recognize my Epilepsy as covered by ADA, my Step I grievance has been ignored within Time Limits set forth on A.R. 850-4 Cathie Holst AIC ADA Staff have failed to be in Compliance. Remedy Remains Unresolved, 1.) Due to Roles of profit or Discrimination I didn't have access to seizure medication on 1-21-09 - 1-25-09, I had a seizure and was denied medical treatment.) Remedy: Under Title II of the ADA validity abrogates state sovereign immunity with the respect to the claims in my Step I + II, 8th Amendment conduct also violates Title II of the ADA, the Deliberate Refusal of Prison officials to Accomodate disability related needs in such fundamentals as mobility, hygiene, **medical care**, and virtually all other prison programs constituted "exclusion from participation in or denied benefits of the prison's services, programs or activities 42 U.S.C. 12132. The Conduct of the AIC Dept. and CDOC and the State of Colorado have independently violated the provisions of §1 of the 14th Amendment. The Due Process Clause of the Fourteenth amendment's guarantee against Cruel and unusual punishment KuKlux Klan Act of April 20, 1871, 17 Stat. 13 The Prohibitions of the 14th Amendment are directed to the States. It is these which Congress is empowered to enforce. This enforcement power includes the power to abrogate state sovereign immunity by authorizing private suits for damages against States Thus Title II validly abrogates sovereign immunity in the prison context

DATE: 4-1-09   OFFENDER SIGNATURE: John Nasious

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA
DATE: 4-13-09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: JBenson 11918
Date ADA grievance sent to AIC: 4-13-09

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*Anderson*

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☑

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☑
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: 4-6-9    Case Manager: _____

Grievance Number: C-5408/09-640    STEP (Circle One) ① 2  3

NAME: JOHN NASIOUS    DOC NO. 98775    FACILITY/UNIT/POD: 1B

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** The Subject of this Grievance is My Rights Un Title VI of the Civil Rights Act of 1964 have been violated by the Sterling Correctional Facility medical Department by an inept NURSE NANCY Whit Who has Chosen to Disreguard "Prescribed medical treatment" and Act as a Phycian without a liscense. On 3/31/09 Sgt. Steerman brought me to the medical Department, as I have done, on previous occasions, with Nurse Konda, Nurse Mays without any incidents, To recieve my Imitrex medication at the onset "AURA" of my migraine. Nurse NANCY White seems to think I do, not deserve my medication As ordered by the Neuro Consult, P.A. Webster. Dr. Singh ect And refused me my ordered medical treatment. CM. Dennis called P.A. Webster, who suid for me to Return to Medical. Once Again I was sent back to the unit by C/o Johnson, was told to go to medline. My Imitrex is Abitative Treatment for migraines. I need to have the ordered followed. Ive exausted my Remedies in this matter. My next steps will be the courts THIS IS TORTURE AND ABUSE OF PATIENTS

**TO BE COMPLETED BY OFFENDER:**
DATE: 3/31/09    OFFENDER SIGNATURE: John Nasious

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 4-8-09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Cindy Silva 8807

Date ADA grievance sent to AIC:

**RESPONSE:** Before coming to medical, unless you have an appt, you must have C.O. call over & notify medical of your problem. Medical will check to see what med you need & how often you get it. When you just drop in to medical & expect immediate tx, you will be sent back to your unit. They then need to call medical to see if it is OK to be seen.

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: ___
RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE PRINT NAME & ID #: Nancy White  Nancy White  9712
RESPONSE DATE: 4/14/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 4-16-09    OFFENDER SIGNATURE/PRINT NAME & DOC #: _____ 98775

Original Department File AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

CS&P 700-3.200 Attachment A

25-201

**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES, 2862 S. CIRCLE DR., COLORADO SPRINGS, CO 80906**

**YOUR RIGHTS AS A CLIENT OF DOC MENTAL HEALTH SERVICES**
**MANDATORY DISCLOSURE STATEMENT**

You have a right to receive information regarding methods of therapy, the credentials and licenses of the mental health treatment providers involved in your treatment, there techniques used, and the duration of therapy, if known. You may terminate your involvement in therapy at any time. However, if you terminate therapy prior to completion of any recommended treatment program, it may have consequences concerning your institutional placement, earned time, or progressive moves.

You may seek a second opinion from another CDOC Mental Health treatment provider upon the approval of the facility Mental Health Supervisor. You may seek a second opinion from an approved private provider per CDOC Administrative Regulation 700-21, Private Health Care Providers; however, you will be responsible for the cost of the private health care provider.

All DOC mental health treatment providers are either licensed as psychologists, social workers, or professional counselors in the State of Colorado, or are working under the supervision of licensed clinicians. The practice of mental health treatment providers is regulated by the Department of Regulatory Agencies. You should know that in a professional relationship, sexual intimacy is never appropriate and should be reported to the appropriate licensing Board at:

>  Mental Health Licensing Section
>  1560 Broadway – Suite 1350
>  Denver, CO 80202
>  (303) 894-7800

You should understand that information provided by you during therapy is confidential. The exceptions to confidentiality requirements include situations which may threaten the security of the institution or which indicate imminent danger to you or to someone else. You should also know that certain information regarding your mental health needs and/or mental health status will be shared with correctional and other criminal justice system personnel in order to allow for effective correctional management. For example, your Mental Health Needs Level codes and information pertaining to mental health program completions will be shared with Department of Corrections' staff. If you are referred to a community corrections center or are eligible for parole, this information is available to community corrections boards, community corrections agency staff, and/or the Parole Board staff. Specific clinical information obtained in a therapeutic relationship will not be disclosed without your permission, or in circumstances required by law. This issue may be discussed further with you during your sessions with mental health staff.

