**ORIGINAL**

U.S. District Court
Judge, John Kane
901 19th street
Denver, Co 80294

92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -1 2009

GREGORY C. LANGHAM
CLERK

Re: Montez et. al., Remedial Plan,
dated August 27, 2003

Dear Judge,

      I have wrote letters and filed motions/injunctions asking for relief regarding the continued harassment/retaliation and discrimination by DOC and Medical Staff. I have been constantly told I do not have a Montez claim. And nothing show's up on ther computers-indicating any alerts as required by the remedial plan.

I exercised the Opt-out process according and pursuant to page 6 of the Remedial Plan. And was denied and transfered to Sterling Correctional facility. And held in higher security, lost property and privileges. All in violation or non-compliance with the Remedial Plan.

I have been subjected to harassment by SCF Medical staff as to my mobility disability and according to Medical I do not have a disability until they decided I do. And have been told I do not need knee braces that I have used ever since my first knee injury back in 1963. I had knee braces when I came to prison, although they were in bad shape. I was given new neoprene braces until I was to get follow up treatment. But never did. They were taken away in shakedowns, and I was found guilty for having prescribed treatment. since 2006 I have been witout knee braces and medical refuses to follow Dr. Jacob Patterson's prescription for at least one knee brace. Just Yesterday I was told by a provider Jennifer Aguirria that I do not have any restrictions or require any accommodation.

I need my knee braces, and a cane to help walk when my knees are really in pain. And No one in medical or DOC Staff seem to care, they all have arrogant and abusive attitudes. You can't even talk with them or explan. I believe this is a form of on going discrimination. There are so many prisoners here who are part of Montez et. al., who are experiencing the same conduct or policy of discrimination. Its like infliction of emotional distress. I have high blood pressure and heart problems. After two hearing with Judge R. Borchers and his Final Order decided June 25, 2008. DOC Personal still refuse to treat my serious medical needs and give me knee braces as accommodations. As required by ADA of 1990 sec 12112 et seq. Judge Borchers has made his determination regarding my disability. And I have filed injunctions with his Office and yours. I have never gotten a ruling or answer. What I like to ask now. Can I appeal to the Tenth Circuit regarding my petition for any injunction to stop the on going discrimination. And to force DOC and Medical to comply with the REMEDIAL PlAN OF AUGUST 27. 2003 that both party counsel's have agreed to. And I believe you signed. I fear that I will soon be placed in permanent segragation because I was told by provider Jennifer Aguirria that a P.A. by the name Webster removed all my restrictions from medical records. And said I do not have anything wrong with me. That gives all staff the right to place me on second or third tiers or top bunk, and subject to climb stairs. Causing more harm. Each and every adverse decision constitutes a separate actionable unlawful practice by DOC and medical staff. Liss v. Nassau, 425 F.Supp2d 335 (EDNY 2006). I am being denied the benefits of services and programs (which is medical). U.S. v. Georgia, 126 SCt 877 (2006).

See also Pennsylvania v. Yeskey, 525 US at 210, 118 SCt 1952 noting the phrase service, programs or activities in sec. 12132 includes ... medical."

The alleged deliberate refusal of prison officials to accommodate my disability related needs constitutes denial of benefits under section 42 USC 12132. And is on practice of discrimination., for my physical limitations and needs. 42 USC 12112 (b)(5)(A).

I need help and I ask how I can proceed to the next level for relief. And I would like to have a ruling for the petition for injunction. Or do I appeal to the tenth circuit. I don't know and I ask if this court can direct my next motion for relief.

DOC and Medical staff have failed to provide "reasonable accommodations for the Plaintiff even after the Special Master's final order was received. Its been since 2006 since I have had knee braces. Pursuant to the Remedial Plan of August 27,2003. It clearly states on page 20 under XVI HEALTH CARE APPLIANCES, A. DEFINITION in pertinent part:

> "Health care appliances are assistive or medical support equipment, which have been prescribed for the inmate and approved by Clinical Services.'"

Under section D. PURCHASE OF HEALTH CARE APPLIANCES

> " Prescribed appliances shall be provided by the DOC facility with the approval of the Chief Medical Officer or licensed physician designated by Chief Medical Officer who is qualified to treat the disability in question."...

Its documented in the hearing records I had with Special Master Judge R. Borchers at AVCF. That Dr. Jacob Patterson, the only licensed Orthopedic to exam me and prescribe hinged knee braces. Apparently it was approved because I had one knee brace before and it was taken away in shakedown 2006. Medical has since refused to replace thia health care appliance. That is deliberate discrimination. What must I do to get reasonable treatment. Its clear DOC and Medical are in Non-compliance with the Remedial Plan. And everytime a inmate brings it to there attention. They are threaten with seggragation or other discipline and retaliation.
I have wrote to Judge. R. Borchers constantly and provided information/evidence of on going violation of the Remedial Plane and nothing is done about it. The Judge tells me to contact Class counsel, I have told the Judge over and over Class counsel does not respond to my letters. I am not the only inmate that is experiencing these problems.

Please answer and help.

April 29, 2009                                          Respectfully

                                                        *Ronald Cordova*
                                                        Ronald Cordova, 57350
                                                        SCF        B-1-12
                                                        P.O.Box 6000
                                                        Sterling, Co 80751