US DISTRICT COURT
901--19th Street
Denver, Co 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 0 4 2009**

JESSE MONTEZ ET AL
V
BILL OWENS ET AL
CASE NO ("  OV 870 CMA)    92 cv 870CMA

**GREGORY C. LANGHAM**
CLERK

Jill Coit 86530
claim no 03-129
P.O.Box 392005
Denver, co 80239

NOTICE OF THREATS WITHHOLDING SUPREMED COURT MAIL CHANGING LEGAL LOG
NOTGETING MAIL FROM SUPRENE COURT THUS GETTING CERT DENIED

Montez - Retaliation - Maerletg

Comes now, Jill Coit a member of Montez Remedical Plan which states
that no  retaliation will be allowed.I am here to tell you that we
are afraid, I as well as Nancy Desaire and Brandy Davis have been
threatened with having there  ADA accommodations pulled. Ihave
     had my legal mail from the Supreme Court with held from me
which caused my cert to be deneid. The person or persons responsible
for this also changed the legal  mail log. I submitted proof to
DWCF CID investigator Mr. Carson.  Call Asay
     I have been given fake write ups and had my legal documenst confis ---
cated/a nd thrown away.  \ people took -
   The medical appliances I was issued by medical confiscated by throwing
them away. I filed a grievance, I attached it to paper work I filed
yesterday I got the answer back grievance no. DW 08/o9-272 it states,
' Offender Coit, I am in receipt of your Step 1 grievance and here are
my findigs. According to DWCF Clinical Supervisor the egg crate
matress, wedge pillow and pillow were disposed of as they pose
a safety issue for the offender population... It was signed by Lt
Cowens. I will send you full copy when I canget one but I did notwant
tomiss filing deadline.
   This is the same egg crate matress that at least 25 inmates at DWCF
have the same wdge pillow as at least  40 inmates have and the same
ones that  all CDOC facilities give out to inmates.
   Why is only mine a 'pose a safety iffuse for the offender population?.
        Could it be because I told and filed under Montez? I realize you
donot wan to deal with the issued I have raised here but If inmates are
to afraid to write and tell what have you got. I am near the point of
SUICIDE they are pushing me to that point but that is what they want.
The only thing keeping me alive is my mother is going to visit me in
June and I must stay alive  for her. It woudl hurt her to much for me
todie without saying good bye inperson. I feel like I am being raped
all over again. I am the inmate that has the disabilities impairments
becaseu CWCFofficer Sgt Joseph smith raped and physically injued my hands,
shoulders, knees, back and hip as well as feet when I would not givein to
hissexual demands.  I have recorded it all on  CIPS hot line case
no ' 00637- 6765 in case I suddenly get injured. My case no was 98 cv
2031 I would not be disabled if I had not been injured by his attacks
adn I told from the beginning, submitted his sperm in 1995 december but
they didnot polygraph him till dec 1996 unreal. Please help us. I will

send copies as soon as I can get them

Jill Coit #65