**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
CLERK

1-29-09

92-cv-00870-CMA

Dear Clerk of Court

Please file each of these
5 - motions Under
Morley - in this order
A, B, C, D & E

Thanks -

[signature]
Joe 150