A

| Court Address:<br>us district court<br>901--19 th Street<br>Denver, Co 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 04 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
|---|---|
| Plaintiff(s):<br>JESSE MONTEZ   ET AL<br><br>vs.<br>BILL OWENS, ET AL<br><br>Defendant(s): | ▲ COURT USE ONLY ▲ |
| Party Without Attorney - Pro Se (Name and Address)<br>JIll Coit 86530<br>P.O.BOX 392005,Denver, Co 80239<br>claim no. 03-129 | Case Number:<br><br>92 cv 870 EWN/OES<br><br>Division:         Courtroom: |
| MOBILITY IMPAIRED INMATES ARE DENIED ACCESS TO THE BIG YARD DUE TO THERE NOT BEING ANY WALKWAYS IN THE BIG YARD ||

Comes Now, Jill Coit pro se and does hereby wish to tell the court that DWCF denies access to the wheel chair and mobility impaired inmates to the "big yard".This is the big yard that is behind unit 3 that all inmates except the mobility impaired are allowed to see baseball games and other functions held there.

They could remedy this denial of yard if they would allow wheel chair and mobility impaired inmates the use of the court yard when inmates in there units or the general population inmates are allowed Big Yard time.

This court believes that DWCF is wheel chair accessible but it isn't there are many problems including doors to all community building that are too heavy for wheel chair and elderly/impaired mobility inmates to open. It is a constant problem to try and not get your hands caught in the heavy doors. IE: Property, visiting, dinning rooms, gym, and other buildings. There are no automatic door openers like disabled people have under the law in the free world. The same problems that disabled people have in the free world inmates also have.

Respectifully,
JIll Coit  86530                         4-29-09

Dictated but not read

JC/th