FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
CLERK

US DISTRICT COURT
901--19th Street
Denver, co 80294

JESSE MONTEZ ET AL
V
BILL OWENS ET AL

CASE NUMBER 98 CV 870 EWN OES

Party not having attorney
JIll Coit 86530
P.O.Box 392005,Denver, Co 80239

NON COMPLIANCE WITH STIPULATION OF 4-4-08 NUMBER D.22 & MONTEZ REMEDIAL PLAN REGARDING MOBILITY IMPAIRMENT, MEDICAL RECORDS NOT PLACED IN FILE, ~~DENIAL OF ABILITY TO FILE GRIEVANCE~~ & PLAYING GAMES WITH THIS COURT, ~~& FAILURE TO LIST MEDICAL APPLIANCES ON ACCOMMODATION RESOLUTION AS SPECIALIST ORDERED/RECOMMENDED~~.

Comes Now, Jill Coit pro se who is a member of Montez Remedical Plan and she wishes to inform this Court that CDOC,Cathie Holst & Dr. Frantz are playing games with her. She was sent a letter dated January 13, 2009 telling her that she does not qualify for re-screening at this time that her previous screening was done 4-25-08 and that she must waint one year from that date. see attached exhibit 1.

On 4-21-09 she was just given a new Accommodation Resolution dated 3-18-09 . This accommodatioin Resolution does not list her mobility braces in fact it list that she has a cane. Coit has been in a wheel chair since March 2004 except for a few months when she was being punished for telling about non compliance of Montez to this Court. (new accommodation exhibit 2 ) ~~see page 8~~

(1) Fact: Coit can not use cane due to should impairments and pain. Coit has a torn menusis tear of the left knee that swells and causes her to fall down when she attepts to walk.She has hammer toes and was given shoes that have extra toe room but Abilities unlimted stated when they issued her the shoes ,that it did not correct the foot problems. When you have a knee injury you are supposed to us the cane on the oppos side of the injury according to Orthopedic Physician,however since Coit has severe hand injury ( deQuarianis disease and arthritis she can not use her right hand). Cane is totally ineffective and causes shoulder and left hand pain.

(2) All of Coit's medical records regarding her being issued a wheel chair at CWCF have disappeared. The only record she has to prove that she came back from CWCF with a wheel Chair is the case manager kite to her when she was trying to get back into school(CAD) Exhibit 3

(3) Why do Coit's medical records keep disappearing from her file? It is not the medical records lady, Ms.Wilson who is taking them or not putting them in, she is most helful in getting the records Coit's send for into her file. Coit must send to individual specialist to get a copy of her medical recrods . pg 7

(4) See exhibit 4. From Orthotic stating I recommend that she continues heat pads to her wrist and would use speech recognizing program for typing instead of her hand on keyboards. This was documented in her facility file. She also stated Ineeded orthopedic shoes.

There was nothing documented in my file until Ipaid toget a copy of my medical records from Specialist.

Why are my medical records NOT BEING PLACED IN MY FILE?

(5) Regarding no.2 of this document, Case Manager kite dated 4-9-04 states," You returned from C.W.C.F with a host of new medical restrictions and a wheelchair." #-5

(6) Why are the medical restrictions and wheelchair not a part of Coit's medical file.

(7) Coit was screened For ADA and Montez on 3-25-04 by Dr. Cabling and he listed the following restrictions: 2 Hour work restriction which DWCF refuses to honor or put as part of MOntez or ADA (which is a vioaltion of Montez Remedial Plan (III. A.B. & C Permanent Disability/impairment-a condition which is not expected to improve within six months.- Coit has been in wheel chair for over 5 years, been unable to walk without pain due to knee impairment-torn memnusis tear for over 10 years, had hammer toes since 1996 when injured by Sgt. Joseph Smith stomping on her feet when she refused to cooperate with his sexual demands. See podiatry report of 4-27-99 &8-4-99 both list that her boots are too small to please get her #7 & 8 boots that fit, yet CDOC/CWCF did not get proper shoes for at least 6 years all of which contribued to her her foot problems. In fact CDOC still has not obeyed Denver Health Orthopetic and Podiatry that state she must have custom orthopedic shoes.)

(8) Coit's family was forced to pay $125 for tennis shoes to accommodate her hammer toes a condition that was caused by CDOC neglect and abuse. Coit now has orthotic insert to put in her tennis shoes , but still no custom Orthotic shoes. Coit is willing to not press the Custom Orthotic shoes if she as long as she is in wheel chair and not forced to walk.

(9) Coit also has a plantar fascia=plantar fibromatosis which makes standing or walking painful. All these multiple conditions makes walking extreme painful.

