US DISTRICT COURT
901--19 th Street
Denver, Co 80294

JESSE MONTEZ ET AL
V
BILL OWENS ET AL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
CLERK

CASE NUMBER   92 cv 870 EWN-OES
-----------------------------------------------------------------
VIOLATION OF MONTEZ REMEDIAL PLAN FOR REFUSING TO ALLOW INMATES WITH
DISABILITIES  HOBBY CRAFT ITEMS TO PURCHASE THAT WILL ACCOMMODATE THEIR
MOBILITY DISABILITY UNDER SERVICES AND BENEFITS OF PROGRAMS ALLOWED NON
DISABLED INMATES

Party without attorney
Jill Coit 86530
claim no. 03-129
P.O.Box 392005
Denver, Co 80239

Comes now, Jill Coit member of Montez Class Action and Montez Remedial
plan. In Final Order of Special Master Coit mentioned on page 4 that she
was not allowed to take part in hobby craft program because she was
not allowed to purchase hobby craft items that would accommodate her
hand disability. That was signed in December 2005. It is now April 2009
and DWCF/CDOC still has not made accommodations that would allow inmates
with mobility disabilities/coonditions to purchase and do the same
hobby crafts as  non disabled inmates are allowed . Coit filed grievances
regarding not accommodating her hand  mobillity impairments.

Coit's Final Order listed that Coit has "a  permanent mobility impair-
ment that substantially limits the major life activities of walking,
working and perhaps performing manual tasks."
    Performing manual tasks includes using hands to do hoby crafts.
This court has failed to recognize it has power to cover hand mobilities
under  V Placement second paragraph states, "or compound conditions
severe enough to require special housing."
        Compound conditions is what Coit has under loss of hand useage
due to Dequarians disease, arthritis, pain and swelling of joint in
hands  as well as vision loss total in left eye with right eye only
having upper half vision depending upon floaters position in upper
half of eye. The remedical plan allows for conditions that arise after
initial complaint because it allows for training for newly arisen
loss of vision from the Blind Association. Even though Montez Remedical
Plan does not spell out future medical conditions it is unreasonable to
assume it does not apply to compound condition that get worse after
screening or Final Order.
    Coit is not asking that DOC pay for hobby craft items but only that
disabled inmates be allowed the same opportunity as non diaabled
inmates regarding the programs of hobby crafts. Hobby craft list needs to
 reflect items of equal ability for disabled inmates with medical issues.
Respectfully,
Jill Coit     Jill Coit 4-29-09

See letter 9-30-05 ex A
See exhibit B - letter 9-14-01

# STATE OF COLORADO



**DEPARTMENT OF CORRECTIONS**
**DENVER COMPLEX**

Denver Reception & Diagnostic Center
10900 Smith Road   P.O. Box 392004
Denver, Colorado 80239
Phone 303-371-4804   Fax 303-307-2215

Denver Women's Correctional Facility
3600 Havana Street   P.O. Box 392005
Denver, Colorado 80239
Phone (303) 307-2500   Fax (303) 307-2514

Bill Owens
Governor

Joe Ortiz
Executive Director

# MEMORANDUM

**DATE:** September 30, 2005

**TO:** Offender Coit, Jill #86530

**FROM:** Captain Christopher "Todd" Phillips, Programs Supervisor

**SUBJECT:** Request for hobby craft items

I have looked into your request to have specific hobby craft items, not currently authorized, for use in your cell. This matter has been visited in the past by members of the management team. It has been decided to limit the amount of hobby craft items used by offenders in the cell. Since the issue has been addressed by persons above me in my chain of command, I cannot override current facility policy. However, many hobby craft activities not authorized for offenders in their cells can be pursued in the leisure center. Offenders are welcome to apply for the leisure center and I am sure that working together we can find an activity that you enjoy.

Additionally, a new health aerobics program is being started for offenders with mobility problems in DWCF recreation. Medical refers you to the program which targets offenders with physical limitations and weight problems who are interested in working on gross and fine motor skills. You can inquire with DWCF medical and recreation specialist.

cc: DWCF medical

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Colorado Women's Correctional Facility
P. O. Box 500
Cañon City, CO 81215-0500
Phone: (719)269-4704
Fax: (719)269-4716



Bill Owens
Governor

John W. Suthers
Executive Director

## MEMORANDUM

DATE:     August 14, 2001

TO:       Jill Coit
          DOC #86530

FROM:     Mary Manchester
          Administrative Officer

SUBJECT:  Response to Your Correspondence dated August 1st and 9th, 2001

Ms. Coit, I am sorry for the delay in responding to your correspondence, as I was away from the facility.

As stated in my previous correspondence dated July 26th, the Medical Department has explained to us that the physician is concerned about your complaints of severe carpal tunnel syndrome symptoms and has denied your request for special scissors because she does not want to authorize any tool that requires repetitive motion which could possibly aggravate your condition.

The only thing that I can suggest to you is that you provide recommendations to the administrative staff of hobby craft activities that you believe you can do. The administrative staff, in conjunction with the Medical Department, will make a decision based upon your medical condition, the equipment required for those crafts, and the security needs of the facility.

xc:   Major Jeff Kleinholz
      Emily McCulloch, Case Manager
      File

Exhibit B