10.

| | |
|---|---|
| US DISTRICT COURT<br>Court Address:<br>901--19 th Street<br>Denver, Co 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAY 04 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
| JEESE MONTEZ, ET AL<br><br>v.<br><br>BILL OWENS, ET AL | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit  86530<br>P.O.Box 392005<br>Denver, Co 80239<br>Claim no 03-129 | Case No:<br>9 8 cv 870-<br>CMA/MEH |
| VIOLATION OF MONTEZ UNDER HIPPA, CDOC/DWCF PROVIDES MEDICAL CONFIDENTIAL INFORMATION  TO HOUSING STAFF AND ANYONE WHO ASK | |

Comes Now, Jill Coit who is a member of Montez Remedical Plan and wishes to inform this court that Denver Wome's Correctional Facility provides confidential medical information to housing staff and anyone else who inquires. This is done in the following  manner:

Per letter by Dr. Pollack dated September 15, 2006  fourth paragraph down states:" The computer system does nto allow your work supervisor or housing unit officers to read restrictions in detali; I will be glad to receive telephone inquires from supervisors to outline iln detail any medcially necessary restriction beyond the brief characterization on the computer summary or on the current Medical Restriction outline sheet..."

I know that Jamie Harrelson told Lt Cowens that I no longer qualifed for an egg crate matress because CDOC had changed criterial and my egge crate matress was for my hip and back problems.Lt Cowens told me this. I told him this was a violation of HIPPA and he said no it wasn't that he was allowed to know this information. I have also been present when the officer sitting behind medical desk has given  out medical information to housing when they call and ask about inmates.

Please direct medical and the officer sitting behind the desk in medcial to stop giving out medical confidential information.

Also when in segregation you must yell through the door for medical questions, telling them your medical complaint, etc. There is not any privacy since all guards and other inmates hear what you say.

They could solve this problem by having you go into the conferenc room for medical problems . Also mental health visits are yelled through the door.

At med line you must tell the nurse and everyone in line at least 20 inmates  your confidential medications and problems. No confidential information is private. NOT only does nursing staff tell your business at med line but officers feel free to comment on your medication and what is wrong with you.

Also if you want to see medical for an emergency, you must convince the unit officer to call medical , who by the way has no medcial traning.
Respectuflly,

Jill  Coit

*[signature] Jill Coit  4-29-09*

PRICARE CODE NO.

NAME: Jill Coit

OFFENDER NO. 86530

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

received an aggravate mattress from clinical services

ASSESSMENT:

X Jill Coit

credit nurse

3/2/07

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

---

State of Colorado
Department of Corrections
**REQUEST FOR INTERVIEW**
(Revised 10/90)

Date: 12-17-06  TIME ___ LIVING UNIT 2

Name: Jill Coit
Reg. No. 86530
C.H. ___ Tier ___ Cell 2-126
Audience With: ___
Give Reason:

Inmate Jill Coit # 86530 has permission to encase her medical egg shell/crate matress in a sheet. She will sew down the sides to prevent the egg crate from getting all over her bed. It is comming lose.

6-2-06

September 15, 2006

To: All Inmates, DWCF
From: Nathan Pollack, MD
Re: Non-prescription issues including tennis shoes and other non-medical items

Administrative Regulations make clear that for most places and activities in this facility you are authorized to wear tennis shoes or other clothing or equipment as available through the Canteen (Operational Memorandum 300-101). However, regulation boots are to be worn for visitation, outside appointments and work assignments beyond the facility's security containment.

Medicines prescribed by me or your Clinic provider will be supplied by the Pharmacy Department, available to you in the medication line. Medications which are available in the Canteen require no prescription and will not be ordered for you through the Clinic or the Pharmacy.

Medical prescriptions are not required for tennis shoes or common-sense practical items (such as blankets, mattresses, pillows), so prescriptions will not be written for them. Self-treatment with ice or heat can be used when appropriate only when compatible with security; so medical recommendations for these may be written in cases of acute injury for specific brief periods only.



The computer system does not allow your work supervisor or housing unit officer to read restrictions in detail; I will be glad to receive telephone inquiries from supervisors to outline in detail any medically necessary restriction beyond the brief characterization on the computer summary or on the current Medical Restriction outline sheet. If allergy tests confirm reaction to soaps used in the laundry, your laundry will be done separately with hypoallergenic soap.



No restriction will be permanent, as conditions tend to change, so six months will be the maximum term of any restriction. Restrictions, of course, are subject to review by the Health Services Administrator.

If you have concern that your circumstances are not satisfactory as I have briefly outlined here, you are welcome to kite your primary clinician to review your questions or concerns in more detail in a regularly scheduled appointment. (These questions are important to us in the Clinic, but are not emergencies; you will be billed appropriately for such appointments.)

Thank you for your cooperation and patience.