IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on several documents filed with the Court by Claimant. These documents are as follows:

    #3943 - Non Compliance with Montez Remedial Plan Designated DWCF, etc.

    #3944 - Non Compliance with Montez Remedial Plan - Not Allowed to File Future ADA Grievance Regarding Medical Care

    #3945 - Violation of Stipulation Regarding Status of Compliance Signed April 4, 2008, etc.

    #3946 - Violation of Montez Remedial Plan Regarding Vision Impairment, etc.

    #3947 - Discrimination and Retaliation for Coit Filing Non Compliance, etc.

    #3948 - Violation of Montez Remedial Plan and Stipulation Signed After Montez Remedial Plan, etc.

    #3949 - Violation of Montez Remedial Plan Regarding Allowing Disabled Inmates Modified Work Schedules to Accommodate their Disabilities.

    #3950 - Non Compliance with Montez Remedial Plan XXVII Removal of Health Care Appliances, etc.

All of Claimant's documents raise systemic issues concerning conditions for disabled inmates at the Denver Women's Correctional Facility. Claimant's pleadings will be forwarded to

class counsel for action. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Systemic issues affecting the entire population at DWCF cannot be raised individually by Claimant.

To the extent that Claimant is requesting individual relief, there is a question as to what jurisdiction, if any, exists to adjudicate individual *pro se* requests for relief. That issue is now before Judge Arguello. To the extent that Claimant has requested individual relief, these documents must be held in abeyance.

IT IS HEREBY ORDERED that Claimant's documents are referred to class counsel for action; and

IT IS FURTHER ORDERED that Claimant's documents, to the extent that they request individual relief, are held in abeyance until the jurisdictional issue is resolved.

SIGNED this 5th day of May, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master