IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on several documents filed with the Court by Claimant. These documents are as follows:

      #3956 - Mobility Impaired Inmates are Denied Access to the Big Yard, etc.
      #3957 - Non Compliance with Stipulation of 4-4-08, etc.
      #3958 - Violation of Montez Remedial Plan and Different Treatment, etc.
      #3959 - Violation of Montez Remedial Plan for Refusing to Allow Inmates Disabilities Hobby Craft Items, etc.
      #3960 - Violation of Montez under HIPPA, etc.

      Claimant's documents raise systemic issues concerning conditions for disabled inmates at the Denver Women's Correctional Facility. Claimant's pleadings will be forwarded to class counsel for action. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Systemic issues affecting the entire population at DWCF cannot be raised individually by Claimant.

      To the extent that Claimant is requesting individual relief, there is a question as to what jurisdiction, if any, exists to adjudicate individual *pro se* requests for relief. That issue is now before Judge Arguello. To the extent that Claimant has requested individual relief, these documents must be held in abeyance.

      IT IS HEREBY ORDERED that Claimant's documents are referred to class counsel for

action; and

       IT IS FURTHER ORDERED that Claimant's documents, to the extent that they request individual relief, are held in abeyance until the jurisdictional issue is resolved.

       SIGNED this 11th day of May, 2009.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____

                                    Richard M. Borchers
                                    Special Master