IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on Claimant's letter to the Court (#3953). Claimant is seeking help from the Court concerning his present situation.

    Claimant has been advised previously that the issue of jurisdiction remains unresolved at this time. Under the *McNeil* decision from the Tenth Circuit, the remedy available to individuals is to seek help through class counsel. Both sides have submitted their positions on the jurisdictional issue of whether individual relief may be sought through *pro se* motions. Judge Arguello will be resolving this issue in the immediate future. Claimant's letter will be accepted and held in abeyance.

    IT IS HEREBY ORDERED that Claimant's letter will be accepted for filing and will be held in abeyance.

    SIGNED this 5th day of May, 2009.

                                         BY THE COURT:

                                         */s/ Richard M. Borchers*

                                         _____
                                         Richard M. Borchers
                                         Special Master