Benny Padilla #82114
FLCF Bldg 4
P.O.Box 1000
Fort Lyon, CO 81038

United States District Court
901 19th Street, Room A105
Denver, CO 80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2009

GREGORY C. LANGHAM
                        CLERK

RE: 92-CV-00870-CMA-OES, Montez, et al, v Romer et al
    Claim #03-038

Clerk of the Court,

I am writting to ascertain the status of my claim. It has been about 1 1/2mo months since I have heard anything.

The last information I received was that Judge Kane had ruled that the final amount of the settlement was $1500.00. As of this date those funds have yet to be deposited to my account.

If you could provide me with any information as to the status of my claim and/or inform me as to the person I might contact, it would be deeply appreciated.

Thanking you again for your time and consideration in this matter,

Sincerely,
*[signature]*
Benny Padilla
May 15th, 2009