IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-211
Category: Untimely Filed Claim
Claimant: Kevin E. Chillis, #49548
Address of Claimant: BCCF, 11560 CR FF-75, Las Animas, CO 81054-09573
_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on his own motion. Kevin E. Chillis sent a letter, dated March 20, 2009, requesting a claim form to file a damage claim. That form was provided to Claimant on March 27, 2009, along with an instruction sheet. Claimant was granted up to and including May 11, 2009 in which to file a claim form.

    Claimant previously requested a claim form in March 2007. An order was issued granting Claimant the right to file a claim. No claim form was ever submitted, and the case was closed.

    Claimant was directed to provide information on why he did not previously file a claim form. Claimant has not responded in any way to the order of March 27, 2009. He has not filed a damage claim form.

    IT IS HEREBY ORDERED that Claimant's case as to any damage claim under Article XXXII of the Remedial Plan is dismissed for lack of jurisdiction as Claimant has not filed a claim form; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 22, 2009.**

SIGNED this 15th day of May, 2009.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            _____
                                            Richard M. Borchers
                                            Special Master