# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-OES

MONTEZ, et al,

    Plaintiff,

v.

ROMER, et al,

    Defendant.

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 MAY 18 PM 4: 01

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

---

## RECEIPT FOR FILE (Darryl L. Atteberry, 03-443)

---

Received by _Richard Borchers_, the following file in the above entitled action:

Claimant: DARRYL L. ATTEBERRY (Claim No. 03-443)

_____
Deputy Clerk

Date  5/18/09

_____
Special Master

By: _____