# *LRC* Legal Resolution Center

7907 Zenobia Street
Westminster, Colorado 80030
  303-426-7365
  303-426-7714 (FAX)
  1-888-881-7365 (Toll-Free)
  www.legalresolutioncenter.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2009

GREGORY C. LANGHAM
CLERK

May 5, 2009

Ms. Wendi Copello
Deputy Clerk
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

      RE:    *Montez, et al. v. Owens, et al.*
                **Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)**
                **Claimant: Darryl L. Atteberry, Claim #: 03-443**

Dear Wendi:

      On behalf of Special Master Borchers, I would like to request the temporary return of the above-referenced *Montez* claimant's file. Please call or e-mail me when you have located the file, and someone from our office will stop by to pick it up.

      We will return the file to the U.S. District Court as soon as possible. We appreciate your kind assistance in this matter. Please call me if you have any questions regarding this matter. Thank you.

Sincerely,

*Susan L. Carter*
Susan L. Carter
Assistant to the Special Masters