Michael N. Collins DOC #101218, Colorado Territorial Corr. Facility
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002   05/17/09
92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 20 2009
GREGORY C. LANGHAM
CLERK

# URGENT URGENT URGENT

At about 3:15 PM this afternoon, **I was approached by Unit 1's Commander, Lt Holloway**, while sitting in our pod area, reading the "Encyclopedia of Christianity," edited by John Bowden (Oxford University Press). As has become his manner, he checked to make sure that I was not working on any grievances, or doing any legal work. Other inmates work on their grievances, and/or do their legal work in our pod area, without being harassed as I am. HARASSED.

**Lt Holloway clearly told me several times that I was immediately to stop writing all grievances; that I was immediately to stop making motions in U.S. District Court** (your court Judge Christine M. Arguello), **or I was going immediately to Unit 3; that I immediately was going to "the Hole," & I would stay there.** If I had not agreed, I would have been "cuffed up" & "arrested" on the spot.

**My case manager, Mr. Evans**, has made it very difficult "on-going" (again & again) to get blank grievance forms, more difficult than pulling swollen abscessed teeth with string. He too **has threatened me "on-going" (again & again) for writing grievances; for making motions in U.S. District Court** (your court Judge Christine M. Arguello); for talking to other inmates about grievances, & motions in U.S. District Court, especially "Montez v.s. Owens." **I am immediately to stop all of these activities, or I am going immediately to "the Hole," & I am staying there until I discharge.**

**Judge Arguello, I am now asking that you immediately, expeditiously act upon the enclosed motion.** —Michael N. Collins

Michael N. Collins #60410, Colorado Territorial Corr. Facility 05/17/09
P.O. Box 1010, Canon City, Co 81215-1010; (719)269-4002   Page 1 of 6.
Civil Action No. 92-cv-00870-CMA  JESSE MONTEZ -vs.- BILL OWENS

## URGENT! URGENT! HELP!!! 777!!! HELP! URGENT! URGENT!!!

### LEGAL BRIEF & FINDINGS OF 05/17/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: I AM NOW RUTHLESSLY & SADISTICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" ON ANY PRETEXT, & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'S & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'S (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'S & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME PREVIOUSLY (SUBMITTED)).

BE IT RESOLVED THAT, AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "MANY!" "MEDICAL & GENERAL GRIEVANCES" SEEKING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "VERY!" "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAW SUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" DISCRIMINATED AGAINST (AGAIN & AGAIN), SAID DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY; TO BE SO BLATANTLY & OBVIOUSLY, IN ACTUAL FACT, "VERY!" "AGGRESSIVE RETALIATION AGAINST THE CLAIMANT & HEAPED RETRIBUTION UPON HIM (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE & LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE", OR EVEN KILLED ("EXECUTED").

NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY & CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS "REFUGE & SUCCOR" TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE" & STAY "HALF WAY IN ONE PIECE." THEREFORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS & ADDRESSES THE COURT SPECIFICALLY THAT "NONE!" OF THE ABOUT "90" DOC 150TH PUBLIC & PRIVATE FACILITIES THAT THE CLAIMANT HAS BEEN IN-

P.O. Box 1010, Canon City, CO 81215-1010; (719)269-4002    Page 2 of 6.
Civil Action No. 92-cv-00870-CMA  JESSE MONTEZ -vs.- BILL OWENS

## URGENT! URGENT! HELP!!! 777!!! HELP! URGENT! URGENT!!!

## LEGAL BRIEF & FINDINGS OF 05/17/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: I AM NOW RUTHLESSLY & SADITICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" ON ANY PRETEXT, & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'s & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'s (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'s & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE, & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME PREVIOUSLY (SUBMITTED).)

BE IT RESOLVED THAT, AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "MANY & " MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "VERY & " ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.- OWENS CLASS ACTION CIVIL LAW SUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN), SAID DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY; TO BE SO BLATANTLY & OBVIOUSLY, IN ACTUAL FACT, "VERY & " AGGRESSIVE RETALIATION AGAINST THE CLAIMANT & HEAPED RETRIBUTION UPON HIM (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE & LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE," OR EVEN KILLED (EXECUTED).

NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY & CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS "REFUGE & SUCCOR" TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE" & STAY "HALF WAY IN ONE PIECE." THEREFORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS ADDRESSES THE COURT SPECIFICALLY THAT "NONE!! OF THE ABOVE!!"

COLORADO DOC, BOTH PUBLICLY & PRIVATELY RUN FACILITIES HAVE BEEN "SAFE" TO THE CLAIMANT, TO INCLUDE: ARKANSAS VALLEY (2 TIMES), BUENA VISTA (2 TIMES), COLORADO TERRITORIAL (2 TIMES), CROWLEY COUNTY (3 TIMES), DENVER RECEPTION & DIAGNOSTIC CENTER "DRDC" (MANY TIMES !), COLORADO CORRECTIONAL MEDICAL CENTER, DENVER GENERAL HOSPITAL "WARD 1B" (1 TIME), KIT CARSON (1 TIME), STERLING (2 TIMES). THE ENTIRE COLORADO DOC SYSTEM IS UNFIT FOR HUMAN HABITATION, FOR ANY INMATE, BUT IS PARTICULARLY "UNSAFE" FOR THE (CLAIMANT.

