IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)
Consolidated for all purposes with Civil Action No. 96-N-343

JESSE MONTEZ, et. al.

    Plaintiffs,

-vs.-

BILL OWENS, et. al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2009

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-350
Category III
Claimant: **Charles R. Stroud, #48629**
Address for Claimant: CTCF, P.O. Box 1010, Canon City, CO. 81215-1010

---

John L. Kane, Senior United States District Court Judge

Dear Sir;
    On March 19, 2009 you issued your ORDER that AFFIRMED the Final Order of Special Master (doc. #3854) which was a favorable ruling in Claimant Stroud's behalf, with an award of $500.00 being made. That Claimant Stroud was infact disabled and that Colorado Department of Corrections did discriminate against him.
    Your Honor, it has been more than two months since your Order was given and Claimant Stroud has yet to receive the $500.00 award. Claimant Stroud asks this Court is there something else he need file to receive the Court Ordered $500.00 award?

                        Sincerely,

                        Charles R. Stroud

I have mailed in the U.S. Mail, prepaid, a copy ot this letter to:

James Quinn
Office of Attorney General
1525 Sherman Street, 5th Floor
Denver, Colorado 80203

Charles R. Stroud        5/20/09
                        Date