IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-352
Category: Untimely Filed Claim
Claimant: Edward Greenwell, #55364
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the letter of Claimant. In that letter, Claimant requested information and advice. Claimant had not filed a damage claim form.

    Claimant was provided a claim form and information sheet. He was granted up to and including May 18, 2009 in which file a damage claim form. Claimant has not filed a claim. There is no jurisdiction to do anything further on the letter of Claimant.

    IT IS HEREBY ORDERED that Claimant's file as to any damage claim under Article XXXII of the Remedial Plan is dismissed for lack of jurisdiction, as Claimant has not filed a claim form; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 6, 2009.**

    SIGNED this 22nd day of May, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master