IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-353
Category: Untimely Filed Claim
Claimant: Gregory K. Baird, #123325
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER came before the Special Master on the letter of Claimant. In that letter, Claimant requested a damage claim form and information sheet.

      Claimant was provided a claim form and information sheet. He was granted up to and including May 16, 2009 in which file a damage claim form. Claimant has not filed a claim. There is no jurisdiction to do anything further on the letter of Claimant.

      IT IS HEREBY ORDERED that Claimant's file as to any damage claim under Article XXXII of the Remedial Plan is dismissed for lack of jurisdiction, as Claimant has not filed a claim form; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 6, 2009.**

      SIGNED this 22nd day of May, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master