```
                                              FILED
                                        UNITED STATES DISTRICT COURT
                              05-26-09        DENVER, COLORADO

                                           MAY 29 2009
Civil Action Number : 92-N-870-CMA
                                         GREGORY C. LANGHAM
                                                        CLERK
```

To the Clerk of the Court,

My name is Matthew Tazio Redmon. Colorado Department of Corrections Inmate Number 140637.

I have submitted Motions in the above named Action. I was under the impression that a Compliance Hearing was to be held on May 1st, 2009.

I have received no notices from Plaintiff Class counsel as to the outcome of this Compliance Hearing.

I do not doubt that I will eventually receive contact from Plaintiff Class counsel. However, there are some pressing concerns as to the affect of the Motions which I submitted, on the Compliance Hearing.

If you would, could you please notify me of the results of the Compliance Hearing in the above named Action.

Please send your communications to me at the address below.

Thank you,

*[signature]* #140637

Matthew Tazio Redmon, No. 140637
CDOC
C.T.C.F.
P.O. Box 1010-CH7
Cañon City, CO. 81215