ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION 92 N 870

JESSIE (JESUS) MONTEZ, et al.,

v.

BILL OWENS, et al.,

PLAINTIFF,

DEFENDANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2009
GREGORY C. LANGHAM
CLERK

SUPPLEMENTAL OBJECTIONS TO "FINAL ORDER OF SPECIAL MASTER", DATED JANUARY 20, 2009

COMES NOW, ROBERT SCHWARTZ, PRO SE, CLAIMANT 03-162, CATAGORY III LOCATED AT P.O. BOX 1010, CANON CITY, CO. 81215 AND WOULD GRACIOUSLY REQUEST, BEING ALLOWED TO SUPPLEMENT HIS EARLIER FILED OBJECTIONS AND FURTHER STATING:

(1.)  THAT SINCE ROBERT SCHWARTZ, HAD FILED WITH THE COURT HIS "OBJECTIONS TO "FINAL ORDER OF SPECIAL MASTER", DATED JANUARY 20, 2009", HE HAS NOT RECEIVED ANY PLEADINGS EITHER FROM THE COURT, OR DEFENDANT, IN RESPONSE THERETO; NOR HAS HE RECEIVED ANY OTHER PLEADINGS OR ORDERS FROM THE DEFENDANTS' OR COURT;

(2.)  THAT PLAINTIFF BELIEVES, THAT HE HAS A RIGHT, AS PRO SE, LITIGANT, TO AMEND AND OR SUPPLEMENT WITHOUT REQUESTING FIRST, PERMISSION FROM THE COURT, HIS EARLIER FILED "OBJECTIONS TO "FINAL ORDER OF SPECIAL MASTER", DATED JANUARY 20, 2009";

(3.)  PLAINTIFF WOULD STATE, THAT HE IS AND HAS BEEN RETALIATED AGAINST, SINCE HE HAS BECOME A MEMBER (CLASS) OF THE JESSE (JESUS) MONTEZ, ET., al., LAWSUIT, AND COMPLETION OF HIS HEARINGS ON NOVEMBER 17, 2008, IN THAT IN PART, DEFENDANT'S STOPPED ISSUING PLAINTIFF ANY PAIN MEDICATIONS, SUCH AS NAPROXSYN, IBUPRO-

FEN, CLINORIL AND OTHER WHICH HE HAD BEEN RECEIVING, SINCE 1989 FOR HIS BACK DISC FUSIONS, AS WELL AS OTHER INJURIES;

(4.) THAT SINCE SUCH NOVEMBER 17, 2008 DATE, DEFENDANTS HAVE TAKEN AWAY PLAINTIFF'S BOTTOM BUNK/BOTTOM TIER MEDICAL DESIGNATION, BASED SOLELY UPON, THE ERRONEOUS AND INCOMPLETE SPECULATIVE TESTIMONY OF DR. FRANTZ, APPERTAINING TO ONE INCIDENT, IN WHICH SHE CLAIMED, THAT PLAINTIFF, TEMPORARILY STAYED ON THE SECOND TIER, IN 1994, WHILE HOUSED IN PROTECTIVE CUSTODY, AT THE COLORADO STATE PRISON;

(5.) THAT PLAINTIFF, DOES NOT ONLY HAVE SUCH BOTTOM BUNK/BOTTOM TIER D.R.D.C. RESTRICTION, OVER THE PAST TWENTY (20) YEARS, DUE TO HIS MOBILITY PROBLEMS, BUT, WAS ASSIGNED WITH VASOVEGAL SYNDROM, WHICH MAKES PLAINTIFF UNEXPECTANTLY BLACK OUT AND FAINT, AS WAS PRESENTED BY PLAINTIFF, TOOK PLACE ON MARCH 20, 2007, WHILE AT THE ARROWHEAD CORRECTIONAL FACILITY, REQUIRING HIM TO BE TAKEN TO MEDICAL, ON AN EMERGENCY CALL AND WHICH BLACK OUT SPELLS APPLICANT HAS APPROXIMATELY TWO TO THREE TIMES PER MONTH;

(6.) THAT DEFENDANTS HAVE SWITCHED PLAINTIFF'S "M-4" DESIGNATION/CLASSIFICATION, RECEIVED AT THE DENVER RECEPTION DIAGNOSTIC CENTER, DENVER, CO., IN 1994, TO AN "M-2" STATUS AFTER PLAINTIFF JOINED THE MONTEZ, CLASS ACTION LAWSUIT, ACTUALLY THEREBY, BY SUCH ACTIONS, IMPLYING THAT PLAINTIFF, IS LIKE "A WINE", THAT IMPROVED OVER THE PAST 15 YEARS WITH AGE;

(7.) THAT PLAINTIFF WOULD OBJECT TO THE COURT NOT HAVING

2.

RETURNED HIS SUBMITTED DURING THE HEARINGS, EXHIBITS PLAINTIFF, WAS PROMISED BY THE COURT, IT WOULD RETURN TO HIM, SINCE THE LAW LIBRARY AT THE COLORADO TERRITORIAL CORRECTIONAL FACILITY, WOULD NOT ALLOW PLAINTIFF TO MAKE COPIES OF SUCH, FORCING PLAINTIFF TO SUBMIT HIS ORIGINAL COPIES;

(8.) THAT MASTER DAVIDSON, ADDITIONALLY PROMISED ON THE RECORD, THAT HE WOULD FORWARD, A LIST OF WHAT THE MARKINGS WOULD BE, AS TO ALL SUBMITTED EXHIBITS AND MATERIALS OF BOTH THE PLAINTIFF AND DEFENDANTS, BUT, WHICH THE COURT HAS NOT FOLLOWED THRU ON, AND PLAINTIFF NEEDED AND NEEDS, NOT ONLY FOR HIS ALREADY FILED PLEADINGS BUT FUTURE ONES AND WHICH FAILURE BY THE COURT, HAS DIMINISHED PLAINTIFF'S CHANCES OF REPRESENTING HIMSELF.

WHEREFORE, PLAINTIFF PRAYS, THAT THIS "SUPPLEMENTAL OBJECTIONS TO FINAL ORDER OF SPECIAL MASTER", BE ALLOWED AND GRANTED AND HIS SUBMITTED EXHIBITS AND THE PROMISED LIST, OF ALL EXHIBITS AND MATERIALS, SUBMITTED, BE FORWARDED TO PLAINTIFF.

RESPECTFULLY SUBMITTED,

ROBERT SCHWARTZ, 60801
P.O. BOX 1010 - C.T.C.F
CANON CITY, CO. 81215

CERTIFICATE OF MAILING:

I HEREBY CERTIFY, THAT A TRUE AND CORRECT COPY OF THESE PLEADINGS, WERE PLACED INTO THE U.S. MAIL, POSTAGE PREPAID, THIS MAY 29, 2009 AND ADDRESSED TO:

OFFICE OF THE COLORADO ATTORNEY GENERAL, 1525 SHERMAN ST., 7TH FL., DENVER, COLO. 80203.

3.