US DISTRICT COURT
901--19th street
Denver, Co 80239

JESSE MONTEZ ET AL
VS
BILL OWENS ET AL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN -2 2009
GREGORY C. LANGHAM
CLERK

Party without counsel
Jill Coit
#6530
Claim number 03-129
Montez

CASE No 92 cv 870 EWN - OES + 96N848

RETALAITION FOR REPORTING THAT DWCF HAS NO HEARING IMPAIRED CELLS BY TAKING AWAY COIT'S HEARING AIDS

---

Comes now, Jill Coit a member of the Montez Remedial Plan who wishes to tell this court that on 5-5-09 DWCF Staff Captain Kolatil (?) can't read his signature along with my case manager, Mr. Sparling and Captain Avant call me to the Unit 3 office. I had been asleep so did not have my hearing aids in my ears but had them in there case in my bra. I turned them over to them and asked why and who authorized taking my hearing aids. Capt Kolif stated that per Cathie Holst Montez Coordinator authorized them to remove my hearing aids. I told them I could not hear without my hearing aids, and they said it was not their problem. I asked my case manager if he could help me and he said he did not get involved in medical decisions.

I have missed means, medication line, and can not hear any anouncements in the unit or in the yard. This is a dangerous situation as evidence below.

On 5-28,2009 at approximately 8:45 pm unit 3 A ahd a fire drill. I was asleep because I had taken my psy medication-pain medication. I could not get comprehension in my brain because I did not associate screeming with fire drill. There are no alarms, the officers were just screeming at all the inmates. I had no one to help me, the officers just kept on screeming at me. I could not understand what they were yelling about due to my medication & not having my hearing aids to tell what they were saying. I fell in my cell and got screamed at more. Finally I managed to get my coat on & in my wheel chair. NO one helped me out of the unit, finally an inmate saw me struggling to get my wheel chair out the unit A pod door and started to push me. I told the one of the officers it was not useful for them to keep screaming at me that I was going as fast as I could and they replied that in a real fire there would be more screaming at me.

I can not help it if I am totally blind in the left eye, and only have upper vision in the right eye with no pherifer vision. I can not move fast due to knee, foot, back and hand conditions/impairments.

Some of the inmate in wheel chair got taken just outside the unit 3 doors by an officer but none were taken all the way to the gym yard where we were counted before being returned to the unit. Inmates pushed us there and back.

Just wanted to let the court know that without my hearing aids, I cannot hear in an emergency situation and retaliation for telling that DOC/DWCF is not in complinace with Remedical Plan of Montez.

I was given shake down slip for them taking my hearing aids but my hearing aids have never reached my mother. I dropped off shipping blank, mis withdrawal slip for postage and evelope for mailing but it never got to my mother. My hearing dids cost over $1,500. where are they. Can DWCF through Holst deny me hearing aids I have worn since 1972 for loss of hearing when bvackground noise is present. This situation will not go away, I am 65 years old. Want accountablilty and stop retaliation.

Coit cleared for hearing aids on 8-22-01 by DOC-

see attachments.
Jill Coit 86530 P.O.Box 392005 denver, Co 80239

Jill Coit

**SHAKEDOWN LIST**  DC 300-6A

DATE 5/5/09

OFFICER Capt. Kolatii

Offender Name and Number COIT 86530

2 HEARING AIDES TAKEN TO PROPERTY FOR DISPOSITION

20002 (R 7/02)

20-24 (4/86) A1124643

FROM: Jill Coit 86530  (5-7-09)
P.O.Box 392005
Denver, Co 80239

TO: MS. Juanita Billiot apt 1804
STREET: 16500 Yellow Sage street
CITY: Pflugerville   PHONE: texas
STATE: texas   ZIP: 78660-5762

PLEASE PRINT CLEARLY – DO NOT USE FELT-TIP PEN

**PARCEL POST** CONTENTS MERCHANDISE – RETURN REQUESTED

1 pair of hearing aids to be sent in an envelope with bubble wraps on them. Nothing else to be included in this shippling.

Insure for $25.00

NAME: Jill Coit   NUMBER: 86530
UNIT: 3A   INSURED FOR: $ $25.00

**SHIPPING BLANK**

White    Canary    Pink    Goldenrod

20054

---

Colorado Department Of Corrections
Name: Jill Coit
Register Number: 86530
Unit: 3A
Box Number: 392005
City, State, Zip: Denver, Co 80235

Hand Stamp Please

Ms. Juanita Billiot
apt 1804
16500 Yellow Sage Street
Pflugerville, Texas 78660-5762

---

**DEPARTMENT OF CORRECTIONS**   DC 200-2C

**MISC. WITHDRAWAL TICKET**

DATE 5-7-09
AMOUNT _____
OFFENDER NO. 86530   FAC. dwcf   UNIT 3a
OFFENDER NAME Jill Coit

REASON FOR TRANSACTION ~~only 1 pair of~~ hearing aids in envelope with bubble wrap – Thickness of envelope not to exceed 3/4 inch (insured for $25.00)

