%_%_)( 5-30-09

Dear Judge Pringle,     92-cv-00870-CMA

   This is the price I paid for telling on DWCF violations. I just had my hearing aids taken away from me. That means I can not hear when people speak to me or anouncements., it is a pretty high price to pay for doing what is right.
   They are then going to take my wheel chair. Cathie Holst ordered that the officer take my hearing aids. I have worn hearing aids since 1972 in the free world.
   I know your going to say that you have no power to stop retaliation but ALL IT TAKES FOR EVIL TO PREVAIL IS FOR GOOD MEN TO DO NOTHING.

   Now you know why women are afraid to tell and speak up. The disk you ordered that I get to hear in 2005, well I did not even get to see or hear them till 2008 and then the player they let me use I could not hear on because it was to soft and the noise was to loud in here. Yes, you ruled I should have given you reasons why I needed to hear the tapes but they kept telling me they were working on getting a player
   On the tape you told me if I had problems with my hear aids or any other MOntez issues to let you know. But I tried to be cooperative but just keep getting screwed. I was the inmate that was raped by CWCF officer sgt Joseph smith he was the one that injured my hands, knees and feet along with other physical injuries. See my exhibits and yes the injuries were one prior to 2003, they happened in 1995 & 1996.
   There latest illegal act was to keep legal documents from me that the Supreem Court said I had to attach to my Motion for cert on the rape case. Not only did that take my legal mail they changed the legal mail log to cover up that I sent the papers to the Supreme Court I have enclosed them so you know I am telling the truth., I am ready to just give up and end my life. CDOC can do anything they want to us and me can not get legal help or representation., I am now blind in the left eye totally and only see out of the uppper half of the right eye, I am not allowed to type or write due to hand problems and must try to get someone to help me without getting them retaliated against.
   Please help me.

Jill coit          Jill Coit
86530
P.O.Box 392005
Denver, co 80239

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -2 2009

GREGORY C. LANGHAM
_____
                CLERK