IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-038
Category: III
Claimant: Benny Padilla, #82114
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant (#3974). In that letter, Claimant alleges that he has not received the award of $1,500.00 that was ordered by the Special Master. Defendants will be given a chance to respond to the letter. This letter will be treated as a motion.

IT IS HEREBY ORDERED that Defendants are granted up to and including **June 22, 2009** in which to respond to the letter of Claimant.

SIGNED this 26th day of May, 2009.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master