IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

   Plaintiffs,

-vs.-

BILL OWENS, et al.,

   Defendants.

_____

Claim Number: 03-350
Category: III
Claimant: Charles R. Stroud, #48629
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the motion of Claimant (#3979). In that motion, Claimant alleges that he has not received the award of $500.00 that was ordered by the Special Master. Defendants will be given a chance to respond to the motion.

IT IS HEREBY ORDERED that Defendants are granted up to and including **June 15, 2009** in which to respond to the motion of Claimant.

SIGNED this 26th day of May, 2009.

                                        BY THE COURT:

                                        /s/ Richard M. Borchers
                                        _____
                                        Richard M. Borchers
                                        Special Master