IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Case Number C-007
Category: C
Claimant: Matthew T. Redmon, #140637
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

### ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the letter of Claimant (#3985). In that letter, Claimant requests information concerning any compliance hearing that may have been held by the Court.

    Claimant is advised that no compliance hearing was held on May 1, 2009. No hearing has been set either before Judge Arguello or Judge Kane. Claimant will receive notification when such hearing is set.

    IT IS HEREBY ORDERED that Claimant's letter is accepted for filing but no further action can be taken on it.

    SIGNED this 2nd day of June, 2009.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    Richard M. Borchers
                                    Special Master