IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -5 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-CV-870-CMA

Plaintiff, Jesse (Jesus) Montez, et al,

v.

Defendant.
Brenda Mumford

Filing an objection to this final order of Special master, pursuant to Federal Rule of Civil Procedure.

I'm filing that the the master found I was not mobility disable person. I want to know why I'm not disable or what do I need in order to keep falling down. Would the master give me some special tennis. You said I had xrays, I do not remember having xrays. My ankle hurts me everyday. I would like to know do you consider me disable without having a cane. I have continue to see a doctor here in Brush Colorado He gave me an ace bandage to put and wrap around my ankle. I'm asking you to consider this matter once again.

Thank you