**Colorado Department Of Corrections**
Name: Ms. Brenda M. M[?]
Register Number: # 89345
Unit: D Wing
Box Number: 901 Industrial Park Road
City, State, Zip: Brush Colorado
80723

DENVER CO 802
04 JUN 2009 PM 2 L

Final order of Special Master pursuant
to Federal Rule of Civil Procedure 536(2)
901 19th Street
Denver Colorado
80294

80294+2500