IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the letter of Claimant (#3987), as well as her retaliation complaint (#3988). To the extent that Claimant is requesting individual relief, there is a question as to what jurisdiction, if any, exists to adjudicate individual *pro se* requests for relief. That issue is now before Judge Arguello. These documents must be held in abeyance.

    IT IS HEREBY ORDERED that Claimant's documents are held in abeyance until the jurisdictional issue is resolved.

    SIGNED this 5th day of June, 2009.

                               BY THE COURT:

                               */s/ Richard M. Borchers*

                               Richard M. Borchers
                               Special Master