IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - CMA

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

Claim Number: 03-162
Category III
Claimant: Robert Schwartz, #60801
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81211-1010

## ORDER OF SPECIAL MASTER

       THIS MATTER comes before the Special Master on Claimant's Supplemental Objections to Final Order of Special Master, dated January 20, 2009 (#3986). Claimant wishes to have this document considered as part of his appeal from the Special Master's final order.

       IT IS HEREBY ORDERED that Claimant's supplemental objection is referred to Judge Kane for action.

       SIGNED this 5th day of June, 2009.

       BY THE COURT:

       */s/ Richard M. Borchers*

       Richard M. Borchers
       Special Master