IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870-CMA (Consolidated for all purposes with Civil Action No. 96-N-343)

Jesse Montez, et al.,
    Plaintiffs,

v.

Bill Owens, et al.,
    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -8 2009

GREGORY C. LANGHAM
CLERK

Case Number : C-007
Category : C
Movant : James Garnes
Address of Movant : CTCF, P.O. Box 1010-CH7, Canon City, CO 81215

---

MOTION FOR ENFORCEMENT OF EXISTING REMEDIAL PLAN AND
FOR SANCTIONS FOR NONCOMPLIANCE WITH PLAN

---

COMES NOW, the Movant, James Garnes, a CDOC Montez Class Inmate, #88322, pursuant to Federal Rule of Civil Procedure 70(a)(e) and enters this Motion for Enforcement.

In support of this Motion, the Movant would state the following :

The Movant is a party to the Montez Class Action, and as such, is adversely affected by the acts of noncompliance on the part of the Defendants and the CDOC. Therefore, the Movant is entitled, under Federal Rule of Civil Procedure 65(d)(2)(A)(B)(C) to address this Court and to ask this Court to grant the Movant's Motion and to grant the Relief which the Movant prays for, as well as any other Relief which this Court may deem just and proper.

Even should the Movant be deemed not to be a party to the Montez Action, the Movant is still classified by the CDOC as a Montez Class Inmate and is adversely affected by the acts of noncompliance on the parts of the Defendants and the CDOC. As a third party adversely affected by the actions of the Defendants and of the CDOC, under Federal Rule of Civil Procedure 71, the Movant is still entitled to seek Enforcement of the Montez Remedial Plan and of the sanctions imposed on the Defendants and the CDOC for noncompliance pursuant to Federal Rule of Civil Procedure 70 and to ask this Court to grant the Movant's Motion for Enforcement and for Relief.

(1)

Montez Remedial Plan
Section XIII, F.
Inmate Programs

F. - "Evaluation of an Inmate's removal from a program assignment shall be done on a case-by-case basis, and will take into account a number of factors including the Inmate's ability to perform the essential functions of the program or the Inmate's misbehavior or refusal to work as directed. Inmates with Disabilities who are denied jobs or access to programs may file an ADA grievance as set forth herein."

Document #3326
Sanctions for Noncompliance
Dated April 4th, 2008
Sanction #5.

5. - "CDOC will add American Sign Language classes as a program offered by CDOC to Inmates identified as hearing impaired or disabled."

On or about January 26th, 2009, the Movant was informed that he would not be allowed to participate in the ASL Program as required by the April 4th, 2008 sanctions.

In EXHIBIT A, it can be seen that the Movant grieved this decision. The Movant filed this grievance in accordance with the Section of the Montez Remedial Plan detailed above.

In EXHIBIT A, this Court will read the CDOC's statements that Class counsel has agreed to conditions which not stated in the Remedial Plan or in the ensuing sanctions. EXHIBIT A, grievance #D-CT08/09-495, Step 1 response from Marshall Griffith.

In EXHIBIT A, this Court will read of a condition of participation imposed by the CDOC on the Movant. EXHIBIT A, Step 2 response from Anna Cooper.

In EXHIBIT A, this Court will read Step 3 Grievance Officer Anthony A. DeCesaro state that the conditions imposed on the Movant by the CDOC have been approved by Class counsel and by the AIC.

The Movant has diligently searched, and is unable to locate any of the language or words ascribed to Class counsel, by these CDOC Officials, anywhere in the Remedial Plan, or in the April 4th, 2008 sanctions.

The Movant is indeed, wholly unable to find any words or language which allows the CDOC to impose conditions of any sort on the Movant, or any other CDOC Montez Class Inmates, in the relation of the Remedial Plan or the sanctions to the Inmates.

(2)

However, the Movant is able to locate numerous instances of more acts of noncompliance by CDOC Officials and outrageous examples of grammatical gymnastics on the part of these same Officials, including the AIC.

