```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX019458
Cashier ID: sg
Transaction Date: 06/05/2009
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
  For: LARRY GORDON
  Case/Party: D-COX-1-92-CV-00870A-004
  Amount:        $2.58
------------------------------------
CHECK
  Check/Money Order Num: 703
  Amt Tendered: $2.58
------------------------------------
Total Due:      $2.58
Total Tendered: $2.58
Change Amt:     $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399