05 June 09

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 9 - 2009

GREGORY C. LANGHAM
CLERK

To: The Honorable Judge Kane
     United States District Judge

92-cv-00870
(CMA -
 OES

Dear Judge Kane,

My Name is Richard Gonzales DOC#46594, I am an inmate at Limon Correctional
Facility. I am writing this letter with reguard to the Montez Remedial
Plan and Resolution of Disputes as per XXXV(A)Remedial Plan.

During a major shake-down in the last week of April 09, Limon clinical
staff confiscated many health care appliances to include, open-front shirts,
wedge pillows, diabetic foot-soaking tubs and other such devices without
any medical reason and when asked staff responded with " It was an order
by Dr. Frantz- Medical director for DOC".

Judge Kane, as per XVI. <u>Health Care Appliances part B</u>. PRESCRIPTION AND
APPROVAL. These (HCA's) were prescribed by a DOC health care provider
for medical necessity. Furthermore, Part C. No inmate shall be deprived
of a health care appliance (HCA) that was properly obtained while in DOC
custody.

Now comes Limon clinical staff saying "they do not recognize a prescript-
ion plan from another DOC health care provider". These (HCA's), open front
shirts prescribed for post surgeries to shoulders, secondary to an injury,
wedge pillow used for acute and chronic lower back pain, feet soaking
tub used to prevent ulcers, secondary to diabetes. Enclosed are medical
precriptions allowing me to use these HCA's obtained while in custody.

This action by Limon Facility is cruel and unusual punishment by denying
a Medical Plan from any DOC health care provider and denying acommodation
to ADA patients with mobility, hearing, vision, and diabetes.

Furthermore, inmates are cooperating with administrative and clinical svs
in every effort as defined in Pemedial Plan but, Limon Facility refuses
to take a pro-active medical stance in providing ADA patients with a safe
environment as defined in <u>Title 42 of the United States Code, Section 12102</u>.

Limon Facility and Medical Services has taken a serious digression and
continue to violate mine and others 8th Amendment rights by subjecting us
to Cruel and Unusual punishment by not complying with the Remedial Plan.

1

Your Honor, Limon Administration and medical Services must be ordered
to reach compliance with the Montez Remedial Plan and return any and
all HCA's and cpmply with Medical Care Plans,Prescriptions written by
any and all DOC Health Care Providers at any facility and quit charging
fees for copies of Grievances and train Case Mangers on specific policies
and procedures and ensure development as outlined in the Remedial Plan.

Finally Your Honor, as per <u>Remedial Plan XXXII</u>, <u>DAMAGES</u>, I am asking for
a Damage Claim Form.

Respectfully,

Richard Gonzales
DOC# 46594

Richard Gonzales
DOC# 46594
LCF #3-1-B-1
49030 State Hwy 71
Limon, CO 80826

2



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

No Show Notification (03/06)

## COLORADO DEPARTMENT OF CORRECTIONS

STATEMENT OF PATIENT
LEAVING AGAINST ADVICE
REFUSAL OF TREATMENT

TO WHOM IT MAY CONCERN

This is to certify that I, <u>Richard Gonzales, #46594, Limon Correctional Facility</u>, refuse observation and/or
(Full Name and Register Number and Facility)

treatment from the Colorado Department of Corrections Medical Services Department.

I specifically refuse observation and/or treatment for the following:

American Sign Language Class - *I suffer from a chronic and debilitating degenertive disc disease to my lower spine. Therefore, I can not do prolong sitting or standing for more than 10 minutes in the non-ergonomic chairs in the Video Conference Room without acute pain.*

I refuse this at my own insistence and against the advice of the medical services staff.

I have been informed of the dangers of my refusal regarding this treatment and/or observation.

I release the Colorado Department of Corrections Medical Unit, its employees and officers, and my attending

physician from all liability for any adverse results caused by this refusal of treatment and/or observation.

*I can not attend American Sign Language Class due to a chronic medical condition.*

Time 2/20

_____
Patient's Signature

Date & Time *March - 4 - 09*

Witness _____

Witness _____

Distribution:     DOC Legal Services          CM I McCallum, LU 4          LCF file          Offender Gonzales, LU 3

DC Form 78 (2/93) / Old. No. 2635

WHITE - Medical Record
CANARY - Pharmacy
PINK - Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS/AMBULATORY HEALTH RECORD

PRICARE CODE NO.   NAME Gonzales, Richard   OFFENDER NO. 46594   LIVING UNIT

SUBJECTIVE:

CCC DM — H & D
Su Shut

DATE 11/04/04   TIME 1130

PROBLEM 1 2 Medical Cell

PLAN / ORDERS

Niacin 250 mg ī P.O. BID
Tylenol 325 mg ī P.O. q. 1 D
n. q. n. pain
Glyburide 5 mg P.O. BID
Metformin 500 mg ī P.O. BID
CMP, Trig, Chol from ____ A1c
after labs

OBJECTIVE:   Temp ___ Pulse ___ Resp. ___ B/P ___

90d

SIGNATURE
NURSE: ___ after labs

ASSESSMENT:

noted
faxed
11.04.4
2100

P.E.: ___ RN

PHYSICAN:
Rx NO.

