Michael N. Collins DOC# 101218, Colorado Territorial Correctional

92-CV-00870-CMA  FILED 06/08/09  UNITED STATES DISTRICT COURT DENVER, COLORADO  JUN 11 2009  GREGORY C. LANGHAM CLERK

Dear U.S. Judge Christine Arguello: My mother now sustains me. Prior to my 82 year old mother's death, she wrote to me, much of what she wrote to me, I took to heart: "My good 'Church going' religious son, Michael, I need to 'rest easy' under a 'good name'. Get back my 'good name'. Fight! **URGENT!!! VERY IMPORTANT!!!**

"Fight, until your last breath, & then some for my 'good name'. Your family will not prosper, until we all have our 'good name' back. Fight for your mother! Fight for yourself! Fight for your family! Fight for your, my, & our 'good name'! I am the mother, grandmother, & great grand mother to many. I rouse the armies of heaven in your behalf. Now rouse yourself, my good son, Michael. Fight for our 'good name'! For only when our family has our 'good name' back will I rest easy."

My mother's "church going" religious son (me) being in jail & prison killed her, just as surely as if a gun had been pointed to her head, & its' trigger pulled. In the end, "justice will prevail", if not in this life, then in the life to come. **URGENT!!! VERY IMPORTANT!!!**

Yes, it is an oxymoron that a wise Latino woman judge, Sonia Sotomayer, with the "richness of her life experiences" can render far more "good & right" "justice decisions" than "white in a business suit" white men. Judge Christine Arguello, it is more than coincidence that you are who my judge; it is the intervening favorable "hand of God". The "richness of your life experiences" (living for a period of time, as a young girl, in a boy car over the railroad tracks) makes you a judge of the "common man" (me), capable of rendering far more "good & right" "justice decisions" than any other judge that might have been assigned authority over "my cases". **URGENT!!! VERY IMPORTANT!!!**

I have been "targeted" by the Colorado DOC for retaliation in every conceivable manner. My whole trial was a "concerted & corrupted" lie from beginning to end. Judge Arguello, act upon my motions—now. Deliver me from DOC. Set aside my whole trial & verdict. Michael N. Collins DOC