IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA (Consolidated for all purposes with Civil Action No. 96-CV-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 02-792
Category: II
Claimant: James Garnes, #88322
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

**ORDER OF SPECIAL MASTER**
_____

      THIS MATTER comes before the Special Master on the motion for enforcement of Claimant. The letter (#3999) requests help in obtaining compliance with the Remedial Plan.

      Claimant previously filed a damage claim pursuant to Article XXXII of the Remedial Plan. That claim was dismissed, as Claimant had absconded from parole supervision.

      Claimant is requesting relief for something that is presently occurring. The question of whether the Court has jurisdiction over individual requests for relief is pending before the District Judge. The Special Masters have issued a report and recommendation. A copy will be provided to Claimant. Class counsel and Defendants have stated their positions on this jurisdictional question. The District Judge will issue an order resolving the issue at some point. Until the jurisdictional issue is resolved, nothing further can done on Claimant's letter as it requests relief for something that is presently occurring.

      IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance pending resolution of the jurisdictional issue before the assigned District Judge.

      SIGNED this 5th day of June, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master