Civil Action No.92-CV-870-EWN-OES

Jesse Montez, et al.,

Plaintiffs

V.

Bill Owens, et al.,

Defendants



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 10 2009

GREGORY C. LANGHAM
CLERK

----

Claim No.03-173
Category, III
Claimant, Wellman E. Gibson
Address, AVCF, P.O. Box 1000, Crowley, CO.81034

----

**SUPPLEMENT TO OBJECTION TO AMMENDED FINAL ORDER FILED 9-15-08**

----

In a ORDER OF SPECIAL MASTER dated April 16th,2008, second paragraph states the new hearing will address the issue of whether or not Mr. Gibson is now disabled and whether or not he has been discriminated against because of any disability. In the (ADA-Rehabilitation Act as it pertains to Montez) 29 U.S.C.A.§ 794. DOC would have the court believe that we are dealing with ones utter inability to perform a task. The ADA addresses substantial limitations on major life activities, not utter inabilities. Burrell V. Cummings Great Plains, Inc. S.D. Iowa, 2004, 324 F.Supp.2d 1000.
Ordahl V. Forward Tech. Ind. Inc., D. Minn. 2004, 301 F.Supp 2d, 1022.
LaBrecque V. Sodexho USA Inc., D. Mass. 2003 287 F.Supp. 2d, 100.
The ADA goes on to talk about a Transitory impairment/6 months or less, but it goes on to state an impairment can be episodic or in remission and is still considered a disability if it would substantially limit major life activity when active,

In the original final order the Special Mastres had no trouble at all in reaching a decesion in Plaintiffs favor because of all evidence submitted by Plaintiff and Defendants. Please refere to that Original final order. Further proof of Plaintiffs disability is that his housing restrictions were reinstated when moved from CCF back to AVCF. Mr. Gibson was coerced into climbing stairs with threats of being placed in Ad. Seg.

(1)

The same stairs Mr. Gibson was filmed climbing, again Mr. Gibsons work, housing and medical restrictions were ALL RESCINDED only AFTER the original Final Order was issued, Mr. Gibson was then moved from a bottom tier to a top tier, at which time DOC filmed him moving, then telling the court "look he can climb stairs and hold objects". But this just showed further proof of lies by DOC when they **SWORE** that no VIDEO was available at orig. hearing. A check with SCF will show that inmates are under constant video survelience there.

In DOC's medical files on Mr Gibson they admitt to physiological conditions affecting the musculoskeletal system and neurological problems, also Cervical Spondylosis, Myelopathy, Ankylosoing Spondylitis. Dr. Lilly (who did multi level fusion surgery) rated PLaintiff 35% Perm. impairment. Plus such terms in Plaintiffs file are severe, chronic, and degenerative along with being diagnosed with Paresthesia and Neuropathy.

Again only after the Original final order was issued did DOC start trying to have anyone belive Mr. Gibson no longer had any of these problems. And out of all the facilities Mr. Gibson has been to, he sudenly had no more physical problems when the Special Master ruled in his favor.

Again the ADA does not require some one have the total inability to do something to be disabled, any type of hearing, appeal and especially any new hearing should never been allowed. Plus Special Masters never took in accoant that D.O.C. acknowlebged upper & lower disability problems for years which would be covered under perceived disability. I have been waiting right at a year.

Date June 6 2009

Wellman Gibson

I hereby certify that a copy of the foregoing document was mailed to the below listed party on, June 6, 2009

OFFICE OF THE ATTORNEY GENERAL
1525 SHERMAN STREET
DENVER, CO. 80203

Wellman Gibson

DATE June 6-2009

Colorado Dept. of Corrections
PO Box 1000
Crowley, CO 81034
Name Wellman Gibson
Number 24389
Unit 6-C

09cv983-zLW

AP?

Office of The Clerk
U.S. Dist. Court
901 19th St. Room A105
Denver, Co. 80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 10 2009
GREGORY C. LANGHAM
CLERK

| FACILITY | DATE REC'D | |
|---|---|---|
| PVCF | 6/5/05 | |
| STAFF LAST NAME | ID # | INT |
| DuD | 9744 | MR |
| DOC # | OFFENDER LAST NAME | INT |
| 74384 | Gibson | WW |