IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs-

BILL OWENS, et al.

      Defendants

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN **1 7** 2009

GREGORY C. LANGHAM
CLERK

---

Claim Number X-368
Category: Untimely Filed Claim
Claimant: Roy E. Schwasinger, #138688
Address of Claimant: FLCP, P.O. Box 1000 Ft. Lyon, CO 81038-1000

---

CORPORATE RESPONSE

ANSWER IN RESPONSE TO ORDER TO SHOW CAUSE TO SPECIAL MASTERS

    SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC., suffers from Diabetes, Parkinson's disease and Mobility Disorder as a result of age that requires surgery.

    A Notice of Default has been served upon the United States Department of Justice Civil Division and the United States Department of Justice Tax Division for failure to comply with the Title 18 U.S.C. § 241 and §242; Title 18 U.S.C. §2071; Title 18 U.S.C. §4; Title 42 U.S.C.; and numerous other Federal Laws; United States Supreme Court Decisions which are the Supreme Law of the Land; Fraud upon the Court in direct violation of the Department of Justice's own Administrative Rules; and the Court Rules that they are entrusted to uphold and abide by. This is in addition to the Department of Justice's Civil and Tax division failure to uphold their Oaths of Office pursuant to the Constitution of the United States of America, this is breach of fiduciary duty along with several other serious crimes such as the security of the United States where by there are fraudulent records pertaining to the Security of the United States are being manipulated and destroyed in the courts. **(See Exhibit 1)**

    Roy Edward Schwasinger requests the special masters go before Judge Kane to issue as order releasing SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC. This detainment has interfered with the issue of a summons in the case. He needs to be freed because he needs to answer the summons issued by the United States District Court for the District of Nebraska. It is a civil case. It is further requested that all documents, records etc. involving registration number 138688 issued by the Colorado Department of Corrections be forwarded to SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC.

SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEM INC., does not know the attorney of record that represents the Internal Revenue Service in Cases 86CV951 and 87CV494 that were filed in the United States District Court for the District of Nebraska. SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEM INC. is the Defendant in these cases. It is imperative that he find out who the attorney of record is for the Internal Revenue Service. He has requested this information from the United States District Clerk of the Court pursuant to their court rules and has had no response to these requests. In these cases the Internal Revenue Service is not and entity of the United States government and therefore would need separate counsel apart from the United States of America. The IRS is a government corporation created by the Secretary of the Treasury pursuant to a congressional statutory grant of authority (see specifically IRC § 7801). The IRS is not an agency of the United States Government but it is declared by statute to be a federal agency of the United States. The United States Government was created by the Constitution as a central government representing the interests of the several States. Congress, however, is delegated authority over its territory and other property, i.e., the United States, pursuant to Art. 4 § 3(2), Congress' power to make "all needful rules and regulations" over its territory, i.e., United States' property or real estate. Acting in this capacity, Congress is not acting as a central government for the several States but is acting in the capacity as a state legislature over its territory and other property. The federal income tax is not pursuant to Art 1 § 8(1) but Art. 4 § 3(2). The Secretary in IRC § 7805 is delegated the authority to enforce Title 26 with "all needful rules and regulations." The Commissioner has only the authority the Secretary delegates to him as he is an inferior or subordinate public officer. No authority to enforce the internal revenue laws is delegated to him by statute. A Treasury Order specifically names the Commissioner to be the Chief Executive Officer of the IRS. The IRS is a government corporation, which administers taxes laid within United States' territories and insular possessions and upon those who are subject to Congress' Art. 4 § 3(2) legislative jurisdiction, i.e., the "citizen of the United States" wherever resident.

Furthermore, the IRS is not a U.S. Government Agency:
"The Internal Revenue Service is not an agency of the United States government. It is true that not only can it NOT be found in Title 31, but it is nowhere to be found in the entirety of Title 5 U.S.C."
"Congress THOUGHT I created it but it didn't. Just look at the 1100 manual and it tells you so. Congress only created the Commissioner's Office. He then hired the private collection agency people and used them as the tax collectors. Now I suggest that you look at 27 Code of Federal Regulations Section 250.11 and therein you will find the definition of "Revenue agent." That definition reads; any duly authorized Commonwealth Internal Revenue Agent of the Department of the Treasury of Puerto Rico.

In addition, see attached **Exhibit 2** where the United States attorney answered in Federal Court that the IRS is not an agency of the government.

Therefore, the IRS lacks the standing in Federal Court as a competent party who can file suit upon citizens. Federal Courts would lack subject matter jurisdiction of an entity that does not exist and thereby filed cases by fraud in courts. This action was not just a casual mistake but intentional, deliberate, knowing and fraudulent in nature. Since the Department of Justice is charged with administration of the Federal Judiciary it is their responsibility to strike the records under the Statutes of Fraud that created fraudulent records to be entered into courts by entities that did not exist or have the authority to file and bring suit. It is therefore the responsibility of the Department of Justice to Strike all the cases from the court in which the IRS was a party in any capacity, find and produce all of the records that have been taken illegally, and pay the resultant damages incurred from failure to do due diligence, breach of fiduciary responsibility, and fraud in violation to your oath under U.S.C. 4 §101 and §102.

SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEM INC. demand either the answers as to who the Attorneys of Record are for the Internal Service or that you declare that the Summons issued in Cases 86CV951 and 87CV494 be declared as fraudulent for violating numerous Federal Statutes, and Court Rules pursuant to taking legal action and stricken from the record under the Statutes of Fraud; or send this to the appropriate federal department or division to release SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEM INC., so that he may produce the documents, books, records, and evidence to comply with the IRS Summons and correct the fraudulent documents filed in Federal Court Cases 86CV951 and 87CV494 to get them stricken from the record based on the fraud perpetrated by the IRS and its attorneys upon the United States District Courts and the United States of America. The laws of the United States, Federal Rules of Civil and Criminal Procedure, as well as numerous court decisions state that the attorney of record must file an appearance, and if there is a change, substitution or other change on behalf of the original attorney that filed the appearance they must notify all of the parties to the action as well as the Clerk of the Court, these records are vital as to which party or parties perpetrated a Fraud upon the Court, and the United States of America by creating a security threat involving documents being tampered with or destroyed that are vital to the national security of the United States of America.

SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC. wants the answer to the following question. Why the Defendant SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC., is being held in a State correctional facility when these cases are Federal and Civil in nature if in fact the IRS even had the authority; which your records and laws show that it did not?

Fort Lyon Correctional Facility has caused extreme damages by alleging to have jurisdiction over him, which has been refuted by affidavit. He requests an order directed to the Colorado Department of Corrections and Fort Lyon Correctional Facility to release him so that he can proceed with complying with the summons in this case, which affects many others. In addition to this, the Fort Lyon Correctional Facility has stolen mail, tampered with evidence, stolen evidence, books, records and documents thereby obstructing justice, which is a criminal offense. The Staff at the Fort Lyon Corrections Facility will not even sign the appropriate documents allowing SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC., to be able to get a copy of his birth certificate from the State of Nebraska in order to carry on legal inquiries with government offices, which is causing obstruction of justice to occur and also not allowing equal access to the court. This is also a direct violation of Fort Lyon and the Colorado Department of Corrections Administrative Rules. In addition to this the Staff at the Fort Lyon Correctional Facility failed to have an appropriate Oath of Office on file with the Secretary of State pursuant to State and Federal statutes and in addition have failed to post the appropriate bond applicable to the Oath pursuant to State and Federal Laws.

Furthermore the Staff at the Fort Lyon Correctional Facility have discriminated against SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC., by refusing him equal and due access to due process of administrative and legal remedy available to the average person, which thereby disallow him equal access to the Court system.

Furthermore, He requests the proper address of the headquarters of the Corporate United States of America and their appropriate Attorney of Record pursuant to full and complete disclosure under the court rules for discovery Federal Rule of Civil Procedure 16, as none of the records or requests made for the Attorney of Record have been answered.

This Court does have jurisdiction over matters of crimes that are presented to it pursuant to the Laws of the United States of America under Title 18 U.S.C. §241 and §242, Title 18 U.S.C. §2071, Title 18 U.S.C. 42, and Title 18 U.S.C. §4 Misprision of Felony, and the Federal Rules of Criminal and Civil Procedure for fraud upon the Court.

SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC.

### FLESH & BLOOD RESPONSE

### ANSWER IN RESPONSE TO ORDER TO SHOW CAUSE TO SPECIAL MASTERS

Roy Edward Schwasinger and is presently under medical supervision for the treatment of Diabetes, Parkinson's disease and has been medically assigned a Hugo Walker for stability.

He is under the jurisdiction of the United States District Court for the District of Nebraska; this includes Fort Lyon Correctional Facility as a part of the United States of America, one of the plaintiffs.

There is fraud on the courts due to the attorneys alleging the court has jurisdiction over non-existent persons whose identity in the court records cannot be located. The loss along with the name of the attorney of record for the United States of America and Buske, Juanita, Revenue Officer of the Internal Revenue Service. Many items were removed using search and seizure warrants issued by courts alleging jurisdiction over the subject matter. No list of items removed can be located in the clerk of the court offices. The clerk of the court failed to notify the judge of the absence of any filed return warrant. Fraud in the court is as follows:

Around the time of the Civil War, the United States was laying the groundwork and implementing a plan that would increase the jurisdiction of the United States. Keep in mind that at this time, the United States had no subjects and only the land ceded to it from the states, (the District) was only 10 miles square and the land was necessary for forts, magazines, and arsenals, etc.

Between the late 1850's and the early 1900's banking and taxing mechanisms were being changed by legislation. Bar attorneys and several bankers closely associated with England had influence on the legislation that was being posed in the United States. But, this legislation did not apply to the states or the people in the states, making this distinction was deemed by the legislators not a necessary duty of theirs.

It was and is still the responsibility of the people to understand their relationship to the United States and the laws that were passed by the legislature. The distinction between the United States and the states used to be taught in homes, the schools, and the churches. Early decisions made by "admiralty" courts did not interpret legislation as broadly back then because the people knew when the courts overstepped their jurisdiction. Back then the people knew who they were, and were in control, and knew where they stood in relation to the United States.

In 1913, the United States added numerous private laws to its books that allowed for the increase of subjects and property for the United States. The 14th Amendment created a new class of citizens-United States citizens. Until now, these citizens had not been recognized until the 14th Amendment passed in 1868, and until its passage, there were no persons born or naturalized in the United States.

They were all born or naturalized in one of the several states. You got United States citizenship as a result of state citizenship.

After the Civil War the new class was recognized, this was the beginning of the "democracy" sited in the District of Columbia. The American people in the republic sited in the several states, could choose to benefit as one of these new United States citizens BY CHOICE. The new class of citizens was given the right to vote in the democracy, granted in 1870 by the 15th Amendment. Note that all that was required was an application. Benefits automatically came with this new citizenship, along with the benefits. Also came the duties and responsibilities that were totally regulated and controlled by the legislature for the District of Columbia. Enslavement of the American people.

The Federal Reserve Act in 1913 created Central banking in the United States. The ability to decrease the currency in circulation through taxation was created with the implementation of the 16th Amendment in 1913. The 17th Amendment implemented in 1913 supported the "presumption" that the American people had volunteered to participate in the democracy of the United States. Control of the courts was obtained with the implementation of the American Bar Association in 1913. Then in rolled 1917 with the implementation of the Trading with the enemy Act and the Emergency War Powers Act. This opened the flood gates for the United States to suspend limitations otherwise mandated in the Constitution. Even in times of peace, every contrived and created social, political, or financial emergency was sufficient justification and authority for the officers of the United States to overstep its peacetime powers and create and implement volumes of "law" that would increase the revenue of the United States. There is always a declared emergency in the United States, "but" it only applies to "their" subjects.

Now 1929 and the BIG CRASH and the early 1930's that provided for bankruptcy. Let's look at bankruptcy. Bankruptcy law operates on the "presumptive rule" note the underlined word and the context in the previous paragraph!

Let's take a minute to understand this PRINCIPLE of presumption:

Presumption, as used in law, is a conclusion derived from a particular set of facts based on law, rather than probable reasoning. It is a rule of law which permits a court to assume a fact is true until such time as there is a preponderance (greater weight) of evidence, which disproves or outweighs (rebuts) the presumption. Each presumption is based upon a particular set of apparent facts paired with established laws, logic or reasoning.

A presumption is rebuttable in that it can be refuted by factual evidence. One can present facts to persuade the judge that the presumption is not true. Example: a child born of a husband and wife living together is presumed to be the natural child of the husband unless there is conclusive proof it is not. A person who has disappeared and not been heard from for seven years are presumed to be dead, but the presumption could be rebutted if he/she is found alive. An accused person is presumed innocent until proven guilty [at least that is the way it is supposed to work] (if you were in a court of law) {you are in a court of equity (admiralty)}. These are sometimes called rebuttable presumptions to distinguish them from absolute, conclusive or irrebuttable presumptions in which rules of law and logic dictate that there is no possible way the presumption can be disproved. However, if a fact is absolute it is not truly a presumption at all, but a certainty.

Once a presumption is relied on by any one party (the Court), however, the other party is normally allowed to offer evidence to disprove (rebut) the presumption. The presumption is known as rebuttable presumption. In essence, then, what a presumption really does is place the obligation of presenting evidence (to refute) concerning a particular fact on a particular party.

The above statements were taken from various law dictionaries, show how presumption is defined in the law, and understood by the courts.

In continuing, we need to look at the nature of the "government" and the courts today and then look at the actual presumptions they rely upon regarding the people.
In 1861, the legislators form the southern states walked out of Congress and Congress adjourned sine die, i.e.: with no time set to re-convene. This effectively ended the Congress of the United States as established by the Constitution. The government of that day continued to operate without a lawful congress in session, and literally "POSED" as the government rather than continuing as the lawful government of the United States.

The "United States", after it evaporated in 1861, was put back together by force of arms.

In 1871, after the Civil War, congress passed the first act to allow the government to operate as a corporation. This was done under guise of forming a government for the District of Columbia. The process was completed in 1878 by the final act allowing the "U.S. Government" to act as a corporation, operating in commerce for a profit. (From Statutes at Large)

The people as a whole have never objected to the "government" operating as a corporation in commerce. This, according to their legal definitions, validates the presumption that we accept the corporation of the UNITED STATES as the government of the United States.

