IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Court on the letter submitted by Michael Collins (#4002). Claimant's letter seeks an order directing his release from DOC custody.

      This is a case brought under the provisions of the Americans with Disabilities Act and Rehabilitation Act. It is not a case in which release from custody may be sought. Claimant must exhaust all state remedies and then file a petition pursuant to 28 U.S.C. §2254. There is no jurisdiction to seek release under the ADA.

      IT IS HEREBY ORDERED that the letter of Michael Collins is accepted for filing but no further action may be taken on it.

      SIGNED this 16th day of June, 2009.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master