1.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

**JESSE MONTEZ,** et al.

    Plaintiff

Vs.

**BILL OWENS,** et al.

    Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2009

GREGORY C. LANGHAM
CLERK

---

Claim Number # 03-298
Category III
Claimant: Lawrence Handy, # 44272
Address of Claimant:
CTCF # 3, P.O. Box # 1010
Canon City, Colorado, 81215-1010

---

**MOTION REQUESTING AN ENLARGEMENT OF TIME**
**FOR FILING UNDER FEDERAL CIVIL PROCEDURE 53(g)(2)**
In objection to the outrageous illegal action of the court
in the hearing of April 20, 2009:

---

COMES NOW: the plaintiff, Lawrence Handy, Proceeding PRO-SE.
Due to three lock downs at this facility and due to the fact that this Defendant can read nor/write very little and needs help from other inmates. It has been impossible to comply with this dead line of June 15, 2009:

Respectfully submitted this 15, day of June 2009:

_Lawrence Handy_     6-15-09   Inmate
Lawrence Handy
# 44272

mail Box