IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs-

BILL OWENS, et al.

    Defendants

**FILED**
UNITED STATES DISTRICT COURT
COLORADO

JUN 22 2009

LANGHAM

---

Claim Number X-368
Category: Untimely Filed Claim
Claimant: Roy E. Schwasinger, #138688
Address of Claimant: FLCP, P.O. Box 1000 Ft. Lyon, CO 81038-1000

---

## NOTIFICATION OF MEDICAL PROCEDURE

COME NOW Kim Reif as Representative for SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC., hereby state for the record the following:

That SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC. was just returned to Fort Lyon Correctional Facility on 19 June 2009 from surgery that he had earlier in the week. He wants the Court to be notified of the fact that he will have to return to the hospital medical for more medical procedures and tests in 3 weeks. This notification is to alert the Court so that it is easier to make a schedule and not waste the Special Masters or the Courts time.

*Kim Reif as Representative for Schwasinger, Roy as President of Water Conservation Systems Inc.*

Kim Reif as Representative for
SCHWASINGER, Roy as President of WATER CONSERVATION SYSTEMS INC.

### CERTIFICATE OF MAILING

    I hereby certify that I have mailed a copy of the foregoing ANSWER IN RESPONSE TO ORDER TO SHOW CAUSE OF SPECIAL MASTER this _19th_ day of June 2009 to the following listed below:

United States Clerk of the Court
901 19th St
Denver, CO 80294

Mr. James Quinn
Office of the Attorney General
1525 Sherman Street
Denver, Colorado, 80203

Legal Resolution Center
7907 Zenobia Street
West Minster, Colorado, 80030

SCHWASINGER, Roy as President
of WATER CONSERVATION SYSTEMS INC.
FLCP, P.O. Box 1000
Ft. Lyon, CO 81038-1000