Civil Action No. 92-CV-870-CMA

Jesse Montez, et al.,
Plaintiffs

V.

Bill Owens, et al.,
Defendants.

```
                    FILED
         UNITED STATES DISTRICT COURT
              DENVER, COLORADO

              JUN 25 2009

          GREGORY C. LANGHAM
                              CLERK
```

---

### REQUEST FOR A NEW HEARING BECAUSE OF ORDER DENYING MOTION FOR A HEARING AND TO RECONSIDER CIVIL ACTION NO. 09-CV-00983-ZLW

---

I requested a hearing pursuant to rule 201(e) as I felt numerous facts were disputable in the above cited case. It was filed June 18,2009 if the Special Masters care to look it up. Even though the Remedial Plan and ALL disability Screening Paper work supplied to the court clearly state that Montez delt with LOWER MOBILITY ONLY, this ruling by Judge Weinshienk effectively denied me access to the court. It is more than just arguable that Her ruling has placed upper mobility within the scope of the Special Masters authority and entitles me to a new hearing as the ruling by Judge Weinshienk also makes ALL the disability screenings done in the past under Montez a moot point. All the screening paper work submitted by Medical is clearly marked LOWER MOBILITY ONLY. The Remedial plan is marked LOWER MOBILITY ONLY.

In a order from the Special Masters dated June 5th 2009, you wanted to let the Defendants reply and gave them till July 27th 2009 to do so. What ever Defendants think is irrelevant, they have produced paper work in the form of a letter to Plaintiff from Anna Marie Campbell. See reply to order sent to the Special Masters on April 9,2009. Plaintiff had been approved by Dr. Aasen (DOC DOCTOR) AGAIN for Books on Tape. Defendants used the Montez Hearing of Plaintiff as grounds to order Doctor Aasen to rescind his approval, and in the last paragraph of that letter specificly cite the remedial plan, a plan that does not pertain to upper mobility problems. The **MAIN** thing is MONTEZ and how the ADA applies to it is far, far different than violations under the 14th Amendment/ Rehabilitation Act 29 U.S.C. §794(a) and the ADA Act (42 U.S.C. §12102). With Judge Weinshienk decesion it makes such things as walking 100 yards and climbing one flight of stairs a moot point, as now the more liberal standards will apply along with the ADA Amendments Act of 2008.

I belive with the evidence presentd (The Letter) from Ms. Campbell it is proof that DOC is trying to play the same games as they always play, they want it both ways, they say the Special Masters cant rule on UPPER MOBILITY, every one agreed (BECAUSE OF THE NARROW LIMITATIONS OF THE REMEDIAL PLAN AGREED TO BY CLASS COUNSEL) **NOW** when I get everything re-approved they (DOC) says oh no you cant do that because of the hearing by the SPECIAL MASTERS, (SAME HEARING WHERE DOC SAID THE SPECIAL MASTERS HAD NO AUTHORITY TO RULE ON UPPER MOBILITY ISSUES).

I belive Judge Weinshienk's ruling along with evidence from DOC, entitles me to a new hearing as the Federal Court and the DEfendants

1

themselves by their actions have shown that they belived UPPER MOBILITY IMPAIRMENTS should of applied to Montez. Also by the recent Court ruling and the actions of DOC the remedial plan is moot and everything about the Rehab. Act and the ADA Act should apply. Even Judge Weinshienk cant have it both ways, I am making this request for a new hearing ASAP because of the recent Courtrulings and the evidence that shows DOC agrees with it by the letter they sent to plaintiff also the Hearing should be done under the new Guidelines of the ADA Amendment Act of 2008, again because of recent court rulings.

Plaintiff has now been denied Books On Tape for a few years despite geting everything reaproved, this action by DOC has made it impossiable for Plaintiff to properly observe his religion (JEWISH) as his TANAKH and DAILY PRAYERS were on tape. YES I AM FRUSTRATED AND ANGRY, it seems now DOC has the cooperation of the Court. Again I am requesting a new hearing, there is no need for a reply by the defendants, AND BECAUSE IT HAS NOW BEEN YEARS as DOC has the collaboration of the Courts in curtailing all DIsability issues I cant help but wonder if there is more to it? Is there an ANTI-SEMETIC aspect to it? After all I have shown arguable FACTS and more than enough proof as it is amazing what DOC personal will put their names to, maybe because they know the court is not going to do nothing. *As stated I cant even practice my religion*

DATE June 21, 09

Wellman Gibson