IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870 - CMA

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-038
Category: III
Claimant: Benny Padilla, #82114
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the letter of Claimant (#3974). In that letter, Claimant alleged that he had not received the award of $1,500.00 that was ordered by the Special Master.

      Defendants were given a chance to respond to the letter. Defendants have responded and have provided a copy of a check that was forwarded to inmate banking. Claimant's letter, being treated as a motion to compel, is now moot, as Claimant has received his money.

      IT IS HEREBY ORDERED that Claimant's motion to compel is denied as moot, as he has received the money ordered by the Special Master.

      SIGNED this 23rd day of June, 2009.

                      BY THE COURT:

                      */s/ Richard M. Borchers*

                      Richard M. Borchers
                      Special Master