92cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 26 2009

GREGORY C. LANGHAM
CLERK

RE: Response to false accusation by DOC

Dear DOC HQ, and others;

It is a sad state of the times when a large poweful state agency spends so much time, energy and tax payers money trying to prove an ADA covered inmate wrong. The record clearly shows that the inmate was and is correct in his dispute. Correction officials must not have read the medical file correctly or they are in denial for making mistakes.

There has been over 15 people involved from the states correction system that are connected with medical either here at SCF or DOC HQ, that seem hell bent on making me wrong in my quest for proper sized Doctor ordered **"SPECIAL SHOES"** to relieve a Diabetic condition. The Federal Courts and DOC agreed to settle issues like this for myself and other Diabetic inmates.

Once again I feel I must try and clear the air by responding to the last letter I received from another DOC HQ official Cheryl Smith. If those who have commented, responded, and called me a liar would review the dates of **August 31** and **September 2, 2008** in my Medical File and paid attention to all the kites I have submitted this matter could have been cleared up months ago. These jaded responses and accusations from DOC Officals, Drew, Frantz, Shoemaker, Dowis, Holst, Smith and Stock, along with the lack of involvment by the DOC Inspector General in seeing that the policy and procedures of the Grievance Process was followed could all have been avoided.

An outside investigation is needed as inmates with serious medical problems covered under the ADA or otherwise are being slighted, and some are completely ignored here at SCF, a so called **MEDICAL DESIGNATED FACILITY**. Inmates are being blamed for the ineptness of some in DOC. I am one of those, and I choose to respond, most don't. Denying and delaying needed medication or attention, and not following the Grievance Process are just some of the retaliatory methods being used here at SCF. My accusations are esy to check out. The records and actions of those involved speak for themselves.

Respectfully submitted,

Paul Deschaine #124164
Box 6000
Sterling, CO 80751

Page 1 of 2

## CHRONICALOGICAL ORDER OF EVENTS IN DISPUTE OVER RECEIVING PROPER SIZED DOCTOR ORDERED SPECIAL SHOES BECAUSE OF MY ADA COVERED DIABETIC CONDITION:

Dates.

6/08  1. At BVCF Dr. Fisher ordered "SPECIAL SHOES for my Diabetic condition. He said this was a "Standard of Care."

August
31, 08  2. At BVCF the sole of my STATE BOOTS" came off, and I fell on stairs. I was taken to Medical by Correctional Officer Thompson.

Sept.
2, 08  3. BVCF nurse Rose Mirich call Officer Bill McDonald at laundry and asked him to issue me a new pair of STATE BOOTS. These STATE BOOTS should not be confused with the SPECIAL ORDERED SHOES. that Dr. Fisher ordered on 6/08.

Sept.
2, 08  4. A new pair of STATE BOOTS were issues by BVCF Laundry.

Sept.
9, 08  5. I was transfered to SCF.

Sept.
15, 08  6. I was called to SCF Medical, and issued my 1st & only pair of SPECIAL ORDERED SHOES.

7. I sent several kites to medical about my SPECIAL SHOES being to tight and causing problems.

Oct.
14, 08  8. I saw P.A. Stock at SCF Medical, she told me she would call the person who took care of SPECIAL SHOES and get me the right fit.

9. When no response came from Stocks Appointment, I kited the SCF Medical at least 3 times trying to find out what was happening.

Jan.
14, 09  10. P.A. Stock sent me a kite and told me to deal with the SPECIAL SHOE problem, and order my own shoes basically abandoning me on the shoe issue.

11. There has been many kites, letters, conversations, grievances about my Diabetic care, most of this is about the SPECIAL SHOES. none has brought about a resolve.

Subscribed to before me in the County of Logan, State of Colorado

This _14th_ day of June, 2009.

My Commission expires? 9-12-09

Notary Public