IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-368
Category: Untimely Filed Claim
Claimant: Roy E. Schwasinger, #138688
Address of Claimant: FLCF, P.O. Box 1000, Ft, Lyon, CO 81038-1000

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on the response to the show cause order of Roy E. Schwasinger. The Special Master has reviewed the response in detail, plus attachments.

    The jurisdiction of the Special Masters is limited to claims and issues arising from the Americans with Disabilities Act and Rehabilitation Act. The Special Masters have no jurisdiction to adjudicate any motion or claim under any other provision of the law. The motion will be dismissed, but may be appealed to Judge Kane. No further action can be taken by the Special Masters.

    IT IS HEREBY ORDERED that the motion of Roy E. Schwasinger is dismissed, as there is no jurisdiction for the Special Masters to act on the motion in any fashion;

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 10, 2009.**

    SIGNED this 19th day of June, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master