IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Court on Claimant's request for a new hearing because of order denying motion for hearing and to reconsider civil action No. 09-CV-00983-ZLW (#4012). Claimant has objected to time being granted to Defendants to respond to his previous motion.

Defendants will be given the opportunity to respond concerning the motion for a new hearing. Claimant is advised the he will need to file his motion for reconsideration separately in Case No. 09-CV-00983-ZLW.

IT IS HEREBY ORDERED that Claimant's document will be accepted for filing and will be held in abeyance until July 27, 2009.

SIGNED this 29th day of June, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master