IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number X-166
Category: Untimely Filed Claim
Claimant: Paul Deschaine, #124164
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

## ORDER OF SPECIAL MASTER
___

      THIS MATTER comes before the Special Master on the letter of Paul Deschaine (#4019). In that letter, Claimant details the problems that he has had trying to obtain medical shoes.

      The jurisdictional issue discussed in a previous order remains unresolved. Claimant's letter will be accepted for filing and held in abeyance pending resolution of the jurisdictional issue.

      IT IS HEREBY ORDERED that Claimant's letter is accepted for filing and will be held in abeyance.

      SIGNED this 3rd day of July, 2009.

                            BY THE COURT:

                            */s/ Richard M. Borchers*

                            _____
                            Richard M. Borchers
                            Special Master