Judge Richard M. Borchers
Special Master for the United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

July 1, 2009

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, ET AL.

    Plaintiffs,

vs.

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 0 2009

GREGORY C. LANGHAM
CLERK

---

Claim Number X-362
Claimant: David Scott Key, #137585
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211

## OBJECTION TO ORDER OF DISMISSAL OF SPECIAL MASTER

THIS OBJECTION comes before the Special Master to stop the Order of Dismissal for the following reasons:

1) Claimant, David Scott Key, is seeking a threshold determination if allegations are within the Montez class action.

2) Claimant came to D.O.C. in August, 2007, well after the time-bar, but does not want to litigate issues that are already being covered in the Montez action. If these issues are seperate, claimant seeks a recommendation on how to proceed.

3) Claimant seeks relief for discriminatory conduct of prison officials and damages for wicked conduct of prison doctor pursuant to the ADA and Rehabilitation Acts.

*David Scott Key*

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Objection to Order of Dismissal of Special Master this seventh st day of July, 2009 to the following:

Judge Richard M. Borchers
Special Master of the United States District
District of Colorado
901 19th Street
Denver, CO 81211

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*David Scott Key*

July 7, 2009