Michael N. Collins DOC #101218, Colorado Territorial C.F. 07/04/09

Dear Judge Christine M. Arguello: **URGENT!!! HELP!!!**
**"MAD !!!"** 92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

JUN 10 2009

GREGORY C. LANGHAM

MY "MANDATORY RELEASE DATE" IS THE END OF AUGUST, 2009 (NEXT MONTH). I WILL BE OUT ON THE "STREETS" AGAIN; HOWEVER, I WILL BE RE-QUIRED TO TAKE "DENIER'S THERAPY" AGAIN. I CAN NOT SAY THAT I RAPED MY DAUGHTERS. I JUST CAN'T. IF I COULD HAVE DONE SO, I COULD HAVE TAKEN A "PLEA BARGAIN", & NEVER HAVE GONE TO PRISON, IN THE FIRST PLACE. IF I COULD HAVE DONE SO, I COULD HAVE BEEN OUT OF PRISON CLOSE TO "9½" YEARS AGO. MY WORDS ARE TRUE.

I JUST CAN'T SAY WHAT IS NOT TRUE IN "DENIER'S THERAPY." THIS IS EVERY THING THAT I AM AS A MAN; MY SUM TOTAL OF MY PART OF HUMANITY." AFTER GREAT HARDSHIP, AFTER GREAT ANGUISHED TORMENT, MY PAROLE WILL BE REVOKED, & I WILL BE BACK IN PRISON FOR ANOTHER "5⅝" YEARS. THE ONLY REASON THAT I AM NOT DEAD NOW IS THAT GOD WANTS ME ALIVE. ANOTHER "5⅝" YEARS WOULD KILL ME. NO MEMBER OF OUR FAMILY EVER WANTED ANY OF THIS. WE WRITE ALL PROMISING "IMMUNITY FROM PROSECUTION" CLUSTER DENIALS, AGAIN & AGAIN). PLEASE, NOW ACT WITHIN THE NEXT "30⅛" DAYS. PLEASE, SOON, VERY SOON.

JUDGE CHRISTINE M. ARGUELLO, I AM THE "COMMON MAN;" OURS IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO ?!. IF NOT NOW, WHEN?!. IF NOT JUSTICE, THEN IN-JUSTICE?!. JUDGE CHRISTINE M. ARGUELLO, MAKE JUSTICE NOW PREVAIL!!! **URGENT! HELP! URGENT!** —Michael N. Collins

"TESTIMONIES WERE COERCED!!!"

Michael N. Collins DOC# 101210, Colorado Territorial C.F. 07/04/09

## LEGAL MAIL

(PAGE 1 OF 11.

# PRIORITY REQUESTED... U AGENT!!!
# VERY IMPORTANT!!! (FOR THE COMMON MAN)

Dear Judge Christine M. Arguello: I am TRYING TO GET YOU ADDITIONAL & MORE RECENT COPIES OF GRIEVANCES; KITES & LETTERS SEEKING REDRESS & REMEDIES THROUGH COLORADO DOC ADMINISTRATIVE PROCEDURES, VIRTUALLY, ALL OF THE ISSUES INVOLVE "MY BEING TARGETED" IN "MANY" WAYS FOR "RETALIATIONS" BY THE COLORADO DOC & DOC MEDICAL. DOC IS MAKING MY GETTING COPIES TO YOU VERY HARD TO DO. ALL ARE SUBJECT TO SEIZURE AT ANY TIME. I AM HAVING TO GET COPIES MAILED OUT IN SEVERAL "ROUNDS ABOUT FAMILY WAYS".

MUCH OF THE STAFF; IN PARTICULAR, MY CASE MANAGER, MR. EVANS, & MANY OTHER INMATES; IN PARTICULAR, VIRTUALLY THE WHOLE POD (ABOUT 100 MEN) WHERE I NOW LIVE AT, CTCF HAVE (WITHIN) TOLD ME (AGAIN & AGAIN) THAT I HAVE BEEN "SINGLED OUT" TO BE "DUMPED ON & S_T ON", THAT THE COPS ARE REALLY "F_KING WITH ME", THAT I HAVE BEEN "TARGETED" FOR "RETALIATIONS" IN EVERY CONCEIVABLE WAY, THAT "MY KITES & GRIEVANCES; PARTICIPATION IN THE MONTEZ VS. OWENS LAWSUIT" HAS THE DOC & CTCF MEDICAL STAFFS "HATING ME", THAT I WOULD HAVE BEEN "TRANSFERRED TO FORT LYON C.F. (AN "OLD MAN" CONVALESCENT FACILITY) A LONG TIME AGO, IF I WOULD HAVE STOPPED WRITING KITES & GRIEVANCES; STOPPED MY PUSHING MONTEZ REMEDIES".

I INITIATED A COLORADO DOC "CID" (CRIMINAL INVESTIGATION DIVISION) INVESTIGATION CONDUCTED BY CRIMINAL INVESTIGATOR WILLIAM CLASPELL REGARDING THE "CONTEMPT SHOTS" TO MY GROIN AREA (STRIKING HARD BLOWS TO MY PENIS; FEELING "UP & DOWN" MY

PENIS & GROIN AREA, OSTENSIBLY WHILE LOOKING FOR FOOD THAT I MAY HAVE TAKEN OFF OF MY OWN MEAL TRAYS, & THAT I MAY HAVE TAKEN OUT OF THE MESS HALL (NO FOOD WAS EVER FOUND IN SUCH A MANNER.) THAT I WAS SUBJECTED TO AFTER EVERY DINNER MEAL OVER AN 8-9 MONTH PERIOD. TWO ADDITIONAL DOC INVESTIGATIONS ARE CURRENTLY "ON-GOING", WHICH ALSO INVOLVE "CID".

ONE INVESTIGATION REVOLVES AROUND C.O.'S PURPOSELY INSTI-GATING, BOTH VERBAL & PHYSICAL HARASSMENTS & ABUSES OF ME BY OTHER INMATES; PURPOSELY INSTIGATING PHYSICAL ATTACKS UPON ME BY OTHER INMATES. ANOTHER CURRENTLY "ON-GOING" INVESTIGATION REVOLVES AROUND THE ILLEGAL & SEIZING & THIEVING & OF WELL OVER "500" "PIECES OF MAIL, RIGHTFULLY MINE"; SOME SEIZED IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER. I HAVE HAD ILLEGALLY & SEIZED & THIEVED & (AGAIN & AGAIN & AGAIN), BOTH SACROSANCT "FAMILY & LEGAL" MAIL; MAGAZINES SUCH AS "TV GUIDE, THE CHURCH NEWS, & THE SMITHSONIAN" (OUR U.S. NATIONAL MUSEUMS), "NEWSWEEK & TIME MAGAZINES, PREVENTION" (HOLISTIC HEALTH) & "MEN'S HEALTH"; PUBLICATIONS LIKE THE "OXFORD COMBINED ESSENTIAL DICTIONARY & THESAURUS, PC'S FOR DUMMIES, & DILBERT" CARTOONS.

