IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

> Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

BILL OWENS, et al.,

> Defendants.

---

**NOTICE OF TRANSFER**

---

This matter is before the Court *sua sponte*. In the interests of justice and judicial economy, this case will be transferred from Judge Christine M. Arguello to Senior Judge John L. Kane. Chief Judge Wiley Y. Daniel and Senior Judge John L. Kane have approved such transfer, provided there is no objection by counsel. It is hereby

ORDERED that the parties shall have ten days, or to and including July 24, 2009 to file any objection to this transfer.

IT IS FURTHER ORDERED that, effective July 25, 2009, if no objections are filed, this case will be transferred to Senior Judge Kane. Subsequent filings in this matter shall be filed under Civil Action No. 92-cv-00870-JLK.

DATED: July __13__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge