92-cv-00870-CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

July 15, 09

Your Honor Judge Kane,

JUL 17 2009
GREGORY C. LANGHAM
CLERK

I am writing you about a Montez problem I am having.

I walk with a cane and have a lift on my shoes, but am told that, I am not Montez, the reason being that Denver Womens Corrections is the only Medical "Montez" Facility.

They (CDOC) are telling me I must go down to La Vista for S.O.T.M.P. My provider has cleared me to go as she has put me as "Not Qualified" for Montez, in order to send me to La Vista.

Remidial Plan #19 states within ninety (90) days of the date of this order, CDOC shall offer S.O.T.M.P Phase II at a designated facility that is "Comparable" to the program currently available at Arrowhead Correctional facility.

Arrowhead is for men only, what about women? I would go to Arrowhead but I'm not a man. Men have more benefits. We have so little.

La Vista does not want me due to my medical problems and has been fighting Denver Womens over my going. So Centeral office told medical (my provider Jamie Harrellson) to clear me and take away

all my medical needs, so I am forced to go there.

This way they can get more funding for one more person in the group!

I was convicted of kidnapping and criminal extorion! No conviction of any sexual crime.

I am also a type II diabetic or should I say was till my provider Jamie Harrellson, said I was not. I have sleep apnea but suddenly I don't, but I still have my C-Pak and have to sleep with it every night. I'v had Asthma, have had it most of my life, but now suddenly I am cured.

See Accomodation Resolutions!

I am asking for help in this matter.

Thank you for your time

Mary Fernandez
#57763

