92-cv-870
CMA-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2009

GREGORY C. LANGHAM
CLERK

Judge Kane,

I'm writing this letter Pro se to ask you for a motion of relief. This past week I went to a ADA meeting with Paula Greisen & Elizabeth McCann. I was advised to write you and ask for this motion of relief. This is my situation. In 2004 I was sentenced to 12 yrs DOC. I was housed in Sterling CO and needed a phone "TTY" to communicate with my wife that is totally Deaf. My self, I have no hearing in my right ear and only half in my left ( which I told DOC in 2004. They denied my use of a T-TY. Because they said I wasn't deaf and in 2004 sceduled a Audiogram for my hearing. I had to wait untill 2009 to get a Audiogram! For 5 yrs I had to fight DOC for phone privilges and to be in a place that was hearing accomidations. I've missed out on numerous moments through the 5 yrs. I'll missed out on several yrs of communication with my wife and famly! In 2005 D.O.C offered me 50.00 to settle out of court. I did not except the offer then. But haven't heard no more sense. I feel that D.O.C should have to pay for there mistakes as I have to pay for mine. For 5 yrs I had to miss movements, chow at times, calls home, threats to be wrote up because I didn't hear officers talking to me. In 2009 I did so and have my hearing tested. and was told I

was totally Deaf in right ear, And only half in Left ear as I had been telling D.O.C. for 5yrs. So Mrs Grieson told me to write you to see if I could please get some kind of relief for the mental anguish I had to go through for these 5yrs? I hope to hear from you or your court soon.

Thank you very much.
Kevin McCleaver #86635
P.O Box 1010 unit #7
Canon City Co
81215-1010

Department Of Corrections
McClearen
B6635
7
10/10
Canon City Co
81215-1010

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2009
GREGORY C. LANGHAM
CLERK

v870

COLORADO SPRINGS
CO 809-1 T
21 JUL 2009 PM

Judge Kane
U.S. District Court
of Colorado
901 - 19th Street
Denver, Colorado
80294

80294+2500

CICF 7-20-09
FACILITY / DATE REC'D
Tallar / 14925 / DR
STAFF LAST NAME / ID# / INT
86635 / McCleans / EM
DOC# / OFFENDER LAST NAME / INT