Judge Kane,
92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 22 2009
GREGORY C. LANGHAM
CLERK

7/20/09

Hello, my name is Cora E. Ferales #66331. I am an ADA/Montez offender being housed at DWCF. I would like to take the time to "Thank You," for your time. I was informed by Montez lawyer's to write you personally with my request.

My request is to "Please" have a lawyer or legal advisor come to aid me in filling out a prisoners complaint packet. I've done 3 grievance's all to a 3rd step. This complaint is from a Disability Discrimination, to a breaking of AR's by case manager & medical department resulting in loss of property purchased at DWCF by my family, to now a permanant disability in my right hand due to their negligence. I am right handed, so this will effect my future, my right hand is permanantly disfigured and I'm in great pain & suffering now for 11 mo's even after surgery.

Again I want to "Thank You" and I'm praying you will

send me a lawyer or legal advisor to help me with these legal complaint pack, which I don't understand.

"Thank You"

Respectfully:

Cora E. Ferales

Cora. E. Ferales #66331
DWCF Unit 2-C-118
P.O. Box 392005
Denver, Co -80239-