7-21-09

92-cv-00870-CMA

Gregory D Thomas
48283 · D.R.A.C.
PO Box 392004
Den Co. 80239-8004

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2009

GREGORY C. LANGHAM
CLERK

United States Court House
901 19th street
Den Co. 80294-3589

Your Honor Judge Cain

I am writing this letter in reguards to my Montez v Owens claim. Mrs. Paula Greisen of King + Greisen LLP. has notified me that King + Greisen are not taking any personal claims from the Montez suit. She also informed me that I should contact you for information or directions concerning that matter. Can you please inform me how I can get compensatied on my individual claim.

Sincerly Yours

Gregory D Thomas  48283