NORMAN E. WIEGAND
CDOC #58767
CTCF Unit 3
P.O. Box 1010
Canon City, Colorado
81215-1010

92-cv-00870-CMA

Cathie Holst
ADA AIC Coordinator
2862 South Circle Drive, Suite 152
Colorado Springs, Colorado 81215-1010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2009

GREGORY C. LANGHAM
CLERK

July 16, 2009

RE: Multiple Hearing Disability Issues

Dear Ms. Holst,

This letter is to notify you formally of some problems I am having with discrimination because of my hearing disability.

First let me state that I do have a hearing disability and have been granted accommodations by your office. My Accommodation Resolution is dated December 18, 2008.

ISSUES

1. On April 14, 2009, I filed an ADA grievance (D-CT08/09-761) concerning a number of issues. This grievance was GRANTED IN TOTAL by you and Meghan Reed on April 27, 2009. Unfortunately, the staff of CTCF do not do what your office tells them to do. I was housed in Unit 7 from April to July 11, 2009. It was in this time period that this grievance was filed. Up to the date I was forcibly moved to Unit 3 on April 11, 2009 I was never assigned an OCA as specified in my AR. Additionally, I was not once notified of any anouncements for movements/meals/recreation/appointments/summonings that were broadcast over the facility PA system. When I complained I was informed, by Lt. Williams, that they were doing it the way it is going to be done and that is it. When I complained about being assigned an OCA I was told "Oh well, I'll get right on it" and nothing was done.

2. My AR, dated December 12, 2008, states that I am to have use of a TTY station. To date, I have yet to be trained in its use. I have spoken to Lt. Bell about it and he said he would get in touch with CIPS to send me a instruction sheet. This has never happened. Additionally, the one time I have tried to use it, with the aid of another offender, the system told me that I was not authorized to use the TTY.

Norman E. Wiegand
CDOC #58767
Hearing Issues
July 16, 2009
Page Two

3.  My hearing aids sound a tone when the battery is getting low. This means I have about thirty minutes before it reaches the point where it will no longer have enough of a charge to run my hearing aid, however, the battery is NOT DEAD, but it is useless for my hearing aids. When I take it to medline for a fresh one, the nurse tests it for a charge, which it actually still has. It is just not enough for my use. I am then turned away and told to come back when it is dead. Consequently, I have to go around literally half-deaf for a day or so.

This letter is an act of courtesy. I am indeed following it up with a formal grievance for each issue pursuant to CDOC ARs. I am also forwarding a copy of this letter to all of the parties concerned with the MONTEZ suit. These are issues that need to be addressed and, as with my grievance issues, the issues have already been brought to your attention. CDOC staff need to be made aware that their failure to comply with the orders of the court and the orders from your office will result in consequences. We disabled offenders are not getting anything extra, what we get by way of accommodations act to level the playing field with the able offenders.

### REMEDIES

1.  Correct the deficiencied listed above forthwith.

Respectfully,

*Norman E. Wiegand*
Norman E. Wiegand

xc:  Honorable John L. Kane
     Paula Greisen, Esq.
     Jennifer Riddle, Esq.
     Elizabeth McCann, Attorney for the Defendants
     Robert Wiegand II, Esq. CO Attny No. 7463