

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

OUR WHOLE COLLINS FAMILY NOW PETITIONS THAT YOU ~~JUDGE~~ KANE (NOW ACT)

nent of Corrections
[...] A. Collins
Doc # 101218
C.T.C.E.
P.O. Box 1010
rado 81215-1010

92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL [...] 2009
GREGORY C. LANGHAM
CLERK

$01.560
07/22/2009
Mailed From 81215
US POSTAGE

DISTRICT JUDGE JOHN KANE: PLEASE, ON/BY 08/15/09 (NEXT MONTH). URGENT!!! [PRIO]RITY REQUESTED. VERY IMPORTANT. URGENT.

JUDGE JOHN KANE, YOU NOW HAVE THE FULL MIGHT & POWER OF [THE UNI]TED STATES OF AMERICA, BACKED BY OUR [ALMIGH]TY GOD, TO NOW "MAKE RIGHT" WHAT IS SO [WRONG]. IF NOT YOU, WHO?? IF NOT NOW, WHEN?? [...] JUSTICE, INJUSTICE?? U.S. JUDGE JOHN [KANE, M]AKE "REAL & TANGIBLE & JUSTICE!" NOW !!! U.S. JUDGE JOHN KANE, YOU ARE A SEASONED "JURIST WITH THE GUTS & IN- [TESTINAL] FORTITUDE" TO NOW DO WHAT NEEDS TO BE DONE FOR "REAL & [TANGIB]LE" JUSTICE TO NOW PREVAIL !!! "MRD" MY MANDATORY [RELEA]SE DATE" IS THE END OF AUGUST, 2009 (NEXT MONTH). [PAR]OLE WILL BE REVOKED, & I WILL BE RIGHT BACK IN PRISON, [MY FA]MILY WILL BE DEPRIVED OF THEIR FATHER & GRANDFATHER, [I WIL]L BE DEPRIVED OF OUR FAMILY FOR "5!" MORE YEARS. OUR WHOLE FAMILY NOW PETITIONS THAT YOU JUDGE JOHN KANE, NOW ACT.

LEGAL MAIL

U.S. Judge John Kane
U.S. District Court
901 19TH Street
Denver, Co 80294



LEGAL MAIL

CSCF 07/21/09
WEST 11934 PMW
101210 Collins M.W.

<u>URGENT!!!</u> <u>PRIORITY RE-</u>
<u>QUESTED</u> <u>VERY IMPORTANT</u> <u>URGENT</u>
PLEASE, <u>ACT ON/BY 08/15/09.</u>