Michael N. Collins DOC #101218, Colorado Territorial Corr. Fac. 07/21/09
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002  (1 OF 2)

Respectfully,
Michael N. Collins        **LEGAL MAIL**        "The Dad & Grand Pa
                                                 Old School & Old Dog"

# OUR WHOLE COLLINS FAMILY NOW PETITIONS THAT YOU, U.S. JUDGE JOHN KANE, NOW ACT.

U.S. DISTRICT JUDGE JOHN KANE: PLEASE, ACT ON/BY 08/15/09 (NEXT MONTH). URGENT!!! VERY IMPORTANT!!! PRIORITY REQUESTED

92-CV-00870-CMA

UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 27 2009
GREGORY C. LANGHAM
CLERK

U.S. JUDGE JOHN KANE, YOU NOW HAVE THE FULL MIGHT & POWER OF OUR UNITED STATES OF AMERICA, BACKED BY OUR ALMIGHTY GOD, TO NOW "MAKE RIGHT" WHAT IS SO WRONG. IF NOT YOU, WHO?! IF NOT NOW, WHEN?! IF NOT JUSTICE, INJUSTICE?! U.S. JUDGE JOHN KANE, MAKE "REAL & TANGIBLE" JUSTICE "NOW PREVAIL!!!"

U.S. JUDGE JOHN KANE, YOU ARE A "TOUGH & SEASONED" JURIST WITH THE "GUTS & INTESTINAL FORTITUDE" TO NOW DO WHAT NEEDS TO BE DONE FOR "REAL & TANGIBLE" JUSTICE TO NOW PREVAIL!!! **OUR WHOLE FAMILY NOW PETITIONS THAT YOU, JUDGE KANE, NOW ACT.**

"MRD!!!"

MY "MANDATORY RELEASE DATE" IS THE END OF AUGUST, 2009 (NEXT MONTH). I WILL BE OUT "ON THE STREETS" (AGAIN); HOWEVER, I WILL BE REQUIRED TO TAKE "DENIER'S THERAPY" AGAIN. I CAN NOT SAY THAT I RAPED MY DAUGHTERS. IT IS NOT TRUE. I JUST CAN NOT SAY THAT. THAT IS SO NOT TRUE. IF I COULD HAVE DONE SO, I COULD HAVE TAKEN A "PLEA"

**"TRIAL TESTIMONIES WERE COERCED!!!"**

BARGAIN," I NEVER HAVE GONE TO PRISON, IN THE FIRST PLACE. AND, IF I COULD HAVE DONE SO, I COULD HAVE BEEN OUT OF PRISON CLOSE TO "9" YEARS AGO ON PROBATION.

MY WORDS ARE TRUE! I JUST CAN NOT SAY WHAT IS SO NOT TRUE IN "DENVER'S THERAPY." THIS IS EVERYTHING THAT I AM AS "A MAN", MY SUM TOTAL OF MY "PART OF HUMANITY." AFTER GREATER HARDSHIP, AFTER FURTHER GREAT ANGUISH & TORMENT, MY PAROLE WILL BE REVOKED, & I WILL BE BACK IN PRISON FOR ANOTHER "58" YEARS. OUR COLLINS FAMILY WILL BE DEPRIVED OF THEIR FATHER & GRANDFATHER; I WILL BE DEPRIVED OF OUR COLLINS FAMILY FOR "58" MORE YEARS. THIS HAS BEEN FOR "SIN AND EVIL" EVIL.

THE ONLY REASON THAT I AM NOT DEAD NOW IS THAT GOD WANTS ME ALIVE. ANOTHER "58" YEARS OF THIS WOULD KILL ME. NO MEMBER OF OUR FAMILY EVER WANTED ANY OF THIS. WE WERE ALL PROMISED "IMMUNITY FROM PROSECUTION" (LATER DENIED, AGAIN & AGAIN). THE ONLY INVESTIGATOR EVER ASSIGNED TO MY CASE WAS INVESTIGATOR RUPPERT.

IMMEDIATELY PRIOR TO THE TRIAL OF MICHAEL N. COLLINS, INVESTIGATOR WILLIAM RUPPERT IN A "MAJOR" WAY PERJURED HIMSELF, & WAS DRAMATICALLY FOUND OUT DURING THE "VAY IN GHADOELLE" JAMES GARNER MURDER TRIAL. AT LEAST IN PART, RUPPERT'S "KEY" PERJURIES LED TO JAMES GARNER BEING ACQUITTED. AS A DIRECT CONSEQUENCE OF RUPPERT'S "KEY" PERJURIES, HE WAS REDUCED IN RANK TO ONLY A CORPORAL, & ASSIGNED TO THE DOUGLAS COUNTY JAIL. HE WAS A "DIRTY COP" THAT COULD NOT BE "ON THE STREETS."

INVESTIGATOR WILLIAM RUPPERT HAD A LONG HISTORY OF "FABRICATING & MANUFACTURING" EVIDENCE, WHICH IS EXACTLY WHAT HE DID DURING BOTH HIS INVESTIGATION, & DURING THE TRIAL OF MICHAEL N. COLLINS. INVESTIGATOR WILLIAM RUPPERT COERCED HIS OWN WITNESSES INTO SAYING WHAT HE WANTED (AGAIN & AGAIN, ON-GOING).