

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

... Colorado Territorial Corr. Facility 07/20/09
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002 Page 1 of 6.

Civil Action No. 92-cv 00870-CMA JESSE MONTEZ -vs.- BILL OWENS

**URGENT & URGENT! HELP!!! 777 !!! HELP! URGENT! URGENT!!!**

**LEGAL BRIEF & FINDINGS OF 07/20/09, SUBMITTED BY MICHAEL N. COLLINS**

**DEAR JUDGE ~~CHRISTINE M. ARGUELLO~~** JOHN KANE I AM NOW RUTHLESSLY & SADISTICALLY BEING ATTACKED, BOTH VERBALLY & PHYSICALLY; BEING THROWN IN "THE HOLE" ON ANY PRETEXT, & BEING PUT ON "L.O.P." (LOSS OF PRIVILEGES) STATUS, BY C.O.'S & CORRECTIONAL STAFF IN "POSITIONS OF PRISON AUTHORITY." C.O.'S (CORRECTIONAL OFFICERS) & STAFF HEAP MUCH ABUSE & HARASSMENT UPON ME AT THEIR EVERY OPPORTUNITY. C.O.'S & STAFF HAVE & CONTINUE TO INSTIGATE, BOTH VERBAL & PHYSICAL ABUSE & HARASSMENT OF ME BY OTHER INMATES; ACTUALLY INSTIGATE, ENCOURAGE, & REWARD PHYSICAL ATTACKS UPON ME BY OTHER INMATES AT THEIR EVERY OPPORTUNITY. (SEE THE ENCLOSURES WRITTEN BY ME).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 27 2009
GREGORY C. LANGHAM
CLERK

BE IT RESOLVED THAT, AT LEAST IN PART, ALL OF THE ABOVE IN THE PRECEDING PARAGRAPH HAS BEEN & CONTINUES TO BE IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "MANY!" "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; IN BLATANT & OBVIOUS RETALIATION & RETRIBUTION FOR THE CLAIMANT'S "VERY!" "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAW SUIT. THE CLAIMANT, MICHAEL N. COLLINS, HAS BEEN "FAR BEYOND" BEYOND DISCRIMINATED AGAINST (AGAIN & AGAIN). SAID DISCRIMINATION HAS BEEN ON-GOING, IN EVERY CONCEIVABLE WAY, TO BE SO BLATANTLY & OBVIOUSLY, IN ACTUAL FACT, "VERY!" "AGGRESSIVE RETALIATION AGAINST THE CLAIMANT & HEAPED RETRIBUTION UPON HIM (AGAIN & AGAIN) THAT THE COLORADO DOC HAS PUT THE CLAIMANT'S "LIFE & LIMBS" (AGAIN & AGAIN) IN ON-GOING EXTREME & IMMEDIATE DANGER; SO MUCH SO, THAT IT IS ONLY A MATTER OF TIME BEFORE THE CLAIMANT IS PERMANENTLY BEATEN INTO A "VEGETATIVE STATE," OR EVEN KILLED ("EXECUTED").

NEITHER ANY FACILITY, NOR ANY PLACE UNDER THE "AUTHORITY & CONTROL" OF THE COLORADO DOC IS "SAFE" TO THE CLAIMANT, MICHAEL N. COLLINS; OFFERS "REFUGE & SUCCOR" TO THE CLAIMANT, SO THAT HE CAN "CONTINUE TO LIVE" & STAY HALF WAY IN ONE PIECE." THERE FORE, THE CLAIMANT, MICHAEL N. COLLINS, NOW PETITIONS ADDRESSES THE COURT SPECIFICALLY THAT "NONE!" OF THE ABOVE "!!"

NEW & NOW CURRENT ENCLOSURES

COLORADO DOC, BOTH PUBLICLY & PRIVATELY RUN FACILITIES HAVE BEEN "SAFE" TO THE CLAIMANT, TO INCLUDE: ARKANSAS VALLEY (2 TIMES), BUENA VISTA (2 TIMES), COLORADO TERRITORIAL (2 TIMES), CROWLEY COUNTY (3 TIMES), DENVER RECEPTION & DIAGNOSTIC CENTER "DRDC" (MANY TIMES?), COLORADO CORRECTIONAL MEDICAL CENTER, DENVER GENERAL HOSPITAL "WARD 18" (1 TIME), KIT CARSON (1 TIME), STERLING (2 TIMES). THE ENTIRE COLORADO DOC SYSTEM IS UNFIT FOR HUMAN HABITATION; FOR ANY INMATE, BUT IS PARTICULARLY "UNSAFE" FOR THE CLAIMANT.

CERTAINLY NEITHER THE DOUGLAS COUNTY COURTS, NOR DETENTION CENTER IS "SAFE" TO NEITHER THE CLAIMANT, NOR TO ANY MEMBER OF HIS FAMILY. THE HARASSMENT & ABUSE HEAPED UPON THE CLAIMANT; THE PHYSICAL ATTACKS BY BOTH DOUGLAS COUNTY SHERIFF'S JAIL DEPUTIES & OTHER JAIL INMATES, INSTIGATED, AT LEAST IN PART, BY JAIL DEPUTIES, UPON THE CLAIMANT OFTEN EXCEEDED ANYTHING THAT THE CLAIMANT HAS BEEN SUBJECTED TO, WHILE INCARCERATED WITHIN THE COLORADO DOC. IN TOTAL THE CLAIMANT ENDURED ABOUT THE "WORST YEAR" OF HIS LIFE WITHIN THE DEMON TORMENTED "PIT OF HELL" THAT IS THE DOUGLAS COUNTY "DEVIL'S OWN" JAIL.

EVERY COUNTY JAIL WITHIN COLORADO RECIPROCATES WITH EVERY OTHER COUNTY JAIL, AS TO HOW THEY "HOUSE & TREAT" THEIR "COURTESY HELD" PRISONERS, AS THE CLAIMANT MOST EMPHATICALLY FOUND OUT WHEN HE WAS TEMPORARILY HOUSED WITHIN THE EL PASO COUNTY JAIL, AS PART OF A "TRANSPORT" BACK TO THE DOUGLAS COUNTY JAIL, AS PART OF A COURT APPEARANCE. AS THE CLAIMANT HAS BEEN IN "FEAR FOR HIS LIFE & LIMBS"; SUBJECT TO MUCH ABUSE & HARASSMENT WITHIN THE DOUGLAS COUNTY JAIL, SO MUCH THE MORE WAS THE CLAIMANT SUBJECT TO SUCH "EXCESSES" WITHIN THE EL PASO COUNTY JAIL; AS WELL AS, THE JEFFERSON COUNTY JAIL WHEN THE CLAIMANT WAS "MIS-IDENTIFIED," AS ANOTHER COLORADO DOC INMATE, ALSO NAMED MICHAEL COLLINS, WHO WAS A YOUNG BLACK MAN IN HIS EARLY 20'S (THE CLAIMANT IS AN ELDERLY WHITE MAN IN HIS EARLY 60'S). THE CLAIMANT IS NOT "SAFE"; SUBJECT TO MUCH "RETALIATION & RETRIBUTION WITHIN ANY COUNTY JAIL WITHIN THE ENTIRE STATE OF COLORADO, AS SO HE IS WITHIN THE COLORADO DOC.

NOTHING IS SACROSANCT WITHIN THE COLORADO DOC. THE CLAIMANT HAS & CONTINUES TO NOT ONLY BE IN "FEAR FOR HIS LIFE & LIMBS," BUT FOR HIS MEAGER "HIGHLY PRIZED" PERSONAL POSSESIONS & PROPERTY, AS WELL. THE CLAIMANT HAS BEEN "PATTED DOWN," HAD HIS HALF ALONE OF A "CELLEE" JOINTLY SHARED CELL, BOTH "IN-

PERSONAL POSSESSIONS & PROPERTY HAS BEEN "TRASHED"; HIS LEGAL FILES "TRASHED"; GONE THROUGH & OBVIOUSLY "ILLEGALLY" READ, REFILED OUT OF PLACE, & THIEVED BY HARASSING C.O.'S ON-GOING (AGAIN & AGAIN) THROUGHOUT THE COLORADO DOC; IN PARTICULAR, HERE AT COLORADO TERRITORIAL CORRECTIONAL FACILITY. AS SO IT HAS BEEN EVERY WHERE, BOTH WITHIN THE COLORADO DOC SYSTEM, AND EVERY WHERE THAT THE CLAIMANT HAS BEEN UNDER THE CONTROL OF THE COLORADO DOC, SO IT WILL CONTINUE TO BE: THE CLAIMANT IN FEAR FOR HIS "LIFE & LIMBS"; THE CLAIMANT IN FEAR FOR HIS PERSONAL POSSESSIONS; IN PARTICULAR, THE CLAIMANT IN FEAR FOR "ALL" OF HIS LEGAL FILES.

THERE FORE & BE IT RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HERE BY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, MICHAEL N. COLLINS, BE REMOVED ENTIRELY, BOTH FROM & UNDER THE CONTROL OF THE COLORADO DOC ENTIRELY; FROM & UNDER THE CONTROL OF ANY COLORADO SHERIFF'S OFFICE; IN PARTICULAR, THE DOUGLAS COUNTY SHERIFF'S OFFICE ENTIRELY; TO BE IMMEDIATELY HOUSED & TO BE FED THREE MEALS PER DAY & EVERY DAY AT A HOTEL WITH A RESTAURANT WITHIN IT, IN DOWNTOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL COURTS, SAID HOTEL WITH A RESTAURANT WITHIN IT, TO BE REIMBURSED WEEKLY FOR THE WEEKLY COST OF THE CLAIMANT'S ROOM RENTAL & THREE MEALS PER DAY FROM THE COLORADO DOC, FROM WHAT IT WOULD NORMALLY COST TO HOUSE & FEED A COLORADO INMATE WITHIN "CLOSED" CORRECTIONAL FACILITIES, AS THE CLAIMANT, MICHAEL N. COLLINS, HAS HERETO FORE BEEN HOUSED & FED OVER THE LAST "9" YEARS OF HIS WRONGFUL & UNJUST IMPRISONMENT, OVER WHAT NEVER EVEN HAPPENED.

BE IT FURTHER RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HERE BY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, MICHAEL N. COLLINS, WHILE HOUSED AT THE ABOVE REFERENCED HOTEL IN DOWNTOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL COURTS, DURING THE APPEAL OF HIS WRONGFUL & UNJUST CONVICTION "NOT" "BE REQUIRED TO REGISTER AS A SEX OFFENDER," "NOT" "BE REQUIRED TO REGISTER WITH ANY LAW ENFORCEMENT AGENCY AT ALL FOR ANY REASON; IN PARTICULAR, "NOT" "BE REQUIRED TO UNDERGO ANY KIND OF MENTAL HEALTH SO CALLED "COUNSELING AND/OR THERAPY"; EITHER INDIVIDUAL OR GROUP SESSIONS, CLASSES, AND/OR INSTRUCTIONS. BE IT FURTHER RESOLVED THAT, WHILE HOUSED AT THE ABOVE REFERENCED HOTEL THAT THE CLAIMANT, MICHAEL N. COLLINS,

[illegible] TO THE DENVER GENERAL HOSPITAL Page 4 of 6.

(A.K.A. DENVER MEDICAL CENTER), BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS. THE CLAIMANT, MICHAEL N. COLLINS, IS TO "NOT!" BE ASSIGNED THE SUB HUMAN "MEDICAL CARE, AS PRACTICED BY THE "USUAL CLUMP" OF BUNGLING IN-COMPETENT, UN-SUPERVISED BY MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT REAL & BONAFIDE "HUMAN" MEDICAL CARE, AS PRACTICED BY REAL & BONAFIDE MEDICAL DOCTORS & NURSES. ALSO, ALL SAID COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS.

URGENT!!! HELP!!! 777!!! HELP!!! URGENT!!! HELP!!!

