[illegible] OF ABOUT A DOZEN'S TAKING MEDICATIONS FOR SEVERAL "MEDICAL CONDITIONS," ANY ONE OF WHICH HAVE BEEN & COULD VERY EASILY AGAIN BE LIFE THREATENING TO ME, AT LEAST IN PART, OVER THE LAST SIX MONTHS, DUE TO MY INABILITY TO EAT ANY OF MY EVENING DINNER MEALS THERE HAS BEEN A MARKED DECREASE IN MY GENERAL HEALTH; A MARKED AGGRAVATION IN MY "MEDICAL CONDITIONS." I NEED TO EAT ALL OF MY MEALS, THREE TIMES PER DAY. BEING DENIED MY EVENING MEALS, BECAUSE OF C.O.'S "CONTEMPT SHOTS" (ESPECIALLY SGT ADAMIC'S), IS "FAR BEYOND" BEYOND DISCRIMINATION & RETALIATION TO BECOME "LETHAL RETALIATION."

AFTER I COULD NO LONGER GO [illegible] MY DINNER MEALS IN THE MESS HALL WITH [illegible] C.O.'S "CONTEMPT SHOTS" (ESPECIALLY SGT. ADAMIC'S, WHO I WOULD ESTIMATE THAT EASILY "90%" OF THEM [illegible]) FOR ABOUT THE LAST "6" MONTHS C.O.'S (AGAIN ESPECIALLY SGT. ADAMIC) [illegible] THE CELL INSPECTIONS THAT ARE ORDINARILY DONE ONCE PER WEEK, "CELL SHAKE DOWNS" THAT ARE ORDINARILY DONE ONCE PER MONTH, I WAS SUBJECTED TO VIRTUALLY EVERY DAY [illegible]. I [illegible] THE [illegible] "SHAKE DOWNS" & CELL INSPECTIONS THAT I WAS BEING SUBJECTED TO "SHAKE" [illegible], [illegible] "[illegible]" THERE WERE [illegible] SLIPS [illegible], OR INSPECTION FORMS LEFT. AGAIN, EASILY "90%" OF MY "SHAKE DOWNS" [illegible] SGT. ADAMIC, [illegible] "5%" BY [illegible] SGT. [illegible] "5%" [illegible] C.O.'S [illegible].

[illegible] SGT. ADAMIC WAS [illegible] MY CELL [illegible] ON A "SHAKE DOWN" SLIP [illegible] C.O. [illegible] ANOTHER "SHAKE DOWN" SLIP [illegible] SGT. ADAMIC [illegible] "SHAKE DOWN" SLIP WAS [illegible] WITH MY STATE PROPERTY, MY "EMPTY CONTAINERS" WERE NOT EMPTY, BUT STILL HAD "FOOD" [illegible] FROM [illegible] CANTEEN, OR "ACCESS CATALOGS" THAT I HAD BEEN SENT [illegible] BY MY FAMILY. MY "GOOD & USEFUL PROPERTY," HOWEVER, [illegible], WAS NOT "TRASH." [illegible] INVARIABLY SGT. ADAMIC (A.K.A. THE "LITTLE [illegible]") WOULD INTENTIONALLY

LISTEN TO AND TV WATCH, AT ALL HOURS OF THE DAY & NIGHT, WITHOUT DISTURBING ANYBODY ELSE, ARE OF GREAT WORTH. SGT. ADAMIC INTENTIONALLY BREAKING MY EARPHONES (AGAIN & AGAIN) SHOWS JUST HOW DESPICABLE & A MEAN SPIRITED "LITTLE WEASEL" THAT HE REALLY IS. WHEN I WENT ON "L.O.P." (LOSS OF PRIVILEGES), & SGT. ADAMIC WAS ON AM SHIFT, TO "DO ME" HE DID WHAT WAS AM SHIFT'S JOB, "PACK OUTS" FOR "LOP NON-ALLOWABLES" ARE ALWAYS DONE ON THE PM SHIFT; HOWEVER, THE "LITTLE WEASEL" JUMPED THE GUN TO "PACK ME OUT" ON HIS AM SHIFT. AGAIN, MANY "FOOD & HYGIENE ITEMS THAT HAD BEEN LEGALLY PURCHASED OFF OF CANTEEN, & THAT I HAD EVERY RIGHT TO HAVE WERE SEIZED & DISPOSED OF BY SGT. ADAMIC. AND, ONCE AGAIN, SGT. ADAMIC INTENTIONALLY BROKE MY TV EARPHONES. THE "LITTLE WEASEL" WAS "DOING ME" EVERY DAY & NIGHT.

WHEN I WAS "PACKED OUT" BY C.O. MABB/FIERRO, AFTER MY ARREST & BEING THROWN IN THE "HOLE" ON 01/12/09, THEY DID A THOROUGH & REASONABLE JOB OF "PACKING ME OUT". MY COPY OF THEIR "SEIZED" [illegible] LIST OF ITEMS SEIZED READS: OLD NEWSPAPERS (I HAD KEPT A FEW SECTIONS FROM NEWSPAPER ARTICLES SUCH AS "GREAT WORDS" FROM PREVIOUS INAUGURAL SPEECHES), CUT OUTS (A POSTER FULL COLOR PICTURE [illegible] OF BARACK OBAMA'S ACCEPTANCE SPEECH AT THE CLOSE OF THE DEMOCRATIC CONVENTION IN [illegible] "INVESCO'S [illegible]", & MY FOOD "PIN UPS" THAT WERE SUNDAY FULL COLOR ADVERTISEMENTS FOR "GREAT" FOOD MEALS AT RESTAURANTS LIKE BLACK ANGUS, OLIVE GARDEN, DENNY'S & [illegible], DOMINO'S & PIZZA HUT, RED LOBSTER & VILLAGE INN), 5 - [illegible] CARDS, [illegible] (THOSE WERE EMPTY [illegible]), [illegible] TRASH (I HAD [illegible] A TRASH BAG [illegible] (I HAD AN OPEN PACKAGE OF [illegible] & RITZ CRACKERS, AN APPLE & AN ORANGE, APPARENTLY [illegible] PEANUT BUTTER SANDWICH), BLANK FORMS, [illegible] ETC. (A FEW FORMS SO THAT I DID NOT HAVE TO GO TO THE "CAGE" & ASK A C.O. EVERY TIME THAT I NEEDED ONE. MORE THAN A FEW C.O.'S CAN BE REAL "ASS HOLES" WHEN THEY'RE ASKED FOR ANYTHING.) NOTHING BROKEN (WITH SOME CARE, IT IS NOT HARD TO NOT BREAK ANYTHING).

I WAS "PACKED OUT" BY C.O. MABB/FIERRO, DURING THEIR AM SHIFT, FOLLOWING PROPER COLORADO DOC PROCEDURES. HOWEVER, AFTERWARDS SGT. ADAMIC WENT FAR BEYOND COLORADO DOC PROCEDURES TO "SHAKE DOWN" OR "ROAST ME", & GO THROUGH MY PROPERTY AGAIN ON HIS PM SHIFT. HE TOTALLY & COMPLETELY "TRASHED" MY PROPERTY TO "FUCK ME OVER". ACCORDING TO C.O. MABB & FIERRO THEY NEVER EVEN WENT INTO MY LEGAL FILE BOX. ACCORDING TO SGT TRUJILLO, WHO A COUPLE OF DAYS LATER

I WAS ENTITLED TO HAVE WITH ME IN "THE HOLE", IT TOOK HIM 20 MINUTES TO FIND MY ENVELOPES, PAPERS HAD BEEN SCATTERED ALL AROUND ON TOP OF MY FILES, FILES HAD BEEN TAKEN OUT & RE-FILED OUT OF ORDER. YOU COULD TELL THAT THEY HAD BEEN "GONE THROUGH." I HAD THREE GROUPS OF ABOUT 50 EA. LONG WHITE ENVELOPES, ON THEIR SIDES, TO THE LENGTH WISE BACK OF MY LEGAL BOX, ALL OF WHICH SHOULD HAVE BEEN EASILY FOUND BY SGT. TRUJILLO; HOWEVER, HE SAID THAT IT TOOK HIM 20 MINUTES TO FIND THEM, MY LEGAL BOX HAD BEEN TORN UP, THEY WERE NOT WHERE I SAID THEY HAD BEEN. "SGT ADAMIC TRASHED" MY LEGAL BOX.

MY LEGAL FILES HAD BEEN OBVIOUSLY "ILLEGALLY" "GONE THROUGH" & THOROUGHLY READ BY SGT. ADAMIC. THIS WAS IN BLATANT VIOLATION OF COLORADO DOC "ARS" (AD-MINISTRATIVE REGULATIONS), COLORADO STATE LAW, [illegible] LAW, THIS WAS ILLEGAL [illegible]

SGT. ADAMIC (A.K.A. "THE LITTLE WEASEL") GOT C.O. [illegible] "PERSONAL [illegible]" SEARCH, [illegible] OF MY PROPERTY [illegible] [illegible] IT WAS C.O. [illegible] SGT. [illegible], WHEN [illegible] COMING OUT OF "THE HOLE" ON A PREVIOUS OCCASION, WHEN I WAS STILL WAIST HAND CUFFED, WITH MY HANDS BEHIND MY BACK, [illegible] WHEN I WAS [illegible] [illegible] O'MALLEY [illegible] BACK DOOR, [illegible] [illegible]

[illegible] GRIEVANCE [illegible]

[illegible] IT WAS [illegible] SGT. STRONG [illegible] [illegible] MY NECK, [illegible] [illegible] [illegible] [illegible] [illegible] DOWN THE [illegible] FROM THE SECOND [illegible] SGT. [illegible] THAT I HAD BEEN IN [illegible] CELLS. HE TOLD ME THAT HE WAS [illegible] [illegible] C.O.'S DO NOT TREAT ANY INMATE [illegible] IN SUCH A MANNER. SGT STRON-BURGER WAS [illegible] ME. IN A LATER GRIEVANCE, C/M O'MALLEY [illegible] THE INCIDENT, BOTH SGT. STRONBURGER & C.O. [illegible] LATER DENIED THAT THE INCIDENT EVER TOOK PLACE. I HAVE SEEN C.O. [illegible] (GRIN & BEAR) [illegible] STRAIGHT FACED & WITH A SMILE; COMPLICIT IN WHATEVER "EXCESSES" & "WRONG DOINGS" THAT LT. [illegible] OR ANY SGT., PARTICULARLY ADAMIC (A.K.A. "THE LITTLE WEASEL"), WANTED HIM TO DO.

JOB OF GOING THROUGH MY PROPERTY, OR "SHAKING DOWN" MY PROPERTY ON THEIR 01/12/09 AM SHIFT, ACCORDING TO "S.O.P." (STANDARD OPERATING PROCEDURE), SGT. ADAMIC TOOK IT UPON HIMSELF TO GET C.O. DODD, WHO WOULD DO & SAY WHATEVER SGT. ADAMIC WOULD WANT HIM TO DO & SAY, REGARDLESS, THE WRONG DOING AND LYING INVOLVED, TO DO ANOTHER "SHAKE DOWN," OR RATHER A "ROBBING" OF MY PROPERTY ON THEIR PM SHIFT. THIS WAS DEFINITELY NOT "S.O.P." (STANDARD OPERATING PROCEDURE). IT JUST IS NEVER DONE, AFTER AN INMATE IS PACKED OUT & HIS PROPERTY GONE THROUGH; AFTER THEIR PROPERTY HAS ALREADY BEEN "SHAKEN DOWN," THEIR PROPERTY IS JUST NEVER IMMEDIATELY AGAIN "SHAKEN DOWN". SGT. ADAMIC'S "SHAKE DOWN" OF MY PROPERTY WAS COMPLETELY, TOTALLY & BLATANTLY A "PERSONAL VENDETTA," NOT A "SHAKE DOWN," BUT A COMPLETE, TOTAL, & BLATANT "TRASHING" OF MY PROPERTY, WITH WHICH C.O. DODD WAS FULLY COMPLICIT. MY PROPERTY WAS REALLY TRASHED! IN MY COPY OF SGT. ADAMIC & C.O. DODD'S "TRASHING" OR "ROBBING" SHAKE DOWN LIST OF "MANY" & MORE ITEMS SEIZED THAN C.O. [illegible] PRIMA FACIA EVIDENCE OF THE "LITTLE [illegible]'S" MESSED UP IN THE HEAD "PERSONAL VENDETTA" AGAINST ME, A [illegible] MAGAZINE (I [illegible] ONE DIAGONAL INK LINE THROUGH THE COVER OF THE [illegible] IN GUIDE MAGAZINE, SO THAT I WOULD NOT CONFUSE IT WITH THE CURRENT [illegible]), 1 EXTRA HEAD BAND (I AM A [illegible] DISCIPLE OF THE "777 JESUS CHRIST CHURCH." I WEAR THE "777" NUMBER NAME OF JESUS CHRIST FROM THE BOOK OF [illegible] ON INSIDE OF A HEAD BAND AS HIS MARK THAT I AM GOD'S MAN WHENEVER I WALK THE YARD. GOD [illegible] MY WALK [illegible] TO [illegible] ME. THESE ARE MY [illegible] RELIGIOUS BELIEFS. MY [illegible] BANDS HAVE MADE IT THROUGH "MANY" "SHAKE DOWNS" HERE AT CTCF OVER THE LAST 1½ YEARS WITHOUT ANY C.O. FINDING THEM IN ANY WAY "OBJECTIONABLE," UNTIL SGT. ADAMIC), 1 EXTRA CUP (SO WHAT & VIRTUALLY EVERY INMATE HAS AN EXTRA CUP AND/OR [illegible]; "MANY" INMATES, WHO DO HAVE "EXTRA," THROUGHOUT DOC MAKE IT THROUGH THEIR MONTHLY "SHAKE DOWNS," [illegible], WITHOUT ANY C.O. EVEN "BATTING AN EYE"), 2 KNEE WRAPS - NOT ON PROPERTY LIST (THESE WERE "ACE BANDAGES" PROPERLY ISSUED BY "MEDICAL PROVIDERS." I HAVE HAD "MANY" "INJURIES," BOTH TO MY LEFT ARM & LEG, BOTH ARE WEAKENED. I HAVE PERIODICALLY USED THESE "OTHER" "ACE BANDAGES," TO STRENGTHEN, BOTH MY LEFT ARM & LEG AS I HAVE NEEDED THEM. NO OTHER C.O. HAS FOUND THEM "OBJECTIONABLE").

