THAT I HAVE BEEN IMPRISONED WITHIN DOC, & WHEN I WAS ON THE STREETS". MY FAR MORE EFFECTIVE CAPTOPRIL NEEDS TO BE RE-PRESCRIBED — AS SOON AS POSSIBLE !!! ———— Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 3, OCT 08/09 - 533; 04/14/09): IT IS BLATANTLY OBVIOUS, BOTH TO MYSELF & OTHER INMATES, BOTH TO MEDICAL STAFF & C.O.'S THRU ROUGHOUT CTCF THAT I HAVE BEEN "TARGETED" FOR RETALIATION IN EVERY CONCEIVABLE MANNER. I AM MOBILITY IMPAIRED. I AM DISABLED. OVER THE "9⅛" YEARS THAT I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC, IN ABOUT "9⅛" COLORADO DOC, BOTH PUBLIC & PRIVATE DOC FACILITIES, BY "MANY⁸" MEDICAL DOCTORS, BY "MANY⁸" PHYSICIAN'S ASSISTANTS & NURSE PRACTITIONERS, I HAVE VIRTUALLY ALWAYS BEEN CLASSIFIED AS MOBILITY IMPAIRED; I HAVE VIRTUALLY ALWAYS BEEN ASSIGNED, BOTH IN MY MEDICAL FILES & IN DOC'S OWN "COMPUTER"; BOTTOM TIER / BOTTOM BUNK, WEIGHT LIFTING, & STAIR CLIMBING" RESTRICTIONS, WITH AN "M-4" MEDICAL CLASSIFICATION. THESE ALL NEED NOW TO BE IMMEDIATELY RE-INSTATED.

IN MY STEP I & STEP II GRIEVANCES, I WAS VERY SPECIFIC ABOUT MY EXTENSIVE ORTHOPEDIC, MUSCLE & TENDON, NERVE DAMAGE; ABOUT MY INJURIES & DISABILITIES. TO DENY THEM IS TO "DENY THE OBVIOUS" THAT THE COLORADO DOC'S OWN MEDICAL DOCTORS, OWN MEDICAL PROVIDERS HAVE RECOGNIZED. ALL OF MY "MEDICAL RESTRICTIONS" & MY "M-4" MEDICAL CLASSIFICATION ALL NEED TO BE IMMEDIATELY RE-INSTATED. THIS GRIEVANCE IS TO, AT LEAST IN PART, EXHAUST ALL COLORADO DOC ADMINISTRATIVE REMEDIES, IN PREPARATION FOR A CIVIL LAWSUIT IN U.S. FEDERAL COURT. THANK YOU. ———— Michael N. Collins

" GENERAL" GRIEVANCE (STEP 1, 04/14/09): MY BOOTS ARE FAR BEYOND DISINTEGRATING"; DISINTEGRATING, THE BOOT HEELS HAVE ENTIRELY "WORN DOWN" & THROUGH THE SOLES, BOTH ABOVE & BELOW THE SOLES, THERE ARE 4" GAPS ON BOTH SIDES OF EACH BOOT RUNNING FROM THEIR TONGUES TO THE (SOLES) LEATHER THE SEAMS HAVE SEPARATED.

"MANY⁸" MEDICAL PROVIDERS HAVE PRESCRIBED ME DIABETIC / ORTHOPEDIC SHOES; HOWEVER, AS ANOTHER "RETALIATION" THIS IS NOT HAPPENING.

I WILL NOW TAKE ANY "DECENT" PAIR OF BOOTS, NOT SHIT. I EX- (25 OF 36.
THAT OUR LAUNDRY WILL ATTEMPT TO DUMP "SHIT" BOOTS ON ME, NOT MUCH
BETTER THAN WHAT I NOW HAVE.

I HAD WELL OVER A FOOT GAP IN MY LAUNDRY BAG. IT WAS IM-
POSSIBLE FOR THIS GAP TO HAVE OCCURRED "NATURALLY". "LOST" WERE "LIKE
NEW"! 1 T-SHIRT, 1 BOXERS, 2 PAIRS OF SOCKS. LT. HOWARD WAS GOING TO
CHARGE ME FOR ALL ITEMS, BUT DIDN'T. HE DID REPLACE MY LAUNDRY
BAG, BUT NOT MY "LOST" ITEMS. THEY NEED TO BE REPLACED AT N/C. MY
JACKET WAS "LOST" IN THE LAUNDRY. WITHOUT SGT. ULLMANN'S HELP,
I COULD HAVE NEVER GOTTEN IT REPLACED. SGT. BODE REFUSED TO
PROVIDE ME WITH MY PROPER SIZE (IT WAS AVAILABLE).

I FULLY EXPECT, BOTH LT. HOWARD & SGT. BODE (CCTCF LAUNDRY
PLANT SUPERVISORS) TO "UNLEASH" THEIR LAUNDRY WORKERS UPON ME; TO
PHYSICALLY ATTACK, & VERBALLY HARASS ME, AS THEY HAVE DONE BEFORE
(AGAIN & AGAIN) IN "RETALIATION" FOR MY SUBMITTING THIS GRIEVANCE.        Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-694; 04/15/09): IT IS
BLATANTLY OBVIOUS TO "MANY" "OTHER INMATES; TO MANY" "C.W.'S THROUGH-
OUT CTCF THAT I HAVE BEEN "TARGETED" FOR RETALIATION; BY THE COLORADO
DOC IN EVERY CONCEIVABLE WAY. LT. REPAR WANTS TO BECOME CAPT. A
GOOD WAY TO "MAKE POINTS" (PARTICULARLY WITH CAPT. BASTIDOS, WHO HAS
A PERSONAL VENDETTA AGAINST ME) IS TO HARASS ME AT HIS EVERY OPPOR-
TUNITY, WHENEVER & WHERE EVER THAT HE CAN.

1. FOOD ORDERS THROUGH THE CULINARY ART CLASS ARE GREATLY
"LOOKED FORWARD TO" BY EVERY INMATE. LT. REPAR HAS TURNED WHAT
SHOULD BE PRETTY GOOD INTO PRETTY BAD. FOR MYSELF, & OTHER "TARGETED"
INMATES, LT. REPAR CONSTRUCTS A "GAUNTLET" OF C.W.'S PUTTING OBSTA-
CLES IN OUR PATHS, SO THAT WE CAN NOT GET OUR FOOD ORDERS. PAID
FOOD & ICE CREAM ORDERS ARE FREELY "THIEVED" "BY REC & SECURITY
C.W.'S, FREELY "THIEVED" "BY OTHER INMATES (ESP. REC WORKERS).
REPAR'S "GANG OF THIEVES"

2. FOR DISABLED. I FREELY SIT WITH MY DISABLED FRIENDS FOR
BREAKFAST & LUNCH; HOWEVER, WHEN CAPT. BASTIDOS & LT. REPAR ARE ON

DUTY, I CAN NOT SIT THERE, NO MATTER IF THE WHOLE SEC- (PAGE 26 OF 36) TION IS EMPTY OR NOT, IF THE SECTION HAS ABLE-BODIED OR OTHER DISABLED SITTING THERE. THE NIGHT OF 04/11/09, WITH "NON-DISABLED" SITTING THERE, LT REPAR "RAN" FROM THE OPPOSITE END OF THE MESS HALL TO ONLY VERBALLY HARASS & THREATEN ME. LT. SHOEMAKER HAD TO LITERALLY "PULL HIM OFF" OF ME. THANK YOU LT. SHOEMAKER. — Michael N. Cullen

"GENERAL" GRIEVANCE (STEP 3, CT 08/09- 647; 04/15/09): LT. REPARS RESPONSE TO MY STEP I IS BEYOND DISINGENUOUS, MAJOR DEAN'S RESPONSE TO MY STEP II IS BEYOND EVASIVE. I HAVE BEEN "TARGETED" FOR RETALIATION IN EVERY CONCEIVABLE WAY BY THE COLORADO DOC, BY CTCF, & IN PARTICULAR BY LT. REPAR. I AM DISABLED, & RECOGNIZED AS SUCH.

FOR THE ABOUT "9 8" YEARS THAT I HAVE BEEN IMPRISONED WITHIN COL- ORADO DOC, BOTH PUBLIC & PRIVATE FACILITIES; AT ABOUT "9 8" DIFFERENT FACILITIES, I HAVE VIRTUALLY ALWAYS SAT IN DISABLED SECTIONS. THIS HAS NEVER BEFORE BEEN AN "ISSUE", UNTIL CAPT. BASTIONS & HIS MINION LT. RE- PAR "TARGETED" ME; SINGLED ME OUT TO DENY ME SEATING IN A DISABLED SECTION (AGAIN & AGAIN).

WHEN CAPT BASTIONS & LT REPAR ARE NOT ON DUTY, MANY OTHER C.O.'S, BOTH LTS. & SGTS RECOGNIZE ME AS BEING DISABLED; I AM ALLOWED TO SIT WITHIN OUR DISABLED SECTION BREAKFAST & LUNCH; AT OTHER DINNER MEALS, WHEN NEITHER CAPT BASTIONS, NOR LT REPAR ARE ON DUTY. BOTH CAPT BASTIONS & LT REPAR WILL ALLOW OBVIOUSLY "ABLE BODIED" MEN TO SIT THERE, BUT NOT ME. I HAVE EXTENSIVE ORTHOPEDIC, MUSCLE & TENDON, NERVE DAMAGE. I HAVE DIABETES & HEART "ISSUES". TO DENY THEM IS TO "DENY THE OBVIOUS".

IN PARTICULAR, LT REPAR NOT ONLY DENYS ME DISABLED SEATING, BUT USES SEATING AS A "WEAPON" AGAINST ME. LT REPAR HAS INTEN- TIONALLY & MALICIOUSLY ORDERED ME TO SIT AT TABLES, FILLED WITH MY "KNOWN ENEMIES"; IN PARTICULAR, ARYAN BRO "HATE THUGS" ON-GOING (AGAIN & AGAIN) TO BRING TROUBLE" ON ME. I NEED TO SIT WITH OTHER "DISABLED MEN".

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-739; 04/15/09): THE ISSUE IS "ILLEGAL THIEVING" FOR EVERY "NOTICE OF REJECTION/DISPOSITION OF MAIL" FORM

THAT I RECEIVE, I WOULD ESTIMATE THAT I HAVE EASILY (PAGE 27 OF 36)
25 PIECES OF MAIL" EITHER FULLY, OR PARTIALLY FULL "THIEVED" (THIS IS A
1 TO 25 RATIO). NO WHERE IS THIS MORE EVIDENT THAN THE MAILROOMS HAN-
DLING OF INMATE "BROUGHT & PAID FOR" NEWSPAPERS, THE CTCF MAIL-
ROOM TREATS MY NEWSPAPERS PRETTY MUCH LIKE MY "PIECES OF MAIL".
THEY FREELY "THIEVE" WHATEVER THAT THEY WANT.

MORE OFTEN THAN NOT, MY DENVER POST NEWSPAPERS WILL HAVE
THEIR ADVERTISING SECTIONS & COUPONS MISSING, THEIR INSERTS & NEWS
SECTIONS, THEIR TV GUIDES MISSING. C.O.'S WILL HAVE CROSS WORD
PUZZLES FILLED IN; BOTH CUT & TEAR OUT ARTICLES OF INTEREST. I HAVE
HAD CATSUP & MUSTARD, PIZZA & CHILI SAUCE LEFT WITHIN MY NEWS-
PAPERS, WHILE C.O.'S READ THEM. OFTEN MY DENVER POST NEWSPAPERS
HAVE ENTIRELY BEEN "THIEVED" (ESPECIALLY MY BIG "SUNDAY NEWS-
PAPERS), BY OUR CTCF MAILROOM C.O.'S.

IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER, MY
FAMILY MAIL HAS BEEN SIEZED (AGAIN & AGAIN), SIMPLY BECAUSE IT IS
MY FAMILY MAIL. NO LAW, NO "AR" CAN BE USED AS A SHIELD, OR AN EX-
CUSE FOR "ILLEGAL THIEVING & SIEZING" BY THE CTCF MAILROOM.    Michael N.
                                                                Willis

"GENERAL" GRIEVANCE (STEP 1; 04/16/09): I HAVE BEEN & CONTINUE TO BE
"TARGETED" FOR RETALIATION BY THE COLORADO DOC, CTCF, & C.O.'S IN EVERY
CONCEIVABLE MANNER. THE C.O.'S IN UNIT 3 FIGHT "BEYOND DIRTY" DIRTY.
I NO LONGER LIVE IN UNIT 3; YET, THE C.O.'S THERE UNDER THE DI-
RECTION & ORCHESTRATION OF LT. HEIDENTHAL (UNIT 3 COMMANDER) MALI-
CIOUSLY "RUN THEIR MOUTHS"(GOSSIP) ABOUT ME, BOTH TO OTHER C.O.'S & OTHER INMATES.
- THEY MALICIOUSLY GOSSIP ABOUT THE DETAILS OF MY CASE; ABOUT MY
ATTEMPTS TO SUPPORT "LAW ENFORCEMENT," BY MY REVEALING THE DETAILS
ABOUT THE "WHO, WHAT, WHERE, WHEN, & WHY" OF EXTORTIONS, ASSAULTS,
THIEVING, & SO ON IN UNIT 3 TO OTHER INMATES. C.O. CRIME UPON IN-
MATES, INMATE CRIME UPON OTHER INMATES IS BOTH RAMPANT & MORE
THAN AGGRESSIVELY ENCOURAGED BY LT. HEIDENTHAL.

SGT. ADAMIC, WHOSE "CONTEMPT SHOTS" (SEXUAL ASSAULTS) TO MY
GROIN AREA PREVENTED ME FROM EATING DINNER FOR "6" MONTHS; C.O.

GROOMS, who physically assaulted me (again & again). (PAGE 28 OF 36.

C.O. CRUZ, who instigated & brought much trouble on me" (again & again) are now all instigating UNIT 3 Inmates to both physically assault & verbally harass me at Med-lines, in the gym & yard, outside of the Mess halls. ——— Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3; CT 08/09-648; 04/23/09): THE main "CORE ISSUE" IS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC & CTCF FOR RETALIATION IN EVERY CONCEIVABLE MANNER; WHETHER THAT BE MY NOT BEING ISSUED A DUFFELBAG AT ALL FOR MY PROPERTY, & THEN LT. HALLOWAY (IN SPITE OF CAPT. WILSON'S ORDERS TO THE CONTRARY) ALLOWING ME A LARGER DUFFELBAG (AFTER CAPT. CORDOVA & C.M. EVANS, BOTH TOLD ME THAT THEY COULD NOT INTERVENE); WHETHER THAT BE MY NOT BEING ALLOWED TO DECLARE A "MEDICAL EMERGENCY"; ~~X~~ BEING FORCED BY LT. REPAR TO CONTINUE TO SQUAT ON THE GYM FLOOR, UNABLE TO BREATH, TAKING MY NITROGLYCERIN PILLS FULLY EXPECTING TO DIE ~~X~~ AT ANY TIME.

THE main "CORE ISSUE" IS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC & CTCF FOR RETALIATION IN EVERY CONCEIVABLE MANNER; IN PARTICULAR, BY CAPT. BASTIDOS & LT. REPAR. I'M DISABLED, & SIT AT DISABLED TABLES FOR BREAKFAST & LUNCH, BUT NOT AT DINNER, WHEN CAPT. BASTIDOS & LT. REPAR ORDER ME NOT TO; INTENTIONALLY ORDER ME, OR ORDER THEIR SUBORDINATE C.O.'S TO ORDER ME TO SIT AT TABLES FILLED WITH MY ARYAN BRO' "HATE THUG" ENEMIES. STOP RETALIATING AGAINST ME !!! ——— Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 2, O- CT 08/09-590; 04/23/09): THE BASIC "CORE ISSUE" IS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC, & DOC MEDICAL FOR RETALIATION IN EVERY CONCEIVABLE MANNER. YES, I REFUSED TO SIGN A PRE "TYPED-UP" REFUSAL FORM THAT I COULD ONLY QUICKLY SCAN, BECAUSE P.A. MIKE WALSH'S HAND WAS COVERING THE FORM, POINTING TO WHERE HE WANTED ME TO SIGN, & DEMANDING THAT I IMMEDIATELY SIGN, WHAT LOOKED LIKE TO ME, A DOC MEDICAL STATEMENT, ABSOLVING THEMSELVES OF "ALL" RESPONSIBILITIES.

IT IS MY "RIGHT" TO WRITE MY OWN REASONS IN, ON A REFUSAL FORM;

REUSAL" CONCOCTED, BY DR. CREANY & P.A. MIKE WALSH, WHO DEMAND-
ED THAT I BE "ARRESTED" & THROWN IN "THE HOLE". HE WAS YELLING AT ME
TO "WRITE MY LEGISLATOR", "ALL" FOR REFUSING TO SIGN WHAT WAS, IN
REALITY, DOC'S STATEMENT ABSOLVING THEMSELVES OF "ALL" RESPONSIBILITIES.

I HAVE BEEN "DOWN" OVER "9½" YEARS, FOR VIRTUALLY THAT WHOLE TIME,
I HAVE BEEN CLASSIFIED AS "DISABLED" (M-4), WITH "MEDICAL RESTRICTIONS"
BY MANY & "MEDICAL PROVIDERS IN 9½ "DIFFERENT FACILITIES. IN RETALIA-
TION, I HAVE BEEN RECLASSIFIED AS "FIT", & MY "MEDICAL RESTRICTIONS"
LIFTED. IN RETALIATION, I AM NOW DENIED ACCESS TO ANY MEDICAL PRO-
VIDER. IT IS MY RIGHT TO SEE A MEDICAL DOCTOR ONCE EVERY 3 MONTHS;
A PHYSICIAN'S ASSISTANT (P.A.) OR NURSE PRACTITIONER (N.P.) ONCE
EVERY MONTH. THE COLORADO DOC MEDICAL NEEDS TO STOP RETALIATING
AGAINST ME.                    — Michael N. Collins

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-772; 04/27/09): **OUR CTCF
LAUNDRY HAS EVADED "THE ISSUES"** WHICH I RAISED ON MY STEP I; IS BEING DIS-
INGENUOUS. I HAVE WRITTEN "MANY & "STEP I, II, & III GRIEVANCES, "ALL" HAVE BEEN
"READABLE" & WERE "RESPONDED TO," BY THE APPROPRIATE AUTHORITIES, BOTH AT CTCF
& AT DOC HEADQUARTERS IN COLORADO SPRINGS. I HAVE BEEN "TARGETED" BY THE
COLORADO DOC & CTCF; IN PARTICULAR, BY OUR CTCF LAUNDRY IN EVERY CONCEIV-
ABLE MANNER FOR RETALIATIONS. I FULLY EXPECT BOTH LT. HOWARD & SGT. BODE, AS
A RESULT OF THIS GRIEVANCE, TO "UNLEASH & "THEIR LAUNDRY WORKERS TO PHYSI-
CALLY ATTACK & HARASS ME, AS THEY BOTH HAVE DONE BEFORE (AGAIN & AGAIN).
BOTH LT. HOWARD & SGT BODE ARE "DIRTY & " C.O.'S.

BOTH OF MY BOOT HEELS HAVE ENTIRELY "WORN DOWN" & THROUGH THE SOLES
BOTH ABOVE & BELOW BOTH SOLES. THERE ARE 4"-5" GAPS ON BOTH SIDES OF
EACH BOOT, RUNNING FROM THEIR TONGUES TO THE SOLES, WHERE THE SEAMS × (HAVE SEPARATED.
I HAD WELL OVER (AN "UN-NATURALLY & "OCCURRING) "1½ FOOT GAP & "IN MY
LAUNDRY BAG, AT FIRST LT. HOWARD WAS GOING TO CHARGE ME FOR MY
"DESTROYED" LAUNDRY BAG, & MY MISSING ITEMS. I STILL NEED REPLACED
LIKE NEW" 1 T-SHIRT, 1 BOXERS, 2 PAIRS OF SOCKS. I HAVE "MANY & "LAUNDRY
ITEMS THAT ARE WORN, TORN, & HOLED THROUGH; THAT NEED TO BE EITHER RE-

BE
TRUSTED TO DO THIS. ——— Michael N. Collins

"GENERAL" GRIEVANCE (STEP 3; CTOB/09-646; 04/27/09): CAPT.
BASTIDOS' RESPONSE TO MY STEP 2 GRIEVANCE ("I CAN NOT SEE WHERE I AM
INVOLVED?") IS DISINGENUOUS. I HAVE BEEN "TARGETED" BY THE COLORADO
DOC & CTCF, IN PARTICULAR, BY BOTH CAPT. BASTIDOS & LT. REPAR (BOTH OF
THEM NOW HAVE PERSONAL VENDETTAS AGAINST ME) FOR RETALIATIONS IN
EVERY CONCEIVABLE MANNER. BOTH CAPT. BASTIDOS & LT. REPAR ARE FAR
"BEYOND DIRTY" DIRTY C.O.'S.

EVERY TIME THAT CTCF HAS HAD "CULINARY ART CLASS" FOOD ORDERS, &
ICE CREAM ORDERS, I HAVE HAD TO RUN A "GAUNTLET" OF HOSTILE C.O.'S;
UNDER THE "DIRECTION & SUPERVISION" OF BOTH CAPT. BASTIDOS & LT. REPAR, THAT
PUT "EVERY KIND OF OBSTACLE?" IN FRONT OF ME; OFTEN, I CAN GET NEITHER
FOOD ORDERS, NOR ICE CREAM ORDERS AT ALL. LT. REPAR'S "GANG OF THIEVES?"
CULINARY ART CLASS COOKS & "REC" WORKERS; REC" & SECURITY C.O.'S) FREELY
THIEVE" WHATEVER THAT THEY WANT.

AGAIN, THE OTHER NIGHT AT DINNER C.O. SIEBERT, UNDER THE "DIREC-
TION" OF BOTH CAPT. BASTIDOS & LT REPAR, ORDERED ME TO SIT AT A TABLE
FILLED WITH SOME OF MY WORST ARYAN BRO' HATE THUG" ENEMIES (THERE
WERE OTHER TABLES AVAILABLE). LATER IN OUR POD, I WAS PHYSICALLY
ASSAULTED BY THEM (TOOK BLOWS TO MY BODY THAT WEREN'T READILY
SEEN). I AM "DISABLED." NEITHER CAPT. BASTIDOS, NOR LT. REPAR ALLOW
ME TO SIT AT "DISABLED" TABLES (THERE ARE JUST ABOUT ALWAYS "MANY?"
DISABLED" SEATS AVAILABLE). ——— Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 3; C- CTOB/09-333; 04/27/09): I HAVE BEEN
TOLD BY "MANY?" C.O.'S OF ALL RANKS & CASE MANAGERS, BY "MANY?" MEDICAL
PROVIDERS & "MUCH?" OF THE MEDICAL STAFF AT CTCF (I VERY MUCH DOUBT;
HOWEVER, THAT ANY OF THEM WOULD "REPEAT" WHAT THEY HAVE STRAIGHT UP" &
STRAIGHT FORWARD" HONESTLY & FRANKLY TOLD ME IN CONFIDENCE) HAVE TOLD ME
(AGAIN & AGAIN), "WORDS TO THE EFFECT," THAT I HAVE BEEN "TARGETED" BY THE
COLORADO DOC; BY DOC MEDICAL & CTCF MEDICAL FOR RETALIATION IN "EVERY
CONCEIVABLE WAY" & IN "ALL MANNERS."

& SUMMARIZING LETTERS; BECAUSE OF MY "VERY &" ACTIVE PARTICIPATION IN THE "MONTEZ VS. OWENS" CIVIL LAWSUIT, I HAVE BEEN TOLD (AGAIN & AGAIN) THAT I WOULD HAVE BEEN TRANSFERRED TO FORT LYON C.F. YEARS AGO, BUT I HAVE NOT BEEN, & NEVER WILL BE EVEN THOUGH I EITHER MEET OR EXCEED "ALL &" OF THE DOC CRITERIA TO BE "HOUSED" AT FORT LYON C.F. (MUCH MORE OF A "FIT" FOR AN ELDERLY MUCH, SUCH AS MYSELF, WITH MANY &" ROOT "MEDICAL & SECURITY" ISSUES THAN CTCF).

