JULY 22nd, 2009

UNITED STATES DISTRICT JUDGE
JOHN L. KANE
UNITED STATES DISTRICT COURT
901 19th Street, Room A105
Denver, Colorado. 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2009

GREGORY C. LANGHAM
CLERK

92-cv-00870-CMA

Honorable Judge Kane;

    My name is Robert Landrum and I have recently spoken to Ed who is one of the attorneys for King and Greisen who represent me in the Montez Action.

    I was told to report any retailation against any Montez class members. In the month of April 2009 I fell off my top bed bunk and broke a rib bone and briused my right and left legs and back very bad. I have leg, back, and knee disabilities and have been screened twice but not approved as A.D.A. yet. I have an A.I.C. file with KING and GREISEN, LLP. It took about a week to be seen by medical for my fall and afterwards I was still placed on a top bed bunk. I requested for a bottom floor and bottom bunk but medical told me that they do not give these and an arguement broke out between me, medical staff, and correctional officers, named (Lt. Higdon, Sgt. Bubick and three other Correctional Officers, and Dr. Anita Bloor). Lt. Higdon and the three other C/O's performed a uninstagated use of force which caused a fractured and nerve dammaged right wrist and hand in which I had to wear a half-cast for a month and I was given a COPD voilation and conviction. I spoke to the Warden Travis Trani who After I requested of reviewed the security camera recording said that the use of force was unnessiary and uncalled for. I told Warden Trani that this was done to me because I have a dissability and was a retailation because I tried to get medical attention for a bottom tier and bottom bed because I had a servere injury to my body.

    Since then I have fallen off my yet again top bed bunk and injured my right leg. I was told that nothing was wrong and placed back on another top bed bunk.

    I am afraid for my well being and life if I happened to fall off this top bed bunk or down three flights of stairs because medical will not give me a leg brace nor will they place me on a bottom bed and tier nor give me the orthopedic boots or shoes that I need.

    I sincerely hope that you can do something about this, all the above is documeted in my medical file.

Respectfully Yours,

ROBERT J. LANDRUM
# 124611
LIMON CORRECTIONAL FACILITY/ UNIT-5
49030 STATE HIGHWAY 71
LIMON, COLORADO. 80826