

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

7/22/09

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2009

GREGORY C. LANGHAM
CLERK

U.S. Courthouse Clerk,

I am writing in regards to several issues pertaining to my Montez claim.

First, a quick recap. 1) An Order of Special Master was signed 11/5/08 giving me until 1/15/09 to file my objection to the final order of the Special Master.

So on the afternoon of 1/15/09 my objection was registered for mailing here at the Kit Carson Correctional Center' mailroom. But I was only able to meet my deadline by sending my original (cut and paste) copy, because this facility wouldn't allow me to just come in to the law library to make my required copies. A new person took over the library and discontinued accommodating us with access to make last-minute copying. Of which, I was not aware until it was to late.

I had written a cover letter to explain this, but, I somehow did not put it in with my objection.

2) On 1/27/09 an Order of Special Master was signed showing my document being received and referred to Judge Kane. My document was listed as #3783.

After receiving this order, and as I was putting it away, I found the cover letter that I hadn't sent with my objection as I had wanted to. So I quickly wrote a letter informing the court of my unfortunet mishap.

3) And on 2/11/09 an Order of Special Master was signed acknowledging the receiving of my letter (#3813). I was also advised to contact your office for copies or return of originals. But it was also noted my letter with

my requests were received and referred to Judge Kane.

This last being so, I thought I shouldn't have to bother you with another letter from me requesting the same.

Now, what I am really concerned about is:

1) My original copy (cut and pasted), where-abouts and secureness.

2) My cover letter request of making required copies. Not only to the court, but also, a required copy to the Attorney General's office.

What has made me concerned, is not receiving, not only what I requested, but also any kind of response (paperwork) from the Attorney General's Office. Because I thought that's what usually follows any kind of response from any party. So please correct me if I'm wrong?

I'm sure the courts have their full docket. So if this is why I haven't heard anything, I'm sorry if this response is not necessary.

Respectfully,

Santos Romero

letter re cost of    #48563
copies sent    Kit Carson Corr. Center
               Box 2000, Unit: BB 208B
               Burlington, CO 80807
               Claim # 03-420