IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

___

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

___

## ORDER OF SPECIAL MASTER
___

      THIS MATTER comes before the Court on the letter submitted by Michael Collins (#4032). Claimant advises that he is to be mandatorily released at the end of August 2009. He has requested an order concerning many things related to his criminal conviction. As Claimant has been advised in the past, there is no jurisdiction over his criminal case in this litigation.

      IT IS HEREBY ORDERED that the letter of Michael Collins is accepted for filing but no further action may be taken on it.

      SIGNED this 15th day of July, 2009.

      BY THE COURT:

      */s/ Richard M. Borchers*

      ___
      Richard M. Borchers
      Special Master