IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870 - JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-466
Category III
Claimant: Shari M. Vig, #118281
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

     THIS MATTER came before the Special Master for hearing on July 24, 2009 at the offices of Legal Resolution Center, 600 17th Street, Suite 2800-South, Denver, Colorado. No one was present at 9:00 a.m. Rob Huss, attorney for Defendants, was on-call for the hearing, if Claimant appeared. Claimant did not appear for the hearing and did not contact the office of the Special Masters.

     This matter was set for hearing initially at the La Vista Correctional Facility (LVCF) in Pueblo, Colorado. When this matter was set, Claimant was in DOC custody at LVCF. Defendants advised the Office of the Special Masters that Claimant was to be discharged on July 7, 2009. As a result, the hearing could not be held at LVCF. The hearing location was moved to the office of the Special Master. Claimant was notified of the change of location by order on May 11, 2009.

     Claimant failed to appear for the hearing. Claimant has the burden of proof to establish her claim. She failed to present evidence at the hearing. The claim of Shari M. Vig will be dismissed.

     IT IS HEREBY ORDERED that the claim of Shari M. Vig is dismissed, as Claimant failed to appear for the scheduled hearing; and

     IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 14, 2009.**

SIGNED this 28th day of July, 2009.

                        BY THE COURT:

                        */s/ Richard M. Borchers*

                        _____
                        Richard M. Borchers
                        Special Master