92-cv-00870-CMA

To:
Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO  80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 3 0 2009
GREGORY C. LANGHAM
CLERK

From:
Jay Bailey  #103284
FLCF/5
Box 1000
Ft. Lyon, CO  81038

7-28-2009

MONTEZ Class Action   Claim #03-344

Your Honor,
      The Colorado Department of Corrections has stolen my wheel-chair.  Whether through bureaucratic red-tape, incompetence, or retribution I cannot fathom.
      Upon entering DRDC I was not allowed to retain my electric chair.  DOC issued me one which only lasted a short time.  They issued another one which only lasted a short time longer.  The problem was my 450 Lb. weight and the frail wheelchairs that they issued.  The plastic wheel bearing were the first to go. They would drop out onto the floor as the wheels got more wobblely. Fearing that I would edd up on the floor, I got permission from staff, at Kit Carson Correctional Facility, to purchase and have my own wheelchair sent in by my parents.  This was in 2001.
      My parents sent in a 9000 Topaz wheelchair, S/N 01DM953556 with a 700 LB. rating.  While the aircraft quality bearings held up, the constant colisions with the wall and door jams from the reprobate inmates who snuck up on me and run me into obstacles, broke the chair and it was sent out for repairs and returned. The chair had to be narrow enough to fit through the non-handicap accessable doorways.  Therefore it was too narrow for me but, I had to use it anyway in order to function.
      The rough and uneven sidewalks took there toll on my wheels so my wheels broke down while at Fremont Correctional Facility. The enclosed paper work from FCF will show the grievance filed and the loner chair given to me while waiting for repairs.  Since no repairs were given or likely to happen, Lotte Beck at FCF Medical issued me a new Invacare 9TPZ 9000 Topaz  S/N 03FM173382 to replace my unrepaired personal chair (S/N 01DM953556).  It too was 22" wide to accommodate the narrow doorways.  Medical had Maintenance come over and rivit a metal nametag to my wheelchair to avoid any confusion as to my ownership. <u>The nametag was still on it the last time I saw it.</u>
      The wheelchair experts that were finally made available decided that my chair was too narrow and ordered me a 24" wide 9TPZ 9000 Topaz wheelchair S/N 08IM023253.  It will fit through most of the doorways here at Ft. Lyon  Correctional Facility. There are some in medical that are still too narrow though.
      The Grievances that I filed did no good.  The paperwork that is included in this letter, is DOC documents that are available to DOC staff. However, they apparently made no effort or deliber-ately omitted.  The Third step grievance officer, Anthony A. DeCesaro, rebuked me for taking too long to start the grievance procedure and yet he took 71 days to return the step-3 instead of the 45 days allowed by DOC Administrative Regulations.  He relied only on biased testimony from Nurse Railton, who, like other staff do not appreciate obeying the Montez remedial Plan, slanted their test-imony.  Loooe Beck at FCF Medical new that it was my personal chair

and even documented it as such in my medical records (enclosed).

    Because of all the wheelchair problems, and others, Judge Borcher awarded me $900 as settlement in the Montez Class Action. DOC has now stolen the $1897 dollar wheelchair that I had to buy because DOC would not issue me an adequate chair to begin with. I had to buy one that was too small in order to fit through DOC's non-ADA width doorways. When I got to a facility with wider doors, and DOC was made to comply with Federal Law, then I was issued an adequate chair as all inmates are supposed to have. However, they claim that my chair is their chair. WRONG! As you willbe able to discern from the paper work that I have included which has my mother's check number from Alameda National Bank in Lakewood (check #4238). The chair was purchased 4-11-2001. I entered DOC 12-28-1999. Check #4390 was to pay for a repair and return shipping to KCCC on 12-26-2001.

    If you do not make DOC return my property, then the $900 dollars awarded to me by Judge Borcher, wil be null & void. In fact, DOC will be $997 dollars ahead, with my money.

    Please copy all of the contents and send it to King & Greisen attorneys at law at 1670 York Street, Denver, CO 80206. These are my only copies.

                              Sincerely,

                       *Jay H. Bailey*   7-28-2009
                       Jay H. Bailey

P.S.  The reason that I waited so long to file a grievance was because I was trying to resolve it at the facility level, which the language of the grievances will indicate.

RCVD 6-26-2009

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238
Fax: 719.226.4249



Step 3 Grievance Officer

Bill Ritter, Jr.
Governor

June 18, 2009

Aristedes W. Zavaras
Executive Director

RE: Grievance #C-FL08/09-138

Dear Mr. Jay Bailey, #103284:

I have reviewed your Step 3 grievance that you filed with regard to a wheelchair you allege to be personal property purchased and given to you by a family member. The remedy you requested was that you have the wheelchair returned to you.

