1.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Colorado

Civil Action No. 92-cv-870-CMA

JESSE MONTEZ, et al,

    Plaintiff

Vs.

BILL OWENS, et al,

    Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2009

GREGORY C. LANGHAM
CLERK

Claim Number: 03-298
Category: III
Claimant: Lawrence P. Handy, # 44272
Claimant's Address:
CTCF # 7, P.O. Box # 1010
Canon City, Colorado, 81215-1010

**MOTION FILING UNDER FEDERAL CIVIL PROCEDURE RULE # 52.**

**REQUEST TO SET ASIDE AND SUPPRESS ALL EVIDENCE OF THE FEDERAL HEARING OF APRIL 20, 2009. AND ORDER A NEW HEARING UNDER FEDERAL CIVIL PROCEDURE RULE # 59. DUE TO THE OUTRAGEOUS ILLEGAL MISSCONDUCT OF THE COURTS.**

Under Federal Civil Procedure Rule # 52, the finding and judgement of the Court may be questioned and objected to by the claimant. Rule § 52 (a)(40. A master's findings, to the extent adopted by the court, must be considered, with the court's findings: Rule § 52 (b). On the claimant;s motion of objection to the entry of judgement, The court may amend it's finding, or make additional findings, May amend the judgement accordingly, and may accompany a motion for a new trial under Federal Civil Procdure Rule § 59.

This Claimant does object to the findings and judgement of the hearing of April 20. 2009. And is filing a motion for a new hearing under the Rule § 59.

2.

Federal Civil Procedure Rule § 59 (a)(1). The court may, on, motion, grant a new trial on all or some of the issues, and any partys, as follows:

### OUTRAGEOUS ILLEGAL MISSCONDUCT OF THE COURT

When this case was filed in October of 2008, the Claimant request the court appoint him legal counsel. The judge errored when he refused, § 28 U.S.C. § 1915 (e)(1), allows a U.S. District Judge to "request an Attorney to represent any person unable to afford legal counsel". It is generally decided by; Can the Claimant present his own case: Where as this Claimant has only a third grade education and has trouble reading or writing, has been under mental Health care for many years. This Claimant has trouble understanding much of what is going on. Therefore the Judge errored when he refused to appoint legal counsel for this Claimant. In desperation requested that another inmate (Roy Jack Pollard, # 94894) be appointed to provide him with legal counsel. On November 12, 2008 the Claimant filed a request for Inmate Roy Jack Pollard,# 94894, To provide legal counsel for him in this case. On December 8, 2008 the court issued an order that gave Defendats until January 12, 2009 to object, They did not. On January 19, 2009 the court order states, "A previous order was issued granting Defendants until January 12, 2009 in which to respond to Claimant's request for assistance by Roy Jack Pollard, Defendants have not responded. Claimant's request for assistance will be granted, Roy Jack Pollard, may assistance Claimant". There by making Roy Jack Pollard, # 94894, legal counsel for the claimant. On March 5, 2009 the court moved the hearing until March 24, 2009.Now the obstruction of Justice begain by CTCF staff. Roy Jack Pollard trying to put together a case for the Claimant. Was stoped from inviewing the Claimant's Mental Health provider. To prove how much he understood or was capable of understanding. Was refused time with the Claimant, and then a Lieutenant Williams of cellhouse #7, gave Inmate Pollard a direct order that he was to have nothing to do with Claimant Handy, could not talk to him, could have no contact with him.

3.

When Inmate Pollard told the Lieutenant that he was committing a Federal felonty, the lieutenant replied that the Attorneys had told him to and if inmate Pollard did not do as told he would put him in the hole. On the defendant filed an objection to Roy Jack Pollard # 94894, representing the Claimant. This was filed on April 6, 2009. Completely beyond the January 12, 2009 that was the dead line set for the defendant ot file an objection. The hearing had been set for April 20, 2009, as for one reason or another. Now on April 13, 2009, the court send an Order of Special Masters, rescinded the Order of appointment of Roy Jack Pollard as legal counsel for the Claimant. There by leaving the Claimant 7 days to try and get prepaired for afederal hearing that he did not understand, the court refused his request for witnesses, They violated all his due-process, and many of his constitutional rights. Special Master Richard M. Borchers, shows his bias in all his ruling in favor of the Colorado Department of Corrections. **HAUPT Vs. DILLARD, 17 F.3d 285 (9th Cir. 1994).** Right to a fair trial is the basic requirements of Due-Process and includes the right of a unbiased judge: Judge Borchers states in his ruling that 1700 Claims have been filed; What percentage of these has he found for the inmates? He further states that 98 percent did represent themselves. At 0.23 cents per working day, about $4.85 per month and then C.D.O.C. takes 20 percent of that. How can a inmate pay an attorney? Colorado Depertment of Corrections should not be above the law.
**PROCUNIER Vs. MARTINEZ,** 416 U.S. 396, 40 LEd2d 224, 94 S.Ct. 1800 (1974).
**BELL Vs. WOLFISH,** 441 U.S. 520, 60 LEd2d 447, 99 S.Ct. 1800 (1979)
**BROWN Vs. NIX,** 33 F.3d 951 (8th Cir. 1994)
A prisoner is not stripped of Constitutional rights (protections) at the prison gate, but rather he/she retains all the rights of an ordinary citizen, except those expressly, or by necessary implication taken from him/her by the law: Therefore the court should be unbiased.

4.

Therefore taking into consideration the education, the mental capacity of understanding, and the years of mental health treament. There was no way this defendant could defend him self against the C.D.O.C. attorneys, and the Court on April 20, 2009. The way this hearing was processed was illegal and a disgrace to the Federal Criminal Justice System. Due to the fact Attorneys "Neil MacFarlane", and "Jess A. Dance", conspired this agreement with out informing the defendant. This defendant was never allowed any knowledge of an agreement. And when his Casemanager told him to sign ( direct order), this defendant did not know what he was signing until he was given $330.00 on his books.

Due to the reasons stated here this hearing of April 20, 2009 must be vacated and a new hearing allowed that complys with the law.

Respectfully submitted this 27th, day of July 2009.

Lawrence P. Handy
44272

## CERTIFICATE OF MAILING

I, Lawrence P. Handy, do hereby swear that on this date I have placed a true and correct copy of the forgoing document in the CTCF legal mailing system and addressed to the following.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Special Masters
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado
80030-4444

COLORADO ATTORNEY GENERAL
1525 Sherman Street
Fifth Floor
Denver, Colorado
80203

Office Of Greisen & King LLP
1670 York Street
Denver, Colorado, 80206

Respectfully Submitted this 27th, Day of July 2009.

Lawrence P. Handy,  # 44272