IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number C-014 (combined with C-008)
Category C
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 81211

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's Motion for Response and Objection to Special Master Order, Dated June 29, 2009 (#4031). This will be treated as an objection filed pursuant to FRCP 53(g)(2) and referred to Judge Kane.

IT IS HEREBY ORDERED that Claimant's objection is referred to Judge Kane for action pursuant to FRCP 53(g)(2).

SIGNED this 15th day of July, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master