IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-362
Category: Untimely Filed Claim
Claimant: David Scott Key, #137585
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211

_____

### ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's Objection to Order of Dismissal of Special Master." (#4030). This will be treated as an objection filed pursuant to FRCP 53(g)(2) and referred to Judge Kane.

    IT IS HEREBY ORDERED that Claimant's objection is referred to Judge Kane for action pursuant to FRCP 53(g)(2).

    SIGNED this 15th day of July, 2009.

                                         BY THE COURT:

                                         */s/ Richard M. Borchers*

                                         _____
                                         Richard M. Borchers
                                         Special Master