Michael W. Collins Doc. #101319 Colorado Territories

Dear Judge ~~Christine M. Arguello:~~ JOHN KANE

UNITED STATES DISTRICT COURT
DENVER, COLORADO

UR GENT!!! HELP!!!

JUL 3 1 2009

GREGORY C. LANGHAM
CLERK

"MRD!!!"

MY "MANDATORY RELEASE DATE" IS THE "END OF AUGUST, 2009 (NEXT MONTH). I WILL BE OUT "ON THE STREETS" AGAIN; HOWEVER, I WILL BE REQUIRED TO TAKE "DENIER'S THERAPY" AGAIN. I CAN NOT SAY THAT I RAPED MY DAUGHTERS. I JUST CANNOT.

IF I COULD HAVE DONE SO, I COULD HAVE TAKEN A "PLEA BARGAIN," & NEVER HAVE GONE TO PRISON, IN THE FIRST PLACE. IF I COULD HAVE DONE SO, I COULD HAVE BEEN OUT OF PRISON CLOSE TO "9!" YEARS AGO.

MY WORDS ARE TRUE. I JUST CAN NOT SAY WHAT IS NOT TRUE IN "DENIER'S THERAPY." THIS IS EVERYTHING THAT I AM AS "A MAN"; MY SUM TOTAL OF MY "PART OF HUMANITY." AFTER GREAT HARDSHIP, AFTER GREAT ANGUISHED TORMENT, MY PAROLE WILL BE REVOKED, & I WILL BE BACK IN PRISON FOR ANOTHER "5!" YEARS.

THE ONLY REASON THAT I AM NOT DEAD NOW IS THAT GOD WANTS ME ALIVE. ANOTHER "5!" YEARS WOULD KILL ME. NO MEMBER OF OUR FAMILY EVER WANTED ANY OF THIS. WE WERE ALL PROMISED "IMMUNITY FROM PROSECUTION" (LATER DENIED, AGAIN & AGAIN). PLEASE, NOW ACT WITHIN THE NEXT "30" DAYS. PLEASE, VERY SOON.

JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, TESTIMONIES WERE COERCED!!! I AM THE "COMMON MAN"; "OURS' IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG. IF NOT YOU, WHO?! IF NOT NOW, WHEN?! IF NOT JUSTICE, THEN INJUSTICE?! JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, MAKE JUSTICE NOW PREVAIL!!! "7!7!7!"

UR GENT! HELP! UR GENT! — Michael W. Collins

"TESTIMONIES WERE COERCED!!!"

## LEGAL MAIL

# PRIORITY REQUESTED ... URGENT ?!!!

# VERY IMPORTANT!!! (FOR THE "COMMON MAN")

JOHN KANE

Dear Judge ~~Christine M. Arguello~~: I AM TRYING TO GET YOU ADDITIONAL, MORE RECENT COPIES OF GRIEVANCES; KITES & LETTERS SEEKING REDRESS & REMEDIES THROUGH COLORADO DOC ADMINISTRATIVE PROCEDURES. VIRTUALLY ALL OF THE "ISSUES INVOLVE" MY BEING "TARGETED" IN "MANY'S" "WAYS" FOR "RETALIATIONS" BY THE COLORADO DOC & DOC MEDICAL. DOC IS MAKING MY GETTING COPIES TO YOU VERY HARD TO DO. ALL ARE SUBJECT TO SEIZURE AT ANY TIME. I AM HAVING TO GET COPIES MAILED OUT IN SEVERAL "ROUND ABOUT FAMILY WAYS." **IN THE END, JUSTICE WILL PREVAIL !!!**

MUCH OF THE STAFF; IN PARTICULAR, MY CASE MANAGER, MR. EVANS & MANY OTHER INMATES; IN PARTICULAR, VIRTUALLY THE WHOLE POD (ABOUT 100 MEN) WHERE I NOW LIVE AT, WITHIN CTCF HAVE TOLD ME (AGAIN & AGAIN) THAT I HAVE BEEN "SINGLED OUT" TO BE "DUMPED ON & S__T ON," THAT THE COPS ARE "REALLY F__KING WITH ME," THAT I HAVE BEEN "TARGETED" FOR "RETALIATIONS" IN EVERY CONCEIVABLE WAY, THAT "MY KITES & GRIEVANCES; PARTICIPATION IN THE MONTEZ VS. OWENS LAWSUIT HAS THE DOC & CTCF MEDICAL STAFFS "HATING ME", THAT I WOULD HAVE BEEN "TRANSFERRED TO FORT LYON C.F. (AN "OLD MAN" CONVALESCENT FACILITY) A LONG TIME AGO, IF I WOULD HAVE STOPPED WRITING KITES & GRIEVANCES; STOPPED MY "PUSHING" (MONTEZ REMEDIES).

I INITIATED A COLORADO DOC "CID" (CRIMINAL INVESTIGATION DIVISION) INVESTIGATION CONDUCTED BY CRIMINAL INVESTIGATOR WILLIAM CLASPELL REGARDING THE "CONTEMPT SHOTS" TO MY GROIN AREA C.C.O.'s STRIKING "HARD BLOWS TO MY PENIS; FEELING "UP & DOWN" MY PENIS !

THAT I MAY HAVE TAKEN OFF OF MY OWN M'EAL TRAYS, & THAT I MAY HAVE TAKEN OUT OF THE MESS HALL (NO FOOD WAS EVER FOUND IN SUCH A MANNER.) THAT I WAS SUBJECTED TO AFTER EVERY DINNER MEAL OVER AN 8-9 MONTH PERIOD. TWO ADDITIONAL DOC INVESTIGATIONS ARE CURRENTLY "ON-GOING," WHICH ALSO INVOLVE "C10".

ONE INVESTIGATION REVOLVES AROUND C.O.'S PURPOSELY INSTIGATING, BOTH VERBAL & PHYSICAL HARASSMENTS & ABUSES OF ME BY OTHER INMATES; PURPOSELY INSTIGATING PHYSICAL ATTACKS UPON ME BY OTHER INMATES. ANOTHER CURRENTLY "ON-GOING" INVESTIGATION REVOLVES AROUND THE ILLEGAL & SEIZING & THIEVING & OF WELL OVER 500 "PIECES OF RIGHTFULLY MINE" MAIL; SOME SEIZED IN VIOLATION OF A COLORADO DISTRICT COURT JUDGE'S ORDER.

I HAVE HAD ILLEGALLY & SEIZED & THIEVED & (AGAIN & AGAIN & AGAIN) BOTH SACROSANCT "FAMILY & LEGAL" MAIL; MAGAZINES SUCH AS TV GUIDE, THE CHURCH NEWS, & THE SMITHSONIAN" (OUR U.S. NATIONAL MUSEUMS), "NEWSWEEK & TIME MAGAZINES, & PREVENTION" (HOLISTIC HEALTH) & "MEN'S HEALTH"; PUBLICATIONS LIKE THE "OXFORD COMBINED ESSENTIAL DICTIONARY & THESAURUS, PC'S FOR DUMMIES, & DILBERT" CARTOONS.

IT IS BLATANTLY OBVIOUS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC & THE DOC MEDICAL DEPARTMENT; "TARGETED" BY CTCF & THE CTCF MEDICAL DEPARTMENT FOR "RETALIATION & RETRIBUTION" IN EVERY CONCEIVABLE MANNER, & IN ALL POSSIBLE WAYS. I HAVE BEEN TOLD (AGAIN & AGAIN & AGAIN) BY CASE MANAGERS, BY C.O.'S, & BY THOSE IN DOC "AUTHORITY POSITIONS" OVER ME THAT MY WRITING SO MANY KITES, GRIEVANCES, & SUMMARIZING LETTERS; THAT MY VERY ACTIVE PARTICIPATION IN THE MONTEZ VS. OWENS "ADA" LAWSUIT SEEKING FOR & EQUITABLE RECOURSE & REMEDIES THROUGH THE COLORADO DOC ADMINISTRATIVE PROCEDURES HAS BROUGHT THE FULL "WRATH OF THE BEAST" (COLORADO DOC) DOWN UPON ME. "THE BEAST" HOLDS
666                                                    666

NOTHING BACK IN EITHER STATE... ... ...

COLORADO DOC "MEDICAL & MEDICINE" ARE NOW BEING USED AS "RETALIATORY WEAPONS" AGAINST ME. THIS IS REALLY "FIGHTING DIRTY." EVERYTHING ABOUT OUR CTCF MEDICAL CLINICS & INFIRM-ARY; EVERYTHING ABOUT OUR CTCF MED-LINES, FINGER STICKS & INSULIN LINES "ARE FILTHY DIRTY". YES, THEY ARE ALL CLEANED PERIODICALLY; HOWEVER, CTCF IS A COLORADO DOC MEDICAL FACILITY, FILLED WITH SEVERAL HUNDREDS OF HIGHLY INFECTIOUS PATIENTS, BEARING EVERY KIND OF HIGHLY COMMUNICABLE DIS-EASE & ILLNESS. OUR INFIRMARY'S HOSPICE IS FILLED WITH MEN DYING OF BOTH AIDS & HEPATITIS-C, ALONG WITH "EVERYTHING ELSE." THE UNIT 1, WHERE I HAVE LIVED FOR ABOUT 7-8 MONTHS, HAS HAD AN EPIDEMIC OF MRSA "A DANGEROUS SUPERBUG GERM" (METHICILLIN-RESISTANT STAPHYLOCOCCAL AUREUS), FOR WELL OVER A YEAR, WHICH IN SPITE OF CTCF MEDICAL'S "BEST EFFORTS" (MINIMAL AT BEST) HAS BEEN IMPOSSIBLE TO "CONTROL." ~~CONTAIN~~

I HAVE BEEN GIVEN DIRECT ORDERS (AGAIN & AGAIN), BY OUR CTCF NURSING STAFF TO, IN EFFECT, INFECT MYSELF WITH AIDS, HEPATI-TIS-C, MRSA, & "EVERYTHING ELSE." I ONCE AGAIN HAVE PRE-SCRIBED, BOTH "FINGER STICKS" (TO TEST MY BLOOD SUGAR LEVELS) & INSULIN INJECTIONS (TO "HELP OUT" MY PANCREAS), BECAUSE MY DIA-BETES IS ONCE AGAIN "OUT OF CONTROL". I AM CLASSIFIED AS A DIA-BETIC "CHRONIC CARE" PATIENT, WHICH MEANS THAT I GET CTCF MEDI-CAL'S "BEST EFFORTS" (MINIMAL AT BEST) TO "CONTROL & MEDICATE" MY DIABETES.

MY DIABETES IS NOW NOT ONLY "NOT" BEING "CONTROLLED & MEDI-CATED," BUT I AM NOW BEING GIVEN DIRECT ORDERS (AGAIN & AGAIN) TO, IN EFFECT, INFECT MY OWN BLOOD WITH THE CONTAMINATED BLOOD, THE BLOOD "FILTHY DIRTY" WITH AIDS, HEPATITIS-C, MRSA, & "EVERY-THING ELSE" OF OTHER INMATES, WHEN I PRICK MY FINGERS & DRAW BLOOD FROM "FINGER STICKING" MYSELF, WHEN I AM INJECTING WITH MY INSULIN.

## "TRIAL TESTIMONIES WERE COERCED!!!"

FOR THE WELL OVER "98" YEARS THAT I HAVE BEEN INCARCER-
ATED WITHIN THE COLORADO DOC "BEAST", WITHIN ABOUT "98" DOC
FACILITIES, I HAVE ALWAYS BEEN ALLOWED TO "FINGERSTICK" MY-
SELF, & TO "INSULIN" INJECT MYSELF IN SOMEWHAT "STERILE MAN-
NERS", KNOWING THAT IT WAS BEING "DONE RIGHT". I AM NOW HAVING
TO "FINGER STICK" MYSELF ON THE VERY NON-STERILE "HIGHLY INFECT-
IOUS "SURFACE OF THE "BOARD SHELF", AT THE "BASE OF THE "FINGER
STICK/INSULIN" NURSE'S WINDOW, INSERTED WITHIN THE UPPER PART
OF OUR "MEN ROOM'S" ACCESS DOOR. IN PARTICULAR, BOTH "FINGER
STICK/INSULIN" NURSES JONES & WALKER ARE NOW "THROWING" ONTO
THE "BOARD SHELF" THE ALCOHOL SWATCH & GAUZE, A KICK & TEST STRIP
THAT I NEED TO TEST MY BLOOD SUGAR LEVELS WITH ALL IN A "DISHEVELED HEAP."

        IN PARTICULAR, "FINGER STICK/INSULIN" NURSES JONES & WALKER ARE
NOW ORDERING ME TO PRICK MY FINGER, DRAW MY OWN BLOOD, WIPE
MY BLOOD AWAY, THEN DRAW MY OWN BLOOD AGAIN, & FINALLY TO
TRANSFER MY BLOOD DROPS TO THE TEST STRIP INSERTED WITHIN A
MONITOR. THE ALREADY NON-STERILE GAUZE & TEST STRIP ARE "RUB-
BED AROUND" ON THE "HIGHLY INFECTIOUS" SURFACE OF THE "BOARD
SHELF"; IN PARTICULAR, I AM THEN GIVEN DIRECT ORDERS TO "RUB
AROUND" THE "GAUZE PATCH" ON MY OWN EXPOSED BLOOD; IN ACT-
UALITY, "RUBBING IN" INTO MY OWN BLOOD WHATEVER DISEASES & IN-
FECTIONS THAT THE "GAUZE PATCH" HAS INEVITABLY PICKED UP. THERE
IS MUCH MORE; HOWEVER, I AM HOLDING THIS TO A "SUCCINCT SUMMARY."

        WHEN I HAVE REFUSED TO TEST MY BLOOD SUGAR LEVEL IN THE MAN-
NER, & IN SIMILAR MANNERS, WHICH I WAS ORDERED TO DO ABOVE THAT
WOULD CONTAMINATE MY OWN BLOOD, "FINGER STICK/INSULIN" NURSES
HAVE "GONE OFF" ON ME (AGAIN & AGAIN); IN PARTICULAR & ESPECIALLY
NURSES JONES & WALKER, BOTH OF WHOM HAVE SCREAMED HYSTERI-
CALLY AT ME, WHEN ORDERING ME AWAY FROM THEIR "FINGER
STICK/INSULIN" WINDOW WITH MY NEITHER BEING ABLE TO TEST FOR MY

SCRIBED INSULIN INJECTION. NURSE JONES HAS GONE SO FAR AS TO RUN FROM THE OPPOSITE END OF THE "MED-ROOM" WHILE SCREAMING HYSTERICALLY HOW TO CORRECTLY SPELL HER NAME IN MY NEXT GRIEVANCE ABOUT HER; TO CONFRONT ME, ALONG WITH NURSE WALKER, ORDERING ME AWAY FROM THE "FINGERSTICK/INSULIN" WINDOW; TO DENY ME THE OPPORTUNITY TO TEST MY BLOOD SUGAR LEVEL IN A "NON-INVASIVE & NON-CONTAMINATING" MANNER; TO DENY ME THE OPPORTUNITY OF RECEIVING MY PRESCRIBED INSULIN INJECTIONS; TO CAPRICIOUSLY ORDER ME AWAY FROM THE "FINGER STICK/INSULIN" WINDOW (AGAIN & AGAIN), EVEN AFTER TWO SEPARATE "SHIFT COMMANDERS" HAD UN-SUCCESSFULLY INTERVENED ON MY BEHALF, ON TWO SEPARATE OCCASIONS, SO THAT I COULD GET MY NEEDED INSULIN.

THROUGH OUT THE WELL OVER "9½" YEARS THAT I HAVE "BEEN DOWN," IN ABOUT "98" SEPARATE DOC FACILITIES, WITHIN THE COLORADO DOC "BEAST," I HAVE ALWAYS BEEN ALLOWED TO INJECT MYSELF WITH MY OWN INSULIN INJECTIONS. "DOING IT" MYSELF, I KNOW THAT IT WILL BE "DONE RIGHT". NO MORE. CTCF "FINGERSTICK/INSULIN" WINDOW NURSES WILL NO LONGER ALLOW ME TO INJECT MYSELF WITH MY OWN INSULIN INJECTIONS. THESE NURSES NOW INJECT ME THROUGH THER WINDOW.

IN PARTICULAR & ESPECIALLY, BOTH "FINGERSTICK/INSULIN" NURSES JONES & WALKER, DO NOT SWAB MY STOMACH AREA WITH AN ALCOHOL SWATCH BEFORE INJECTING ME; HOWEVER, WHAT IS FAR WORSE, INFINITELY WORSE, IS THAT "MY BODY HAS TOLD ME" (AGAIN & AGAIN) THAT I AM BEING INJECTED WITH BOTH THE WRONG INSULIN, & THE WRONG DOSEAGES OF INSULIN. OTHER PATIENTS HAVE HAD "SIMILAR EXPERIENCES".

I HAVE BEEN ISSUED THROUGH THE "MED-LINE" WINDOWS, AT THE OPPOSITE END OF THE CTCF "MED-ROOM" FROM THE "FINGERSTICK/INSULIN" WINDOW, BOTH THE WRONG MEDICATIONS, & THE WRONG DOSEAGES OF MEDICATION; AGAIN, IN PARTICULAR & ESPECIALLY, BY THEN "MED-LINE" NURSES JONES & WALKER (AGAIN & AGAIN). THE CTCF NURSING

STAFF ROTATES AT CLINICS TO DO A DAY A NURSE IS ASSIGNED TO "MED-LINES," ANOTHER DAY TO THE "FINGERSTICK/INSU-LIN" WINDOW, ANOTHER DAY TO THE MEDICAL CLINICS, & SO ON, I DO GET SOME RESPITE FROM THE "NURSES FROM HELL," WHEN NURSES DIANNA & JODY ARE "ON DUTY," BUT I NEVER KNOW WHEN & WHERE THAT THEY WILL BE.

IT IS BLATANTLY OBVIOUS THAT BOTH COLORADO DOC MEDICAL, & CTCF MEDICAL HAVE AN ON-GOING "WAR(S)" AGAINST ME. WHEN I HAVE BEEN AT NURSE JONES' WINDOW, SHE HAS GONE SO FAR AS TO CLINCH HER FISTS, OUT STRETCH HER ARMS IN A "BOXING STANCE," & ANGRILY YELL AT ME: "LET'S RUMBLE, COLLINS& LET'S GET IT ON, COLLINS&"

"MED-LINE" NURSES HAVE BOTH INTENTIONALLY & UNINTENTIONALLY DROPPED MY PILLS IN AN OPEN "MED-CARD" DRAWER(& "DUG AROUND" FOR THEM), & DROPPED MY PILLS ON A FLOOR "FILTHY DIRTY" (& "LOOK-ED AROUND" FOR THEM), PICKED THEM UP, OFFERED THEM TO ME, & ORDERED ME TO SWALLOW THOSE PILLS THEN CONTAMINATED WITH "WHO ALL KNOWS WHAT." I HAVE REQUESTED REPLACEMENT PILLS (AGAIN & AGAIN) TO BE DENIED (AGAIN & AGAIN); IN PARTICULAR & ESPECIALLY BY THEN "MED-LINE" NURSES JONES & WALKER. BOTH SHIFT COMMAND-ERS, CAPT. BASTIDOS & CAPT MAR ONEY, BECAME INVOLVED ON SEPA-RATE OCCASIONS, TO NO AVAIL. I HAD TO EITHER SWALLOW DIRTY PILLS, OR GET NO PILLS AT ALL."

THE SECURITY C.O.'S "DETAILED" TO OUR CTCF "MED-LINE & FINGER-STICK/INSULIN WINDOWS," IN PARTICULAR & ESPECIALLY, SGTS. FOUNT-ENECHT & SULLIVAN, C.O.'S BOWMAN & TAYLOR USE THEIR "AUTHORITY POSITIONS" AT "MED-LINES, FINGER STICKS & INSULIN LINES" TO "MESS OVER; TO F___K WITH" "TARGETED" PATIENTS; IN PARTICULAR & ESPECI-ALLY, ME. "ALL(S)" 4 REQUIRE "TARGETED" PATIENTS TO DO EXAGGERATED "FINGER SWEEPS" FAR IN EXCESS OF "THE NORM." "ALL(S)" 4 REQUIRE "TARGETED" PATIENTS TO MOVE OTHER THAN WHERE THEY ARE STAND-ING, WITH EXAGGERATED VOICE COMMANDS; ARM & HAND GESTURES. ALL(S) "4 ARE "ITCHING" TO "PUT HANDS ON ME," & TO "TAKE ME DOWN."

## "TRIAL TESTIMONIES WERE COERCED!!!"

RUN THEIR MOUTHS PUTTING DOWN" DEMEANING (EXAGGERATED "FINGER SCOOPS"), & DEBASING "TARGETED" PATIENTS. I HAVE BEEN "TARGETED" FOR "RETALIATIONS." HARASSMENTS BY "MEDICAL C.O.'S" IS ONLY ONE KIND OF "RETALIATION."

I AM DIABETES "CHRONIC CARE." MY DIABETES IS "OUT OF CONTROL." AT CTCF "BARRIERS & HARASSMENTS" ARE PUT IN MY WAY, SO THAT I CAN NOT DO "FINGERSTICKS," & SO THAT I CAN NOT GET "INSULIN IN-JECTIONS." AT CTCF "BARRIERS & HARASSMENTS" WERE PUT IN MY WAY, SO THAT IT WAS VERY DIFFICULT FOR ME TO GET MY BACTRIUMM ANTI-BIOTIC PILLS FOR "GROSSLY APPEARING" INFECTED SPIDER BITES; "BARRIERS & HARASSMENTS" ARE NOW IN PLACE, SO THAT IT IS VERY DIFFICULT FOR ME TO EXCHANGE MY EMPTY "SELF-MED" CARDS FOR FULL "SELF-MEDICATION" PILL CARDS. CUMULATIVELY ALL OF THE "BARRIERS & HARASSMENTS" THAT I AM SUBJECTED TO ARE VERY HARD ON MY BODY BOTH PHYSICALLY & MEDICALLY; ON MY MIND PSYCHOLOGICALLY.

