Colorado Department of Corrections
Name Michael R. Collins
Register Number DOC #101218
Unit C.T.C.F.
Box Number P.O. Box 1010
City, State, Zip Canon City, CO 81215-1010

PLEASE, ACT ON THE ENCLOSED
ON/BY 08/15/09. URGENT!!!

VERY IMPORTANT!!!

U.S. JUDGE JOHN KANE; YOU WILL BE OUR COLLINS FAMILY'S "MAJOR MIRACLE", OUR ENTIRE FAMILY NOW PRAYS THAT YOU WILL NOW BE AN "INSTRUMENT" IN THE FAVORABLY INTERVENING "HAND OF GOD". JUDGE KANE, NOW JUDGE "GOOD", "RIGHT", SO THAT JUSTICE MAY FINALLY PREVAIL; SO THAT REAL, "TANGIBLE" JUSTICE MAY NOW PREVAIL!!!

Respectfully Submitted: Michael R. Collins, The Head of Grand Pa. Bill Edwards "DOB"

U.S. Judge John Kane
U.S. District Court
901 19th Street
Denver, CO 80294