1

Clerk of United States District Court

Civil Action 92-CV-870-CMA

Claim Number X-360

Claimant Terry Franklin 55477

Category: Untimely Filed Claim

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2009

GREGORY C. LANGHAM
CLERK

<u>Reason for filing</u> Appeal for Montez Denial

Objection pursuant to Federal Rule of Civil Procedure 53(g)(2)

I am asking that my montez claim be reconsidered on basis that

I. Although Mental Illness was factor causing my Visual Problems, Hearing problems & Mobility problems the problems still existed under ADA and were part of Montez or should of been remedial suit. Saying Mental Illness was not part of Jurisdiction is like saying, you were thrown of 3rd tier and crippled and not high enough so the discrimination against you doesn't count. Discrimination Still Existed Under ADA.

II. To say a particular suit (Montez) Cannot be Expand shows further Discrimination. Should of been included in first place (Mental illness) A suit can certainly be Expanded.

III. My Objection to dismissal I feel also should in include that I still haven't been able to talk to an assigned attorney which dealt

2. with original suit or any other attorney. People with problems steming from Mental illness certainly need legal Assistance where any action is concerned even more so than people with Physical disabilities because of obvious reasons. Disabilitis stem from brain inbalances and thinking issues.

For the Special Masters to say my concerns are legitimate and real but not one of the four catagorys I think is an obvious great injustice. And also they stated perhaps it should of been included but was not was an oversight on attorneys and judges part. Fact beeing I did have visual hearing and mobility issues so I would like to be assigned an attorney (since I am Indigent) and be allowed a chance to fill out new claim form

Sincerly

Terry Franklin 55477
CTCF
box 1010
Canon City, Co.
81215-1010