IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Court on the latest letters and documents submitted by Claimant. *Documents #4044; #4042*. These will be filed and held in abeyance. Claimant continues to request relief from his conviction which is not possible in this case.

    IT IS HEREBY ORDERED that the letters of Michael Collins are accepted for filing.

    SIGNED this 30th day of July, 2009.

                                         BY THE COURT:

                                         */s/ Richard M. Borchers*

                                         _____
                                         Richard M. Borchers
                                         Special Master