IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

_____

Claim Number: 03-420
Category:  III
Claimant:  Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

_____

### ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on Claimant's letter (#4047) that requests information concerning his objection to the final order on his claim. Claimant will be provided a copy of everything that remains in the file of the Special Master. The letter is referred to the Clerk of the Court for processing concerning additional documents previously forwarded to that office.

IT IS HEREBY ORDERED that Claimant's letter and request will be received and referred to Judge Kane.

SIGNED this 30th day of July, 2009.

BY THE COURT:

/s/ Richard M. Borchers
_____
Richard M. Borchers
Special Master