(ORIGINAL)

92-cv-00870-CMA

Re: ( ATTN: Judge Kane, Respectively        8-2-09
   ( Ronnie D. Fluhr Jr #53894, Limon Corr. Fac. )
   ( Deliberate A.D.A. Delays, Medical Neglect Concerning )
   ( A.D.A. Process, Mobility Issues & Fair Treatment. )

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -4 2009

GREGORY C. LANGHAM
CLERK

Your Honor,

This is probably the single most important I've written in my life. It pertains to my overall health and quite possibly a life long disability due to medical denials, neglect, and a failure to provide adequate medical care, as ordered by a Dr. at an outside medical clinic (i.e. Denver Health/Correctional Healthcare) ~~~~~~~ ignoring A.D.A. agreements. I have now been intentionally denied access to medical care and treatment as ordered by a doctor effectively violating my 8th Amendment, as well as a "great delay" in A.D.A. acceptance. I have followed the greivance procedure & still have been denied proper medical treatment, evaluations and care. I also wrote the warden & asst. warden "kites" at Buena Vista Corr. Facility informing them of this medical disregard & their lack of having a provider causing this ongoing and continued plea for help. After those kites & my request for a step III greivance, I was arrested and removed from population, and place in Add. Seg. I was told, 5 days later, I was under investigation for making threats to medical staff. This was investigated, and it was found to have no facts to support it, or truth to it.

2

However, I was moved to this Level 4 Facility at Limon Corr. I have Medium Points, No Violent History, No History of Violence, No Write Ups, Never Any Threats to Anyone. I'm in Prison for Moving without Permission while on "I.S.P. Parole". I got 48 Years out of Arapahoe County & Because of the Amount of Time, I'm Here. I Also Believe, I was Moved Here To Disrupt the Greivance Process, And Cause A Continued Interference In Proper Medical Care, And Clearly A <u>Retaliation</u>, And Stoppage of the Treatment & Help "I was And Continue To <u>Beg</u> For". All Documented.

After Exhausting the Greivance Process, I Then Applied for A.D.A Acceptance, Directly writing to Cathie Holst & Explaining In Detail, My Problems.

I Submitted My Application for A.D.A On Jan 28-09 And Requested Mobility Accommodations Accommidations. On Feb. 10-2009 I Recieved Acknowledgement From the Office of the A.I.C. "Marshal Griffith". I was Told In Writing, It Would Take Approximately 60 Days To Evaluate, And Make Determinations. Also That If Any Extensions were needed, I would Be Informed In Writing, However As of This Date 8-2-2009 & 7 Months Later & 2 A.D.A Exams (Last one was 4-28-2009) I've Not Been Told Anything, Written, Orally or Otherwise. None of My Kites have Been Answered Nor Have I Been Seen Since A.D.A. Exam 4-28-09.

Now my 1st A.D.A. Exam was in March of 09. In fact "Dr. Bloor" tried to convince me this was only a formality & I didn't have to do it & that it was "time consuming". I would "Not" refuse this or any other things that might be required of me to obtain better health and possible elimination of pain & mobility problems. I also made it clear to Dr. Bloor my problems, pain & other issues developing due to non treatments or care after my fall off the transport bus July 1-2008.

During this exam Dr. Bloor seemed to be confused, lost & unsure of how to get correct readings & measurments for an adequate exam. (I also reported this May 2nd to Mr. Griffith)

Again, about 7 weeks later there was a second A.D.A. Exam. Now this time Dr. Bloor tried to convince me that the 1st A.D.A. Exam was "pretty much" what will decide my mobility disability claim & its really unnessasary to perform. However I would "not refuse" this either. She was clearly irratiated & the exam took place on April 28-2009. Once again I expressed to Dr. Bloor my constant pain & Ⓛ knee lacking stability & loss of feeling from my knee to my toes.

I expressed my need for help & tried to express new injuries developing due

4

the neglect of the original injury & favoring my left leg. Dr. Bloor did not want to discuss it. *So, I wrote a letter directly to the office of the A.I.C (Legal Asst. Designee = Marshall Griffith) on May 2nd 2009.

In this letter I explained Dr. Bloors actions & my fear to file another greivance that might result in retaliation, safety issues, inability to access exercise equip & unfair treatment at Correctional Industries where I work. I also explained how my disability eliminates me from "racing" to get to exercise equip. Now because I've not yet been accepted or denied for A.D.A. accommodations my letter on May 2nd was said to be premature & once again effectively delayed and denied my request to speak to somebody without retaliation & this response also initialed by Attie Holst.

I also tried to speak to a Lt. Piper and he said to me, he was going to look into things & get me moved to a proper medical facility & housed amongst like offenders. That was June 18th 2009.

I've not had any luck or help thru requests, kites, or the greivance process & remain in constant fear of retaliation of some sort, as is happening now along with a deteriorating (L) knee, feet, ankles stomach, lower back & (R) knee problems.

5

being ignored despite kites & letters.
I have fallen two times while here, on iced over sidewalks.

* The physicians orders from Correctional Health Care on April 10-2008 have been <u>refused</u> nor followed by the Chief Medical Officer of D.O.C.

* Orders for an M.R.I. to see internal damage from my fall off the transport bus July 1-2008. That order finally given 4-10-09

* Orders for medical shoes for collapsed arches & tendinitis in both ankles. Also ordered 4-10-09 D.O.C. Chief Medical Officer denied request from Dr Bloor as well to have me seen by Abilities Unlimited for this request, from a Dr. at Denver Health/Corr. Health Care.

* I was also given a knee brace at a Dr.'s appt on 4-10-09 specifically to stop side to side movement of my patella. And it also has metal hinges on both sides to help prevent (L) knee collapse. This was given at the Dr's office, so it could not be denied by D.O.C. I have to wear this brace to walk, however it does nothing to fix my problems or eliminate pain.

In short -- Its now been 17 months since my A.D.A. application was filed and 4 months since my letter directly to Marshal Griffith (A.I.C. requesting help & attn as well as requesting to

to talk to someone that could possibly help with respect to my housing, A.D.A mobility issues that exist, & are getting worse.

Along with non compliance to the A.D.A. Agreement the delays & denial of orders from a doctor the situation only worsens.

Add in retaliation, intimidation and lack of responses to kites and this is clearly a complete brake down and disregard for this honorable courts direction & orders concerning A.D.A and the Montez Settlement.

I pray that I get this courts attention on this matter & confront the neglect, deliberate indifference and denial of medical care, treatments & following this courts orders & agreements.

I ask this court for ~~its help~~ its help in some kind of way in addressing my medical needs, leading to my impaired mobility and helping in preventing further injuries and the possibility of life long disability pain & suffering.

Sincerely, I thank you for your time & attention in this life changing situation.

*Ronnie D. Fluhr Jr.* (signature)

Ronnie D. Fluhr Jr. #53894
Limon Corr. Facility. 49030 St. Hwy 71
Limon Colo. 80826