IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

Re: Claimant Robert Schwartz, Claim number 03-162

## ORDER

Kane, J.

Claimant, Robert Schwartz's Motion to Reconsider and Motion to Renew to Reopen Complaint to Include Hearing Deficit Issues Previously Raised (doc. #3730), is DENIED. My September 30, 2008 ruling stands. Mr. Schwartz is again requesting modification of the Remedial Plan, and that request is untimely.

Dated:   August 5, 2009

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Schwartz.