IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

---

Re: Claimant Robert Schwartz, Claim number 03-162

---

## ORDER

Kane, J.

This matter is before the court on claimant's Objection to Final Order of Special Master (doc. #3874), along with the Supplement to the Objection (doc. #3986), which is accepted and will be considered as part of claimant's objection.

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. The Special Master considered in great detail the physical condition of Mr. Schwartz, and found that Claimant is not disabled as defined by the Settlement Agreement. The rulings of the Special Master are based on the evidence presented, and the law was properly applied. I find that the dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3780) is AFFIRMED.

Dated:   August 5, 2009

                                            BY THE COURT:

*s/John L. Kane*  
JOHN L. KANE, SENIOR JUDGE  
UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Schwartz.