IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-EWN**

**JESSE MONTEZ, et al.**

 Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

 Defendants.

Re: Marty Bueno, Claim number 03-334

# ORDER

Kane, J.

 This matter is before the court on claimant's Objection U.S. District Court Order Dated September 11, 2008 (doc. #3658), which shall be considered as a motion to reconsider. Upon reconsideration, my September 11, 2008 ruling is reiterated. The Objection is OVERRULED. The Final Order of the Special Master (doc. #3037) stands as entered.

Dated:   August 5, 2009

 BY THE COURT:

 *s/John L. Kane*
 JOHN L. KANE, SENIOR JUDGE
 UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Bueno.