```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX021045
Cashier ID: sq
Transaction Date: 08/06/2009
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:      $4.64
------------------------------------------
CHECK
 Check/Money Order Num: 201690
 Amt Tendered: $4.64
------------------------------------------
Total Due:      $4.64
Total Tendered: $4.64
Change Amt:     $0.00

92-CV-870A-04
MONTHY APPEAL PYMT

A fee of $45.00 will be assessed on
any returned check.
```

08-1399