92-cv-00870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2009

GREGORY C. LANGHAM
CLERK

Su,

I'm 64 yrs old. I went to Denver General on 2 separate occasions, taken by DOC. The 1st time they x-rayed my knees and I was told by P.A. Webster in Feb of 2008 that I'd get replacement surgery on both knees. Then a year or so later I was given a hearing test at Denver General as well and they determined that I needed hearing aids. I have Hepatitis C and I am being refused interferon because, they say, (Ms. FRANZ) my Parole Eligibility date is too far away (2049) so they're going to let me die. The knee operation they've refused to do no matter what Denver General says. The hearing aids are out the door as well. So what has AIC done for us. Ms. Holtz the head of AIC is a D.O.C. employee and refuses everything. I can't even get gloves for my wheelchair which the P.A. here a Mr. Fortunato wants to take from me. Here at Sterling these people feel they are a law unto themselves. Without some help I'm going to die and soon. They state that to get interferon one must be within 5 yrs of your P.E.D. They'll just let me die if you don't help. I've tried Paula Grusen but she refuses even to answer my letters.

Please help
Ross Alley 84044