IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Court on the latest letters and documents submitted by Claimant. *Documents #4058; #4059*. These will be filed and held in abeyance. Claimant has been advised multiple times that his conviction cannot be attacked in this proceeding. Claimant should contact the Clerk's Office and request information on filing a habeas corpus petition.

    IT IS HEREBY ORDERED that the letters of Michael Collins are accepted for filing.

    SIGNED this 5th day of August, 2009.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          _____

                                          Richard M. Borchers
                                          Special Master