IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 03-344
Category III
Claimant: Jay H. Bailey, #103284
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

___

**ORDER OF SPECIAL MASTER**
___

    THIS MATTER comes before the Special Master on the letter of Claimant Jay H. Bailey (#4053). In his letter, Claimant alleges that DOC has stolen his private wheelchair. Claimant alleges that he has a DOC wheelchair but should have been allowed to send his own wheelchair to family members.

    In a previous order, Claimant was advised of the jurisdictional issue that presently exists. All of the pending issues in the case, including whether inmates may file claims for what has occurred since August 27, 2003, will have to be resolved by Judge Kane. The question remains whether the Tenth Circuit's decision in *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991) does apply to Claimant and others. Judge Kane has scheduled a hearing on all pending issues for September 1, 2009.

    IT IS HEREBY ORDERED that the letter filed by Claimant Jay H. Bailey will be copied and forwarded to counsel for the class; and

    IT IS FURTHER ORDERED that no further action can be taken on Claimant's letter until the jurisdictional issue is resolved by Judge Kane.

    SIGNED this 21st day of August, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master