THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION #92-CV-870 CMA

MONTEZ, et.al., )
Plaintiff, )
)
v. )
)
)
BILL OWENS, et. al. )
)

RECEIVED AUG 19 2009

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2009

GREGORY C. LANGHAM
CLERK

Claim #03-467
Claimant: Robert Blankenship
Address: FLCF - P. O. Box 1000, Fort Lyon, CO 81038-1000

CLAIMANT'S OBJECTION TO FINAL ORDER
OF SPECIAL MASTER BORCHER

IE.: Response to the Montez Special Masters denial of above captioned claim for damages.

Claimant Robert Blankenship do hereby object to this ruling made by Special Masters Richard Borcher on 6-26-09 denying Claimant's claim for relief. Although Epilepsy is not specifically named in the Montez Remedial Plan, it is listed and covered under the federal ADA provisions. See <u>Dark v. Curry County</u> (451 F3d 1078 (9th Cir. 2006); <u>EEOC v. Chevron Chem Corp.</u>, LP F3d 5th Cir. 2009 WL 1564 164 (5th Cir. 2009) Therefore, we contend Epilepsy is a mobility issue. There are numerous documented cases where individuals are denied obtaining Driver Licenses due to this illness. The possibility of an attack at any given time puts this claimant at risk of mobility issues.

It is imperative that this claimant be seen by a medical doctor who specializes in the area of seizures. The medication that claimant is receiving works for a little while then its back to the seizures.

The Remedial Plan states in pertinent part:
B. QUALIFIED INMATES
Inmate with a permanent disability/impairment which substantially limits his or her ability to perform major life activity.
C. PERMANENT DISABILITY /IMPAIRMENT
A condition which is not expected to improve within 6 months.

The Claimant has suffered with seizures most of his life. How is this not a mobility issue? It is well documented that the Claimant suffers from seizures.

-1-

C.D.O.C. has yet to provide the treatment that claimant is entitled to and needs for his very survival. This can only be medical indifference and discrimination against this claimant and the Special Masters ruling that his claim is denied because it is not a mobility issue is wrong. Has the Special Masters ever witnessed a seizure? The ruling is discriminatory on its face and should be reversed.

Dated: 8-17-09

Respectfully submitted,

Robert Blankenship #

CERTIFICATE OF SERVICE

I, Robert Blankenship do hereby certify that I placed in the U.S. Mail, postage prepaid, the following Claimant's Objection to FInal Order of Special Master Borcher, addressed to the following:

Special Masters

Attorney General's Office
1525 Sherman Street , 5th Floor
Denver, Colorado 80203

Dated: 8-17-09