IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

-vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-467
Category III
Claimant: Robert Blankenship, #52475
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the Claimant's objection to the Final Order of the Special Master. This will be transferred to Judge Kane for his review.

IT IS HEREBY ORDERED that the objection of Claimant is transferred to Judge Kane for further action.

SIGNED this 21st day of August, 2009.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 21st day of August, 2009 to the following:

Mr. Robert Blankenship
#52475
FLCF
P.O. Box 1000
Ft. Lyon, CO 81038-1000

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*