FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

92-cv-00870-CMA

AUG 24 2009

GREGORY C. LANGHAM
CLERK

Neil F. Creeden, #127412
FLCF, Unit #8
P.O. Box 1000
Fort Lyon, Colorado 81038

August 20, 2009

Honorable John L. Kane
United States District Court
901 19th Street
Denver, Colorado 80924-3589

Sir:

Enclosed is a copy of a letter I sent to Ms. Cathie Holst to advise her of the lack of batteries for hearing aids here at Fort Lyon Correctional Facility.

Thank you for your time.

Yours truly,

Neil F. CReeden

```
                                    Neil F. Creeden, #127412
                                    FLCF, Unit #8
                                    P.O. Box 1000
                                    Fort Lyon, Colorado 81038

                                    August 20, 2009
```

Ms. Cathie Holst, AIC
Colorado Department of Corrections
2862 South Circle Drive
Colorado Springs, Colorado 80906

**Re: Hearing Aid Batteries**

The Medical Department at Fort Lyon Correctional Facility has been out of #13 Hearing Aid Batteries. The Hearing Aid will NOT Work without a battery.

There have been no batteries available on: August 17, 18, 19, of 2009. This is NOT REASONABLE.

Thank you for your attention to this matter.

```
                                    Yours truly,

                                    [signature]
                                    Neil F. Creeden
```

Copy:
Honorable John L. Kane
United States District Court
901 19th Street
Denver, Colorado 80924-3589




Copy to Judge Kane