US DISTRICT COURT
901--19th Street
Denver, Co 80294

MONTEZ ET AL (JESSE)
vs
BILL OWENS, ET AL

CASE NUMBER 92 N 870 (OES) and 96 N 343
--------------------------------------------------------------------
CHANGE OF ADDRESS FOR CLASS MEMBER OF MONTEZ CLASS ACTION
--------------------------------------------------------------------

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2009

GREGORY C. LANGHAM
                    CLERK

    Comes now, Jill Coit plaintiff and class member of Montez Class Action under Mobility. Coit wishes to inform the court and all parties that she had a new address. Coit is incarcerated at La Vista Correctional Facility address below:

Jill Coit #86530
1401 West 17th Street
Pueblo, Co 81003

Sincerely,

Jill Coit
86530

Claim number 03- 129