92-cv-00870-CMA

U.S. District Clerk;                               8/21/09

I am writing to request the posting of the "Evented In", of my Objection To The Final Order Of The Special Master — Pursuant to Federal Rule of Civil Procedure 53(g)(2).

My deadline was Jan. 15, 2009 for this motion. Of which, I made and was mailed out from the Kit Carson Corr. Center mail-room on 1-15-09. So my motion should have been "Evented In" from about, or no later than, a week after 1-15-09, or so. Please also include, the "Evented In" of Document #3813.

Respectfully,

Mr. Santos Romero
#48563

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2009

GREGORY C. LANGHAM
CLERK