Clerk of the United States
District Court.

02-cv-00870-CMA

Claim Number 02-493
Category II
Claimant: Gustavo, Osuna #115940
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2009

GREGORY C. LANGHAM
CLERK

To: Whom it may concern: Clerk I received this order that Claimant and Defendants are advised that we have or may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2) but said objection must be filed with the Clerk of the United States District Court on or before May 11, 2009.

I Osuna, Gustavo did on April 21, 2009 send my response reply in a timely matter, heres a copy of it Please let me know whats going on with this matter
— THANK YOU!

Signed this the 23th day of August, 2009

Osuna, Gustavo
*Osuna, Gustavo*

In THE United States District Court For
The District OF Colorado

Civil Action No. 92-N-870 (OES)

RECEIVED FEB 24 2009 By_____

Jesse Montez, et. al.
    Plaintiffs.

V.S.

Bill Owens, et. al.
    Defendants.

Claim # Number 02-493
Category II
Claiment: Gustavo, Osuna #115940
Addressing of Claiment: SCF P.O. Box 6000
        Sterling Co. 80751

CLAIMANTS RESPONSE TO ATTORNEY GENERALS AND DEFENDANTS REPLY.

Plaintiff respestfully Gustavo, Osuna #115940 Pro Se Asks the Honorable Court to Quash the Defendants Reply from the record for the following ressons.

(1.) On August 24, 2005 Plaintiff did respond to the Counsel for the Defendants.

(2.) In the letter he informed them he wanted the $50.00 payable in his real name Jacinto Lopez.

(1.)

(3.) Plaintiff was in the half-way house for 90 days until November 2005. The Defendants failed to pay him with-in this time, he never recievied a payment or response during this time.

(4.) Plaintiff is entitled to this money and settlement should not be withdrawn, the Assistant Attorney General Jennifer S. Huss is selling wolf-tickets to the Honorable Court to try beffutle the Court. In a Conspiracy to cover-up for the State of Colorado Department of Corrections.... His escape from custody has no merit in this case, under the U.S. Constitution. He answered the letter. The Defendants failed to issue the $50.00 in a timely matter. Who knows how much money they have kept from paying out in this same manner. Plaintiff suggests that a Federal Audit take place of the Monies to the members of the Montez Suit and see what the Defendants have actually done with the allocations.

(5.) Obviously Mrs. Huss needs to do her homework and research before she answers her motions and she would see my letter and she would see the Defendants failed to respond to my letter for payment.

(6.) Plaintiff is entitled to the $50.00 plus now asking for extra revenue of $150.00 due to the Neglegence of the Attorney General Office. And his Claim to be reopened.



Wherefore Plaintiff prays the Honorable Court grants this Motion and hears his plea for relief in the Name of Justice.

Dated 2-21-09

Respectfully Submitted:

Gustavo, Osuna

Gustavo, Osuna

Certificate of Mailing

I hearby certify that I have mailed a copy of the foregoing Motion this 2-21-09 to the following.

JENNIFER S. HUSS
Assistant Attorney General
Civil Litigation + Employment Law Section
Corrections Unit
Attorney for Defendants
1525 Sherman St. 7th Floor
Denver, Colo 80203

Judge Richard M. Borchers
Special Masters for the United States
District Court. Of Colorado
Legal Resolution
7907 Zenobia Street
Westminister, Colo 80030-4444

(3)