**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al*.,

      Plaintiffs,

v.

BILL OWENS, *et al*.,

      Defendants.

**ENTRY OF APPEARANCE**

Blain D. Myhre, of the law firm of Isaacson Rosenbaum P.C., hereby enters his appearance as co-counsel on behalf of Plaintiffs, and requests that all further pleadings be copied *via* electronic mail to the address below.

Respectfully submitted this 31st day of August, 2009.

                        s/ Blain D. Myhre
                        Blain D. Myhre, #23329
                        ATTORNEYS FOR PLAINTIFFS
                        Isaacson Rosenbaum P.C.
                        633 17th Street, Suite 2200
                        Denver, CO  80202
                        Phone:  303/292-5656
                        Fax:  303/292-3152
                        E-mail:  bmyhre@ir-law.com;

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 31st day of August, 2009, I electronically filed a true and correct copy of the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will which will send notification of such filing to the following e-mail addresses:

(greisen@kinggreisen.com)
Paula Greisen, Esq.
(miller@kinggreisen.com)
David Miller, Esq.
King and Greisen, LLP
1670 York Street
Denver, CO  80206
*Attorneys for Plaintiffs*

(beth.mccann@state.co.us)
Elizabeth H. McCann, Esq.
Deputy Attorney General
James X. Quinn, Esq.
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO  80203
*Attorneys for Defendants*

(dborchers@legalres.com)
Honorable Richard M. Borchers
Special Master Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030

  s/ Annette Boudreaux

2156130_1.doc