August 29, 2009

Alonzo Moore
# 100911
49030 State Hwy 71
Limon, Co 80826

U.S. District Court
Attn: Judge Kane
901 - 19th Street
Denver, Co 80294

DEAR JUDGE KANE,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 1 2009

GREGORY C. LANGHAM
CLERK

92-CV-00870- JLK-OES

In 2009, I went to medical to take the first step of the ADA Mobility Screening. Upon reaching medical Ms. Walker told me not to take the test because it would not change anything. And that if I took the test it would be about 3 hrs which was to long she said

Then on August 25, 2009, I received a letter from Cheryl Smith, chief of Operations clinical services. which she stated that I had refused to take my mobility screening. At no time did I refuse, I only acted upon Ms. Walker advice.

I do not want to be removed from the Montez case and I will in the future take all tests regardless of advice from medical personnell.

It is my hope that this letter clears up any misunderstandings from my part. Thank you for your time and help in this matter.

Sincerely

Alonzo Moore