IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number 02-493
Category II
Claimant: Gustavo Osuna, #115940
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on Claimant's letter to the Clerk of the Court (#4086). This is an objection to the previous order of the Special Master. This objection will be referred to Judge Kane for action.

IT IS HEREBY ORDERED that Claimant's letter is referred to Judge Kane for action.

SIGNED this 28th day of August, 2009.

                BY THE COURT:

                */s/ Richard M. Borchers*

                ___
                Richard M. Borchers
                Special Master