IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-420
Category: III
Claimant: Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter (#4085) that requests information concerning his objection to the final order on his claim. Claimant's letter will be treated as a further objection to the final order of the Special Master.

IT IS HEREBY ORDERED that Claimant's letter and request will be received and referred to Judge Kane.

SIGNED this 28th day of August, 2009.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master