IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

___

Claim Number C-011
Category C
Claimant: Neil F. Creeden, #127412
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

___

### ORDER OF SPECIAL MASTER

___

THIS MATTER comes before the Special Master on the letter of August 20, 2009 of Neil F. Creeden (#4083). The letter will be filed and held in abeyance.

IT IS HEREBY ORDERED that Claimant's letter is accepted for filing and will be held in abeyance.

SIGNED this 28th day of August, 2009.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master