...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-367
Category: Untimely Filed Claim
Claimant: Robert H. Peek, #138634
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the claim form filed by Robert H. Peek (Claimant). This claimed was filed pursuant to Article XXXII of the Remedial Plan approved on August 27, 2003.

      Claimant indicated in his claim form that he had come into DOC custody on October 15, 2007. The DOC Inmate Locator reflected October 15, 2007 as the sentencing date for Claimant. Since it appeared that there was no jurisdiction over the claim, a show cause order was issued to Claimant. In response to the show cause order, Claimant has filed a letter which details his medical condition and concerns about the quality of care that he has received.

      On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

      Claimant came into DOC custody in October 2007. This is after the date of approval of the Remedial Plan. There is no jurisdiction over this claim under Article XXXII of the Remedial Plan. To the extent that Claimant is requesting help for alleged discrimination after August 27, 2007, his claim will be held in abeyance pending resolution of the jurisdictional issue now before the assigned District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

---

Claim Number X-367
Category: Untimely Filed Claim
Claimant: Robert H. Peek, #138634
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the claim form filed by Robert H. Peek (Claimant). This claimed was filed pursuant to Article XXXII of the Remedial Plan approved on August 27, 2003.

    Claimant indicated in his claim form that he had come into DOC custody on October 15, 2007. The DOC Inmate Locator reflected October 15, 2007 as the sentencing date for Claimant. Since it appeared that there was no jurisdiction over the claim, a show cause order was issued to Claimant. In response to the show cause order, Claimant has filed a letter which details his medical condition and concerns about the quality of care that he has received.

    On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    Claimant came into DOC custody in October 2007. This is after the date of approval of the Remedial Plan. There is no jurisdiction over this claim under Article XXXII of the Remedial Plan. To the extent that Claimant is requesting help for alleged discrimination after August 27, 2007, his claim will be held in abeyance pending resolution of the jurisdictional issue now before the assigned District Judge.

IT IS HEREBY ORDERED that the claim of Robert H. Peek is dismissed for lack of jurisdiction, as Claimant came into DOC custody after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant's request for help for what has occurred while in custody of the Colorado Department of Corrections will be held in abeyance pending a determination of the jurisdictional issue; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 2, 2009.**

SIGNED this 28th day of August, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master