Montez Suite  92-cv-00870-JLK-OES

addressed to: John L. Kane, United States District Judge
from class member: James Smith [112593]
Regrading: Inapropreat staf behavoir
Dated this day of: Sept. 1/09

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 03 2009

GREGORY C. LANGHAM
CLERK

Dear Judge Kane

My name is James Smith, a member of the Montez class action suite. I am a diabetic along w/ 100% wheelchear bound. I also have a most sevear case of nedeal fobia to the exstream & have been that way scince youth. Medical at all the (most) prisons & more so at Fort Lyon are fully awair of this problem & try to accomadate me by treating me priveitely to administer shots to me. However I stell have to muster curage to show-up on time & take treatment, (shots & nedels). Finger sticks are given to me at insalen medline.

Some staf gards, & I must say I have nothing against any of these people & am not seeking reveng, only that the problem be addressed & these persons be informed of inapropreat & unprofesional actions must stop. If this was a one time problum, was a solatery single or event, I would disregard the problum & cary on, but not so.

Some staf use this time (at medline) to poke pun of my exstream fobia & make remarks which is not in private but at medline while I am about to receive finger stick. I'am alrady in a state of grate fear & angzity at this moment & these words/comments (which are funny to them & other inmates in line like, "look how big that needel is" or "nurse, dont use that big one"... amoungst other commits) is all it takes to push me over the top & I can not carry through w/ the finger stick or treatment after that & therefore do not receive finger sticks or insalen that day. This is no laffing matter for me or people who have the same problum as I. This is probley the first time you have ever had this problum put before you but it needs to be addressed as I have tryed to handel this at the local levial w/ no suckcess durwing my 6 yrs here at Fort Lyon. This problum transpired w/ officer Marquez to day.

I wish only that order be made that security staf be informed of their unprofesional & inapropreat behaivor & shall not be talerated & should keep their remarks, opions, & commetts to them selfs while inmates are receiving medical treatment. My medical issues are between me & medicle staf only, & should not be subject to mental stress by non medical personal. This is a privatecy issue.

thank you for your time to address issue

James Smith