FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 04 2009

GREGORY C. LANGHAM
CLERK

RECEIVED
AUG 28 2009
By_____

92-cv-00870-JLK-CES

Dear Judge Borchers and Judge Kane:

Please use your Judicial powers delegated by the People of the People to see the Wrong-Doings By these State Employees.

Now the Parole Board wants me to go to the RE-Entry Program, But the Sterling Case Manager III Haligan, refuses to abide By their order.

I'm being punished again for attempting to get medical Treatment for my migrain Disorder.

On the Parole Sheet See the marked Disciplinary Infraction (Conduct in Correctional Facility).

Please help me, Yes I put my self here in prison, But no, I do not deserve Abuse at the

hands of these hypocritical, Heathans. I am trying to rehabilitate, CDOC is lying to the tax payers of Colorado, about programs available to inmates here.

Needs continued Correctional Treatment. . . .

How can you receive it, to where I am forced to work in the laundry, the last 8 months, Afraid of write ups and Convictions and can not get T.C. Program, then can not get to the program the Parole Board wants me to go to?..

Thank you

The Parole Papers/Grievance are my only copies, the earned time in the computer will reflect CM Anderson was Awarding me 10 day a month from 12/09 until 5/09 - then CM McCormick lied.

Jo Nations