September 5, 2009

The Honorable Judge John L. Kane
United States District Court
901 19th Street
Denver, Colorado  80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2009

92-cv-00870-JLK

GREGORY C. LANGHAM
CLERK

Dear Sir,

As of August 2008, I was diagnosed as being a diabetic through the Medical Department here at the Sterling Correctional Facility. I am currently being treated using medication to control my insulin levels in order to control my blood sugar levels. These medications include Glucophage, Hydrochlorothiazide, Levothyroxine, and Simvastatin. My blood sugar levels fluctuate between 130 and 300 on a daily basis and my last finger stick indicated that my blood sugar level was at 205.

In December of 2008, I requested an Accomodation Resolution due to this being diagnosed as a Diabetic. I have had three screenings since the first of the year and as of this date, still have not had any resolution to this matter. I have inquired as to the status of the resolution but all I get back as answers are that things are still pending and a re-screening is also still pending. (See Attachments)

I have also ask for Accommodations due to Mobility Issues. I have had both knees surgically repaired and walk with a cane prior to my incarceration. Due to the fact that I can walk with a cane, D.O.C. says that I am not handicapped and hence need no resolution. Sir, even the State of Colorado reconizes me as being 37% disabled due to my injuries through the Workmans Compensation Board.

I have filed grievances on these matters but nothing seems to happen and the grievances are always denied. All that happens is some form of retaliation. At one time I was fired from my job due to the metal staples in my shoulder and not being able to pass through a metal detector. To be honest, I am in fear of retaliation just for writing you this letter but I feel that someone needs to know these things that are really going on. All I can do is to ask for your help.

Thank you Sir for your time and consideration.

Respectfully Submitted,

Thomas D. Tillery
#132387 S.C.F.
P.O. Box 6000
Sterling, Colorado  80751

cc: See Attachments
    file

DC FORM 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 09/06/09   Case Manager: _____

**Grievance Number** _____   STEP (Circle One) ① 2 3

| NAME Thomas D. Tillery | DOC NO. 132387 | FACILITY/UNIT/POD SCF/4c |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: This grievance is to address the unwillingness of DOC to provide me with an Accommodation Resolution concerning my status as a Daibetic. In August of 2008, I was diagnosed as being a diabetic. On 12/20/08 I submitted a request for Accommodation and as of this date, still have no resolution to this matter. All I ever recieve are Memorandums stating my request is being delayed.

**REMEDY:** Diabetes is defined as a chronic disease of Pancreatic origin marked by insulin deficiency that results in excess sugar in the blood and urine. (American Heritage Dictionary). I have to take meds to control my insulin levels in order to control my blood sugar. Hence, I am a diabetic. I should be provided with an Accommodation Resolution.

**TO BE COMPLETED BY OFFENDER:**
DATE: 9/6/09   OFFENDER SIGNATURE: Thomas D. Tillery

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE:    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #

Date ADA grievance sent to AIC:
**RESPONSE**

**TO BE COMPLETED BY RESPONDER:**

| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER:**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Division of Clinical Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: 719.226.4569
Fax: 719.226.4565



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO: Offender Tillery, Thomas #132387
Sterling Correctional Facility

FROM: Joan M. Shoemaker
Director of Clinical Services

RE: Request for Accommodation

DATE: July 22, 2009

This is to notify you that your disability determination is being delayed. The Chief Medical Officer believes that additional information and/or medical testing is required to ensure the most accurate assessment of your condition and needs.

I hope to be able to forward your case to the Office of the AIC for resolution for you without much further delay. Thank you for your patience.

cc: AIC File.



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

**State of Colorado**
**Department of Corrections**
DC Form 20-22 (Revised 10/90)

## REQUEST FOR INTERVIEW

Date: 5/26/09
Name: Thomas D Tilley
Reg. No.: 132387
C.H.: 4C   Tier: 1   Cell: 05
Audience With: Lt. Wing
Give Reason: I need to see you about my condition

Thank you

AIC OFFICE INDICATES AB FOR PAST SCREENING IS STILL PENDING, SHOULD BE OUT SOON. A RE-SCREEN IS ALSO PENDING.

