L. E. Beeman - 42894
Box 6000 - Unit 4C
Sterling, CO 80751
8 September 2009

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2009

GREGORY C. LANGHAM
CLERK

Hon. John Kane
U. S. District Court
901 Nineteenth Street
Denver, CO 80294

RE: Montez v. Owens, 92-N-870 (OES)
(Consolidated with 96-N-343)
Claim No. 03-220

Your Honor:

As you are well aware, the Colorado Department of Corrections (CDOC) is badly remiss in its half-hearted efforts to comply with the terms of the settlement agreement in the above-referenced case. The following and the enclosure are intended to familiarize you with how the CDOC's bad-faith actions have affected me, which is fairly typical among many of us claimants.

Needless to say, I have filed multiple ADA grievances, all to no avail. A copy of the most recent one is enclosed. It has still not been responded to at the step 1 stage, but earlier-filed ones, numbers D-SF08/09-088 and D-SF08/09-130, have gone through step 3, the highest possible grievance level. Unfortunately, when our grievances reach step 3, the grievance officer, Mr. DeCesaro, claims that he is incompetent to second-guess medical professionals, thus denying us any meaningful step 3 review.

In a nutshell, Sir, CDOC refuses to acknowledge and accomodate two of my well-proven disabilities and declines to grant a permanent accomodation for a third one CDOC does acknowledge. Due to my lower extremity mobility disability, I have had bottom-tier, bottom-bunk housing restrictions for most of ten years. However, unless these restrictions are granted as ADA accomodations, they may be - and previously have been - cancelled at the whim of virtually anyone with access to the computer database in which such restrictions are recorded.

More than a dozen years ago, the VA hospital in Grand Junction diagnosed my emphysema and degenerative joint disease in both wrists, neither of which the CDOC chooses to recognize as disabilities. None of my ADA screenings have included any examinations or testing of my wrists or lungs, so there is no basis for any claim that they do not qualify as disabilities, as CDOC insists.

Perhaps it should be noted that VA hospital issued me a brace for my left (worst) wrist, which CDOC reissued in 2000, and I have had to buy a typewriter because I am unable to hand-write more than about a half-dozen lines. However, my brace was confiscated on my arrival at this prison in 2006 and has not been replaced. Also, it is obvious that lung function affects how well the rest of the body can function and I must now use three different inhalers several times a day just to be able to function marginally well.

Thank you for your patient attention. I hope the information is helpful.

Respectfully,

*Lawrence Beeman*

Lawrence E. Beeman

## A.D.A. GRIEVANCE

DC FORM 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 8-20-09   Case Manager: R. Phipps

RECEIVED AUG 21 2009

**Grievance Number** D-SF09/10-041-1   **STEP (Circle One)** (1) 2 3

| NAME | LAWRENCE E. BEEMAN | DOC NO. | 42894 | FACILITY/UNIT/POD | SCF/4/C |

Holst 9/15

**Instructions:**
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** THE MOST RECENTLY RECEIVED ACCOMODATION RESOLUTION, AS USUAL, RESOLVES NOTHING AND IS UNACCEPTABLE. IT WAS SIGNED BY CATHIE HOLST ON 6-17-09 AND BY PAULA D. FRANTZ, M.D., ON 6-24-09, AND RECEIVED BY ME ON OR ABOUT 7-23-09.

1. ONCE AGAIN, THE TOTALLY GROUNDLESS AND UNTRIED CONCLUSION HAS BEEN JUMPED-TO THAT: "[MY] MEDICAL CONDITION (BREATHING PROBLEMS) DO NOT RISE TO THE LEVEL OF A DISABILITY". THIS UNCANNY ABILITY TO DETERMINE THE EXACT NATURE AND SEVERITY OF A PHYSICAL IMPAIRMENT AND ITS SYMPTOMS - ALL WITHOUT ANY IMPAIRMENT-SPECIFIC TESTING OF ANY KIND - IS AMAZING! IN LIGHT OF THE FACT THAT I'VE HAD NO PULMONARY EXAMINATION WHATSOEVER IN MORE THAN FIVE YEARS, THERE IS CLEARLY NO BASIS FOR THE ABOVE-QUOTED RECKLESS AND IRRESPONSIBLE CONCLUSION.

2. ALSO ONCE AGAIN, MY NEED TO HAVE MY LEFT WRIST BRACE RETURNED/REPLACED HAS BEEN IGNORED ENTIRELY, THERE BEING NO MENTION OF IT IN THE ENTIRE OBJECTED-TO DOCUMENT. THIS IS ALL THE MORE AMAZING BECAUSE THERE IS AMPLE MEDICAL EVIDENCE AND ACKNOWLEDGEMENT THAT I HAVE DEGENERATIVE JOINT DISEASE IN BOTH WRISTS, THE LEFT BEING IN THE WORST CONDITION. THIS IS CLEARLY ESTABLISHED AS A DISABILITY REQUIRING A BRACE FOR THE LEFT WRIST, IF NOT FOR BOTH WRISTS.

3. AGAIN, MY BOTTOM-BUNK, BOTTOM-TIER HOUSING LIMITATIONS HAVE NOT BEEN INCLUDED AMONG MY RIGHTFUL ACCOMODATIONS, DESPITE THEIR HAVING BEEN SET BECAUSE OF MY DISABILITIES, LONG AGO.

PLEASE SCHEDULE FOR ME A COMPLETE PULMONARY EXAM & TESTING TO REALISTICALLY DETERMINE MY BREATHING PROBLEMS' SEVERITY, PROVIDE ME WITH A LEFT WRIST BRACE & INCLUDE IT AMONG MY ACCOMODATIONS, AND INCLUDE MY HOUSING RESTRICTIONS AMONG MY ACCOMODATIONS. THANK YOU.

**TO BE COMPLETED BY OFFENDER:**
DATE: 8-14-09   OFFENDER SIGNATURE: Lawrence Beeman

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA accom.
DATE: 8/21/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: J. Beason ##8
Date ADA grievance sent to AIC: 8/21/09

**RESPONSE**

**TO BE COMPLETED BY RESPONDER:**

| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER:**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"