UNITED STATES DISTRICT COURT
0101 19TH STREET, RM A105
DENVER, CO 80294-3589

MONTEZ - CIVIL ACTION NO.
92-CV-870-EWN-OES

V.

BILL OWENS

DEBBIE GILLON, PRO SE, Claim NO 05-433
LA VISTA CORR. FAC.
1401 W. 17TH STREET UNIT 5
PUEBLO, CO 81003

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 10 2009
GREGORY C. LANGHAM

## MOTION TO REQUEST THE RETURN OF PERSONAL GLASSES

Claimant, comes now, Debbie Gillon, #60340, claim number 05-433, requesting that the Honorable Courts Court order the Dept of Corrections Medical Dept. at La Vista Corr. Fac. to return claimant's personal eye glasses due to claimant's allergy to "plastic frames".

Claimant recieved permission, while at Arapahoe Detention Facility, to obtain "wire rim" glasses from an outside vendor due to "allergic reaction to plastic." Arapahoe is approved DOC holding facility and has the same "plastic frames" as a DOC facility.

Claimant retained documentation proof of this allergic reaction by means of a copy of the prescription with notation of this allergy.

The following is chronological order of events that claimant has ordeal to just obtain suitable glasses in order to see.

June 1, 09 - Claimant met with Ms. Judy Beeman to get prior approval of "wire frame" glasses and gave claimants Arapahoe documentation of allergy to Jennifer Mascarenas to copy for my medical file and it never made it to my file. The copy disappeared.

June, 09 - Claimant wrote Asst. Warden, requesting her assistance to resolve this situation and get permission for "wire rim" glasses. No response.

July, 09 - Sent to optomotrist and was told "he is there to get me D.O.C. compliant and he is lied to all the time and therefore it doesn't concern him. There was no regard or concern whatsoever to my allergy.

Claimant has made numerous attempts to prove her allergy and medical refused to document or acknolege this condition.

August 18, 09 - D.O.C. glasses arrived and claimant was made to relinquish personal glasses and recieved D.O.C. "plastic glasses" claimant wore DOC glasses until after count and her face, where the "plastic frames" touched her face turned red, burned and itched, medical did not answer the phone to document it. Officers Clark and Mr Jewitt both documented this outbreak in the chrono book.

Aug 19, 09 - Claimant filed 3 Step 1 ADA grievances and at present, has not recieved any response to, but one against nurse Mascarenas on her misconduct. Claimant filed Step II on 9/4/09.

Aug 23, 09 - Claimant was told that Mascarenas, (again) medical had to see this outbreak to document the allergy and she would return on Friday, Sept. 4, 09.

It been stated there is no documentation of my plastic allergy yet I have had lengthy proof from 1989, through present, of allergy to steri strips, adhesives, and solvents, it states on the front cover of my medical file "Allergic to adhesive"

Sept 1, 09 - Claimant went to Parkview medical for a colonoscopy and the nurse stated to me "it says here you are allergic to adhesive" so they used paper tape for securing an I.V. "Allergic to adhesive" was written on the front of my file and visually witnessed by officer Johnson, who was also witness to optometry ordeal.

Sept 4, 09 - Claimant wore D.O.C. plastic glasses for medical documentation and again, her face broke out, itching, burning, and redness, claimant went to medical, was seen by Ms. Mascarenas and she claimed she would document this condition, but, now I must return Tues-wed, for Dr. Werner to medically document this allergy. This reaction to plastic, was again, witnessed and chronoed by officer Bent.

Claimant ~~[redacted]~~ D.O.C. WILL GO TO GREAT LENGTHS TO DISCLAIM THE CLAIMANTS CONDITION AND THE MEDICAL DEPT. WILL NOT HONOR ANY EVIDENCE TO THIS EFFECT.

THE MONTEZ VISION RESOLUTION HAS BEEN ABUSED AND USED TO THE DISADVANTAGE OF THE OFFENDERS IN VINDICTIVENESS, AT THE COST OF JEOPARDIZING CLAIMANTS EYES AND CORRECTIVE VISION.

CLAIMANT PRAYS THE HONORABLE COURTS INTERVENE AND COURT ORDER CLAIMANTS PERSONAL GLASSES BE RETURNED TO HER UNTIL, AT LEAST, A FULL RESOLUTION TO THE MONTEZ V. BILLS OWENS, 92-CV-870-EWN-OES. CLAIMANT HAS GONE THROUGH GREAT LENGTHS, EVEN PRIOR TO THIS EXCHANGE TAKING PLACE, TO RESOLVE THIS SITUATION AND MEDICAL MADE NO ATTEMPTS TO PROVE OR RECTIFY THIS SITUATION, EVEN AHEAD OF TIME. THEREFORE THE CLAIMANTS ONLY RECOURSE IS FOR THE HONORABLE COURTS TO PRAYFULLY GRANT THIS REQUESTED ORDER TO RETURN CLAIMANTS GLASSES.

RESPECTFULLY

_[signature]_
DEBBIE GILLON, 60340
Claim # 03-433

---

### CERTIFICATE OF MAILING

I, DEBBIE GILLON, DO SWEAR, THAT I PLACE A MOTION TO REQUEST THE RETURN OF PERSONAL GLASSES, IN THE U.S. MAIL, PRE-PAID, ON THIS DATE OF Sept 8th 2009, AND ADDRESSED TO THE FOLLOWING;

U.S. DISTRICT COURT
901 19TH STREET
Rm A105
DENVER, CO 80294-358

_[signature]_
DEBBIE GILLON, 60340
Claim # 03-433