| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>901 19TH STREET RM A105<br>DENVER, COLORADO 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>SEP 10 2009<br><br>GREGORY C. LANGHAM<br>CLERK |
| MONTEZ - CIVIL ACTION NO.<br>92-CV-870-EWN-OES<br><br>V.<br><br>BILL OWENS | |
| DEBBIE GILLON, PRO SE, CLAIM NO 03-433<br>LAVISTA CORRECTION FAC.<br>1401 W. 17Th STREET, UNITS<br>PUEBLO, COLORADO 81003 | |
| MOTION TO REQUEST RE-ENSTATEMENT OF<br>MEDICAL RESTRICTIONS | |

CLAIMANT, DEBBIE GILLON, #60340, COMES NOW, BEFORE THIS HONORABLE COURT, TO REQUEST THE COURTS TO ORDER, THE DEPT. OF CORRECTION TO RE-ENSTATE ALL HER MEDICAL RESTRICTIONS THAT ORIGINATED FROM MEDICAL EXAMINATIONS AND LENGTHY MEDICAL HISTORY, FROM DENVER WOMANS CORR. FAC.

CLAIMANT ASK THE HONORABLE COURTS TO INTERVENE WITH THIS REQUEST AND MAKE AN ORDER ACTIVE, AT LEAST, UNTIL THERE IS A FINAL RESOLUTION TO <u>MONTEZ V. BILL OWENS</u>, 92-CV-870-EWN-OES.

UPON CLAIMANTS ARRIVAL TO LAVISTA CORR. FAC, IN JUNE, 2007, DR WERMER REMOVED CLAIMANTS MEDICATION, AND LOWER BUNK, LOWER TEIR, HEAVY LIFTING AND, LONG STANDING RESTRICTIONS.

DR. WERMER DID NOT RESEARCH CLAIMANT MEDICAL FILES NOR ESTABLISH HIS DIAGNOSIS BY WAY OF ANY EXAM, X RAY, OR MRI'S.

IN FACT, CLAIMANT ARRIVED AT L.V.C.F. WITH AN ORDER FOR SPINAL XRAYS THAT DR. WERMER DIDN'T HONOR UNTIL 10-24-08, A YEAR AND 5 MONTHS LATER, AND ONLY ORDERED THE LOWER SPINE.

THESE X RAY SHOW MODERATE DEGENERATIVE BONE DESEASE AND SPURING INTO THE NERVES.

THIS IS CAUSING CHRONIC PAIN AND SEVERE WEAKNESS IN CLAIMANTS SPINE, KNEES, NECK, AND FEET.

PLEASE SEE CHRONOLOGICAL MEDICAL DOCUMENTATION TO SUBSTANTIATE CLAIMANTS CLAIMS AND REQUEST.

CLAIMANT PRAYS THIS HONORABLE COURT WILL GRANT AN ORDER TO RE-ENSTATE CLAIMANTS MEDICAL RESTRICTIONS AT LEAST, UNTIL THERE IS A RESOLUTION TO MONTEZ.

RESPECTFULLY

D. Gillon #60340
DEBBIE GILLON
CLAIM # 03-433

---

## CERTIFICATE OF MAILING

I, DEBBIE GILLON, DO HEREBY SWEAR THAT I PLACED THE FOREGOING MOTION TO REQUEST RE-ENSTATEMENT OF RESTRICTIONS, IN THE U.S. MAIL, POSTAGE PRE-PAID AND LOGGED IN D.O.C. LEGAL LOG, AND ADDRESSED TO THE FOLLOWING; ON THIS DAY Sept 8th, 2009

