FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 14 2009
GREGORY C. LANGHAM
CLERK

TO THE HONORABLE JUDGE KANE AND PAULA GREISEN ATTORNEY FOR THE CLASS ACTION MEMBER IN
CIVIL ACTION NO.92-cv-870-EWN_OES

MONTEZ VS.BILL OWENS ET,AL.

I AM A CLASS MEMBER SINCE 2002. MY CASE NUMBER IS 03-335 CATEGORY #3

I AM WRITING YOU FOR A COUPLE OF REASONS REGARDING REPEATED PROBLEMS THAT I AM HAVING

REGARDING THE ACCOMADATIONS THAT YOU AFFORDED ME BECAUSE OF MY DIABETEAS.I WAS IN
D.O.C PRIOR TO THESE ACCOMADATIONS AND KNOW HOW MUCH THEY HAVE HELPED MY CONTROL
OF MY DIABETEAS (WHEN THEY ARE HONORED) IT HAS BEEN A CONSTANT BATTLE BETWEEN MYSELF
AND D.O.C STAFF GETTING THEM TO HONOR MY ACCOMADATIONS REGARDING #01 BEING ABLE TO
TEST MY BLOODSUGAR ANYTIME I CHOSE TOO,I HAVE BEEN CALLED FOWL NAMES SUCH AS WHINY
LITTLE BITCH BY STAFF WHEN I HAVE BEEN TRYING TO GO TEST MY BLOODSUGAR AMONGST OTHERE
NAMES AND OR COMMENTS SUCH AS YOU THINK YOUR SPECIAL CAUSE YOU WANT TO TEST AT TIMES
THAT ARE NOT SCHEDULED,OR YOU ARE OVER BURDENING OUR STAFF WHEN YOU ASK TO TEST OR
THAT I WILL BE WRITTEN UP BECAUSE I AM ABUSING CLINICAL SERVICES BY TESTING TWO TIMES
A DAY THAT HAVE NOT BEEN ORDERED BY CLINICAL STAFF.
BACKGROUND INFORMATION ABOUT MYSELF
I HAVE BEEN A TYPE ONE DIABETIC FOR THE LAST THIRTY THREE YEARS I TAKE INSULIN TWO
TO THREE TIMES DAILY AS NEEDED I HAVE BEEN AT CTCF FOR THE LAST SEVEN AND THREE QUARTER
YEARS. I WOULD HAVE TO SAY THAT DURING THE LAST YEAROR MORE STAFF HERE HAVE DISREGARDED
OR FLAT OUT IGNORED SOME OF THE THINGS YOU HAVE AFFORDED US,I HAVE BROUGHT IT UP
WITH SOME HIGH RANKING STAFF HERE AT CTCF ONLY TO BE TOLD THAT I DONT FOLLOW THE
RULES OR AM DEMANDING OR OVER BURDENING STAFF ASKING TO TEST MY BLOODSUGAR AT THE
SAME TIMES EVERY DAY AND THAT I SHOULD ONLY TEST WHEN ALL OTHER DIABETICS TEST.
I WAS ONLY TOLD TWO DAYS AGO THAT I COULD NO LONGER TEST MY BLOODSUGAR AT010:30a.m
OR at 2:30P.M  AND THAT I CAN ONLY TEST BASICLY WHEN I GET MY INSULIN AND WHEN I
FEEL LOW BLOODSUGAR.I TRIED TO EXPLAIN TO THE NURSE PRACTICTIONER THAT I WAS WHAT
IS CALLED HYPOGLYCEMIC UNAWARE DUE TO HAVING BEEN A TYPE ONE DIABETIC FOR SO LONG
AND THAT I AM NOT GOING TO KNOW WHAT MY BLOODSUGAR IS UNLESS I AM DANGEROUSLY LOW
OR HIGH SO I TEST AT LEAST FIVE TIMES A DAY AND HAVE BEEN DOING SO FOR THE LAST FIVE
YEARS GIVE OR TAKE AS RECCOMENDED BY BOTH THE AMERICAN DIABETEAS ASSOCIATION AND
THE BARBRA DAVIS DIABETEAS ASSOCIATION FOR JUVINILE DIABETEAS LOCATED IN DENVER
THAT IS WERE I RECEIVED ALOT OF MY DIABETIC EDUCATION ALONG WITH READING CURRENT
DIABETIC INFORMATION. MANY THINGS THAT ARE STILL DONE INCORECTLY HERE ARE THINGS
LIKE ROTATING INJECTION SITES, CORRECTLY INJECTING THE INSULIN, DELAYS IN GETTING
BOTH FINGER STICKS AND INSULIN WHEN THE FACILITY IS BOTH ON LOCKDOWN OR MODIFIED
LOCKDOWN, CAUSING BOTH HIGH AND LOW BLOODSUGARS BECAUSE DIABETIC NEEDES ARE NOT
CONSIDERED WHEN WE ARE LOCKED DOWN. I HAVE BEEN POKED TWICE BY A DIRTY LANCET WHILE
IN DOC BECAUSE OF THE CONDITIONS WHEN TESTING. I DO NOT HAVE HEP C AND MUST STILL
TEST TO SEE IF I HAVE CONTRACTTED IT DUE TO THE MOST RESENT TIME I WAS POKED.
I KNOW THAT THE PRIMARY PERSON RESPONSABLE FOR CARING FOR MY DIABETEAS IS ME AND
FOR THE MOST PART I HAVE MAINTAINED A GOOD BLOODSUGAR LEVEL AS I WOULD IN
THE REAL WORLD. I AM SERVING A THIRTY TWO YEAR SENTENCE AND I
AM GUILTY OF MY CRIME AND I DO DESERVE TO BE IN PRISON,YET I DONT DESERVE TO DIE
EARLY SOME DAY BECAUSE OF THE SOME TIMES POOR CARE I RECEIVE REGARDING MY DIABETEAS
AND THE CHASTIZEMENT I GET FROM THE STAFF DUE TO THERE LACK OF UNDERSTANDING THIS
DISEASE. IF YOU DO GRANT ANYMORE ACCOMADATIONS LET ONE OF THEM BE THAT AN EXPERT
WHOM UNDERSTANDS DIABETEAS SUCH AS AN ENDOCRONOLOGIST SEE MYSELF AND THAT

