```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: CDX021846
Cashier ID: sq
Transaction Date: 09/08/2009
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53485
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $2.64
------------------------------
CHECK
 Check/Money Order Num: 202185
 Amt Tendered:  $2.64
------------------------------
Total Due:       $2.64
Total Tendered:  $2.64
Change Amt:      $0.00

92-CV-870A-04
APPEAL PYMT

A fee of $45.00 will be assessed on
any returned check.
```

08-1399