US DISTRICT COURT
901-19 TH STREET
Denver, Co 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 16 2009
GREGORY C. LANGHAM
CLERK

JESSE MONTEX, ET AL
VS
BILL OWENS, ET AL

Case Number 92 N 870 (OES) (consolidated with 96-N-343)

MOTION To REQUESTION CONSIDERATION UNDER THE MONTEZ CLASS ACTION REGARDING VISION IMPAIRMENT AND HEARING IMPAIRMENT

---

   Comes Now Jill Coit pro see & does hereby request that this court send her forms to fill out for being visually impaired and hearing impaired under the Montez Class Action now before this court.
   She has filed grievances and can not get any relief. She has suffered both physical pain and emotional pain as well as been denied relief other inmates have been allowed.
   This court has jurisdiction and a means to correct this injustice.
Respectfully, I want to file a claim

*Jill Coit*

Jill Coit 86530
LVCF Unit 5
1405 West 17th Street
Pueblo, Co 81003