To: 92-cv-00870-JLK                         From:

Judge John L. Kane                          Jay H. Bailey
Alfred A. Arraj U.S. Courthouse A 838       103284
Courtroom A 802                             FLCF/5
901 19th Street                             Ft. Lyon, Co 81038
Denver, Co 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 17 2009
GREGORY C. LANGHAM
CLERK

9-15-2009

Your Honor:

Please excuse the handwriting as my typewriter is in the shop. Any scribbling is due to arthritus.

According to the Montez Remedial Plan, DOC must assign an inmate to handicapped inmates, "with a disability who requires assistance with the performance of everyday activities." "... and shall provide appropriate training to the inmate rendering the services."

I cannot list all the discrepencies, but I will give examples: Joseph Williams, a double amputee (legs), pays at least one inmate one token per day, for help. A couple of others help out too. I don't know if he pays them or not. He has no assigned wheelchair pusher or inmate aid. Staff see these inmate going in his cell and threaten to write them up for "cell-visiting."

There are 2 to 3 inmates in SNMU (Special needs medical Unit on the South side Bldg 5, 3rd floor) that go to regular chow with the rest of us. They have no assigned pushers and must rely on friends to push them to chow, library, religious services, etc. The intercom in Bldg. 5 is always buzzing for a volunteer pusher for someone. If one shows in time, they will not be late for the destination, otherwise if late they are refused entry. Another inmate who is a quadraplegic from SNMU has an electric wheelchair and requires no pusher, however he must rely on the charity of nearby inmates to open his ketchup or mustard packets during chow and often passes up things like chicken because he cannot remove it from the bone. He has very limited use of his left hand, only, and can barely feed himself with a modified spork. Fortunately, the

Kitchen helpers, who wipe down tables, retrive his drinks for him when they are not sitting down and shooting the breeze with one of their homies.

Although diabetics are guaranteed a "finger stick" upon request, they are punished, if not listed on the computer for that time, by a 20 minute wait in the clinic thereby arriving late for chow and anything scheduled afterwards. Also, security personnel have no idea what procedure to follow except to send them to medical. Fingersticks are also <u>refused</u> on a regular basis which disheartens the inmate further so he takes a chance and skips it, without protest.

Wheelchair place seating in the chow hall is borderline at best. Depending on the scheduling rotation, there are usually full. Sometimes we have as many a 5 inmates waiting at a time and security staff then hurries up those of us who were fortunate enough to find a place. I have eaten 2 Christmas and 3 Thanksgiving dinners at the pop machine or elsewhere in the 5 years I've been here.

"Imates who are permanently blind or who have a vision impairment not correctable + <u>central vision acuity</u> of 20/200 or better, even with corrective lenses"

I have macular degeneration. I have <u>no central vision acuity</u>. I have blind spots in both eyes and I must read looking slightly to the side. I need large print and a magnifier. The AIC's office has refused both to me even after 2 requests. It's in my medical records. I'm also light sensitive but cannot get sunglasses so I stay indoors.

"... will decide within 30 days whether to grant the requested accommodation." There are inmates here who have waited over <u>7</u> months for their Request for Accommodations.

The wheel chair repair people have not been here for over 3 months now. Many guys are riding in borrowed, inadequate chairs. Others are awaiting repairs.

"ADA movement" is typically called 5 minutes before regular "movement". "Movement" allows inmate to attend programs, school, library, the yard, etc. Regular movement is over in 10 minutes. It is nice for DOC to call ADA movement 5 minutes before regular so we can get where we need to go without being late or the last one in line, always. However, the wheelchairs depend on the operation of the elevators and 95% of the time there is no staff available to "key" the elevators for 5 to 10 minutes and thereby nullifying the early call. The "walkers" who can negotiate the stairs are out immediately because the stairway door is unlocked by remote control from the Control Center about 10 feet away. I have ask 3 different wardens, 3 different majors, and 2 captains and 2 Lieutenants, why a similar switch is not installed for the elevators. None had a answer except one major who said that it costs too much. Twenty feet of wire and a couple switches from Radio Shack. Ten bucks! It's been 5 years now. We still wait while those who can walk have immediate access. We have waited for as long as 20 minutes. Many could not attend religious services for lack of a wheel chair pusher or staff member with a key.

These are some of the problems that DOC has claimed to or has pretended to fix. They will keep on pretending and claiming. Us lawbreakers who are incarcerated, and rightly so, have a fine example from DOC on how to obey the law. Most are afraid to file grievances because of the ongoing retribution.

Respectfully,

Jay N. Bailey

Fort Lyon Correctional Facility