IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Court on Claimant's motion for perjury charges (#3823). The commencement of any charge of perjury must be done by a prosecutor. Claimant may contact the appropriate district attorney or the U.S. Attorney's Office.

IT IS HEREBY ORDERED that Claimant's motion for perjury charges is denied.

SIGNED this 16th day of September, 2009.

BY THE COURT:

/s/ Richard M. Borchers

---

Richard M. Borchers
Special Master