IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-297
Category: III
Claimant: Raymond A. Price, #66072
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Court on Claimant's motion for relief and attached document. (#3905). The pleading and attachment will be filed and held in abeyance. Once the jurisdictional issue is resolved, then the Special Masters will be able to issue further orders. Judge Kane held a hearing on September 1, 2009 and took the jurisdictional matter under advisement.

IT IS HEREBY ORDERED that Claimant's motion and attached document (#3905) will be held in abeyance.

SIGNED this 16th day of September, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master