IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-298
Category III
Claimant: Lawrence Handy, #44272
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. There is a question as to whether Claimant's motion for enlargement of time was acted upon(#4010). Claimant will be granted additional time to file an objection.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **November 2, 2009** in which to file an objection to the order of the Special Master.

    SIGNED this 16th day of September, 2009.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          _____
                                          Richard M. Borchers
                                          Special Master