IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-334
Category: III
Claimant: Marty Bueno, #50565
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

# AMENDED ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the motion for relief filed by Claimant (#3825). What Claimant has set forth are significant concerns about systemic issues that exist at CTCF. Claimant's motion relates to more than just his own individual situation and may have impact on the entire case. As a result, this motion must be referred to class counsel.

      IT IS HEREBY ORDERED that Claimant's motion is referred to class counsel for such action as is deemed appropriate.

      SIGNED this 16th day of September, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master