IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on three documents filed by Claimant. The first is entitled "motion for Defendants and counsel to comply to final order of Special Master." (#3762). The second document is entitled "motion for relief." (#3846). The third document is entitled "affidavit" and attached is a proposed order to show cause. (#3858).

    Judge Kane held a hearing on September 1, 2009 and reviewed all aspects of this case. The issue of continuing jurisdiction over claims filed pursuant to Article XXXII of the Remedial Plan was argued by class counsel and counsel for Defendants. Judge Kane took the issue under advisement. All of Claimant's documents are intertwined with the jurisdictional issue. The documents will be held in abeyance pending Judge Kane's order.

    IT IS HEREBY ORDERED that Claimant's documents will be accepted for filing and will be held in abeyance.

    SIGNED this 16th day of September, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master