IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants.

_____

Claim Number 03-391
Category III
Claimant: Michael Collins, #101218
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Court on the letter of Claimant. (#3828). This will be filed and held in abeyance.

IT IS HEREBY ORDERED that the letter of Michael Collins is accepted for filing.

SIGNED this 16th day of September, 2009.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master