IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-442
Category: III
Claimant: Cleotis A. Lewis, #85892
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on Claimant's special appearance petition and motion. *#3812*. This motion is moot, as a final order has been issued on the claim of Claimant.

      IT IS HEREBY ORDERED that Claimant's motion (*#3812)* is denied.

      SIGNED this 16th day of September, 2009.

                            BY THE COURT:

                            Richard M. Borchers
                            Special Master