IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-459
Category III
Claimant: John Nasious, #98775
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for status of case(#3951). This motion is moot, as a final order has been issued on the claim of Claimant.

IT IS HEREBY ORDERED that Claimant's motion (#3951) is denied as moot.

SIGNED this 16th day of September, 2009.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              Richard M. Borchers
                              Special Master