IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Case Number C-007
Category: C
Claimant: James Garnes, #88322
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

### ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on Claimant's motion for enforcement of existing remedial plan. (#3999).

      Judge Kane held a hearing on September 1, 2009 and reviewed all aspects of this case. The issue of continuing jurisdiction over claims filed pursuant to Article XXXII of the Remedial Plan was argued by class counsel and counsel for Defendants. Judge Kane took the issue under advisement. Claimant's motion is intertwined with the jurisdictional issue. The document will be held in abeyance pending Judge Kane's order.

      IT IS HEREBY ORDERED that Claimant's document is accepted for filing and will be held in abeyance pending Judge Kane's order.

      SIGNED this 16th day of September, 2009.

                                                        BY THE COURT:

                                                        */s/ Richard M. Borchers*

                                                        _____
                                                        Richard M. Borchers
                                                        Special Master