IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JKL

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-228
Category: Untimely Filed Claim
Claimant: Julius Caesar Herrera, Jr., #119727
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on the response of Claimant to the order of March 24, 2009 (#4102). The Special Master has reviewed the motion and file.

      Judge Kane held a hearing on September 1, 2009. The jurisdictional issue of whether a Claimant may file a claim for discriminatory conduct after August 27, 2003 has been taken under advisement. Claimant's response and all other documents filed by him will be held in abeyance until Judge Kane rules on the issue.

      IT IS HEREBY ORDERED that Claimant's response is accepted for filing and will be held in abeyance.

      SIGNED this day of 11th day of September, 2009.

                    BY THE COURT:

                    */s/ Richard M. Borchers*

                    Richard M. Borchers
                    Special Master