IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number X-381
Category: Untimely Filed Claim
Claimant: Thomas D. Tillery, #132387
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the letter and attached documents submitted by Claimant. *#4103*. These appear to relate to a request for accommodation and other relief.

    This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

    It appears that Claimant may be seeking help concerning an issue that may have arisen long after August 27, 2003. At the time of the issuance of this order, the controlling case law would require that this letter be forwarded to class counsel for action. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Counsel for the class has argued that the Remedial Plan and the two subsequent stipulations allow claimants to seek individual relief, as Claimant is attempting to do with his letter. The jurisdictional issue has not been resolved, and no action can be taken on anything that has recently occurred. There is some question as to whether Claimant would be a member of the class.

Claimant has not filed a damage claim under Paragraph XXXII of the Remedial Plan. Claimant will be provided a claim form and information sheet. If Claimant does not meet the criteria of the Remedial Plan in order to file a damage claim, then the letter will be treated as a request for relief. It will be held in abeyance pending resolution of the jurisdictional issue.

IT IS HEREBY ORDERED that Claimant is granted up to and including **November 16, 2009** in which to file a claim.

SIGNED this 16th day of September, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master