IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-014
Category: III
Claimant: James Smith, #112593
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the letter from Claimant James Smith. *#4097*. Claimant filed a claim in 2005. After a hearing on June 9, 2005, Claimant was granted partial relief on October 11, 2005.

      Claimant's letter requests affirmative relief from the Court. There is a jurisdictional issue concerning the ability of *pro se* inmates to file individual motions for relief. That issue has been argued by counsel and is before Judge Kane.

      IT IS HEREBY ORDERED that the letter of Claimant will be accepted for filing and held in abeyance pending resolution of the jurisdictional issue.

      SIGNED this 18th day of September, 2009.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master