IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-220
Category III
Claimant: Lawrence E. Beeman, #42894
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant (#4105). Claimant is objecting to Defendants compliance with the Remedial Plan. The question of whether a *pro se* inmate may file a motion seeking relief remains unresolved. Judge Kane has the issue under advisement at this time.

IT IS HEREBY ORDERED that the letter of Claimant will be filed and held in abeyance pending resolution of the jurisdictional issue.

SIGNED this 18th day of September, 2009.

                          BY THE COURT:

                          */s/ Richard M. Borchers*

                          _____
                          Richard M. Borchers
                          Special Master