IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-335
Category: III
Claimant: Keith Schwinaman, #105240
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

### ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the letter of Claimant. *#4109*. The letter requests affirmative relief from the Court.

      The jurisdictional issue of whether a *pro se* inmate may file a motion is unresolved. The issue has been argued and is before Judge Kane.

      IT IS HEREBY ORDERED that Claimant's letter will be treated as a motion for relief and will be held in abeyance.

      SIGNED this 18th day of September, 2009.

                                  BY THE COURT:

                                  */s/ Richard M. Borchers*

                                  _____
                                  Richard M. Borchers
                                  Special Master