IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

## ORDER OF SPECIAL MASTERS

---

THIS MATTER comes before the Special Masters on their own motion. The Special Masters have been advised that the Fourth Report and Recommendation of the Special Masters has not been acted upon. *#1636*. Judge Nottingham did not issue any order concerning this report and recommendation before he left the Court.

The issue raised in the Fourth Report and Recommendation dealt with three claims in which claimants had prevailed and were awarded damages. Each claimed in 2006 that they had not received the damages that were awarded. Each of the three individuals has received the relief contained in the final orders of the Special Masters. The Fourth Report and Recommendation is moot.

IT IS HEREBY ORDERED that the Special Masters withdraw the Fourth Report and Recommendation, as the issue has been resolved and is moot.

SIGNED this 18th day of September, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master

Bruce D. Pringle
Richard C. Davidson
Special Masters