IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

## ORDER OF SPECIAL MASTERS

---

THIS MATTER comes before the Special Masters on their own motion. The Special Masters have been advised that the Third Report and Recommendation of the Special Masters has not been acted upon. *#1611*. Judge Nottingham did not issue any order concerning this report and recommendation before he left the Court.

The issue raised in the Third Report and Recommendation dealt with special name tags that were green in color. These were issued by Defendants to inmates with disabilities. One inmate objected, indicating that a specially colored name tag placed him at risk in the inmate population.

Shortly after the Third Report and Recommendation was issued, Defendants changed the name tag policy. Inmates are not required to wear special name tags. The issue is moot. There is no reason for the Third Report and Recommendation to be dealt with by Judge Kane who is now assigned to the case.

IT IS HEREBY ORDERED that the Special Masters withdraw the Third Report and Recommendation, as the issue has been resolved and is moot.

SIGNED this 18th day of September, 2009.

                        BY THE COURT:

                        */s/ Richard M. Borchers*

                        _____
                        Richard M. Borchers
                        Special Master

Bruce D. Pringle
Special Master

Richard C. Davidson
Special Master