①

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2009

GREGORY C. LANGHAM
CLERK

HONORABLE Judge John L. KANE 9-14-09
92-cv-00870 JLK

I Come PRO-se iN hope FOR Help that
Either special master OR Youre HoNORAble
Judge JohN L. KANE. will get me my
Life Back I Recived A Letter FROM
King & GReisen that special master is
expanded to take motion And Letter
I Need Help I DON'T KNOW ANY thing
About the Law But I KNOW I'AM Being
discriminated Against. the special master
Found that I do have vision Impairment
And that I'AM Being discriminated through
A Failure TO ACCommodate my disability
has OCCURRed BY the ColoRado Department
of CORRections. when the MONTeZ Civil
ACtion Came About the ColoRado Department
of CORRections Came out with AR # 700-05
which STOP's medical FROm tinting my
PRescription's OR Let me ORde my tinted
PRescriptions Glasses FROm OUT side vendors
AR # 700-05 does discriminates Against
my disability Now sense I don't have my
tinted PREscriptions I cant do ANY hobby
OR take ANY VOCAtional classes And I
have to get help FROm my CO-worker
every day to do my Job my tint
PRescriptions Glasses Need to Be made
special were ONLY 1/4 of the Bottom of



the Lense can Be Bifocal To were I can see over them my Glasses must Fit up close To my ForHead to keep out Light I have tRyed in June of 2009 to Buy my tinted PRescriptions Again And medical said sue us And maybe we will do something the Colorado Depantment of CORRections care more about A (AR) then A PERSON's EYE Sight. while I was seeing A EYE Specialist one of the NuRses called the EYE Specialist And told them About the AR#700-05 But the EYE Specialist said to tint my Reading glasses ANY way And For me to continued wearing my sunglasses inside And out side I File A 53(g)(2) And that Ruling said I must BRing A Lawsuit Against the Colorado Dept. of CORRections Also in my medical File You will see were A EYE Specialist said to keep wearing Polorized Sunglasses what I'Am Asking the court is To Rule that AR#700-05 dose discriminate Against A Prisoner with vision Impairment And that medical will tint one paiR of PRescription glasses with A GRanite #3 tint with only 1/4 of Bottom of Lenses Be Bifocal And that I can ORder one paiR of Polorized tint PRescription FRom outside vendor And that I can ORder also one paiR from

③

medical to have Back up to my GRANite
#3 PRESCRIPTION glasses cause they will
Be used for work And SPORTS Events
And If the court Deem's that I Should
Recieve Any money And what every the
court chooses will Be Fine. Also I
have A New Address Here is the
New Address  C.m.c. FMCC-A
                        P.O. Box 300
                        Canon City, CO 81215-300
I come PRO-se in hope to ge my Life
Back I Need Help.

            Respectfully Submitted

            Charles Mosley 63611