Judge, John Kane
U.S. District Court
901 19th Street
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2009

GREGORY C. LANGHAM
CLERK

Dear Judge,

   I am sending this additional information regarding my claim for relief and CDOC non-compliance with the Remedial Plan and ADA law of 1990. I have experienced so much retaliation, not to mention the denied medical care and accommodation which I have never received. And now I am subjected to living on the second tier by force, or suffer excessive force again. I can't climb stairs constantly. Plus, I was forced to move to top bunk and with my mobility impairment I risk injury everytime I climb into top bunk. Also, I have been told I can't use the first tier shower, and that I must use the second tier shower. Because that's the tier I live on. I use the first tier shower because it is ADA accessible with a shower that has hand rails. I need to hold on to a rail when I shower. the second tier does not have hand rails. I don't believe the Facility is in compliance with ADA Law for not having a shower with hand rails on all tiers if DOC is going to force disabled inmates to live on all tiers. I felt that you should be aware of this, and I believe it violates ADA Law.

Everyday I live in fear of a more serious injury to my kneees. I never know when my knees will go out. I have never been given back my knee braces, which I believe is accommodations I need. But medical does not accept my disability and has never have or the Special Master's final order of June 25, 2008. I have never wanted any money, only proper medical care. And to be left alone and work. I am 67 and can get by with the job I use to have. But now I don't have a job, as matter of fact they don't have ADA jobs according to the grievance I filed.

Please consider this additional information and my present condition and circumsatnces.

Claim No. 03-377
Category II
Civil Action No 92-CV-870-JLK


September 21, 2009

Respectfully
Ronald Cordova
Ronald Cordova, 57350
SCF     Unit 1-C
P.O.Box 6000
Sterling, Co 80751