IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL OWENS, et al.

     Defendants,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2009

GREGORY C. LANGHAM
          CLERK

---

Case Number : C-007
Category : C
Movant : Matthew Tazio Redmon, CDOC #140637
Address of Movant : CTCF, P.O. Box 1010, Cañon City, CO.  81215

---

NOTICE OF CLERICAL ERROR

---

      COMES NOW, the Movant, Matthew Tazio Redmon, and enters this Notice of Clerical Error.

      As explanation, the Movant would state the following :

(1) - The Movant has received EXHIBIT A. from the Special Masters in the above named Case. EXHIBIT A. contains the Clerical Errors of this Notice.

(2) - EXHIBIT A. attributes Motions to the Movant that were not submitted the above named Movant as the Movant on the Motion. Document #3978 has the Movant listed as Inmate Daniel Martinez, CDOC #120983. This is correct. EXHIBIT E. of this Notice confirms the correct information.

(3) - The Movant of this Notice, Matthew Tazio Redmon, has submitted numerous Motions in this Court for the above named Case.

(4) - EXHIBIT B. is an Order of the Special Master confirming the existence of the Movant's Objection to the Order of the Special Master(Document #3587). This Objection has NOT yet been Ruled on by Judge Kane.

(1)

(5) - EXHIBIT C. is an Order of the Special Master confirming the existence of the Movant's Motion for Enforcement of Existing Remedial Plan and for Enforcement of Court Ordered Sanction for Noncompliance(Document #3784). This Motion has NOT yet been Ruled on by Judge Kane.

(6) - EXHIBIT D. is an Order of the Special Master confirming the existence of the Movant's Motion to Amend or Supplement the Motion for Enforcement(Document #3930). This Motion has NOT yet been Ruled on by Judge Kane.

(7) - Again, EXHIBIT E. is NOT a Motion by Movant Matthew Tazio Redmon. It is a Motion by Movant Daniel Martinez, #120983. Movant Martinez is a 100% DEAF Montez Inmate and is not able to properly articulate the Issues of the Motion. For that reason, Redmon authored the Motion on the behalf of Daniel Martinez.

WHEREFORE, Movant Redmon prays this Court accept this Notice and credit the Motion(Document #3978) to Inmate Daniel Martinez, CDOC #120983.

RESPECTFULLY SUBMITTED,

9/20/09

Matthew Tazio Redmon, CDOC #140637
CDOC
CTCF
P.O. Box 1010-CH7
Cañon City, CO. 81215

I, Matthew Tazio Redmon do hereby declare that the foregoing Notice of Clerical Error and the attached EXHIBITS are true and correct. Executed this ____ day of September, 2009, at CTCF, located in Cañon City, CO. 81215.

Matthew Tazio Redmon,
CDOC #140637

9/20/09

(2)

## CERTIFICATE OF SERVICE

I, Matthew Tazio Redmon do hereby Certify that a true and correct copy of the foregoing Notice of Clerical Error has been furnished to all of the Parties listed below, by United States Mail, this _22nd_ day of _September_ , 2009, at CTCF, located in Cañon City, CO. 81215.

Matthew Tazio Redmon, CDOC #140637
CDOC
CTCF
P.O. Box 1010-CH7
Cañon City, CO.  81215

## COPIES FURNISHED TO :

Attorney Jennifer W. Riddle
King & Greisen, LLP
1670 York Street
Denver, CO.  80206

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO.  80203

Borchers, Pringle, and Davidson
Special Masters for the U.S. District Court
Legal Resolution Center
7907 Zenobia Street
Westminster, CO.  80030-4444

Clerk of the Court
U.S. District Court
901 19th Street
Room A105
Denver, CO.  80294-3589

(3)

EXHIBIT A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Case Number C-007
Category: C
Claimant: Matthew T. Redmon, #140637
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on three pleadings of Claimant. The first is entitled "motion for enforcement of existing remedial plan." (#3784). The second is entitled "motion to amend or supplement." (#3930). The third is entitled "motion for enforcement of existing remedial plan." (#3978).

Judge Kane held a hearing on September 1, 2009 and reviewed all aspects of this case. The issue of continuing jurisdiction over claims filed pursuant to Article XXXII of the Remedial Plan was argued by class counsel and counsel for Defendants. Judge Kane took the issue under advisement. All of Claimant's documents are intertwined with the jurisdictional issue. The documents will be held in abeyance pending Judge Kane's order.

IT IS HEREBY ORDERED that Claimant's documents are accepted for filing and will be held in abeyance pending Judge Kane's order.

SIGNED this 16th day of September, 2009.

