IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

       Defendants.

Re: Claimant Dexter Gail Millican, Claim number 03-348

## ORDER

Kane, J.

This matter is before the court on Claimant, Dexter Gail Millican's Objection to the Final Order of Special Master (doc. #3693). The court has reviewed the Final Order and the Objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The rulings of the Special Master are based on the evidence and the law was properly applied. Claimant failed to prove he was disabled as defined by the Settlement Agreement. The dismissal of this claim was appropriate. The Objection is OVERRULED. The Final Order of Special Master (doc. #3668) is AFFIRMED. Any requests made by this claimant regarding additional medical records have been fully addressed by the Special Master. To the extent that those requests are objections to rulings, they too are overruled.

Dated:   September 24, 2009

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

Service of this order shall be made via NEF, with standard mailing to Mr. Millican.