IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion For Defendants and Counsel to Comply to Final Order of Special Master (doc. #3762) filed by Claimant Ronald Cordova (Claim no. 03-377) is denied, with leave to re-file, if appropriate, following a ruling on Mr. Cordova's Objection to the Final Order.

Dated:  September 25, 2009

Service of this order shall be made via NEF, and regular mail to Ronald Cordova.