IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-CMA**

**JESSE MONTEZ, et al.**

>       Plaintiffs, as representatives of themselves and all others similarly situated in
>       the class action,

v.

**BILL OWENS, et al,**

>       Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

       The Motion for Relief (doc. #3825), filed by Claimant Marty Bueno, is denied with
leave to re-file, if necessary, following completion of the next round of compliance hearings
which are scheduled to begin next month.  The concerns raised in the motion regarding
systemic issues that exist at CTCF remain referred to class counsel.

---

Dated:  September 25, 2009

Service of this order shall be made via NEF, and by regular mail to Mr. Bueno.