ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

Jesse Montez, et. al.                          :

Plaintiff.                                     :

v.                                             

Bill Ritter. et. al.

Defendants.

F I L E D
AFFIDAV UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2009

GREGORY C. LANGHAM
CLERK

AFFIDAVIT OF RONALD CORDOVE, # 57350

     I, Ronald Cordova, #57350, being duly sworn according to law deposes
and say [that I am the Plaintiff in the above entitled proceeding].

     1. On August 26, 2009 I got out of punitive segregation for a COPD write-
up of a false charge of assaulting an officers in which I was the victim. I was
told to move to Unit 4-C pod, and to second tier and top bunk. I tryed to ex-
plain to Officer Swiger, that I was mobility impaired and can't climb stairs
constantly or into a top bunk. He contacted Lt. Giles, and Lt. Giles told him
to move me or else.

     2. Plaintiff, Ronald Cordova, will suffer irreparable harm if he is forced
to climb daily the stairs to second tier and into top bunk. Due to his Mobility
condition of his knees. The are unstabled, with No cartileges or ligament to
support his knees. They have been torn and damaged and never operated on like
he was told when he entered DOC. Plaintiff has NO knee braces, or cane to help
walk. His knee braces have been taken twice in shakedowns and never returned.
SCF Medical refused to acknowledge the Plaintiff's disability.

Plaintiff Lives in constant fear an risk that he may injure or cause more harm
to his knees and their present condition. Plaintiff never knows when his knees
will just pop-out and he blacks out from the pain. Defendants have flat refused
to give any accommodation for his disability and condition.

                                        _Ronald Cordova_ 57350  9-23-09
                                              Affiant

Acknowledged to before me this __23rd__ day of __September__ 2009 in the county
of Logan, State of Colorado
My Commission expires _6/06/2012_____

_Jennifer A. Anderson_
Notary

My Commission Expires _6/06/2012_