IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et. al.

Plaintiffs,

v.

BILL RITTER, et. al

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2009

GREGORY C. LANGHAM
CLERK

Ronald Cordova, 57350
Category III
Claim No. 03-377
Address: SCF, P.O.Box 6000, Sterling, Co 80751

MOMORANDUM OF LAW

Pursuant to Federal Rules of Civil procedures, Rule 65 the plaintiff may request a Motion for Preliminary Injunction and Temporary Restraining Order.

In support of that rule Plaintiff submits the following cases. And tha matter of a preliminary injunction is to prevent further harm where harm is alleged., Graham v. Hoyl, 402 P2d 604 (1965); Macleod v. Miller, 612 P2d 1158 (1980); Jolly v. Coughlin, 894 F.Supp 734 SDNY 1995.

It is likely that the Plaintiff will suffer more harm if the preliminary injunction is not granted. This Ciurt has jursidiction to issue an order, pending the outcome of this lasw suit. Jurisdiction is pursuant to Fed. R. Civ. Proc. Rule 65. U.S. v. Adams, IIII , 445 F. Supp2d 586 WDNC 2006.

There is also likelihood that the Plaintiff will prevail on the merits of his pending litigation. Also, the Plaintiff is trying to get original records from State Compensation of the knees injuries. This evidence will prove beyond reasonable doubt of the seriousness of the knee injurys.

September 23, 2009

Respectfully

Ronald Cordova, 57350
SCF      Unit 1-C
P.O.Box 6000
Sterling, Co 80751