IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.  :  ORDER TO SHOW

Plaintiffs,  CAUSE FOR A PRELIMINARY

v.  INJUNCTION AND TEMPORARY

BILL RITTER, et.al.  RESTRAINING ORDER

Defendants.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 25 2009
GREGORY C. LANGHAM
CLERK

Upon the complaint, supporting affidavits of plaintiff sworn to the _____ day of _____, 2009, and the momorandum of law submitted herewith, Plaintiff's claim for injunctive relief are authorized by 28 USC section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedures., it is:

ORDERED that Defendants, Chief Medical Officer Paula Frantz of the Department of Corrections, Warden, Kevin Milyard and any other personel/staff, **Show cause** in room _____ of the United States Courthouse, 901 19th Street, Denver, Co 80294. On the _____ day of _____, 2009, at _____ o.clock, why a preliminary injunction should not issue pursuant to Rule 65 (a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from causing and putting the Plaintiff in harm and the risk of a more serious injury to his knees. It has been determined by the Special Master, Judge, Richard Borchers that the Plaintiff is "Mobility impaired" as of June 25, 2008 And the Defendants at Sterling Correctional Facility have forced the Plaintiff to live on the second tier, top bunk of cell 11 in C pod. Risking him self to injury each day by constant climb of stairs and into top bunk. Defendants have never returned his knee braces that were taken in shake-down and for COPD charges. Nor have defendants provided Plaintiff with requested accommodations of Knee braces and a cane to help walk, or support his unstable knees. Plaintiff has been subjected to constant retaliation, harassment, threats and discrimination for his part of ADA under Montez et al. And now excessive force, denied medical care for the recent injuries., from the excessive force beating.

The above reasons and facts is why Plaintiff request a "preliminary injunction and a temporary restraining order" to stop all forced living condition on the second tier, and or, top bunk. Or any time in the future.. And to stop all threats and retaliation, harassment that would cause any harm to plaintiff=physically or mentally. Plaintiff lives in constant fear of re-injurying his knees by his force placement to live on second tier, and climbing stairs and into a top bunk. Plaintiff's present condition of Mobility impairment is not recognized by DOC.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, the defendants, Chief Medical Officer Paula Frantz, and Warden, Kevin Milyard, and each of their Officers, agents and employees, and all persons acting in concert or participation with them,

are restrained from (causing any future harm or risk of any re-injurying of his knees, by the defendants forced conduct to have the Plaintiff live on second tier of Unit 1 or any living unit. To stop all forced conduct of having the Plaintiff climb stairs and into a top bunk with his mobility impaired condition. Stop defendant from forcing Plaintiff to use a shower with-out a hand rail on second tier. Plaintiff has been told he would received a COPD write-up if he continued to use bottom tier showere. Plaintiff, contends the SCF is not ADA Accessible for not having hand rails on or, in second tier shower. If disabled inmates must move to live on 2nd tier. Sterling Correctional Facility is in violation of ADA law for not having hand-rails for disabled inmates that must live on 2nd tier.

   IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff's and Defendants by _____day of _____ 2009.


_____
                Judge's Signature


Date: _____day of _____ 2009
United States District Judge