IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-344
Category III
Claimant: Jay H. Bailey, #103284
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

**ORDER OF SPECIAL MASTER**

---

      THIS MATTER comes before the Special Master on the letter of Claimant Jay H. Bailey (#4112). In his letter, Claimant alleges that DOC has failed to comply with the Remedial Plan and details problems he and other inmates are experiencing.

      In a previous order, Claimant was advised of the jurisdictional issue that presently exists. After the hearing on September 1, 2009, Judge Kane took under advisement on all pending issues.

      IT IS HEREBY ORDERED that the letter filed by Claimant Jay H. Bailey will be accepted for filing; and

      IT IS FURTHER ORDERED that no further action can be taken on Claimant's letter until the jurisdictional issue is resolved by Judge Kane.

      SIGNED this 21st day of September, 2009.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master