IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 03-406
Category III
Claimant: Charles Mosby, #63611
Address of Claimant: FMCC, P.O. Box 200, Canon City, CO 81215-0200

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter to the Clerk of the Court. *#4130*. Claimant has raised continuing concerns about his vision problems. Those concerns will be held in abeyance. Judge Kane has taken under advisement the issue of what jurisdiction, if any, exists for the filing of claims by *pro se* inmates for alleged discrimination after August 27, 2003.

IT IS HEREBY ORDERED that Claimant's letter is accepted for filing and will be held in abeyance pending resolution of the jurisdictional issue.

SIGNED this 24th day of September, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master