From: Edward M. Corbin #114258
To: U.S. District Judge John Kane Jr.
Subject: Vision Disability
Date: 9-24-09
92-cv-00870-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 28 2009
GREGORY C. LANGHAM
CLERK

Dear Judge Kane:

I'm writing to inform your court that I have a vision impairment, and I was perscribed the wrong corrective lense, therefore I was not able to read, or write personnel mail, read, or write leagle mail, or toke advantage of any reading, and write corrospondence privleges. I was told by the A.D.A. Attorney Jennifer Riddle that because of said facts I have grounds to have my case re-opened.

P.S. By corrective lense, I mean I was given the wrong manifying lense, wich was a 2X page magnifyer which was of no use what so ever.

Thank you
Edward M Corbin