IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The "Motion for Enforcement of Existing Remedial Plan and for Enforcement of Court Ordered Sanctions for NonCompliance" (doc. #3784), filed by Claimant Matthew Tazio Redmon, is denied with leave to re-file, if necessary, following completion of the next round of compliance hearings which are scheduled to begin next month.

Dated:  September 29, 2009

Service of this order shall be made via NEF, and by regular mail to Mr. Redmon.