IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870- JLK-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

---

**DEFENDANTS RESPONSE TO PLAINTIFFS' STATUS REPORT**

---

Defendants, through counsel, Elizabeth H. McCann and James X. Quinn, of the Colorado Attorney General's office, hereby submit the following response to plaintiffs' status report filed October 2, 2009 (Document #4150). Defendants object to the request to continue the compliance hearing in this matter currently set for Nov. 2-5 and Nov. 9, 10, 12, and 13.

1. Plaintiffs' counsel has implied that the only reason for a delay in the hearing is delay in Defendants' production of requested discovery. Defendant would like the Court to know the massive amount of discovery the Defendants have already produced to the Plaintiffs' counsel and the continuous requests for more and more discovery. At some point, discovery needs to end, and Defendants request that the Court set an immediate deadline by which Plaintiffs must submit all discovery requests.

2. Plaintiffs First Set of Discovery requests were sent on April 29, 2009. The

    Requests were extensive and asked for volumes of materials. Defendants asked for and Plaintiffs agreed to a 30 day extension. Defendants delivered 12 large notebooks of material which included many CD's with pages and pages of materials to Plaintiffs on July 2, 2009. Defendants also emailed Plaintiffs' counsel responses to some of the interrogatories in a different format requested by Plaintiffs on Sept. 3, 2009.

3. On July 2, 2009, plaintiffs' counsel emailed a request for 157 AIC files. (These are the individual files that are kept in the Office of the ADA Inmate Coordinator for every inmate who requests to have a screening for a disability finding.) These files are extensive, and it takes some time and personnel to copy them. DOC had already copied several files in anticipation of these requests but it took some time to have copies made for the Defendants' counsel. Defendants provided all but a few of these files as soon as possible.

4. On August 13, 2009, plaintiffs' counsel emailed a request for 69 AIC files. These also were produced to plaintiffs' counsel in a timely manner with the exception of a few files that had not been delivered to the Attorney General's office.

5. On August 26, Plaintiffs counsel emailed another request for 100 AIC files. Most of these have been provided to counsel although the AG's office is waiting to receive some additional ones from DOC.

6. On Sept. 8, Plaintiffs Counsel emailed another request for approximately 150 AIC files, working, and medical files, some of which were duplicates of previously requested files. Medical and working files are thick files which are kept by different departments at DOC. It takes quite a bit of time and personnel to locate,

copy and transport these files. Defendants' counsel just received many of these files from DOC this week and they have been provided to Plaintiffs' counsel today.

7. On Sept. 11, Plaintiffs' counsel emailed a request for 18 AIC files and also began to ask for medical and working files for more inmates. Many of these have been provided.

8. On Sept. 15, 2009 plaintiffs counsel requested the AIC, working and medical files for one person.

9. On Sept. 18, 2009, plaintiffs counsel sent a set of medical releases.

10. On Sept. 21, 2009, plaintiffs counsel requested an additional 65 AIC and medical files, some of which have been provided.

11. On Sept. 12, 2009, plaintiffs counsel emailed another set of medical releases.

12. On Sept. 24, 2009, plaintiffs counsel emailed a request for 15 AIC files.

13.  On Sept. 25, 2009, plaintiffs counsel emailed another set of medical releases.

14. In the meantime, plaintiffs counsel served the Defendants with a Second Set of Interrogatories and Request for Production of Documents on Sept. 11, 2009 with 25 new interrogatories and requests for production. The responses to these requests are not yet due.

15. Then on Sept. 14, 2009, plaintiffs counsel served a supplement to the second discovery request with 10 more interrogatories.

16. Defendants filed a supplemental response to the first set of discovery requests on Sept. 21, 2009 to provide additional information.

17. Defendants have provided to plaintiffs' counsel 12 bankers boxes full of audit information from all of the designated facilities. This material was provided in June 2009.

18. Defendants have provided Plaintiffs counsel with approximately 42 bankers boxes full of AIC, medical, and working files containing thousands of pages of material, some of which are being provided today.

