IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

___

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

___

## ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the memorandum of law of Claimant (*#4138*) and his affidavit(*#4137*). Claimant has expressed concern about his health and the need for assistance. He has requested a preliminary injunction.

    As Claimant has been advised, Judge Kane held a hearing on September 1, 2009 and reviewed all aspects of this case. The issue of continuing jurisdiction over claims filed pursuant to Article XXXII of the Remedial Plan was argued by class counsel and counsel for Defendants. Judge Kane took the issue under advisement. Claimant's letter will be held in abeyance pending Judge Kane's order.

    IT IS HEREBY ORDERED that Claimant's documents will be accepted for filing and will be held in abeyance.

    SIGNED this 2nd day of October, 2009.

                          BY THE COURT:

                          */s/ Richard M. Borchers*

                          Richard M. Borchers
                          Special Master