IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-377
Category: Untimely Filed Claim
Claimant: Patricia Larkins, #105263
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim form of Patricia Larkins. Claimant is in the custody of the DOC and placed at the La Vista Correctional Facility. Claimant has alleged that she is diabetic, vision impaired and mobility impaired.

      In her initial claim form, Claimant did not indicate when she came into DOC custody. Claimant is seeking damages for discrimination she alleges that she suffered after entry into DOC custody. An order was issued directing Claimant to provide additional information concerning herclaim. Nothing further has been filed.

      Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. Claimant must establis that she was in DOC custody on or before August 27, 2003 and was the victim of discrimination on or before that date. Otherwise, there is no jurisdiction over this claim. Claimant has failed to respond to the previous order.

      To the extent that Claimant is seeking relief for something that occurred after August 27, 2003, there is a jurisdictional question that exists as to whether individual *pro se* claimants may seek relief under the Remedial Plan. This issue is before Judge Kane and should be resolved shortly.

      IT IS HEREBY ORDERED that the claim of Patricia Larkins is dismissed for failure to

provide the requested information; and

IT IS FURTHER ORDERED that Claimant's request for help for what has occurred while in custody of the Colorado Department of Corrections will be held in abeyance pending a determination of the jurisdictional issue; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 21, 2009.**

SIGNED this 2nd day of October, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master