Judge John L. Kane  
Alfred A. Arraj U.S. Courthouse  
Courtroom A-802  
901 19th Street  
Denver, CO. 80294-3589  

Attn: Montez Class Action

RE: Ft. Lyon Correctional Facility  
Date: 9-24-2009        92-cv-00870 JLK

Jay H. Bailey  
#103284  
FLCF/5  
Box 1000  
Ft. Lyon, Co 81038  
#08-344

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT -5 2009
GREGORY C. LANGHAM
CLERK

Your Honor:

Day before yesterday (9-22-09) the wheelchair clinic came after several months. All day there were repeated requests for "volunteer" pushers as the handicapped were called to inspect their wheelchairs for repair. This was even more frantic than usual.

The reason: many disabled, in wheelchairs, do not have an inmate aid assigned to them. The ten "assigned" pushers were called on the carpet in the Sgt's office for not volunteering fast enough. DOC put the blame on inmates, who did their jobs faithfully, instead of realizing its own short-coming for not obeying the Remedial Plan. e.g. My pusher was directed, in the past, to push another man to visiting because he had no assigned pusher. And when chow was called I had to wheel myself the 150 yards to (one way) chow hall because my ASSIGNED pushers had been appropriated for someone else who should have had an assigned pusher already.

It is as if none of DOC staff have even read

the Montez Remedial Plan.

There exists another problem. Spaces for wheel chairs in the chow hall. Depending on the rotation of the schedule, wheelchair bound inmates must often wait, holding trays, and or sit at a corner of a table, designed for 4 able bodied, thereby reducing the table capacity to two ablebodied, and angering other inmates by "being in the way."

This problem has existed for at least 3 years now and repeated complaints to 3 different wardens, a couple of majors & captains, have shown no results. I have had to eat at least one Christmas dinner and a couple of Thanksgiving dinners at the shelf next to the soda machine.

Staff has no motivation to correct any problems. After all, they are there for only 8 hours.

I have even had able-bodied inmates try to refuse my sitting at a handicap space. I guess people in general just hate crippled people. I hate being crippled too.

Respectfully,
Jay N. Bailey

P.S. The DOC correctional officers are now employing a new tactic. It is becoming increasingly difficult to send out "legal mail." Some excuse is always made making several tries necessary. Then, they find something to harass you about during the paperwork. (over)

Any complaints results in other forms of retribution. You can do a lot of shooting at fish in a barrel.