September 30, 2009

Judge Kane
United States District Court
109 19th street
Denver, CO 80205

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -5 2009

GREGORY C. LANGHAM
CLERK

Your Honor    92-cv-00870-JLK

The following paragraph is part of my Accomodation Resolution. "You are required to use your knee brace at all times in order to aviod situations which may affect your safety while incarcerated. If your knee brace becomes inoperable for any reASOn you are required to immediately notify clinical services who in turn will IMMEDIATELY notify the AIC. Temporary accomodations may be implememted, as necessary, until such time as you r knee brace is being repaired or replaced. Your knee brace is considered a health care device and is subject to the provision enumerated in AR 850-06, "Offeneer Property" & AR 300-06 "Searches and Contraband Control".

They took my knee brace August 11, 2009, and now refuse to give it back. They say I cannot have anything with a metal part, and want me to get by with a n Ace Bandage. An Ace Bandage doesn't give me the supposrt my knee needs.

Please help get this resolved.
Sincerely,

*Stephen Grace*
Stephen Grace