IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 CV 870-~~EWN-OES~~

JESSE (JESUS) MONTEZ, et. al.,

v.

BILI OWNS, et. al.,
DEFENDNATS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -5 2009

GREGORY C. LANGHAM
CLERK

---

COMPLAINT

---

Comes Now the Montez mobility Claimiant, Toney Brown, Pro-se and respectfully submit this complaint against the Defendants regarding their dileberate acts amounting to violations of the stipulation of the remedial plan, as follows; And request any and all available relief deemed appropriate by this court, including ADA screening by a independant medical provider and ADA Accomadations;

On January 14, 2009, The Claimniant, Toney Brown was designated by the defendants to have a mobility disability.

In August of 2009, The Claimiant submitted a request for accomodation resolution regarding his foot related condition which is a basis of his mobility disability, as follows;

I Toney Brown is a mobility disability offender, in the custody of the Colorado Department of Corrections, resides at Sterling Correctional Facility. I have the following foot conditions;

1.)  I have a severe case of plantar facitis.
2.)  I have a Bone spur in my right foot, at the bottom of the heal.
3.)  I have a shortèn leg.
4.)  I have a deformed Arch in my right foot
5.)  I have a deformed big toe on my right foot, which was broken, and healed inappropriate, and is presently arthritic.

I obtained the following treatment recommendation from a Orthopedic Podiatrist;

1

1.)   Custom fit orthodic for my shoes.
2.)   Heal-lift inserts.
3.)   Soft bottom shoes.
4.)   Custom-fit Arch Supports.
5.)   Properly sized shoes.
6.)   Walking and standing restrictions.

The following foot conditions significantly impair my ability in the day to day functions. The Shoes in which the Colorado Department of Corrections has issued me has caused siginificant deterioration in my foot and lower leg functions. The shoes do not provide proper arch support, and the inner sole is significantly hard causing my plantar facitis and bone spur condition to be worst. The state issued shoes has caused muscle deterioration in my legs and knees. I have significant problems walking in the State issued shoes, walking to and from work, standing at work, traveling to eat, recreation events, visiting, religious service, living unit conditions, transporting, etc.

I have made request to medical services to be issued or allowed to purchase from outside sources, appropriate shoes, with custom orthodics for my arch  and heal-lift disability. and shoes with a high impact resistance soles, and soft insoles. Medical acknowledge the condition but has not accomodate the request.

I recently applied to the Office of the (AIC) for accommodations regarding my foot condition as a part of my mobility claim. I have not received any response from this request.

Since then, I requested the exchange of a pair of 8 1/2 state issued shoes be replaced. C.D.O.C. staff informed me that they do not provide 1/2 sizes. I explained and demonstrated to staff that a size 9 would be to large. In addition because of my foot condition, it would cause more damage to my foot and lower leg, and cause a substantially limitation in my ability to perform the function of walking, which would substantially impair my ability to function day to day activities and or access to partisipate in day to day functions as normal other offenders.

2

I have been refused to be issued a size 8 or a 8 1/2 state issued shoe. and the improperly issued size 9 shoe is causing me significant pain and discomfort, which has substantially limited my ability to walk. I have filed grievances against C.D.O.C. laundry department, without No response.

I am requesting the directive of the issuance of a ADA accommodation of orthopedic state issued shoes and personal tennis shoes, at my expense, or D.O.C. expense...

Done the __/__ Day of October , 2009         _Mr. Tony L. Brown_

                                              Mr. Toney I. Brown #61215
                                              P.O. Box 6000
                                              Sterling, CO 80751

---

## CERTIFICATE OF SERVICE

I hereby certify that I did place a true and correct copy of the above complaint to the following parties;

Paula Griesen
1670 York Street
Denver, CO 80206

Elizabeth McCann
Colorado Attorney General Office
1525sherman Street
Denver, CO 80203