FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -8 2009

GREGORY C. LANGHAM
CLERK

Judge Kane

92-cv-00870-JLK

Oct./6/09

 I received your motion dated 10/1/09, ~~DOC continues to use~~ my Montez hearings as an excuse to confiscate and with-hold upper mobility (disability) items, specifically (BOOKS ON TAPE). I think I more than adequatly explained that fact to the Judge in Civil Action No. 09-cv-983-ZLW, along with the fact that the Montez hearing did not cover upper mobility issues. I requested a hearing under rule 201(E) as the facts were subject to reasonable dispute, I was under the impresion that once I requested that hearing it was a matter of right, yet the Judge never even replyed to that request.
 I filed an appeal(U.S. Court Of Appeals), No.09-1267 (D.C. Case No.1:09-CV-00983-ZLW). As an exhibit I sent a copy of the A.Gs. Reply to my request for A new hearing on my Montez case. They were very explicit in stating the two Montez hearings NEVER pertained to upper mobility. Judge Weinshienk refused to accept that fact along with the fact that Montez and the ADA were compleatly different.
 Sir I dont have a clue as to what is going on, I have rather severe dexterity issues and I get help from different people, every one coments on the volume of material I send in, I wouldent be sending anythig if I couldent get help from the guys around me. I had been on Books on tape from 2003 to 2008, I have had three diferent DOC Doctors sign off on approvals, I have bottom bunk and bottom tier restrictions as medical says I should stay off stairs and dont have the ability to climb in and out of a top bunk, on the stairs, if I fall they know I dont have the ability to grab the railing, its all nerve damage and sometimes I can pick things up, but I have no grip and at other times I cant even pickup a Chess piece.
 The reason I requested a new hearing was because DOC is using my Montez hearing as a reason to denyme my Books On Tape, (UPPER MOBILITY). Maybe I was wrong but I figured If DOC was using Montez as A reason to confiscate my disability items which are upper mobility then they are giving the Special Masters the power to rule on it, and in doing that I should receive a new hearing that did cover upper mobility.
 Sir I am $150.00 dollars in the red for my DOC account and I am charged ¢.25 cents a page for copies, I am geting by on what other inmates that I have known for years are kind enough to buy me, and on that i meen personal hygiene items as DOC takes every penny I get on inmate pay. As I said everything is in front of the appalate Court, hopefuly I will receive a favorable decesion from them, if not, I do plan on reopening the case. I wanted to thank you as i realize you did not have to do any motion on your own.

Wellman Gibson