Shawn M. Winkler #48319
P.O.Box 1000 unit 4
Fort Lyon, Colorado    81038


Honorable John L. Kane
Alfred A. Arrja US Courthouse
901 19th Street
Denver Colorado   80294

October 8, 2009

92-cv-00870 JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2009

GREGORY C. LANGHAM
                    CLERK

Dear Sir:

   Back when the CDOC and Mr. Borchers began holding hearings on the Montez issues, I was around the 178th hearing. The then AIC Cathie Holt admitted she had told the DOC doctor not to call my disabilities, disabilites. This was because the documentation I produced at the hearing clearly showed the CDOC was responsible for the injuries which caused those disabilities.

   They were understandably doing whatever it would take to avoid liability. Even with the record I produced and the admission from the AIC I was denied relief.

   I was finally paroled and was unable to reassimalate into socity with my many medical issues. Being violated and returned to prison the screening process flagged me for Fort Lyon. Now after intense scrunity the CDOC agrees I am in fact disabled. Having lied to the hearing officials, courts, and all involved who missed the fact they were aware even then of my disabilities, in the interest of fairness I would like to have those issue revisited. You I understand are the only one who can authorize such an action.

   Therefore I respectfully request a re-hearing with the original doucuments the hearing official relieved me of, and the transcript of the first hearing. Or perhaps a finding of default in my behalf because of the CDOC's lack of compliance in all these matters with relief granted as set forth in the original complaint.


   Thank you


Submitted this 8th day of October 2009.


_____
 Shawn M. Winkler