# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870 - JLK- OES

JESSE (JESUS) MONTEZ, et al.

      Plaintiffs

v.

RITTER, et al.

      Defendants.

---

## DEFENDANTS' POSITION RE: HEARING CRITERIA FOR DISABILITY DETERMINATION

---

      Defendants, through the Colorado Attorney General's office, file this position statement regarding the appropriate criteria for determination of disability based on hearing loss for offenders incarcerated in the Colorado Department of Corrections (CDOC).

1. At the status hearing on Sept. 1, 2009, the parties informed the Court that they had come to agreement on the criteria to be used to determine disability in all areas except the hearing loss criteria. The Court asked the parties to file statements of position regarding the hearing criteria. The Court indicated that after reading the position papers and statements of experts, the Court would decide if a hearing was necessary for the Court to determine the criteria. The Stipulations entered in 2008 by the parties and the Court (Document #3322-2)

provide that the Court will make this determination if there is disagreement between the parties. The Court has the option of appointing its own expert pursuant to the Stipulations. The Court has reserved the dates of Nov. 12 and 13, 2009 for a hearing if one is deemed necessary.

2. The Stipulation entered into in 2008 in which the Court extended the compliance period stated in paragraph 3:

> "CDOC will conduct disability screenings based upon mutually acceptable criteria and will re-screen inmates as appropriate. Such criteria will be developed by the parties with the party's experts no later than June 1, 2008. If the parties cannot agree on these criteria, the matter shall be submitted to the Court for a forthwith review. At that time, Judge Kane will appoint such independent expert(s) as he deems appropriate and, with their assistance, establish the criteria to be used for disability screenings."

3. Although the parties worked in good faith to reach agreement on the disability criteria prior to the June 1, 2008 deadline, they were not able to reach consensus regarding the hearing issue.

4. Defendants' position is that a person with a hearing loss of 40/4 decibels or greater in the better ear will be considered disabled and will be eligible for a hearing aid in that ear. If the offender has hearing above the 40/4 decibel range in either ear, he is not disabled.

5. With regard to both ears, the position of the Defendants is that an inmate will be considered disabled and may receive two hearing aids if there is a hearing loss of 50/4 in both ears.

6. Defendants' position in this regard is based on the research and expertise of the Chief Medical Officer at the Colorado Department of Corrections, Dr.

Paula Frantz. In addition, Defendants have consulted with an expert medical doctor who has worked in the area of disabilities and in a correctional setting for many years. He himself is hearing impaired and wears a hearing aid. The opinion of Defendants' expert, Robert Jones, M.D., in support of Defendants' position is attached as **Attachment 1** with his C.V. attached as **Attachment 2**.

7. CDOC has proceeded to screen offenders who claim hearing loss using the above criteria and those who meet the CDOC criteria have been supplied or are being supplied with hearing aids. The test results for all inmates screened for hearing disability are recorded and can be consulted when the Court makes its ruling.

WHEREFORE, Defendants ask that the Court find that the criteria for determining disability of an offender based on hearing be as proposed by the Defendants and Dr. Jones. In the alternative, Defendants request that the Court hold a hearing on Nov. 12, 2009 to make this determination.

Respectfully submitted this 14th day of October, 2009

JOHN W. SUTHERS
Attorney General

_____
ELIZABETH  H. McCANN
JAMES X. QUINN
Assistant Attorney Generals
Civil Litigation and Employment
Law Section
Attorneys for Defendants
1525 Sherman Street
Denver, Colorado  80203
303-866-3261
Beth.McCann@state.co.us
James.Quinn@state.co.us

CERTIFICATE OF SERVICE

This is to certify that I have duly served this Defendants' Statement Re Hearing Criteria on all parties by filing with the United States District Court which will then make delivery to the following this 14th day of October 2009, to:

Paula Greisen
greisen@kinggreisen.com

Jennifer Riddle
riddle@kinggreisen.com

Edward T. Ramey
eramey@ir-law.com

Lara E. Marks
lmarks@ir-law.com

s/Elizabeth H. McCann