**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

---

**NOTICE OF CHANGE OF ADDRESS**

---

Please take note that the address for Isaacson Rosenbaum P.C. and attorneys Edward T. Ramey, Lara E. Marks and Blain D. Myhre, co-counsel of record for Plaintiffs, has been changed as follows. The telephone number, fax number and e-mail addresses of counsel will remain the same:

Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO  80202

DATED this 15th day of October, 2009.

           *s/ Edward T. Ramey*
           Edward T. Ramey
           Isaacson Rosenbaum P.C.
           1001 17th Street, Suite 1800
           Denver, CO  80202
           Phone:  303.292.5656
           Fax:  303.292.3152
           E-mail:  eramey@ir-law.com; lmarks@ir-law.com; bmyhre@ir-law.com;

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on this 15th day of October, 2009, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

(greisen@kinggreisen.com)  
Paula Greisen, Esq.  
(miller@kinggreisen.com)  
David Miller, Esq.  
King and Greisen, LLP  
1670 York Street  
Denver, CO  80206  
*Attorneys for Plaintiffs*

(beth.mccann@state.co.us)  
Elizabeth H. McCann, Esq.  
Deputy Attorney General  
James X. Quinn, Esq.  
Assistant Attorney General  
1525 Sherman Street, 5th Floor  
Denver, CO  80203  
*Attorneys for Defendants*

(dborchers@legalres.com)  
Honorable Richard M. Borchers  
Special Master Legal Resolution Center  
7907 Zenobia Street  
Westminster, CO 80030

                *s/ Edward T. Ramey*  
                Edward T. Ramey