IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**ORIGINAL**

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al,

LAWRENCE WILLIAM FITZGERALD. Claim number 01-076

v.

BILL RITTER. JR
Governor

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2009

GREGORY C. LANGHAM
CLERK

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

**Comes Now,** Lawrence W. Fitzgerald being pro se respectfully request this Honorable Court pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., request leave to file an amended complaint on the subject matter of relation back doctrine to the original pleading and claimant Fitzgerald states as follows in support of:

On October 2, 2006 by Order of Judge John L. Kane, senior Judge United States District Court on civil action no 92-cv-00870-EWN Jesse Montez, et al Re: Claimant Lawrence W. Fitzgerald claim number 01-076 stating this matter is before the Court on claimant, Lawrence W. Fitzgerald's objection to final order of special master (Doc#783). The court has reviewed the final order and the objection and finds as follows:

The standard of review is abuse of discretion and no such abuse was found. The ruling of the special master are bases on the evidence and the law was properly applied. The claimant complaints regarding quality of his medical care are beyond the scope of this case and must be raised by a separate individual actions. The objection is over rules. The final order of Special master (DOC #646) is affirmed by the Court: October 2, 2006.

Plaintiff is filing this amended complaint to show this injustice which is being addressed to this issues before the Honorable Court in the hope his motion will be addressed in the interest of justice for the all the information listed bellow is addressed to this Court in good faith as follows in detail of the the medical department of Department of Corrections with Corrections of Corporations of America medical staff of Kit Carson Correctional Center illegally denied proper medical treatment to a inmate they new had serious medical needs on arrival to Kit Carson Correctional Center in June of 2006.

Plaintiff Fitzgerald was in Denver General Hospital for a week prior to being transfered to Kit Carson Correctional Center for troubles with his heart caused by the Vioxx product on by Merck Corporation which also what previous order is about to be amended by this motion, Fitzgerald has a now on going heart troubles with an irregular heart beat and medical staff refuse to have any treatment since first heart problem of May 14, 2002 and now this bellow happened to give this Honorable Court a review of he was sent to this prison used as a medical dumping ground for prisoners and was taken off all

his medication used for pain and nerve damage, medication order which was good until December 2009 and no one explained why in a total act showing **Deliberate Indifference** prison officials knew about my serious medical needs and failed to respond properly and in retaliation they did the following to me which is needed to be addressed to this Honorable Court for its review of how state prisoners are being treated by the administrators of the medical departments under the Colorado Department of Corrections being indigent without family ties to the out side world our medical treatment is none at all and my case is one of many inmates being unfairly treated by the medical and this motion is in the hope this Honorable Court will agree some thing is very wrong to have this happen by official of the State of Colorado under the color of the state to allow this to happen in the first place to a inmate seeking medical treatment for his injuries.

On 10-9-09 Inmate Fitzgerald was handed Accommodation Resolution by Sterling Corrections Case Manger of Unit 4 exhibit included is stated you do not have a mobility disability; You do not have an upper extremity disability, this motion is to set forth the record of the malicious acts fraudulent misconduct by the use of eccentric misrepresentation by the actions of Chief Medical Director Paula Frantz MD and Kathie Holst AIC by misleading the true nature of a Colorado State Prisoner medical evaluation which they new was illegally prepared by Kit Carson Correctional Center staff a private prison owned by Corrections Corporation of America in preparation as a qualifier of the testing in combination that was requested by ADA Screening and the information of these illegal activities sets in detail as follow:

Inmate Fitzgerald wrote a letter to AIC Cathie Holst December 16th, 2008 being a laymen of the medical terms  sending exhibits, explaining a gymnasium accident in July 0f the year 2007 causing injuries to my neck, back and lower back, shoulders, arms and hands also numbness in my legs.

As stated being a laymen of the medical procedures I wrote to Kathie on a few times I was under under the impression that i was given an MRI concerning the injuries to my body and the fall in the prison gym where I standing 2 1.2 feet off the ground on plastic boats used in the weight room when two bolts broke holding the weight lifting machine handle, sent me falling uncontrollably and forcefully backward, witnessed by 50 inmates and staff and Kit Carson COrrectional Center surveillance cameras, while laying I was transported to Burlington Memorial Hospital Diagnosed with sever back and neck trauma for hitting my head on a concrete floor, including shoulders and hands sustaining injuries all this pending in Kit Carson County District Court in Burlington in Fitzgerald v. Corrections Corporations of America Case Number 2008 CV 9 after being given **Amended Judgment** by the Honorable Christine M. Aruello Judge of your Honorable Court in Civil Action No. 08 -cv-01189-CMA_KMT Fitzgerald v. Corrections Corporation of America, Warden Hoyt Brill, and Kerry Kahle.

