IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-262
Category III
Claimant: Edward Corbin, #114258
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

### ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on the letter of Claimant (*#4145*). Claimant has written to the Court seeking assistance concerning his glasses. He requests to re-open his claim. Claimant's concerns all relate to actions that have taken place over the last few months.

    Judge Kane held a hearing on September 1, 2009 and reviewed all aspects of this case. The issue of continuing jurisdiction over claims filed pursuant to Article XXXII of the Remedial Plan was argued by class counsel and counsel for Defendants. Judge Kane took the issue under advisement. Claimant's letter will be held in abeyance pending Judge Kane's order.

    IT IS HEREBY ORDERED that Claimant's letter will be accepted for filing and will be held in abeyance.

    SIGNED this 9th day of October, 2009.

                                                          BY THE COURT:

                                                          */s/ Richard M. Borchers*

                                                          _____
                                                          Richard M. Borchers
                                                          Special Master