IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-cv-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL OWENS, et al.,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2009

GREGORY C. LANGHAM
CLERK

---

Case Number: C-007
Category : C
Movant : Eldridge Griffin
Address of Movant : CTCF. P.O. Box 1010-CH7, Cañon City, CO.81215

---

## MOTION FOR ENFORCEMENT OF EXISTING REMEDIAL PLAN AND FOR RECOGNITION OF DISABILITY

    COMES NOW, the Movant, Eldridge Griffin, CDOC Inmate #85791, pursuant to Federal Rule of Civil Procedure 70(a), and enters this Motion for Enforcement.

    In support of this Motion, the Movant would state the following:

1.) - The Movant has a Vision Disability known as : Scotopic Sensitivity Syndrome. SEE: EXHIBIT A. of this Motion.

2.) - The CDOC is refusing to Accommodate the Movant fully by not issuing the Movant a Montez Accommodation Resolution.

    Montez Remedial Plan - Section V. Placement
    Subsection A.,3. <u>Permanent Vision Impairment</u>
        "Inmates who are permanently blind or who have a vision impairment not correctable to central vision acuity of 20/200 or better, even with corrective lenses."

(1)

3.) - On 09/02/2008, the Movant was transferred from Sterling Correctional Facility to DRDC.

4.) - On 09/04/2008, the Movant was transferred from DRDC to Colorado Territorial Correctional Facility.

5.) - This transfer of the Movant from Sterling to CTCF was done that the Movant might avail himself of the Developmental Disabilities Program at CTCF.

6.) - The CDOC has refused to recognize the Movant's Disability as a Vision Disability, and instead, is attempting to Classify the Movant's Disability as a Learning Disability.

7.) - The CDOC has actually given the Movant an Unofficial partial recognition by providing the Movant with special Reading Materials, which the Movant cannot read unaided.

8.) - Because the AIC has not recognized the Movant as a Montez Class Inmate, CTCF Officials refuse to provide the Movant with an OCA to aide the Movant.

Given that the CDOC has afforded the Movant partial accommodation, albeit unrecognized, by moving the Movant from Sterling to CTCF, and given that the CDOC has placed the Movant into the Developmentally Disabled programs of the CDOC, instead of recognizing the Movant's Vision Disability, the Movant would state the following :

The Movant is an unrecognized party to the Montez Class Action, and as such, is adversely affected by the actions, or non-actions of the CDOC. Therefore, the Movant, as a partially recognized Party, is entitled, under Federal Rule of Civil Procedure 65, to address this Court and to ask the court to grant the Movant's Motion and to grant the Relief the Movant prays for, as well as any other Relief which this Court may deem to be proper and just.

Even if the Movant could be deemed not to be a Party to the Montez Action, The Movant is still a partially recognized third Party and is adversely affected by the acts of the Defendants and the CDOC. As a third party adversely affected, under Federal Rule of Civil Procedure 71, the Movant is still entitled to seek Enforcement of the Montez Remedial Plan and to seek to have the Movant's true and correct Vision Disability recognized by the CDOC.

WHEREFORE, the Movant would pray this Court grant the Movant the following Relief :

(2)

The Movant seeks Relief in the nature of Written Montez Resolution Accommodation. An Accommodation which specifically identifies the the Movant's true and correct Vision Disability : Scotopic Sensitivity Syndrome.

Relief in the nature of an assigned OCA to aide the Movant in his Vision Disability.

Relief in the Nature of corrective lenses that, according to the Literature in EXHIBIT A., may possibly enable the Movant to achieve better Vision clarity.

RESPECTFULLY SUBMITTED,

*Eldridge Griffin 85791*
Eldridge Griffin, CDOC #85791
CTCF
P.O. Box 1010-CH7
Cañon City, CO.
81215

I, Eldridge Griffin, do hereby declare that the foregoing Motion is true and correct. Executed this __14TH__ day of OCTOBER 2009, at CTCF, located in Cañon City, CO. 81215.

