# ATTACHMENT 1

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO 80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO 80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO 80229*
*Tel: 303-252-9966  FAX: 303-252-9120*

May 13, 2008

Jennifer Riddle, Attorney at Law
King and Greisen, LLT
1670 York Street
Denver, CO 80206

**Speech-Language Services**

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

**Audiology Services**

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

Dear Ms. Riddle:

Thank you for meeting with me last week. It assisted greatly in my understanding of the class action against the Colorado Penitentiary System. I have double spaced this correspondence to allow room for you to write notes if needed.

I would first like to start with some comments on the current hearing screening system. It is my understanding that currently this system uses a finger snap and whispered voice to screen for a hearing loss; the use of which is antiquated and inaccurate. A finger snap, and its subsequent loudness and frequency response, is entirely dependent upon the individual and his or her fingers. Whispered voice is no longer used due to the variability between voices. The content of the whispered message is simply too large to allow its usage. In addition, certain hearing losses, depending on the slope of the loss, will pass a whispered voice test even when a significant hearing loss is

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

Highlands Ranch Health Care Plaza
206 West County Line Road, Suite 230
Highlands Ranch, CO 80129
Tel: 303-791-4216  FAX: 303-791-4219

Wilmore Speech & Hearing
7777 West 38th Avenue, #A-114
Wheat Ridge, CO 80033
Tel: 303-403-9964  FAX: 303-432-3717

Thornton Hearing Center
9141 Grant Street, Suite 220
Thornton, CO 80229
Tel: 303-252-9966 FAX: 303-252-9120

Speech-Language Services

* Speech-Language Disorders
* Delayed Speech
* Delayed Articulation
* Fluency
* Learning Disabilities
* Voice Disorders
* Video Stroboscopy
* Swallowing Disorders
* Vocal Fold Dysfunction
* Adult & Children

Audiology Services

* Diagnostics
* Hearing Aids Classic Models Programmables Digital Models
* Hearing Aid Evaluations
* Hearing Aid Repairs Batteries
* Accessories
* Evoked Potentials: BAER ECoG VER SEP

present. I know of no institution or clinic currently using whispered voice or a finger snap and I strongly advise against the use of both tests.

If an inmate has been prescribed to wear aids in both ears and wears two hearing aids it is uncalled for to require him or her to remove one when entering the penal system. Stating that only one aided ear is all that is needed is lacking severely in clinical support. If one aid is removed, the signal from that side, be it voice commands or non-voiced, will be distorted when traveling across the head. The remaining hearing aid will amplify what it receives and a distorted, inaccurate signal will be received from the other side of the head. In a reflective hard surface environment, as are found in most penal institutions, a hearing impaired individual will need two amplified ears to understand commands as well as possible. Even then, his or her reception of spoken commands may not be perfect.

Almost 30 years ago I started advising hearing aid users to remove their hearing aids before sleeping; including short naps. This keeps the aids from falling out during sleep and preventing them from being lost or broken. More importantly, it keeps the aids from ulcerating the skin of the external ear or auditory canal during sleep. Such ulcerations can lead to life threatening infections or to a sore that keeps the individual from wearing their

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

**Speech-Language Services**
- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**
- Diagnostics
- Hearing Aids Classic Models Programmables Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials: BAER ECoG VER SEP

prescribed amplification devices.  I advise all parties not to insist on aids being worn while the wearer is sleeping due to the serious damage this can cause to the wearer's ear or the aid.  Furthermore, hearing aids should not be worn in showers as they are not waterproof.  Many modern hearing aids have microphone filters that will plug up almost instantly when exposed to a drop of water and will require repair by a professional.

Lastly, I would like to offer my thoughts on a screening center that will meet the audiometric needs of the Colorado Penal System.  Such a center will not simply screen inmates because such a screening would require expensive and time consuming follow-ups to determine why a screening failed and the exact level of the residual hearing.  Devices designed to test new born babies or screen any subject for hearing loss are not appropriate for use in this setting.  If one chooses a BSER system, it is biased to 3,000Hz, which is due to the ears resonance frequency and the cochlear hair cell count.  This device is for screening only, and is not used to determine threshold.  The use of Otoacoustic Emissions, a screening device used in children, is not reliable.  Emissions may be totally absent in the event of positive or negative pressure in the ears; which is commonly associated with location changes within Colorado's various altitudes.  Therefore, the main purpose of a testing center within the Colorado penal system should be to determine an inmate's auditory

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO 80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO 80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO 80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

*Speech-Language Services*

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

*Audiology Services*

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

sensitivities precisely at all commonly heard frequencies, as well as determine how well they are able to understand speech. This is accomplished by the following:

1. Acquiring a sound treated room and placing it in the testing facility.

2. Acquiring a pure tone air, bone, and speech audiometer with accompanying transducers.

3. Acquiring a trained professional to administer hearing tests.

4. Calibrating the audiometric equipment yearly.

5. Testing for threshold at the appropriate frequencies, testing for reception level of speech, and testing in appropriate language for ability to discriminate speech.

An alternative to the above is to screen inmates using pure tones. Individuals who fail this test would then be referred to a specialist. However, time constraints make this an impracticable option as it is not uncommon to wait two weeks for an appointment. Sending an inmate to a special place for a

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO 80129*
*Tel: 303-791-4216 FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO 80033*
*Tel: 303-403-9964 FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO 80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

hearing evaluation may also place undue strain on an already overworked staff of state employees.

