IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

All Claims

**ENTRY OF APPEARANCE**

I, Berina Ibrišagić, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn and Elizabeth H. McCann for the Defendants.

Respectfully submitted this 23rd day of October, 2009.

    JOHN W. SUTHERS
    Attorney General

    s/ Berina Ibrišagić
    BERINA IBRIŠAGIĆ
    Corrections Unit
    Civil Litigation and Employment
    Law Section
    1525 Sherman, 7th Floor
    Denver, CO 80203
    (303) 866-3359
    berina.ibrisagic@state.co.us
    Attorney for the Defendants

## CERTIFICATE OF SERVICE

   This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 23rd day of October, 2009 addressed as follows:

Paula Greisen  
greisen@kinggreisen.com

Jennifer Riddle  
riddle@kinggreisen.com

Edward T. Ramey  
eramey@ir-law.com

Lara E. Marks  
lmarks@ir-law.com

*Courtesy Copy To:*

Keith Nordell  
Katie Baxter

             s/ Darlene S. Hill

2