IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 02-718
Category: II
Claimant: Stephen Grace, #57349
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on the letter of Claimant that was submitted to the Court (#4156). In his letter, Claimant explains that he had a knee brace taken from him. He believes that this violates his accommodation resolution. The letter will be treated as a motion for relief.

      Judge Kane has under advisement the jurisdictional issue of whether *pro se* inmates may file motions in this case. This letter will be accepted for filing and will be held in abeyance.

      IT IS HEREBY ORDERED that Claimant's letter is held in abeyance as it pertains to a request for relief for on-going care and treatment.

      SIGNED this 23rd day of October, 2008.

                           BY THE COURT:

                           */s/ Richard M. Borchers*

                           Richard M. Borchers
                           Special Master