IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

---

Claim Number: 03-048
Category III
Claimant: Toney Brown, #61215
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's document entitled "Complaint." (#4157). Claimant requests action be taken against DOC for problems that he is experiencing in his legs and feet.

Claimant previously filed a claim pursuant to Article XXXII of the remedial plan. The was adjudicated on March 20, 2006. Claimant is requesting help for problems that are ongoing. The question of whether *pro se* inmates may filed motions for relief in this action is undecided. Judge Kane has taken the matter under advisement. This document will be treated as a motion and will be held in abeyance pending resolution of the jurisdictional issue.

IT IS HEREBY ORDERED that Claimant's complaint will be accepted for filing and held in abeyance pending resolution of the jurisdictional issue.

SIGNED this 23rd day of October, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master