IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion for leave to file an amended complaint. *#4164*. Claimant acknowledges that he has previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was dismissed on August 2, 2004. Claimant filed an objection to the final order. Judge Kane affirmed dismissal of the claim on October 2, 2006.

      Claimant has raised a number of issues that have occurred since August 27, 2003. Judge Kane has under advisement the issue of whether the Remedial Plan allows for the filing of *pro se* motions by inmates for individual relief. Until that issue is resolved, this motion will be held in abeyance.

      IT IS HEREBY ORDERED that Claimant's motion for leave to file an amended complaint is accepted for filing and will be held in abeyance.

      SIGNED this 23rd day of October, 2009.

                                              BY THE COURT:

                                              */s/ Richard M. Borchers*
                                              _____
                                              Richard M. Borchers
                                              Special Master