Dear Sir,

92-cv-00870 JLK

10/30/09 FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV -3 2009
GREGORY C. LANGHAM
CLERK

My name is Matthew Mounts & I'm a [inmate] in DOC (Claim #03-211). I have an Accomodation Resolution (AR) which has me confirmed as mobility, upper mobility and Hearing impaired (all 3).

With these 3 impairments I have Housing Restrictors which include: Bottom Bunk, Bottom tier & Strobe light Alarm. As I am in Territorial only the cells 1-6 on cellhouse 7 on 1 left will cover those housing restrictors. (Also I am not allowed to climb stairs.)

Monday the 26th I went "out to Court" from CTCF. I Returned to CTCF the 28th only to be told my bed was filled by Someone else with only Bottom bunk Bottom tier Restrictors. So Now I'm housed in Cell House 5 (old DU) where I must climb 1½ Flights of Stairs 7 times a day, (3x for meals, 3x for meds & 1x for a Shower) at minimum. If I have legal mail or anything else I must go up stairs more times.

I Spoke with cell house staff here & showed them the "AR" & they said "too bad there isn't anything we can do". Now Sir, you implemented all this Stuff to help Protect us & our health & DOC is saying they're in compliance but here is an example of how they Aren't complying. As I'm more worried about falling on the stairs etc, I'm not even going to really address the fact that CDOC turned off my TTY access because they say I'm not "Deaf enough". I simply want DOC to comply with what you've ordered/they agreed to.

②

I mean heck when I first was transfered to CTCF in June '08 they took my 2 leg braces + threw them away. In December '08 they agreed they should not have done it and a Dr. said get me new ones. In June of '09 1 year + 6 days after they were taken CTCF Medical/Abilities unlimited gave me my new ones. Due to the 1 year lag I asked for the $10 a month for not having my Durable Medical Equipment (DME).

Not only did the AIC say I can't get the $10 she said I should not have them and implied that if I pursued it they'll take them so I can't safely walk. What is that stuff about?

But I'm digressing... Sorry.

Simply put I don't know where to turn for assistance because the Lawyers don't argue individual issues + the AIC is simply trying to save her bosses (CDOC) Money.

I'm not asking for advice per se but I am asking how I can get this stuff enforced. I know the lawyers were just there in court fighting but we won't see or hear about that till Jan or so.

Any thing you can let me know or do for this will be greatly appreciated.

Thank you    Matthew K Mounts 66276
              CTCF P.O. Box 1010
              Canon City Colo 81215