FILED
UNITED STATES DISTRICT **COURT**
DENVER, COLORADO

NOV - 4 2009

GREGORY C. LANGHAM
**CLERK**

HONORABLE Judge,
Zital Weinshtienk Senior
United State District Court
ALFED A. ArrAJ Court House
901-19th St. Room A-105
Denver, Co 80294-3589

92-CV-00870-JLK

  I am writing this letter and
requesting your decision on Notice of Rejection of
A ORder of Dismissal the Remedial Plan provided that
Class Counsel Would not be representing Individuals
who filed damage Claims. As a result, Claimants
have had to Selves. upon two Stipulations entered into
by Defendants and Class counsel and Approved by
Judge Kane, a questions arose as to whether ind-
ividual in mats could seek relief for their own
problems discussed above, every cause of action
has element that must be supported in the compl-
ant's statement of fact, the Judge John L. Kane
united States District Judge Amend Stipwation
Approved By the court: Date this 29th day of Aug-
ust, 2006, the parties shall brief the issue of
the Co-pays charged to inmates and the issue
Item 24. on the montez Medical steet is uncon-
stitutional because you are taking money by
Steeling With No Service for the.

2. on (Date) they took out the whole amount of my pay to pay for medical records. not a little at all time like they were to do. You have to leave an inmate some money for higene, medical is denying that.

3. remedy: stop taking all the money from inmates and the one that don't have medical don't take any money for co-pay at any time other classes in like circumstances in their lives, liberty, property and in their pursuit of happiness.

SIGNED this 10-31-09

# 45885

Cleveland Flakes