November, 1ST, 2009

Case Number: 92-CV-870-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 5 - 2009

GREGORY C. LANGHAM
CLERK

## NOTICE to the COURT of CHANGE of ADDRESS

COMES NOW, the Plaintiff, Matthew Tazio Redmon, and Notifies this Honorable Court of the Plaintiff's change of mailing address.

The address is changed as follows:

MATTHEW TAZIO REDMON
INMATE # 56831
UNIT # B1-C
551 WEST MAIN STREET
TAVARES, FLORIDA 32778

RESPECTFULLY SUBMITTED,

Matthew Tazio Redmon,
Plaintiff.

I, do hereby declare that the foregoing Change of Address is correct this __1ST__ day of __NOVEMBER__, 2009.

11/1/09

Matthew Tazio Redmon,
Plaintiff.