November 1ST, 2009

Case Number : __92-cv-870-JLK__

STATUS REQUEST

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 5 - 2009

GREGORY C. LANGHAM
CLERK

COMES NOW, The Plaintiff, Matthew Tazio Redmon, and REspectfully Request a Status Update. Attached to this Request is the Plaintiff's Notice of Change of Address. The Plaintiff has received no information about the above named since the OCTOBER, 2009 COMPLIANCE HEARINGS, and needs to know the current Status of the Case.

Thank you,

Matthew Tazio Redmon,
Plaintiff.

I, Matthew Tazio Redmon, do hereby declare that this Request for Case Status is true and correct this __1ST__ day of __NOVEMBER__, 2009.

Matthew Tazio Redmon,
Plaintiff.

11/1/09

sent docket sheet from 10/1/09 to current