```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX023283
Cashier ID: sq
Transaction Date: 11/05/2009
Payer Name: COLORADO DEPT OF CORRECTIONS
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.26
------------------------------------
CHECK
 Check/Money Order Num: 203244
 Amt Tendered:  $2.26
------------------------------------
Total Due:      $2.26
Total Tendered: $2.26
Change Amt:     $0.00

92-CV-870A-04
APPEAL PYMT

A fee of $45.00 will be assessed on
any returned check.
```

08-1399