IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. # 92-CV-870-JLK. (Consolidated for all purposes with Civil Action No. # 96-CV-343).

---

JESSE MONTEZ, et al.

    Plaintiff

Vs.

BILL OWENS, ET AL.

    Defendant

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -9 2009

GREGORY C. LANGHAM
CLERK

---

Claim Number # 03-272
Category # III
Claimant, Roy Jack Pollard, # 94894
Address of Claimant
CTCF # 7, P.O. Box # 1010
Canon City, Colorado, 81215-1010

---

## CONTEMPT OF COURT
## AND
## OBSTRUCTION OF JUSTICE

---

On December 8, 2008, Special Master, Judge "RICHARD M. BORCHER", ISSUED AN Order of the court. Ordering inmate "Roy Jack Pollard", # 94894, to provide legal counsel, legal assistance for inmate "Lawrence P. Handy, # 44272. Special Master, Judge "RICHARD M. BORCHER," Gave the defense until January 12, 2009, to file an answer, or objection. They did not. On january 19, 2009, Special Master, Judge "RICHARD M. BORCHER," issued an order Reaffirming his order of December 8, 2008. That inmate Pollard would provide Legal Counsel/Assistance for inmate Handy. Inmate Handy, has a third grade education and can barely read or write, he has mental health problems, and been in treatment for years. A female sergeant, (correctional Officer), at Pollard's request, allowed Pollard and inmate Handy, meet for one hour in the facility Chapel. For which she received trouble.

2.

Pollard, in order to put the case together, requested that he and inmate Handy, be allowed to meet with inmate Handy's Mental health provider. This meeting was to receive the provider's opinion, as to inmate Handy's capability of understanding of the case. This meeting was refused. Pollard then met with CTCF warden " **PAM PLOUGHE**", Who stated that she would have "**MARY ANN ALRIDGE**", take care of it and set up the meeting. Which never happened. On March 20, 2009 a supplement order came from the **UNITED STATES DISTRICT COURT**, ordering that inmate POLLARD # 94894, would be made available to assistance inmate Handy, at the hearing on April 20, 2009. Two or three days later, a "**LIEUTENANT HENRY WILLIAMS**", of cellhouse # 7. Gave inmate Pollard, a direct order, that inmate Pollard not to talk or have anything to do with inmate Handy. That inmate Pollard was not to represent inmate Handy in any legal case, and if he (inmate Pollard) did he would be send to segregation, (the hole). This was a direct **CONTEMPT OF THE COURT ORDER: AND ORDER OF THE UNITED STATES DISTRICT COURT.** This action by "**LIEUTENANT HENRY WILLIAMS**", WAS ALSO A VIOLATION OF THE **SIXTH AND FOURTEENTH AMENDMENT, OF THE UNITED STATES CONSTITUTION.** This violation should be punished to the fullest extend of the law. On April 6, 2009, the defense filed an objection to the order of December 8, 2009. Inmate Pollard being appointed as legal counsel, legal assistance for inmate Handy. The filing was way beyond the time allowed to file an objection. The Court order was on or before January 12, 2009. How ever the **UNITED STATES DISTRICT COURT**, bowed to the defense, and on April 15, 2009, issued an order, rescinded the orders of December 8, 2008, January 19, 2009, and March 20, 2009. As the hearing for inmate Handy, was April 20, 2009, this allowed inmate handy, just five days to prepare for a legal hearing. With a third grade education, Mental health problems, and no knowledge, inmate Handy had no chance for a fair and just hearing. With the false testimony of a case manager, who it is alleged has been fired due to assaulting a handicapped inmate. This was an **OUTREGEOUS, BIAS, AND PREJUDICE ACT,** that was designed to benefit the defense.

3.

I do not believe that the **STATE OF COLORADO NOR THE COLORADO DEPARTMENT OF CORRECTIONS** are or should be, above the law. I do not believe that it was the intentions of the court to be intimidated to the side of the defense. I do however believe that this court needs to punish the Lieutenant and CTCF for their illegal actions.

Respectfully submitted this 5th Day of November 2009:

Roy Jack Pollard
#94894

### CERTIFICATE OF MAILING

I, Roy Jack Pollard, swear that on this date, I have placed a true and correct copy of the forging documents, in the Untied States mailing system with the correct postage and addressed to the following:

UNTIED STATES
District Court
For the District of Colorade
901-19th Street
Denver, Colorado, 80294

Attorney General
State of Colorado
1525 Sherman Street
Fifth Floor
Denver, Colorado, 80203

King and Greisen LLP
Attorneys At Law
1670 York Street
Denver, Colorado, 80206

Special Masters
for the United States
district court
District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado
80030-4444

Respectfully Submitted this 5th Day of November 2009.

Roy Jack Pollard
# 94894