IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al.*,

Defendants.

## DEFENDANTS' MOTION TO LIMIT CATHIE HOLST'S DEPOSITION

Defendants, through counsel, Elizabeth H. McCann, James X. Quinn, and Berina Ibrišagić, of the Colorado Attorney General's office, hereby submit the following Motion to Limit Cathie Holst's deposition.

**CONFERENCE AND NOTICE**

Pursuant to the D.C.Colo LCivR 7.1(A), the undersigned counsel conferred with Plaintiffs' counsel prior to the filing of this motion, on November 10, 2009. Plaintiffs' counsel objects to the filing of this Motion.

1. Plaintiffs' counsel has requested a deposition of Cathie Holst, former ADA Inmate Coordinator ("AIC") for the Department of Corrections ("DOC"). Ms. Holst is currently retired from the DOC.

2. Plaintiffs' counsel has expressed that they wish to depose Ms. Holst during the week of November 30, 2009, for possibly several days.

3. Fed.R.Civ.P. 30(d)(1) states:

> Unless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours. The Court must allow additional time consistent with Rule 26(b)(2) if needed to fairly examine the

       deponent or if the deponent, another person, or any other circumstance impedes or delays the examination.

4. Fed.R.Civ.P. 26(b)(2)(A) states:

       When permitted. By order, the court may alter the limits in these rules on the number of depositions and interrogatories or on the length of depositions under Rule 30. By order or local rule, the court may also limit the number of requests under Rule 36.

5. Ms. Holst was already deposed by Plaintiffs' counsel last year for three (3) days. Defendants did not object to Ms. Holst's long deposition at that time.

6. The Defendants do not see any need, and Plaintiffs' counsel did not demonstrate any need, for additional time to depose Ms. Holst. Plaintiffs' counsel did not file any motions with the Court asking for additional time to depose Ms. Holst.

7. Defendants believe that one (1) day of seven (7) hours, as allowed by Rule 30(d)(1), should suffice for Ms. Holst's deposition, and no additional time consistent with Rule 26(b)(2) is needed to fairly examine her. Plaintiffs' counsel took ample opportunity last year to ask Ms. Holst hundreds of questions about policies, procedures, and individuals. There were always at least two (2) Plaintiffs' counsel, often three (3), or even four (4) present for the deposition. They were not limited in the scope of questioning.

8. Plaintiffs' counsel should not be allowed to ask similar questions for endless hours again. Defendants would also note that Plaintiffs' and Defense counsel met once a month for many months during the last year discussing what DOC was doing to come into compliance. Ms. Holst was present at all these meetings and answered all questions by Plaintiffs' counsel. To allow inquiry beyond seven (7) hours is unnecessary, extremely burdensome, and an enormous waste of money.

WHEREFORE, Defendants respectfully request that the Court grant its Motion to Limit Cathie Holst's Deposition and limit it to one (1) day of seven (7) hours as provided for in the rules.

Respectfully submitted this 10th day of November, 2009.

JOHN SUTHERS
Attorney General


s/ Elizabeth H. McCann
ELIZABETH H. MCCANN*
Special Assistant Attorney General
JAMES X. QUINN*
Senior Assistant Attorney General
BERINA IBRIŠAGIĆ*
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Facsimile:  (303) 866-5443
E-mail:      beth.mccann@state.co.us
             james.quinn@state.co.us
             berina.ibrisagic@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 10th day of November 2009, I electronically filed the foregoing MOTION TO LIMIT CATHIE HOLST'S DEPOSITION with the Court using the MC/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Paula Greisen | Ed Ramey |
| Jennifer Riddle | Lara Marks |
| greisens@kinggreisen.com | Blain Myhre |
| riddle@kinggreisen.com | earamey@ir-law.com |
| | lmarks@ir-law.com |
| | bmyhre@ir-law.com |

                                  s/ Elizabeth H. McCann
                                  _____
                                  Colorado Office of the Attorney General