IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-870(OES)(Consolidated for all purposes No.96-343)

JESSE MONTES, et al.

    Plaintiffs,

-vs-

BILL OWENS, et al.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 12 2009
GREGORY C. LANGHAM
CLERK

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 1707 Ascot Rd., Colorado Springs, CO 80906

**MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

    This matter comes before this Honorable Court, by the name Claimant Lawrence Robert Warfield and his motion as stated. The Claimant ststes the following;

On December 18th, 2007, this Court made Final Order of the Special Master, and the Court advised all parties if so file an objection to the Order pursuant to Federal Rule of Civil Procedure 53(g)(2) to the Clerk of Court on or before March 8th, 2008. So ordered by the Court.

On February 25th, 2008, the Claimant did file his Objections to the final order of the Special Master.

On May 19th, 2008, the Claimant filed his first motion for status, and his second motion for status on July 31st, 2008. To the date of this motion there has been know reply to the Claimants motion, nor has the Claimant received any monies that was awarded to the Claimant.

    WHEREFORE: Claimant request this Honorable Court to make a ruling on the Claimants Objection To Final Order Of The Special Master

Respectfully submitted this 9th, day of November 2009.

*Lawrence R. Warfield* (signature)
Lawrence Robert Warfield

(2)

**CERTIFICATE OF MAILING**

I hereby certify that I have mailed a true and correct copy of the foregoing; MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER on this 9th, day of November 2009, mailed to the following;

Clerk Of the Court
United States District Court
901  19th Street Room A-105
Denver, CO 80294-3589

Mr. James Quinn
Mr. Jess Dance
Office of The Attorney General
1525 Sherman Street
Denver, CO 80203

By: /s/ Lawrence R. Warfield
Lawrence Robert Warfield
1707 Ascot Rd.
Colorado Springs, CO 80906

(2)

Mailed Out
07-31-08
CJC 2F4
@ 5:20 am

My Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-870(OES) WITH ACTION NO. 96-343

JESSE MONTEZ, et al.
   Plaintiffs,

-vs-

BILL OWENS, et al.
   Defendants,

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 2739 E. Las Vegas St, Colorado Springs, Co 80906 / and or
310 N. Murray Blvd. #305, Colorado Springs, Co 80916

---

Claimant's Second Request for Status on Objection's To Final Order

---

COMES NOW: The Claimant Lawrence Robert Warfield and his motion as stated above, and acting pro se in this matter. The Claimant states the following:

On May 19th, 2008, the Claimant filed Motion For Status On Objection To Final Order Of Special Master. The Claimant had filed, Claimant's Notice And Objection To Final Order Of Special Master on February 25th, 2008.

To the date of the filing of this Motion, the Claimant still has not received a response from the Defendants or the Court.

WHEREFORE: Claimant again request the status of his filed motions filed February 25th, 2008, and May 19th, 2008.

Respectfully submitted this 31st day of July, 2008.

*Lawrence R. Warfield*
LAWRENCE R Warfield
CJC 2F4
2739 E. Las Vegas Street
Colorado Springs, Co 80906
and/or

Lawrence R. Warfield
310 N. Murray Blvd. #305
Colorado Springs, Co 80916

# Certificate Of Service

I hereby certify that I have mailed a true and correct copy of the foregoing <u>Claimant's Second Request For Status On Objection's To Final Order</u> by U.S. Mail 1st Class postage pre-paid and addressed to the following: On this <u>31st</u> day of July, 2008.

Clerk of Court
The United States District Court
901 19th Street, Room A 105
Denver, Co 80294 - 3589

---

Special Master For The U.S. District Court
Legal Resolution Center
7907 Zenobio Street
Westminster, Co 80030 - 4444

---

Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Co 80203

By: *Lawrence R. Warfield*
Lawrence R. Warfield
CJC 2F4
2739 E. Las Vegas Street
Colorado Springs, Co 80906
and/or

Lawrence R. Warfield
310 N. Murray Blvd. # 305
Colorado Springs, Co 80916

eMailed
05-19-08
CJC 363

My Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-870(OES)(Consolidated with Civil Action No.96-343)

JESSE MONTEZ, et al.
    Plaintiffs,

-vs.-

BILL OWENS, et al.
    Defendants.

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 310 N. Murray Blvd.#305,Colorado Springs, Co 80916

---

**MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

---

    **COMES NOW:** The Claimant and his Motion for Status as states above, and acting pro se in this matter. Claimant states the following,

    On December 18th, 2007,this Honorable Court made Final Order of The Special Mater, and advised all parties if so file an objection to the order pursuant to Federal Rule of Civil Procedure 53(g)(2) to the Clerk of Court **on or before March 8, 2008.** So ordered by the Court.

    On February 25th, 2008, the Claimant did file CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER ORDER OF SPECIAL MASTER.

    To the date of the filing of this motion, the Claimant has not received a response from the Defendants or this Court. It has now been seventy four (74) days since the filing of said motion.

