IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-439
Category: III
Claimant: Cleveland Flakes, #45885
Address of Claimant: c/o PO Trey Hagan, 520 W. Colorado Ave., Colorado Springs, CO 80905

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on Claimant's letter concerning co-pays for medical treatment (*#4180*). Claimant is requesting individual relief, and the jurisdictional issue of whether individual motions can be adjudicated remains before Judge Kane. The letter will be treated as a motion and will be held in abeyance. A copy of the letter and this order will be sent to class counsel.

    IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance until Judge Kane rules on the jurisdictional issue concerning *pro se* motions.

    SIGNED this 13th day of November, 2008.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          Richard M. Borchers
                                          Special Master