IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

___

Claim Number 03-464
Category III
Claimant: Melinda Stewart, #68450
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

___

## ORDER OF DISMISSAL OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the signed and notarized statement of Claimant. In that statement, Claimant requests to withdraw her claim. That request will be granted.

    IT IS HEREBY ORDERED that the claim of Melinda Stewart is withdrawn and dismissed without prejudice; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 25, 2010.**

    SIGNED this 13th day of November, 2009.

                                         BY THE COURT:

                                         */s/ Richard M. Borchers*

                                         ___
                                         Richard M. Borchers
                                         Special Master