US DISTRICT COURT
901- 19th Street
Denver, Co 80294

JESSE MONTEZ, ET AL
VS
BILL OWENS, ET AL

Case Number   92 cv 870 -EWN-OES

Party without counsel
Jill Coit  #86530
Claim number 03-129
1401 Wewt 17th Street
Pueblo, Co 81003

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2009

GREGORY C. LANGHAM
                        CLERK

---

NOTICE TO THE COURT THAT THE BUS RIDE FROM DENVER WOMEN'S TO LA VISTA CORRECTIONAL FACILITY CURES ALMOST ALL MEDICAL PROBLEMS BECAUSE DR. WERMERS OF LA VISTA CORRECTIONAL FACILITY REMOVES OR REFUSES TO RECOGNIZE PRIOR MEDICAL RESTRICTIONS, CONDITIONS THAT HAVE BEEN DIAGNOSED BY SPECIALIST AT DENVER HEALTH AND RECOGNIZED AND HONORED BY CDOC MEDICAL STAFF AT DENVER WOMEN'S CORRECTIONAL FACILITY FOR YEARS.

---

Comes now, Jill Coit pro se and a member of Montez Classd action since 2005 when Judge Pringle ruled that: disabled individual -- permanent physical mobility impaired that substantially limits the major life activities of walking, working, - perhaps performing manual tasks,

When Coit appeared before Judge Pringle she was in a wheel chair and now Dr. Wermers has decided that Coit no longer needs her wheel chair despite MRI's showing torn menus tear of the left knee, hammer toes, plantar fibroma growth on left food, DJD of hip and other joints, total loss of vison in the left eye with only vision in the upper right half of the right eye and no peripheral vision so can not tell depth or if something is in her way. Coit has been in a wheel chair since 2004 except for a few months when she was being punished for reporting violations to this court. Walking causes real pain for Coit.

Coit would like for this court to rule that just because an inmate has been transferred to another CDOC facility they do not magically get well just because they rode on a CDOC bus ride under a hundred miles. That all medical appliances that were allowed at one CDOC facility be allowed at the transferring facility unless some real change in the inmates medical condition has changed rather than just a bus ride. That medical appliance and equipment not be removed at the whim of the new facilities doctor without a 'real change ' in medical condition. Coit was told by Dr. Wermers that he did not have to obey "Specialist". Why does CDOC spend thousands of dollars to send Coit to specialist if any old CDOC doctor can refuse to honor the Specialist orders/recommendations. DR. Wermers is not a specialist in any of the disabilities/impairments Coit has so why can he take Coit's wheel chair and other medical appliances?

Inmated do not get to select the facility they are housed nor when they are transferred. La Vista does meet Coit's disability/impairment needs better than DWCF due to the structure of LVCF buildings and disability accommodations. see letter on structure Coit sent Holst and Medical on LVCF meeting disability needs. Walking is dangerous for Coit due to various medical problems, she is 65 and has limited vision. Breaking bones at her age will be costly.

Respectfully submitted.

Jill Coit

8-11-09

RE: Follow up regarding ADA accommodations at LVCF and how LVCF meets my disability needs.

Dear Captain Casias,
   Thank you for speaking with me yesterday. LVCF meets my disability, ADA and Montez needs in the following mannor. (If you do not mind I will go into detail.)

1. Cell assigned to me in Unit 5-110. (perfect for my disabilities)
A. Room is large enough for my wheel chair and medical appliances.
B. Has dresser so I do not have to bend to get to my personal property and medical equipment. (Had a dresser at CWCF in 1990'ties. But none at DWCF even though I request one to meet my disability of not being able to bend without pain) I have a torn menusis in my left knee that causes swelling when I stand or bend. Also have back and spine issues.
C. Windows- has large, wide windows that gets lots of sun shine. Meets my mental health issues since I have a Seasonal Affective Disorder (which means I need sun light or I get depressed.) DWCF did not have large wide windows in their handicapped cells.
D. Desk has a large flat surface which allows me access due to my hand mobility problem. I have DeQuaraian's disease/impairment and having a metal shelf for a desk that has a lip on it prohibited my being able to use the desk at DWCF-units 3, 4, 5 & 6. I have a hand mobility problem with my right wrist. It swells daily when I use it and I can not do anything that is repetitive motion type work or play.
F. Cell has a fire/alarm with strobe light. I have a hearing impairment and wore hearing aids until they were removed when I reported to the Montez court that DWCF did not have hearing impaired accommodations (a stroke light) in units 3,4,5 & 6. Wore hearing aids due to not being able to hear when background noise is present.
G. There is a black metal lockbox in cell that I use to keep items I do not need access to on a daily basis. IT hurts me to bend and get down on the floor to have access. With the dresser I do not need such access very often, so can live with black metal lock box on floor. You allow me to keep black metal box on side of dresser. I could not pull it out from under the bed as normal non handicapped inmated are required. Thank you for accommodating my disabilities.

2. LVCF does meet the requirements under Montez for mobility impaired. I have total access in the following areas:
A. Programs building number 111 has a chair elevator type accommodation which allows me access to Cosmotology and small appliance repair and anything else at that lower level.
B. The gym is handicapped accessible and has gym equipment that allows disabled inmates to use. There are hand railing to get up to the gym and the gym staff is competent and helpful to the disabled.
C. I have access to my Jewish religious services in visiting.
D. I have access to visiting.
E. I have library access and the library is situated close to my housing unit with library laid out with wheel chair or those with mobility problems in mind. There is enough space between the shelves and tables for easy access.
F. There is a computer in the library for viewing educational material. This is important to me because I have a hand mobility/disability which prevents me from typing or writing without pain.

page 2 of Captain Casias letter.

