## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  November 12, 2009                    Deputy Clerk: Bernique Abiakam
                                            Court Reporter:  Kara Spitler

Civil Action No. 92-cv-00870-JLK

JESSE MONTEZ, et al., as representatives
of themselves and all others similarly
situated,                                   Paula D. Greisen
                                            Jennifer Riddle

      Plaintiffs,

v.

BILL RITTER, et al.,                        Elizabeth H. McCann
                                            James X. Quinn
                                            Berina Ibrisagic

      Defendants.

## COURTROOM MINUTES

**Oral Argument/ Criteria For Disability Determinations**

**10:09 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Also present, advisory witnesses for the Plaintiffs, Larissa McCleng and Dr. Darrel L. Teter.  Advisory witnesses for the Defendants, Kathleen Baxter and Joanie Shoemaker.

Court's preliminary comments.

Today's hearing is in regards to the appropriate criteria to determine if someone is hearing disabled that's in the Department of Corrections.

10:11 a.m.    Opening statement by Ms. McCann.

10:17 a.m.    Opening statement by Ms. Greisen.

10:22 a.m.    Comments by the Court.

10:25 a.m.    Defendants witness, Paul Frantz, called and sworn.
                Direct examination begins by Ms. McCann.

*92-cv-00870-JLK*
*Oral Argument*
*November 12, 2009*

**Dr. Frantz is offered and accepted as an expert in the area of correctional medicine and family practice.**

10:36 a.m.     Continued direct examination begins by Ms. McCann.

10:39 a.m.     The Court questions the witness, Dr. Frantz.

10:41 a.m.     Continued direct examination begins by Ms. McCann.

**Defendants Exhibit A offered and admitted.**

10:44 a.m.     Continued direct examination begins by Ms. McCann.

Objection.  Overruled.

10:45 a.m.     Continued direct examination begins by Ms. McCann.

Objection.  Overruled.

Comments by the Court.

10:52 a.m.     Continued direct examination begins by Ms. McCann.

**Defendants Exhibit B offered and admitted.**

11:09 a.m.     Continued direct examination begins by Ms. McCann.

**Defendants exhibit C offered and admitted.**

11:14 a.m.     Continued direct examination begins by Ms. McCann.

11:19 a.m.     Cross examination begins by Ms. Greisen.

Discussion regarding tendered Plaintiffs exhibits.

11:31 a.m.     Continued cross examination by Ms. Greisen.

Objection.  Sustained.

11:36 a.m.     Continued cross examination by Ms. Greisen.

11:38 a.m.     The Court questions the witness, Dr. Frantz.

2

*92-cv-00870-JLK*
*Oral Argument*
*November 12, 2009*

| | |
|---|---|
| 11:39 a.m. | Redirect examination by Ms. McCann. |
| 11:43 a.m. | Witness excused. |
| 11:44 a.m. | Defendants witness, Robert Dennis Jones, called and sworn. Direct examination begins by Ms. McCann. |

**12:02 p.m.    Court in recess.**

**1:05 p.m.    Court in session.**

Preliminary remarks by the Court.

1:06 p.m.    Dr. Jones resumes the stand for continued direct examination by Ms. McCann.

**Dr. Jones is offered and accepted as an expert in the area of correctional health care, occupational medicine, and family medicine.**

| | |
|---|---|
| 1:11 p.m. | Continued direct examination by Ms. McCann. |
| 1:38 p.m. | Cross examination by Ms. Riddle. |
| 1:52 p.m. | Witness excused. |
| 1:54 p.m. | Plaintiffs witness, Lariisa McCleng, called and sworn. Direct examination begins by Ms. Greisen. |

**Plaintiffs exhibit 2 offered and admitted.**

**Ms. McCleng offered and accepted as an expert in the area of accommodations for hearing impaired individuals.**

2:06 p.m.    Continued direct examination by Ms. Greisen.

Objection.  Overruled.

| | |
|---|---|
| 2:07 p.m. | Continued direct examination by Ms. Greisen. |
| 2:33 p.m. | Cross examination begins by Ms. McCann. |
| 2:39 p.m. | Witness excused. |

3

*92-cv-00870-JLK*
*Oral Argument*
*November 12, 2009*

| | |
|---|---|
| 2:40 p.m. | Plaintiffs witness, Darrel L. Teter, called and sworn. Direct examination begins by Ms. Riddle. |

**Dr. Teter offered and accepted as an expert in the area of Audiology.**

**Plaintiffs exhibit 5 offered and admitted.**

| | |
|---|---|
| 2:42 p.m. | Continued direct examination by Ms. Riddle. |

**Plaintiffs exhibit 3 offered and admitted.**

**Plaintiffs exhibit 4 offered and admitted.**

| | |
|---|---|
| 3:00 p.m. | Continued direct examination by Ms. Riddle. |

**Plaintiffs exhibit 6 offered and admitted.**

| | |
|---|---|
| 3:13 p.m. | Continued direct examination by Ms. Riddle. |
| **3:18 p.m.** | **Court in recess.** |
| **3:37 p.m.** | **Court in session.** |

**Plaintiffs exhibits 10, 7, 8, and 9 offered and admitted.**

| | |
|---|---|
| 3:38 p.m. | Continued direct examination by Ms. Riddle. |
| 4:13 p.m. | The Court questions the witness. |
| 4:14 p.m. | Continued direct examination by Ms. Riddle. |
| 4:17 p.m. | Cross examination begins by Ms. McCann. |
| 4:58 p.m. | Witness excused. |

Discussion regarding remaining witnesses.

**5:00 p.m.    Court in recess.**
Hearing continued.
Total time in court:   5 hours, 29 minutes