## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  November 13, 2009               Deputy Clerk: Bernique Abiakam
                                       Court Reporter:  Kara Spitler

Civil Action No. 92-cv-00870-JLK

JESSE MONTEZ, et al., as representatives
of themselves and all others similarly
situated,                              Paula D. Greisen
                                       Jennifer Riddle

     Plaintiffs,

v.

BILL RITTER, et al.,                   Elizabeth H. McCann
                                       James X. Quinn
                                       Berina Ibrisagic
     Defendants.

## COURTROOM MINUTES

**Day 2 Oral Argument / Criteria For Disability Determinations**

10:07 a.m.   Court in session.

Counsel present.  Also present, advisory witnesses for the Defendants, Kathleen Baxter and Joanie Shoemaker.

Conclusion regarding appropriate criteria to determine if someone is hearing disabled that's in the Department of Corrections.

10:08 a.m.   Closing argument by Ms. McCann.

10:20 a.m.   Closing argument by Ms. Greisen.

10:39 a.m.   Rebuttal argument by Ms. McCann.

10:44 a.m.   Comments and rulings by the Court regarding criteria for hearing aides, standards, and weighted averages.

*92-cv-00870-JLK*
*Oral Argument Day 2*
*November 13, 2009*

Argument heard on Defendants Motion To Stop Discovery Requests (Filed 11/10/09; Doc. No. 4186).

11:13 a.m.     Argument by Ms. McCann.

11:18 p.m.     Argument by Ms. Greisen.

**ORDERED: Defendants Motion To Stop Discovery Requests (Filed 11/10/09; Doc. No. 4186) is GRANTED as Specified.  Discovery cutoff is December 1, 2009.**

Argument heard on Defendants Motion To Limit Cathie Holst's Deposition (Filed 11/10/09; Doc. No. 4187).

11:27 a.m.     Argument by Ms. McCann.

11:28 a.m.     Argument by Ms. Greisen.

**ORDERED: Defendants' Motion To Limit Cathie Holst's Deposition (Filed 11/10/09; Doc. No. 4187) is GRANTED as specified.  Counsel may have 2 days for the requested deposition.  If more time is needed, grounds must be shown.**

Discussion regarding hearings by Special Masters.

11:32 a.m.    Court in recess.
Hearing concluded.
Total time in court: 1 hour, 25 minutes.