11/17/2009

CASE No.: 09-CV-02133-BNB
CASE No.: 92-CV-870-JLK
CASE No.: 78-CV-01065-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2009

GREGORY C. LANGHAM
CLERK

TO THE CLERK,

On November 1st, 2009, I mailed the enclosed notice to your office.

I was not allowed to make seperate letters to address every case. I had to make one letter and copy that. Hence, the notice says, "The Plaintiff", even though I may not be the named Plaintiff in each case.

I sent one of this notice, and request, for each of the cases above.

Enclosed, you should find a blank copy of what I sent. I have supplied the changed address on the blank document.

(1)

The reason I am writing to you today is, I have received no acknowledgement of your office having received the notices.

I am concerned that the mail may not have reached you.

If you have received these notices, then all is well. I will look forward to your reply.

If not, I can only hope that you have received them now.

I have received no new mailings in regard to any of these cases since the date of October 1st, 2009, or later.

Thank you.

*[signature]*

Matthew Tazio Redman
LCSO # 56831
551 West Main St.
Tavares, Florida 32778

November,    , 2009

Case Number :  _____

---
### NOTICE to the COURT of CHANGE of ADDRESS
---

COMES NOW, the Plaintiff, Matthew Tazio Redmon, and Notifies this Honorable Court of the Plaintiff's change of mailing address.

The address is changed as follows :

MATTHEW TAZIO REDMON
LCSO INMATE # 56831
551 WEST MAIN ST.
TAVARES, FL. 32778

RESPECTFULLY SUBMITTED,

_____
Matthew Tazio Redmon,
Plaintiff.

I, do hereby declare that the foregoing Change of Address is correct this _____ day of _____ , 2009.

_____
Matthew Tazio Redmon,
Plaintiff.

November     , 2009

Case Number :  _____


---

### STATUS REQUEST
---

COMES NOW, The Plaintiff, Matthew Tazio Redmon, and REspectfully Request a Status Update. Attached to this Request is the Plaintiff's Notice of Change of Address. The Plaintiff has received no information about the above named since the date of          , 2009, and needs to know the current Status of the Case.

Thank you,

_____
Matthew Tazio Redmon,
Plaintiff.


I, Matthew Tazio Redmon, do hereby declare that this Request for Case Status is true and correct this _____ day of _____, 2009.

_____
Matthew Tazio Redmon,
Plaintiff.