IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 1707 Ascot Road, Colorado Springs, CO 80906

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's "Motion for status on objection to final order of Special Master." #4188. Judge Kane denied the objection on September 19, 2008. A copy of that document is attached.

IT IS HEREBY ORDERED that Claimant's motion is denied as moot, as Judge Kane has ruled on the objection filed by Claimant. .

SIGNED this 21st day of November, 2009.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____

                              Richard M. Borchers
                              Special Master