IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: LVCF, 1401 West 17th Street, Pueblo, CO 81003

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the notice of Claimant (#4192). Claimant is requesting individual relief concerning her medical and physical conditions. .

The issue of whether there is jurisdiction under the Remedial Plan to file a claim for something that has occurred since August 27, 2003 remains unresolved. Judge Kane has taken the issue under advisement. An order will be issued in the foreseeable future.

IT IS HEREBY ORDERED that Claimant's notice will be treated as a motion and will be held in abeyance until the jurisdictional issue is resolved.

SIGNED this 21st day of November, 2009.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              Richard M. Borchers
                              Special Master