IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

---

Claim Number: 03-420
Category: III
Claimant: Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's motion to supplement record (*#4185*). Claimant has filed an appeal of the final order of the Special Master. The motion is appropriate and will be granted.

IT IS HEREBY ORDERED that Claimant's motion to supplement record is granted.

SIGNED this 21st day of November, 2009.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master