IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Case Number C-007
Category: C
Claimant: Matthew T. Redmon, #56831 (CDDOC #140637)
Address of Claimant: Lake County Detention Center, 551 West Main Street, Tavares, FL 32778

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on Claimant Matthew Redmon's letter concerning the status of the case. *#4182*. Claimant now is incarcerated in the State of Florida.

    Judge Kane held a hearing on September 1, 2009 concerning all aspects of the case that remain unresolved. The jurisdictional issue of whether individual claimants may file motions or claims on incidents after August 27, 2003 has been taken under advisement by Judge Kane. Nothing will be done on Claimant's pending matters until that issue is resolved by Judge Kane. The compliance portion of the case remains set for hearing in January, 2010.

    IT IS HEREBY ORDERED that Claimant's letter will be accepted for filing and will be held in abeyance.

    SIGNED this 21st day of November, 2009.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master