# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2001

JAMES R. MANSPEAKER
CLERK

Case No. 92-N-870

JESSE MONTEZ, et al.,

Plaintiffs,

vs.

ROY ROMER, et al.,

Defendants.

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

The Court conducted a hearing on October 18, 2001, on the following discovery motions: Defendants' Motion to Compel Response to Discovery Request and for Sanctions, filed April 16, 2001; Defendants' Motion for Protective Order regarding Deposition of Tom Deniston, filed July 31, 2001; Plaintiffs' Motion to Extend Discovery Deadlines, filed August 21, 2001; and Plaintiffs' Motion to Compel Discovery, filed August 30, 2001.

After hearing oral arguments and for the reasons stated on the record, it is ORDERED that Defendants' Motion to Compel Response to Discovery Request and for Sanctions, filed April 16, 2001, is DENIED. However, Plaintiffs are instructed to continue to supplement their discovery information as appropriate.

It is further ORDERED that Defendants' Motion for Protective Order regarding the deposition of Tom Deniston, filed July 31, 2001, is DENIED. The deposition of this individual will be allowed to go forward.

It is further ORDERED that Plaintiffs' Motion to Compel, filed August 30, 2001, is GRANTED IN PART and DENIED IN PART. (A) With respect to the

1

historical training materials requested by the plaintiffs, if the plaintiffs want to find out what materials are relevant, they must travel to the offices of the Department of Corrections and review the materials there. (B) With respect to the issue of obtaining the information on the death of class members, defendants are ordered to provide the medical files and any subsequent post investigation records of those class members who have died. Said production shall be by **October 23, 2001**. Defendants shall have leave of court to file an objection/reconsideration to this portion of the Court's Order by **October 25, 2001**.

In respect to Plaintiffs' Motion to Extend Discovery Deadlines, filed August 21, 2001, the Court will recommend to Judge Nottingham to grant this motion. Until further order of Court, the deadlines in this matter shall remain in full force and effect.

Dated this 22nd day of October, 2001.

BY THE COURT:

*[signature]*

O. Edward Schlatter
United States Magistrate Judge

2