EXHIBIT
2

## Diabetes Summary Report
Linda L. Edwards, RN, MHS, CDE

Following is a summary of the issues and concerns relating to diabetes observed since the current remedial plan was implemented.

General diabetes care
- Standards of Care: consistent practice of the standards
  Standards of Care for diabetes have been established for the corrections environment by the American Diabetes Association and the National Commission on Correctional Health Care. There are problems with consistent application of the standards system-wide.

  I saw Diabetes Flow Sheets on some of the charts reviewed, which appear to be an attempt to monitor application of the standards, however, documentation on the flowsheets is inconsistent:
    - Many blanks
    - Some chart dates, others fill in the results, still others have check marks
    - Some charts have 2 or 3 flow sheets each with information charted in only 1-3 columns

- Chronic care visits
  Chronic care visits were established to address the overall health care needs of those with diabetes.
    - At Territorial, offenders (group interviews) told they could bring only one issue to address
    - At Limon, offenders stated that labs, medications, BP all were addressed
    - CC visits vary from none to four times per year.

- Documentation
    - Identified as CCC visits.
    - Documentation varies, but appear same as acute care visits

- Co-pays
    - Inconsistent application of co-pays despite stipulation
    - Charged additional co-pays for management of diabetes medications follow-up
    - Charged $15.00 co-pay to address hypoglycemia (self-identified emergency) even if the hypoglycemia severe

Accommodation
- Usual view of accommodation
    - Relates to presence of physical disabilities
    - Work restrictions, lower bunk, transportation throughout the facility, need for wheel chair, etc.
- Accommodation necessary for diabetes
    - Appropriate timing of medication administration
    - Appropriate timing of food-meals and snacks, based on the types of medication and doses
    - Access to glucose tablets or other fast-acting carbohydrate to treat hypoglycemia if taking insulin, sulfonylurea medications
    - If peripheral neuropathy, appropriate soft-sole shoes with breathable upper material, including athletic shoes, work boots that are appropriate for work being done, preventive foot care
    - Blood glucose monitoring at times and frequency to evaluate effectiveness of the treatment plan
    - Usual accommodation if retinopathy resulting in visual impairment
    - Access to bath room, water as needed
    - Modify work/program schedules to accommodate need for meal timing, snacks, fingersticks, bathroom breaks

Medication management-Oral diabetes medication
- Medication combinations
    - Many charts revealed the use of multiple diabetes medications without resulting in adequate control
    - Example: Combinations of 3-4 classes of medications (Actos, Glucatrol, Glucophage, and insulin)
        - *This is a costly combination, especially if it is ineffective*
        - *Use of Glucophage and Glucovance: both contain metformin.*
        - *Actos is costly, not effective in all cases, causes weight gain, and is contraindicated in those with congestive heart failure.*
- Lapses in medication prescriptions
    - Offenders cite numerous cases of diabetes medication prescriptions expiring, having to pay co-pays to reinstate prescriptions, and lapses of a few days to 2 months before medications reinstated.

- Blood glucose levels elevated from stated 300 to 500.

Medication management-Insulin
- Management of type 1 diabetes is particularly troublesome. The insulin orders observed in charts is excessive and reflect lack of knowledge about appropriate management of type 1 diabetes. Endocrinology consult denied to inmates exhibiting numerous documented cases of severe hypoglycemia as "not medically necessary".
    - People with type 1 diabetes produce no insulin and are generally insulin sensitive, requiring on average .5 units/kg of insulin in divided doses: baseline insulin (long-acting) and food (fast-acting) to cover meals.
    - If nephropathy (kidney disease) is present, insulin requirements are even less.
- Types
    - Prior to 2007, the insulins uses were NPH (Humulin N) and Regular (Humulin R). The appropriate use of these insulins would be N insulin in the morning and at bedtime, with R insulin before breakfast and dinner.
    - Lantus insulin (peakless, long-acting insulin) was ordered for many beginning in 2006, 2007. Lantus is strictly a baseline insulin and does not cover meals, necessitating Regular or Humulog (very fast-acting insulin) before *each* meal.
    - Note: Humulog insulin begins lowering blood sugar in as little as 10 minutes, meaning that it should be given immediately before the meal. This was not observed in any facility visited, with meal wait times as much as 2-3 hours after insulin given.
    - A number of cases were seen where offenders were prescribed Lantus insulin in large doses and Sliding Scale Regular only.
    - Deviations from the above recommended use of the various insulins cause ***predictable***, significant and preventable fluctuations in blood glucose levels.
- Timing
    - Morning insulin doses were generally 5:00 to 7:00 am
    - Evening insulin doses were stated to be as early as 3:30 pm and could vary.
    - NPH insulin given in the mid-to late-afternoon will have a peak action by midnight, causing hypoglycemia in the late night hours.
    - Large doses of Lantus insulin will work consistently whether the patient is eating or not, causing hypoglycemia during the night.
- Sliding scale insulin prescribed for many patients
    - Sliding scale insulin orders are a method of lowering blood glucose levels based on the blood glucose level taken at prescribed times. Sliding Scale insulin is an outdated practice:
        - Retroactive: blood glucose must be elevated before the patient receives the required insulin.
        - It is given *after* the fact, meaning that the **cause** of the high glucose happened at least 4 hours before the glucose reading taken and the **effect** of the insulin given is at least 4 hours after the injection. This causes additional high and low blood sugar fluctuations.
        - Sliding scale supplemental insulin frequently given when blood glucose rebounded from a previous hypoglycemic episode, resulting in even more significant hypoglycemia. The patient in these situations require **less** insulin, not more.

