EXHIBIT
3

## Paula Greisen

| | |
|---|---|
| **From:** | Joanie Shoemaker [Joanie.Shoemaker@doc.state.co.us] |
| **Sent:** | Tuesday, June 24, 2008 9:01 AM |
| **To:** | Edith Moore; lledwd@yahoo.com |
| **Cc:** | Julie Drew; Paula Greisen; Jennifer Riddle |
| **Subject:** | Re: Meeting with CDOC RE: Diabetic Education |

Ms Edwards - I am hoping to make good use of everyone's time so here is my plan.

Dr Paula Frantz,CMO along with you and I would be present during the entire meeting. During the first hour, we would be joined by Carol Berends, dietitan and Debra Foster to discuss the plan for this years diabetic education.

The seond hour we would be joined by Renae Jordan, Quality Assurance Manager to discuss the QA reports that you were provided.

I would like to then spend the remaining time discussing diabetic issues and we would be joined by two of our doctors, Dr Singh and Dr Fisher. I was hoping we could meet until 5 pm giving us two hours for the final discussion. I realize that the orginial message was 1 to 4 pm. Please let me know if you have questions.

-----Original Message-----
From: Linda Edwards <lledwd@yahoo.com>
Cc: Shoemaker, Joanie <Joanie.Shoemaker@doc.state.co.us>
To: Moore, Edith <Edith.Moore@doc.state.co.us>
Cc: Drew, Julie <Julie.Drew@doc.state.co.us>
Cc: Greisen, Paula <greisen@kinggreisen.com>
Cc: Riddle, Jennifer <riddle@kinggreisen.com>

Sent: 6/24/2008 7:15:33 AM
Subject: Re: Meeting with CDOC RE: Diabetic Education

Ms Moore,
I can meet on July 1 from 1-4 PM.  Please let me know who will be at this meeting and their role.  Thank you.
Linda Edwards


----- Original Message ----
From: Edith Moore <Edith.Moore@doc.state.co.us>
To: lledwd@yahoo.com
Cc: Joanie Shoemaker <Joanie.Shoemaker@doc.state.co.us>; Julie Drew <Julie.Drew@doc.state.co.us>
Sent: Monday, June 23, 2008 8:31:26 AM
Subject: Meeting with CDOC RE: Diabetic Education

Ms. Edwards,

Ms. Shoemaker would like to schedule the meeting for Tuesday, July 1, 2008.  She would like to have the meeting at Denver Women's Correctional Facility from 1 pm to 4 pm.

Please confirm that you will be able to attend.

Thank you,

Edie Moore

1

Mental Health Administrative Assistant
Central Division of Clinical Services, HQ
719-226-4531