EXHIBIT
4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ et al.,

Plaintiffs,

v.

Bill Ritter, et al.,

Defendants.

**DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO THE COLORADO DEPARTMENT OF CORRECTIONS AND TO THE OFFICE OF THE ADA INMATE COORDINATOR**

Defendants, through the Colorado Attorney General, hereby respond to "Plaintiff's First Interrogatories and Request for Production of Documents to the Colorado Department of Corrections and to the Office of the ADA Inmate Coordinator" ("Discovery Requests").

GENERAL OBJECTIONS AND PRELIMINARY STATEMENT

Defendants object to the Discovery Requests to the extent that they repeat discovery already conducted or obtained by Plaintiffs through informal discovery and are, therefore, cumulative, duplicative, and unduly burdensome.

Defendants also object to the Discovery Requests to the extent any request seeks information protected from disclosure by the attorney-client privilege, work-product immunity doctrine and/or any other privilege or protection.

These responses are based upon information currently available to Defendants. Defendants reserve the right to supplement or modify their responses should additional or different information become available.

INTERROGATORIES

**INTERROGATORY NO. 1:** As of May 1, 2009, please list every inmate who has been screened under the disability criteria agreed to by the parties as a result of the 2008 Stipulation in this case and list every inmate who is waiting to be screened under these criteria.

**RESPONSE:** This information is still being compiled and will be provided as soon as possible.

**INTERROGATORY NO. 2:** For all inmates listed who have been screened under the disability criteria in response to Interrogatory #1, please identify which of those inmates have completed the screening process (e.g. the CMO has verified the final determination and the AIC has approved and the final Accommodation Resolution Form was issued) as of May 1, 2009.

**RESPONSE:** This information is still being compiled and will be provided as soon as possible.

**INTERROGATORY NO. 3:** Please provide a list of all medical doctors employed (either as employees or independent contractors or otherwise) by the DOC since January 2008, their area of expertise, their resumes or CVs, the facilities that they service and the dates they provided such service.

**RESPONSE:** Please see the attached charts. Chart 1 lists the physicians who have been employed by CDOC since January 2008, their specialities, the facility to which they provided services and the dates of service. CDOC does not have resumes because CDOC has its own application. Copies of relevant portions of those applications are provided. Chart 2 lists the contract physicians used by CDOC during the relevant time frame. Copies of the state applications are provided except for those of Dr. Richter and Dr. Sanchez which CDOC does not have.

**INTERROGATORY NO. 4:** Please list all public or private DOC facilities that have been reviewed for ACA accreditation since January 2008 and indicate whether accreditation was received and if not, why not.

**RESPONSE:** See response provided in notebook. No facilities were not accredited.

**INTERROGATORY NO. 5:** Please list every inmate with diabetes who has been or is placed in an honor camp, Boot camp, or Camp George West since January 2008. In so doing, please identify the security level of each honor and boot camp in the DOC and Camp George West, and the medical classification code that each facility will accommodate.

**RESPONSE:** See response provided in notebook.

**INTERROGATORY NO. 6:** As of May 1, 2009, please indicate whether the ADA Grievance process is being processed in a timely manner as required by the Remedial Plan, if there are grievances that have not been responded to under the times required, provide the number of those grievances.

2

**RESPONSE:** Yes; ADA grievances are being handled in a timely manner. Plaintiffs' counsel has previously been provided with documentation of responses to ADA grievances by month. Provided with this response in a notebook is a compilation of grievances processed in April 2009 reflecting that all were responded to in a timely manner and none were overdue. Also included in the notebook is a compilation of all ADA grievances processed from April 1, 2008 to May 1, 2009 reflecting the days due and the days of response.

**INTERROGATORY NO. 7:** Please provide a list of all IWDs who, as of May 1, 2009, have been determined by DOC to need an assistant to assist them with daily living activities.

**RESPONSE:** This information is being compiled and will be provided asap.

**INTERROGATORY NO. 8:** Describe in detail the policy as of May 1, 2009 with respect to providing soft-soled shoes to inmates with diabetes without charge.

**RESPONSE:** The policy of providing soft-soled shoes to inmates with diabetes free of charge is discussed in the Clinical Standard entitled Durable Medical Equipment under 2.D.IV Procedure. A copy is provided in a notebook.

**INTERROGATORY NO. 9:** Please provide all the reasons why the dog program was stopped at Ft. Lyon in 2008 and why it was started again in Nov/December 2008. Also provide a list of all the job requirements of this program, the inmates who have participated in this program since its initial inception at Ft. Lyon, specifying whether any of the inmates who have participated is an IWD under the terms of this case and if so, the nature of the inmates, disability and when that inmate was admitted in the program.

