EXHIBIT
6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs

v.

BILL RITTER, et al.

      Defendants.

---

**DEFENDANTS' RESPONSE TO SUPPLEMENT TO PLAINTIFFS' SECOND SET OF
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO
THE COLORADO DEPARTMENT OF CORRECTIONS AND TO THE OFFICE OF
THE ADA INMATE COORDINATOR (AIC)**

---

Defendants Colorado Dept. of Corrections and the AIC, through the Colorado Attorney
General's office, respond to Plaintiffs' Supplement to their Second Set of Interrogatories and
Request for Production of Documents to the Colorado Department of Corrections ("DOC") and
to the Office of the ADA Inmate Coordinator (the "AIC") as follows.

### INTERROGATORIES AND REQUESTS FOR PRODUCTION

1.    Please identify the Limon Correctional Facility inmate who died at or in the
vicinity of the Facility on the weekend of September 11-13, 2009.

    **Response:** No inmate died at Limon on the dates in question. Defendants
presume Plaintiffs are referring to Offender Craig Hassler DOC #84141 who was
taken to the hospital from Limon that weekend. Mr. Hassler suffered a
hemorrhagic stroke (bleeding into the brain) and was taken to the hospital. He was
treated and released and is now in the DRDC infirmary.

2.    Please specify the cell to which the inmate identified in your response to
Interrogatory No. 1, above, was assigned at the time of his death.

    **Response:** Limon Correctional Facility Unit 2 B-1-1

3.  Please produce copies of all reports, statements of witnesses, and any other documentation generated as a result of investigation by Department of Corrections personnel or others into the circumstances of and surrounding the death of the inmate identified in your response to Interrogatory No. 1, above, to include, without limitation, all Quality investigation reports pertinent to this incident.

   **Response:** No inmate died as noted. Copies of DOC incident reports are attached. Defendants object to producing any quality investigation reports based on privilege and statutory provisions; having noted the objection, at this time it does not appear that there are quality investigation reports.

4.  Please produce copies of the coroner's report and all other reports regarding the cause of death of the inmate identified in your response to Interrogatory No. 1, above.

   **Response:** No coroner's report exists as inmate did not die.

5.  Please produce the AIC file, working file, and medical file for the inmate identified in your response to Interrogatory No. 1, above.

   **Response:** Defendants have provided the working file previously. The AIC and medical files have been ordered.

6.  Please produce all video, film, and sound recordings (unredacted and regardless of the recording media) of the physical vicinity of the cell of the inmate identified in your response to Interrogatory No. 1, above, for the period of one hour prior to the inmate's exit or removal from his cell through one hour after the inmate's exit or removal from his cell at the time of the circumstances culminating in the inmate's death.

   **Response:** DOC objects to producing information requested as this incident is unrelated to any ADA issues and the information is not relevant to this case nor calculated to lead to the discovery of relevant evidence. It is Defendants' understanding that there are no recordings responsive to this request.

7.  Please identify all Department of Corrections personnel and all Department of Corrections inmates who, to the best of your knowledge, heard or witnessed all or any part of the circumstances surrounding and culminating in the death of the inmate identified in your response to Interrogatory No. 1, above.

**Response:** DOC reports previously provided. Defendants object to providing other information as this incident is unrelated to any ADA issues and not relevant nor reasonably calculated to lead to the discovery of relevant evidence.

8.    Please state whether the cell to which the inmate identified in your response to Interrogatory No. 1, above, was assigned was equipped with a functioning emergency call button or alarm mechanism at the time of the inmate's death.

     **Response:** Yes, the cell had a functioning call button but the inmate did not die.

9.    Please identify the Department of Corrections personnel who responded to any emergency calls or requests for assistance from the inmate identified in your response to Interrogatory No. 1, above, within the two hour period prior to the inmate's exit or removal from his cell at the time of the circumstances culminating in the inmate's death.

     **Response:** Provided in the reports previously provided.

10.   Please state the length of time between the first emergency call or request for assistance from the inmate identified in your response to Interrogatory No. 1, above, and the time of the first response by Department of Corrections personnel providing assistance to the inmate prior to the inmate's exit or removal from his cell at the time of the circumstances culminating in the inmate's death.

     **Response:** See reports previously provided.

I hereby swear or affirm that the responses to Plaintiffs' Supplement to Second Set of Interrogatories and Requests for Production above are true to the best of my knowledge and recollection.

_____

Joanie Shoemaker

Subscribed and sworn before me in the County of _____, State of Colorado, this ____ day of October, 2009.

My commission expires:_____.

_____
Notary Public

As to objections:

JOHN W. SUTHERS
Attorney General

_____
ELIZABETH H. McCANN
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for the CDOC Employees
1525 Sherman Street
Denver, Colorado  80203

I hereby swear or affirm that the responses to Plaintiffs' Supplement to Second Set of Interrogatories and Requests for Production above are true to the best of my knowledge and recollection.

Joanne Shoemaker

Subscribed and sworn before me in the County of _El Paso_____, State of Colorado, this _13th_day of October, 2009.

My commission expires: _04/27/2013_____.

RENAE JORDAN
Notary Public
State of Colorado

Notary Public

CERTIFICATE OF SERVICE

This is to certify that I have duly served this Defendants' Responses to Supplement to Plaintiffs' Second Set of Interrogatories and Request for Production of Documents to the Colorado Department of Corrections and to the Office of the ADA Inmate Coordinator upon all parties by U.S. mail sent this 14th day of October 2009, to:

Paula Greisen
Jennifer Riddle
1670 York St.
Denver Co. 80206
greisen@kinggreisen.com
riddle@kinggreisen.com

and by email delivery to:

Edward T. Ramey
cramey@ir-law.com

Lara E. Marks
lmarks@ir-law.com