EXHIBIT
8

Saturday, May 9, 2209

To my immediate supervisors and upper management of medical of CDOC:

I offer my utmost and most sincere apologies to CDOC for my negligence concerning the insulin incident. In my 20 plus years of nursing I have never made an error such as this one, one that had a potential to harm patients as this one could have. I took a pledge with both my nursing license and with CDOC to protect those in my care. In one swift move that trust of my abilities and knowledge of doing an assigned job has been broken. It is my hope and prayer that I can be forgiven for this error on my part. It will take me a lot longer to forgive myself.

I know from listening and talking to the inmates involved in this incident there were some that were upset, some scared, some had already been through the treatment, and some have even said that mistakes happen, but they hope it never happens again. I tried to answer their questions to the best of my abilities and the questions that I could not answer, I asked others, looked up information for them and then gave the inmates the information that I found out. So far the inmates appear to still have confidence in my abilities to care for them, give them meds, give them their insulin, and in general take care of them as a nurse should. As for the clinic nurses not much has been said to me directly, short of some telling me of their own horror stories of past medication errors or blunders. As for me for a period of time, right after all of this happened, I lost my self confidence in my abilities as a nurse. I let this really shake me up, as it should have. I know in time my confidence will come back and lessons have been very well learned.

I have since learned things about myself. I now know that no matter how well I thought I could multi-task, I should now pay more attention to the job of med line or insulin line nurse, when given to me. There is no amount of paper work, end of the month things that can't wait or be done later, done by someone else, or done the next day. I have to stop thinking that I have to do it all and help everyone else, I have to do my job first.

As for the changes in the clinic here at FCF, I am sure no one really likes changes, but from what I can see the changes have been for the better. Now the insulin med line nurse has to give the inmate his insulin straight out of insulin bottle and as ordered on the E-MAR that is in front of her/him as per proper procedure.

2009-DR-AIC-KG-
005838

I have been told that investigations are ongoing into the effect and the ramifications of my actions. I am sure, I personaly will follow procedures and standards much more closely in the future.

There has been a downhill effect from my actions on several other people within this clinic, and for this I will be forever sorry. I know that the trust my supervisors have in me has been dented, but I hope it hasn't been crushed, diminished totally. If I could take that night back and do it all over again, I can assure one and all that the mistake of judgment that I made would have never happened. I allowed my self to get more involved with the other patient care and other duties that I still had to do, that I did not listen to the inmate when he came into the clinic to talk to me that night, I plainly put other things first, and did not do – the one thing I should have done - get rid of the Lantus bottle. I wish I could explain why I reached for that bottle of insulin, put in a used needle, gave it back to the inmate, I just don't know, I have no excuse, it's not like I didn't have access to other equipment – it's all within reach, I was too busy doing the next task that I thought I just had to get done. I am a diabetic and am on insulin myself. I have thought long and hard about the possibility, that when I get busy, of falling back on something I do myself so frequently at home. Not that this is an excuse, but maybe a reason for my automatic response.

My tardiness in getting my QA done: I had two days off, then when this matter was brought to my attention I gave my side of what had happened, but then I went home, thought about it that evening, realized my mistake, then waited until Joyce Crounk came back to work, she was not at work the next day when I returned, and honestly I wanted to talk to her first that was the only thing that I could think of, then it scared me to think that I was going to have to talk to Renee Martinez, all I could think of was that I just had to talk to Joyce, and then eventually I had to talk to Renee and explain the whole thing to her any way. After telling Joyce what had happened that night, I made my QA report, and was told I had to redo it. I feel I have let down Renee, Joyce, Linda, Jeannie, as well as all of the other clinic nurses. No one knows how I have felt since this happened. Yes things happened to others and they can empathize with you, but until it happens to them, they will never know or understand my feelings.

No one can punish me more than I have already punished myself. My tears still flow, but not as bad as they did before, I am still ashamed of myself,

2009-DR-AIC-KG-005839

disappointed in myself, and just hate the fact that I have disappointed and let down a lot of good people, who trusted me. My hope is that I will not lose this position that I have grown to like very much, I have come to enjoy working for CDOC, the inmates are a true challenge that I like, and I work with really good people. Coming to work for CDOC has been the best thing that I have every done for myself.

Respectfully submitted,

*Debbie Anderson*

Debbie Anderson

2009-DR-AIC-KG-
005840