IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                              FILED
                                    UNITED STATES DISTRICT COURT
                                         DENVER, COLORADO

                                           DEC - 2 2009

                                      GREGORY C. LANGHAM
                                                  CLERK
```

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 1707 Ascot Road, Colorado Springs, CO 80906

---

**MOTION TO ISSUE CLAIMANTS AWARD AS FOUNDED BY THE SPECIAL MASTER**

---

      This matter comes before this Honorable Court, by the named Claimant LAWRENCE ROBERT WARFIELD, and his motion as stated. The Claimant states the following;

      Claimant request that a check be issued to the Claimant in the amount of $250.00 dollars as the award ordered by the Special Master on December 18th, 2007.

      To this date the Claimant has received nothing from the named Defendants.

WHEREFORE: Claimant request this Honorable Court to issue its order to the named Defendants to pay the Claimant $250.00 dollars as ordered.

Requested this 30th, day of November, 2009.
Respectfully submitted.

*/s/ Lawrence R. Warfield*
Lawrence Robert Warfield
Claimant

## CERTIFICATE OF MAILING

I hereby certify that I have Mailed a true and correct copy of the foregoing MOTION TO ISSUE CLAIMANTS AWARD AS FOUNDED BY THE SPECIAL MASTER, to the listed parties below, on this 30th, day of November, 2009. By U.S. Mail, 1st class postage prepaid.

Clerk Of the Court
United States District Court
901 19th Street Room A-105
Denver, CO 80294-3589

Mr. James Quinn
Mr. Jess Dance
Office of The Attorney General
1525 Sherman Street
Denver, CO 80203

By: Lawrence Robert Warfield
1707 Ascot Rd.
Colorado Springs, CO 80906