IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants shall respond to the Motion to Compel Discovery Requests (doc. #4207), filed December 1, 2009, on or before December 16, 2009.

Dated:  December 4, 2009

Service of this order shall be made via NEF.