FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 08 2009

GREGORY C. LANGHAM
CLERK

12/4/09

RE: Civil Action # 92-cv-870-JLK

Judge Kane,

Your Honor, First of all thank you for taking time to read this. My name is Michael J Haley I am an inmate at Sterling Correctional in Sterling Co. My number is 105526. I have been incarcerated here close to 10 years.

I wrote a letter before to Judge Richard Brothers and got a reply that he felt I had a good case. I had the hearing here at this facility. Judge Brothers.

I am not a lawyer I have had two strokes and a heart attack since I have been in here. I also had a stroke outside of here. I also have a deteriating bone disease and it gives me sharp pain in my hips and lower back also knees again (it was found by a real doctor in Omaha Nebraska who stated I should be in a wheelchair 15 years ago. From this stroke and heart problem and bone problem I was given a cane and put on oxygen from a bottle and compressor at night because I also have a breathing problem I was also given a wedge pillow to keep my head elevated. I sleep sitting up if I don't have that

(2)

luxery as Dr Frantz called it in the hearing. I also had a plastic tube run through my arteries where stints were put in and a numerous amount of arteries were plugged by a Doctor Crowley at the medical center in Aurora medical plaza. They cleaned the majority of the problem but I had to go back a second time to get it redone because some places were overlooked. When that was done I was given a diagram of my arteries to my heart. There is one posistion that could not be repelted and I was told that it would take surgery but it could be like threatning. I brought this back to Dr Franz and I wanted to get a opinion if I could get this surgery. If I said it was okay. She told me no and that she was a qulified heart specilist of which I found out later she wasn't at that time. And also PA Stocks who has a big habit of not telling the truth either. He/she would be afrid of either both of them I'm sure. That Horses like would come to an

END. WHEN DR FRANTZ TOOK AWAY THE PILLOW IT MEANT THAT I HAD TO SLEEP SITTING UP AGAIN BECAUSE OF MY BREATHING PROBLEM. WHEN I WENT IN FRONT OF THAT HEARING I FELT THAT I WAS ALREADY JUDGED AND DENIED BECAUSE THE JUDGE CAME FROM A FUNERAL OF A DEAR FRIEND AND I CAN UNDERSTAND HIS NOT WANTING TO BE THERE. I AM NOT THE BRIGHTEST LIGHT ON THE TREE BUT WHEN THE ASSISTANT DA HANDED ME MY CRIME PAPERS I KNEW I WAS CONDEMNED ALREADY BECAUSE I WAS A SEX OFFENDER. I KNEW THIS WASN'T BROUGHT UP BUT I FEEL THAT IT HAD A DEFINITE RELATIONSHIP WITH THE DECISION OF THE JUDGE.

I HAD DR FRANTZ ON A PHONE CONVERSATION. ALL SHE SEEMED TO BE CONCERNED ABOUT WAS I HAD TO MANY PILLS THAT I HADN'T GOTTEN BECAUSE NOT ONLY DID I ORDER THEM THEY WERE ORDERED BY MEDICAL.

I HAD TO FIND OUT THAT I WAS A OVER ABUDANCE WAS THERE SO I STOPPED ORDERING AND STILL THEY WERE MORE THAT CAME. UNTIL I WENT TO MEDICAL AND NOTIFIED THEM

(4)

I was put on chronic care and ADA I'd probably would say 6 years ago because of my health by Doctor Sing. Now because the case was ruled against me I will be taken off ADA and probably chronic care because Dr Frantz wants to get even because I felt she and PA Stock had to be at that hearing. I was told that PA Stock hardly ever saw me yet I had papers there showing me that I had seen her this year but I knew I also year as well since Dr Frantz left to become a big shot in Colorado Springs. I called her a liar and also told her that I went to other PA. and nurses because I know of no one that gets a EKG for pancreas problem as I was having and still do.

As I said the story is old but this is the truth I had Mad Assistant DA. Refer me to A Dr. that I never met and yet he was able to tell me all the problems I have I think he has ESP because as I said I've never seen him

I knew it cost when I came in and I felt that I wasn't human when I walked in or when I left. I knew that was going to be the decision because I feel that I was discriminated against as I stated before.

I knew I committed a terrible crime and I know God knows that as well because He forgave me and has given me a new life. I also know as a punishment I will have this crime in my mind daily. I can't redo it over again and all I can do is pray that all is forgiven by my loved ones as well, which includes my three children who went to foster homes because my ex also abused them but she got away with it. Someday karma will catch up to her and she will pay for her sins as well.

