IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-058
Category III
Claimant: Lawrence Robert Warfield, #54622
Address of Claimant: 1707 Ascot Road, Colorado Springs, CO 80906

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's "Motion to Issue Claimant's Award as Founded by the Special Master." *#4208*. Claimant indicates that he has not received the $250.00 that was awarded him in the final order on his claim. Defendants will be granted the opportunity to respond.

IT IS HEREBY ORDERED that Defendants are granted up to and including **December 24, 2009** to respond to Claimant's motion.

SIGNED this 4th day of December, 2009.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master