IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

---

Claim Number: 03-210
Category: III
Claimant: Ed Collie, #00907
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER
---

THIS MATTER comes before the Special Master on his own motion. Claimant filed a letter on October 7, 2009 indicating that he had not been paid the $200.00 that he had been awarded on his damage claim. The letter was treated as a motion, and an order was issued granting Defendants up to and including November 14, 2009 in which to respond. Defendants have filed nothing in response to the letter or order.

Claimant was awarded $200.00. Defendants shall pay Claimant his money on or before December 24, 2009. Defendants shall provide proof to the Court that Claimant has been paid.

IT IS HEREBY ORDERED that Defendants are to pay Claimant his money on or before **December 24, 2009** and shall provide proof to the Court that the money has been paid.

SIGNED this 4th day of December 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master