IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number X-374
Category: Untimely Filed Claim
Claimant: Cora E. Ferales, #66331
Address of Claimant: c/o Jennie Archuleta, 340 Oswego Ct., Aurora, CO 80010

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim form of Cora E. Ferales(Claimant). In that claim form, Claimant has alleged that she has been in DOC custody since December, 2007. She also alleges that she has a reason for the late filing of her claim.

Pursuant to Judge Kane's order of September 1, 2009, Defendants were granted the opportunity to file an objection to the claim. Defendants have filed an objection to the claim. Class counsel and Claimant were granted up to and including December 2, 2009 in which to file a response to the objection. Class counsel has filed a response. Nothing further has been filed by Claimant.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date.

In her claim form, Claimant states that she came into DOC custody in December, 2007. She states further in that form that she was mobility impaired during her incarceration. Claimant has detailed the concerns she has about her condition and why she is seeking court intervention. Claimant has provided no allegations or evidence that she was mobility impaired on or before

August 27, 2003. More importantly, Claimant has set forth no allegations that she was the victim of discrimination prohibited by the ADA and Rehabilitation Act on or before August 27, 2003.

Article XXXII provides a claim process for discrimination that occurred *before* August 27, 2003. Claimant has not established that she was disabled on or before that date or the victim of discrimination due to a disability. There is no jurisdiction under Article XXXII to adjudicate this claim.

The issue of whether an individual inmate may file a *pro se* motion or claim seeking relief for what has occurred since August 27, 2003 has not been resolved. At the time of the issuance of this order, the controlling case law would require that this claim be forwarded to class counsel for action. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Counsel for the class has argued that the Remedial Plan and the two subsequent stipulations allow claimants to seek individual relief, as Claimant is attempting to do with her claim. Judge Kane has taken the jurisdictional issue under advisement.

IT IS HEREBY ORDERED that the claim of Cora E. Ferales is dismissed to the extent that it requests relief under Article XXXII of the Remedial Plan, as Claimant was not mobility impaired and in DOC custody on or before August 27, 2003; and

IT IS FURTHER ORDERED that Claimant's claim as to what has occurred while in custody of the Colorado Department of Corrections since August 27, 2003 will be held in abeyance pending a determination of the jurisdictional issue; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 8, 2010.**

SIGNED this 4th day of December, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

---------------------------------------------

Richard M. Borchers
Special Master