Honorable John L. Kane  
U.S. District Judge  
U.S. District Court of Colorado  
901 - 19th St., Rm A-105  
Denver, CO 80203

7 Dec. 2009

92-cv-00870-JLK

**FILED**  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  

**DEC 0 9 2009**

**GREGORY C. LANGHAM**  
CLERK

RE: Hearing-Aid"s", both ears, and Back brace

Dear Honorable Judge Kane,

Greetings. I have produced clear to, and through, the CDOC step 3 grievacnes in my hope of both: getting the RIGHT H.Aid (hearing-Aid) returned to me. And, Sir, my then being fitted for -- which I would later receive -- a left H.Aid. Nonetheless, as the enclosed copies of the grievances D-SF 08/09-195,3,2,&1, with responses and attachments as were, are, enclosed. All disregards my obtaining.

Plus, the response by the Grievance Officer: Anthony A. DeCesaro has an incorrect file number and therefore still leaves the grievance open. His response #D-SF 08/09-19"6"

All I am seeking to do is to obtain both H.Aid"s" --- and, of course, as I have requested and requested to (at present) no avail respecting a Back brace.

But gee, all I am pleading for is obtaining the needed medical items.

I am classified under the ADA (mobile, & hearing) (plus I wear glasses), and I am just trying to --- hum: hear again. As well as be able to more properly stand-up -- thus, with the help of the spinal brace.

Honorable Judge Kane, I thank you for your time, Sir. as I am greatly appreciated of any help you may lend.

Respectfully,

CRAWFORD, Douglas L. #55972  
P.O. Box 6000 / SCF  
Sterling, CO 80751

I am not sending copies of the grievances or their responses to Anthony A. DeCesaro = as they already have copies of in their file.

I am, of course, sending copies of the (as I just got) medical = 4 pages. and As is dated 9-21-94 copy Back brace priorly wore. Now, have no brace.

CRAWFORD, Douglas L.

cc: Step 3 Grievacne Officer  
    2862 South Circle Drive, Suite 148  
    Colorado Springs, CO 80906-4195

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:   719.226.4238
Fax:       719.226.4249

Step 3 Grievance Officer

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

September 24, 2009

RE: Grievance #D-SF08/09-196

Dear Mr. Douglas Crawford #55972:

I have reviewed your Step 3 grievance that you filed with regard to bi-lateral hearing aids.

In review of this matter it is my finding that you do not meet the clinical standard for bi-lateral hearing aids. The standard is as follows, "If the average decibel threshold in the better ear is worse than fifty (50) decibels, the offender is a candidate for bilateral hearing aids." In your better ear (left) you have hearing loss at 40 decibels, so you do not meet this standard for bi-lateral hearing aids. Your right-ear hearing loss is at 55 decibels and so you are eligible for a hearing aid for that ear. That fact is noted on your most recent accommodation resolution signed by the AIC on 9/14/09; that you are to be provided one hearing aid. The clinical standards used in this determination were agreed upon by class counsel in the Montez case; however there are hearings scheduled that will address the bi-lateral hearing aid issue and that standard may be subject to modification in the future. Nonetheless, based upon the current standards I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance which you have filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender records
    Anna Marie Campbell, Clinical Services, Administrative Services Manager

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? ☒ Yes   ☐ No

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? ☒ Yes ☐ No
Is the subject related to the offender's disability/diabetic condition or other ADA matter? ☒ Yes ☐ No
Date received by case manager: 7/26/09   Case Manager: [signature]

