IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-469
Category III
Claimant: Michael J. Haley, #105526
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's letter of December 4, 2009 (*#4210*). This letter will be treated as an objection to the Final Order issued on Claimant's claim. This objection will be referred to Judge Kane.

IT IS HEREBY ORDERED that Claimant's letter of December 4, 2009 will be treated as an objection to the Final Order of the Special Master.

SIGNED this 9th day of December, 2009.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master