IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-CMA (Consolidated for all purposes with Civil Action No. 96-cv-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-445
Category: III
Claimant: Raymond D. Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Fort Lyon, CO 81038-1000

---

### RESPONSE TO MAY 26, 2009 ORDER

---

Defendants, through the Colorado Attorney General, respectfully submit the following Response to the May 26, 2009 Order re responding to claimant's May 22, 2009 motion regarding non-compliance with Final Order dated March 6, 2009.

1. Claimant filed a damages claim as part of the *Montez v. Owens* class action.

2. A hearing was held on December 29, 2008 and a Final Order of Special Master was issued on March 6, 2009. Claimant was determined to be mobility impaired and awarded $300.00 along with appropriate soft soled shoes and an ankle brace. A copy of the Final Order is attached as Exhibit A.



1

3. Claimant filed a motion on May 22, 2009 claiming that the Colorado Department of Corrections ("CDOC") was not in compliance with the Final Order of Special Master. See motion attached as Exhibit B.

3. The Special Master issued an order on May 26, 2009 giving the Defendants an opportunity to respond to claimant's motion regarding non-compliance with Final Order. See order attached as Exhibit C.

4. The time period for filing an objection to the final order expired on May 18, 2009. Defendants admit that they were late in sending claimant the required W-9 that is needed before the award check can be issued. However, on June 16, 2009 a letter was sent to the claimant forwarding a W-9 and requesting Goodloe complete the W-9 and return it to the Office of the Attorney General. A copy of the letter is attached as Exhibit D. As soon as the W-9 is received, Goodloe's check will be processed and forwarded to inmate banking.

5. According to research conducted by the Colorado Department of Corrections, Goodloe received his medical tennis shoes from Fort Lyon Correctional Facility ("FLCF") on April 17, 2009. See Durable Medical Equipment (DME) Contract attached as Exhibit E.

6. The shoes provided to Goodloe are the same type of Velcro tennis shoes that are given to every offender who requires medical tennis shoes.

7. Since receiving his soft soled shoes on April 17, 20009, Goodloe has not submitted any kites to medical nor filed any grievances or correspondence with the AIC office regarding his shoes. Until it needed to assist in responding to this Motion to Compel, the Department of Corrections has been unaware that Goodloe is unhappy with the provided shoes.

8. A lace-up right ankle support, size 9, was ordered for Goodloe by the Bent County Correctional Facility ("BCCF") on August 12, 2008. See Ambulatory Health Record attached as Exhibit F. When Goodloe's property was inventoried when he transferred from BCCF to FLCF on Mach 19, 2009, Goodloe had the ankle brace in his possession.

9. Rather than submit the proper ADA paperwork through his case manager or the AIC office, Goodloe sends the paperwork directly to the Special Master or the Court. See Ambulatory Health Care Record dated March 24, 2009 attached as Exhibit G.

10. Goodloe also complains about the change in pain medication. However, medication is not a part of the Special Master's Final Order. Goodloe needs to discuss this issue with Clinical Services.

11. Accordingly, CDOC is in compliance with the Final Order of Special Master. Goodloe needs to submit ADA paperwork directly to his case manager or send the ADA paperwork to the AIC office rather than sending it to the Court or the Special Master.

Respectfully submitted this 22nd day of June, 2009.

JOHN W. SUTHERS
Attorney General

CHRIS ALBER
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for State Defendants
1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: (303) 866-4308
FAX: (303) 866-5443

3

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within RESPONSE TO ORDER upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 22nd day of June, 2009 addressed as follows:

Raymond D. Goodloe, #51437
FLCF
P.O. Box 1000
Ft. Lyon, CO 81038-1000

*Courtesy Copy To:*

Cathie Holst, CDOC

4