IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 92-CV-870-CMA

JESSE MONTEZ, et al.,
    Plaintiff(s)
V.
BILL OWENS, et al.,
    Defendant(s)

Claim Number: 03-445
Category: III
Claimant: Raymond D. Goodloe, #51437
Adress of Claimant: F.L.C.F., Po. Box 1000, Ft. Lyon, Co. 81038-1000

REBUTTAL TO DEFENDANTS RESPONSE DATED JUNE 22, 2009

    The above named Claimant, proceeding Pro-Se, respectfully submits the following rebuttal to Defendants response to the May 26, 2009 Order concerning Claimants May 22, 2009 Motion to Compel after the Defendants in this matter failed to comply with the March 6, 2009 Final Order of the Court in the above matter.

    On March 6, 2009, the Court issued the Final Order, directing the Defendants to provide the Claimant with **[Adequate] Soft Soled Shoes**, an **Ankle Brace** and awarded the Claimant $300.00 in **Compensation.** The Court gave both parties up to and including May 18, 2009 to file any objections to the Final Order, or comply. The time frame from the date the Final Order was issued to the date the Court gave as a deadline [May 18, 2009] was approximately 2 1/2 months, to object or comply.

    On May 22, 2009, the Claimant filed his Motion to Compel and on May 26, 2009 the Court issued an Order giving the Defendants up to and including June 22, 2009 to respond to the Claimants Motion regarding the Non-Compliance with the Final Order by the Defendants. On June 24, 2009, the Claimant received the Defendants response.

    As the Defendants point out in the response, the Claimant was issued a pair of " Medical " tennis shoes from the F.L.C.F. medical department on April 17, 2009

EXHIBIT C

However, on the day the Claimant was issued the medical tennis shoes, Ms. D. Miller, " the person issuing the shoes', made the comment that the shoes I was wearing were Much better than the shoes she was about to issue to me.

At that time I agreed with her on that point and stated that I didn't believe the medical tennis shoes she was issuing would be adequate for the type of problem I have with my ankle.

Secondly, as it has taken the Claimant YEARS to get the Defendants to admit that there IS a Chronic Medical Problem with my ankle that has since become a DISABILITY, I no longer felt comfortable with simply filing a grievance with the A.I.C. office or my case manager. The reason being is that, each and evcery time I requested to be seen by the medical department at every facility I was housed at, $5.00 was taken from my account and I was once again told that there was nothing wrong with my ankle. In some instances $10.00 was taken as a result of my declaring a " Self Declared Emergency ". After 15 years of that type of treatment, who on this earth would trust the medical department ??

The Claimant could not even get the paperwork to fill out to be screened for A.D.A., and NOONE even suggested that I do it.

After some 2 1/2 months of wearing the medical issued tennis shoes, With the ankle brace issued by the Bent County Correctional (CCA) Facility, I have been able to determine that not only are the tennis shoes issued by F.L.C.F. inadequate and of such poor Orthotic quality that a person with no medical problem would have a hard time wearing them, but the ankle brace issued by B.C.C.F. is also not adequate, as it is not the proper type or length.

The Claimant is doing whatever he can to assist C.D.O.C. in getting him the things he need's to manage the problem with his ankle. However, it should be noted that, for every 1/2 step forward the Defendants take in rectifying the issues in this claim, the Claimant is forced to take two full steps backward, as it seems that, as a " Consequence " for being issued a pair of sub-standard, non-orthotic tennis shoes that the staff here at F.L.C.F. KNOW are not adequate, ALL of the Claimants medications

(2)

that he was taking prior to his arrival at F.L.C.F. in March were summarily DISCONTINUED.

These medications were to help manage the chronic pain and swelling of the Claimants right ankle. So, as things stand now, the Claimant is, once again, left with absolutely nothing to aide him in managing the progressively worsening problem.

The brace issued by B.C.C.F. is of the " Ankle " high style. The Claimant was issued a " Knee " high model by Dr. McCallon at B.C.V.F. in '95' that was Much more effective in lessening the impact of walking on the ankle joint.

