IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-00870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL OWENS, et al.,

Defendants.

---

Claim Number 03-445
Category III
Claimant: Raymond D. Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

### SUR-REBUTTAL TO CLAIMANT'S MAY 22, 2009 MOTION

---

Defendants, through the Colorado Attorney General, respectfully submit the following Sur-rebuttal to Claimant's May 22, 2009 motion regarding non-compliance with Final Order dated March 6, 2009.

1. In the final order of the Special Master, Claimant, Raymond Goodloe, was awarded $300.00 along with a pair of soft-soled shoes and an ankle brace.

2. After receiving the W-9 from Goodloe, he was sent a check for $300.00 in accordance with the order issued by the Special Master. *See* Exhibit A.

3. Additionally, Goodloe admits that on April 17, 2009, he received a pair of medical, soft soled, tennis shoes.

4. Goodloe contends that the shoes that were issued are sub-standard, non-orthotic tennis shoes. Goodloe further claims that the ankle brace that was issued to him



EXHIBIT D

to provide support for his ankle is inadequate. A picture of the shoes and ankle brace that were issued to Goodloe are attached as Exhibits B and C.

    5.    Goodloe disputes that the shoes he was given are the same shoes that are issued to every offender that requires medical shoes. To support his contention, Goodloe identifies one offender that he claims has a better pair of shoes than those issued to Goodloe, despite the fact that this offender is a triple amputee.

    6.    Offender Harold Strobridge, #84844, is a triple amputee who has a special need for shoes that he could "tie" on his own (absent the ability to use two arms) that would be molded to his prosthetics. Two pictures of Strobridge showing his shoes are attached hereto as Exhibits D and E.

    7.    As the Special Master can see from the Exhibits, contrary to Goodloe's contention, the shoes provided to both offenders, Goodloe and Strobridge appear to be exactly the same.

    8.    The Special Master ordered that Goodloe be awarded $300.00, a pair of soft-soled shoes, and an ankle brace. As noted above and admitted by Goodloe, Goodloe has been provided these items.

    9.    Rather than claiming that CDOC has not complied with the order by the Special Master, the essence of Goodloe's complaint is that the items provided are not adequate, such medical malpractice claims fall under the Eighth Amendment, not the ADA or Rehabilitation Act. A plaintiff cannot state a claim for improper medical care under the ADA or Rehabilitation Act. *See Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134 (10th Cir. 2005); *Johnson by Johnson v. Thompson*, 971 F.2d 1487 (10th Cir. 1992).

10.     Further, Goodloe's complaints regarding his pain medication is not a part of the Special Master's Final Order. Therefore, Goodloe needs to discuss this issue with Clinical Services.

11.     Therefore, Defendants have complied with the order issued by the Special Master and Goodloe's motion should be denied.

Respectfully submitted this 17th day of August, 2009.

                JOHN W. SUTHERS
                Attorney General

/s/ Chris W. Alber
CHRIS W. ALBER, 35505
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendants
1525 Sherman Street, 7th Floor
Denver, CO 80203
Telephone: (303) 866-4308
FAX: (303) 866-5443

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within Sur-rebuttal to Claimant's May 22, 2009 Motion upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 18th day of August, 2009 addressed as follows:

Raymond Goodloe, #51437
FLCF
P.O. Box 1000
Ft. Lyon, CO 81038-1000

**Courtesy Copy To:**

Cathie Holst, CDOC
Wendy Grover, FLCF

_____