IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-445
Category III
Claimant: Raymond D. Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

### SETTING OF HEARING DATE: October 16, 2009 at Noon

---

    THIS MATTER comes before the Special Master on Claimant's motion to compel. Enough issues have been raised that a hearing should be held to determine what has occurred over the last few months.

    This hearing will be limited to 1 hour. Each side will have up to thirty minutes to present their positions. The only issues to be considered are whether Defendants have complied with the provisions of the order of March 6, 2009. Claimant may testify and request one additional witness. Defendants may present two witness. The hearing will be held at the Ft. Lyon Correctional Facility on October 16, 2009 at Noon.

    IT IS HEREBY ORDERED that a hearing is set for **October 16, 2009 at Noon** on Claimant's motion to compel; and

    IT IS FURTHER ORDERED that each side is limited to thirty minutes at the hearing and may call two witnesses.

    SIGNED this 21st day of August, 2009.


EXHIBIT E

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 21st day of August, 2009 to the following:

Mr. Raymond Goodloe
#51437
FLCF
P.O. Box 1000
Ft. Lyon, CO 81038-1000

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*