IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-465
Category III
Claimant: Allen Fistell, #63253
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on Defendants' motion for extension of time to file objection. The request is appropriate and will be granted.

      IT IS HEREBY ORDERED that Defendants are granted up to and including **February 1, 2010** in which to file an objection to the final order of the Special Master.

      SIGNED this 11th day of December, 2009.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master