| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 700-10 | 1 OF 9 |
| COLORADO DEPARTMENT OF CORRECTIONS | CHAPTER: Offender Health Services | |
| | SUBJECT: Quality Management Program | |
| RELATED STANDARDS: ACA Standards 2-CO-4E-01, 4-4380, 4-4410, and 4-4411 | EFFECTIVE DATE: October 1, 2009 | |
| | SUPERSESSION: 10/01/08 | |
| OPR: OCS | REVIEW MONTH: July | Aristedes W. Zavaras Executive Director |

I. POLICY

*It is the policy of the Department of Corrections (DOC) to maintain a multi-disciplinary Quality Management Program (QMP) for Clinical Services [2-CO-4E-01] that evaluates and improves patient care, pursuant to Colorado Revised Statute (CRS) 25-3-109. [4-4380] [4-4410] [4-4411]*

II. PURPOSE

The purpose of this administrative regulation (AR) is to provide an overview of the structure, authority, and general operating principles of the Quality Management Program (QMP) in Clinical Services that is designed to assure that clinical and other resources are utilized in an effective, efficient, and appropriate manner, and to affect improvement in the quality and outcomes of the clinical care provided.

The mission statement of the QMP is: To develop and implement processes to facilitate, monitor, and improve quality throughout the Clinical Services' health care system.

III. DEFINITIONS

   A. American Correctional Association (ACA): A national accrediting body for corrections, defining standards for prison operations and clinical care for offenders.

   B. Chief Medical Officer: A designated physician licensed by the state of Colorado as a medical doctor who is responsible for monitoring and directing the total process by which health care services are provided to offenders.

   C. Chiefs of Services: DOC chiefs of Behavioral Health Services, Operations, Dental, and Psychiatry assigned to determine the standards of services to be provided within the DOC.

   D. Continuous Quality Improvement: Continuous Quality Improvement (CQI) is a set of concepts, principles and methods, as well as a management philosophy. The CQI model focuses on improvement of products, services, or processes through ongoing, incremental and breakthrough improvements, reducing defects in systems that affect quality outcomes.

   E. Contract Worker: Any person employed under contractual arrangement to provide services to the DOC: any person employed by private or public sector agencies who is serving under DOC special assignment to provide services or support to DOC programs. The employee/employer relationship lies with the contractor. All Department agreements are for a specified period and are renewable.

EXHIBIT E

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Health Services | Quality Management Program | 700-10 | EFFECTIVE 10/01/09 |

F. <u>DOC Employee</u>: Someone who occupies a classified, full or part-time, position in the State Personnel System in which the Department has affect over pay, tenure, and status.

G. <u>Facility Continuous Quality Improvement Coordinators</u>: Facility based DOC employees and contract workers designated by the health services' administrator who facilitate implementation of the Quality Management Program at the facility level and perform data collection and/or reviews,-as assigned. Their efforts support the QMP by conducting reviews and implementing/monitoring quality improvement activities at their respective correctional facilities.

H. <u>Facility Continuous Quality Improvement Managers</u>: The facility based health services' administrator that directs and monitors functions of that facility's CQI coordinator. They work jointly with the regional health services' administrator, quality improvement administrator, quality improvement coordinator, chiefs of service, and the chief medical officer.

I. <u>Health Authority</u>: The health authority for CDOC is the deputy director of Prisons, Clinical Services, who in turn delegates this responsibility to health services administrators.

J. <u>Health Care Practitioner</u>: A clinician trained to diagnose and treat patients, e.g., physicians, dentists, psychologists, optometrists, nurse practitioners, and physician assistants.

K. <u>Health Services' Administrator (HSA)</u>: The DOC employee or contract worker administratively in charge of multi-disciplinary clinical services' teams that provide services at the facility level or clinical unit. These clinical teams include medical, nursing, dental, mental health, drug and alcohol, sex offender, and health care support DOC employees and contract workers.

L. <u>Indicators</u>: A measurable variable relating to the organizational structure, process, or outcome of clinical care, and will be objective and directly or indirectly related to patient outcomes. Indicators regarding quality of care issues and inpatient care provided by external providers are collected by the third party administrator and reported to the Quality Management Program Committee.

   1. <u>Organizational Structure Indicators</u>: Organizational indicators address the organizational framework of resources available for care such as equipment, staffing levels, qualifications of DOC employees and contract workers, and communication systems.

