IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

## REPORT OF SPECIAL MASTERS

---

The Special Masters do hereby submit this Report concerning claims that remain open as of December 16, 2009. These claims have been processed pursuant to Paragraph XXXII of the Remedial Plan and pursuant to the order of April 4, 2008 expanding the duties of the Special Masters. This report should be read in conjunction with the previous report submitted on June 16, 2009. Since that report was filed, an additional 18 claims have been filed.

Ninety claims remain in abeyance pending resolution of the jurisdictional issue of whether individual inmates may file *pro se* motions for relief or additional claims for alleged discrimination that occurred after August 27, 2003. This report indicates which claim files remain open and why that is the case.

**Claims Scheduled for Hearing**:

    07-473     James F. Sorenson   #93362    Hearing: February 26, 2010
                The order for the hearing was issued on August 28, 2009.
                Claim predates the procedure ordered by Judge Kane on September 1, 2009.

    03-474     Mary Ann Fernandez  #57763    Hearing: February 26, 2010
                The order for the hearing was issued on August 28, 2009.
                Claim predates the procedure ordered by Judge Kane on September 1, 2009.

    03-475     Frankie L. McConnell #63672    Hearing: February 25, 2010
                Defendants granted opportunity to file objection to claim. No objection
                filed, with cutoff date of October 26, 2009.

    03-476     Gregory D. Thomas   #48283    Hearing: February 25, 2010
                Claimed filed on August 13, 2009.

                    Claim predates the procedure ordered by Judge Kane on September 1, 2009.

    03-477         Larry Dean Jones     #68661       Hearing: February 26, 2010
                    Defendants filed objection to claim on October 2, 2009
                    Class counsel filed reply on October 26, 2009
                    Dispute of fact exists concerning whether CCCF provided notice of
                    the claim process to Claimant and others. Issue of notice will be
                    dealt with at the hearing.

**Claims to be Processed**:

    X-379          Daniel A. Hartley         #67103
                    Awaiting responses of Claimant and Class Counsel to Defendants' Objection
                    Responses due on or before December 28, 2009

    X-380          Alan Mitchel Maxfield      #137,692
                    Order of dismissal as to Article XXXII claim to be entered *sua sponte* on
                    December 18, 2009. Claimant came to DOC after August 27, 2003. Case
                    remains in abeyance concerning jurisdictional issue.

    X-382          Mark Zamora             #122207
                    Claim process began on September 16, 2009. Awaiting additional
                    information from Claimant. Claim reflects incarceration in DOC on
                    December 6, 2008.

    X-384          Gregory J. Deegan       #124948
                    Defendants granted up to December 21, 2009 in which to file objection.

    X-385          Eldridge Griffin          #85791
                    Defendants did not file objection. Awaiting information on parole
                    status of Claimant. Hearing to be set.

    X-386          James M. Spencer        #141306
                    Claimant has not filed a claim, but only sent in a letter. Claim form has
                    been provided to Claimant, and deadline extended to December 28, 2009
                    in which to file claim.

**Claims Remaining Opening and in Abeyance Pending Resolution of Jurisdictional Issue:**

    X-166          Paul Deschaine          #124164
                    Letter held in abeyance. Came into DOC after August 27, 2003.

X-228        Julius C. Herrera        #119727
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-264        Reynaldo Villa        #132385
Letter held in abeyance. Claimant came into DOC after August, 2003.

X-283        Robert J. Landrum        #124611
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-285        Dean Hackborn        #130945
Claim held in abeyance. Came into DOC after August 27, 2003.

X-292        James R. Hunt        #131036
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X–302        Donald Thurston        #126241
Claim held in abeyance. Came into DOC after August 27, 2003.

X-311        David Watts        #140908
Claim held in abeyance. Came into DOC after August 27, 2003.

X-316        Edward W. Spohr        #140832
Case held in abeyance. Came to DOC after August 27, 2003.

X-320        Charles Russell        #124060
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-333        David M. Aragon        #142535
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-335        Marc C. Trevithick        #138024
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-342        Harold T. Maddox        #96046
Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-344   Fidel Ramos   #41238
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-345   Norman Weigand   #58767
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-357   Brian Stroud   #117960
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-359   Fermen Arguello   #133019
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-362   David Scott Key   #137585
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-367   Robert H. Peek   #138634
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-370   James M. Bertolo   #142464
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-373   Lora J. Wilson   #146350
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-374   Cora E. Ferales   #66331
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-376   Ronnie D. Flohr, Jr.   #53894
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

X-377   Patricia L. Larkins   #105263
      Article XXXII claim dismissed. Case remains in abeyance pending resolution of jurisdictional issue.

    X-381    Thomas D. Tillery    #132387
Defendants failed to file objection.
Claim dismissed *sua sponte,* as Claimant came into DOC in September, 2006

    X-383    John DeBella    #133881
No claim ever filed. Dismissed on November 21, 2009.

