IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 02-610
Category: II
Claimant: Douglas L. Crawford, #55972
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the letter of Claimant that is dated December 7, 2009. *Document #4216.* In his letter, Claimant expresses his frustrations in trying to obtain hearing aids.

      Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. The claim was adjudicated and dismissed on January 29, 2007. Claimant has raised additional issues that have arisen since August 27, 2003. His concerns about criteria for determination of eligibility for hearing aids is legitimate because class counsel and Defendants have not been able to resolve the criteria for hearing aids.

      There is a jurisdictional issue that has yet to be resolved. The question is whether any jurisdiction exists for individual inmates to file *pro se* requests for relief and court action in this case. At the time of the issuance of this order, the controlling case law would require that this letter be forwarded to class counsel for action. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Counsel for the class has argued that the Remedial Plan and the two subsequent stipulations allow claimants to seek individual relief, as Claimant is attempting to do with his letter. The jurisdictional issue has not been resolved, and no action can be taken on anything that has recently occurred. Judge Kane will determine what jurisdiction, if any, exists for individual *pro se* motions concerning actions by DOC after August 27, 2003.

      IT IS HEREBY ORDERED that Claimant's letter is held in abeyance as it pertains to a

request for relief for on-going care and treatment.

SIGNED this 18th day of December, 2009.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master