

**COLORADO DEPARTMENT OF CORRECTIONS**

**PROGRESS ASSESSMENT SUMMARY**

**DATE OF PAS: 10/20/2009**

**STATUS: FINAL**

Print Date: 10/20/2009

Attn: Montez
92-cv-00870-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 04 2009
GREGORY C. LANGHAM
CLERK

Doc No: 133502 PRIMAVERI, MARIO
Current Custody: MEDIUM

Facility: FT LYON
Case Manager: CORDOVA, J
Next PAS Date: 04/20/2010

**WORK LEVEL** **INITIAL: 5** **CURRENT: 5**

SKILLS: Reported job skills; Truck Driver

Primaveri arrived at FLCF on 07/11/07. Records indicate he had a very poor work history prior to incarceration.
Since he entered the Department of Corrections he has held the following work assignments: intensive labor work program, food services worker, CH #5 Janitorial & Health class.
Since he arrived at FLCF he was assigned to food services on four different occasions, to CH #5 as a custodian and to Health class from 4/16/08 to 5/13/08. He has been released from all of these assignments after claiming he could not perform the work assigned even after he had been given accommodations. He was again assigned to CH #5 as a custodian on 6/10/09. He remains in this assignment as of this date. He has received average to above average evaluations from his supervisor.

Note To Judge Kane:
The accomodations given do not negate brain injury, weakness in right leg due to left brain injury, dizziness, weakness in right and left arm, tendancy to fall on occasion and constant pain aggravated by standing and/or walking. "Even after he had been given accommodations" is an attempt to word his report in a bad light—

**ACADEMIC / VOCATIONAL** **INITIAL: 2/4** **CURRENT: 4/4**

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Primaveri has moderately severe educational and vocational training needs. He does not have a verified high school diploma or GED. It is recommended he submit a request for verification of his education or enroll in GED classes.
It is recommended he participate in self help vocational training upon completion or verification of a GED.
He has no program participation noted in this area.

Mr. Primaveri's GED was in California. He cannot submit a request, he has brain injury to keep him from reading and writing along with memory loss. The case manager should already know this! Mr. Primaveri cannot participate in anything due to brain injury. DOC will not listen!

**MEDICAL / DENTAL** **INITIAL: 3/3** **CURRENT: 3/3**

**Medical Level:** **Qualify** P PERMANENT **Date Assigned:** 06/18/2009
**Dental Level:** **Qualify** **Date Assigned:** 10/19/2006
**Allergy:** NKO **Medical Hold:** N

**Medical Housing Restrictions**

| Date Assigned | Restrictions | Qualifier |
|---|---|---|

**Medical Assignment Restrictions**

| Date Assigned | Restrictions | Qualifier |
|---|---|---|

Primaveri has moderately severe needs noted in this area.
Further information about diagnosis must be obtained from medical department due to HIPPA act.
He is aware of the procedures to follow for obtaining medical/dental care if needed.

Having severe medical needs, he was still expected to work like a horse with no regard to his need for a walker, his need to sit down, his G.I. tract problems, or his brain injury that prevent full cognative skills.

**SUBSTANCE ABUSE** **INITIAL: 5** **CURRENT: 5**

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| A.R.P. | 04/18/2007 | | | | | |

Commentary written by cell-mate Jay Bailey 103284 Jay N. Bailey 12-24-2009

COLORADO DEPARTMENT OF CORRECTIONS

Print Date: 10/20/2009

PROGRESS ASSESSMENT SUMMARY

DATE OF PAS: 10/20/2009

STATUS: FINAL

Doc No: 133502 PRIMAVERI, MARIO
Current Custody: MEDIUM

Facility: FT LYON
Case Manager: CORDOVA, J
Next PAS Date: 04/20/2010

Primaveri has severe needs noted it this area at this time.
He has no treatment noted in this area to date.
Further information about diagnosis must be obtained from the medical department due to HIPPA act.
He has a current needs assessment of 4d indicating he should complete intensive residential treatment therapeutic community for substance abuse treatment.

**SEXUAL VIOLENCE** INITIAL: 1 CURRENT: 1

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Primaveri has no history of arrests for sex offenses.
He has no treatment needs noted in this area.

