IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action No. 92-cv-870-JLK

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs,

- vs. -

BILL RITTER et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 04 2010

GREGORY C. LANGHAM
CLERK

Claim Number: 03-420
Category: III
Claimant: Santos Romero, DOC# 48563
Address: KCCC/CCA, 49777 County Rd. V, P.O. Box 2000
          Bulington, CO 80807

# MOTION TO REFILE RULE 53(g)(2) OBJECTION

COMES NOW, Plaintiff/Claimant Santos Romero, pro se, hereby requests that the U.S. District Court allow claimant to refile his objection to the final order of the Special Master within 6 months. In support of said motion, under excusable neglect, states the following:

1). On January 16, 2009, Claimant mailed original copy of objection to the Final Order of the Special Master to the office of the United States District Court, prepaid, through legal mail at Kit Carson Correction Center. (see attached)

2). After court research with the clerks office, original objection to the Special Master does not reflect as being received or evented in on the electronic file. The Plaintiff offers the court copy of legal mail log for November 6, 2009, for the, to Supplement the Record assigned docket #4185 by the court. (see attached)

3). On November 21, 2009, the motion to supplement was granted, how-

(1)

ever, two issues were not resolved or clarified by the court.

    a). If the court was able to locate the original Rule 53(g)(2) objection within the legal file or as received on the electronic registy.

    b). If the court was unable to locate said pleading, reallowing Plaintiff to refile.

4). The Plaintiff would request (6) months time to refile, if granted as Kit Carson has limited access to the law library. The Plaintiff does not anticipate needing the full amount of time. Plaintiff would rather have extra time so not to be caught off gard (as before) with the many complications with unforeseen prison schedules. But Claimant will file as quickly as possible as offer of good faith to the court.

5). If objection motion can be located and or varified the Plaintiff would respectfully withdraw this motion and allow the court to proceed.

WHEREFORE, Plaintiff, Santos Romero, prayfully requests the court to research the file for previous motion (objection) or allow a refiling within (6) months allowing a stay placed on the Plaintiff pending further decision on his claim.

Respectfully submitted,

*Santos Romero*

Santos Romero, DOC# 48563
KCCC/CCA, 49777 County Road V
P.O. Box 309
Burlington, CO 80807

(2)

## CERTIFICATE OF MAILING

I hereby certificate that on this __18th__ day of __December 2009__. A true and correct copy of the foregoing motion. Was placed in the United States mail, postage prepaid to the following:

United States District Court
901 19th Street
Denver, Co. 80203

Attorney General Office
1525 Sherman St. 7th Floor
Denver, Co. 80203

RESPECTFULLY SUBMITTED

*Santos Romero*
Santos Romero #48563
K.C.C.C
P.O. BOX 2000
Burlington, Co. 80807

(3)

**FACILITY:** Kit Carson Correctional

## OUTGOING RESTRICTED INSPECTION MAIL LOG

(Month/Year) Jan. 2009

AR Form 300-38A (09/01/07)

| Offender Signature | Offender Name (Print) | DOC # | Date Received | ADDRESSED TO: | DATE MAILED | DOC Employee Name | ID BADGE # |
|---|---|---|---|---|---|---|---|
| Santos Romero | Santos Romero | 48523 | 1/16/09 | Office of the Clerk, United States District Court, Alfred A. Arraj Courthouse, 901 19th St. Rm A-105, Denver, CO 80294-3589 | 1/16/09 | D. Lamb | 156366 |

Attachment "A"

☐ COPY

AR Form300-38A (09/01/07)

FACILITY: Kit Carson Correctional

## OUTGOING RESTRICTED INSPECTION MAIL LOG

(Month/Year) Nov. 2009

| Offender Signature | Offender Name (Print) | DOC # | Date Received | ADDRESSED TO: | DATE MAILED | DOC Employee Name | ID BADGE # |
|---|---|---|---|---|---|---|---|
| Santos Romero | SANTOS ROMERO | 48563 | 11/06/09 | Office of the Attorney General 1525 Sherman St. Denver, CO 80203 | 11/06/09 | J Terry | 102665 |
| Santos Romero | SANTOS ROMERO | 48563 | 11/06/09 | Clerk of the U.S. District 901 19th Street Denver, CO 80254 | 11/06/09 | J Terry | 102665 |
| | | | | | | | |

AR Form300-38A (09/01/07)

FACILITY: Kit Carson Correctional

## OUTGOING RESTRICTED INSPECTION MAIL LOG

(Month/Year)

| Offender Signature | Offender Name (Print) | DOC # | Date Received | ADDRESSED TO: | DATE MAILED | DOC Employee Name | ID BADGE # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |