12/29/09

CLERK:        92-cv-00870 JLK

I sent this out the 18th but it was returned this evening.

I must have been in a hurry to get this sent and messed up on the zip code.

But I still can't understand why it wouldn't get delivered, since the street address was correct. And there is only one U.S. District Court in Denver.

But regardless, here it is and I'm sorry for my mistake.

I will not change the mailing date on the motion.

Respectfully,

Santos Romero

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 04 2010

GORY C. LANGHAM
CLERK

KCCC                    12/18/0?
**FACILITY**            **DATE**

TERRY                   1026850      CY

**EMPLOYEE LAST NAME**   **ID#**                      **INT**

48563                   Romero        S

**DOC#**                **OFFENDER LAST NAME   INT**

NIXIE       802   4C 1         40 12/27/09
          RETURN TO SENDER
      INSUFFICIENT ADDRESS
          UNABLE TO FORWARD

BC: 80807002000      *2320-02805-19-44



R. CENTER
Corrections
ZMERD

Box Number
2000

City, State, Zip
Burlington, Co
80807

RECEIVED
DEC 18 2009
LEGAL MAIL

United States District Court
901 19th Street
Denver, CD
80201

02 1A
0004628772
MAILED FROM ZIPCODE 80807
$ 00.17°
DEC 18 2009
PITNEY BOWES

UNITED STATES POSTAL

Purple
Heart

USA
44

1A