Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO 80294-3589

Jay Bailey 103284
FLCF/5
Box 1000
Ft. Lyon, CO 81038

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 05 2010
GREGORY C. LANGHAM
CLERK

92-cv-00870-JLK

Your Honor,
     Here are copies of 2 ADA Grievances filed by Mario Primaveri #133502, on 12-1-2009. The inmate who did these for him has since been moved downstairs to the second floor of this building (five). Since movement between floors is very restricted, he can no longer help Mario. I am Mario's new cellmate and will help as I am able to.
     Example: I just found out that Mario had an empty bottle of Nitro pills. He is a heart patient!! With no pills because DOC has not seen fit to appoint an OCA II for his undeniable needs. His memory is severely affected by his past brain injury, as I have written about in the past letter to you. His medical records re-flect his memory problems, so therefore, Medical is well aware of it, yet nothing has been done by anyone to ensure that he will always have a supply of Nitro Tablets to help keep him alive!!!! In fact he developed a kidney stone over the Christmas holidays, had to pay the $5 dollar self-declared emergency fee, in order to be seen and then all they gave him was Tylenol. I watched him groan in pain on a bed with a thin matress for two days. This thin matress aggrivates his past injuries (see grievance enclosed). His pain has increased his blood pressure and given him a slight fever and he has no Nitro Pills to take in case the increased pain from the kidney stone brings on a heart attack.
     He also has an empty Inhaler. Mr. Primaveri was under the impression that he had to go to Med-line (during chow times) in order to take these Meds which are taken "when needed". They had pulled all his other Medications because of his bad memory. He no longer had "self-meds" but needed to go the Med-line window. Since he cannot go to the Med-line window except when it is open, he was allowed to keep the nito and Inhaler in his cell to use "as needed." So, all said and done, he had to pay $5 dollars for a Tylenol.

     You will be receiving a copy of a new ADA Grievance just as soon as his Case Manage is back from New Year's on Monday so he can file it at that time. It involves his need for a helper to carry his food tray while he uses both hands for his walker. One of the Corrections Officers made a medical decision and order-ed him to carry his food tray the 100 feet to the other chow hall instead of letting him use the empty table just 6 feet away.
     It will show the prevailing attitude that many staff members have, here at Ft. Lyon Correctional Facility.
     Doesen't all this harrassment, mistreatment, and lack of medical care fall under the category of "Cruel and unusual punish-ment?

                                   Sincerely,

                                   Jay H. Bailey
                              _____
                                   Jay H. Bailey

Ave
11/30/09

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 12/1/09  Case Manager: J. Cordova

Grievance Number: BFL0910-054   STEP (Circle One) **1** 2 3

RECEIVED
By _____

| NAME Mario Primavera | DOC NO. #133502 | FACILITY/UNIT/POD FCCF/3/9/ |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:**

Request assistance with writing & reading per Accommodation Request Resolution stating a need for OCA II Assistance, I need this due to head injury causing memory loss and comprehension problems.

Resolution: To receive assistance. Thank you

**TO BE COMPLETED BY OFFENDER:**
DATE: 12-1-09   OFFENDER SIGNATURE: Mario Primavera 133502

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 12-1-09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsberry, N Goldsberry #10610

Date ADA grievance sent to AIC: 12/2/09

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*Am(?)*
*1/30/09*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 12/1/09   Case Manager: J. Cordova

Grievance Number: D-FL0910-055   STEP (Circle One) **1** 2 3

RECEIVED By FCCF CHS

| NAME | DOC NO. | FACILITY/UNIT/POD |
|---|---|---|
| MARIO PRIMIURI | #133502 | |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:**

Request medical bed due to neck and back injuries. Present bed causes severe pain, stiffness, and mobility problems and prevents me from getting a good nights sleep.

Resolution get hospital Bed

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: 12-1-09 | OFFENDER SIGNATURE: Mario Primiuri 133502 | |
| TO BE COMPLETED BY GRIEVANCE COORDINATOR: | | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability | | |
| DATE: 12/01/09 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # M Kasbaum / N Goldberg #10610 | |
| Date ADA grievance sent to AIC: 12/2/09 | | |

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # | |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1