*Rough Draft*

STEP-3 ADA GRIEVANCE    #D-FL09/10-012
Jay Bailey   103284
FLCF/5                       92-cv-00870-JLK
12-30-2009

1) Accessable toilet in cell--See Remedial Plan §V. Placement,"Inmates... will have the same privileges and property rights as they possess in their placement." I had an accessable toilet in my cell. It cannot be taken away. Able-bodied inmates located all through the CDOC system have accessable toilets in their cells. Why do you want to take that away from a disabled inmate? See §X. Resonable Accommodations--XXXXXXXXXXXXXXXXXXXX XXXXXXXXX #5--Equal Access--"Resonable accommodations shall be made to ensure equal access for inmates with disabilities to the...,and to all other programs, benefits and services at DOC." See Steps one & two for the rest. REMEDY: See steps one & two. Also, answer the question: XXXXXd Who and why was my accommodation Resolution changed to weaken it?

*in other facilities*

12-30-2009   Jay N. Bailey

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 05 2010

GREGORY C. LANGHAM
CLERK

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 11-3-9    Case Manager: Deleon

RECEIVED NOV 03 2009 By_____

Grievance Number D-FL09/10-012    STEP (Circle One) 1 (2) 3

| NAME Jay Bailey | DOC NO. 103284 | FACILITY/UNIT/POD FLCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:    See Step-one for background

The omission and/or clever re-verbalization, changes the effectiveness of the accommodations. In fact they have been diminished. e.g. Having a wheelchair pusher does not guarantee arriving anywhere, on time. Waiting for a staff member to show up to key an elevator can take as long as 15 minutes. The assigned pushers are not attached to the back of the chair, to go at a moment's notice. Also, a toilet with someone sitting on it in a restroom down the hall is **not** accessable. Especially with 4 or 5 men waiting in line. My medical condition and handicap requires one very near my bed. Furthermore, it is not accessable during "count time." #11 has been reworded to mean something else. The "special consideration" to cuffing and shackling is to prevent leg cuffs from digging into my damaged lower legs that are prone to swelling and serious infections. If the "box" is used on my wrists, I cannot protect myself from being thrown from my chair as many of us have been. The driver **will not** stop and pick us off the floor. The "G" forces are magnified by the increased distance from the ground in a high vehicle and increased height of wheelchairs. #8. Not "work restrictions!" I said **"modified."**
REMEDY:  See step-one. Also, return to original phraseology.

**TO BE COMPLETED BY OFFENDER:**
DATE: 11-2-2009    OFFENDER SIGNATURE: Jay H. Bailey

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE 11/03/09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsberry #10010
Date ADA grievance sent to AIC: 11/4/09
**RESPONSE**

Please see attached response

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 11/9/09    RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Lou Archuleta    RESPONSE DATE: 12/21/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 12-29-09    OFFENDER SIGNATURE/PRINT NAME & DOC #: Jay H. Bailey  Jay Bailey 103284

RECEIVED NOV 09 2009

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Deputy Director of Prisons
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:   (719)226-4774
Fax:      (719)226-4775
Web:     www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:          Offender Jay Bailey, 103284

FROM:    Lou Archuleta
              Deputy Director of Prisons

DATE:     December 21, 2009

RE:          Step II ADA Grievance, D-FL09/10-012


I must first begin by apologizing for the late response. I have reviewed the Step I Grievance that you submitted and the response that was provided by the office of the AIC and concluded your request was responded to appropriately in Step I.

Your concerns have been reviewed and properly addressed.

Your Step II Grievance is denied.

LA/gw

Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 8-18-5   Case Manager: [signature]

RECEIVED AUG 18 2009

Grievance Number: D-FLC9/10-012   STEP (Circle One) **(1)**  2  3

| NAME | Jay Bailey | DOC NO. | 103284 | FACILITY/UNIT/POD | FLCF/5 |
|---|---|---|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

**Truncated Accommodation Resolution**

The Accommodation Resolution that I received on 7-16-2009, has been abridged. "Housed in an accessable cell with access to bathroom facilities...", has been changed to only, "Access to bathroom facilities..." A toilet that is down the hall, or on a diferent floor, is **not** accessible. One in my house/cell is and I have had such according to my medical needs except for the 37 days in 2008 that I was shuttled around Colorado and then back to FLCF. "Transported in an accessible vehicle" has been omitted. "Special consideration of your disability with respect to cuffing & shackling" has been omitted. "Additional time to complete your activities of daily living & moving about the facility" have been omited. "you require modified work, school, or program schedule" has been omited (this is to ensure that I am able to lie in bed with my legs elevated to prevent severe edema that has caused severe infections & celluitus that has caused numerous trips to the ER and hospital in the past. Four hours max are allowed for my legs to be down. Se medical records). The edema is also the reason that I should not have leg shackles, hence the special consideration.

