In the United States District Court of Colorado

Civil 92-N-870 # C-002

Jesse Montez
Class Member Stephen Moore

vs

Bill Owens.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2010

GREGORY C. LANGHAM
CLERK

---

**Request Judicial Ruling** on May 30 2009 to Court,
February 8 2009 to Special Master
to Judicial Ruling on Vision Disability.

Moore was informed by class counsel that court can make rulings to pro se motions. See motions for judicial review of disability May 30, Feb. 8 to Court + Special Master. Per XXXVI (A) "Resolution of Disputes" per Montez Remedial Plan.

The defendants have repeatedly stonewalled disability status to evade A.D.A. compliance. Repeated motions, grievances & A.D.A. request clearly support vision disability. And admitted by defendants May 7 2009 Step III Grievance # D-CS 08/09 0520- "you were found to be vision disabled" on 2-12-08 "found vision impaired" 4-28-09 vision 20-50 25% vision loss by

(1)

General Opthamology. Page 398. Appendix I Vision Standards. Exibit B. Motion for Disability Finding and A.D.A Alert on Grievances. Exibit C. Motion

Moore by Defendants own admissions is vision disabled. Motions + Grievances clearly notify Defendants to Facts + Law to Bad Faith Compliance.

On recent optometry exam, + vision disability review Moore clearly could not read the 20-60 line of optometry chart. Defendant Dr. Falsified that Moores vision better than 20-60.

Moore Request the Court to Rule on Vision Disability + Bad Faith Compliance of Correction Defendants.

True + Correct 30 Th Day of December 2009

By /s/ Stephen Moore

Stephen Moore 57381
Box 0777 C5-14
Canon City Colo
81215

Certificate of Service
Copies sent via U.S mail to

CDC. Att. General
1525 Sherman St 5Th Fl
Denver Colo 80202

Vicky Riddle #
+ Hall + Griesen Law Firm
1670 York St
Denver Colo 80203

2.