IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 03-344
Category III
Claimant: Jay H. Bailey, #103284
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

### ORDER OF SPECIAL MASTER

_____

      THIS MATTER comes before the Special Master on the letter and attachments of Claimant Jay H. Bailey (#4239). Claimant has been advised of the jurisdictional issue that presently exists. After the hearing on September 1, 2009, Judge Kane took under advisement on all pending issues. Nothing further can be done until the issue is resolved by Judge Kane.

      IT IS HEREBY ORDERED that the letter and documents filed by Claimant Jay H. Bailey will be accepted for filing; and

      IT IS FURTHER ORDERED that no further action can be taken on Claimant's letter until the jurisdictional issue is resolved by Judge Kane.

      SIGNED this 8th day of January, 2010.

                    BY THE COURT:

                    */s/ Richard M. Borchers*

                    _____

                    Richard M. Borchers
                    Special Master