IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL RITTER, et al.,

      Defendants.

_____

Claim Number: 03-420
Category:  III
Claimant:  Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion to refile Rule 53(g)(2) objection (#4236). Client will be granted additional time to file an amended objection. Claimant cannot be granted six months to do so, but will be granted an additional four months.

      IT IS HEREBY ORDERED that Claimant is granted up to and including **May 3, 2010** in which to file an amendment to his objection.

      SIGNED this 8th day of January, 2010.

                                     BY THE COURT:

                                     */s/ Richard M. Borchers*

                                     _____

                                     Richard M. Borchers
                                     Special Master