Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO  80294-3589

Jay Bailey  103284
FLCF/5
Box 1000
Ft. Lyon, CO  81038

Attn: MONTEZ
1-6-2010

92-cv-00870-JLK

Your Honor:
    I have copied the letter that I composed for Mario Primaveri so that you may be more aware of the on-going issues at Fort Lyon Correctional Facility.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2010

GREGORY C. LANGHAM
CLERK

TO:  Mental Health

RE:  Mario Primaveri  133502
     **Please augment Psych Doctor TV Time**

DATE:  1-6-2010

    This morning Mr. Primaveri was called to Mental Health to confer with the TV conference Psych Doctor.  It was well after 10 A.M. and by the time his turn came up there was very little time left.  This gave him very little help in remembering everything to say to the Doctor.  He was rushed through because it was almost time for "Count."
    Mr. Primaveri still has no OCA II as ordered by the Accommodation Resolution to ensure that he hears his name announced over the PA system.  I was in the shower when I heard it.  Fortunately, another friend of his came all the way up from the second floor to tell him, for he had not heard it.  Does the technology exist in the 21st century to remedy this issue?


Your Honor:
    Everyday, I wonder what purpose it serves to keep people like Mario Primaveri in prison where they do not receive adequate health care and also no DOC staff member cares.  With his brain injury he should not even been deemed competent to stand trial.  He is not a menace to society.  He is kept locked up in a plsce that cannot even get his medication right, what with all the red-tape, bureaucratic irresponsibility, and medical indifference.  His wife is a registered nurse and could give him the proper medication at the proper time.  The Dept. of Justice could parole him to wear an ankle bracelet at home that would be a lot less of a burden to the taxpayer.  I've seen men die here because they were ignored by the DOC meat grinder.  Or worse, they were singled out for retribution.

                        SINCERELY,

                        *Jay H. Bailey*
                        Jay H. Bailey

P.S. You have a copy of his Accommodation Resolution (Yellow sheet). Look and see how many months have passed since it was signed by the AIC and supposedly put into effect — and still it has not been implemented!