**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**January 12, 2010**

**FOR THE TENTH CIRCUIT**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

JESSE F. MONTEZ,

    Plaintiff,

v.

BILL OWENS, et al.,

    Defendants - Appellees.

------------------------------

LARRY GORDON,

    Claimant - Appellant.

No. 08-1399
(D.C. No. 1:92-CV-00870-JLK-OES)

---

**ORDER**

---

Before **McKAY,** Circuit Judge.

---

The court, *sua sponte*, directs the district court clerk to transmit district court docket numbers 437, 438, 439, 440, 441, 528, and 536 as a supplemental record on appeal. The supplement record is due January 19, 2010.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk