Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2010

GREGORY C. LANGHAM
CLERK

Jay Bailey
103284
FLCF/5
Box 1000
Ft. Lyon, CO 81038

92-cv-00870 JLK

RE: Robert Riplie  107521       ATTN: MONTEZ
Your Honor:

    Mr. Riplie is a diabetic, 49 years old, and his CDOC job is being my pusher and assistant. We juggle our schedules so as to allow him time to walk the track for mental & physical therapy.
    Diabetics are told to control their desease through diet & exercise. We've all heard that before. What the chow hall feeds us, takes care of the diet part. Therefore, Mr. Riplie walks whenever the yard is open. Morning, noon, and night, 3 times a Summer day the yard is open. That translates to (3 x 6 = 18) 18 miles a day when he is in his stride. In the winter months it is only 10 to 12 depending on the weather. Yard is closed at night.
    My point: The state issue shoes are soooo cheap and they make blisters if you walk more than a mile. So most inmates don't acheive a blister. Medical has instructed Mr. Riplie, as a diabetic, he must exercise. So he does, but the shoes cause blisters. He has been buying his own tennis shoes off the canteen, spending his own money because CDOC shoes are inadequate. Since it is a medical problem and a disability problem, should not CDOC supply him with medical issued shoes as they do for other inmates with various foot problems???

Recent occurance: The eighteen miles a day will wear out sneakers very fast especially when they are the cheap ones that are affordable. Mr. Riplie wore out his shoes and had to wait for money and the lag time of a month for them to be delivered. Meanwhile he is forced to wear CDOC state shoes. He could not feel, with his semi-numb diabetic feet, that a blister was forming. Now a blister has formed dangerously on his foot and he must pay the $3 co-pay to medical to be seen and bandaged every day. He does not want an amputation like so many have had.
    If CDOC kept him medically supplied with the right shoes, Mr. Riplie would not miss any exercise, not cost addition expense for medical care that could have been prevented in the first place, and save medical time to spend on other inmates who have non-preventable maladdies.

    CDOC has already cut back on our food portions. I guess that they will tell Mr. Riplie to cut back on his walking. Diet & exercise could both be cut.
    This is a symptom of CDOC mentality here at Ft. Lyon Correctional Facility.
    Mr. Riplie is going to wear out shoes. Why does it have to be the ones that cause blisters??? BECAUSE THEY ARE CHEAP! Horseshoes cost more. And they don't cause blisters.

                            Sincerely,

                            Jay H. Bailey