UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

January 14, 2010

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:    Montez v. Owens, et al**
(Claimant/Appellant: Larry Gordon)

Court of Appeals Case No. 08-1399
District Court Case No. 92-cv-00870-JLK-OES

Dear Clerk:

We hand you herewith Supplemental Volume I of the Record on Appeal in the above referenced case per 10th Circuit Court Order dated 01/12/10.

Supplemental Volume 1. Paper Pleadings available in hard copy only and delivered to the Court of Appeals. (Doc.#: 437,438,439,440,441,528 & 536)

Sincerely,
GREGORY C. LANGHAM, Clerk


by s/ B. Reed
   Deputy Clerk


cc:  See Notice of Electronic Filing