IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO MEDICAL TREATMENT**
_____

Plaintiffs, by and through their counsel, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey, Lara E. Marks, and Blain D. Myhre of ISAACSON ROSENBAUM, PC, hereby file this unopposed motion to extend the time for their response to Defendants' Motion In Limine To Exclude Evidence Relating To Medical Treatment [docket no. 4227].

As grounds for their motion, Plaintiffs state the following:

1.      Defendants served their Motion in Limine on December 18, 2009. During the Hearing before the Court on December 21, 2009, a deadline for Plaintiffs' response to Defendants' motion was set for January 15, 2010. Plaintiffs now seek a short extension of time for their response until Friday, January 22, 2010.

2.	The undersigned is in the process of responding to two fifty page motions for Summary Judgment with deadlines early next week.  Accordingly, she seeks additional time to respond to the above motion.

3.	No prejudice will occur to either party as a result of this short delay.

4.	Pursuant to D.COLO.L.R. 7.1, undersigned counsel has conferred with counsel for Defendants, Elizabeth McCann, regarding her position on this motion.  Ms. McCann does not object to the filing of this motion.

WHEREFORE, Plaintiffs respectfully move the Court grant an extension until January 22, 2010, within which to respond to Defendants' Motion in Limine.

DATED: January 14, 2010

Respectfully submitted,

KING & GREISEN, LLP

/s Paula Greisen

Paula Greisen
Jennifer W. Riddle
1670 York Street
Denver, CO 80206
(303) 298-9878
(303) 298-9879 (fax)
greisen@kinggreisen.com
riddle@kinggreisen.com


Edward T. Ramey
Lara E. Marks
Blain D. Myhre
Isaacson Rosenbaum, PC
1001 17th St., Suite 1800
Denver, Co. 80202

Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that on the 14th day of January, 2010, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO MEDICAL TREATMENT with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us

                                                      */s* Laurie Mool