IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
 (Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO MEDICAL TREATMENT**
_____

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion in Limine to Exclude Evidence Relating to Medical Treatment [Docket No. 4227] is GRANTED.  Plaintiffs shall have to and including Friday, January 22, 2010 within which to file its Response to the Motions in Limine.

DATED:  January _____, 2010.

BY THE COURT:

_____