IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

>    Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

>    Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion in Limine to Exclude Evidence Relating to Medical Treatment (doc. #4248), filed January 14, 2010, is **GRANTED** up to and including January 22, 2010.

---

Dated:  January 14, 2010

Service of this order shall be made via NEF.