IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

___

Claim Number: 02-128
Category:  II
Claimant: Stephen Moore, #57381
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on the pleading filed by Claimant Stephen Moore (#4240). Claimant has requested a ruling on vision disability.

Contrary to the statement of Claimant in his pleading, the Court has not resolved the jurisdictional issue of individual inmates seeking relief through *pro se* motions. Judge Kane is now assigned to this case. The jurisdictional issue was argued at a hearing on September 1, 2009 and then taken under advisement.

IT IS HEREBY ORDERED that Claimant's pleading is accepted for filing and will be held in abeyance.

SIGNED this 15th day of January, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

___
Richard M. Borchers
Special Master