92-cv-00870-JLK

Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO 80294-3589

Jay Bailey
103284
FLCF/5
Box 1000
Ft. Lyon, CO 81038

1-9-2010
Attn: MONTEZ

RE: Thomas Snyder  57207

Your Honor:
    If you have not read the funny papers yet today, the enclosed paperwork will be a good substitute. I went over it twice and I still cannot believe it.
    I can't think of what to write because the denials and contradictions found in the Grievance Responses are self-evident. Fortuately I have a beard so my jaw was padded when it hit the floor. Please do what you think is best.

Sincerely,

*Jay H. Bailey*
Jay H. Bailey

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 15 2010

GREGORY C. LANGHAM
CLERK

AMC
11/25/09

To HQ - 12/1/09

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 11/25/09   Case Manager: _____

Grievance Number: 2-FCF09/10-005    STEP (Circle One)  1  2  ③

| NAME Snyder Thomas | DOC NO. 57207 | FACILITY/UNIT/POD FCCF S2 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

CDOC Continues to ignore the orders set forth by the Special Masters Remedial plan by not providing myself with mobility Aid (cane), An ellevator pass And by not Qualifying my disability the Judge Borchers himself has ordered.

Remedy
1) Qualify my disabillity
2) Provide An ellevator pass
3) Give me A mobillity Aid (cane).

| TO BE COMPLETED BY OFFENDER: |
| DATE: 11-25-09 | OFFENDER SIGNATURE: Tom Snyder #57207 |
| TO BE COMPLETED BY GRIEVANCE COORDINATOR: |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability |
| DATE: 11/30/09 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # N Goldsberry #10610 |
| Date ADA grievance sent to AIC: 12/1/09 |

**RESPONSE**

| TO BE COMPLETED BY RESPONDER |
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

OFFENDER MUST COMPLETE: Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

CASE MANAGER MUST COMPLETE: Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 10/1/09   Case Manager: _____

Grievance Number: D-FL09/10-005   STEP (Circle One) 1 ② 3

NAME: Snyder THOMAS   DOC NO. 57307   FACILITY/UNIT/POD: _____

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

The DOC is not in compliance with the Special Masters final order or the Remedial plan since they continue to disallow myself a mobility Aid (cane). Furthermore the Special Master determined that because of my Ailment (Gout) that I Am disabled root that my Ailment manifested as a mobility limitation.

Remedy – 1) Qualify my disability
2) Provide a mobility Aid (cane)
3) Provide An elevator pass

TO BE COMPLETED BY OFFENDER:
DATE: 10/6/09   OFFENDER SIGNATURE: Thomas Snyder #57307

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _____
DATE: 10/07/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N. Goldsberry #10110

Date ADA grievance sent to AIC: 10/07/09

RESPONSE:

Please see response dated November 10, 2009

TO BE COMPLETED BY RESPONDER
DATE GRIEVANCE REC'D BY RESPONDER: 10/20/09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Joan M. Shoemaker #2645   RESPONSE DATE: 11-10-09

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 11/25/09   OFFENDER SIGNATURE/PRINT NAME & DOC #: Tom Snyder 57307

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED
OCT 20 2009
Office of Correctional Legal Services



# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Division of Clinical Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:  (719) 579-9580
Fax:      (719) 226-4755
Web:    www.doc.state.co.us

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

To:      Offender Snyder, #57207

From:  Joan M. Shoemaker
            Deputy Director of Prisons, Clinical Services

Date:   November 10, 2009

RE:     Step 2 grievance D-FL-09/10-005-2

On July 21, 2009, you filed a Step 1 grievance in which you requested a cane, an elevator pass and qualify your disability, gout, without trivial objections. On September 16, 2009, your Step 1 grievance was denied and you filed this Step 2 grievance asking for a cane, an elevator pass and to qualify your disability.

