IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO "SUPPLEMENT TO PLAINTIFFS' POSITION STATEMENT IN RESPONSE ORDER RELATING TO REPORT AND RECOMMENDATION OF THE SPECIAL MASTERS"**

Defendants, through the Colorado Attorney General, respectfully submit the following Unopposed Motion for Extension of Time to Respond to Plaintiff's "Supplement to Plaintiffs' Position Statement in Response Order Relating to Report and Recommendation of the Special Masters."

1. Plaintiffs served their Supplement on December 18, 2009. During the Hearing before the Court on December 21, 2009, a deadline for Defendants' response to Plaintiff's Supplement was set for January 15, 2010.

2. For the last two weeks undersigned counsel's time has been monopolized with discovery issues with two death penalty cases, *People v. Edward Montour, Jr.*, Douglas County District Court case no. 02CR782; and *People v. Alejandro Perez,* Lincoln County District Court case no. 06CR74. In addition, counsel is preparing for trial in *Phillips v. Steinbeck*, United States District court case no. 06-cv-02569-WDM-KLM.

1

3.	Accordingly, counsel needs a short seven day extension to finalize the response.

4.	This request is not for the purpose of delay and neither party will be prejudiced by an extension.

5.	Pursuant to D.C.COLO.LcivR 7.1, the undersigned counsel conferred with Plaintiff's attorney, Edward T. Ramey, who has no objection to the requested extension.

WHEREFORE, the Defendants request an extension of time up to and including January 22, 2010 to file their response to the Supplement.

JOHN W. SUTHERS
Attorney General

s/ James X. Quinn
JAMES X. QUINN
Assistant Attorney General
Civil Litigation and Employment Law
  Section
Attorneys for Defendants
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone: (303) 866-4307
FAX: (303) 866-5443
*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on January 15, 2010, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to

the following e-mail addresses:

Paula Greisen
Jennifer W. Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com

Edward T. Ramey
Lara E. Marks
Blain D. Myhre
eramey@ir-law.com
lmarks@ir-law.com

                                                 s/ James X. Quinn