IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

---

**STIPULATION FOR WITHDRAWAL WITHOUT PREJUDICE
OF DEFENDANTS' MOTION TO COMPEL**

---

Plaintiffs and Defendants stipulate to the withdrawal, without prejudice, of Defendants' Motion to Compel filed on December 18, 2009 [Docket No. 4229]. Plaintiffs represent that they will use their best efforts to respond to the discovery requests that were the subject of Defendants' Motion on or before February 22, 2010.

Respectfully submitted this 15th day of January, 2010.

JOHN W. SUTHERS
Attorney General

| | |
|---|---|
| James X. Quinn_____ | s/ Edward T. Ramey_____ |
| JAMES X. QUINN | Edward T. Ramey |
| Assistant Attorney General | Isaacson Rosenbaum P.C. |
| Civil Litigation and Employment Law Section | 1001 17th Street, Suite 1800 |
| 1525 Sherman Street, 5th Floor | Denver, CO 80202 |
| Denver, CO 80203 | Telephone: (303) 292-5656 |
| Telephone: (303) 866-4251 | FAX: (303) 292-3152 |
| FAX: (303) 866-5443 | Email: eramey@ir-law.com |
| *Counsel of Record | Attorneys for Plaintiffs |
| Attorneys for Defendants | |

2239456_1.doc

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 15th day of January, 2010, I electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Paula Dee Greisen | Elizabeth H. McCann, Deputy Attorney General |
| greisen@kinggreisen.com | (beth.mccann@state.co.us) |
| Jennifer Wardner Riddle | James X. Quinn |
| riddle@kinggreisen.com | James.Quinn@state.co.us |
| King and Greisen, LLP | Jennifer Susan Huss |
| 1670 York Street | jennifer.huss@state.co.us |
| Denver, CO  80206 | Robert Charles Huss |
| *Attorneys for Plaintiffs* | rob.huss@state.co.us |
| | Willow Ivana Arnold |
| | willow.arnold@state.co.us |
| | Berina Ibrisagic |
| | berina.ibrisagic@state.co.us |
| | 1525 Sherman Street, 5th Floor |
| | Denver, CO  80203 |
| | *Attorneys for Defendants* |
| | |
| Brice A. Tondre | Patricia S. Bellac |
| briceatondrepc@msn.com | psblawfirm@comcast.net |
| | |
| Castelar M. Garcia | Richard M. Borchers |
| slvlaw@gojade.org | dborchers@legalres.com |
| | |
| H. Earl Moyer | |
| mbvlaw@mbv1.net | |

*s/ Edward T. Ramey*
Edward T. Ramey