IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendants' Unopposed Motion for Extension of Time to Respond to "Supplement to Plaintiffs' Position Statement in Response to Order Relating to Report and Recommendations of Special Masters" (doc. #4253), filed January 15, 2010, is **GRANTED** up to and including January 22, 2010.

Dated:  January 15, 2010

Service of this order shall be made via NEF.