IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of the Stipulation for Withdrawal Without Prejudice of Defendants' Motion to Compel, filed January 19, 2010, Defendants' Motion to Compel (doc. #4229), filed on December 18, 2009, is deemed withdrawn.

Dated:  January 19, 2010

Service of this order shall be made via NEF.