U.S. District Court
Judge, John Kane
901 19th Street
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2010

GREGORY C. LANGHAM
CLERK

Dear Judge, J. Kane            92-cv-00870-JLK

   I am writing this letter to bring you up to date regarding the pending violation of Montez et. al., and the ADA. Also I am sending you a copy of the affidavit I made regarding my last attempt to get Health Care appliances to support my Mobility disability. I accordance with Judge, R. Borchers final order June, 2008.
I am still being subjected to harassment/retaliation and threats of COPD disciplinary write-ups. And held in higher security in violation of the Remedial Plan. And I have never heard back from the courts regarding my motions to force DOC to comply with remedial plan. And have not heard anything regarding the notice you will hold a hearing September 1, 2009.

No attornies have ever wrote to class members the results of that hearing. Other then we would be informed. But when is the question I ask.
I have made the court aware of me being assualted and charged with assaulting an officer. Which I did not do. And will fight the charges in local district court.

Since I have not heard back from any class counsel or from the Court. I ask for an up date on that September 1, 2009 hearing. Also, I like whether I can resubmit another motion to force DOC to comply with the pending Remedial Plan. Since there is no settlement as of DOC still in non-compliance with issues ADA.

I would like to proceed to the 10th circuit with the ADA non-compliance issues. And my pending motion for injunction, since the court has never ruled on it. There are so many violation of ADA, with other inmates. That they cannot all be mentioned. There needs to be an investigation within the prison. The Medical department feel's they, or I should say they actually believe they are above the law. Its been since 2003 when I first filed my complaint with Montez et al., and I still do not have knee braces to support my unstable knees. And when I mention that to medical, they basically laugh at me because they know their is nothing I can do. Nor will the court's intervene to force DOC to comply with any ADA law.  That is why I ask for a final ruling on all pending motions and help regarding my claims. As a class member I cannot ask the class counsel for anything, because they do not write back. And I have brought this to Judge R. Borchers attention several times.

1-17-10

Respectfully submitted

*Ronald Cordova*
Ronald Cordova, 57350
SCF      Unit 1-B
P.O.Box 6000
Sterling, Co 80751

## GENERAL AFFIDAVIT

STATE OF COLORADO )
) ss.
LOGAN COUNTY )

I, Ronald Cordova, #57350, duly sworn, deposes and says:

On December 9, 2009 I was called to medical at Sterling Correctional Facility to see P.A.C. Kathleen Melloh. This medical visit was in regards to grievances regarding American Disability Act and my disability. In which I had a visit by the Warden, Kevin Milyard in Unit 1-B cell 6. I sopke with Warden, Milyard about the conditions in unit 1 and my disability and how I was treated since my arrival here at this facility. At first he was intimidating about my issues of disability. I did not like his attitude and made him aware of my own position regarding pass treatment by medical and staff. He asked if I would go to medical with him and see what the problems were and why I had not received accommodations for my disability.

At medical we went to the office of Kathleen Melloh, PAC. She seem very helpful and pleasant while the warden was there. And wanted to give me a walking cane and checked my record to see if I had knee braces prescribed in the pass. But the Warden, "said to hold off on that until she made an examination of the situation.
    Today 12-9-2009 Ms. Melloh was not as pleasant and said she wanted to tell me what was wrong with my knee. Totally disregarding all other examination by CDOC Medical staff at other facilities and an expert Dr. J. Patterson.
After examining me she made the determination my knee was mislined and I needed exercise, 'No cane or braces." And told me I had to do certain exercise according to her and that all other exercise I was told to do were wrong. This is typical of what inmates are confronted with when seen by other medical staff or at other facilities. I told Ms. Melloh, that I was told to do the exercise I had been doing. In other words, I did not get any knee braces to help support my knees or a cane to help me walk. And basically there was nothing wrong with me according to her examination, just that I need to exercise. And that all other doctors were wrong even thought they were expert's in 'orthopedics.'
So I just felt the medical visit was a farce as always. And will continue with my pending law suit in federal court. For the deliberated indifference shown by Ms. Melloh regarding my disability in both knees., and did not help me accordingly.

December 14, 2009                        *Ronald Cordova*
                                              affiant

The foregoing instrument was acknowledged to before me December 14, 2009

*Jennifer A. Anderson*
Notary
6/06/2012
My commission expires

My Commission Expires 6/06/2012