# EXHIBIT 1

DIABETES: Summary of compliance evaluation activities including discussions with offenders at Ft. Lyon Correctional Facility April 5, 2006 and at Colorado Territorial Correctional Facility on April 12, 2006.

Linda L. Edwards, RN, MHS, CDE

## Background
### History
- Intermittent involvement since 1999, reviewing medical records
- Tour of facilities, offender interviews in 2002
- Curriculum development for general corrections staff and medical staff
- July 2004, training for facility trainers re: general corrections staff
- January 2005 training for nursing staff supervisors who would train medical staff for their facilities

### Materials reviewed
- Diabetes care guidelines
- Diabetes protocols (insulin administration)
- Diabetes Flowsheets (Have never seen any that were actually used)
- Training records
- Dietary charts, food menus, training
- Offender complaints

### Training developed
- Diabetes program for general corrections staff
- Team Management of Diabetes for medical staff

### Obstacles
- No consistent implementation of standards of care, policies and procedures
- No evidence that policies and procedures are enforced
- Training cannot be effective when the systems of care don't allow the effective implementation of standards of care
- Apparent ability of corrections staff to override medical policies, fail to report serious medical issues.
- Apparent ability of nurses to override medical orders relating to blood glucose monitoring.
- CQI reports not seen, to address quality outcomes
- Payment system for visits, Rx renewals, emergency visits etc.
- Failure to forward materials requested, forwarding inaccurate materials, incomplete or delayed response to request for matierials

### Follow-up visits
- No observable improvement in level of care, access to medical care
- Message from offenders describing care issues is consistent, and not limited to one facility.

April 13, 2006                                                                                                 1

## Areas of extreme concern:
### Hypoglycemia

The frequency and severity of hypoglycemia of enormous concern. Hypoglycemia is defined as a blood glucose level of 70 mg/dl or lower. Normal is 80-120 prior to meals. Hypoglycemia can be accompanied by symptoms such as shaky, sweaty, pale, cool skin, heart palpitations. These symptoms reflect a rapid drop in the blood sugar. If not treated promptly, the blood sugar can drop to dangerously low levels, during which the brain is deprived of fuel, causing disorientation, agitation, loss of ability to problem-solve and eventually loss of consciousness, seizures, brain damage, and death.

Situations relayed by offenders:

Of 10 interviewed at CTCF, all described episodes of hypoglycemia at least twice a week to 4 times/week. Two men lose consciousness, one with seizures at least twice a week.

- He wakes up with handcuffs on, with guards kneeling on his chest to hold him down (Johnson #124632)
- Several describe nighttime episodes (McAfee, Guadalupe, Estrada, Johnson, Clark)
- Most decline trip to the medical facility due to the cost for emergency care (general consensus of all present).
- When medical is notified hypoglycemia episodes, little effort is spent to determine cause or prevention of subsequent episodes (Schwinaman, Johnson, all in group agreed).
- Offenders purchase candy and other foods to carry with them to treat their own hypoglycemia, because it is cheaper than paying for a clinic visit. Glucose tablets used to promptly treat hypoglycemia are not allowed in the possession of offenders (Schwinaman, Johnson, Estrada).
- Guards demonstrate no knowledge of the symptoms, treatment of hypoglycemia
- Offenders feel that the medical staff blame them for situations in which glucose control is precarious.

## Cost of care

Offenders describe being charged fees above and beyond the $5.00 Chronic Care fee every six months.

- Emergency visits
- Blood glucose fingerstick if not at routine times
- Prescription renewals
- Visits to discuss blood sugar fluctuations, foot problems, other care requested by offender, even if the care is included in standards of care for diabetes. Amounts charged may be inconsistent.