Staff credentials and licensure status are posted and available in the mental health office.

I have been informed and understand my rights as a CDOC Mental Health Client.

_John Nasious_                    98775            4-14-08
Offender Signature/CDOC Number                    Date

7

Axis I: Mental Disorder (personality change, impulsive behavior; memory problems; migraine headaches; seizures) due to TBI; Posttraumatic Stress Disorder; Adult Antisocial Behavior; Polysubstance Dependence

Axis II: No Diagnosis

Axis III: Migraine Headaches; Disorder Shoulder Joint; Obesity BMI:30; GERD; Lower Back Pain; Knee Pain; Hemangioma (Cavernous, CNS)

Axis IV: Incarceration

Axis V: 55

DOC/PCPP
RE: JOHN NASIOUS
May 25, 2002
Page two

**FAMILY HISTORY:** His mother has diabetes mellitus, breast cancer, a history of migraine headaches, and Cushing's syndrome.

**PERSONAL HISTORY:** No history of smoking. History of social alcohol use. No history of use of street drugs.

**CURRENT MEDICATIONS:** His list of medications was reviewed.
1. Topamax 200 mg at bedtime.
2. Imitrex on a p.r.n. basis.
3. Midrin two tablets three times a day.
4. Zomig on a p.r.n. basis.
5. Darvocet on a p.r.n. basis.

Outside Medical Records: CT scan of the brain without IV contrast January 21, 2001 showed right occipital area calcifications, which were thought to be nonspecific.

MRI scan of the brain April 4, 2000 showed diminished T1 and increased T2 signal in the right occipital cortex, and adjacent white matter, suggestive of chronic encephalomalacia with multiple differential diagnoses. This could be cavernous hemangioma or AV malformation with repeated hemorrhage.

Follow up MRI scan was recommended. The patient reports that he has had a follow up MRI scan, which is not available for my review.

A lumbar puncture was performed at Denver Health on January 21, 2001 with CSF glucose of 60, protein 30, no RBCs or WBCs.

An orthopedic note is available from Mile High Orthopedic Rehabilitation by Steven Nadler, M.D. dated May 14, 2001.

**ALLERGIES:** Midrin, although patient has this listed as a medication. He reports hives with it. Verapamil causes hives. With phenobarbital he gets sick. It is unclear why patient is still on Midrin if he reports allergies and none have been observed so far.

**PHYSICAL EXAMINATION:** General: Weight 216 pounds. Height 176 cm. Blood pressure 111/72. Temperature 97.3. Pulse 90. Head is atraumatic. Neck is supple. Carotids are 2+ with no bruits.

**NEUROLOGIC EXAMINATION:**

Mental status: Oriented to place, person, and time with no aphasia or dysarthria.

Cranial Nerves: Visual acuity: OS 20/20, OD 20/50. Pupils are equal, round, and reactive. Fundi are clear. There is no nystagmus, ptosis, facial or tongue asymmetry. Jaw reflex is 2+.

Motor: Symmetrical muscle power. No abnormal movements. No tremor or myoclonus.

Page 2
RE: John Nasious
October 5, 2002

He denies any headache, nausea, vomiting, dizziness, vertigo or any sphincter complaints or any gait difficulty or any falls. There have not been any recent seizures.

He reports low back pain, according to history the low back pain does not specifically radiate to the lower extremities, but there is intermittent numbness in the lower extremities. Now he is reporting upper extremity numbness as well.

**OUTSIDE MEDICAL RECORDS:** MRI scan of the lumbar spine 5/21/01 reveals right foraminal stenosis at L4-5 level with degenerative changes and osteophytes, dehydration of the disc spaces from L2 to S1 is noted.

## CURRENT MEDICATIONS:

1. Darvocet.
2. Imitrex.
3. Topamax.

**PHYSICAL EXAMINATION: General:** Weight 232 pounds. Height 70 inches. Pulse 72. Blood pressure 114/71.

Lumbar examination reveals tenderness in the lower sacral area above the gluteal cleft. Range of motion is full of the lumbosacral spine. The patient can bend to 90 degrees. Straight leg raising test is negative. Although subjectively the patient felt discomfort on the left side.

## NEUROLOGICAL EXAMINATION:

**Motor:** No wasting of the muscles. There is no fasciculation. 5/5 muscle power. There is no evidence of any tremor or myoclonus.

**Sensory:** Sensory dysesthesia to sharp sensation in the right arm, at the mid arm, and the left arm at forearm level. Both lower extremities just above the ankle level. Vibratory sensation and position sensation within normal limits.

**Deep tendon reflexes:** Are hypoactive. Babinski signs are negative.

**Station and gait:** Reveals no ataxia.

**Cerebellar:** Reveals no dysmetria or tremor.

Sphincter tone is normal without sensory deficits noted over the saddle area.

## INITIAL NEUROLOGICAL DIAGNOSIS:

1. Chronic subjective lumbar pain

Equal Protection violations of the United States Constitution. And to Be Placed BAck into the Theraputic Community, on the same status that he left. NAsious had 282 days into the Program.

Wherefore Nasious prays the Honorable Court looks in to his Please of Abuse of the CAptive Patient. It is still an ongoing Problem, at SCF Medical. Dated this 26 day of April.

See attachments 1-13

Respectfully Submitted.
John Nasious

Certificate of Mailing

The Undersigned hereby certifies that on the 26th day of April 2009 a true and Correct copy of the foregoing was filed and served via United States mail to the following:

Gregory Lungham - Clerk
United States District Court
901- 19th Street
Denver, CO. 80294

Colorado State Attorney General
1525 Sherman St
Denver, CO. 80203