(10) CDOC has spent over $10,000 on Coit's foot, leg, knee impairment but refuses to obey what specialist they send her to say. They just keep sending her to specialist in hopes that they get the dignosis they want they don't then Dr. Frantz and Holst just ignore Specialist recommendations/orders . When Coit files grievances they claim that they can just over ride the Specialist orders. Why spend all that money if your not going to follow the specialist orders.

(11) This is a violation underMontez Remedial Plan and "Stipulation Regarding Status of Compliance by the Colorado Department of Corrections with the Montez Remedial Plan dated 4-4-08 number D. 22, which states," 22. If PHP overrides a CDOC medical provider's or a specialists recommendations for testing or assistive devices, CDOC will bear the burden of ensuring that the testing is otherwise conducted and/or will provide the assistive device at the expense of CDOC."

(12) CDOC is playing word games, it is not PHP who is denying the Specialist orders/recommendations it is Holst and Dr. Frantz, neither of which are qualified to over ride a Specialist. exhibit 5

(13) The condition and medical applainces that are refered to herein are all braces prescribed by either DOC doctors or specialist, Orthopedic at Denver health or Specialist in physical therapy or orthopedic braces. I was issued the following medical applinces: 2 leg braces, 2 sets of knee braces-brand new just last year, ankle brace, 3 sets of hand braces-just last years, egg crate matress that was just thrown away by DWCF staff for no reason at all, wedge pillow and cervical pillow to place under knee-thrown away on 3-7-09 no justification. I was issued a sock aid to help me put on socks due to back mobility problem, a graber since I can not bend without pai,, exercise yellow bands for mobility impairment and other medical appliances to assist me.

exhibit 5 — exhibit 6 + ADA screening

# 9

Wherefore Coit ask this court to tell DWCF and CDOC to include all her medical files in her DWCF file so she haa access to all medical records. To stop trying to take her wheel chair away and give her a cane since using a cane causes her to have more shoulder and hand pain. To stop charging her for shoes that she needs to accommodate her foot problems since they caused the foot problems inteh first place by forcing her to wear state boot that were too small and by their officer stomping on her feet causing her to have hammer toes and a broken toe.

And for Dr. Frantz and Cathie Holst to obey their own doctors and specialist..NO RETALIATION.

Respectfully submitted,

Jill Coit Jill Coit 4-29-09

Dictated but not read

jc/th

pg 2

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755

Bill Owens
Governor

John W. Suthers
Executive Director

July 5, 2000

Jill Coit (86530)
Colorado Women's Correctional Facility
P.O. Box 500
Canon City, Co. 81215-0500

***Re: Correspondence dated June 6, 2000***

Dear Ms. Coit:

In your letter of June 6, 2000, you inquired about specific DOC policies that cover three (3) different areas of concern to you. First, regarding CWCF staff purchasing computers from CWCF/CI Computer Refurbishing Operations, CWCF does not facilitate provisions to allow the sale of computers to the private sector.

Second, the rules governing spouses, family members and in-laws working in the same facility. In accordance with Administrative Regulation 1450-11, *"Employment of Relatives by the DOC"*, Section IV.B.3., it states the following:

> *"Family members of, or those involved in a significant relationship with current staff of the DOC may be employed in positions if the staff is not assigned to a work unit where he/she is a family member of another unit employee."*

Finally, you were distressed about who you should address if a staff member destroys documentation from your file and states that it was accidentally shredded. You should address this issue with your Case Manager or the Appointing Authority of your facility. This is the procedure that you should follow for any other issue that may arise in the future.

Sincerely,

ME West

MARY E. WEST, ED.D.
*Deputy Director, Special Operations*

MEW/adn

xc: Legal Services
Department File

pg 3

May 19, 2008

To Whom it may concern,

Included in the orthopedic shoes Foot Solutions carries is the Drew Flash Velcro in white leather/ white mesh. It has two removable insoles to accommodate orthotics and is available in a size 9.5 wide width. The shoe is $125.

Regards,

Ralph Tilney CPed

Foot Solutions of Austin, Inc 10225 Research #330 Austin, Tx 78759
512-241-0051 (v) 512-241-0105 (f) Austin @FootSolutions.com

# MESSAGE FROM MEDICAL

**TO:** Coit, Jill **DOC #:** 86530

**DATE:** 8/2/05 **UNIT#:**

Dear Ms. Coit,

I received your packet regarding your request to change your Montez Accomodations. As you well know, All accomodations need to be initiated through DOC legal office, if related to Montez and I cannot make any changes to already set resolution. Your best way to get help would be through communication with Ms. Holst. I have no choice but sending back all your documents. However, as a clinician I'll be more than happy to help with your medical needs.