CERTAINLY NEITHER THE DOUGLAS COUNTY COURTS, NOR DETENTION CENTER IS "SAFE" TO NEITHER THE CLAIMANT, NOR TO ANY MEMBER OF HIS FAMILY. THE HARASSMENT & ABUSE HEAPED UPON THE CLAIMANT; THE PHYSICAL ATTACKS BY BOTH DOUGLAS COUNTY SHERIFF'S JAIL DEPUTIES & OTHER JAIL INMATES, INSTIGATED, AT LEAST IN PART, BY JAIL DEPUTIES, UPON THE CLAIMANT OFTEN EXCEEDED ANYTHING THAT THE CLAIMANT HAS BEEN SUBJECTED TO, WHILE INCARCERATED WITHIN THE COLORADO DOC. IN TOTAL THE CLAIMANT ENDURED ABOUT THE "WORST YEAR" OF HIS LIFE WITHIN THE "DEMON TORMENTED PIT OF HELL" THAT IS THE DOUGLAS COUNTY "DEVIL'S OWN" JAIL.

EVERY COUNTY JAIL WITHIN COLORADO RECIPROCATES WITH EVERY OTHER COUNTY JAIL, AS TO HOW THEY "HOUSE & TREAT" THEIR "COURTESY HELD" PRISONERS, AS THE CLAIMANT MOST EMPHATICALLY FOUND OUT WHEN HE WAS TEMPORARILY HOUSED WITHIN THE EL PASO COUNTY JAIL, AS PART OF A "TRANSPORT" BACK TO THE DOUGLAS COUNTY JAIL, AS PART OF A COURT APPEARANCE, AS THE CLAIMANT HAS BEEN IN "FEAR FOR HIS LIFE & LIMBS", SUBJECT TO MUCH ABUSE & HARASSMENT WITHIN THE DOUGLAS COUNTY JAIL, SO MUCH THE MORE WAS THE CLAIMANT SUBJECT TO SUCH "EXCESSES" WITHIN THE EL PASO COUNTY JAIL; AS WELL AS, THE JEFFERSON COUNTY JAIL WHEN THE CLAIMANT WAS "MIS-IDENTIFIED," AS ANOTHER COLORADO DOC INMATE, ALSO NAMED MICHAEL COLLINS, WHO WAS A YOUNG BLACK MAN IN HIS EARLY 20'S (THE CLAIMANT IS AN ELDERLY WHITE MAN IN HIS EARLY 60'S). THE CLAIMANT IS NOT "SAFE", SUBJECT TO MUCH "RETALIATION & RETRIBUTION" WITHIN ANY COUNTY JAIL WITHIN THE ENTIRE STATE OF COLORADO, AS SO HE IS WITHIN THE (COLORADO DOC.

NOTHING IS SACROSANCT WITHIN THE COLORADO DOC. THE CLAIMANT HAS & CONTINUES TO NOT ONLY BE IN "FEAR FOR HIS LIFE & LIMBS," BUT FOR HIS MEAGER "HIGHLY PRIZED" PERSONAL POSSESIONS & PROPERTY, AS WELL. THE CLAIMANT HAS BEEN "PATTED DOWN," HAD HIS HALF ALONE OF A "CELLEE" JOINTLY SHARED CELL, BOTH "IN-

spected & shaken down on-going (again & again). The claimant's & 6. personal possessions & property has been "trashed"; his legal files "trashed"; gone through & obviously illegally "read, refiled out of place, & thieved by harassing C.O.'s on-going (again & again) throughout the Colorado DOC; in particular, here at Colorado Territorial Correctional Facility, as so it has been every where, both within the Colorado DOC system, and every where that the claimant has been under the control of the Colorado DOC, so it will continue to be: the claimant in "fear for his life & limbs"; the claimant in fear for his personal possessions; in particular, the claimant in fear for all "of his" legal files.

Therefore & be it resolved, the claimant, Michael N. Collins, here by petitions & motions before the court that said claimant, Michael N. Collins, be removed entirely, both from & under the control of the Colorado DOC entirely; from & under the control of any Colorado Sheriff's Office; in particular, the Douglas County Sheriff's Office entirely; to be immediately housed & to be fed three meals per day & every day at a hotel with a restaurant within it, in Downtown Denver, in close proximity to the U.S. Federal Courts. Said hotel with a restaurant within it, to be reimbursed weekly for the weekly cost of the claimant's room rental & three meals per day from the Colorado DOC, from what it would normally cost to house & feed a Colorado inmate within "closed" correctional facilities, as the claimant, Michael N. Collins, has here to fore been housed & fed over the last "9 8" years of his wrongful & unjust imprisonment, over what never even happened.