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature  Jill Coit

20003(R.5/01)

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐  No ☒
Date received by case manager: _____  Case Manager: _____

Grievance Number _____   STEP (Circle One) ①  2  3

| NAME Coit, J. | DOC NO. 86530 | FACILITY/UNIT/POD DW |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

On 5-5-09 my hearing aids were confiscated by Capt Kolatil (?), per Cathie Holst AIC coordinator. If you will check your medical records dated 8-22-01 'She is cleared for hearing aids'. Medical records also to very need for hearing aids- 11-28-02 Dr. Razzaghi Hearing Screening 3-16-04 -hearing good with hearing aids. I filed an informal grievance 7-30-00 case manager Mccullough responded 'Your hearing aids will be allowed back, medical will supply back and carpel tunnel braces as needed, grievance denied.' I can not hear with background noise present which is all the time in prison. I have missed meals and med line because I could not hear the anouncements. According to unit officer, they will not anounce anoucements in my cell unless I have an hearing accommodation. I spent years in a handcapped cell per Holst now that i told MOntez, I am being retaliated against. This grievance is also against Holst and Dr.Frantz, they had no right to take away my hearing aids I have worn hearing aids since 1972 but now I amsuddenly healded.I want my hearing aids back and $50,000 for retaliation and unlawful removal of hearing aids. I can not hear orders, instructions, danger alerts and commands & speech

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 5-20-09 | OFFENDER SIGNATURE  J ell Coit |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC: | |

RESPONSE

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # | |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1



**Hearing Aids**

6-8-01 Denver General Hospital Audiologist – Audiometrics are consistent with moderate sensory neural hearing loss. Amplification was discussed on an informal basis. It is felt that she should receive an ENT consult and medical clearance prior to trial use of amplification. DX moderate hearing loss.

8-22-01 Denver General Hospital Auto clinic- Patient may wear earphones while watching TV. She is cleared for hearing aids. Follow up with ENT on a prn basis.
DX: sensory hearing loss.

10-22-01 Dr. Pook MD, DWCF- No need for hearing aid until hearing test results arrive. (she did not even look in file, I told her I had been cleared for hearing aids )

1—3-01 CWCF Mary Kay Cater- Seen by Dr. Howe, ENT at CMHIP "will await dictated notes, to see if pt meets DOC criteria for hearing aids.
Ok to wear earplugs, <u>Ok for learning Aids (X1)</u>

7-15-02 Note from Pat V RN II "Please come to the clinic on Saturday, July 20th, at 0900. You are going to be fit for hearing aids. Thank you Pat V.

7-20-02 Pueblo Hearing Aid Center In Woman's of Denver w/p Otoscopic Rxx (?) shows both tanals cliar. Took Bin impressions to recast hearing aids. Pt states her hearing is rapidly deteriorating and experiences pain. Ent Evaluation may be necessary.

11-28-02   Pueblo Hearing Aid Center   "In DWCF-w/pt-fit audibel hearing aids.
Lt. Sn : 0201400694
Rt. Sn : 0201400693 Warranty expires 10-1-04
Pt has difficulty understanding in back ground noise
Pt needs #312 Hearing aid batteries

1-18-03  Pueblo Hearing Aid Center   In DWCF w/p –right hearing aid hurts ear-will remake.

3-25-03  Dr. Razzaghi- " given hearing aids, discussed shoes/ braces for ms.  ???? insider/ sweats- CTZ as follow up-with Ms. Coit to review  ?????


1-25-05 Someone wrote informational in my chart without putting their name on it.
" Im had officer call medical at 1725 requesting hearing aid batteries because of several things going on Im was told to come down after med line. We had just finished nurse sick call. It would not have been a problem at that time of nurse sick call. IM did not come down for batteries with med line or even inquire about them. Batteries are in medical. (Med line ended after 10 :30 count cleared-so I waited till next day to get them)

CWCF 850-4E

## COLORADO WOMEN'S CORRECTIONAL FACILITY
## INFORMAL RESOLUTION ATTEMPT

| SECTION A |||
|---|---|---|
| Offender Name   jill coit | DOC#  86530 | Unit  7 |
| Subject of Grievance: destruction of med files | Dept/Staff  maiden (mrs) ||

**What is the basis of your complaint? Be specific and brief: (NO ATTACHMENTS)**

Per Dr. West letter, Rita Maiden admitted that she accidently shreded my medical records. This is not acceptable. How can you accidently shred my medical records? medical records should never be destroyed. my allergist(4 doctors) & hospital records showing cancers, back and social security medical records were all shredded. I do not intend to undergo all those test again. My allergist documented my medication allergies and polyester, soy, paint fumes,etc. My audiologist reports on my hearing aids, orthopedic reports on my back brace-long, carpel tunnel reports all gone, no way for me to prove all condition's I came into CDOC with. What am I to do, how do you punish her for her actions? Want my med reports gotten again. can you verify?