Indeed, in the Movant's experience, the AIC is at the lead position in these grammatical gymnastics.

WHEREFORE, based on the replies the Movant has received from the AIC, and from CDOC Officials, in EXHIBIT A, the Movant would now request that this Court grant the Movant's Motion for Enforcement and grant the following Relief which the Movant prays for from this Court.

The Movant would seek Relief in the nature of an Order allowing the Movant to participate in the ASL Program, and all other CDOC Programs which may enhance his life as a Disabled Person in America, without conditions imposed by the CDOC. The Movant would ask this Court to appoint a Monitor, not in the employ of the CDOC, to oversee all the decisions made by the AIC and all other CDOC Officials, which relate to the Movant in any way. The Movant would request Relief in the Nature of an Order of compliance with the wording of the Remedial Plan and the sanctions, as is, and not as the CDOC interprets the wording to mean. The Movant would request Relief in the nature of an Order allowing the Movant to file a Damage Claim.

The Movant would pray for the Relief requested above as well as any other Relief that this Court may deem proper and just.

RESPECTFULLY SUBMITTED,

_____
James Garnes, #88322,
Movant.
CDOC
C.T.C.F.
P.O. Box 1010-CH7
Canon City, CO. 81215

I, James Garnes, the Movant, do hereby declare under Penalty of Perjury that the foregoing Motion is true and correct. Executed this ___26___ day of __MAY__ , 2009, at CTCF, Canon City, CO. 81215

_____
James Garnes, #88322

(3)

CERTIFICATE OF SERVICE

This is to Certify that I, James Garnes, have duly served copies of the foregoing Motion for Enforcement upon each of the parties listed below, by United States Mail, this ___1st___ day of ___June___, 2009, by depositing said copies at CTCF, Canon City, CO. 81215.

James Garnes, #88322
CDOC
C.T.C.F.
P.O. Box 1010-CH7
Canon City, CO. 81215


COPIES ADRESSED TO :

Special Masters Borchers, Davidson & Pringle
Legal Resolution Center
7907 Zenobia Street
Westminster, CO. 80030

U.S. District Court
901 19th Street, Room A105
Denver, CO. 80295-3589


Signed this __26__ day of __MAY__, 2009.

James Garnes, #88322

EXHIBIT A

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 1/26/09   Case Manager: Bell

Grievance Number: DCT08/09-495   STEP (Circle One) ① 2 3

| NAME James Garnes | DOC NO. 88322 | CTCF/CH7-3L-7U FACILITY/UNIT/POD |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:**

On 12/09/08, I received a letter notifying me of my eligibility to participate in the Sign Language class which the U.S. District Court ordered CDOC to provide to me as part of sanctions for CDOC's noncompliance with the Montez Remedial Plan. I have now been informed that I will not be allowed to participate in the class due to conviction that I received on 12/13/08 for an alleged offense against a rule that is not posted and which the hearing staff was unaware even existed. I have read the sanction Order. Nowhere on this Order does the U.S. District Court give CDOC permission to impose conditions or restrictions on these Sign Language classes. I demand to be allowed to participate in these classes. If I continue to be a victim of CDOC's illegal restrictions, I will have no choice but to file a Complaint with the U.S. District Court. I would first notify the Montez Judge, Ms. Christine Arguello and then, I will file an ADA Claim against CDOC.

**TO BE COMPLETED BY OFFENDER:**
DATE: 1-26-09   OFFENDER SIGNATURE: [signature] 88322

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 1/29/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: [signature] SHNYU REED 15100 DISABILITY

Date ADA grievance sent to AIC:

**RESPONSE**

SEE ATTACHED RESPONSE
Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

[signature] Cathie Holst 3-9-09

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 3-17-09   OFFENDER SIGNATURE/PRINT NAME & DOC#: [signature] 88322