---

PRICARE CODE NO.   NAME Gonzales, Richard   OFFENDER NO. 46594   LIVING UNIT CCCF

SUBJECTIVE: Seen in NSC for request of medical
cell. States he was in a medical cell prior to
not but didn't have "the paper" for it. States he has to
rick or bend to get into lower bunk + this causes

DATE 11/3/04   TIME

PROBLEM 1 2 ©CP

PLAN / ORDERS

1) Ibuprofen 200 mg 1-4 tabs
P.O. BID PRN pain X 10 days

OBJECTIVE:   Temp ___ Pulse Deferred Resp. ___ B/P ___
pain to his back. Has lower bunk, lower tier at
his time. He is also requesting to be seen by an
ortho doctor about his back surgeries. Spoke with
HSA. Request denied at this time due to no documented
ed. Inmate states that if he can't get a medical cell
er he wants surgery done to his back at CCA or
DOC's expense.

2) To be seen in clinic
Care clinic - to address
issue at that time.

SIGNATURE:
NURSE: ___

ASSESSMENT:

noted
11/3/04
14:00

P.E.: ___

PHYSICAN: ___
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

601504-3359

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO. | NAME: Gonzales Richard | OFFENDER NO. 46594 | LIVING UNIT

SUBJECTIVE: | DATE 6/22/2004 | TIME

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ / ___

Inmate Advocate Called
About Lower, Tier Lower Bunk
Restriction

(1) * Tier Lower Bunk
only!

SIGNATURE: noted 6-22-04
NURSE: M. Shieldprw

ASSESSMENT: Chronic Back Syndrome: Multiple Surgeries

P.E.:

PHYSICIAN:
Rx NO.

---

PRICARE CODE NO. | NAME Gonzales, Richard | OFFENDER NO. 46594 | LIVING UNIT 2A

SUBJECTIVE: | DATE 6/15/04 | TIME 1345

Numb on left leg.
Twi Boots up and Both Feet
Goes Numb.

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. 97¹ Pulse 100 Resp. 16 B/P 124 / 180

361 lbs

There is grade II Pitting edema
of left lower leg.
Lungs CTA – Heart RRR
Formerly willing
To provide.

Must have soft sole
and soft sided Shoes
↑ HCTZ to 50mg i P.O. d
Sos i@ X 90 d.
f u c mi in 2 wks

SIGNATURE:
NURSE:

ASSESSMENT: Fluid Retention

P.E.:

PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

11201

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

DEPARTMENT MANDATED
Page 1 of 3

Printed By: CABILING, LOUIS L
Printed at: 10/18/2005 13:16:50

Encounter#: 1082609

| 46594 | GONZALES, RICHARD B | Facility: | YM | LU: | YM/STU | A | | 104 |
|---|---|---|---|---|---|---|---|---|

**SUBJECTIVE**

THIS 58 YEAR OLD HISPANIC MALE IS HERE FOR DIABETES SCREENING.
HE WANTS DOC TO FIX HIS LEFT SHOULDER, GIVE PROPER MEDICATIONS FOR DIABETES AND GIVE HIM A PAIR OF DIABETIC SHOES.  HE ALSO WANTS NEW PAIR OF HEARING AIDS WHICH WERE BROKEN FOR THE PAST YEAR.
HE STATES THAT HE HURT HIS LEFT SHOULDER SEVERAL YEARS AGO AND HAD SURGERY.  HE CLAIMS THAT HE DISLOCATED IT A YEAR AGO AFTER HE WAS CUFFED FROM BEHIND.
HE CLAIMS THAT THE MEDICATIONS HE IS GETTING FOR DIABETES IS NOT RIGHT. HE IS TAKING GLUCOPHAGE 1000MG PER DAY.
HE WANTS A PAIR OF DIABETIC SHOES SINCE HE CAN NOT WEAR STATE BOOTS. HE ALSO HAS HYPERTENSION OF UNKNOWN DURATION.
HEMOGLOBIN A1C WAS 6.1 IN 5/05.
CHOLESTEROL WAS 219 8/05.