Since the "government" is a corporate entity operating in commerce, the courts, which have been formed by the corporation and are a part of the corporation, must, by operation of commercial law, be operating in commerce also. They are B.A.R. COMMERCIAL COURTS and not Courts of Law. Their jurisdiction and authority have been conferred upon them by a corporation that poses as the government. Corporations and commercial entities are legal fictions. They are created by man through man-made law and are the direct opposite of the natural creation of God, the people. The two cannot mix. A legal fiction can never become a natural living soul and a living soul can never become a legal fiction. The corporate government, therefore, had to create a "bridge" to bring the people under subjection to the corporation. So, a legal fiction had to be created to represent each natural living soul in commerce.

This legal fiction, by operation of commercial law, becomes a STRAW MAN (Dummy Corporation) for the living soul, represents him in commerce and the living soul becomes the surety for the STRAW MAN (Dummy Corporation).

Further evidence that the corporate government uses to validate this presumption:
    Application for Drivers License
    Application for Marriage License
    Mortgage papers, Deeds of Trust on Property
    Other licenses or permits that are applied for
    Voters Registration
    Filing a 1040 form with the IRS
    Responding to documents addressed to the Straw Man

Registering your new Automobile as a Motor Vehicle
Opening a bank account etc. ad infinitum.

In the U. S., they are collectively called everything from "attorney" to "lawyer" to "counselor". Are the terms all equivalent or has the identity of one been mistaken for another?

What is a "Licensed BAR Attorney"? This credential accompanies every legal paper produced by attorneys- along with a State Bar License number. An "Attorney" is not a "lawyer", and the average American attorney unduly accepts the honor to be called "lawyer" when he is not.

It is necessary to examine the British origins of our U.S. Courts and the terminology that has been established from the beginning. It is important to understand the proper <u>lawful</u> definitions for the various titles we now give these court related occupations.

B.A.R. = British Accreditation Regency- The legal profession in the U.S. is directly derived from the British system. Even the word is of British origin:

Bar- A particular portion of a courtroom. Named from the space enclosed by two bars or rails: one of which separated the judges bench form the rest of the room; the other shut off both the bench and the area for layers engaged in trials from the space allotted to suitors, witnesses, and others. Such persons appeared as speakers (advocates or counsel) before the court, were said to be "called to the bar", that is privileged so to appear, speak and otherwise serve in the presence of the judges as "barristers". The corresponding phrase in the United States is "admitted to the bar". - Dictionary of Law (1893).

From the definition of "bar", the title and occupation of a barrister is derived:

Barrister- English law. 1. A counselor admitted to plead at the bar. 2. Ouster barrister- is one who pleads ouster or without the bar. 3. Inner barrister- a sergeant or kings counsel who pleads within the bar. 4. Vacation barrister- a counselor newly called to the bar, which is to attend for several long vacations the exercise of the house. 5. Barristers are called apprentices, aprentitii ad legim, being looked upon as learners, and not qualified until they obtain the degree of sergeant. Edmund Plowden, the author of the Commentaries, a volume of elaborate reports in the reigns of Edward VI, Mary, Phillip & Mary, and Elizabeth, describes himself as an apprentice of the common law. (From A Law Dictionary by John Bouvier Revised Sixth Edition, 1856)

Barrister, n. [from bar] A counselor, learned in the laws, qualified and admitted to please at the bar, and to take upon him the defense of clients; answering to the advocate or licentiate of other countries.

Incidentally, barristers were called, in England, apprentices of the law. Outer Barristers are pleaders without the bar, to distinguish them from the inner barristers, benchers, or readers, who have been sometimes admitted to please within the bar, as the king's counsel are. (Webster's 1828 Dictionary). Overall, a barrister is one who has the privilege to plead at the courtroom bar separating the judicial from the non-judicial spectators. Currently in U. S. courts, the inner bar between the bench (judge) and the outer bar no longer exists, and the outer bar separates the attorneys (not lawyers) from the spectators' gallery.

Just as in the word 'bar' each commonly used word, describing the various court officers is derived directly from root words:

1. From the word solicit is derived the name and occupation of a 'solicitor': one who solicits or petitions an action in a court.

2. From the word attorn is derived the name and occupation of a 'attorney'; one who transfers or assigns property rights, title and allegiance to the owner of the land.

> ATTORN, v. Me. [Origin French. Atorner, aturner assign, appoint f. a-torner turn v.] 1. V. t. Turn; change, transform; deck out. 2. V. t. turn over (goods, service, allegiance, etc.) to another; transfer, assign. 3. V. i. Transfer one's tenancy or (arch.) homage or allegiance, to another; formally acknowledge such transfer. Attorn tenant (to) Law formally transfer one's tenancy (to), make legal acknowledgement of tenancy (to a new landlord). (From Oxford English Dictionary 1999.)

> ATTORN, V,I, [Latin ad and torno] In feudal law, to turn, or transfer homage and service from one lord to another. This is the act of feudatories, vassals or tenants, upon the alienation of the estate. (Webster's 1828 Dictionary).

> ATTORNMENT, n. The act of a feudatory, vassal or tenant, by which he consents, upon the alienation of an estate, to receive a new lord or superior, and transfers to him his homage and service. (Webster's 1828 Dictionary).

> ATTORNMENT, n. The transference of bailor status, tenancy or (arch.) allegiance, service, etc., to another; formal acknowledgement of such transfer: lme. (Oxford English Dictionary 1999.)

3. From the word advocate comes the meaning of the occupation by the same name; one who pleads or defends by argument in a court.

> ADVOCATE, v. t. [Latin advocatus, from advoco, to call for, to plead for; of ad and voco, to call. See Vocal] To plead in favor of; to defend by argument, before a tribunal; to support or vindicate. (Webster's 1828 Dictionary.)

4. From the word counsel is derived the name and occupation of a 'counselor' or 'lawyer' ; one who is learned in the law to give advice in a court of law;

> COUNSEL, v. t. [Latin, to consult; to ask; to assail.] 1. To give advice or deliberate opinion to another for the government of his conduct; to advise. (Webster's 1828 Dictionary.)

> LAWYER, A counselor; one learned in the law. (A Law Dictionary by John Bouvier, Revised Sixth Edition, 1856).

We can now see that an attorney is not a lawyer. The ruling government appoints an attorney as one who transfers a tenant's rights, allegiance, and title to the landowner (government).

Feudal Tenancy- If you think you own land or are a landowner take a close look at the warranty deed or fee title to the land. You will almost always find the words tenant or tenancy. The title or deed document establishing your right as a tenant not that of a landowner has been prepared for transfer by a licensed BAR Attorney, just as it was carried out within the original English feudal system you presumed that your forefathers thought they had escaped in 1776. A terrible legacy to leave our offspring. No wonder my kids think I crazy. Well back to the history, sorry this is so long and boring but I need you to understand so that we can go forward to untangle the knot. It is very important that You! Understand WHO YOU ARE in relationship to this mess.

A human being is the tenant to a feudal superior. A feudal tenant is a legal person who pays rent or services of some sort for the use and occupation of another's land. The land has been conveyed to the tenant's use, but the actual ownership remains with the superior. If a common person does not own what

he thought was his land or house (he is legally defined as a feudal tenant, not the superior owner), then a superior person owns the land and the feudal tenant- person pays him to occupy the land.

This is the hidden Feudal Law in America. When a person (a.k.a. human being, corporation, natural person, partnership, association, organization etc.) pays taxes to the tax assessor of the civil county or city government (also a person), it is a payment to the superior landowner for the right to be a tenant and to occupy the land belonging to the superior. If this is not so, then how could a local government sell the house and land of a person for not rendering his services (taxes)?

People used to think that there was no possible way feudal law could be exercised in America, but the <u>facts</u> have proven otherwise. It is no wonder they hid the definition of a human being behind the definition of a man. The next time you enter into an agreement or contract with another person (a legal entity), look for the key words person, individual, and natural person describing who you are.

Are you the entity the other person claims you are? When you "appear" before their jurisdiction and courts, have you agreed that you are a legal person, unless you show them otherwise? You will have to deny that you are the person and state who you really are. Is the flesh and blood standing there is that courtroom a person by their legal definition?

A BAR licensed Attorney is NOT an advocate, so how can he do anything other than what his real purpose is. He cannot plead on your behalf because that would be a conflict of interest. He cannot represent the crown (ruling government) as a official officer at the same time he is allegedly representing a defendant. His sworn duty as a BAR Attorney is to transfer your ownership, rights, titles, and allegiance to the landowner. When you hire a BAR attorney to represent you in their courts, you have hired an officer of the court whose sole purpose and occupation is to transfer what you have to the creator and authority of that court. Better known as "legal plunder".

Now what about "legal personalities"? Sure, I may use the name "JOHN E. DOE" for a dozen different purposes and thus for a dozen different legal personalities. But, in which legal personality (purpose) are you addressing me? Further, if you are addressing me for a <u>purpose</u> which I do not currently embrace, then, while I use the legal personality "JOHN E. DOE" as a driver, or sometimes as a voter or sometimes as bank customer, I am NOT the legal personality "JOHN E. DOE" for the <u>purpose</u> of your inquiry, summons, or allegation. Therefore, I am not party to your case. Gray, The Nature And Sources of the Law (2nd Ed. 1921) 27; Salmond, Jurisprudence (5th Ed. 1916) 272; Holland Jurisprudence (1928) 114. Corbin, Legal Analysis and Terminology (1919) 29 Yale Law Journal 226; Holmes, Collected Legal Papers (1921) 167 et seq. Geldart, Legal Personality (1911) L. Q. Rev. 90, 95.

"Much of the difficulty, as regards legal terminology, arises from the fact that many of our words were originally applicable only to physical things: so that their use in connection to legal relations is, speaking, figurative, or fictional." Hohfeld, Fundamental Legal Conceptions (1923) 30. Follow this train of thought: For Example: in Bank of Syracuse v. Hollister, 17 N.Y. 45 (1858), S, Acting as an agent for the holder of a check, in contemplation of law, demanded payment of himself as teller of the bank on which it was drawn. Acting as teller, he refused to pay himself as agent of the holder, because the drawer had no funds in the bank. Then, as teller, he handed the check back to himself as agent for the holder and as agent for the holder; he returned it to himself as notary public to have it protested for non-payment. After he had protested it as notary, he delivered it back to himself as agent for the holder and, thereupon, in that capacity, turned it over to his principal, the owner. Such multiplicity we take as a matter of course.

"In recognizing the possibility of one man having, as we should say, two capacities, a natural and a politic or official, the law made an important step; these are signs that it was not easily made." 1 Pollack & Maitland op. cited supra note 24, at 506.

Mchem, Elements of Partnership (2d ed. 1920) §199. Fruend, The Legal Nature of Corporations (1896); Commons, Legal Foundations of Capitalism (1924) 84; Hearn, Legal Rights and Duties (1883) 186. Dewey, The Historic Background of Corporate Legal Personality (1926); 35 Yale Law Journal 655. Austin Jurisprudence (5th Ed 1885) 354.

Research shows that there is a third kind of artificial entity called a "legal personality". But more precisely, while the name "John Edward Doe" may identify just one natural man, it appears that "JOHN EDWARD DOE" may identify a number of "legal personalities", - all of which have the same name, but each of which have distinctly different bundles of rights and duties. Each set of rights and duties corresponds to a distinct legal personality. 1. "natural persons" and "legal persons" are two different entities; 2. That every legal person can have a multitude of distinct "legal personalities"; 3. "legal personality" and "capacity" appear to be synonymous terms; 4. each legal personality/capacity is a function of a particular purpose.

PRESUMPTION = is defined in the Uniform Commercial Code section 1-201 (31) as "the Trier of fact must find the existence of the fact presumed unless and until evidence is introduced which would support a finding of its non-existence."

The "Negative Averment" (a.k.a. "Rebuttable Presumption"), rebuts the Presumption and shifts the Burden of "Proof of Claim" to the Person bringing the claim. The typical wording of a "Negative Averment" would be "I do NOT find evidence "On The Record", that would substantiate a Claim, such as "Sworn Affidavit" or any "Certified Statement of Facts" to validate that a "Claim exists", signed (you) under Penalty of Perjury/Notarized signature. Black's Law Dictionary 5[th] Ed.

Fictitious plaintiff-A person appearing in the writ, complaint, or record as the plaintiff in a suit, but who in reality does not exist, or who is ignorant of the suit and the use of his name in it. It is a contempt of court to sue in the name of a fictitious part. 18U.S.C.§3161.

"Fiction of law" Code court "scam" (Federal Rules of Criminal Procedure Rule 50) Federal Rules of Evidence Rule 201 (d) (Judicial Notice) Mandatory.

Declaration of Independence July 4th 1776<br>In CONGRESS, July 4, 1776

The unanimous Declaration of the thirteen united States of America second paragraph "We hold these truths to be self evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights that among these are Life, Liberty, and the pursuit of Happiness. That to secure these rights, Governments are instituted among men, deriving their just powers from the consent of the governed. That whenever…"

See also Model Penal Code and explanatory Notes Article 1 Section 1.01 (3)(b)(c)
(b) Provisions of the Code according a defense or mitigation shall apply, with the consent of the defendant:
(c) the Court, with the consent of the defendant, may impose sentence under the provisions of the Code applicable to the offense and the offender.

The United States-US-U.S.-USA-America means: (A) a federal corporation...Title 28 U.S.C. § 3002 (5) Chapter 176. It is clear that the United States... is a corporation... 534 Federal Supplement 724.

It is well settled that "United States" et al is a corporation originally incorporated February 21, 1871 under the name "District of Columbia", 16 Stat. 419 Chapter 62. It was reorganized June 11, 1878; a bankrupt organization per House Joint Resolution 192 on June 5, 1933, Senate Report 93-549, and Executive Orders 6072, 6102, 6246; a defacto government, originally the (10) ten square mile tract ceded by Maryland and Virginia and comprising Washington D.C., plus the possessions, territories, forts, and arsenals. The significance of this is that, as a corporation the United States has no more authority to implement its laws against "We The People" than does Mc Donald's Corporation, except for one thing—the contracts we have signed as the surety for our strawman with the United States and the Creditor Bankers. These bankers are actually not with us, but with our artificial entity, or as they term it "person", which appears to be us but spelled with ALL CAPITAL LETTERS.