IT IS BLATANTLY OBVIOUS THAT I HAVE BEEN "TARGETED", BY THE COLORADO DOC & THE DOC MEDICAL DEPARTMENT; "TARGETED" BY CTCF & THE CTCF MEDICAL DEPARTMENT FOR "RETALIATION & RETRIBUTION" IN EVERY CONCEIVABLE MANNER, & IN ALL POSSIBLE WAYS. I HAVE BEEN TOLD (AGAIN & AGAIN & AGAIN) BY CASE MANAGERS, BY C.O.'S, & BY THOSE IN DOC "AUTHORITY POSITIONS" OVER ME THAT MY WRITING SO MANY KITES, GRIEVANCES, & SUMMARIZING LETTERS; THAT MY VERY ACTIVE PARTICIPATION IN THE MONTEZ VS OWENS "ADA" LAWSUIT SEEK-ING FAIR & EQUITABLE RECOURSE & REMEDIES THROUGH THE COLORADO DOC ADMINISTRATIVE PROCEDURES ITS BROUGHT THE FULL "WRATH OF THE BEAST" (COLORADO DOC) DOWN UPON ME. "THE BEAST" HOLDS

NOTHING BACK IN FURTHER SEEKING TO "DESTROY & DEVOUR ME."

COLORADO DOC "MEDICAL & MEDICINE" ARE NOW BEING USED AS "RETALIATORY WEAPONS" AGAINST ME. THIS IS REALLY "FIGHTING DIRTY." EVERYTHING ABOUT OUR CTCF MEDICAL CLINICS & INFIRMARY; EVERYTHING ABOUT OUR CTCF "MED-LINES, FINGER STICKS & INSULIN LINES" ARE "FILTHY DIRTY", YES, THEY ARE ALL CLEANED PERIODICALLY; HOWEVER, CTCF IS A COLORADO DOC MEDICAL FACILITY, FILLED WITH **SEVERAL** HUNDREDS OF HIGHLY INFECTIOUS PATIENTS, BEARING EVERY KIND OF HIGHLY COMMUNICABLE DISEASE & ILLNESS. OUR INFIRMARY'S HOSPICE IS FILLED WITH MEN DYING OF BOTH AIDS & HEPATITIS-C, ALONG WITH "EVERYTHING ELSE." THE UNIT 1, WHERE I HAVE LIVED FOR ABOUT 7-8 MONTHS, HAS HAD AN EPIDEMIC OF MRSA "A DANGEROUS SUPERBUG GERM" (METHICILLIN- RESISTANT STAPHYLOCOCCAL AUREUS), FOR WELL OVER A YEAR, WHICH IN SPITE OF CTCF MEDICAL'S "BEST EFFORTS" (MINIMAL AT BEST) HAS BEEN IMPOSSIBLE TO "CONTAIN & CONTROL".

I HAVE BEEN GIVEN DIRECT ORDERS (AGAIN & AGAIN), BY OUR CTCF NURSING STAFF TO, IN EFFECT, INFECT MYSELF WITH AIDS, HEPATITIS-C, MRSA, & "EVERYTHING ELSE." I ONCE AGAIN HAVE PRESCRIBED, BOTH "FINGERSTICKS" (TO TEST MY BLOOD SUGAR LEVELS), & INSULIN INJECTIONS (TO HELP MY PANCREAS OUT), BECAUSE MY DIABETES IS ONCE AGAIN "OUT OF CONTROL." I AM CLASSIFIED AS A DIABETIC "CHRONIC CARE" PATIENT, WHICH MEANS THAT I GET CTCF MEDICAL'S "BEST EFFORTS" (MINIMAL AT BEST) TO "CONTROL & MEDICATE" MY DIABETES. MY DIABETES IS NOW NOT ONLY "NOT" BEING "CONTROLLED & MEDICATED", BUT I AM NOW BEING GIVEN DIRECT ORDERS (AGAIN & AGAIN) TO, IN EFFECT, INFECT MY OWN BLOOD WITH THE CONTAMINATED BLOOD, THE (BLOOD) "FILTHY DIRTY" WITH AIDS, HEPATITIS-C, MRSA, & "EVERYTHING ELSE" OF OTHER INMATES, WHEN I PRICK MY FINGERS & DRAW BLOOD FROM "FINGERSTICKS", WHEN I AM INJECTED WITH INSULIN.

# "TRIAL TESTIMONIES WERE COERCED!!!"

FOR THE WELL OVER "98" YEARS THAT I HAVE BEEN INCARCER-ATED WITHIN THE COLORADO DOC "BEAST", WITHIN ABOUT "98" DOC FACILITIES, I HAVE ALWAYS BEEN ALLOWED TO "FINGERSTICK" MYSELF, & TO INSULIN INJECT MYSELF IN SOMEWHAT "STERILE MANNERS" KNOWING THAT IT WAS BEING "DONE RIGHT". I AM NOW HAVING TO "FINGERSTICK" MYSELF ON THE VERY NON-STERILE "HIGHLY INFECTIOUS" SURFACE OF THE "BOARD SHELF", AT THE BASE OF THE "FINGER STICK/INSULIN" NURSE'S WINDOW, INSERTED WITHIN THE UPPER PART OF OUR "MEN ROOM'S" ACCESS DOOR. IN PARTICULAR, BOTH "FINGER STICK/INSULIN" NURSES JONES & WALKER ARE NOW THROWING & "ONTO THE "BOARD SHELF" THE ALCOHOL SWATCH/GAUZE, PRICK & TEST STRIP THAT I NEED TO TEST MY BLOOD SUGAR LEVELS WITH. ALL LAND IN A "DISHEVELED HEAP."

IN PARTICULAR "FINGER STICK/INSULIN" NURSES JONES & WALKER ARE NOW ORDERING ME TO PRICK MY FINGER, DRAW MY OWN BLOOD, WIPE MY BLOOD AWAY, THEN DRAW MY OWN BLOOD AGAIN, & FINALLY TO TRANSFER MY BLOOD DROPS TO THE TEST STRIP INSERTED WITHIN A MONITOR. THE ALREADY NON-STERILE GAUZE & TEST STRIP ARE "RUBBED AROUND" ON THE "HIGHLY INFECTIOUS" SURFACE OF THE "BOARD SHELF"; IN PARTICULAR, I AM THEN GIVEN DIRECT ORDERS TO "RUB AROUND" THE "GAUZE PATCH" ON MY OWN EXPOSED BLOOD; IN ACTUALITY, "RUBBING IN" INTO MY OWN BLOOD WHATEVER DISEASES & INFECTIONS THAT THE "GAUZE PATCH" HAS INEVITABLY "PICKED UP". THERE IS MUCH MORE; HOWEVER, I AM HOLDING THIS TO A "SUCCINCT "SUMMARY".