LEGAL BRIEF & FINDINGS OF 07/20/09, SUBMITTED BY MICHAEL N. COLLINS

DEAR JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE: THIS IS A FURTHER "ANGUISHED CRY!" FOR "JUSTICE!"; FOR "REAL & TANGIBLE!" "JUSTICE!" FROM MICHAEL N. COLLINS, & THE WHOLE COLLINS FAMILY!" YOU ARE THE JUDGE OF THE "COMMON MAN". I AM THE "COMMON MAN." OURS IS THE "COMMON FAMILY". YOU MAY BE AN ANSWER TO "UNCOMMON PRAYER"

OVER THE CLAIMANT'S NOW "9!" "YEARS OF IMPRISONMENT WITHIN THE COLORADO DOC "BELLY OF THE BEAST," HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST, BUT "RUTHLESSLY!" & "SADISTICALLY!" RETALIATED!" AGAINST ON-GOING (AGAIN & AGAIN) FOR HIS "MANY!" "MEDICAL & GENERAL GRIEVANCES SEEKING FAIR & EQUITABLE REMEDIES; FOR HIS "VERY!" "ACTIVE & DILIGENT PARTICIPATION IN THE MONTEZ-VS.-OWENS CLASS ACTION CIVIL LAWSUIT. THE COLORADO DOC "LIES, DENIES, & DELAYS!"

HOWEVER, "ALL!" FLOWS!" FROM THE WRONGFUL CONVICTION (A GRAVE MISCARRIAGE OF JUSTICE!) OF MICHAEL N. COLLINS ON CASE NO. 1997 CR000055 IN DOUGLAS COUNTY, COLORADO, ON 03/04/99. IN "GREAT!" ANGUISHED" TORMENT!" "THE ENTIRE!" "COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS JARED, JACK & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "CRY OUT!" TO YOU! JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, FOR "JUSTICE!" "FOR "REAL!" & TANGIBLE!" JUSTICE!" JUDGE ARGUELLO, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S TIME OF TRIAL. "THE LAST "10!" "YEARS HAVE BEEN OUR FAMILY'S TIME OF TRIAL"; OUR COLLINS FAM-

JUDGE ~~CHRISTINE ARGUELLO~~ JOHN KANE, YOU BELIEVE THAT YOUR BACKGROUND WILL MAKE YOU MORE UNDERSTANDING & EMPATHETIC TO THE "COMMON MAN." I AM THE "COMMON MAN." OUR FAMILY IS THE "COMMON FAMILY," WHOSE "TIME OF TRIAL" HAS MADE THE "ALL!" OF US UNCOMMONLY RESOLUTED OF "STEELED & TEMPERED" PURPOSE IN OUR "ALL!" DESIRE & MOTIVATION TO NOW FIGHT THE "ALL!" GOOD FIGHT.

THE "ONLY!" INVESTIGATOR EVER ASSIGNED TO THE "COLLINS CASE" BY THE DOUGLAS COUNTY SHERIFF'S OFFICE WAS THE NEFARIOUS INVESTIGATOR WILLIAM RUPPERT, WHO STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DISPICABLE TO GET WHAT HE WANTED: THE COERCED TESTIMONIES, THE "TOLD WHAT TO SAY & HOW TO SAY IT," BY HIM COERCED TESTIMONIES OF "ALL!" OF THE COLLINS FAMILY; BUT IN PARTICULAR, THE COERCED TESTIMONIES OF "ALL!" OF THE COLLINS FAMILY DAUGHTERS.

AS A RESULT OF "DEEP THERAPY & COUNSELING" TO "BREAK DOWN BARRIERS & FIND IMAGES" OF WHAT NEVER EVEN HAPPENED, "FALSE IMAGES!" WERE IMPLANTED IN FIRST ONE DAUGHTER'S MIND, & THEN IN A SECOND DAUGHTER'S MIND OF THE COLLINS FAMILY'S THREE DAUGHTERS. THERE WAS MUCH THAT "FLOWED" FROM THE FIRST DAUGHTER TO UNDERGO "DEEP THERAPY," LAURA, TO THE SECOND DAUGHTER THAT UNDERWENT "DEEP THERAPY," JEANETTE (THE ONLY DAUGHTER THAT ANY OF THESE CRIMINAL PROCEEDINGS HAVE EVER BEEN ABOUT). THE "HARDNESS" OF A LARGE WESTERN STYLE BELT BUCKLE THAT "EVERYBODY!" HAD FORGOTTEN ABOUT HAD BEEN CONFUSED WITH "ERECTIONS," THAT'S IT!?!! A MAN'S LIFE DESTROYED (MY OWN), & A FAMILY TORN APART (OUR COLLINS FAMILY) "ALL!" JUST OVER A BELT BUCKLE !?!!

IMMEDIATELY PRIOR TO THE COLLINS FAMILY TRIAL, INVESTIGATOR WILLIAM RUPPERT PERJURED HIMSELF "BIG TIME!" DURING THE "VERY! HIGH PROFILE!" JAMES GARNER MURDER TRIAL, WHICH LED TO AN ACQUITTAL, AS A DIRECT RESULT, THE NEFARIOUS INVESTIGATOR RUPPERT WAS REDUCED IN RANK TO ONLY A CORPORAL, TAKEN OFF OF THE "STREETS," & ASSIGNED TO THE DOUGLAS COUNTY JAIL, RUPPERT WAS & REMAINS (A "DIRTY COP"!!!)

THE NEFARIOUS RUPPERT HAD A "LONG HISTORY!" OF "FABRICATING & MANUFACTURING," BOTH "TESTIMONIES & EVIDENCE." A "DIRTY COP" & A "BELT BUCKLE," THAT'S IT!?!! A MAN'S LIFE DESTROYED & A FAMILY TORN APART OVER A "DIRTY COP" & A "BELT BUCKLE"!?!!

JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, THE WHOLE, ENTIRE & COMPLETE COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS JARED, JACK, &

JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW ALL8 "CRY OUT TO FOR JUSTICE8," FOR "REAL8 & TANGIBLE8 JUSTICE8 BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO, TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS & ADVOCATES (REFERENCE AVAILABLE AFFIDAVITS & STATEMENTS). 

JUDGE ~~ARGUELLO~~ KANE, MAKE JUSTICE NOW FINALLY PREVAIL888 THE WHOLE ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY "ALL8" OF THE COLLINS DAUGHTERS ARE "VERY8 MUCH8 DEATHLY AFRAID8" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO JUDGE ~~ARGUELLO~~ KANE, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOME KIND OF LEGAL PROCEEDINGS, "OUTSIDE8" OF DOUGLAS COUNTY, & "WITHIN8" YOUR U.S. DISTRICT COURT TO "SET ASIDE8 & THROW OUT8" THE "WRONGFUL8," THE "DESECRATED JUSTICE8" CONVICTIONS OF MICHAEL N. COLLINS, WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL8" COERCED, INTIMIDATED & MENACED, BUT IN "PARTICULAR & ESPECIALLY" THE COLLINS DAUGHTERS' TRIAL TESTIMONIES, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART; TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE8" OF DOUGLAS COUNTY, & WITHIN A U.S. FEDERAL COURT.

JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR & OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED, BY A NEFARIOUS PROSECUTION THAT STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DESPICIABLE TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE ~~ARGUELLO~~ KANE, I AM THE "COMMON MAN"; OURS' IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO?? IF NOT NOW, WHEN?? IF NOT JUSTICE, INJUSTICE?? JUDGE ~~ARGUELLO~~ KANE, MAKE JUSTICE NOW PREVAIL888 "777. JESUS CHRIST. WHO-RAH888" AMEN & AMOMEN.

With the Highest of Respect & Best of Regards,
— Michael N. Collins DOC #101218

"The Dad & Grand Pa; Old School, Old & Big Dog, Old Timer; Mister, Brother, & Disciple M; US of A & 777 Church Man; El Grande Viejo Macho Hombre8"

P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002 (05/17/09)

URGENT URGENT URGENT

~~AT ABOUT 3:15 PM THIS AFTERNOON, I WAS APPROACHED BY UNIT 1'S COMMANDER, LT HOLLOWAY, WHILE SITTING IN OUR POD AREA, READING THE "ENCYCLOPEDIA OF CHRISTIANITY," EDITED BY JOHN BOWDEN (OXFORD UNIVERSITY PRESS).~~ AS HAS BECOME HIS MANNER, HE CHECKED TO MAKE SURE THAT I WAS NOT WORKING ON ANY GRIEVANCES, OR DOING ANY LEGAL WORK. OTHER INMATES WORK ON THEIR GRIEVANCES, AND/OR DO THEIR LEGAL WORK IN OUR POD AREA, WITHOUT BEING HARASSED AS I AM HARASSED.

LT HOLLOWAY CLEARLY TOLD ME SEVERAL TIMES THAT I WAS IMMEDIATELY TO STOP WRITING ALL GRIEVANCES; THAT I WAS IMMEDIATELY TO STOP MAKING MOTIONS IN U.S. DISTRICT COURT (YOUR COURT JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE), OR I WAS GOING IMMEDIATELY TO UNIT 3; THAT I WAS GOING IMMEDIATELY TO "THE HOLE," & I WOULD STAY THERE. IF I HAD NOT AGREED, I WOULD HAVE BEEN "CUFFED UP," & "ARRESTED" ON THE SPOT.

MY CASE MANAGER, MR. EVANS, ~~HAS MADE IT VERY DIFFICULT~~ "ON-GOING" (AGAIN & AGAIN) TO GET BLANK GRIEVANCE FORMS, MORE DIFFICULT THAN PULLING SWOLLEN ABSCESSED TEETH WITH STRING. HE TOO HAS THREATENED ME "ON-GOING" (AGAIN & AGAIN) FOR WRITING GRIEVANCES; FOR MAKING MOTIONS IN U.S. DISTRICT COURT (YOUR COURT JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE); FOR TALKING TO OTHER INMATES ABOUT GRIEVANCES, & MOTIONS IN U.S. DISTRICT COURT, ESPECIALLY "MONTEZ VS. OWENS." I AM IMMEDIATELY TO STOP ALL OF THESE ACTIVITIES, OR I AM GOING IMMEDIATELY TO "THE HOLE," & I AM STAYING THERE UNTIL I DISCHARGE.

JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, I AM NOW ASKING THAT YOU IMMEDIATELY, EXPEDITIOUSLY ACT UPON THE ENCLOSED MOTION. THANK YOU FOR YOUR PROMPT ATTENTION TO THIS MATTER.

Respectfully, Michael N. Collins "The Dad & GrandPa", "Old Dog & Old School"

(BASIC "COVER LETTER" PROMINENTLY WRITTEN ON "THE OUTSIDE" OF MY LARGE MANILA ENVELOPES, 04/21/09 THAT IS 7+7+7, WHICH IS 777. THERE IS MUCH POWER IN "777!!!" BY THE POWER OF "777!!!" MY MAILING OF 04/21/09 "MADE IT" PAST OUR CTCF MAILROOM THAT VIRITUALLY EVERY DAY "ILLEGALLY! THIEVES! & SEIZES! MUCH OF MY MAIL)

Dear Honorable Eric Holder, U.S. Attorney General: 04/21/09

I HAVE BEEN RIGHT! I HAVE "REALLY!" BEEN BATTING A 1,000". OUR HONORABLE SPEAKER OF HOUSE, NANCY PELOSI, WILL SOON BE PRESIDENT OF "OUR GOOD OL' US OF A." REGRETABLY, TRAGICALLY THIS MEANS THAT BARACK OBAMA WILL HAVE HIS PRESIDENCY "CUTSHORT." I MAY NOT LIVE TO SEE ANY OF THIS.

GOD SEND BLESSINGS TO NANCY PELOSI. SHE HAS "A GOOD HEART & A GREAT SPIRIT." "NANCY PELOSI" FIGHTS THE GOOD FIGHT & STAYS HER COURSE." "GOD, WALK HER WALK WITH HER," AS YOU HAVE MY WALK WITH ME. GOD, STRENGTHEN NANCY PELOSI, & FILL HER WITH SAGE WISDOM...

VIRITUALLY EVERY DAY, I AM RETALIATED AGAINST, BY THE COLORADO DOC IN EVERY CONCEIVABLE MANNER (DOC'S SCHADENFREUDE). I FULLY EXPECT TO BE KILLED AT ANY TIME. I DON'T KNOW IF YOU WILL BE ABLE TO RECEIVE WHAT I NOW WRITE TO YOU.

VIRITUALLY EVERY DAY, OUR CTCF MAILROOM "ILLEGALLY! THIEVES! & SEIZES! MUCH OF MY MAIL (SOME IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER). "THE LAW" CAN NOT BE UPHELD BY BREAKING LAWS. THE RIGHT & JUSTICE WILL PREVAIL, IF NOT IN THIS LIFE THEN IN THE LIFE TO COME.