"SHAKE DOWN" LIST, THAT HE WAS FINDING ANY PETTY REASON OR JUSTIFICATION THAT HE COULD; USING ANY KIND OF EXCUSE AT ALL, BOTH REAL & CONTRIVED, TO SEIZE ANYTHING AT ALL THAT HE COULD FROM MY PROPERTY (VIRTUALLY ALL OF WHICH PROPERTY ITEMS ANY "NORMAL" C.O. DOING A "NORMAL SHAKE DOWN" WOULD HAVE THOUGHT NOTHING AT ALL ABOUT "PASSING UP"). WHAT SGT. ADAMIC DID WAS A FAR BEYOND "SHAKEDOWN" SHAKEDOWN. HE THOROUGHLY TRASHED MY PROPERTY, & THEN SEIZED EVERYTHING THAT HE COULD, BOTH LEGALLY & ILLEGALLY, OUT OF MY TRASHED BELONGINGS. INDEED, THE "LITTLE WEASEL" RANSACKED MY MEAGER, VALUED POSSESSIONS "BIG TIME"! HE DID ME "BIG TIME"! MY COPY OF SGT. ADAMIC'S "TRASHING" SHAKE DOWN LIST, OF THE "LITTLE WEASEL'S" PRIMA FACIE EVIDENCE OF [illegible] UP IN THE "AND PERSONAL VENDETTA" & "ROASTINGS" AGAINST ME, CONTINUES & [illegible] BELOW:

2 EXTRA TV CABLES (SGT. ADAMIC WELL KNOWS THAT IT IS GOOD PRACTICE TO HAVE [illegible] [illegible] ONLY ONE OF THE LONGEST TV CABLES AVAILABLE OFF OF CANTEEN WILL NOT REACH FROM A CELL WALL TV CABLE OUTLET TO WHERE A TV IS SITTING ON A [illegible] DESK. IT TAKES TWO TV CABLES CONNECTED WITH A SPLICER. [illegible] (REQUIRE SPLICERS FOR) [illegible] [illegible] INMATE TV & CLOCK RADIO, IT TAKES TWO TV CABLES (CONNECTING) OFF A SPLICER. EVERY INMATE IN [illegible] HAS EXTRA TV CABLES, & NONE ARE EVER SEIZED UNLESS A C.O. REALLY WANTS TO "[illegible] OVER" AN INMATE, LIKE THE "LITTLE WEASEL" WAS DOING TO ME.) 5 EXTRA PAIRS OF SOCKS (THIS WAS NOT TRUE! THESE WERE NOT SOCKS, BUT RAGS. THERE WERE [illegible] RAGS. SGT. ADAMIC [illegible] OUT MY GOOD SOCKS, MY [illegible] SOCKS THAT HAD [illegible] IN THEM, [illegible] SOCKS, [illegible] (HOLES)

1 [illegible] PAIR OF UNDERWEAR (BRIEFS). THIS WAS NOT TRUE! I HAD A PAIR OF PERSONAL BRIEFS, PREVIOUSLY PURCHASED OFF OF CANTEEN, & ON MY PROPERTY SHEET THAT HAD [illegible]. THE WAISTBAND HAD SEPARATED FROM THE LOWER BRIEF. I NEEDED TO KEEP THESE [illegible] BRIEFS FOR [illegible], WHEN I WOULD HAVE THE MONEY TO PURCHASE REPLACEMENT BRIEFS OFF OF CATALOG CANTEEN). 1 EXTRA CANTEEN BOWL (THIS BOWL I ACTUALLY USED TO COOK IN. I USED TO [illegible] IN MY OTHER TWO BOWLS MISCELLANEOUS ITEMS, SUCH AS: TOKENS, PENS, RAZORS, DENTAL FLOSS, SOAP SACK, COMBS, NAIL CLIPPERS, TWEEZERS, MUSTACHE SCISSORS, LOOSE TEA BAGS & SOUP SEASONING PACKETS, & SO ON. IN THE "MANY" "SHAKEDOWNS" THAT I

C.O., HOWEVER "DOWN ON ME," HAS SEEN FIT TO SEIZE THE MICROWAVE BOWL THAT I WAS ACTUALLY COOK IN - JUST SGT. ADAMIC. MY "ACTUAL COOKING" MICROWAVE BOWL WAS THE ONLY DECENT MICROWAVE BOWL THAT I HAD. THE TWO MICROWAVE BOWLS THAT I HAD HOLDING SMALLER MISCELLANEOUS ITEMS WERE ALL "TORN UP," CHEMICALLY STAINED & A "HEALTH HAZARD" TO HOLD ANY KIND OF FOOD. THEY WERE NO GOOD FOR COOKING FOOD IN.)

1 ROLL OF CLEAR TAPE (AGAIN, AGAIN "MANY" TIMES WHEN SGT. ADAMIC DID ITS "SHAKE DOWNS" & CELL INSPECTIONS, HE WOULD INTENTIONALLY BREAK MY TV HEAD PHONES. I HAD SOME SCOTCH TAPE WRAPPED AROUND AN EMPTY INK PEN. THIS TAPE WOULD GO TO REPAIR MY HEADPHONES THAT SGT. ADAMIC KEPT BREAKING. HOWEVER, WITH I & MY CELLIE, "IRREPARABLE" INMATE CRUZ, COULD ONLY DO SO MUCH. MY TV HEADPHONES WERE BECOMING [illegible] WE COULD ONLY "DOCTOR" THEM SO MUCH.) 6 PIECES CARDBOARD (THESE WERE ALL PAPER TABLETS THAT I HAD LEGALLY PURCHASED OFF OF CANTEEN, & I HAD EVERY LEGAL RIGHT TO HAVE THEM, AS LONG AS THEY STILL HAD SHEETS OF PAPER ATTACHED, WHICH ALL OF THEM DID.) 1 STRINGS (I CAN REMEMBER ONLY HAVING A COUPLE OF STRINGS. AGAIN, THIS STRING WOULD GO TO REPAIR MY HEADPHONES THAT SGT. ADAMIC KEPT BREAKING. DENTAL FLOSS BEGAN TO WORK BETTER. MY CELLIE, INMATE CRUZ & MYSELF WERE USING DENTAL FLOSS TO REPAIR MY HEADPHONES, AFTER SGT. ADAMIC BROKE THEM. I HAD NEGLECTED TO THROW MY REMAINING STRING OUT.) 2 PAIR OF EAR PLUGS (AGAIN, SO WHAT? VIRTUALLY EVERY INMATE LIVING IN UNIT 3 HAS A SET OF EAR PLUGS. I HAD ONE SET OF EAR PLUGS, NOT TWO OUT ON MY DESK IN PLAIN VIEW. IN THE "MANY" "SHAKE DOWNS" THAT I HAVE BEEN PREVIOUSLY SUBJECTED TO IN UNIT 3, NO C.O. HAS EVER TAKEN THEM, NOT EVEN SGT. ADAMIC. THE EAR PLUGS ARE VIEWED AS A NECESSITY, BOTH BY THE INMATES & C.O.'S IN UNIT 3. ALL OF OUR OUTSIDE CELL WALLS & DOORS ARE NOT SOLID, BUT RATHER OPEN BARS. THE NOISE LEVELS IN OUR CELLS WOULD BE INTOLERABLE WITHOUT EAR PLUGS, WHICH ARE READILY OBTAINABLE THROUGH OUR TAG PLANT, WHERE "MANY" UNIT 3 INMATES WORK.)

2 RUBBER BANDS (AGAIN, SO WHAT? RUBBER BANDS COME WRAPPED AROUND 25 EA ENVELOPE PACKETS, LEGALLY PURCHASED OFF OF CANTEEN. ALSO, RUBBER BANDS ARE OFTEN WRAPPED AROUND SELF-MED CARDS, LEGALLY ISSUED BY MED-LINE NURSES DURING SELF-MED LINE AT THE SELF MED CARD EXCHANGE WINDOW. C.O.'S RARELY BOTHER WITH RUBBER BANDS, UNLESS THEY ARE REALLY TRYING TO "GET YOU.") 1 PAPER CLIP (THIS SHOWS JUST HOW PETTY & VINDICTIVE THAT SGT ADAMIC WAS

WAS "ILLEGALLY!" GOING THROUGH MY LEGAL FILES, WITHIN MY LEGAL BOX, SINCE THIS IS THE ONLY PLACE WITHIN MY PROPERTY WHERE I HAD PAPERCLIPS.) 1 [illegible] LOP BAND (THIS FURTHER ESTABLISHES THAT SGT. ADAMIC WAS "ILLEGALLY!" GOING THROUGH & THOROUGHLY READING WHAT WAS WITHIN MY LEGAL FILES, THAT "LOP" LOSS OF PRIVILEGES, WRISTBAND WAS BEING HELD BY ME, AS EVIDENCE OF A CONTRIVED & FABRICATED C.O.P.D. CONVICTION & SENTENCING, OF AN "ILLEGAL!" PREVIOUS SEIZURE OF MY PROPERTY (BY SGT. ADAMIC), STICKY NOTES (AGAIN FURTHER THIS ESTABLISHES THAT SGT. ADAMIC WAS "ILLEGALLY!" "GOING THROUGH & THOROUGHLY READING" WHAT WAS WITHIN MY LEGAL FILES. THE ONLY PLACE THAT I HAD STICKY NOTES WITHIN MY PROPERTY WAS STUCK TO LEGAL PAPERS, WITHIN MY LEGAL FILES, WITHIN MY LEGAL BOX. MY STICKY NOTES, BOTH [illegible] KEEPING PLACES MARKED & HAD [illegible] NOTATIONS ON THEM, REGARDING DOCUMENTS [illegible] THAT THEY WERE STUCK TO.) "ILLEGAL!!!"

[illegible] "[illegible]" [illegible] [illegible] "[illegible]" [illegible] SGT. ADAMIC [illegible] "[illegible]" [illegible] "[illegible]" [illegible] [illegible] [illegible] SGT. ADAMIC [illegible]

[illegible] SGT. ADAMIC [illegible] (CRIMINAL INVESTIGATIONS [illegible]) [illegible] SEXUAL ASSAULTS UPON ME, [illegible] MONTHS, [illegible]

[illegible] "FUCKING ME OVER", [illegible] C.O.'S & SGTS THROUGHOUT C.T.C.F. CAN DO [illegible] POINTS WITH THOSE IN "POSITIONS OF AUTHORITY", BY "FUCKING ME OVER". THERE IS AN ON-GOING WAR BETWEEN MYSELF & THE ARYAN BRO'HOOD [illegible] OF THE LIVING UNITS AT CTCF, AT OUR GYM, YARD, LIBRARY [illegible], WHICH IS NOT ONLY TOLERATED, BUT ACTUALLY ENCOURAGED BY C.O.'S. THIS IS IN RETALIATION FOR MY PARTICIPATION IN THE MONTEZ VS. OWENS LAWSUIT, IN RETALIATION FOR THE "MANY!" KITES, GRIEVANCES, & LETTERS THAT I HAVE SUBMITTED SEEKING [illegible] FOR DOC WRONGS. I AM AN ELDERLY MAN, WITH "MANY!" "MEDICAL & SECURITY ISSUES, [illegible] TO BE TRANSFERRED TO FORT LYON C.F. (NOTE: I HAVE TALKED TO EVERY P.M. C.O., ALL [illegible] HAVING ANY THING TO DO WITH SGT. ADAMIC'S [illegible] SHAKEDOWN OF MY PROPERTY, INCLUDING CO. DODD, WHOSE NAME APPEARS ON THE SHAKEDOWN LIST WITH SGT. ADAMIC. ALL AGREE THAT IT [illegible] SGT. ADAMIC, WHO "[illegible]" DID IT.)

Title or Description of Reading Material: "ESQUIRE" (MARCH 2009) IS A GENERAL INTEREST MEN'S "LIFESTYLE" MAGAZINE, WHOSE READERSHIP INCLUDES "MANY!" MILLIONS OF "HIGHER DEMOGRAPHIC" MEN & WOMEN AROUND THE WORLD. DOUG WILSON, CHAIRPERSON; D. DEAN, PROGRAMS; T. BERG, INTELLIGENCE OFFICER; SHANE MARTIN, MENTAL HEALTH; RENÉE ROBBINS, GEN. LIBRARY, BOTH READ & DO "MUCH WORSE!" THAN WHAT IS DEPICTED WITHIN "ESQUIRE" EVERY DAY & NIGHT.