BECAUSE OF MY WRITING "MANY &" MEDICAL KITES, GRIEVANCES & SUM-MARIZING LETTERS; BECAUSE OF MY "VERY &" ACTIVE PARTICIPATION IN THE "MONTEZ VS. OWENS" CIVIL LAWSUIT, I HAVE BEEN TOLD (AGAIN & AGAIN) THAT I WOULD HAVE BEEN WEARING DIABETIC/ORTHOPEDIC SHOES YEARS AGO, BUT I HAVE NOT BEEN, & NEVER WILL BE WEARING DIABETIC/ORTHO-PEDIC SHOES. THE COLORADO DOC; DOC MEDICAL / CTCF MEDICAL "ALL &" NEED TO STOP RETALIATING AGAINST ME IN EVERY CONCEIVABLE MANNER."
                                    Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1; 04/20/09): "INMATE COPS" ARE PROHIBITED BY COLORADO DOC "A.R.'S" (ADMINISTRATIVE REGULATIONS); THEY ARE ILLEGAL & IM-MORAL. "INMATE COPS" ARE GIVEN AUTHORITY OVER OTHER INMATES, WHEN THE CIO'S ARE "ROTTEN & CORRUPT." THIS IS THE SITUATION NOW IN CH-3, UNDER THE AUTHORITY OF LT. HEIDENTHAL. I CAN WRITE THAT ONLY SGT. MC MILLIAN & SGT. TRUJILLIO ARE PROFESSIONAL IN EVERY WAY AT CH-3. "ALL &" OF THE OTHER C.O. STAFF AT CH-3 ARE ONLY "SHADES OF GRAY" TO "BLACK HEARTED ROTTEN & CORRUPT" UNDER THE AUTHORITY OF LT. HEIDENTHAL.

"INMATE COP" VERNON "RED" SLAGEL IS ACTIVELY ENCOURAGED" TO "COME DOWN" ON OTHER INMATES, TO PHYSICALLY ATTACK, TO BOTH PHYSICALLY & VER-BALLY HARASS OTHER INMATES, BY LT. HEIDENTHAL, & HIS UNIT 3 C.O. STAFF. WHEN I WAS LIVING IN UNIT 3, "RED" SLAGEL ATTEMPTED TO EXTORT FROM ME (I REFUSED AGAIN & AGAIN), AS HE NOW EXTORTS FROM OTHERS IN UNIT 3. "RED" SLAGEL STARTED AT THE TOP OF OUR MESS HALL KNOLL, GAINED MOMENTUM ON THE WAY DOWN, & ATTEMPTED TO RAM ME WITH THE WHEEL CHAIR THAT HE WAS "PUSHING" (WITNESSED BY "MEDICAL" SGT. SULLIVAN). "RED" SLAGEL COULD HAVE EASILY FURTHER MAIMED ME, OR EVEN KILLED ME!!!

TO PHYSICALLY ATTACK & VERBALLY HARASS ME AT THE "INSTIGATION" OF LT. HEIDENTHAL & UNIT 3 C.O. STAFF, WHEN WE ARE TOGETHER AT MED-LINES, OUTSIDE OF OUR MESS HALLS, IN THE GYM & AT OUR YARD. THE COLORADO DOC & CTCF, IN PARTICULAR, LT. HEIDENTHAL & HIS UNIT 3 C.O. STAFF, NEED TO STOP RETALIATING AGAINST ME, IN EVERY CONCEIVABLE MANNER, & AT THEIR EVERY OPPORTUNITY. —Michael N. Cullen

"GENERAL" GRIEVANCE (STEP 2, CT 08/09-765; 04/28/09): WE "ALL" CAN NOT BE LYING, VIRTUALLY EVERY INMATE THAT HAS BEEN HOUSED IN LIVING UNIT 3, OR IS NOW HOUSED THERE HAVE THEIR "HORROR STORIES" OF LT. HEIDENTHAL. HE IS A PSYCHOPATHIC "NUT CASE", UNFIT TO COMMAND ANYBODY, WHO HAS TURNED HIS UNIT 3 C.O. STAFF INTO "THUG HENCHMEN."

MY ALLEGATIONS ARE NOT FALSE, THEY ARE BACKED BY VIRTUALLY EVERY INMATE THAT HAS BEEN HOUSED IN LIVING UNIT 3, OR IS NOW HOUSED THERE. EVERY INMATE IN LU-3 HAS BEEN & CONTINUES TO BE SUBJECT TO LT. HEIDENTHAL, & HIS UNIT 3 C.O. STAFF'S "SADISTIC BRUTALITIES" (DOC'S SCHADENFREUDE). THIS GRIEVANCE IS NOT ABOUT THE PAST.

THIS GRIEVANCE IS ABOUT THE NOW, MY WORST SADISTIC C.O. HARASS-ERS & ABUSERS" ARE NOW "RUNNING THEIR MOUTHS" (GOSSIPING) ABOUT ME; "MALIOUSLY & INTENTIONALLY" TO "BRING MUCH TROUBLE" ON ME, THEY "MALIOUSLY GOSSIP" ABOUT THE "DETAILS OF MY CASE; ABOUT MY ATTEMPTS TO SUPPORT "LAW ENFORCEMENT," BY REVEALING MUCH ABOUT THE EXTORTIONS, ASSAULTS & THIEVING GOING ON IN UNIT 3, TO BOTH OTHER INMATES & C.O'S.

THE WORST "MALICIOUS GOSSIPS" (WHO WERE MY WORST SADISTIC C.O. HARASSERS & ABUSERS IN LIVING UNIT 3) ARE: SGT. ADAMIC, SGT. HALL & SGT. STEENBERGEN (NOW "SECURITY"), C.O. CRUZ & GROOMS. ON HIS RE-SPONSE TO MY STEP 1 GRIEVANCE, LT. HEIDENTHAL ATTEMPTS TO "SHIFT BLAME" AWAY FROM HIMSELF, & ONTO ME; ATTEMPTS TO "DENY THE UNDENI-ABLE," BY OBFUSCATING. STOP LT. HEIDENTHAL, & HIS UNIT 3 C.O. STAFF OF "THUG HENCHMEN'S" RETALIATIONS AGAINST ME. —Michael N. Cullen

"MEDICAL" GRIEVANCE (STEP 1; 04/30/09): DOC & CTCF MEDICAL HAVE "TARGETED" ME FOR "RETALIATIONS" IN EVERY CONCEIVABLE MANNER, "MESSING" WITH MY "PROCEDURES & MEDICATIONS" IS PUTTING MY "LIFE IN DANGER, AT "FINGER-

REQUIRED ME TO DO THE SAME WITH MY OTHER HAND, MAKING FOR A VERY "UNSTERILE FIELD."

LATER THIS AM, AT SELF-MED CARD EXCHANGE, THE NURSE AT THE FIRST MED-LINE WINDOW "COULD NOT HANDLE" ME, SO I WAS DIRECTED TO GO TO THE SECOND NURSE'S WINDOW, GIANNA WALKER, WHO DID NOT WANT TO REVEAL HER NAME. SHE WAS TAKING AN "INORDINATE" AMOUNT OF TIME ON HER COMPUTER. SHE WOULD NOT TELL ME WHAT WAS "MESSED UP."

NURSE GIANNA WALKER REFUSED TO GIVE ME MY NITROGLYCERIN PILLS ALONG WITH NURSE JOYCE STRONG, WHO THREW MY OLD "NITRO" PILLS IN THEIR TRASH. I HAVE A "HEART CONDITION" (ANGINIA PECTORIS) THAT HAS BEEN & CAN BE "LIFE THREATENING." I HAVE A MEDICAL KITE RESPONSE, STATING THAT MY MEDICAL PROVIDER "REVIEWED MY MEDS." I HAVE HAD VITAMIN B-12, AS A SELF MED CARD FOR ABOUT 2 YEARS. BOTH NURSES, WALKER & STRONG, REFUSED TO LET ME HAVE THAT SELF MED CARD.    —Michael N. Collins

"ALL" C.O.'S ON DUTY HECKLED ME; HOWEVER, SGT. SULLIVAN ACTUALLY ATTEMPTED TO DO INCITE OTHER INMATES TO "WHUMP MY ASS." I NEED MY MEDICATIONS.

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-716; 04/29/09): THE "LAW" CAN NOT BE UPHELD, BY BREAKING "MANY" LAWS. NO "AR" (ADMINISTRATIVE REGULATION), NO LAW, NO FACILITY POSTED RULE, NO MENTAL HEALTH DIRECTIVE CAN BE A "SHIELD" FOR THE RAMPANT "ILLEGAL & SIEZING & THIEVING & MISPLACING & LOSING" OF MAIL NOW TAKING PLACE WITHIN OUR CTCF MAIL ROOM.

IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER, MY FAMILY MAIL IS SIEZED, BECAUSE IT IS MY FAMILY MAIL. MAJOR BROADDITCH TOLD ME THAT FAMILY MAIL IS "SACROSANCT," THAT "MY SIEZED FAMILY MAIL ~~████████████████████~~ WOULD BE RETURNED TO ME," BUT IT NEVER WAS. CAPT. WILSON BELIEVES THAT NO C.O. CAN DO ANY WRONG; THAT ALL INMATES CAN NOT DO ANY RIGHT. CAPT. WILSON BOTH "SUPPORTS & ACTIVELY" ENCOURAGES THE "ILLEGAL & THIEVING & SIEZING" OF ALL INMATES' "RIGHTFULLY THEIR OWN MAIL," AS DOES LT. BENEZ, BOTH OF WHOM ARE RESPONSIBLE FOR OUR CTCF MAILROOM. I HAVE BEEN ESPECIALLY "TARGETED" FOR "RETALIATIONS" IN EVERY CONCEIVABLE MANNER, BY DOC'S OUR CTCF MAILROOM

IN VIOLATION OF COLORADO DOC'S. I WOULD SUPPOSE THAT, OF REJECTION/DISPOSITION OF MAIL" FORM THAT I RECEIVE, I WOULD ESTIMATE THAT I HAVE OVER 25 "PIECES OF MAIL" SIMPLY "THROWN OUT OR LOST 8" (A 1 TO 25 RATIO), WITHOUT RECEIVING ANY SUCH NOTICE. I HAVE HAD MY MAIL "TARGETED" FOR RETALIATION; IN ADDITION TO, THE OTHER DOC RETALIATIONS THAT I AM SUBJECTED TO. STOP THE DOC RETALIATIONS AGAINST ME. *Michael N. Collins*

"MEDICAL" GRIEVANCE (STEP 3, D- CT 08/09-590; 05/05/09): MARSHALL GRIFFITH, OFFICE OF THE AIC, IN HIS STEP I "DENIAL" WROTE: "YOU REFUSED TO BE RE-SCREENED FOR MOBILITY DISABILITY ON 3/11/09 AND REFUSED TO SIGN THE DOC REFUSAL FORM ALTHOUGH IT WAS WITNESSED BY MEDICAL STAFF AT CTCF." MARSHAL GRIFFITH "RAISED THIS ISSUE", TO WHICH I RESPONDED TO IN MY STEP II *GRIEVANCE.*

THE BASIC "CORE ISSUE" IS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC, & DOC MEDICAL FOR RETALIATION IN EVERY CONCEIVABLE MANNER. I AM CLASSIFIED AS "CHRONIC CARE". I AM SUPPOSE TO HAVE AN APPOINTMENT WITH A MEDICAL DOCTOR ONCE EVERY 3 MONTHS; WITH A "MEDICAL PROVIDER" ONCE EVERY MONTH. THIS HAS NEVER HAPPENED 8

AS A MATTER OF FACT, I NOW BELIEVE THAT DOC MEDICAL NOW HAS ME ON A "DO NOT SEE LIST". IRREGARDLESS OF HOW MANY MEDICAL KITES THAT I NOW WRITE; IRREGARDLESS OF THEIR URGENCY & IMPORTANCE, BOTH OUR CTCF MEDICAL, & THE DOC MEDICAL IN PUEBLO (OR ANYWHERE ELSE) JUST "DOES NOT NOW SEE ME", OR TREAT ME FOR ANYTHING OTHER THAN WHAT IS ALREADY IN MY "MEDICAL FILE". DOC MEDICAL IS NOW PRESCRIBING DRUGS & TREATMENTS FOR ME SOLELY OFF OF MY MEDICAL FILES.