In review of this matter, I have contacted the Office of the AIC, Ms. Baxter, and was provided with documentation that you have previously addressed this issue with Mr. Randy Smith and Mr. Norman Railton at FLCF, in March 2009. You arrived in the DOC in a wheelchair that was determined to be in need of replacement. DOC purchased and replaced the wheelchair with a new one. Over a period of time, it became necessary to replace that DOC issued wheelchair with a larger chair to accommodate your size. Upon receipt of the new, larger chair, you claimed the previously DOC issued chair was your personal property and wanted to send it out. As DOC had purchased the chair, and you had been provided with another new, larger, chair, the previously issued chair reverts to DOC's possession. You are entitled to one, properly fitting and maintained wheelchair. Both of the wheelchairs were purchased and issued by DOC, therefore, you are not entitled to send the old one out as it belongs to DOC. I can recommend no relief in this matter.

Additionally, according to your statements and documentation, the exchange of wheelchairs occurred in November 2008. Administrative Regulation 850-04 Grievance Procedure, states, "A Step 1 grievance must be filed **no later than 30 calendar days from the date the offender knew, or should have known, of the facts giving rise to the grievance.**" You filed your Step 1 on March 6, 2009, clearly beyond the allowable time frames in violation of procedure.

It is your burden to prove the allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations. I can grant no relief in this matter.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
grievance file
Tom Kolle, Offender Records

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

OFFENDER MUST COMPLETE: Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

CASE MANAGER MUST COMPLETE: Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☒
Date received by case manager: 4-20-9   Case Manager: Kr Baker

Grievance Number: C-FL 08/09-138   STEP (Circle One)  1  2  ③

| NAME | Jay Bailey | DOC NO. | 103284 | FACILITY/UNIT/POD | FLCF/5 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: See Steps One & Two for background Information:
The staff members that signed off on the first two steps have not bothered to investigate. They have not even searched for the DOC records showing the chair to be mine. I have copies of those records. I have shown where to get them. And I cannot take staff members by the hand to show or tell them to call KCCF for LOG review or to speak to Lotte Beck at FCF. It is easier for them just to keep the chair and hope that I don't complain. I got the chair before the MONTEZ Class Action required DOC to issue permanent wheelchairs. DOC has, only recently, complied with court orders in that regard. If I had received an adequate chair to begin with, my family would not have had to buy one. As it was I had to get one that was too narrow so that it would fit through the narrow doorways of prison facilities. Ft. Lyon has wide enough doorways except for a few in the Medical Clinic. Therefore, the experts hired by DOC has issued me the corredt size chair.  When Lotte Beck traded out my chair, she had Maintence rivit a metal nameplate, with my name & number, on to the wheelchair in order to avoid any confusion of ownership. Some staff members have seen this nameplate and know it exists.
REMEDY:   See Step-one...Return MY property.

TO BE COMPLETED BY OFFENDER:
DATE: 4-17-2009     OFFENDER SIGNATURE: Jay Bailey

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical
DATE: 4/22/09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Dorothy Pearcey, Dorothy Pearcey 11028

Date ADA grievance sent to AIC:
RESPONSE

RECEIVED
MAY 0 1 2009
Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐  No ☒
Date received by case manager: 3-30-9    Case Manager: DeLeon

Grievance Number: C-FL08/09-138    STEP (Circle One)  1  (2)  3

| NAME | Jay Bailey | DOC NO. | 103284 | FACILITY/UNIT/POD | FLCF/5 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:**

When I was at KCCF, in 2001, my DOC issued wheelchair was breaking down as most DOC chairs do. The Medical Dept. there refused to repair or replace the chair and I feared that the wheels would fall off and thus injure me. Therefore, with permission, my parents bought & paid for a 9000 Topaz wheelchair and it was sent by the vendor to Kit Carson. When a weld broke while I was at Fremont, due to untrained inmates running me into doorjams while pushing me, the Medical Dept., headed by Lotte Beck, would not repair my chair and I was forced to ride in inadequate chairs. About 3 different ones. Finally, after grievances, a new identical chair was **traded** for my broken one instead of repairing it. This is a matter of record and was discussed, at length, during my MONTEZ hearing with Judge Borcher. He also has the records. The chair in question is my personal property and **does not** belong to DOC.
**REMEDY:** See step-one.