I CAN NOT CONTROL MY "PISS & SHIT." I AM CONTINUALLY "PISSING & SHITTING" THROUGHOUT EVERY DAY & NIGHT. I HAVE PERMANENT "BLAD-DER, LIVER, & PROSTRATE ISSUES" THAT ARE NOT BEING "ADDRESSED." BOTH MY BLOOD PRESSURE & CHOLESTEROL REMAIN INORDINATELY HIGH. I AM FATIGUED TO THE POINT OF COLLAPSING THROUGHOUT THE DAY, & MUCH OF THE NIGHT. ACCORDING TO MARY K. CARTER N.P, THE ONE "MEDICAL PROVIDER" THAT I HAVE BEEN ABLE TO MEET WITH FOR OVER "MANY 8" MONTHS, WHO HAS ACTUALLY HELPED ME, I AM A "PRIME CANDIDATE" FOR A "STROKE & HEART ATTACK." I NEED TO BE IMMEDIATELY ADMITTED TO A MEDICAL HOSPITAL FOR REAL, GENUINE "CHRONIC CARE."

THEREFORE & BE IT RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS, HEREBY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT, [BOTH FROM & UNDER THE CONTROL ENTIRELY OF THE COLORADO DOC,] MICHAEL N. COLLINS, BE REMOVED ENTIRELY BOTH FROM & UNDER THE CONTROL ENTIRELY OF ANY COLORADO SHERIFF'S OFFICE; IN PARTICULAR & ESPECIALLY, FROM & UNDER THE CONTROL OF THE DOUGLAS COUNTY SHER-

BE FED THREE MEALS PER DAY, EVERY DAY AT A HOTEL WITH A RES-
TAURANT WITHIN IT, WITHIN DOWN TOWN DENVER, IN CLOSE PROXI-
MITY TO THE U.S. FEDERAL COURTS. SAID HOTEL WITH A RESTAURANT
WITHIN IT, TO BE REIMBURSED WEEKLY FOR THE WEEKLY COST OF THE
CLAIMANT'S "EXTENDED STAY" ROOM RENTAL, THREE MEALS PER DAY
FROM THE COLORADO DOC, FROM WHAT IT WOULD NORMALLY COST TO
HOUSE & FEED A COLORADO DOC INMATE WITHIN "CLOSED" CORREC-
TIONAL FACILITIES, AS THE CLAIMANT, MICHAEL N. COLLINS, HAS
HERE TO FORE BEEN HOUSED & FED OVER THE ABOUT LAST "9½" YEARS
OF HIS WRONGFUL & UNJUST IMPRISONMENT, WITHIN THE DOC "BEAST".

BE IT FURTHER RESOLVED, THE CLAIMANT, MICHAEL N. COLLINS,
HERE BY PETITIONS & MOTIONS BEFORE THE COURT THAT SAID CLAIMANT,
MICHAEL N. COLLINS, WHILE HOUSED AT THE ABOVE REFERENCED HOTEL
IN DOWN TOWN DENVER, IN CLOSE PROXIMITY TO THE U.S. FEDERAL
COURTS, DURING THE APPEAL OF HIS WRONGFUL & UNJUST CONVICTION
OVER WHAT NEVER EVEN HAPPENED, BE UNDER THE "NOMINAL AUTHORITY"
OF THE U.S. MARSHALL'S SERVICE, WHO WILL "CHECK ON & SUPERVISE"
MICHAEL N. COLLINS NO MORE THAN ONCE PER WEEK. (THEY ARE TO IN
NO WAY HARRASS THE CLAIMANT, IN THE PERFORMANCE OF THER DUTIES.)

DURING THE APPEAL OF HIS WRONGFUL & UNJUST CONVICTION THAT
THE CLAIMANT, MICHAEL N. COLLINS "NOT B" BE REQUIRED TO REGIS-
TER AS A "SEX OFFENDER", "NOT B" BE REQUIRED TO REGISTER WITH ANY
LAW ENFORCEMENT AGENCY AT ALL FOR ANY REASON; IN PARTICULAR &
ESPECIALLY, "NOT B" BE REQUIRED TO UNDER GO "DENVER'S THERAPY",
"NOT B" BE REQUIRED TO UNDER GO ANY KIND OF MENTAL HEALTH SO
CALLED "COUNSELING AND/OR THERAPY", EITHER INDIVIDUAL OR
GROUP "COUNSELING/THERAPY" SESSIONS, CLASSES, AND/OR INSTRUCTIONS;

BE IT FURTHER RESOLVED THAT WHILE HOUSED AT THE ABOVE REF-
ERENCED HOTEL THAT THE CLAIMANT, MICHAEL N. COLLINS, HAVE FULL &

COLLINS WANTS TO BE UNDER ALL GENERAL HOSPITAL CARE (I.E. DEN-VER MEDICAL CENTER), "NOT" AFTER WARD 18 "JAIL WARD", BOTH AS AN INPATIENT & OUTPATIENT AT THEIR NEIGHBORHOOD MEDICAL CLINICS & PHARMACIES. ALL SMD COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COLORADO DOC ON A WEEKLY BASIS. THE CLAIM-ANT, MICHAEL N. COLLINS, IS "NOT" TO BE ASSIGNED THE SUB "SUB HUMAN", THE SUB "SUB ANIMAL" MEDICAL CARE, AS PRACTICED BY THE "USUAL CLUMP "OF "BUNGLING INCOMPETIENT" COLORADO DOC MEDICAL PROVIDERS," UN-SUPERVISED BY MEDICAL DOCTORS, PHYSI-CIAN'S ASSISTANTS & NURSE PRACTITIONERS, BUT REAL & BONAFIDE "THE NORM", COMMONLY ACCEPTED "HUMAN BEING" MEDICAL CARE, AS PRACTICED BY REAL & BONAFIDE "THE NORM" MEDICAL DOCTORS & NURSES. ALSO, ALL SMD COSTS INCURRED ARE TO BE RE-IMBURSED BY THE COL-ORADO DOC ON A WEEKLY BASIS. **URGENT !!! HELP !!!**
**URGENT !!!** "**MRD !!!**" **URGENT !!!**

MY "MANDATORY RELEASE DATE" IS THE END OF AUGUST, 2009 (NEXT MONTH). I WILL BE OUT "ON THE STREETS" AGAIN; HOWEVER, I WILL BE REQUIRED TO TAKE "DENIER'S THERAPY" AGAIN. I CANNOT SAY THAT I RAPED MY DAUGHTERS. I JUST CAN'T. AFTER GREAT HARDSHIP, MY PAROLE WILL BE RE-VOKED, & I WILL BE BACK IN PRISON FOR ANOTHER "5!" YEARS. PLEASE, NOW ACT WITHIN THE NEXT "30!" DAYS. BOTH I & OUR COLLINS FAMILY NOW ASK YOU; PLEASE, NOW ACT WITHIN THE NEXT "30!" DAYS.

LEGAL BRIEF & FINDINGS OF 07/04/09, SUBMITTED BY MICHAEL N. COLLINS. DEAR JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE: THIS IS A FURTHER ANGUISHED CRY! FOR JUSTICE !!; FOR "REAL & TANGIBLE! JUSTICE!" FROM MICHAEL N. COLLINS, & OUR WHOLE COLLINS FAMILY! YOU ARE THE JUDGE OF THE "COMMON MAN". I AM THE "COMMON MAN."
"**TRIAL TESTIMONIES WERE COERCED !!! "**

OVER THE CLAIMANT'S NOW WELL OVER "9⅛" YEARS OF IMPRISONMENT WITHIN THE COLORADO DOC "BEAST," HE HAS NOT ONLY BEEN DISCRIMINATED AGAINST, BUT "RUTHLESSLY & SADISTICALLY" RETALIATED! "AGAINST "ON-GOING" (AGAIN & AGAIN) FOR HIS "MANY!" MEDICAL & GENERAL GRIEVANCES SEEKING FOR EQUITABLE REMEDIES (NO MATTER HOW JUSTIFIED, WITHOUT EXCEPTION, ALL HAVE BEEN DENIED); FOR HIS "VERY!" ACTIVE & DILIGENT PARTICIPATION IN THE "MONTEZ-VS-OWDNS" (ADA) CLASS ACTION CIVIL LAWSUIT. DOC "LIES, DENIES, & OBFUSCATES"

HOWEVER, "ALL! FLOWS!" FROM THE WRONGFUL CONVICTION (A GRAVE MISCARRIAGE OF JUSTICE!) OF MICHAEL N. COLLINS ON CASE NO. 1997 CR 000055 IN DOUGLAS COUNTY COLORADO, ON 03/04/99. IN "GREAT! ANGUISHED! TORMENT!" THE "ENTIRE!" COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS DAREN, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA & JEANETTE) NOW "CRYS OUT! TO YOU!," JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, FOR "JUSTICE!" FOR "REAL! & TANGIBLE! JUSTICE!" IT IS MORE THAN COINCIDENCE THAT YOU ARE NOW OUR JUDGE; IT IS THE FAVORABLY INTERVENING "HAND OF GOD."

JUDGE ~~ARGUELLO~~ JOHN KANE, YOU NOT ONLY GREW UP POOR ON THE WRONG SIDE OF THE RAILROAD TRACKS, BUT YOU ACTUALLY LIVED ON THOSE RAILROAD TRACKS IN A BOX CAR WITH YOUR FAMILY, DURING YOUR FAMILY'S TIME OF TRIAL." THE LAST "10!" YEARS HAVE BEEN OUR FAMILY'S TIME OF TRIAL"; OUR COLLINS FAMILY'S "COMMONLY ENDURED" HOLOCAUST. OUR "ENTIRE!" COLLINS FAMILY (FATHER MICHAEL & MOTHER KAREN; SONS DAREN, JACK, & JOHN; DAUGHTERS CHRISTINE, LAURA, & JEANETTE) NOW "ALL!" "CRYS OUT! TO YOU!," JUDGE CHRISTINE M. ARGUELLO, FOR "JUSTICE!" FOR "REAL! & TANGIBLE! JUSTICE!" BOTH DAUGHTERS LAURA & JEANETTE RECANTED THEIR COERCED TRIAL TESTIMONIES YEARS AGO TO BECOME ALONG WITH DAUGHTER CHRISTINE, THEIR FATHER'S STRONGEST SUPPORTERS &

JUDGE ~~ARGUELLO~~ JOHN KANE, MAKE JUSTICE NOW FINALLY PREVAIL!!! THE WHOLE, ENTIRE, & COMPLETE COLLINS FAMILY; MICHAEL N. COLLINS & HIS WHOLE FAMILY, BUT IN PARTICULAR & ESPECIALLY ALL!! OF THE COLLINS DAUGHTERS ARE VERY! MUCH! DEATHLY AFRAID! OF THE "CORRUPT COPS & COURTS" OF DOUGLAS COUNTY, COLORADO. THEY ARE "REALLY BAD"

JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, MICHAEL N. COLLINS & HIS ENTIRE FAMILY NOW PETITIONS THE U.S. DISTRICT COURT TO "COURT ORDER" A HEARING, OR SOME KIND OF LEGAL PROCEEDINGS, "OUTSIDE!" OF DOUGLAS COUNTY, & "WITHIN!" YOUR U.S. DISTRICT COURT TO "SET ASIDE!! & THROW OUT!" THE "WRONGFUL!", THE "DESECRATED JUSTICE!" CONVICTIONS OF MICHAEL N. COLLINS; WHOSE FAMILY'S TRIAL TESTIMONIES WERE "ALL!" COERCED, INTIMIDATED, & MENACED; BUT IN "PARTICULAR & ESPECIALLY," THE COLLINS DAUGHTERS' TRIAL TESTIMONIES, BY THE NEFARIOUS INVESTIGATOR WILLIAM RUPPART; TO ORDER THAT ANY NEW TRIAL BE HELD "OUTSIDE!" OF DOUGLAS COUNTY, COLORADO, & WITH A U.S. FEDERAL COURT FOR "JUSTICE TO FINALLY "PREVAIL!"

JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, THE CIVIL RIGHTS; THE U.S. CONSTITUTIONAL RIGHTS OF MICHAEL N. COLLINS & THE WHOLE COLLINS FAMILY; OUR RIGHT TO A FAIR & OBJECTIVE, AN IMPARTIAL & JUDICIOUS TRIAL WAS UTTERLY & COMPLETELY DECIMATED & DESTROYED, BY A NEFARIOUS PROSECUTION THAT STOOPED TO ANY TACTIC, NO MATTER HOW LOW & DISPICIABLE, TO GET THEIR NEFARIOUS CONVICTIONS. JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, I AM THE "COMMON MAN"; OURS' IS THE "COMMON FAMILY." "MAKE RIGHT" NOW WHAT IS SO WRONG, IF NOT YOU, WHO?!! IF NOT NOW, WHEN?! IF NOT JUSTICE, INJUSTICE?! JUDGE ~~CHRISTINE M. ARGUELLO~~ JOHN KANE, MAKE JUSTICE NOW PREVAIL!!! **URGENT! HELP! URGENT!** "MRD" MY "MANDATORY RELEASE DATE" IS THE END OF AUGUST, 2009. I WILL BE RIGHT BACK IN PRISON FOR "5!" MORE YEARS. PLEASE, ACT NOW SOON."
— (Respectfully Submitted, Michael N. Collins "The Dad & Grand Pa"
"TRIAL TESTIMONIES WERE COERCED!!!"

THIS IS SO VERY SIMPLE & OBVIOUS, I WAS GIVEN A DIRECT ORDER BY MY CASE MANAGER, MR. EVANS, TO ATTEND ALL OF MY "ANGER MANAGEMENT" THERAPY SESSION FROM 8:50 AM TO 10:50 AM ON 05/05/09, OR I WAS GOING DIRECTLY TO "THE HOLE." ALSO ON 05/05/09, I HAD AN APPOINTMENT WITH OUR CTCF DENTAL HYGIENIST AT 10:30 AM. I CAN NOT BE AT TWO DIFFERENT PLACES AT ONCE. THIS IS IMPOSSIBLE. I REQUESTED THAT OUR ON DUTY "CONTROL CAGE" OFFICER, C.O. BILLINGS, CALL OUR DENTAL HYGIEN-IST, INFORM THEM THAT I COULD NOT "MAKE" MY APPOINTMENT, & FOR THEM TO RE-SCHEDULE ME.

IN A "FOLLOW-UP" CONVERSATION, WHEN I GOT BACK TO OUR UNIT 1 FROM MY "ANGER MANAGEMENT" THERAPY SESSION, I FOUND OUT THAT C.O. BILLINGS HAD NOT CALLED DENTAL TO GET ME EXCUSED FROM MY APPOINTMENT. AT MY REQUEST, C.O. BILLINGS THEN CALLED OUR DENTAL HYGIENIST, WHO BOTH REFUSED TO NOT CHARGE ME FOR A "NO-SHOW" & REFUSED TO RE-SCHEDULE(ME) FOR ANY MORE APPOINTMENT WITH HER, OUR CTCF DENTAL HYGIENIST, WHICH CAN EASILY TAKE YEARS TO GET. PLEASE, CREDIT MY INMATE FUNDS FOR A "NO-SHOW" & RE-SCHEDULE ME FOR A DENTAL HYGIEN-IST APPOINTMENT- AS SOON AS POSSIBLE. THANK YOU. Michael McCollen

"GENERAL" GRIEVANCE (STEP II, CT 08/09-021, 05/22/09): THE "REAL ISSUE" IS THAT I HAVE BEEN "TARGETED" & CONTINUE TO BE "TARGETED" BY THE COLORADO DOC IN EVERY CONCEIVABLE WAY, MY MAIL ONLY BEING ONE OF "MANY" B "WAYS TO "RETALIATE" AGAINST ME. ON 05/06/09, C.O. COMBS, IN OUR CTCF MAILROOM, ILLEGALLY B "WITHHELD" MY "DICTIONARY & THESAURUS" SENT TO ME BY MY SON JARED, THIS IS THE EXACT SAME "DICTIONARY & THESAURUS" SENT TO ME PREVIOUSLY THAT WAS ILLEGALLY B STEZED B FROM ME IN LIVING UNIT 3, DURING A "HARASSMENT SHAKE-DOWN." (I WAS PARTICULARLY "TARGETED" FOR "RETALIATIONS" IN UNIT 3. MY PROPERTY WAS BEING "TRASHED" B; MY LEGAL FILES "TARGETED" B, AGAIN & AGAIN, DURING "CELL SHAKEDOWNS & CELL INSPECTIONS," ULTIMATELY (extra Am.'pm.) AS DONE PREVIOUSLY, MY CURRENT "DICTIONARY & THESAURUS" WAS

SUNY NO. BY AN UN-LINE 15.006 DISTRIBUTOR WITH A RAN SHA-VING STATEMENT ENCLOSED. I WAS ABLE TO RECEIVE THAT DICTION-ARY "THESAURUS," BECAUSE C.O. COMBS WAS NOT "ON DUTY," AT THAT TIME, IN OUR CTCF MAILROOM. "90%" OF THE "ILLEGAL" STEALING & SIEZING" IN OUR CTCF MAILROOM IS DONE BY C.O. COMBS, WITH "SMUG IMPUNITY." I HAVE HAD NOW WELL OVER "500" PIECES OF MAIL "IL-LEGALLY" SIEZED & STEALING" AT CTCF. —— Michael McCullics

"GENERAL" GRIEVANCE (STEP II; CT 08/09-796, 05/22/09): I "STAND BY" WHAT I HAVE WRITTEN. LT. HEIDENTHAL HAS MADE IT "ABUN-DANTLY CLEAR" TO ME THROUGH INTERMEDIARY "C.O.'S & STAFF HERE IN LIVING UNIT-1 THAT IF I CONTINUE TO EITHER WRITE HIS NAME, OR IN ANY WAY WRITE LU-3 IN ANY GRIEVANCE, FOR ANY REASON, HE WILL HAVE ME TRANSFERRED BACK TO LU-3; LT. HEIDENTHAL WILL HAVE ME IN "HIS HOLE" IN HIS "LU-3," UNTIL I "DISCHARGE."

MY LIFE WILL BE EVEN MORE OF A "LIVING HELL" THAN IT WAS WHEN I WAS PREVIOUSLY IN LU-3, I SLEPT THROUGH THE "HELL SHIFT," WHEN THEY CAME ON DUTY, PREVIOUSLY WHEN I WAS IN LU-3, LT. HEIDEN-THAL HAS MADE IT "ABUNDANTLY CLEAR" TO ME THROUGH HIS "INTER-MEDIARIES" THAT EVERY SHIFT WILL BE A "HELL SHIFT" WHEN I AM AGAIN "IN HIS LU-3.

I NEED TO BE "IMMEDIATELY & EXPEDITIOUSLY" TRANSFERRED TO FORT LYON C.F. THERE ARE "MANY" ELDERLY MEN THERE, SIMILAR TO MY SELF, WITH SIMILAR "MEDICAL & SECURITY" ISSUES, "THE ONLY REASON THAT I WAS NOT TRANSFERRED TO FORT LYON C.F. LONG AGO IS THAT I AM BEING RETALIATED AGAINST." I NEED TO BE TRANSFERRED TO FORT LYON C.F. AS SOON AS POSSIBLE. THANK YOU. —— Michael N. Cullin

"GENERAL" GRIEVANCE (STEP III; CT 08/09-821, 05/27/09): THE "REAL ISSUE" IS THAT I HAVE BEEN "TARGETED," & CONTINUE TO BE "TARGETED," BY THE COLORADO DOC IN EVERY CONCEIVABLE WAY, MY MAIL ONLY BEING ONE OF "MANY" "WAYS TO "RETALIATE" AGAINST ME. THESE ARE "ALL" "RE-TALIATIONS": ① THE "ILLEGAL" SIEZURE & THEFT & LOSS & MISPLACEMENT" OF WELL OVER "500" PIECES OF RIGHTFULLY MINE" MAIL (I STOPPED

KEEPING A RUNNING TALLY MONTHS AGO); THE "ILLEGAL TRASHING"
OF MY "RIGHTFULLY MINE &" FAMILY MAIL (IN VIOLATION OF A COLORADO
DISTRICT COURT JUDGES ORDER), SIMPLY BE CAUSE IT IS MY FAMILY
MAIL; ③ THE "ILLEGAL TRASHING" OF MY COPIES (PARTICULARLY, LEGAL
COPIES" WHEN THEY ARE RECEIVED BY OUR MAILROOM. THEY ARE CALLED
"GARBAGE" PRIOR TO BEING LABELED "LEGAL COPIES" BY C.O.'S).