20047

IF1590

RECEIVED
MAR 22 2007

DC FORM 858AA (10/04)

RECEIVED
MAR 16 2007

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM
Legal Services

Grievance Number: O-SFO6/07-C49-1  STEP (Circle One) **1** 2 3  ADA? Yes ☒ No ☐

| NAME Thomas D Tilley | DOC NO. 132387 | FACILITY S C F |
|---|---|---|
| Instructions: 1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;<br>2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;<br>3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;<br>4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS. | | 3<br>4-10<br>Cathie Holst, AIC |

**Subject of Grievance and Requested Remedy:**

Subject of Grievance: Medical Disabilities

The accommodation resalution states that there are no accommodations at this time. I have already have been classified by Liberty Mutual Insurance Co. as being 37% disabled due to knee surgeries on both knees prior to incarceration. Both Dr. Tim Miller and Dr. Senekie the surgen who provided the surgeries concured upon this. At this time there are some restrictions and accomodations that need to be addressed. The remedy would be for D.O.C. medical to acknowledge this disability due to the fact that there is already outside documentation. If further medical records are needed, please feel free to let me know.

| DATE: 2/18/07 | OFFENDER SIGNATURE Thomas D Tilley |
|---|---|
| DATE RECEIVED: 3/22/07 | RESPONDING STAFF SIGNATURE & ID John A Reed 14007 |

**RESPONSE**

## SEE ATTACHED RESPONSE

Cathie Holst 4-9-07

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 3/15/07 | SIGNATURE/PRINT NAME & STAFF ID # CMTB Munz Brian Uhrich #8468 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| DATE: 4/26/07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Thomas D Tilley 132387 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
      through Meghan Reed, Legal Assistant I
Received Grievance: 3/22/07
Sent Response: 4/ 12 /07
Offender Name: TILLERY, T.
DOC No: 132387
Facility: SCF
Grievance No: D-SF06/07-049-1

**In the grievance referenced above, you allege the following:**

1. Your Accommodation Resolution states that there are no accommodations at this time, but you have been classified by your insurance company as 37% disabled due to knee surgeries.

**Requested Relief/Remedy:**

1a. For DOC medical to acknowledge this disability due to the fact that there is already outside documentation.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. According to AR 850-04, offenders have a (30) thirty day time period to file an ADA grievance, the time period beginning on the date the offender is served with the Accommodation Resolution. You were served your Accommodation Resolution on **2/8/07**. More than 30 days passed from the date of service to the date the grievance was received by your case manager **(3/15/07)**. This regulation is reflected on the Accommodation Resolution.

2. The criteria DOC medical providers use in determining a disability is set by the ADA and the courts. Outside medical opinions and documentation can be considered and reviewed in the disability determination, but are not the deciding factor. It is the offender's responsibility to raise, discuss, or provide outside documentation of relevant information at the time of the screening. Please take note that the same procedure is followed with each screening: the DOC screening doctor's recommendation is submitted to the Chief Medical Officer who then makes the final disability determination. Please keep in mind that in order to have a qualifying disability, your condition must *substantially limit a major life activity.*

1

3. If you need medical care, restrictions, or treatment for your knee problems, please contact Clinical Services. The AIC is not a medical professional. The purpose of the AIC is to arrange for offenders to be screened, and based on the Chief Medical Officer's disability determination, to provide them with any modifications and/or accommodations to enable them to participate in a job, program, or service offered by DOC.

**CONCLUSION:** Procedurally, this grievance is denied as you did not file within the 30 day time period beginning on the date of service. Therefore, you are time-barred from grieving the results. In reviewing your screening documents dated 11/22/06, I find nothing that leads me to believe that you did not receive a fair and accurate screening. If you feel that your condition has deteriorated to the point of a disability, please file a new Request for Accommodation.