UNITED STATES DIST. COURT
~~[redacted]~~
901 19TH STREET
RM A105
DENVER, CO
80294-3589

DEBBIE GILLON, 60340
Claim no 03-433

```
= MED REPORTS =============== CIMST REPORT ================ 06/29/2007 = Page   1
Doc No: 60340    Name: GILLON, DEBBIE J                    LVCF/UNIT7 PRES FACIL
================================================================================
Date of Birth: 08/28/1958        Alias(es):  SUSAN     BAUDI
                                             SUSAN     BAUOI
                                             SANDRA J  BOUTIN
                                             DEBBIE J  BRADELY
                                             DEBBIE    BRADLEY
                                             DEBBIE J  BRADLEY
                                             VANESSA R BREWER
                                             CODINE    DEBOSE
                                             CONDINE   DEBOSE
                                             JANE      DOE
                                             DEBRA J   GILLON
                                             DEBBIE H  GILLON
                                             DEBBIE    GILLON
                                             DEBBIE    GILON
                                             DEBBIE J  GILON
                                             JO        GILON
                                             DEBBIE    GUILLION
                                             DEBRA     GUILLION
                                             TAMMY     HOHNSON
                                             KATHY     JAMISON
                                             GILLON D JOE
                                             SUSAN     JOHNSON
                                             SANDRA J  KIRKLAND
                                             KIMBERLY  KIRKLAND
                                             DEBBIE J  KIRKLAND
                                             COTI      KIRKLAND
                                             DEBRA J   KIRKLAND
                                             DEBBIE H  KIRKLAND
                                             DEBBIE    KIRKLAND
                                             LINDA     POBAR

Allergies: NKA                       Special Diet: REG REGULAR MENU

Last hospitalized: 11/22/1990  2004
Housing Restrictions: FIRST TIER HOUSING REQUIRED
                     FIRST TIER HOUSING REQUIRED
                     LOWER BUNK
Medical Restrictions: NO HEAVY LIFTING
                     NO INTENSIVE LABOR
                     NO PROLONGED STANDING OVER SPECIFIED TIME
                     NO VIGOROUS EXCERCISE

Pending Appointments:                NO APPOINTMENTS

Medical Level: 2P MILD NEEDS/CARE

Last Encounter: 06/27/2007 ROUTINE GYNECOLOGICAL EXAMINATION

Current Med Cond(s):
06/08/2007    V76.19      OTHER SCREENING BREAST EXAMINATION
06/08/2007    724.3       SCIATICA
06/08/2007    728.85      SPASM OF MUSCLE
06/08/2004    346.96      HEADACHE, MIGRAINE
06/08/2004    401.9       HYPERTENSION
05/25/2004    722.91      OTH & NOS DISC DISORDER, CERVICAL REGION


= MED REPORTS =============== CIMST REPORT ================ 06/29/2007 = Page   2
Doc No: 60340    Name: GILLON, DEBBIE J                    LVCF/UNIT7 PRES FACIL
================================================================================
05/25/2004    719.41      SHOULDER PAIN
```





## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Next 2 pages

11/06/2001 16:53   3038735592                TMCARADIOLOGY                              PAGE  01/02

PATIENT NAME: GILLON, DEBBIE J
UNIT NO: E000710115

EXAMS:
000696884 SPINE CERVICAL MRI WO     REASON FOR EXAM:              CPT CODE:
                                     NECK PAIN

MRI OF CERVICAL SPINE WITHOUT CONTRAST, 11/05/01 AT 1500 HOURS, EXTENDED STUDY: GREATER THAN 25 IMAGES:

INDICATION:  Pain in cervical spine.

PROCEDURE:  T1-sagittal, T2-FSE-sagittal, T2-axial images.

FINDINGS:  All vertebral bodies are intact.

Intervertebral disks of C2-3 and C3-4 show no significant abnormalities.

At C4-5, there is slight narrowing of the disk ~~~~~~~~~~~~~~~ signal indicative of disk degeneration. This is associated with a very mild diffuse bulge of the disk, but no evidence of neurological compression, and no significant intrusion upon either neural foramen.

At C5-6, there is a moderate degree of disk narrowing, and diminished signal, indicative of disk degeneration. At this level, there is a diffuse bulge of the annulus that extends into left/right neural foramina. However, I do not see any clearcut or definite evidence of nerve root compression, and there is no asymmetry.

At C6-7, there are similar changes with moderate to advanced disk narrowing and diminished signal within the disk, indicative of disk degeneration. The axial views show that the right neural foramen is compromised, probably by a combination of asymmetrical bulging disk and osteophytes at the uncovertebral joint. There could be compression of the right C7 nerve root at this level, although it needs clinical correlation.

C7-T1 and the other levels in the upper thoracic spine appear normal. Craniocervical junction structures appear normal.

Spinal canal dimensions are within normal limits, although towards the lower limits of normal.

Spinal cord intrinsically normal.