PAGE #02

DOC FOLLOW SAID RECCOMENDATIONS,TREATMENT,DIET,CONTINUEING CARE AND ON GOING EDUCATION REGARDING DIABETEAS AND THAT TEST KITS FOR DIABETICS BE MADE MORE EASLY AVAIABLE TO DIABETICS.CURRENTLY IF I WANT TO TEST I HAVE TO WAIT TO BE TAKEN OVER TO THE INFIRMARY OR CLINIC TO TEST THEN WAIT FOR THEM TO BE READY TO LET ME TEST.IF TEST MACHINES WERE IN ALL AREAS THEN THERE SHOULD BE MINIMAL DELAY IN TESTING THE CURRENT SYSTEM IS NOT WORKING.
CURRENTLY I DO NOT THINK THAT I WILL BE ABLE TO COMPLETE THE REST OF MY 32 YEAR SENTENCE DUE TO THE CARE AND TREATMENT I AM CURRENTLY RECEIVING REGARDING MY DIABETEAS.THE SIDE EFFECTS THAT I HAVE NOW FROM MY DIABEATEA ARE PAIN FROM NUROPATHY IN MY LEGS AND FEET,MACULAR DEGENERation OF MY EYES,TREMERS IN MY HANDS.

WELL I HOPE YOU READ THIS LETTER AND CONSIDER THE CONTENTS.

RESPECTFULLY.

KEITH A. SCHWINAMAN
 #105240
CTCF
P.O BOX 1010

CANON CITY,CO 81215

P.S PLEASE SEND A COPY OF THIS LETTER TO PAULA GREISEN IF POSSABLE.
THANK YOU.

K.SCHWINAMAN.

090209