BY THE COURT:

_____

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 16th day of September, 2009 to the following:

Mr. Matthew R. Redmon
#140637
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

_____EXHIBIT B._____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number C-007
Category C
Claimant: Matthew T. Redmon, #140637
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

### ORDER OF SPECIAL MASTER

_____

      THIS MATTER came before the Special Master on the document filed with the Court by Claimant.[1] This document (Document #3587) is an objection to the order of the undersigned on August 11, 2008. This document cannot be resolved by the Special Master and will be referred to Judge Kane.

      IT IS HEREBY ORDERED that the objection of Matthew T. Redmon is referred to Judge Kane for resolution.

      SIGNED this 12th day of September, 2008.

            BY THE COURT:

            _____
            Richard M. Borchers
            Special Master

_____

    [1] On April 15, 2008, Judge John L. Kane, Jr. issued an order expanding the duties and jurisdiction of the Special Masters. The Special Masters now have the authority to review issues that have arisen concerning a claim and allegations of retaliation. Judge Kane has directed that these issues be resolved by the Special Masters.

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 12th day of September, 2008 to the following:

Mr. Matthew Redmon
#140637
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

EXHIBIT C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (Consolidated for all purposes with Civil Action No.96-N-343)

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Case Number C-007
Category: C
Claimant: Matthew T. Redmon, #140637
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the document filed by Claimant entitled "Motion for Enforcement of Existing Remedial Plan and for Enforcement of Court Ordered Sanctions for Noncompliance." This document was filed initially with the Special Masters. Now the document has been filed with the Court (Document #3874). Claimant is requesting specific relief based upon his position that he is hearing impaired.

The Special Master previously issued an order concerning this document. That order will be incorporated by reference.

IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance pending resolution of the jurisdictional issue by the assigned District Judge.

SIGNED this 27th day of January, 2009.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 27th day of January, 2009 to the following:

Mr. Matthew Tazio Redmon
#140637
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

EXHIBIT D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Case Number C-007
Category: C `
Claimant: Matthew T. Redmon, #140637
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the pleading of Matthew T. Redmon (Claimant). Claimant has filed a document entitled "Motion to Amend or Supplement Prior Motion for Enforcement of Existing Remedial Plan and for Enforcement of Court Ordered Sanctions for Noncompliance."

Claimant's previous motion is being held in abeyance pending resolution of the jurisdictional issue that is before the assigned District Judge. Class counsel and Defendants must state their positions on or before April 27, 2009. The assigned judge will determine what jurisdiction, if any, exists for the Court and Special Masters to adjudicate individual requests for relief.

The Special Master would note that a response to a grievance of Claimant indicates as follows:

      The Remedial Plan and the Stipulation Agreement are to be read together for intent. The stipulations do not supersede the Remedial Plan.

Defendants apparently do not believe that either the 2006 stipulation or 2008 stipulation modify the Remedial Plan. The Special Master cannot rule on this point, but it will be referred to class counsel and the Court. The assigned District Judge will need to resolve this issue as well, as the stipulations would appear to expand the class and change criteria for some disabilities.

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 24ᵗʰ day of April, 2009 to the following:

Mr. Matthew T. Redmon
#140637
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance until the jurisdictional issue is resolved.

SIGNED this 24th day of April, 2009.

BY THE COURT:

_____
Richard M. Borchers
Special Master

EXHIBIT E.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 01-197
Category:  I
Claimant: Daniel Martinez, #120983
Address of Claimant:  CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the motion of enforcement of existing remedial plan (#3978) and various accompanying documents (#3980). In that motion, Claimant alleges that he is deaf and that the Remedial Plan has not been complied with by officials of the Colorado Department of Corrections (DOC).

The Special Master would note that Claimant filed a damage claim in 2005. That claim was dismissed on January 3, 2006 because Claimant had not been in DOC custody on or before August 27, 2003.

To the extent that Claimant is attempting to seek Court intervention on behalf of the class, Claimant is precluded from doing so by existing case law. The United States Court of Appeals for the Tenth Circuit in *McNeil v. Guthrie*, 945 P.2d 1163 (10th Cir. 1991) held that *pro se* pleadings must be accepted for filing in a class action, but there can be no action on those documents except by class counsel. The court noted that "individual prisoners lack standing to individually litigate matters relating to the class action..."

To the extent that Claimant is seeking individual relief under the Remedial Plan, there is a question under *McNeil* whether jurisdiction exists to allow *pro se* motions for relief. The present case law provides that individual requests must go through class counsel or be pursued in separate litigation. That jurisdictional issue is before Judge Arguello and will be resolved in the near future.

Claimant's motion and documents will be accepted for filing. Nothing further can be done until the jurisdictional issue is resolved.

IT IS HEREBY ORDERED that Claimant's pleadings are accepted for filing and will be held in abeyance.

SIGNED this 27th day of May, 2009.

BY THE COURT:

Richard M. Borchers
Special Master

2

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 27th day of May, 2009 to the following:

Mr. Daniel Martinez
#120983
CTCF
P.O. Box 1010
Canon City, CO 81215-1010

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203