19. As of Oct. 1, 2009, Defendants had produced 325 AIC files to Plaintiffs counsel.

20. On Oct. 2, 2009, 18 boxes of AIC, medical and working files were produced to Plaintiffs counsel.

21. The Attorney General's office has spent approximately $10,000 in copying costs already, and DOC has spent countless personnel hours in copying in house as well as thousands of dollars for out of office copying costs.

22. In addition, plaintiffs counsel has emailed defense counsel on several occasions over the last month, even within the last few days, requesting additional information about specific inmates, incidents, and facilities. It takes a huge amount of time to respond to every inquiry both by DOC personnel and Defendants counsel.

23. DOC personnel have bent over backwards to make arrangements for Plaintiffs' counsel to visit approximately 17 facilities, conduct interviews with several groups of inmates at each facility, and coordinate the production of these inmates for the meetings.

24. Plaintiffs counsel complains that they have not been provided with medical and working files yet they did not request these until Sept. 8, 2009! In addition, DOC

cannot release these files without medical releases from the plaintiffs. Plaintiffs counsel has only been providing medical releases in the last month. Several of those files were produced on Oct. 2, 2009.

25. Plaintiffs counsel complains that they have not been provided with a response to the second and supplemental sets of discovery requests yet they are not even due!

26. Plaintiffs counsel state they cannot determine whether class members have equal access to jobs and programs, whether they are housed at appropriate designated facilities, whether they have received reasonable accommodations, and responses to grievances. This material has been provided to the plaintiffs counsel. The job assignments were provided on July 2, 2009 and emailed to Plaintiffs counsel on Sept. 3, 2009. The plaintiffs were provided with lists of disabled inmates at each facility when they visited them, and they know which facilities they are in because they visited them in the facilities. They have been provided with the reports of grievance procedures in the AIC files and statistics showing the numbers of grievances filed prior to May 1, 2009 and some of the accommodations. Defendants acknowledge that there are still more Accommodation Resolutions to be provided. Plaintiffs counsel have conferred with hundreds of their class members about their situations and have obtained information regarding the job status or program status and accommodations of those individuals through their meetings with them.

27. To suggest that all delay in this case is caused by the defendants' failure to respond to discovery is disingenuous at best. Plaintiffs counsel is continually asking, even up to a couple of days ago, for more and more files and more and

more information. When we get requests for information by email on Sept. 24, of course the information has not yet been provided.

28. Delay in this case has been caused by the late requests for discovery filed by the Plaintiffs counsel.

29. Defendants have no objection to a pre-trial hearing on Oct. 20, 2009.

30. Defendants' counsel is not available after January 12, 2009 until May 17, 2009.

WHEREFORE, Defendants object to the continuance of the hearing and ask that the Court proceed to hearing the first two weeks in November and Nov. 23$^{rd,}$, 24th, and 25th. In the alternative, Defendants request that the Court hold one day of Nov. 2, 3, 4, 5, 6, 9, or 10th for a hearing on the hearing criteria question which has not yet been resolved so that DOC can complete the determination of eligibility for hearing aides of hearing impaired inmates.

In addition, Defendants respectfully request that the Court set an immediate deadline by which all discovery requests from the plaintiffs to defendants must be served.

Respectfully submitted this 2nd day of October, 2009.

        JOHN SUTHERS
        Colorado Attorney General

        _s/Elizabeth H.McCann_____
        ELIZABETH H. MCCANN 5834
        Deputy Attorney General
        Civil Litigation and Employment Law Section
        JAMES X. QUINN, 21729
        Assistant Attorney General
        Corrections Unit, Litigation Section

        Attorneys for Defendants

                            1525 Sherman Street, 5th Floor
                            Denver, Colorado  80203
                            Telephone:  (303) 866-3261
                            Fax: (303) 866-5443
                            Email: beth.mccann@state.co.us

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of October 2009, I electronically filed the foregoing Defendants Response to Plaintiffs status report with the Court using the MC/ECF system which will send notification of such filing to the following email addresses:

Paula Greisen
Jennifer Riddle
greisens@kinggreisen.com
riddle@kinggreisen.com

Ed Ramey
Lara Marks
Blain Myhre
earamey@ir-law.com
lmarks@ir-law.com
bmyhre@ir-law.com

                                                  **/s** Elizabeth H. McCann