Amended Judgment stated pursuant to and accordance with the Order Adopting and Affirming February 23, 2009 Recommendation of the United States Magistrate Judge, entered by the Honorable Christine M. Arguello on April 30, 2009, and the Order Regarding Motion to Reconsider Dismissal and Motion

for Extension of Time to Appeal, entered by the Honorable Christine M.
Arguello on June 22, 2009, it is.  Ordered that Plaintiff Lawrence W.
Fitzgerald's Eight Amendment Claims is Dimissed it is. Further Ordered
that judgment is entered in favor of Defendants Corrections Corporation
of America, Warden Hoyt Brill and Kerry Kahle and against Plaintiff Lawrence
W. Fitzgerald on his Eight Amendment Claim only. It is Further Order that
Plaintiff Lawrence W. Fitzgerald's state claims are remanded to Kit Carson
District Court Further Ordered that Complaint and this civil action are
dismssed. Dated at Denver, Colorado this 24th, day of June 2009

    Plaintiff is requesting a Relation Back doctrine to amend his complaint
before this Honorable Court in the interest of justice for eccentric fraud
taken on this action by ADA inmate coordinator Cathy Holst, with Marshall
Griffith, Official Designee for Cathy Holst, and Chief Medical Officer Paula
Frantz, aiding and abetting together files a false medical report concerning
the tru nature and severity of Mr. Fitzgerald's injuries.  Fitzgerald has
contacted the AIC in the past referencing the true nature of his injuries
being downplayed by the medical staff at the Kit Carson Correctional Facility
and he was told he was given a full MRI and it was discovered later that
it was only a partial MRI on Fitzgerald's neck that was administered. Since
the accident, Fitzgerald has been suffering from headaches, extreme neck
pain, back pain and lower back pain, and shoulders, and numbness on his hands
and feet and goes all the way down to his lower legs, causing balance issues
and limited mobility in walking.  On may 1st, 2009 Fitzgerald completed a
request for accomodation, this request was received by the AIC on June 3rd
of 2009. Fitzgerald explained some of his problems with medical and his
request for accomodations.

Inmate Fitzgerald received by Nurse Riley a partial exam of the lower extremity
only.  I asked why an exam of my upper exremity was not being performed,
she stated that this was not requested.  I received a letter dated July 10th
2009, from the ADA official Marsahall Griffith stating that I was being
examined for upper **and** lower exremeties.  I wrote a letter explaining in
August of 2009 to Marshall Griffith that only a lower extremity exam was
completed. At this I again addressed the issue of being transferred to a
qualified medical facility to receive proper diagnosis and aduquate medical
treatment.  Inmate Fitzgerald sent medical records showing that he had pending
civil litigation against CCA which inadequatley treated him for his injuries.
PLeading with the coordinators to give him proper medical treatment, his
injuries are getting worse all the time.  On September 1st, 2009 Marshall
Griffith replied with a diliberate indiffernce to the true nature and severity
of his injuries.  He filed a reply to the letter asking for the documentation
used by Kit Carson's medical staff, information that was given to Marshall
Griffith, Catchy Holst's office in retaliation against my pending civil action
of thier employer, Corrections Corporation of America, the Colorado Department
of Corrections willing through the office of Cathy Holst, filed false
information aiding and abetting CCA and filed false information concerning
Inmate Fitzgerald's true nature of his medical condition. Fitzgerald wrote
a letter requesting the information as stated that the ADA used to make the
determination to include affidavits, and medical records using this decision
to come to thier conclusion.  AS of this motion in subsequent grievance pending
this information has never been sent and will be needed at a later date for
purpose of Civil Actions.  Inmate Fitzgerald was transferred to the Sterling
Correctional Facility.  At this time he was taken off of all of his presribed
pain medications used to control nerve damage to his body which helps him to
fuction normally and was told no reason why his medication was ordered stopped
and he was only told he was transfered for medical reasons and he was informed

(3)

it was done by the medical montering unit. Inmate Fitzgerald wrote Doug Roberts of the medical montering unit and he informed me he nothing to do with this transfer to high sercurity unit of Sterling Correctional Facility knowing my security level poits are as low as 10 points and also stated he did not in retaliate against me, he stated he did no how I was moved to SCF he informed me, him and his office **did not** place me for movement anywhere which is reflected on the transfer paper of record with the department of corrections **shown** to me by several officer of DOC wondering why it would say medical "medical transfer" ect.