10/14/09

*Eldridge Griffin 85791*
Eldridge Griffin,
CDOC #85791

---

CERTIFICATE OF SERVICE

---

I, Eldridge Griffin, do hereby Certify that true and correct copy of the foregoing Motion has been furnished to the Parties listed below, by United States Mail, this __16TH__ day of OCTOBER 2009, at CTCF.

10-16-09

*Eldridge Griffin 85791*
Eldridge Griffin

COPIES FURNISHED TO :

U.S. District Court
901 19th Street
Room A105
Denver, CO. 80294-3589

Office of the Attorney General
1525 Sherman Street
Fifth Floor
Denver, CO. 80203

Jennifer W. Riddle
King & Greisen, LLP
1670 York Street
Denver, CO. 80206

Special Masters Borchers
Legal Resolution Center
7907 Zenobia Street
Westminster, CO. 80030

(3)

**EXHIBIT A.**

## Scotopic Sensitivity Screening[2]

In the late 1800s European physicians and educators began to study a reading problem they called "word blindness." In several European countries, special schools were established for these struggling learners. Poor readers attended those special schools for intensive drill on phonics, sounding out words, spelling, and handwriting. Most of those struggling learners had normal eyesight. They scored 20/20 vision acuity on eye examinations. Yet when they looked at black print on white paper under bright light, they could not see to read. They became word-blind while looking at printed pages.

Persons experiencing word blindness often state that lines of words on a page swirl like a turning wheel. Words moved sideways, stacking on top of each other, then separating again. Portions of the page smeared together beyond recognition. Inside areas of words faded away and then came back. Sometimes words seemed to fall off the edge of the page. Lines rippled up and down like a flag waving. None of the educators or physicians of that day could explain what caused this vision function problem.

At the end of World War I, the American neurologist Samuel T. Orton brought the concept of word blindness to the United States. His research with these individuals showed that struggling learners in America had the same word-blind problems as those studied in Europe. However, no one could explain what cause this perplexing problem in persons who otherwise have normal vision functions.

## What Causes Scotopic Sensitivity Syndrome?

In the early 1970s, Helen Irlen made the first discovery of how to solve word-blind problems for many readers. By placing transparent colored overlays on book pages, Irlen found that, for many struggling readers, word-blind patterns go away. In 1976, Irlen named word blindness "scotopic sensitivity syndrome". She developed a method to select the correct color or combination of color overlays that can stop print distortions for many people with scotopic sensitivity.

In the early 1990s researchers discovered what causes scotopic sensitivity syndrome. These researchers found that when we look at an object, we actually see the object because of the light that is reflected from the object. The reflected light is absorbed by thousands of photoreceptors in the portion of the eye called the retina. Each photoreceptor is a tiny camera that takes a snapshot of part of what we see. These tiny snapshots of visual information are changed into fast and slow chunks. These fast and slow chunks are passed along the visual pathway to the back of the brain where the visual cortex is located. Two types of special cells carry these visual chunks down the visual pathway. Large magno cells quickly transfer fast chunks from the retina to the visual cortex. Magno cells process light impulses for luminance contrast, space, depth perception, movement, motion, and position. Small parvo cells carry slower chunks related to color, shape, curvature, form, and still images. The visual cortex must blend all of these chunks of fast and slow visual information into mental images that the brain can recognize.

Scotopic sensitivity syndrome exists when the large magno cells are not fully developed. These underdeveloped magno cells cannot transfer rapid chunks of visual information on schedule. The visual cortex creates patterns that are distorted, move about, and refuse to stay in focus. This is especially true when the eyes must look at black print on white paper under bright light. Fluorescent light is extremely poor for individuals who have scotopic sensitivity syndrome. The fluorescent light pulses rapidly. Under a pulsing fluorescent light, underdeveloped magno cells are overwhelmed by the stream of pulsing visual information that causes scotopic sensitivity syndrome patterns during reading.