### Speech-Language Services

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

### Audiology Services

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

The best way for the Colorado penal system to meet court requirements is to purchase a sound booth, an audiometer, obtain speech materials in several languages, hire a trained professional, and test any inmates who answer positively to the following questions.

A.  Do you have a hearing loss?

B.  Do you wear amplification?

The sound booth and audiometric equipment can be purchased from one of the following providers.

**MSR West**
P.O. Box 18176
Boulder, CO 80308
Or
1400 Main Street
Louisville, CO 80027
Owner: Roger Ott
303-604-0044

**Western Acoustics**
700 Billings
Aurora, CO 80011
Owner: Bill Van Cleve
303-617-9809

I hope this is of help to all concerned.

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.

### Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO 80129*
*Tel: 303-791-4216 FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO 80033*
*Tel: 303-403-9964 FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO 80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

Sincerely,

Darrel L. Teter, Ph.D.
D.L. Teter Ph.D., & Associates
www.dlteter.com

**Speech-Language Services**

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

**Audiology Services**

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials: BAER ECoG VER SEP*

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*          *Wilmore Speech & Hearing*          *Thornton Hearing Center*
*206 West County Line Road, Suite 230*       *7777 West 38th Avenue, #A-114*     *9141 Grant Street, Suite 220*
*Highlands Ranch, CO  80129*                 *Wheat Ridge, CO  80033*            *Thornton, CO  80229*
*Tel: 303-791-4216  FAX: 303-791-4219*       *Tel: 303-403-9964  FAX: 303-432-3717*  *Tel: 303-252-9966  FAX: 303-252-9120*

*Speech-Language
Services*

o   *Speech-Language
     Disorders*

o   *Delayed Speech*

o   *Delayed
     Articulation*

o   *Fluency*

o   *Learning
     Disabilities*

o   *Voice Disorders*

o   *Video
     Stroboscopy*

o   *Swallowing
     Disorders*

o   *Vocal Fold
     Dysfunction*

o   *Adult & Children*


*Audiology Services*

o   *Diagnostics*

o   *Hearing Aids
     Classic Models
     Programmables
     Digital Models*

o   *Hearing Aid
     Evaluations*

o   *Hearing Aid
     Repairs
     Batteries*

o   *Accessories*

o   *Evoked
     Potentials.
     B.A.E.R
     ECoG
     VER
     SEP*

August 12, 2008


Dear Ms. Riddle:

I have reviewed the hearing testing and fitting criteria that the D.O.C. has

suggested. Here is my report.


Often professionals will use an average to determine the number of a given

entity. An average is responsive to the size of the sample and the lowest and

highest numbers in that sample. In pure tone audiology the size of the sample

is limited by the number of frequencies tested, or included in the average.

Furthermore, the decibel numbers in the audiogram are not linear, but rather

nonlinear, numbers. The user of decibel averages uses the numbers as though

they were linear. For example, The Department of Corrections for the State of

Colorado is suggesting the use of a four frequency average to determine if a

hearing loss exists. The four frequencies, as I recall, are 500 Hz, 1,000 Hz,

2,000 Hz and 4,000 Hz. Now consider some varying scenarios. Supposing

the "offender" had a hearing loss of zero decibels at 500 Hz, 1,000 Hz, 2,000

Hz and 80 dB at 4,000 Hz. Using an averaging technique 4 into 80 – the

"offenders" average is 20 dB. Supposing the "offenders" has a loss of 20 dB

# DARREL L. TETER, Ph.D.  AND ASSOCIATES, INC.

*Speech & Hearing Clinics*

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966  FAX: 303-252-9120*

*Speech-Language*
*Services*

○  *Speech-Language*
   *Disorders*

○  *Delayed Speech*

●  *Delayed*
   *articulation*

●  *Fluency*

●  *Learning*
   *Disabilities*

●  *Voice Disorders*

●  *Video*
   *Stroboscopy*

●  *Swallowing*
   *Disorders*

●  *Vocal Fold*
   *Dysfunction*

●  *Adult & Children*

*Audiology Services*

●  *Diagnostics*

○  *Hearing Aids*
   *Classic Models*
   *Programmables*
   *Digital Models*

○  *Hearing Aid*
   *Evaluations*

○  *Hearing Aid*
   *Repairs*
   *Batteries*

●  *Accessories*

○  *Evoked*
   *Potentials·*
   *nAER*
   *ECoG*
   *VER*
   *SEP*

at 500 Hz thru 2,000 Hz and a loss of 100 dB at 4,000 Hz. The total is 4 into

160 or only 40 dB. This loss will not qualify for amplification under

Colorado Division of Correction rules.

Consider now another problem. If the "offender" has – 5 dB or – 10 dB at

500 Hz, 1,000 Hz and 2,000 Hz, and then a significant loss, let's say 80 Db at

4,000 Hz. How will the Department of Corrections calculate this audiogram?

Do we add the minus numbers and then subtract them from the one positive

number? I know how to do this, does the Department of Corrections? For

your benefit a loss of 30 dB is a loss of 1,000 times the energy necessary to

show zero level sensitivity. A loss of 60dB is one million times above zero

sensitivity. Now you are acquainted with the problem of using an average, as

well as the problem which arise from treating the decibel as a linear number.

Now to the problem of a unilateral hearing loss.