    WHEREFORE: Claimant request the status of his filed "CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER OF SPECIAL MASTER" dated on February 25th, 2008, to this Honorable Court, and Attorney General.

Respectfully submitted this 9th day of May 2008.

*Lawrence R. Warfield*
Lawrence Robert Warfield

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a true and correct copy of the foregoing **MOTION FOR STATUS ON OBJECTION TO FINAL ORDER OF SPECIAL MASTER** by U.S. mail first class pre-paid address to the following; On this 9th, day of May 2008.

Clerk of Court
The United States District Court
901  19th Street
Denver, Co 80294


Mr. James Quinn
Mr. Jess Dance
Office of the Attorney General
1525 Sherman Street
Denver, Co 80203


*Lawrence R. Warfield*
Lawrence R. Warfield
310 N. Murray Blvd. #305
Colorado Springs, Co 80916

(2)

Mailed
02-25-08
DROC

My Copy

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action, File No. 96-343

Civil Action No. 92-870(OES)(Consolidated for all purposes with

Jesse Montez, et al.
Plaintiff,

Applicant(s),

v.

Bill Owens, et al.
Defendant.

Respondent(s).

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 310 N. Murray Blvd. #305, Colo. Springs, Co 80916

## CLAIMANT'S NOTICE AND OBJECTION TO FINAL ORDER OF SPECIAL MASTER

COMES NOW, The Claimant Lawrence Robert Warfield, acting pro se in this matter before this Honorable Court, and Claimant Notice And Objection To Final Order Of Special Master. Claimant hereby states the following;

Claimant hereby notify this Court and all other that claimant new address change is now at 310 N. Murray Blvd. #305, Colorado Springs, Co 80916 and at this time there is NO phone number at this address.

### OBJECTION TO FINAL ORDER OF SPECIAL MASTER

On December 18th, 2007, this Honorable Court issued its orders on claimant's claims under category III. Claimant hereby object to parts of the orders of the Court.

I.

For the record, Claimant first reqested accommadations while housed at the Fremont Correctional Facility (FCF) about October of 2002, but was denied because of the requests made, and was then moved to various institutions to avoid giving Claimant the needed and requested accommadations, as noted by this Honorable Court, section II, page(3), of

the Final Order of Special Master.

Claimant was again told to filed another request to Cathie Holst, of DOC being that the first request was misplaced. Claimant submitted the documents whiled housed at Bent County Correctional Facility about April of 2003. Claimant again submitted a third request while housed at Crowley County Correctional Facility, of 2005, both request made by Cathie Holst of DOC.

On page five(5) of the Final Order of Special Master, the Court reflects claimants testimony in part to each of claimant's claims. On page six(6) of the same order on cross-examination the Defendants presented Dr. DRVILL NEUFELD. D.O. as an expert witness. Dr. Neufeld was NOT made known to the claimant prior to the hearing date on November 30th, 2007, as ordered by this Court. Claimant hereby objects to all the testimony given by Dr. Neufeld.

## II.
## OBJECTIONS

<u>Objection one(1)</u>, Claimant lost full hearing in his left ear when DOC and its agents did not follow the orders of Dr.BUTLER, an ENT specialist, who made order for the claimant to be tested for a hearing devise that could have saved claimant's hearing in his left ear. Dr. Neufeld was not qualified to make the conclusion that the hearing loss in claimant's left ear was not sufficient enough to warrant a hearing aid, when otherwise stated by a ear specialist, whom claimant was seen by at least five(5) times.

<u>Objection two(2)</u>, Dr. Neufeld testified that in his opinion that claimant did not have a mobility impairment, and Claimant's vision loss might be the result of Claimant's Graves Disease. FACT, Claimant asked Dr. Neufeld if he had reviewed the whole medical records, his reply was yes. Claimant asked was there any complaints of vision loss or vision problems before March 25th, 2001, his reply was he did not note any. FACT, Claimant records clearly reflects that the Claimant was diagnosed as having Graves Disease in the year of 1986 while house in DOC. Claimant's medical records also clearly shows that Claimant had an vision of 20/20 per eye and better up to and including the morning of March 25, 2001.

As this Honorable Court noted the Claimant's medical records shows the Claimant's eyes were burnt by a chemial known as Debrox a ear wax solution. And that DOC was put on notice that the Claimant needed medical eye glasses.

<u>Objection three(3)</u>, Dr. Neufeld does not provide any documentation to dispute the Claimant's claims of mobility impairment only his opinion Claimant did not have a mobility impairment. FACT, that Claimant medical records reflects that claimant was seen by Ortho three or more times. Claimant was diagnosed as having abnormal feet due to frost bite and swelling. Order was made for 6 1/2(EEEE) soft shoe with high arches. Claimant medical records shows that DOC was put on Notice of claimant mobility impairment's, the record also

(2)