G. The dinning hall is handicapped accessable because it has a ramp that allows access from the back door. There are handicapped tables and one was made available for me. The serving area is the correct height for wheel chairs or disabled inmates to pick up their food trays.
H. Bathrooms in living units and throughout the facility.
   1. Toilets are correct height for wheel chair access and the handicapped bars are low enough to actually be used.(The ones at DWCF units 1,2,3,4, 5 & 6 are too high for me. I am short or you might say vertically challenged, smile)
   2. Showers have hand rails and are large. But most important they have handles that allow you to determine the temperature of the water. I often got burned when the water was to hot at DWCF.
   3. Toilets have handles , the push button toilets at DWCF hurt my hand and wrist when I had to push them due to my hand injury.
   4. Sinks are correct height for women, DWCF sinks hit me at shoulder height.
   5. Bathrooms are large enough to accommodate wheel chairs without getting in the way of other inmates. Not so at DWCF, bathrooms were to small except for one bathroom in unit 1 & 2.
   6. There are chairs to accommodate shower use in showers if you need them.
I. Buildings are in good repair.
J. Doors are not metal , DWCF had metal heavy doors that were dangerous for wheel chair or inmates with disabilities to use. IE: property, units 3, 4,5 &6, and visiting.
K. Smaller number of inmates so less dangerous conditions.
L. There is not any illegal drugs here at LVCF which makes it a much more secure facility for the elderly and disabled or inmates that have life and want to live in a safe and secure environment.
M. All buildings are accessable for wheel chairs and disabled.
N. Library is on the bottom floor, DWCF library is on the second floor and getting elevator access was always a problem. You never got your full library time.
O. Having two hours of yard time daily is a real blessing. Again from a mental health stand point and getting enough vitamin D. Due to the high number of discipline problems the yard at DWCF was constantly closed.
P. From what I have observed medical is the problem here at LVCF. Getting an appointment. The hill up to medical would be a problem if I was not allowed to go slowly but I am not hurried or in any way harassed about how long it takes me to get to programs, medical or any place else. I do believe that if I had an emergency situation I would be seen immediately. My medical needs have been addressed by numerous specialist and as long as LVCF medical follows what specialist have ordered/recomended then I should have no problems.

I was asked by an inmate to lie to the Montez attorney's and tell them that this facility was not Montez compliant but I refused. because She has a cain and did not want to go to sex abuse classes. I have an excellent relationship with the Montez attorneys and the court because I always tell the truth and report violations of Montez. When I tell the court something they listen because I always back up my allegations with documentation.

I am happy to be here at La Vista, I feel safe and am capable of getting where I need to go as long as I have my wheel chair. I do not play on my disabilities or handicapped issues as you have observed. Yes, I have several medical problems but I get along just fine with just a few

page 3 of Captain Casias letter.

modifications/accommodations/allowances. For example:
1. I wear my key and watch around my neck since I can not use pockets in wheel chair and have hand problems. I did the same thing at DWCF.
2. My bed is made differently since I can not tuck in the sides due to hand and bending problems. But it is always neat and orderly.
3. I stack everything I need for daily use on dresser or trunk due to bending problems-back and knee.
4. I have vision problems but get around very well for someone with no perferial vision and is blind in the left eye. Most of the time when I am navigating throughout the facility I merely extend my hand to use as a guide for the side walks. I do not think you even realized I had a vision problem. I do not use my diabilities as a crutch or just sit in my cell and feel sorry for myself. I go everywhere all other inmates are allowed and lead a full and productive life here in prison. All I need are a few accommodations.
5. I always get a pass when ever I leave the unit unless I am going to the dinning hall, libraries, or gym so that I can be at the beginning or just before the crowd. That way I get where I am going without being bumped. As I stated to you, I am very happy here, I feel safer here-less inmates.
6. With my wheel chair I have total access and do not anticipate any problems. If I am tired or my knee is swollen I might ask an inmate for assistance just to get where I am going. But I did that at DWCF.
7. The distance from my housing unit to the furtherest location is not any greater than it was from DWCF unit 3 to visiting. Yes, there are are smaller inclines here but I can manage. My knee would swell daily at DWCF so no different here.

   I am a reasonably well educated woman/inmate so must keep my mind busy or I get discouraged and depressed. Due to my work ethics I must keep busy and feel that I am being productive. The only rule I break is when I have other inmates do my typing or assist me in putting on one of my braces.
   I will not cause you any problems, I have had one write up in 8 years. Due to my southern upbringing, I am polite at all time and am respectful of officers. I due believe you have a higher caliber officers here. If I break a rule it is because I do not know about it or was not aware something was not allowed. Each facility has its own set of what is allowed or tolerated. I tend to ask question for clarification, so please be patient with me.
   You asked to address the good as well as the bad at being at LVCF regarding accommodations both ADA and Montez. It was a pleasure meeting you and I hope you will not kick me out due to my disabilies/handicappedness. As I am sure your officers have told you, I get around very well. It is a pleasure to be here and I will do all in my power to obey the rules and be productive.

Sincerely,

*Jill Coit*
Jill Coit 86530


PS May I have a copy for my file.

*Dictated but not read*