Hypoglycemia
- Scope of the problem
    - Pervasive, predictive based on reviewing insulin/oral medication orders without looking at visit notes.
    - Offenders described episodes, both daytime and at night, some documented many not documented
    - Offenders frequently blamed for episodes, rather than the inappropriate insulin orders and/or timing of injections
    - Frequent episodes of hypoglycemia progressively cause diminished ability of the patient to recognize the early signs of hypoglycemia, resulting in more severe episodes because of lack of self-recognition.
- Monitoring
    - Many offenders report difficulty getting the guard staff to listen and get them to medical to document and treat hypoglycemia
    - If it occurs at night, there may not be help available
    - Offenders report that they are sent back to unit to submit kite to be checked for hypoglycemia
    - If blood glucose monitoring equipment is available with guards, many offenders are not aware. Others state that the guards have not been trained to use.
- Treatment
    - Offenders are not allowed to carry glucose tablets. Orders observed in charts occasionally ordered glucose tablets (1) to treat hypoglycemia. The recommended treatment for hypoglycemia is 15 grams of carbohydrate (or 3 tablets/5 grams each) One glucose tablet would be expected to raise the blood sugar only 8-10 points, whereas the recommended 15 grams would raise the blood glucose about 25 points.
    - Offenders can purchase candy, snacks and other carbohydrates in the canteen. Most keep these foods to treat their own hypoglycemic episodes, but chart notes show that they are frequently reprimanded for doing so.

- o Offenders report that guard staff "sweep" through the cells and remove food, putting those susceptible to hypoglycemia at increased risk.
- o Chart notes also reveal that in medical, additional food is given (protein *with* the carbohydrate foods that actually slows down the blood sugar response and delays restoring glucose to normal)
- o Low blood sugar episodes cause the release of adrenalin. Frequent episodes can therefore contribute to hypertension and complicate BP management.
- Prevention
    - o Stop sliding scale insulin, except in extreme cases (such as impending diabetic ketoacidosis, illness, infection)
    - o Manage daily insulin doses based on weight, work, and activity levels as well as blood glucose patterns
    - o Engage patients in decision-making process. Many offenders verbalized a general understanding of what they need, but lack the knowledge of how to "fix" the problems they experience
    - o Allow patients to carry glucose tablets

### Blood glucose monitoring
- Inconsistent practice relating to frequency and timing of blood glucose monitoring
- Offenders report that diabetes medications discontinued, no longer have diagnosis, and monitoring discontinued. Some report that monitoring is discontinued if they are on only pills.
- Monitoring times reported and observed in charts at 10:30 am, mid-afternoon. These are times that high readings would be expected, causing use of extra insulin doses.
- Chart records reveal many have orders for checking only 2-3 days per week.

### Nutrition
- There are many concerns about food and nutrition throughout the entire system.
- The "Diabetic Diet" designation was removed within the last year. The offenders are given pre-served trays, with no choice of what is served.
- Many report that the food served is not what is printed on the menu sheets.
- Offenders report that those on insulin or oral diabetes medications have received no "first in food line" preference, even if they are experiencing hypoglycemia. They go to meals with their cell house. This can be as much as 2 hours after receiving their medicines/insulin.
- Weekend breakfast consists of sweet rolls, regular syrup and other inappropriate foods, without choice.
- Snacks, a necessity for many taking insulin, are considered a prescription item. They are not consistently delivered.
- The Registered Dietitians are a part of Food Service, separated from medical care. Nutrition in diabetes care is universally recognized as "Medical Nutrition Therapy", an integral part of clinical care.
- Withholding food, including, meals, snacks and purchased canteen items are used to punish offenders. They can be pulled from food lines or wait in line for unreasonable lengths of time.