**RESPONSE:** The dog program was temporarily discontinued at Ft. Lyon as a result of disagreements among facility staff and administrators of the dog program regarding its operation. These issues needed to be resolved at a higher level. Once they were resolved the program was started again in the winter of 2008. The other material requested in this request is provided on a CD. If an "N" appears next to an inmate's name that means the person requested disability screening and was found not to be disabled. If there is a "Y" the person was found to be disabled in the category noted at the top of the page. If there are no "N's" or "Y's" the person did not request disability status. The formatting is such that if there is an entry in a column, it sometimes pushes the next column over so sometimes a column is not straight but can be read across. This information can be provided in an excel spread sheet.

**INTERROGATORY NO. 10:** Provide a list of all inmates who have requested to be admitted in to the dog program at Ft. Lyon since its inception but have not yet been admitted. In so doing, please specify if any of the inmates identified are IWDs under the

3

terms of this case, and the reason why each such inmate was not admitted into the program.

**RESPONSE:** This information is provided on a CD. Again, the columns may not always be lined up but can be read across.

> **INTERROGATORY NO. 11:** Please provide documentation for all requests for hearing aid repairs and hearing aid batteries since May 2008, including documentation on when the repair was made, when the repaired hearing aid was restored to the inmate or when the batteries were provided.

**RESPONSE:** This material is attached in a notebook. A copy of the staff meeting in which the replacement of hearing aid batteries was discussed is also included.

PRODUCTION REQUESTS

**REQUEST NO. 1:** Please produce all documents, material and/or information produced to the AIC by every DOC facility as a result of the audit 2008/2009 performed by the AIC in connection with this case.

**RESPONSE:** This material has been previously provided.

**REQUEST NO. 2:** Please produce a copy of the list of all IWD or persons who have requested IWD status at DOC, and the Worksheet Forms for every inmate that has a file in the office of the AIC.

**RESPONSE:** This material has been previously provided but is included on 3 CD's.

**REQUEST NO. 3:** Please produce all records of when sign language interpreters have been provided at any DOC facility (private or public) since May 2008. In so doing, please provide information regarding the name/company of the sign language interpreter, the name of the inmate assisted, and the nature of the communication (eg. Parole hearing, medical, class, etc...)

**RESPONSE:** This material has been provided to plaintiffs' attorneys at monthly meetings through March 2009. The invoice for April 2009 is provided in a notebook which includes the information for April.

**REQUEST NO. 4:** Please provide a list of all jobs available at each correctional facility that is active as of May 2009, the pay for each job, indicate whether the job is a CI job and whether there is a bonus pay of any kind associated with that job.

**RESPONSE:** Provided on CD contained in notebook. The format is a tab delineated file which we understand is the format requested by Plaintiffs. The columns do not always

4

line up; the numbers 1-6 reflect the pay codes for the various jobs and the "Y" and "N" reflect whether the job is a CI job. Job Code 08 is used for CI jobs so any job with a code of 08 is a CI job. This data can be provided in an excel spread sheet. The pay code is as follows:

- 0 Volunteer/no pay
- 1 $0.23 Unassigned
- 2 $.30 half day assigned
- 3 $.60 full day assigned
- 4 $.80 full day offender care aide 1
- 5 $1.20 full day offender care aide 2
- 6 $2.00 full day offender care aid 3

**REQUEST NO. 5:** Please provide a report showing the inmates as of May 1, 2009 who are placed in each of the jobs listed in response to Production Request #4, and in so doing, indicate which of those inmates have been determined to be an IWD under the terms of this case, and what if any, accommodations have been provided to those inmates to perform the assigned job.

**RESPONSE:** Provided on a CD in a notebook. The answer to this request and request No. 7 are combined and contained in one chart. This information can be provided in an excel spread sheet. The information regarding accommodations is available in the individual AIC files.

**REQUEST NO. 6:** Please produce a list of all programs and services offered at each correctional facility that is active as of May 2009, specifying whether the program/service is offered on a full-time basis.

**RESPONSE:** Provided on a CD in a notebook. This information can be provided in an excel spread sheet.

**REQUEST NO. 7:** Please provide a report showing the inmates as of May 1, 2009 who are participating in the programs and/or services identified in response to Production Request #6, and in so doing, indicate whether the inmates so identified have been determined to be an IWD under the terms of this case.