I wish I could think of it as a nightmare because I was treated with abuse from seven years of age to 12 and then lived on the streets of New York for 6 years as a runaway. I knew what

It was like and the hate I felt toward women for a long time. I found that outlet through a child. I was sick and lost for a long time until I found the answer in God Bible. I can't say Im perfect because I would be in Heaven already or hanging on a cross somewhere. I made a terrible choice although I had a lot of help as a child along the way. I should have never got that angry nor will I ever again only with my self will I keep the stain and hurt and dispare over my desicisons.

Well as you can see I also have a problem writting, Please forgive me. I need help I can not think fast enough to even defend myself nor could I in my case but can you please help me before they take everything away from me. I am on 8 different meds including nitro I have a cane I drag around a oxygen bottle everywhere I go I have to have help getting my trays I can't get up and down stairs

(7)

I don't need to be in a wheelchair but I knew that until I fall down and can't try to walk I will do so because a wheelchair to me is like an execution. I have learned how to walk pretty well but I still need that cane not only from the strokes but the bone deteriation as well. Please forgive me for the length of this but I wanted to explain things as they really happened not just their version. Again I apologize for the length of this and its writting. I realize I am a inmate and decisions are made against us before they are for us. That's why I'm coming to you I'm not a lawyer nor can I afford an attorney to represent I live on state pay. I keep on praying for a answer to my problems since Dr. Fritz sits in control she can send T. Ron to destroy a man or womans like. I feel that her and Cathy Holst are judgmental and discriminate

AGAINST People in a lower class then what they are

I thank you for your time and consideration and perhaps help. I have all my papers here if needed by you. I don't know what kind of things you need. I'm not like that Doctor Fisher I believe it is anyways I'm not filled with ESP

That Thank you again and please have a merry Christmas and Happy New Year

Respectfully yours
Michael J Haley
105526
6A1022-B-6
Box 6000 SCF
Sterling Co 80751



THIS IS MY INSIDES
AND WHAT HAS TO BE DONE
DR FRANK SAYS NO
DR CROWLEY SAYS NO
ITS DRS MONEY GAME HERE

Dear Judge John L. Kane

I would like to inform you that as of Dec. 1, 2009. The D.O.C. has implemented a new policy regarding Legal mail, even from courts.

All mail must be marked as; Legal, Confidential, or Censored.

If mail is not marked as such it will not be treated as such, and could be returned to sender.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-469
Category III
Claimant: Michael J. Haley, #6105526
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for extension of time. The request is appropriate and will be granted.

IT IS HEREBY ORDERED that Claimant is granted up to and including **August 28, 2009** in which to file any motions that he may have for the hearing.

SIGNED this 21st day of August, 2009.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

  I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 21st day of August, 2009 to the following:

Mr. Michael J. Haley
#105526
SCF
P.O. Box 6000
Sterling, CO 80751

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*

I HAD THIS HEARING
IT WAS FOUND I HAD
NO CASE AFTER
JUDGE BROTHERS
SAID I HAD A GOOD CASE

**COPY**

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs-

BILL OWENS, et al.,

    Defendants.



RECEIVED JUL 8 2009 By_____

---

Claim Number 03-469
Category III
Claimant: Michael J. Haley, #6105526
Address of Claimant: SCF, P.O.Box 6000, Sterling, CO 80751

---

### REQUEST FOR APPOINTMENT OF COUNSEL

    Now comes Michael J. Haley, #105526, before the Special Master. To request Appointment of Counsel, for the Hearing set on September 11, 2009 at 10:30 am.

    As stated in Judge Nottingham's settlement agreement on August 27, 2003. Stating that class members, Categories 3,4,&5 are entitled to counsel during their hearing, to present witnesses, make argument, and to any remedy otherwise available in a court of law.

    1. Mr. Haley has no knowledge of law or its procedures.

    2. Mr. Haley has problems with thought and memory, writing and speach, after suffering, 2 strokes and 1 Heart attack.

    3. Mr. Haley has mobility problems, He needs a cane in one hand for balance, and dragging a Oxygen cart in the other hand.

    4. Mr. Haley has no means to hire counsel. He lives on his Meager State pay of ¢.60 a day. Before 20% of that is withheld.

    SIGNED this 6th day of July, 2009

                                *Michael J. Haley*

                                Michael J. Haley

I hearby certify that I have mailed a copy of the foregoing Motion for Appointment of Counsel this 6th day of July, 2009 to the following:

Judge Richard M. Borchers
Special Masters for the United States District
Court for the District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, Colorado 80203

*Michael J. Haley*