RECEIVED JUL 2 7 2009

Grievance Number D-SF08/09-195-3   STEP (Circle One) 1  2  ③

| NAME CRAWFORD, Douglas L. | DOC NO. 55972 | S.C.F., Unit 3, A pod FACILITY/UNIT/POD |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:
"LEFT" ear Hearing-Aid. CDOC purchase hearing-aid for more sufficient ear. Offender's be LEFT ear. P.A. of S.C.F. did inform equally as on computer: Bi-Lateral Hearing-Aid"s". CDOC ought to fit, & this Offender to receive, LEFT ear Hearing-Aid. Although, as on & by, Joan Shoemaker informed on her (attached) July 16, 2009 Re: Step 2 grievance D-SF08/09-195, she near states CDOC is hereby, flat-out, refuses to purchase a hearing-aid (the LEFT) for this Offender. Why, because of a (acclaimed by a Cathie Holst report), a loss in LEFT-ear (the better ear) being at 40db. Againg from Holst report, Offender right-ear at hearing loss of 55db. Okay, as this ms. Holst, etc., report implies this Offenders LEFT-ear average hearing loss being at 40db. Hey, it is NOW: I just have a really tremendously hard time hearing people, etc. So, regardless if the "stated" acclaimed report test says LEFT-ear average hearing loss as 40db; or as maybe factual be LEFT-ear be at 41db, or 45db, "hearing" remains same: just so hard to hear people, etc. A retest maybe. Besides, present; as remains; PED being: 11/20/2067 = that is: November twenty, two thousand sixty seven.
REMEDY: Offender fitted for, & receive, LEFT-ear Hearing-Aid. Hearing-Aid be of equal quality as Right-ear Hearing-Aid. [Return my Right-ear Hearing-Aid to me!] This occur soon as the continued absence of my hearing-aid"s" is a severe hardship, so please, your response is urgently requested. Sincerely, also thank you

| DATE: 7-26-09 | OFFENDER SIGNATURE [signature] |

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA

| DATE: 7/27/09 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Benson 11918 |

Date ADA grievance sent to AIC: 7/27/09

**RESPONSE**

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*This to go for Case Manager Lueck Thank you*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 6/28/09    Case Manager: _____

RECEIVED JUN 29 2009

Grievance Number: D-SF08/09-195-2    STEP (Circle One) 1 ② 3

| NAME CRAWFORD, Douglas L. | DOC NO. 55972 | SCF / 3-A FACILITY/UNIT/POD |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

A Cooper 7/24

**Subject of Grievance and Requested Meaningful Remedy:**

"LEFT" Hearing-Aid. I understand your conclusion – However for the record: the Right Hearing-Aid was purchased by my now departed mother Mrs. Barbara J. Crawford from the Pueblo Hearing Center, (Pueblo, Colorado). CDOC compensated $50.00 for time without hearing aid. CDOC replaced the Right Hearing-Aid on 6-3-08 (hearing-aid No. Right (0822J165)(Red)). It was replaced because of negligent by CDOC employees of the LCF Infirmary staff. See attached Step 1 & 2 & its response.
I am however entitled by law (Montez ADA) to receive a hearing aid bought and supplied by the CDOC for the ear with less of a hearing loss which is the left ear, which has hearing loss of 40db. The right ear has hearing loss of 55 db.    (C-SF07/08-375)
I currently own a Right Hearing-Aid, and this is not the issue. The issue is my left ear.
I have ADA Accommodation of Resolution for the Hearing and use of a hearing aid. (Accommodation Resolution 8/21/08). I am entitled to this hearing aid for my left ear.
Concerning the re-screening on 3-4-09, I respectfully request a decision on the matter.
I respectfully and urgently request this to be done at the earliest time possible. I understand it takes time but if I could just get an assurance as to receiving an answer as soon as possible this would be greatly appreciated. Respectfully and Sincerely submitted. (D-SF08/09-195-1 attached & its response.

**TO BE COMPLETED BY OFFENDER:**
DATE: 6-27-09    OFFENDER SIGNATURE: Crawford Douglas L 55972

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 6/29/09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Beeson 11918

Date ADA grievance sent to AIC: 6/29/09

**RESPONSE**

Please see attached response dated July 16, 2009.

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 7-3-09    RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Joan M Ohrenah #2695    RESPONSE DATE: 7-16-09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 7-24-09    OFFENDER SIGNATURE/PRINT NAME & DOC#: Crawford Doug 55972

RECEIVED JUL 01 2009

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Office of Correctional Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Division of Clinical Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax:   (719) 226-4755
Web:   www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

To:     Offender Crawford, #55972

From:   Joan M. Shoemaker
        Deputy Director of Prisons, Clinical Services

Date:   July 16, 2009

RE:     Step 2 grievance   D-SF08/09-195

On May 28, 2009 you filed a Step 1 grievance claiming that you should be given a left ear hearing aid. On June 18, 2009, the Office of the AIC denied your step 1 grievance and on June 27, 2009 you filed a step 2 grievance requesting a left ear hearing aid.