This issue was discussed with Dr. Oba at the Bent County facility, however the Claimant was informed that authorization to order a " Specialized ", knee-high brace would be Very hard to obtain. So, the Claimant has resigned himself to staying off of his feet as much as possible until the issue could be addressed and, hopefully resolved with the Court.

The Claimant would like to state that, when discussing these issues with the providers and medical staff of the medical department, Most of the information given by the Claimant in relation to his right ankle and what has, and has not worked for him in the past, and what is or is not being done presently, never gets entered into the Claimants medical record.

So, consequently, the Court and the Attorney Generals office only have access to what the medical staff deem worthy to be entered into the Claimants medical record.

The Defendants state in their response that ".... the shoes provided to Goodloe are the same type of Velcro tennis shoes that are issued to Every offender who requires medical tennis shoes .... "

This statement by the Defendants is an out and out FALSEHOOD !

The Claimant is currently housed right down the hall from TWO different people who have been issued high quality, Orthotic tennis shoes. One offender, Harold Strobridge #84844 is a Triple Amputee who has no legs below the knees, has two prosthetic legs, yet he is issued a pair of **Orthotic** New Balance tennis shoes. Another inmate, offender Dean Hackborn #130945, was issued a pair of Rebok tennis shoes with Orthotic inserts, much like those the Claimant needs, so it would seem that the Attorney

(3)

General's office is making claims that are not true, once again.

Granted, the Claimant is not a triple amputee with no legs below the knee's, but that fact doesn't make understanding exactly why a man with no legs would be issued a much more exspensive tennis shoe then a man who has both of his legs and a chronic medical problem with one of his ankles that causes extreme pain when walking. Likewise the other offender mentioned, who has been issued a pair of Orthotic tennis shoes with orthotic inserts which is more in line with what the Claimants needs are.
So the Claimant was wondering if the Court or possibly the Attorney Generals office could expound on, or clarify the point so the Claimant doesn't feel so incredibly ignorant!?

The Court should examine the " Medical " tennis shoes issued to the Claimant, maybe even compare them to Any tennis shoes sold in Any store, and I'm Positive the Court would see that, for the kind of injury the Claimant suffered to his ankle, the tennis shoes issued are of absolutely NO medical or orthotic value whatsoever, and would only serve to render the Claimant flat footed with severe arch problems.

As for the statement by the Defendants that the Claimant has not submitted any kites to medical or filed any grievances with the A.I.C. office regarding the shoes and/or the brace, the Claimant states the following;
The Claimant, on April 17, 2009, informed the person issuing the shoes that they probably wouldn't be adequate, likewise on both visits with provider Chestnut during the A.D.A. screening process. Since no action has been taken to date to remedy the issue of the shoes and the brace, the Claimant filed a Greivance with the A.I.C. office on June 25, 2009.

The medical department at F.L.C.F. has been made aware " Verbally " about these issues, Several Times, and the Claimant has given more than ample time and opportunity for F.L.C.F. medical staff to rectify the issue. Its not like the Claimant is being impatient, as this has been going on since 1994 !!

(4)

The Defendants, in their response of June 22, 2009 ".... admit that they were [late] in sending the <u>Required</u> W-9 form to the Claimant that is needed before the award check can be issued ...."

<u>Surely</u>, the compensation award in 03-445 is not the first and <u>Only</u> monetary award Ordered by the Court!
And since the Attorney Generals office has not felt it necassary to offer even the vaguest explination as to <u>Why</u> they were " late ", the Claimant takes umbrage to the fact that it seems as if the " Oversight " of what should, by now, be such a common practice, is nothing more than another attempt at avoiding responsibility. Being " Late " in regards to complying with a Federal Court Order, for whatever reason, without even requesting more time in which to comply, <u>IS</u>, at least in the Claimants world, considered to be <u>CONTEMPT OF A COURT ORDER</u> !! Do the Defendants follow a different set of rules simply because they happen to be the State of Colorado ??

If the Defendants were <u>Truely</u> just "late" in sending the required W-9 form to the Claimant due to a workload thats too heavy or what have you, the Defendants <u>would</u> have, or at least <u>Should</u> have filed a Motion for Enlargement of Time, just like any other " Normal " citizen would be required to do by the Court.
To just ignore the Order of the Court is Contemptable !
Since the Defendants failed to ask the Court for more time in which to respond or comply, they are not " Late " in fulfilling their responsibilities to the Court, they are undeniably, undoubtedly and <u>Intentionally</u> in Contempt of the Courts Final Order.