   2. <u>Outcome Indicators</u>: Outcome indicators evaluate adherence to healthcare standards, adverse events, short-term results of specific procedures and treatments, and the health status of patients. They are used as a qualitative tool that provides information on performance relative to a specified process or outcome.

   3. <u>Process Indicators</u>: Process indicators assess the performance of a function or process such as assessments, indications for procedures and treatments, scheduling, transportation, and management of complications.

M. <u>Quality Improvement Administrator</u>: Administrator of the Clinical Services' Quality Management Program and responsible for ensuring the workflow and process of quality improvement activities. The quality improvement administrator (QIA) shall also serve as the division liaison to the Colorado Department of Public Health and Environment for reportable occurrences and joint projects related to quality and/or infectious diseases.

N. <u>Quality Improvement Coordinator (QIC)</u>: Coordinates the CQI process between the centralized and facility levels to ensure standardization of the process throughout the system.

O. <u>Quality Management Program (QMP)</u>: A system designed to ensure the evaluation and improvement of patient care to DOC offenders and to help effectively and efficiently utilize resources in the delivery and management of health care services.

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Health Services | Quality Management Program | 700-10 | EFFECTIVE 10/01/09 |

P. Quality Reporting Form: An electronic form used by DOC employees and contract workers to report quality issues to the QIA. The reporting DOC employee or contract worker will complete the "Quality Reporting Form" no later than the end of his/her work shift.

Q. Regional Health Services' Administrator: Clinical Services' DOC employees and contract workers responsible for directing the Clinical Services' operations through subordinate supervisors in assigned regions.

R. Sentinel Event: Any unexpected clinical occurrence involving death, potential for death, or serious injury. Sentinel events may not always be considered quality concerns but are areas of potential quality concern for which information is gathered to make that determination. Sentinel events are provided in a drop down list in the "Quality Reporting Form."

S. Support Services' Manager: Clinical Services' DOC employee or contract worker who facilitates the activities of the Utilization Management Committee (UMC) which consists of a team of providers that performs initial review of referrals to specialists and specialty procedures in the community and decides medical appropriateness based on nationally accepted criteria. The support services' manager also coordinates discharge planning of offenders from community hospitals and ensures the scheduling and transportation of authorized specialty care services in the community.

T. Third Party Administrator (TPA): A managed care company contracted by DOC to: authorize specialty referrals, diagnostic studies and other external healthcare services according to defined criteria; adjudicate claims and billing; perform concurrent review to determine medical appropriateness of hospital care; contract with specialists and specialty services and assist in maintaining a comprehensive provider network; and perform credentialing of DOC and specialty providers. Quality of care issues occurring in contracted outside settings such as hospitals, are investigated and reported by the TPA designee to the QIA.

U. Thresholds: The level or point at which there is a need for organization response to indicator data and the beginning of the process of determining why the threshold has not been met.

IV. PROCEDURES

A. Elements of the Quality Management Program: *The DOC Quality Management Program (QMP) provides a system of documented internal review developed and implemented under the direction of the health authority. Elements include:*

   1. *Participating in multi-disciplinary quality improvement committees;*

   2. *Collecting, trending, and analyzing data combined with planning, intervening, and reassessing;*

   3. *Evaluating defined data which will result in more effective access, improved quality of care, and better utilization of resources;*

   4. *Monitoring of health service outcomes through:*

      a. *Chart reviews by the responsible physician or designee, including investigation of complaints and quality of health records;*

      b. *Review of prescribing practices and administration of medication practices;*

      c. *Systematic investigation of complaints and grievances;*

    d. *Review of corrective action plans; and*

    e. *Review of facility Continuous Quality Improvement (CQI) program results.*

5. *Reviewing deaths and suicide attempts of offenders in correctional facility custody.*

6. *Implementing measures to address and resolve identified problems/concerns (corrective action plans);*

7. *Reevaluating problems or concerns to determine if corrective measures have achieved and sustained desired results;*

8. *Incorporating findings of internal review activities into educational and training activities;*

9. *Maintaining appropriate records (for example, meeting minutes) of internal review activities;*

10. *Providing quarterly reports, at both the centralized and local facility levels, of the findings of internal review activities. These reports are available to other facility DOC employees and contract workers, via the facility health services' administrator (HSA); and*

11. *Requiring a provision that records of internal review activities comply with legal requirements on confidentiality of records. [4-4410]*

B. Scope of the Quality Management Program

1. The Quality Management Program assures, to the extent practicable, continuous measurement and feedback of important aspects of care utilizing various performance measures which may include process and outcome indicators, benchmarks, and thresholds that are evidence based and reflect the recommendations of accreditation organizations, national commissions, and proprietary guidelines whose focus is on defining, directing, and promoting quality of care.