    C-006    Emory Mello    #131664
Claim held in abeyance. Claimant came into DOC after August, 2003.

    C-007    Matthew T. Redmon    #140637
Claim held in abeyance. Claimant came into DOC after August, 2003.

    C-011    Neil F. Creeden    #127412
Claim held in abeyance. Claimant came into DOC after August, 2003.

    C-012    Joseph D. Kyger    #138283
Claim held in abeyance. Claimant came into DOC after August, 2003.

    C-014    Ronald Cordova    #57350
Systemic issues raised and held in abeyance.

    C-016    Michael W. Fleming    #100942
Issues raised concerning post-August, 2003 conduct of DOC.

**Adjudicated Claims that have been Re-opened and Remain in Abeyance:**

All of these claims have been adjudicated. The claimants have requested relief for something that has occurred since August 27, 2003. All of the requests for action or relief remain in abeyance pending a determination of the jurisdictional issue.

| | | |
|---|---|---|
| 01-050 | Robert Juarez | #61104 |
| 01-076 | Lawrence Fitzgerald | #66345 |
| 01-197 | Daniel Martinez | #120983 |
| 02-009 | Robert Rodriguez | #48645 |
| 02-085 | Alonzo Moore | #100911 |
| 02-128 | Stephen Moore | #57381 |
| 02-271 | Michael Windsor | #64366 |
| 02-299 | Ross Alley | #84044 |
| 02-468 | George C. McDaniel | #90095 |
| 02-564 | Nick Smith-Bey | #98861 |
| 02-682 | Jerry D. Grady | #93047 |
| 02-718 | Stephen L. Grace | #57349 |
| 02-792 | James B. Garnes | #88322 |

| | | |
|---|---|---|
| 02-800 | Kevin L. McClearen | #86635 |
| 03-014 | James Smith | #112593 |
| 03-018 | Richard Gonzales | #46594 |
| 03-037 | James Martinez | #56997 |
| 03-048 | Toney Brown | #61215 |
| 03-115 | Michael McCann | #112458 |
| 03-129 | Jill Coit | #86530 |
| 03-140 | Shawn M. Winkler | #48319 |
| 03-157 | Thomas Snyder | #57207 |
| 03-173 | Wellman Gibson | #74384 |
| 03-191 | John Derwin | #68798 |
| 03-194 | Hector Martinez-Jimenez | #106871 |
| 03-211 | Matthew Mounts | #66276 |
| 03-215 | Gordon Reuell | #80544 |
| 03-220 | Lawrence Beeman | #42894 |
| 03-248 | Juan Maldonado | #81249 |
| 03-262 | Edward Corbin | #114258 |
| 03-272 | Roy Jack Pollard | #94894 |
| 03-276 | Michael K. Tivis | #52378 |
| 03-283 | Albino Sanchez-Garcia | #83139 |
| 03-297 | Raymond Price | #66072 |
| 03-308 | Randy Kailey | #50247 |
| 03-328 | Henry R. Tafoya | #40786 |
| 03-334 | Marty Bueno | #50565 |
| 03-335 | Keith Schwinaman | #105240 |
| 03-344 | Jay Bailey | #103284 |
| 03-377 | Ronald Cordova | #57350 |
| 03-391 | Michael Collins | #101218 |
| 03-406 | Charles Mosby | #63611 |
| 03-420 | Santos Romero | #48563 |
| 03-427 | Angela Thomas | #91631 |
| 03-430 | James Wylie | #114060 |
| 03-433 | Debra Gillon | #60340 |
| 03-438 | Albert J. Abeyta | #119057 |
| 03-439 | Cleveland Flakes | #45885 |
| 03-441 | Ethel White | #68138 |
| 03-445 | Raymond Goodloe | #51437 |
| 03-450 | Duane Manzanares | #66183 |
| 03-453 | Roy Melanson | #117654 |
| 03-459 | John Nasious | #98775 |
| 03-463 | Dean Gates | #118740 |
| 03-468 | Gary L. Arellano | #69948 |
| 03-469 | Michael J. Haley | #105526 |
| 03-471 | Hobert G. Stephens | #86084 |

  03-472   Gilbert M. Casias   #90539

**Summary:**

| | |
|---|---|
| Claims set for Hearing: | 5 |
| Claims pending determination of status and viability: | 6 |
| Claims held in abeyance or re-opened: | 32 |
| Claims re-opened but previously adjudicated on merits. Held in abeyance: | 58 |
| TOTAL: | 101 |

  IT IS HEREBY ORDERED that this Report be filed with the Court reflecting the status of open claims that are pending before the Special Masters.

  SIGNED this 17th day of December, 2009.

            BY THE COURT:

            */s/ Richard M. Borchers*
            _____
            Richard M. Borchers
            Special Master

            Bruce D. Pringle
            Special Master

            Richard C. Davidson
            Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Report of Special Master this 17th day of December, 2009 to the following:

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

/s/ Richard M. Borchers
_____