**MENTAL HEALTH** INITIAL: 3 CURRENT: 3

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Primaveri has moderate needs noted in this area.
He has no treatment noted in this area to date.
Further information about diagnosis must be obtained from medical department due to HIPPA act.
He is aware of the procedures to follow for obtaining mental health treatment if needed.

Mr. Primaveri is currently taking prescribed Psychotropic medication prescrib by a Psychatarist on television in medical.

**ANGER** INITIAL: 3 CURRENT: 3

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Anger Management | 04/18/2007 | | | | | |

Primaveri had moderate needs noted in this area at intake.
He has no program completions noted in this area at this time.

**MRDD** INITIAL: 3 CURRENT: 2

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Records indicate Primaveri attended special education classes prior to incarceration.
He is rated with mild needs in this area at this time.
He claimed to have a GED, however this has not been verified.
It is recommended he earn his GED at this time.

**CONDUCT** INITIAL: 3 CURRENT: 3

History of COPD Convictions: CLASS I: 0 CLASS II: 1 CLASS III: 0

| Case # | Offense Dt | Hearing Dt | Facility | Crime | Sanction | Action | Days | Prob. Dt | Cnv |
|---|---|---|---|---|---|---|---|---|---|

This class 2 write-up occurred because Mr. Primaveri was holding his self-med card containing the pills and was asking another inmate to read it for him to tell him what and how many to take. The Corrections officer wrongly ASSUMED that a drug sale was happening and he was written up, guilty until proven not guilty.

**COLORADO DEPARTMENT OF CORRECTIONS**

Print Date: 10/20/2009

**PROGRESS ASSESSMENT SUMMARY**

**DATE OF PAS: 10/20/2009**

**STATUS: FINAL**

Doc No: 133502 PRIMAVERI, MARIO
Current Custody: MEDIUM

Facility: FT LYON
Case Manager: CORDOVA, J
Next PAS Date: 04/20/2010

Primaveri has one COPD conviction for abuse of medication on 3/28/08 noted.
He has remained report free for over one year indicating a positive change in behavior.
He is not considered to be a management problem at this time.

**PRERELEASE** **INITIAL: 3** **CURRENT: 3**

PED: 02/01/2018 MRD: 08/01/2022 Next Parole Hearing: 11/01/2017 Detainer?: No

**Parole Plan:** ***Most Recent***

**Last Action by Parole Board:**

**Referred to Community:**

**Date:**

**Sponsor:** **Relation:**

**Address:** **City:**

**County:** **State:**

**Zip:** **Phone:** ( ) -

Primaveri is not yet eligible for referred to community corrections due to the length of his sentence.
He is scheduled to meet the November 2017 Parole Board at this time.
He plans on paroling to his spouse in Longmont, Co when eligible.
He is encouraged to maintain and/or reestablish his relationships with friends and family and develop a support system for his eventual release from the Department of Corrections.
He should concentrate on obtaining a copy of his birth certificate card to assist him in obtaining identification and employment and or SSI benefits upon his release.

**CASE MANAGER COMMENTS/RECOMMENDATIONS**

EMERGENCY NOTIFICATION:

**Name:** STRAUBE-PRIMAVARI, LINDA

**Address:** 1932 MEADOW DR
APT #4

**City:** LONGMONT

**State:** CO

**Comments:** ENTERED 10/14/07

**Relation:** SPOUSE

**Home Phone:** 720-495-6392

**Zip:** 80501

**Work Phone:**

Primaveri is encouraged to remain report free, complete all recommended programs, maintain his work assignment and develop a viable release plan.
He is also encouraged to advise his case manager of his current release plans and any changes to emergency contact information.

Mario Primaveri is currently assigned to clean the 2 elevators in cell house five. He cleans them twice a day, doing the best that he can even though he uses a walker and the cleaning kart is hard to obtain as other inmates are constantly using it. Getting stuff to key the elevator is difficult because none are anywhere to be found, half the time. If he gets dizzy or weak he takes a break and finishes later. He cannot quite no ~~[illegible]~~ matter what his medical condition on pain of being moved to cell house eight, 200 yards away, inhabited by gang-bangers and others who beat up old men that are crippled. This threat is serious.