**REMEDY:** Replace all ommissions from my Accommodation Resolution.

TO BE COMPLETED BY OFFENDER:
DATE: 8-14-2009    OFFENDER SIGNATURE: Jay H. Bailey

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 8/19/09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsberry / N Goldsberry #1065

Date ADA grievance sent to AIC: 8/19/09

RESPONSE

**SEE ATTACHED RESPONSE**

Office of Correctional Legal Services
Acting AIC-ADA Inmate Coordinator
#2429

Kathleen Baxter
10/14/09

TO BE COMPLETED BY RESPONDER:
DATE GRIEVANCE REC'D BY RESPONDER: 8/21/09    RESPONDER: Kathleen Baxter / Kathleen Baxter #2429   RESPONSE DATE:

TO BE COMPLETED BY OFFENDER:
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 10-28-09    OFFENDER SIGNATURE/PRINT NAME & DOC #: Jay H. Bailey  Jay Bailey  103284

Original: Department File/AIC  Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

RECEIVED AUG 21 2009
Office of Correctional Legal Services

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Katie Baxter, Designee *K. Baxter*
      Office of the AIC (ADA Inmate Coordinator)
Received Grievance: August 21, 2009
Sent Response: October 16, 2009
Offender Name: BAILEY, JAY
DOC No: 103284
Facility: FLCF
Grievance No: D-FL09/10-012

---

**DISABILITY STATUS: Per Accommodation Resolution dated 6/9/09 you were determined TO HAVE a qualifying lower extremity mobility disability.**

**DISABILITY STATUS: Per Accommodation Resolution dated 6/9/09 you were determined NOT TO HAVE a qualifying vision disability.**

**In the grievance referenced above, you allege the following:**
1. The Accommodation Resolution you received on 7/16/09 has been changed and some of your previous accommodations have been omitted.
2. Housed in an accessible cell with access to bathroom facilities has been changed. A toilet that is down the hall or on a different floor is not accessible.
3. The following accommodations have been omitted:
    a. Transport in an accessible vehicle
    b. Special consideration of your disability with respect to cuffing and shackling
    c. Additional time to complete your activities of daily living
    d. Additional time to move about the facility
    e. You require a modified work, school or program schedule

**Requested Relief/Remedy:**
1a. Revise Accommodation Resolution and list all omitted accommodations.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. The Office of the AIC changed the standard verbiage on some of the accommodations.
2. Since you have listed several omissions I will address them one by one.
3. The DOC is required to provide all wheelchair bound offenders with access to an accessible cell and bathroom facilities. The DOC is not obligated to provide every wheelchair bound offender these accommodations in their cell. If the bathroom is located down the hall and is wheelchair accessible then DOC has fulfilled it's obligation. The ADA requires a disabled person be able to

access these facilities it does not specify where the facilities will be located. If a toilet is located in the bathroom down the hall and is fully accessible to wheelchair offenders and the height of the toilet is appropriate and the grab bars have been installed then the bathroom would be considered accessible by ADAAG standards. The same standard would apply to the showers.

4. Transport in an accessible vehicle has not been omitted from your current accommodation. It is listed as Number 16.

5. Special consideration of your disability with respect to cuffing and shackling has not been omitted. It is listed as Number 11.

6. Additional time to complete your activities of daily living was inadvertently omitted and a new revised Accommodation Resolution will be prepared listing this accommodation.

7. Additional time to move about the facility was omitted. It has been determined since you have a full time pusher you do not require additional time to arrive at destinations in your facility. You should be able to make it in the allotted amount of time with the assistance of a wheelchair pusher.

8. Work and program restrictions are no longer listed on an individual's Accommodation Resolution. A new process has been established pursuant to Administrative Regulation 850-3 *Offender Assignment and Pay*. These restrictions are now listed on an Assignment Description form.

**CONCLUSION:**

This grievance is **DENIED in part and GRANTED in part** based on the information above. A revised Accommodation Resolution listing Additional time to complete your Activities of Daily Living will be prepared and processed.

**GRIEVANCE DENIED IN PART & GRANTED IN PART**

Cc: AIC File.