Your Step 2 grievance is denied for the following reasons:

Your Accommodation Resolution dated June 1, 2009, states that <u>you do have a qualifying mobility disability</u>. It gives you assignment to a designated facility, staff assistance for being restrained, transport and searches. The Accommodation Resolution does not give you a health care appliance as an accommodation. Review of your medical records indicates that you were given a cane in July 2009 due to the injury to your ankle after being hit with a padlock in a sock. This cane was a temporary accommodation due to your injury and is not a permanent accommodation for your mobility disability. *— wrong*

Elevator passes are reserved for those offenders who are <u>not able to walk at all in the facility</u>. You are able to walk even though you have a qualifying disability. Therefore, your request for an elevator pass is denied.

You have been determined to have a qualifying disability and have been given accommodations based upon the disability. Therefore, your request to have your disability qualified is denied. It has already been determined.

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 7/21/09   Case Manager: _____

Grievance Number: F-FLC9/10-005   STEP (Circle One) [1]  2  3

RECEIVED JUL 22 2009 By _____

| NAME Thomas, Snyder | DOC NO. 57207 | FACILITY/UNIT/POD FL.5.213 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

In the Accomadation Resolution Signed by Cathie Holst and dated 6/1/09 you stated "You (I) do have a mobility Disability" You went on to say 'Your (My) Medical condition (Gout) does not rise to the level of a disability!
  June 15th 06, the Special Masters stated that due to damage from my Medical condition (Gout) that the claimant does have a lower extremity condition that is permanent and affects his ability to walk.
  The claimant is a part of the class as Mobility impaired!

REMEDY= 1) Follow guidelines set forth by the Special Masters Remedial plan by doing the following.
2) Qualify my disability without trivial objections.
3) Provide me with a mobility Aid (IE Cane).
4) Provide me with an ellevator pass

Thomas Snyder # 57207

**TO BE COMPLETED BY OFFENDER:**
DATE: 7/21/09   OFFENDER SIGNATURE: Thomas Snyder #57207

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _____
DATE: 7/22/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsberry #10610

Date ADA grievance sent to AIC: 7/22/09

**RESPONSE**

SEE ATTACHED RESPONSE

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst  9-15-09

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 7/28/09   RESPONDER: CM Reed 4057   RESPONSE DATE: 9-15-09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 9/28/09   OFFENDER SIGNATURE/PRINT NAME & DOC #: T Snyder 57207

RECEIVED

Original: Department/File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

JUL 28 2009
Office of Correctional Legal Services

# STATE OF COLORADO

COLORADO DEPARTMENT OF CORRECTIONS

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:   Meghan A. Reed, AIC Designee
        Office of the AIC (ADA Inmate Coordinator)
Received Grievance: 7/28/09
Sent Response: 9/16/09
Offender Name: SNYDER, Thomas
DOC No: 57207
Facility: FLCF
Grievance No: D-FL0910-005

Pursuant to the Accommodation Resolution dated 6/1/09 you do have a mobility disability per Special Master's Final Order; you do have diabetes; you do not have a qualifying vision, mental health, or medical condition disability (gout).

*Read this one carefully. →*

**In the grievance referenced above, you allege the following:**
1. Your AR states you do have a mobility disability however you do not have a medical condition (gout) disability. On 6/15/06, the "Special Masters" stated that due to damage from your medical condition (gout) you have a lower extremity condition that is permanent and affects your ability to walk. The Claimant (you) are part of the class as mobility impaired.

**Requested Relief/Remedy:**
Follow the guidelines set forth by the Special Masters Remedial Plan by doing the following:
1a. Qualify your disability without trivial objections;
1b. Provide you with a mobility aid (cane);
1c. Provide you with an elevator pass.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:** *A medical decision made by the AIC*
1. The DOC is in compliance with the Special Master's Final Order, as listed on your Accommodation Resolution: *you do have a qualifying mobility disability.* Gout is not a disability in and of itself, but in your case the Special Master determined it manifested as a mobility limitation. The Special Master *did not* order any specific medical equipment or accommodations for your disability, nor did the DOC disability screening find the need for such, therefore you are *only entitled to the standard mobility accommodations listed on your Accommodation Resolution.*

**CONCLUSION:** Based on the information above, this grievance is denied.

**GRIEVANCE DENIED IN TOTAL**                                cc: AIC File

*BMC*
*7/16/09*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 7/28/09   Case Manager: _____

RECEIVED JUL 28 2009 By____

Grievance Number D-FCF09/10-008   STEP (Circle One) ① 2  3

| NAME Snyder Thomas | DOC NO. 57207 | FACILITY/UNIT/POD FCF 5-2 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

In A Accomodation Resolution Dated 6-1-09 I was not given the following Accomodations. 1) A mobility Aid (Cane) 2) Lower Level-Lower bunk Assignment 3) Ellevator Pass to exclude walking up stairs).