April 13, 2006                                                                 2

**Other major concerns identified:**

**Medications**
Oral medications:
- While not verified by chart review, offenders in both facilities stated they were taking both Glucophage and Glucovance. Both of these drugs contain the same medication-Glucophage (Metformin). If true, there is no reason to be taking both medications.
- Others stated that their oral medications were not given for three weeks, waiting to be renewed (Tafoya).
- One stated that his medications were discontinued and no blood sugar monitoring had been done since

Insulin: There are many issues of concern around the use of insulin
- At CTCF, offenders stated that many of them were being transitioned from NPH insulin to a new insulin called Lantus. It is unclear how this changes was decided, but at Ft. Lyon, offenders described being on Lantus previously but it was discontinued when they arrived at Ft. Lyon
    - Not known if prescribers know how to use Lantus appropriately.
    - Lantus is a peakless insulin used for basal insulin only. It is also very costly compared to the other standard insulins.
- A serious concern is the elapsed time between insulin injection in the med lines and access to food in the food lines. This appears to be very inconsistent
    - Some describe waiting more than 30 minutes when premeal blood sugar level was below normal
    - Others stated they were sent back to their cell after insulin injection to wait for the meal, regardless of blood sugar level.
    - There is no accommodation or priority placement in food line for people on insulin, even when blood sugar levels are below normal
- One offender (Estrada) stated that his mealtime, fast insulin was changed recently from Regular insulin to Humulog insulin. Humulog is very rapid acting and must be taken immediately before eating (within 15 minutes).
    - This is a huge problem because of the above issues
    - This person *must* have priority placement in food line or low blood sugar is **predictable!**
- The timing of evening insulin doses can also vary. Intermediate insulin such as NPH are best taken at bedtime. Most times this evening insulin is given before dinner at 5 pm.
    - These people are likely to have low blood sugar episodes during the night and followed by high blood sugar the following morning. This is **predictable.**
    - Several offenders stated that they were able to get their evening insulin at bedtime at other facilities, with better blood sugar control, also **predictable.**
- Concern about the expertise of prescribers in the use of insulin preparations and combinations to effectively manage blood sugar without serious hypoglycemic episodes OR hyperglycemia

April 13, 2006                                                                                              3

### Monitoring
- Access to blood sugar monitoring is inconsistent
- Frequency is variable, related by offenders, even within the same facility. Those with unstable type 1 diabetes reduced to twice daily and one offender with type 2 diabetes being asked to come in three times a day..
- If medications reduced or removed, testing may be denied
- If blood sugars fluctuate, and/or offender experiences symptoms of low blood sugar, must pay to have glucose checked
- Offenders describe refusing to pay for these checks, therefore, the incidents are not documented.
- Offenders have to pay extra to have any orders reinstated

### Education
- Records provided show some diet education provided to offenders; however, those we spoke to had not been participants
- The diet education outline have no objectives, so no way to measure effectiveness
- Outlines seem to reflect general nutrition information rather than practical skill building to facilitate better decisions within the confines of the food line. Without the access to food and food decisions as if on the outside, much of this information is not immediately practical.

### Food
- "diabetic diets" are calculated on the outdated exchange system which was discontinued a number of years ago.
- Offenders describe the food as the same as the regular food lines, but restricted amounts.
- Offenders also describe the ability to choose foods from the regular line as meeting their needs better, but resulting in the loss of regular snacks.
- Offenders often have to pay to get back on the diabetic diet.
- The timing of food for those with diabetes is inconsistent. There is no priority in food line for those with diabetes, even if their blood sugar is below normal
- The time between insulin injections or oral medication administration varies considerably, and is sometimes 45 minutes or more

### System issues
- Appear to be major inconsistencies from facility to facility regarding the care of people with diabetes
- No evidence presented to demonstrate that the standards of care are being followed consistently
    - American Diabetes Association standards
    - National Commission on Correctional Health Care, Clinical Guidelines for Correctional Facilities, Diabetes Chronic Care, dated November 2001.
    - Milliman Care Guidelines (First seen within the past week, printed from the website 3/28/2006.
- A Continuous Quality Improvement Plan would identify and correct care deficits and address efficient systems to improve care. This is recommended in all of the above standards
- The charges for care reflect gross inattention to the medical needs of diabetes: treatment with predictable hypoglycemia but denial of access to deal with it.

April 13, 2006                                                                                                          4