**SIGNED:** Sincerely. Dr. Razzaghi [signature], MD

pls copy for chart

# Colorado Department of Corrections
# Consultation Report Form

Appt#: 97430

REQUESTED

**DOC #:** 86530 **Name:** COIT, JILL **Facility:** DW/UNIT2 **Date Initiated:** 03/03/2008

**Gender:** FEMALE **Security:** MINIMUM RESTRICTIVE **SSN:** 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 **DOB:** 06/11/1944

**Level:** 1 MONTH **Tele-Med:** NO **Provider:** MARTINEZ-HOCHBE, YVETTE M , **SDD:** 03/16/3004

**Request:** ORTHOPEDIC **Auth #:** **Number of Visits:** 1 **PED:** 03/26/3004

**Location:** DENVER HEALTH **Appt Dt:** **Specialist:** **DH #:** 2098863

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 63 Y/O W POSTERIOR MEDIAL MENISCUS TEAR AND COLLATERAL LIGAMENT TEAR, LAST MRI 2007 CONFIRMING THIS-NEEDS ORTHO REFERRAL TO DETERMINE NEED FOR ARTHROSCOPY AND OR KNEE REPLACEMENT OR REPAIR-PROBLEM-USES CANE FOR MOBILIZATION, PAINW/ ROMI -KNEE OTHERWISE STABLE AT THIS TIME
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: YES,Orthopedic surgeon for ANY ONE of the following:Orthopedic surgeon for ANY ONE of the following:
Significant joint laxity with recurrent episodes of locking, buckling, effusion, and pain

Knee MRI showing meniscal tear or anterior collateral ligament tear

URGENCY OF NEED V. REMAINING SENTENCE:LIFE W/O PAROLE
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY:USES CANE WHICH IRRITATES WRIST PAIN AND SHOULDER PAIN
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION:NO -SUBSEQUENT DUE TO SEXUAL ASSAULT DURING INCARCERATION
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NONE
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: YES
8. PAIN COMPLAINTS/BEHAVIOR: AS ABOVE, CHRONIC PAIN
9. RISK AND/OR COST BENEFIT: REPAIR KNEE AND PT WILL BECOME MORE MOBILE

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** 03/03/2008 10:25 |
| **Provider Name:** | MARTINEZ-HOCHBE, YVETTE M , MD | ymmartin |

Even DWCF - doctors contribute ~~[illegible]~~ injury from sexual assault to medical problem that need fixing

pg 1/2

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners Phone: (866) 362-1374 FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

# ORTHOTIC PATIENT NOTES

Patient Name: Jill Coit
Orthotic Device: (B) WHFO
Diagnosis: carpal tunnel syndrome
Physician: Dr. Martinez-Hochbe
Occupation: –
Hobbies/Interest: –
Height: 5'6" Weight: 152 lbs Age: 63yo

Date: 6/12/08
Side: wrists

Language: English

## SUBJECTIVE

Patient states the goal is " fitting and delivery of (B) WHFOs and 1/2" internal shoelift (L) leg.

## OBJECTIVE

1. Where was the patient seen: office
2. How did the patient arrive: with cane
3. Who accompanied the patient: guards
4. Skin status: Intact **(Compromised)** (what and where) (R) wrist swollen
5. ROM and muscle strength: –
6. Brief medical history including complicating factors in addition to diagnosis: –
7. Main purpose of this visit: Fitting and delivery of her (B) WHFOs. She received Thermal RX-D-ring WHFO size SMALL, (R) x1ea and (L) x1ea.
8. Extend of service provided during THIS visit: 1/2" internal shoelift installed in (L) shoe to compensate leg length descrepancy. The
9. List appropraite verbal or written instructions given to the patient / care giver: expected 1 1/2" needed lift do not fit in her shoes. Pt in process to try to get orthopedic shoes that the 1 1/2" lift could be installed.
10. Did the patient / care giver understand the instructions: YES NO

## ASSESSMENT

Pt advised to wear her WHFOs as much as she needs to.

The patient assessment

I recommend that she continues heat packs to her wrists and would use speech recocgnizing program for typing instead of her hands on keyboard. This was documented in her facility file.

## PLAN

1. Is follow-up appointment scheduled: YES **(NO)**
2. Date for next appointment: as needed
3. Adjustment completed: **(YES)** NO The patient instructed to contact office if additional service is required.
4. Delivery completed: **(YES)** NO The patient instructed to contact office if additional service is required.

Practitioner Signature [signature] CP Date 6/12-08

EXHIBIT 4

# REQUEST FOR ACCOMMODATION

**I. OFFENDER INFORMATION:** *(Please print)*

| Offender Name: | Jill Coit | DOC #: | 86530 |
|---|---|---|---|
| Current Facility: | dwcf | Date: | 8-2-07 |

**II. CLAIMED DISABILITY:** *(Check all that apply)*

**Mobility** X **Hearing** X **Other** X mental-Seasonal Affective dosorder, etc.
**Vision** X **Diabetes** ___

**III. ACCOMMODATION REQUESTED:**
In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.* Not enough space to respond fully.