Be it further resolved, the claimant, Michael N. Collins, here by petitions & motions before the court that said claimant, Michael N. Collins, while housed at the above referenced hotel in Downtown Denver, in close proximity to the U.S. Federal Courts, during the appeal of his wrongful & unjust conviction "not" be required to register as a "sex offender", "not" be required to register with any law enforcement agency at all for any reason; in particular, "not" be required to undergo any kind of mental health so called "counseling and/or therapy": either individual or group sessions, classes, and/or instructions. Be it further resolved that, while housed at the above referenced hotel that the claimant, Michael N. Collins

HAVE FULL & COMPLETE ACCESS TO THE DENVER GENERAL HOSPITAL (Page 5 of 6) (A.K.A. DENVER MEDICAL CENTER), BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS. THE CLAIMANT, MICHAEL N. COLLINS, IS TO "NOT!" BE ASSIGNED THE "SUB HUMAN" MEDICAL CARE, AS PRACTICED BY THE "USUAL CLUMP" OF BUNGLING INCOMPETENT, UN-SUPERVISED BY MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT REAL! BONAFIDE "HUMAN" MEDICAL CARE, AS PRACTICED BY REAL & BONAFIDE MEDICAL DOCTORS & NURSES. ALSO, ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS.

URGENT!!! HELP!!! 777!!! HELP!!! URGENT!!! HELP!!!

LEGAL BRIEF & FINDINGS OF 05/17/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE CHRISTINE M. ARGUELLO: THIS IS A FURTHER "ANGUISHED CRY!" FOR "JUSTICE!"; FOR "REAL & TANGIBLE!" JUSTICE! FROM MICHAEL N. COLLINS, & THE WHOLE COLLINS FAMILY! "YOU ARE THE JUDGE OF THE "COMMON MAN!" I AM THE "COMMON MAN!" OURS IS THE "COMMON FAMILY!" YOU MAY BE AN "UNCOMMON ANSWER!" TO OVER THE CLAIMANT'S NOW "9!" YEARS OF IMPRISONMENT WITHIN THE COLORADO DOC "BELLY OF THE BEAST!" HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST, BUT "RUTHLESSLY! & SADISTICALLY! RETALIATED!" AGAINST ON-GOING (AGAIN & AGAIN) FOR HIS "MANY!" MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; FOR HIS "VERY! ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC "LIES, DENIES, & DELAYS!"

HOWEVER, ALL! FLOWS! FROM THE WRONGFUL CONVICTION (A GRAVE MISCARRIAGE OF JUSTICE!) OF MICHAEL N. COLLINS ON CASE NO. 1997 CR 000055 IN DOUGLAS COUNTY, COLORADO, ON 03/04/99. IN "GREAT! ANGUISHED! TORMENT!" THE ENTIRE!" COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN, SONS JARED, JACK & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRY OUT! TO YOU, JUDGE CHRISTINE M. ARGUELLO, FOR "JUSTICE!" FOR "REAL! & TANGIBLE! JUSTICE!" JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S "TIME OF TRIAL." THE LAST "10!" YEARS HAVE BEEN OUR FAMILY'S "TIME OF TRIAL!" OUR COLLINS FAMILY'S ENDURED "FAMILY HOLOCAUST" (THAT INCLUDES MY SONS, JARED, JACK, &

CRY OUT TO FOR JUSTICE, FOR REAL & TANGIBLE JUSTICE. BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS & ADVOCATES (REFERENCE AVAILABLE AFFIDAVITS & STATEMENTS).

JUDGE ARGUELLO, MAKE JUSTICE NOW FINALLY PREVAIL!!! THE WHOLE ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY "ALL" "OF THE COLLINS DAUGHTERS ARE "VERY" MUCH "DEATHLY AFRAID!" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. JUDGE ARGUELLO, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOME KIND OF LEGAL PROCEEDINGS, "OUTSIDE!" OF DOUGLAS COUNTY, & "WITHIN" YOUR U.S. DISTRICT COURT TO "SET ASIDE" & THROW OUT!" THE "WRONGFUL!," THE "DESECRATED JUSTICE!" CONVICTIONS OF MICHAEL N. COLLINS, WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL!" COERCED, INTIMIDATED & MENACED, BUT IN "PARTICULAR & ESPECIALLY" THE COLLINS DAUGHTERS' TRIAL TESTIMONIES, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPORT, TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE!" OF DOUGLAS COUNTY, & WITHIN A U.S.A. FEDERAL COURT.

JUDGE CHRISTINE M. ARGUELLO, THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR & OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED, BY A NEFARIOUS PROSECUTION, THAT STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DISPICIABLE TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE ARGUELLO, I AM THE "COMMON MAN"; OURS' IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO?! IF NOT NOW, WHEN?! IF NOT JUSTICE, INJUSTICE?! JUDGE ARGUELLO, MAKE JUSTICE NOW PREVAIL!!!" 777. JESUS CHRIST. WHO-RAH!!!" AMEN & A-WOMEN.

With the Highest of Respect & Best of Regards,
Michael N. Collins DOC #101218

"The Dad & Grand Pa; Old School, Old & Big Dog, Old Timer; Mister, Brother & Disciple M; US of A & 777 Church Man; El Grande Viejo Macho Hombre!"