Offender Signature: [signed]      Date: 7-30-00

### SECTION B

**Staff (involved staff member or immediate supervisor) response:**

Your hearing aids will be allowed back, medical will supply back and carpel tunnel braces as needed. grievance denied.

Staff Signature: E. M.Cullen      Date: 8-15-00

### SECTION C

**What was decided (Within policy limitations):**

[X] I am satisfied with informal resolution shown above.
[ ] I have elected to file a Step I Grievance. (Attach this form to Step I Grievance)

           [signed] Jill Coit     8-15-00
                Offender Signature

| Case Manager Signature: | Date: |
|---|---|

cc:   Original - Attach to grievance or place in Working File
      Copies - Case Manager and Offender

For Jill Coit and Attorney/COURT;

My name is Brandy Faye Davis. I have been at this Facility since 12/2/99 and been subjected to a lot of Abuse in this place. I have been beaten up and when I reported it to staff it has been ignored, not reported by staff and told that's just our way(when I reported that my then roommate Pat Chissom was hitting me in the head to a Black Officer, the first year I was here I was not allowed assistance to get from place to place, yelled at by staff, threatened with write ups, being put in segragation, have my American Disability rights stopped when I try to avoid abussive A.D.A. assigned pushers/aids that don't want to push and I end up doing all the work, called nnmes"Whore, Bitch, Piss smelling White Trailer trash piss bucket, Skuzbucket, hit in the back of thehead, run into walls ,doorway's, dumped out of my wheelchair. and when I report this type of behavior that I've been subjected to staff, I'm called a lier, I get therats of being charged with fraud, filling a fraudulant claim of abuse, charged with abuse of medical and forced to pay Medical bills for body sheets, and any extra medical bills . (One of which I'm still paying on from Two years ago) after I had a breakdown and tried to kill myself aftermonths of verbal abuse from Sgt Larenzo,) who belittled me, told me repeatedly that I did not deserve to live, that she did't like my attitude of "Just knowing that things would turn out all right, and doing my best to be a model inmate" That I was nothing but a crippled up old bitch, andhad no right to exist, She started doing this in November of "06" and would evencall me from my Unit to where ever it was she was working that day, When I reported that I was also called a lier then, I don't lie about being abused and I am more that willing to take a lie detecter test even though it is not admissible in a court of law.

I have been threatened with writeups for the following;
1.)Disobeying a lawfull order if i don't allow an A.D.A. pusher to push me even when I have reported abuse such as running me into walls/doorways, verbale assaults.
2.) Inciting a race riot because I got fed up with being called, a child of Satan, Child Molester, Honkey Bitch uncleanfilthy cripple, that I never bathed andthis person went to Co Jakson and reported that I had not bathed because Hunting -Norr never saw me bath, Yet when I was called to theoffice and explained that I bathed every day in the Handi-capped shower with a shower head that had to be gotten from theoffice  the officer droped thesubject . several days latter I was again subjected to  the abuse and DEbbie Coombs was so scared for my safty she went and got Co Nutter to stop theproblem. Finally I got so upset I did call her theN_____ word and when Lt Cowen came to the room he stated that it reeked and started in on me about my pushers ( When you move to a different unit , or your pusher goes home , to a program, gets in trouble herself, you are assigned a new pusher) and he insinuated that I was abusive to my pushers when I'ts been the other way around and for themost part I try to help my pushers by missing a meal from time to time to sleep in myself and I also help push unless my hand is cut up (like it has been lately due to metal chips cutting into my hands from my wheelchairs metal rails right now ) I have to let my hands heal from time to time, or if I'm being hurt bythepusher I will refuse to help and get in trouble for that.

3.) I havebeen threatened with write ups for refusing to access my assigned pussers and having others push me ( that I felt safer with . Denyed the right to refuse food or medication to avoid the abuse of being jerked both ways inmy wheelchair which hurts my back.

4.) Threats of write ups for non-compliance of a direct order to comply    or have my A.D.A. rights terminated.

5.) Right now I am not in a Handi-capped accessable cell as ther are none available since this facilitydid not expect to have so many people who needed access nor did they expect theCourt to put so many ill people in wheelchairs into prison.

6.) medical has run out of medication to treat a lot of theillnesses and refuse to see you unless your bleeding, dead or unconscious. Irregaurdless to theemergency and if you have seazures in theyard or where ever you are taken to your room andyour mattress is put onthefloor with you onit andif bychance you come out of it all well and good, if not "Oh,well, room for another inmate" seems to be the attitude of most of thestaff andthere are so few who would help if they could but D.O.C. ties their hands so nothing can be done.

There is a lot more but I need to get this to you asap.
thank you for your time andhelp.

Sincerly,
Brandy F. Davis
99062

P.S. Due to all the threats, cover-ups of abuse by staff and other inmates, I constantly feel threatened and have even stayed in my room to avoid contact and at times emotionally and physially shut down to feelings of being trapped with no-where to turn for help or relief. I never feel safe from the staff or inmates of a more volital nature. Feel free to contact me.