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

**RECEIVED**
FEB 0 2 2009
Office of Correctional
Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax:     719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Marshall Griffith, Designee /MG
        Office of the AIC (ADA Inmate Coordinator)
Received Grievance: 2/2/09
Sent Response: 3/11/2009
Offender Name: Garnes, James
DOC No: 88322
Facility: CTCF
Grievance No: D-CT08/09-495

---

**DISABILITY STATUS: Per screening dated 3/25/08 and Revised Accommodation Resolution dated 12/8/08 you were determined TO HAVE a qualifying hearing disability.**

**Per screening dated 3/25/08 and Accommodation Resolution dated 12/8/08 you Are a diabetic**

**In the grievance referenced above, you allege the following:**
1. On 12/9/08 you were notified of your eligibility to participate in the ASL class. You are now informed you will not be allowed to participate in the class due to a conviction you received 12/13/08. The sanction order by the U.S. District Court does not give DOC permission to impose conditions or restrictions on the ASL class.

**Requested Relief/Remedy:**
1a. You demand to be allowed to participate in the ASL classes or you will file a complaint with the court.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. Incident Report #242513 indicates that on 11/9/08 you were in violation of a posted operational rule (AR 850-5).
2. Class Counsel in the Montez Remedial Plan agreed to the condition stated on the notice you received of the basic ASL class that "no offender may have had a COPD conviction within the past six months".

**CONCLUSION:** This grievance is DENIED based on the information above.

**GRIEVANCE DENIED.**

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☑  No ☐
Date received by case manager: __3-23-09__ Case Manager: __Bell__

Grievance Number __D-CT08/09-495__       STEP (Circle One)  1  ②  3

| NAME | James Garnes | DOC NO. | 88322 | CTCF/CH7 |
|------|--------------|---------|-------|----------|
| | | | | FACILITY/UNIT/POD |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

Marshall Griffith has obviously never actually read the Montez Remedial Plan. NOWHERE IN THE REMEDIAL PLAN ARE THE WORDS WHICH HE USES IN HIS ANSWER TO STEP 1 TO BE FOUND. The evidence he offers in Step 1 DOES NOT EXIST !!!!! AR 850-5 is NOT posted at C.T.C.F. AND in the Remedial Plan in Section XIII.,F.,"Inmate Programs", there is a vague reference to 'removal from a program'. This is not the same as exclusion from a program. ALL of which is overridden by the April 4th, 2008 sanctions which state that the ASL classes will be offered to disabled Inmates. The sanction makes no allowance for the exclusion of any Inmate, regardless of past behavior. Excluding me from an ADA program, which CDOC was Ordered to provide to me by the U.S. District Court, is a violation of Americans with Disabilities Act and is therefore illegal. I demand that the CDOC cease its illegal activities and allow me to participate in these classes without conditions.

**TO BE COMPLETED BY OFFENDER:**
DATE: 3-17-09   OFFENDER SIGNATURE: James Garnes  88322

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 3/23/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Connie Higgs 6163
Date ADA grievance sent to AIC: 3/23/09

**RESPONSE**

SEE ATTACHED RESPONSE

SEE ATTACHED RESPONSE

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 3/25/09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Anna Cooper #1550   RESPONSE DATE: 3/25/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 4-6-09   OFFENDER SIGNATURE/PRINT NAME & DOC #: 88322

RECEIVED

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

MAR 25 2009

Office of Correctional Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238
Fax: 719.226.4249

Grievance Officer



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

| | |
|---|---|
| Response to: | Step 2 ADA Grievance |
| From: | Gary Golder, Director of Prisons |
| Through: | Anna Cooper, Designee |
| Received Grievance: | 3/25/2009 |
| Sent Response: | 3/25/2009 |
| Offender Name: | GARNES, James |
| DOC No: | #88322 |
| Facility: | CTCF |
| Case No. | D-CT08/09-495 |

Offender Garnes:

I received your ADA Step 2 grievance stating that CDOC is in violation of the U.S. District Court, Americans with Disabilities Act and is illegal. The remedy you requested was that you be allowed to participate in the ASL classes without conditions.