**OBJECTIVE**

GENERAL-WELL DEVELOPED HISPANIC MALE, ALERT AND ORIENTED.
HEAD/EENT-NORMOCEPHALIC, ATRAUMATIC, PERLA, NORMAL FUNDUSCOPIC FINDINGS, EXTRA-OCULAR MUSCLES ARE INTACT, NO NASAL OR THROAT CONGESTION, PATIENT CAN HEAR WITHOUT DIFFICULTY.
NECK-SUPPLE, NO LYMPHADENOPATHY
CHEST-CLEAR, NO WHEEZING
HEART-S1S2,🔴, NSR
ABDOMEN-OBESE, ACTIVE BOWEL SOUNDS, NO TENDERNESS
BACK-VAGUE TENDERNESS LS REGION, S/P MULTIPLE BACK SURGERIES IN THE PAST, NO LEG RADICULOPATHY
EXTREMITIES-WITH DECREASED SENSATION LEFT LATERAL CALF WHICH IS A RESIDUAL FROM BACK PROBLEM, NO FEET DEFORMITY, PULSES ARE INTACT, NEUROVASCULAR STATUS IS INTACT, NO MOTOR DEFICIT, NO EDEMA, COORDINATION IS WITHIN NORMAL LIMITS, NO MUSCLE ATROPHY.
LEFT SHOULDER-WITH SCAR FROM PREVIOUS SURGERY, NO SIGNIFICANT TENDERNESS, FULL RANGE OF MOTION, NO JOINT LAXITY.

**ASSESSMENT**

DIAB W/O COMP TYPE II/UNS NOT STATED UNCNTRL
THIS PATIENT DIABETES IS RELATIVELY IN GOOD CONTROL. I WOULD RECOMMEND SPLITTING THE GLUCOPHAGE TO 500 MG BID.  HE IS ALSO ON LDACTONE AND HCTZ.  THERE IS NO NEED TO CONTINUE TWO OF THESE AND I SUGGEST THAT LDACTONE BE DCD.  I WOULD ADD ACE INHIBITOR FOR PROPHYLAXIS.  HE IS ON 2400 ADA WITH HS SNACK DIET.
HE DOES NOT WANT TO CONTINUE NIACIN BECAUSE IT IS MAKING HIM SICK OF HOT FLUSH. I SUGGEST HE BE STARTED ON OTHER MEDICATION LIKE LOPID OR ESCOL

**Temperature:** 97.7  **Pulse:** 76  **Weight:** 269
**Respiratory:** 20  **BP:** 138 / 92

**PLANS / ORDERS**

Allergies: CODEINE SULFATE; ALLERGY, NOS, N/E CLASS; NOS ADVERSE EFFECT DRUG

☑ BG Q DAY X ONE YEAR

dc @ PF scheduled back by 10.95 to Crowley 10/19/05

☑ HEMOGLOBIN A1C, UA FOR MICROALBUMIN AND CREATININE RATIO

@PF

OPTOMETRY FOR DIABETIC EYE CHECK

☑ @ PF

AUDIOLOGY FOR HEARING TEST @ PF

☑ BP EVERY MONTH X ONE YEAR

@PF

☑ ACP IN 2 MONTHS

@PF

☑ CCC IN 3 MONTHS

☑ NEW - Rx#: 1983130 Drug Brand Name: GLUCOPHAGE - 500 MG Alternate Name: METFORMIN Rx Date: 10/18/2005 Disc Date: 04/16/2006 Rx Instructions: ONE TABLET TWICE DAILY

☑ NEW - Rx#: 1983131 Drug Brand Name: HCTZ - 25 MG Alternate Name: HYDROCHLOROTHIAZIDE Rx Date: 10/18/2005 Disc Date: 04/16/2006 Rx Instructions: ONE TABLET DAILY

| Datetime: | Providers: | CABILING, LOUIS |
|---|---|---|
| 10/18/2005 12:46 | | |

A/NP/RD _____  PHYSICIAN _____  NURSE _____

Datetime: 10/18/2005 12:46   Provider: 1669   DateTime: 10/18/05

COLORADO DEPARTMENT OF CORRECTIONS

REQUEST FOR EXCEPTION
TO
STANDARD OF CARE

DATE _4/2/2004_

INMATE _Gonzales Richard_   DOC# _46594_
         (Name)

FACILITY: _CCCF_   PED: _____

I REQUEST THAT THE ABOVE INMATE BE GRANTED AN EXCEPTION TO THE CURRENT STANDARDS OF CARE

HIS /HER MEDICAL CONDITION IS _DM / Chronic Back & Multiple Surg._
_HTN_

I FEEL THAT THE CURRENT STANDARD OF CARE DOES NOT APPLY IN THIS CASE BECAUSE _____

AND REQUEST THE FOLLOWING TREATMENT AS AN ALTERNATIVE _____
_No Extended Standing, No Lifting, or Climbing_

PHYSICIAN FILING REQUEST _____

DATE _4/2/04_

APPROVED ☐                    DENIED ☐

SIGNATURE _____

DATE _____

Sec. 1.REQ/SC

ST   OF COLORADO—DEPARTMENT OF CORRECTION
PHYSICAL EXAMINATION

| INMATE NO. | NAME | | DATE | PURPOSE OF EXAM |
|---|---|---|---|---|
| 46594 | Gonzales Richard | | 10-25-05 | PE |

| TEMP. | PULSE | RESP. | B/P SITTING | HT. | WT. | EKG – DATE | CHEST X-RAY RESULTS DATE | TONOMETRY DATE RESULTS | FACILITY |
|---|---|---|---|---|---|---|---|---|---|
| 97 | 96 | 18 | 120/80 | 5'9½" | 213 | | | | CCCF |

| TIME TEST DATE | RESULT | VDRL DATE | RESULT | SICKLE dex DATE | RESULT | PAP SMEAR DATE RESULT |
|---|---|---|---|---|---|---|
| 2-12-05 | 0x0 | | | | | |

DISTANT VISION (14)

WEARS GLASSES   YES ( )   NO ( )
Lost eye exam Oct 2004
R  20/      CORR. to 20/
L  20/      CORR. to 20/

COLOR VISION (15)
NORMAL  ✓
ABNORMAL  ( )
TEST USED  ( )

HEARING (16)
RIGHT  NORMAL ( )  ABN. (✓)
LEFT   NORMAL ( )  ABN. ( )
HEARING AID  uses  YES (✓)  NO ( )
AUDIO METRIC TEST NEEDED  YES ( )  NO ( )

| NORMAL | (✓) | ABNORMAL | (X) | (Leave blank if not examined) | | DIAGNOSTIC LABORATORY TESTS List all abnormalities only: |
|---|---|---|---|---|---|---|
| 17. SKIN | (X) | 25. THROAT | (✓) | 33. GENITALIA | ( ) | |
| 18. GAIT | (X) | 26. MOUTH | (✓) | 34. SPINE | (X) | |
| 19. SPEECH | (✓) | 27. NECK | (✓) | 35. RECTUM | ( ) | |
| 20. SCALP | (✓) | 28. CHEST | (✓) | 36. PELVIC | ( ) | |
| 21. EYES | (✓) | 29. BREASTS | (✓) | 37. NEUROLOGICAL | (X) | |
| 22. FUNDI | (✓) | 30. LUNGS | (✓) | 38. EXTREMITIES | (✓) | |
| 23. NOSE | (✓) | 31. HEART | (✓) | 39. LYMPH NODES | (✓) | |
| 24. EARS | (✓) | 32. ABDOMEN | (✓) | 40. MUSCULO–SKELETAL | (✓) | |
| | | | | 41. OTHER | ( ) | |

ABNORMAL FINDINGS (Refer to number above)

17. brown macular rash L scapula, R scapula, R arm
37. ↓ sensate (L)foot S₁ distribution
? DB neuropathy vs DDD c neuropath
34. DDD c limited motion (F: 50° E 0° LR 20°)
1+ DTR's (B)
18. antalgic - uses cane

RECOMMENDATIONS/   FOLLOW UP   See orders

LIMITATIONS   YES (✓)   NO ( )   (Describe if yes)
see previous order

SIGNATURE
DATE  10/25/05

Page 2
26-37
Rev. 9-80

White - Medical Record
Yellow - Voc. Rehab.
Pink - Data Collection

COLORADO DEPARTMENT OF CORRECT

# REQUEST FOR EXCEPTION
## TO
## STANDARD OF CARE

DATE _10-25-05_

INMATE _Richard Gonzales_
(Name)          DOC# _46,594_

FACILITY: _OCCF_                    PED: _____

I REQUEST THAT THE ABOVE INMATE BE GRANTED AN EXCEPTION TO THE CURRENT STANDARDS OF CARE

HIS/HER MEDICAL CONDITION IS 1) _G ENS_     2) _Diabetic_ _neph_

_neuropathy_

I FEEL THAT THE CURRENT STANDARD OF CARE DOES NOT APPLY IN THIS CASE BECAUSE _____

AND REQUEST THE FOLLOWING TREATMENT AS AN ALTERNATIVE  1) _Wedge pillow_

2) _diabetic socks_

_____
PHYSICIAN FILING REQUEST

DATE _10/25/05_

APPROVED ☒                         DENIED ☐

_____
SIGNATURE

DATE _10-26-05_

Sec. 1 REQ/SC
Distribution          White: Chief Medical Officer          Canary: Medical File

STATE OF COLORADO--DEPARTMENT OF CORRECTIONS
# PHYSICAL EXAMINATION

| INMATE NO. | NAME | DATE | PURPOSE OF EXAM |
|---|---|---|---|
| 46594 | GONZALES, RICHARD | 3-12-97 | INTAKE |

| TEMP. 1) 95.6 | PULSE 2) 74 | RESP. 3) — | B/P SITTING 4) 122/80 | HT. 5) 59½ | WT. 6) 219 | EKG -DATE 7) 3-12-97 | CHEST X-RAY (8) | TONOMETRY DATE RESULTS (9) | FACILITY |
|---|---|---|---|---|---|---|---|---|---|

| ~~TINE TEST~~ PPD (10) | VDRL (11) | SICKLE dex (12) | PAP SMEAR (13) |
|---|---|---|---|
| DATE 3·10·97  RESULT ⊖ | DATE 3·10·97  RESULT | DATE  RESULT | DATE  RESULT |

| DISTANT VISION (14) | COLOR VISION (15) | HEARING (16) |
|---|---|---|
| WEARS GLASSES    YES (√) NO ( ) | NORMAL  (√) | RIGHT   NORMAL ( )  ABN. ( ) |
| R 20/20    CORR. to 20/ | ABNORMAL  ( ) | LEFT    NORMAL ( )  ABN. ( ) |
| L 20/50    CORR. to 20/ | TEST USED  ( ) | HEARING AID    YES ( )  NO ( ) |
|  |  | AUDIO METRIC TEST NEEDED   YES ( )  NO ( ) |

| NORMAL | ( ) | ABNORMAL | (Leave blank is not examined) | | DIAGNOSTIC LABORATORY TESTS |
|---|---|---|---|---|---|
| 17. SKIN | ↩ | 25. THROAT | ↩ | 33. GENITALIA ( ) | List all abnormalities only: |
| 18. GAIT | ( ) | 26. MOUTH | ↩ | 34. SPINE ↩ | |
| 19. SPEECH | ↩ | 27. NECK | ↩ | 35. RECTUM ↩ | |
| 20. SCALP | ↩ | 28. CHEST | ↩ | 36. PELVIC ( ) | |
| 21. EYES | ↩ | 29. BREASTS | ↩ | 37. NEUROLOGICAL ↩ | |
| 22. FUNDI | ↩ | 30. LUNGS | ↩ | 38. EXTREMITIES ↩ | |
| 23. NOSE | ↩ | 31. HEART | ↩ | 39. LYMPH NODES ↩ | |
| 24. EARS | ↩ | 32. ABDOMEN | ↩ | 40. MUSCULO-SKELETAL ↩ | |
| | | | | 41. OTHER ( ) ( ) | |

**ABNORMAL FINDINGS** (Refer to number above)

⑰ abd scar, L-S spine scar  Lower back scar

㊵ ↓ strg in Lt shoulder & Lt leg

㊲ ↓ Sensation to sharp pain over entire ↑ thigh
on left, as well as outer aspect of ↓ ext
& foot. Reflexes 1+ bil ↓ ext's
Pain ⊂ SLR ↑ 30° bil · ∅ ankle edema

㉟ Ext hemorrhoids ∅ inflamation

RECOMMENDATIONS/    FOLLOW/UP  ORTHO

LIMITATIONS    YES ( )    NO ( )    (Describe if yes)

| SIGNATURE  M Randolph PA-C | DATE |
|---|---|

26-37 Rev. 9-80

White - Medical Record    Yellow - Voc. Rehab.    Pink - Data Collection

8/19/02

## COLORADO INTER-CORRECTIONAL MEDICAL SUMMARY TRANSFER REPORT

NAME: _Gonzales, Richard 46574_   DATE OF BIRTH: _11/5/47_   DATE: _12/19/05_

TRANSFERRED FROM: _CCCF_   TO: _TU_

DATE OF LAST EXAMINATIONS:   (1) NURSING   _10/31/6_
                             (2) PHYSICIAN   _10/31/6_
                             (3) DENTAL

HOSPITALIZATIONS:   YES _✓_   NO _____   IF YES, DATE OF LAST: _____

ALLERGIES:   YES _✓_   NO _____   IF YES, EXPLAIN: _Codeine-Gurxet_

SPECIAL DIET:   YES _✓_   NO _____   IF YES, EXPLAIN: _ADA 240 Diabetic_

CURRENT MEDICAL/PSYCHIATRIC PROBLEMS:   YES _____   NO _✓_   IF YES, EXPLAIN: _____

CHRONIC MEDICAL/PSYCHIATRIC PROBLEMS:   YES _✓_   NO _____   IF YES, EXPLAIN:
_Back pain, Shoulder pain, communited x3, HTN_
_DM, NID, O2AO_

CURRENT MEDICATION:   YES _✓_   NO _____   IF YES, COMPLETE THE FOLLOWING

| NAME OF DRUG | DOSAGE | FREQUENCY |
|---|---|---|
| metformin 500m, HCTZ 25ms qd, Lisinopril 5mg qd |  |  |
| Lopid 600mg bid, Zantac 150mg bid, neurontin 300mg |  |  |
| Vistaril 50mg qHS |  |  |

GROSS TESTING (COMPLETE THE FOLLOWING)

| TEST | DATE | RESULTS |
|---|---|---|
| V.D.R.L. | See Medical Chart |  |
| T.B. | 2/14/05 | O.K.um |
| TETANUS | Not Documented |  |
| OTHER |  |  |

COOPERATION WITH MEDICAL/PSYCHIATRIC CARE RATING:   POOR _____   GOOD _✓_   IF POOR EXPLAIN:

THIS FORM COMPLETED BY: _G Acord Ogor_
                                        SIGNATURE
_Crowley County Correction Facility_
FACILITY

☐ **SUICIDE RISK**

COLORADO DEPARTMENT OF CORRECTIONS

## REQUEST FOR EXCEPTION
## TO
## STANDARD OF CARE

DATE  _10-25-05_

INMATE  _Richard Gonzales_
(Name)

DOC#  _46594_

FACILITY:  _OCCF_                                          PED: _____

I REQUEST THAT THE ABOVE INMATE BE GRANTED AN EXCEPTION TO THE CURRENT STANDARDS OF CARE

HIS /HER MEDICAL CONDITION IS  _1) G End        2) Diabetic perph._

_neuropathy_

I FEEL THAT THE CURRENT STANDARD OF CARE DOES NOT APPLY IN THIS CASE BECAUSE

AND REQUEST THE FOLLOWING TREATMENT AS AN ALTERNATIVE  _2) diabetic socks    1) Wedge pillow_

PHYSICIAN FILING REQUEST

DATE  _10/25/05_

APPROVED  ☐                                              DENIED  ☐

SIGNATURE

DATE

Sec. 1 RED/SC
Distribution:          White: Chief Medical Officer          Canary: Medical File

# MEDICAL ISSUE

## RECEIPT FOR MEDICAL PRODUCT

Inmate Name: Gonzales, Richard      ID# 46594

Instituition: CCCf

Medical Product: Wedge Pillow      Date Received: 11-15-05

I verify that I have received the medical product named above. I understand I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

_____
Inmate Signature

_____
Signature of Healthcare Staff Dispensing Product

DC Form 78 (2/93) / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Gonzales, Richard | 46594 | CCCF |

**SUBJECTIVE:**

Physical / MEDS

Paxil 40 mg ↑ PO QHS

**OBJECTIVE:** Paxil 40 mg Pulse ₹ × 90 d Resp. ___ B/P ___

If meds × 2 wks — just added

See PE

**ASSESSMENT:**
9) HgA1C (fasting, ↑) 5) Wedge pillows
Th (CHOL, cmp, 7) Diabetes socks
13A, CBC
10) Derma ref 8) optomtrs referral

**DATE** 10-25-05   **TIME** ___

PROBLEM 1 2
**PLAN / ORDERS**

1) ZANTAC 150mg PO BID × 90 d

2) Neurontin 300mg ↑ PO QHS × 3 d, ↑ 600mg QAM 300mg QPM × 1 wk, ↑ 600mg BID 3) Vistaril 50mg PO

**SIGNATURE NURSE:** QHS × 90 d

**P.E.:** 4) Paxil 30mg ↑ PO QHS × 600 / RS #

**PHYSICIAN:** 5) Sched. f/u ō Dr Sch___
**Rx NO.:**

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Gonzales, Richard | 46594 | CCCF |

**SUBJECTIVE:**

New intake / Previously in this facility

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___

meds from previous facility →

10 Diabetes Mellitus

Allergy: Codeine

**ASSESSMENT:**

DOB 11/5/47

**DATE** 10/21/05   **TIME** 0200

PROBLEM 1 2
**PLAN / ORDERS**

V.O. Dr Schaul / R Long SR
1) Metformin 500mg tabs ī tab PO BID × 30 days
2) HCTZ 25mg ī tab PO QD × 30 days
3) Lisinopril 5mg ī tab PO QD ___ × 30 days

**SIGNATURE NURSE:** 4) Lopid 600mg PO BID × 30 da
5) 2400 Cal Diab c snack

**P.E.:**

**PHYSICIAN:** 10/21/5
**Rx NO.:** C 80 C

Noted / Copied 10/21/05 PO

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

1201

COLORADO DEPARTMENT OF CORRECTIONS

REQUEST FOR EXCEPTION
TO
STANDARD OF CARE

DATE  6/22/04

INMATE  Gonzales, Richard                    DOC#  46594
                      (Name)

FACILITY:  CCeF                              PED:

I REQUEST THAT THE ABOVE INMATE BE GRANTED AN EXCEPTION TO THE CURRENT STANDARDS OF CARE

HIS /HER MEDICAL CONDITION IS  Multiple Back Surgeries

I FEEL THAT THE CURRENT STANDARD OF CARE DOES NOT APPLY IN THIS CASE BECAUSE

AND REQUEST THE FOLLOWING TREATMENT AS AN ALTERNATIVE

1st Tier Lower Bunk only — Indefinite
Soft Soled & Sided Shoes (Family will provide)
No prolonged Standing lifting or Climbing
open Front Shirts
Del He CecenteRN

PHYSICIAN FILING REQUEST

DATE  6/22/2004

APPROVED  ___                              DENIED

SIGNATURE

DATE  6-25-04

DC Form 78 (2/93) / Ofd. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.

NAME: Gonzales, Richard

OFFENDER NO.: 46594

LIVING UNIT

SUBJECTIVE: I'm doing better c/o RLQ pain rates pain 5 on 0-10 scale

DATE: 7-29-04    TIME: 0700

PROBLEM 1·2 _____
PLAN / ORDERS

OBJECTIVE: Temp. 97.1  Pulse 88  Resp. 16  B/P 124/80

BS 199

int.muscular

PO x 3. cooperative NAD
HEENT skin warm dry 0 turn
radial pulse 0 dorsalis pedis fts
curve CMS resp curve exhaust
Cord self. limit to RLQ 0 rebound
tenderness to distention 0 palp masses
bst - edema achilles

ASSESSMENT: No hypoglycemia
monitor BS as ordered
meds as ordered

SIGNATURE:
NURSE: [signature]
P.E.: _____
PHYSICIAN: _____
Rx NO. _____

---

PRICARE CODE NO.

NAME: Gonzales, Richard

OFFENDER NO.: 46594

LIVING UNIT

SUBJECTIVE: Monitor my IDM for ↑ BS 4/10
NO c/o pain c/o muscle chest pain @ 4/10
Lower Rt. Ribs & poping shoulder pain 4/10

DATE: 7-28-04    TIME

PROBLEM 1. 2. _____
PLAN / ORDERS

OBJECTIVE: Temp. 97.2  Pulse 88  Resp. 18  B/P 140/90

HR Reg +2 Radial +1 Pedal
Lung Clear x all lobes no edema
noted

SIGNATURE:
NURSE: [signature]
P.E.: _____
PHYSICIAN: _____
Rx NO. _____

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET

31201

DC Form 78 (2/93) / Old. No. 2635

WHITE - Medical Record
CANARY - Pharmacy
PINK - Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS/AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|---|

NAME: Gonzales, Richard

**SUBJECTIVE:** 7/11  X-Rays

OFFENDER NO.: 46594

DATE: 1-12-04   TIME:

PROBLEM 1 2

PLAN / ORDERS: for M C me on 1/22/04

**OBJECTIVE:** Temp 97² Pulse 100 Resp 18 B/P 126/80
WT 238#

X-rays not available —
marked pain on wt bearing

**ASSESSMENT:** Posted 1-12-04

SIGNATURE NURSE: David J Seipillen

P.E.:

PHYSICIAN: J. Sutton, D.O.
Rx NO.:

---

| PRICARE CODE NO. | NAME | | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|---|

NAME: Gonzales, Richard

**SUBJECTIVE:** Stepped in hole & twisted (R)
leg on 12/26/03 — Dont like of pain
+ swelling since

DATE: 12-29-03   TIME: 1100

PROBLEM 1 2

PLAN / ORDERS: Knee sleeve
Neoprene — (given)
? pt & me after xrays
Flex in x3 wks
X-ray (R) knee 3V
Motrin tb TID x90 d
200 mg ? tb TV

**OBJECTIVE:** Temp 97⁸ Pulse 60 Resp 20 B/P 84
(R) knee is edematous — mod
degree of effusion. Pain along
medial joint line — Severity of
discomfort precludes a good exam.

**ASSESSMENT:** Impression: Torn medial Cartilage (R)

SIGNATURE NURSE:

P.E.:

PHYSICIAN: J. Sutton, D.O.
Rx NO.:

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 4/21/09   Case Manager: McCallum

Grievance Number D-LF 08/09-039   STEP (Circle One) ①  2  3

| NAME Gonzales, Richard | DOC NO. 46594 | FACILITY/UNIT/POD LCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED.
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL.
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING.
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

I am grieving Limon Correctional Administration and Limon Clinical Services f ying to take away my button-up shirt. In my medical records there is a med escription permit allowing me to medically use said shirt, secondary to post rgeries, injuries and limited use of extrimeties and shoulders under the Mont medical Plan. This action by Limon C.F. is cruel and unusual punishment by deny commodation to A.D.A. inmates with mobility, hearing, vision and diabetes. nying a medical Plan from another D.O.C Medical Facility is unconstitutional ider the 8th Amenmendant. Limon C.F. needs to remedy this cruel and unusua actice and approach this matter on a case by case basis before taking ay any shirts. Carbon copy and plaintiff complaint forwarded to Special sters Borchers, Davidson, Pringle and The Honorable John L. Kane U.S. District udge.

**TO BE COMPLETED BY OFFENDER:**
DATE: 4-16-09   OFFENDER SIGNATURE Richard Gonzales

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ~~Medical~~ Disability
DATE APR 23 2009   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # B Gossett 14229

Date ADA grievance sent to AIC: 4-23-09

RESPONSE:

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE   OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

May 05, 2009

Special Masters Borchers,Davidson,
Pringle
Legal Resolution Center
7907 Zenobia St.
Westminster, Colorado 80030

Re: Montez, et al. v. Romer et. al.

Dear Sirs,

My name is Richard Gonzales DOC# 46594, I am an inmate
at Limon Correctional Facility and a ADA patient with a
history of diabetes, hearing,and chronic mobility health
problems.

Limon C.F. Administration has confiscated my button-
up shirts for no apparent medical reason. In my medical
records there is a medical prescription permit given to me
by a physican at another DOC medical facility for use of
a button-up shirt due to secondary acute injuries to shoulder
rotator cuff and post surgeries.

I sent a medical KITE to Limon clinical Staff (Dr.Bloor)
on April 13 requesting a current prescription as per my ADA
medical record, and there responce was "permission for open
front shirts not available from medical". Furthermore, saying
they do not recognise prescription plan from another medical
DOC State facility.

Limon clinical staff refuses to take a "pro-active"
medical stance as defined in Title 42 of the United States
Code, Section 12102: No qualified inmate with a disability
shall, because of that disability be excluded from partici-
pation in or denied the benefits of <u>services,programs,</u>or
<u>activities</u> of the DOC or be subjected to discrimination.
     <u>Under Remedial Plan section XVI Health Care Appliances</u>.
a.) Definition: Health care appliances <u>are assistive devices</u>
or <u>medical support equipment</u> which have <u>been prescribed</u> for
the inmate and approved by Clinical Services.

I have been allowed to wear the State issued button-up
shirt for post shoulder surgeries secondary to acute injuries.
I can not physically put on a pull-over shirt without having
acute and chronic pain.

Limon administration, during a prison wide lock-down on
the last week of April had Medical staff confiscate a medical
wedge pillow, knee braces, ace bandages, among other Health
care appliances in violation of Remedial Plan section XVI.
To this date Medical has not made any effort to return said
appliances or schedule appointments to review each case on a
case by case basis.

Other violations occurring at Limon, include Officers
(Chase) not answering the "call button" for urgent matters
to include diabetic medline, or for possible emergencies.
Sometimes it takes over 30 minutes to get anyone including
Officer Chase to answer the call button.

Limon Correctional Administration has taken a serious digression and continue to violate my 8th Amendment Rights by subjecting myself and other inmates to Cruel and Unusual punishment under the American Disabilites Act of Colorado.

Limon Administration and the Warden must be ordered to reach compliance with Montez, et.al v Romer et.al. and return said Medical Care Appiances to ADA patients and fully comply with medical care plans and prescriptions written by DOC medical physicians.

cc. The Honorable John L. Kane
    United States district Judge
    King and Greisen, LLP
    Cathie Holst, Office of the AIC

Respectfully

Richard Gonzales
DOC# 46594

22 May 09


TO: King & Greisen LLP
    1670 York Street
    Denver, Colorado 80202
    Attn: Jennifer Riddle



Dear Ms. Riddle,

I am writing this letter to let you know what is going on at Limon
prison with respect to the Montez Remedial Plan. In the last week
of April 09, during a major shake-down by LCF, clinical staff came to
each unit and consfiscated Health Care Appliances(ie) button-up front
shirts, wedge pillows, knee braces, foot soaking tubs and other ass-
istive devices. Under Remedial Plan section XVI Health Care Appliances
a.) Definition: Health Care appliances are assistive devices or medical
support equipment which have been prescribed for the inmate and approved
by Clinical Services. These appliances were prescribed by DOC physicians
some at other facilities in a care plan secondary to chronic disabilites
and diabetes. To this date Limon Admin will not respond to questions as
to why these items were taken away!

Furthermore, Limon clinical staff refuses to take a proactive medical
stance a defined in Title 42 of the United States Code, Section 12102:
No qualified inmate with a disibility shall, because of that disibility
be excluded from participation in or denied the benefits of services,
programs, or activites of the D.O.C or be subjected to discrimination.

In your next monthly meeting with DOC or next compliance hearing, could
your office please bring these matters in the open and make Judge Kane
aware of the "serious" digression Limon CF has taken and continue to
violate inmate's 8th Amendment rights to cruel and unusual punishment.

Please forward a copy to Judge Kane at your convenience.

If you need any further assistance or have any questions that need
answers, please feel free to ask at any time.


                                    Sincerely,


                                    _____
DOC #_____
Limon C.F
49030 State Hwy 71
Limon, CO 80826
Unit_____

# REQUEST FOR SICK CALL

NAME: Richard Gonzales NUMBER: 46594

DATE: 4-13-09 LIVING UNIT: 3-13

WORK ASSIGNMENT: (Porter) windows

**Offender needs to be seen by: (CHECK ONLY ONE)**

_X_ Physician Assistant/Nurse Practitioner

Dr. Bloor

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

Prescription Number: _____

____ Other: _____

Explain your need for request: Request a current
Prescription for button up shirt.
Due to post surgeries and acute pain
can not wear Pullovers. See ADA Medical Record

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: permission for open front shirts not available from medical.

20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

Scanned by
US Marshal

District Court
of Honorable
Judge Kane
901 19 th Street
Denver Co 80294

Richard Gonzales
46594
49030 State Hwy 71
Limon Co 80826