The several (now 50) States accepted the "benefits" of federal grants offered by the Federal United States as the "consideration" of a commercial agreement between themselves. Under the agreement, the States (Conference of Governors, March 6, 1933) pledged their full faith and credit and agreed to obey the dictates of Congress and assume their portion of the National Debt, collected as "your fair share" by the nature of the unlawful income tax, wherein the IRS operates and collects such "taxes" under the UCC.

Members of a corporation are bound by its corporate rules and regulations; non-members are excluded from (not subject to) its jurisdiction. The entire legal system operates on presumptions of law. One of the operational presumptions is that the caption of a pleading is deemed to stand grant jurisdiction to the court, and apply to you as a corporate person, unless you deny the existence or capacity to sue all of the designated parties to the action. The basic concept of a corporation itself is, however, a natural process of life. i.e. when a number of people gather for a particular purpose with no criminal intent attached thereto, such as the formation of a community, they may be said to "incorporate" and indeed are a corporation and a lawful one by virtue of being formed on the basis of a private contract entered into knowingly, voluntarily, and intentionally by all members. However, when the " "power" to declare bankruptcy " is legally accorded to a corporation any "legislation" establishing such "privilege" is criminal by design and intent since it defrauds the creditors of the corporation.

Absolute Rights: As regards Right to interfere with contractual obligations of another "absolute Rights" which individuals may exercise without reference to motive are Rights growing out of contractual relations and right to enter or refuse to enter contractual relations.

By the "absolute Rights" of individuals is meant those which are in their primary and strictest sense, such as would belong to their persons merely in a state of nature, and which every man is entitled to enjoy, whether out of society or in it. The Right of personal security, of personal liberty, and private property do not depend upon the Constitution for their existence. They existed before the Constitution was made, or the government was organized. These are what are termed the "absolute Rights" of individuals, which belong to them independently of all government, and which all governments that derive their power from the consent of the governed were instituted to protect.

Points of Authority

"Fraud violates the most solemn Contracts, documents and even judgments". U.S. vs. Throckmorton, 98 US 61, at pg. 65. In Cohen vs. Virginia, 6 Wheat 264, 5 Led. 257 (1821), states, "we [Courts] have no more right to usurp which is not given. The one or the other would be treason to the Constitution. "(Also see: U.S. vs. Will, 449 US 200, 66 L. Ed. 2d 392 at pg. 406). The Senate Report

No. 93-549; 93rd Congress, 1st Session (1973) "Summary of Emergency Power Statutes", 607 pages. The United States went "bankrupt" in 1933 and was declared as President Roosevelt by Executive Orders 6073, 312, 6111, and by Executive Order 6260 on March 9, 1933 (See Senate Report 93-549, pages 187 and 594), under the, "trading with the Enemy Act" (Sixty-Fifth Congress, Session I, chs. 105, 106 October 5, 1917), as Codified at 12 U.S.C.A. § 95a.

May 23, 1933, Congressman Louis T. Mc Fadden brought formal charges against the Board of Governors of the Federal Reserve Bank System, the Comptroller of the Currency, and the Secretary of the United States Treasury for criminal acts. The petition for Articles of Impeachment was thereafter referred to the Judiciary Committee, and has yet to be acted upon. (See: Congressional Record, pp. 4055-4058). Congress confirmed the Bankruptcy on June 5, 1933 and impaired the obligations and considerations of contracts through the"Joint Resolution to Suspend the Gold Standard and abrogate the Gold Clause, June 5, 1933." (See: House Joint Resolution 192 73rd Congress, 1st Session)

A short break right here, I hope that this is giving you the background and insight. I am sorry that this is probably as boring as watching grass grow, but again I cannot stress that you need to understand the pieces and the players as well as the rules to the new game that they have always hidden from you. This translates to what I said earlier you need to know who you are, because when I finish you will see that you are going to wear several hats. But, it will be paramount that you know exactly who you are with which hat you are wearing in relationship to who you are dealing with. I know at this juncture it seems complicated but when finished it is so simple. Well, back to the mundane.

The several States of the Union pledged the faith and credit thereof to the aid of the National Government, and formed numerous socialist committees, such as the "Council of Sate Governments", "Social Security Administration", etc. to purportedly deal with the economic "Emergency". These organizations operated under the "Declaration of INTERdependence" of January 22, 1937, and published some of their activities in "The Book of the States". The 1937 edition of the Book of the States openly declared that the people engaged in such activities as the Farming/Husbandry Industry had been reduced to mere feudal "Tenants" on their land. Book of the States, 1937, pg 155. This of course was compounded by such activities as price fixing wheat and grains 7 U.S.C.A. § 1332, quota regulations 7 U.S.C.A. § 1371 and livestock products 7 U.S.C.A. § 1903, which have been consistently below the cost of production; interest on loans and inflation of the paper "Bills of Credit", leaving the food producers and others in a state of peonage and involuntary servitude, consisting of the taking of private property, for the benefit and use of others, without just compensation. Note: The Council of State Governments has now been absorbed into such things as the "National Conference of Commissioners on Uniform States Laws", whose Headquarters Office is located at 676 North St. Clair Street, Suite 1700, Chicago, Illinois, 60611 and "all" being "members of the Bar", and operating a different "constitution and By Laws", far distant from the depositories of the public records, has promulgated, lobbied for, passed, adjudicated and ordered implementation and execution of their purported "Uniform" and "Model" Acts and pretend statutory provisions, to "help implement international treaties of the United States or where uniformity would be desirable". (See: 1990/91 Reference Book, National Council of Commissioners on Uniform State Laws, pg 2.) This is apparently, what Robert Bork meant when he wrote, "We are governed not by law or elected representatives but by an unelected, unrepresentative, unaccountable committee of lawyers applying no will but their own." (See: The Tempting of America, Robert H. Bork, pg 130) This association has been engaged in activities such as turning "Marriage" (licensed) into "International Private Law" through its International Liaisons, which meet at such places as the Hague Conferences (See Handbook of Commissioners on Uniform State Laws, 1966 Ed., pg. 156-157).

On April 25, 1938, the Supreme Court overturned the standing precedents of prior 150 years concerning "common law", in the Federal Government. "There is no Federal common law, and Congress has no power to declare substantive rules of common law applicable in a Sate, whether they be local or general in their nature, by they commercial law or a part of the law of torts" (See: <u>Erie Railroad Co. vs. Tompkins</u>, 304 U.S. 64, 82 L. Ed. 1188).

The Common Law is the foundation source of Substantive and Remedial Rights, it not our very Liberties (See: Stephen, A Treatise on the Principles of Pleading, Introduction, pg 23; Hemmingway, History of Common Law Pleading as Evidence of the Growth of Individual Liberty and Power of the Courts, 5 Alabama Law Journal; <u>Swift vs. Tyson</u>, 16 Peters 1, 10 L. Ed. 865; Constitution, Article III, Section 2, Amendments VII, IX, and X.)

The members and associations of the Bar thereafter formed committees, granted themselves special privileges, immunities, and franchises, and held meetings concerning judicial procedures, and further, to accomplish similar objectives", including hodgepodging the jurisdictions of Law and Equity together, which is, know today as "One Form of Action". (See: Constitution and Bylaws , Article 3, Section 3.3 (c), 1990-91 Reference Book, supra; Vol. 4, pages 2-3, Authors Comments). Note: The enumerated specified and distinct jurisdiction established by the ordained Constitution (1789), Article III, Section 2, and under the Bill of Rights (1791), Amendment VII, was further hodgepodged and fundamentally changed in 1982 to include Admiralty Jurisdiction, which was once again brought inland. "This is the fundamental change necessary to effect unification of CIVIL and ADMIRALTY PRODCEDURE. Just as 1938 Rules ABLOSHID THE DISTINCTION between ACTIONS AT LAW and SUITS IN EQUITY, this change would ABOLISH DISTINCTION between CIVIL ACTIONS and SUITS IN ADMIRALTY." Federal Rules of Civil Procedure, 1982 Ed. Pg 17; see also: Federalist Papers No. 83; Declaration of Resolves of the First Continental Congress, October 14, 1774; Declaration of Cause and Necessity of Taking Up Arms, July 6, 1775; Declaration of Independence, July 4, 1776; <u>Bennett vs. Butterworth</u>, 52 U.S. 669)

The United States therefore entered into the Second World War during which time the "League of Nations" was reinstituted under the pretense of the "United Nations" (See: 22 U.S.C.A. § 287 et seq.) and the "Bank for International Settlements" reinstituted under the pretense of the "Bretton Woods Agreement" (See 60 Stat. 1404, 22 U.S.C.A. 286 et. seq.) as the "International Monetary Fund" (The Fund) and the "International Bank for Reconstruction and Development" (The Bank).

The United States as a corporate body politic (artificial) came out of WWII in worse economic shape than when it entered, and in 1950 declared Bankruptcy and "Reorganization". The Reorganization is located in Title 5 of the United States Code Annotated (U.S.C.A.) is most informative reading under the "Explanation" at the beginning of 5 U.S.C.A.. The "Secretary of Treasury" was appointed as the "Receiver" in Bankruptcy. (See: Reorganization Plan No. 26, 5 U.S.C.A. § 903, Public Law 94-564, and Legislative History pg. 5967). The United States went sown the road of history and periodically filed for further Reorganization. Things and situations worsened, having done what they were commanded NOT to do, (See: Madison's Notes, Constitutional Convention, August 16, 1787, Federalist Papers No. 44) and in 1965 passed the "Coinage Act of 1965" completely debasing the Constitutional Coin (gold and silver I.E. Dollar) (See 18 U.S.C.A. §331 & §332; <u>U.S. vs. Marigold</u>, 50 U.S. 560, 13 L. Ed. 257). At the signing of the Coinage Act on July 23, 1965, then President Lyndon B. Johnson stated in his press release: "When I have signed this bill before me, we will have made the first fundamental change in our coinage in 173 years. The Coinage Act of 1965 supersedes the Act of 1792. And that Act has the title: An Act Establishing a Mint and Regulating the Coinage of the United States..." "Now I will sign this bill to make the first change in our coinage system since the 18[th] century. To these members of

Congress, who are here on this historic occasion, I want to assure you that in making this change form the 18th century we have no idea of returning to it."

It is important to take cognizance of the fact that NO Constitutional Amendment was ever obtained to FUNDAMENTALLY CHANGE, amend, abridge, or abolish the Constitutional mandates, provisions, or prohibitions, but sue to internal and external diversions surrounding the Vietnam War etc., the usurpation and breach went unchallenged and unnoticed by the general public at large who became "a wealthy man's cannon fodder or cheap source of SLAVE LABOR". (See: Silent Weapons for Quiet Wars, TM-SM 7905.1, pgs 6, 7, 8, 9, 12, 13 and 56). Congress was clearly delegated the Power and Authority to regulate and maintain the true and inherent "value" of the Coin within the scope and purview of Article I, Section 8, Clauses 5 & 6 and Article I, Section 10, Clause 1 of the ordained Constitution (1787), and further, under a corresponding duty and obligation to maintain said gold and silver coin and Foreign Coin at and within necessary and proper "equal Weights and measures" clause (See also: Deuteronomy, Chapter 25, verses 13-16; Proverbs, Chapter 16, verse 11; Public Law 97-289; 96 Stat 1211). Those exercising the Offices of Several States, in equal measure, knew such "De Facto Transitions" were unlawful and unauthorized, but sanctioned, implemented and enforced the complete debauchment and resulting governmental, social, industrial economic change in the "De Jure" States and in the United States of America. (See Public Law 94-564, Legislative History, pg., 5936, 5945; 31 U.S.C.A. §314; C.R.S. 39-22-103.5; and C.R.S. 18-11-203, and were and are now under the delusion that they can do both directly and indirectly what they were absolutely prohibited from doing (See also: Federalist Papers No. 44; Craig vs. Missouri. 4 Peters 903).

In 1966, Congress being severely compromised passed the "Federal Tax Lien Act of 1966", by which the entire taxing and monetary system i.e. "Essential Engine" (See: Federalist Papers No. 31) was placed under the Uniform Commercial Code. (See: Public Law 88-719, Legislative History, pg. 3722; see also C.R.S. 5-1-106. (C.R.S. = Colorado Revised Statutes- all fifty states have the same laws with different code numbers.)

The National Conference of Commissioners on Uniform State Laws of course promulgated the Uniform Commercial Code in collusion with America Law Institute for the "banking and business interests". (See: Handbook of the National Conference of Commissioners on Uniform State Laws. 1966 Ed. Pgs. 152 & 153). The United States being engaged in numerous United Nations conflicts, including the Korean and Vietnam conflicts, which were under direction of the United Nations (See: 22 U.S.C.A. 287d), and agreeing to foot the bill (See: 22 U.S.C.A. 287j) and not being able to honor their obligations and rehypothecated debt credit, openly and publicly dishonored and disavowed their "Notes" and "Obligations" (12 U.S.C.A. 411) i.e. "Federal Reserve Notes" through Public Law 90-269, Section 2, 82 Stat. 50 (1968) to wit: Sec 2. The first sentence of section 15 of the Federal Reserve Act (12 U.S.C.A. 391) is amended by striking "and the funds provided in the Act for the redemption of Federal Reserve Notes".

Things grew even worse and on March 28, 1970, then President Nixon issued Proclamation No. 3972, declaring an "emergency" because the Postal Employees struck against the de facto government for higher pay, due to inflation of the paper "Bills of Credit". (See: Senate Report No. 93-549, page 596). Nixon placed the U.S. Postal Department under the control of the "Department of Defense". (See: Department of the Army Field Manual, FM 41-10 (1969 Ed. J).

"The system had been faltering for a decade, but the bench mark date of collapse is put at August 15, 1971. On this day, then President Nixon reversed U.S. International Monetary Policy by officially declaring the nonconvertibility of the "U.S. Dollar" (the Federal Reserve Note (FRN) into gold." (See

Public Law 94-563, Legislative History, pg 5937 & Senate Report No. 93-549, Foreword, pg III, Proclamation No. 4074, pg. 597; 31 U.S.C.A. § 314 & 31 U.S.C.A. § 5112.)

On September 21, 1973, Congress passed Public Law 93-110, amending the Bretton Woods Par Value Modification Act, 82 Stat. 116, 31 U.S.C.A. 449, and reiterated the "Emergency" 12 U.S.C.A. § 95a, and Section 8 of the Bretton Woods Agreement Act of 1945 (22 U.S.C.A. § 2868), and which included "reports on foreign currency transactions". (Also, see: Executive Order No. 10033.) This act further declared in Section 2 (b) that "No provision of any law in effect on the date of enactment of this Act and on rule, regulation, or order under authority of any such law, may be construed to prohibit any person from purchasing, holding, selling, or otherwise dealing with gold".

On January 19, 1976, Marjorie Holt noted for the record, a second "Declaration of INTERdependence" and clearly identified the United Nations (U.N.) as a "Communist" organization, and that they were seeking both production and monetary control over the Union and people through International Organization promoting the "One World Order". (See: Congressional Record, January 19, 1976, Extension of remarks; see also 8 U.S.C.A. § 101 (40), 50 U.S.C.A. § 781 & 783).

The socio/economic situation worsened as noted in the Complaint/petition filed in the U.S. Court of Claims, Docket No. 41-76, on February 11, 1976, by 44 Federal Judges, Atkins et al. vs. U.S. Atkins et al. complained that "as a result of inflation, the compensation of federal judges has been substantially diminished each year since 1969, causing direct and continuing monetary harm to plaintiffs… the real value of the "dollar" (FRN's) decreased by approximately 34.5% from March 13, 1969 to October 1, 1975… As a result, plaintiffs have suffered an unconstitutional deprivation of earnings", and in the prayer for relief claimed "damages for the constitutional violations enumerated above, measured as the diminution of his earnings for the entire period since March 9, 1969". It is quite apparent that the persons holding and enjoying offices of Public Trust, Honor, and/or Profit know of the emergency emergent problem and sought protection for themselves, to the damage and injury of the People and Children, who were classified as "a club that has many of other members" who "have no remedy". And, knowing that "heinous" acts had been committed, stated that they (Judges/Lawyers) would not apply the Law, nor would any substantive remedy be applied ("checked more or less, but never stopped") "until all of us [judges] are dead". Such persons fraudulently swore on Oath to uphold, defend, and preserve the sovereignty of the Nation and several Republican States of the Union, and breached the Duty to protect the People/Citizens and their posterity from fraud, imposition, avarice, and stealthy encroachment. (See: Atkins et al. vs. U.S., 556 F.2d 1028 pg. 1072, 1074; The Tempting of America, supra, pgs. 155-159; see also: 5 U.S.C.A. § 5305 & 5335; Senate Report No. 93-549, pgs. 69-71; C.R.S. 24-75-101). This verified in Public Law 94-564 Legislative History, pg 5944, which states: "Moving to a floating exchange rate for international commerce means private enterprise and not central governments bear the risk of currency fluctuations".

Numerous serious debates were held in Congress, including but not limited to, Tuesday, July 27, 1976 (See: Congressional Record-House, July 27, 1976), Representative Ron Paul, Chairman of the House Banking Committee, made numerous references to the true practices to the "International" financial institutions, including but not limited to, the conversion of 27,000,000 (27 million) in gold, contributed by the United States as part of its "quota obligations" which the International Monetary Fund (Governor-Secretary of Treasury) sold (See: Public Law 94-564, legislative History, pg.5945 & 5046), under some very questionable terms and concessions. (Also see: The Ron Paul Money Book, (1991), by Ron Paul, Plantation Publishing, 837 W. Plantation, Clute, Texas 77531).

On October 28, 1977 the passage of Public Law 95-147 91 Stat. §1227 declared most banking institutions, including State banks, to be under the direction and control of the corporate "Governor" of the International Monetary Fund (See: Public Law 94-564, Legislative History, pg 5942; United States Government Manual 1990/91, pgs 480-481). The Act further declared that: "(2) Section 10 (a) of the Gold Reserve Act of 1934 (31 U.S.C.A. § 822 a (b)) is amended by striking the phrase "stabilizing the exchange value of the dollar…" "(c) The joint resolution entitled 'joint resolution to assure uniform value to the coins and currencies of the United States', approved June 5, 1933 (31 U.S.C.A. § 463) shall not apply to obligations issued on or after the date of enactment of this section".

The International Organizations, Corporations, and Associations, had refused to pay their debts and could not pay their debts, and determined they could pass the loss of their non-redeemable, non-current notes, bonds and evidence of their debt off on others, and thereby crown their fraud with success. (See: Letter, October 26, 1998 from Department of Treasury, Russell L. Munk, Assistant General Counsel (International Affairs), as recorded in the Office of Clerks & Recorder, Baca County, Colorado, at Book, 540 Page 364).

The de facto United States as Corporator, (22U.S.C.A. § 286 et. seq.) and "state" (C.R.S. 24-36-104; C.R.S. 24-60-1301; Article IV (h)) had declared "Insolvency". (See: 26 I.R.C. § 165 (g) (l); U.C.C. 1-201 (23); C.R.S. 39-22-103-5; Westfall vs. Bradley, 10 Ohio 188, 75 Am Dec 509; Adams vs. Richardson, 337 S.W. 2d 911; Ward vs. Smith, 7 Wall 447.

In 1980 Congress passed, among other things, Public Law 96-221, providing for furtherance and expansion of the profligate rehypothecated debt pyramid scheme, and reduced the reserve requirements on "transaction accounts" to a minimum of 3% per centum to a maximum of 14% per centum (See: Depository Institutions Deregulation and Monetary Control Act of 1980, Section 103 (b) (E) (2)). "In the United States neither paper currency nor deposits have value as commodities. Intrinsically, a dollar bill is just a piece of paper. Deposits are merely book entries. Coins so have some intrinsic value as metal, but generally far less than their face amount…"

Compare this with the United States Constitution which says: "No State shall make anything but gold and silver coin a tender in payment of debt…" and which also says: Congress shall have the power to coin money and regulate the value thereof… to demonstrate, first hand, yet another way the Constitution is being usurped, in fact and in intent.

"In absence of legal reserve requirements, banks can build up deposits by increasing loans and investments so long as they keep enough currency on hand to redeem whatever amounts the holders of deposits want to convert into currency. This unique attribute of the banking business was discovered several centuries ago. At one time bankers were middlemen. They made a profit by accepting gold and coins brought to them for safekeeping and lending them to borrowers. But they soon found out that the receipts they issued to depositors were being used as money since whoever held them could go to the banker and exchange them for metallic money. The bankers discovered that they could make loans merely by giving borrowers their promise to pay (bank notes). In this way, banks could create money. More notes could be issued than the fold and coin on hand because only a portion of the notes outstanding would be presented for payment at any one time. Enough metallic money had to be kept on hand, of course, to redeem whatever volume of notes was presented for payment. Transaction deposits are the modern counter-part of bank notes. It was a small step from printing notes to making book entries to the credit of the borrowers, which the borrowers, in turn, could "spend" by writing checks, and thereby "printing their own money". (See: Modern Money Mechanics, a workbook on deposits, currency

and bank reserves, 1982 Rev. Ed., Federal Reserve Bank of Chicago, P.O. Box 834, Chicago, Illinois 60690, pages 3 & 4.

Fifty-nine (59) years is NOT "Temporary". It is a permanent state of "Emergency", and was clearly instituted, formed, and erected within the Union through gross usurpations, abridgements, malfeasance, misrepresentation, conversion, fluctuations, fraud and avarice of the International Financial Institutions, Organization, Corporations, and Associations, including the Federal Reserve, their "fiscal and depository agent" (22 U.S.C.A. §286 d). This profligate practice has lead to such "Emergency" legislation as the "Public Debt Limit-Balance Budget and Emergency Control Act of 1985", Public Law 99-177 etc.

The government by becoming a Corporator, (See: 22 U.S.C.A. § 286 e lays down its sovereignty and takes on that of a private citizen. It can exercise no power, which is not derived from the corporate charter.) (See: The Bank of the United States vs. Planters Bank of Georgia, 6 L. Ed (9Wheat) 244; U.S. vs. Barr, 309 U.S. 242). The real party in issue is not the de jure "United States of America" or "State", but "The Bank" and "the Fund" (22 U.S.C.A. 286 et seq.; C.R.S. 11-60-103. The acts committed under fraud, force and seizures are many times done under "Letters of Marque and Reprisal" i.e. "recapture" (See: 31 U.S.C.A. § 5323.) Such principals as "Fraud and Justice NEVER dwell together" Wingate's Maxims 680, and "A right of action cannot arise out of fraud". Broom's Maxims 297, 729; Cowper's Report 343; S John's New Reports 558; 10 Mass 276: 38 Fed 800 are too high a thought concept, as is "Due Process", "Just Compensation" and Justice itself. Honor is earned by honesty and integrity, not under false and fraudulent pretenses, nor will the color of the cloth one cover up the usurpations, lies, trickery, and deceits. When black is fraudulently declared to be white, not all will live in darkness. As astutely observed by Will Rogers, "there are men running governments who shouldn't be allowed to play with matches", and is as applicable today as Jesus' statements about lawyers. "But He said, "Woe to you lawyers as well! For you weigh men down with burdens…" (Luke 11: 46-52) Bible

The continued "emergency" has created numerous abuses, usurpations, and abridgements of delegated powers and authority. As stated in Senate Report 93-549: "Since March 9, 1933, the United States has been in a declared state of national emergency. In fact, there are now in effect four presidentially proclaimed states of emergency. These proclamations give force to over 470 provisions of Federal Law. These hundreds of statutes delegate to the President extraordinary powers, ordinarily exercised by Congress, which affect the lives of American citizens in a host of all encompassing manners. This vast range of powers, taken together, confers enough authority to rule the country without reference to normal constitutional process. Under the powers delegated by these statutes the President may: seize property, organize and control the means of production; seize commodities, assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways control the lives of all "American Citizens". (See: Senate Report No. 93-549, Foreword pg. III).

This phenomenal declaration to wit: "A majority of the people of the United States has lived all of their lives under emergency rule. For 40 plus years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency…" According to the research done in 16 American Jurisprudence, 2nd Edition, Sections 71 and 82, no "emergency" justifies a violation of any Constitutional provision. Arguendo, "Supremacy clause" and "Separation of Powers" it is clearly admitted in Senate Report No. 93-549 that abridgement has occurred. The statements are "immaterial", "frivolous" etc. is based upon the concealment, furtherance, and compounding of the frauds and "Emergency" created and sustained by the "Expatriated", ALIENS of the United Nations and its Organizations, Corporations, and

Associations. (See: Letter, Insight Magazine, February 18, 1991, pg.7, Lowell L. Flanders; President: U.N. Staff Union, New York) 8 U.S.C.A. § 1481 is one of the controlling statutes on expatriation as is 22 U.S.C.A. § 611, 612 & 613; and 50 U.S.C.A. § 781.

The Internal Revenue Service entered into a "service agreement" with the U.S. Treasury Department (See: Public Law 94-564, Legislative History, pg. 5967, Reorganization Plan No. 26 and The Agency for International Development, pursuant to Treasury Delegation Order No. 91. The Agency for International Development is a paramilitary operation, (See: Department of the Army Field Manual, (1969) FM 41-10, pgs.1-4, Sec. 1-7 (b) & 1-6, Section 1-10 (7) (c) (l), 22 U.S.C.A. § 284, and includes such activities as "assumption of full or partial executive, legislative, and judicial authority over a country or area". (See: FM 41-10, pg 1-7, Section 110 (7) (c) (4) also see: Agreement between the United Nations and the United States of America regarding the Headquarters of the United Nations, Section 7 (d) & (8), 22 U.S.C.A. § 287 (1977 Ed.) at pg. 241) It is to be further noted that the "agreement" regarding the Headquarters District of the United Nations was NOT agreed to (See: Congressional Record-Senate, December 13, 1967, Mr. Thurmond and is illegally in the Country in the first instant.

The International Organizational intents, purposes and activities include complete control of "Public Finance" i.e. "control, supervision, and audit of indigenous fiscal resources; budget practices, taxation, expenditure of public funds, currency issues, and banking agencies and affiliates". (See: FM 41-10, pages 2-30 thru 2-31, Section 251 Public Finance). This of course complies with "Silent 251 Public Finance). This of course complies with "Silent Weapons for Quiet Wars" research technical manual TM-SW 7905.1, which discloses a declaration of was upon the American people (see pg. 3 & 7), monetary control by the Internationalists, through information etc., solicited and collected by the Internal Revenue Service (See TM-SW 7905.1, pg.48 also see: 22 U.S.C.A. 286 f; Executive Order No. 10033, 26 U.S.C.A. 6103 (k) (4)) and who is operating and enforcing the seditious International program. (See: TM-SW 7905.1, pg 52). The 1985 Edition of the Department of the Army Field Manual FM 41-10 further describes the International "Civil Affairs" operations. At page 3-6 it is admitted that the A.I.D. is autonomous and under the direction of the International Development Cooperation Agency, and at page 3-4 that the operation is "paramilitary". The International Organization(s) intents and purposes were to promote, implement, and enforce a "DICTATORSHIP OVER FINANCE IN THE UNITED STATES". (See: Senate Report NO. 93-549, pg. 186).

It appears from the documentary evidence that the Internal Revenue Service Agents etc., and Agents of a Foreign Principal", within the meaning and intent of the "Foreign Agents Registration Act of 1938". They are directed and controlled by the corporate "Governor" of "The Fund" A/K/A "Secretary of Treasury" (See: Public Law 94-564; supra, pg. 5942, U.S. Government Manual 1990/91, pgs. 480 & 481; 26 U.S.C.A. § 7701 (a) (ll); Treasury Delegation Order No. 150-107, and the corporate "Governor " of "The Bank" 22 U.S.C.A. § 286 & 286 (a), acting as "information-service employees "22 U.S.C.A. § 611 (c) (ii), and have been and do now "solicit, collect, disperse or dispense contributions [Tax pecuniary contribution, Black's Law Dictionary 5th Ed.], loans, money or other things of value for or in interest of such foreign principal 22 U.S.C.A. 1 611 (c) (iii), and they entered into agreements with a foreign Principal pursuant to Treasury Delegation Order No. 91 i.e. the "Agency for International Revenue Service is also an agency of the International Criminal Police Organization, and solicits and collects information for 150 Foreign Powers. (See: 22 U.S.C.A. § 2639; The United States Government Manual, 1990/91, pg. 385; see also; The Ron Paul Money Book, pg. 250-251). It should be further noted that Congress has appropriated, transferred, and converted vast sums to Foreign Powers (See: 22 U.S.C.A. § 262 c (b)), and entered into numerous foreign Taxing Treaties (convention) (See: 22 U.S.C.A. § 285 g: 22 U.S.C.A. § 287 j) and other Agreements, which are solicited and collected

pursuant to 26 I.R.C. 6103 (k) (4). Along with the other cited documentary evidence submitted herewith, this absolves any further doubt as to the true character of the party. Such restrictions as "for the general welfare and common defense of the United States" (See: Constitution (1787), Article I, Section 8, Clause 1) apparently aren't applicable, and the fraudulent rehypothecated debt credit will be merely added to the insolvent nature of the continual "emergency" and the reciprocal socio/economic repercussions laid upon present and future generations.

Among other reasons for lack of authority to act, such as a Foreign Agents Registration Statement, 22 U.S.C.A. § 612 and 18 U.S.C.A. §219 & 951, military authority cannot be imposed into civil affairs. (See: Department of the Army Pamphlet 27100-70; Military Law Review, Vol. 70). The United Nations Charter, Article 2 Section 7, further prohibits the U.N. from "intervening in matters which are essentially within the domestic jurisdiction of any state…" Korea, Vietnam, Ethiopia, Angola, Kuwait, etc., etc., are evidence enough of the "BAD FAITH" of the United Nations and its Organizations, Corporations, and associations holding the people of this Nation as collateral/hostages debt credit, worthless securities. Such is the "Rule of Law" "as envisioned by the Founders" of the United Nations. Such is Communist, terrorism, despotism, and tyranny. ALL WERE AMD ARE OUTLAWED HERE.

It is quite apparent that the "Treasonous" and Seditious" are brewing up a storm of untold magnitude. President George H.W. Bush's public address of September 11, 1991 (See: Weekly Compilation of Presidential Documents), should further qualify what is stated here. He admitted "Interdependence" (See also: Public Law 95-564. Legislative History, pg.5950), "one World Order" (See also: Extension of Remarks, January 19, 1976, Marjorie S. Holt; 8 U.S.C.A. § 1101 (40), affiliation and collusion with the Soviet Union Oligarchy (50 U.S.C.A. § 781), direction by the U.N., 22 U.S.C.A. 611 etc. You will find that Treasury Delegation Order No. 92 states that the I.R.S. is trained under the direction of the Division of "Human Resources" (U.N.) and the Commissioner (INTERNATIONAL), by the "Office of Personnel Management". In the 1979 Edition of 22 U.S.C.A. § 287; The United Nations, at pg. 248, you will find Executive Order No. 10422. The Office of Personnel Management is under the direction of the Secretary of the United Nations. As stated preciously, the I.R.S. is also a member of a (150) nation pact called the "International Criminal Police Organization", found at 22 U.S.C.A. 263 a. The "Memorandum & Agreement" between the Secretary of Treasury/Corporate Governor of "The Fund" and "The Bank" and the Office of the U.S. Attorney General would indicate that the Attorney General and his associates are soliciting and collecting information for Foreign Principals. (See also: The United States Government Manual 1990/91, pg. 385; see also: The Ron Paul Money Book, supra, pg. 250, 251; 26 I.R.C. § 7401.

It is of note that an Attorney/Representative is required to file a "Foreign Agents Registration Statement" pursuant to 22 U.S.C.A. § 611 (c) (l) (iv) and 612, if representing the interests of a Foreign Principal or Power. (See 22 U.S.C.A. 613; Rabinowitz vs. Kennedy, 376 U.S. 605, 11 L.Ed. 2d 940; 18 U.S.C.A. § 219 & 951).

On January 17, 1980, the President and Senate confirmed another "Constitution", namely the "Constitution of the United Nations Industrial Development Organization", found at Senate, Treaty Document No. 97-19, 97th Congress 1st Session. A perusal of this Foreign Constitution should more than evidence the internationalist's intents. The "Preamble" Article 1, "Objectives" and Article 2 "Functions", clearly evidences their intent to direct, control, finance, and subsidize all "natural and human resources" and "agro-related as well as basic industries", through "dynamic social and economic changes" "with a view to assisting in the establishment of a new international economic order". The high-flown rhetoric is obviously of "Communist" origin and intents. An unelected, unrepresentative,

unaccountable oligarchy of expatriates and aliens who fraudulently claim in the Preamble that they intend to establish "rational and equitable international economic relations", yet openly declare that they no longer "stabilize the value of the dollar "nor" assure the value of the coin and currency of the United States" is purely misrepresentation, deceit and fraud. (See: Public Law 95-147, 91 Stat. 1227, at pg.1229). This was augment by Public Law 101-167, 103 Stat. 1195, which discloses massive appropriations of rehypothecated debt credit for the general welfare and common defense of other Foreign Powers, including "communist" countries of satellites, International control of natural and human resources, etc., etc.. A "Resource" is a claim of "property" and when related to a person constitutes "slavery".

It is now necessary to ask which constitution they are operating under. The "constitution for the New States of the United States", which was located at Liberty Lobby, 300 Independence Avenue SE, Washington D.C. 20003 was the subject matter of the book entitled "The Emerging Constitution" by Rexford G. Tugwell, which was accomplished under the auspices of the Rockefeller tax-exempt foundation called the "center for the Study of Democratic Institutions". The People and Citizens of this Nation were forewarned against formation of "Democracies". "Democracies have ever been the spectacles of turbulence and contention; have ever been found incompatible with personal security or the rights of prosperity; and in general been as short in their lives as they have been violent in their deaths". (See: Federalist Papers N. 10, also see: The Law, Frederick Bastiat, Code of Professional Responsibility, Preamble). This Alien Constitution, however, has nothing to so with democracy in reality. It is the basis of and for a despotic, tyrannical oligarchy.

Article I, "Rights and Responsibilities", Section 1 and 15 evidence their knowledge of the "emergency". The Rights of expression, communication, movement, assembly, petition, Habeas Corpus are all accepted from being exercised under and in a declared "emergency". The Constitution for the New States of America, openly declares, among seditious things and delusions that "Until each indicated change in the government shall have been completed provisions of the existing Constitution and the organs of government shall be in effect (See: Article XII, Section 3), "All operations of the national government shall cease as they are replaced by those authorized under this constitution". (See: Article XII, Section 4). This is apparently what Warren Burger was promoting in 1976, after he resigned as Supreme Court Justice and took up the promotion of a "Constitutional Convention". No trial by jury is mentioned. "JUST" compensation has been removed, along with being informed of the "Nature and Cause of the Accusation" etc., etc., and every on will of course participate in the "democracy". This Constitution is but a reiteration of the Communist Doctrines, intents and purposes, and clearly establishes a "Police Power" state, under direction and control of a self-appointed oligarchy.

Apparently, the present operation of "de facto" government is under Foreign/Alien Constitutions, Laws, Rules and Regulations. The overthrow of the "essential engine" declared in and by the ordained and established Constitution for the United States of America (1787), and by and under the "Bill of Rights" (1791) is obvious. The covert procedure used to implement and enforce these Foreign Constitutions, Laws Procedures, Rules, Regulations, etc., are evidence of treason and sedition.

They have fundamentally changed the form and substance of the de jure Republican form of Government, exhibited a willful and wanton disregard for the rights, safety, and property of others, evidenced a despotic design to reduce our people to slavery, peonage, and involuntary servitude, under a fraudulent, tyrannical, seditious foreign oligarchy, with intent and purpose to institute, exact and form a "dictatorship" over the Citizens and our Posterity. They have completely debauched the de jure monetary system, destroyed the livelihood and lives of thousands, aided and abetted our enemies, declared war upon us and our posterity, destroyed untold families, made homeless children, afflicted

women and orphans, turned sodomites loose amongst our young, implemented foreign laws, rules, regulations and procedures within the body of this country, incited insurrection, rebellion, sedition and anarchy within the de jure society, illegally entered our land, taken false oaths, entered into seditious Constitutions, agreements, compacts, pacts, confederations, and alliances, and under pretense of "emergence", which they themselves created, promoted and furthered, formed a multitude of office and retained those of alien allegiance to perpetrate their frauds and to eat out the substance of the good and productive people of our land, and have arbitrarily dismissed and held mock trials for those who trespassed upon our lives, liberties, properties, and families, and endangered our peace, safety, welfare, and dignity. The damage injury and costs have been higher than money can repay. They have done what they were COMMANDED NOT TO DO.

Pursuant to the ordained and established Constitution for the United States of America (1787), Amendment V, numerous High Crimes and Misdemeanors have been committed under the Constitution for the United States of America, and laws made in pursuance thereof, and the laws under the Constitution for the Sate of Colorado, and the laws made in pursuance thereof, and against the Peace and Dignity of the People, including but not limited to, C.R.S. 18-11-203 which defines and prescribes punishment for "Seditious Associations" which is applicable to the other constitutions, and intents and purposes of their Organizations, Corporations, and Associations.

It is against the law for an insolvent to make a loan or try to fraudulently collect thereon; (See: Neal et al. Vs. Clark, 251 P. 2d 903. Take further note that an "Alien" or "Denizen" cannot sit on a jury (See: 50 U.S.C.A. § 781 (9) & 842), and any who have "Expatriated" (See: 8 U.S.C.A. § 1481) are required to make application for "Naturalization".

The "out of court", "ex parte", summary determinations upon matters in issue is purely "Administrative" procedure (See: Am. Jur. 2d 9I. 78). The jury, if any, is reduced to an "advisory jury" position, and is more likely arrayed as a "homage" jury.

5 U.S.C.A. § 701-703 concerning "Judicial Review" of Agency Actions. It can be found in most states under such headings and acts as the "Administrative Procedures Act" or the "Administrative Reorganization Act". (See: C.R.S. 24-4-106).

The de facto Federal/International chartered "Institutions", their Officers, Employees, Servants, Agents, and Representatives are subject to and should be turned over to a Court of Law for prosecution, trial, and judgment according to Law. (See: Pope Mfg. Co. vs. Gormully, 144 U.S. 414 at pg. 419; also see: 22 U.S.C.A. § 286g).

"Fraud violates the most solemn Contracts, documents, and even judgments". U.S. vs. Throckmorton, 98 US 61 at pg. 65. "We [Courts] have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. Then one or the other would be treason to the constitution". Cohen vs. Virginia, 6 Wheat 264, 5 L. Ed. 257 (1821). (See also: Cohen vs. Will, 449 US 200, 66 L. Ed. 2d 392 at pg. 406). It has become imperative and necessary to our rights, duties, privileges, immunities, lives, liberties, and property along with that of posterity, to declare and exercise our right and duty to throw off and abolish the form and operation of the de facto, fraudulent, seditious "state". (See: Constitution for the State of Colorado, Article II, Section 2; Declaration of Independence (1776); Constitution for the United States of America, Amendments IX and X; C.R.S. 24-60-1301, Article IV (h)).

So, as we can see by the history in law only likes can deal with each other. Corporations can only deal with corporations, fictions can only deal with fictions. Fictions of Law are invented and instituted for the promotion of justice (Revenue), and they are not allowed to work injustice (Revenue), and they are not allowed to work injustice or to defeat the "Policy of the State "a 'Fiction of Law' may not be contradicted so as to defeat the ends for which it was invented".

Nest we are going to look at definitions so that we can begin to reduce the possibility of mistakes, errors or misunderstanding of words and terms.

Acceptance-Contracts. An agreement to receive something, which has been offered. Bouvier's Law Dictionary, 1856. The act by which the person on whom a bill of exchange is drawn (called the "drawee") assents to the request of the drawer to pay it, in other words, engages or makes himself liable, to pay it when due. It may be by parol [see definition later] or in writing, and either general or special, absolute or conditional; and it may be impliedly, as well as expressly. But, the usual and regular mode of acceptance is by the drawee's writing across the face of the bill "accepted", and subscribing his name; after which he is termed the acceptor. Black's Law Dictionary 4th Edition.

Account-Practice.
    1. A statement of the receipts and payments of an executor, administrator, or other trustee of the estate confided to him.
    2. Everyone who administers the affairs of another is required at the end of his administration to render an account of his management of the same. Trustees of every description can, in general, be compelled by courts of chancery to settle accounts, or otherwise fully execute their trusts. Where there are no courts of chancery, the courts of common law are usually invested with power for the same purposes by acts of legislation. When a party has had the property of another as his agent, he may be compelled at common law to account by an action of account render.
    3. An account is also the statement of two merchants or others who have dealt together, showing the debits and credits between them. Bouvier's Law Dictionary, 1856.

Agency-Contracts. An agreement, express, or implied, by which one of the parties, called the principal, confides to the other, denominated the agent, the management of some business; to be transacted in his name, or on his account, and by which the agent assumes to do the business and to render an account of it. As a general rule, whatever a man does by himself, except in virtue of a delegated authority, he may do by an agent. Combee's Case, 9 Co. Bouvier's Law Dictionary, 1856.

Agent-Contracts.
    1. One who undertakes to manage some affair to be transacted for another, by his authority on account of the latter, who is called the principal, and to render an account of it.
    2. There are various descriptions of agents, to whom different appellations are given according to the nature of their employments: brokers, factors, supercargoes, attorneys and the like; they are all included in this general term. The authority is created by deed, by simple writing, either by parol, or by mere employment, according to the capacity of the parties, or the nature of the act to be done. It is therefore, express or implies. Wide Authority.

3. It is said to be general or special with reference to its object, i.e. according as it is confined to a single act or is extended to all acts connected with particular employment.

4. With reference to the manner of its execution, it is either limited or un limited, i.e. the agent is bound by precise instructions, (q.v.) or left to pursue his own discretion. It is the duty of an agent.

 A. To perform what he has undertaken in relation to his agency.

 B. To use all necessary care.

 C. To render an account. Pothier, Tr. Du Contrat de Mandat, passim; Paley, Agency, 1 and 2; 1 Livrm. Agency, 2; 1 Suppl. To Ves. Jr. 67, 97, 409: 2 ld 153, 165, 240; Bac. Abr. Master and Servant, 1: 1 Ves. Jr. R. 317 Vide Smith on Merc. Law, ch. 3, pg.43, et seq. and the articles agency, Authority, and Principal.

5. Agents are either joint or several. It is a general rule of common law, that when an authority is given to two or more persons to do an act, and there is no several authority given, all agents must concur in doing it, in order to bind the principal. 3 Picb R. 232; 2 Picb R. 346; 1 Mass. R. 185; Co. Lett. 49b, 112b, 113, and Harg. N. 2: Id 181b. 6 Picb R. 198 6 John. R. 39; Barn. & Ald.628.

6. This rule has been so construed that when the authority is given jointly and severally to three persons, two cannot properly execute it; it must be done by all or by one only. Co. Litt. 181 b. Con. Dig. Attorney, C11; but if the authority is so worded to either of them, an execution by two will be valid. Co. Litt. 49b; Dy. R. 62; 5 Barn & Ald 628. This rule applies to private agencies: for, in public agencies an authority executed by a major would be sufficient. 1 Co. Litt. 181b; Com Dig. Attorney, C14; Bac. Ab. Authority, C; 1 T.R. 592.

7. The rule in commercial transactions however, is very different; and generally, when there are several agents each possesses the whole power. For example, on a consignment of goods for sale to two factors, (whether they are partners or not) each of them is understood to possess the whole power over the goods for the purpose of the consignment. 3 Wils. R. 94, 114; Story on Ag. Sec. 43.

8. As to the persons who are capable of becoming agents, it may be observed, that but few persons are excluded from acting as agents, or from exercising authority delegated to them by others. It is not, therefore, requisite that a person be sui juris, or capable of acting in his own right, in order to be qualified to act for others. Infants, femes covert, persons attained or outlawed, aliens and other persons incompetent for many purposes, may act as agents for others. Co. Litt. 62; Bac. Ab. Authority, B; Com. Dig. Attorney, C 4; Id. Baron and Feme, P3; 1 Hills. S. Car. R. 271; 4 Wend.465; 3 Miss. R. 465; 10 John. 114; 3 Watts, 39; 2 S. & R. 197; 1 Pet. R. 170. Bouvier's Law Dictionary, 1856.

Agreement. Means the bargain of the parties in fact as found in their language or by implication from other circumstances including course of dealing or usage of trade or course of performance as provided by this Act. Sections 1-205 and 1-206). The provisions of this Act determine whether an agreement has legal consequences, if applicable; otherwise by the law of contracts (Section 1-103). (Compare "Contract".) U.C.C. 1-201 (3).

Bill of Exchange-Contracts. A bill of exchange is defined to be an open letter of request from, an order by, one person on another, to pay a sum of money therein mentioned to a third person, on demand, or at a future time therein specified. 2 Bl. Com. 466; Bayl. On Bills1; Chit. Bills, 1; 1H. Bl. 586; 1 B. & P. 291, 654; Selw. N. P. 285. Leigh's N.P. 335; Byles on Bills, 1; 1 Bouv Inst. N. 895. 3.-1. The parties to a bill of exchange are the drawer, (q. v.) or he who makes the order; the drawee (q. v.) or the person to whom it is addressed; the acceptor (q.v.) or he who accepts the bill; the payee (q.v. or the party to whom or in whose favor the bill is made. The indorser, (q. v.)

is ho who writes his name on the back of a bill; the indorsee, (q. v.) is one to whom a bill is transferred by indorsement; and the holder (q. v.) is in general any one of the parties who is in possession of the bill, and entitled to receive the money therein mentioned.

17.-9th. To make a bill negotiable, it must be made payable to order, or bearer, or there must be other operative and equivalent words of transfer. Beawes, pl. 3; Selw. N.P. 303, n. 16; Salk. 133. If, however, it is not intended to make the bill negotiable, these words need not be inserted, and the instrument will, nevertheless, be valid as a bill of exchange. 6 T.R. 123; 6 Taunt. 328; Russ. & Ry. C.C. 300; 3 Caines' R. 137; 9 John. I. 217.

22.-14th. Either the drawee must subscribe the bill, or, it seems, his name may be simply inserted in the body of the instrument. Beaves, pl. 3; Ld. Raym, 1376 1 Stra. 609.

26.-18th. The drawer may also add a request or direction, that in case the bill should not be honored by the drawee, it shall be returned without protest or without expense, by subscribing the words, "retour sans protet," or "sans frais"; in this case the omission of the holder to protest, having been induced by the drawer, he and perhaps the indorsers, cannot insist the payment on that account, and thus the expense is avoided. Chit. Bills, 188. Bouvier's Law Dictionary, 1856.

Claim. A claim is a challenge of the ownership of a thing, which a man has not in possession, and is wrongfully withheld by another. Plowd. 359; Wee; Dall. 444; 12 S. & R. 179. Bouvier's Law Dictionary, 1856.

Collateral. Is the property subject to a security interest, and includes accounts and chattel paper which have been sold; UCC 9-105 (1) (c).

Commercial Crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal possession or sale of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping houses of ill fame, and like offenses); extortion; swindling; or confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were a commercial crime. 27 CFR 72.11

Contract. Means the total obligation, which results from the parties' agreement as affected by this Act and any other applicable rules of law. (Compare "Agreement".) UCC 1-201 (11)

Holder in Due Course.
 A.) Subject to subsection (c) and section 3-106 (d), "holder in due course" means the holder of an instrument if:
  1. the instrument when issued or negotiated to the holder does not bear such apparent evidence of forgery or alteration or is not otherwise so irregular or incomplete as to call into question its authenticity; and
  2. the holder took the instrument (i) for value,(ii) in good faith, (iii) without notice that the instrument is overdue or has been dishonored or that there is an uncured default with respect to payment of another instrument issued as part of the same series, (iv) without notice that the instrument contains an unauthorized signature or has been altered, (v) without notice of any claim to the instrument described in Section 3-306, and (vi) without notice that any party has a defense or claim in recoupment described in Section 3-305 (a)

B.) Notice of discharge of a party, other than discharge in an insolvency proceeding, is not notice of a defense under subsection (a), but discharge is effective against a person who became a holder in due course with notice of the discharge. Public filing or recording of a document does not of itself constitute notice of a defense, claim in recoupment, or claim to the instrument.

C.) Except to the extent a transferor or predecessor in interest has rights as a holder in sue course, a person does not acquire rights of a holder in due course of an instrument taken (i) by legal process or by purchase in a execution, bankruptcy, or creditor's sale or similar proceeding, (ii) by purchase as part of a bulk transaction not in ordinary course of business of the transferor, or (iii) as the successor in interest to an estate or other organization.

D.) If under Section 3-303 (a) (l), the promise of performance that is the consideration for an instrument has been partially performed, the holder may assert rights as a holder in due course of the instrument only to the fraction of the amount payable under the instrument equal to the value of the partial performance divided by the value of the promised performance.

E.) If (i) the person entitled to enforce an instrument has only a security interest in the instrument and (ii) the person obliged to pay the instrument has a defense, claim in recoupment, or claim to the instrument that may be asserted against the person who granted the security interest, the person entitled to enforce the instrument may assert rights as a holder in due course only to an amount payable under the instrument which, at the time of enforcement of the instrument, does not exceed the amount of the unpaid obligation secured.

F.) To be effective, notice must be received at a time and in a manner that gives reasonable opportunity to act on it.

G.) This section is subject to any law limiting status as a holder in due course in particular classes of transactions. UCC 3-302

Honor. To "honor" is to pay or to accept and pay, or where a credit so engages to purchase or discount a draft complying with the terms of the credit. UCC 1-201 (21)

Instrument Contracts. The writing, which contains some agreement, and is so called because it has been prepared as a memorial of what has taken place or agreed upon. The agreement and the instrument in which it is contained are very different things, the latter being only evidence of the existence of the former. The instrument or form of the contract may be valid, but the contract itself may be void on account of fraud. Wide Ayl. Parerg. 305; Dunl. Ad. Pr. 220 Bouvier's Law Dictionary 1856.

Instrument. An Instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft", a person entitled to enforce the instrument may treat it as either. UCC 3-104 (e).

Negotiable.
    A.) That which is capable of being transferred by assignment; a thing, the title to which may be transferred by a sale and indorsement or delivery.

B.) A chose in action was not assignable at common law, and therefore contracts or agreements could not be negotiated. But, exceptions have been allowed to this rule in relation to simple contracts, and others have been introduced by legislative acts. So that, now, bills of exchange, promissory notes, bills of lading, bank notes, payable to order, or to bearer, and in some states bonds and other specialties, may be transferred by assignment, indorsement, or by delivery, when the instrument is payable to bearer.

C.) When a claim is assigned which is not negotiable at law, for example, as a book debt, the title to it remains at law in the assigner, but the assignee is entitled to it in equity, and he may therefore recover it in the assignor's name. See, generally Hare & Wall. Sel. Dec. 158 to 194

Negotiable Paper.  Bouvier's Law Dictionary 1856.

Negotiable Paper-Contracts.
   A.) This term is applies to bills of exchange and promissory notes, which are assignable by indorsement or delivery.

   B.) The statute of 3 & 4 Anne (the principles of which have generally been adopted in this country, either formally, or in effect) made promissory notes payable to a person, or to his order, or bearer, negotiable like inland bills, according to the custom of merchants.

   C.) This negotiable quality transfers the debt from the party to whom it was originally owing, to the holder, when the instrument is properly indorsed, so as to enable the latter to sue in his own name, both the maker of a promissory note, or the acceptor of a bill of exchange, and the other parties to such instruments, such as the drawer of a bill, and the indorser of a bill or note, unless the holder has been guilty of laches in giving the required notice of non-acceptance or non-payment. But, in order to make paper negotiable, it is essential that it be payable in money only, at all events, and not out of a particular fund. 1 Cowen, 691; 6 Cowen, 108; 2 whart. 233; 1 ibb, 490, 503; 1 Ham. 272; 3J.J. Marsh, 174, 542; 3 Halst. 262; 4 Blackf. 47; 6 J.J. Marsh. 170; 4 Mont. 124. See 1 W.C.C.R. 512; 1 Miles, 294; 6 Munf. 3; 10 S & R. 94; 4 Watts, 400; 4 Whart. R. 252; 9 John. 120; 19 John. 144; 11 Vern. 268; 21 Pick. 140. Vide Promissory note. Vide 3 Kent. Comm. Lecture 44; Com. Dig. Merchant, F15, 16; 2 Hill. R. 59; 13 East, 509; 3 B. & C. 47; 7 Bing. 284; 5 T.R. 683; 7 Taunt. 265, 278; 3 Burr. 1516 6 Cowen, 151.

   D.) To render a bill or note negotiable, it must be payable to order, or to bearer. When it is payable "to AB only," it cannot be negotiated so as to give the indorsee a claim against anyone but his indorser. Sougl. 615. An indorsement to AB, without adding "or order", is not restrictive to AB alone, he may, therefore, assign it to another; Str 557; or he may indorse it in blank, when any attempt, afterwards, to restrain its negotiability will be unavailing. Esp. N.P. Cas 180; 1 Bl. Rep.295. Vide Blank Indorsement; Indorsement. Bouvier's Law Dictionary, 1856.

Indorsement. Bouvier's Law Dictionary, 1856.
Negotiation. merc. law.
   A.) The act by which a bill of exchange or promissory note is put into circulation by being passed by one of the original parties to another person.

> B.) Until an accommodation bill or note has been negotiated, there is no contract, which can be enforced on the note: the contract, either express or implied, that the party accommodated will indemnify the other, is, till then, conditional. 2 Man. & Gr. 911. Bouvier's Law Dictionary, 1856.

Non-Not. When prefixed to other words, it is used as a negative as non-access, non-assumpsit. Bouvier's Law Dictionary, 1856.

Parol. A word; speech; hence, verbal; expressed or evidenced by speech only; not expressed in writing. Bouvier's Law Dictionary 4th Edition.

Principal-Contracts. One who, being competent to contract, and who is sui juris, employs another to do any act for his own benefit, or on his own account. As a general rule, it may be said, that every person, sui juris, is capable of being a principal, for in all cases where a man has power as an owner, or in his own right to do anything, he may do it by another. 16 John. 86; Co. 75; Com. Dig. Attorney, C 1;Heinec. As Pand. P.1, lib. 3 tit. 424. Bouvier's Law Dictionary 1856.

Oui Tacet, Consentire Videtur. He who is silent is supposed to consent. The silence of a party implies his consent. Black's Law Dictionary 4th Edition.

Retour Lans Frais-F. In French law. A formula put upon a bill of exchange to signify that the drawer waives protest, and will not be responsible for costs arising thereon.

Strawman. A "front"; a third party who is put up in name only to take part in a transaction. Nominal party to a transaction; one who acts as an agent for another for the purpose of taking title to real property and executing whatever documents and instruments the principal may direct… or to accomplish some purpose otherwise not allowed. Black's Law Dictionary 6th Edition, pg. 1421.

Straw Man. Person set up to serve as a cover for a usually questionable transaction. Merriam-Webster's Collegiate (R) Dictionary, Tenth Edition.

Traverse-Pleading. This term, from the French traverser, signifies to deny or controvert anything which is alleged in the declaration, plea, replication or other pleadings; Taves' Civ Plead. 116, 117 there is no real distinction between traverses and denials, they are the same in substance. Willis. R. 224 however, a traverse, in the technical meaning, and more ordinary acceptation of the term, signifies a direst denial in formal word, "without this that" & c. Summary of Pleadings, 75; 1 Chit. Pl. 576, n.9.

Value. Except as otherwise provided with respect to negotiable instruments and bank collections (Sections 3-303, 4-208, and 4-209) a person gives "value" for rights if he acquires them:

> A.) in return for a binding commitment to extend credit or for the extension of immediately available credit whether or not drawn upon and whether or not a charge-back is provided for in the event of difficulties in collection; or
>
> B.) as security or in total or partial satisfaction of a pre-existing claim; or
>
> C.) by accepting delivery pursuant to a pre-existing contract for purchase; or
>
> D.) generally, in return for any consideration sufficient to support a simple contract. UCC 1-201 (44).

Therefore the United States is a corporation and must have counsel to represent it in any action in a Court of LAW, there is NO ATTORNEY of record as required by Court Rules, or the Laws of the United States so therefore the Cases were filed by fraud and pursuant to the Court Rules Federal Rules of Civil Procedure 60 these cases must be stricken. In addition as Speaker of the House Pelosi has stated for the CONGRESSIONAL RECORD that there are agencies and agents of the United States that have mislead, misrepresented and lied to Congress in hearings held before it. This would include the Clerks of the Court, Federal Courts, United States Attorneys, Banks and Private Attorneys who impersonated government agents by representing Agencies and Instrumentalities of the United States in Courts that lacked Jurisdiction.

The Special Master has jurisdiction of Fort Lyon Correctional Facility, as it is still Federal Property under the control of the United States of America, as there has been no transfer of the property to the non-existent STATE OF COLORADO a defacto corporate entity. The criminal acts of the STATE OF COLORADO, the Department of Justice, the Attorney General of the STATE OF COLORADO, Staff at FLCF who have no lawful Oath of Office on file nor corresponding bond pursuant to the Constitution of the United States of America, federal law and state law violates the Clean Hands Doctrine. Since the STATE OF COLORADO is a sub-corporation of the bankrupt United States they had to post a bond with the Receiver in the Bankruptcy the Secretary of the Treasury before proceeding to state a claim against a sovereign of America, as all crimes are civil pursuant to CFR 72.11; there is no bond that has been posted in direct violation of Bankruptcy law and the laws of the United States of America. There is no proper filing in the Secretary of State of the State of Colorado as to any corporation STATE OF COLORADO, which is a direct violation of state and federal statutes. So therefore, the Special Masters have control of Fort Lyon Correctional Facility and being fully informed at LAW need to make application to the proper Judge to release Roy Edward Schwasinger as the Special Masters have been notified of fraud, misrepresentation and national security issues. See below:

❖ December 26th 1933 49 Statute 3097 Treaty Series 881 (Convention on Rights and Duties of States) stated CONGRESS replaced STATUTES with international law, placing all states under international law.

❖ December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations, making all public offices foreign to the people of the United States.

❖ 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.

❖ Title 8 USC 1481 stated once an oath of office is taken citizenship is relinquished, thus the public officer becomes a foreign entity, agency, or state. That means every public office is a foreign state, including all political subdivisions. (i.e. every single court is considered a separate foreign entity.)

❖ Title 22 USC 3002 Section 15A states that the United States is a Federal Corporation and not a Government, including the Judiciary Procedural Section.

❖ Federal Rules of Civil Procedure (FRCP) 4j states that the Court's jurisdiction and immunity fall under a foreign State.

❖ The 11th Amendment states "The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens

of another State, or by Citizens or Subjects of a Foreign State." (A foreign entity, agency, or state cannot bring any suit against a United States citizen without abiding the following procedure.)

❖ Title 22 CFR 93.1-93.2 states that the Department of State has to be notified of any suit, and in turn has to notify the United States citizen of said suit.

❖ Title 28 USC 1330 states that the United States District Court has to grant permission for the suit to be pursued once the court has been supplied sufficient proof that the United States citizen is actually a corporate entity.

❖ Title 28 USC 1608 living sentient beings have Absolute Immunity as a Corporation.

❖ Title 28 USC 1602 – 1611 (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged and a demand of proper jurisdiction to be stated.

❖ July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State," expatriation is what is broken when jurisdiction is demanded, and it is not met with an answer.

❖ Under the Federal Rules of Civil Procedure 12b6 the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities.

❖ 1950 81st Congress Investigated the Lawyers Guild and determined that the B. A. R. Association is founded and run by communists under definition. Thus, any elected official that is a member of the B. A. R. will only be loyal to the B. A. R.  and not the people.

❖ 27 CFR 72.11 all crimes are commercial.

The Court can see by looking at the aforementioned, that all courts are foreign states/agents/corporations in respect to American Citizens. They have no jurisdiction over American Citizens. For them to obtain jurisdiction over American Citizens, permission must be granted by the Secretary of State in Washington D. C. As you can see, the court rules provide for this process. You can see that the Court was proceeding under the presumption that you are a corporation, but even so the Court did not follow the required process for obtaining jurisdiction over a corporation, i.e., service of process on the registered agent. How could they, there was no registered agent, there being no corporation. The Court lacked jurisdiction.

The Court DID NOT address the issue of whether or not it had jurisdiction under the laws cited above, but ignored any challenges to jurisdiction. This is a denial of due process.

That is a denial of due process, and clearly demonstrates the judge's bias in the case.

Any time the court denies due process, it loses subject matter jurisdiction (assuming it had subject matter jurisdiction, which it did not.

As a Special Masters, you are under Oath of Office pursuant to the Laws of the United States of America and the Constitution of the United States of America to uphold the laws and constitution and faithfully discharge the same. Title 18 U.S.C. §4 Misprision of Felony and who to notify of criminal actions. Since the Special Masters have been NOTIFIED of Criminal acts that covertly subvert the

National Security of the United States of America they are duty bound to act in upholding their oaths as their fiduciary duty to the Constitution of the United States of America.

The Attorney of Record name has been requested from the United States District Court Clerk for the District of Nebraska, the United States District Court Clerk for the District of Colorado, the Court Clerk for the United States Court of Appeals for the 10th Circuit, the United States Department of Justice (Civil, Tax, and Criminal Divisions) the Senate Judiciary and none of the persons in control of the COURT RECORD by law and Court rules has the Attorney of Record.

No Attorney of Record has been identified representing the United States of America in court docket 86CV951 and 87CV494 filed in the United States District Court for the District of Nebraska. Roy Edward Schwasinger here by requests the Special Masters to file the appropriate paperwork with the Federal Judge to immediately release him, strike all of the fraudulent records from the court, strike the fraudulent documents, testimony, and evidence placed in the Congressional Record, and pay the damages created by agents, and agencies of the United States that stole books, records, paperwork, documents, evidence, and claims of all of the people who had damages under the control of Roy Edward Schwasinger under patent, copyright and trademark. The damages that have occurred so far to Roy Edward Schwasinger are as listed in the following **exhibit 3**.

Roy Edward Schwasinger also wants the answer to the following question; as why I am being unlawfully held in a State correctional facility when these cases are Federal and Civil in nature if in fact the IRS even had the authority; which your records and laws show that it did not.

The Fort Lyon Correctional Facility and its Staff has caused extreme damages by alleging to have jurisdiction over me, which has been refuted by affidavit. I, Roy Edward Schwasinger hereby requests an order directed to the Colorado Department of Corrections and Fort Lyon Correctional Facility to release me so that I can proceed with complying with the summons in this case, which affects many others. In addition to this, the Fort Lyon Correctional Facility has stolen mail, tampered with evidence, stolen evidence, books, records and documents thereby obstructing justice, which is a criminal offense. The Staff at the Fort Lyon Corrections Facility will not even sign the appropriate documents allowing me, to be able to get a copy of my birth certificate from the State of Nebraska in order to carry on legal inquiries with government offices, which is causing obstruction of justice to occur and also depriving me of equal access to the court. This is a direct violation of Fort Lyon Correctional Facility and the Colorado Department of Corrections Administrative Rules, state and federal law. In addition to this the Staff at the Fort Lyon Correctional Facility failed to have an appropriate Oath of Office on file with the Secretary of State pursuant to State and Federal statutes and in addition have failed to post the appropriate bond applicable to the Oath pursuant to State and Federal Laws which is to be in place by public officials for damages caused.

Furthermore the Staff at the Fort Lyon Correctional Facility has discriminated against me, by refusing me equal and due access to due process of administrative and legal remedy available to the average person, which thereby disallows me equal access to the Court system.

This Court does have jurisdiction over matters of crimes that are presented to it pursuant to the Laws of the United States of America under Title 18 U.S.C. §241 and §242, Title 18 U.S.C. §2071, Title 18 U.S.C. 42, and Title 18 U.S.C. §4 Misprision of Felony, and the Federal Rules of Criminal and Civil Procedure for fraud upon the Court and for the reasons set forth in this document.

I certify that the contents of this document are true, correct, accurate, and complete and that I have personal knowledge of the contents herein under Penalty of Perjury.

Dated this _____ /5_____ day of June, 2009

Roy Edward Schwasinger©
Sui Juris
UCC 1-207 Complete and Total Reservation of ALL RIGHTS

31

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing ANSWER IN RESPONSE TO ORDER TO SHOW CAUSE OF SPECIAL MASTER THIS _____15th_____ day of June 2009 to the following listed below:

United States Clerk of the Court
901 19th St
Denver, CO 80294

Mr. James Quinn
Office of the Attorney General
1525 Sherman Street
Denver, Colorado, 80203

Legal Resolution Center
7907 Zenobia Street
West Minster, Colorado, 80030

Exhibit 1

Certified Mail Number: 7008 0150 0002 1347 5096

8 June 2009

# Notice of Default

This NOTICE OF DEFAULT with 10 day NOTICE TO CURE is being served this 8th day of June upon the United States Department of Justice Civil Division and the United States Department of Justice Tax Division for failure to comply with the Title 18 U.S.C. § 241 and §242; Title 18 U.S.C. §2071; Title 18 U.S.C. §4; Title 42 U.S.C.; and numerous other Federal Laws; United States Supreme Court Decisions which are the Supreme Law of the Land; Fraud upon the Court in direct violation of the Department of Justice's own Administrative Rules; and the Court Rules that they are entrusted to uphold and abide by. This is in addition to the Department of Justice's Civil and Tax division failure to uphold their Oaths of Office pursuant to the Constitution of the United States of America, this is breach of fiduciary duty along with several other serious crimes such as the security of the United States where by there are fraudulent records pertaining to the Security of the United States are being manipulated and destroyed in the courts.

This default is also being filed as the Department of Justice has failed to respond to the FOIA and Privacy Act requests for the Attorney of record, which should be a matter of PUBLIC RECORD and no request requiring any type of disclosure as to certification of identification is required. This was sent to you by Certified Mail Number 7007 0710 0000 4105 7830 on May 05, 2009. The Department of Justice through its Civil and Tax Division refuses to provide the Attorney in the Cases filed in the United States District Court for the District of Nebraska under Case Number 86-CV-951 and 87-CV-494; as well as the Case Number 93-CV-1308M in the United States District Court for the District of Colorado.

There is no Federal Law, Administrative rule or regulation that gives the United States Department of Justice's Civil or Tax Division to flagrantly violate the law they specifically took an oath to uphold. You specifically have 10 days from receipt of this NOTICE TO CURE DEFAULT or pay all of the claims and damages of all of the persons whose books, paperwork, records, evidence and claims that you fraudulently misrepresented to the courts and congress that were filed in the federal courts. In addition to paying all of the damages you will also strike all of the fraudulent records and cases filed in the Federal Courts which are under the jurisdiction of the United States Department of Justice to administer and ensure that the Courts and Court employee's were following the proper law in the administration of justice pursuant to the Constitution of the United States of America and the Laws of the United States of America.

Because of the failure of the Clerk of the Court, the United States Attorney, the Magistrate and District Court Judges, I am unable to comply with the IRS Summons, the laws of the United States or various States. The Clerk of the Court, the United States Department of Justice Civil and Tax division refuses to reveal who the attorney of record is, and there are errors and misrepresentations in the record and fraud upon the court. Either CURE THE DEFAULT or pay the damages for all of the people who lost records, books, documents, evidence and information from various different courts, that were taken fraudulently through Courts under the jurisdiction of the United States Department of Justice who's job was the lawful administration of justice through the Court system.

The IRS is a government corporation created by the Secretary of the Treasury pursuant to a congressional statutory grant of authority (see specifically IRC § 7801). The IRS is not an agency of the United States Government but it is declared by statute to be a federal agency of the United States. The United States Government was created by the Constitution as a central government representing the

interests of the several States. Congress, however, is delegated authority over its territory and other property, i.e., the United States, pursuant to Art. 4 § 3(2), Congress' power to make "all needful rules and regulations" over its territory, i.e., United States' property or real estate. Acting in this capacity, Congress is not acting as a central government for the several States but is acting in the capacity as a state legislature over its territory and other property. The federal income tax is not pursuant to Art 1 § 8(1) but Art. 4 § 3(2). The Secretary in IRC § 7805 is delegated the authority to enforce Title 26 with "all needful rules and regulations." The Commissioner has only the authority the Secretary delegates to him as he is an inferior or subordinate public officer. No authority to enforce the internal revenue laws is delegated to him by statute. A Treasury Order specifically names the Commissioner to be the Chief Executive Officer of the IRS. The IRS is a government corporation, which administers taxes laid within United States' territories and insular possessions and upon those who are subject to Congress' Art. 4 § 3(2) legislative jurisdiction, i.e., the "citizen of the United States" wherever resident.

Furthermore, the IRS is not a U.S. Government Agency:

"The Internal Revenue Service is not an agency of the United States government. It is true that not only can it NOT be found in Title 31, but it is nowhere to be found in the entirety of Title 5 U.S.C." "Congress THOUGHT it created it but it didn't. Just look at the 1100 manual and it tells you so. Congress only created the Commissioner's Office. He then hired the private collection agency people and used them as the tax collectors. In fact, please provide me with any IRS employee listed as an Employee of the United States Government with a United States Employee Identification number that has been hired by any District Director in the Country. Now I suggest that you look at 27 Code of Federal Regulations Section 250.11 and therein you will find the definition of "Revenue agent." That definition reads; any duly authorized Commonwealth Internal Revenue Agent of the Department of the Treasury of Puerto Rico.

In addition, see attached **Exhibit 1** where the United States attorney answered in Federal Court that the IRS is not an agency of the government.

Therefore, the IRS lacks the standing in Federal Court as a competent party who can file suit upon citizens. Federal Courts would lack subject matter jurisdiction of an entity that does not exist and thereby filed cases by fraud in courts. This action was not just a casual mistake but intentional, deliberate, knowing and fraudulent in nature. Since the Department of Justice is charged with administration of the Federal Judiciary, it is their responsibility to strike the records under the Statutes of Fraud that created fraudulent records to be entered into courts by entities that did not exist or have the authority to file and bring suit. It is therefore the responsibility of the Department of Justice to Strike all the cases from the court in which the IRS was a party in any capacity, find and produce all of the records that have been taken illegally, and pay the resultant damages incurred from failure to do due diligence, breach of fiduciary responsibility, and fraud in violation to your oath under U.S.C. 4 §101 and §102.

I demand either the answers as to who the Attorneys of Record are for the Internal Service or that you declare that the Summons issued in Cases 86CV951 and 87CV494 be declared as fraudulent for violating numerous Federal Statutes, and Court Rules pursuant to taking legal action and stricken from the record under the Statutes of Fraud; or send this to the appropriate federal department or division to release SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC., so that he may produce the documents, books, records, and evidence to comply with the IRS Summons and correct the fraudulent documents filed in Federal Court Cases 86CV951 and 87CV494 to get them stricken from the record based on the fraud perpetrated by the IRS and its attorneys upon the United States District Courts and the United States of America. The laws of the United States, Federal Rules of Civil and

Criminal Procedure, as well as numerous court decisions state that the attorney of record must file an appearance, and if there is a change, substitution or other change on behalf of the original attorney that filed the appearance they must notify all of the parties to the action as well as the Clerk of the Court, these records are vital as to which party or parties perpetrated a Fraud upon the Court, and the United States of America by creating a security threat involving documents being tampered with or destroyed that are vital to the national security of the United States of America.

Failure to CURE THIS NOTICE OF DEFAULT WITHIN 10 DAYS will result in the Department of Justice Civil and Tax Division to be liable for all of the damages from all of the people who lost books, records, documents, evidence; evidence of liability, copyright violations and claims due to the misrepresentation and failure of the Department of Justice and their employees to follow their Oaths and the prescribed Laws of the United States of America.

Dated this _____8th_____ day of June, 2009

Scott Edward Hildebrand©
Sui Juris

## CERTIFICATE OF MAILING

I hereby certify that on this _____8th_____ day of June 2009, a true and correct copy of the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

US Department of Justice Tax Division
Tax Division,
950 Pennsylvania Ave. NW
Washington, DC 20530

United States Department of Justice
Director of the Civil Division
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530-0001

SCHWASINGER, Roy as President
of WATER CONSERVATION SYSTEMS INC.
FLCP, P.O. Box 1000
Ft. Lyon, CO 81038-1000

Scott Edward Hildebrand©
Sui Juris

Exhibit #2

BETTY H. RICHARDSON
United States Attorney
United States Attorney's Office
Box 32
Boise, Idaho 83707
Telephone: (208) 334-1211

FILED

RICHARD R. WARD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-5867

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO

DIVERSIFIED METAL PRODUCTS,
INC.,

        Plaintiff,

    v.

T-BOW COMPANY TRUST, INTERNAL
REVENUE SERVICE, and STEVE
MORGAN,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 93-405-E-EJL

UNITED STATES' ANSWER AND CLAIM

    The United States of America, through undersigned counsel hereby responds to the numbered paragraphs of plaintiff's complaint as follows:

    1.   The United States is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and, on that basis, denies the allegations.

UNITED STATES ANSWER AND CLAIM - 1

5

9393990P.ANS

2. The United States is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and, on that basis, denies the allegations.

3. The United States is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 and, on that basis, denies the allegations.

4. Denies that the Internal Revenue Service is an agency of the United States Government but admits that the United States of America would be a proper party to this action. Admits that the IRS has served a Notice of Levy on plaintiff for funds owed to defendant Steve Morgan.

5. Admits that the IRS has made a demand on plaintiff for payment of funds owed to Steve Morgan. The United States is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations, and, on that basis, denies the remaining allegations.

6. Admits that Exhibits A and B are attached and are respectively, a copy of a letter from Lonnie Crockett and a copy of a Notice of Levy served by the IRS.

7. The United States is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and, on that basis, denies the allegations.

UNITED STATES ANSWER AND CLAIM - 2

9393990P.ANS

8.    Admits that copies of two checks in the amounts of $504.00 and $345.60 are attached to the complaint as Exhibit C.

9.    The United States is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and, on that basis, denies the allegations.

10.    Paragraph 10 contains allegations of law to which no response is required.

11.    Paragraph 11 contains allegations of law to which no response is required.

### FIRST DEFENSE

Plaintiff is not entitled to an award of attorney fees or costs that would diminish the recovery of the United States.

### SECOND DEFENSE

The Internal Revenue Service is not a proper defendant and the United States should be substituted in its place.

### THIRD DEFENSE

The United States has not waived its sovereign immunity to suit.

### FOURTH DEFENSE

Plaintiff's complaint should be dismissed for insufficient service of process on the United States.

### FIFTH DEFENSE

Plaintiff's complaint fails to state a jurisdictional basis for suit.

UNITED STATES ANSWER AND CLAIM - 3

9393990P.ANS

## CLAIM OF THE UNITED STATES

1.   This claim is made pursuant to 26 U.S.C. Sections 7401 and 7403, at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

2.   On May 29, 1989, a delegate of the Secretary of the Treasury made an assessment of unpaid personal income taxes against Steven and Koreen Morgan in the amount of $516.50, including penalties and interest, for the taxable period ending December 31, 1988.

3.   Notice of and demand for payment of the taxes described in paragraph 1 above was given to and made on Steven and Koreen Morgan in accordance with 26 U.S.C. § 6303.

4.   Notice of Federal Tax Lien with respect to the assessment described in paragraph 1 above was filed with the Madison County Recorder, Rexburg, Idaho on August 30, 1993.

5.   On May 31, 1993, a delegate of the Secretary of the Treasury made an assessment of unpaid personal income taxes against Steven Morgan in the amount of $2,565.21, including penalties and interest, for the taxable period ending December 31, 1989.

6.   Notice of and demand for payment of the taxes described in paragraph 4 above was given to and made on Steven Morgan in accordance with 26 U.S.C. § 6303.

UNITED STATES ANSWER AND CLAIM - 4

9393990P.ANS

7.   Notice of Federal Tax Lien with respect to the assessment described in paragraph 4 above was filed with the Madison County Recorder, Rexburg, Idaho on August 30, 1993.

8.   On May 31, 1993, a delegate of the Secretary of the Treasury made an assessment of unpaid personal income taxes against Steven Morgan in the amount of $2,393.28, including penalties and interest, for the taxable period ending December 31, 1990.

9.   Notice of and demand for payment of the taxes described in paragraph 7 above was given to and made on Steven Morgan in accordance with 26 U.S.C. § 6303.

10.   Notice of Federal Tax Lien with respect to the assessment described in paragraph 7 above was filed with the Madison County Recorder, Rexburg, Idaho on August 30, 1993.

11.   Despite notice and demand, Steve Morgan has failed to pay the taxes assessed and there remains due and owing to the United States the sum of $5,474.99, plus accrued interest, penalties, and other statutory additions.

12.   On or about August 3, 1993, the Internal Revenue Service served a Notice of Levy on Steve Morgan's employer, Diversified Metal Products, Inc., requesting payment of all monies owed to Steve Morgan by Diversified Metal Products.

13.   The interpleaded fund contains money that is owed to Steve Morgan by Diversified Metal Products, Inc. to which the federal tax lien attaches.

UNITED STATES ANSWER AND CLAIM - 5

9393990P.ANS

14.   The United States claims priority to the interpleaded fund in such amount remaining after satisfaction of the claims of competing claimants to the fund who are entitled to priority over the United States.

WHEREFORE, the United States of America prays the Court:

1.   Adjudge and decree that the defendant the United States of America has valid and subsisting liens in the amount of $5,474.99, plus accrued interest, penalties, and other statutory additions.

2.   Determine the rights, titles, and interest of the parties to the fund; and

3.   Grant the United States its costs and such other further relief that is just and proper.

Respectfully submitted this _18th_ day of November, 1993.

BETTY H. RICHARDSON
United States Attorney

_Richard R. Ward_

RICHARD R. WARD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-5867

UNITED STATES ANSWER AND CLAIM - 6

Exhibit # 3

---

# INVOICE

INVOICE # [100]
DATE: JUNE 13, 2009

**Roy Edward Schwasinger**

<table>
<tr>
<td>TO</td>
<td>Bureau of Government Financial Operations, Department of the Treasury Main Treasury Building 1500 Pennsylvania Avenue, NW. Washington, D.C., 20220</td>
<td>**REMIT PAYMENT TO**</td>
<td>Roy Edward Schwasinger Registration Number 138688 Fort Lyon Correctional Facility P.O. Box 1000 Fort Lyon, Colorado 81038</td>
</tr>
</table>

| LOSSES DUE FROM FRAUD, MISREPRESENTATION, DESTRUCTION AND CONCEALMENT BY STATE AND FEDERAL COURTS AND THEIR AGENTS | PAYMENT TERMS |
|---|---|
| Court Number and Location | Amount of Damage Due on Receipt of Invoice |

| Case Number | Total Damages Due |
|---|---|
| 1985cv00226 | $ 39,303,000,000.00 |
| 1986cv00951 US District Court for the District of Nebraska | $ 36,504,000,000.00 |
| 1987cv00494 US District Court for the District of Nebraska | $ 35,478,000,000.00 |
| 1990cv02048 | $ 31,257,000,000.00 |
| 1992cv03110 | $ 27,832,500,000.00 |
| 92-cv-1781 | $ 312,120,000,000.00 |
| 93-1308M US District Court for the District of Colorado | $ 52,101,000,000.00 |
| 1993cv01210 | $ 25,897,500,000.00 |
| 1993cv01281 | $ 43,110,000,000.00 |
| 1993mj01364 US District Court for the District of Colorado | $ 34,398,000,000.00 |
| 1993cr00032 US District Court for the Northern District of Texas, Amarillo Division | $ 34,224,000,000.00 |
| 1993cv01378 | $ 33,870,000,000.00 |
| 1993cv01450 | $ 33,582,000,000.00 |
| 95-CR-2014 | $ 31,614,000,000.00 |
| 95-CR-102 | $ 38,482,500,000.00 |
| 1995op01214 | $ 30,288,000,000.00 |

1

| | | |
|---|---|---|
| 1995mi00135 | $ | 30,180,000,000.00 |
| 1995op10573 | $ | 30,072,000,000.00 |
| 1995cv01434 | $ | 29,448,000,000.00 |
| 1996cv00746 | $ | 28,488,000,000.00 |
| 1996cv00947 | $ | 28,380,000,000.00 |
| 1996op01313 | $ | 27,948,000,000.00 |
| 96-CV-2166 US District Court for the District of Colorado | $ | 27,480,000,000.00 |
| 97-3021 US District Court for the District of Colorado | $ | 44,908,500,000.00 |
| 97-3023 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3024 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3026 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3031 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3033 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3267 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3277 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3278 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3279 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3280 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 97-3281 8th District Court of Appeals | $ | 44,908,500,000.00 |
| 1996cv02081 US District Court for the District of Colorado | $ | 19,183,500,000.00 |
| 1997nc10891 | $ | 19,066,500,000.00 |
| 1997cr01299 US District Court for the District of Colorado | $ | 19,057,500,000.00 |
| 1997nc11358 | $ | 18,585,000,000.00 |
| 1998op00514 | $ | 17,950,500,000.00 |
| 1998op01178 | $ | 17,932,500,000.00 |
| 1998mi00326 | $ | 17,676,000,000.00 |
| 1998op00522 | $ | 17,649,000,000.00 |
| 1998op01291 | $ | 17,572,500,000.00 |
| 1999nc10839 | $ | 15,988,500,000.00 |
| 2001cv00528 | $ | 13,302,000,000.00 |
| 2001op10941 | $ | 12,798,000,000.00 |
| 2002cv00019 | $ | 12,046,500,000.00 |
| 2002cv00109 | $ | 11,916,000,000.00 |
| 2002cv00118 | $ | 11,916,000,000.00 |
| 2006cv01487 | $ | 4,662,000,000.00 |
| 2006pr343 | $ | 4,531,500,000.00 |
| Colorado Department Of Corrections | $ | 2,641,500,000.00 |
| 95-2054 US District Court for the District of Colorado | $ | 35,433,000,000.00 |
| 96-704 US District Court for the District of Colorado | $ | 35,433,000,000.00 |
| 96-0116 US District Court for the District of Colorado | $ | 35,433,000,000.00 |
| 97-121Y US District Court for the District of Colorado | $ | 52,101,000,000.00 |
| 96-2506 8th District Court of Appeals | $ | 26,050,500,000.00 |
| 86-CV-951 The State of Texas | $ | 25,668,000,000.00 |
| State of Colorado Registration #138688 | $ | 7,044,000,000.00 |
| 00SA259 Supreme Court of Colorado | $ | 59,130,000,000.00 |

2

| | | |
|---|---|---|
| Larimer & Jefferson County | $ | 47,304,000,000.00 |
| Bureau of Prisons | $ | 51,336,000,000.00 |
| Fort Lyon Correctional Facility | $ | 46,503,000,000.00 |
| Denver Reception Diagnostic Center | $ | 46,512,000,000.00 |
| **Total losses due from fraud, misrepresentation, destruction and concealment by state and federal courts and their agents** | $ | 2,303,382,000,000.00 |