WHEN I HAVE REFUSED TO TEST MY BLOOD SUGAR LEVEL IN THE MANNER, & IN SIMILAR MANNERS, WHICH I WAS ORDERED TO DO ABOVE THAT WOULD CONTAMINATE MY OWN BLOOD, "FINGER STICK/INSULIN" NURSES HAVE "GONE OFF" ON ME (AGAIN "AGAIN"); IN PARTICULAR & ESPECIALLY NURSES JONES & WALKER, BOTH OF WHOM HAVE SCREAMED HYSTERICALLY AT ME, WHEN ORDERING ME AWAY FROM THEIR

"FINGER STICK/INSULIN" WINDOW WITH MY NEITHER BEING ABLE TO TEST FOR MY BLOOD SUGAR LEVEL, NOR BEING ABLE TO RECEIVE MY PRESCRIBED INSULIN INJECTION. NURSE JONES HAS GONE SO FAR AS TO RUN FROM THE "OPPOSITE END OF THE MED-ROOM", WHILE SCREAMING HYSTERICALLY HOW TO CORRECTLY SPELL HER NAME IN MY NEXT GRIEVANCE ABOUT HER, TO CONFRONT ME, ALONG WITH NURSE WALKER, ORDERING ME AWAY FROM THE "FINGERSTICK/INSULIN" WINDOW; TO DENY ME THE OPPORTUNITY TO TEST MY BLOOD SUGAR LEVEL IN A "NON-INVASIVE & NON-CONTAMIN-ATING" MANNER; TO DENY ME THE OPPORTUNITY OF RECEIVING MY PRESCRIBED INSULIN INJECTIONS; TO CAPRICIOUSLY ORDER ME AWAY FROM THE "FINGER STICK/INSULIN" WINDOW (AGAIN & AGAIN), EVEN AFTER TWO SEPARATE SHIFT COMMANDERS "HAD UN-SUCCESSFULLY INTERVENED ON MY BEHALF, ON TWO SEPARATE OCCASIONS, SO THAT I COULD GET MY NEEDED INSULIN.

THROUGH OUT WELL OVER "9 ½" YEARS THAT I HAVE "BEEN DOWN", IN ABOUT "9 ½" SEPARATE DOC FACILITIES, WITHIN THE COLORADO DOC "BEAST", I HAVE ALWAYS BEEN ALLOWED TO INJECT MYSELF WITH MY OWN INSULIN INJECTIONS. "DOING IT" MYSELF, I KNOW THAT IT WILL BE "DONE RIGHT". NO MORE. CTCF "FINGER STICK/INSULIN" WINDOW NURSES WILL NO LONGER ALLOW ME TO INJECT MYSELF WITH MY OWN IN-SULIN INJECTIONS. THESE NURSES NOW INJECT ME THROUGH THEIR WINDOW. IN PARTICULAR & ESPECIALLY, BOTH "FINGER STICK/INSULIN" NURSES JONES & WALKER; DO NOT SWAB MY STOMACH AREA WITH AN ALCOHOL SWATCH BEFORE INJECTING ME; HOWEVER, WHAT IS FAR WORSE, INFINITELY WORSE, IS THAT "MY BODY HAS TOLD ME" (AGAIN! AGAIN) THAT I AM BEING INJECTED WITH BOTH THE WRONG INSULIN & THE WRONG DOSAGES OF INSULIN. OTHER PATIENTS HAVE HAD "SIMILAR EXPERIENCES".

I HAVE BEEN ISSUED THROUGH THE "MED-LINE" WINDOWS, AT THE OPPOSITE END OF THE CTCF "MED-ROOM" FROM THE "FINGER STICK/IN-SULIN" WINDOW, BOTH THE WRONG MEDICATIONS, & THE WRONG

DOSEAGES OF MEDICATION; AGAIN, IN PARTICULAR & ESPECIALLY, BY THEM MED-LINE NURSES JONES & WALKER (AGAIN & AGAIN). THE CTCF NURSING STAFF ROTATES ASSIGNMENTS. ONE DAY A CTCF NURSE WILL BE ASSIGNED TO "MED-LINES", ANOTHER DAY TO THE "FINGERSTICK/INSULIN" WINDOW, ANOTHER DAY TO THE MEDICAL CLINICS, & SO ON. I DO GET SOME RESPITE FROM THE "NURSES FROM HELL", WHEN NURSES DIANNA & JODY ARE "ON DUTY", BUT I NEVER KNOW WHEN & WHERE THAT THEY WILL BE.

IT IS BLATANTLY OBVIOUS THAT BOTH COLORADO DOC MEDICAL, & CTCF MEDICAL HAVE AN ON-GOING "WAR" AGAINST ME. WHEN I HAVE BEEN AT NURSE JONES' WINDOW, SHE HAS GONE SO FAR AS TO CLINCH HER FISTS, OUT STRETCH HER ARMS IN A "BOXING STANCE" & ANGRILY YELL AT ME : "LET'S RUMBLE! LET'S GET IT ON, COLLINS!"

"MED-LINE" NURSES HAVE BOTH INTENTIONALLY & UNINTENTIONALLY DROPPED MY PILLS IN AN OPEN "MED-CART" DRAWER (& DUG AROUND" FOR THEM), & DROPPED MY PILLS ON A FLOOR "FILTHY DIRTY" (& "LOOKED AROUND" FOR THEM), PICKED THEM UP, OFFERED THEM TO ME, & ORDERED ME TO SWALLOW THOSE PILLS THEN CONTAMINATED WITH "WHO ALL KNOWS WHAT". I HAVE REQUESTED REPLACEMENT PILLS (AGAIN & AGAIN) TO BE DENIED (AGAIN & AGAIN); IN PARTICULAR & ESPECIALLY, BY THEM "MED-LINE" NURSES JONES & WALKER. BOTH SHIFT COMMANDERS, CAPT. BASTIDOS & CAPT MARONEY, BECAME INVOLVED ON SEPARATE OCCASIONS, TO NO AVAIL. I HAD TO EITHER SWALLOW "DIRTY" PILLS, OR GET NO PILLS AT ALL.

THE SECURITY C.O.'S "DETAILED" TO OUR CTCF "MED-LINE & FIN-GER STICK/INSULIN WINDOWS", IN PARTICULAR & ESPECIALLY, SGTS. MOUNTEN-EICHT & SULLIVAN, C.O.'S BOWMAN & TAYLOR USE THEIR "AUTHORITY POSITIONS" AT "MED-LINES, FINGER STICKS & INSULIN LINES" TO "MESS OVER; TO F—K WITH "TARGETED" PATIENTS; IN PARTICULAR & ESPECI-ALLY, ME. ALL "4 REQUIRE "TARGETED" PATIENTS TO DO EXAG-GERATED "FINGER SWIPES" FAR IN EXCESS OF "THE NORM". ALL "4 REQUIRE "TARGETED" PATIENTS TO MOVE OTHER THAN WHERE THEY

## "TRIAL TESTIMONIES WERE COERCED!!!"

ARE STANDING, WITH EXAGGERATED VOICE COMMANDS; ARM & HAND GESTURES, "ALL 4 ARE "ITCHING" TO "PUT HANDS ON ME."

"ALL" 4 ALTERNATELY GLARE, & RUN THEIR MOUTHS "PUTTING DOWN," DEMEANING (EXAGGERATED "FINGER SWEEPS"), & DEBASING TARGETED "PATIENTS. I HAVE BEEN "TARGETED" FOR "RETALIATIONS," HARASSMENTS BY "MEDICAL P.O.'S" IS ONLY ONE KIND OF "RETALIATION."

I AM A "DIABETES CHRONIC CARE," MY DIABETES IS "OUT OF CONTROL." AT CTCF "BARRIERS & HARASSMENTS" ARE PUT IN MY WAY, SO THAT I CAN NOT DO "FINGER STICKS" & SO THAT I CAN NOT GET "INSULIN INJECTIONS," AT CTCF "BARRIERS & HARASSMENTS" WERE PUT IN MY WAY, SO THAT IT WAS VERY DIFFICULT FOR ME TO GET MY BACTRIUMM ANTI-BIOTIC PILLS FOR "GROSSLY APPEARING" INFECTED SPIDER BITES; "BARRIERS & HARASSMENTS" ARE NOW IN PLACE, SO THAT IT IS VERY DIFFICULT FOR ME TO EXCHANGE MY EMPTY "SELF-MED" CARDS FOR FULL "SELF-MEDICATION" PILL CARDS, CUMULATIVELY ALL OF THE "BARRIERS & HARASSMENTS" THAT I AM SUBJECTED TO ARE VERY HARD PSYCHOLOGICALLY ON MY BODY, BOTH PHYSICALLY & MENTALLY, ON MY MIND

I CAN NOT CONTROL MY "PISS & SHIT," I AM CONTINUALLY "PISSING & SHITTING" THROUGHOUT EVERY DAY & NIGHT. I HAVE PERMANENT BLADDER, LIVER, & PROSTRATE ISSUES" THAT ARE NOT BEING "AD-DRESSED," BOTH MY BLOOD PRESSURE & CHOLESTEROL REMAIN IN OR-DINATELY HIGH. ACCORDING TO MARY K. CARTER N.P. THE ONE "MEDICAL PROVIDER" THAT I HAVE BEEN ABLE TO MEET WITH OVER "MANY" MONTHS, WHO HAS ACTUALLY HELPED ME, I AM A "PRIME CANDIDATE" FOR A "STROKE & HEART ATTACK." I AM FATIGUED TO THE POINT OF COLLAPSING THROUGHOUT THE DAY, & MUCH OF THE NIGHT. I NEED TO BE IMMEDI-ATELY ADMITTED TO A MEDICAL HOSPITAL FOR REAL & GENUINE "CHRONIC CARE."

THEREFORE & BE IT RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HEREBY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, MICHAEL N. COLLINS, BE REMOVED ENTIRELY, BOTH FROM

& UNDER THE CONTROL ENTIRELY OF THE COLORADO DOC; FROM & UNDER THE CONTROL ENTIRELY OF ANY COLORADO SHERIFF'S OFFICE; IN PARTICULAR & ESPECIALLY, FROM & UNDER THE CONTROL OF THE DOUGLAS COUNTY SHERIFF'S OFFICE; TO BE "IMMEDIATELY & EXPEDITIOUSLY" HOUSED & TO BE FED THREE MEALS PER DAY & EVERY DAY AT A HOTEL WITH A RESTAURANT WITHIN IT, WITHIN DOWNTOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL COURTS. SAID HOTEL WITH A RESTAURANT WITHIN IT, TO BE REIMBURSED WEEKLY FOR THE WEEKLY COST OF THE CLAIMANT'S "EXTENDED STAY" ROOM RENTAL & THREE MEALS PER DAY FROM THE COLORADO DOC, FROM WHAT IT WOULD NORMALLY COST TO HOUSE & FEED A COLORADO DOC INMATE WITHIN "CLOSED" CONFINEMENT FACILITIES, AS THE CLAIMANT, MICHAEL N. COLLINS, HAS THERE TO FORE BEEN HOUSED & FED OVER THE ABOUT LAST "9 8" YEARS OF HIS WRONGFUL & UNJUST IMPRISONMENT.

BE IT FURTHER RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HERE BY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, MICHAEL N. COLLINS, WHILE HOUSED AT THE ABOVE REFERENCED HOTEL IN DOWNTOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL COURTS, DURING THE APPEAL OF HIS WRONGFUL & UNJUST CONVICTION, OVER WHAT NEVER EVEN HAPPENED, BE UNDER THE "NOMINAL AUTHORITY" OF THE U.S. MARSHALL'S SERVICE, WHO WILL "CHECK ON & SUPERVISE" MICHAEL N. COLLINS NO MORE THAN ONCE PER WEEK (THEY ARE TO IN NO WAY HARASS THE CLAIMANT IN DOING THEIR DUTIES.)

DURING THE APPEAL OF HIS WRONGFUL & UNJUST CONVICTION THAT THE CLAIMANT, MICHAEL N. COLLINS "NOT & " BE REQUIRED TO REGISTER AS A "SEX OFFENDER", "NOT & " BE REQUIRED TO REGISTER WITH ANY LAW ENFORCEMENT AGENCY AT ALL FOR ANY REASON; IN PARTIC-ULAR & ESPECIALLY, "NOT & " BE REQUIRED TO UNDER GO "DENVER'S THERAPY", "NOT & " BE REQUIRED TO UNDERGO ANY KIND OF MENTAL HEALTH SO CALLED "COUNSELING AND / OR THERAPY"; EITHER IN-

DIVIDUAL OR GROUP SESSIONS, CLASSES, AND/OR INSTRUCTIONS,

BE IT FURTHER RESOLVED THAT WHILE HOUSED AT THE ABOVE REFERENCED HOTEL THAT THE CLAIMANT, MICHAEL N. COLLINS, HAVE FULL & COMPLETE ACCESS TO THE DENVER GENERAL HOSPITAL (A.K.A. DENVER MEDICAL CENTER), "NOT THEIR WARD IS JAIL WARD", BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS, THE CLAIMANT, MICHAEL N. COLLINS, IS "NOT" TO BE ASSIGNED THE SUB "SUB HUMAN"; THE SUB "SUB ANIMAL" MEDICAL CARE, AS PRACTICED BY THE "USUAL CLUMP" OF "BUNGLING INCOMPETENT" COLORADO DOC "MEDICAL PROVIDERS", UN-SUPERVISED BY MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT REAL & BONAFIDE "THE NORM", COMMONLY ACCEPTED "HUMAN BEING" MEDICAL CARE, AS PRACTICED BY REAL & BONAFIDE "THE NORM" MEDICAL DOCTORS & NURSES, ALSO ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS, <u>URGENT</u>!!! <u>HELP</u>!!! <u>URGENT</u>!!! <u>"MRD</u>!!!"

MY "MANDATORY <u>RELEASE</u> DATE" IS THE END OF AUGUST, 2009 (NEXT MONTH). I WILL BE OUT "ON THE STREETS" AGAIN; HOWEVER, I WILL BE REQUIRED TO TAKE "DENIER'S THERAPY" AGAIN. I CAN NOT SAY THAT I RAPED MY DAUGHTERS, I JUST CAN'T. AFTER GREAT HARDSHIP, MY PAROLE WILL BE REVOKED, & I WILL BE BACK IN PRISON FOR ANOTHER "<u>58</u>" YEARS. PLEASE, NOW ACT WITHIN THE NEXT "<u>30</u>" DAYS. BOTH I & OUR COLLINS FAMILY NOW ASK YOU; PLEASE, NOW ACT WITHIN "<u>30</u>" DAYS.

<u>LEGAL BRIEF & FINDINGS OF 07/04/09, SUBMITTED BY MICHAEL N. COLLINS.</u> DEAR JUDGE CHRISTINE M. ARGUELLO: THIS IS A FURTHER "ANGUISHED CRY° FOR JUSTICE°"; FOR "REAL & TANGIBLE° <u>"TRIAL TESTIMONIES WERE COERCED</u>!!!"

JUSTICE'S FROM MICHAEL N. COLLINS, & OUR WHOLE COLLINS FAMILY'S
YOU ARE THE JUDGE OF THE "COMMON MAN". I AM THE "COMMON MAN."
OURS IS THE "COMMON FAMILY." YOU MAY BE AN ANSWER TO "UNCOMMON"
"PRAYER."

OVER THE CLAIMANTS NOW WELL OVER "9's" YEARS OF IMPRISON-
MENT WITHIN THE COLORADO DOC "BEAST", HE HAS NOT ONLY BEEN DIS-
CRIMINATED AGAINST, BUT "RUTHLESSLY & SADISTICALLY & RETALI-
ATED'S" AGAINST ON-GOING "(AGAIN & AGAIN)" FOR HIS "MANY'S" MEDICAL &
GENERAL GRIEVANCES SEEKING FOR "EQUITABLE REMEDIES (NO MATTER
HOW JUSTIFIED, WITHOUT EXCEPTION, ALL HAVE BEEN DENIED]; FOR HIS
"VERY'S" ACTIVE & DILIGENT PARTICIPATION IN THE "MONTEZ-VS-OWENS"
(ADA) CLASS ACTION CIVIL LAWSUIT. DOC LIES, DENIES & OBFUSCATES'S"

HOWEVER, "ALL & FLOWS'S" FROM THE WRONGFUL CONVICTION (A GRAVE
MISCARRIAGE OF JUSTICE'S) OF MICHAEL N. COLLINS ON CASE NO.
1997 CR 000055 IN DOUGLAS COUNTY, COLORADO, ON 03/04/99,
IN "GREAT'S ANGUISHED & TORMENT'S" THE "ENTIRE'S" COLLINS FAMILY
(FATHER MICHEL'S MOTHER KAREN; SONS JAREN, JACK, & JOHN;
DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRYS OUT 'S TO YOU'S
JUDGE CHRISTINE M. ARGUELLO, FOR "JUSTICE'S" FOR "REAL'S & TANGI-
BLE'S JUSTICE'S" IT IS MORE THAN COINCIDENCE THAT YOU ARE
NOW OUR JUDGE; IT IS THE FAVORABLY INTERVENING "HAND OF GOD."

JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG
SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE
RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR
FAMILY'S "TIME OF TRIAL." THE LAST "10'S" YEARS HAVE BEEN OUR
FAMILY'S TIME OF TRIAL; OUR COLLINS FAMILY'S "COMMONLY EN-
DURED" HOLOCAUST. OUR "ENTIRE'S" COLLINS FAMILY (FATHER MICHAEL
& MOTHER KAREN; SONS JAREN, JACK, & JOHN; DAUGHTERS CHRIS-
TINE, LAURA, & JEANETTE) NOW "ALL'S" CRYS OUT'S TO YOU'S,"JUDGE
CHRISTINE M. ARGUELLO, FOR "JUSTICE'S" FOR "REAL'S & TANGIBLE'S
JUSTICE'S" BOTH DAUGHTERS LAURA & JEANETTE BECAME

THEIR COERCED TRIAL TESTIMONIES YEARS AGO TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHERS STRONGEST OF SUPPORTERS & ADVOCATES (REFERENCE ENCLOSED AFFIDAVITS & STATEMENTS)

JUDGE ARGUELLO, MAKE JUSTICE NOW FINALLY PREVAIL!!! THE WHOLE, ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY "ALL!" OF THE COLLINS DAUGHTERS ARE "VERY! MUCH! DEATHLY AFRAID!" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. THEY ARE "REALLY! BAD!"

JUDGE CHRISTINE M. ARGUELLO, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOME KIND OF LEGAL PROCEEDINGS, "OUTSIDE!" OF DOUGLAS COUNTY, & "WITHIN!" YOUR U.S. DISTRICT COURT TO "SET ASIDE! & THROW OUT!" THE "WRONGFUL!"; THE "DESECRATED JUSTICE!" CONVICTIONS OF MICHAEL N. COLLINS, WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL!" COERCED, INTIMIDATED & MENACED; BUT IN "PARTICULAR & ESPECIALLY," THE COLLINS DAUGHTERS' TRIAL TESTIMONIES, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART; TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE!" OF DOUGLAS! COUNTY, COLORADO, & WITHIN A U.S. FEDERAL COURT FOR "JUSTICE TO FINALLY PREVAIL!"

JUDGE CHRISTINE M. ARGUELLO, THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR & OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED, BY A NEFARIOUS PROSECUTION THAT STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE, TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE CHRISTINE M. ARGUELLO, I AM THE "COMMON MAN"; OURS IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO?! IF NOT NOW, WHEN?! IF NOT JUSTICE, IN JUSTICE?! JUDGE CHRISTINE M. ARGUELLO, MAKE JUSTICE NOW PREVAIL!!! **URGENT! HELP! URGENT! MY "MANDATORY RELEASE DATE" IS THE END OF AUGUST, 2009. I WILL BE RIGHT BACK IN PRISON FOR 5 MORE YEARS. PLEASE, ACT NOW.** Michael Collins

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: CHRISTINE RICHARDS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

**COMES NOW** the affiant Christine Richards, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.
2)     Affiant has personal knowledge of all facts herein stated.
3)     I was repeatedly lied to by the district attorney's office.
      a. They told me I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad. <u>I DID NOT want to testify. I DID NOT want to go to Colorado.</u> **I was threatened with arrest and prosecution if I didn't go.**
      b. I was told my dad would NEVER go to jail. When I balked at testifying, I was assured over and over again that he would NOT go to jail. Instead he would get parole and counseling. I was told this whole process was about getting "help" for our family. Instead our family has been dragged through this big mess, all of us against our will!

4)     I was prompted by the prosecutor what to say and intimidated by her if I didn't say the "right" thing. It was like she knew what my testimony was and if I strayed from it, she barked something like, "so the police lie?" or "are you calling the investigator a liar?" In fact, I did catch the investigator in several lies while I was on the stand being cross-examined. He said that I said things that were completely false. I never said many of the things he attributed to me. The truth is my memory is fuzzy and the investigators, by their questions tried to make it clear that I remembered things the way they thought I should.
      a. My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They tried to tell me that my sisters said that and the same thing happened to me. In

reality, my sisters DID NOT say that, but I was being told they did.

b. There was never an attempt to gather information that could exonerate my dad. The trial and judging had taken place by the prosecutor's office before the actual court trial had even taken place. This was a witch hunt, out to "get" my dad, no matter what his daughters said otherwise which would prove he was an innocent man.

c. A coupon book was mentioned at my dad's trial. I received this coupon book and it was so obviously a joke! A dumb joke, of course, but nonetheless a joke. It is absolutely incredulous to me that this stupid family joke was taken so incredibly out of context. Once again, the prosecutors didn't even want to hear from me that I knew it was a joke, that I knew my dad meant nothing "sexual" from it.

5) I think the prosecutors were trying to prove their own reputations and get a conviction no matter what the actual truth was. Instead of being my "ally" and on the "side" of us sisters, the supposed "victims," I actually felt as if they were the bad guys. And this is in no way because I want to protect and stick up for my dad. I was cooperative from the beginning, I wanted to help the investigators. I wanted the investigators to know they were making a big mistake. Instead they did nothing but ignore my words and in fact try to twist them around and confuse me as much as possible. The first time the prosecutor sensed that I wouldn't say things she wanted me to say, I felt as if I were "turned on" and she tried to rip me apart. She wasn't interest in my testimony once I wasn't going along with her master plan.

6) My dad has never been nor will he ever be, a habitual offender, nor a threat to society or his community.

a. I am not afraid of my dad, he has not threatened me nor intimidated me into writing these words today.

b. I am not writing these words because I am a "peacemaker" nor because I want to sweep this all under the rug. I unequivocally feel my dad has been wronged and I am doing all I can to make the situation right.

c. I have always said I don't feel wronged or if a "crime" had been committed against me nor either one of my sisters. What has taken place is a grave travesty of system.

7) I love my sister Jeanette, and I know she is a good, albeit immature and somewhat reckless, person.

a. She told me she knows she didn't tell the whole truth but was so afraid of the prosecution team she didn't want to get in "trouble"

      with them. She expressed to me her concern on the tactics they used with her. She felt uncomfortable being "coached" and "corrected" if she "messed up."

    b. She also told me she did this "for you and Laura" because she thought that is what we wanted her to say. Nothing could have been further from the truth.

    c. I am also troubled at what I see to be Jeanie's bizarre ploy for attention. Whatever slight she might have felt being the youngest of six children growing up, these court proceedings have certainly made up for that.

8)   I thank the court and especially the judge for the reconsideration hearing my father has been granted. Please, please, allow him to be released on bond or probation with the stipulation he receive counseling which he has already agreed to. I miss my father and want my daughter, as well as the child I am now carrying, to know their grandfather.

9)   Further Affiant Sayeth Naught.


Dated: December 3, 1999           _Christine Richard_
                                      **AFFIANT'S SIGNATURE**

SUBSCRIBED and SWORN before me on this _3rd_ day of _Dec._, 1999, in the County of New London, State of Connecticut.

WITNESS my HAND and OFFICIAL SEAL:


_Judith A. Merrill_
**NOTARY'S SIGNATURE**            **SEAL:**


My commission expires: _Oct. 31, 2000_


3

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: LAURA PIPER**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

**COMES NOW** the affiant Laura Piper, and being first duly sworn upon her oath, deposes and states the following facts:

1) Affiant is competent to testify to all matters herein.
2) Affiant has personal knowledge of all facts herein stated.
3) I was lied to again and again by the district attorney's office.
   a. I was told I would be arrested if I didn't fly from Connecticut to Colorado to testify against my dad against my will. <u>I would not have come to testify in the trial in what I considered to be a witchhunt for my dad unless I was threatened with arrest and prosecution.</u>
   b. I was told my dad would NEVER (no matter <u>what</u> the outcome of the trial) get jail time. Instead he would get parole and court-mandated counseling.
   c. I was told this whole process was about getting "help" for our family, for "healing" to take place. Instead our family has been ripped apart by a malicious and callous investigator who pitted sisters against sisters, brothers against sisters and a mother against her children. No one should ever have to go through what I feel our family has been dragged through unnecessarily the past few years.

4) I was prompted, coerced, intimidated, rehearsed, coached and told what to say by the district attorney's office. I can now say I got caught up in the whole prosecution "game" and felt I had to embellish the truth, to invent stories and events to try and make the implausible seem plausible. I am embarrassed to admit it but I felt I needed to say things that I thought the prosecution wanted to hear. I was given no other choice but to go along with their version of events.
   a. I was urged to say for positive fact that my dad made me wash and touch his private parts during showers when I always said I knew it never happened.
   b. My dad did indeed lay next to us in bed but at no point did he EVER have an erection. I tried to tell the prosecutors this but they didn't want to hear it. They asserted that it had to be, it was without a doubt, there was no other thing I could have felt. I now know the few times I remember feeling anything it was either a large belt buckle he wore or the zipper in his pants. At no time was he ever without clothes nor was I. He did not become aroused by me nor by either of my other sisters.
   c. "Tickie torture" was mentioned at my father's trial and I need to address this issue. It was an innocent game! Jeanette and especially the prosecutors construed it to be this sexual activity but that is simply not the case. The boys played it, the girls did, it was us getting tickled.

Nothing more, nothing less. For Jeanette to have accidentally been touched in a private part was just that – an accident. It saddens me to think this family fun time we shared has been turned into something perverted and bad.

d.     A coupon book was also mentioned at my dad's trial. Though my dad can be outlandish and do weird things, this coupon book was his weak attempt at humor. In bad taste and bizarre humor, yes. But a sexual advance, absolutely not! There is no doubt in my mind my father meant nothing sexual either implied implicitly or explicitly. He thought he was being funny and it backfired – badly.

5)     The district attorney and investigators did not make a wholehearted attempt to get to know me, to understand my side of the story, to understand the dynamics of our family. There was nothing genuine about their intentions or motives. I feel they had an agenda from the start and that agenda was not to find the truth but to convict an innocent man in any way possible not matter how deceptive or manipulative they had to be to do it. They didn't care to hear the good things about our family, the many wonderful things about my dad. They only wanted to hear the negative, anything that could remotely implicate him whether it was totally true or not didn't matter to them.

a.     I feel this case was about trying to build the reputation of those prosecuting it. I felt the prosecutors were bullies who tried to throw their weight around and who condescendingly dismissed any ideas or suggestions I had which tried to offer any other conclusions than what they had already come to.

b.     I feel whatever minor inappropriate actions were exhibited by my father was blown incredibly out of proportion and the prosecutors attempted to whip the jury into a frenzied hysteria by using words such as "rapist" or "predator." Those words unequivocally do not describe my father and it is an affront to his children and an insult to his integrity to even remotely describe him in that fashion.

6)     My sister Jeanette is a pawn in the district attorney's vicious prosecution again my father, an innocent victim of the system.

a.     I, in my heart of hearts honestly feel that once Jeanette began talking to the prosecutors and investigators, and saying what she felt they wanted to hear, she felt she was in a tidal wave moving out of control. She couldn't stop it, couldn't recant her previous testimony, couldn't look people in the eye and say what she had "remembered" simply wasn't true – that she had been coached what to say the whole time.

b.     Being the youngest of six children, Jeanette felt neglected and ignored. While her older siblings were in college, in stable relationships and making something of their lives, Jeanette had none of this. I don't think she intended for things to be taken so far, but again, once scrutinized by the district attorney's office, she felt she couldn't recant falsehoods but had to say what she felt they wanted her to say.

7)     My dad is not a habitual offender, is not a threat to society nor his community. He is a loving, hard-working, decent family man who should be able to play with his grandkids and enjoy the company of his six children and instead is surrounded by violent criminal offenders in a prison. I love my father and would, without reservation, let him around my children, his grandchildren. I am

2

September 5, 2000

**Re: MICHAEL N. COLLINS**

Dear Judge:

Please let my dad out of jail and stop all of this nonsense. I feel like our family's lives are trapped in an awful movie, that our family has been ripped apart by the evil district attorney's office.

The star of the movie is Jeanette. Once she realized she could get the attention she so desperately craved simply by saying what the d.a's office wanted to hear, like a donkey diligently following a carrot, she beckoned this call to stardom and became a drone in the prosecution's case. Never thinking for herself, she has told both me and Christine on numerous occasions that everything she did was to please the d.a.'s office. All the time they asked her, "What else can you remember? We need you to remember more." What they really should have asked was, "What else can you misconstrue and twist around to appear as perverted?" Jeanette has told both me and Christine that she flat-out lied on the stand. My father never groped her breasts, never fondled her, never laid or stood next to her with an erection. It just didn't happen. I have heard her say it, with my own ears.

Now that Jeanette is living in Connecticut, a safe distance away from the d.a.'s office, and she doesn't fear their repercussions if she doesn't say what they want to hear, she is free to talk about her blatant lies – and she does! She has told Christine she wants so much to take her testimony back, she is embarrassed by it. She was just a kid – 15 years old when this first started. She was as caught up in the flurry of accusations just as anybody else was. Jeanette lived with me for a few years and I saw first hand how plain deceitful and calculating she could be. Once again, let me reiterate, Jeanette told me she lied on the stand. She told me she made herself cry (she really is an accomplished actress), and she greatly exaggerated the innocent to make it appear to be immoral.

I, regrettably, had a supporting role which I am both ashamed and embarrassed about. Why couldn't I stand up to the investigators? Why couldn't I tell them that no, I never kissed my father's penis in the shower? Why couldn't I tell them that I never felt an erection while lying next to my father? Unfortunately I got so caught up in this momentous tidal wave of lies, exaggerations and half-truths. Part of me wanted to support what Jeanette was saying even though I knew what she was saying was preposterous. The other part of me was deathly afraid of the investigators. Would I be put under arrest? Would the tables be turned and somehow I would be vengefully prosecuted for something I didn't do? Everything I testified to was either surrounded in doubt or I knew it just was plain not true. The investigators would have none of that however. They would sit me in a room and tell me what they wanted me to testify to. I felt helpless.



DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. 97CR55, Division No. 2

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,
Plaintiffs,

v.

MICHAEL N. COLLINS,
Defendant.

     **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)    Affiant is competent to testify to all matters herein.

2)    Affiant has personal knowledge of all facts herein stated.

3)    After much reflection I have decided to write this letter to make known my frustration with what I feel was an unfair judicial process for my dad. I feel I was an unwitting accomplice to my dad being "railroaded" for crimes he did not commit.

4)    Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team, that if I didn't remember things they wanted me to remember I could be prosecuted myself.

5)    I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6)    I felt like I had to say what I had rehearsed with the d.a. even if it was questionable in my mind if that was what really happened. For instance, I can't even be sure if when I laid with my dad he had an erection. It was so long ago, there are so many other possibilities of what it could have been, there is absolutely no way I can be sure that is what happened. But caught up in the moment, and being questioned by sympathetic investigators who said absolutely that is what it was, I felt like I had to go along with it. I was given no other alternative, no other option as to what could have happened.

7)    Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

1

DISTRICT COURT, DOUGLAS COUNTY, COLORADO
Case No. **97CR55, Division No. 2**

**AFFIDAVIT OF: JEANETTE LOUISE COLLINS**

THE PEOPLE OF THE STATE OF COLORADO,    Plaintiffs,

v.

MICHAEL N. COLLINS,    Defendant.

      **COMES NOW** the affiant Jeanette Louise Collins, and being first duly sworn upon her oath, deposes and states the following facts:

1)     Affiant is competent to testify to all matters herein.

2)     Affiant has personal knowledge of all facts herein stated.

3)     I was not in a healthy emotional state when I made egregious accusations against my father.

4)     Looking back, I feel I was threatened and intimidated by the d.a.'s office. My words were twisted by the investigators and I began to feel frightened by and intimidated of the whole prosecution team.

5)     I was angry with my father, I was feeling despondent in my own life, and I agreed to whatever the investigators were suggesting. I had gone through bouts of depression and confusion where I couldn't think straight or remember details correctly.

6)     My father never had an erection when I laid next to him, he never fondled my breasts. I made these accusations as a minor being coerced by adults who I thought had my best interests in mind. They did not.

7)     Now that I'm more removed from the situation and in fact living out of the state of Colorado, I can see clearly what happened to me by the d.a.'s office. I can now see that, when faced with a faulty prosecution case, they tried to embellish or exaggerate the truth. I never wanted this case to go to trial, never wanted to testify against my dad. I felt like I had no choice. I felt like I myself would have punishment if I didn't cooperate with what the d.a.'s office wanted me to do.

8)     I have received my GED since moving out of Colorado and hold down two jobs. I am applying for colleges and am trying to get this whole thing behind me.

9)     I am of sound mind when writing this affidavit and am not being coached or coerced by anyone.

10)     Further Affiant Sayeth Naught.

Dated:

                                   AFFIANT'S SIGNATURE

    SUBSCRIBED and SWORN before me on this _6_ day of _DECEMBER_ 2001, in the County of _New london_ State of _CONNECTICUT_

WITNESS my HAND and OFFICIAL SEAL:

NOTARY'S SIGNATURE            SEAL:

My commission expires:_____ **KATHLEEN BERNIER**
                        *NOTARY PUBLIC*
              MY COMMISSION EXPIRES MAY 31, 2006

Monday, February 11, 2002

STATEMENT BY: JARED M. COLLINS, PSC 473 BOX 96, FPO, AP 96349-0005

I am currently working as a civilian for the Department of Defense overseas on the Yokosuka, Japan Naval Base. I am writing on behalf of my father, Michael Norris Collins, who has been unjustly imprisoned over the last several years. I am specifically writing in regards to his motion to appeal. Since the trial first ended, I spoke with Mr. Jeffery Timlin outside the courthouse in the parking lot as we discussed what our options were. He said that he would of course appeal the Judge's decision and that would set into motion several things. Since day one after the trial, he stated that he would appeal.

After the trial, my father has always stated that he would appeal the judge's decision. My father and I kept in close contact and we would write each other often about this matter. He would call collect sometimes and always let me know the status of the legal work he was trying to go through. He also wrote to me several times that his attorney was working through the appeals process. After several months, he began telling me that his lawyer wasn't doing much of anything. Many months later we find out that he was doing absolutely nothing on my father's behalf during this whole time.

Mr. Timlin was very straightforward with me and said that he was going to appeal on behalf of my father. My father has always told me that he appealed the decision and was positive that it would be overturned through the appellate courts.

Mr. Timlin has been dishonest with my father and myself. Mr. Timlin has never stated that my father waived his right to appeal, **never**. My father has never told me that he waved his right to appeal, **never**.

I, myself, personally have tried to contact Mr. Timlin in the past on my behalf as well as on my father's behalf and I could not get into contact with him. He would not return my phone calls. He also rarely returned my father's phone calls and missed many of my father's court appearances and appointments. He was not a lawyer who looked out for my father's best interest. When he would commit to do something, it just never happened.

If you would like to speak with me further about Mr. Timlin, my father, his trial, or anything else, please do not hesitate to contact me.

Sincerely,

Jared M. Collins
PSC 473 Box 96
FPO, AP 96349-0005

Jarreb@yahoo.com

Judge Scott Lawrence
District Court Judge
Douglas County Combined Courts
P.O. Box 1690
Castle Rock   CO
              80104-1690

Dear Judge Lawrence,

        I am writing this letter not really knowing how much good it will do but I hope to convey some of the things which I feel and feel that you need to know about my experiences dealing with my sister Jeanette Collins and father Michael N. Collins. My name is John Collins and I am the second youngest of the six children in our family. I had the opportunity to really get to know my sister during the time in question due to the fact that we were the only two kids still left at home. Let me try and explain the best I can about my sister's character. I truly feel that I am the most qualified to do so because I was the closest to her during those months in which she has accused my father of molesting her. Jeanie is one of the most caring people that I know. She is not one to carry grudges. She is not one for violence. She has a wonderful personality and I just love her to death. Unfortunately, she has always had low self-esteem. Call it because of her weight or the fact that we were very poor growing up, I don't know. What I do know is that because of her self-esteem problem she simply cries out for attention. She would always do things to put herself in the limelight. She always knew the right things to do in order to get her way or just to get someones attention. After a while

crying, pouting, or not talking to someone stopped working and people wanted her to grow-up and take responsibility for her actions.  They wanted her to stay in school. They wanted her to attend church. They simply wanted her to do chores around the house.  Jeanie has never been one to be told what to do so her little ploys to get attention or to get her way got bigger and more extravagant which cumulated in a suicide attempt.  Suddenly people started doing what she wanted again and she was again in control. Like all things, it came to an end.  We started taking her suicide threats with a grain of salt for we realized that she was simply using that as a way to excuse herself from reality and not take responsibility for her actions.  This is when she accused my father of molesting her.  Right from the first minute I never did believe Jeanie.  Granted I didn't always voice my opinion due to lack of courage on my part but I feel my father has been done a great injustice.  I know my sister and I know my father and he did not do this.  To me this is simply my sister making another excuse for why she can't or why her life is messed up.  I just want her to be responsible and tell everyone that this never happened.  The thing is that I know she won't because she knows that that will take her out of the spotlight.


     I didn't arrive at this conclusion easily.  Even though I didn't believe Jeanie I was entangled in all the "What ifs". What if she isn't lying?  What if she did get molested?  What if she isn't making this whole thing up?  It was interesting in the fact

that I did ask her if she had been molested and without hesitation she said "NO", in kind of a scoffing way.  To that she said I was a man and she didn't trust men.  Ok, then why, when asked by my sister Christine, did she again say no as well?  This whole case has so many inconsistencies and so many holes that it just makes me a little mad at the way it was handled.  This is not to say that the prosecution lawyers did things wrong but the way the investigation was handled was wrong in my opinion.  I know that each and every one of us in our family was lied to by Investigator Ruppart. I have always held a certain respect for people that uphold the law but that confidence was shattered by that individual.  He simply lied to us and that is wrong.  Not only did he lie but he intimidated us as well.  I don't really want to get into specifics in this letter but it is hard not to tell what really happened.

Back to my father,  now I'm not saying he was a perfect father.  He was on the road a lot.  He didn't always spend a lot of time with us but I knew that he loved us.  He always put food on the table and clothes on our back and a roof over our heads and that demands respect.  He has always been a very christian man.  He was always willing to help others as much as he could.  In that he was a good example.  I may not know, I mean really know, what happened between my father and sister for only Jeanie, my dad, and God truly know what happened.  But in my judgement my father is innocent!  He could not have done this.  My sister thinks this is some kind of play or a big joke.  It's all about her and that's the way she wants it.

I just want you to know that I love my sister and I love my father. This has been one of the most difficult things my family has had to deal with. For the past two years it has gone on and on. Finally, when my dad was convicted of this, our family came together. We all seem to be thinking the same thing. But it took his conviction for people to say what they really thought. Do you know what? We were all thinking the same thing... that Jeanie was not telling the truth. I'm sure you'll find similar comments in the other letters you have received.

I don't know what can be done for him now that he is convicted but I plead with you to do what you can. Whether it be probation or counseling or community service, be it what it may. I do think that jail is simply out of the question. He did not do this. Please do what you can but know this that I feel my father is innocent and so do four others, and those four others happened to be the closest to her. We all can't be wrong. I hope this letter does some good. If you have any further questions you would like to ask feel free to call: (303) 681-3129.

With best regards,

John Collins