IN "IMMINENT EXPECTATION OF DEATH," I NOW WRITE: IN THE END, JUSTICE WILL PREVAIL; OUR COLLINS FAMILY WILL PREVAIL. KAREN LOUISE, & I (IF SHE WOULD HAVE ME) WILL ONCE AGAIN BE MARRIED. I LOVE HER MUCH. KAREN LOUISE IS THE WORLD'S GREATEST FRIEND & LOVER, MOTHER & GRANDMOTHER, I AM JUST THE "OLD DOG."

GOD SEND BLESSINGS TO KAREN LOUISE; TO THE "ALL!" OF OUR

COLLINS FAMILY; TO THE "ALL&" OF MY SONS & DAUGHTERS, GRANDSONS & GRANDDAUGHTERS: JARED & REBECCA, MATTHEW & JOHN, MELISSA & SARAH; CHRISTINE & CHRISTOPHER, TYLER & BAILEY; LAURA & "J." WREN & ZAYNE; JACK & ADRIAN, JACOB & RYAN & CHASE; JOHN & BECKY; "THE JEANIE." I LOVE YOU "ALL&" I FAR "BEYOND LOVE" LOVE YOU "ALL&"

I LOVE MY & OUR COLLINS FAMILY; LOVE MY & OUR OMNIPOTENT, OMNIPRESENT, & OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY; LOVE MY & OUR "GOOD OL' US OF A," WHERE IN THE END JUSTICE "ALWAYS&" PREVAILS (AFTER ALL, OUR'S IS "THE MOM, APPLE PIE, & AMERICAN FLAG" AMERICA) TO THE "GIVING UP" OF MY OWN LIFE. MY MARK IS "777 888" MY FAMILY IS COLLINS. MY GOD IS "REAL&" GOD, MY COUNTRY IS AMERICA. — Michael N. Collins "Old Dog & School"

[OFTEN I PRAY BEFORE I WRITE THAT I WILL BE "SPIRIT PROMPTED". OFTEN I AM "SPIRIT PROMPTED," AS I WRITE. GOD IS SPIRIT ENERGY, SPIRIT INTELLIGENCE, THE SERENDIPITOUS TOTAL OF THE "ALL&" OF OUR HEARTS, MINDS, & SOULS. YET, GOD IS INFINITELY & ETERNALLY MORE. GOD IS OMNIPOTENT (ALL POWERFUL), OMNIPRESENT (ALL EVERYWHERE), OMNISCIENT (ALL KNOWING). GOD IS INFINITE & ETERNAL. "THE MIND OF GOD" OFTEN "TOUCHES & INSPIRES" MY OWN ON A RATIO OF: 777,777,777,777,777,777,777∞ (GOD) TO 1 (ME). I CAN ONLY BEGIN TO FATHOM, BEGIN TO BE TOUCHED BY "THE MIND OF GOD."

WHEN I AM "SPIRIT PROMPTED," AS I WRITE, MUCH IN ME WANTS TO RECONCILE WITH MY WIFE KAREN LOUISE. ALL IS TO BE UP TO KAREN LOUISE. ON "THE OUTSIDE," SHE COULD HAVE ME BACK IN JAIL & PRISON, "IN LESS THAN A HEARTBEAT." THIS MAKES ME UNEASY; HOWEVER, THE "SPIRIT" "SOOTHES" MY TROUBLED MIND. I THEN "THINK & DREAM" POSITIVELY BETTER "EASY FRIENDING" & "EASY LOVING" WITH HER: MY BEST & ONLY "SOUL COMPANION".

WHEN I AM "SPIRIT PROMPTED," AS I WRITE, I WRITE TO INDIVIDUALS, IN "MANNERS & STYLES" OF "HOW & WHY," THAT I WOULD NOT ON MY OWN. I HAVE BEEN "SPIRIT PROMPTED" TO WRITE, AS I HAVE & NOW DO. I AM "THE OLD DOG". MY MARK IS "777 888" I NOW "FIGHT THE GOOD FIGHT, & STAY MY COURSE!" I AM A GOOD & GODLY MAN, CONSECRATED TO MY GOD, FAMILY, & OUR "US OF A".]

Michael W. Collins DOC 101210, Colorado Territorial Corr. Fac. 04/10/09

Dear U.S. Postal Inspectors, Korsrck & Sanz: Thank you for meeting with me on 03/25/09. Hey, you guys have an "unlisted" address. What's up with that?? Where are "the Feds," when you need them?? I couldn't even get your address off "the inter-net"?? I hope that you get this letter & enclosures.

I need to write that I love our country with "all of my heart, mind & soul." Perhaps, even all the more so, after what all has been done to me & our family. For you see, this is "OUR GOOD OL' US OF A; where, in the end, THE RIGHT, TRUTH, & JUSTICE WILL ALWAYS & INEVITABLY FINALLY PREVAIL!!!

The essential fact is that in "all things", I have been "batting a 1,000". No, I do not wish President Barack Obama ill. It is simply an inevitable & irreversible fact that "ALL!" "Aryan Bros" "Hate Thugs" (This means "ALL!" "White supremacist gangs & groups like the Aryan Nation, 211, the KKK, 666, Astra or Nordic White (supremacist) race religions", & so on) want to become "Heroes of the White Race", by killing our First Black President, Barack Obama.

It is "common knowledge", in the "Belly of the Beast," that President Obama is the focus of "MUCH!" intense hatred, by "MANY!" "psychopathic" "nuts", both in & out of prison throughout My & Our "US of A". Both our country & this world would be far better places without them. They're not all dysfunctional "meth heads."

Only one "psycho-nut" needs to "hit" (Lee Harvey Oswald), just once to "succeed." And they will. There are just too many of them; perhaps, thousands, if not (even) millions of "psycho-nuts." They are my enemies, who I will fight to the "giving up" of my own life. You, U.S. Postal Inspectors, Korsick & Sanz, I will help & support, as best I can in the "Belly of the Beast". WE ~~ARE THE~~ "GOOD GUYS"!

It is simply an inevitable, irrefutable, & immutable fact that Our Honorable Speaker of the House, Nancy Pelosi, will become President of "Our Good Ol' US of A." Soon. Very Soon. President (I really like calling her that) Nancy Pelosi has "A GOOD HEART & A GREAT SPIRIT". President Pelosi is from, of, & by "WE THE PEOPLE." It is her destiny & purpose, fore ordained by my & our God, to be a GREAT BLESSING GODSEND FOR "OUR GOOD OL' US OF A"!

Thank you, U.S. Postal Inspectors, Korsick & Sanz, for doing what all that you do. GOD BLESS "OUR GOOD OL' US OF A." Michael W. Collins "Old Dog"

Dear U.S. Postal Inspectors, Korstck & Sanz: AS RETALIATION (SEE THE ENCLOSURES), VIRTUALLY EVERY DAY, OUR CTCF MAILROOM "ILLEGALLY & THIEVES & SEIZES" MUCH OF MY MAIL. WITH COLORADO DOC INVESTIGATOR "LUTENBERG PRESENT, AT OUR DOC "MONITORED" MEETING, I COULD NOT SPEAK FREELY. I YET DO NOT KNOW IF YOU WILL GET THIS LETTER OR NOT.

"THE LAW" CANNOT BE UPHELD BY BREAKING "MANY" LAWS. OVER MY ABOUT 2½ YEARS OF INCARCERATION AT CTCF, I HAVE NOW HAD WELL OVER "500" PIECES OF MAIL (I STOPPED KEEPING A "RUNNING TALLY" LONG AGO), RIGHTFULLY MINE "ILLEGALLY & THIEVED & SEIZED" BY OUR CTCF MAILROOM (SOME IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER). EVERYBODY'S MAIL AT CTCF IS "ILLEGALLY & THIEVED & SEIZED"; HOWEVER, MINE IS "REALLY" "OPEN SEASON. EVERYBODY KNOWS THAT "90%" OF OUR CTCF MAIL "ILLEGALITIES" ARE COMMITTED BY C.O. COMBS, WITH "SMUG IMPUNITY." LEGAL MAIL IS ONLY "SEMI-PROTECTED" [I HAVE HAD "LEGAL MAIL & FILES" SEIZED OFTEN.]

FOR YOUR & OUR FRIENDS AT THE FBI: AGAIN, "THE LAW" CANNOT BE UPHELD BY BREAKING "MANY" LAWS. THE TRIAL THAT PUT ME IN PRISON WAS A "CORRUPTED LIE" FROM BEGINNING TO END (SEE THE ENCLOSURES). I HAVE BEEN IN PRISON FOR OVER "9" YEARS, OVER WHAT NEVER EVEN HAPPENED. THE "CORE ISSUE" WAS THAT THE "HARDNESS" OF A LARGE WESTERN STYLE BELT BUCKLE THAT EVERYBODY HAD FORGOTTEN ABOUT WAS CONFUSED WITH "ERECTIONS"!?!!

THE DAUGHTER THAT WAS MY ORIGINAL ACCUSER TOTALLY RECANTED HER TRIAL TESTIMONY YEARS AGO TO BECOME, ALONG WITH MY OTHER DAUGHTERS, MY "3" STRONGEST SUPPORTERS. MY FORMER WIFE (KAREN), "ALL" 3 OF MY SONS (JARED, JACK, & JOHN); IN PARTICULAR, "ALL" 3 OF MY DAUGHTERS WERE "ALL" COERCED, INTIMIDATED, & MENACED; TOLD WHAT TO SAY, & HOW TO SAY IT FOR MY TRIAL, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART (THE ONLY INVESTIGATOR EVER ASSIGNED TO MY CASE BY THE DOUGLAS COUNTY SHERIFF'S OFFICE).

IMMEDIATELY PRIOR TO MY OWN TRIAL, THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART PROMINENTLY PERJURED HIMSELF DURING THE "HIGH PROFILE" JAMES GARNER MURDER TRIAL, WHICH LED TO AN ACQUITTAL. RUPPART WAS RECOGNIZED AS THE "DIRTY COP" THAT HE WAS & REMAINS. HE COULD NOT BE "ON THE STREETS"; THEREFORE, HE WAS REDUCED IN RANK TO ONLY A CORPORAL, & ASSIGNED TO THE DOUGLAS COUNTY JAIL (WHERE HE HARASSED & MUCH ABUSED ME). RUPPART HAD A REPUTATION, AMONG HIS OWN DEPUTIES & JAIL STAFF, FOR "SHOOTING HIMSELF IN THE FOOT" (ACQUIRED OVER "MANY" YEARS OF "FABRICATING & MANUFACTURING" EVIDENCE & TESTIMONIES; COERCING, INTIMIDATING, & MENACING HIS OWN WITNESSES; TELLING THEM WHAT TO SAY & HOW TO SAY IT FOR TRIALS). THE DOUGLAS COUNTY, COLORADO, PROSECUTION (PERSECUTION) OF BOTH MYSELF & OUR COLLINS FAMILY RESTS ENTIRELY UPON THE CASE "FABRICATED" BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART, WITHOUT HIM IT COLLAPSES IN ITS' ENTIRETY (IT WILL COLLAPSE). FOR IN THE END, JUSTICE WILL PREVAIL!!!

MY & OUR COLLINS FAMILY'S "CIVIL RIGHTS" WERE DECIMATED, BY THE DOUGLAS COUNTY SHERIFF & DISTRICT ATTORNEY'S OFFICE. BOTH I & OUR COLLINS FAMILY; IN PARTICULAR, "ALL" OF MY DAUGHTERS HAVE BEEN "TERRORIZED" BY DOUGLAS COUNTY. PLEASE, SEEK JUSTICE FOR US THROUGH THE U.S. FEDERAL COURTS. Michael N. Collins

[illegible], Colorado Territorial Correctional Facility
P.O. Box 1010, Canon City, Co 81215-1010; (719) 269-4002 04/25/09 PAGE 1 OF 2

IN THE END, JUSTICE WILL PREVAIL!!!

DEAR HONORABLE ERIC HOLDER, U.S. ATTORNEY GENERAL: I HAVE FOLLOWED WITH "GREAT INTEREST!" THE "COMING OUT" OF ALASKA SENATOR TED STEVENS' "WRONGFUL PROSECUTION;" THE "PROSECUTORIAL MISCONDUCT" SURROUNDING HIS "WRONGFUL CONVICTION." IT WAS NOTHING IN COMPARISON TO THE "PROSECUTORIAL MISCONDUCT" SURROUNDING MY & OUR FAMILY'S PERSECUTION; MY OWN "WRONGFUL CONVICTION." JUSTICE WILL YET PREVAIL! MR. HOLDER, I NOW ASK YOU TO HELP BOTH MYSELF & OUR COLLINS FAMILY, AS YOU HAVE HELPED MR STEVENS.

YOU MAY BE AN ANSWER, BOTH TO MY OWN & OUR COLLINS FAMILY'S PRAYERS. "IT IS NECESSARY ONLY FOR THE GOOD MAN TO DO NOTHING FOR EVIL TO TRIUMPH." MR. HOLDER, YOU ARE A GOOD MAN. I NOW PRAY THAT YOU NOW "DO SOMETHING."

THE IMMEDIATE: AS RETALIATION (SEE THE ENCLOSURES), VIRTUALLY EVERY DAY, OUR CTCF MAILROOM "ILLEGALLY! THIEVES! & SEIZES!" MUCH OF MY MAIL. MR. HOLDER, YOU MAY OR MAY NOT GET THIS LETTER. I PRAY THAT YOU DO.

"THE LAW" CANNOT BE UPHELD BY BREAKING "MANY!" LAWS. OVER MY ABOUT 2½ YEARS OF INCARCERATION AT CTCF, I HAVE NOW HAD WELL OVER "500!" PIECES OF MAIL (I STOPPED KEEPING A "RUNNING TALLY" LONG AGO) RIGHTFULLY MINE "ILLEGALLY! THIEVED! & SEIZED!" BY OUR CTCF MAILROOM (SOME IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER). EVERYBODY'S MAIL AT CTCF IS "ILLEGALLY! THIEVED! & SEIZED!"; HOWEVER, MINE IS "REALLY!" "OPEN SEASON." EVERYBODY KNOWS THAT "90%" OF OUR CTCF MAIL "ILLEGALITIES!" ARE COMMITTED BY C.O. COMBS, WITH "SMUG IMPUNITY." LEGAL MAIL IS ONLY "SEMI-PROTECTED". I HAVE HAD "LEGAL MAIL" & FILES" SEIZED (& AGAIN).

"MY CASE," FROM WHICH "ALL ELSE FLOWS": AGAIN, "THE LAW" CANNOT BE UPHELD BY BREAKING "MANY!" LAWS. THE TRIAL THAT PUT ME IN PRISON WAS A "CORRUPTED LIE!" FROM BEGINNING TO END (SEE THE ENCLOSURES). I HAVE BEEN IN PRISON FOR OVER "9!" YEARS, OVER WHAT NEVER EVEN HAPPENED. THE "CORE ISSUE" WAS THAT "THE HARDNESS" OF A LARGE WESTERN STYLE BELT BUCKLE THAT EVERYBODY HAD FORGOTTEN ABOUT WAS CONFUSED WITH "ERECTIONS"!?! A MAN'S LIFE DESTROYED, & A FAMILY TORN APART OVER A BELT

THE DAUGHTER THAT WAS MY ORIGINAL ACCUSER TOTALLY RECANTED HER TRIAL TESTIMONY YEARS AGO TO BECOME, ALONG WITH MY OTHER DAUGHTERS, MY "3!" STRONGEST SUPPORTERS. MY FORMER WIFE (KAREN), "ALL !" 3 OF MY SONS (JARED, JACK, & JOHN); IN PARTICULAR "ALL !" 3 "ALL" OF MY DAUGHTERS (CHRISTINE, LAURA, & JEANETTE) WERE "ALL !" COERCED, INTIMIDATED, & MENACED; TOLD WHAT TO SAY, & HOW TO SAY IT FOR MY TRIAL, PSYCHOLOGICALLY BEATEN INTO SUBMISSION, TOTALLY & COMPLETELY, COWED & COWERING BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART (THE ONLY INVESTIGATOR EVER ASSIGNED TO MY CASE, BY THE DOUGLAS COUNTY, COLORADO, SHERIFF'S OFFICE, OR ANY OTHER INVESTIGATIVE AGENCY).

IMMEDIATELY PRIOR TO MY OWN TRIAL, THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART PROMINENTLY PERJURED HIMSELF DURING THE "HIGH PROFILE" ("HEAVILY COVERED", BOTH ON TV & IN THE NEWSPAPERS) JAMES GARNER MURDER TRIAL, WHICH LED TO AN ACQUITAL. HE COULD NO LONGER BE "ON THE STREETS", THEREFORE, RUPPART WAS REDUCED IN RANK TO ONLY A CORPORAL, & ASSIGNED TO THE DOUGLAS COUNTY JAIL (WHERE HE TOOK EVERY OPPORTUNITY TO HARASS & ABUSE ME). RUPPART WAS A FAR "BEYOND DIRTY" "DIRTY COP !!!"

RUPPART HAD A REPUTATION, AMONGST HIS OWN FELLOW DEPUTIES & THE DOUGLAS COUNTY JAIL STAFF, FOR "SHOOTING HIMSELF IN THE FOOT" (ACQUIRED OVER MANY !" YEARS OF "FABRICATING & MANUFACTURING" EVIDENCE & TESTIMONIES; COERCING, INTIMIDATING, & MENACING HIS OWN WITNESSES; TELLING HIS OWN WITNESSES WHAT TO SAY & HOW TO SAY IT FOR TRIALS). THE DOUGLAS COUNTY, COLORADO, PROSECUTION (PERSECUTION !) OF BOTH MYSELF & OUR COLLINS FAMILY RESTS ENTIRELY UPON THE CASE "FABRICATED !" BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART (WHO HAD NO CREDIBILITY, AT THE TIME OF MY TRIAL). WITHOUT INVESTIGATOR RUPPART MY CASE COLLAPSES IN ITS' ENTIRETY, AS SOONER OR LATER IT INEVITABLY WILL COLLAPSE; FOR IN THE END, JUSTICE WILL PREVAIL !!!

MY & OUR COLLINS FAMILY'S "CONSTITUTIONALLY SAFEGUARDED" CIVIL RIGHTS WERE FAR BEYOND "UTTERLY DECIMATED & COMPLETELY DESTROYED," BY THE DOUGLAS COUNTY SHERIFF & DISTRICT ATTORNEY'S OFFICE. BOTH I & OUR COLLINS FAMILY; IN PARTICULAR, "ALL !" OF MY DAUGHTERS HAVE BEEN "TERRORIZED !" BY DOUGLAS COUNTY. "ALL !" OF MY DAUGHTERS REMAIN "DEATHLY AFRAID" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. PLEASE, SEEK "LONG DUE !" JUSTICE; REAL & TANGIBLE "!" JUSTICE FOR OUR COLLINS FAMILY OUTSIDE OF DOUGLAS COUNTY, & THROUGH THE U.S. FEDERAL COURTS, THANK YOU. Michael N. Collins "Old Dog"

P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002 04/29/09, 

IN THE END, JUSTICE WILL PREVAIL!!!

DEAR HONORABLE JAMES WEBB, U.S. SENATOR: BOTH I & "MANY!" OTHER IMPRISONED MEN HAVE READ WITH "GREAT INTEREST!" YOUR AUTHORED ARTICLE, A FEW WEEKS AGO, IN THE "USA WEEKEND" MAGAZINE, INSERTED WITHIN OUR DENVER POST NEWSPAPERS. "OUR GOOD OL' US OF A," BY ANY MEASURE, HAS BECOME FAR & AWAY THE MOST "JAILED & IMPRISONED" COUNTRY ON THE FACE OF THIS EARTH! OVER "90%" OF THE MEN, WOMEN, & CHILDREN NOW INCARCERATED WITHIN THE DOUGLAS COUNTY JAIL (& "MANY!" OTHER COLORADO COUNTIES); OVER "90%" OF THE MEN, WOMEN, & CHILDREN THAT ARE NOW BEING SENT TO COLORADO STATE PRISONS, WITHIN THE STATE OF COLORADO, COMMITTED NO CRIMES (NONE!), OR WERE INVOLVED IN CONSENSUAL ACTIVITIES WITH THIER PEERS (YOUTH WITH YOUTH, ADULT WITH ADULT, & SO ON), OR COMMITTED NON-VIOLENT OFFENSES (IN PARTICULAR, THE MINUSCULE SELF USE OF DRUGS; NOBODY CAN COMMIT A CRIME AGAINST THEIR (SELF.)

MR. WEBB, I NOW ASK YOU TO HELP, BOTH MYSELF & OUR COLLINS FAMILY. YOU MAY BE AN ANSWER, BOTH TO MY OWN & OUR COLLINS FAMILY'S PRAYERS. "IT IS NECESSARY ONLY FOR THE GOOD MAN TO DO NOTHING FOR EVIL TO TRIUMPH." MR. WEBB, YOU ARE A GOOD MAN. I NOW PRAY THAT YOU NOW "DO SOMETHING."

THE IMMEDIATE: AS RETALIATION (SEE THE ENCLOSURES), VIRTUALLY... ...MY & OUR COLLINS FAMILY'S "CONSTITUTIONALLY SAFE GUARDED" CIVIL RIGHTS WERE FAR BEYOND "UTTERLY DECIMATED" & COMPLETELY DESTROYED," BY THE DOUGLAS COUNTY SHERIFF & DISTRICT ATTORNEY'S OFFICE. BOTH I & OUR COLLINS FAMILY; IN PARTICULAR, "ALL!" OF MY DAUGHTERS HAVE BEEN "TERRORIZED!" BY DOUGLAS COUNTY. "ALL!" OF MY DAUGHTERS REMAIN "DEATHLY AFRAID!" OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. PLEASE, HELP US, MR. JAMES WEBB.

PLEASE, HELP OUR COLLINS FAMILY SEEK "LONG DUE!" JUSTICE; "REAL & TANGIBLE!" JUSTICE FOR OUR COLLINS FAMILY OUTSIDE OF DOUGLAS COUNTY & THROUGH THE U.S. FEDERAL COURTS. ONLY THROUGH OUR U.S. FEDERAL COURTS WILL REAL & TANGIBLE! JUSTICE EVER BE FOUND FOR, BOTH MYSELF & OUR COLLINS FAMILY. THANK YOU.

...

TO: DONALD TRUMP PAGE 1 OF 5.
FROM: MICHAEL N. COLLINS "OLD DOG" Michael N. Collins 05/03/09

I AM NOW WRITING IN SUPPORT; FIGHTING FOR MY "CHRISTIAN SISTER" CARRIE PREJEAN. SHE IS THE FINEST OF YOUNG CHRISTIAN WOMANHOOD THE FINEST OF "OUR GOOD OL' US OF A" WOMAN HOOD, THE FINEST OF WOMANHOOD FROM AROUND THE WORLD. "IT'S NOT BEING POLITICALLY CORRECT. FOR ME, IT'S ABOUT BEING BIBLICALLY CORRECT," "CARRIE PREJEAN" "MISS CALIFORNIA." SHE GAVE NO "HATE ANSWER." SHE GAVE A "FROM HER HEART;" GAVE A "GOOD & LOVING" CHRISTIAN BELIEF ANSWER, & IT COST CARRIE PREJEAN, "MISS CALIFORNIA, HER RIGHTFUL "MISS AMERICA" CROWN. GOD SEND BLESSINGS TO CARRIE PREJEAN. A GREAT WRONG NOW NEEDS TO BE MADE "RIGHT"!!!!

DONALD TRUMP, YOU NEED TO KNOW WHO I AM; WHAT "GIVES ME THE RIGHT" TO NOW WRITE TO YOU, AS I DO. THIS "GIVES ME THE RIGHT:"

VIRTUALLY EVERY DAY, I AM RETALIATED AGAINST, BY THE COLORADO DOC IN EVERY CONCEIVABLE MANNER (DOC'S SCHADENFREUDE). I FULLY EXPECT TO BE KILLED AT ANY TIME. I DON'T KNOW IF YOU WILL BE ABLE TO RECEIVE WHAT I NOW WRITE TO YOU. I PRAY THAT YOU WILL.

VIRTUALLY EVERY DAY, OUR CTCF MAILROOM "ILLEGALLY! THIEVES! & SEIZES!" MUCH OF MY MAIL (SOME IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER). "THE LAW" CANNOT BE UP HELD BY BREAKING LAWS. THE RIGHT & JUSTICE WILL PREVAIL, BOTH FOR MYSELF & MY "CHRISTIAN SISTER" CARRIE PREJEAN, IF NOT IN THIS LIFE THEN IN THE LIFE TO COME. MY & OUR GOD WILL MAKE IT SO.

IN "IMMINENT EXPECTATION OF DEATH," I NOW WRITE: IN THE END, JUSTICE WILL PREVAIL; OUR COLLINS FAMILY WILL PREVAIL. KAREN LOUISE, & I (IF SHE WOULD HAVE ME) WILL ONCE AGAIN BE MARRIED. I LOVE HER MUCH. KAREN LOUISE IS THE WORLD'S GREATEST FRIEND & LOVER, MOTHER & GRAND MOTHER. I AM JUST "THE OLD DOG." WHAT IS "GOOD & RIGHT" WILL HAPPEN-SOON!!!

GOD SEND BLESSINGS TO KAREN LOUISE; TO THE "ALL!" OF OUR COLLINS FAMILY; TO THE "ALL!" OF MY SONS & DAUGHTERS, GRANDSONS & GRAND DAUGHTERS;

[illegible] REBECCA, MATTHEW & JOHN, MELISSA & SARAH; (PAUL & [illegible] CHRISTINE & CHRISTOPHER, TYLER & BAILEY; LAURA & J, WREN & ZAYNE; JACK & ADRIAN, JACOB & RYAN & CHASE; JOHN & BECKY; "THE JEANIE." I LOVE YOU "ALL!" I FAR "BEYOND LOVE" LOVE YOU "ALL!" IN THE END, WHAT IS "GOOD & RIGHT" WILL "ALWAYS!" PREVAIL—SOON!!!

I LOVE MY & OUR COLLINS FAMILY; LOVE MY & OUR OMNIPOTENT, OMNIPRESENT, & OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY; LOVE MY & OUR "GOOD OL' US OF A," WHERE IN THE END JUSTICE "ALWAYS!" PREVAILS (AFTER ALL, OUR'S IS "THE MOM, APPLE PIE, AMERICAN FLAG, & MISS US OF A" AMERICA) TO THE "GIVING UP" OF MY OWN LIFE. MY MARK IS "777!!!" MY FAMILY IS COLLINS. MY GOD IS "REAL!" GOD. MY COUNTRY IS AMERICA; WHERE, IN THE END, JUSTICE "ALWAYS!" PREVAILS!!!

DONALD TRUMP, YOU NEED TO FURTHER KNOW WHO I AM; WHAT GIVES ME THE RIGHT TO NOW WRITE TO YOU, AS I DO. THIS GIVES ME THE RIGHT:

I NEED TO WRITE THAT I LOVE MY & OUR COUNTRY WITH "ALL OF MY HEART, MIND, & SOUL." PERHAPS, EVEN ALL THE MORE SO, AFTER WHAT ALL HAS BEEN DONE TO ME, & OUR FAMILY. FOR YOU SEE, THIS IS "OUR GOOD OL' US OF A;" WHERE, IN THE END, THE RIGHT, TRUTH, & JUSTICE WILL ALWAYS & INEVITABLY FINALLY PREVAIL!!! OUR "MISS AMERICA" PAGEANT IS "ONE WITH "US OF A!!!""

THE ESSENTIAL FACT IS THAT IN "ALL THINGS," I HAVE BEEN "BATTING A 1,000." I DO NOT WISH BARACK OBAMA ILL. IT IS SIMPLY AN INEVITABLE & IRREVERSIBLE FACT THAT "ALL!" ARYAN BRO' "HATE THUGS" (THIS MEANS "ALL!" WHITE SUPREMACIST GANGS & GROUPS LIKE THE ARYAN NATION, 211, KKK, 666, ASTRA OR NORDIC WHITE SUPREMACIST "RACE RELIGIONS," & SO ON) WANT TO BECOME "HEROES OF THE WHITE RACE" BY KILLING OUR FIRST BLACK PRESIDENT, BARACK OBAMA. THIS WOULD BE "AN EPIC TRAGEDY."

IT IS "COMMON KNOWLEDGE," IN THE "BELLY OF THE BEAST," THAT PRESIDENT OBAMA IS THE FOCUS OF "MUCH!" INTENSE HATRED, BY "MANY!" PSYCHOPATHIC "NUT CASES," BOTH IN & OUT OF PRISON THROUGHOUT MY & OUR "US OF A." BOTH OUR COUNTRY & THIS WORLD WOULD BE FAR BETTER PLACES WITHOUT THEM. THEY'RE NOT ALL DISFUNCTIONAL "METH HEADS." IT WOULD ONLY TAKE "ONE TO HIT."

ONLY ONE PSYCHO-NUT NEEDS TO HIT (THE IMMOR- (PAGE 5 OF 5)
TALLY GREAT, PRESIDENT JOHN FITZGERALD KENNEDY "J.F.K," FELLED BY THE PSYCHOPATHIC NUT CASE," LEE HARVEY OSWALD, WHO "VERY!" DEFINITELY WAS NOT A "LONE GUNMAN"), JUST ONCE TO "SUCCEED". AND THEY WILL. THERE ARE JUST TOO MANY OF THEM; PERHAPS, THOUSANDS, IF NOT EVEN MILLIONS OF "PSYCHO-NUTS." THEY ARE MY ENEMIES, WHO I WILL FIGHT TO THE "GIVING UP" OF MY OWN LIFE. I WILL HELP & SUPPORT "ALL!" GOOD & RIGHT "LAW ENFORCEMENT," AS BEST THAT I CAN, IN THE "BELLY OF THE BEAST." WE ARE THE "GOOD GUYS."

IT IS AN INEVITABLE, IRREFUTABLE, & IMMUTABLE "TRAGIC FACT!" THAT OUR "IMMORTALLY GREAT" PRESIDENT BARACK OBAMA WILL BE FELLED BY A "PSYCHOPATHIC NUT." SOON. VERY SOON. IT IS AN INEVITABLE, IRREFUTABLE, & IMMUTABLE "HEROIC FACT!" THAT OUR HONORABLE SPEAKER OF THE HOUSE, NANCY PELOSI, WILL BECOME PRESIDENT OF "OUR GOOD OL' US OF A." SOON. VERY SOON. PRESIDENT (I REALLY LIKE CALLING HER THAT) NANCY PELOSI HAS "A GOOD HEART & A GREAT SPIRIT." GOD BLESS HER.

PRESIDENT PELOSI IS FROM, OF, & BY "WE THE PEOPLE". IT IS HER DESTINY & PURPOSE, FOREORDAINED BY MY & OUR GOD, TO BE A GREAT BLESSING GODSEND FOR "OUR GOOD OL' US OF A." GOD, WALK HER WALK WITH HER, AS YOU HAVE WALKED MY WALK WITH ME. GOD, FILL PRESIDENT NANCY PELOSI WITH YOUR COURAGE, WITH YOUR FORTITUDE, WITH YOUR SAGE WISDOM. WITH MY & OUR GOD AT OUR SIDES, NO WEAPON FORMED AGAINST US; FORMED AGAINST OUR "US OF A" CAN EVER PROSPER. ALL WILL BE TURNED TO MY & OUR ADVANTAGE. GOD, PLEASE, BLESS "OUR GOOD OL' US OF A." GOD, PLEASE, BLESS PRESIDENT NANCY PELOSI. GOD, PLEASE, BLESS MY "CHRISTIAN SISTER," THE "REAL & BONAFIDE" GENUINE "MISS AMERICA", "MISS US OF A."

DONALD TRUMP, YOU NOW "SOMEWHAT" KNOW WHO I AM; WHAT "GIVES ME THE RIGHT" TO NOW WRITE TO YOU, AS I DO. I WOULD SUGGEST THAT YOU, DONALD TRUMP (YOU ARE THE "DONALD DEALMAN"), NOW DO THE FOLLOWING: "MAJOR! DRASTIC ACTION!" IS NOW CALLED FOR, IF THE "MISS US OF A" PAGEANT IS TO BE SAVED, IN ONE FORM OR ANOTHER, AT ALL. THE "MISS

...OF A" PAGEANT IS OF LITTLE OR NO INTEREST TO THE VAST (PAGE 4 OF 5.) MAJORITY OF BOTH MEN & WOMEN THROUGHOUT OUR GOOD OL' US OF A;" IT IS IRRELEVANT. MANY BOTH MEN & WOMEN THINK OF THE "MISS USA" PAGEANT, AS ONLY SPOILED "LITTLE WHITE GIRL" SOFT PORN, AS ONLY AIR HEAD "DULL-WITTED" SOFT PORN, AS ONLY A "BUNCH OF LOOKERS" NO SHARPER THAN MARBLES SOFT PORN, AS ONLY A BUNCH OF GOOD LOOKING "SLABS OF MEAT" SOFT PORN. THE "MISS USA" CONTESTANTS NOW DEMEAN THEMSELVES, & PARTICIPATE IN THE DEMEANING OF "ALL!" WOMEN EVERYWHERE THROUGHOUT OUR "US OF A."

1.) IMMEDIATELY MAKE CARRIE PREJEAN A "CO-MISS AMERICA." SHE HAS BEEN DONE A GREAT WRONG, A GREAT INJUSTICE. "MAKING IT RIGHT" SHOULD BE DONE AT A "MISS US OF A" PAGEANT CEREMONY, WITH GREAT POMP & CIRCUMSTANCE." BOTH "CO-MISS AMERICAS" WOULD EQUALLY SHARE" DUTIES & RESPONSIBILITIES "THROUGHOUT 2009, BOTH "CO-MISS AMERICAS" WOULD RECEIVE "ALL!" OF THIER PRIZES & BENEFITS, AS IF THEY WERE THE SOLE "MISS USA". DONALD TRUMP, YOU ARE THE "DONALD DEAL MAN", MASTER OF THE "ART OF THE DEAL," SO "MAKE IT HAPPEN." I WOULD LIKE TO SEE A GREAT AMERICAN "HERITAGE & TRADITION," THE "MISS USA" PAGEANT, NOT ONLY SURVIVE, BUT ACTUALLY THRIVE & PROSPER ONCE AGAIN.

2.) GET RID OF YOUR "HATE-ITE" JUDGES, & "HATE-ITE" PAGEANT DIRECTORS, OFFICALS, & EMPLOYEES. "CLEAN HOUSE!" THIS HAS NOTHING TO DO WITH SEXUAL ORIENTATIONS OR LIFESTYLES. NO CONTESTANT SHOULD HAVE TO BE SUBJECTED TO THE "VICIOUS!" PERSONAL ATTACKS THAT MY "CHRISTIAN SISTER" CARRIE PREJEAN HAS BEEN & CONTINUES TO BE, BY BOTH "MISS AMERICA" & "MISS CALIFORNIA" "HATE-ITE" JUDGES, & "HATE-ITE" PAGEANT DIRECTORS, OFFICALS, & EMPLOYEES. WHAT A BUNCH OF "LOW-LIFE SCUMBUCKETS!!!"

A "MISS AMERICA" PAGEANT JUDGE OVER THE INTER-NET RANTED, DURING HIS "HATE-ITE" TIRADE, THAT MY & OUR "CHRISTIAN SISTER," CARRIE PREJEAN, WAS A "BITCH". NO WOMAN IS A BITCH! THAT IS "LOW-LIFE SCUM BUCKET" TALK!!! FEW JAIL & PRISON INMATES, CONSIDERED THE "SCUM OF THE EARTH," REFER TO THEIR WOMEN AS BITCHES, WHICH INCLUDES "SHE/HES."

A "MISS CALIFORNIA" PAGEANT DIRECTOR HAS "LET IT COME OUT" THAT

HE HELPED CARRIE PREJEAN GET BREAST IMPLANTS. SO WHAT! (PAGE 5 OF 5.

CALL OFF YOUR "ATTACK DOGS!" SEEMINGLY, EVERY TIME A "MISS AMERICA", OR "MISS CALIFORNIA" PAGEANT OFFICAL NOW OPENS THEIR MOUTH, & SAYS ANYTHING AT ALL, THEY MAKE THEMSELVES LOOK WORSE & WORSE; THEY MAKE MY & OUR "CHRISTIAN SISTER," CARRIE PREJEAN LOOK BETTER & BETTER. YOUR PAGEANTS ARE MAKING CARRIE PREJEAN AN EPIC HERO, A MYTHIC LEGEND, OF EPIC PROPORTIONS RIGHT UP THERE WITH "JOAN OF ARC" & "MOTHER TERESA."

3.) GET MY & OUR "MISS AMERICA" PAGEANT SOMEWHAT MODESTLY DRESSED, & MAKE IT NO LONGER A "SOFT PORN" PARADE. GET "USA" OUT OF "SOFT PORN" SITES, & ROTATE MY & OUR "MISS AMERICA" PAGEANT AMONGST "MAJOR!" UNIVERSITY CAMPUS "FIELD HOUSES," ALL AROUND OUR GOOD OL' "US OF A!" THE "MISS AMERICA" PAGEANT TRULY NEEDS TO BE A GENUINE "TALENT & SCHOLARSHIP" PROGRAM. GET "MAJOR!" UNIVERSITIES & THEIR "SCHOOL & YOUTH SPIRITS" INVOLVED; THEIR WHOLE CAMPUS' FROM "MUSIC BANDS!" THROUGH "ATHLETIC TEAMS!" CAN PUT ON "GREAT!" "MISS AMERICA EXTRAVAGANZAS!" THE "NATURAL COMPETITIVENESS" OF SCHOOLS WILL COMPEL THEM TO VIE WITH EACH OTHER TO MAKE THEIR "US OF A" PAGEANT THE ABSOLUTE BEST!!!

(05/07/09) HMMM, ODD DAY & TOTALS TO "21" (7+7+7) 777!!!

[ALMIGHTY GOD, I NOW PRAY ON BEHALF OF MY CHRISTIAN SISTER, CARRIE PREJEAN. THE "HATE-ITES" HAVE BEEN "ALL OVER HER," FOR NO OTHER REASON THAT SHE HAS & CONTINUES TO "OPENLY & HONESTLY" EXPRESS HERSELF, EXPRESS HER "GOOD & LOVING" CHRISTIAN BELIEFS. HER BELIEFS ARE MY OWN.

GOD, SINCE I WROTE MY "SUPPORTIVE LETTER" TO DONALD TRUMP & THE "MISS US OF A" PAGEANT, IT HAS "COME OUT" THAT MY "CHRISTIAN SISTER" POSED FOR "SOFT PORN" PICTURES. THEY'RE NOW "ALL OVER THE INTER-NET."

SO WHAT! EVERY CONTESTANT IN EVERY "MISS AMERICA" CONTEST NOW PARTICIPATES IN "SOFT PORN" PARADES. "MANY!" "US OF A" CONTESTANTS HAVE FAR WORSE "UNDRESSED PICTURES" FLOATING AROUND "OUT THERE" THAN CARRIE PREJEAN'S. SHE WAS A 17 YEAR OLD KID. WHAT IS PAST IS PAST. CARRIE PREJEAN IS NOW A VERY BEAUTIFUL & POISED YOUNG WOMAN.

ALMIGHTY GOD, I NOW PRAY FOR YOUR "INTERVENING HAND," PLEASE, GOD, I NOW PRAY THAT IT BE YOUR WILL THAT CARRIE PREJEAN NOT ONLY STAYS "MISS CALIFORNIA," BUT IS RIGHTFULLY MADE "CO-MISS AMERICA." ONLY THEN WILL JUSTICE PREVAIL. JESUS, IN YOUR NAME, I NOW PRAY...]

L "THANK YOU" GREETING CARD SENT TO DONALD TRUMP ("Miss America" Pageant); 05/13/09] Dear Donald Trump ("Miss America" Pageant): "THANK YOU!" MY GOOD "CHRISTIAN SISTER," CARRIE PREJEAN, REMAINS "MISS CALIFORNIA"! SHE IS A FINE YOUNG WOMAN; A VERY BEAUTIFUL & POISED YOUNG WOMAN, WHO WILL DO YOU & THE "MISS AMERICA" PAGEANT WELL. "PARTIAL JUSTICE" IS HERS.

NOW "FULL JUSTICE" WILL BE HERS. I WOULD ASK HER TO NOW BE MADE, "CO-MISS AMERICA." "BOTH "CO-MISS AMERICAS" WOULD SHARE ALL DUTIES & RESPONSIBILITIES EQUALLY; WOULD SHARE ALL BENEFITS & PRIZES, AS IF THEY WERE THE SOLE "MISS AMERICA"!

THIS WOULD BE THE "RIGHT THING" FOR CARRIE PREJEAN, FOR YOU & THE "MISS AMERICA" PAGEANT, & FOR OUR "GOOD OL' US OF A." DONALD TRUMP, YOU ARE THE "MASTER OF THE ART OF THE DEAL." DO THIS, & I WILL HAVE A "DEAL FOR YOU." IT COULD VERY EASILY "DOUBLE YOUR WEALTH" SOON!

IT WOULD BE "IN YOUR INTEREST" FOR ME TO HEAR FROM YOU. FOR NOW, GOD SEND BLESSINGS TO YOU & YOURS. "THANK YOU!" 777. WHO-RAH 888."

I am the "Old Dog & Old School" — Michael N. Collins

---

"MEDICAL" KITE (05/13/09): MY "BOTTOM TIER/BOTTOM BUNK" (M-4) "RESTRICTIONS & CLASSIFICATION" NEED TO BE IN "THE COMPUTER." PLEASE, ENTER THEM ASAP. THANK YOU VERY MUCH. — Michael N Collins "Old Dog"

---

"MEDICAL" KITE (05/14/09): THE "MED-LINE" NURSES HAVE REFUSED TO ISSUE ME MY REPLACEMENT "NITRO-GLYCERIN" PILLS, WITH NEW PRESCRIPTION "LABEL & EXPIRATION DATE" THAT MAKES THEM "LEGAL," SO THAT C.O.'S WILL NOT SIEZE THEM. CAN I NOW "PICK UP" MY REPLACEMENT "NITRO-GLYCERIN" PILLS? IS ALL NEEDED "PRESCRIPTION INFO," BY MY "PROVIDER" NOW IN "THE COMPUTER"? THANK YOU. — Michael N Collins

Michael N. Collins DOC #101210, Colorado Territorial Correctional Facility
P.O. Box 1010, Canon City, CO 81215-1010; (719) 269-4002

Page 1 of 2

A TOTAL NOW OF "471!" RIGHTFULLY MINE "PIECES OF MAIL" HAVE BEEN ILLEGALLY! SEIZED & WITHHELD!, LOST & STOLEN!" FROM MICHAEL N. COLLINS BY CTCF C.O.S!!!

FOR THE FULL PERIODS OF BOTH TIMES (07/20/07-PRESENT; 05/03/05-10/11/06); FOR THE FULL "2.67 YEARS!" THAT I HAVE BEEN INCARCERATED AT CTCF, I HAVE HAD THE FOLLOWING MAIL "ILLEGALLY! SEIZED & WITHHELD!, LOST & STOLEN!" FROM ME:

THE DENVER POST NEWSPAPER (277 EA): (BOTH FULL & PARTIAL PAPERS)

1.) SUNDAYS 69 EA
2) DAILYS 208 EA

"WIDELY CIRCULATED" MAGAZINES (62 EA):

1.) ESQUIRE MAGAZINE 11 EA
2) KUNG FU MAGAZINE 1 EA
3) MEN'S HEALTH 3 EA
4.) MENTAL FLOSS 5 EA
5.) MOTOR HOME MAGAZINE 0
6) NEWSWEEK 8 EA
7.) "O" (OPRAH) MAGAZINE 11 EA
8.) PREVENTION MAGAZINE 1 EA
9.) RU LIFE 0
10.) TIME MAGAZINE 13 EA
11) TV GUIDE MAGAZINE 9 EA
12) WRITER'S DIGEST 0

MORMON (LDS) CHURCH PULICATIONS (39 EA):

1.) THE CHURCH NEWS 23 EA
2) THE ENSIGN MAGAZINE 7 EA
3) THE NEW ERA 9 EA

LETTERS & POSTCARDS TO OR FROM" (55 EA):

1.) MY FORMER WIFE, KAREN 3 EA
2) MY DAUGHTER, CHRISTINE 5 EA
3) MY DAUGHTER, LAURA 7 EA
4.) MY SON, DAREN 17 EA
5.) MY SON, JOHN 4 EA
6.) MY BROTHER, TOM 19 EA

"PROTECTED" LEGAL & PRIVILEGED (38 EA):

1.) LEGAL MAIL 6 EA
2) PRIVILEGED MAIL 32 EA

A TOTAL OF "471!" ILLEGALLY! SEIZED & WITHHELD!, LOST & STOLEN!" "PIECES OF MAIL" RIGHTFULLY MINE!

I HAVE BEEN THROWN IN "THE HOLE" (AGAIN & AGAIN) AT CTCF ON WHOLLY "CONTRIVED & FABRICATED" CHARGES. MY DENVER POST NEWSPAPERS ARE SUPPOSE TO BE HELD FOR ME BY OUR CTCF MAILROOM, & GIVEN TO ME AFTER I AM BACK IN "GENERAL POPULATION"; HOWEVER, "EVERY ONE!" OF MY "BACK" SUNDAY DENVER POST NEWSPAPERS HAVE BEEN "THIEVED!" BY OUR CTCF MAILROOM, & I HAVE ONLY RECEIVED ONE THIRD OF MY "BACK" DAILYS. "ALL!" C.O.'S THINK OF "ALL!" INMATE NEWSPAPERS AS THEIR OWN. "ALL!" C.O.'S FREELY READ ~~[illegible]~~ "THIEVE!" OUR NEWSPAPERS!

OUR CTCF PERVERT THEMSELVES "MAIL CENSORS LABEL O (OPRAH) MAGAZINE, AMERICA'S DAYTIME TV ("WARM & FUZZY HUG," TALK & TALK & TALK &) "SWEET HEART", AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH"! ABSURDITY & OUR CTCF PERVERT THEMSELVES & "MAIL CLERK, C.O. COMBS, & MAILROOM SUPERVISOR SGT. VIOLA; CAPT. WILSON, "HARA A_" CHAIRPERSON OF OUR CTCF "READING COMMITTEE" (WHO I CAN NOT INDIVIDUALLY IDENTIFY AFTER OVER A HALF DOZEN REPEATED REQUESTS TO BOTH WARDEN JAMES ABBOTT, & HIS ADMINISTRATIVE ASSISTANT SHIRLEY ULIBARRI. BOTH SIMPLY IGNORE ME.) LABEL MEN'S HEALTH, TV GUIDE & PREVENTION (NATURAL FITNESS) MAGAZINES; LABEL "THE CHURCH NEWS" NEWSPAPER, THE ENSIGN, & NEW ERA MAGAZINES, AS PORNOGRAPHY "HARMFUL TO MY MENTAL HEALTH." FURTHER, ABSURDITY & TV GUIDE MAGAZINE &?!&

OFTEN MY MAIL IS SIMPLY "THIEVED OR THROWN OUT" "WITHOUT MY RECEIVING A "NOTICE OF REJECTION/DISPOSITION OF MAIL" FORM. THIS IS AGAINST BOTH COLORADO STATE & U.S. FEDERAL LAWS; AGAINST THE COLORADO DOC'S OWN "AR'S" (ADMINISTRATIVE REGULATIONS). OFTEN I DO NOT RECIEVE BACK MY YELLOW COPY OF A "MISC. WITHDRAWAL TICKET" PAYING FOR THE NEEDED POSTAGE, ON THE ACCOMPANYING MAIL ENVELOPES, WHICH WILL TELL ME WHETHER OR NOT MY MAIL WAS ACTUALLY SENT OUT OR NOT. I KNOW WHAT MAGAZINES HAVE BEEN SUBSCRIBED TO FOR ME BY MY FAMILY; I KNOW WHAT (& WHEN) MAGAZINES ARE MISSING. I HAVE COME TO KNOW MAILROOM CLERK C.O. COMBS, AS THE LITTLE BEADY EYED "UNDER SIZED GLASSES" PERVERT THAT HE, IN ACTUALITY, REALLY IS. OFTEN C.O. COMBS JUST "THIEVES" WHATEVER OF MY MAGAZINES & NEWSPAPERS, WHATEVER OF MY FAMILY LETTERS, PICTURES, & POSTCARDS THAT HE WANTS.

BY COLORADO DISTRICT COURT JUDGE "COURT ORDER" BOTH I & MY DAUGHTERS CHRISTINE & LAURA ARE FREE TO COMMUNICATE WITH EACH OTHER; HOWEVER, THIS "COURT ORDER" IS "OPENLY & BLATANTLY" "IGNORED BY CTCF, & OUR MAIL IS "SEIZED" FOR NO OTHER REASON THAN THAT IT IS OUR MAIL. THE "GOOD & WHOLESOME" FAMILY MAIL; "GOOD & WHOLESOME" FAMILY LETTERS & POSTCARDS, FAMILY CHILDREN'S DRAWINGS SENT TO & FROM "MYSELF & MY DAUGHTERS CHRISTINE & LAURA, MY SONS JARED & JOHN, MY BROTHER TIM ARE CONTINUALLY "SEIZED & WITHHELD", "CONTINUALLY "LOST & THIEVED" FROM ME. THESE ARE "CONTACT SLOTS" TO MY & OUR SOULS. MY "PROTECTED" LEGAL & PRIVILEGED MAIL IS ONLY "SOMEWHAT PROTECTED" MAIL.

[illegible] Colorado Territorial Corr. Facility (01/13/09)

WARDEN PAMELA J. PLOUGHE, I NEED TO BE TRANSFERRED TO FORT LYON C.F. - LIFE THREATENING!! NOTICE TO CEASE & DESIST!!! ABUSE & HARASSMENT! ASAP!!!

ON 01/12/09, I WAS ASSAULTED BY C.O. GROOMS DURING ANOTHER DOOR [illegible] CONTROLLED INCIDENT, WHICH WAS WITNESSED BY OUR [illegible] & MUCH OF UNIT 3. C.O. GROOMS KEPT POURING STEADY STREAMS OF PEPPER SPRAY INTO MY FACE (3 TIMES), & JAMMING MY LEFT HAND INTO MY WAIST & ARM. I HAVE HAD SEVERAL SURGERIES PERFORMED ON MY LEFT HAND, WAIST & ARM THAT INVOLVED THE INSERTION & REMOVAL OF A METAL PLATE, TWO LARGE & FIVE SMALLER SCREWS & TWO PINS BY ONE OF COLORADO DOC'S OWN ORTHOPEDIC MEDICAL DOCTORS & SURGEONS, DR. [illegible] M.D. HE TOLD ME SEVERAL TIMES, DURING SEVERAL DIFFERENT APPOINTMENTS & MEDICAL [illegible] THAT AT [illegible] RECONSTRUCTION OF MY LEFT HAND, WAIST & ARM COULD EASILY COLLAPSE. DURING MUCH OF C.O. GROOMS ASSAULT ON ME, THE DAY OF 01/12/09, ALL THAT WAS TRYING TO DO WAS PROTECT MY LEFT HAND, WAIST & ARM [illegible] C.O. GROOMS KEPT JAMMING [illegible] OTHER, [illegible] TRYING TO BREAK THEM [illegible] & [illegible] [illegible] HANDCUFFS AS TIGHT AS HE COULD (I PREVIOUSLY HAD A [illegible] SEVERED [illegible] A [illegible]). C.O. GROOMS IS ONE OF THE WORST OF [illegible] [illegible] RECENT [illegible] HAS HARASSED ME, BOTH VERBALLY & PHYSICALLY ABUSED ME AT EVERY OPPORTUNITY.

WHEN I WAS [illegible] STANDING IN LINE [illegible] THE [illegible] SERVING WINDOW, C.O. GROOMS WAS [illegible] UP [illegible] THE RETURN OF [illegible] [illegible] [illegible]. HE WAS UNABLE TO OPEN A KITCHEN ACCESS DOOR & KEPT [illegible] KEYS, SEVERAL INMATES KEPT TRYING TO TELL HIM THAT [illegible] ANYBODY [illegible] WAS TURN THAT DOOR'S KNOB FROM THE INSIDE & IT WOULD OPEN, [illegible] THROUGH THE GLASS [illegible] OF THAT ACCESS DOOR & SOMEBODY WOULD OPEN IT FROM THE INSIDE. C.O. GROOMS [illegible] INMATES, SO MANY OF OUR UNIT 3 HAD TO CONTINUE WAITING IN PLACE TO EAT, WHILE C.O. GROOMS CONTINUED TO [illegible] THE [illegible] CART. I WENT AROUND HIM, TRYING TO GET A MEAL TRAY. I AM DIABETIC & I NEEDED TO EAT, HOWEVER, C.O. GROOMS ORDERED ME TO WAIT BACK [illegible] [illegible] [illegible] [illegible] PUSHING & [illegible] THE ACCESS DOOR INTO ME, AFTER ANOTHER C.O. HAD FINALLY OPENED IT FOR HIM. WHEN I HAVE BEEN EATING MY MEALS IN OUR MESS HALL, C.O. GROOMS HAS STOOD OVER ME, HURRYING ME UP & NOT ALLOW-

ING ME ANYWHERE NEAR ENOUGH TIME TO FULLY EAT MY MEALS. WITH OTHER C.O.'S [illegible] MOCKED & RIDICULED ME; PURPOSELY LOOKED FOR WAYS TO "MESS WITH ME", BOTH IN OUR MESS HALL, & BACK IN LIVING UNIT 3. C.O. GROOMS WILL PURPOSELY WALK INTO AN INMATE (ESPECIALLY ME), OR A GROUP OF INMATES, SO THAT THEY WILL HAVE TO GET OUT OF [illegible] CONSTANTLY.

IMMEDIATELY PRIOR TO C.O. GROOMS ASSAULTING ME ON 01/12/09 AM, HE CAME INTO OUR POD & SHOVED A DUFFEL BAG INTO ME, WHILE TELLING ME THAT "ALL OF MY PROPERTY HAD TO FIT WITHIN THAT DUFFEL BAG. I HAD TOO MUCH STUFF. MY EXCESS PROPERTY WOULD BE DISPOSED OF." EVERYTHING THAT [illegible] ALL STARTED OVER MY BEING MOVED FROM UNIT 3 TO UNIT 1. I WAS ATTEMPTING TO BE COMPLIANT, & GET MY STUFF PACKED; HOWEVER, I HAVE BEEN DOWN FOR "9½" YEARS, & I HAVE ACQUIRED A "LOT" OF "STUFF". C.O. [illegible] IN OUR CONTROL CAGE HAD BEEN REFUSING TO PROVIDE ME WITH THE LARGE PLASTIC BAGS THAT I NEEDED TO PACK ALL OF MY PROPERTY [illegible] I WAS [illegible] TO [illegible] INMATES [illegible].

I HAVE BEEN DOWN FOR "9½" YEARS & I HAVE HAD TO FIT [illegible] OF MY PROPERTY WITHIN A DUFFEL BAG FOR MOVES FROM ONE FACILITY TO ANOTHER PRISON, BUT NEVER FROM ONE UNIT TO ANOTHER UNIT, WITHIN THE SAME FACILITY. BY C.O. GROOMS TELLING ME THAT ALL OF MY PROPERTY HAD TO FIT WITHIN ONE "DUFFEL BAG", HE WAS, IN ESSENCE, TELLING ME THAT [illegible] OF MY PROPERTY HAD TO BE THROWN OUT. THIS WAS NOT TRUE; THE MOST [illegible] I WAS FIGHTING FOR WHAT IS RIGHTFULLY MINE. MY [illegible] PICTURES [illegible] MANY OF THE THINGS THAT [illegible] CARDS ("GOD IS NOT ONE COLOR, BUT ALL COLORS." GOD'S [illegible] "SPIRITUALITY") MY POLITICAL & SPIRITUAL MUSINGS, DOCTRINES, & [illegible] FOR THE [illegible] CHURCH, FOR THE DEMOCRATIC PARTY, [illegible] AS WELL AS [illegible] "MANY" OF THESE HAVE SINCE BEEN THROWN OUT, WHEN I WAS PACKING OUT.

I [illegible] C.O. [illegible] IN OUR CONTROL CAGE & C.O. GROOMS IN OUR POD [illegible] THAT ALL OF MY [illegible] HAD TO FIT INSIDE OF A DUFFEL BAG. THIS WAS AN UNLAWFUL "ORDER", OR AT THE VERY LEAST, A FAR TOO STRICT INTERPRETATION OF DOC AR'S (ADMINISTRATIVE REGULATIONS). I WAS ATTEMPTING TO COMPLY WITH C.O. GROOMS ORDERS FOR ME TO "PACK OUT"; HOWEVER, I JUST COULD NOT BRING MYSELF TO "THROW OUT", HOWEVER MEAGER, MANY OF MY MOST PRIZED POSSESSIONS. I JUST

[illegible] WOULDN'T THROW MY [illegible] TO ME, [illegible] OF [illegible] WORTH" INTO OUR POD TRASH CAN, ON TOP OF EVERYBODY'S GARBAGE. I KEPT TRYING TO TALK TO EITHER A SGT. OR LT. (THERE WERE NONE [illegible]) HOWEVER,

I WAS SURROUNDED BY [illegible] WHITE RACIST "HATE [illegible]" C.O.'S, ONE OF THE WORST OF THE WORST BEING C.O. GROOMS. THERE ARE SUPERVISING SGTS & LTS, ALONG [illegible] [illegible], LT. [illegible], UNIT 3 COMMANDER, WAS IN THE UPSTAIRS "CONTROL CAGE", BOTH LT. [illegible]-[illegible] & LT. FAZZINO WERE IN A HEARING ALONG WITH LT. BENAZINE, ONLY A FEW FEET AWAY. YET NO SGT. OR LT. WAS CALLED FOR, IN SPITE OF MY CONTINUAL ENTREATIES FOR A SGT. OR LT. TO INTERVENE, & STOP THE PUMMELING THAT I WAS THEN BEING SUBJECTED TO BY C.O.S. I WAS "[illegible]" "[illegible]" "[illegible]" "[illegible]" BEAT OUT OF ME, BY C.O.'S THAT KEPT "[illegible] UP" & "PILING IN ON ME." I LATER HAD THE OPPORTUNITY TO THANK C.O. ADAMS, A [illegible] [illegible] WOMAN, FOR NEITHER [illegible] SPRAYING ME, NOR "PILING IN ON ME." SHE [illegible] [illegible] [illegible] [illegible] TO PEPPER SPRAY ME, [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] AS IF I WAS ONLY TRYING TO [illegible] [illegible] [illegible] PROTECT MY LEFT ARM."

LT. FAZZINO HAD STEPPED OUT OF HIS HEARING, WAS THEN IN OUR UNIT 3 [illegible] [illegible] OUTSIDE OF THE POD THAT I WAS BEING PUMMELED IN, WITH C.O.'S "ON TOP OF ME". LT. FAZZINO WAS CLEARLY VISIBLE THROUGH [illegible] [illegible]-[illegible] [illegible] GLASS, [illegible] [illegible] POD [illegible], & [illegible] OUR [illegible] POD ENTRANCE DOOR. I CALLED OUT TO HIM SEVERAL TIMES [illegible] [illegible] [illegible] THAT I [illegible] TO TALK TO A SGT. OR LT. I WAS [illegible] [illegible] (CONTINUED TO) SEE LT. FAZZINO, BUT HE DID NOTHING TO HELP ME, & [illegible] [illegible] THAT I [illegible] TO [illegible] [illegible] [illegible] THE C.O.'S [illegible] THAT WERE THEN "[illegible] THE STUFFINGS" OUT OF ME. BY THAT TIME THE C.O. "[illegible] [illegible]" GROOMS HAD [illegible], [illegible] [illegible] [illegible], [illegible] PEPPER SPRAY, [illegible] [illegible], [illegible] ME ([illegible] [illegible]) THREE SEPARATE [illegible] OF [illegible] [illegible] [illegible] [illegible] [illegible], THAT MY [illegible] [illegible] [illegible] WAS [illegible] WITH [illegible], EXPLODING IN INTENSE, BURNING 1,000 POINTS OF STABBING PAINS. I COULD NOT OPEN MY EYES WITHOUT EXPLODING THEM IN INTENSE, [illegible] 1,000 POINTS OF STABBING PAINS. I HAD BEEN BLINDED. I COULD ONLY ORIENT MYSELF & KNOW WHAT WAS "GOING ON" BY VOICE SOUNDS & SENSING WHERE I WAS FROM MEMORY.

LT. BENAZINE "CAME OUT OF NOWHERE" TO HELP ME. HE DID INTERVENE. HE WAS AN ANSWER TO MY PRAYERS. HE LITERALLY HAD TO YANK & PULL C.O. GROOMS OFF OF MY LEFT SIDE, [illegible] GET HIM TO BREAK HIS "DEATH GRIP" HOLD ON ME. I IMMEDIATELY FELT A LESSENING OF PRESSURE ON MY LEFT ARM & SIDE. LT. BENAZINE STILL HAD ME IN A (CUSTODY)

[illegible] HAD BEEN DOING" HOWEVER, HE WAS PROTECTING ME, & NOT POUNDING ON ME AS THE C.O. HATE THUGS" [illegible]

I HAD BEEN VIRTUALLY BLINDED BY C.O. GROOMS SPRAYING ME WITH HIS PEPPER SPRAY IN LONG STEADY STREAMS (AGAIN & AGAIN), THREE TIMES FOR EASILY A TOTAL OF 4-5 MINUTES; VIRTUALLY POURING PEPPER SPRAY INTO MY FACE & EYES, & ONTO MY HEAD. C.O. GROOMS WAS INTENTIONALLY TRYING TO PERMANENTLY INJURE MY EYES, PERHAPS EVEN PERMANENTLY BLIND ME. C.O. GROOMS INTENTIONALLY KEPT DRIVING MY FLATTENED LEFT HAND INTO MY EYE [illegible] TO [illegible] THEM. THROUGH ALL OF THAT I MANAGED TO PAINFULLY GLIMPSE THROUGH MY SLITTED, BURNING EYES & TO HEAR [illegible]. I KEPT ASKING TO TALK TO HIM, & MANAGED TO ENGAGE HIM IN SHORT, BURSTING CONVERSATIONS. THROUGHOUT MOST OF THE C.O.'S ASSAULT ON ME, THROUGHOUT C.O. GROOMS [illegible] POURING PEPPER SPRAY INTO MY FACE & EYES, [illegible] [illegible] [illegible].

IT WAS [illegible] C.O. GROOMS TO [illegible] [illegible] [illegible] [illegible] OF MY [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] I AM NOT A "[illegible]" [illegible]). [illegible] OF THESE [illegible] PROCEEDINGS HAS BEEN [illegible] [illegible] TESTIMONY [illegible] OVER 10 [illegible] YEARS AGO TO BECOME, ALONG WITH HER SISTERS & BROTHERS, ONE OF MY STAUNCHEST SUPPORTERS; (2) FOR PRISON, I AM A WEALTHY MAN. IN [illegible], BOTH DOC & PRIVATE, FACILITY THAT I HAVE BEEN IMPRISONED AT, I HAVE BEEN DEMANDED TO PAY EXTORTION MONEY. THE MONEY

[illegible] I RECEIVE FROM THE OUTSIDE IS ALL FROM MY FAMILY. I HAVE REFUSED (AGAIN & AGAIN) TO "GIVE UP" MY FAMILY'S HARD EARNED MONEY, & PAY EXTORTION DEMANDS WITH IT; (3) I AM AN OLD WHITE MAN, OVER 60 YEARS OLD. AN OLD WHITE MAN ARE [illegible] AS WEAK, "EASY PICKINGS" & ARE "TARGETED" BY ARYAN BROTHERHOOD THUGS IN-STEAD OF [illegible] THEIR OWN; PROTECTING MEN OF THEIR OWN RACE, ARYAN BRO' HOOD THUGS COME DOWN ON THE A [illegible] & ATTEMPT TO VICTIMIZE EVERY OLD WHITE MAN THAT THEY CAN, PARTICULARLY ME. I WILL DO EVERYTHING THAT I CAN TO BACK AWAY FROM CONFRONTATIONS; HOWEVER, I HAVE & WILL FIGHT WHEN I HAVE TO &

LT. HEIMGARTNER, IS WELL AWARE THAT I WAS IN BOTH UNITS 1 & 7 SEVERAL TIMES. UNITS 1 & 7, IN ADDITION TO UNIT 3, MAKE UP THE GENERAL POPULATION & [illegible] UNITS [illegible] AT CCF. THE LAST UNIT OTHER THAN 3 THAT I WAS IN, WAS UNIT 7. IN THE COURSE OF MY LAST [illegible] I [illegible] IN UNIT 7, I WAS IN FOUR FIGHTS. TWO WERE RECORDED ON SECURITY CAMERA [illegible] TWO WERE NOT. I WAS FIGHTING ARYAN BRO' WHITE SUPREMACIST "HATE [illegible]" [illegible] [illegible] YOUNGER THAN [illegible] ONLY A 1/3 OF MY AGE. YET, I WAS LABELED THE "AGGRESSOR", [illegible] THE "[illegible]", [illegible] OF FIGHTING. THOSE THAT I FOUGHT [illegible] "THE HOLE", [illegible] WITH "CONVICTED OF ANYTHING". IT [illegible] TWO [illegible] COLORADO DOC C.O.'S [illegible] IF ANYTHING, [illegible] FIGHTS, [illegible] I WAS [illegible] C.O.'S [illegible] MUCH OF THE HARASSMENT & [illegible] PHYSICAL ATTACKS UPON ME. IT WAS THE SAME SITUATION WHEN I WAS IN UNIT 1, [illegible] UNIT 1 IS [illegible] ARYAN BRO' WHITE SUPREMACIST "HATE THUGS" ARE NOW CONCENTRATED AT CCF, [illegible] OF MY [illegible] ATTACKERS ARE NOW HOUSED, IT IS MORE THAN CONCEIVABLE THAT IT IS UNIT 1 [illegible]. LT. HEIMGARTNER [illegible] TO [illegible] FOR ME [illegible]. LT. HEIMGARTNER, [illegible] "[illegible]" [illegible] HE [illegible] BOTH VERBALLY & PHYSICALLY HARASSED & ABUSED, PHYSICALLY ATTACKED BY THE ARYAN BRO' "HATE THUGS" CONCENTRATED IN UNIT 1. WHEN I WAS [illegible] IN CH-5 AFTER A PREVIOUS PHYSICAL ATTACK ON ME, & ANOTHER FIGHT WITH AN ARYAN BRO' HOOD THUG, AFTER GETTING OUT OF "THE HOLE" OR "SEG" (AGAIN), SGT. [illegible], THE HOUSING SGT. FOR CH-5, WHO DETERMINES WHERE INMATES ARE PLACED WITHIN CCF FROM "A & O" (ADMISSIONS & ORIENTATION), & WHAT OTHER FACILITIES TRANSIENT

INMATES WILL BE ULTIMATELY ASSIGNED TO, TOLD ME: "HE WAS CONVINCED THAT THE SAME THING (MY BEING VERBALLY & PHYSICALLY HARASSED & ABUSED; PHYSICALLY ATTACKED BY THE ARYAN BRO' HATE THUGS) WOULD HAPPEN AGAIN IF I WAS RE-ASSIGNED TO EITHER CH-1 OR CH-7, WHICH IS WHY HE WAS ASSIGNING ME TO CH-3, WHICH IS THE EXACT REASON THAT LT. [illegible] (CH-3 UNIT COMMANDER) IS NOW RE-ASSIGNING ME TO CH-1: TO "MESS WITH ME", TO "FUCK ME OVER" IN THE BIGGEST & MOST [illegible] WAY THAT HE POSSIBLY CAN.

DURING MY TWO HOUSING ASSIGNMENTS TO CH-3, LT. [illegible] NOT ONLY ENCOURAGED, BUT ACTUALLY ORDERED HIS STAFF OF C.O.'S TO "FUCK WITH ME". IT IS "S.O.P." (STANDARD OPERATING PROCEDURE) FOR AN INMATE TO HAVE THEIR CELL INSPECTED ONCE A WEEK, & FOR HALF OF THEIR CELL TO BE "SHAKEN DOWN" ONCE A MONTH. HOWEVER, WITH LT. [illegible]'S ENCOURAGEMENT, [illegible] MY CELL WAS [illegible] AND/OR [illegible] OF EVERY DAY. [illegible] "FUCK ME OVER" [illegible]

THE [illegible] IN CH-3 HAS BEEN SGT. [illegible], WHO HAS GONE FAR BEYOND [illegible]. FORTUNATELY [illegible] ABOUT 180 DAYS (PRETTY CLOSE TO 6 MONTHS) THAT I WAS [illegible] (FROM ABOUT MID JULY '08 UNTIL MY ARREST & [illegible] TO THE "HOLE" ON JAN. 12 '09) ON ACCOUNT OF SGT. [illegible] (A.K.A. THE "[illegible]") DELIVERING "CONTEMPT [illegible]" TO MY [illegible] & "CONTEMPT [illegible]" TO MY PSYCHE, AFTER EVERY ONE OF OUR [illegible] MEALS, WHEN HE WAS ON DUTY. BOTH SGT. [illegible] & I KNEW WHAT HE WAS DOING. IT WAS SEXUALLY DEGRADING ME!

A "CONTEMPT [illegible]" IS A C.O. STROKING AN INMATE'S PENIS, [illegible] STROKING "UP & DOWN" THE INMATE'S PENIS & GROIN AREA, INNOCUOUSLY WHILE OSTENSIBLY LOOKING FOR CONTRABAND. A "CONTEMPT MIKE" IS A C.O. STROKING CONTEMPT-

[illegible]OUSLY DOWN TO AN INMATE; DISRESPECTFULLY CALLING AN INMATE BY HIS FIRST NAME, OR BY DEROGATORY SLANG NAMES. SGT ADAMIC (A.K.A. THE "LITTLE WEASEL") DID BOTH, DELIVERING "CONTEMPT SHOTS" (SOMETIMES I WOULD BE "JABBED OVER" TO MY GROIN AREA & "CONTEMPT MIKES" TO MY PSYCHE, CONSISTENTLY (AGAIN & AGAIN) AND OUTSIDE OF OUR MESS HALL AFTER EVERY DINNER MEAL, WHENEVER THAT HE WAS ON DINNER UNIT 3 ESCORT DUTY.

IT WAS BLATANTLY OBVIOUS, BOTH TO MYSELF & EVERY ONE IN UNIT 3 THAT SGT. ADAMIC "REALLY" "HAD IT IN FOR ME; THAT HE HAD "TARGETED" ME. I COULD HANDLE THE ABUSE THAT HE WAS HEAPING ON ME, IN MANY "OTHER WAYS; HOWEVER, AS I TOLD HIM IN A CONFRONTATION IN OUR UNIT 3, AFTER A DINNER MEAL, WHICH CAME TO INVOLVE SGT MC MILLAN & C.O. [illegible] "KEEP YOUR HANDS OFF OF MY NUTS!" I HAD BEEN CUFFED UP & ARRESTED, REMOVED FROM OUR POD. THE ONLY REASON THAT I WAS NOT THROWN IN THE "HOLE" THEN IS BECAUSE SGT MC MILLAN [illegible] HAD [illegible]. I [illegible] TOLD THE "LITTLE WEASEL": HE "[illegible] TO KEEP HIS HANDS OFF OF MY NUTS."

MY BODY IS GOD'S HOLY TEMPLE, HIS CLEAN & [illegible] [illegible] NO MAN OR WOMAN [illegible] [illegible] IS ONLY [illegible] MINE, BUT [illegible] GOD'S, [illegible] [illegible] GLORY [illegible] [illegible].

IT MADE NO DIFFERENCE IF I WAS FIRST, THIRD, OR LAST, AFTER EVERY DINNER MEAL, OUTSIDE OF OUR MESS HALL, THE "LITTLE WEASEL" WOULD [illegible] HIS "CONTEMPT SHOTS" TO MY GROIN AREA & "CONTEMPT MIKES" TO MY PSYCHE. SGT ADAMIC WOULD AL- READY BE "[illegible]" DOWN ANOTHER INMATE, WOULD [illegible] OUT OF [illegible] INMATE [illegible], [illegible] ME STAND [illegible], UNTIL HE WAS [illegible] WITH THE OTHER IN- MATE, SO THAT HE COULD "CONTEMPT SHOT" ME, AND HIS [illegible] "CONTEMPT [illegible]" ME [illegible] OR [illegible] [illegible] INMATES, [illegible]; HOWEVER, I ALWAYS WAS "[illegible]" BY SGT. ADAMIC, WHO TOOK GREAT RELISH IN "CONTEMPTING" ME.

THE ONLY WAY THAT I COULD STOP THE "CONTEMPTING," AND THE [illegible] HARASS- MENT & ABUSE, NOT ONLY BY SGT. ADAMIC, BUT OTHER C.O.'S AS WELL (CAPT [illegible] HAD [illegible] "THOROUGH" PAT DOWNS AFTER EVERY DINNER MEAL, THE MORE "THOROUGH" THE BETTER. [illegible] FACT, "CONTEMPT SHOTS" WERE [illegible] BY [illegible] UNDER [illegible] SGTS. & LTS. THEY DID "EM" [illegible]); THE ONLY WAY THAT I COULD STOP THE "CONTEMPT SHOTS" WAS TO JUST NOT GO TO DINNER, WHICH IS WHAT I DID FOR (ABOUT "80" DAYS).

I AM DIABETIC, CLASSIFIED BY THE COLORADO DOC MEDICAL AS "CHRONIC CARE."