What is the basis of your appeal (Be specific and brief): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE MANNER, THE SEIZURE OF MY MAIL BEING ONLY 1 OF "MANY!" RETALIATION AVENUES. OVER THE ABOUT 2½ YEARS (BOTH TIMES) OF MY IMPRISONMENT AT CTCF, I HAVE HAD WELL OVER "500!" PIECES OF MAIL "ILLEGALLY!" SEIZED & WITHHELD! LOST & THIEVED!!! IN THE ABOUT "9!" OTHER DOC FACILITIES THAT I HAVE BEEN IMPRISONED WITHIN OVER "9!" YEARS, I NEVER HAD EVEN 1 PIECE OF MAIL SEIZED FOR ANY REASON, INCLUDING "ESQUIRE" MAGAZINE. THIS IS PRIMA FACIE EVIDENCE OF THE RETALIATIONS THAT I AM SUBJECTED TO. — Michael W. Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-532, 03/03/09): NO "AR" (ADMINISTRATIVE REGULATION), NO RULE, REGULATION OR LAW CAN BE USED AS A DEFENSE FOR "ALL!" OF MY MAIL HAVING BEEN "TARGETED", AS RETALIATION, BY THE COLORADO DOC, & BY THE CTCF MAILROOM; IN PARTICULAR, BY C.O. COMBS (WHO FREELY "THIEVES!" WITH "SMUG IMPUNITY"), WITH THE FULL ENCOURAGEMENT OF MAILROOM SUPERVISOR, SGT. VIOLA. THIS IS NOT CENSORSHIP, THIS IS NOT 1 OR 2 PIECES OF "READING MATERIAL", BUT THE WHOLESALE & BLATANTLY "ILLEGAL!" SEIZURE & THIEVING!, LOSING & MISPLACEMENT!" OF WELL OVER "500!" PIECES OF MY MAIL!" EVERYBODY'S MAIL AT CTCF IS FREELY, "ILLEGALLY!" SEIZED & THIEVED!, LOST & MISPLACED, JUST NOT ON THE "500!" PIECES OF MAIL SCALE!" THAT MY MAIL IS.

C.O. COMBS IS A "THIEF!" & EVERYBODY KNOWS IT. (HE REALLY DOES FREELY "THIEVE!" WITH "SMUG IMPUNITY"). THE CTCF MAILROOM IS CORE ROTTEN & CORRUPT, WHICH CONSISTS OF 4 STAFF: SGT VIOLA; C.O. COMBS, GARCIA, & MILLER. ALL ARE "THIEVES!"; HOWEVER, "90%" OF THE "ILLEGAL! THIEVING!" IS DONE BY C.O. COMBS. THE WHOLE CTCF MAILROOM STAFF NEEDS TO BE "CLEANED OUT," & REPLACED WITH HONEST & COMPETENT PROFESSIONALS. LEGAL MAIL NEEDS TO BE SACROSANCT. COLORADO COURT ORDERS NEED TO BE HONORED. MAGS & NEWSPAPERS NEED TO NOT BE "THIEVED!", NEED TO BE DELIVERED INTACT WITHOUT WHOLE SECTIONS & ARTICLES "MISSING," NEED

[illegible] IN ITEM); WITHOUT [illegible] 2 OF 36
KETCHUP & MUSTARD, PIZZA & CHILI SAUCE FROM C.O.'S SNACKS IN ITEM. Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-505, 03/03/09): IF IT IS NOT BLATANTLY OBVIOUS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE WAY; "TARGETED" BY LT. HEIDENTHAL (COMMANDER OF UNIT 3) FOR RETALIATION IN EVERY CONCEIVABLE WAY THEN THE COLORADO DOC GRIEVANCE PROCEDURES MEAN NOTHING, & BOTH THE COLORADO & U.S. FEDERAL COURTS SHOULD PROVIDE GRIEVANCE RELIEF & REMEDIES.

FOR VIRTUALLY THE ENTIRE ABOUT 7-8 MONTHS (BOTH TIMES) THAT I WAS HOUSED IN UNIT 3, LT. HEIDENTHAL INSTIGATED & ORCHESTRATED, DIRECTED & ORDERED THAT EVERY CONCEIVABLE KIND OF "HARASSMENT & ABUSE" BE HEAPED UPON ME, BY HIS STAFF OF C.O.'S. ONE KIND OF "HARASMENT & ABUSE" THAT I WAS SUBJECTED TO WAS "SHAKE DOWNS & CELL INSPECTIONS" FAR BEYOND THE "NORMAL".

I WAS SUBJECTED "ON-GOING" (AGAIN & AGAIN) TO "SHAKE DOWNS & CELL INSPECTIONS, VIRITUALLY EVERY AM & PM OF EVERY DAY. IN ADDITION TO THOSE ITEMS ALREADY CLAIMED AS "ILLEGALLY & SEIZED & THIEVED", OVER MY 7-8 MONTHS HOUSED IN UNIT 3, I AM NOW CLAIMING: 1 EA HERBAL TEA ($4.01), & 1 EA FILE BOX ($6.07), I AM NOW CLAIMING "REVISED" ACTUAL DAMAGES INCURRED OF $65.23

Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3, CT 08/09 506, 03/04/09): IF IT IS NOT BLATANTLY OBVIOUS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE WAY; "TARGETED" BY LT. HEIDENTHAL (COMMANDER OF UNIT 3) FOR RETALIATION IN EVERY CONCEIVABLE WAY THEN THE COLORADO DOC GRIEVANCE PROCEDURES MEAN NOTHING, & BOTH THE COLORADO & U.S. FEDERAL COURTS SHOULD PROVIDE GRIEVANCE RELIEF & REMEDIES.

THE ONLY ISSUE THAT I AM NOW ADDRESSING IS SGT. ADAMIC "TRASHING" MY PROPERTY ON 01/12/09. AS WAS "NORMAL", C.O.'S "REASONABLY" PACKED OUT" MY PROPERTY IN THE AM. HOWEVER, SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL") UNDER THE INFLUENCE & INSTIGATION, DIRECTION & ORDERS OF LT. HEIDENTHAL, AGAIN "SHOOK DOWN" MY PROPERTY AT 8:15 PM, "FAR" IN "EXCESS" OF THE AM "NORMALLY DONE" SHAKE DOWN." "TRASHED"!

SGT. ADAMIC "TOTALLY & COMPLETELY" TRASHED" MY PROPERTY "ALONE"! NO

AT THE TOP OF THE "SHAKE DOWN LIST," ALONG WITH HIS. C.O. DODD TOLD ME THAT HE "HAD NOTHING TO DO WITH THAT SHAKE DOWN." SGT. ADAMIC HAS NO CREDIBILITY; HIS "TRASHING" OF MY PROPERTY WAS HIS FURTHER EXPRESSION OF "PERSONAL VENDETTA" AGAINST ME. ADDITIONALLY, I AM NOW CLAIMING ABOUT A DOZEN LEGAL FILE FOLDERS; MANILA ENVELOPES & PORTFOLIOS SEIZED ($5.00) & REVISED "ACTUAL DAMAGES" OF $64.10 — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-534; ISSUE A, C.O. GROOMS, 03/04/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE WAY; "TARGETED" BY LT. HEIDENTHAL (COMMANDER OF UNIT 3) FOR RETALIATION IN EVERY CONCEIVABLE WAY. C.O. GROOMS WAS AWKWARD & CLUMSY, JUST PLAIN DUMB WITHOUT A "MORAL COMPASS." THE ONLY WAY THAT HE HAD TO "CURRY FAVOR" WITH LT. HEIDENTHAL WAS TO HEAP "ABUSE & HARASSMENT" UPON THOSE INDIVIDUALS THAT HAD BEEN "TARGETED" BY LT. HEIDENTHAL, ESPECIALLY ME!!!

WHEN I WAS IN "SEG" C.O. GROOMS WOULD INTENTIONALLY OPEN MY CELL DOOR, WHEN C.O.'S WERE IN OUR "SEG" POD; WOULD INTENTIONALLY OPEN MY CELL DOOR, & OTHER "SEG" INMATES' CELL DOORS AT THE SAME TIME. THAT WAS "THE HOLE," WHERE "MANY" OF CTCF'S MOST "VIOLENT & INCORRIGIBLE" WERE HOUSED. IT WAS BLATANTLY OBVIOUS THAT C.O. GROOMS WANTED THEM TO "COME IN ON ME" & "BEAT ME TO A BLOODY PULP." THE ONLY REASON THAT NONE DID IS BECAUSE MY/OUR GOD PROTECTED ME!!!

ON 01/12/09, BOTH "ON & OFF" CAMERA, C.O. GROOMS CONTINOUSLY (AGAIN & AGAIN) FOR 4-5 MINUTES SPRAYED ME WITH O.C. GAS; ATTEMPTED TO BREAK MY LEFT ARM & WRIST AREA BY DRIVING THEM INTO EACH OTHER IN AN "L" SHAPE. C.O. GROOMS IS A "WHITE RACIST" HATE COP" GUILTY OF EXCESSIVE FORCE"!!! — Michael N Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-534; "ISSUE B," LT. HEIDENTHAL, 03/05/09): I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE WAY; "TARGETED" BY LT. HEIDENTHAL (COMMANDER OF UNIT 3) FOR RETALIATION IN EVERY CONCEIVABLE WAY. LT. HEIDENTHAL WANTS TO "MAKE" CAPT. ONE WAY TO "CURRY FAVOR" WITH THOSE "IN AUTHORITY OVER HIM" IS TO INSTIGATE & ORCHESTRATE, DIRECT & ORDER THAT EVERY CONCEIVABLE KIND OF "HARASSMENT & ABUSE" BE HEAPED UPON ME, BY HIS STAFF OF C.O.'S

[illegible] THE BOSS (HEIDE [illegible]) WAS MAKING THEM "DO IT." HOWEVER, BOTH SGT. MC MILLIAN (PM SHIFT) & SGT. TRUJILLIO (AM SHIFT) WERE PROFESSIONAL IN EVERY MANNER, & "MITIGATED" LT. HEIDENTHAL'S "ABUSES" AS BEST THEY COULD.

LT. HEIDENTHAL WAS "BEHIND" SGT. ADAMIC'S "CONTEMPT SHOTS" (SEXUAL ASSAULTS) TO MY GROIN AREA; MY NOT BEING ABLE TO EAT MY DINNER MEALS FOR "6 MONTHS!" TO KEEP SGT. ADAMIC'S "HANDS OFF MY NUTS!" LT HEIDENTHAL WAS "BEHIND" SGT. ADAMIC (A.K.A. THE "LITTLE WEASEL") "TRASHING!" MY PROPERTY ON 01/12/09; WAS "BEHIND" C.O. GROOMS CONTINOUSLY, FOR 4-5 MINUTES, SPRAYING ME WITH O.C. GAS, & ATTEMPTING TO BREAK MY LEFT ARM & WRIST AREA. LT. HEIDENTHAL WAS "BEHIND" THE USE OF INMATE COPS ("BIG STUPID" WINDSOR & "RED" SLAGEL) TO PHYSICALLY ASSAULT & EXTORT INMATES - ME!!! — Michael N Collins

"MEDICAL" GRIEVANCE (STEP 1, 03/12/09): I HAVE BEEN "TARGETED" BY THE (OTHER) COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE WAY. MIKE WALSH (A PHYSICIAN'S ASSISTANT) FROM FREMONT C.F. "MEDICAL", UNDER THE DIRECTION OF DR. CREANY (A "HOSTILE" WITNESS, TESTIFYING FOR DOC) ON 03/11/09 DEMANDED THAT I SIGN A "REFUSAL", WHICH HAD ALREADY BEEN PRE-TYPED UP & FILLED IN WITH "LEGAL VERBAGE" & "DISCLAIMERS", WHOLLY RELEASING THE COLORADO DOC FROM ANY "RESPONSIBILITY." P.A. MIKE WALSH WOULD NOT ALLOW ME TO READ WHAT HE DEMANDED THAT I SIGN (I COULD ONLY "SCAN IT" WITHIN SECONDS.).

I HAVE "BEEN DOWN" FOR OVER "9!" YEARS. IT IS THE POLICY & "AR'S" (ADMINISTRATIVE REGULATIONS) OF DOC THAT AN INMATE BE ALLOWED TO WRITE IN THEIR OWN REASONS FOR "REFUSAL"; FOR DOC TO NOT WRITE IN ANYTHING ABOVE AN INMATES SIGNATURE, AS P.A. WALSH HAD PREVIOUSLY JUST DONE.

FOR REFUSING TO SIGN A PRE-TYPED UP "REFUSAL" (SOMETHING TO DO WITH "MONTEZ MOBILITY") P.A. WALSH DEMANDED THAT I BE "CUFFED UP" & "THROWN IN THE HOLE!" HE SARCASTICALLY HOLLERED AT ME TO "WRITE MY LEGISLATOR". ALL SIGNED "MONTEZ REFUSALS & EXAMS" PERFORMED BY P.A. MIKE WALSH SHOULD BE DECLARED "NULL & VOID". THEY WERE ALL COERCED. — Michael N Collins

"GENERAL" GRIEVANCE (STEP 1, 03/12/09): ON 02/28/09, LT. REPAR ORDERED ME NOT TO SIT AT THE "DISABLED TABLES" AT LUNCH, & AGAIN AT DINNER. I ATTEMPTED TO EXPLAIN MY INJURIES, & DISABILITIES TO LT. REPAR; HOWEVER, HE

... STILL EATING MY DINNER (PAGE 30F36.
DINNER MEAL, LT. REPAR ATTEMPTED TO "INSTIGATE A DISRUPTION."

INMATE MATTHEW FISHER IS A SCARED, SPOILED LITTLE "WHITE BOY," WHOSE MOTHER SENDS HIM ANYTHING THAT HE WANTS. THE "HOMMIES" TAKE AWAY WHATEVER THAT MATTHEW RECEIVES, & "BONE HIM" TO RECEIVE "PROTECTION" FROM THE C.O.'S, MATTHEW FISHER DOES WHATEVER THAT THE C.O.'S TELL HIM TO DO. LT. REPAR ORDERED FISHER TO "CLEAR THE MESS HALL TABLES", & "POINTED ME OUT" TO HIM, IN PARTICULAR. I WAS STILL SITTING AT MY TABLE, & EATING MY DINNER MEAL. FISHER PUT A CUP IN THE MIDDLE OF MY COLESLAW, KNOCKED ANOTHER 1 OF MY CUPS OVER, & MADE AN OBSCENE GESTURE AT ME. [THIS SHOULD HAVE BEEN A FIGHT.]

LT REPAR HAS ORDERED ME TO SIT AT TABLES FILLED WITH ARYAN BRO' "HATE THUG" ENEMIES; FILLED WITH BLACK MEN THAT (VIOLENTLY) DID NOT WANT ME TO SIT WITH THEM (AGAIN & AGAIN). OTHER TABLES WERE AVAILABLE. I HAVE BEEN "TARGETED" BY LT. REPAR TO "MESS WITH." —— Michael N Collins

"GENERAL" GRIEVANCE (STEP 1, 03/12/09): ON 02/26/09, C.O. GILMAN DENIED ME ENTRY TO OUR MESS HALL TO PICK UP MY ENCHILADA DINNER "FOOD ORDER." THIS WAS PAID FOR BY $15 SENT IN BY MY FAMILY; GREATLY "LOOKED FORWARD TO" BY ME. C.O. GILMAN SAID THAT I WAS NEITHER ON HIS ROSTER TO RECEIVE ENCHILADA DINNERS, NOR ON THE ACCOMPANYING C.O.'S ROSTER. BOTH LOOKED ON THEIR ROSTERS, & WERE BARRING MY ENTRANCE. I "DIVED ON" C.O. GILMAN'S ROSTER, & THERE WAS MY NAME TOWARDS THE TOP. BOTH C.O.'S WERE LYING TO ME; IN PARTICULAR, C.O. GILMAN WAS ATTEMPTING TO DEPRIVE ME OF MY ENCHILADA DINNER.

I HAVE BEEN DEPRIVED OF MY "HOAGIE SANDWICHES" (3 EA x $3.50 = $10.50 WHICH FOR PRISON IS "BIG BUCKS"). I HAVE BEEN DEPRIVED OF "ICE CREAM ORDERS" ($3.50 + $2.75), AGAIN & AGAIN. ALL HAS BEEN AT THE INSTIGATION, & BY THE ORDERS OF LT. REPAR. THE COLORADO DOC IS RETALIATING AGAINST ME IN EVERY CONCEIVABLE WAY. AS A WAY OF "CURRYING FAVOR" WITH HIS SUPERIORS [LT. REPAR WANTS TO BE MADE CAPT. REPAR], LT REPAR IS DEPRIVING ME OF MY GREATLY "LOOKED FORWARD TO" "FOOD ORDERS," & "ICE CREAM ORDERS" AT HIS EVERY OPPORTUNITY. CLAIMED $37.02 — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1, 03/13/09): ON 03/10/09, CTCF WAS PUT ON LOCKDOWN." OUR UNIT 1 POD, ALONG WITH OTHERS, WAS ESCORTED BY DOC "SORT" TO

NEVER BEEN SUBJECTED TO THIS BEFORE. CTCF IS A "MEDICAL FACILITY." OVER 20 MEN "FELL OUT," HAD TO SIT ON CHAIRS, OR WERE TAKEN TO MEDICAL. I TOOK 2 EA NITRO-GLYCERIN PILLS. THE CREW CUT, BLACK BOOTED "SORT THUGS" (IN VIOLATION OF DOC "AR'S," MANY DID NOT WEAR NAME TAGS) TOLD ME TO "SHUT UP," & TO "STOP WHINING." LT. REPAR GAVE DIRECT ORDERS THAT I WAS TO STAY WHERE I WAS AT, & TO NOT SEE MEDICAL.

AT THE BEGINNING, WE WERE ALL TOLD TO PUT OUR PROPERTY INSIDE OF DUFFEL BAGS, OR IT WOULD BE "DISPOSED OF." NEITHER CTCF, NOR ANY OTHER FACILITY HAS DONE THIS, UNDER THE ORDERS OF LT. REPAR, C.O. SALAMON AT FIRST GAVE ME NO DUFFEL BAG, & THEN GAVE ME A SMALLER 2 CU FOOT DUFFEL BAG. MANY OTHER INMATES WERE GIVEN LARGER 3 CU FOOT DUFFEL BAGS, SOME EVEN LARGER BAGS. I REQUESTED A LARGER BAG. CAPT WILSON TOLD ME THAT "THEY WERE ALL THE SAME." THEY WERE NOT. THERE WAS A BIG DIFFERENCE. I TOLD CAPT WILSON THAT HE WAS "FUCKING WITH ME, & THAT HE KNEW IT!" NEITHER CAPT CORDOVA, NOR MY CASE MANAGER, MR. EVANS, COULD INTERVENE. CAPT. WILSON WAS "RUNNING THE SHOW." LT. HOLLOWAY DISREGARDED HIS ORDERS TO HELP ME. CASE MANAGER TRUJILLO (ONCE AGAIN) "TRASHED" MY PROPERTY. — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1, 03/16/09): SEVERAL OF MY CLEARLY MARKED LEGAL FILES, PROPERLY FILED AMONGST OTHER LEGAL FILES, WHOSE CONTENTS ALL CONTAINED CLEARLY DISCERNABLE LEGALLY RELATED MATERIALS, WITHIN MY LEGAL FILE BOX, WERE SEIZED BY CASE MANAGER TRUJILLO, AS PART OF OUR CTCF FACILITY WIDE "HARASSMENT LOCK DOWN" ON 03/10/09. THE CONTENTS OF THESE FILES ARE "IRREPLACEABLE!" THEY ALL CONTAINED, BOTH MAGAZINE & NEWSPAPER "CLIPPINGS" OF ARTICLES GOING BACK MANY YEARS, BOTH SPECIFICALLY & GENERALLY RELATED TO MY OWN CASE & CIRCUMSTANCES. THERE WERE, BOTH MASTERS & COPIES OF LEGAL ARGUMENTS & PLEADINGS, ANALYSES & SUMMARIES. IN VIOLATION OF COLORADO DOC "AR'S" (ADMINISTRATIVE REGULATIONS) CM TRUJILLO WROTE DOWN NONE OF MY LEGAL FILES ON MY "SHAKE DOWN LIST" THAT S/HE HAD ILLEGALLY SEIZED.

CM TRUJILLO HAD CLEARLY "TARGETED" ME FOR RETALIATION. SHE "PASSED UP" SEVERAL OTHER INMATES, WHO WERE "READY & WAITING," TO "HIT" ME. MS TRUJILLO HAD BEEN MY CM IN UNIT 7, WHEN I WAS PHYSICALLY ASSAULTED FOUR TIMES

"ACTIONS & IN ACTIONS" ACTIVELY ENCOURAGED THESE PHYSICAL ASSAULTS, THESE ARE BOTH COLORADO DOC'S RETALIATIONS, & HER OWN RETALIATIONS AGAINST ME.

"MEDICAL" GRIEVANCE (STEP 1, 03/16/09): I AM JUST ABOUT COMPLETELY UNABLE TO CONTROL, BOTH MY WATER PISS, & STOOL EXCRETION. AFTER LEAVING A URINAL, AFTER PISSING, I WILL JUST ABOUT IMMEDIATELY HAVE TO RETURN TO THE URINAL TO ONCE AGAIN RELIEVE MYSELF (AGAIN & AGAIN). I WILL WAKE UP (AGAIN & AGAIN) THROUGHOUT THE NIGHT TO RELIEVE BOTH MY PISS & STOOL. I WILL OFTEN HAVE TO PAINFULLY FIGHT, TO RETAIN CONTROL OF MY OWN BODY, TO "MAKE IT" TO EITHER A URINAL OR TOILET, TO "EXPLODE RELIEVE" BOTH MY PISS & STOOL.

MY BODY WILL "LAST" FOR A COUPLE OF HOURS (MORE OR LESS), & THEN JUST "GIVE OUT" THROUGHOUT THE DAY (AGAIN & AGAIN), WHEN I WILL HAVE TO LAY DOWN & REST FOR 15-20 MINUTES. I WILL GET EXTREMELY FATIGUED THROUGHOUT THE DAY; SO MUCH SO, THAT MY FATIGUE WILL BE VIRTUALLY ON-GOING THROUGHOUT THE DAY & NIGHT, EVERY DAY & EVERY NIGHT.

I HAVE GROWTHS, FUNGUS, WARTS, & WOUNDS NONE OF WHICH HAVE BEEN MEDICALLY TREATED. FOR WELL OVER THE LAST 6 MONTHS, I HAVE ONLY BEEN ABLE TO MEET ONCE WITH KAREN MITCHELL N.P., WHO TOLD ME THAT "SHE DIDN'T KNOW WHAT SHE WAS DOING" (INCOMPETENT?), & MIKE WALSH P.A., WHO HAD ME ARRESTED, & WANTED ME "THROWN IN THE HOLE" (VIOLENTLY HOSTILE?). I AM "CHRONIC CARE". I NEED TO MEET WITH A REAL MEDICAL DOCTOR AT LEAST ONCE EVERY THREE MONTHS. — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1, 03/17/09): I AM A "777" JESUS CHRIST WITNESSING DISCIPLE. NO OTHER MAN, NO WOMAN (OTHER THAN MY WIFE) EITHER PUTS THEIR HANDS ON MY PRIVATE MAN BODY PARTS, OR VIEWS THEM. I HAVE VIOLENTLY FOUGHT TO PRESERVE THE "SANCTITY?" OF MY BODY, "GOD'S OWN HOLY TEMPLE?" (AGAIN & AGAIN, AS I NOW AGAIN DO SO.

ON 02/26/09, I, ALONG WITH EVERYBODY ELSE IN OUR UNIT 1, WAS SUBJECTED TO BEING "STRIP SEARCHED", AS A MEANS OF "CONTROLLING" OUR EPIDEMIC OF "MRSA" (METHICILLIN-RESISTANT STRAPHYLOCOCUS AUREUS). OUR POD WAS FILLED WITH BOTH MEN & WOMEN C.O.'S, MEDICAL PERSONNEL NURSES & PROVIDERS) & "MISC. GAWKERS". BOTH I, & MANY OTHER MEN WERE

... [illegible] TO [illegible] ... [illegible], N [illegible] PAGE 6 OF 36.
OVER & SPREAD OUR "BUTT CHEEKS" IN FULL VIEW OF "MANY"& BOTH MEN & WOMEN "GAWKERS". THIS WAS GREATLY DEMEANING TO MANY (MEN) WHO REFUSED THESE "UNLAWFUL", UNGODLY", & IMMORAL" ORDERS. I WAS MADE TO DEMEAN MYSELF; WAS "TARGETED"! (AGAIN & AGAIN). AGAIN ON 03/10/09, THROUGHOUT OUR FACILITY WIDE "HARASSMENT LOCKDOWN," I WAS (AGAIN & AGAIN) "TARGETED!" TO SIMILARLY DEMEAN MYSELF. — Michael N Collins

"GENERAL" GRIEVANCE (STEP 1, 03/23/09): PIZZA ORDERS ARE "RARE" & "GREATLY LOOKED FORWARD TO". WE WERE IN A FACILITY WIDE "LOCK DOWN", & NOBODY KNEW WHEN WE WERE "COMING OUT". IT WAS IMPOSSIBLE FOR ME TO PHYSICALLY TURN MY PIZZA ORDER INTO "REC". SEVERAL C.O.'S & SGTS. TOLD ME TO TURN MY PIZZA "MISC WITHDRAWAL TICKET" INTO "THE CAGE", & I WOULD GET MY PIZZAS. I DID EXACTLY WHAT I WAS TOLD TO DO; YET, "REC" LT. REPAR REJECTED MY PIZZA ORDER FOR "MISSING THE DEADLINE." LT REPAR DID THIS IN "PETTY & MEAN" RETALIATION. "MAKE IT RIGHT", BY GETTING ME 1EA PEPPERONI & 1EA VEGGIE PIZZA.

TO GET A PIZZA ORDER; TO GET ANY DINNER MEAL, I AM REQUIRED TO RUN A "GAUNTLET" OF "AGGRESSIVELY HOSTILE", BOTH "REC" & SECURITY "C.O.'S DIRECTED BY CAPT. BASTIDOS & LT. REPAR. I WAS ATTEMPTING TO SIT AT A TABLE, & EAT MY MEAL. HOWEVER, LT. REPAR DIRECTED THAT I SIT AT ANOTHER TABLE FILLED WITH "ANGRY BLACKS." SEVERAL TIMES, I ATTEMPTED TO SIT THERE WHEN LT. REPAR (AGAIN & AGAIN) DIRECTED ME TO DO SO. THEY WERE BOTH HURLING THREATENING OBSCENITIES AT ME, & PUNCHING ME UNDER THE TABLE. I "REMOVED MYSELF FROM THE SITUATION." HOWEVER, LT REPAR FOLLOWED ME ACROSS THE MESS HALL TO ORDER ME NOT TO SIT AT ANOTHER TABLE, & THEN ANOTHER TABLE. UNDER LT. REPAR'S ORDERS, I WAS ARRESTED, "LEGALLY BEATEN" BY OVER "8" "C.O.'S, & THROWN IN "THE HOLE." STOP RETALIATIONS! — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 2, (C-CT 08/09-332) 03/24/09): THE FACTS ARE: THE "REAL & GENUINE" RECIDIVISM RATE FOR THOSE MEN & WOMEN THAT HAVE UNDERGONE YOUR SEXUAL (SO CALLED) "REHABILITATIVE PROGRAMS" IS FAR HIGHER THAN THAT FOR THOSE MEN & WOMEN WHO HAVE NOT. YOUR PROGRAMS COST A LOT OF MONEY, WHEN THE REALITY IS THAT "THINGS" WOULD BE BETTER WITHOUT THEM.

YOUR PATRICIA MONTEZ IS "OBSERVED" BY HER STUDENTS. BOTH SHE & YOUR

... SEE KNOWN DEIGS, STRICTLY AS "BUDS", BUTTS, (PAGE 4 OF 36)
BREASTS, VAGINAS, & DICKS," SINCE THAT IS ALWAYS "ONE WAY OR ANOTHER" WHAT YOU DWELL ON. THE "REAL & GENUINE" CONSENSUS OF YOUR STUDENTS IS THAT SEX "COUNSELOR & THERAPIST" PATRICIA MONTEZ HP II IS A "SEX ADDICT" HERSELF, A LITTLE HUNCHBACK, WHO HERSELF WAS "THE VICTIM" OF SOME KIND OF "SEXUAL ASSAULTS" THAT WERE "ON GOING" OVER MANY YEARS, SHE SHOWS "FLASHES" OF MUCH ANGER & BITTERNESS. SHE HAS A PERSONAL VENDETTA AGAINST MEN, & "ALL THINGS" SEXUAL. THERE IS MUCH THAT IS GOOD, BEAUTIFUL, & UPLIFTING ABOUT "THINGS SEXUAL"; THAT IS OF THE "NATURAL ORDER OF THINGS." YOUR PATRICIA "BUD'S" MONTEZ HAS "TWISTED & PERVERTED" EVERY MAN, WOMAN, & CHILD, DOING OR NOT DOING EVERYTHING OR NOTHING, INTO SOMETHING "UGLY & PERVERTED." PATRICIA MONTEZ NEEDS TO BE KEPT AWAY FROM "ALL" MAIL. — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-532; 03/24/09): "IT IS NECESSARY ONLY FOR THE GOOD MAN TO DO NOTHING FOR EVIL TO TRIUMPH." LT. BENEZE, YOU ARE THE CTCF MAIL ROOM SUPERVISOR. EVERYBODY THROUGHOUT CTCF, BOTH C.O.'S & INMATES ALIKE, "ALL" KNOW THAT THIS FACILITY IS UNLIKE ANY OTHER DOC FACILITY IN THE "RAMPANT" & ILLEGAL" SEIZURE & THIEVING & LOSING & MISPLACEMENT" OF "ALL" INMATE MAIL; MINE IN PARTICULAR, "90%" OF WHICH IS C.O. COMBS, WITH "SMUG IMPUNITY" DOING ME." YOU HAVE DONE NOTHING. EVIL TRIUMPHS.

THERE CAN BE NO OTHER EXPLANATION THAN THAT MY MAIL HAS BEEN SPECIFICALLY "TARGETED," AS RETALIATION & RETRIBUTION. OVER ABOUT "9 YEARS" AT ABOUT "10" OTHER DOC PRISONS, I CAN NOT THINK OF EVEN JUST 1 PIECE OF MAIL THAT I HAD SEIZED FOR ANY REASON. HERE AT CTCF, I HAVE HAD WELL OVER "500" PIECES OF MAIL (I DON'T KEEP A "TALLY" ANYMORE) "ILLEGALLY" THIEVED & LOST"; ALL OF WHICH I HAVE HAD EVERY RIGHT TO RECEIVE; SOME OF WHICH BY A DISTRICT COURT JUDGE'S ORDER.

MY "EXPRESS MAIL" SHOULD BE DELIVERED TO ME THE "NEXT DAY" (IT TAKES 2 WEEKS). MY LEGAL COPIES ARE "READ & TRASHED" (LEGAL MAIL IS NOT SACROSANCT). TV GUIDE & SMITHSONIAN (MUSEUM) "MAGS" ARE LABELED AS "SOME KIND OF PORNOGRAPHY." LEAVE MY MAIL ALONE! — Michael N. Collins

GENERAL GRIEVANCE (STEP 3, CT 08/09-534; 03/24/09): PAGE 10 OF 3?

WHEN ANY LAW ENFORCEMENT OFFICER; WHEN ANY C.O. (CORRECTIONAL OFFICER) "BREAKS THE LAW" WITH TOTAL & COMPLETE IMPUNITY, TO "ENFORCE THE LAW;" THEN, IN ACTUAL FACT, THE ONLY LAW HAS BECOME THE "LAW OF THE JUNGLE."

ISSUE A: C.O. GROOMS IS NOT ONLY GUILTY OF "MANY (!)" EXCESSES, BUT ACTUAL CRIMINAL MALFEASANCE "ON-GOING" (AGAIN & AGAIN). C.O. GROOMS IS AWKWARD & CLUMSY; JUST PLAIN DUMB, WITH NO "MORAL COMPASS". A GOOD WAY TO "MAKE POINTS" WITH LT. HEIDENTHAL WAS TO HEAP "ABUSES & HARASSMENTS" UPON ME (I HAD BEEN "TARGETED (!)").

I BELIEVE THAT C.O. CORTESE MAY "TELL THE TRUTH". THIS WOULD MEAN "BREAKING RANKS" WITH C.O. GROOMS. C.O. CORTESE WAS IN OUR SEG. POD ("THE HOLE") ONE TIME, WHEN C.O. GROOMS WAS IN "THE CAGE," & INTENTIONALLY OPENED MY BARRED DOOR, ALONG WITH ANOTHER INMATE'S DOOR, AT THE SAME TIME. THIS WAS A "BIG NO" (!) C.O. GROOMS WANTED THE OTHER INMATE TO "COME IN ON ME," & "FUCK ME UP, BUT HE WOULDN'T "DO IT". C.O. CORTESE WAS HOLLERING THAT "EVERYBODY'S LIFE WAS IN DANGER (!)"

C.O. GROOMS (AGAIN & AGAIN) "PHYSICALLY & VERBALLY" ABUSED ME, BOTH IN OUR UNIT 3, & OUR MESS HALL THAT CULMINATED IN HIS "RUTHLESS & SADISTIC (!)" (AGAIN & AGAIN) "ON-GOING" ATTACKS UPON ME, ON 01/12/09. Michael Collins

"MEDICAL" GRIEVANCE (STEP 3, CT 08/09-531; 03/24/09): TO EAT ANY MEAL, IN ANY CTCF MESS HALL MEANS "RUNNING A GAUNTLET" OF "AGGRESSIVELY HOSTILE" C.O.'S, PARTICULARLY ON CAPT. BASIDOS' PM (DINNER) SHIFT, PARTICULARLY ME (!) IT IS OBVIOUS, BOTH TO ME, & TO "MANY (!)" OTHER INMATES THAT I HAVE BEEN "TARGETED" FOR EVERY CONCEIVABLE KIND OF DOC RETALIATION.

I HAVE "BEEN DOWN" FOR OVER "9 (!)" YEARS. I KNOW WHAT "THE RULES" ARE; WHAT IS & IS NOT "PERMISSIBLE". SGT. ADAMIC'S "CONTEMPT SHOTS" TO MY "GROIN AREA" ARE "FAR BEYOND" BEYOND "INNOCUOUS PAT DOWNS" LOOKING FOR CONTRABAND. THEY ARE HIS HANDS & FINGERS RUBBING & FEELING "UP & DOWN" MY PENIS & INSIDE OF MY LEGS, THROUGHOUT MY "GROIN AREA"; CONCENTRATING ON THIS "PRIVATE AREA" OF MY BODY & LESS ON OTHER PARTS OF MY BODY. WHILE SGT. ADAMIC WAS "GOOSING" ME, HE WOULD BE "RUNNING HIS MOUTH"; PUTTING OUT "CONTEMPT NIKES," VERBALLY BOTH "DEMEANING & DISRESPECTING" ME. SGT. ADAMIC WOULD

HE WAS DONE WITH THEM TO "GOOSE" ME." HE WOULD "SEXUALLY ASSAULT" ME. (CONTINUED AGAIN).

I AM "DISABLED" FOR VIRTUALLY THE ENTIRE NOW OVER "9 1/2" YEARS THAT I HAVE BEEN DOWN", I HAVE SAT IN MESS HALL "DISABLED SECTIONS." "RETALIATIONS" KEEP ME FROM DOING SO NOW. — Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 2, OCT 08/09-533; 03/25/09): I AM WHAT I AM: MOBILITY IMPAIRED. NO AMOUNT OF CHANGING YOUR MEDICAL CRITERIA & RECLASSIFYING ME WILL MAKE ME OTHER THAN MOBILITY IMPAIRED. FOR VIRTUALLY THE ENTIRE ABOUT "9 1/2" YEARS THAT I HAVE BEEN IMPRISONED WITHIN COLORADO DOC, "MEDICAL" HAS HAD ME "BOTTOM TIER / BOTTOM BUNK, STAIRS, & WEIGHT RESTRICTED." I HAVE BEEN CLASSIFIED "M-4"; SAT IN MESS HALL "DISABLED SECTIONS."

I CAN NOT CLIMB INTO A TOP BUNK; CAN NOT CLIMB STAIRS. WHEN ORDERED TO DO SO, I HAVE HAD TO SLEEP ON THE FLOOR AND/OR BEEN ARRESTED. OFTEN I CAN BARELY "MAKE IT" OUT OF MY BUNK. IT CAN BE A HARDSHIP FOR ME TO "MAKE IT" TO OUR BATHROOM TO RELIEVE MYSELF; TO "MAKE IT" TO OUR MESS HALL TO EAT A MEAL.

DO NOT "BELITTLE" MY INJURIES. IN 1977, I WAS IN A "NEAR FATAL", "NEAR HEAD ON COLLISION." I WAS "KNOCKED OUT" & TRANSPORTED BY EMERGENCY AMBULANCE TO THE L.A. COUNTY HOSPITAL "ER". I HAD MAJOR ORTHOPEDIC SURGERY THE FULL LENGTH OF MY LEFT LEG. I HAD MAJOR ORTHOPEDIC SURGERY TO MY LEFT KNEE & HIP THAT WERE "RECONSTRUCTED". I HAVE HAD SCREWS, PINS, & PLATES BOTH INSERTED INTO ME & PARTIALLY REMOVED. I HAVE ONLY PARTIAL KNEE FLEXION. I HAVE MAJOR SKELETAL, MUSCLE, NERVE, & TENDON DAMAGE. — Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 2, C-CT08/09-333; 03/25/09): COLORADO DOC MEDICAL IS BEING "DISINGENUOUS"! DR. FRANKLIN DARROW D.O., BETH HOEKSTRA P.A., KAREN MITCHELL N.P., JAY RICHTER M.D., AMONG OTHER MEDICAL PROVIDERS, "ALL" OVER THE LAST SEVERAL YEARS AGREED THAT I NEEDED DIABETIC/ORTHOPEDIC SHOES. "ALL" PRESCRIBED THEM FOR ME (BEING AGAIN). (POINT A) I AM WHAT I AM: MOBILITY IMPAIRED.) I HAVE HAD MAJOR ORTHOPEDIC SURGERY TO MY LEFT KNEE & HIP THAT WERE "RECONSTRUCTED." I HAVE HAD SCREWS, PINS, & PLATES INSERTED INTO ME, &

NERVE, & TENDON DAMAGE TO MY LEFT SIDE.

BOTH OF MY BOOTS ARE PAST DISINTEGRATING. THEY ARE "TRASH!" MY HEELS HAVE BEEN WORN PAST THEIR HOLLOW HEELS, & ARE NOW BEING WORN INTO THEIR SOLES. MY LIMP IS BEING PAINFULLY AGGRAVATED. IT "PAINS!" MY FEET, LEGS, & BACK TO WEAR THE "TRASH!" BOOTS THAT I HAVE TO. I AM BEING DENIED MY DIABETIC / ORTHOPEDIC SHOES AS ANOTHER RETALIATION. Michael N. Collins

(INSERT AT "POINT A" ABOVE) I AM WHAT I AM: MOBILITY IMPAIRED. I HAVE DIFFICULTY WALKING. SOMETIMES, I HAVE DIFFICULTY JUST STANDING & FUNCTIONING. IT CAN BE A HARDSHIP FOR ME TO JUST "MAKE IT" TO OUR BATHROOM TO RELIEVE MYSELF; TO "MAKE IT" TO OUR MESS HALL TO JUST EAT.

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-589; 03/25/09): "ALL!" OF THE C.O.P.D. DISCIPLINARY HEARINGS AT CTCF, PARTICULARLY MY OWN, "ALL!" HAVE "PREDETERMINED CONVICTION" OUTCOMES. THE HEARINGS CONDUCTED BY LT. TOPLISS (PRESIDING) & LT. FAZZINO (PROSECUTING) CAN IN NO WAY BE SAID TO BE 'FAIR & IMPARTIAL'. THEY ARE NOT THE JUDICIOUS ADMINISTRATION OF JUSTICE! "MANY!" INMATES' HEARINGS ("ALL!" OF MINE) ARE ON "CONTRIVED & FABRICATED" CHARGES. ALL INMATES ARE ASSUMED TO BE LYING. ALL C.O.'S ARE ASSUMED TO BE TELLING THE TRUTH (IN ACTUAL FACT, "ALL!" C.O.'S ARE EXAGGERATING; "MANY!" C.O.'S ARE LYING, SOME BLATANTLY & OBVIOUSLY) THE INMATE REP CAN NOT REPRESENT INMATES, CAN SAY NOTHING. MUCH IS SAID WITH THE TAPE RECORDER OFF. NO INMATES CAN BE CALLED AS WITNESSES. AN ACCUSED CAN NOT ASK QUESTIONS OF C.O. WITNESSES. ALL QUESTIONS ARE ASKED BY LT TOPLISS OF WITNESSES THAT ARE "LEADING", WHO "CUTS OFF" ANSWERS THAT ARE FAVORABLE TO AN ACCUSED INMATE.

HEARING PUNISHMENTS MAY BE FAIR; HOWEVER, AN INMATE MUST BE FOUND GUILTY, NO MATTER HOW UNFAIR. ALL OF MY C.O.P.D. CONVICTIONS NEED TO BE DECLARED "NULL & VOID"! — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1; 03/29/09): ON 03/27/09, C.O. COMBS 'ILLEGALLY!' SEIZED (AGAIN) MY "TV GUIDE" MAGAZINE, WHICH IS AN "INNOCUOUS PUBLICATION" READ BY MANY MILLIONS OF "THE INFORMED"! IN NO WAY CAN EITHER "TV GUIDE", OR THE "SMITHSONIAN" (OUR U.S. NATIONAL MUSEUM IN

WASHINGTON D.C.) BE CONSIDERED A "DANGER" TO ME, OR TO ANYBODY ELSE.

I HAVE NOW HAD WELL OVER "500!" PIECES OF MY MAIL "ILLEGALLY!" SEIZED & TAKEN! (90% OF WHICH HAS BEEN DONE BY C.O. COMBS WITH "SMUG IMPUNITY.") WHILE AT CTCF!

I HAVE MET WITH U.S. POSTAL INSPECTORS, KORSICK & SANZ. I AM IN THE PROCESS OF DOCUMENTING A "CRIMINAL COMPLAINT" AGAINST THE COLORADO DOC, CT.CF, & OUR MAILROOM C.O.'S. THERE CAN BE NO OTHER REASON FOR THESE "ILLEGALITIES!" THAN FURTHER "RETALIATIONS" AGAINST ME.

OUR CT.C.F. MAILROOM; IN PARTICULAR, C.O. COMBS NEED TO "STOP! IMMEDIATELY! ILLEGALLY! SEIZING & THIEVING!" MY DENVER POST NEWSPAPERS THE FOLLOWING MAGAZINES: ESQUIRE, KUNG FU, MEN'S HEALTH, MENTAL FLOSS, MOTOR HOME, NEWSWEEK, "O" (OPRAH), PREVENTION (HOLISTIC HEALTH), RV LIFE, TIME, TV GUIDE, SMITHSONIAN, WRITER'S DIGEST. IN ADDITION TO "FREE SPEECH" ("FREEDOM OF THE PRESS") ISSUES, THERE ARE ALSO "RELIGIOUS" ISSUES WITH THE SEIZURES OF MY CHURCH PUBLICATIONS: THE CHURCH NEWS, ENSIGN, & THE NEW ERA; MY PENTECOSTAL & EVANGELICAL MAGAZINES.

—Michael D. Collins

"MEDICAL" GRIEVANCE (STEP 2, D-CT 08/09-551; 03/30/09): DOC MEDICAL'S RESPONSE TO MY STEP I IS ONLY MUCH "VERBAL OBFUSCATION". THE ESSENTIAL FACTS ARE: I AM DISABLED. DOC MEDICAL HAS REFUSED TO "RECOGNIZE THE OBVIOUS" & PROPERLY CLASSIFY ME AS "MOBILITY IMPAIRED", BY THE MAIN COLORADO DOC "HEADQUARTERS" IN COLORADO SPRINGS. YET, "MANY!" DOC "MEDICAL PROVIDERS" AT "ALL!" OF THE ABOUT "9!" FACILITIES THAT I HAVE BEEN INCARCERATED WITHIN HAVE "RECOGNIZED THE OBVIOUS", THAT I AM "MOBILITY IMPAIRED". FOR VIRTUALLY THE ENTIRE ABOUT "9!" YEARS THAT I HAVE BEEN INCARCERATED, BOTH WITHIN MY MEDICAL FILES, & "IN" DOC'S COMPUTER, I HAVE BEEN "BOTTOM TIER/BOTTOM BUNK, WEIGHT LIFTING, & STAIR CLIMBING" RESTRICTED; CLASSIFIED AS "M-4" (IMPAIRED).

ZESTRIL IS A CHEAP SUBSTITUTE, FAR INFERIOR IN ITS' EFFECTIVENESS TO CAPTOPRIL, FOR THE ENTIRE "9!" YEARS THAT I HAVE BEEN "DOWN"; PRIOUSLY WITHIN THE DOUGLAS COUNTY JAIL; PRIVOUSLY WHEN I WORKED FOR THE "DENVER POST," & I HAD BLUE CROSS/BLUE SHIELD MEDICAL INSURANCE; OVER

THESE "MANY" "YEARS, IN DIFFERENT SITUATIONS, I "ALWAYS" "HAD CAPTOPRIL PRESCRIBED. IT IS OBVIOUS THAT I HAVE BEEN "TARGETED" FOR "RETALIATIONS." I NEED TO HAVE MY "MEDICAL RESTRICTIONS" RESTORED; MY CAPTOPRIL REPRESCRIBED - ASAP!!! —Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 2, D-CT 08/09-552; 03/30/09): DOC MEDICAL'S RESPONSE TO MY STEP I IS ONLY MUCH "VERBAL OBFUSCATION". THE ESSENTIAL FACTS ARE: DOC MEDICAL "DENIES THE OBVIOUS," I AM DISABLED. I AM MOBILITY IMPAIRED. I AM "CHRONIC CARE". THROUGH DOC "MEDICAL PROVIDERS," I NOW HAVE PRESCRIBED "12" "STRONG MEDICATIONS, HEAVY DOSEAGES OF: ACTOS, ASA ENTERIC, ATENOLOL, DOCUSATE, DOXAZOSIN, HCTZ, LISINOPRIL (ZESTRIL), METFORMIN, RANITIDE (ZANTAC), SIMVASTATIN (ZOCOR), VITAMIN B-6, & NITROSTAT (NITROGLYCERIN).

I HAVE A "HEART CONDITION" (ANGINA PECTORALIS), WHICH DOC MEDICAL HAS OCCASIONALLY ATTEMPTED TO DENY. I AM A DIABETIC. MY BLOOD PRESSURE REMAINS "INORDINATELY HIGH." MY CHOLESTEROL LEVEL IS HIGH. MY PROSTATE, KIDNEYS, LIVER, & BLADDER ARE ALL AT LEAST "PARTIALLY IMPAIRED". I HAVE "GROWTHS & FUNGUS" OVER PARTS OF MY BODY. I AM "FEELING IMPAIRED" IN MY EXTREMITIES. I HAVE MUSCLE, TENDON, & NERVE DAMAGE. I HAVE "OLD AGE" INFIRMITIES.

I HAVE NEVER MET "ON-GOING" WITH A P.A. OR N.P. "MEDICAL PROVIDER" ONCE EVERY MONTH; WITH A MEDICAL DOCTOR ONCE EVERY 3 MONTHS AS "CHRONIC CARE" PATIENTS ARE SUPPOSE TO BE TREATED. IN RETALIATION, I HAVE BEEN "TARGETED" FOR "DO NOT SEE", FOR "NO MEDICAL APPTS." —Michael N. Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-649; 03/31/09): CASE MANAGER TRUJILLO'S RESPONSE TO MY STEP 1 IS DISINGENUOUS. THE "FONT" SIZE THAT SHE SELECTED TO "PRINT OUT" A RESPONSE FROM HER COMPUTER IS "MICROSCOPIC". NO INMATE GRIEVANCE WOULD BE ACCEPTED, IF WRITTEN ANYWHERE NEAR THAT SMALL. I AM AN "OLD MAN" WITH POOR EYE SIGHT. PRINTING A RESPONSE THAT SMALL IS DIFFICULT FOR ME TO READ; IS INTENTIONALLY DISRESPECTFUL.

C.M. TRUJILLO ADMITS TO TAKING "NEWSPAPER CLIPPINGS" FROM MY CELL, NONE OF WHICH WERE ON MY "SHAKE DOWN LIST" OF SEIZED ITEMS. HER "CREDIBILITY" ENDS HERE. I KNOW WHAT I HAD IN MY LEGAL BOX, BEFORE C.M. TRU-

JILLO'S SHAKE DOWN, & AFTER HER SHAKE DOWN OF MY PROPERTY ON 03/10. AGAINST COLORADO DOC "AR'S" (ADMINISTRATIVE REGULATIONS); AGAINST COLORADO STATE & U.S. FEDERAL LAWS, SEVERAL OF MY CLEARLY MARKED LEGAL FILES, PROPERLY FILED AMONGST OTHER LEGAL FILES WHOSE CONTENTS ALL CONTAINED CLEARLY DISCERNABLE LEGALLY RELATED MATERIALS WITHIN MY LEGAL FILE BOX, WERE THERE "BEFORE" BUT NOT "AFTER" C.M. TRUJILLO'S "SHAKE DOWN," WHICH WAS PART OF MY HAVING BEEN "TARGETED" FOR "RETALIATIONS" BY THE COLORADO DOC. — Michael N. Collins

---

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-647; 03/31/09): LT. REPAR'S RESPONSE TO MY STEP I IS BEYOND DISINGENUOUS. HE IS OBVIOUSLY & BLATANTLY LYING. EVERYBODY IN THIS FACILITY KNOWS THAT I HAVE BEEN "TARGETED" BY DOC FOR "RETALIATIONS." LT. REPAR WANTS TO "MAKE" CAPTAIN. A GOOD WAY TO DO THIS, AT LEAST IN PART, IS TO DEMONTRABLY "COME DOWN" ON ME, ANY WAY THAT HE CAN.

IN THE MESS HALL THAT I EAT IN NO INMATES IN WHEEL CHAIRS EAT AT THE DISABLED TABLES, THERE ARE NONE. (LT. REPAR IS LYING.) I HAVE ATTEMPTED SEVERAL TIMES TO DESCRIBE MY DISABILITIES; MY INJURIES TO LT. REPAR. (LT. REPAR IS LYING.) LT. REPAR HAS TOLD ME THAT HE "WAS NOT INTERESTED"; THAT HE "DIDN'T CARE." DURING BREAKFAST, LUNCH, & DINNER MEALS, WHEN NEITHER CAPT. BASTIDOS, NOR LT. REPAR ARE NOT ON DUTY, BOTH I & OTHER DISABLED INMATES ARE ALLOWED TO SIT AT THE DISABLED TABLES. I HAVE THANKED "MANY!" C.O.'S, SGTS, & LTS. FOR BEING ALLOWED TO DO SO. OFTEN WHEN CAPT. BASTIDOS AND/OR LT. REPAR ARE ON DUTY, NOBODY IS ALLOWED TO SIT AT THE DISABLED TABLES. THIS IS "PETTY STUPID" WRONG!

LT. REPAR HAS INTENTIONALLY, WITH MALICE AFORETHOUGHT, SEATED ME WITH ARYAN BROS' "HATE THUGS"; WITH BLACK "BLOODS & CRIPS" (AGAIN & AGAIN, LT. REPAR IS LYING), FOR ME TO BE VIOLENTLY ATTACKED, IF NOT IN THE MESS HALL THEN LATER ON THE OUTSIDE." LT. REPAR "RETALIATES" FOR DOC!!! Michael N. Collins

---

LT. REPAR'S RESPONSE TO MY STEP I IS BEYOND DISINGENUOUS. HE IS OBVIOUSLY & BLATANTLY LYING. EVERYBODY IN THIS FACILITY KNOWS THAT I HAVE BEEN "TARGETED" BY DOC FOR "RETALIATIONS"; A GOOD WAY FOR LT. REPAR TO "MAKE" CAPTAIN. LT. REPAR IS OVER "REC" (A MISTAKE); OVER OUR CULINARY ART CLASS

FACILITY "FOOD ORDERS" (ANOTHER MISTAKE). WHAT SHOULD BE A "GOOD THING", LT. REPAR HAS TURNED INTO A "BAD THING". EVERYBODY IN THIS FACILITY KNOWS THAT LT. REPAR'S "REC" & SECURITY C.O.'S; THAT CULINARY ART CLASS "STUDENTS" & "REC" WORKERS FREELY "THIEVE" BOTH FOOD & ICE CREAM ORDERS. ANY INMATE THAT HAS ANY KIND OF C.O.P.D. SANCTIONS, NO MATTER HOW "CONTRIVED" & "FABRICATED", LOSES THEIR FOOD AND/OR ICE CREAM ORDER(S). LT. REPAR & HIS "GANG OF THIEVES" "GET THEM" THEY HAVE EATEN MY "HOAGIES" (BEEF THAT I PAID FOR) MY "DRAYERS" & HÄAGEN-DAZ" ICE CREAM (THAT I PAID FOR - AGAIN & AGAIN). BOTH I & "MANY" OTHER INMATES WAIT, UNTIL "THE LAST FEW DAYS" TO GET OUR ORDERS "IN," ATTEMPTING TO "WORK AROUND" LT. REPAR'S GAUNTLET OF "ABUSES & CORRUPTIONS."

LT. REPAR "REMEMBERS" 09/17/07, WHEN HE FOLLOWED ME (AGAIN & AGAIN) "ACROSS OUR MESS HALL" TO DIRECT A "RUTHLESS" & "SADISTIC" "ATTACK UPON ME, BY HIS OVER "88" C.O.'S!

—— Michael Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-648; 04/01/09): CAPT. WILSON'S RESPONSE TO MY STEP 1 IS DISINGENUOUS. IT WAS OBVIOUS BOTH TO MYSELF & OTHER INMATES THAT CAPT. WILSON & LT. REPAR HAD "TARGETED" ME FOR "RETALIATIONS"; THAT THEY WERE ORDERING ME TO TAKE A SMALLER DUFFEL BAG, SO THAT I WOULD HAVE TO "GIVE UP" MUCH OF MY PROPERTY. NEITHER CAPT. CORDOVA, NOR MY CASE MANAGER, MR. EVANS, COULD INTERVENE IN MY BEHALF. HOWEVER, LT. HOLLOWAY DID DISREGARD HIS ORDERS TO INTERVENE IN MY BEHALF; TO ALLOW ME A LARGER DUFFEL BAG. THAT DAY LT. HOLLOWAY WAS "HEROIC", BY HELPING ME TO SAVE MUCH OF MY PROPERTY.

CAPT. WILSON IGNORES THE "LARGER & MORE IMPORTANT" ISSUE. THIS IS SUPPOSEDLY A "MEDICAL FACILITY." THERE ARE "MANY" "MEN HERE WITH "MANY" MEDICAL ISSUES. I HAVE "MANY" MEDICAL ISSUES, A NUMBER OF WHICH HAVE BEEN, & VERY EASILY AGAIN COULD BE "LIFE THREATENING" TO ME. "MANY" OF US SHOULD NOT HAVE BEEN FORCED FORCED TO SQUAT ON THE GYM FLOOR FOR AN "EXTENDED" PERIOD OF TIME, SURROUNDED BY BLACK BOOTED "SORT" THUGS" (IN VIOLATION OF DOC "AR'S", "MANY" OF WHICH DID NOT WEAR NAMETAGS) THAT WERE CONTINUALLY "MENACING & THREATENING" US.

I HAVE "HEART PROBLEMS" (ANGINA PECTORIS). I HAD TO TAKE 2 EA NITRO-GLYCERIN PILLS. LT. REPAR NEITHER ALLOWED ME TO SIT IN A CHAIR, NOR TO BE TAKEN TO "MEDICAL". LT. REPAR'S "RETALIATIONS" CAN BE "LIFE THREATENING" TO ME. STOP HIM FROM "RETALIATING" AGAINST ME!!! Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1; 04/03/09): ON 04/03/09, C.O. GARCIA "ILLEGALLY!" "SEIZED (AGAIN) MY "NEWSWEEK" MAGAZINE, WHICH IS A "CURRENT EVENTS" MAGAZINE READ BY MANY MILLIONS OF "THE INFORMED". IN NO WAY CAN EITHER "NEWSWEEK", "TV GUIDE", "THE SMITHSONIAN" (OUR U.S. NATIONAL MUSEUM IN WASHINGTON D.C.), OR "THE CHURCH NEWS" BE CONSIDERED A "DANGER" TO ME, OR TO ANYBODY ELSE. I HAVE NOW HAD WELL OVER "500!" (SO MANY THAT I NO LONGER KEEP A "RUNNING TALLY") PIECES OF MAIL "ILLEGALLY!" SEIZED & THIEVED!, LOST & MISPLACED!, WHILE IMPRISONED HERE AT CTCF.

I HAVE MET WITH U.S. POSTAL INSPECTORS, KORSICK & SANZ. I AM IN THE PROCESS OF DOCUMENTING A "CRIMINAL COMPLAINT" AGAINST THE COLORADO DOC, C.T.C.F, & OUR MAILROOM C.O.'S. THERE CAN BE NO OTHER REASON FOR THESE "ILLEGALITIES!" THAN FURTHER "RETALIATIONS" AGAINST ME BY THE COLORADO DOC. I HAVE BEEN BLATANTLY & OBVIOUSLY "TARGETED"!!!

FOR OVER 1½ MONTHS, I DID NOT GET MY "NEWSWEEK" MAGAZINE AT ALL, BECAUSE OF AN "ADDRESSING ISSUE" (MY DOC #, LAST NAME, & FIRST INITIAL WERE "ALL!" CORRECT.) THAT I WAS NOT INFORMED ABOUT. ON 04/02/09, DURING A "CONFRONTATION" IN "PROPERTY", REGARDING MY "ILLEGALLY SEIZED!" "TV GUIDE" (SEIZED BY C.O. COMBS, JUST A FEW DAYS PREVIOUSLY ON 03/27/09.) I TOLD C.O. COMBS THAT HE "THIEVES" FROM ME, BECAUSE HE CAN, WITH "SMUG IMPUNITY!", AMONG OTHER THINGS. HE ONLY LAUGHED AT ME, & MOCKED ME. Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 2; C-CT08/09-356, 04/09/09): MIKE WALSH P.A. IS BEING DISINGENUOUS. IT IS THE FIRST RULE OF MEDICINE THAT A "HEALER MUST DO THEIR PATIENT NO HARM." WHEN IT HAS BEEN BLATANTLY OBVIOUS TO ME THAT A DOC "MEDICAL PROVIDER" WAS WRONG; WOULD NOT BE HELPING ME, BUT ACTUALLY HARMING ME, ACTUALLY PUTTING MY LIFE IN DANGER, I HAVE REFUSED THE "MINISTRATIONS" OF (COLORADO) DOC MEDICAL'S USUAL ASSORTMENT OF "HACKS & QUACKS" (AGAIN & AGAIN).

THE RIGHT TO REFUSE MEDICAL TREATMENT IS BASIC; THE RIGHT FOR A PATIENT TO "WRITE IN" THEIR OWN REASONS FOR REFUSAL, ABOVE THEIR OWN SIGNATURE IS BASIC. OVER MY "9½" YEARS OF IMPRISONMENT WITHIN COLORADO DOC, I HAVE EXERCISED THIS RIGHT (AGAIN & AGAIN). "MANY" TIMES FOR DOING SO, I HAVE BEEN ARRESTED AND/OR THROWN IN "THE HOLE."

IT IS COLORADO DOC "AR" (ADMINISTRATIVE REGULATION) THAT A PATIENT BE PROVIDED A "BLANK" REFUSAL FORM, ALLOWED TO WRITE THEIR OWN REASONS IN, & SIGN IT. MIKE WALSH P.A. HAD "BLANK" REFUSAL FORMS AVAILABLE TO HIM AT CTCF'S MEDICAL CLINIC. HOWEVER, HE HAD "TAKEN OVER" A REFUSAL FORM THAT BOTH DR. CREANY (A "HOSTILE" DOC WITNESS), & HE HAD "COME UP WITH" "THEIR" REASONS FOR MY REFUSAL HAD BEEN ALREADY "TYPED IN." MIKE WALSH P.A. HAD HIS HAND OVER "THE CONTENT", SO THAT I COULD NOT READ IT, AS HE POINTED TO WHERE I WAS TO SIGN, AS HE DEMANDED THAT I SIGN "HIS" REFUSAL, WITH "HIS" REASONS, & NOT MY OWN. Michael N. Collins

"GENERAL" GRIEVANCE (STEP 2; C-CT08/09-367, 04/09/09): THE MEDICAL "RESPONDER" TO MY STEP I, ANN NELSON R.N., MISSES ENTIRELY THE WHOLE POINT OF MY GRIEVANCE. COLORADO DOC'S TOTALLY & COMPLETELY INEFFECTUAL ATTEMPT TO CONTAIN OUR EPIDEMIC OF "MRSA" IS THE SUBJECT OF ANOTHER GRIEVANCE. THE SUBJECT OF THIS GRIEVANCE: BOTH I & THE ABOUT "400" OTHER MEN IN UNIT I WERE ORDERED TO STRIP NAKED; WERE ORDERED TO LIFT OUR PENISES & SCROTUMS, WERE ORDERED TO BEND OVER & SPREAD OUR BUTT CHEEKS IN FULL VIEW OF WELL OVER "50" MEN & WOMEN C.O.'S & MEDICAL "GAWKERS" (AGAIN & AGAIN). THIS WAS GREATLY DEMEANING, BOTH TO MYSELF & MANY OTHER MEN. I AM A MAN, & NOT A "LESSER ANIMAL."

THESE ORDERS WERE "UNLAWFUL & UNGODLY & IMMORAL." MANY MEN REFUSED TO FULLY COMPLY, OR EVEN PARTIALLY COMPLY, FULLY EXPECTING TO BE ARRESTED & THROWN IN "THE HOLE." I COMPLIED, HOWEVER BEGRUDGINGLY. I DID NOT WANT TO BE "LEGALLY BEATEN" AGAIN BY C.O.'S, & THROWN IN "THE HOLE." SOME PRIVACY COULD HAVE BEEN AFFORDED TO US. I WAS LAUGHED AT, MOCKED, & RIDICULED. I WAS TOLD TO "WRITE THE GRIEVANCE"; TO "GRIEVE IT" (THIS ISSUE), WHICH I AM NOW DOING. TO ME, THIS IS NOT A FRIVOLOUS, BUT A "CORE ISSUE"; AT LEAST IN PART, WHAT

MAKES ME A MIND. I AM A "1" JESUS CHRIST WITNESSING (PAGE 19 OF 36) DISCIPLE. MY BODY IS SACRED, & NOT TO BE DEFILED. Michael N. Cellers

"GENERAL" GRIEVANCE (STEP 1, 04/11/09): SAT. MORNING, 04/11/09, I WAS HAVING "HEART PROBLEMS." I BARELY MADE IT TO LUNCH; HOWEVER OUR "SERVING WINDOW" WAS CLOSED. MESS SGT. HAND ANGRILY TOLD ME THAT THE "SERVING WINDOW" WAS CLOSED, & THAT I COULDN'T GET A MEAL TRAY. I SAID THAT I WAS DIABETIC, & THAT I NEEDED TO EAT. NOBODY WANTED TO HEAR ABOUT MY "HEART PROBLEMS." I THEN ATTEMPTED TO EAT IN THE OTHER MESS HALL; HOWEVER, C.O. MARTINEZ WOULD NOT LET ME TAKE A MEAL TRAY FROM THEIR SERVING WINDOW. I THEN WENT TO "MOVEMENT CONTROL", & EXPLAINED MY NEED TO EAT, BECAUSE OF DIABETES & MY "HEART PROBLEMS."

C.O. MILLS IN "MOVEMENT CONTROL", RELAYED TO SHIFT COMMANDER, LT. CRAIG, MY "BRIEF SUMMARY" OF WHAT WAS TAKING PLACE. LT. CRAIG AUTHORIZED ME TO EAT IN THE MESS HALL THAT WAS STILL OPEN. I HAD TO GO THROUGH A "GAUNTLET" OF 3 HOSTILE C.O.'S, & THEN 2 MORE HOSTILE C.O.'S. MESS SGT. HAND AGAIN REFUSED TO SERVE ME THROUGH A DIFFERENT MESS HALL "SERVING WINDOW." C.O. MARTINEZ ANGRILY BLOCKED MY WAY TO BE SERVED TWICE, C.O. FISHER WAS "IN MY FACE" TWICE, & TOLD ME: "IF YOU PULL THIS CRAP AGAIN, I AM GOING TO WRITE YOU UP."

I WAS TREATED WITH THE "CONTEMPT OF A LESSER ANIMAL." I AM OBVIOUSLY BEING "TARGETED" FOR RETALIATIONS BY THE COLORADO DOC; YET, MY UNIT C.O. PLOUGHMAN, "MOVEMENT CONTROL" C.O. MILLS, MESS SGT. BUTTONS, & SHIFT COMMANDER LT. CRAIG ALL WENT THE "EXTRA MILE" TO HELP ME. Michael N. Cellers

"MEDICAL" GRIEVANCE (STEP 2, C-CTO 8/09-371; 04/09/09): YES, I HAVE PUT IN "MEDICAL KITES" "MANY" "ISSUES TO BE HANDLED BY A "MEDICAL PROVIDER." I WILL PUT AT THE TOP OF A "MEDICAL KITE" "FIRST REQUEST," FOLLOWED IN 3-4 DAYS "SECOND REQUEST," FOLLOWED IN 3-4 DAYS "THIRD REQUEST," & SO ON. I HAVE BEEN "TARGETED" BY THE COLORADO DOC & "MEDICAL" "MEDICAL PROVIDERS." FOR RETALIATIONS. ONE OF THESE RETALIATIONS IS THAT I AM NOT SEEN BY A

"MANY" "MEN, IN "NORMAL COURSE", ARE NOT SEEN AS THEY SHOULD BE BY "MEDICAL PROVIDERS." A COUPLE OF MONTHS AGO, OUR "MEDICAL CLINIC" WAS WELL OVER "250" "MEDICAL KITES "BEHIND." THE MASS "THROWING OUT" OF

MEDICAL RITES, WITHOUT [illegible] HAS BEEN [illegible] OF 36. BOTH AT CTCF & THROUGHOUT THE COLORADO DOC HAS BECOME "COMMON."

FOR WELL OVER THE LAST "68" MONTHS, I HAVE BEEN ABLE TO MEET ONLY ONCE WITH KAREN MITCHELL N.P., WHO TOLD ME THAT "SHE DIDN'T KNOW WHAT SHE WAS DOING" (INCOMPETENT & SHE IS A MEDICAL SCHOOL "DROPOUT"), & ONLY ONCE WITH MIKE WALSH P.A., WHO HAD ME ARRESTED, & WANTED ME THROWN IN "THE HOLE" ("VIOLENTLY HOSTILE").

THE COLORADO DOC'S MEDICAL "HACK QUACKS" HELP NO ONE. THEY MAKE "MEDICAL ISSUES" WORSE. I NEED TO MEET WITH A "REAL" MEDICAL DOCTOR AT LEAST ONCE EVERY 3 MONTHS; WITH "REAL" "MEDICAL PROVIDERS" AT LEAST ONCE EVERY MONTH. I'M "CHRONIC CARE"; I HAVE BEEN "TARGETED," & I AM BEING RETALIATED AGAINST BY THE COLORADO DOC, & BY THE CTCF "MEDICAL" IN EVERY CONCEIVABLE WAY. Michael N Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-646; 04/09/09): YES, ON 02/26/09, I DID RECEIVE MY ENCHILADA DINNER "FOOD ORDER". HOWEVER, "THE ISSUE" IS THE GAUNTLET OF HOSTILE C.O.'S THAT I HAD TO GO THROUGH TO GET MY "FOOD ORDER", AT THE INSTIGATION OF LT. REPAR.

"THE ISSUE" IS THE "MANY" "OTHER, BOTH FOOD ORDERS", & "ICE CREAM ORDERS" THAT I HAVE NOT BEEN ABLE TO RECEIVE, (AGAIN), AT THE INSTIGATION OF LT. REPAR. I HAVE BEEN "TARGETED" TO BE RETALIATED AGAINST BY CAPT. BASTOUS & LT. REPAR, BY CTCF & THE COLORADO DOC IN EVERY CONCEIVABLE MANNER. "FOOD ORDERS", & "ICE CREAM ORDERS" BEING ANOTHER WAY TO RETALIATE AGAINST ME.

EVERYBODY IN CTCF KNOWS THAT CULINARY ART CLASS COOKS & "REC" WORKERS; THAT "REC" & SECURITY C.O.'S "FREELY BELIEVE" WHAT INMATES HAVE PAID FOR, BUT ARE UNABLE TO RECEIVE, BECAUSE OF THE "MANY" OBSTACLES PUT IN THEIR WAY BY; IN PARTICULAR, LT. REPAR. THESE ARE LT. REPAR'S "GANG OF THIEVES". AGAINST COLORADO DOC "ARE'S", NO YELLOW COPIES OF "MISC. WITHDRAWAL" FORMS ARE PROVIDED TO INMATES AS A RECEIPT. CLAIMED $37.00 IN FOOD & ICE CREAM ORDER THEFTS. Michael N Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-716; 04/09/09): "THEFT" IS THE ISSUE. OVER THE ABOUT "9" YEARS OF MY IMPRISONMENT, AT ABOUT "96" OTHER,

TO COLORADO ...

I NEVER HAD EVEN JUST "1" PIECE OF MAIL SIEZED FOR ANY REASON; WHILE HERE AT CTCF, I HAVE HAD WELL OVER "500" PIECES OF MAIL "ILLEGALLY" SIEZED & THIEVED & LOST & MISPLACED IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER, MY FAMILY MAIL IS SIEZED, BECAUSE IT IS MY FAMILY MAIL, MAJOR BROADDITCH TOLD ME "FAMILY MAIL IS SACROSANCT, & IS TO BE LEFT ALONE," HOWEVER, MY SIEZED FAMILY MAIL WAS NEVER RETURNED TO ME. WITH THE APPROVAL OF CAPT. WILSON, THE CTCF MAILROOM (ESPECIALLY C.O. COMBS) ESPECIALLY SIEZES MY FAMILY MAIL.

ON THE WEEKENDS "VISITING" DISTRIBUTES OUR NEWSPAPERS AROUND 8 AM. DURING THE WEEK (MON-FRI) OUR CTCF "MAILROOM" CAN NOT DISTRIBUTE OUR NEWSPAPERS UNTIL NOON, SO AS TO ALLOW THEMSELVES TIME; ENOUGH OPPORTUNITY TO BOTH "READ" THEM, & TO "THIEVE" FROM THEM. "LEGAL COPIES" SENT "EXPRESS MAIL" GET TO CTCF THE NEXT DAY, BUT IT TAKES THEM A COUPLE OF WEEKS TO GET FROM OUR "MAIL ROOM" TO ME. THE PURPOSE OF A "MAILROOM" IS TO DISTRIBUTE MAIL, NOT TO "READ" & "THIEVE" WHATEVER THAT THEY WANT, ESPECIALLY MY "TARGETED" MAIL. Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-589; 04/09/09): WHAT I AM "GRIEVING" IS NOT JUST ONE HEARING AT CTCF, BUT ALL C.O.P.D. DISCIPLINARY HEARINGS AT CTCF; ALL C.O.P.D. DISCIPLINARY HEARINGS THROUGHOUT THE ENTIRE COLORADO DOC SYSTEM. I DO NOT EXPECT TO FIND ANY REMEDY THROUGH DOC. THIS IS TO EXHAUST ALL REMEDIES OPEN TO ME THROUGH THE COLORADO DOC, IN PREPARATION FOR A LAWSUIT IN U.S. FEDERAL COURT.

PERSISTENT & CONSISTENT COLORADO DOC C.O.P.D. DISCIPLINARY HEARING CONVICTION RATES OF WELL OVER "90%" IS PRIMA FACIE EVIDENCE THAT VIRTUALLY "ALL" INMATES ARE "RAIL ROADED" DURING THEIR HEARINGS, PARTICULARLY AT CTCF, PARTICULARLY MYSELF. IT IS WELL KNOWN THROUGHOUT CTCF, BY BOTH INMATES & THE CORRECTIONAL STAFF ALIKE, THAT I HAVE BEEN "TARGETED" BY THE COLORADO FOR RETALIATION IN EVERY CONCIEVABLE MANNER. WHOLLY "CONTRIVED & FABRICATED" CHARGES; BEING SUBJECTED TO HEARINGS WITH "PREDETERMINED

CONVICTION" OUTCOMES ARE ALL SOME OF THE RETALIATIONS OF SO, THAT I AM SUBJECTED TO &&&

IT IS BLATANTLY OBVIOUS THAT ALL INMATES ARE NOT LYING ALL OF THE TIME; ALL C.O.'S ARE NOT TELLING THE TRUTH ALL OF THE TIME. MANY C.O.'S ARE ALLOWED "INPUT," ABOUT HOW THEY WANT HEARINGS TO "COME OUT" FOR PARTICULAR INMATES; IN PARTICULAR, MY OWN &&& —Michael N. Allen

"MEDICAL" GRIEVANCE (STEP 3, D-CT 08/09-552; 04/10/09): IT IS BLATANTLY OBVIOUS TO MANY INMATES & CORRECTIONAL STAFF; TO MANY OF THE MEDICAL STAFF AT CTCF THAT I HAVE BEEN "TARGETED" FOR RETALIATION IN EVERY CONCEIVABLE MANNER. THEY HAVE TOLD ME SO (AGAIN & AGAIN). FOR VIRITUALLY THE ENTIRE "9&" YEARS, AT ABOUT "9&" OTHER DOC FACILITIES, I HAVE BEEN CLASSIFIED AS "MOBILITY IMPAIRED" WITH "BOTTOM TIER/BOTTOM BUNK, WIEGHT LIFTING, & STAIR CLIMBING" RESTRICTIONS. THE COLORADO DOC MEDICAL'S ASSERTION THAT THE "CRITERIA FOR RESTRICTIONS HAS BEEN CHANGED" IS NOT CREDIBLE. MY RESTRICTIONS THAT I HAVE HAD FOR VIRITUALLY "9&" YEARS WERE "LIFTED," AS A FURTHER RETALIATION AGAINST ME BY THE COLORADO DOC.

I AM "CHRONIC CARE" NOT JUST FOR DIABETES, BUT FOR A NUMBER OF OTHER MEDICAL ISSUES ("HEART CONDITION," ANGINA PECTORIS; "INORDINATELY HIGH" BLOOD PRESSURE ETC.). IT IS MY "RIGHT&" TO MEET WITH A "REAL" MEDICAL DOCTOR AT LEAST ONCE EVERY 3 MONTHS; A "REAL" MEDICAL PROVIDER ONCE EVERY MONTH. THIS HAS NEVER HAPPENED & AT LEAST IN PART, THIS GRIEVANCE IS TO EXHAUST ALL COLORADO DOC ADMINISTRATIVE REMEDIES IN PREPARATION FOR A CIVIL LAWSUIT IN U.S. FEDERAL COURT. —Michael N. Allen

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-649; 04/10/09): IN VIOLATION OF COLORADO DOC "AR'S" (ADMINISTRATIVE REGULATIONS) CASE MANAGER TRUJILLO TOOK SEVERAL FILES FROM MY LEGAL BOX, WITHOUT WRITING THEM IN ON MY "SHAKE DOWN LIST". THIS IN & OF ITSELF WAS WRONG. SHE ADMITS TO DOING THIS, HERE SHE LOSES HER CREDIBILITY. SHE WAS WRONG & THERE WAS MUCH MORE THAN JUST MAGAZINE & NEWSPAPER CLIPPINGS

THAT WERE TAKEN; HOWEVER, MY [illegible] MAGAZINE/NEWSPAPER [illegible] ABOUT 30 CLIPPINGS THAT WERE TAKEN WENT BACK MANY YEARS, ALL WERE LEGALLY RELATED, ALL HAD SURVIVED MANY OTHER "SHAKE DOWNS" (MANY OF WHICH WERE PERFORMED BY "AGGRESSIVELY HOSTILE" C.O.'S), ALL WERE "IRREPLACE-ABLE" & THESE WERE SEVERAL CLEARLY MARKED LEGAL FILES, PROPERLY FILED AMONGST OTHER LEGAL FILES, WHOSE CONTENTS ALL CONTAINED CLEARLY DISCERNABLE LEGALLY RELATED MATERIALS. ALL WERE TOGETHER WITHIN MY LEGAL FILE BOX, (WITH OTHER LEGAL FILES), IN ADDITION TO LEGALLY RELATED MAGAZINE & NEWSPAPER CLIPPINGS, THERE WERE BOTH MASTERS & COPIES OF LEGAL ARGUMENTS & PLEADINGS, ANALYSES & SUMMARIES THAT WERE TAKEN.

THIS GRIEVANCE IS TO EXHAUST ALL COLORADO DOC ADMINISTRATIVE REMEDIES, BEFORE FILING A CIVIL LAWSUIT IN U.S. FEDERAL COURT SEEKING JUDICIAL RELIEF. THE "ILLEGAL" & "SEIZURE OF MY LEGAL FILES IS ANOTHER COLORADO DOC RETALIATION AGAINST ME. — Michael N Collins

"MEDICAL" GRIEVANCE (STEP 3, D-CT 08/09-551; 04/13/09): IT IS BLATANTLY OBVIOUS THAT BOTH DOC & CTCF MEDICAL HAVE "TARGETED" ME FOR "RETALIATION & RETRIBUTION" IN EVERY POSSIBLE WAY. "LIFTING" MY MEDICAL RESTRICTIONS IS ONLY ANOTHER WAY OF RETALIATING AGAINST ME. FOR VIRTUALLY THE ENTIRE "9 8" YEARS THAT I HAVE BEEN IMPRISONED, WITHIN "9 8" COLORADO DOC, BOTH PUBLIC & PRIVATE FACILITIES, I HAVE ALWAYS BEEN CLASSIFIED AS DISABLED; AS MOBILITY IMPAIRED. I HAVE VIRTUALLY ALWAYS HAD "BOTTOM TIER/BOTTOM BUNK, WEIGHT LIFTING, & STAIR CLIMBING" RESTRICTIONS ENTERED INTO BOTH THE COMPUTER" & MY "MEDICAL FILES", PRESCRIBED BY MANY & "MEDICAL DOCTORS, PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS.

IN MY STEP I & STEP II GRIEVANCES, I HAVE BEEN VERY SPECIFIC ABOUT MY EXTENSIVE ORTHOPEDIC INJURIES (VIRTUALLY THE ENTIRE LEFT SIDE OF MY BODY); MUSCLE, TENDON, & NERVE DAMAGE. MY "BOTTOM TIER/BOTTOM BUNK, WEIGHT LIFTING, & STAIR CLIMBING" RESTRICTIONS "ALL" & "NEED TO BE IMMEDIATELY RESTORED TO ME, & RE-ENTERED INTO DOC'S "COMPUTER".

ALSO, AS RETALIATION MY CAPTOPRIL HAS BEEN TAKEN AWAY FROM ME, & A FAR INFERIOR ZESTRIL HAS BEEN SUBSTITUTED. THIS IS REALLY "FIGHTING DIRTY." CAPTOPRIL HAS BEEN PRESCRIBED FOR ME THE WHOLE "9 8" YEARS