I HAVE MANY 8" MEDICAL ISSUES, ONLY PARTIALLY DESCRIBED IN MY STEP I GRIEVANCE; I'M SUBJECTED TO MANY 8" RETALIATIONS, ABUSES, & PROCEDURES IN VIOLATION OF DOC'S OWN "AR'S" (ADMINISTRATIVE REGULATIONS) THAT ARE ALSO UNETHICAL & ILLEGAL, AS DESCRIBED IN MY STEP II GRIEVANCE. I NEED DECENT "HUMAN BEING" MEDICAL CARE. —— *Michael N Collins*

"GENERAL" GRIEVANCE (STEP 3, CT 08/09-7772; 05/05/09): OUR LAWNDAY'S RESPONSE TO MY STEP I GRIEVANCE WAS BOTH DISINGENUOUS & EVASIVE. OUR LAWNDAY & LT. HOWARD'S RESPONSE TO MY STEP II GRIEVANCE WAS A "NON-ANSWER"

NING A "HOSTILE GAUNTLET"; SEEKING ANY KIND OF RECOURSE MEANS BOTH LT. HOWARD & SGT. BODE TURNING LOOSE THEIR "LAUNDRY WORKERS" ON ME TO PHYSICALLY ATTACK ME; BOTH VERBALLY & PHYSICALLY HARASS & ABUSE ME, IN ALL MANNER OF WAYS, [AS THEY HAVE DONE IN THE PAST (AGAIN & AGAIN].

MY BOOTS ARE "FAR BEYOND" BEYOND DISINTEGRATING. BOTH OF MY BOOT HEELS HAVE ENTIRELY "WORN DOWN" & THROUGH THE SOLES, BOTH ABOVE & BE-LOW BOTH SOLES. THERE ARE 4"-5" GAPS ON BOTH SIDES OF EACH BOOT RUNNING FROM THEIR TONGUES TO THEIR SOLES, WHERE THE SEAMS HAVE SEPARATED. I HAVE HAD PRESCRIBED ORTHOPEDIC / DIABETIC SHOES (AGAIN) [& AGAIN].

I HAD AN "UN-NATURAL" TORN "1½' FOOT GAP" IN MY LAUNDRY BAG. LT. HOWARD REFUSED TO REPLACE "LIKE NEW": 1 T-SHIRT, 1 BOXERS, 2 PAIRS OF SOCKS. MUCH OF LAUNDRY IS HOLED, WORN, & TORN; NEEDS TO BE REPLACED OR REPAIRED. TO GET ANYTHING DONE IN THAT LAUNDRY (LAUNDRY "PROTECT-ED," EXTRA CLEANING CYCLES, BLEACH ADDED, LAUNDRY TIES, ETC) LT. HOWARD'S ARYAN BRO' "HATE THUG" LAUNDRY WORKERS HAVE TO BE PAID A "LOT" OF TOKENS. I HAVE BEEN PARTICULARLY TARGETED FOR RETALIATIONS. Michael N. Collins

"GENERAL" GRIEVANCE (STEP 1; 05/06/09): MY ATTEMPTING TO GO THROUGH A "MED-LINE"; ATTEMPTING TO EXCHANGE MY EMPTY SELF-MEDICATION "CARDS" FOR FULL ONES MEANS RUNNING A GAUNTLET OF "AGGRESSIVELY HOSTILE" C.O.'s. ON THE MORNING OF 04/30/09, ALL "OF THE C.O.'s ASSIGNED TO "MED-LINE" DUTY (OVER A HALF DOZEN THAT KEPT ROTATING "ON & OFF"), OPENLY MOCKED, REDICULED, & PUT DOWN "ALL" INMATES; HOWEVER, I WAS PARTICULARLY "SIN-GLED OUT" FOR MUCH HARASSMENT & ABUSE. SGT. SULLIVAN WENT SO FAR AS TO OPENLY INCITE OTHER INMATES TO PHYSICALLY ATTACK ME; TO "WHIP MY ASS." I AM "TARGETED" AT MED-LINES; "TARGETED" IN EVERY CONCEIVABLE MANNER BY THE COLORADO DOC.

THAT MORNING, 04/30/09, WE HAD A NEWLY INSTALLED 2ND "MED-LINE" WINDOW; HOWEVER, INSTEAD OF TAKING ½ AS LONG IN LINE, IT WAS TAKING TWICE AS LONG. THE FIRST "MED-LINE" NURSE AT THE FIRST WINDOW COULD NEITHER "HANDLE ME," NOR ANYBODY ELSE, SO I WAS DIRECTED TO GO TO THE SECOND NURSE'S WINDOW & GIANNA WALKER.

GLYCERIN PILLS BACK, ALONG WITH NURSE JOYCE STRONG, WHO THREW MY OLD "NITRO" PILLS IN THEIR TRASH, WITHOUT GIVING ME MY NEW "NITRO" PILLS, WITH MY NEW PRESCRIPTION INFO ON ITS' LABEL (MAKING THEM "LEGAL"). THIS CAN BE "LIFE THREATENING" TO ME. SGT. SULLIVAN INTERVENED, & ORDERED ME AWAY (ABOUT 6 AGO'N?) FROM THAT 2ND "MED-LINE" WINDOW. I HAVE ATTEMPTED TO GET MY "NITRO" PILLS WITH MY NEW/CURRENT (NOW) PRESCRIPTION "INFO" ON ITS' LABEL (MAKING THEM "LEGAL") SO THAT THE C.O'S WON'T SIEZE THEM, BECAUSE OF ANY OLD EXPIRATION DATE !!!!; HOWEVER, THE C.O'S HAVE BEEN "ALL OVER ME" AT "MED-LINE" EXCHANGES. I AM TARGETED !!!! —Michael N. Collins—

"DENTAL" GRIEVANCE (STEP 1; 05/06/09): DENTAL ON 05/05/09, I ATTENDED AN "ANGER MANAGEMENT" THERAPY SESSION FROM 8:50 AM TO 10:50 AM. I AM "UNDER ORDERS" FROM MY CASE MANAGER, MR. EVANS, TO FULLY ATTEND EVERY THERAPY SESSION, OR I AM GOING RIGHT TO "THE HOLE" (YES, I HAVE "ANGER ISSUES", MY CORE "ANGER ISSUE" IS THAT ONE OF MY DAUGHTERS UNDERWENT DEEP THERAPY & COUNSELING TO "BREAK DOWN BARRIERS" & FIND IMAGES OF WHATEVER EVEN HAPPENED; FALSE IMAGES WERE IMPLANTED IN HER MIND. SHE TOTALLY RECANTED HER TRIAL "TRIAL TESTIMONY" YEARS AGO TO BE-COME ONE OF MY STRONGEST SUPPORTERS. MY LIFE HAS BEEN DESTROYED (HAPPENED) OVER 46 YEARS; CONTINUES TO BE DESTROYED OVER WHAT NEVER EVEN ∧

THE DENTAL HYGIENIST SCHEDULED ME FOR AN APPOINTMENT ON 05/05/09 AT 10:30 AM. I CAN NOT BE AT TWO DIFFERENT PLACES AT THE SAME TIME. C.O. BILL WAS IN OUR UNIT 1 POD'S "CONTROL CAGE" WAS SUPPOSE TO CALL "DENTAL" & INFORM THEM THAT I COULDN'T BE THERE, & TO RESCHEDULE ME FOR A LATER APPOINTMENT, BUT SHE NEVER DID. WHEN I DID MY "FOLLOW-UP" WITH HER AFTER MY THERAPY SESSION, I FOUND OUT THAT SHE HAD NEVER CALLED "DENTAL". SHE THEN CALLED THEM.

THE DENTAL HYGIENIST CHARGED ME FOR A "NO-SHOW", & WOULD NO RE-SCHEDULE ME FOR AN APPOINTMENT (WHICH CAN TAKE YEARS!). PLEASE, CREDIT MY INMATE FUNDS FOR A "NO-SHOW", & RE-SCHEDULE ME FOR AN APPOINTMENT WITH A DENTAL HYGIENIST— AS SOON AS POSSIBLE !!!—Michael N. Collins

(NOTE: IT IS A FAR "BEYOND SAD" SAD COMMENTARY THAT "NONE" !!! ABSO-LUTELY NONE" OF MY GRIEVANCES HAVE BEEN GIVEN "ANY RELIEF BY DOC.)

ON 05/06/09 C.O. COMBS, IN OUR CTCF MAILROOM, ILLEGALLY
WITH HELD MY "DICTIONARY & THESAURUS," SENT TO ME BY MY SON DARBY.
THIS IS THE EXACT SAME "DICTIONARY & THESAURUS" SENT TO ME PRE-
VIOUSLY THAT WAS "ILLEGALLY SIEZED" FROM ME IN LIVING UNIT 3, DUR-
ING A "HARASSMENT SHAKE DOWN," AS DONE PREVIOUSLY, MY CURRENT
"DICTIONARY" WAS SENT TO ME BY AN "ON-LINE" BOOK DISTRIBUTOR WITH A
"PAID "SHIPPING STATEMENT ENCLOSED. I WAS ABLE TO RECEIVE THAT
"DICTIONARY & THESAURUS," BECAUSE C.O. COMBS WAS NOT "ON DUTY" IN THE MAILROOM.

I HAVE ASKED C.O. COMBS, "HOW DOES A PSYCHOPATHIC THIEF NUT CASE"
LIKE YOU REMAIN "ON THE LOOSE" IN OUR CTCF MAILROOM". I HAVE TOLD
C.O. COMBS, "YOU NEED TO BE IN JAIL." "90%" OF THE "ILLEGAL THIEVING
& SIEZING" IN OUR CTCF MAILROOM IS DONE BY C.O. COMBS WITH SMUG IMPUNITY.

WHEN C.O. COMBS HAS BEEN "ON DUTY" IN OUR CTCF MAILROOM, I HAVE
HAD "LEGAL PAPERS "DUMPED" OUT OF THIER FILE FOLDERS, & THE FILE FOLD-
ERS SIEZED; I HAVE HAD EXPRESS MAIL "LEGAL DOCUMENTS & COPIES "RECEIVED
BY CTCF "NEXT DAY" SIT IN OUR MAILROOM FOR A HAVE HAD ABOUT "½ A FOOT
HIGH" OF "LEGAL COPIES "DUMPED" OUT OF THIER SHIPPING BOXES, & THE EN-
CLOSED "LEGAL COPIES" "TRASHED". OTHER INMATES HAVE TOLD ME (AGAIN &
AGAIN) THAT THEY WERE ABLE TO RECIEVE THIER "LEGAL PAPERS" INSIDE OF
FILE FOLDERS; THIER "LEGAL COPIES" INSIDE OF SHIPPING BOXES, I HAVE
BEEN "TARGETED" FOR "RETALIATION"; IN PARTICULAR BY C.O. COMBS Michael N.
Welkin.

"GENERAL" GRIEVANCE (STEP I; 05/06/09)  "GENERAL" GRIEVANCE (STEP I;
05/12/09): AT 2:30PM "MOVEMENT" ON 05/12, I ATTEMPTED TO RESOLVE
WHATEVER "ISSUES" THAT SGT. BRADFORD HAS WITH ME; HOWEVER, HE BE-
CAME VERY ANGRY, & BEGAN TO USE PROFANITY. I TOLD HIM THAT THIS WAS-
N'T GOING ANYWHERE," & I HAD TO WALK AWAY FROM HIM. AT 05/11
NIGHT LAWNDAY "TURN IN", SGT. BRADFORD TOLD ME THAT NO JACKETS WERE
BEING TURNED IN"; THAT JACKETS WERE ONLY BEING "TURNED IN "ONCE A
MONTH (BECAUSE IT WAS SUMMER"), & THE JACKET "TURN IN" WOULD BE
"POSTED". NONE OF THESE THINGS WERE TRUE.

IT HAS BEEN SEVERAL WEEKS, SINCE OUR "LAWNDAY WINDOW" WOULD

USE MY JACKET FOR CLEANING. MUCH OF WHAT SGT. BRADFORD
TOLD ME WAS NOT TRUE! I MET WITH CASE MANAGER EVANS DURING
THE AM ON 05/12, WHEN THE "LAUNDRY" CONFIRMED TO US THAT JAC-
KETS CAN BE TURNED IN" FOR CLEANING EVERY TUESDAY & FRIDAY.

SGT. BRADFORD "WENT OFF" ON MY CELLIE, RICKY SALAZAR, WHEN HE
ATTEMPTED TO GET MY LAUNDRY, FOR ME AT "PICK UP." SGT. BRADFORD
VERY ANGRILY RECOUNTED "INCIDENTS" FROM MANY 8 "MONTHS, & EVEN
YEARS, AGO WHEN HE HAS BEEN "ALL OVER ME" WITH OTHER C.O.'S. SGT.
BRADFORD HAS VERY ANGRILY "TARGETED" ME FOR RETALIATIONS AT HIS
EVERY OPPORTUNITY.   ———— Michael N Collins

[NOTE: AT THE URGING OF MY CASE MANAGER, MR. EVANS, THE ABOVE
GRIEVANCE WAS "WITHDRAWN & HANDLED" WITHIN OUR UNIT I, BY HIM-
SELF & LT. HOLLOWAY (UNIT I COMMANDER). SGT. BRADFORD HAD HIS
"ASS CHEWED." HOWEVER, I STILL HAVE NOT BEEN ABLE TO GET MY JACKET CLEANED.]

"GENERAL" GRIEVANCE (STEP I; 05/13/09): INMATE MATTHEW
FISHER PHYSICALLY ATTACKED ME, WHEN WE WERE INCARCERATED AT BOTH
FREMONT & BUENA VISTA C.F. INMATE FISHER "RUNS HIS MOUTH & TALKS
SMACK" A LOT BETTER THAN HOW HE FIGHTS. I DID "MORE THAN ALRIGHT" IN
DEFENDING MYSELF. IT WAS SUPPOSE TO HAVE HAD BEEN ENTERED IN "DOC'S
COMPUTER" AFTER BOTH OF OUR FIGHTS, THAT WE COULD NO LONGER BE IN THE
SAME FACILITY TOGETHER. HOWEVER, INMATE FISHER IS NOW IN THE SAME POD,
AS I AM HERE AT CTCF.

INMATE FISHER BREACHED HIS "AGREEMENT OF CONFIDENTIALITY," &
BROUGHT "MUCH AGAINST ME" BACK TO OUR POD FROM OUR "ANGER MANAGE-
MENT" THERAPY. AT LEAST IN PART, THIS NECESITATED MY BEING "DROPPED"
FROM THESE SESSIONS. MATTHEW FISHER IS A SCARED, SPOILED LITTLE
WHITE BOY, WHOSE MOTHER SENDS HIM WHATEVER THAT HE WANTS.

IN THE UPPER TIERS, "THE HOMMIES" WERE FORCING HIM TO "GIVE UP" HIS
CANTEEN BACKS & WERE "BANKING HIM". FISHER "RUNS HIS MOUTH," & BRINGS
"MUCH TROUBLE" ON HIMSELF. AS A DIVERSION INMATE FISHER IS NOW
TALKING "MUCH SMACK" ABOUT ME. HE HAS HAD SEVERAL CONFRONTATIONS

WITH ME THAT COULD EASILY HAVE WINGS IVIL RIGHTS, MATTHEW RUTA
FISHER IS A MANIPULATIVE, LYING, & INCORRIGIBLE THIEF; "NOTHING
BUT TROUBLE" THAT NEEDS TO BE MOVED SOMEWHERE ELSE - SOON!!!

"GENERAL" GRIEVANCE (STEP III; C-CT 08/09-332, 05/14/09): BURL
MC CULLAR (STEP II RESPONDER) & CHARLES OLIN (STEP I RESPONDER),
CHOSE TO EVADE "THE ISSUES"; CHOSE TO MAKE ME "THE ISSUE". ALRIGHT,
SINCE MY "CASE" HAS BEEN MADE AN ISSUE: MY "CRIMINAL PROCEEDINGS" WERE
ALWAYS ABOUT ONLY ONE DAUGHTER, JEANETTE, WHO UNDERWENT "DEEP
THERAPY & COUNSELING" TO "BREAK DOWN BARRIERS & FIND IMAGES" OF WHAT
NEVER EVEN HAPPENED. FALSE IMAGES WERE IMPLANTED IN HER MIND. SHE
TOTALLY RECANTED HER TRIAL TESTIMONY YEARS AGO TO BECOME, ALONG
WITH HER SISTERS, ONE OF MY STRONGEST SUPPORTERS.

THE ESSENTIAL FACTS ARE THAT I HAVE OFFENDED AGAINST NO ONE (CER-
TAINLY NOT MY OWN DAUGHTERS!)! THE "REAL & GENUINE" RECIDIVISM RATE FOR
THOSE MEN & WOMEN THAT HAVE UNDER GONE YOUR SEXUAL "REHABILITATIVE
PROGRAMS" (SO-CALLED) IS FAR LIGHTER THAN THAT FOR THOSE MEN & WOMEN
WHO HAVE NOT. EVERY THING ABOUT YOUR "SEXUAL OFFENDER" PROGRAMS
ARE "PSYCHO-BABBLE, PSEUDO-SCIENCE LIE, SHAM, & FRAUD!" IT IS ALL
ONLY ABOUT THE MONEY!

PATRICIA "BUD'S" (KNOWN DERISIVELY AS "BUTTS, BREASTS, VAGINAS &
DICKS" BY HER OWN STUDENTS) MONTEZ SEES EVERY PICTURE, OF EVERY
MAN, WOMAN, & CHILD DOING OR NOT DOING EVERYTHING OR NOTHING, AS
SOMEHOW "SEXUALLY WRONG." PATRICIA "BUD'S" MONTEZ IS AN OBVIOUS
"SEX ADDICT" HERSELF. IN PARTICULAR, SHE HAS TARGETED MY MAIL FOR
SEIZURE! PATRICIA "BUD'S" MONTEZ NEEDS TO BE KEPT AWAY FROM EVERY-
BODY'S MAIL; IN PARTICULAR, MY OWN MAIL!!! — Michael N. Collins

"GENERAL" GRIEVANCE (STEP III; CT 08/09-765, 05/14/09): WHEN ANY
C.O.(S) FREELY IGNORE COLORADO DOC "AR'S" (ADMINISTRATIVE REGULATIONS);
FREELY IGNORE & BREAK "MANY!" LAWS EVERYDAY TO "ENFORCE THE LAW," THEN
THE LAW IS NO MORE. WE HAVE "ALL!" ONLY BECOME "TRIBES OF SAVAGES." WE
ALL! "CANNOT BE LYING! LT. HEIDENTHAL IS A PSYCHO-PATHIC "NUT CASE",

UNTIL UNLAWFUL "UNITS", UNHEARD OF COMMANDS ANYBODY AT ANY TIME.

I SUFFERED many $\delta$ "SADISTIC BRUTALITIES" AT THE HANDS OF UNIT 3 C.O.'S, VIRTUALLY ALL OF WHICH WERE "ORCHESTRATED $\delta$ DIRECTED" BY LT. HEIDENTHAL; I OFTEN HEARD FROM "HARASSING $\delta$ ABUSING" C.O.'S THE PHRASES: LT. HEIDENTHAL, THE "LT.", "MR. BOSS" IS MAKING US DO IT"; IN PARTICULAR, DUR-ING "HARASSMENT CELL SHAKEDOWNS $\delta$ INSPECTIONS," VIRTUALLY EVERY DAY $\delta$ NIGHT

THIS GRIEVANCE IS ABOUT "THE NOW" CURRENT EVENTS. MY WORST UNIT 3 SADISTIC "HARASSERS $\delta$ ABUSERS" ARE NOW "MALICIOUSLY $\delta$ INTENTIONALLY" "RUN-NING THEIR MOUTHS" (GOSSIPING) ABOUT ME; ABOUT THE DETAILS OF MY "CASE"; ABOUT MY ATTEMPTS TO SUPPORT "LAW ENFORCEMENT" (BY REVEALING MUCH ABOUT UNIT 3 EXTORTIONS, ASSAULTS, $\delta$ THIEVING). THE WORST "MA-LICIOUS GOSSIPS" ARE: SGT ADAMIC, SGT HALL $\delta$ STEENBERGEN (NOW "SECUR-ITY"), C.O. CRUZ $\delta$ GROOMS. THIS IS TO "BRING MUCH TROUBLE" ON ME. STOP THE CONTINUED RETALIATIONS AGAINST ME. — Michael N Cullins

"GENERAL" GRIEVANCE (STEP III; CT 08/09-739, 05/15/09): THE "ISSUE" HAS NOT BEEN ADDRESSED $\delta$ RESOLVED. THE ILLEGAL $\delta$ THIEV-ING $\delta$ SIEZING $\delta$ MISPLACING $\delta$ LOSING $\delta$ OF MY MAIL CONTINUES UN-ABATED; OF EVERY INMATE'S MAIL AT CTCF CONTINUES UNABATED. NO BADGE, NO "A.R." (ADMINISTRATIVE REGULATION), NO LAW CAN BE USED AS A SHIELD, AS A CLOAK FOR WRONG DOING. "THE LAW" CAN NOT BE UP-HELD BY BREAKING "many $\delta$" LAWS.

I HAVE NOW HAD AN OXFORD COMBINATION "DICTIONARY $\delta$ THESAURUS"; SIEZED $\delta$ WITH HELD FROM ME, BY OUR CTCF MAILROOM. THIS IS THE EXACT SAME BOOK, SENT TO ME IN THE EXACT SAME MANNER ("ILLEGALLY $\delta$ SIEZED $\delta$" DURING A "HARASSMENT SHAKEDOWN" IN UNIT 3), ONLY A FEW MONTHS AGO, HERE AT CTCF THAT I WAS ABLE TO RECEIVE, IN VIOLA-TION OF A COLORADO DISTRICT COURT JUDGE'S ORDER. MY FAMILY MAIL CONTINUES TO BE ILLEGALLY $\delta$ SIEZED $\delta$ SOLELY BECAUSE IT IS MY FAMILY MAIL.

IN VIOLATION OF COLORADO DOC "AR'S" MUCH OF MY MAIL IS ILLEGALLY $\delta$ SIEZED $\delta$ WITH HELD $\delta$ FROM ME, WITHOUT MY HAVING RECEIVED A "NOTICE OF REJECTION/DISPOSITION OF MAIL" FORM. IN MY NOW OVER 2½ YEARS

AT CTCF, I HAVE NOW HAD WELL OVER "500" PIECES OF MAIL
"ILLEGALLY" SIEZED & "THIEVED" BY OUR CTCF MAILROOM. I HAVE
BEEN & CONTINUE TO BE "TARGETED" BY THE COLORADO DOC FOR RETALIA-
TIONS IN EVERY CONCEIVABLE MANNER; IN PARTICULAR & ESPECIALLY, THE
"ILLEGAL" THIEVING & SIEZING & MISPLACING & LOSING OF MY MAIL.    _Michael W Gillis_

"GENERAL" GRIEVANCE (STEP III; C-CT 08/09-367, 05/15/09): THE
ISSUES THAT I HAVE RAISED CONTINUE TO BE IGNORED. I AM A "777" JESUS
CHRIST WITNESSING DISCIPLE. NO OTHER MAN, NO WOMAN (OTHER THAN MY
WIFE) EITHER PUTS THEIR HANDS ON MY PRIVATE MAN BODY PARTS OR VIEWS
THEM. ON 02/26/09, I, ALONG WITH EVERYBODY ELSE IN OUR UNIT 1, WAS
SUBJECTED TO BEING "STRIP SEARCHED" (AGAIN & AGAIN) IN FULL VIEW OF WELL
OVER "500" MEN & WOMEN C.O. & MEDICAL "GAWKERS". THIS WAS GREATLY DEMEAN-
ING, DEBASING, & DEHUMANIZING, BOTH TO MYSELF & MANY OTHER MEN. I, WE,
ARE MEN & NOT "LESSER ANIMALS"!

OUR DEBASEMENT WAS BOTH UNNECESSARY, & INEFFECTUAL. EVERY FEW
MONTHS, WE ARE NOW "ON-GOING" BEING SUBJECTED TO MASS "STRIP SEARCHES"
(AGAIN & AGAIN) ON THE SAME DAY, CLOTHES BEING LAUNDERED & INFECTED IN-
MATES PUT IN ORANGE JUMPSUITS FOR A FEW HOURS, & SO ON. INFECTED IN-
MATES NEED TO BE QUARANTINED. WE ALL USE THE SAME TOILETS & URINALS,
SINKS & SHOWERS, TABLES & STOOLS; EAT IN THE SAME MESS HALLS, OFF THE
SAME FOOD TRAYS, WITH THE SAME EATING UTENSILS. ONLY BY THE QUARANTIN-
ING UP INFECTED INMATES, IN THEIR OWN POD, WITH THEIR LAUNDRY & MEALS
SEPARATE FROM OUR OWN, CAN "MRSA" BE CONTROLLED. THE COLORADO DOC
NEEDS TO TAKE "FULL MEASURES", & NOT "QUARTER MEASURES."    _Michael W Gillis_

"MEDICAL" GRIEVANCE (STEP II; O-CT 08/09-792, 05/19/09):
COLORADO DOC MEDICAL DENIES "THE UN-DENIABLE." ON 05/15/09, I
WROTE & SUBMITTED THE FOLLOWING "MEDICAL KITE": THE "MED-LINE" NURSES
HAVE REFUSED TO ISSUE ME MY REPLACEMENT "NITRO-GLYCERIN" PILLS,
WITH NEW PRESCRIPTION "LABELS & EXPIRATION" THAT MAKES THEM "LEGAL", SO
THAT C.O.'S WILL NOT SIEZE THEM: CAN I NOW "PICK UP" MY REPLACEMENT
NITRO-GLYCERIN PILLS"? IS ALL NEEDED PRESCRIPTION "INFO" BY MY PRO-

VIDER" NOW IN THE COMPUTER" !!JUSTICE WILL NOT !!PREVAIL!!! (42 OF 42)

I RECEIVED A RESPONSE DATED 05/16/09 (A "NEXT DAY" RESPONSE IS VERY UNUSUAL, USUALLY IT WILL TAKE WEEKS TO GET A RESPONSE FROM MEDICAL, IF EVER) FROM M. RUDNICK (?, ILLEGIBLE), LPN STATING: PICK THEM UP DURING SELF-MED CARD EXCHANGE. IN ONE SUCCINCT SENTENCE, MY MEDICAL KITE RESPONDER RESOLVED A "MAJOR ISSUE" RAISED IN MY STEP I GRIEVANCE, WHICH DOC'S GRIEVANCE RESPONDER, MARSHALL GRIFFITH (DESIGNEE OFFICE OF THE AIC CADA INMATE COORDINATOR) DENIED IN A TWO PAGE "MASTERPIECE OF OBFUSCATION." OBVIOUSLY "STANDARD PHRASES" WERE PULLED OUT OF THE "COMPUTER" IN A "PATCHWORK." A DOC GRIEVANCE RESPONDER NEEDS TO ADDRESS "MY" "RAISED ISSUES, SPECIFICALLY AS RAISED. THANK YOU, Michael W. Cullens

(AS NOTED PREVIOUSLY: IT IS A FAR "BEYOND SAD" SAD COMMENTARY, IN & OF ITSELF, THAT "NONE !" ABSOLUTELY "NONE !" OF MY GRIEVANCES, "ALL !" OF WHICH HAVE MERIT, SOME TO RESOLVE "LIFE THREATENING" ISSUES, "NONE !" HAVE BEEN GIVEN ANY RELIEF OR REMEDY BY THE COLORADO DOC.)

NO COLORADO "CORRECTIONAL FACILITY", NO "CORRECTIONAL FACILITY" ANYWHERE THROUGHOUT OUR "US OF A" IS, IN REALITY, A "CORRECTIONAL INSTITUTION." THESE ARE MISNOMERS. THEY ARE PRISONS; WAREHOUSES WHERE OUR "US OF A'S" INCORRIGIBLES, DECENT SOCIETY'S "SCUM OF THE EARTH," ARE HOUSED & SEASONED. PRISONS ARE ALL "INSTITUTIONS OF CRIMINAL LEARNING," WHERE MEN & WOMEN BECOME "CONNECTED" WITH THOSE OF LIKE MIND TO BECOME BETTER & MORE SKILLED AT THEIR CRIMINAL PROFESSIONS.

FACT: THE REAL & GENUINE" RECIDIVISM RATE, FOR ALL TYPES OF CRIME, BY COLORADO DOC "GRADUATES" IS AROUND 90% FACT: EASILY 50% OF THE INDIVIDUALS NOW BEING SENTENCED TO DOC ARE FOR SOME TYPE OF SEX CRIME. FACT: THERE IS NOW NO DEFENSE FOR THIS TYPE OF CRIME. JUST AN ACCUSATION MEANS SOMETHING OF CONVICTION. FACT: AROUND 90% OF THE INDIVIDUALS NOW BEING SENT TO COLORADO DOC, IN REALITY, COMMITTED NO CRIME "NONE !" WERE INVOLVED WITH THEIR PEERS IN CONSENSUAL ACTIVITIES; OR WERE "SELF USING" DRUGS (THE CRIME IS THAT THIS IS A CRIME). IF YOU ARE NOT A CRIMINAL WHEN YOU ENTER DOC, YOU WILL BE WHEN YOU LEAVE DOC. THE COMPLETE LACK OF ANY COLORADO DOC ADMINISTRATIVE REMEDY THROUGH GRIEVANCES (DOC LIES, DENIES, & OBFUSCATES) MAKES "ALL" MEN X "WORSE.

"THE OLD DOG"

VIRTUALLY EVERY DAY, I AM RETALIATED AGAINST, BY THE COLORADO DOC IN EVERY CONCEIVABLE MANNER (DOC'S SCHADENFREUDE). I FULLY EXPECT TO BE KILLED AT ANY TIME. I DON'T KNOW IF YOU WILL BE ABLE TO RECEIVE WHAT I NOW WRITE TO YOU. I PRAY THAT YOU WILL. I PRAY FOR OUR COLLINS FAMILY.

VIRTUALLY EVERY DAY, OUR CTCF MAILROOM "ILLEGALLY" THIEVES & SEIZES" MUCH OF MY MAIL (SOME IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER). "THE LAW" CAN NOT BE UPHELD BY BREAKING LAWS. IN THE END, RIGHT & JUSTICE WILL PREVAIL FOR OUR COLLINS FAMILY, IF NOT IN THIS LIFE THEN IN THE LIFE TO COME. MY & OUR GOD WILL MAKE IT SO. MY & OUR GOD "WALKS MY WALK WITH ME" EVERY DAY.

IN "IMMINENT EXPECTATION OF DEATH", I NOW WRITE: IN THE END JUSTICE WILL PREVAIL; OUR COLLINS FAMILY WILL PREVAIL. KAREN LOUISE & I (IF SHE WOULD HAVE ME) WILL ONCE AGAIN BE MARRIED. I LOVE HER MUCH. KAREN LOUISE IS THE WORLD'S GREATEST FRIEND & LOVER, MOTHER & GRANDMOTHER. I AM JUST "THE OLD DOG."

GOD SEND BLESSINGS TO KAREN LOUISE; TO THE "ALL" OF OUR COLLINS FAMILY; TO THE "ALL" OF MY SONS & DAUGHTERS, GRAND SONS & GRAND DAUGHTERS: DAREN & REBECCA, MATTHEW & JOHN, MELISSA & SARAH; CHRISTINE & CHRISTOPHER, TYLER & BAILEY; LAURA & J, WREN & ZAYNE; JACK & ADRIAN, JACOB & RYAN & CHASE; JOHN & BECKY; "THE JEANIE." I LOVE YOU "ALL" & FAR BEYOND LOVE "LOVE YOU "ALL" IN THE END, WHAT IS "GOOD & RIGHT" WILL "ALWAYS" PREVAIL. WHO-RAH!!!

I LOVE MY & OUR COLLINS FAMILY; LOVE MY & OUR OMNIPOTENT, OMNI-PRESENT & OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY; LOVE MY & OUR "GOOD OL' US OF A," WHERE IN THE END JUSTICE "ALWAYS" PREVAILS (AFTER ALL, OUR'S IS "THE MOM, APPLE PIE, & AMERICAN FLAG ON THE 4TH OF JULY" AMERICA), TO THE "GIVING UP" OF MY OWN LIFE. MY MARK IS "777!!!" MY FAMILY IS COLLINS! MY GOD IS "REAL!" GOD! MY COUNTRY IS "AMERICA!; WHERE IN THE END, JUSTICE "ALWAYS" PREVAILS!!!

...UNDER THIS SIGN, UNDER THIS NUMBER NAME, I CON CROSS SYMBOL, UNDER THESE "SPIRIT PROMPTED" REVEALED WORDS" OUR COLLINS FAMILY"; OUR "BODY OF CHRIST" WILL

MY EYE "777" IS GOD'S INTO YOUR EYE "&" PERFECT NUMBER MY ARM "777" IS THE INTO YOUR NUMBER NAME ARM OF JESUS CHRIST IN THE BOOK OF REVELATION. "777" OR JESUS CHRIST DELIVERS FROM & CONQUERS OVER THE BEAST OR "666". THE BEAST CAN MANIFEST HIMSELF IN ANY FORM, GOD CAN MANIFEST HIMSELF IN ANY FORM. GOD MANIFESTS HIMSELF AS GOD MANIFESTS HIMSELF AS JESUS CHRIST.

...ONTO YOUR ARM... PREVAIL EYE INTO EYE, PREVAIL ARM ONTO ARM; PREVAIL THE THREE FINGER "W" ALL MEAN TRINITY "OMNI" MY & OUR GREAT GOOD GOD ALMIGHTY. GOD IS OMNIPOTENT OMNI PRESENT, OMNISCIENT; GOD IS "OMNI" GOD, GOD IS "TRINITY" GOD, GOD IS "SPIRIT ENERGY." GOD IS EVERY COLOR; YET GOD IS NO COLOR. THE GOD OF THIS WORLD IS THE "RADIANT ENERGY" OF THE SUN, THE "SPIRIT ENERGY" OF THE SON JESUS CHRIST...I HAVE YOUR BACK

From "The Holy Michael W Collins 01/28/09

JESUS CHRIST IS GOD, GOD IS JESUS CHRIST. GOD IS "SPIRIT ENERGY" & HAS NO "PHYSICAL IMAGE", MAN WAS CREATED IN GOD'S "SPIRITUAL IMAGE," TO LUST AFTER THE PHYSICAL, THE CARNAL, IS TO DIE. TO LOVE AFTER THE SPIRITUAL, THE ETHEREAL, IS TO LIVE. TO FIGHT THE GOOD FIGHT, TO STAY THE COURSE FOR & AFTER WHATEVER THINGS ARE TRUE, NOBLE, JUST, FOR & AFTER WHATEVER THINGS PURE, LOVELY, ARE OF GOOD REPORT; TO MEDITATE ON ANY VIRTUE & ANYTHING PRAISEWORTHY IS TO OBTAIN A STATE OF "ETHEREAL EUPHORIA" LOVE BEARS ALL THINGS, BELIEVES ALL THINGS, LOVE HOPES ALL THINGS, ENDURES ALL THINGS. LOVE NEVER FAILS. PLEASE, GOD.

(left margin vertical text) I AM. JESUS CHRIST, WHO-AM-I, "GOD" WHERE EVER I AM, WHERE EVER I AM, "PLEASE GOD" STAY AWAY FROM & OF THESE REVEALED "SPIRITS OF GOD" SPIRITS OF GOD

GOD, I JUST HAD NO WAY OF DOING WHAT NEEDS TO BE DONE. AND
Michael N. Collins
THEN WE WENT ON "LOCKDOWN" FROM TUESDAY THROUGH FRIDAY. I THEN
HAD "ALL OF THE TIME IN THE WORLD" TO READ, WRITE, STUDY, WATCH "TBN"
TV, PONDER, MEDITATE, & PRAY. GOD, THERE WAS TOO MUCH NOISE; I NEED-
ED QUIET. AND THEN "BUGS" "COLLIE MOVED. THEN HE WAS NO LONGER A
"CAMPING OUT" IN OUR "HOUSE" "NOISE SOURCE." AND THEN "THE COPPERS" WHO
"SHOOK US DOWN" DISTURBED MY "STASHES" NOT ENOUGH TO FIND MY SETS
OF EARPLUGS, BUT JUST ENOUGH SO THAT I COULD FIND WHERE I HAD
HIDDEN THEM AGAIN. THEN I "REALLY" HAD ABSOLUTE & TOTAL QUIET. GOD,
I KEEP EXPERIENCING YOUR "FAVORABLY INTERVENING" HAND. GOD, THANK YOU.
   GOD, I DON'T HAVE "VISIONS"; CAN NOT PREDICT THE FUTURE. I CAN NOT
READ MINDS. WHAT I DO IS TO "TIE IN" OR "TAP IN" TO YOUR "GOD CONSCIOUSNESS"
INTO BOTH THE "UNIVERSAL & INDIVIDUAL CONSCIOUSNESSES" OF PERSON-
KIND. GOD, THERE ARE "DOG WHISPERERS" I AM A "PEOPLE WHISPERER" I
CAN THINK PRETTY MUCH WHAT OTHERS THINK THROUGH THEIR "FEELINGS OR EMOTIONS",
THROUGH "THEIR SPIRITUAL CONSCIOUSNESSES" I CAN COMMUNE THROUGH MY "SPIRIT
INTELLIGENCE", MY "SPIRIT MIND CONSCIOUSNESS OR ENTITY", MY "SPIRIT EN-
ERGY" WITH BOTH EVIL INDIVIDUALS & GROUPS; WITH BOTH GOD'S INDIVIDUALS & GROUPS.
   I CAN FEEL "SPIRIT THINK" PRETTY MUCH WHAT OTHERS FEEL, "SPIRIT THINK"; CAN
HAVE MUCH "EMPATHY UNDERSTANDING"; CAN PUT MYSELF WITHIN THE "SPIRITUAL
CONSCIOUS" MIND OF ANYBODY. ANYBODY CAN DO THIS. HOWEVER, THIS IS NOW MY
PARTICULAR GIFT FROM YOU, GOD, THAT I AM HONING INTO "DILIGENTLY APPLIED"
USEFULNESS. I CAN FEEL "SPIRIT THINK" BOTH WHAT EVIL IS DOING, & WHAT EVIL
WANTS TO BE DOING; HOWEVER, OFTEN I CAN MAKE NO DISTINCTIONS BETWEEN DO-
ING, & WANTING TO BE DOING. GOD IS ONE-IN-THE-SAME. THERE IS NO DISTINC-
TION BETWEEN DOING GOOD, & WANTING TO BE DOING GOOD. WITH BOTH GOOD &
GOD, BEING ONE-IN-THE-SAME, IT IS THE THOUGHT & FAITH THAT COUNTS. I NOW
LIVE THROUGH MY (BUT) THOUGHTS & FAITH. THROUGH (NOW) I HAVE NO ONE & NO THING;
YET I POSSESS EVERY ONE & EVERYTHING THROUGH BOTH MY THOUGHTS & FAITH.
   THROUGH MY FAITH, & NOT OF MY WORKS (LEAST, I BOAST); THROUGH YOUR GRACE
GOD, I NOW PRAY "STRONG OF FAITH" THAT OUR "MAJOR MIRACLE" HAPPENS NEXT SAT-
URDAY (03/21/09). A DATE & MY PLACE OF "MANY 7'S"; OF YOUR MUCH 6777888 POWERS.

ALMIGHTY GOD, "THIS IS THE DAY FOR OUR "MAJOR MIRACLE" TO NOW HAPPEN. TODAY IS 03 (21), WHICH IS 7+7+7 THAT IS "777 888"/2009. 03 PLUS 2009 = (14), WHICH IS 7+7 THAT IS "77 88" MY & OUR MAJOR "BRIEF & FINDINGS" PETITIONING & ADDRESSING THE U.S. DISTRICT COURT OF JUDGE CHRISTINE M. ARGUELLO IS WRITTEN UNDER THE "NUMBER NAME" OF "777 888"; IS WRITTEN UNDER THE DATE OF 03 (21)/09, WHICH IS 777 PLUS 77 THAT = 77777 888

MY CELLIE'S NAME IS ANTHONY (7 LETTERS) TROXELL (7), WHICH IS (14) LETTERS, MY NAME IS MICHAEL (7 LETTERS) COLLINS (7), WHICH IS (14) LETTERS. I CONTINUE TO LIVE IN CELL (14). THE MAILING ADDRESS OF CTCF CONTINUES TO TOTAL (21): P.O. BOX 1010... 01215 - 1010 = (21), WHICH IS 7+7+7 THAT IS "777 888" TODAY, THIS DAY & PLACE IS FILLED WITH "MANY 8 & MUCH 8 7's 8" SIGNIFICANCE; WITH "MANY 8 & MUCH 8 7's 8" POWER: 21 "7's 8 PLUS 18" THAT I AM NOW ABLE TO DISCERN, WHICH IS "777777777777777777777 888888888"

ALMIGHTY GOD, "7 8" IS YOUR GOD'S OWN NUMBER; THE "SIGN OF PERFECTION," WITHOUT FLAW OR BLEMISH, "777 888" IS THE COMPLETE "SIGN OF PERFECTION, ABSOLUTELY & TOTALLY WITHOUT FLAW OR BLEMISH, WHICH IS THE "NUMBER NAME" OF JESUS CHRIST THAT CORRESPONDS TO & EXACTLY FITS "THE WORD OF GOD," ACCORDING TO JEWISH GEMATRIA," WITHIN YOUR APOSTLE JOHN'S BOOK OF REVELATION. "777 888" IS THE "NUMBER NAME" OF JESUS CHRIST, FILLED WITH "MANY 8 & MUCH 8" SIGNIFICANCE; FILLED WITH "MANY 8 & MUCH 8" POWER THAT DELIVERS FROM & CONQUERS OVER THE BEAST'S "666". MY "MARK 8 THAT I WEAR EVERY WAKING HOUR. (IS "777 888")

ALMIGHTY GOD, UNDER, BY, & THROUGH THE "MANY 8 & MUCH 8" SIGNIFICANCE & POWER OF "777 888" MY & OUR COLLINS FAMILY NOW PREVAILS 8 "IN THIS WORLD, "IF YOU HAVE A LOT OF MONEY THEN YOU HAVE A LOT OF POWER." IN THIS WORLD, "IF YOU HAVE THE BUCKS YOU WALK, & IF YOU DON'T YOU ROT." ALMIGHTY GOD, I NOW PRAY STRONG OF FAITH "THAT THIS DAY OUR "MAJOR MIRACLE" NOW HAPPENS, THIS DAY, THAT (PLEASE, GOD,) THIS DAY MY BROTHER TOM & I NOW WIN A "MAJOR LOTTERY" FOR A LOT 8 OF "777 888" (MONEY).

ALMIGHTY GOD, THIS WILL BE "YOUR DOING IT," & NOT US; TO ACCOMPLISH YOUR GOOD WORTHY" PURPOSES. GOD, THIS WILL BE BY & THROUGH YOUR NAME, & FOR YOUR GLORY TO ACCOMPLISH MY DELIVERANCE, TO DELIVER MY & OUR FAMILY TO "BIRTH & GROW" & OUR "777 JESUS CHRIST "CHURCH. GOD, THIS WILL BE BY & THROUGH MY (BLOOD) FAITH SO MUCH THE MORE, BY & THROUGH "YOUR GRACE & "NOT" OF OUR WORKS (LEST WE...

GOD, THANK YOU. I JUST DID NOT HAVE ANY WHERE "NEAR THE TIME" THAT I NEEDED TO DO WHAT NEEDED TO BE DONE. FOR THE BETTER PART OF A WEEK, WE WENT ON A "FACILITY LOCKDOWN"; FOLLOWED BY A FULL WEEK OF "THE WRAPPERS", WHICH I AM ONE OF (I AM THE "BEST WRAPPER" IN THE "WRAP BUSINESS"), BEING "LAID OFF" WE RAN OUT OF "RINGS", & HAVE BEEN UNABLE TO GET ANYMORE. GOD, THESE HAVE GOT TO BE "MORE THAN COINCIDENCE" MIRACLES AGAIN. FOR WELL OVER TWO FULL WEEKS NOW, I HAVE HAD "ALL OF THE TIME IN THE WORLD TO READ, WRITE, WATCH "GOOD & UPLIFTING" TV PROGRAMS, STUDY, PONDER, PRAY, & MEDITATE. GOD, YOU ARE, INDEED & TRULY, MY & OUR GOD.

GOD, THANK YOU THAT I "SPIRIT SPOKE" THE "RIGHT WORDS", WHEN I MET WITH THE FEDS" & "CID" (CRIMINAL INVESTIGATIONS DIVISION) LAST WEEK. THIS ONE" REALLY CAN GET ME KILLED. I WILL WRITE "SPECIFICS" TO "THE FEDS". I NEED TO "USE DISCRETION" FOR "THIS ONE". I DO NOT THINK THAT "THIS ONE" WILL GET ME KILLED, BUT I NEED TO NOT "TEMPT FATE". GOD, YOU ARE, INDEED & TRULY, MY & OUR GOD. YOU ARE MY & OUR OMNIPOTENT, OMNIPRESENT, OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY. YOU WALK MY WALK WITH ME, (GOD) STRENGTHEN & FILL ME WITH COURAGE & SAGE WISDOM; THE RESOLVE TO DILIGENTLY APPLY MYSELF.

GOD, THANK YOU. I "FOR SURE" KNOW THAT YOU WILL NOT ALLOW ME TO DIE AN "ALONE & BROKEN" OLD MAN IN JAIL & PRISON, OR "ON THE STREETS". GOD, YOU CREATED & INSTILLED WITHIN ME COMPELLING NEEDS TO BE OF SIGNIFICANCE; TO BOTH LOVE, & BE LOVED; TO BE THE BEST HUSBAND, FATHER, & GRANDFATHER AROUND; TO LIVE WITHIN, & BE ONE WITH THE "BODY OF CHRIST"." "NONE" OF THESE THINGS CAN HAPPEN, AS OF THE "NATURAL ORDER OF THINGS" IN THE "BELLY OF THE BEAST." ALL & "OF THESE THINGS CAN & WILL HAPPEN, AS OF THE "NATURAL ORDER OF THINGS" OUTSIDE OF PRISON WORLD" & IN THE "FREE WORLD". GOD, WITH EVERY FIBER OF MY SOUL BEING & ESSENCE, I NEED TO BE OF SIGNIFICANCE; TO BOTH LOVE, & BE LOVED. I BOTH NEED MY FAMILY & MY FAMILY NEEDS ME; I NEED TO BE ONE WITH THE "BODY OF A CHRIST".

GOD, NOW DELIVER ME TO THE "NATURAL ORDER OF THINGS" IN THE "FREE WORLD". FOR THIS TO BE, I KNOW PRAY STRONG OF FAITH THAT OUR "MAJOR MIRACLE" NOW HAPPENS THIS 777 DAY; THAT MY BROTHER TOM & I THIS DAY WIN A LARGER MAJOR" LOTTERY. GOD, YOU WOULD BE ENTRUSTING MAJOR" POWER & US FOR ME TO BE ENTRUSTED; FOR US TO ACCOMPLISH MANY & "MORE MAJOR MIRACLES

Michael N. Collins          (04/08/09)

GOD, THE ARYIAN BRO'S WERE ALL AROUND ME, ABOUT A HALF DOZEN HAD TURNED TO FACE ME IN THE CONFINED ENTRANCE WAY TO OUR MESS HALL. GOD, YOU FILLED ME WITH YOUR COURAGE; I DIDN'T TURN TO FACE THEIR BLOWS THAT WOULD "POUND DOWN" UPON ME, BUT I KEPT WALKING "STEADY STRAIGHT" A-HEAD WITH MY HEAD UP, NOT SHOWING ANY FEAR. ONE OF THE ARYIAN BRO'S INTERCEDED IN MY BEHALF. ONE OF THE WORST OF THE ARYIAN BRO' "HATE THUGS" HAS SHOWN ME DEFERENCE BY STOPPING TO ALLOW ME TO WALK IN FRONT OF HIM.

A NORTE "SHOT CALLER" HAS ALSO SHOWN ME DEFERENCE BY STOPPING TO ALLOW ME TO WALK IN FRONT OF HIM. I AM NOT BEING PHYSICALLY ATTACKED, THREATENED, & CALLED NAMES ANYWHERE AT ALL "LIKE I COULD BE." THE MORE THAT "THE COPPERS" COME DOWN ON ME, THEN THE MORE RESPECT & DEFERENCE THAT I AM SHOWN BY OTHER INMATES. GOD, I CAN'T SAY "THANKS FOR THE COPPERS COM-ING DOWN ON ME," BUT BY THEIR BEING "MEAN TO ME", THEY'RE ACTUALLY HELP-ING ME. GOD, I CAN SAY THANKS FOR ALL BEING TURNED TO MY OWN ADVANTAGE."

GOD, THANK YOU FOR DELIVERING ME FROM THE ARYIAN BRO' "HATE THUGS" (AGAIN & AGAIN). GOD, THANK YOU FOR THE "EXTRA FOOD" THAT JUST KEEPS SHOWING UP "ON MY MEAL TRAYS, BOTH THROUGH OUR MESS HALL SERVING WINDOW, & FROM OTHER INMATES, BOTH AT THE TABLES THAT I SIT AT, & FROM OTHER NEARBY TABLES (AGAIN & AGAIN). GOD, THANK YOU FOR "HOOKING ME UP" WITH WHATEVER I NEED TO WRITE MY "LEGAL STUFF," TO WRITE MY "FAMILY & FRIENDS" LETTERS. OTHER INMATES KEEP BRINGING ME WHATEVER I NEED, WHENEVER I NEED IT (AGAIN)."

GOD, IT HAS TAKEN ME 2-3 WEEKS TO GET MY COPIES "READY" TO MAIL OUT; SO THAT, THEY ARE "BARELY READABLE." (THEY WERE PRETTY BAD. OH WELL, I GO WITH WHAT I'VE GOT!") GOD, I NEED TO WRITE MY "FAMILY & FRIENDS" AT THAT SAME TIME AS MY COPY DISTRIBUTION "THAT OUR "MAJOR MIRACLE" HAS HAP-PENED; THAT MY BROTHER TOM & I HAVE WON A "MAJOR LOTTERY" FOR OVER $100 MILLION. GOD, IT CAN HURT; CAN OFTEN BE PAINFUL FOR ME TO WRITE. I AM REALLY DISABLED, HOWEVER, GOD, YOU HAVE INSTILLED WITHIN ME A COMPELLING NEED TO WRITE; TO "FIGHT THE GOOD FIGHT" THROUGH MY WRITING, I STAY MY COURSE!"

GOD, YOU WILLED THE "MIRACLE OF THE CHAIR." IN CTCF LIVING UNITS 1, 3, 5, & 7; OUT OF THE ABOUT 750 MEN IN THIS PRISON; THANKS TO YOU, GOD (& LT. HOLLOWAY), I AM THE ONLY MAN THAT CAN NOW SIT IN A CHAIR, IN A POD SEAT, & WRITE. THIS IS A GREAT "BLESSING GOD SEND" TO ME. GOD, IF YOU CAN WILL THE "MIRACLE OF THE CHAIR" WITHIN A COLORADO DOC PRISON TO HAPPEN, THEN YOU CAN NOW WILL OUR "MAJOR MIRACLE" TO NOW HAPPEN "THIS "777" 8th DAY.

GOD, I NOW FERVENTLY PRAY THAT YOU NOW WILL OUR "MAJOR MIRACLE;" THAT YOU NOW WILL MY BROTHER TOM & I TO WIN A MAJOR LOTTERY "TODAY THIS MIRACLE DAY."

GOD, YOU ARE MY GREAT GOOD GOD ALMIGHTY; MY OMNIPOTENT, OMNIPRESENT, OMNISCIENT "OMNI" ALL-IN-ALL GREAT GOOD GOD ALMIGHTY: ALL POWERFUL, ALL EVERYWHERE, ALL KNOWING; GOD, YOU ARE INFINITE & ETERNAL, ALWAYS WITHOUT LIMITS & ALWAYS ABLE TO DO ANYTHING; GOD, FOR YOU THE IMPOSSIBLE IS A POSSIBLE MINOR MIRACLE; GOD, YOU ARE NEVER BEGINNING & NEVER ENDING, FOR EVER & FOREVER. YOU ARE MY AWESOME GOD. I AM IN AWE OF YOU. GOD, YOU ARE MY FATHER.

GOD, I AM YOUR SON. GOD, IN RELATIONSHIP TO EACH OTHER, YOU ARE "777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777, 777 ∞" & I AM "ONLY 1." OFTEN MY FEET ARE MADE OF SAND; I AM BUT A MAN. OFTEN, GOD, YOU FILL ME WITH YOUR STRENGTH, COURAGE, & FORTITUDE; GOD, YOU FILL ME WITH YOUR SAGE WISDOM & PATIENCE; WITH YOUR LOVE. OFTEN, GOD, YOU FILL ME WITH YOUR SPIRIT & WE COMMUNE AS ONE. YOU REMAIN GOD, & I REMAIN BUT A MAN. OFTEN, GOD, DURING OUR COMMUNION MOMENTS, WE ARE ONE.

GOD, THANK YOU THAT I AM STILL ALIVE & HALFWAY IN ONE PIECE. GOD, YOU HAVE PURPOSES FOR ME. THIS REMAINS MY TIME OF PREPARATION TO FULFIL MY DESTINY. GOD, THANK YOU THAT I HAVE NOT BEEN RECENTLY, PHYSICALLY ATTACKED; CALLED BAD NAMES & THREATENED. GOD, THANK YOU FOR MY MANY "b" GOD SEND BLESSINGS. ON THE "FREE OUTSIDE" THEY ARE NOTHING; ON THE "PRISON INSIDE" THEY ARE EVERYTHING. GOD, YOU WALK MY WALK WITH ME, NO WEAPON FORMED AGAINST ME CAN PROSPER, ALL IS TURNED TO MY ADVANTAGE.

GOD, EVERYDAY I HAVE YOUR FAVOR. GOD, I NOW PRAY FOR YOUR INTERVENING FAVORABLE HAND. MY "CHRISTIAN SISTER" CARRIE PREJEAN HAS BEEN & CONTINUES TO BE ATTACKED BY "MANY b" HATE-ITES. I NOW PRAY THAT YOU WILL CARRIE PREJEAN TO BE MADE "CO-MISS AMERICA"; THAT JUSTICE FOR HER NOW PREVAILS. GOD, IN THIS WORLD, "IF YOU HAVE THE BUCKS, YOU WALK; IF YOU DON'T, YOU ROT." I NOW PRAY THAT YOU WILL MY BROTHER TOM & I TO NOW WIN A "MAJOR b" LOTTERY FOR OVER $100 MILLION; THAT MY & OUR JUSTICE NOW PREVAILS.

GOD, I NOW WRITE, AS I AM & SPIRIT PROMPTED. I NOW FIGHT THE GOOD FIGHT, & STAY MY COURSE. I NOW LIVE FOR MY & OUR GOD, FOR MY & OUR FAMILY, FOR MY & OUR "GOOD OL' US USA," ALMIGHTY GOD, I NOW FERVENTLY PRAY, STRONG OF FAITH, THAT WHAT I HAVE PRAYED TRULY NOW BE; GOD, WILL "ALL b" OF THESE "BETTER GOOD" THOUGHTS & "BETTER BEST" HOPES TO NOW BE, IN JESUS' NAME.

GOD, YOU KEEP MAKING IMPOSSIBLE MIRACLES HAPPEN;
Michael N. Collins

GOD, THANK YOU. I HAVE BEEN BOTTOM TIER/BOTTOM BUNK RE-
STRICTED, WITHOUT THIS BEING IN THE COMPUTER. THIS IS ON ACCOUNT
OF UNIT ONE'S COMMANDER, LT HOLLOWAY; HOUSING SGTS. ULLMAN
& UWENS. THEIR "SETTINGS WERE HANGING OUT; YET, THEY HELPED ME. GOD
TRULY BLESS THEM & THEIR FAMILIES. MY BOTTOM TIER/BOTTOM BUNK RE-
STRICTIONS "& M-4" MEDICALLY DISABLED CLASSIFICATION HAS BEEN ENTERED
BACK INTO "THE COMPUTER" BY MARY K. CARTER N.P. GOD, THANK YOU.

GOD, BLESS NURSE PRACTITIONER MARY K. CARTER & HER FAMILY, SHE MAY
SUFFER REPERCUSSIONS "FOR HELPING ME. MY WHOLE LEFT SIDE IS MESSED
UP" WITH PLATES, PINS, & SCREWS; THE RESULTS OF SURGERIES & MEDICAL PRO-
CEDURES ALL OVER "MY LEFT SIDE. IT IS VERY HARD FOR ME TO CLIMB INTO AN
UPPER BUNK & TO CLIMB UPSTAIRS. I HAVE BEEN BOTTOM TIER/BOTTOM BUNK
RESTRICTED" FOR VIRTUALLY THE ENTIRE 9½ "YEARS THAT I HAVE BEEN DOWN.
THE ONLY REASON THAT DOC MEDICAL TOOK MY "MEDICAL RESTRICTIONS" OFF IS
TO RETALIATE AGAINST ME. I NOW FERVENTLY PRAY THAT MARY K. CARTER IS NOT
ALSO RETALIATED AGAINST FOR HELPING ME. GOD, TRULY BLESS MARY K. CARTER & HER FAMILY.

GOD, I NOW SEEMINGLY HAVE ONLY A FEW PRETTY GOOD FRIENDS, & A LOT OF
PRETTY BAD ENEMIES. ONE OF THE "MAJOR" REASONS THAT I HAVE NOT BEEN "BUST-
ED UP" IS BECAUSE OF A RUMOR THAT'S BEEN "MAKING THE ROUNDS" THAT ANY-
BODY "BUSTING ME UP" WOULD BE CHARGED WITH A "HATE CRIME." THEY WOULD-
N'T BE. I DON'T KNOW WHERE THIS "HATE CRIME" RUMOR CAME FROM, BUT I
AM BELIEVING THAT YOU, GOD, HAD SOMETHING TO DO WITH IT, SO THANK YOU,
AGAIN. GOD, YOU KEEP MAKING "IMPOSSIBLE MIRACLES" HAPPEN (AGAIN)!

GOD, I KEEP GETTING GOOD MEALTRAYS SHOVED OUT THE "SERVING WIN-
DOW" AT ME, IN OUR MESS HALL (AGAIN & AGAIN), OTHER INMATES' TRAYS HAVE
SMALL CRUMBLED HARD, CINNAMON ROLLS, WHILE MY CINNAMON ROLLS
ARE HUGE & CHEWY; THEY ACTUALLY HAVE CINNAMON IN THEM. GOD, I WAS
JUST GIVEN A WHOLE EXTRA TRAY OF FAJITAS WITH LOTS OF MEAT, ON-
ION, GREEN PEPPER, & TOMATOES. I KEEP GETTING "HOOKED UP" THANK YOU GOD

GOD, IN THIS WORLD, IF YOU HAVE THE BUCKS, YOU WALK; IF YOU DON'T
YOU ROT." I PRAY THAT THIS DAY OUR "MAJOR MIRACLE" HAPPENS; THAT MY
BROTHER TOM & I WIN A MAJOR "LOTTERY FOR OVER $100 MILLION. I WILL D-
DELIVERED JUSTICE WILL PREVAIL & I WILL DELIVER OUR FAMILY; RECONCILE