**TO BE COMPLETED BY OFFENDER:**
DATE: 3-28-2009    OFFENDER SIGNATURE: Jay H Bailey

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 3/30/09    Dorothy Pearcey / Dorothy Pearcey 11028

Date ADA grievance sent to AIC:

**RESPONSE:**
You have been furnished with an appropriate fitting wheelchair. The chair in question was absorbed back into inventory as there is no evidence that this chair was purchased by your family. Grievance Denied.

**TO BE COMPLETED BY RESPONDER:**
DATE GRIEVANCE REC'D BY RESPONDER: 4-1-09    RESPONDER: M. Nelson 11038.    RESPONSE DATE: 4-2-09

**TO BE COMPLETED BY OFFENDER:**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 4-13-09    OFFENDER SIGNATURE/PRINT NAME & DOC #: Jay Bailey   Jay Bailey   103284

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒   No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒   No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐   No ☒
Date received by case manager: 03-09-09   Case Manager: DeLa

Grievance Number C-FL 08/09-138   STEP (Circle One) (1) 2 3

| NAME Jay Bailey | DOC NO. 103284 | FACILITY/UNIT/POD FLCF/5 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

**Personal Property Missplaced..?**
The wheelchair experts, hired by DOC, determined my need for a larger wheelchair. Authorized by DOC, they provided one. My personal wheelchair, the one that was replaced, was to be sent to my relatives. Medical personnel sent my chair to Intake, to be shipped out. This was last November of 2008.
The next time I saw my wheelchair, it had been defaced with a painted on label indicating that it was DOC property. (F.L.C.F. CH8). Another inmate was using it. I informed Major Robinette and it was sent to intake. Again, another inmate obtained my chair. I have since informed both a Captain & a Major about it, all to no avail. The chair is a 9000 Topaz, S/N 03FM173382 and my nametag is riveted to the frame.
**REMEDY:** Find my chair, remove the paint that defaces my chair, and ship my chair out to an address that I will designate. Any damage to my chair must also be repaired.

**TO BE COMPLETED BY OFFENDER:**
DATE: 3-6-2009   OFFENDER SIGNATURE: Jay H. Bailey

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical
DATE: 3/11/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Dorothy Pearcey  Dorothy Pearcey 11028
Date ADA grievance sent to AIC:

**RESPONSE**
Grievance denied. Both chairs are DOC issue. When one is replaced you are not entitled to send the first one home. It is absorbed into DOC stock. This discision came from the office of the AIC.

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 3-12-09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Sharon Phelps, FNPN3   RESPONSE DATE: 3-16-09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 3-24-2009   OFFENDER SIGNATURE/PRINT NAME & DOC #: Jay H. Bailey  Jay Bailey 103284

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# Jay

Wheelchair to be sent to Jay.

Pur. ~~Apr~~ 11, 01
Sun Apr 30 Jay said it had not arrived.

To arrive at KCC mon may 7

(Jay received wheelchair Tues May 8, 2001)

**Colorado Lifestyle**
11904 W. Cedar Drive
Lakewood, CO 80228-2208
(303) 988-4875

No. 410340

| Customer's Order No. | Department | Date |
|---|---|---|
| 237-2087 | | 12-11-01 |

Name: Rohama MR Horak
Address: 60 S. Depew Dr
City, State, Zip: Lakewood, Co 80226

Sold By: ___  Cash ___  C.O.D. ___  Charge ___  On Acct. ___  Mdse. Retd. ___  Paid Out ___

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1 TOPAZ 9000 | | 1523 00 |
| 2 | 22 X 18 — BLACK | | |
| 3 | Full Arm | | |
| 4 | Black Nylon | | |
| 5 | Elevating Leg Rests | | 300 00 |
| 6 | | | |
| 7 | Heel Loops | | 39 00 |
| 8 | | | |
| 9 | | | |
| 10 | | | 1862 00 |
| 11 | | | |
| 12 | Freight to Burlington | | 35 00 |
| 13 | | | |
| 14 | | | |
| 15 | | | 1897 00 |
| 16 | QA # 4238 | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

Received by

Adams DC5808    Keep this Slip for Reference

Kit Carson Correctional Center
1-719-346-9450 Ext 2223

Dept of Corrections

Denver Reception and
Diagnostic Center    Wed 2:55 pm
303-371-4804

103284         719
               346
               9450

1. Do you have a set of rules for sending things to inmates such as 1. money  2. over size shoes size 16-17
2. Can you send me a copy of these regulations?
3. His knees and ankles are badly damaged from arthritis also his hands so he can't walk
4. Can we send him a wheelchair since the one he has is falling apart
5. Can we send him arthris medication since he is not getting enough pain medication from the doctor

Renee Bair manager. Handles equipment

430-7142 Haul away used appliances

West on Alameda to Union. North to Cedar about 3 or 4 blocks. South at car wash

Colorado Lifestyle
303 988 4875

Heavy duty wheelchairs

Send To: Jay H. Bailey
#103284
K.C.C.C.
P.O. Box 309
Burlington CO. 80807

Jay Bailey #103284
Kit Carson Corr. Center
49777 County Road
Burlington CO, 80807

U.P.S. shipment
Ordered Fri by Doug, Colo Lifestyle
Covered by Insc till it gets to facility and some one signs for it.

4

Jay H Bailey
#103284
K.C.C.C.
P.O. Box 309
Burlington, CO 80807

Telephone Conversation

1. We sent Heavyweight wheelchair. Wheel came apart. You returned chair to us.
2. State furnished an extra wide heavy weight wheelchair.
3. State furnished chair goes through some doorways with a 1/4 inch to spare. Inmates enjoy pushing the chair fast and hitting the door jam nearly throwing him out of the chair at mealtime.
4. Jay only has one hand he can use because of osteo + gouty arthritis to push the chair. He needs help to go
5. Doorway to Medical Room is too narrow to go through so he goes without pain medication and other medicines, such as probenecid for gout
6. He says the (Kites) he puts in are ignored and anti-inflammatory medications for osteo arthritis + other arthritis.

**Colorado Lifestyle**
11904 W. Cedar Drive
Lakewood, CO 80228-2208
(303) 988-4875

**284341**

| Customer's Order No. | Department | Date |
|---|---|---|
| 237-2087 | | 12-26-01 |

Name: R. Horak
Address: 60 S. Depew St
City, State, Zip: Lakewood, Co 80226

| | Cash | C.O.D. | Charge | On Acct. | Mdse. Retd. | Paid Out |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 1 | w/cotton canvas | | 22 50 |
| 2 | | | | |
| 3 | | Packing & Delivery to | | 33 75 |
| 4 | | Freight Co | | |
| 5 | | | | |
| 6 | | Freight to Burlington | | |
| 7 | | Addison | | 40 — |
| 8 | | | | |
| 9 | | 1/2/02 | | 96 25 |
| 10 | | | | |
| 11 | | Ck# 4390 | TAX | 5 97 |
| 12 | | | | |
| 13 | | $102.22 | | 102 22 |
| 14 | | | | |

Received by
Adams DC5808       Keep this Slip for Reference

# DEPARTMENT OF CORRECTIONS
## CLINICAL SERVICES
## INFORMAL RESOLUTION ATTEMPT

*Medical 7/10/03 KB*
*C-FF03/04-008*

*To: ~~Batson~~ Lotte Beck 7/16/03*

| INMATE NAME | DOC# | FACILITY | CELLHOUSE |
|---|---|---|---|
| BAILEY, JAY | 103284 | FCF | ONE |

**SUBJECT OF GRIEVANCE:** Needed wheelchair repairs.

**WHAT IS THE BASIS OF THE INMATE COMPLAINT (Be specific and brief):** Within the first year of my incarceration, the DOC wheelchairs supplied to me broke down. As a result, I agreed to pay $2000 out of my own pocket for a heavy-duty chair, adequate to [my] needs. Nevertheless, every chair needs maintenance from time to time. After about 2 years, the RF caster bearing began to be stiff. [I] informed my Case Mgr. at DRDC and asked if I could send it to the retailer/repair shop to be fixed. I never rec'd. a response; and a few days later I was shipped to FCF. Shortly after arriving I put in a KITE to Lotte Beck and told her about the RF caster & the bent rim on [the] R wheel; and asked to have the whole chair inspected for any problems, especially the other bearings. She called me in & looked at the chair. She told me she'd have the requested work done and told me she'd have to rent a loaner, since FCF had no adequate chair for me. [Nothing] happened for more than a month. On 3/21, the rubber tire on the RR wheel of my chair broke and came off. I was able to temporarily make the chair work with some shoe strings! Later that day, Ms. Beck called me to medical, told me she still had no adequate loaner and gave me a completely inadequate loaner with no L footrest & a RF wheel that was wobbling because its bearing was gone. She promised to get a loaner-rental ASAP. At the time, I was already having difficulty with pain in my L knee. Over the weekend, an infection developed and the pain increased in my L leg as I had to rest my L foot on my R one for lack of a L footrest. On the following Mon. (3/24), I was rushed to the infirmary at CTCF because the condition had severely worsened. Upon returning 3 weeks later (4/15), I was astounded to learn that my chair had not even been sent for repairs, there was still no adequate loaner & I was expected to use the same, broken loaner I'd had before going to the infirmary! When I was transferred to Ft. Lyon, 3 weeks later (5/7), I was still using my loaner, and my chair still hadn't even been sent for repairs. I returned to FCF yet another 7 weeks later (6/24). By this time the broken loaner was on its last wheel; it broke as I was being taken to my CH. When they brought me a replacement, I was flaberghasted to see that it was my own chair - still unrepaired, the shoelaces still holding the wheel together etc., and an additional 7 weeks of dust gathered on it. I simply do not understand how it could possibly be that, despite repeated promises, my chair still hasn't been sent for repairs after 5 mos. REMEDY: send [my] chair to have the RF caster bearing fixed, all bearings checked, repl. the l R rim and repl. the RR tire IMMEDIATELY. Rent me an adequate heavy-duty loaner.

**WHAT DID YOU AND THE INMATE DISCUSS AND AGREE TO FOR RESOLUTION** (Note: Stay within policy):

Was purchased a new wheelchair some time ago. Wheelchair currently is still in Ordway @ Accu-Med. Will make arrangements to have w/c shipped to FCF.

**WHAT WAS DECIDED (Within policy limitations):**

- [x] Inmate is satisfied with informal resolution shown above.
- [ ] Inmate elected to file a STEP 1 Grievance Form.
- [ ] Inmate was given a STEP 1 Grievance Form.
- [ ] Inmate obtained a STEP 1 Grievance Form from case manager.

Inmate Signature: *Jay H. Bailey   8-28-03*

Clinical Staff Member Signature: *Lotte Beck*

Date: 7/23/03

31262   cc: White-Chart, Canary-Data Entry, Pink-Case Management, Goldenrod-Inmate

```
                     COLORADO DEPARTMENT OF CORRECTIONS
                Offender Personal Inventory Quantity and Liability Limits


Offender Name: BAILEY, JAY H                          DOC #: 103284
Facility: STERLING CORRECTIONAL FACILITY              Date: 03/04/2008


    STATE ISSUE ITEMS
    -----------------
        1 BELT/BUCKLE(1)                    1 ID CARD(1)
        1 JACKET(1)                         1 KNIT CAP(1)
        3 SHIRTS(3)                         5 SOCKS(5)
        5 T-SHIRTS(5)                       2 TOWELS(2)
        3 TROUSERS/SLACKS(3)                5 UNDERWEAR(5)


    PERSONAL ITEMS
    --------------
        14 BOOKS (INCLUDING FAITH AND LEGAL)(15)   1 LEGAL BOX (2 CUBIC FEET)(1)


        Books, magazines and newspapers cannot exceed 3 cubic feet when
        combined with other property.


    CANTEEN ITEMS                  Description                    Serial #
    -------------   ---------------------------------------   -----------------------
        1 ALARM CLOCK RADIO COMBINATION(1)CANTEEN/CLEAR JWIN    021000597 TG/121808
        1 BASEBALL CAP(1)
        3 BRIEFS/BOXERS/PANTIES(3)
        1 COFFEE MAKER(1)            PROC/SILEX                 TG/121809
        1 FAN(1)                     FAN/CLR BLK LOCK           TG/121810
        1 HOT POT(1)                 WESTBEND/CLR               TG/121811
        1 LAMP(1)                    CANTEEN/LAMP/DESK          TG/121812
        1 MOUSTACHE SCISSORS(1)                                 CANTEEN
        1 MULTI-OUTLET(1)            CANTEEN                    TG/121813
        1 PHOTO ALBUM(1)                                        CANTEEN
        1 SOCKS(3)
        1 SWEATSHIRTS(2)                                        (1) SIZE 4XL.
        1 T-SHIRTS(3)
        1 TELEVISION(1)              MAGNAVOX CLR 13" TG/121815 DN1A0433020764
        2 TOWELS(2)                                             CANTEEN
        1 TYPEWRITER(1)              BROTHER 7/3/C              C3E529729/TG/121816
        1 WALLET(1)                                             CANTEEN
        3 WASH CLOTHS (CANTEEN)(4)
        1 WATCH(1)                   ACQUA


    FACILITY SPECIFIC ITEMS
    -----------------------
        1 NAIL CLIPPERS (FINGER AND/OR TOE)(2)
        1 SENTED OILS(2)
        1 STERO ADAPTOR PLUG(1)
        1 TV CABLE SPLITTER(1)
        3 TV CABLES(3)
        1 WHEEL CHAIR(2)             INVA CARE                  #03PM173382
        1 WHEEL CHAIR GLOVES(1)                                 BROWN LEATHER


    MEDICAL APPLIANCES

                                    Page 1


                     COLORADO DEPARTMENT OF CORRECTIONS
                Offender Personal Inventory Quantity and Liability Limits
```

Offender Name: BAILEY, JAY H                         DOC #: 103284
Facility: STERLING CORRECTIONAL FACILITY             Date: 03/04/2008

    Offender Personal
        4 KNEE WRAPS/BRACES(4)           1 MEDICAL TENNIS SHOES(1)
        1 PRESCRIPTION EYE GLASSES/CONTACTS(1)

Inventory Staff_____Christians_____Sgt_[signature]_____
                   (print name)             (signature)

Inventory Staff_____
                   (print name)             (signature)

The Colorado Department of Corrections (DOC) limits the aggregate value of personal property to aggregate value $300.00. DOC assumes no responsibility for lost, damaged, destroyed, or stolen personal property. Offenders assume the liability for the privelage of possessing personal property during incarceration. Inmates must retain receipts for proof of ownership.

Offender Signature____Jay N. Baily_____ Date 3-4-2008

Page 2

DC Form 78 (2/93) / Old
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

PRICARE CODE NO. 71
NAME: Bailey, Jay
OFFENDER NO. 103284
LIVING UNIT: FCF 1
DATE: 7/31/03
TIME:

PROBLEM 1 2
PLAN / ORDERS

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ /

Issued 1 Invacare 9000 Topaz
Ser # 03FM173382
Mod # 9TPZ
Seat 2W 20D
Back 20W 21H
Weight limit 700#

ASSESSMENT: Inmate sign Jay H. Bailey

SIGNATURE NURSE: [signature] 7/31
P.E.:
PHYSICIAN:
Rx NO.

*INFORMATIONAL*

---

PRICARE CODE NO.
NAME: Bailey
OFFENDER NO. 103284
LIVING UNIT: FCF
DATE: 7/29/03
TIME: 1700

SUBJECTIVE:
N S @ 1300
on Day Trip

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ /

PROBLEM 1 2
PLAN / ORDERS

① Resched ♀
appt

ASSESSMENT:

SIGNATURE NURSE: D Weldon LPN 7/29/03 1907
P.E.:
PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

EXHIBIT A-6

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Bailey, Joy | 103284 | FCF c/t 1A |

SUBJECTIVE: 40 Ⓡ shoulder & hip pain and increasing cellulitis in left leg. Stated wt 423 lbs

DATE: 03/23/03   TIME: 1220

PROBLEM 1  2
PLAN / ORDERS:
1) Tequin 400 mg PO – Done
2) Lay-in × 72 hrs – Done
3) Follow-up in 3 days c̄ PCP

OBJECTIVE: Temp 98.4  Pulse 100  Resp 20  B/P 118/76
Ⓛ lower leg swollen, red, warm to touch. Ⓛ great toe ulcerated @ knuckle (medial) + ulcer bottom lateral Ⓛ great toe. Calf measures 22" above ankle Ⓡ measures 16½"
Doppler dorsalis pedis + post tib (+).
Ⓡ leg measured 22" - calf, flat to touch, 16½" ankle

ASSESSMENT:
Lay-in slip provided.
Instructed to keep Ⓛ foot ↑ as much as possible. RA = Tequin 400 mg PO QD × 10 days

SIGNATURE NURSE: noted
P.E.: C Baber
PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Bailey, J | 103284 | 1 |

SUBJECTIVE: Wheel chair exchange —

DATE: 3/14/03   TIME: 1230

PROBLEM 1  2
PLAN / ORDERS:

OBJECTIVE: Temp __ Pulse __ Resp __ B/P __
Turned in own personal wheel chair (Invacare, Ser # (Invacare) black 01DM953556 model 9TP2) Was issued FCF wheel chair – extra wide color: maroon c̄ ×1 Ⓡ foot pedal

ASSESSMENT:
X Jerry H. Bailey
A0363536 (Rental) extra heavy duty
T. Thornton w/c plus

SIGNATURE NURSE: A. Bel RN
P.E.:
PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

**EXHIBIT A-4**