MY COPIES ARE "DUMPED" OUT OF PROTECTIVE SHIPPING BOXES &
"TRASHED," DUMPED "OUT OF LEGAL FILES & "TRASHED," DUMPED OUT OF
MANILA ENVELOPES & "TRASHED &" THESE THINGS "DO NOT HAPPEN TO OTHER
INMATES, IN ANY WHERE NEAR THE PROPORTION THAT THEY DO TO ME; ④
C.O. COMBS' "ILLEGAL &" SEIZURES OF MY BOOKS & MAGAZINES (TV GUIDE
SMITHSONIAN, CHURCH NEWS, & SO ON) ARE ALL "RETALIATORY," STOP
"ILLEGALLY &" SEIZING MY MAIL & —— Michael W. Cullen

"MEDICAL" GRIEVANCE (STEP III; C-CT 08/09-356, 05/29/09): AAA
"MOBILITY SCREENING" IS VERY IMPORTANT TO ME, I AM, AT LEAST IN PART,
"MOBILITY DISABLED", I HAVE "BEEN DOWN" FOR WELL OVER "9 &" YEARS
NOW IN THE BELLY OF THE COLORADO DOC BEAST." FOR VIRTUALLY
THAT WHOLE TIME, IT HAS "BEEN A GIVEN" THAT I HAVE BEEN "BOTTOM
TIER/BOTTOM BUNK RESTRICTED, WITH LIFTING & WEIGHT RESTRICTIONS."
I HAVE BEEN "TARGETED" FOR COLORADO DOC & MEDICAL "RETALIATIONS"
IN EVERY CONCEIVABLE WAY. THE CANCELING OF MY "MEDICAL RESTRIC-
TIONS "IS ANOTHER WAY, OF "MANY WAYS &," TO "RETALIATE" AGAINST ME.
BOTH MIKE WALSH P.A. & MYSELF REMEMBERED EACH OTHER FROM
FREMONT C.F., WHEN I WAS INCARCERATED THERE 5-6 YEARS AGO,
AT THAT TIME, FREMONT'S MEDICAL STAFF HAD AN "ON-GOING WAR" WITH
THEIR OWN PATIENTS; WERE FABRICATING C.O. P.D. CHARGES AGAINST US,
FOR SIMPLY TRYING TO GET "HUMAN BEING" MEDICAL CARE, IT WAS NOT
THE PURPOSE OF FREMONT'S MEDICAL STAFF TO HELP THEIR PATIENTS,
BUT TO "MESS WITH US" (ESPECIALLY ME &) IN EVERY CONCEIVABLE WAY.
ANY EVALUATION THAT MIKE WALSH P.A. WOULD DO, WOULD BE
FAIR & IMPARTIAL. I NEED (AS DO "ALL &" INMATES) TO HAVE A FAIR &

"GENERAL" GRIEVANCE (STEP 1; 05/31/09): RICKY SALAZAR WAS IM-
POSED UPON ME TWICE, AS A CELLIE, BY UNIT 1 "HOUSING SGT." ULLMAN.
WE WERE BOTH AT FREMONT C.F. TOGETHER. HE WAS A "CON-ARTIST" HUS-
TLER, A CONNIVING MANIPULATOR THERE, & REMAINS SUCH HERE AT CTCF.

SPECIFICALLY, RICKY HAS ATTEMPTED TO INSTIGATE FIGHTS BETWEEN
MYSELF, & BOTH INMATES FISHER & STANLY; LAUNDRY PORTER WOLLEY & OTHER
LAUNDRY WORKERS TO GET ME THROWN IN THE HOLE, SO THAT ONE OF HIS "HOMMIES" COULD
MOVE IN WITH HIM. SALAZAR CAN NOT KEEP HIS "HANDS OFF" OF MY PROP-
ERTY; SINCE HE HAS BEEN MY CELLEE, I HAVE HAD MUCH MISSING.

RICKY HAS ABSOLUTELY NOTHING OF VALUE HIMSELF, & CONSIDERS
MY PROPERTY JOINTLY HIS. SALAZAR DEMANDS TO WATCH HIS SPORTING
EVENTS; VIOLENT & DEBASING "TV PROGRAMS ON MY TV; TO THE EXCLUSION
OF MY "GOOD & UPLIFTING" RELIGIOUS PROGRAMS, WHILE MAKING "CRUDE &
DEBASING" REMARKS ABOUT MY "CHRISTIAN SISTERS." HE BRINGS MUCH TROUBLE ON ME.

I HAVE BEEN TOLD (AGAIN & AGAIN), OVER SEVERAL WEEKS, BY CASE MAN-
AGER EVANS, SGTS. ULLMAN & OWENS THAT RICKY SALAZAR WAS BEING
MOVED TO AN "UPSTAIRS POD", WHERE HE WOULD BE PUT IN WITH ALL OF HIS
"GANG BANGING" HOMMIES, & THAT I WOULD BE LEFT WHERE I AM AT
IN "HOUSE NO. 14." PLEASE, DO THIS—AS SOON AS POSSIBLE. Michael N.
                                                          Collins

"GENERAL" GRIEVANCE (STEP 3; CT 08/09 - 796, 05/31/09): AGAIN,
I "STAND BY" WHAT I HAVE WRITTEN IN BOTH MY STEP 1 & II GRIEVANCES,
LT. HEIDENTHAL HAS MADE IT "ABUNDANTLY CLEAR" TO ME THROUGH "OBVI-
OUS THREATS;" THROUGH "INTERMEDIARY" C/O'S & STAFF HERE IN LIVING
UNIT-1 THAT IF I CONTINUE TO WRITE EITHER HIS NAME, OR IN ANY WAY
REFER TO "HIS LU-3" IN ANY GRIEVANCE, FOR ANY REASON, HE WILL HAVE ME
TRANSFERRED BACK TO "HIS LU-3", WHERE HE IS "IN CHARGE;" LT. HEIDEN-
THAL WILL HAVE ME IN "HIS HOLE", IN "HIS LU-3", UNTIL I DISCHARGE.

MY LIFE WILL BE EVEN MORE OF A "LIVING HELL" THAN IT WAS WHEN
I WAS PREVIOUSLY IN LU-3. I WAS SUBJECTED THEN TO MUCH SADISTIC
ABUSE, BY C/O'S ON EVERY SHIFT, BOTH EVERY DAY & NIGHT "AROUND THE

CLOCK. LT. "HESENTHAL THROUGH TARGETING INTERMEDIARY C.O.'s & STAFF HERE IN LU-1 HAS MADE IT "ABUNDANTLY CLEAR" TO ME THAT WHEN HE HAS ME TRANSFERRED BACK TO "HIS LU-3" THAT MY LIFE WILL BE EVEN MORE OF A "LIVING HELL"; SUBJECTED TO EVEN MORE SADISTIC ABUSE, BY "HIS C.O.'s" ON EVERY SHIFT, BOTH EVERY DAY & NIGHT.

I NEED TO BE TRANSFERRED TO FORT LYON C.F. — AS SOON AS POSSIBLE! PLEASE, "EXPEDITE!" THANK YOU.   —— Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 3; C- CT 08/09 - 371, 06/01/09): MY STEP I & II GRIEVANCES HAVE NOT BEEN RESOLVED. YOUR MEDICAL PROVIDERS ARE NOT COMPETENT "PROFESSIONALS", AS STATED IN THE STEP II RESPONSE. I HAVE NOT BEEN ABLE TO MEET WITH A "PROVIDER" FOR WELL OVER 8 MONTHS. THE LAST WAS KAREN MITCHELL N.P., WHO TOLD ME THEM THAT SHE "DIDN'T KNOW WHAT SHE IS DOING". SGT. DEFRANCISCO HAS TO HELP HER "NAVIGATE" MY MEDICAL FILE. SHE IS A MEDICAL SCHOOL "DROPOUT". SHE IS INCOMPETENT. VIRTUALLY ALL OF DOC'S "MEDICAL PROVIDERS" HAVE SIMILAR BACKGROUNDS OF "FAILURE & INCOMPETENCY", OF BEING UNABLE TO WORK ANYWHERE ELSE OTHER THAN IN A PRISON.

IN THE RESPONSE TO MY STEP I GRIEVANCE WAS THAT I NEED TO "PUT IN" A KITE TO BE SEEN BY A PROVIDER. I HAVE (AGAIN & AGAIN) PUT IN "MANY 8" MEDICAL KITES TO BE "SEEN SOON" BY A "MEDICAL PROVIDER". I WILL PUT AT THE TOP OF A MEDICAL KITE "FIRST REQUEST", FOLLOWED IN 3-4 DAYS "SECOND REQUEST", FOLLOWED IN 3-4 DAYS "THIRD REQUEST", & SO ON. I HAVE "MANY 8 VERY 8 SERIOUS 8" MEDICAL ISSUES 8, SEVERAL OF WHICH COULD BE "LIFE THREATENING 8".

I HAVE BEEN "TARGETED" BY THE COLORADO DOC & MEDICAL" FOR "RETALIA- TIONS 8" IN EVERY CONCEIVABLE WAY. ONE OF THESE "RETALIATIONS" IS THAT I AM NOT NOW SEEN BY MEDICAL PROVIDERS. I NEED TO MEET WITH A "REAL 8" MEDICAL DOCTOR AT LEAST ONCE EVERY 3 MONTHS; A P.A., OR N.P., AT LEAST ONCE EVERY MONTH. THANK YOU.   —— Michael N. Collins

"MEDICAL" GRIEVANCE (STEP 3; D- CT 08/09 - 792, 06/01/09): WITH- IN DOC MEDICAL'S STEP II RESPONSE, I QUOTE: "IN REVIEW OF THIS MATTER I FIND THAT I HAVE ALSO NOTED AND REVIEWED A COPY OF YOUR REFUSAL TO PARTICIPATE IN ADA SCREENING PROCESS FORM SIGNED BY YOU ON

03/31/2009. THIS IS NOTHING — BUT... [illegible] FORM, (DON'T ... ....)

IF MY SIGNATURE IS ON THIS FORM, IT IS A FORGERY.

MIKE WALSH P.A., ON 03/31/09, SHOVED IN FRONT OF ME AN ALREADY FILLED OUT "PRE-TYPED UP" REFUSAL FORM WITH HIS HAND OBSCURING THE "BODY OF CONTENT," SO THAT I COULD ONLY "QUICKLY SCAN" READ IT; WITH HIS FINGER POINTING TO WHERE I WAS TO SIGN, DEMANDING THAT I DO SO, IN MY "QUICK SCAN" READING, IT APPEARED TO ME THAT I ~~WAS~~ (WOULD HAVE BEEN) ABSOLVING DOC MEDICAL OF ALL OF THEIR LEGAL RESPONSIBILITIES.

IN MY "98" YEARS IMPRISONED WITHIN COLORADO DOC, I HAVE ALWAYS EXERCISED THE RIGHT TO WRITE IN MY OWN REASONS FOR A REFUSAL; NOT "SIGNING IN AGREEMENT" FOR DOC'S REASONS, FOR DOING THIS MIKE WALSH, P.A. HAD ME "CUFFED UP" BY SGT. DE FRANCISCO, & DEMANDED THAT I BE THROWN "IN THE HOLE".

THE COLORADO DOC LIES, DENIES, & OBFUSCATES ALL OF THEIR GRIEVANCE RESPONSES, IN A "COMPUTER" "PATCHWORK OF STANDARD PHRASES". MY "NITRO-GLYCERIN" PILLS, IN PARTICULAR, MUST NOT BE WITHHELD FROM ME AS A "RETALIATION"; NEITHER MUST MY VITAMIN B-6, OR ANY OTHER MEDICATIONS, THIS CAN EASILY BE "LIFE THREATENING" TO ME. [signature]

"GENERAL" GRIEVANCE (STEP I, 06/01/09): ON 05/20/09 C.O. "M. GARCIA" ILLEGALLY SIEZED & WITHHELD "MY "MEN'S HEALTH MAGAZINE." THERE IS ABSOLUTELY NOTHING WITHIN THIS PUBLICATION THAT "CREATES A SUBSTANTIAL DANGER TO THE EMOTIONAL OR MENTAL HEALTH OF AN OFFENDER." FOR SIMILAR REASON(S) I HAVE HAD "TV GUIDE, THE SMITHSONIAN (OUR U.S.A'S NATIONAL MUSEUM), THE CHURCH NEWS, NEWSWEEK, PREVENTION (HOLISTIC NATURAL HEALTH "0" OPRAH), & SO ON MAGAZINES "ILLEGALLY SIEZED & WITHHELD" (AGAIN & AGAIN) WELL OVER "5000" TIMES. I HAVE BEEN "TARGETED".

SGT. POEHL AT "MIDWAY/ THE TAG PLANT ENTRY", SGT. MILES & C.O. QUINTANNA AT PROPERTY", WHO HAVE ALL HANDLED MAGAZINE "DISBURSEMENTS" AFTER OUR MAILROOM & READING (CENSORSHIP) COMMITTEE HAVE GOTTEN THROUGH "TRASHING" OUR MAGAZINES, HAVE ALL TOLD ME: "NO OTHER FACILITIES DO THIS, THEY'RE REALLY FUCKING WITH YOU, THIS IS A WASTE OF TIME, THERE'S NOTHING WRONG WITH YOUR MAGAZINES, I READ

THEM MYSELF, I JUST DO MY [crossed out] JOB, THIS IS RIDICULOUS,

[crossed out line]

MAILROOM & READING COMMITTEE HAS TOO MUCH TIME ON THEIR HANDS," — Michael N.

STOP RETALIATING AGAINST ME THROUGH MY MAIL. — Gillis

'MEDICAL' GRIEVANCE (STEP I; 06/04/09): WHEN OTHER INMATES COME BACK FROM OUR MEDICAL CLINIC, & TELL ME (AGAIN & AGAIN) THAT MEDICAL STAFF & PROVIDERS "REALLY HATE YOU; REALLY TALK A LOT OF SHIT & SMACK ABOUT YOU," THEY REALLY DO HAVE A "WAR" GOING ON BETWEEN THEMSELVES & MYSELF. IT IS OBVIOUS TO BOTH MYSELF & MANY "OTHER INMATES; BOTH TO MANY CTCF C.O.'S & STAFF THAT I HAVE BEEN "TARGETED" FOR "RE-TALIATIONS" BOTH BY THE COLORADO DOC & DOC MEDICAL IN EVERY CONCEIVABLE MANNER.

ONE OF THE WORST "SMACK" TALKERS ABOUT ME IS KAREN MITCHELL N.P. YES, I HAVE SAID THAT SHE IS INCOMPETENT. SHE ONLY CONFIRMS THIS WHEN IN MY PRESENCE SHE HAS SAID THAT SHE "DOESN'T KNOW WHAT SHE IS DOING." SGT. DEFRANCISCO & OTHER C.O.'S; OTHER MEDICAL PROVIDERS & NURSES HAVE HAD TO HELP HER "NAVIGATE" MY "MEDICAL FILE", IT IS COMMONLY KNOWN THAT KAREN MITCHELL N.P. IS A MEDICAL SCHOOL "DROP OUT"; THAT SHE CAN NOT WORK ANYWHERE ELSE OTHER THAN A PRISON WHERE HER PATIENTS ARE FORCED TO BE TREATED BY HER.

KAREN MITCHELL N.P. IS TOTALLY LACKING IN COMPETENCY & PROFES-SIONALISM. SHE SHOULD BE IMMEDIATELY DISCHARGED BY THE COLORADO DOC. I SHOULD BE IMMEDIATELY TRANSFERRED TO FORT LYON, CF. THANK YOU — Michael N. Gillis

"GENERAL" GRIEVANCE (STEP I; 06/04/09): ON WED., 06/03/09, I HAD TO RUN A PARTICULARLY, "AGGRESSIVELY HOSTILE" GAUNTLET OF C.O.'S TO GET MY "MEDICATIONS" AT MED-LINE," I HAVE "GRIEVED" SGT. SULLIVAN ABOUT HIS BOTH PHYSICAL & VERBAL "EXCESSES"; HIS BOTH PHYSICAL & VER-BAL "HARASSMENTS & ABUSES" (AGAIN & AGAIN); PARTICULARLY, AT OUR CTCF MEDICAL CLINIC & "MED-LINES", GRIEVANCES ARE INEFFECTUAL; ACTUALLY ENCOURAGE C.O.'S IN THEIR "EXCESSES." SGT. SULLIVAN WAS PAR-TICULARLY "VOCIFEROUS" THE MORNING OF 06/08/09. HE TOOK GREAT

SERIOUSLY ALARMED ME. HIS JOKING IS NOT FUNNY, SGT. SULLIVAN TALKING "TO BUTT FUCK" ME "HAVING" ... HIS HAVING "SEXUAL RELATIONS" WITH OTHER MEN IN MY POD # UNIT, SGT. SULLIVAN JOKING" ABOUT COMING OUTSIDE TO FUCK ME UP," SGT. SULLIVAN "JOKING" ABOUT WAITING FOR ME TO COME INSIDE THE "MED-LINE" ROOM TO FUCK ME UP, "JOKING" ABOUT MY ALWAYS TAKING TOO LONG (ACCORDING TO SGT. SULLIVAN, I TAKE "EXCESSIVE" MEDICATIONS), & ATTEMPTING TO INCITE OTHER INMATES, BEHIND ME IN MED-LINE, TO BOTH PHYSICALLY & VERBALLY ATTACK ME IS NOT FUNNY TO ME, IT IS NOT FUNNY TO OTHER INMATES THAT ARE ALSO THE BUTT OF SGT. SULLIVAN'S "SICK HUMOR". STOP TARGETING" ME FOR "RETALIATIONS" —— Michael N. Collins

"GENERAL" GRIEVANCE (STEP I; 06/05/09):
ON THUR. 06/04/09, WE "ILLEGALLY" DID NOT HAVE LUNCH UNTIL 4 PM, & DINNER UNTIL 8 PM, WHICH WAS A "SACK DINNER". I WAS "SHORT" BOTH MY APPLE JUICE, & MEAT "WITHIN MY SACK." WHEN I ATTEMPTED TO GET WHAT I WAS "SHORT" SGT BLATTNER MOCKED & RIDICULED ME, PATTING ME ON MY BACK & TALKING TO ME, IN A "SOOTHING BABY VOICE". LT REPAR, OF COURSE, "TOOK HIS OPPORTUNITY" & JUMPED "IN ON ME," YELLING FOR ME TO "LOCK MY BUTT DOWN." C.O. SHARKEY WAS "IN MY FACE", NOBODY ELSE WAS "TARGETED" LIKE I WAS.
ALSO, ON THUR. 06/04/09, C.O. GARCIA "ILLEGALLY" "REFUSED TO HAND ME MY MAIL & NEWSPAPER, WHICH HE HAD WITH HIM (AGAIN & AGAIN); REFUSED TO TELL ME IF LAUNDRY WAS BEING COLLECTED (AGAIN & AGAIN), NOT JUST ON 06/04/09, BUT "EVERY" DINNER MEAL THAT CAPT BASTIAOS & LT. REPAR ARE "ON DUTY," I AM "TARGETED" FOR "RETALIATIONS". I AM DISABLED. LT. REPAR WILL RUN ACROSS THE MESS HALL; CAPT. BASTIAOS WILL DROP "ANYTHING ELSE" TO KEEP ME FROM SITTING AT A DISABLED TABLE, BOTH CAPT. BASTIAOS & LT. REPAR WILL ALLOW FULLY ABLE "GANG BANGERS" TO SIT AT DISABLED TABLES, & TO GET EXTRA MEAL TRAYS. THEY ARE AFRAID OF THEM; YET, THEY ARE ALL OVER ME (AGAIN) (AGAIN).
STOP THE "RETALIATIONS" AGAINST ME. PLEASE, TRANSFER ME TO FORT LYON C.F. - AS SOON AS POSSIBLE. THANK YOU. —— Michael W. Collins

"MEDICAL" GRIEVANCE (STEP I; 06/10/09): DIABETES "FINGERSTICKS & INSULIN" NURSE WALKER WAS UPRIGHT "HOSTILE & CONTEMPTUOUS" OF ME, WHEN

BLOOD SUGAR LEVEL WAS "LOW". I COULD HAVE DECLARED A "MEDICAL EMERGENCY", BUT I DID NOT. AT FIRST, NURSE WALKER DID NOT WANT ME TO TO GET "FINGERSTICKS" AT ALL, BUT I SHOWED HER MY "FINGERSTICK" PASS.

NURSE WALKER IGNORED ME, WHILE SHE TOOK AN OBVIOUSLY "PERSONAL" CALL, & THEN ABRUPTLY (TURNED) AWAY FROM ME FOR EASILY 5 MINUTES, WITHOUT EITHER EXPLANATION, OR APOLOGY. HER "PERSONAL" BUSINESS WAS FAR MORE IMPORTANT THAN MY "FINGERSTICKS". I HAVE "BEEN DOWN" OVER "9½" YEARS, IN ABOUT "9½" DOC FACILITIES, ALWAYS "INMATES FINGERSTICK" THEMSELVES "2 OR 3" AT A TIME.

"2 OR 3" INMATES "FINGERSTICKING" THEMSELVES AT A TIME IS HOW IT HAS BEEN AT CTCF; HOWEVER, NURSE WALKER HAD "SET-UP" ONLY ONE "BLOOD SUGAR LEVEL" MONITOR RIGHT IN FRONT OF HER. SHE WAS DIRECTING ("BITCHING") MY EVERY MOVE. THE MONITOR WAS "SET-UP" ON A "DEERWAY STATE", NOT A "STERILE FIELD". SHE DIRECTED ME TO SWAB MY FINGER ON A GAUZE PAD THAT WAS NO LONGER "STERILE"; TO "STICK MYSELF" TWICE (WIPING MY SELF (BLOOD) WITH THE "NON-STERILE" GAUZE PAD, AFTER THE FIRST "STICK".

I HAVE BEEN "FINGER STICKING" MYSELF FOR OVER "9½" YEARS, WHILE IMPRISONED WITHIN COLORADO DOC, NEVER IN SUCH AN OBVIOUSLY "NON-STERILE" MANNER. NURSE WALKER IS "HOSTILELY INCOMPETENT". WE SHOULD HAVE SEVERAL MONITORS BACK WHERE THEY WERE IN A CART. — Michael Gillis

"MEDICAL" GRIEVANCE (STEP I; 06/11/09): SEVERAL "DAYS IN A ROW" CENTERED AROUND THE WEEK END OF 06/06-07, "MED-LINE" NURSE MARK REFUSED TO DISPENSE MY DIABETES MEDICATION (METFORMIN), MY HIGH BLOOD PRESSURE MEDICATION (ZESTRIL), & MY CHOLESTEROL MEDICATION (ZOCOR) TO ME, MY "SELF-MED" CARDS FOR THESE MEDICATIONS WERE "IN"; YET, HE ALSO REFUSED TO ISSUE THESE "CARDS" TO ME, AS WELL (AGAIN & AGAIN).

"MED-LINE" NURSE DIANA IS A "FRIENDLY" "COMPETENT" NURSE; YET, "MED-LINE" NURSE MARK KEPT LEAVING HIS "MED-LINE" WINDOW UNATTENDED TO "COME IN ON", WHOM EVER WAS "HANDLING ME", WHETHER THAT BE "MED-LINE" NURSE DIANA, OR ANOTHER NURSE. I REMEMBER THAT NURSE DIANA WAS DOING "JUST FINE", BUT MARK KEPT "BUTTING IN". I WAS FINALLY ISSUED MY NEEDED SELF-MED CARDS BY NURSE DIANA, IN SPITE OF NURSE MARKS CONSTANT

INTERFERENCES, MY ISSUED "SELF-MED" CARDS WERE "SHOT PILLS"

I HAVE ALWAYS BEEN ISSUED SEVERAL "SELF-MED" CARDS AT A TIME, IF THEY ARE "IN" FOR PARTICULAR MEDICATIONS (METFORM'N); YET, MARK HELD "SELF-MED" CARDS BACK. THIS WAS TO FURTHER HARASS ME. I HAVE BEEN "TARGETED" FOR RETALIATIONS IN ALL MANNER OF WAYS BY THE COLORADO DOC & DOC MEDICAL STOP RETALIATING AGAINST ME. PLEASE, TRANSFER ME TO FORT LYON C.F. - ASAP, THANK YOU.     — Michael M. Gillis

"GENERAL" GRIEVANCE ( STEP I; 06/15/09) & THERE IS NO MISTAKE; NO LACK OF COMMUNICATION, NO MISUNDERSTANDING, SEVERAL TIMES, I ASKED FOR CLARIFICATION. SGT. MIEGS IN "PROPERTY" (WITH C.J. QUINTANNA LISTEN-ING IN CONCURRANCE) "STRAIGHT UP" LIED TO ME, WHILE SMILING IN "FEIGNED AMIABILITY" (AGAIN & AGAIN), SGT. MIEGS LYING, AS HE WAS, SO BLATANTLY & OBVIOUSLY, WAS AN "INSULT TO MY INTELLIGENCE." HE LIED TO OTHER INMATES, IN LIKE MANNER, AS I WAS "WAITING MY TURN."

AFTER OUR "READING COMMITTEE" MAKES THEIR DECISION, WHETHER OR NOT ANY "PIECE OF MAIL" (LETTER, MAGAZINE ETC. IS "ACCEPTABLE OR NOT"), IT IS "MY RIGHT" "TO APPEAL WHATEVER THAT THEY HAVE WRITTEN ON THEIR "EVALUATION/ DECISION" FORM. SGT. MIEGS DENIED MY REPEATED REQUESTS FOR AN "APPEAL FORM", BY SAYING THAT MY APPEALS WERE OVER; THAT I "HAD NO APPEAL", ETC. THIS WAS NOT TRUE & SGT MIEGS WAS LYING & BOTH SGT POHL & SGT MIEGS HAVE SAID (AGAIN & AGAIN) THAT OUR WHOLE CT. OF MAILROOM IS A "MESS"; THE "ILLEGAL & SEIZING &" OF MY MAIL IS A "WASTE OF THEIR TIME".

I NEED TO STOP BEING "TARGETED" FOR "RETALIATIONS", BY THE COLORADO DOC. SGT. MIEGS NEEDS TO STOP WITH-HOLDING "APPEAL FORMS", TO APPEAL "READING COMMITTEE" "DECISIONS & LYING ABOUT IT !!!  Michael M. Gillis THANK YOU VERY MUCH.

"MEDICAL" GRIEVANCE (STEP III; D-CT 08/09-805, 06/15/09): I AM IN-CREDULOUS. EVERY GRIEVANCE, NO MATTER HOW WELL JUSTIFIED, NO MATTER HOW OBVIOUS THE "WRONG STATED," & THE "REMEDY SOUGHT" IS DENIED, DELAYED, & OBFUSCATED, BY THE COLORADO DOC "ADMINISTRATIVE REMEDY" PROCEDURE. THIS IS SO SIMPLE & OBVIOUS. I CAN NOT BE "IN TWO PLACES AT

ONCE. I FOLLOWED A DIRECT ORDER GIVEN TO ME BY MY CASE MANAGER OF 34 MINUTES ... MY ... TO ATTEND ... ... ... ... ... ... SESSION, OR I WAS GOING "RIGHT TO THE HOLE", WHICH I DID.

THE C.O. IN THE "CENTRAL CAGE" DID NOT CALL MEDICAL TO GET ME EXCUSED FROM MY APPOINTMENT, & RE-SCHEDULED, AS I REQUESTED, BUT ONLY "AFTER THE FACT". I NEED TO BE CREDITED FOR A "MISSED APPOINTMENT" CHARGE ON 05/05/09, WITH OUR CTCF DENTAL HYGIENIST. IT CAN "TAKE YEARS" OF WRITING MANY "MEDICAL KITES" TO GET AN APPOINTMENT WITH OUR DENTAL HY-GIENIST. PLEASE, GET ME "INTO" SEE OUR DENTAL HYGIENIST TO GET MY TEETH "WORKED ON"-ASAP.

I WOULD HAVE NEVER BEEN CHARGED FOR A "MISSED" MEDICAL APPOINT-MENT; WOULD HAVE BEEN CREDITED A LONG TIME AGO, IF I HAD NOT BEEN "TARGETED" FOR "RETALIATIONS", BY THE COLORADO DOC. STOP THE "RETALIATIONS" AGAINST ME & THANK YOU VERY MUCH. —— Michael W. Collins

"GENERAL" GRIEVANCE (STEP I; 06/10/09): SGT. WELLS, MY KITCHEN SUPERVISOR, EITHER DOES NOT KNOW "LAY-IN" ILLNESS PROCEDURE, OR SHE IS PURPOSELY "TARGETING" ME FOR "RETALIATION". AT MORE THAN SOME EFFORT, AFTER BREAKFAST, I "MADE IT "TO SGT WELLS TO INFORM HER THAT I WAS "MORE SLOW THAN SLOW"; THAT I WAS "MESSED UP" PRETTY BAD.

IT HAS BEEN THE PROCEDURE FOR THE OVER "98" YEARS THAT I HAVE BEEN "DOWN", IN "98" DIFFERENT FACILITIES THAT AN INMATE IS REQUIRED TO GO INTO THEIR WORK SUPERVISOR, INFORM THEM OF THEIR ILLNESS OR AFFLICTION," & THAT INMATE WILL RECEIVE THEIR "LAY-IN"; HOWEVER, SGT WELLS TOLD ME THAT I WAS REQUIRED TO GO INTO MEDICAL, & GET "SOMETHING IN WRITING" THAT I WAS "LAID-IN". THIS IS NOT THE PROCEDURE.

FOLLOWING SGT. WELLS' ORDERS, I HAD TO RUN A GAUNTLET OF "AGGRES-SIVELY HOSTILE "C.O.'S. WHEN IN MEDICAL "AGGRESSIVELY HOSTILE" SGT. DE-FRANCISCO & CO. CONSERCO (? SPELLING) TOLD ME THAT I WOULD HAVE TO GO BACK TO MY UNIT I, FOR MY UNIT I TO CALL MEDICAL STATING THAT I WAS A "SELF-DECLARED" EMERGENCY TO AGAIN GET INTO MEDICAL, WHERE I AL-READY WAS. BY THE TIME THAT I GOT BACK TO THE KITCHEN, SGT WELLS HAD

CLOSED THAT ENTRY DOOR, & REFUSED TO OPEN IT. I FOLLOWED (PAGE 12 OF 34)
CORRECT "LAY-IN PROCEDURES, BUT SGT. WELLS, WHO HAS TARGETED ME
FOR "RETALIATIONS", STOP THE "ALL MANNER" OF RETALIATIONS "ABOUT ME. _Michael N. Collins_

"MEDICAL" GRIEVANCE (STP I, 06/16/09) : SGT. WELLS, MY KITCHEN
SUPERVISOR, WAS TOLD BY ME THAT I WAS "MORE DEAD THAN ALIVE"; THAT I
WAS "MESSED UP" PRETTY BAD, AFTER I MADE IT TO HER; AFTER BREAKFAST,
AT MORE THAN SOME EFFORT TO MYSELF.

IT HAS BEEN THE PROCEDURE FOR THE OVER "98" YEARS THAT I HAVE
BEEN DOWN "IN "98" DIFFERENT FACILITIES THAT AN INMATE IS REQUIRED
TO GO INTO THEIR WORK SUPERVISOR, INFORM HIM OF THEIR ILLNESS OR
AFFLICTION" & THAT INMATE WILL RECEIVE A "LAY-IN"; HOWEVER, SGT.
WELLS TOLD ME THAT I WAS REQUIRED TO GO INTO MEDICAL, & GET "SOME-
THING IN WRITING" THAT I WAS "LAID-IN". THIS IS NOT THE PROCEDURE.

FOLLOWING SGT. WELLS' ORDERS, I HAD TO RUN A GAUNTLET OF "AGGRES-
SIVELY HOSTILE" C.O.'S. I HAVE; IN PARTICULAR, BEEN TARGETED" FOR "RE-
TALIATIONS "BY MEDICAL C.O.'S. WHEN IN MEDICAL" AGGRESSIVELY HOS-
TILE" SGT. DEFRANCISCO & C.O. CANSECO (? SPELLING) TOLD ME THAT I
WOULD HAVE TO GO BACK TO MY UNIT 1, FOR MY UNIT 1 TO CALL MEDICAL
STATING THAT I WAS A "SELF-DECLARED" EMERGENCY, TO AGAIN GET INTO
MEDICAL, WHERE I ALREADY WAS. ALL THAT SGT. DEFRANCISO AND/OR
CO. CANSECO (? SPELLING) HAD TO DO WAS INFORM SGT. WELLS OF THE
CORRECT "LAY-IN" PROCEDURE, BUT THEY WOULD NOT; DO THIS, I HAVE BEEN TAR-
GETED" FOR "RETALIATIONS, "BY BOTH THE COLORADO DOC, & DOC MEDICAL IN
EVERY CONCEIVABLE MANNER. THANK YOU. _Michael N. Collins_

"GENERAL" GRIEVANCE (STEP I, 06/16/09) : WITHIN THE LAST WEEK, ONLY
A FEW DAYS AGO, INMATE HOSTETTER ., A SHRUNKEN OLD MAN, WAS BEAT-
N TO A "BLOODY PULP." THE SIDE OF HIS FACE WAS A "BLOODY MESS." HIS KNEE
CAP WAS BROKEN. YET, INMATE HOSTETTER . WAS PUT BACK INTO THIS POD
AGAIN, SO THAT THE ARYAN BRO "HATE THUGS" COULD ATTACK HIM; TAKE
HIS "STUFF" AGAIN. SGT BLATNER PUT HOSTETTER IN WITH CODY, A
GROTESQULY TATOOED ARYAN "HATE THUG" BRO.

I AM WRONGLY CONVICTED OF WHAT NEVER EVEN HAPPENED; HOWEVER, THAT MAKES NO DIFFERENCE TO THE ARYAN BRO' "HIT THUGS". AT LEAST IN PART, C.O.'S HAVE INSTIGATED THE ARYAN BROS ATTACKING ME, HARRASSING & THREATENING ME. I HAVE DRAWN THREATENING "HATE NOTES" INTO CASE MANAGERS, THESE SGTS, & THE LT. IN CHARGE OF UNIT 1. "PROBLEM COLLIES" ARE PUT IN WITH ME, MY LAWNDRY IS "MESSED WITH", AD INFINITUM.

I HAVE OBVIOUSLY BEEN "TARGETED" BY THE COLORADO DOC FOR "RETONIA-TIONS" IN EVERY CONCEIVABLE MANNER. I AM REQUESTING "IMMEDIATE & EXPEDITIOUS" TRANSFER TO FORT LYON C.F. THE ONLY REASON THAT THIS HAS NOT HAPPENED IS THAT THIS TOO HAS BEEN MADE ANOTHER RETOLIATION.                    Michael M. Collins

"GENERAL" GRIEVANCE (STEP II; CT 08/09-035, 06/17/09): WITHIN LT. HOLLOWAY'S STEP I RESPONSE, HE IS LYING. I HAVE NEVER SAID THAT I AM "NOT IN RISK OF PHYSICAL HARM", ON ACTUAL FACT, I HAVE SAID I WRITTEN RE-PEATEDLY (AGAIN & AGAIN) THAT I AM IN "GRAVE & IMMEDIATE DANGER" OF BOTH MY "LIFE & LIMBS". LT. HOLLOWAY HAS NO "CREDIBILITY", NEITHER WITH ME, NOR ANY INMATE LIVING WITHIN THIS "UNIT #1, HERE AT CTCF.

LT. HOLLOWAY WAS ONE OF THE "INTERMMISARY C.O.'S" HERE IN UNIT #1, THAT TOLD ME IF I WROTE ANY MORE ABOUT THE "SADISTIC/BRUTAL" ABUSES & HARRASSMENTS THAT I WAS CONTINUALLY SUBJECTED TO IN UNIT #3, UNDER THE C.R. DOGS, & AT THE INSTIGATION OF LT. HIBBONTHAL, THAT I WOULD BE SENT BACK TO UNIT #3, & I WOULD STAY IN "THE HOLE" THERE, "UNTIL I DISCHARGE".

LT. HOLLOWAY MADE UP A BUNCH OF PHONEY "WAR STORIES". I AM A "WAR STORY" EXPERT. NOTHING IN LT. HOLLOWAY'S "WAR STORIES" WERE "STRAIGHT UP." HIS WARS & BATTLES, TIME LINES & DATES, SLANG & JARGON, WEAPONS & TACTICS, ETC. WERE ALL "MIXED UP". WHY? 'CUZ LT. HOLLOWAY IS AN "ARTS & ENTERTAINMENT" (A&E) TV CHANNEL WARRIOR". LT. HOLLOWAY WAS, IN REALITY, ONLY A "PEACE TIME" BOOM OPERATOR ON THE "BUTT END" OF AN AIR FORCE AERIAL TANKER. I HAVE THE "REAL & BONAFIDE" GENUINE "NAVY MEDAL" FOR A "MINOR HEROISM", WHICH I AM VERY PROUD OF. LT HOLLOWAY MOCKS & RIDICULES! I NEED TO BE TRANSFERED TO FORT LYON C.F. - ASAP. THANK YOU,

"MEDICAL" GRIEVANCE (STEP II; CT 08/09-480, 06/17/09) & MED-
_____ _____, _____ _____ _____ __ ___ _____ ____. THE
COLORADO DOC & MEDICAL CONTINUES TO LIE, DELAY, & OBFUSCATE" (THINGS, ALL).

EVERYBODY KNOWS" THAT DURING A RECENT 7-8 MONTH PERIOD, CTCF
MEDICAL COULD GET NOBODY AT ALL TO WORK FOR THEM DIRECTLY, AS A
"MEDICAL PROVIDER", OR "NURSE." CTCF MEDICAL COULD ONLY GET THEIR
MEDICAL PERSONNEL THROUGH "TEMP "AGENCIES, OR AS SUB-CONTRACTORS,
BOTH "IN MASS," & "INDIVIDUALLY," BOTH DOC MEDICAL & CTCF MEDICAL LOSES
THEIR BETTER MEDICAL PERSONNEL THROUGH RESIGNATIONS. THE COMPETENT
LEAVES; THE INCOMPETENT STAYS."

YES, VIRTUALLY ALL OF DOC MEDICAL & CTCF MEDICAL'S PROFESSIONALS
ARE THE DREGS; INCOMPETENTS & INDIFFERENTS" (DON'T GIVE A ___ !") OF THE
MEDICAL VOCATIONS. YES, KAREN MITCHELL N.P., NEVER FINISHED MEDICAL
SCHOOL, WHICH MAKES HER A MEDICAL SCHOOL "DROP OUT". YES, KAREN MIT-
CHELL N.P., IN MY PRESENCE, SAID THAT SHE "DOESN'T KNOW WHAT SHE IS DO-
ING," WHICH MAKES HER INCOMPETENT. YES, CTCF MEDICAL PERSONNEL
HAVE TALKED A "LOT" "OF "SMACK" ABOUT ME, BOTH IN MY OWN PRESENCE, &
AROUND OTHER INMATES. THE COLORADO DOC; COLORADO DOC & CTCF MED-
ICAL HAVE AN "ON GOING" "WAR & "AGAINST ME. PLEASE, TRANSFER ME TO
FORT LYON C.F. - AS SOON AS POSSIBLE. THANK YOU.— Michael McMillianAllllll

"MEDICAL" GRIEVANCE (STEP I; 06/17/09) & THE AM OF WED., 06/17/09,
I ATTENDED A "DIABETES WORKSHOP" CONDUCTED BY NURSE JOANIE. I
HAVE BEEN TOLD (AGAIN & AGAIN), BOTH BY OTHER INMATES, & BY DOC
STAFF THAT I AM "HIGHLY INTELLIGENT." I DO HAVE A "B.S. DEGREE" FROM
CALIF. STATE UNIV. NORTHRIGE (CSUN), & CLASSES TOWARD'S A "MASTERS (DEGREE"
I WAS GREATLY LOOKING FORWARD TO ATTENDING THIS "DIABETES WORKSHOP," &
LEARNING MUCH MORE ABOUT DIABETES, IN ADDITION TO WHAT I HAVE ALREADY (STUDIED & PICKED UP)

I HAVE BEEN UNABLE TO GET "FINGERSTICKS" NOW FOR SEVERAL MONTHS. I
WAS LOOKING FORWARD TO RAISING THIS AS AN ISSUE". WE ARE NOW RE-
QUIRED TO GET OUR "FINGERSTICKS" ON A DOORWAY SHELF, "POKE" OURSELVES,
DRAW BLOOD, WIPE OURSELVES WITH GAUZE THAT HAS BEEN RESTING ON A

DIRECTLY UPON... BOOKWAY'S SELF... DRAW BLOOD AGAIN, THIS IS NOT A "STERILE AREA". THERE IS MUCH "DIRTY BLOOD" HERE AT CTCF THAT, IN SUCH A MANNER, CAN EASILY CONTAMINATE OTHER INMATES.

NURSE DIANE WAS OPENLY CONTEMPTUOUS OF ALL "DIABETES WORKSHOP" PARTICIPANTS; IN PARTICULAR, SINGLED ME OUT" FOR "PUT DOWNS" & "HUMOR". I HAD TO LEAVE WITH OTHER PARTICIPANTS. I HAD OBVIOUSLY BEEN "TARGETED" FOR "RETALIATION," EVEN WITHIN A DIABETES WORKSHOP." —Michael N Collins

"MEDICAL" GRIEVANCE (STEP I; 06/19/09): IT IS NOW SYSTEMIC POLICY, BOTH THROUGHOUT THE COLORADO DOC INFRASTRUCTURE, & THE CTCF MEDICAL DEPARTMENT TO MAKE THE ALLOTMENT & DISTRIBUTION OF MEDICAL SERVICES, & PRESCRIBED MEDICATIONS AS DIFFICULT & STRENUOUS, AS FORMIDABLE & HIGH A BARRIER AS CONCEIVABLY POSSIBLE, SO AS TO "WHITTLE DOWN" TO "NARROW DOWN" THOSE PATIENTS SEEKING MEDICAL TREATMENTS & MEDICATIONS; TO "GIVE UP" IN EXASPERATION.

I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC "BEAST" FOR WELL OVER "9 8" YEARS, IN ABOUT "9 8" DOC, BOTH PUBLIC & PRIVATE PRISONS, "ALWAYS 8, ALWAYS 8" THERE HAS BEEN 2-3; PERHAPS, EVEN MORE "MONITORS" OUT FOR PATIENTS TO TEST THEIR BLOOD'S SUGAR LEVELS "AT "FINGERSTICKS". CTCF NOW ONLY HAS 1 "MONITOR" OUT, TESTING (IN A "NON- STERILE MANNER" (CONTAMINATED PATIENTS' BLOOD CAN EASILY CONTAMINATE OTHER PATIENTS' BLOOD), WHILE A NURSE STANDS OVER THEM, "BITCHING" AT AN INMATE'S EVERY MOVE. STICKS"
"MANY 8" PATIENTS ARE NEITHER GETTING THEIR INSULIN, NOR THEIR "FINGER" ANYWHERE AT ALL LIKE THEY SHOULD. I HAVE BEEN PARTICULARLY "TARGETED" FOR "RETALIATION" IN SUCH A MANNER, BY OUR CTCF MEDICAL. THANK YOU VERY MUCH. —Michael N Collins

DEAR CAPT AIKEN (CTCF KITCHEN & MESS HALLS DIRECTOR):   06/16/09

I MET WITH A CTCF MEDICAL PROVIDER TODAY, MARY K. CARTER N.P. MY DIABETES IS "OUT OF CONTROL". I BECOME EXTREMELY FATIGUED; UNABLE TO CONTROL MY BLADDER. I HAVE PERMANENT LIVER DAMAGE. I AM A "PRIME CANDIDATE" FOR A HEART ATTACK, & STROKE. I AM BARELY ABLE TO FUNCTION. I AM A "LOT" CLOSER TO DEAD THAN ALIVE". I AM "HURTING" PRETTY BAD.

I BELIEVE THAT A "HARD COPY" OF A MEDICAL LAY-IN IS BEING ROUTED TO ME, BY MARY K. CARTER N.P. AS SOON AS I HAVE A "HARD COPY" OF MY MEDICAL LAY-IN, I WILL EITHER GET IT TO YOU, OR THE KITCHEN STAFF.

THANK YOU FOR UNDERSTANDING.

As Always, Best Regards,
— Michael N. Collins
"Old Dog & Old School"

"MEDICAL" GRIEVANCE (STEP I; 06/19/09): AT 10 AM, ON 06/18/09, I MET WITH A "MEDICAL PROVIDER", MARY K. CARTER N.P. "THANK GOD" FOR MARY K. CARTER N.P. I HAD A THOROUGH, ALTHOUGH RUSHED (NOT HER FAULT) "MEDICAL CONSULTATION." MARY K. CARTER IS A COMPETENT, CARING, & COMPASSIONATE (THE 3 "C'S") MEDICAL PROFESSIONAL. SHE IS THE "VERY & RARE" EXCEPTION TO THE COLORADO DOC MEDICAL'S USUAL ASSORTMENT OF "MEDICAL MISFITS", HACKS & QUACKS" & THAT CAN NOT WORK ANYWHERE ELSE.

MY DIABETES IS ONCE AGAIN "OUT OF CONTROL", ALL DAY & MUCH OF THE NIGHT, I HAVE TO BOTH "PISS & SHIT", OFTEN I HAVE TO "PISS" AGAIN, IMMEDIATELY AFTER HAVING JUST "PISSED." ALL DAY & MUCH OF THE NIGHT, I AM EXTREMELY FATIGUED TO THE POINT OF COLLAPSING EVERY COUPLE OF HOURS; HAVING TO "LAY DOWN & SLEEP" FOR 15-20 MINUTES, I HAVE PERMANENT BLADDER, LIVER, & PROSTATE DAMAGE. PER MARY K. CARTER N.P., I AM A "PRIME CANDIDATE" FOR A HEART ATTACK, & STROKE. I AM BARELY ABLE TO FUNCTION, I AM A "LOT" CLOSER TO DEAD THAN ALIVE; I AM "HURTING" PRETTY BAD.

I NEED TO BE IMMEDIATELY "CHECKED INTO" A HOSPITAL, BE TREATED BY REAL MEDICAL DOCTORS "M.D'S" & MY "VITAL SIGNS" BROUGHT INTO "NORMAL RANGES". THE ONLY REASON THAT THIS HAS NOT HAPPENED IS THAT I HAVE SEEN "TARGETED" FOR "RETALIATIONS" BY THE COLORADO DOC & DOC MEDICAL. THANK YOU, Michael N. Collins

MEDICAL GRIEVANCE (STEP I; 06/21/09) : IT IS NOW SYSTEMIC ...

... "THE CTCF MEDICAL DEPARTMENT TO MAKE THE ALLOTMENT & DISTRIBUTION OF MEDICAL SERVICES & PRESCRIBED MEDICATIONS AS DIFFICULT & STRESSFUL, AS FORMIDABLE & HIGH A BARRIER AS CONCEIVABLY POSSIBLE, SO AS TO WHITTLE DOWN," TO "NARROW DOWN" THOSE INMATES SEEKING MEDICAL TREATMENTS & MEDICATIONS; TO "GIVE UP" IN ANGRY EXASPERATION.

I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC "BEAST," FOR WELL OVER 9½ "YEARS, IN ABOUT 9½ "DOC, BOTH PUBLIC & PRIVATE PRISONS. "ALWAYS&, ALWAYS&," I HAVE BEEN ISSUED 2 OR MORE "METFORMIN OR GLUCOPHAGE" (A DIABETES MEDICATION) SELF-MED" CARDS. YES, THERE ARE 60 PILLS ON A "CARD"; HOWEVER, I TAKE 4 (EA) 500 MG TABLETS EVERY DAY. SO, IN REALITY THAT IS ONLY A 15 DAYS' SUPPLY, A LITTLE OVER 2 WEEKS. ANOTHER METFORMIN "SELF-MED" CARD HAS BEEN SITTING, STORED IN OUR MEDLINE DISTRIBUTION ROOM. "MED-LINE" NURSES HAVE REFUSED TO DISPENSE IT TO ME (AGAIN & AGAIN); MAKE ME KEEP COMING BACK FOR IT (AGAIN & AGAIN). MANY& "OTHER INMATES ARE BEING REFUSED THEIR "IN "SELF-MED" CARDS, IN SIMILAR MANNERS AS WELL. I HAVE BEEN PARTICULARLY TARGETED," ~Medical Grievance~

"MEDICAL" GRIEVANCE (STEP I; 06/21/09): VIRTUALLY EVERY "MEDLINE; FINGER STICKS & INSULIN "PULLS, I HAVE TO RUN A GAUNTLET OF "AGGRESSIVELY HOSTILE" CO'S THAT TAUNT, MOCK & HARASS ME IN EVERY CONCEIVABLE WAY. I HAVE BEEN "TARGETED," ALL& "DOC "MED-LINE; FINGER STICK & INSULIN "LINES ARE VERY LONG & THEY MOVE VERY SLOWLY. OUR CTCF "MED-LINE" CAN EASILY REACH OVER 500 FEET; OUR CTCF FINGERSTICK & INSULIN "LINES CAN EASILY RUN 50 TO 100 FEET. I WORK AT BEING A "LOT CLOSER TO THE FRONT OF THESE LINES, THAN THE REAR."

AT ABOUT 5 PM, I WAS "AT "THE HEAD" OF OUR UNIT#1'S "BACK." I WAS MOVING VERY FAST; HOWEVER, I WAS "NOT& "RUNNING. MY BOOT HEELS WERE "HITTING THE GROUND." CO RUSACKER WAS LAUGHING& JOKING WITH ME, AS I PASSED HIM; HOWEVER, AS I ROUNDED THE CORNER OF THE NORTH MESS HALL, I WAS MET WITH THE USUAL JEERS & TAUNTS OF BOTH CO.

... CPL. MATTAS (WHO IS ONE OF THESE "ELITE RACIST HATE COPS),
& SGT. MATTAS (WHO AGAIN SAYS THAT HE "RUNS THIS_...

BOTH C.O. WARNER & SGT. MATTAS "RADICED AHEAD" FOR THE "MED-LINE"
C.O., DASCO, TO SEND ME "BACK" WHICH PUT ME AT THE END OF A "HUGE"
LINE, BOTH C.O.'S RU BACK, KNEW THAT I WAS BEING HARASSED, &
LET ME BACK "IN," AT THE "HEAD OF THE LINE," BOTH THE COLORADO DOC-DOC
& CTCF MEDICAL STAFF & "MM-LINES" NEED TO STOP RETALIATING AGAINST ME.
                                          Michael W. Collins
"MEDICAL" GRIEVANCE (STEP I; 06/22/09): IN COLLUSION MEDICAL C.O.'S
& MEDICAL STAFF HAVE CONSTRUCTED BARRIERS TO MAKE IT AS HARD AS POSSI-
BLE FOR PATIENTS TO GET THEIR MEDICATIONS, SO THAT AS MANY PATIENTS AS
POSSIBLE WILL JUST "GIVE UP" IN "ANGER & FRUSTRATION," & NOT GET THEIR
PRESCRIBED MEDICATIONS, AS THEY SHOULD. TO "MANY" PATIENTS THIS CAN EASILY
BE "DEBILITATING," EVEN "LIFE THREATENING." AT EVERY "MED-LINE"; EVERY "FINGER
STICK & INSULIN "LINE, C.O.'S "ALWAYS" "FACE AWAY" FROM US INMATES.

EVERY "MED-LINE" CAN EASILY REACH OVER 500 FEET IN LENGTH; EVERY
"FINGERSTICK & INSULIN "LINE CAN EASILY REACH 50 TO 100 FT., MEDICAL C.O.'S
"ALWAYS" FACE "IN," TOWARDS THE MED-LINE WINDOWS, PURPOSELY TO AVOID
SEEING THE "CHAOTIC BEDLAM" THAT OCCURS EASILY FOR OVER A COUPLE OF
HOURS EVERY "MED-LINE" PULL. RACES & GANGS LET SEVERAL OF THEIR OWN
BUT IN "LINE (AGAIN & AGAIN).

DURING OUR "FINGERSTICK "LINE, THE AM OF 06/20/09, INMATE FISHER
(A "SPOILED LITTLE WHITE BOY," WHO I HAVE FOUGHT & WON AGAINST ON TWO
OTHER PROLONS) LET INMATE WILLIAMS (BLACK) "BUT IN "BEHIND HIM &
IN FRONT OF ME, I "DIVED" BACK IN FRONT OF WILLIAMS, & "CONFRONTED" FOR
MY POSITION. C.O. FISHER SAW "ALL" OF THIS; YET, SHE DID NOTHING & THIS
IS NOT "OK!" THE COLORADO DOC NEEDS TO PROVIDE SECURITY FOR "ALL"
INMATES, STANDING IN "ALL" MED-LINES. THANK YOU VERY MUCH.
                                          Michael W. Collins
"MEDICAL" GRIEVANCE (STEP I; 06/23/09): EVERY TIME, WITHOUT
EXCEPTION, THAT I HAVE ATTEMPTED TO GET "FINGERSTICKS" & "INSULIN," TO
GET MY PRESCRIBED MEDICATIONS, NURSE WALKER HAS HARASSED;
ABUSED HER "MEDICAL POSITION" TO "MESS WITH ME" IN EVERY CON-

CEIVABLE MANNER. SHE HAS DIRECTED ME TO FINGERSTICK

TAMINATE MY OWN BLOOD WITH THE "DIRTY BLOOD" OF OTHERS, SHE HAS REFUSED TO ISSUE MEDICATIONS TO ME, WHEN I ONLY HAD A TEMPORARY (THOUGH WITH MY PICTURE) "I.D."

NURSE WALKER NEEDS TO FOCUS ON HER OWN "BUSINESS" & "MED-LINE" WINDOW. IN A CONTEMPTUOUS MANNER NURSE WALKER WILL "WALK AWAY" FROM HER OWN "WINDOW" TO "HELP & BOSS" OTHER NURSES, WHEN BOTH I & OTHER PATIENTS ARE STANDING IN FRONT OF HER WINDOW. BY "HELPING & BOSSING" OTHER "MED-LINE" NURSES, SHE GETS BEHIND AT HER OWN "WINDOW." NURSE WALKER MAKES "SNIDE & CUTTING" REMARKS ABOUT ME AT BOTH HER "FINGERSTICKS" & "MED-LINE" WINDOWS.

"MED-LINE" NURSE WALKER IS NOT A "COP." SHE HAS "GRILLED" ME ABOUT MY LOST "I.D." NURSE WALKER HAS DIRECTED ME TO GO INTO HER "LINE," WHEN I HAVE ATTEMPTED TO AVOID HER; DIRECTED ME TO GO TO THE END OF THE "MED-LINE" (AGAIN & AGAIN). NURSE WALKER SHOULD BE ASSIGNED TO OTHER DUTIES THAN "FINGERSTICKS & MED-LINES".

AFTER THE "CULMINATING INCIDENTS (THE CULMINATION OF MANY PREVIOUS INCIDENTS) OF 06/23/09, 5PM-7PM, IT IS NOW IMPOSSIBLE FOR ME TO GET MY "FINGERSTICKS & INSULIN." WHEN I ATTEMPTED TO GET MY "FINGERSTICKS & INSULIN," NURSE WALKER CONTEMPTUOUSLY THREW THE NEEDED PRICK & ALCOHOL SWAB, TEST STRIP & GAUZE ON THE DOOR "COUNTER SHELF," WHICH IS A "NON-STERILE" AREA. THIS IS A COLORADO DOC. MEDICAL FACILITY. THERE IS MUCH "DIRTY BLOOD" HERE AT CTCF.

I AM JUSTIFIABLY "VERY" WORRIED ABOUT CONTAMINATING MY OWN BLOOD. I ASKED NURSE WALKER FOR ANOTHER TEST STRIP; SHE REFUSED. NURSE JONES CAME RUNNING FROM THE OPPOSITE END OF THE "MEDS ROOM," ALL OF THE WAY FROM HER "MED-LINE" WINDOW, SCREAMING HYSTERICALLY, "HOW TO SPELL HER NAME FOR WHEN I WRITE ANOTHER GRIEVANCE ON HER." I WAS ORDERED AWAY FROM THE "FINGERSTICK" WINDOW BY CO DE GROOT, WHO SAID THAT SHE "DIDN'T SEE IT" (SHE WAS

RIGHT IN THE MIDDLE OF IT. CAPT. MORONEY INTERVENED, SO THAT I COULD GET A "FINGERSTICK"/INSULIN; INSULIN, PROPERLY ADMINISTERED." —Michael W. Collins

"ORDERED TO RE-WRITE" 06/24/09 BY CASE MANAGER EVANS
"MEDICAL" GRIEVANCE (STEP I; 06/24/09): OUR CTCF MEDICAL STAFF NEEDS TO BE "PROFESSIONALLY COMPETENT" & CONDUCT THEMSELVES AS SUCH. BOTH DRS. DARROW & LOWRANGER JUST QUIT. WE ARE LEFT WITH THE "DREGS" OF A MEDICAL PROFESSION.

NURSE WALKER DOES NOT APPEAR, SOUND, & ACT "PROFESSIONALLY". SHE LOOKS "GROTESQUELY HIDEOUS" WITH ALL OF THE "MAKE-UP" THAT SHE PILES UPON HER FACE, LIKE A "STREET WALKER" LITTLE MOUSE. SHE IS THE SUBJECT OF MUCH "DERISION.

NURSE WALKER IS "HOSTILELY CONTEMPTUOUS" OF BOTH MYSELF & OTHER PATIENTS. SHE IS "BLATANTLY INCOMPETENT". WHEN I HAVE ATTEMPTED TO GET MY "FINGERSTICKS"/INSULIN," NURSE WALKER HAS CONTEMPTUOUSLY (AGAIN & AGAIN) THROWN THE NEEDED PRICK & ALCOHOL SWAB, TEST STRIP & GAUZE ON THE DOOR "COUNTER SHELF," WHICH IS A "NON-STERILE" FIELD. WHEN I "PRICK" MYSELF, MY BLOOD COULD EASILY BE CONTAMINATED; CONTAMINATED WHEN SHE DIRECTS ME TO "WIPE MY BLOOD, & DRAW BLOOD" AGAIN. NURSE WALKER DOES NOT "ALCOHOL SWAB" MY STOMACH BEFORE INJECTING ME WITH INSULIN.

"MY BODY "FEELS" THAT NURSE WALKER GIVES ME THE WRONG DOSEAGES OF INSULIN (SHE WILL NOT ALLOW ME TO "CHECK" THE SYRINGE FOR PROPER INSULIN DOSEAGES). I HAVE BEEN "TARGETED" FOR RETALIATION. BOTH DOC & CTCF MEDICAL HAVE A "WAR" GOING ON AGAINST ME. THANK YOU. —Michael W. Collins

RE-WRITE
"MEDICAL" GRIEVANCE (STEP I; 06/24/09 ORDERED BY CASE MANAGER EVANS): CTCF IS A MEDICAL FACILITY. THROUGHOUT THIS FACILITY "DIRTY BLOOD" IS A MAJOR CONCERN (HAVING ONE'S OWN BLOOD CONTAMINATED BY "DIRTY BLOOD"; PERCEIVED AS A "LIFE THREAT".

NURSE WALKER, IN PARTICULAR, INSISTS ON DROPPING WHAT I NEED TO TEST MY "BLOOD SUGAR LEVEL" ON THE DOOR "COUNTER SHELF, "WHICH IS A "NON-STERILE" AREA. WITH ALL OF THE "MANY"

WITH INFECTIOUS DISEASES & SICKNESSES

INSTEAD OF NURSE WALKER DROPPING MY NEEDED PRICK & ALCOHOL SWAB, TEST STRIP & GAUZE ON THE "COUNTER SHELF", I AM REQUESTING THAT SHE DROPS THEM IN MY EXTENDED HAND; THAT I AM ALLOWED TO HAND HER MY "I.D.", & THAT SHE HANDS MY "I.D." BACK TO ME. I AM REQUESTING THAT I NOT BE FORCED TO DRAW BLOOD, "DAB IT" & DRAW MORE BLOOD. Michael N. Cullins

"MEDICAL" GRIEVANCE (STEP I; 06/24/09, 2ND "RE-WRITE" ORDERED BY CASE MANAGER EVANS): NURSE WALKER, IN PARTIC-ULAR, INSISTS ON "DROPPING" WHAT I NEED TO TEST MY BLOOD "SUGAR LEVEL" ON THE DOOR "COUNTER SHELF", WHICH IS A "NON-STERILE" (VERY INFECTIOUS) AREA.

INSTEAD OF NURSE WALKER DROPPING MY NEEDED PRICK & ALCOHOL SWAB, TEST STRIP & GAUZE ON THE (VERY INFECTI-OUS) "COUNTER SHELF", I AM REQUESTING THAT SHE HANDS THEM IN MY EXTENDED HAND. I AM REQUESTING THAT I NOT BE FORCED, AFTER PRICKING MYSELF, TO DRAW BLOOD, DAB MY BLOOD WITH "NON-STERILE" GAUZE, & RE-DRAW MORE BLOOD, THANK YOU. —— Michael N Cullen

"MEDICAL" GRIEVANCE (STEP; 06/25/09, 1ST "RE-WRITE" ORDER-ED BY CASE MANAGER EVANS): MY BODY "KNOWS" WHEN I AM RECEIVING THE WRONG INSULIN, AND/OR THE WRONG DOSEAGES OF INSULIN. BOTH I & "MANY" "OTHER PATIENTS" BELIEVE THAT; IN PARTICULAR, NURSE WALKER IS INJECT-ING US WITH THE WRONG INSULIN AND/OR THE WRONG "DOSEAGES".

IT HAS BEEN "COMMON PRACTICE" FOR PATIENTS TO IN-JECT THEMSELVES WITH INSULIN, & NOT A NURSE. PATIENTS NEED TO BE ALLOWED TO INJECT THEMSELVES WITH IN-SULIN ONCE AGAIN. IN PARTICULAR, NURSE WALKER'S "MANNER" IS ONE OF "HOSTILE CONTEMPT". "MOB" PATIENT

CRISIS THEN TO HANDLE THEIR INSULIN.
AREA TO BE INSULIN INJECTED, IMMEDIATELY BEFORE HAND.

"MEDICAL" GRIEVANCE (STEP I; 06/25/09, 1ST "RE-WRITE" ORDERED BY CASE MANAGER EVANS): MED-LINE" NURSES NEED TO STAY "AT THEIR OWN WINDOWS"; FOCUS ON DISPENSING MEDICATIONS AT THEIR OWN WINDOWS." IN PARTICULAR, NURSES MARK; JONES & WALKER ARE JUST ABOUT ALWAYS "COMING IN" ON THE OTHER MED-LINE NURSES' WINDOW TO BOSS, HELP & "JAM THEM UP."

THE "BUSINESS" BEING DONE STARTS ALL OVER AGAIN. THIS HAS GONE SO FAR THAT ON 06/23/09, WHEN I WAS AT NURSE WALKER'S "FINGER-STICK" PM WINDOW, NURSE JONES CAME RUNNING FROM THE OPPOSITE END OF THE "MEDS ROOM," SCREAMING HYSTERICALLY "HOW TO SPELL HER NAME, WHEN I GRIEVE HER."

IT NOW TAKES A COMBINED TOTAL OF ABOUT 2 HOURS FOR EVERY "MED-LINE & FINGERSTICK" PULL. THIS TIME COULD BE APPRECIABLY "WHITTLED DOWN," BY "MED-LINE" NURSES "STAYING AT & FOCUSING" ON THEIR OWN WINDOWS.

"MEDICAL" GRIEVANCE (STEP I; 06/25/09, 1ST "RE-WRITE" ORDERED BY CASE MANAGER EVANS): EVERY "MED-LINE" CAN EASILY REACH OVER 500 FEET IN LENGTH; EVERY "FINGER-STICKS & INSULIN" LINE CAN EASILY REACH 50 TO 100 FEET. FOR ANY INMATE TO GET THEIR "FINGERSTICKS & INSULIN" TO GO TO "MED-LINE", & EAT THEIR METAL TAKES ABOUT AN HOUR STANDING IN THE HOT SUN, OR UNDER THE PELTING RAIN.

RACES & GANGS, HOMMIES & BRO'S LET SEVERAL OF THEIR OWN BUT IN "LINE (AGAIN & AGAIN). IT IS CHAOTIC BEDLAM" AT EVERY "MEDICAL LINE" CUT IS "RACE AWAY" FROM INMATES & IN "TOWARDS DISPENSING WINDOWS." INMATES WERE BUTT

ING IN; RIGHT IN FRONT C.O. FISHER, C.O. DE GROOT
(ON DIFFERENT OCCASIONS): THEY ALL DOTH JUST
COME DOWN ON ME." HELP US.   — Michael N Collins

"GENERAL" GRIEVANCE (STEP II; CT 08/09-927, 06/26/09);
LT. HOLLOWAY COULD NOT
ADDRESS "THE ISSUES" THAT I RAISED IN MY STEP I, SO HE
DENIED MY STEP I ON "PROCEDURAL GROUNDS. "BOTH HOSTETTER
& SHAKLES" ARE PAYING "EXTORTION MONEY," AS ARE "MANY"
OTHERS IN BOTH THIS POD & UNIT I TO THE ARYAN BRO' "THUGS.

    RICKY SALAZAR WAS "SHOVED DOWN MY THROAT"; PUT IN
WITH ME AS MY "CELLEE", AS A WAY OF THE UNIT I STAFF
TO "MESS" WITH ME." HE HAS STOLEN FROM ME (AGAIN &
AGAIN); ATTEMPTED TO EXTORT FROM ME, INSTIGATED FIGHTS
BETWEEN MYSELF & HIS "HOMMIES," "MESSED" WITH ME & MY
PROPERTY (AGAIN & AGAIN & AGAIN).

    I HAVE REFUSED TO PAY "EXTORTION MONEY"; TO BE "DRAWN
INTO" FIGHTS (AGAIN & AGAIN). I HAVE BEEN "TARGETED" FOR
"RETALIATIONS." I NEED TO BE IMMEDIATELY TRANSFERRED
TO FORT LYON C.F. THANK YOU VERY MUCH. "777888"

"GENERAL" GRIEVANCE (STEP II; CT 08/09-923, 06/26/09):
SGT. MEIGS REMAINS CONSISTENT. HE LIES TO ME. HE LIES TO
OTHER INMATES. HE LIED IN HIS STEP I GRIEVANCE RESPONSE.

    THE ITEM "IN QUESTION" (A MENS HEALTH MAGAZINE) HAD BEEN
EVALUATED BY OUR OWN "CTCF READING COMMITTEE" (I READ
THEIR INDIVIDUAL COMMENTS), & NOT FROM "CENTRAL READING COM-
MITTEE" (AS CONTENDED BY SGT. MEIGS). SGT MEIGS, IN THE
PAST, HAS ISSUED ME (AGAIN & AGAIN), BLANK APPEAL FORMS,
WITH WHICH TO APPEAL OUR OWN "CTCF READING COMMITTEE" DE-
CISIONS. FOR SGT. MEIGS TO TELL ME THAT I COULD NOT GET A
BLANK APPEAL FORM; THAT "ALL" OF MY APPEALS HAD BEEN EX-
HAUSTED; WAS AN "INSULT TO MY INTELLIGENCE."

    I NEED TO GET BLANK APPEAL FORMS, WHEN REQUESTED.

06/26/09): CAPT. WILSON IS "MIS-READING" MY STEP I. GRIEVANCE. I AM NOT GRIEVING A CTCF "READING COMMITTEE" DECISION. WHAT I AM GRIEVING IS C.O. GARCIA, A MAILROOM CLERK, "ILLEGALLY & SIEZING & WITHHOLDING" MY "MEN'S HEALTH MAGAZINE" ON 05/28/09. IT IS "ABSURDLY LUDICROUS" TO CLAIM THAT ANYTHING WITHIN THIS PUBLICATION "CREATES A SUBSTANTIAL DANGER TO THE EMOTIONAL OR MENTAL HEALTH OF AN OFFENDER."

I HAVE HAD NOW WELL OVER "500 &" PIECES OF MAIL "ILLEGALLY & SIEZED & WITHHELD &" THAT INCLUDES: TV GUIDE, THE SMITHSONIAN (OUR NATIONAL MUSEUMS), THE CHURCH NEWS, ETC. I HAVE BEEN "TARGETED." DOC & CTCF, NEED TO STOP SIEZING MY MAIL!!!!

"MEDICAL" GRIEVANCE (STEP I; 06/26/09): OUR CTCF NURSING STAFF NEEDS TO CONFINE THEMSELVES TO THER NURSING DUTIES. THEY ARE NOT "COPS." BOTH "MED-LINE" NURSE JONES & WALKER HAVE DISPENSED THE WRONG INSULIN & DOSEAGES; THE WRONG MEDICATIONS & DOSEAGES TO ME IN "NON-STERILE" MANNERS, SO THAT I COULD HAVE BECOME INFECTED; MY BLOOD CONTAMINATED.

WHEN I HAVE "QUESTIONED" THEM, "RAISED ISSUES" WITH THEM, TRIED TO AVOID THEM, BOTH "MED-LINE" NURSES JONES & WALKER HAVE "GONE OFF" ON ME: ORDERING ME AWAY FROM THER "MED-LINE & INSULIN" WINDOWS, ORDERING ME TO THE "BACK OF THE LINE," & TO STAY AWAY FROM "MED-LINE & INSULIN" LINES.

"MEDICAL" GRIEVANCE (STEP I; 06/26/09): "MED-LINE & INSULIN" NURSE WALKER IS A "BIO-CHEMICAL" HAZARD. SHE PILES-ON" MAKE-UP, WHICH DISSIPATES INTO THE AIR. HER COSEMETICS "MAKE IT" ONTO OUR MEDICATIONS.

NURSE WALKER IS PERSONALLY UN-HYGIENIC, SHE HANDLES OUR "FINGER STICKS & INSULIN" IN A SMALL WORLD ON THE MAKE, MEDICAL PROFESSIONALS NEED TO LOOK & ACT IN A PROFESSIONAL MANNER.

AS NURSE WALKER IS PERSONALLY UN-HYGIENIC, SO SHE HANDLES OUR MEDICATIONS; "FINGER STICKS & INSULIN" IN AN UN-HYGIENIC, UN-SAFE MANNER. THE WAY THAT SHE DIRECTS "FINGER STICKS & INSULIN" MEANS THAT PATIENTS ARE CONTAMINATING THEIR OWN BLOOD, HOW SHE "HANDLES" MEDICATIONS SPREADS DISEASES & INFECTIONS.

"GENERAL" GRIEVANCE (STEP I; 06/28/09): WITHIN UNIT 1, & THROUGH OUT CTCF GOING ON "R.P." (RESTRICTED PRIVILEGES) IS NOT PUNISHMENT. WHOEVER WEARS "ORANGE PANTS" ACQUIRES THE STATUS OF A "ROCK STAR".

FOR EXAMPLE, INMATE MATTHEW FISHER HAS BEEN ALLOWED TO KEEP MUCH OF HIS NEW CONTRABAND PROPERTY. WHAT HE EXTORTS EVERY DAY. HE IS SO "COOL" WEARING SUN GLASSES & NIKE TENNIS SHOES, EVERY MEAL HE IS ALLOWED TO SIT AT THE DISABLED "SHOT CALLER" TABLE.

FISHER WANDERS EVERY "MED-LINE & INSULIN LINE" 2 & 3 SEPARATE TIMES; "WANDERS" IN & OUT OF THE MESS HALL 2 & 3 TIMES FOR EVERY MEAL TO CONDUCT HIS "BUSINESS & EXTORT." HE EXTORTS 2 & 3 MEAL TRAYS EVERY DAY.

I "GIVE UP" NOTHING TO HIM!!!

"MEDICAL" GRIEVANCE (STEP I; 06/27/09): SGT. FOUNTENECHT & C.O. TAYLOR; IN PARTICULAR, SGT. SULLIVAN USE THEIR POSITIONS AT "MED-LINES, FINGER-STICKS & INSULIN LINES" TO "MESS OVER; TO F__ WITH "TARGETED" PATIENTS; IN PARTICULAR, "ALL B"3 REQUIRE "TARGETED" PATIENTS TO DO EXAGGERATED "FINGER SWEEPS" FAR IN EXCESS OF "THE NORM", "ALL B"3 REQUIRE "TARGETED" PATIENTS TO MOVE OTHER THAN WHERE THEY ARE STAND-

ING, WITH EXAGGERATED VOICE COMMANDS; [...]

"ALL 8" 3 ALTERNATELY GLARE, & RUN THEIR MOUTHS "PUTTING DOWN", DEMEANING (EXAGGERATED "FINGER SLIDES"), & DEBASING "TARGETED" PATIENTS. I HAVE BEEN "TARGETED" FOR "RETALIATIONS." HARASSMENTS BY "MEDICAL C.O.'S" IS ONLY ONE KIND OF "RETALIATION."

"MEDICAL" GRIEVANCE (STEP I; 06/28/09): I HAVE BEEN UNABLE TO GET MY "FINGERSTICKS & INSULIN INJECTIONS," SINCE THE "CULMINATING INCIDENTS" (THE CULMINATION OF MANY 8" PREVIOUS INCIDENTS) OF 06/23/09, 5PM – 7PM. BOTH NURSES WALKER & JONES "WENT OFF" ON ME. NURSE JONES WAS RUNNING FROM THE OPPOSITE END OF OUR "MEDS ROOM," SCREAMING HYSTERICALLY AT ME TO SPELL HER NAME RIGHT IN GRIEVANCES.

. BOTH NURSES WALKER & JONES HAVE ORDERED ME TO TEST MY BLOOD SUGAR IN "UN-STERILE & UN-SAFE" MANNERS, SO THAT MY BLOOD WOULD BE CONTAMINATED. BOTH NURSES WALKER & JONES HAVE ADMINISTERED INSULIN TO ME IN "UN-STERILE & UNSAFE" MANNERS; THE WRONG INSULIN & DOSE AGES.

MEDICINE IS NOW BEING USED AS A "RETALIATION" WEAPON.

"MEDICAL" GRIEVANCE (STEP I; 06/29/09): I AM DIABETES "CHRONIC CARE." MY DIABETES IS "OUT OF CONTROL". AT CTCF "BARRIERS & HARASSMENTS" ARE PUT IN MY WAY, SO THAT I CAN NOT DO "FINGERSTICKS" & SO THAT I CAN NOT GET "INSULIN INJECTIONS."

I CAN NOT CONTROL MY "PISS & SHIT". I AM CONTINUALLY "PISSING & SHITTING" THROUGHOUT EVERY DAY & NIGHT. I HAVE PERMANENT "BLADDER, LIVER, & PROSTRATE ISSUES" THAT ARE NOT BEING "ADDRESSED". I AM A "PRIME CANDIDATE" FOR A STROKE & HEART ATTACK." I AM FATIGUED TO THE POINT OF COLLAPSING THROUGHOUT THE DAY. I NEED TO BE IMMEDIATELY ADMITTED TO

A HOSPITAL TO BE STABALIZED.                                    (PAGE 2) OF 3H

"...SICAL" GRIEVANCE (STEP 1; 06/30/09): DURING EVEN-
ING "MED-LINE", ON 06/29/09, NURSE JONES DROPPED MY
BACTRIUMM ANTI-BIOTIC PILL INTO A "DEEP" SELF MED CORD
DRAWER, SHE HAD TO "DIG AROUND" FOR IT. I ASKED HER TO RE-
PLACE THE PILL SEVERAL TIMES, SHE REFUSED SEVERAL TIMES.

SEMI - SCREAMING, IN A SEMI-HYSTERICAL MANNER, SHE
YELLED AT ME: "LET'S RUMBLE & LET'S GET IT ON" WITH
HER BACK UP, ARMS EXTENDED, & BOTH OF HIS FISTS CLENCH-
ED. NURSE WALKER WAS YELLING HER UNMITIGATIVE RE-
MARKS FROM HER WINDOW, "EGGING ON" NURSE JONES.

C/O. BOWMAN ORDERED ME AWAY WITHOUT MY BACTRIUMM
ANTI-BIOTIC PILL. STAFF COMMANDER BOYD ASS INTRUCTED TO
DO NOTHING. EVERY PLACE WITHIN CTCF IS "FILTHY DIRTY"
FACILTY INFECTIOUS; PARTICULARLY, HER OWN MEDICAL. BOTH
NURSE JONES & WALKER OPERATE IN "INFECTIOUS MANNERS".

"MEDICAL" GRIEVANCE (STEP 2; O-CT 08/09-905, 07/12/09):
MARSHALL GRIFFIN NEEDS TO SIGN HIS OWN STEP I RESPONSES, &
NOT KATHLEEN BAXTER FOR HIM. MARSHALL GRIFFIN NEEDS TO RE-
SPOND TO THE "ISSUES" THAT I HAVE RAISED, & NOT RAISE OTHER UNTRUE
ISSUES. NOTABLY, I WAS ORDERED ON 03/11/09 TO SIGN A PRE-TYPED
IN "& ALREADY FILLED OUT" REFUSAL FORM THAT "DOC MEDICAL" HAD PRO-
VIDED. THESE WERE DOC MEDICAL'S REASONS (ABSOLVING YOU OF
EVERY RESPONSIBILITY), NOT "A. R. HONEST."

MARSHALL GRIFFIN OBFUSCATED IN HIS RESPONSE; FILLED HIS RE-
SPONSE WITH A LOT OF "VERBAGE" THAT MEANS NOTHING. MARSHALL HAS
PULLED A NUMBER OF STANDARD PHRASES OUT OF HIS COMPUTER, &
"TACKED" THEM TOGETHER. MARSHALL NEEDLESSLY QUOTED MUCH OF MY
STEP I, SIMPLY TO ADD "VERBAGE", TO "OBFUSCATE".

"THE ISSUE" IS THAT SEVERAL MONITORS HAVE BEEN REDUCED TO ONLY 1.

...this RECKLESSLY CONTRIBUTES TO A 2 HOUR WAIT FOR FINGER STICK/...

"GENERAL" GRIEVANCE (STEP I; 07/12/09): I AM SICK OF IT! EVERY-TIME THAT I AM IN OUR MESS HALL FOR A MEAL (BREAKFAST, LUNCH, & DINNER), I HAVE C/O'S "ALL OVER ME" IN EVERY CONCEIVABLE MAN-NER HARASSING ME. ON 07/12/09, I WAS IN THE "LAST PULL" FOR LUNCH. I WAS THE "LAST" LAST PERSON PERIOD TO GET A MEAL TRAY OUT OF OUR "SERVING WINDOW." AFTER ME THE WINDOW" WAS CLOSED.

WE ARE ALLOWED 20 MINUTES TO EAT A MEAL. I WAS NOT EVEN ALLOWED 10 MINUTES, & THE BLACK LT. WILLIAMS WAS "ALL OVER ME" & SIT AT A "DISABLED TABLE." MY FRIEND JOHN POUCK IS EVEN MORE "MESSED UP" THAN I AM. I TOOK HIS TRAY TO THE RETURN TRAY ROOM WINDOW FOR HIM. LT. WILLIAMS ACCUSED ME OF STEALING AN EXTRA TRAY. HE GRABBED BOTH JOHN'S "DIRTY TRAY", & MY OWN.

I WAS STILL EATING. I STILL HAD 10 MINUTES TO EAT. LT. WILLIAMS PUT THE "DIRTY TRAYS" IN MY FACE. HE "WENT OFF ON ME," LOOKING AROUND TO SEE WHO WAS WATCHING HIM; THREATENING TO "CALL SECURITY & CUFF ME UP," AS HE FOLLOWED ME ALL THE WAY OUT OF OUR MESS HALL. I NEED TO BE ALLOWED TO EAT ALL OF MY MEALS IN PEACE.

Michael W. Collins

"GENERAL" GRIEVANCE (STEP II; CT 08/09-817, 07/13/09): SGT. ... ... ... ... LYING, WHEN SGT. SULLIVAN WAS ASSIGNED TO MESS HALL DUTY, HE WOULD GO OUT OF HIS WAY TO "RUN HIS MOUTH," & HARASS ME AT EVERY MEAL THAT HE COULD. NOW SGT. SULLIVAN IS THE "WORST OF THE WORST" OF THE "AGGRESSIVELY HOSTILE" "PRETTY BAD" GAUNTLET OF "AGGRESSIVELY HOSTILE" C.O.'S THAT I HAVE "RUN" EVERYTIME THAT I ATTEMPT TO GET MY "FINGERSTICKS/INSULIN & MEDS."

IT IS NOW SO FAR BEYOND "PRETTY BAD" THAT I NO LONGER ATTEMPT TO GET FINGERSTICKS/INSULIN & MEDS." IF I DON'T HAVE IT ON A "SELF-MED" CARD, I JUST DON'T GET IT. SGT. SULLIVAN HAS ME DO EXAGGERATED "FINGER SLIDES" TO DE-BASE ME & ATTEMPTS TO INSTI-GATE BOTH VERBAL & PHYSICAL ATTACKS UPON ME BY OTHER IN-MATES, "RUNS HIS MOUTH" TO "PUT ME DOWN" & TO INSULT ME AT HIS EVERY OPPORTUNITY. SGT. SULLIVAN HAS PARTICULARLY "TAR-GETED" ME FOR HIS "CHEAP SHOT" ABUSES, STOP "RETALIATION" AGAINST ME.
— Michael N Collins

"GENERAL" GRIEVANCE (STEP III; CT 08/09-835, 07/13/09): AS I HAVE STATED (AGAIN & AGAIN) TO MY CASE MGR., MR. EVANS, UNIT 1 HOUSING SGT. ULLMANN, & UNIT 1 COMMANDER LT. HOLLOWAY: "THE ONLY REASON THAT INMATE RICKY SALAZAR WAS ASSIGNED TO LIVE WITH ME WAS AS ANOTHER WAY TO F_K WITH ME. THE ONLY REASON THAT RICKY SALAZAR HAS REMAINED AS MY CELLIE WAS AS YET ANOTHER WAY TO KEEP F_KING WITH ME."

RICKY SALAZAR HAS TURBATURED TO POUR WATER INTO MY TV TO DESTROY IT; HAS THROWN MY EARPHONES TO BREAK THEM. RICKY BELIEVES FROM ME EVERY DAY; ATTEMPTS TO INSTIGATE FIGHTS BETWEEN MY SELF & OTHER INMATES. HE TALKS A LOT OF "SMACK" ABOUT ME. RICKY WANTS TO "BRING TROUBLE UPON ME," SO THAT I WILL GET INTO A FIGHT, & BE THROWN IN "THE HOLE," SO THAT ONE OF HIS "HOMMIES" CAN BE MOVED IN WITH HIM. RICKY SALAZAR IS AN INSTIGATOR; A HUSTLING "CON ARTIST." PLEASE, MOVE HIM ELSEWHERE - SOON.
—— Michael N Collins

"MEDICAL" GRIEVANCE (STEP II; D - CT 08/09 - 904, 07/13/09):

MARSHALL GRIFFIN NEEDS TO SIGN ITS OWN STEP 1 RESPONSES, &
NOT KATHLEEN BAXTER PER HIM. MARSHALL GRIFFIN NEEDS TO RESPOND
TO THE "ISSUES" THAT I HAVE RAISED, & NOT RAISE OTHER UNTRUE
ISSUES. NOTABLY, I WAS ORDERED ON 03/11/09 TO SIGN A "PRE-
TYPED IN" & ALREADY "FILLED OUT" REFUSAL FORM THAT "DOC MEDICAL"
HAD PROVIDED. THOSE WERE DOC MEDICAL'S REASONS (ABSOLUTION
OF EVERY RESPONSIBILITY). THAT FORM WAS NEITHER "A.R.", NOR "LEGAL-
LY" HONEST. OF COURSE, I REFUSED TO SIGN IT.

MARSHALL GRIFFIN OBFUSCATED IN ITS RESPONSE; FILLED ITS RE-
SPONSE WITH A LOT OF "VERBAGE" THAT MEANS NOTHING. MARSHALL HAS
PULLED A NUMBER OF STANDARD PHRASES OUT OF ITS COMPUTER, & "HACK-
ED" THEM TOGETHER. MARSHALL NEEDLESSLY QUOTED MUCH OF MY STATE,
SIMPLY TO ADD "VERBAGE", TO "OBFUSCATE".

THE "ISSUE" IS THAT I HAVE BEEN "TARGETED". TO "MESS WITH ME" NURSE
MARK HELD BACK MY "MEDS", MY SELF "MED CARDS", & INTERFERED WITH
NURSE DIANNA ATTEMPTING TO HELP ME AT HER WINDOW. NURSE MARK,
CTCF MEDICAL, & COLORADO DOC MEDICAL ALLOWED TO STOP "MESSING WITH" ME.

"MEDICAL" GRIEVANCE (STEP II; C - CT 08/09 - 509, 07/14/09): CTCF
IS A COLORADO DOC MEDICAL FACILITY. IN THIS "PRISON WORLD" THERE
ARE PANDEMICS OF AIDS, HEPATITIS-C, MRSA (METHICILLIN-
RESISTANT STAPHYLOCOCCAL AUREUS "SUPERBUG"), WHICH IN SPITE OF
DOC'S "BEST EFFORTS" (MINIMAL AT BEST) ARE NEITHER CONTAINED, NOR
CONTROLLED. ALL CTCF MEDICAL AREAS ARE "FILTHY DIRTY" WITH EVERY
KIND OF CONTAMINATES & INFECTIOUS. YES, SURFACES ARE CLEANED PER-
IODICALLY; HOWEVER, MANY TIMES A DAY, MANY HUNDREDS OF PATIENTS
RE-DIRTY ALL SURFACES.

IN PARTICULAR, BOTH "MED - LINE" COUNTERS, & OUR INSULIN WINDOW'S
"BOARD" COUNTER ARE VIRTUALLY ALWAYS "FILTHY DIRTY." BOTH NURSE WALK-
ER & JONES "TARGED" "WHAT I NEED TO DO "FINGERSTICKS" ONTO THE INSULIN
WINDOW'S "BOARD" SHELF. IN PARTICULAR, THE ALREADY NON-STERILE

GAUZE PADS TEST STRIPS ARE RUBBED AROUND ON THE "BARN" ITSELF,
BEFORE CONTAMINATED, BOTH NURSES WALKER JONES (A.K.A.
OUR "LITTLE MOUSES") DIRECT ME TO RUB A THEN CONTAMINATED NON-
STERILE GAUZE PAD INTO MY BLOOD. I REFUSE TO CONTAMINATE
MY SELF WITH "DIRTY BLOOD".          —— Michael N. Collins

"MEDICAL" GRIEVANCE ( STEP II; C- CT 06/09-504, 07/14/09): IT
IS "BLATANTLY OBVIOUS" THAT CTCF "MEDICAL & SECURITY" ARE IN COLLU-
SION WITH EACH OTHER TO DENY MEDICAL SERVICES TO AS MANY IN-
MATE PATIENTS AS POSSIBLE, BY CONSTRUCTING NEARLY INSUR-
MOUNTABLE BARRIES OF "HARASSMENT & HARASSING". IN PARTICULAR,
I HAVE BEEN "TARGETED". VIRTUALLY EVERY MED-LINE; FINGERSTICKS
& INSULIN PULLS, I HAVE TO RUN A GAUNTLET OF "AGGRESSIVELY HOSTILE"
C.O.'S THAT TAUNT, MOCK & HARASS ME IN EVERY CONCEIVABLE WAY.

I AM DEPENDENT ON RECEIVING "MEDICATIONS; FINGERSTICKS & IN-
SULIN" FROM NURSES; IN PARTICULAR & ESPECIALLY, NURSES WALKER &
JONES (A.K.A. OUR "LITTLE MOUSES") THAT ARE OPENLY CONTEMPTUOUS
& SLOVENLY IN THEIR DISPENSING OF MEDICATIONS & DOSAGES, THEIR
PERSONAL PROFESSIONAL HYGIENE. BOTH NURSES WALKER & JONES
ARE, IN EFFECT, ORDERING ME TO CONTAMINATE MYSELF WITH "DIRTY
BLOOD." I CAN EASILY WAIT IN MED-LINES & INSULIN LINES "TWO HOURS.

" GENERAL" GRIEVANCE ( STEP I; 07/15/09): I AM "MOBILITY IM-
PAIRED," & I HAVE BEEN RECOGNIZED AS SUCH, BY CTCF "MEDICAL PROVIDERS"
AT "9 " DIFFERENT DOC FACILITIES OVER "9 " YEARS, UNTIL RECENT "RETAL-
IATIONS" BY THE COLORADO "DOC MEDICAL".

DURING OUR EVENING MEAL ON 07/14/09, I APPROACHED CAPT.
BASTADOS TO TALK TO HIM, HE VERY CONTEMPTUOUSLY "CUT ME OFF,"
BOTH YELLED AT ME, & WAVED ME AWAY. WHEN I LATER, ATTEMPTED
TO GET SOME "SODA POP," HE BLOCKED MY PATH WITH LT REPAR (WHO
HAD "ILLEGALLY & ASSAULTED" ME WITH OVER "8 " C.O.'S, AFTER I
HAD ATTEMPTED TO COMPLY WITH HIS "UNLAWFUL & ORDERS & AGAIN &
AGAIN & AGAIN). CAPT BASTADOS IS THE "MAIN THUG", LT REPAR IS HIS ~
                                                    UNDERLING THUG.

CAPT. BASTIDOS DEMANDED TO KNOW WHAT I WANTED, I TOLD
HIM THAT I SIT AT THE "DISABLED TABLE" FOR EVERY BREAKFAST &
LUNCH; EVERY DINNER MEAL THAT THE S.L.T. REPAR ARE NOT ON DUTY.
I EVEN HAD IT "IN WRITING" THAT I AM "MOBILITY IMPAIRED," & SHOWED
HIM MY "PROOF." I ASKED HIM TO ALLOW ME TO SIT AT THE "DISABLED
TABLES," & TO "STOP FUCKING WITH ME." CAPT BASTIDOS THEN ANGRILY
ORDERED ME OUT OF "HIS" MESS HALL. —— Michael W. Collins

"MEDICAL" GRIEVANCE (STEP II; C - CTO8/09-505, 07/15/09): AT
01:50 P.M., ON 07/14/09, I AGAIN MET WITH MY "MEDICAL PROVIDER",
MARY K. CARTER N.P. AND AGAIN THANK GOD "FOR MARK K. CARTER
N.P., WHO IS A COMPETENT, CARING, & COMPASSIONATE (THE 3 "C's")
MEDICAL PROFESSIONAL. I CAN NOT SAY THIS ABOUT ANY OTHER "MEDICAL
PROVIDER" AT CTCF, ONLY NURSES DIANNA & JODY. "ALL" OF CTCF'S
OTHER "MEDICAL PROFESSIONALS" ARE DOC'S USUAL ASSORTMENT OF
BUNGLING "HACKS & QUACKS."

MARY K. CARTER IS ONLY 1 PERSON, & SHE CAN ONLY DO SO MUCH, SHE
IS ATTEMPTING TO PRESCRIBE (GLUCOVANCE) AROUND MY INABILITY TO
DO MY "FINGER STICKS" & GET "INSULIN INJECTIONS"; ATTEMPTING TO PRE-
SCRIBE A MEDICATION THAT WILL TREAT ONE OF THE MANY "VIRUS EPI-
DEMICS THAT ARE "ALWAYS" CIRCULATING ABOUT CTCF. SHE IS HELP-
ING ME TO GET THESE MEDICATIONS ON "SELF-MED" CARDS, SO THAT I DO
NOT HAVE TO RUN A GAUNTLET OF AGGRESSIVELY HOSTILE "MEDICAL C.O.'S
& NURSES."

I SHOULD BE ALLOWED TO GET THE "BEST" & MOST EFFECTIVE MEDICA-
TIONS AT MED-LINES," WITHOUT BEING ATTACKED. — Michael W. Collins

"MEDICAL" GRIEVANCE (STEP II; D - CT 08/09-929, 07/15/09):
IT IS UNCLEAR WHO THE STEP I RESPONDER IS (CONNIE RIGGS,
CATHIE HOLST, MARSHALL GRIFFITH, OR ANOTHER PERSON WHOSE SIG-
NATURE IS ILLEGIBLE). WHOEVER THE RESPONDER, THEY ENTIRELY
MISSED THE "ISSUE" THAT I RAISED IN MY STEP I GRIEVANCE, NAMELY,
THERE IS NO REAL DIABETES PREVENTION & CONTROL, ACADEMIC INSTRUC-

TION & WHETHER INDIVIDUAL OR GROUP TRAINING OF ANY SORT. ALL ___ IS ONLY ___ MERELY ATTEMPTS ___ "SHAM ___ OUT" TO ___ "SHAM PAT/OUT TRAINING," IN ADEQUATE & OPENLY HOSTILE "TREATMENT PROCEDURES" BY BOTH DOC MEDICAL STAFF & C.O.'S.

NURSE JOANIE WAS OPENLY CONTEMPTUOUS OF & HOSTILE TO-WARDS ALL DIABETES PATIENTS, WHO ATTENDED HER "DIABETES WORK-SHOP," THE AM OF WED., 06/17/09. PARTICIPANTS, IN PARTICULAR ME, WERE "SINGLED OUT" FOR "PUT DOWNS," & TO "DUMP ON". I HAD TO LEAVE WITH OTHER PARTICIPANTS. I HAD OBVIOUSLY BEEN "TARGETED" FOR "RETALIATION," AS I AM AT EVERY "FINGERSTICK/INSULIN" PULL, & AT EVERY "MED-LINE." DIABETES "SYSTEMICALLY" THROUGHOUT DOC IS NEITHER CONTROLLED, NOR EVEN MINIMALLY TREATED. —— Michael N. Gelles

"MEDICAL" GRIEVANCE (STEP II; C-CT 08/09-506, 07/14/09): THE STEP I RESPONDER, ANN NELSON R.N., TOTALLY IGNORED THE "ISSUES" THAT I RAISED IN MY STEP I GRIEVANCE. I REPEAT, IT IS NOW SY-STEMIC COLORADO DOC & CTCF MEDICAL POLICY TO CONSTRUCT "HARDSHIP BARRIERS" TO MAKE IT AS "DIFFICULT & STRESSFUL" AS POSSIBLE TO RECEIVE BOTH PRESCRIBED MEDICAL SERVICES, & PRESCRIBED MEDICATIONS.

I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC "666 BEAST" FOR WELL OVER "9 ⅛" YEARS IN ABOUT "9 ⅛" DOC, BOTH PUBLIC & PRIVATE PRISONS. AT NO TIME, ALWAYS & "IN EVERY ONE OF THOSE PRISONS WERE "SELF-MED" CARDS "HELD BACK", AS THEY NOW ARE AT CTCF. IF "SELF-MED" CARDS WERE "IN", THEY WERE DISTRIBUTED TO PATIENTS. THIS IS NO LONGER SO AT CTCF.

"SELF-MED" CARDS ARE NOW PURPOSELY "HELD BACK" AT CTCF TO MAKE PATIENTS NEEDLESSLY KEEP COMING BACK (AGAIN & AGAIN). IT CAN EASILY TAKE 2 HOURS STANDING IN "MED-LINES" OVER 500 FEET LONG. MANY PATIENTS JUST "GIVE UP" IN EXASPERATION, WHICH IS DOC'S (INTENT.

"MEDICAL" GRIEVANCE (STEP II; C-CT 08/09-507, 07/14/09): THE STEP I RESPONDER, ANN NELSON R.N., TOTALLY IGNORED THE "ISSUES"

THAT I RAISED IN MY STEP 1, STEP 1, REPORT, IT IS NOW
COLORADO DOC & CTCF MEDICAL POLICY TO SET MEDICAL "BARRIERS"
"BARRIERS" TO MAKE IT AS "DIFFICULT & STRESSFUL" AS POSSIBLE FOR
PATIENTS TO RECEIVE BOTH PRESCRIBED MEDICAL SERVICES & MEDICATIONS.

I HAVE BEEN IMPRISONED WITHIN THE COLORADO DOC "666 BEAST"
FOR WELL OVER "98" YEARS IN ABOUT "98" DOC, BOTH PUBLIC & PRIVATE
PRISONS, "ALWAYS8" IN EVERY ONE OF THOSE PRISONS THERE HAS
NEVER JUST BEEN ONE MONITOR "SET OUT" TO TEST BLOOD SUGAR LEVELS,
"ALWAYS8" THERE HAVE BEEN SEVERAL MONITORS "SET OUT." CTCF NOW
ONLY HAS ONE MONITOR "SET OUT" (TESTING IN A "NON-STERILE MAN-
NER", SO THAT PATIENTS CAN EASILY CONTAMINATE EACH OTHERS BLOOD.)

TWO OR MORE MONITORS ARE NO LONGER "SET OUT" AT CTCF, ONLY
ONE MONITOR IS NOW "SET OUT", PURPOSELY TO MAKE PATIENTS NEED-
LESSLY WAIT LONGER. IT CAN EASILY TAKE OVER TWO HOURS STANDING
IN "FINGERSTICKS/INSULIN & MED-LINES" (OVER 500 FEET LONG), "MANY8"
PATIENTS "GIVE UP" IN ANGRY FRUSTRATION.

I AM WRITING TO YOU CONCERNING AN "ISSUE" THAT "EVERY" IN-MATE AT CTCF IS ANGRY ABOUT; THAT "MANY" INMATES ARE "VERY" ANGRY ABOUT. AT OTHER COLORADO DOC FACILITIES INMATES ARE RE-QUIRED TO HAVE "HEALTH CERTIFICATES" ISSUED BY THEIR MEDICAL CLINICS, BEFORE THEY ARE ALLOWED TO WORK IN A KITCHEN AROUND FOOD, THIS IS NOT SO AT CTCF. ANY INMATE CAN WORK AROUND FOOD & UTENSILS HERE AT CTCF.

AS YOU ARE WELL AWARE OF CTCF IS CLASSIFIED AS A "MEDICAL FACILITY," BY THE COLORADO DOC. THERE ARE "MANY" INMATES HERE WITH "EVERY" KIND OF "HIGHLY CONTAGIOUS" DISEASE & INFECTION, AF-FLICTION & ILLNESS IMAGINABLE & THEN SOME "THAT INCLUDES: HIV, THE HEPATITIS," MRSA (METHICILLIN-RESISTANT STAPHYLOCOCCAL AUREUS), AD INFINITUM, OUR TERRITORIAL PRISON WORLD IS FULL OF "MANY" PANDEMICS. "MANY" INMATES' BLOOD AT CTCF IS FAR "BEYOND DIRTY" DIRTY, "MANY" INMATES, WHOSE BLOOD IS NOT DIRTY, ARE "VERY" ANGRY, ARE "VERY" FAR "BEYOND ANGRY" ANGRY ABOUT "DIRTY BLOOD" INMATES WORKING AROUND OUR FOOD & UTENSILS. THE "WORST OF THE WORST" IS INMATE REWELL WHO YOU HAVE ASSIGNED TO WRAP PLASTIC WARE. I HAVE "MANY" FIRST HAND EXPERIENCES BEING AROUND REWELL. REWELL IS FAR "BEYOND EVIL & FILTHY" EVIL & FILTHY. THIS IS HOW HE SO CHOOSES TO LIVE HIS LIFE.

REWELL BIT A BOY'S PENIS OFF, & KEPT IT IN HIS WALLET AS A SOU-VENIR. REWELL HAS "MANY" CONTAGIOUS DISEASES & AILMENTS THAT COME FROM LIVING "EVIL & FILTHY." ONE OF HIS DISEASES EXPAND HIS LEGS TO BURST-ING. I HAVE BEEN AROUND HIM (AGAIN & AGAIN), WHEN HIS LEGS HAVE BEEN A MASS OF "HIGHLY CONTAGIOUS" DIRTY BLOOD, GUSH, & GORE. HE REFUSES, WITHOUT "SANITARY GLOVES, "AT ALL" TO CLEAN HIMSELF. I HAVE SEEN HIM WORK (AGAIN & AGAIN).

REWELL IS ALWAYS COMING LATE & LEAVING EARLY, BECAUSE OF HIS "NON EXISTENT" MEDICAL APPOINTMENTS. HE WILL SLOWLY BLOCK OTHER WORKERS WITH HIS WHEELCHAIR, & SHOOT OUT "100 MILES/HOUR," WHEN AN EXIT DOOR IS OPEN TO "ESCAPE" WRAPPING. AROUND HIS C.O. SUPERVISORS, HE IS "ALL SMILES" WORKING THEM. AROUND OTHER WORKERS HE TALKS A "LOT" OF "EVIL SMACK." THANK YOU. — Michael N. Collins "Old Dog & Old School"

DEAR CASE MANAGER EVANS: THE "CLOSED NOTE READS:

"Collern ___ m ___ ___ any favors here with our Any "way telling you any thing But Now we Are going to start You will start paying Rent You child Molester You like Raping your own Kids Ha?"

I AM NOT A CHILD MOLESTER. THE DAUGHTER THAT WAS MY ORIGINAL ACCUSER TOTALLY RECANTED HER TRIAL TESTIMONY YEARS AGO TO BECOME, ALONG WITH MY OTHER DAUGHTERS, ONE OF MY STRONGEST SUPPORTERS. IN THE END, JUSTICE WILL PREVAIL!!!

THE ABOVE "THREATENING EXTORTION" NOTE WAS WRITTEN BY MATTHEW FISHER. IT WAS ANONYMOUSLY SLIPPED UNDER MY DOOR, BY ONE OF FISH-ER'S "HOMMIE BRO'S" THE AM OF THURS OF 06/04/09, PRIOR TO MY COMING BACK FROM BREAKFAST. I DO NOT KNOW FISHER'S LITTLE WHITE KID BRO'S NAME; HOWEVER, HE LIVES IN OUR POD "UPSTAIRS" IN CELL 7. THE NOTE WAS FOUND & SHOWN TO ME BY MY CELLIE RICKY SALAZAR, WHO TORE THE NOTE UP, & PUT THE PIECES IN OUR CELL'S TRASH BAG.

I DISCRETELY RETRIEVED THE TORN PIECES OF THIS NOTE FROM OUR CELL'S TRASH BAG, & DISCRETELY RE-ASSEMBLED THEM. FISHER'S ANONY-MOUSLY WRITTEN NOTE, ANONYMOUSLY DELIVERED IS JUST "SO HIM". I WAS AT BOTH FREMONT C.F. & BUENA VISTA C.F. WITH MATTHEW FISHER (A.K.A. "BEAVIS AND/OR BUTTHEAD"). AT BOTH FACILITIES FISHER PHYSICALLY AT-TACKED ME. I DID "BETTER THAN ALRIGHT" IN DEFENDING MYSELF. IT WAS SUPPOSE TO BE ENTERED INTO DOC'S COMPUTER THAT FISHER & MYSELF ARE NOT SUPPOSE TO BE AT THE SAME FACILITIES TOGETHER AGAIN. THIS NEEDS TO BE "DONE".

FISHER IS A SPOILED LITTLE WHITE KID, WHOSE MOTHER SENDS HIM WHATEVER THAT HE WANTS. HE HAS TO "GIVE UP" HIS CANTEEN SACKS TO THE "LATINO HOMMIES", & THEY STILL "ABUSE" HIM. FISHER IS ATTEMPTING TO USE ME AS A DIVERSION, AS HE HAS DONE BEFORE. HE HAS BEEN TALKING MUCH "SMACK" ABOUT ME, ATTEMPTING TO TAKE "TROUBLE" OFF OF HIMSELF, & PUT HIS "TROUBLE" ON ME. FISHER WAS MOVED "UPSTAIRS", BUT AGAINST "R'S" SPENDS MUCH OF HIS TIME "DOWNSTAIRS". FISHER IS "NOTHING BUT TROUBLE"

I AM REQUESTING THAT FISHER BE SENT BACK TO BUENA VISTA OR LIMON C.F.

THANK YOU — Michael N. Callens

Dear Honorable Speaker of the House, Nancy Pelosi: GOD BLESS YOU. In many ways I am 'a __ __ __'. And I can't figure why you aren't president of our good ol' US of A" yet. When George W. Bush was president, it would have been al-Qaeda killing him. Now Barack Obama is president; it will be gray bra's "Hate Things" killing him. "All 8" of them want to become "heroes of the white race," by killing our first black president, "many 8" of these thoughts are from my own lived "first hand" experiences; from "living with the enemy" in the "big house" the Colorado.

In spite of my seemingly best efforts to "muck things up," "all 8" is turned to my & your family's advantage. We have the "favor of God." God walks my walk with me every day. I "stay my course & fight the good fight." No weapon formed against me can prosper. "J.C. 777, who-rah 8"

My mother now sustains me. Prior to my 82 year old mother's death, she wrote to me much. "Much 8" of what she wrote to me, I took to heart; My good "church going" religious son, Michael, I need to "rest easy" under a "good name." Give me back my "good name." Fight 8 fight, until your last breath, & then some for my "good name" & your family will not prosper, until we all have our "good name" back. "Fight for your mother 8 fight for yourself 8 fight for your family 8 fight for your, my, & our "good name." I am the mother, grand mother & great grand mother to many. I rouse the armies of heaven in your behalf. Now rouse yourself, my good son, Michael. Fight for our "good name." Only when our family has our "good name" back will I "rest easy."

My mother's good "church going" religious son (me) being in jail & prison killed her, just as surely as if a gun had been pointed to her head & the trigger pulled. In the end, "justice will prevail," if not in this life, then in the life to come. Almighty God, bless our family. Yes, it is an oxymoron that a wise latino woman judge, Sonia Sotomayor, with the "richness of her life experiences" can render far more good & "right "justice decisions" than "hate in a business suit" white men. God bless you, "President" Nancy Pelosi. Michael N. Wilkins "one (1 99)"

DEAR U.S. JUDGE CHRISTINE ARGUELLO: MY MOTHER NOW SUFFERS. IT MY PRIOR TO MY (82) YEAR OLD MOTHER'S DEATH, SHE WROTE TO ME MUCH. "MUCH!" OF WHAT SHE WROTE TO ME, I TOOK TO HEART: "MY GOOD 'CHURCH GOING' RELIGIOUS SON, MICHAEL, I NEED TO 'REST EASY' UNDER A 'GOOD NAME'. GIVE ME BACK MY 'GOOD NAME'. FIGHT! <u>URGENT!!!</u> <u>VERY IMPORTANT!!!</u>

"FIGHT, UNTIL YOUR LAST BREATH, & THEN SOME FOR MY 'GOOD NAME'! YOUR FAMILY WILL NOT PROSPER, UNTIL WE ALL HAVE OUR 'GOOD NAME' BACK. FIGHT FOR YOUR MOTHER! FIGHT FOR YOURSELF! FIGHT FOR YOUR FAMILY! FIGHT FOR YOUR, MY, & OUR 'GOOD NAME'! I AM THE MOTHER, GRANDMOTHER, & GREAT GRAND MOTHER TO MANY. I ROUSE THE ARMIES OF HEAVEN IN YOUR BEHALF. NOW ROUSE YOURSELF, MY GOOD SON, MICHAEL. FIGHT FOR OUR 'GOOD NAME'! FOR ONLY WHEN OUR FAMILY HAS OUR 'GOOD NAME' BACK WILL I 'REST EASY'!"

MY MOTHER'S "CHURCH GOING" RELIGIOUS SON (ME) BEING IN JAIL/PRISON KILLED HER, JUST AS SURELY AS IF A GUN HAD BEEN POINTED TO HER HEAD, & ITS TRIGGER PULLED. IN THE END, "JUSTICE WILL PREVAIL", IF NOT IN THIS LIFE, THEN IN THE LIFE TO COME. <u>URGENT!!!</u> <u>VERY IMPORTANT!!!</u>

YES, IT IS AN OXYMORON THAT A WISE LATINO WOMAN JUDGE, SONIA SOTOMAYOR, WITH THE "RICHNESS OF HER LIFE EXPERIENCES" CAN RENDER FAR MORE GOOD & RIGHT "JUSTICE DECISIONS" THAN "WHITE IN A BUSINESS SUIT" WHITE MEN. JUDGE CHRISTINE ARGUELLO, IT IS MORE THAN COINCIDENCE THAT YOU ARE NOW MY JUDGE; IT IS THE INTERVENING FAVORABLE "HAND OF GOD." THE "RICHNESS OF YOUR LIFE EXPERIENCES" (LIVING FOR A PERIOD OF TIME, AS A YOUNG GIRL, IN A BOX CAR OVER THE RAILROAD TRACKS) MAKES YOU A JUDGE OF THE "COMMON MAN" (ME); CAPABLE OF RENDERING FAR MORE GOOD & RIGHT "JUSTICE DECISIONS" THAN ANY OTHER JUDGE THAT MIGHT HAVE BEEN ASSIGNED AUTHORITY OVER "MY CASE(S). <u>URGENT!!!</u> <u>VERY IMPORTANT!!!</u>

I HAVE BEEN "TARGETED" BY THE COLORADO DOC FOR RETALIATION IN EVERY CONCEIVABLE MANNER. MY WHOLE TRIAL WAS A "COERCED" & "CORRUPTED" LIE FROM BEGINNING TO END. JUDGE CHRISTINE ARGUELLO, ACT UPON MY MOTIONS - NOW. DELIVER ME FROM DOC; SET ASIDE MY WHOLE TRIAL & VERDICT, Michael N. Collins "OLD DOG"

AWARE, A SHRUNKEN OLD MAN" WITH A "PIECEMAKER" ON, WAS BEATEN TO A BLOODY PULP," WITHIN THIS LAST WEEK. THE SIDE OF HIS FACE WAS A BLOODY MESS; HIS KNEE CAP WAS SPLIT, & HE IS UN- ABLE TO "WALK RIGHT." HE WAS PUT "RIGHT BACK" INTO THIS SAME POD WHERE HE WAS JUST BEATEN, WITH "CODY", AN ARYAN BRO' "HATE THUG", THAT WOULD "DO IT" AGAIN, "IN LESS LESS THAN A HEART BEAT." IS THE COLORADO DOC PURPOSELY TRYING TO KILL HIM?!!! (COULD LESS BODY 30") (WORRY ABOUT)

"MAKE NO MISTAKE ABOUT IT," I AM PERFECTLY CAPABLE OF PULLING MY CELLIE, RICKY SALAZAR, OFF OF HIS TOP BUNK, & "FUCKING HIM UP "PRETTY GOOD", PERHAPS, EVEN KILLING HIM. I DO NOT WANT TO DO THIS. YES, IN SPITE OF THE "MOCKING & REDICULE" THAT I AM SUBJECTED TO BY OTHER IN- MATES, BY C.U.'S; IN PARTICULAR, BY OUR OWN UNIT I COMMANDER, LT. HOLLOWAY, I HAD MY "MOMENT OF HEROISM," WHILE IN THE "SERVICE OF OUR COUNTRY," I DID NOT WIN A "BIG ONE," LIKE THE "MEDAL OF HONOR, OR THE (NAVY CROSS."

HOWEVER, I DID HAVE BESTOWED UPON ME A "MINOR MEDAL" FOR "MER- ITORIOUS SERVICE," FOR AN ACT OF "MINOR HEROISM." I AM A GOOD & GODLY MAN, OF GOOD & GODLY STATURE. I "EARN MY RESPECT," IN LARGE MEASURE, BY LIVING MY "CHRISTIAN BELIEFS," EVERY DAY IN EVERY WAY THAT I'M CAPABLE OF. THIS "HOUSE #14" CAN NEVER BE A "CHRISTIAN HOUSE" AS LONG AS RICKY SALAZAR IS MY CELLIE. I DO NOT WANT TO LOOK AT HIS "PENT HOUSE" MAGAZINES, OR "MAG RAGS" OF SIMILAR ILK THAT THEY (BRING IN HERE.

SGT. ULLMANN, YOU BROUGHT RICKY SALAZAR UPON ME TWICE. THIS COULD ONLY BE TO "FUCK WITH ME". HE IS IN THE "MIX", & HE HAS BROUGHT MUCH TROUBLE "ON ME." RICKY SALAZAR HAS INSTIGATED FIGHTS BETWEEN MY- SELF, & OTHER INMATES, SO THAT I WOULD BE ARRESTED, & THROWN IN THE "HOLE." RICKY WOULD THEN HAVE ONE OF HIS "HOMMIES" MOVE INTO THIS "HOUSE #14." SALAZAR IS A "HUSTLING & CHISELING" TWO BIT "PETTY CON-ARTIST" THAT JUST CAN NOT KEEP HIS HANDS OFF OF MY PROPERTY. SOMETHING IS ALWAYS (MISSING.

SGT. ULLMANN, YOU COMMITTED TO ME, BEFORE YOU WENT ON VACATION, THAT I WOULD REMAIN IN HOUSE #14, & RICKY SALAZAR WOULD BE "MOVED UPSTAIRS." PLEASE, NOW DO THIS, & MOVE A GOOD "CHRISTIAN MAN" IN WITH ME. Michael D. Collins

I HAVE BEEN TOLD (AGAIN & AGAIN), BY THE C.W.'S THAT ARE SUPPOSED TO BE RUNNING THIS PLACE, THAT THIS IS "NOW AN OUT OF CONTROL DISASTER." THIS IS "ALL B" LIVING UNITS, BOTH MESS HALLS, THE GYM & THE YARD, ETC. THE NORTH SIDERS "NORTE" ARE FIGHTING THE "SARRANOS." THE "WHITE BOYS" ARE FIGHTING OTHER "WHITE BOYS." VICIOUS ASSAULTS TO "FUCK UP" OTHER INMATES ARE COMMON. I HAVE BEEN THE SUBJECT OF "MINOR ASSAULTS"; CALLED NAMES & THREATENED (AGAIN & AGAIN). GOD WALKS MY WALK (WITH ME).

I HAVE BEEN THE SUBJECT OF EXTORTION DEMANDS (AGAIN & AGAIN). I HAVE REFUSED TO "PAY RENT", OR "GIVE UP" ANY OF MY PROPERTY (AGAIN & AGAIN). I HAVE BEEN "TARGETED," BY THE COLORADO DOC IN EVERY CONCEIVABLE MANNER FOR RETALIATIONS. OUR UNIT #1 HOUSING SGT, ULLMANN, STUFFED RICKY SALAZAR "DOWN MY THROAT" TWICE, AS A CELLIE. THIS IS FORCING ME TO "LIVE WITH THE ENEMY". THIS COULD ONLY BE TO "FUCK WITH ME"; TO RETALIATE AGAINST ME, & TO BRING MORE TROUBLE ON ME IN EVERY WAY.

RICKY SALAZAR IS IN THE "HOMMIE MIX," & HE HAS "BROUGHT MUCH TROUBLE ON ME." RICKY SALAZAR HAS INSTIGATED FIGHTS BETWEEN MYSELF & OTHER INMATES, SO THAT I WOULD BE "ARRESTED, & THROWN IN THE HOLE." RICKY WOULD THEN HAVE ONE OF HIS "HOMMIES" MOVE INTO THE "HOUSE" # 14 WITH HIM. SALAZAR IS A "HUSTLING & CHISELING "TWO BIT" PETTY CON-ARTIST" THAT JUST CAN NOT KEEP HIS "HANDS OFF" OF MY PROPERTY. "SOMETHING OF MINE IS "ALWAYS MISSING". RICKY IS "TRASHING" BOTH MY TV & EARPHONES, ALL OF THE TIME.

"MAKE NO MISTAKE ABOUT IT," I am PERFECTLY CAPABLE OF PULLING MY CELLIE, RICKY SALAZAR, OFF OF HIS TOP BUNK, & "FUCKING HIM UP" PRETTY GOOD; PERHAPS, EVEN KILLING HIM. BOTH MY CASE MANAGER, MR. EVANS, & HOUSING SGT. ULLMANN HAVE TOLD ME (AGAIN & AGAIN) THAT SALAZAR WOULD BE "MOVED UPSTAIRS" TO AN "UPPER POD," & THAT I WOULD REMAIN WHERE I AM; HOWEVER, THIS IS NOT GOING TO HAPPEN, AS ANOTHER RETALIATION LT. HOLLOWAY WILL SEE TO IT. THEREFORE, PLEASE PUT ME ON "L.O.P." CLASS OF (PRIVILEGES).

GETTING PUT ON "L.O.P." & MY PROPERTY STORED "IS THE ONLY WAY THAT I NOW CAN "PROTECT MY PROPERTY" (ESP. MY TV & EARPHONES). I SHOULD HAVE BEEN MOVED TO PARTLY IN C.F. A LONG TIME AGO. PLEASE, GET ME THERE - ASAP.

I.O. [FIND A REPLACEMENT]; "ACCIDENTALLY" SPELLEM CATNA LIKE CLUCK ... WHILE INTO MY BLANKETS. OUR UNIT # 1 HOUSING SGT, ULL-MANN, "STUFFED" RICKY SALAZAR "DOWN MY THROAT" TWICE, AS A CELLEE, LT HOLLOWAY, OUR UNIT # 1 COMMANDER, HAS REFUSED TO MOVE HIM. BOTH YOU, MR EVANS, & SGT. ULLMANN COMMITTED TO ME WELL OVER A MONTH AGO THAT SALAZAR WOULD BE MOVED. THE ONLY REASON THAT RICKY HAS NOT BEEN MOVED IS THAT I HAVE BEEN "TARGETED" BY THE COLORADO DOC IN EVERY CONCEIVABLE MANNER FOR RETALIATIONS, PUTTING RICKY SALAZAR INTO LIVE WITH ME, AS MY CELLEE, IS ANOTHER RETALIATION; TO "DO IT TO ME."

I AM BEING FORCED TO "LIVE WITH THE ENEMY." THIS CAN ONLY BE TO "FUCK WITH ME," TO RETALIATE AGAINST ME, & TO BRING MORE "TROUBLE ON ME" IN EVERY POSSIBLE WAY. RICKY SALAZAR IS IN THE MIDDLE OF THE "HOMMIE MIX"; HAS "BROUGHT MUCH TROUBLE ON ME." RICKY SALAZAR HAS INSTIGATED FIGHTS BETWEEN MYSELF & OTHER INMATES (AGAIN & AGAIN), SO THAT I WOULD BE ARRESTED, & "THROWN IN THE HOLE." RICKY WOULD THEN HAVE ONE OF HIS "HOMMIES" MOVE INTO THIS "HOUSE # 14" WITH HIM. RICKY SALAZAR IS A "HUSTLING & CHISELING" "TWO BIT" "PETTY CON-ARTIST" THAT JUST CANNOT KEEP HIS "HANDS OFF" OF MY PROPERTY. SOMETHING OF MINE IS "ALWAYS MISSING." RICKY HAS NOTHING OF WORTH THAT IS HIS OWN. HE IS A THIEF, DOESN'T "GIVE A SHIT," AS HE "TRASHES" BOTH MY TV & EARPHONES.

I AM PERFECTLY CAPABLE OF PULLING RICKY SALAZAR OFF OF HIS TOP BUNK, & "FUCKING HIM UP" PRETTY GOOD; PERHAPS, EVEN KILLING HIM. BOTH YOU, CASE MANAGER EVANS, & HOUSING SGT. ULLMANN HAVE TOLD ME (AGAIN & AGAIN) THAT SALAZAR WOULD BE "MOVED UPSTAIRS" TO AN "UPPER POD," & THAT I WOULD REMAIN WHERE I AM; HOWEVER, THIS IS NOT HAPPEN-ING, AS ANOTHER RETALIATION, LT. HOLLOWAY IS KEEPING RICKY SAL-AZAR WHERE HE IS AT WITH ME. THIS IS BEYOND ABSURDITY. (SCHADEN FREUDE)

NOW DO WHAT YOU HAVE COMMITTED TO DO (AGAIN & AGAIN), MOVE RICKY SALAZAR TO AN "UPSTAIRS POD," & LEAVE ME WHERE I AM NOW, IN CELL # 14. THANK YOU VERY MUCH. — Michael D. Collins "Old School" "Old Dog"

...IBERIES (THE BATTLE CRY" OF THE 101st AIRBORNE COMMAND ...IGES, DAY COLLINS FAMILY

I AM NOW SLEEPING WITH MY "BOOTS ON", A "LOCK IN A SOCK" UNDER MY PILLOW, & WITH "ONE EYE HALF OPEN." I HAVE HAD SEVERAL CONFRONTATIONS WITH THE ARYAN BRO' "211/ARYAN NATION" HATE THUGS, I AM REFUSING TO "GIVE UP" TO THEM MY DENVER POST NEWSPAPERS (PARTICULARLY THE "SPORTS SECTIONS"); YET, I FREELY GIVE THEM TO MY BLACK & LATINO FRIENDS, THIS REALLY GALLS THE HATE THUGS; PUTS ME IN "VIOLATION."

I AM REFUSING TO PAY "EXTORTION/PROTECTION" MONEY TO THEM, I AM REFUSING TO "PAY UP" WHAT MONEY THAT MY FAMILY SENDS "IN" TO ME FOR THE "ESSENTIALS & THEN SOME." I AM REFUSING TO PAY "RENT" MONEY TO LIVE IN THIS UNIT AND POD, TO SIT AT A TABLE IN OUR UNIT'S DAY HALL & TO SIT AT ANY TABLE IN OUR MESS HALL. I AM REFUSING TO PAY "RENT" TO USE OUR POD'S BOTH ROOM. I AM REFUSING TO "GIVE UP" ALL OR ANY PART OF MY CANTEEN SACKS, "FUCK'IM & CURRA HEE B"

THE ARYAN BRO' "211/ARYAN NATION" HATE THUG PUNKS, HAVE KEYS THAT OPEN VIRITUALLY EVERY CELL AREA IN THIS UNIT #1, & THE POD THAT I NOW LIVE IN, INCLUDING THE CELL DOOR TO MY HOUSE #14. I HAVE BEEN TOLD (AGAIN & AGAIN) THAT THE ARYAN BRO' HATE THUGS ARE IN MASS "COMING IN" ON ME "4 TO 5 DEEP," THAT WHAT THEY DID TO HOSTETTER ( HIS FACE WAS A BLOODY MESS; HIS KNEE CAP WAS BROKEN) WAS "NOTHING COMPARED TO WHAT THEY WILL DO TO ME."

I "WATCH MY BACK". I HAVE CONFRONTATIONS WITH ARYAN BRO' HATE THUGS VIRITUALLY AT EVERY "MED-LINE"; FINGERSTICK & INSULIN" LINES. THE ONLY PLACE THAT I AM "SAFE" IS RIGHT IN THE MIDDLE OF OUR POD'S DAY HALL, WHERE I AM "ON CAMERA." MANY B "E.O.'S OPENLY INSTIGATE & ENCOURAGE THE "211/ARYAN NATION" HATE THUGS TO PHYSICALLY ATTACK ME; CALL ME NAMES & THREATEN ME.

I DO HAVE HELP & I AM A MEMBER OF THE "O.C.'S B" (THE JEWS MARIST GANG). MORE THAN A FEW TIMES, THE "J.C.'S B" HAVE "HAD MY BACK". I AM AGAIN REQUESTING IMMEDIATE TRANSFER TO FORT LYON CF.
THANK YOU VERY MUCH. — Michael Na Collins "Old School & Old Boy"

ALMIGHTY GOD, SEEMINGLY, IN SPITE OF MY BEST EFFORTS __"_____ "_____ IS TURNED TO MY ADVANTAGE. GOD, THANK YOU, ALMIGHTY GOD, I AM NOT BEING PHYSICALLY ATTACKED, CALLED NAMES, & NARRATED ANY WHERE OR LIKE I COULD BE, GOD, THANK YOU. I HAVE BECOME ADEPT AT FINDING THE "REAL REASONS." ABOUT HALF THE MEN NOW ENTERING COLORADO DOC HAVE "SIMILAR CASES" TO MY OWN. I AM THEIR DIVERSION TO TAKE ATTENTION OFF OF THEMSELVES. ALMIGHTY GOD, I HAVE TO LET A LOT "ROLL OFF MY BACK". I CHOOSE MY "BATTLES & ISSUES" WORTH FIGHTING FOR, "PRISON CHURCH" IS PRETTY BAD. I GET DEPRESSED EVERY TIME THAT I GO IN THERE. ALMIGHTY GOD, THERE IS MUCH IN "PRISON CHURCH", MUCH IN "PRISON ITSELF" THAT IS NOT OF THE "NATURAL ORDER" OF THINGS. ALMIGHTY GOD, THANK YOU FOR TBN (TRINITY BROADCASTING NETWORK); FOR OUR "TBN TV FAMILY": PAUL & JAN CROUCH, JOEL & VICTORIA OSTEEN, BILLY GRAHAM, ROBERT SCHULLER, ADRIAN ROGERS... ALMIGHTY GOD, I WATCH & LISTEN WITH FERVENT INTENT TO JOEL OSTEEN THROUGH OUT THE WEEK. JOEL IS VERY POSITIVE & UPLIFTING, MOTIVATIONAL & FILLED WITH THE SPIRIT THAT I IMMERSE MYSELF WITHIN. JOEL IS ME (SOMEDAY), VICTORIA IS MY WIFE (SOMEDAY). GOD, I AM JUST SO "SUITED", BEING SO "PERFECTED" IN SOME "WORK OF SIGNIFICANCE" TO BUILD YOUR KINGDOM, FOR YOUR GLORY, & IN YOUR NAME. GOD, NOW IS THE TIME: FILL ME WITH YOUR "SPIRIT OF PENTACOST," FILL ME WITH YOUR "MIRACLE POWER"... ... TO BUILD YOUR KINGDOM, FOR YOUR GLORY, & IN YOUR NAME. GOD, RIGHT NOW I HAVE VERY LITTLE CREDIBILITY, BEING CONVICTED OF WHAT I AM. ALMIGHTY GOD, NOW "SET ASIDE" MY WHOLE "ROTTEN & CORRUPT" TRIAL & "COERCED LIE" FROM BEGINNING TO END. ALMIGHTY GOD, ALL IS NOW "UP TO YOU". I CAN NOW DO VERY LITTLE ON MY OWN. GOD, I "CERTAINLY ARE" KNOW THAT YOU WILL NOW TURN "ALL &" FROM VERY BAD IN MY LIFE TO VERY GOOD, IN "LESS THAN A HEART BEAT". ALMIGHTY GOD, AS WITH JOB IN THE BIBLE... ... MY LIFE WILL NOT ONLY BE RESTORED TO ME, BUT GREATLY ENLARGED. ALMIGHTY GOD, BOTH I & OUR "COLLINS FAMILY" WILL NOW BE FAR "BEYOND BLESSED" BLESSED OUR ABILITIES TO COMPREHEND, "IN JESUS' NAME"...

Michael W Collins  7/11/09

ALMIGHTY GOD, MY "MRD" (MANDATORY RELEASE DATE) IN THE
END OF AUGUST. SOMETIMES I AM SCARED ABOUT BEING BACK "ON
THE STREETS," CONVICTED OF WHAT I AM; LIFE WILL BE PRETTY
BAD HARD. I WILL BE REQUIRED TO TAKE "DENIERS THERAPY". GOD,
I CANNOT SAY THAT I RAPED MY DAUGHTERS, I CANNOT SAY THAT I FON-
DLED THEIR BREASTS, HAD THEIR CLOTHES OFF, OR THAT I PENETRATED
THEM. IF I COULD HAVE SAID THESE THINGS IN "DENIERS THERAPY", I
WOULD HAVE BEEN OUT OF PRISON ABOUT "98" YEARS AGO. GOD, HELP ME.

ALMIGHTY GOD, AS THINGS STAND NOW, WHEN I GET OUT OF PRISON
ON MY "MRD", I WILL HAVE TO TAKE "DENIER'S THERAPY" AGAIN, & I WILL
GET "BOOTED OUT" FOR NOT SAYING WHAT MY "SO-CALLED" THERAPIST WILL
WANT ME TO SAY: THAT I RAPED MY DAUGHTERS. ALMIGHTY GOD, AS
YOU ARE MY WITNESS, I JUST CAN NOT. THIS IS JUST SO NOT TRUE, THIS
IS EVERYTHING THAT I AM AS A MAN. GOD, NOW DELIVER ME FROM "DENIERS
THERAPY," FROM A "PRETTY BAD HARD" LIFE ON THE OUTSIDE; IN PARTICULAR,
DELIVER ME FROM MY ROTTEN & CURRENT TRIAL, A LIE FROM BEGINNING TO END.
                                                        COERCED
ALMIGHTY GOD, ALL "FLOWS" FROM MY ROTTEN & CURRENT LIE TRIAL. GOD
                                                 COERCED
WHEN MY TRIAL VERDICT IS SET ASIDE, ALL THAT "FLOWS" FROM THAT LIE
                                                          COERCED
TRIAL VERDICT WILL BE NO MORE, & AS IF NONE OF IT HAD EVER HAPPENED. GOD
I NOW HAVE ABSOLUTELY NOTHING, ONLY YOU, ALL HAS BEEN TAKEN FROM
ME, I WILL PRAY THAT I BE NOT ONLY FULLY RESTORED & MADE WHOLE, BUT
                            NOW
FOR "BEYOND BLESSED" BLESSED MY ABILITY TO COMPREHEND. GOD, I AM
NOW FERVENTLY PRAYING "ACTION WORDS" OF "FAITH & FAVOR" THAT U.S.
DISTRICT COURT JUDGE CHRISTINE M. ARGUELLO NOW BE OVERCOME
BY YOUR SPIRIT; THAT SHE NOW BECOMES A "WOMAN INSTRUMENT" IN
YOUR FAVORABLY INTERVENING "GOD HAND". GOD, HELP ME, & OUR FAMILY.

ALMIGHTY GOD, I NOW FERVENTLY PRAY, BY THE MORE "THAT I DO TO
ENLARGE & STRENGTHEN" MY FAITH, THROUGH THE MORE FAITH THAT I
NOW LIVE, WHICH IS NOW A "RESOLVE CERTITUDE"; ALWAYS THROUGH YOUR
GRACE, ALMIGHTY GOD, I NOW PRAY, PETITION, & SUPPLICATE THAT
JUDGE CHRISTINE M. ARGUELLO NOW REMOVES & DELIVERS ME ENTIRELY
FROM DOC CONTROL, & PUTS ME IN DOWNTOWN DENVER; THAT SHE NOW
                                COERCED
SOMEHOW SETS ASIDE MY WHOLE "LIE" TRIAL & "LIE VERDICT. PLEASE
GOD, MAKE ALL OF THESE THINGS; WILL ALL OF THESE THINGS TO NOW.