**GRIEVANCE DENIED.**

Cc: AIC file.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
    *Through* Meghan Reed, Legal Assistant I
Received Grievance: December 26, 2007
Sent Response: January 9, 2007
Offender Name: TILLERY, T.
DOC No: 132387
Facility: SCF
Grievance No: D-SF0708-054-1

**In the grievance referenced above, you allege the following:**

1. That your were "let go" from your vocational education para-pro position because of a recent surgery in which metal staples were placed in your shoulder; you can no longer go through the metal detectors without setting them off and have therefore been barred from being able to enter the Vocational Education (Voc-Ed) Building. You claim that this is blatant discrimination against anyone with metal implanted in their bodies.

**Requested Relief/Remedy:**

1a. To move the Voc-Ed classes into the programs building where everyone could have access to the classes due to officers being placed at the desk in the center of the building; To station an officer at the desk in the Voc-Ed Building during the time when classes are in session and at any movements; To provide training in the use of hand held metal detectors.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. You were screened and found not to have a mobility disability on 12/27/06. Because you are not considered disabled, your allegation is not an ADA access issue. It is a security issue which should be grieved within the facility. However, I spoke with your case manager and the Major who is head of security over the yard to collect more information. I discovered that you were placed in another computer information class in the Programs Building where a metal detector is not used. Both classes are the same subject, use the same text, and both offer the apprenticeship program. The only difference is the instructor and location. The issue was remedied without putting you at a disadvantage; in fact you went from one class to the other without any lapse. The reasoning behind the metal detector is

due to the Voc-Ed Building having many types of contraband; whereas the Programs Building does not, thus causing a difference in security. Enforcing a strip search simply is not feasible for you or staff when the exact same class is available in a more accessible building. If this class was only offered in the Voc-Ed building, you would be allowed to attend, but would be strip searched upon exit. Safety and security must come first.

2. Additionally, you did not file this grievance within the 30-day time period allotted. It appears you had rotator cuff surgery on 10/4/07. The class transition happened on 10/17/07. Thus, more the 30 days has passed since then. You also claim disabled offenders are having the same problem as you. You cannot grieve on behalf of other offenders. See AR 850-04 *Grievance Procedure*. If there are in fact disabled offenders experiencing problems getting through the metal detectors with their medical equipment, those offenders must grieve individually.

**CONCLUSION:** This grievance is denied procedurally and substantively for the reasons stated above.

**GRIEVANCE DENIED.**

Cc: AIC file.

12-11.07
R. manning #1

1188

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

RECEIVED
DEC 1 7 2007

Grievance Number D-SF07/08-054-1  STEP (Circle One) ① 2 3   ADA? Yes ☒ No ☐

| NAME Thomas O. Tilley | DOC NO. 132387 | FACILITY |
|---|---|---|

C Holst
1-9

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

I was "let go" from my position as a Voc. Ed. computer Para-pro because of recent surgery and the placement of metal staples in my shoulder. This ment that I could no longer pass through the metal ditector without setting it off and according to the policy of the Sterling correctional Facility would have to be striped searched twice a day and no-one wanted to do this or there was not enough staff available to do so. This is blatant discrimination against anyone with metal implanted in their bodies due to sergical proceedures and or anyone using either a cane or wheel chair, or other mobility device. This ment that I could nolonger have any dealings in the future with any of the classes offered in the Voc. Ed. building.

Remedy:
Move the Voc. Ed. classes into the programs building where everyone could have access to said classes due to staff members (Correctional Officers) being placed at the desk in the center of the building.

Station an officer at the desk in the Voc. Ed. Building durring the time when classes are in session and at any movements. Also provide training in the uses of hand held metal ditectors.

DATE: 12/15/07  OFFENDER SIGNATURE [signature]

DATE RECEIVED: 12/26/07  RESPONDING STAFF SIGNATURE & ID [signature] 14067

**RESPONSE**

SEE ATTACHED RESPONSE

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
1-9-08

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/ PRINT NAME & STAFF ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Sanchez |
| DATE: 12/16/07 | SIGNATURE/ PRINT NAME & STAFF ID # R. MANNING 6526 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 1/15/08 | OFFENDER SIGNATURE/PRINT NAME & DOC # Tilley 132387 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

RECEIVED
DEC 2 6 2007
Office of Correctional
Legal Services

Attachment "A"
Page 1 of 1