IMPRESSION:  Mild to moderate disk degenerative changes at C4-5,

PAGE 1                 Signed Report                          (CONTINUED)

Outpatient Imaging Center              NAME: GILLON, DEBBIE J
1400 S. Potomac, Suite 180             ATTENDING DR: POOPA - Pook, Paula M
Aurora  CO   80012                     DOB: 08/28/1958 AGE: 43      SEX: F
                                       ACCT NO: E00009378548 LOC: E.OIC
PHONE #: 303-695-2711                  EXAM DATE: 11/05/2001 STATUS: REG CLI
                                       RADIOLOGY NO:


11-6-01



PATIENT NAME: GILLON, DEBBIE J
UNIT NO: E000710115

EXAMS:
000696884 SPINE CERVICAL MRI WO      REASON FOR EXAM:                   CPT CODE:
          <Continued>                NECK PAIN

C5-6, and C6-7. The most significantly affected level is C6-7, where
there is extension of bulging disks and probably osteophytes effecting
the right C6-C7 neural foramen.

*R1R
#46552

        ** Electronically Signed by F. Richard Everhart MD **
        **        on 11/06/2001 at 1633                    **
              Reported and Signed by: F. Richard Everhart MD


CC: Paula M Pook

TECHNOLOGIST: DORINDA GILL, RT(R)
TRANSCRIBED DATE/TIME: 11/06/2001 (0953)
TRANSCRIPTIONIST: AQDI.JDP
PRINTED DATE/TIME: 11/06/2001 (1700)   BATCH NO: N/A

PAGE 2              Signed Report

Outpatient Imaging Center            NAME: GILLON, DEBBIE J
1400 S. Potomac, Suite 180           ATTENDING DR: POOPA - Pook, Paula M
Aurora CO  80012                     DOB: 08/28/1958 AGE: 43     SEX: F
                                     ACCT NO: E00009378548 LOC: E.OIC
PHONE #: 303-695-2711                EXAM DATE: 11/05/2001 STATUS: REG CLI
                                     RADIOLOGY NO:



Gillon, Debbie
Ward: LVCF
CMHIP#: 58021
DOB: 08/28/58
Examination Date: 11/24/08
X-Ray #: L 9118

(10-21-08 order)

Exam: Cervical Spine
Indications: Cervical Pain

Findings:

X-rays of the cervical spine were obtained in AP, open mouth, oblique, and lateral projections.

There's disc space narrowing at C5-6 and C6-7 with posterior bony bridging and spurring at both of these levels. No subluxation or spondylolisthesis.

X-rays are overexposed.

There are some arthritic changes of the joints of luschka at C5-6.

Flexion and extension views were obtained. Range of extension is limited with no subluxation in flexion or extension. If there are persistent clinical symptoms, MRI examination may be of benefit.

IMPRESSION:

1. Chronic changes of the cervical spine with no acute cervical spine fractures.

_____ lg
Mark Moore, M. D.

11-28-08

MM/lg             D: 11/24/08             T: 11/25/08

G58021x

Gillon, Debie
Ward: LVCF
CMHIP#: 58021
DOB: 08/28/58
Examination Date: 05/05/08
X-Ray #: L 9118

Exam: Five Views, LS Spine

Findings:

There is a transitional vertebra seen with partial lumbarization of S1. The L5-S1 disc space shows marked endplate sclerosis and hypertrophic change. Mild to moderate spurring and/or detached spur or limbus vertebrae seen at T12-L1. Disc space height is well preserved from L1 through L5.

IMPRESSION:

Advanced degenerative change seen in L5-S1.

_____ lg
Curtis Harlow, M.D.

CH/lg                D: 05/06/08                T: 05/07/08

G58021x                                      **ORIGINAL**

## COLORADO DEPARTMENT OF CORRECTIONS
## X-RAY REQUEST/REPORT

Colorado Department of Corrections
10900 Smith Road
Denver, CO 80239-8004

**REGARDING:** Debbie Gillon

08/28/58   #: 85112   Razzaghi, M.D.

**EXAMINATION DATE:** April 8, 2004

**EXAMINATION:** CERVICAL SPINE 5-VIEWS

**INDICATION:** Pain in shoulders secondary to neck problem.

**FINDINGS:**
No prior studies. Disc space narrowing and osteophytes are present at C6-7, moderate in severity. There is no malalignment or fracture. The remaining cervical vertebra appear normal. There is no significant neural foraminal encroachment. The T1 left transverse process appears borderline enlarged of doubtful significance.

**IMPRESSION:** **C6-7 degenerative disc disease.**

#23

INTERPRETED BY: Robert Johnston, M.D.
sm
DD: 04/12/04   DT: 04/13/04