The officer thought it was strange at this time I am listed as a medical three (3) see letter as exhibit see my classification, and I believe my medical condition is worse then which was illegally explain by the medical staff who at Kit Carson Correctional Center owned by Corrections Corporations of America are willing to show and they mislead me to not giving me the proper medical treatment which should of been used in such a major accident and have violated the 8th Amendment protections of cruel unusual punishment protects prisoners from abuse and unnessary and wanton infliction of pain" by the state. **Hudson v. McMillian, 503 U.S. 1, 5 (1992).** Prison officials are required to ensure that inmates recieve adequate food, clothing, shelter while incarcerated with medical care. They must also take reasonable measures to ensure to ensure an inmates saftey while in carcerated in prison. **Farmer v. Breaman 511 U.S. 825 832 (1994).**

These are Supreme Court Tested examples of protections that are being being denied me by Sterling Correctional Faciltiy they wont answer my medical kits or give me the proper medication for my heart troubles or pain for nerve damges and its all listed on medical kites of mine over and over trying to be seen and I can prove and show Chief Medical Director Paula Frantz, Kathy Holst, conspired through their official office with the Department of Corrections of the State of Colorado in violation of this Honorable Courts Orders to properly treat inmates with medical conditions, as this Court is aware they fraudlently prepared this medical report against an indigent inmate with a severe medical condition in deliberate indiference.

To prove deliberate indiference you must show that (1) prison officials had foreknowledge of medical needs (2) failed to repond to prisoners complaint as is detailed in this case. See **Esfelle 429 U.S. at 104; Guiterez v. Peters 11 F.3d 1364, 1369 (7th Cir.1997).**

In conclusion: Inmate Fitzgerald is asking for this honorable Court to place an order to be seen by an independent professional provider also seeking a full MRI concerning all of his medical issues which have been denied him by the Colorado Department of Corrections and also requested an internal investigation by this Honorable Court and the Colorado Department of health and Human Services and Colorado Bureau of Investigation for criminal conduct of the part of the AIC misconduct within this case and many other cases hidden away from the view of this Honorable Court in violation of all of this Courts Orders.

**WHEREFORE,** the Plaintiff prays this motion will be recieved in good faith before this Honorable Courts review of the subject matter in contains in the interest of justice of a state prisoner being denied due process of his medical treatment which is under review of this Court in the above cases number intitled or what ever this Court deems proper under the circumstances.

Dated October 16, 2009

Respectfully Submitted

Lawrence W. Fitzgerald

## CERTIFICATE OF MAILING

I, Lawrence W. Fitzgerald placed a correct copy of the foregoing Motion For Leave To File Amended Complaint, was placed in the United States Mail postage prepaid on this 16, day of October 2009, postage prepaid addressed to the following bellow: *With EXIBITS 15*

Clerk of Court for:
Honorable Chief Judge
**John L. Kane**
Alfred A. Arraj U.S. Courthouse
Room A105
901 19th Street
Denver, Colorado 80294-3589

Colorado Department of Corrections
Office of Correctional Legal Services
**Office of the AIC(ADA Inmate Coordinator)**
2862 South Circle Drive, Suit 140
Colorado Springs, Colorado 80906-4195

Lawrence W. Fitzgerald
Prison Number 66345
Sterling Correctional
Unit 4-C-1-12
 Box 6000
Sterling Colorado 80751

FITZGERALD, LAWRENCE 107763484 DH Med Imaging, O,    DOS: 03 JUN 2008 00:00:00 -   Radiology Reports -

DENVER HEALTH MEDICAL CENTER                Radiology Consultation Report
777 Bannock Street    Denver, CO 80204-4507     (303) 436-6011
                                                    HOSP SERVICE: DMI
NAME:  FITZGERALD, LAWRENCE                      MR#:    120-76-19
                                                    ACCOUNT #:  000107763484
SEX:     M            PATIENT AGE:            52Y        DATE OF BIRTH:
         Jun 10 1955
LOCATION: -           DISCH DATE:                        DATE OF EXAM:
         06/03/2008
ORDERING: O'BRIEN, KELLY                        ORD#:     90001

***FINAL REPORT***

ATTENDING:                              DOCTOR,UNASSIGNED ORDERING:
      O'BRIEN, KELLY
ADMITTING:                              DOCTOR,UNASSIGNED PCP:

Result for MRI_2040 - MRI C-SPINE/CANAL W/O CN - Jun 3 2008 10:27AM
                                    ACC#.4842165
REASON FOR EXAM:   RUE NEUROPATHY ABNORMAL EMG POSS HNP
REASON FOR CHANGE:

TECHNIQUE: Sagittal and axial T1-weighted and T2-weighted images were
obtained. Axial T2-weighted gradient-echo images were performed.

FINDINGS: Moderate diffuse disc bulges at C5-C6 and C6-C7 with vertebral
endplate proliferation and mild anterior spinal cord indentation. There is
suggestion of increased T2 signal in the spinal cord on the sagittal T2-
weighted images, but this is not confirmed on the axial T2-weighted or axial
T2-weighted gradient-echo images. Mild narrowing of the left C5-C6 and is
left C6-C7 intervertebral foramina. Minimal degenerative changes in the upper
cervical spine.

IMPRESSION: Degenerative disc disease at C5-C6 and C6-C7 with slight anterior
spinal cord indentation and mild narrowing of the left intervertebral
foramina. No focal disc herniation or definite nerve root compression.

Interpreting Physician: DR. DAVID L SYMONDS
I have reviewed the film and report and concur with the above findings.
Reviewing Physician:
Transcribed by/Date: PSC on Jun 3 2008 12:00P
Approved electronically by / Date: DR. DAVID L SYMONDS Jun 3 2008 12:00P
Page 1

_____

Radiology Consultation Report
Name: FITZGERALD, LAWRENCE          NEWRST              MR#: 120-76-19

HPR-09-2008 16:09 FROM:DHHASWITCH*00M       3034365023              TO:+7**6028004            PAGE:01

03/26/08  HSC:DNL
FITZGERALD LAWRENCE
1207619     M   06/10/1955
G08                          DVR. V
1-105 2: 155 RX: FC IP: 5000
POP.
PHN: (719)583-5840

# Denver Health Medical Center

## Neurodiagnostic Laboratory

### 777 Bannock Street

### 303-436-6358

Test Date: 3/26/2008

| Patient Name: | Fitzgerald, Lawrence | DOB: | 6/10/1955 | Physician: | Susan Ladley-O'Brien MD |
| Sex: | Male | Referring Physician: | DOC | | |
| MR#: | 1207619 | | | | |

**REASON FOR REFERRAL:**
Patient is a 52 year-old male who is referred for an evaluation of the right upper extremity.

**PERTINENT HISTORY AND EXAMINATION:**
Pt is a 52 yo male with injury to neck, shoulders, and back when he was weight lifting on 7/13/07 and machine broke, propeling him backward from a standing position. Pt has numbness travelling from right neck into right > left arm and into 3rd through 5th digits, and also has numbness radiating into the feet. Weakness in grip on right > left. No loss of bowel or bladder. Has had loss of balance and falls.
No DM, thyroid, chemo, vit B12, kidney, liver disease
No coumadin
No pacemaker
Pt: muscle strength 5/5 in B UB's, sensation decreased in the entire hand B. good muscle bulk throughout

**Nerve Conduction Studies**

Anti Sensory Summary Table

| Site | NR | Peak (ms) | P-T Amp (μV) | Site1 | Site2 | Delta-P (ms) | Dist (cm) |
|------|----|----|----|----|----|----|----|
| Right Median Acr Palm Anti Sensory (3rd Digit) 27.7°C | | | | | | | |
| Wrist | | 3.9 | 34.2 | Wrist | Palm | 0.0 | 0.0 |
| Palm | | 2.1 | 40.7 | | | | |
| Right Ulnar Anti Sensory (5th Digit) 28.3°C | | | | | | | |
| Wrist | | 3.5 | 14.4 | Wrist | 5th Digit | 2.4 | 14.0 |

Motor Summary Table

| Site | NR | Onset (ms) | O-P Amp (mV) | Neg Dur (ms) | Site1 | Site2 | Delta-O (ms) | Dist (cm) | Vel (m/s) |
|------|----|----|----|----|----|----|----|----|----|
| Right Median Motor (Abd Poll Brev) 27.9°C | | | | | | | | | |
| Wrist | | 4.2 | 12.6 | 5.63 | Elbow | Wrist | 4.3 | 23.0 | 53.5 |
| Elbow | | 8.5 | 12.5 | 5.86 | | | | | |
| Right Ulnar Motor (Abd Dig Minimi) 27°C | | | | | | | | | |
| Wrist | | 3.0 | 6.6 | 5.86 | B Elbow | Wrist | 4.5 | 25.5 | 56.7 |
| B Elbow | | 7.5 | 6.1 | 6.25 | A Elbow | B Elbow | 2.3 | 14.0 | 60.9 |
| A Elbow | | 9.8 | 5.4 | 6.48 | | | | | |

Comparison Summary Table

| Site | NR | Onset (ms) | Peak (ms) | P-T Amp (μV) | Site1 | Site2 | Delta-P (ms) |
|------|----|----|----|----|----|----|----|
| Right Median/Radial Dig 1 Comparison (Digit 1 - 10cm) 28.1°C | | | | | | | |
| Median | | 2.5 | 3.4 | 14.8 | Median | Radial | 0.8 |
| Radial | | 0.9 | 2.6 | 7.6 | | | |

APR-14-08   07:40AM   FROM-DENVER HEALTH MEDICAL RECORDS   +3038028004   T-991   P.002/004   F-687

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

**Private Prisons Monitoring Unit**
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:  (719) 226-4929
Fax:     (719) 226-4922



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

August 7, 2009

Lawrence W. Fitzgerald
Kit Carson Correctional Facility
P.O. Box 2000
Burlington, CO 80807

Dear Mr. Fitzgerald,

I received your letter, dated August 1, 2009, requesting a transfer to a 'medical' facility. I read your letter carefully along with the accompanying documents, and reviewed your medical file.

Offenders are placed in facilities, in part, based on their medical code. M codes range from M1 – M5.  M1 encompasses offenders that are in good health and are not on any chronic medications. M5 encompasses offenders that have terminal illnesses or are in end-stage disease and/or require a high level of nursing care. Currently, you are an M3.  Kit Carson Correctional Facility has the capacity to care for, and accepts offenders up to, and including M4s.

You are not an appropriate candidate for the 'medical' facilities; the infirmaries at CTCF and DRDC, and the Special Medical Needs Unit (SMNU) at Fort Lyon. The infirmaries are primarily for offenders that require 24 hour skilled nursing care, usually for an acute condition or episode, e.g., an infectious disease that requires IV antibiotics. The SMNU is primarily for the long-term care of offenders that require a lower level of skilled nursing care, such as assistance with activities of daily living, e.g., eating, bathing, etc. There is no medical need or justification to transfer you to an infirmary or the SMNU or even to transfer you out of KCCF.

Sincerely,

Doug Roberts
Medical Monitor
Private Prison Monitoring Unit

CC:     Jodi Gray, HSA
        Cheryl Smith, Chief of Operations, Clinical Services, CDOC

Singer, Michael K - CO#9187
CO Kit Carson County District Court 13th JD
251 16th St Ste 301
Burlington, CO 80807



*26987705$5789252+11*

0005676 0065282:2

FITZGERALD, LAWRENCE W
KCCC--INMATE MAIL, #66345
P.O. BOX 2000
BURLINGTON, CO 80807

---

To:        FITZGERALD, LAWRENCE W
From:      Singer, Michael K - CO#9187
Subject:   Service of Documents in FITZGERALD, LAWRENCE W vs. CORRECTIONS CORPORATION OF AMERICA et al

You are being served documents that have been electronically submitted in FITZGERALD, LAWRENCE W vs.
CORRECTIONS CORPORATION OF AMERICA et al through LexisNexis File & Serve. The details for this transaction
are listed below.

Court:                      CO Kit Carson County District Court 13th JD
Case Name:                  FITZGERALD, LAWRENCE W vs. CORRECTIONS CORPORATION OF AMERICA et al
Case Number:                2008CV9
Transaction ID:             26987705
Document Title(s):
Granted in Part (Plaintiffs Motion to Compel Discovery) (10 pages)
Authorized Date/Time:       Sep  9 2009 11:23AM MDT
Authorizer:                 Michael K Singer
Authorizers Organization:   CO Morgan County District Court 13th JD
Sending Parties:
        N/A
Served Parties:
        FITZGERALD, LAWRENCE W

FILED '09 FEB 05 07:59 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

:   MDL NO. 1657

:   SECTION: L

:

:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

THIS ORDER RELATES TO:    CASE NO. 05-6618

ORDER

    The Court is in receipt of the . . . . . . . . . . . from pro se Vioxx plaintiff

Lawrence Fitzgerald regarding the status of his claim. IT IS ORDERED that the correspondence

be entered into the record. In addition, copies of the order shall be forwarded to Plaintiff's

Liaison Counsel, the Pro Se Curator, and the Claims Administrator so that the appropriate

actions, if any, may be taken.

    New Orleans, Louisiana, this 3rd day of February, 2009.

                                      
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Vioxx Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Lawrence Fitzgerald
. . . . . . . . . . . . . . . .
Burlington, CO 80807

Mr. Robert Johnston
Vioxx Pro Se Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Vioxx Claims Administrator
P. . . . . . . . . . . .
Portland, VA . . . . . . . . .

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No._____

1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# MEMORANDUM

TO:          Offender: Fitzgerald, Lawrence #66345
               KCCF

FROM:      Cathie Holst, AIC

RE:          ADA Process

DATE:        June 25, 2007

You were sent correspondence on   6/1/07  asking that you properly complete the required forms
for requesting an accommodation.  To date, you have failed to return them to me and your file is
now inactivated.  It will remain as such until I receive the completed forms. Note: You may obtain
these forms from any DOC employee who has access to DOCNET.  If you do not submit the
*Request for Accommodation*, signed *Medical Release and completed Functional Ability
Questionnaire* I cannot proceed with my investigation.
◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇ ◇

Please properly fill out the *Request for Accommodation, ADA Medical Release and Functional Ability
Questionnaire* and return them by inter-facility mail to:

**AIC, 2862 S. Circle Drive, Colorado Springs, CO  80906**

**Please note: DOC AR 300-38 IV-B-8-h. allows offenders to mail materials to the office of
the AIC via inter-facility mail free of cost.**

Your request for accommodation will not be processed until these forms have been properly submitted.

Thank you.

cc:  AIC File

Lawrence W. Fitzgerald 66345
Kit Carson Correctional Center
Unit B/C Box 2000
Burlington Colorado 80807


Colorado Department of corrections
CATHIE HOLST, AIC
Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, Colorado 80906-4195

Dated December 16, 2008

Dear Ms Cathie Holt, AIC

    I really don't think you will remember me but we meet a very long
time ago at Shadow Mountain Correctional Facility when you work in the
Law Library as for this letter is about me not being placed with my
medical injury i've sent for the record for you sent me letter you sent
me June 25th,2007 on the questionnaire of my medical troubles signed
your medical request form as you requested with all the information.

    I went to see the Doctor  Susan Tiona the other day about my injuries
received in a gym accident causing me to be be medically unstable in
that accident she asked me why my file did not hold the information
of my Montez claims since she already was aware of me being one of the
clients involved in the civil actions within the Department of Corrections
she told me my medical injuries are a high priorities because of my
neck injuries and nerve damage to my hands and back because of the fall
in the gym July of 2007 with the information also sent you office was
the information of me being placed on the product called Voixx made
by the Merk Corporation and this product cause me to have heart failure
in the year of 2002 and has cause me to have a irregular heart beat
and high blood pressure this can all be confirmed by the medical department
of Kit Carson Correctional Facility.

    As stated known of this information was placed into my file and
the Doctor found it to be strange and informed me to write this letter
first she asked me to contact my case manger who really would be lost
since she has just been hired and hardly can turn on a computer never
mind address this issue so since you might remember me i've thought
you could help me resolve this problem about my medical condition being
up granted to show the true nature of my condition within the Colorado
Department of Corrections.

    I thank You for the help in getting this issue resolved in my behalf
you may call this prison and call Doctor Susan Tiona to advise her you
are helping me resolve this problem of the missing documents sent to
you and your office on my medical condition with the Montez claims as
you requested of me....

                                        Sincerely
                                        Lawrence W. Fitzgerald

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone:   719.226.4236
Fax:     719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:       Offender FITZGERALD, LAWRENCE #66345
          KCCF

FROM:     Legal Assistant, Designee *MB*
          Office of the AIC (ADA Inmate Coordinator)

RE:       ADA Screening

DATE:     June 3, 2009

I have received your Request for Accommodations and Medical Release and a copy of each is being returned to you with this memo. You are being referred to a DOC medical provider for a disability screening. You will be contacted if additional information is required by my office. A DOC medical provider and the Chief Medical Officer (CMO) will make the determination as to whether or not you have a qualifying disability pursuant to the Americans with Disability Act (ADA) in approximately 60 days. You will be notified at that time of their findings. If additional time is required to perform specialized tests or obtain further information to make an informed decision, I will notify you of the delay.

The role of the AIC is to ensure that disabled offenders have access to programs, benefits, and services equal to those of able-bodied offenders.

Thank you for your patience during the screening process.

cc:  AIC File                                                          Revised 6/08

## REQUEST FOR ACCOMMODATION

RECEIVED

### I.   OFFENDER INFORMATION:  *(Please print)*

| Offender Name: | Laurene Fitzgerald | DOC #: | 66345 |
| Current Facility: | Kit Carson Corr. | Date: | 3/26/09 |

JUN 0 2 2009
Office of Correctional
Legal Services

### II.   CLAIMED DISABILITY:   *(Check all that apply)*

**Mobility** ✓         **Hearing** _____         **Other** ✓
**Vision** _____         **Diabetes** _____

### III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.**

*Answer all questions below.  Be specific and brief.  You may attach one additional page for explanation, if necessary.*

1. Describe your disability: Due to injuries from accident on July 18, 2007 at KCC gym, I have serious back, neck, nerve damage plus limitations on hand/leg usage, sitting and standing, walking longer distances, picking up things, showering. Must use prosthesis braces & sleeves. Writing is also difficult. Constant numbness. Must use brace to sleep due to hand/arm numbness.

2. What information do you have to verify your disability? MEDICAL RECORDS, personal statements, staff statements, doctor/specialist records, and other medical professionals and staff declarance statements verifying my daily limitations.

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)? Moving, lifting, exercising, walking, standing, showering, writing (often difficult to read what I wrote.)

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability?   Yes/ No. If yes, name the job, program, or service and provide a brief description of how you were denied:

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: Single medical cell, chair w/ back & cushion, rehabilitation therapy, braces, sleeves(rubber support), cane, shower chair, wedge pillows, in the near future, a person to help me will be needed & need somehow to not be required to stand in medlines.

*Signature of Offender*  Laura Fitzgerald

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note: DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

Revised 5/06

**ADA Medical Release**

I, _Lawrence W. Fitzgerald_, DOC # _66345_,

date of birth _6/10/1955_, authorize the ADA Inmate Coordinator (AIC) to request, review, and/or discuss my medical and/or mental health records for the purpose of investigating my disability claim, then evaluating my disability status for an accommodation under the Americans with Disabilities/Rehabilitation Acts, and, if necessary, in assisting CDOC staff in understanding my disability with respect to my needs, e.g., housing, programs, recreation, and activities of daily living.

I understand that the information disclosed and discussed will be done so only to the extent necessary and only on an as-needed basis; however, once disclosed, it may be disseminated to any person or organization that may become involved in the determination and/or accommodation of my disability.

I understand that any relevant information may be disclosed, including but not limited to, medical records, mental health records, HIV status, and drug and alcohol information.

I certify that this Release has been made voluntarily, and that the information given above is accurate to the best of my knowledge. I understand that this authorization may be revoked at any time, except to the extent that action has already been taken to comply with it, and that the authorization to use any information that has already been released may not be revoked as long as I remain in the custody of the Colorado Department of Corrections.

I hereby release the Department of Corrections and any employee thereof, any contract personnel, and any authorized volunteer from any liability which may result from furnishing or using the information requested as authorized in this Release. I acknowledge that I understand the terms and conditions of this Release.

_____          _____
Offender Signature                              Date

Revised 4/06

Lawrence W. Fitzgerald #66345
Kit Carson Correctional Center
Unit AA-122 Box 2000
Burlington Colorado 80807

Colorado Department of Corrections
Office of Correctional Legal Services
**Cathie Holst, AIC**
2862 South Circle Drive, Suite 140
Colorado Springs, Colorado 80906

Dated June 8, 2009

Dear Ms. Cathie Holt,

I sent you some information concerning my health issues
and medical release and now have included more information
for you to review to help me get to a medical facility for
my medical needs.

I was hurt in a prison accident in the gym and the medical
staff realize i've filed a major law suit on this prison
for them placing faulty bolts in the machine that caused
my accident which is a major health issue that has been
dragged out for two years.
On May 31, 2009, the following happened the night nurse
told me my neurotin has run out, its medication for my nerve
damage and for pain, it cronic  care medication this happened
last September also on the same day they took me to Court
in Clear Creek County on this illegal sentence which has
held incarcerated anyways at Clear Creek they took my blood
pressure and pluse and called the Doctor and had me medicated
within 6 hours because of my irregular heart beat was hitting
hard and heart attack was coming or stroke.

I would like for you to call Ms Procter Colorado P.M.U.
to confirm this next issue, as stated May 31, 2009 my medication
of nuerotin of 3200 Mg daily ran out, and i asked for days
for my medication calling a emergency visit twice to medical
had P.M.U. call the administrator Ms Gray called of medical
she told the Ms. Proctor and the other P.M.U representive
there is no  with draws form neurotin and my high blood
pressure my sweating and shaking and my irregular heart
beat kicking is again was all in my head.

Ms Host, these people tried to kill me, and be lucky
of experience of withdraw's of a past life before being
part of NA/AA  kept me focused until **5 days latter** my
medication should up here to calm my nerves and pain issue
and its not working because something happened to me being
cut off the medication for so long without this medication
it almost caused me to have secures many times day and night
and something very wrong now.

I will be filing a tort claim against this issue as you read these people tried to kill and believing I am another stupid inmate, but as you can read the made a major health problem arose out of this and it almost killed in here and **I need you to get me transfered fast to a medical facility before they kill me here in behalf of the Warden because they are going lose this law suit for they caused the issue that caused my injury by placing faulty bolts in the machine machine and witnesses and a camera caught it all.**

As you read the statements of the Administrator and the facilty Doctor and how they addressed by health problems on the inmate request of **Corrections Corporation of America Kit Carson Correctional Center**, please read the true history of this medication and the risks involved, as stated they willfully newly placed my life in danger and i believe my medical injuries are more then they are saying here in this prison and need your help to get me transfered to a medical facilty fast as possible.

Ms. Holt, as you personally realize they should transfered should as this civil action hit the Court against Corrections Corporation of America and Warden Hoyt brill, and Maintenance Director Kerry Kahle in Civil Action 08-cv-01189-CMA-KMT which started in a state tort claim in Burlington County Court but the prison did a slick move and moved it to a federal court which after a year of fighting it going back to the district in Burlington shorty for review of my case.

You also realize that Corrections Corporation of America in Crowley County Colorado placed me on the **VIOXX** PRODUCT BY MERK & CO Inc **Fitzgerald v. Merk CO Inc Case No. 05-6618 Section L (3)** and the staff of this prison are aware of all this going on in my case.

As you are the Legal Services Director, once you call Ms Proctor she will inform you of how a case manger your also reading about has caused my life to be placed in danger by passing information of my case to other staff members untrained in this nut house another reason my attentions on this law suit pending is why would the Department of Corrections allow this to happend in the first place my hope is you will help correct this problem and get me the medical attention needed **Fitzgerald Claim Number 01-076 Civil Action 92-cv-00870-EWN JESSE MOTEZ, et al.**

i do hope you remember me and realize i've fought 18 years to prove my innocent in Court and should be walking free shorlty because of learning the legals you help me under stand 18 years ago in Shadow Moutain Facilty and today I am a paralegal certified as you look me up on your computer and my only hope is your willing to step forward make the right call and get me out of here to have my medical needs taken care off..

Sincerely

Lawrence W. Fitzgerald

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

**TO:**    Offender Fitzgerald, Lawrence #66345
          KCCC

**FROM:**  Marshall Griffith, Designee
          Office of the AIC (ADA Inmate Coordinator)

**RE:**    Correspondence Received 6/11/09

**DATE:**  July 10, 2009

---

DISABILITY STATUS: You are currently in the process of being screened however no disability determination has been made.

I received your correspondence. I apologize for the delay. You have the following requests and concerns:

- You sent information previously to the AIC in order to assist your being moved to a "medical facility" for your medical needs. You were injured and have filed a lawsuit against KCCC.
- You want the AIC to call Colorado P.M.U. for information about your situation.

I reviewed your AIC file and offer the following information:

- I received your Request for Accommodation on 6/2/09. Based upon the information you presented a request was sent to Clinical Services to have you screened for lower extremity and upper extremity disability.
- If you are determined to have a qualifying disability you will be moved to a designated facility. Such a move would result from a determination of disability however and not be completely dependent upon your medical condition.
- The appropriate accommodations to ensure you are able to have access to programs, benefits, and services will be provided if it is determined you have a disability.
- The AIC is not responsible for your medical care or treatment.

Conclusion: You are currently in the process of being screened for disability however no determination has been made. Your request to be moved to another facility is denied at this time pending that determination.

To
Marshall Griffith,
Office of the AIC (ADA Inmate Coordinator)
2862 South Circle Drive, Suite 140
Colorado Springs Colorado 80905

From Lawrence W. Fitzgerald 66345
     Kit Carson Correctional Center
     Unit AA-122 P.O. Box 2000
     Burlington Colorado 80807

Dated August 75, 2009

Dear Ms. Marshall Griffith,

I am writing this letter to inform you that your letter was received and after reading your letter about how my case was to be reviewed for lower extremity and upper extremity, well they did the lower test and told me that that this was all that was requested by your department medical staff which seemed strange to me, since the accident in this gym caused me to have nerve damage to my shoulders neck, hands and an evaluation of my neck states upper extremity is needed to be reviewed as you stated could you please contact this prison and make sure this also dealt with with for this test to be proper dealt with for me to be properly reviewed for transfer to a medical facility as they have in the within the department of corrections.

As you can see i've included a most recent Order of the Burlington Courts on the subject matter of my law suit getting hurt within the gym and my need for proper medical treatment for my injuries is needed, think about why would this place only test me for lower extremity and not upper extremity as was ordered, is it because they don't want a record of my medical troubles of my neck, back, shoulders hands, to be recorded and how they left me here in pain for two years with out proper medical treatment of all my injuries, as you review this letter I will look forward to your response.

Sincerely

Lawrence W. Fitzgerald

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236
Fax:  719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

**TO:**  Offender Fitzgerald, Lawrence #66345
KCCC

**FROM:**  Marshall Griffith, Designee
Office of the AIC (ADA Inmate Coordinator)

**RE:**  Correspondence Dated 8/5/09

**DATE:**  September 1, 2009

**Disability Status:** Per disability screening dated 7/8/09 and CMO Verification dated 8/24/09 you do not have a lower or upper extremity disability. An Accommodation Resolution will be sent to your facility as soon as possible.

I received your correspondence on 7/30/09. You have the following questions and concerns:

- You received the memo from the AIC office dated 7/10/09. You had the lower extremity mobility test and the Provider stated that this was all that was requested by the AIC. However you had damage to your shoulders, neck, and hands. An evaluation for upper extremity is needed.

I reviewed your AIC file and contacted Clinical Services at HQ. I offer the following information:

- I received your correspondence on 7/30/09. I contacted Clinical Services regarding your claims on 8/6/09. The CMO stated on 8/24/09 that you were properly screened by a DOC Provider for upper extremity disability as well as lower extremity disability. The Provider noted that in addition to your screening that you were observed without your cane carrying large commissary sacks which speak to muscular strength and grip strength. You removed Velcro shirts over your head which indicates a normal and functional range of motion. The CMO noted that the Provider documentation was more than adequate to indicate that you do not have an upper extremity disability.

**Conclusion:** You have been properly screened for disability by a qualified DOC Provider. The CMO agreed that you do not have a disability. An Accommodation Resolution will be prepared and sent to your facility. I apologize for the delay.