## Recommended Further Reading

The Light Barrier: Understanding the Mystery of Irlen Syndrome and Light-Based Reading, by Robert Dobrin, MD and Rhonda Stone. St. Martins Press, 2003. NY, NY.

Reading by the Colors, by Helen Irlen. Penguin Press. 2005. NY, NY.

# Michigan Adult Learning & Technology Center



# Narrative

## Scotopic Sensitivity Syndrome
by Kim Marie Wood

Cecil O'Brie's former co-workers were surprised that the thirty-seven year old man was going back to school. They were even more surprised that Cecil was returning to complete the GED. And they would have been shocked to learn that he tested at a third grade reading level.

An articulate and soft-spoken man, Cecil has struggled with reading his entire life. Frustrated and discouraged, he dropped out of school in ninth grade. This limited him to mostly manual labor jobs. When he enrolled in the GED program at the Kalamazoo Adult High School last September, Cecil was determined to get the education he wanted and needed. There he met Janet Beerbower, reading teacher for the Adult Basic Education and GED programs. "Cecil worked hard but he struggled to make progress," said Janet. "When reading aloud, it became evident that he was running sentences together, without notice of punctuation. Because of this, what he read had no meaning." His eyes were also extremely sensitive to light and his eyes tired quickly." Both daylight and room light gave me terrible headaches. At home I lived in a very dark environment and I avoided going out in bright sunlight whenever possible," shared Cecil.

Janet had attended a training session at the Irlen Clinic in Evanston, Illinois to learn about a form of dyslexia referred to as Scotopic Sensitivity Syndrome. Known as SSS, it is a dysfunction of the visual system caused by an over-sensitivity to certain wavelengths (colors) of full spectrum light. It is estimated that one out of every ten to fifteen people have some degree of SSS. She began to suspect that this may be the secret to unlocking Cecil's ability to read. Persons with SSS see the printed word differently. For some, words seem to swim across the page. For others, they swirl in a circular motion. Cecil seemed to have what is called the "rivers" effect, where the words on the printed page run together.

Cecil had already undergone a complete eye exam with an eye care professional, and had corrective lenses prescribed for his vision. Janet did a preliminary SSS screening with Cecil in early January, which is done with a wide range of colored overlays to see if the reading distortions improve. She is determined that Cecil should be referred to a specialist in Ann Arbor for a thorough evaluation. Normally a $200 visit, Janet had "won" a free examination for one student at the training session. The examination evaluates vision using a range of more than 150 different distinct shades, to determine which shade is right for each individual.

In February, Cecil made the trip to Ann Arbor with Doug Wood, Kalamazoo Adult Education Principal. "It was a bright, sunny winter day, and my head started to hurt as we drove to Ann Arbor," remembered Cecil. "But when we got there, the specialist knew what kind of environment I needed and her office and everything was in low light." The color of tinting to best help Cecil's SSS turned out to be a very deep purple. his regular glasses were sent to California for the special coating. The $75 cost was covered by a Kalamazoo Adult Education student council scholarship.

Today Cecil is reading at an eighth grade level, and is expected to earn his GED within the next six months. He plans to complete a welding course so he can begin an apprenticeship as a tool and die maker in the fall. An unexpected change also awaited Cecil with his tinted lenses. "When I went back to my hometown recently, friends and relatives did not recognize me right away. Before, my face had always been strained and scrunched up with stress. Without the headaches and the stress, I look like a different person!"

### What is the Cause of Irlen Syndrome, and Why do Colors Help?

Although the exact cause of Irlen Syndrome has yet to be established, it has been shown to be a visual-perceptual problem, originating either in the retina of the eye or in visual cortex in the brain. The following is a hypothetical explanation, based on current research into this syndrome.

In the visual system, there are two separate visual processing pathways, the Magnocellular, or Fast, and the Parvocellular, or Slow. The Fast pathway does not see colours, and is responsible for discerning movement, depth, and high contrast images. The Slow pathway determines colour, fine details and resolves low contrast images. The Fast pathway is also responsible for inhibiting the slow pathway when the eyes are moved, so that the image of what was previously being looked at does not persist. It appears that in people with Irlen Syndrome, the Fast pathway is disabled to some extent. This seems to affect the ability of the Fast pathway to inhibit the Slow pathway, which in turn results in images persisting when the eyes are moved. As a result, the brain perceives overlapping images. In severe cases, when the brain tries to interpret these images, it perceives images that aren't there. The individual may "see" letters moving on the page, blurring, or forming strange patterns. In less severe cases, the misperceptions do not occur but the brain expends more energy to interpret the images than is required by most people, resulting in headaches, eyestrain, and/or fatigue. These problems generally get worse the longer a person tries to read.

Bright lights, fluorescent lights, or glossy paper will often make the problems worse, as the extreme contrast will increase the problem of persistent images. Irlen Syndrome manifests itself most strongly when reading words or music, because of the repetitive patterns on the page. The patterns of words on the page and persistent images when the eyes scan across the page will jumble in a manner that is difficult for the brain to interpret properly. The Irlen Method screens the individual with a wide array of colour filters, to find the most suitable colour. The colour filters act by blocking some of the light which would normally activate the Slow visual pathway, in effect taking over the inhibitory role of the Fast pathway, and this appears to reduce or eliminate the persistent images. This stops the confusing signals from being sent to the brain, and the person will see the page more normally and easily. The treatment usually also helps individuals who experience other problems, such as depth perception or night driving difficulties.

### Treatment and Results

The treatment for Irlen Syndrome involves using colour overlays to alter the contrast between the words and the page. Once the proper colour combination has been determined through an extensive screening assessment, overlays of that colour are placed over the page while reading. As a second step, tinted glasses are recommended for most people. Although the treatment is simple, the results are often very dramatic. The use of the colour filters will allow a person with Irlen Syndrome to see the words on the page clearly. The individual can then develop the skills necessary for efficient reading. Once the skills are in place, individuals can read for long periods without discomfort. Therefore, the affected individual can more effectively practice reading, one of the most important elements in learning how to

INTERVIEW OBSERVATIONS:

The attitude of Mr. Griffin toward me was within normal limits. His statements appeared to be truthful and representative of the situation. He had difficulty providing details due to an impaired memory.

EMOTIONAL, DEVELOPMENT AND TEMPERAMENT:

Anxious, insecure, depressed, and takes a passive role in his environment.

DISCUSSION:

Mr. Griffin is a man of very limited abilities in all areas of life. The fact that he is keenly aware of this has only exacerbated his emotional reaction to it. He feels that he is only a burden on others, which will only hasten his decline if others grows weary of helping him. He summed it up by saying, "Sometimes, I feel that I'm in life's way, and that's why it so mean to me. I get so angry; I just want a chance to live. I'm going to end up in some gutter."

DIAGNOSES:

AXIS I:   Major Depressive Disorder, recurrent, severe without psychotic features (296.33).
          Anxiety Disorder due to head trauma (293.89).
AXIS II:  Mild Mental Retardation (317).
AXIS III: Head trauma, high blood pressure, migraine headaches, scotopic sensitivity disorder.
AXIS IV:  Death of mother; lacks adequate social skills; isolates himself from others; living with others temporarily; inadequate income to meet his needs; psychological manifestation of head trauma.
AXIS V:   GAF = 32.

PROGNOSIS:

Positive prognostic indicators include others who take an interest in him; spiritual support from his church; participates in religious activities; avoids substance abuse; and has some capacity for directed dialogue dealing with important personal issues. One negative factor is his future living circumstances.

The prognosis for improvement in his emotional state ranges from fair to poor without prompt intervention. I suggested to Mr.