I do not know of a hearing health care professional who (1) would not amplify

a unilateral loss if it's severity indicated amplification and (2) who would not

consider an individual with a moderate to severe loss as acoustically

handicapped with a hearing disability. To declare such a loss of hearing non-

handicapping and not a disability is only done to support a budget. I also do

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
*Speech & Hearing Clinics*

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmora Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966 FAX: 303-252-9120*

not know a hearing health care individual who would use a different decibel

level for unilateral amplification then for binaural amplification.

*Speech-Language Services*

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

*Audiology Services*

- Diagnostics
- Hearing Aids Classic Models Programmables Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials BAER ECoG VER SEP

In 1979 the AAO Committee on Hearing and Equilibrium revised their

"Guide for the Evaluation of Hearing Handicap". This guide used the average

at 500 Hz, 1,000 Hz, 2,000 Hz and 3,000 Hz. Every dB over 25 dB average

was given 1.5% weight in determining compensation. The poorer ear (using a

two ear test) was given a weight of 5 out of 6 and the better ear a weight of 1.

This committee some 30 years ago recognized that a unilateral loss was

handicapping and disabling.


In order to perceive and discriminate a signal, that signal, and we now must

talk about a speech signal, since it is to be discriminated, must be 7 to 9 dB

above any noise in the environment. A unilateral loss provides the "offender"

with a 10dB signal to noise depravation. Thus when speech comes from the

side with the loss some 10 dB are lost in signal to noise ration. This must be

added to the unilateral hearing loss. Thus discrimination is poor, the patient is

obviously handicapped and thus disabled.

Even the non trained can understand how disabling a unilateral loss can be

when (1) any noise is present on the side without the loss, and the signal to be

perceived comes from the side with the hearing loss. To suggest that such a

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## *Speech & Hearing Clinics*

| | | |
|---|---|---|
| *Highlands Ranch Health Care Plaza*<br>*206 West County Line Road, Suite 230*<br>*Highlands Ranch, CO  80129*<br>*Tel: 303-791-4216  FAX: 303-791-4219* | *Wilmore Speech & Hearing*<br>*7777 West 38th Avenue, #A-114*<br>*Wheat Ridge, CO  80033*<br>*Tel: 303-403-9964  FAX: 303-432-3717* | *Thornton Hearing Center*<br>*9141 Grant Street, Suite 220*<br>*Thornton, CO  80229*<br>*Tel: 303-252-9966  FAX: 303-252-9120* |

*Speech-Language Services*

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

*Audiology Services*

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials, BAER ECoG VER SEP*

situation is not disabling shows a lack of knowledge of signal to noise as well as the head shadow effect upon speech.

Only the individual with a unilateral hearing loss can understand the problems of reverberation, of off sided speech discrimination, of speech discrimination in noise, and of the loss of signal to noise vs. gain. Two equal ears will improve your ability to discriminate by 15-25%. This monaural loss and it's disabling listening problem was defined in detail by J.D. Harris in his 1973 book "Harris on Audiology".

So it can be readily understood that a monaural loss is disabling . It causes the disabled listener difficulty in discrimination when the speech signal is on the side of the loss, and difficulty when the speech signal must travel across the head. This has been known in the medical and audiological literature for over three decades.

Now let's evaluate the difficulties of amplifying unilaterally. First let's consider that both ears have a loss, the one being amplified is worse, but it meets a certain criteria. First of all the fitter has been forced to abandon one ear, and fit the other ear. If both ears have a hearing loss, both ears should be fit. .

When one ear is fit (and often our profession only fits one ear) the following hearing disabilities occur:

# DARREL L. TETER, Ph.D.  AND ASSOCIATES, INC.
## Speech & Hearing Clinics

| | | |
|---|---|---|
| *Highlands Ranch Health Care Plaza* | *Wilmore Speech & Hearing* | *Thornton Hearing Center* |
| *206 West County Line Road, Suite 230* | *7777 West 38th Avenue, #A-114* | *9141 Grant Street, Suite 220* |
| *Highlands Ranch, CO 80129* | *Wheat Ridge, CO 80033* | *Thornton, CO 80229* |
| *Tel: 303-791-4216  FAX: 303-791-4219* | *Tel: 303-403-9964  FAX: 303-432-3717* | *Tel: 303-252-9966 FAX: 303-252-9120* |

Speech-Language
Services

· Speech-Language
  Disorders

· Delayed Speech

· Delayed
  Articulation

· Fluency

· Learning
  Disabilities

· Voice Disorders

· Video
  Stroboscopy

· Swallowing
  Disorders

· Vocal Fold
  Dysfunction

· Adult & Children

Audiology Services

· Diagnostics

· Hearing Aids
  Classic Models
  Programmable
  Digital Models

· Hearing Aid
  Evaluations

· Hearing Aid
  Repairs
  Batteries

· Accessories

· Evoked
  Potentials,
  BAER
  ECoG
  VER
  SEP

(1) The wearer does not do well in noise from any direction.

(2) If the noise is from the off side (the ear not wearing a hearing aid) the noise arrives at the brainstem first and usually less loud, when the noise crosses the head the aided side now receives it. Louder and later. The brainstem cannot process listening in noise as well with this confusion caused by unilateral fitting.

(3) In modern hearing aids phase reversal is common – to avoid feedback and to avoid hearing difficulties in noise. When a unilateral fit aid reverses phase the wearer may feel that the received sound, is originating from the opposite side. Thus the statement, that a unilateral loss and a unilateral fit has difficulty localizing sound.

(4) The unilateral fit is severely disabled when noise is on the side of the aid and he or she must receive speech from the other side. Again the upward spread of making, the head shadow and signal to noise loss make speech discrimination difficult. Now let's talk again about the disabilities of the unilateral loss when not wearing an aid. Such an individual is often difficult to arouse when sleeping with the poor ear up. He or she can not hear alarms, cannot hear emergency warning devices, such as standard alarm clocks. When a unilateral loss, fit with an aid, gets a sore ear or has the hearing aid repaired, and thus can not wear, or use the aid they are then more severely disabled

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
### Speech & Hearing Clinics

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO 80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38ᵗʰ Avenue, #A-114*
*Wheat Ridge, CO 80033*
*Tel. 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO 80229*
*Tel: 303-252-9966  FAX: 303-252-9120*

**Speech-Language Services**

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

**Audiology Services**

- Diagnostics
- Hearing Aids Classic Models Programmables Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs Batteries
- Accessories
- Evoked Potentials, BAER ECoG VER SEP

acoustically. Without any amplification the unilateral loss may be more disabled than a bilateral loss, wearing two aids, only one is off for repair.

In short a unilateral loss is severely disabled. I have agreed to a rather confusing average level to determine the need for hearing aid fitting. If an "offender" meets the agreed upon criteria for hearing aid usage, in both ears I would fit him or her. If an "offender" only meets fitting criteria in one ear, and the audiologist chooses to fit unilaterally this does not mean that the aid wearer does not have a disability. I have tried to point out that unilateral amplification and it's accompanying disabilities have been known and dealt with for decades, by both the medical and the audiological fields.

I hope that this helps you in your determination.

Sincerely,

Darrel L. Teter, Ph.D.

08/11/2008   21:05   3037914219                                                    PAGE  08/09

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.
## Speech & Hearing Clinics

| | | |
|---|---|---|
| *Highlands Ranch Health Care Plaza*<br>*206 West County Line Road, Suite 230*<br>*Highlands Ranch CO 80129*<br>*Tel. 303-791-4216 FAX: 303-791-4219* | *Wilmore Speech & Hearing*<br>*7777 West 38th Avenue, #A-114*<br>*Wheat Ridge, CO 80033*<br>*Tel: 303-403-9964 FAX: 303-432-3717* | *Thornton Hearing Center*<br>*9141 Grant Street, Suite 220*<br>*Thornton, CO 80229*<br>*Tel: 303-252-9966 FAX: 303-252-9120* |

# SENTENCES

**Bearing High Frequency Consonants.**
**To be spoken in a normal voice from 6 feet behind the offender.**

*Choose 10*

1. Can you <u>fix</u> it?

2. Our <u>staff</u> is complete.

3. He <u>eats</u> a lot.

4. Do you <u>have</u> a hat?

5. This <u>cup</u> is full.

6. I like <u>coke</u> and candy.

7. We have a nurse for <u>sick</u> inmates.

8. This <u>seat</u> is taken.

9. The <u>heat</u> is terrible.

10. How do you keep <u>fit</u>?

11. That chair looks <u>soft</u>.

12. Have a <u>seat</u>.

13. Look out for the <u>steps</u>.

14. He will <u>seek</u> help.

15. <u>Pass</u> the coffee.

16. I don't <u>stop</u> the bus.

---

*Speech-Language Services*

- Speech-Language Disorders
- Delayed Speech
- Delayed Articulation
- Fluency
- Learning Disabilities
- Voice Disorders
- Video Stroboscopy
- Swallowing Disorders
- Vocal Fold Dysfunction
- Adult & Children

*Audiology Services*

- Diagnostics
- Hearing Aids
  Classic Models
  Programmables
  Digital Models
- Hearing Aid Evaluations
- Hearing Aid Repairs
  Batteries
- Accessories
- Evoked Potentials.
  BAER
  ECoG
  VER
  SEP

# DARREL L. TETER, Ph.D. AND ASSOCIATES, INC.

### *Speech & Hearing Clinics*

*Highlands Ranch Health Care Plaza*
*206 West County Line Road, Suite 230*
*Highlands Ranch, CO  80129*
*Tel: 303-791-4216  FAX: 303-791-4219*

*Wilmore Speech & Hearing*
*7777 West 38th Avenue, #A-114*
*Wheat Ridge, CO  80033*
*Tel: 303-403-9964  FAX: 303-432-3717*

*Thornton Hearing Center*
*9141 Grant Street, Suite 220*
*Thornton, CO  80229*
*Tel: 303-252-9966  FAX: 303-252-9130*

17. Use <u>soap</u> when you wash.

18. I'm <u>sick</u> of the whole thing.

19. He <u>fixed</u> the car.

20. It will <u>pop</u> out.

21. <u>Cut</u> the baloney.

22. What the <u>heck</u> is it.

23. Don't <u>hit</u> me.

24. He did not <u>act</u> alone.

25. I need <u>six</u> dollars.

26. We are going to the <u>coast</u>.

27. Make a <u>fist</u>.

## Speech-Language Services

- *Speech-Language Disorders*
- *Delayed Speech*
- *Delayed Articulation*
- *Fluency*
- *Learning Disabilities*
- *Voice Disorders*
- *Video Stroboscopy*
- *Swallowing Disorders*
- *Vocal Fold Dysfunction*
- *Adult & Children*

## Audiology Services

- *Diagnostics*
- *Hearing Aids Classic Models Programmables Digital Models*
- *Hearing Aid Evaluations*
- *Hearing Aid Repairs Batteries*
- *Accessories*
- *Evoked Potentials BAER ECoG VER SEP*

# DARREL L. TETER, PhD. AND ASSOCIATES, INC.

## *Speech & Hearing Clinics*

| | | |
|---|---|---|
| *Highlands Ranch Health Care Plaza*<br>*206 W. County Line Rd, Suite 230*<br>*Highlands Ranch, CO 80129*<br>*Tele. 303-791-4216 Fax:303-791-4219* | *Wilmore Speech & Hearing*<br>*7777 W. 38th Ave. #A-114*<br>*Wheat Ridge, CO 80033*<br>*Tele: 303-403-9964 Fax. 303-432-3717* | *Thornton Hearing Center*<br>*9141 Grant Street, Suite 220*<br>*Thornton, CO 80229*<br>*Tele. 303-252-9966 Fax: 303-252-9120* |

**Speech-Language**
**Services**

* *Speech-Language Disorders*

* *Delayed Speech*

* *Delayed Articulation*

* *Fluency*

* *Learning Disabilities*

* *Voice Disorders*

* *Video Stroboscopy*

* *Swallowing Disorders*

* *Vocal Fold Dysfunction*

* *Adult & Children*

**Audiology Services**

* *Diagnostics*

* *Hearing Aids*
  *Classic Models*
  *Programmables*
  *Digital Models*

* *Hearing Aid Evaluations*

* *Hearing Aid Repairs Batteries*

* *Accessories*

* *Evoked Potentials:*
  *BAER*
  *ECoG*
  *VER*
  *SEP*

September 12, 2008

Jennifer Riddle
King & Gruson
1670 York Street
Denver, CO  80206

Dear Ms. Riddle:

I have received the documents that you recently sent over from the DOC to support their stance on unilateral hearing loss.

This document is four years old and was written as a position statement by the World Health Organization for Developing Countries.  Its content came from a 1998 workshop for the most appropriate hearing aid services in countries with limited resources.  I was not aware that the United States was a developing country with limited resources.

It is my belief that applying the guidelines of the World Health Organization to the United States is not supportable.  These guidelines were mandated so that manufacturers could produce hearing aids "at low cost and in bulk" and, at present, are extremely outdated.  To suggest that these guidelines should apply to the state of Colorado's Department of Corrections and for the inmates within it's system suffering from hearing loss would be, in my opinion, imprudent.

Should you need any further assistance, feel free to contact me at your convenience.

Sincerely,

Darrel L. Teter, Ph.D.

SIGNED IN DR. TETER'S
ABSENCE, TO AVOID DELAY

09/11/2008  22:14    3037914219                                          PAGE  03/06
  SEP 09 2008 1:53PM    HP LASERJET 3200                                   p.2

Original: English

# GUIDELINES FOR HEARING AIDS AND SERVICES FOR DEVELOPING COUNTRIES

## Second Edition
## September 2004



World Health Organization
Prevention of Blindness and Deafness (PBD)

09/11/2008  22:14    3037914219                                                    PAGE  04/06
  SEP 09 2008 1:53PM    HP LASERJET 3200                                            p.3

Guidelines for Hearing Aids and Services for Developing Countries (2ⁿᵈ Edition)

## 1   INTRODUCTION

WHO has estimated[1] that in 2001 250 million persons in the world have disabling hearing impairment†; the burden is estimated to be approximately twice as large in developing countries as in developed countries[2].Total world production of hearing aids is less than one tenth of the global need; 75% of the annual production are distributed to North America and Europe and 25% to the rest of the world. Japan, Australia and New Zealand account for over half of these and the remainder are distributed in developing countries[3]. Where hearing aids and services are available they are generally expensive and often inappropriate for developing countries[4]. It is important to determine accurately the extent of the need for these items in developing countries and what would be the most appropriate solutions[5].

WHO has addressed these issues at a consultation held at the European Regional Office in 1990[6] and more recently at the WHO/CBM Workshop on Hearing Aid Services in 1998[3]. The latter meeting made recommendations on the most appropriate type of hearing aid and service provision in countries with limited resources and how these might be provided. Consensus was reached concerning hearing aids as part of a hearing health system: "A hearing aid should be regarded as only one component of a hearing health system that includes the ear mould, batteries, maintenance, repair, instruction, and rehabilitation". Hearing aids and the services to provide them should be appropriate, acceptable, affordable, and available[7].

The 1998 meeting recommended that a small working group of experts should be convened by WHO to develop detailed specifications for appropriate hearing aids and services for developing countries. Thus, the Hearing Aids Working Group (HAWG) was set up and commenced work in 1999.

The HAWG was asked to draw up guidelines for requirements for hearing aids and their accessories and services so that they would be appropriate and affordable for developing countries, and so that manufacturers could produce them at low cost and in bulk. The group was also asked to use these guidelines to help set up a meeting with interested societies of hearing aid manufacturers to determine possibilities for future production (see Annex 1 for the group's terms of reference).

For these guidelines the Hearing Aids Working Group decided to focus particularly on the following issues:-

- to set-up minimal requirements for low cost hearing aids for developing countries,
- to propose solutions for ear moulds,
- to propose solutions concerning batteries,
- to propose systems for delivery of the whole package of services.

The group decided not to address the following elements of the terms of reference: "consider and make recommendations on method and location of manufacture and

---

† **WHO DEFINITIONS OF DISABLING HEARING IMPAIRMENT**[a]:

Disabling hearing impairment in adults should be defined as a permanent unaided hearing threshold level for the better ear of 41 dB or greater; for this purpose the "hearing threshold level" is to be taken as the better ear average hearing threshold level for the four frequencies 0.5, 1, 2, and 4 kHz."

Disabling hearing impairment in children under the age of 15 years should be defined as a permanent unaided hearing threshold level for the better ear of 31 dB or greater, for this purpose the "hearing threshold level" is to be taken as the better ear average hearing threshold level for the four frequencies 0.5, 1, 2, and 4 kHz."

[Note that the term "hearing impairment" without the epithet "disabling" is taken to mean a hearing problem of any level or all levels of severity.]

WHO | Grades of hearing impairment

Page 1 of 1

 **World Health Organization**

## Grades of hearing impairment

| Grade of impairment | Corresponding audiometric ISO value | Performance | Recommendations |
|---|---|---|---|
| 0 - No impairment | 25 dB or better (better ear) | No or very slight hearing problems. Able to hear whispers. | |
| 1 - Slight impairment | 26-40 dB (better ear) | Able to hear and repeat words spoken in normal voice at 1 metre. | Counselling. Hearing aids may be needed. |
| 2 - Moderate impairment | 41-60 dB (better ear) | Able to hear and repeat words spoken in raised voice at 1 metre. | Hearing aids usually recommended. |
| 3 - Severe impairment | 61-80 dB (better ear) | Able to hear some words when shouted into better ear. | Hearing aids needed. If no hearing aids available, lip-reading and signing should be taught. |
| 4 - Profound impairment including deafness | 81 dB or greater (better ear) | Unable to hear and understand even a shouted voice. | Hearing aids may help understanding words. Additional rehabilitation needed. Lip-reading and sometimes signing essential. |

Grades 2, 3 and 4 are classified as disabling hearing impairment.

The audiometric ISO values are averages of values at 500, 1000, 2000, 4000 Hz.

09/11/2008  22:14   3037914219                                    PAGE  06/06
SEP 09 2008 1:53PM   HP LASERJET 3200                              P.5

WHO | Grades of hearing impairment                               Page 1 of 1




⊛ All WHO ◯ This site only

**Home**

**About WHO**

**Countries**

**Health topics**

**Publications**

**Data and statistics**

**Programmes and projects**

**PBD home**

**Blindness**

**Deafness**

**Documents & publications**

**Prevention of blindness and deafness**

WHO > Programmes and projects > Prevention of blindness and deafness (PBD) > Prevention of deafness and hearing unreatment

⊕ printable version

## Grades of hearing impairment

| Grade of Impairment | Corresponding audiometric ISO value | Performance | Recommendations |
|---|---|---|---|
| 0 - No impairment | 25 dB or better (better ear) | No or very slight hearing problems. Able to hear whispers. | |
| 1 - Slight impairment | 26-40 dB (better ear) | Able to hear and repeat words spoken in normal voice at 1 metre. | Counselling. Hearing aids may be needed. |
| 2 - Moderate impairment | 41-60 dB (better ear) | Able to hear and repeat words spoken in raised voice at 1 metre. | Hearing aids usually recommended. |
| 3 - Severe impairment | 61-80 dB (better ear) | Able to hear some words when shouted into better ear. | Hearing aids needed. If no hearing aids available, lip-reading and signing should be taught. |
| 4 - Profound impairment Including deafness | 81 dB or greater (better ear) | Unable to hear and understand even a shouted voice. | Hearing aids may help understanding words. Additional rehabilitation needed. Lip-reading and sometimes signing essential. |

Grades 2, 3 and 4 are classified as disabling hearing impairment.

The audiometric ISO values are averages of values at 500, 1000, 2000, 4000 Hz.

Contacts | E-mail scams | Employment | FAQs | Feedback | Privacy | RSS feeds
© WHO 2008

# Darrel L. Teter, Ph.D.

## Consultation in Speech and Hearing Disorders

**411 South Peakview Drive**
**Castle Rock, Colorado 80109**
**(303) 660-6617**

January 22, 2009

Ms Jennifer Riddle, Attorney at Law
King and Greisen, LLP
1670 York Street
Denver, CO 80206

Ms. Riddle,

I am in receipt of the letter from Robert James, M.D. His letter is designed to refute my comments regarding the audiological and acoustical considerations of the incarcerated in the State of Colorado Penal System. Since the letter from Dr. Jones is disjointed and very incorrect in most of its assertions, my response will be somewhat disjointed but hopefully, very correct.

I initially must respond to the fact that Dr. Jones is an M.D. and is medically trained. I am not medically trained and hold a Ph.D. in Communication Disorders. The vast majority of my research, publications, and clinical work has been in hearing loss and selection of amplification for same. Since Dr. Jones is an M.D., I would expect a multitude of errors on his part when he comments on hearing loss and the decibel.

In reviewing his vita I see no research and no presentations professionally on hearing loss or amplification. In reviewing his suggestions and responses, I do see the multitude of errors expected in his comments about hearing loss and acoustics.

For over three decades I have fit hearing aids to the acoustically impaired. I have not attempted to treat emotional problems, occupational problems (other than hearing loss), or provide expertise on vaccines or medical problems in general. In these 30 years of providing services to acoustically handicapped individuals, I have been responsible for some 4,000 to 5,000 hearing aid fittings. My experience with hearing aids, government regulations, acoustical signals, the effects of environment on those signals, and the pathological ear is rather extensive. I am not a physician, I do not deal with medical problems, but I deal with psychoacoustical problems!

I will attempt to address all of Dr. Jones' comments and criticisms in the order in which he presented them. Let me first note that all reference to the decibel level should be followed by a notation as to the measurement methodology that gave that value. The decibel is the value used to notate the physical measure of sound or Sound Pressure Level (S.P.L.). The decibel value can be given in Hearing Test Level (H.T.L.), a necessity since the ears of humans do not respond equally to each frequency (Hz). Sometimes the value in decibels is given in sensation levels, or intensity above the individual's threshold, then it is noted as dB S.L. The levels of human hearing are established by the International Standards Organization. Thus an audiogram, the standardized system by which human hearing is measured, is reported in decibels H.T.L. re: ISO. Needless to

say Dr. Jones' letter of rebuttal does not note any system of measurement or any values measured by a specific system.

I should also like to note that any system for determining hearing loss and or the need for amplification, be it by a World Organization, by a United States Government Organization, or by a State Organization, does not mean that the standard is scientifically accurate or in actuality reflects the proper remediation, or even real life. In short these standards may not reflect scientific reality or daily living.

In using a whispered voice to screen incarcerated individuals for further testing, the parties concerned are dealing with a very unstable, highly variable signal. The whispered voice has intense variability from individual to individual and varies greatly in the spectrum presented to the ear. As my first employer, an otologist, said, "The whispered voice may pass some serious and significant hearing losses, while failing some minor ones"! In 2009, thinking and knowlegible individuals use standardized and calibrated technology to screen and detect hearing loss; not whispered voice.

I am not incorrect when I refer to the weaknesses associated with the use of an average to state the value of a hearing loss in dB H.T.L. An average is responsive to the highest and lowest number in the series. In order to accurately represent the numbers in the series, a great deal of numbers need to be employed. This weakness is why statistics provide other numbers to replace the average, or to supplement it. An average, when used with four numbers, is very misleading. It remains misleading regardless of its use by various federal and state agencies. An average is especially misleading when used to determine a linear value from a series of nonlinear numbers. For example, a loss of sixty

decibels (H.T.L.) is one million times greater than zero ( H.T.L.), not sixty times greater, as a linear number might be. Thus, if the H.T.L. levels at the three lower frequencies are zero, a loss of one million units of energy becomes an average loss of only 15 units of energy. The use of an average also dilutes a linear number. To make this more understandable let's use an average to look at a loss of one million dollars in one of four accounts. In this circumstance, with no dollars lost in three accounts, and one million lost in the fourth, using an average you would have lost "only" $250,000. In reality you lost one million dollars, but the averaging method says that loss was only $250,000.

My expounding on the vagrancies of a four-frequency average will not stop its use. However, when an average is used to determine which acoustically handicapped ear is to be fit with amplification, a serious error in fitting might be made. An average should not be used to determine which ear is fit and which is ignored.

Various entities use averages and may use inappropriate testing means to determine hearing loss. Because a federal agency uses such methods does not make the method acceptable nor appropriate.

Using inappropriate and acoustically unacceptable methods of testing and then determining abilities acoustically, is one of the reasons an agency will determine 0 % disability with "a significant loss in one ear." Dr. Jones has experienced this problem. The incarcerated cannot choose where they sit in an acoustical environment. In addition, this environment differs greatly from that offered to the non-incarcerated. The incarcerated cannot choose a non-noisy environment to sit in. The incarcerated may not have the central nervous system ability or function to accommodate to sound localization

and cannot choose their companions to optimize their ability to discriminate the speech of
that companion. The incarcerated cannot escape the hard reflective surfaces of their
surroundings. The incarcerated cannot choose where to eat, where to listen to TV or the
room in which they receive instructions. If indeed one is to look at their activities of
daily living with and without amplification, then one must consider that their activities
are highly restricted in a highly acoustically reflected environment. To use activities of
daily living as a judgment system for acoustical success calls for a redesign of all
activities of daily living.

In the 1980's, I was asked to write a paper for a European Organization on
binaural amplification in binaural hearing loss, as opposed to unilateral amplification in a
binaural hearing loss. Indeed I was trained to fit binaural hearing loss with monaural
amplification. A very complicated formula existed to determine which ear was to be
amplified in a binaural loss. The vast majority of monaural fittings in such a loss were
dismal failures. The United States literature began to demonstrate a vast superiority
existed for binaural fittings. A small majority of European literature failed to
demonstrate any superiority for binaural fittings. I investigated these articles and their
methodology and found that the investigators lacked the credentials and training expected
in the United States, and that the methodology failed to examine the differences expected
in binaural amplification. Such differences as discrimination in noise, binaural gain
advantage, directionality, and other advantages of binaural fitting were not examined.

Such variables were not examined either because the investigators lacked the technology
to do so, lacked the knowledge to do so, or were financially involved and benefited
financially from their findings.

The vast majority of literature from around the world supports binaural
amplification in binaural hearing loss. This is true of literature from Europe, South
America, Asia, Africa, Australia, and New Zealand. I have lectured in each of the above
countries and know of not one scientific investigation done in recent years that supports
monaural amplification in binaural hearing losses unless the loss of hearing and
discrimination in one ear is so severe it excludes amplification.

I am not trained in medicine but I am qualified to state that no hearing aid is a
medical necessity. In binaural losses binaural amplification is indicated. Without
expounding at length I will state that the localization of sound does not depend upon the
integrity of the hair cells in the cochlea. Dr. Jones has stated this, and I'm sure he has
read much of which he has expelled, but this statement is not true. To fit a binaural loss
monaurally, based upon an average to determine the "best" and "worst" ear is a terrible
mistake. To do so ignores the last decade of research. It also ignores Mother Natures'
use of two ears.

As to the comment about a medical waiver, when the use of this contract
requiring a physician visit is read to the hearing aid client, by far the vast majority will
choose a waiver to avoid a physician exam to determine amplification. In my practice
since the introduction of this contractual guideline, over 90% of the clients chose a
waiver rather than a physician visit. By law in Colorado the dispenser must ask for and

receive a physician waiver in order to fit amplification to a client whose electronic audiometric evaluation meets a predescribed criteria. We, I as the consultant, the attorneys that employ me, and the physicians as well as the audiologist from the Department of Corrections, have discussed at length the Americans With Disabilities Act. We have discussed the accommodations made by the Bureau of Corrections. These accommodations were previously thought to be ignored by the Bureau, thus the lawsuit. The question now is that of medical necessity, binaural vs. monaural amplification, and the use of a formula to tell the very capable audiologist which ear to fit.

If activities of daily living are to be chosen as a measure of performance, then an activities of daily living system must be designed to measure performance with and without hearing aids. To base a decision for amplification on medical necessity flies in the face of education and experience. With the exception of a conductive component, the use of amplification is not a medical concern.

In light of huge budget deficits in the State of Colorado, the medical Director of the Bureau of Corrections has a very difficult decision (or decisions) to make regarding amplification. As a professional, and a taxpayer, I would hope these decisions are not based on a budget. After all, the Americans with Disabilities lawsuit, has caused the state to incur hundreds of thousands of dollars in "expert" testimony and attorney fees. To pursue an incorrect decision regarding hearing loss and amplification among the incarcerated, will not only cost the state and its taxpayers hundreds of thousands of dollars, it will deny good and capable amplification to the incarcerated.

I must now correct some of the acoustical and audiological errors put forth by Dr.
Jones. I do so not because of the errors made by a physician, but rather so that no one in
a position of authority to decide this case does so based upon some of the comments
made by Dr. Jones.

It is not possible for the acoustically handicapped incarcerated individual to go to
a meeting or lunch early and select a seat with the best acoustics in order to hear better.
If such an accommodation could be made, I would hereby ask the Bureau of Corrections
to do so. Since incarcerated individuals must be housed in a certain type of environment
(for safety) the acoustical problems become extreme for the acoustically handicapped.
The acceptable standards for hearing within a truck cab do not apply to other modes of
transportation, and should not apply to the highly reverberant environment of the
Colorado Prisons. The other vital difference is the size of the space in which one with an
acoustical handicap must listen. A truck cab and the signals the driver must hear are
controlled. Such is not the case in a larger, hard surfaced environment. A hearing system
or a hearing screening system that is in place for one government agency may not work
for that agency or another agency. To change that system requires an act of Congress.
This is unfortunate.

Before detailing my suggestions to the Colorado Court let me make all parties
concerned aware of the frailty of a government regulation. For some 15 years the
scientific efforts of many professionals were involved with establishing noise levels to
which industrial workers could be exposed without wearing required ear protection
and/or without suffering hearing loss. The level agreed upon by all investigators was

80 dB S.P.L., A scale slow. This detailed the level in pressure and the manner by which
it was measured. As is always true in the physics of sound, the sound pressure would
double acoustically at 6 dB S.P.L increases. A phone call to the White House of Ronald
Reagan by a noted Colorado brewer, detailed the expense incurred by industry to protect
workers at 80 dB S.P.L., A scale. For this reason OSHA issued a regulation that
protection would start at 85 dB, A scale slow, and the doubling rule would be 5 dB.

This government regulation was not in accordance with scientific facts and
exposed an additional 15% of the workforce to harmful noise levels. However, in spite
of many scientific workers resigning in protest, the new level was law. It was not based
on fact but on politics and economics.

I have stated my opposition to the use of the antiquated "Whispered Voice Test."
I have stated my opposition to the use of an averaging formula and a level to determine
the use of monaural amplification in binaural hearing losses. I would suggest that the
court in Colorado do the following in the acoustic interest of the incarcerated.

1) I have agreed, rather reluctantly, that case histories for the offender ask if they
have a hearing aid or hearing loss.

2) The "screeners" will be issued a word list that I have sent them. This list is to
be used in the "Whispered Voice Test" with no hearing aid being used.

3) Those failing this test are then "screened " using otoacoustic emissions.
Those offenders failing this test will be sent for audiometric testing.

4) The audiometric testing will result in a reliable dB H.T.L. value for 500 Hz,
1000 Hz, 2000 Hz and 4000 Hz.

5) If the level in dB H.T.L. for the four frequency average exceeds 40 dB H.T.L. in either ear, then that ear should be amplified by a state licensed dispenser.

6) If the level in dB H.T.L. for the four frequency average exceeds 40 dB H.T.L. for both ears, then both ears should be amplified.

7) Unilateral fitting in binaural hearing losses should be done only at the discretion of the dispenser when the H.T.L. and the masked discrimination indicate that binaural amplification will not assist the poorer ear.

I would hope that the State of Colorado utilizes this advice. This advice is based on solid acoustic-audiological principles.

If I can be of further assistance, please contact me.

Respectfully,

Darrel L. Teter, Ph.D.