### Education
- Education consisting of 1-2 hours is documented as being provided by a staff trainer very recently.
- Medical staff not involved
- Passive, presentation-style
- Relates to choosing food, canteen items; however corrections environment do not support positive response from offenders

### Preventing Complications
- Blood glucose management to established targets. Corrections environment is understandably difficult to align resources to support blood glucose monitoring.
- Medical staff does not appear to be able to optimize care delivery systems to improve diabetes care.
- Blood pressure and cholesterol are usually documented as being addressed.
- Documentation of comorbid conditions not consistently documented on diagnosis lists

### Foot care
- Neuropathy is not consistently documented. In the past two years, more documentation of checking feet for neuropathy using monofilament as recommended; however, documentation in several charts reviewed showed alternating presence/absence of neuropathy in same patient.
- No consistent policies for addressing neuropathy

### Quality management

- CQI reports document increasing attention to standards of care, with improving results in both process and outcome measures, especially in lipid and blood pressure management.
- Individual chart by chart reviews are difficult, time-consuming, and subject to error, based on the charts I reviewed.
- Patient compliance blamed for short-comings. No definition for identifying how compliance was measured.
- Low A1c averages cited in the reports were achieved at the cost of significant and pervasive hypoglycemia

**Recommendations:**
- Include best practices in QI reports, with effort to establish *consistent* practice from facility to facility.
- Include hospitalizations and ED visits in audit reports.
- Implement electronic tracking or database registry to facilitate improved reliability of population reporting
- Include consistent documentation of diagnoses, comorbidities, complications of uncontrolled diabetes
- Expert review of medication management to optimize effectiveness, cost efficiencies, and eliminate duplication of medications.
- Staff education, periodic follow-up training, regarding standards, accommodation, and clinical care.
- Access to endocrinology consults in complex cases, especially insulin management of offenders with type 1 diabetes.
- Implement policies that eliminate lapses in diabetes medication prescriptions, especially insulin.
- **Insulin prescriptions must not lapse in those with type 1 diabetes. It is a medical responsibility to assure that doesn't occur.**
- Implement policies that address appropriate timing between medications/insulin and meals
- Provide access to glucose and/or food if taking glyburide, glipizide, and/or insulin
- Revise policies relating to sliding scale insulin, preferably eliminate the practice unless short-term and when specific criteria are met.
- Consistent policies and procedures relating to frequency and times for blood glucose monitoring
- Nutrition
  - RDs more integrated into medical care with realistic consultations; i.e. how to manage food within the framework of what is in the offenders' control
  - Take measures to prevent guard staff from removing food from offenders' cells
  - Provide appropriate food choices on weekends
  - Provide appropriate sugar free foods to be included in the choices
- Education
  - Provide education regarding aspects of diabetes self-care over which the offenders have control
  - Provide *practical* education about food choices, carb content of food, etc as was discussed and planned in January and February 2007 with the medical leaders.
- Foot care
  - Soft-soled shoes with breathable upper materials for all offenders with diabetes
  - Appropriate preventive care, with consistent options for care of calluses and nails
  - Accurate documentation of neuropathy with a plan for care of neuropathic feet

In summary, there is a great deal of evidence supporting implementing population management programs to provide proactive care to people with chronic diseases, especially diabetes. These programs include:
- Current standards of care
- Provider education regarding adherence to standards of care
- Registries, database to accurately document both process and outcome measures and aggregate data
- High risk case management
- Contract management to optimize care, cost management and support quality care
- Patient education to support self-management decisions

The result is improved quality of care, improved resource utilization. Cost effectiveness is realized in terms of both cost avoidance (hospitalizations and complications) and cost efficiencies relating to available resources.

During training of nurse managers several years ago, I facilitated a discussion relating to the problems and concerns that I had seen in the care delivery system. A productive, problem-solving discussion followed which demonstrated to me that many of these problems could be solved internally if groups like this were given the authority to meet, discuss issues of concern, and implement solutions.

I also recommend utilization of resources with diabetes expertise to review, consult and advise the system regarding diabetes care, medication management, high risk case management, monitoring of population outcomes with the authority to effect care delivery improvements.

Offender Charts reviewed

| ID | Name |
|---|---|
| 124164 | Paul Deschaine |
| 119057 | Albert Abeyta |
| 63908 | John Armintrout |
| 116306 | Claude Burton |
| 114507 | Shaun Thomas |
| 52696 | Frederick Porter |
| 138052 | Ramon Ruiz |
| 105340 | Schwinaman |
| 136164 | Wilkes |
| 55220 | David Montoya |
| 95767 | Dean Cordova |
| 108549 | Seth Reed |
| 127006 | David Greening |
| 53815 | Brian Lumbar |
| 138696 | Shelby Montoya |
| 94633 | Jontah Taylor |