**RESPONSE:** Provided on a chart combined with the information requested in Request No. 5 on a CD in a notebook

**REQUEST NO. 8:** Produce records of all testing taken by any DOC employee or independent contractor regarding the requirements of the Remedial Plan and the results of that testing, since May 1, 2008.

**RESPONSE:** Provided on a CD in a notebook

5

**REQUEST NO. 9:** Please provide all emails and any other documentation between the office of the AIC and any other person working at DOC or any other entity or governmental office (except its legal counsel) regarding the Montez case and any aspect of compliance or non-compliance by the DOC with the Remedial Plan in this case since May 2008. In so doing, please produce the email in hardcopy and/or DVD format.

**RESPONSE:** Much of this material has already been provided to Plaintiffs' counsel in monthly meetings. Additional emails are contained in a notebook.

**REQUEST NO. 10:** Please produce documentation regarding the identity of every inmate who, as of May 1, 2009, is working as an inmate aide, ADL, or para-pro assisting IWDs, and provide documentation regarding the identity of the IWD(s) that person assists, any training that inmate has to perform that job, the criminal background and institutional disciplinary record of that inmate holding this position.

**RESPONSE:** Provided in three notebooks.

**REQUEST NO. 11:** If any employee or independent contractor has contacted class members or potential class members regarding their disability, such as whether they have jobs, whether they are being discriminated against, or question them with regards to any aspect of compliance with the Remedial Plan, please provide all records concerning all of these conversations from June 2008 to the present. In so doing, please indicate who was a party to the conversation and when it occurred.

**RESPONSE:** Object to this request as overbroad, burdensome, and not calculated to lead to the discovery of admissible evidence. Employees of CDOC talk to inmates every day about various issues, including jobs, programs, medical issues, placement, etc. It would be impossible for CDOC to respond to this request.

**REQUEST NO. 12:** Please produce all reports submitted to the legislature or legislators regarding this case, including but not limited to any appropriations requested, itemized expenditures regarding this case, status reports, and any other documentation concerning disability issues regarding the public or private prisons in this state since May 2008.

**RESPONSE:** Provided in a notebook

**REQUEST NO. 13:** Please produce all ACA accreditation reports or reviews of all public and private correctional facilities since January 2008.

**RESPONSE:** See response to Interrogatory # 4

**REQUEST NO. 14:** Please produce any evidence that the DOC intends to introduce at the compliance hearing in this case.

6

**RESPONSE:** Any of the materials produced to plaintiffs' counsel may be used by DOC at the compliance hearing. Additional materials will be produced as decisions are made regarding evidence and plaintiffs identify their witnesses. A CD with the offender job descriptions is provided which may be used.

**REQUEST NO. 15:** Please produce all documentation provided to DOC medical providers regarding the criteria they are to use to make disability determinations under the Remedial Plan and any other instructions given to medical providers regarding disability status or implementation of the Remedial Plan.

**RESPONSE:** Provided in a notebook

**REQUEST NO. 16:** Please produce all documentation regarding the implementation of a tracking system as required by the Remedial Plan including any records indicating when the system was fully implemented.

**RESPONSE:** Provided in a notebook with respect to the Clinical Services tracking system. The tracking system established by the AIC office has been in effect since shortly after the original settlement of the case and plaintiffs' counsel has seen it. If plaintiffs' counsel would like further information about the AIC tracking system, that can be arranged.

**REQUEST NO. 17:** Provide copies of all documentation regarding the request for repairs to wheelchairs since January 1, 2007, including the name of the inmate requesting the repair, when the repair was made, when the repaired wheelchair was given back to the inmate, what accommodation, if any, was provided to the inmate pending the repair, whether the inmate was charged for the repair and if so, why.

**RESPONSE:** Provided in a notebook

**REQUEST NO. 18:** Please provide copies of all medical protocol followed by DOC regarding the care and treatment of diabetes.

**RESPONSE:** Provided in a notebook

**REQUEST NO. 19:** Please produce records of all inmates who have requested refunds of medical copays pursuant to the last stipulation entered into by the parties in this case and the response, if any, by the Office of the AIC.

**RESPONSE:** This material has been provided to Plaintiffs' counsel during monthly meetings over the last year. The records for April 2009 are provided in a notebook.

**REQUEST NO. 20:** Please produce records of all inmates who have requested reimbursement for copies made when making a claim for damages where he or she

7

was charged for the first ten pages of CDOC records, or was charged in excess of $.25 per page thereafter, and the response, if any, by the Office of the AIC.

**RESPONSE:** This material has been previously provided to Plaintiffs' attorneys.

**REQUEST NO. 21:** Please produce documentation of all emergency evacuations (whether drills or real evacuations) that have been conducted at every designated DOC facility (public and private) where mobility, vision and hearing impaired inmates are housed since May 1, 2008. In so doing, produce records of all fire department or any other governmental agency (other than the DOC) that was involved, and all reports generated as a result of the evacuation, and provide the following information: the time and date of the procedure and the cell house or location that was subject to the drill; whether the location was actually evacuated or whether the inmates were locked in their cell, put into a dayroom or other location during the evacuation; and, if an actual evacuate occurred, identify all IWDs who were evacuated.

**RESPONSE:** Provided on a CD except for material from Sterling Correctional Facility which is included in the audit provided in response to Request No. 1 and materials from BVCC and CSP which should also be in the audit notebooks.

**REQUEST NO. 22:** Please produce copies of all information provided to IWDs concerning emergency evacuation procedures and accessible routes.

**RESPONSE:** Upon information and belief, this material is included in the audit material previously provided.

**REQUEST NO. 23:** Please list every time when the clinical services staff, in conjunction with the AIC, has evaluated an inmate's ability to participate in work, educational, and other programs as required by the Remedial Plan, XXVI, since May 1, 2008. In so doing, please provide the following information:

1) the name and DOC number of the inmate evaluated;
2) the date of the evaluation and the identity of the persons involved in the evaluation;
3) what determination was made regarding the inmates' ability to participate in work, educational, and vocational activity;
4) whether the inmate was designated as "medically unassigned";
5) the date of any follow-up evaluations of the inmates' classification.

**RESPONSE:** This information is included in AIC files for inmates reflecting clinical staff evaluations and notes.

**REQUEST NO. 24:** Please list every inmate and their DOC number who has been classified as "Medically Unassigned" at any DOC facility since May 2008.

**RESPONSE:** Provided in a notebook

8

**REQUEST NO. 25:** Please produce documentation verifying that, since May 1, 2008, all IWDs with an M4 classification level identified in the above interrogatories is scheduled for a classification review no less than every six months.

**RESPONSE:** Provided in a notebook.

**REQUEST NO. 26:** Produce a copy of all screening forms and documentation related to that screening that has been conducted by DOC using the new disability criteria established after the entry of the 2008 Stipulation.

**RESPONSE:** Provided on a CD and in response to other requests for production.

**REQUEST NO. 27:** Please produce all quality improvement reports or analysis prepared or conducted by the Defendant from January 2008 to the present regarding the care and treatment of diabetes at the public and private DOC facilities, including but not limited to any documentation related to the implementation of the Quality Management Program instituted by DOC.

**RESPONSE:** An audit of the diabetic program from June 2008 is provided in a notebook. Also provided are Administrative Regulation 700-10 and the Clinical Standards as well as an email about a future audit. The Defendants object to any quality management documentation or reports pursuant to C.R.S. § 25-3-109 and C.R.S. § 12-36.5-101 *et. seq.* and on the grounds of relevance and not being calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 28:** Please produce all internal quality assurance documents, reports, analysis or investigations conducted after the death of any class member since January 1, 2008.

**RESPONSE:** Objection. Please see response to Request No. 27

**REQUEST NO. 29:** Please produce all records of hospitalization since January 1, 2008 of any inmate with diabetes who was hospitalized for any of the following conditions: hypoglycemia, diabetic ketoacidosis, heart attack, stroke, or kidney failure.

**RESPONSE:** Objection on the grounds of relevance and failure to lead to the discovery of relevant evidence. This is a discrimination case based on the ADA and the Rehabilitation Act not a medical malpractice case. Further objection on the grounds that this is medical information that cannot be released by the CDOC without a release from the inmate.

**REQUEST NO. 30:** Please produce the death certificates and autopsy reports of any inmate on the AIC database who has died since January 2007.

**RESPONSE:** Objection to production of death certificates pursuant to C.R.S. § 25-2-117(1) on grounds of confidentiality. CDOD does not often receive copies of autopsy reports. Those that it has for inmates who have died since January 2007 are produced in a notebook.

**REQUEST NO. 31:** Please produce the resume or CV of the Chief Medical Officer of DOC and any other documentation regarding any training this person has with respect to the disabilities relevant to this case.

**RESPONSE:** Provided in a notebook

**REQUEST NO. 32:** Produce documentation verifying that correctional staff has been trained in the use of the glucometers that are kept at the master control units.

**RESPONSE:** Provided on a CD

**REQUEST NO. 33:** Produce documentation verifying that non-English speaking inmates with disabilities, or inmates who want to apply for disability status are accommodated during the application process, including but not limited to evidence that Spanish or other interpreters are brought in to assist inmates complete the application process. (NOTE: We are not requesting that an AR be provided that says it is the policy of DOC to do this – we want actual evidence that it happens.)

**RESPONSE:** Provided in a notebook. Note that it is possible that an inmate was assisted by a case manager, a CDOC employee, or another inmate without the contact being documented.

**REQUEST NO. 34:** Produce all audits of the clinical services provided to IWDs as relevant in this case that have been performed since January 1, 2008.

**RESPONSE:** There have not been specific audits of clinical services provided to IWD's other than the audit summary provided of diabetic care.

**REQUEST NO. 35:** Please produce all peer review forms regarding the medical services that have been provided to IWDs since January 1, 2008.

**RESPONSE:** Objection based on C.R.S. § 12-36.5-101 *et. seq.* and C.R.S. § 25-3-109.

**REQUEST NO. 36:** Please produce all quality management investigations or reports that have been conducted on inmates with diabetes since January 1, 2008.

**RESPONSE:** Objection – see response to Request for Production 27.

I hereby swear or affirm that the responses above are true to the best of my knowledge and recollection.

_____
Cathie Holst - CDOC Office of Correctional Legal Services

Subscribed and sworn before me in the County of _____, State of Colorado, this ____ day of July, 2009.

My commission expires: _____.

_____
NOTARY PUBLIC


_____
Joanie Shoemaker

Subscribed and sworn before me in the County of _____, State of Colorado, this ____ day of July, 2009.

My commission expires: _____.

_____
Notary Public

11

As to objections:

JOHN W. SUTHERS
Attorney General

*Elizabeth H. McCann*
ELIZABETH H. McCANN
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for the CDOC Employees
1525 Sherman Street
Denver, Colorado 80203

CERTIFICATE OF SERVICE

This is to certify that I have duly served this Defendants' Responses to Plaintiffs' First Interrogatories and Request for Production of Documents to the Colorado Department of Corrections and to the Office of the ADA Inmate Coordinator upon all parties by personal delivery at Denver, Colorado, this 2nd day of July 2009, to:

Paula Greisen
greisen@kinggreisen.com

Jennifer W. Riddle
riddle@kinggreisen.com

and by email delivery to:

Edward T. Ramey
eramey@ir-law.com

Lara E. Marks
lmarks@ir-law.com

*Elizabeth H. McCann*
Elizabeth H. McCann

13

I hereby swear and affirm that the responses above are true to the best of my knowledge and recollection.

*Cathie Holst*
Cathie Holst, CDOC Office of Correctional Legal Services

Subscribed and sworn before me in the County of El Paso, State of Colorado, this 13th day of July, 2009.

My commission expires: 3/5/2012

*Jxxx B Reynolds*
Notary Public

_____
Joanie Shoemaker

Subscribed and sworn before me in the County of El Paso, State of Colorado, this _____ day of July, 2009.

My commission expires: _____

_____
Notary Public

I hereby swear or affirm that the Defendants Responses to Plaintiffs' First Interrogatories and Request for Production of Documents to the Colorado Department of Corrections and to the Office of the ADA Inmate Coordinator above are true to the best of my knowledge and recollection.

*Joan M Shoemaker*
Joanie Shoemaker
Deputy Director of Prisons
Colorado Dept. of Corrections

Subscribed and sworn before me in the County of _El Paso_, State of Colorado, this 23rd day of September, 2009.

My commission expires: 04/27/2013

*Renae Jordan*
Notary Public

RENAE JORDAN
Notary Public
State of Colorado

I hereby swear and affirm that the responses to Interrogatory # 4 & #13 are true to the best of my knowledge and recollection.

*[signature]*

Tami Williams, CDOC Accreditation Manager

Subscribed and sworn before me in the County of El Paso, State of Colorado, this 14th day of July, 2009.

My Commission Expires 06-13-10

My commission expires: _____

*[signature]*
Notary Public

*[Notary seal: RUBEN ANTHONY GROVES, NOTARY PUBLIC, STATE OF COLORADO]*

I hereby swear and affirm that the response to Production of Documents Request #25 is true to the best of my knowledge and recollection.

*(signature)*

Paul Hollenbeck, CDOC Offender Services Chief of Classification

Subscribed and sworn before me in the County of El Paso, State of Colorado, this 10th day of July, 2009.

My commission expires: 6/13/12

KELLY L. HROMAS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 06/13/12

*(signature)*
Notary Public