Your Step 2 grievance is denied because you do not meet the criteria for a hearing aid for your left ear. The audiology report states that your hearing in your left ear is not greater than 40 decibels. The clinical standard for hearing aids states that "If a patient has an average decibel threshold of forty (40) decibels or greater in the better ear, he or she is a candidate for amplification with a single hearing aid. If the average threshold is less than forty (40) in the better ear, the patient is not a candidate for amplification."
Because your hearing loss in the left ear is not less than 40 decibels, you do not qualify for a left ear hearing aid.

For these reasons, your step 2 grievance is denied.

*This to go to: Case Manager Lueck Thank you*

2448

RECEIVED
JUN 2 3 2009

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

ER MUST COMPLETE: Is this grievance related to your disability/diabetes or other ADA matter? ☒Yes  ☐ No

RECEIVED
JUN - 1 2009

ANAGER MUST COMPLETE: Does the offender have an ADA alert? ☒Yes  ☐No
ct related to the offender's disability/diabetic condition or other ADA matter? ☒Yes ☐No
red by case manager: 5/31/04   Case Manager: [signature]

Number: D-SF08/09-195-1   STEP (Circle One) ①  2  3

| CRAWFORD, Douglas L. | DOC NO. 55972 | FACILITY/UNIT/POD SCF |

CHolst 6/26

1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Grievance and Requested Meaningful Remedy:

LEFT Hearing-Aid. by CDOC I saw autiologist (hearing specialist). CDOC purchased "LEFT" Hearing-Aid. It stolen, reported so, while at CTCF; but no replacement even obtained. I transferred AVCF, LEFT Hearing-Aid (H.-Aid) again reported Med.Staff same = no replacement. I transferred LCF = same LEFT H.-Aid reported Med.Staff; as before, no replacement. I transferred SCF, same LEFT H.-Aid reported Med.Staff = P.A. inform on computer: Bi-Lateral H.-Aids. On: Accommodation Resolution by CDOC you are obtain for me a hearing-aid. Thus, better ear: LEFT. (please read; not attached; step 1 grievance No.C-SF07/08-375, or step 2: C-SF07/08-375 inform, short here, = CDOC has -- so far -- replaced my right hearing-aid = (...As this was my personally owned & paid for...) LEFT H.-Aid be acceptable and in compairson with right. This written as able learn by "Hearing Specialist" who did not then fit me / replace LEFT H.-Aid on May 6, 2009, whereby this well within the 30-day filing period allowed. REMEDY: I be fitted for, and receive, LEFT Hearing-Aid, at your earliest convenience, please. Thank you

OMPLETED BY OFFENDER:
5-28-09   OFFENDER SIGNATURE [signature] Crawford Douglas L. 55972

OMPLETED BY GRIEVANCE COORDINATOR:
I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA
6-1-09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # [signature] Benson 7198

grievance sent to AIC: 6-1-09

**SEE ATTACHED RESPONSE**
**Cathie Holst, Manager**
**Office of Correctional Legal Services**
**AIC-ADA Inmate Coordinator**
**#1722**

Cathie Holst
6-17-09

OMPLETED BY RESPONDER
VANCE RECD BY: 6/4/9   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # [signature] 14298   RESPONSE DATE:

OMPLETED BY OFFENDER
I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
OFFENDER SIGNATURE/PRINT NAME & DOC # [signature] Crawford Douglas L 55972  6-24-09

partment File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED
JUN 0 4 2009
Office of Correctional
Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Marshall Griffith, Designee *MG*
Office of the AIC (ADA Inmate Coordinator)
Received Grievance: 6/4/09
Sent Response: 6/18/09
Offender Name: Crawford, Douglas
DOC No: 55972
Facility: SCF
Grievance No: D-SF08/09-195

---

**DISABILITY STATUS: Per screening dated 7/22/08 and Accommodation Resolution dated 8/26/08 you were determined TO HAVE a qualifying hearing, lower extremity mobility disability.**

In the grievance referenced above, you allege the following:
1. A "hearing specialist" on 5/6/09 recommended that you have a hearing aid for your left ear. You claim the specialist informed you that the left ear hearing aid should be acceptable and compatible with the right ear hearing aid.
2. You had a hearing aid for the left ear that was stolen when you were at CTCF but no replacement was made. You moved to AVCF, LCF and SCF. You reported the stolen hearing aids at all these facilities. You grieved the issue to Clinical Services with Step 1 & 2 C-SF07/08-375. You want the AIC to read these grievances in reference to your current claim. CDOC did replace the right ear hearing aid.

Requested Relief/Remedy:
1a. You want to be fitted for and receive a hearing aide for the left ear.

Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:
1. Your current Accommodation Resolution provides you with one hearing aide. A review of your AIC file indicates you were provided with a hearing aide for your right ear.
2. Per DOC policy a request to have you re-screened for hearing, mobility, and vision disability was sent to Clinical Services on 3/4/09. The results of the re-screening are still pending. The CMO requires more information to make an informed determination of disability.
3. Your AIC file does not contain any Clinical Services Grievances.
4. Step 1 Grievance D-SF08/09-33 you filed on 6/18/08 also refers to C-SF07/08-375. Contrary to your current allegation the ADA Grievance claimed that your hearing aid, not hearing aides, was not in your property. You claim the aid was taken while you were at LCF, not CTCF.
- The remedy you requested in D-SF08/090-33 was that you be compensated for the time you went without a hearing aid for your right ear, not your left. You do not mention a left ear

hearing aid in this grievance. The grievance was granted and your Inmate Banking Account was credited for $50.00

5. I contacted Clinical Services at HQ for information about your claim that a "hearing specialist" informed you that you should have a hearing aide for your left ear. I learned the following:
- The only mention in all your consults for hearing (4/2008-6/2008-11/2008-5/2009) is the audiologist making notes that you want a hearing aide for your left ear.
- The CMO Dr. Frantz reviewed your audiograms. According to your audiogram of April 2008 your average hearing loss for the right ear is 55db, and left ear is 40 db. You do not qualify for a hearing aid for your left ear.

6. I cannot substantiate that you ever had a hearing aid for your left ear while you have been in DOC.

CONCLUSION: Based upon the information provided above this grievance is DENIED pending the results of the re-screening for hearing, mobility, and vision disability that was sent to Clinical Services on 3/4/09.

**GRIEVANCE DENIED**

Cc: AIC File.

Page 2 of 2

MEDICAL

DC FORM 850-4A (10/04)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-SF07/08-375    STEP (Circle One) 1  (2)  3    ADA? Yes ☐  No ☐

| NAME CRAWFORD, Douglas | DOC NO. 55972 | FACILITY SCF |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: CONTENTS OF STEP 1 ARE INCORPORATED HEREIN BY REFERENCE.

Based on the Response to Step 1, it appears that Ms. Kahler either failed to read Step 1 or is seriously confused about its content. She seems under the impression that the Step 1 grievance was not timely filed, which the below clarification will show is a false impression.

As stated in Step 1, I first discovered that my hearing aid was missing on 10-22-07, when my property was finally returned to me after transfer from LCF. Step 1 was receipted by Mr. Stephens on 11-1-07, well within the 30-day filing period allowed.

I am unsure of the details of the exact time, location within LCF, and manner of the loss of my hearing aid, because I was knocked out in/while/during time of arrest. However, I am certain that I had the hearing aid when I entered the chow-hall, as I had just priorly obtained prescribed med.s and replaced my hearing aid battery (Right Hearing Aid) at the LCF Med.Dept. Med Med.Line window.= (as LCF Med.Line records would show - if you sought that far to look upon). My recollections lead me to believe it was either knocked loose from my ear and/or otherwise taken from me in the LCF Infirmary by staff.

As this was my personally owned and paid-for hearing aid, it must be replaced with an identical hearing aid, or one of another kind that is acceptable to me. This is clearly the responsibility of the LCF and the continuing absence of the hearing aid works a severe hardship on me, so I request a prompt replacement.

Thank you

DATE: 1-8-08    OFFENDER SIGNATURE [signature]
DATE RECEIVED    RESPONDING STAFF SIGNATURE & ID

RESPONSE

See attached.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 3-12-08    SIGNATURE/PRINT NAME & Staff ID # [illegible]
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 1/08/08    SIGNATURE/PRINT NAME & Staff ID # [illegible]
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: 8-20-08    OFFENDER SIGNATURE/PRINT NAME & DOC # [signature] Crawford, Douglas

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

You will be referred to the audiologist (hearing specialist).

hearing Aid Replaced

DC FORM 850-4A (10/0

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number C-SF07/08-375  STEP (Circle One) **1**  2  3    ADA? Yes ☐  No ☐

| NAME CRAWFORD, Douglas | DOC NO. 55972 | FACILITY Sterling Corr. Fac. |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Remedy:**

100% replacement of right hearing-aid (or return = of right hearing-aid if is at Limon Corr. Fac. Med. Dept.

At Sterling Corr.Fac. I obtained items = Locker, electric items = as TV, and etc. items, reutned to me as singed documents do show on Mon. Oct. 22, 2007; after going through all of; my NOT being reassigned: My Right Hearing-Aid is n I must note the following

On Sept. 15, 2007, after I obtaiend prescribed "Baclofen - 10%, and replace my hearing-aid battery (Right Hearing-Aid)" at the Limon Corr.Fac. Med.Dept. M Med.Line window (=as records shall show), afterwards the following did occur:

On Sept. 15, 2007, at approx. 7:20ish AM during, and/or after, an alleged disturbance at the Limon Corr. Fac. dinning hall [incident report; and Offende Appeal Form = case No. 080339] As and while I was being escorted to that Med. Infirmary, my right hearing-aid became no more; or removed from me.

I'm seeking 100% replacement of my right hearing-aid. Whereby I must hold Sgt. Yates, C/O Morris, C/O Gossell, C/O Wander and the Colorado Department of Corrections to the responsibility for the 100% replacement of my right hearing-a

Resolve: 100% replacement of Right Hearing-Aid. (or return = of my right hearing-aid if it is at the Limon Corr. Fac. Med. Dept.)

DATE: 10-25-07   OFFENDER SIGNATURE Crawford Douglas
DATE RECEIVED    RESPONDING STAFF SIGNATURE & ID:

**RESPONSE**

Grievance Denied.
A.R. 850-04 D.   Time Limits

1. All grievances must be responded to within the time limits stated in this regulation.
a. A Step 1 grievance must be filed no later than 30 calendar days from the date the offender knew, or should have known, of the facts giving rise to the grievance

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 12-17-07   SIGNATURE/PRINT NAME & Staff ID # Patricia D. Kahler #7276  Patricia D. Kahler
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:

DATE: 11/1/07   SIGNATURE/PRINT NAME & Staff ID # M.Stephens M. Stephens 13055
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

DATE: 1-4-08   OFFENDER SIGNATURE/PRINT NAME & DOC # Crawford Douglas 55972

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

**COLORADO INTER-CORRECTIONAL MEDICAL SUMMARY TRANSFER REPORT**

NAME: Crawford, Douglas   DATE OF BIRTH: 8-17-56   DATE: 7-10-96

D.O.C.#: 55972   AKA: _____

TRANSFERRED FROM: CTCF   TO: Adams

DATE OF LAST EXAMINATIONS:   (1) NURSING _____
(2) PHYSICIAN _____
(3) DENTAL _____

HOSPITALIZATIONS: YES ✓  NO ___  IF YES, DATE OF LAST: Ear repaired p̄ MVA-1985

ALLERGIES: YES X  NO ___  IF YES, EXPLAIN: Hayfever

SPECIAL DIET: YES ___  NO X  IF YES, EXPLAIN: _____

CURRENT MEDICAL/PSYCIATRIC PROBLEMS:   YES ___ NO ___ IF YES, EXPLAIN: _____

CHRONIC MEDICAL/PSYCHIATRIC PROBLEMS:   YES ___ NO ___ IF YES, EXPLAIN: _____

CURRENT MEDICATION:   YES X  NO ___   IF YES, COMPLETE THE FOLLOWING

| NAME OF DRUG | DOSAGE | FREQUENCY |
|---|---|---|
| Zantac 150mg po BID (7-29) | | |
| Hearing Aid Battery | - Has 2 H. Aides | |

GROSS TESTING (COMPLETE THE FOLLOWING):

| TEST | DATE | RESULTS |
|---|---|---|
| V.D.R.L. | | |
| T.B. | 2-25-91 | ⊖, 9-24-93 neg. |
| TETANUS | 1986 | |
| OTHER | | |

COOPERATION WITH MEDICAL/PSYCHIATRIC CARE RATING:   POOR ___  GOOD X  IF POOR, EXPLAIN: _____

THIS FORM COMPLETED BY:

Signature: J. McCauny
Facility: CTCF - CTU

☐ SUICIDE RISK

Original / Transferring Facility
Copy / Receiving Facility

Sec.1.Trans.2. (Rev. 11/94)

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**PRICARE CODE NO.:**
**NAME:** Crawford, Doug
**INMATE NO.:** 55972
**LIVING UNIT:** CFC7-7
**DATE:** 4/1/96
**TIME:** 0800

**SUBJECTIVE:** I/m request new hearing aide batteries last ordered 3/28/95 for 1 year exp 3-28-96 S Campbell LPN

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___ /___

**ASSESSMENT:**

**PROBLEM 1 2**
**PLAN / ORDERS:**
Hearing Aid Bty
Size AC13E x
one yr

Has 2 H. Aides

**SIGNATURE NURSE:** noted a [illeg], RN 4/1/96 1000
**P.E.:**
**PHYSICIAN:** [signature]
**Rx NO.:**

WOR 4/1/96

---

**PRICARE CODE NO.:**
**NAME:** Crawford, Doug
**INMATE NO.:** 55972
**LIVING UNIT:** CKF-CH 7
**DATE:** 3-28-96
**TIME:** 1000

**SUBJECTIVE:** Has freq. equilibrium problem Due to old injury + severe back injury

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___ /___
Side effects of Tagamet. enlarged breasts
Hay fever – symptoms gets a shot for symptoms

**ASSESSMENT:** wishes to be medically unassigned due to multiple physical problems
Received one walking cane
[signature] Crawford

**PROBLEM 1 2**
**PLAN / ORDERS:**
D/C Tagamet.
Zantac 150mg i PO BID x 1 mo

may use a cane for walking x 6 mo

**SIGNATURE NURSE:**
**P.E.:** [signature]
**PHYSICIAN:** [signature] L Huntrubf RN
**Rx NO.:** 3/28/96 1030

WOR 3/28/96

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THIS SHEET

c: 7-23-96

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME: Crawford | INMATE NO.: 55972 | LIVING UNIT: CTCF |
|---|---|---|---|

SUBJECTIVE: Update Permits:

DATE: 9/18/95   TIME: 1300

PROBLEM 1 2

PLAN / ORDERS:
Continue x one yr
1) Tens unit
2) Self med
3) Extra pillow
4) Heating pad in cell
5) Button up shirts

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

x one yr
expire 9/18/96

SIGNATURE NURSE: Noted 9/18/95 P. Coble, RN

P.E.: [signature]

PHYSICIAN: 

Rx NO.

WPA 9/19/95

ASSESSMENT:

---

| PRICARE CODE NO. | NAME: Crawford, Douglas | INMATE NO. | LIVING UNIT |
|---|---|---|---|

SUBJECTIVE:

DATE: 9-6-95   TIME:

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/

Returned repaired hearing aid.
(Lt.). Has 6mo. warranty.

↑
Left

Alice E. Herhott

SIGNATURE NURSE:
P.E.:
PHYSICIAN:
Rx NO.

ASSESSMENT:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

---

PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT

SUBJECTIVE:

DATE | TIME

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ / ___

SIGNATURE:
NURSE:

ASSESSMENT:
sched for appt c Seldome Center for repair of hearing aid - on 10/12/94 at 10³⁰ᵃ

P.E.:
PHYSICIAN:
Rx NO.:

---

PRICARE CODE NO. | NAME: Crawford Dny | INMATE NO.: 55-972 | LIVING UNIT: CTCF

SUBJECTIVE:
When talking c I/m he states the (R) hearing aid needs to be glued + maybe adjustments.

DATE: 9/27/94 | TIME: 9:30 ᵃᵐ

PROBLEM 1 2
PLAN / ORDERS:
Will cord. Beltone Hearing Center for onsite visit.

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ / ___
Also Mr. Crawford handed me a paper c hearing aid serial #'s & claims the DOC purchased (L) aid + Mrs. Crawford purchased the (R) aid. @ this point Itold Mr. Crawford it doesn't make a difference – DOC will provide care + maintenance to both hearing aids as needed.

SIGNATURE:
NURSE:

P.E.:
PHYSICIAN:
Rx NO.:

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
|  | Crawford, Douglas | 55972 | CTCF |

| DATE | TIME |
|---|---|
| 9-21-94 | 1000 |

SUBJECTIVE: I/m feels that his brace works well but also feels good.

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ /
Fit with Clavicle Splint. This works well to hold his shoulders back. I/m instructed on donning of splint. He is to wear it during the day and off at bed time.

ASSESSMENT:

PROBLEM 1 2 ___
PLAN / ORDERS
1) Fitted c̄ Clavicle brace.

SIGNATURE:
NURSE: ___ Green RN
P.E.: ___
PHYSICIAN: ___
Rx NO. ___

---

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
|  | Crawford Doug | 55972 | CTCF |

| DATE | TIME |
|---|---|
| 9/21/94 | 1300 |

SUBJECTIVE: Inmate brought to OPC. Metal Back Brace to hold here temp. while using.

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___ /
new Clavicle Brace given by P.T.

X ___ Doug Crawford 9-21-94
X ___ Green RN 9/21/94

ASSESSMENT:

PROBLEM 1 2 ___
PLAN / ORDERS

SIGNATURE:
NURSE: ___ Green RN
P.E.: ___
PHYSICIAN: ___
Rx NO. ___

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

*handwritten margin note: King's Kadge Kane / You Judge / John L. Kane*

Exhibit C 2

As I, Douglas Lee Crawford, understand

real short: X-rays, hospitals, etc. as CDOC, of CRAWFORD, Douglas L. 55972, do inform -- which has never been throughout by PD's (nor conflict free counsel) "raised" or spoken respecting, inform: broken collarbone; fractured shoulder bone; 2 (two) cracked vertebras (T-6 & T-8): 1 (one) crushed vertebra (T-7); chipped hipbone; C5-6 & C6-7 disc both craked in neck: and an operation days before entitled crime inside was medically preformed ear. Plus now must wear hearing-aid (thankful got); walk use case. A doctor kindof said of above, during trial, transcripts have inform

-----

Below spoken of - but, hey, PDs - oh well, incompetent do feel

**A1** Organic Amnesia Syndrome
   a blood clot, or a blood lump, within the brain of frontal lob — *near golfball size in left lob frontal*

**B1** Brutal cerebral hemorrhage
   bleading inside of skull on both sides of brain

   which intern helped also in causing:

**C1** Amnesia
*† etc*  1. partial or total loss of memory caused by brain injurye or by shock repression, etc.

Or-gan'ic, a.(L.oranicus, from organum, implement.), in medicine produced or involving alternation in the sructure of an orgain: opposed to functional

am-ne'si - a (or zha), n.(L., from Gr. a pri., and manshia, to remember
   1. partial or total loss of memory caused by brain injury, or by shock, repression, etc.

syn'drome, n.(Gr. syndrome, a running together, syn. together, and dromos,
   2. in medicine, a number of symptoms occurring together and characterizing a specific disease

bru'tal a. (LL, bru alis, brom L. brutus, heavy, dull, irrational,)
   1. pertaining to brute; as, brutal, acts
   2. savage; crule; inhuman; brutish; unfrecling, like a brute, merciless' as brutal courage; brutal manners

cer'e'bral, a. (L. cerebraum, brain)
 1. of the brain or cerebrum pertaining to the cerebrum of the brain
 2. intellectrual

hem' or-rhage, haem' or-rhage, n. (L. hammrrhagin; G. haimorrhages, bleeding, violntly, haima, blood, and rehegynal, to break burst.) the excape of blood from its ressels; bleading; expecially, heavy bleading

bilateral (bi lat' er al), adj. 1. of, having, or involving two sides, factions, etc.
2 affecting both sides equally; reciprocal -- bi - lat'er al'ly  adv.,