The fact that the Claimant was receiving the medications listed in his letters to the Court <u>Prior</u> to the claim in this matter being filed is the exact reason the Claimant did not list the medications as an issue or arguement in the initial claim.
The fact that, <u>ALL</u> of the medications the Claimant <u>Was</u> taking <u>Prior</u> to his arrival at F.L.C.F. on March 19, 2009, have been <u>Discontinued</u>, not simply [Changed], is yet another false statement made by the Defendants. This was done simply because there was no mention of medications in the Courts Final Order ??
That is simply and utterly Ludicrous!!

(5)

Thank God we're not talking about " Life Sustaining " medications, otherwise the Claimant would probably be <u>Dead</u> instead of disabled because of the actions, or in-action of the Defendants, simply because it wasn't included in the Courts Order.

The Claimant files his paperwork with the Court instead of the A.I.C. office because the Claimant tried for <u>SEVERAL YEARS</u> to go through the channels he was instructed to go through by his case manager and medical staff, which is <u>EXACTLY</u> why it has tasken <u>15</u> years to get to this point, and is, in FACT, exactly the reason why my ankle is in such bad shape now.

The question is now, how in the World is the Claimant supposed to trust in the things he is told by his case manager and the medical department of C.D.O.C. after 15 years of being told there was Nothing Wrong with his ankle, even though all of the doctors reports and letters were always right there in the medical file for anyone and everyone to read ??
Would you trust in any of that if it was you ??

Also, the Claimant spent an eleven (11) month period at the F.L.C.F. facility from September of 2006 to August 2007, and the entire time the Claimant was told time and time again that there was nothing wrong withhis ankle. The Claimant spent the entire time fighting to get some type of anti-inflamitory medication for his ankle to aide him in keeping the swelling in his ankle down, only to be issued <u>ONE</u> (1) thirty (30) tablet card of Naproxyn 500mg, just prior to his being transferred to the A.V.C.F. facility, at which time the Naproxyn was taken from him, and he was told to put in a request to be seen.

Needless to say, the vicious circle started again at the A.V.C.F. facility, and to date, the Claimant is <u>STILL</u> without any medication, and has not received the Adequate soft soled shoes and ankle brace the Court Ordered on March 6, 2009.
    The Claimant submits that, without the <u>Court</u> being contacted <u>First</u> and being made aware of the goings on in this matter, he undoubtedly would <u>NEVER</u> have been screened for A.D.A. accomodations, as <u>EVERYONE</u> in each of the facilities the Claimant has been to has neglected to conduct the A.D.A. screening, as outlined in the remedial plan, and noone would admit that the Claimant, indeed

(6)

sufferd from a ".... Bearing surface injury to the ankle joint...." that does, indeed, require surgery. The Claimant has fought tooth and nail to prove to the Medical Department of every facility he has been housed at that there is a real problem with the ankle of the Claimant and thqt it needs to be treated, or at the very least, the proper shoes and brace should be provided to aide the Claimant in managing the problem. Taking away the very medication the Claimant was forced to fight to get for over a year, that kept the ankle from swelling and bruising is totallyirresponsible.

The Claimant has filed a Grievance with the office of the A.I.C. regarding the Sub-Standard shoes and brace he was issued. However, the Claimant plans on informing the Court in addition to each and every grievance he is forced to file for the simple reason that if the Court is not made aware of every action taken by the Claimant, or the In-Action of the Defendants, the Claimant feels that he will, once again, be swept under the carpet just like before, and it will be another 15 long years before the Defendants can be brought to bear their responsibilities to the inmates in their care. The Claimants ankle does NOT have another 15 years of service left in it.

In conclusion, the Claimant would like to mention the two offenders that were issued [Adequate] soft soled shoes for their individual medical needs, and the Claimant would just like to request that a hearing in this matter be had so that the Claimant can simply show the Court just how ludicrous this entire ordeal is. If the Defendants would just Do The Right Thing by each and every offender that has a legitimate medical need, then this entire process would not need to take place.

The Court was [Specific] in its Final Order to the Defendants, and Ordered that the Claimant be provided [Adequate] Soft Soled Shoes, Ankle Brace and that the Claimant be compensated in the amount of $300.00. These things were to be DONE no later than May 18, 2009. The Final Order was issued on March 6, 2009.
That gave the Defendants a period of 2 1/2 months to comply with the Final Order of the Court, provide the Claimant with the adequate soft soled shoes, ankle brace and credit the compensation award to the Claimants inmate account.

The Defendants offer Absolutely NO excuse as to why they were " Late " in sending the Claimant the required [W-9] form so that they could process the compensation award.

The Claimant submits that this was done deliberately as yet one more feable attempt at shirking their responsibilities. The Claimant is positive that the Defendants knew that, in order for the compensation award to be processed they would have to send the [W-9] form. Likewise, the Claimant is almost as sure that the Defendants Knew that the " Soft Soled Shoes " issued to the Claimant were of Sub-Standard quality and that they have absolutely NO medical or orthotic value whatsoever. The proof of that is in the remark made by the issuing person, Ms. D. Miller.

So, it is the position of the Claimant that, because of the Fact that the Defendants were, are and continue to be in [Contempt of Court], or as they would put it " Late " in complying with the Final Order of the Court, the Defendants should be " Sanctioned " in the amount of $500.00, and a New deadline date be set giving the Defendants NO LATER THAN July 30, 2009 to comply. Given the fact that the Defendants have yet to comply with Anything in the Courts Final Order of March 6, 2009, the Claimant feels that this is fair and just, considering the circumstances surrounding this matter.

The Claimant would like to point out that he returned the completed W-9 form to the Defendants some 3 weeks ago for the compensation award to be processed, and to date, there has been no deposit made to the Claimants inmate account. Likewise, there has been no correspondance from the medical department or the A.I.C. office concerning the soft soled shoe issue that was adressed with the issuing person Ms. D. Miller, and with provider Chestnut during the A.D.A. screening process. So the Claimant is giving the Defendants Every opportunity to comply with the Order prior filing grievances or contacting the Court.

The Claimant has done everything in his power to work with the medical staff at F.L.C.F. and has advised the Defendants at every opportunity as to what exactly is needed to help the Claimant manage the chronic problem with his ankle, to no avail.

So, it is at this time, with the utmost respect, that the Claimant requests that the Court GRANT his Motion to Compel and set this matter for a hearing to take place as soon as possible, at the F.L.C.F. facility so that the Court can see for itself what the Defendants are trying to pass off as [Adequate] footwear.

The Claimant states that the Defendants are intentionally in Contempt of the Courts Final Order and should be Held In Contempt for non-compliance of the March 6, 2009 Final Order in this matter. They offer No explination as to why they have not complied and obviously plan on continuing with the same type of behavior.

THEREFORE, the Claimant would Move the Court to issue its Order directing the Defendants to provide the Claimant with an [Adequate] pair of soft soled shoes, a knee-high ankle brace and in Addition to the $300.00 compensation award that has yet to be deposited to the Claimants inmate account, the Defendants should be directed to compensate the Claimant further in the amount of $500.00 for non-compliance of the March 6, 2009 Final Order of the Court in Case Number: 03-445.

It should also be Ordered that the Defendants must reinstate ALL of the medications that the Claimant was prescribed Prior to his arrival at F.L.C.F., and that these medications will NOT be discontinued without the written authority of a Qualified Orthopedic Specialist . It should also be said that, the Orthopedic Specialists the Claimant was seen by previously, Dr. Thomas Eskastrand and Dr. Patterson both recommended surgery on the right ankle of the Claimant, and this proceedure should be looked at as a possible remedy to the medical needs of the Claimant. Any Order given by the Court should be complied with not later than July 30, 2009.

Dated this 6 day of July, 2009.

Respectfully Submitted,

*Raymond D. Goodloe*
Raymond D. Goodloe #51437
F.L.C.F. Unit #5-238-A
Po. Box 1000
Fort Lyon, Co. 81038-1000