2. The focus of quality improvement efforts will be directed toward opportunities to improve systems and processes.

C. Structure of the Quality Management Program

1. The overall structure of the Quality Management Program consists of the QMP Committee and three subcommittees. The subcommittees operate under the purview of the QMP Committee. The relationship of the subcommittees to the QMP Committee is designed to be interdependent. Multidisciplinary participation is designed to support diversity of opinion.

2. QMP Committee/subcommittee meeting attendance is mandatory. Decisions and recommendations are made by quorum (majority three quarters vote). Should more than one quarter of the voting membership be absent at any committee meeting, the meeting shall be adjourned and noted as such in meeting minutes.

3. QMP Committee/subcommittee members are appointed by the chief medical officer (CMO) and the quality improvement administrator (QIA) for a term of two years and shall serve until the end of this period or until the member's successor is appointed, unless the member shall sooner resign or be removed from the committee. If a member ceases to be a member in good standing because of, but not limited to, employment status, corrective/disciplinary action, professional standards' review, long standing conflict of interest, or absenteeism, that member may be removed for a determinate or indefinite period of time by the CMO and QIA.

4. These committees meet at least quarterly and function as follows:

a. QMP Committee: A panel of DOC Clinical Services' DOC employees and contract workers whose voting membership will consist of the chairperson/quality improvement administrator, co-chair/chief medical officer, quality improvement coordinator, chief of psychiatry, chief of Mental Health Services, chief of Behavioral Health Services, pharmacy manager, chief of Clinical Operations, regional Mental Health Services' administrator, Private Prison Monitoring Unit (PPMU) medical monitor, Support Services' manager, a regional health services' administrator (RHSA), one facility health services' administrator, two physicians, two mid-level providers, and two mid-level provider alternates. The mid-level provider alternates can be used to substitute for one physician and/or the mid-level providers in their absence. The third party administrator (TPA) designee(s) and the Clinical Services' security specialist are non-voting members. A dental representative will be an ad hoc voting member when cases involving dental quality issues are addressed.

   1) Based on information reported by subcommittees, the third party administrator designee, facility CQI programs, and various quality driven activities, the QMP committee will identify and prioritize key activities for performance improvement including, but not limited to direct care, support services, processes, communication and coordination of efforts.

   2) This committee will also review presented case summaries related to quality occurrence reports. Based on the specifics of each case, the committee will determine appropriateness of care and recommend courses of action.

b. Peer Review Committee: A panel of Clinical Services' DOC employees and contract workers that review the practice and/or practice patterns of Clinical Services' DOC employees providing medical, dental, and behavioral healthcare services.

   1) The peer review process is educational/remedial and provides a mechanism for ongoing assessment and improvement of patient care.

   2) **External peer reviews will be completed for all DOC full-time equivalent (FTE) health care practitioners at least every two years. The reviewing provider must work at a facility external to the reviewee's assigned facility. [4-4411]**

   3) Peer reviews will be conducted in good faith by DOC providers within the same service group, at a classification level equal to, or in some cases, higher than that of the reviewee.

   4) The peer review committee will review and provide feedback to peer reviewees regarding the results of each review. Opportunities for performance improvement such as training opportunities and/or mentorships may be recommended.

   5) **An immediate review may be conducted at any time by decision of the CMO if problems in practice patterns arise. [4-4411]**

   6) All information related to the peer review process, in either oral or written form, must be kept confidential in accordance with state statute.

c. Morbidity/Mortality Committee: A panel of Clinical Services' DOC employees and contract workers that review offender deaths within CDOC facilities and contracted private prisons. An investigation will be conducted under the direction of the chief of Behavioral Health Services of all offender suicides. The results of each investigation will be presented to the Morbidity/Mortality Committee for review in addition to the usual death review.

d. Infectious Disease Committee: A panel of Clinical Services' DOC employees and contract workers that identifies and provides policy and guidelines for the prevention, diagnosis, and treatment of infectious diseases.

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Health Services | Quality Management Program | 700-10 | EFFECTIVE 10/01/09 |

5.  The QMP Committee and subcommittees may at times require the assistance of various other non-committee Clinical Services' DOC employees and contract workers to perform duties which may include, but are not limited to; peer reviews, quality occurrence case reviews, facility audits, and other functions deemed necessary in order to carry out the committees' stated goals. These Clinical Services' DOC employees and contract workers are covered under the same protections and privileges and are responsible for the same confidentiality as are named members.

6.  Other standing committees and activities support the Quality Management Program with the intent to identify, evaluate, and reduce the risk of patient injury and improve the quality of patient care. Examples include: CQI/Infection Control Nurse meetings, HSA meetings, medical provider meetings, mental health supervisor meetings, facility CQI/Infection Control Committees, and quality ad hoc committees.

    Facility CQI/infection control committees are facility based multidisciplinary team meetings whose membership consists of the facility CQI manager (chair), CQI coordinator (co-chair), infection control nurse (co-chair), a medical and mental health care practitioner, the facility ACA coordinator, the administrative head and/or associate warden, and at least one representative from custody/control, food service, programs, and case management.

    a.  Committee members are appointed by the facility HSA and the administrative head. Selection is based on the authority of members in their respective areas to implement decisions made by the committee. Designees may not be utilized.

    b.  Meeting attendance is mandatory. Two thirds multidiscipline member attendance is required for decision making purposes at every meeting. Should more than one third of the membership be absent or the chair (or co-chair) **and** the administrative head (or associate warden) at any committee meeting, the meeting shall be adjourned and held at a later date.

    c.  **Meetings focus on CQI and infection control activities designed to improve facility operations related to patient care. Meeting minutes will contain information discussed to include, at minimum, communicable disease statistical reports, management plan review, corrective action plan evaluation and follow up, and round table discussions. Facility quarterly reports may also be discussed at this meeting. [4-4410]**

    d.  **Proceedings of the committee meetings are confidential. Committee members will sign confidentiality statements which will be placed in the facility CQI manual. [4-4410]**

    e.  **The CQI manual, which provides documentation of quality improvement activities, will be maintained by the CQI manager at each facility. [4-4410]**

D.  The Quality Management Program CQI Process

    1.  The CQI process begins with the identification of an actual or potential quality issue. Quality occurrence reporting is the responsibility of the person discovering the quality issue. Quality reporting forms (Attachment "A") will be completed by DOC employees and contract workers, as well as outside entities such as private prison staff who are witness to, knowledgeable about, or affected by quality issues. The occurrence should be reported by the end of the shift and should include information necessary to promote a clear understanding of the occurrence. Copies of ambulatory records, medication sheets, or other supporting documentation should be faxed to the Clinical Services' Quality Management Office at Headquarters (719-226-4565). Issues that qualify for reporting are listed in Attachment "A."

    2.  Severity Codes: The QIA and the QIC will review the quality reports and assign a severity code based on the circumstances of the incident, including the action taken or process involved and the potential for or actual adverse outcome. Reports assigned a Level 0 are closed. Reports assigned a Level 1 are tracked to identify a

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Health Services | Quality Management Program | 700-10 | EFFECTIVE 10/01/09 |

potential trend of similar occurrences, possibly necessitating an upgrade to a Level 2 or 3. The QIA and the QIC assign Level 2 cases for review and determine case dispositions. Level 3 cases are reviewed by the QMP Committee. Level 4 cases are reviewed by the Morbidity/Mortality Committee.

Severity Codes:

Level 0: No quality issue identified; action or inaction.

Level 1: Action or inaction resulting in no adverse affect and of itself does not rise to a level requiring intervention; however, tracking and trending could reveal a more significant concern necessitating advancement to a level 2 or 3 based on frequency or pattern of occurrence. Examples include: incorrect medication sent from the pharmacy but not given to the patient; patient failed to receive non-critical medication due to pharmacy delivery delay; procedure rescheduled due to patient not being prepped.

Level 2: Action or inaction which resulted in, or could have resulted in, a minor adverse outcome. This type of issue may warrant notification for purposes of increasing awareness of the concern and in some cases subsequent measures to correct. These cases may also be tracked for reoccurrences. Examples include: patient given Prochlorperazine (Compazine) instead of Promethazine (Phenergan) for nausea; patient who failed to receive afternoon dose of IV antibiotic; lack of dental follow up of patient triaged by nursing utilizing protocol.

Level 3: Action or inaction which resulted in, or could have resulted in, a serious adverse outcome. All cases assigned this severity code will be reviewed by the QMP Committee which will recommend actions necessary to prevent future occurrences as appropriate. Examples include: monitoring of blood thinning medication levels for a patient with recent heart valve replacement ignored by facility provider; diabetic patient diagnosed with diabetic ketoacidosis at the local hospital ER due to prolonged untreated elevated blood sugar levels; readmission of post operative patient with wound dehiscence who was transported back to the facility versus the infirmary; patient who was denied necessary diagnostic screening with delayed diagnosis of advanced colon cancer; patient with uncontrolled hypertension resulting in CVA.

Level 4: All offender deaths within CDOC facilities and contracted private prisons will be referred to the Morbidity/Mortality Committee. The committee will review the circumstances surrounding the death for quality of care concerns. The recommended actions of each case will be reported to the QMP Committee. For purposes of reporting, there are two categories of Level 4 cases determined by final review:

4A: No quality issues identified.

4B: Quality issue(s) identified which may or may not have contributed to the death.

3. Through operational channels, follow up will be provided to ensure the implementation of agreed upon recommendations and actions.

E. Quality Management Program Confidentiality

1. The Colorado Department of Corrections Quality Management Program of the Division of Clinical Services is established pursuant to CRS 12-36.5-104 to evaluate and improve patient care. It is necessary that the collection of information and data of Clinical Services operations and its licensed community health clinics be reasonably unfettered so a complete and thorough evaluation and improvement of the quality of patient care can be accomplished.

2. **Any information and/or documents utilized as part of the quality management review process is privileged and confidential. Any information derived from participation in the QMP is protected from subpoena, discovery, testimony, and further dissemination, except as**

***provided in CRS 25-3-109 (4). [4-4410]*** Committee members, witnesses, and complainants shall be subject to the immunities and privileges set forth in statute if they:

    a. Acted in good faith within the scope of their respective capacity;

    b. Made a reasonable effort to obtain facts of the matter to which they acted; and

    c. Acted in reasonable belief that the action taken was warranted by facts.

    d. In no event shall this immunity apply to any negligent or intentional act or omission in the provision of care.

3. No person who participates in the reporting, collection, evaluation, or use of quality management information with regard to a specific circumstance shall testify in any civil or administrative proceeding, except as otherwise provided in statute or directive of the Attorney General's Office.

4. Quality Management Program Committee and subcommittee members, as well as non-committee DOC Clinical Services' employees and contract workers who perform specific QMP duties, therein shall sign a confidentiality statement provided by the QIA or facility CQI managers having understood that participation in the QMP is in good faith and without prejudice or bias, and that failure to comply with confidentiality concerning clinical and/or quality management issues is a misdemeanor offense which may result in fines, incarceration, or both.

5. Under no circumstances shall a committee/subcommittee member or other DOC employee or contract worker in good standing be subject to reprisal, retaliation or performance documentation for participating in any quality management proceedings while acting in good faith and within the respective scope of their capacity.

V. RESPONSIBILITY

    A. The deputy director of Prisons, Clinical Services, is responsible for the quality of clinical care provided by Clinical Services' DOC employees and contract workers, but delegates to the CMO and the QIA the responsibility to establish, coordinate, and implement a quality improvement program statewide.

    B. It is the responsibility of the CMO, chiefs of service, chief of clinical operations, HSAs, and RHSAs to use this administrative regulation as a guide in the evaluation and improvement of health care services.

    C. The CMO, chiefs of service, chief of clinical operations, HSAs, and RHSAs are responsible for Clinical Services' DOC employee and contract worker education and training related to this administrative regulation.

    D. The continuous quality improvement managers are responsible for directing and monitoring quality management activities at their respective facilities.

VI. AUTHORITY

    A. Chapters II and IX of the Colorado Department of Health licensure requirements for community clinic facilities.

    B. Ramos vs. Lamm CA#77-K-1093 (1979).

    C. CRS 12-35-101, et seq. Dental Practice Law of Colorado.

    D. CRS 12-36-101, et seq. Colorado Medical Practice Act.

  E. CRS 12-38-101, et seq. Nurse Practice Act.

  F. CRS 25-3-109. Quality management functions - confidentiality and immunity.

VII. <u>HISTORY</u>

  September 1, 2008
  October 15, 2007
  November 1, 2006
  February 15, 2006
  October 15, 2005
  October 15, 2004
  August 15, 2004
  August 15, 2003
  August 15, 2002

ATTACHMENTS: A. AR Form 700-10A, Quality Reporting Form as a Quality Occurrence Report and an Infectious Disease Report

      B. AR Form 700-10B, Description of Medication Occurrence and Sentinel Event Codes

      C. AR Form 100-01A, Administrative Regulation Implementation/Adjustments

Main > Quality Reporting Form                                         AR Form 700-10A (09/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS
## QUALITY REPORTING FORM

Log Off

**Report Type:**
[Quality Occurrence]

**Date of Occurrence:**           **Date of Report (mm/dd/yyyy):**

**Facility:**
[...]

If you wish for your name not to be displayed on this report, please leave the Name and Title of Reporter blank.

**Name of Reporter:**             **Title of Reporter:**

[Add an Offender]

*Check all Issues that apply:*

**A. Access to Care Issue**
☐ 1. Delay of care/services/DME
☐ 2. Denial of care/services/DME
☐ 3. Refusal of patient care

**B. Treatment/Diagnosis Issue**
☐ 1. Sentinel event (sentinel event code)   Sentinel Event Codes:
☐ 2. Incorrect diagnosis
☐ 3. Incorrect treatment/procedure error
☐ 4. Unplanned treatment or transfer resulting from previous action/inaction
☐ 5. Unplanned return to OR

**C. Medication Issue**
☐ 1. Prescribing error (provider)   Medication Occurrence Codes:
☐ 2. Dispensing error (pharmacy)   Medication Occurrence Codes:
☐ 3. Administration error (nursing)   Medication Occurrence Codes:
☐ 4. Failure to receive medications ordered

**D. Coordination/Continuity of Care Issue**
☐ 1. Lack of communication of healthcare information
☐ 2. Missed specialty appointments (on and offsite)
☐ 3. Lack of follow-up
☐ 4. Failure to obtain ordered lab, x-rays or tests

**E. Utilization Issue**
☐ 1. Premature discharge (Hosp or Infirmary)
☐ 2. Prolonged hospitalization/delay of discharge
☐ 3. Inappropriate level of care
☐ 4. Inappropriate transfer

**F. Outcome/Safety Issue/Patient Behavior**
☐ 1. Unexpected death
☐ 2. Suicide
☐ 3. Suicide attempt requiring medical attention
☐ 4. Self-Inflicted injury
☐ 5. Preventable complication or infection
☐ 6. Failure to treat

**G. Professional Conduct Issue**
☐ 1. Breach of confidentiality
☐ 2. Abuse or neglect of patient
☐ 3. Provider non-compliance with policy/regs
☐ 4. Egregious provider conduct
☐ 5. Failure to communicate diagnosis, condition or treatment

**H. Scheduling/Appointment Issue**
☐ 1. Specialty provider cancelled
☐ 2. No Specialty provider appts available
☐ 3. Transportation untimely/unavailable
☐ 4. Scheduler did not schedule

**I. Other Issue:** _____

Description of Incident and Actions Taken (*attach additional documents as available and necessary*)
[...]

**Name of Provider Notified:**           **Date and time Notified (mm/dd/yyyy):**
[...]

**Action by Provider:**

[Save]   [Cancel]

Attachment "A"
Page 1 of 2

Main > Quality Reporting Form

AR Form 700-10A (09/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS
## QUALITY REPORTING FORM

Log Off

Report Type:
[ Infectious Disease ]

Date of Occurrence: [         ]  Date of Report (mm/dd/yyyy): [         ]

Facility:
[ ... ]

If you wish for your name not to be displayed on this report, please leave the Name and Title of Reporter blank.

Name of Reporter: [         ]   Title of Reporter: [         ]

[ Add an Offender ]

**DPHE Reportable Conditions, (03/08)** d = Days, h = Hours   All 24 hour reportables and those marked with a * are confirmed or suspected cases.

### Vaccine-Preventable Diseases

| | | |
|---|---|---|
| ☐ V.1  Diphtheria (24h) | ☐ V.6  Mumps* (7d) | ☐ V.10  Rubella, congenital* (7d) |
| ☐ V.2  Hepatitis B* (7d) | ☐ V.7  Pertussis (24h) | ☐ V.11  Smallpox (24h) |
| ☐ V.3  Influenza-associated hospitalization (7d) | ☐ V.8  Poliomyelitis (24h) | ☐ V.12  Tetanus* (7d) |
| ☐ V.4  Influenza-associated death if < 18 yrs (7d) | ☐ V.9  Rubella (24h) | ☐ V.13  Varicella* (7d) |
| ☐ V.5  Measles (rubeola) (24h) | | |

### Foodborne and Enteric Diseases

| | | |
|---|---|---|
| ☐ F.1  Amebiasis (7d) | ☐ F.6  Cyclospora (7d) | ☐ F.11  Listeriosis (7d) |
| ☐ F.2  Botulism (24h) | ☐ F.7  E. coli 0157:H7 & shiga toxin producing E. coli (7d) | ☐ F.12  Salmonellosis (7d) |
| ☐ F.3  Campylobacteriosis (7d) | ☐ F.8  Giardiasis* (7d) | ☐ F.13  Shigellosis (7d) |
| ☐ F.4  Cholera (24h) | ☐ F.9  Hemolytic uremic syndrome if < 18 yrs. (7d) | ☐ F.14  Trichinosis* (7d) |
| ☐ F.5  Cryptosporidiosis (7d) | ☐ F.10  Hepatitis A (24h) | ☐ F.15  Typhoid Fever (24h) |

### Sexually Transmitted Diseases

| | | |
|---|---|---|
| ☐ S.1  AIDS and HIV infection (7d) | ☐ S.3  Gonorrhea, any site (7d) | ☐ S.5  Syphilis, early (1, 2, or early latent) (24h) |
| ☐ S.2  Chancroid (7d) | ☐ S.4  Lymphogranuloma venereum (7d) | |

### Zoonotic Diseases

| | | |
|---|---|---|
| ☐ Z.1  Animal bites by dogs, cats, bats, skunks or other wild carnivors (24h) | ☐ Z.5  Lyme Disease (7d) | ☐ Z.10  Relapsing Fever* (7d) |
| | ☐ Z.6  Plague (24h) | ☐ Z.11  Rocky Mountain Spotted Fever (7d) |
| ☐ Z.2  Anthrax (24h) | ☐ Z.7  Psittacosis (7d) | ☐ Z.12  Tularemia* (7d) |
| ☐ Z.3  Brucellosis* (7d) | ☐ Z.8  Q Fever* (7d) | |
| ☐ Z.4  Hantavirus (7d) | ☐ Z.9  Human Rabies (suspected) (24h) | |

### Meningitis/Encephalitis & Invasive Disease

| | | |
|---|---|---|
| ☐ M.1  Encephalitis* (7d) | ☐ M.3  Haemophilus influenzae invasive disease (24h) | ☐ M.5  Transmissible spongiform encephalopathy* (7d) |
| ☐ M.2  Aseptic meningitis* (7d) | ☐ M.4  Neisseria meningitidis invasive disease (24h) | |

### Other Important Reportable Diseases

| | | |
|---|---|---|
| ☐ O.1  Group Outbreaks (24h) – all causes, including food poisoning | ☐ O.5  Legionellosis* (7d) | ☐ O.9  Toxic Shock Syndrome (7d) |
| ☐ O.2  Hepatitis C, acute (7d) | ☐ O.6  Leprosy (7d) | ☐ O.10  Tuberculosis (active disease) (24h) |
| ☐ O.3  Hepatitis, other viral (7d) | ☐ O.7  Malaria* (7d) | ☐ O.11  Positive TB skin test in workers exposed to active disease (7d) |
| ☐ O.4  Kawasaki Syndrome (7d) | ☐ O.8  SARS (24h) | |

**The following are reportable conditions per the Department of Corrections Infectious Disease Management Program only.**

| | | |
|---|---|---|
| ☐ C.1  Methicilliin Resistant Staphyloccus Aureus (MRSA) (24h) | ☐ C.3  Scabies (24h) | ☐ C.6  Herpes Zoster (Shingles) (7d) |
| | ☐ C.4  Hepatitis C, Chronic (7d) | |
| ☐ C.2  Pediculosis (24h) | ☐ C.5  Vancomycin Resistant Enteroccus spp. (VRE) (24h) | ☐ C.7  Other: _____ |

Description of Incident and Actions Taken (*attach additional documents as available and necessary*)
[ ... ]

Name of Provider Notified:  Date and time Notified (mm/dd/yyyy):
[ ... ]   [         ]

Action by Provider:

[ Save ]   [ Cancel ]

Attachment "A"
Page 2 of 2

AR Form 700-10B (10/15/07)

## MEDICATION OCCURRENCE CODES:

**1   DRUG ADMINISTERED TO WRONG PATIENT**
1.1   Patient's name/ID not checked prior to administration
1.2   Orders entered on wrong MAR

**2   DRUG SHOULD HAVE BEEN AVOIDED**
2.1   Drug given without an order, order expired or D/C'd
2.2   Patient self-administered drug
2.3   Patient NPO
2.4   Expired drug or solution

**3   DRUG ADMINISTERED TO PATIENT WITH KNOWN ALLERGY**
3.1   Allergy history not present, or allergy not documented

**4   EXTRA DOSE OF DRUG ADMINISTERED**
4.1   Previous dose not documented
4.2   MAR was not checked prior to administration

**5   WRONG DRUG WAS ADMINISTERED**
5.1   Verbal order taken incorrectly
5.2   Order misread
5.3   Wrong drug taken from stock or card
5.4   Wrong drug dispensed from pharmacy
5.5   Transcription error

**6   WRONG DOSE/RATE WAS ADMINISTERED**
6.1   MAR not checked prior to administration
6.2   Order misread
6.3   Wrong dose taken from floor stock or card
6.4   Wrong dose dispensed from pharmacy
6.5   Transcription error
6.6   Drug dose was mislabeled
6.7   Controller/pump set incorrectly
6.8   IV rate set incorrectly (no pump used)
6.9   Controller/pump equipment failure
6.10  Dosage calculation error
6.11  Patient/visitor adjusted IV

**7   ADMINISTERED DOSE NOT DOCUMENTED**
7.1   Emergency in progress
7.2   Nurse interrupted or forgot
7.3   MAR not available
7.4   One time dose not on MAR

**8   DRUG GIVEN BY INCORRECT ROUTE**
8.1   Incorrect form taken from floor stock
8.2   Incorrect form dispensed by pharmacy
8.3   Documentation/profiling error

**9   DRUG GIVEN AT WRONG TIME/OMITTED**
*(More than 30 minutes early/late)*
9.1   Drug was not in med drawer/card
9.2   Drug was not transferred with patient
9.3   Order was not noted and/or entered on MAR
9.4   Order sheet contained incomplete information
9.5   Transcription error

**10  PHARMACY ERRORS**
10.1  Wrong patient listed on label
10.2  Wrong drug dispensed from pharmacy
10.3  Wrong dose dispensed from pharmacy
10.4  Wrong quantity of drug dispensed
10.5  Expired drug dispensed by pharmacy
10.6  Mislabeled
10.7  Refill denied - Order still current
10.8  Wrong form of drug dispensed
10.9  Dispensing delay

**11  NARCOTIC ERRORS**
11.1  Narcotics not signed out
11.2  Not counted upon arrival from pharmacy
11.3  Not counted by nurse at start; end; or cross-shift
11.4  Unknown reason for incorrect count
11.5  Narcotics sent without sign-out sheets
11.6  Sign-out sheets sent without narcotics
11.7  Narcotics not dispensed in timely fashion

**12  PRESCRIBING ERRORS**
12.1  Drug not D/C'd by provider
12.2  Drug prescribed despite allergy
12.3  Wrong drug ordered
12.4  Prescribed for wrong patient
12.5  Order written incorrectly, e.g. taper order
12.6  Inappropriate drug/dose prescribed or changed

**13  OTHER** _____

## SENTINEL EVENT CODES:

1. Death
2. Hospital/ER/Infirmary readmission within 30 days
3. Diabetic ketoacidosis
4. Diabetic hypoglycemia resulting in unconsciousness
5. Ruptured appendix
6. Breast CA with surgical procedure
7. Bowel obstruction
8. Uncontrolled HTN resulting in CVA
9. GI catastrophe
10. Gangrene
11. Colon CA
12. Adverse drug reaction requiring hospitalization, specialty consultation or use of counteracting drugs such as corticosteroids or antihistamines
13. Drug overdose
14. Electrolyte complications
15. Septicemia and pulmonary embolus, unexpected outcome or adverse clinical results (e.g., additional services due to complications of initial treatment)
16. Admission resulting from medication errors
17. Admission due to treatment misadventures
18. Admission due to patient non-compliance
19. Life-threatening complications of anesthesia or life-threatening transfusion errors or reactions
20. Admission due to surgical complication

Attachment "B"
Page 1 of 1

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Quality Management Program | 700-10 | 10/01/09 |

(FACILITY/WORK UNIT NAME)_____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN  [ ] NOT APPLICABLE  [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT OF THE AR

(SIGNED) _____   (DATE) _____
                    Administrative Head

Attachment "C"
Page 1 of 1