Remedy: Honor these Accomodations.

**TO BE COMPLETED BY OFFENDER:**
DATE: 7/27/09   OFFENDER SIGNATURE: Thomas Snyder #57207

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 7/28/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsbeny / N Goldsbeny

Date ADA grievance sent to AIC: 7/28/09  7/29/09 NG

**RESPONSE**

SEE ATTACHED RESPONSE
Katie Baxter
Office of Correctional Legal Services
*Acting* AIC-ADA Inmate Coordinator  #2429  11/2/09

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER: 8/7/09 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: _____ 1406 | RESPONSE DATE: 11/2/09 |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 11/14/09   OFFENDER SIGNATURE/PRINT NAME & DOC #: Tom Snyder #57207

RECEIVED AUG 0 3 2009 Office of Correctional Legal Services

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Meghan A. Reed, AIC Designee
Office of the AIC (ADA Inmate Coordinator) *K. Baxter*
Received Grievance: 8/3/09
Sent Response: 11/3/09
Offender Name: SNYDER, Thomas
DOC No: 57207
Facility: FLCF
Grievance No: D-FL0910-008

---

**DISABILITY STATUS:** Pursuant to the Accommodation Resolution signed 6/1/09, in accordance with the Final Order of the Special Master, you do have a mobility disability. According to a DOC disability screening, you do have Diabetes; you do not have a qualifying vision, mental health, or medical condition disability (Gout).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**In the grievance referenced above, you allege the following:**
1. In your Accommodation Resolution, you were not given the following: (1) Mobility Aid (cane); (2) Lower Level bunk assignment; (3) Elevator Pass to exclude walking up stairs.

**Requested Relief/Remedy:**
1a. Honor these accommodations.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. Your Accommodation Resolution is complaint with the Final Order of the Special Master: *you do have a qualifying mobility disability.* However, the Special Master *did not* order any specific medical equipment or accommodations for your disability, nor does the DOC disability screening find the need for the above-mentioned accommodation. Therefore, you are *only entitled to the standard mobility accommodations listed on your Accommodation Resolution.*

[handwritten annotations: "What?" and "The AIC has made a medical decision"]

**CONCLUSION:** Based on the information above, this grievance is denied.

**GRIEVANCE DENIED IN TOTAL**

cc: AIC File

[handwritten note:]
Your Honor:
I cannot walk more than a couple hundred feet because of severe pain in knees, ankles, and feet. Gout has caused damage to my joints in the past and continues with subsequent gout attacks. The DOC disability screening was performed by a nurse. No doctors or arthritic specialists were present. No X-rays were taken. She over extended my joints enough to make me holler in pain.

1/5/10

THE SPECIAL MASTERS           Ft Lyon's Corr Facility
Richard M. Borchers           c/o Thomas Snyder #57207
7907 Xenobia St.              P.O. Box 1000
Westminster Co 80030-4444     Ft. Lyons Co. 81038

Mr. Borchers;

 Per your order dated June, 06 you Acknowledged that "Yes I do have A Lower extremity disability" (Because of neglectfull treatment by the DOC), However the D.O.C. continues to disallow me access to programs such as church, Gym, and Chow by not Allowing me permenant (or temporary) access to a mobillity Aid (IE.. Cane). See the attached grievances.

 THEREFORE I wish to file for damages and ask you to forword an immediate order for the DOC to comply with the remedial plan And provide me access to a mobillity AID (IE... Cane) and an Ellevator pass.

                                        Respectfully
                                        Thomas Snyder