1. Describe your disability: hand(s)- limits ability to function and care for myself, severe artthritis, thumb on right hand swells & is painful with any movement; Knee-gives way and I fall and hurt myself. shoulder-lifting or movin arm above breast causes pain; vision; back; hip; & feet; neck diverticilitus-ve bowel proble

2. What information do you have to verify your disability?
You have outside doctors prior to incarceration, Specialist at Denver Health, Xrays and MRI's. massive amount of documentation. Also have court Ordered Montez Claim 3-129 page 2 states, "Claimant has a permanent physical impairment that substantiallylimits the major life activities of walking, working and perhaps performing manual tasks"

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)?
Walking, caring for myself, performing manual tasks, seeing, hearing, learing an dworking.

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? **Yes/ No.** If yes, name the job, program, or service and provide a brief description of how you were denied:
Yes, see Montez Final Order of Special Masters dated December 15, 2005 and dwcf not obeying medical restrictions- clerk/para pro etc. Montez & ADA screenings done in 2004 prior to stroke Dr. Cabling listed 2 hour work restriction. No update has been done to update more severe disabilities.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: [handwritten, illegible]
Need computer with voice activated program-DRAGON due to hand limitations, vison problems, writs and inability to function without severe pain. Need help with performing manual tasks and careing for myself, [handwritten, illegible]

Signature of Offender [signature]

***Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906***

**Please note: DOC AR 300-38 IV-~~B-8-h~~. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

prepared by me.

Revised 5/06

·Hand mobility-due to severe arthritis in both hands, widespread Degenerative Joint Disease, carpal Tunnel, I can not use my hand(s) without pain & swelling Can not write, type or take care of my daily hygiene needs such as bathing, washing my hair, dressing, pull on clothing, can't do household chores-making bed, flosing teeth, it even hurts to hold a book, can't peel an orange, open containers-no twisting or pulling, even wringing out wash cloth causes pai Flushing toilet causes pain due to button needs to be pushed-cause sharp shoot pain up arm & swelling. (toilets in units donot have handles-only small buttons) Constant finger joint pain & swelling- need voice activated computer program that does not require much hand use, regular typewriter causes pain & impossible to hold pen, even holding eating utensils hurts, wiping after toilet use causes pain in wrist.

## MOBILITY

1. Do you use a wheelchair or other assistive device? (Yes) No

If so, what? until removed by Randy Smith on 8-1-07 Need due to inability to walk more than 20 feet due to knee giving out and me falling.

2. Do you require assistance with your activities of daily living? (Yes) No

Hand-severe arthritis injury to right thumb, carpal tunnel, torn rotator cuf: both shoulders.
In what way? can't write or hold items in right hand without hand swelling and severe pain. need help washing hair bathing, drssing, chor

3. Are you currently assigned to a handicapped cell? (Yes) No

Yes, but it does not meet my handicapped needs. need desk lowered, way to store personal items, can't bend or twist or pull

4. Do you require any specialized equipment in your cell? (Yes) No

Yes, assistive aids for dressing, etc.

5. Are you assigned to a handicapped table in the chow hall? Yes (No) None

There are no HC tables in East chow hall and only one in west chow hall, first come basis.

6. Do you need someone else to assist you in an emergency? (Yes) No

Yes, need help with wheel chair and getting out.

**USE THE SPACE BELOW TO ADVISE ME OF OTHER MOBILITY NEEDS YOU HAVE:**

Knee mobility/disability-advanced arthritis & DJD, loss of cartledge-torn menisus tear left knee-had surgery and needs to be repeated-did not work as MRI showed, I am ambulatory for short distances but never know when knee will give out and I will fall and injury myself. pain if I twist, bend, squat or climb stairs. Foot-1 1/2 inch leg discrepancy length-left leg, plantar fibroma that causes pain when put foot down without padded surface or cut out grove. was surgical removed but came back. Hip-need left hip replaced, had right hip repaired-artifical hip. Sciatic pain runs down butt into leg-painful, hip pain laying and sitting, walking painful in hip. Shoulders-torn rotator cuffs can't lift arms above breast high-sharp shooting pain, buring-lingering pain. Need wheel chair due to hip, knee and back pain to assist walking, can't use crutches or walker due to shoulder and hand disabilities. Back-arthritis, DJD widespread pain, neck pain when bending neck or turning. All family members-(elderly) are crippled with arthritis on both sides and have autoimmune disease I am tired all the time and hurt, I force myself to move. Need daily help with major life activities such as caring for myself, performing manual tasks, worki g, communicating. I have seizures-since 1983-taste funny prior so have some warning-took tegretal prior to prison, was declared totally disabled by social security after accident-car-have inability to think under pressure and Seasonal Affective Disorder-extreme depression-need sunlight-stress makes me hurt more, at times suicidal and see no hope for any improvement from pain. Stress seems to make my Lupus flair up-autoimmune system compromised. Except for thumb, knee & shoulder had conditions prior to inceration. Had heart attack, stroke that caused loss of vision in part of both eyes, then about 2 months ago I think I had another stroke, lost more vision-left eye seems like darker & loss strength in left side. can't see small normal size print, when I try to read I get severe migraine. I have migraines anyway so more problems.

Same one I submitted in 2005 (...) with Dr Rozzogli

AR Form 850-04C (12/15/05)

# REQUEST FOR ACCOMMODATION

*(Return to ~~AIC, 2862 S. Circle Drive, Colorado Springs~~, CO 80906)*

**I. OFFENDER INFORMATION:** *(Please print)*

| Offender Name: | Jill Coit | DOC #: | 76530 |
|---|---|---|---|
| Current Facility: | DWCF | Date: | 3-15-06 |

**II. CLAIMED DISABILITY:** *(Check all that apply)*

| Vision | X | Hearing | X | Mobility | X | Diabetes | | Other: | X |
|---|---|---|---|---|---|---|---|---|---|

**III: ACCOMMODATION REQ** *if necessary to fully describe your c*

Need computer with voice recognition program (Dragon) with ergonomic key board that can accommodate Brail dots (for future vision impairments d TIA) and has a hand held scanner that will be compatible to enlarge printed materials. Computer needed due to deformity & severe arthritis in hands/thumb/ wrists causing pain and swelling when attempting to write or type

Mobility issues include: hands, knee, foot, hip, back, neck, shoulders, eyes, hearing, autoimmune, living environment, diverticulitus & bowels. **Hand Mobility/Disability:** Due to deformed right hand/thumb, severe arthritis in both hands, and wide spread Degenerative Joint Disease, severe Carpal Tunnel; I can not use my hand (s) without pain and swelling. Can not write, type or take care of my daily hygiene needs such as bathing, washing my hair, dress myself- hook bra or button or pull up clothing, cutting my toe nails or do the massage therapy the Podiatrist ordered on my feet for my Plantar Fibroma; Can't do household chores, or hobby crafts without special accommodations. Hurts to even hold a book up. Can't use my hands to lift myself off my bed, or peeling an orange. Twisting or bending my wrist causes severe pain & swelling. Can do side to side movement/ motion only. Drop items & can seem too hold on to or grasp, or open things. Have growths (cysts) on my right arm which prevents me from bending it more than 45 degrees & I have them trough out my entire body. Do not use hands for wheelchair mobility; use only feet & legs to move my wheelchair. Can't twist wash cloth out to wring out for bathing or to open simple packets or containers. Need caregiver & pusher. Toilet that has handles for flushing & levers on sink and shower. Need ergonomic items, acupressure items & exercise equipment to accommodate disability. Need medication to reduce inflammation & swelling (Celebrex) Need shirt & pants with Velcro closures. (2) **Knee Mobility/Disability** - I have Advanced Arthritis & widespread Degenerative Joint Disease in both knees & torn menisus tear on my left knee that prevents me from walking, climbing stairs, bending, twisting or squatting without swelling & pain. Right knee swells occasionally when use it to much.

Jill Coit
Offender Signature

*Offender: do not write below this line*

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## VERIFICATION OF DISABILITY

*(Please Print or Type)*

| Date of Evaluation: | 3-20-06 | Facility: | DWCF |
|---|---|---|---|
| Chief Medical Officer or ~~Designee~~ *(Please print)*: | | Jane Hamilton | |
| Title *(if designee)(Please print)*: | | | |

**I SCREENED THE OFFENDER ON THE ABOVE DATE AND VERIFY HE/SHE HAS THE FOLLOWING DISABILITIES:** *(Circle all that apply and attach disability-specific screening form)*

| Vision | | Hearing | | Mobility | | Diabetes | | None | |
|---|---|---|---|---|---|---|---|---|---|
| | Other (Please be Specific): | | | | | | | | |

*Signature of Screening Chief Medical Officer/Designee* ______ *Date* ______

Original: AIC

Attachment "C"
Page 1 of 1

4 2 8

3

Must elevate my knee to sleep or rest. Ice and prescribed heat (heating pad). Need braces & ability to have property at waist level. (3) **Foot Mobility/Disability** - Have a leg length discrepancy of 1 &1/2 inches on left leg that throws off my entire spine, hip, knees, back, and neck. Have Plantar Fibromatosis on my left foot, bone and heal spurs on both feet all of which prevent me from walking, standing or climbing stairs without pain or any distance beyond 30 feet. Have advanced arthritis in both feet & wide spread Degenerative Joint Disease in ankles & toes. Supposed to massage my feet daily but can't due to hand and back mobility problems. Two pair of tennis shoes with inserts & shower shoes that allow grove cut. Custom Orthotic shoes from Ability Unlimited provided yearly. **(4) Hip Mobility/Disability** -Artificial right hip & severe Advanced Arthritis in left hip & DJD . Hurts to walk, bend, lift, climb or twist. Deep massage & heat helps with pain management. Can't sit for more than two hours, stand or climb stairs. Wheel chair cushion and backpack for chair. Need elevator pass and no stair restriction in place. (5) **Back Mobility/Disability** - have advanced arthritis in spine/back with wide spread DJD , Scoliosis, Spinal Stenosis, Osteoarthritis, and Sciatic problems. Can't bend, lift, turn , bend to make bed or get things under the bed or get things off the floor or get my feet high enough to take care of hygiene or care. Can't stand for more than 5 minutes. Need Bath tub for soaking and bathing. Pool & Occupational therapy as ordered by Ortho. Ergonomic chair & desk. Need all items waist high. (6) **Neck Mobility/Disability** - have advanced arthritis in neck & upper spine with wide spread DJD , Spinal stenosis, osteoarthritis, and fibromgalgia. Bending or twisting neck to look down or to read causes pain. Severe headaches (migraines). The only thing that seems to help neck pain is deep heat and massage. Book holder & scanner to enlarge. **Shoulder Mobility/Disability** –Arthritis in both shoulders along with torn/damaged Rotator Cuffs which prevent lifting arms above breast without severe pain. Can't get dressed with clothing that goes over the head & have problems with basic hygiene & reaching. (8) **Eye Mobility/Disability**- Since my TIA (stroke on December 15, 2005) lost vision in left eye- looks like I am looking through a waterfall & have impaired vision –can't see the lower section. Can make out letters on eye chart but can't read small print or read the writing on the bottom of TV screen. Keep running into things because I do not see them. Can't read for more than a few minutes or get a headache. Fluorescent lights give me migraines & make it harder for me to see. Need to wear glass that are tinted dark all the time & wear dark glasses when I have a migraine because light hurts & causes me to feel nauseous. Get dizzy often. Need TV enhancer screen ~~enlarger [illegible]~~, tinted glass that have enclosed sides to eliminate glare and light. Full spectrum light, & permit for ordering outside sunglasses that meet medical needs. Sign language classes and material. (9) **Hearing Mobility/Disability**- need hearing aids all the time because I can not hear due to background noise. Can hear emergency alarms because they are really loud & in fact hurt my ears & give me a headache when they go for long periods of time when I am confined & can't get away from the noise. Should not be in handicapped cell that has strobe/flashing lights because of seizures. Prison is noisy & I need a cell that is on the end to reduce the background noise of dayrooms & inmates gathering. When I get a migraine or headache, I can not wear my hearing aid. Still have trouble hearing on the telephones due to background noise and the fact that the telephones are all placed in high traffic area which has lots of noise. I get dizzy often and have ringing in my ear. Need earphones for TV listing and headset that fit over hearing aids. Need watch that hangs from the neck since watch sold on canteen can not go around my hand braces. (10) **Autoimmune Disability/mobility and Allergy Issues:** I have an ANA count of 1:1280 when normal is 1:160 therefore my body cannot fight bacteria and infections efficiently. I am tired & need more than normal sleeping/resting time. Need safe living environment away from infected inmates since autoimmune system can not fight diseases & attacks itself. Need clothing that is non polyester (~~allocation has been provided~~) . Fragrance free living area. All cotton clothing ~~as presently allowed without further testing or invasive treatments~~. (11) **Diverticulitus/ bowel disabilities**- need extra clothing, wipes, diet that is high in fiber & low in salt & trans fats. Need to be able to supplement kosher diet with vegetables and fruits that enhance bodies ability to fight disease/ infection & that supplies needed vitamins that DOC does not provide at no cost to DOC. Needs to be able to continue eating in unit and preparing food so no retaliation or taking away this privilege. Need extra set of pants and underwear, antibacterial soap & lotion, Neutogena, wash clothes separately, free laundry detergent, two sets of sheets. (12) **Living Environment**- Safety issues need to be away from general population where inmates bump, push or threaten to do bodily harm to disabled/handicapped inmates because you are in their way at movement or in the housing units. Need to be allowed to purchase allergy free items. Cell that has sun light for at least 6 hours per day & is warmed by the sun due to arthritis (summer time is especially difficult due to air conditioning so need sunlight exposure for added warmth. **Accommodations Requested for: (1) Hand Mobility :Need** computer with speech identification program ( Dragon program) with ergonomic key board & hand held scanner that has memory to be used with the computer to enlarge print .Need large handled items tooth brushes, water pick for flossing- insulated cups that will accommodate hand braces, bowels, eating utensils, hygiene items with flip top lids, containers, adjustment for hobby craft tools and crafts that would allow me to do the same hobby crafts that non-disabled inmates are allowed to do in their cells- knitting , embroidery and long arm quilting machine and tools. Rotary scissors, mats, rulers & ergonomic tools or machines. Any items sold on canteen or allowed on hobby craft list allowed in larger size. Need all cotton or non polyester clothing that has Velcro openings ([illegible]). Including shoes, tennis shoes, shirts, bras, pants, coat and all clothing. (replaced yearly) Need a Coffee pot that dos not have glass carafe, hair dryer I do not have to hold. Hospital bed that is high enough that I do not have to use hand to get out of. Fitted sheets & bedding that is hypo-allergic (I pay for). Had the following medical items at CWCF so want them back- Tens unit, wedge pillow, cervical pillow, ice pack, egg shell mattress pad, dresser, bookcase, heating pad (sitting in medical) ,sponge for bathing, and other products as they become available. **(2)Knees:** braces that do not need to be pulled on; need exercise equipment, heating pad, ice pack and medication to reduce inflammation. **(3)Feet/walking impairment**: Custom orthotics shoes by Abilities Unlimited. shower shoes that are have at least ½ inch rubber soles so a grove can be cut out to accommodate my plantar Fibroma- had at CWCF, support panty hose & equipment to take care of feet. Hand held massager to massage feet as order, **(7)Shoulder and back impairment**: Need care giver, can't bend or lift myself up off the low bed. . **(9) Hearing impairment** Need access to a phone that has a booth or hood on it . Eyes: Due to TIA vision is impaired & Fluorescent lights give me a migraine. Order glass & sun glasses that do not allow light in on sides. **(11) Diverticulitis/hypoglycemia/diabetes**: diet that is high in fiber, whole grain breads, fresh green, yellow, red and purple vegetables, non processed or prepackaged foods, low sodium , yogurt, cheese & nuts. Needs: extra clothing, **(12) Living Environment** : Need Cell modified to accommodate individual disabilities.

see appeals court decision, someone fromhere attempted to blacken out the inmate crons where my case manager listed I reported sexual abuse but the Appels court ruled that the date of Major Bohm's employment was the date they knew of the sexual abuse that was August 1995 but sgt. Smith was not released until 1-1997 a full year and four months after I reported sexual injuries. Smith broke my thumb, injured my knee, & shoulder. that is why I have those injuries.

# FUNCTIONAL ABILITY QUESTIONNAIRE

OFFENDER NAME: Jill Coit DOC #: 86530

## Section I: PROGRAMS

1. What is your current program or job assignment? Please be specific and list your main duties.

None was unassigned for years but I wanted to try and dr. Pollack wrote I would not be punished for trying and that all my restrictions would remain in place. That was a lie and I am stupid for believing him. I was the clerk/para pro for computer class using voice activated program so i did not have to use my hands due to constant swelling and pain.

2. What programs do you need?

For RA I need to take program that stimulate my mind and helps prevent loss of brain activities. I need to ~~here~~ feel productive and useful, need to learn.

3. What is your prison employment history?

I was Major Bohm-(He ran CWCF)-clerk, then was law library clerk for years, From June 1995 to December 1996 I was sexually abused by former CWCF Sgt. Joseph Smith. I filed a civil rights law suit and a CWCF employee removed pages from it that listed sexual abuse. The Attorney general's office admitted that I had been sexually abused but claimed they were not indifferent to my care.

4. What was your employment on the street?

Prior to becomming totally disabled in 1983 I owned bed and breakfast's in three states, Owned Advertising Agency Real Estate and Auction Firm, Travel Agency, Health Food Restaurant and store, and Insurance Firm. Was on board of many charitable organizations. Played in tax sales and other business enterprises. I traveled throughout the world and procured country specific items for B & B sales.

5. What do you do for recreation?

Nothing since I am not allowed accommodations for hand disability, or vision impairment, I used to do crafts, etc. I was trying to build up my leg for knee surgery but can do nothing since my wheel chair was taken.

6. Do you currently have a hobby permit? If so, what do you do?

Yes, I am not allowed tools or items to accommodate my disabilities.

7. Can you access your religious services? If not, why?

I did but without wheel chair I will not be able to get to gym without pain + fear my knee giving way, it is not worth my while to try to walk that far, I do not need to add a broken or injured hip to my disabilties.

8. Are you able to use the general and law libraries? If not, why?

Not now without wheel chair, can't slimb stairs. I need enlargment of books in order to read small print. No accommodations made for my handicapped/disability. NO computers =typing hurts my writs and hand/thumb(right).

## Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area? If not, why?

No, too far away, can't walk more than 20 feet without pain.

I wore hearing aids prior to incercation-finally allowed my hearing aids, can hear when no background noise is preeent-can't hear over head anounces ments but can hear alarms. hearing aids sometimes painful becausge they excerbate noise-need cell away from day room so I can hear tv, speech, etc. Some soft sounds -voices I have trouble hearing. had broken ear drum from poo accident, had patch put on. Even though I only make phone calls when unit is fairly quiet, I have problems hearing on phone due to background noise.

**HEARING**

1. Do you wear a hearing aid? (Yes) No

2. With your hearing aid operational, are you:

   a. Able to hear a speaking voice? (Yes) No
   b. Able to hear a PA announcement? Sr mts (Yes) No
   c. Able to hear the fire alarm? (Yes) No
   d. Able to hear instructions from a teacher or supervisor? (Yes) No

   If no background noise

3. When your hearing aid is **not** operational, are you:
   a. Able to hear a speaking voice? Yes No depends
   b. Able to hear a PA announcement? Yes No depends
   c. Able to hear the fire alarm? (Yes) No
   d. Able to hear instructions from a teacher or supervisor? Yes No depends

4. Do you read and write English? (Yes) No

   a. Do you read and write another language? If yes, what language? Yes No
   Some Spanish

5. Do you understand and use ASL? Yes (No)

6. Do you require telephone amplification on the CIPS phone? (Yes) No

7. Do you require the use of a TTY? Yes (No)

8. Are you able to hear better if you sit in one particular area of the room? (Yes) No

   If so, which? close

9. Do you need special assistance from a parapro in programs? Yes No Some

10. Do you need someone else to assist you in an emergency? (Yes) No

11. Do you need close-captioned TV and videos? (Yes) No

**USE THE SPACE BELOW TO ADVISE ME OF OTHER HEARING NEEDS YOU HAVE:**

Noise gives me a headache, never have i gone to concerts (rock & roll etc) due to noise. I have been diagnosed with ringing in ears and balance problems in the outside world.

6

## VISION

1. Do you wear glasses? **(Yes)** No

Dr. Specialist at Denver Health when seen for TIA/STROK in 2006 ordered that I wear special tinted glasses with enclosed sides

2. Are you able to see at all? **(Yes)** No

only see out of upper half of right and left eyes. Left eye now worse due to... now vision dark and not clear.

3. Are you completely blind? Yes **(No)**

NO do I need to be before I can get what specialist at DH ordered? Then it wil be to late, floursent lighting harmful, getting caracts

4. Are you able to read with a magnifier? Some types Yes No

Need magnifier that is not hand held due to hand disabilities.

5. Do you understand and use Braille? Yes **(No)**

no

6. Do you need someone else to assist you in an emergency? **(Yes)** No

yes, already covered that issue.

7. Are you able to see better if you sit in one particular area of the room? **(Yes)** No

of course closer is better bu t my vision problems is not type that sitting ~~If so, where~~? closer to material solves, lighting plays important part as well as size of print. can't read small print.

8. Do you need special assistance from a parapro in programs? **(Yes)** No

sometimes depending on issues.

9. Do you require assistance with your activities of daily living? **(Yes)** No

Yes, already covered that, need help due to hand mobility, knee and back mobiity and yes vision mobility. I do not see everything and I run into thinkgs that are low to the ground.

**USE THE SPACE BELOW TO ADVISE ME OF OTHER VISION NEEDS YOU HAVE:**

See Denver Hwealth vison specialist reports.

my friend typed this for me.

## Section II: PHYSICAL ACCESS

1. Are you able to access the visiting area? If not, why?

    not without wheel chair, can't walk that far.

2. Are you able to access other areas of the facility (chow, programs, medline, etc) and get there on time?

    No, not without wheel chair, I am ambilatory for short distances (-20 feet) but my knee gives out when I try to walk sometimes even short distances, I never knw when I will fall and hurt myself. My file is full of my falling and injuring myself.

3. Are you able to access all areas of your cell, bathroom and dayhall? If not, describe why.

    I do not have access to storage under bed because can't pull or push the box's canteen sells for storage and can't access the storage compartment inmy closet because it is to low and I have severe bending problems.

4. Are you able to use the CIPS phone on your unit? If not, why?

    Sometimes I can not hear due to background noise.

## Section III: SECURITY

1. Are you able to respond to orders during an emergency without delay?

    yes, but need help getting out of building.

2. Do you have any problems during transport?

    only when handicapped van is not used, I can't climb into van steps to high and I need wheel chair.
    must be cuffed front without metal box due to position metal box places hands in, causes severe pain and swelling. I am chaninded to wheel chair.

3. Do you have any problems with other security procedures, for example, restraints, searches, count, etc?

    already answered that cuffs must go over hand braces, etc.

4. Do you wear a prosthesis? If so, what?

Have internal prosthesis artifical right hip so can't bend some ways or sit some ways.

**ADA Medical Release**

I, Jill Coit, DOC # 86538

date of birth 6-11-44, authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC staff in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this Release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that the authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this Release. I acknowledge that I understand the terms and conditions of this Release.

Offender Signature: Jill Coit

Date: 4-1-07

Revised 4/06