The response you received to your Step 1 grievance stated that:
- You violated a Posted Operational Rule on 11/19/2008
- You received a Code of Penal Discipline conviction for this violation
- A condition of receiving the basic ASL classes is that no offender may have had a COPD conviction within the past 6 months
- Class counsel agreed to this condition of participating in ASL classes
- Your COPD conviction made you ineligible for participation in the ASL classes
- Your Step 1 grievance was denied

In review of this matter I find that you were screened according to the guidelines established under the Remedial Plan of the Montez Agreement and were found to have a qualifying hearing disabioity and you do have diabetes. Your revised Accommodation Resolution dated 12/03/2008 stated: You **DO HAVE DIABETES** and are therefore considered a class member of the *Montez v. Owens* lawsuit and, You **DO HAVE A HEARING DISABILITY**.

On 6/10/2008, you received a memo from the Office of the AIC regarding American Sign Language Classes being offered at CTCF. In that memo, it states, "**The class size is limited and no offender may have had a COPD conviction within the**

Offender Name: GARNES, James
DOC No: #88322
Facility: CTCF
Case No. D-CT08/09-495
Page 2

**past six months**. <u>If you indicate that you are interested in participating in the class, we will check your COPD history back to January 1, 2008</u>." You signed the bottom portion of that memo, requesting to participate in the ASL classes, and returned it to the Office of the AIC. By doing so, you agreed to those conditions. You will not be permitted to participate in the American Sign Language Classes until six months from the date of your last COPD conviction.

Your Step 2 ADA Grievance #D-CT08/09-495 is denied.


/amc
xc: **Medical/Mental Health**
    **Working File**
    **Department File**
    **Elec. File**

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 4-8-09  Case Manager: Bill

Grievance Number  D-CT08/09-495      STEP (Circle One)  1  2  ③

| NAME James Garnes | DOC NO. 88322 | CTCF/CH7-1L-4U FACILITY/UNIT/POD |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:**
I did sign the memo, and I did agree to the conditions of THE ONE memo. Those conditions were to participate in the class AND to agree to a check of my COPD History for the 6 months preceding the date on the memo, 6/10/2008. At no time did I ever agree to a Lifetime Contract which would restrict my participation in ANY Inmate Programs. In Step 1 of this grievance, an attempt was made to blame Counsel for the Class, Ms. Paula Greisen, for CDOC's blunder, by saying she agreed to these fantasy restrictions. She never did, and now I will ask her when I send the first two Steps of this grievance to her. In the Step 2 part, it somehow becomes my fault by signing a "lifetime" contract for conditions. I am an Inmate, I am NOT allowed to sign binding agreements. The CDOC has actively engaged in subterfuge against the U.S. District Court with the placement of conditions of their own making on Programs Ordered for Inmates by the Court. I know the Judge won't like that. I demand to participate in ASL classes without conditions.

**TO BE COMPLETED BY OFFENDER:**
DATE: 4-7-09   OFFENDER SIGNATURE: [signature] 88322

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 4/8/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Connie Higgs 6163

Date ADA grievance sent to AJC: 4/9/09

**RESPONSE**

RECEIVED
APR 0 9 2009
Office of Correctional Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # | |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:   719.226.4238
Fax:      719.226.4249

Step 3 Grievance Officer

May 21, 2009



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

RE: Grievance #D-CT08/09-495

Dear Mr. James Garnes #88322:

I have reviewed your Step 3 grievance that you filed with regard to ASL classes.

In review of this matter it is my finding that as it is with other programs within the CDOC that offenders must remain COPD report free for six months prior to admission into a program, so it is with ASL classes. The ASL program also has the requirement that offenders remain report free for six months before entering that program. This requirement pertaining to ASL classes was agreed to by class counsel and the AIC. You had a COPD conviction on 11/9/08. You can re-apply for the ASL class six months from 11/9/08 if you have not received any additional COPD convictions and are otherwise still eligible for the program. Based upon the foregoing I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance which you have filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender records