# EXHIBIT 6

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 92-cv-00870-EWN-OES
 3
 4  JESSE F. MONTEZ, et al.,

 5       Plaintiffs,

 6  vs.

 7  DEPARTMENT OF CORRECTIONS, et al.,

 8       Defendants.
    _____
 9
                         REPORTER'S TRANSCRIPT
10                    (Compliance Hearing - Volume 1)

11  _____

12        Proceedings before the HONORABLE JOHN L. KANE, JR.,

13  Senior Judge, United States District Court for the District of

14  Colorado, commencing at 10:30 a.m., on the 24th day of April,

15  2006, in Courtroom A802, United States Courthouse, Denver,

16  Colorado.

17

...

24   Proceeding Recorded by Mechanical Stenography, Transcription
       Produced via Computer by Gwen Daniel, 901 19th Street,
25         Room A259, Denver, Colorado, 80294, 303.571.4084
```

Linda Edwards - Direct                         185

1  Q.  Okay.  Was that intended to be the specialized diabetes
2  training that specifically is referred to in the remedial plan?
3  A.  Yes.
4  Q.  Okay.  Now you were provided copies of the training that
5  actually occurred -- and let's talk about the general training
6  first.
7  A.  Okay.
8  Q.  You were provided a copy by the Department of Corrections
9  on the training that actually occurred on the Fundamentals of
10 Diabetes, correct?
11 A.  Yes.
12 Q.  Now they didn't take your training -- well, they took your
13 training, but they edited it, correct?
14 A.  Yes.
15 Q.  Tell us about the -- what, if any, discussions you had with
16 the Department of Corrections about that.
17 A.  First of all when I did the training for the trainers in
18 July of '04, I made it clear that I would not accept
19 adjustments being made to the curriculum without my knowledge.
20 I'm a flexible person, there are a lot of things that I would
21 negotiate, but I -- to have my name on it, I needed to know
22 what was in it.  And that's what I told them at that time.
23 Q.  And did that happen?
24 A.  There were significant changes made, but if you'll notice
25 they were made in March of '05, and I was not made aware that

Linda Edwards - Direct

186

1  those changes were made.
2  Q.  Okay.  Well, could you explain for the Court the nature of
3  the changes that were made?  I mean were these minor things or
4  were these major changes, substantive changes to your training?
5  A.  In some cases they were minor, in some cases they were not.
6  For instance, under the objectives there was some language
7  changed that changed things from "describe" for instance to
8  "understand."  Or another one was "be cognizant of."  Those are
9  not behavioral objectives, that's not how objectives are
10 written.  To say someone understands is not -- you can't
11 evaluate that.
12         And it also removed some of the accountability.  So it
13 may not seem like a big change, but in the training world, in
14 the education world it is a big change.
15         There were some changes removed, for instance, the
16 goals of nutrition were removed from my program under
17 "Standards of Care."  A number of physician visits per year was
18 removed.  Under "Standards for Correction Facilities" the whole
19 section on -- the bullet point should have policies and
20 procedures in place that addressed IVs, medical care,
21 correction staff, training security.
22 Q.  I'm sorry, what page are you referring to?
23 A.  Those are on page 3 of my -- oh, well, I printed on -- on
24 mine I printed out four per page.  But it is -- it would be
25 like slide No. 12.

Linda Edwards - Direct 187

1  Q. I mean could you identify the slides or the title of the
2  slides that you think are the most important?
3  A. The title of the slide that I'm referring to here
4  "Standards of Care for Diabetes in Correctional Facilities."
5  Q. Okay. And that's about the -- oh, the third -- or a fourth
6  way through the packet? All right. That slide was
7  substantially changed?
8  A. That one was -- it looks like they -- these are different
9  again, but let me orient to this process here. Okay?
10         The clinical recommendations were the same, I believe.
11 They had -- some of these I -- these are not from my computer,
12 it doesn't look like, so I'm not sure what's happened here.
13 Under "Nutrition" they removed my comment that there are no ADA
14 diets, and haven't been for some time, that that's no longer a
15 standard of care for nutrition. And they also removed for some
16 reason interdisciplinary communication, which is critical.
17 Q. You said they removed something about the number of
18 physician visits? Can you tell us what that was?
19 A. Let me look here. That would have been on my slide -- one,
20 two, three, four -- at about slide 11. These are not numbered,
21 so it's harder to go through these.
22 Q. Okay. Well, can you just tell us the gist of it?
23 A. The standard of care say two to four visits per year to the
24 physician, and on their slides that was removed.
25 Q. Were there any other what you believed were important

Linda Edwards - Direct                               188

1  substantive changes between the general training curriculum
2  that DOC provided and the curriculum that you provided to DOC?
3  A.  They -- under "monitoring" they took out all three
4  bullet -- or three bullet points about confirming blood glucose
5  emergencies, testing time requirements.  They removed the whole
6  slide on the page on education.  Special accommodations, there
7  were just a bullet point here or there that were removed.
8        Part of my concern was need for special needs for
9  those with impaired vision, nerve damage, amputation, etc., the
10 whole slide was removed.
11       Facility policies and procedures was removed.
12       And what is compliance, meaning patient compliance to
13 the treatment plan, is an outdated concept.  And compliance
14 versus accountability, and that slide was removed.
15       And parts of the patient's safety, and that relates to
16 safety with diabetes issues, part of that slide was removed.
17       Staff accountability.  A statement that corrections
18 staff was not to judge or diagnose, that bullet point was
19 removed as well.
20       So some of them seemed like small points, but they're
21 there for a reason.
22 Q.  Do you think that the difference between the training that
23 you prepared and the curriculum that was ultimately provided,
24 do you think that the -- let me restate.  Do you think that the
25 curriculum that was ultimately provided was sufficient in your

Linda Edwards - Direct                          189

1  opinion?

2  A.  I think that it -- that the omissions may count.  They put

3  in some additional pictures from what looks to be a textbook,

4  and some of that being -- there's one that's wrong.  It has a

5  picture of -- it's not titled, but it's in the nutrition

6  section, it's food high and sugar stimulants, insulin release.

7  Any carbohydrate stimulants, insulin release, if insulin is

8  even present.  So the slides that were added really did not add

9  any value to the content or the presentation.

10 Q.  Let's move on to the specialized diabetes training.  You

11 prepared what we've marked as Exhibit 9, training for the

12 specialized diabetes classes, correct?

13 A.  Uh-huh.  Yes.

14 Q.  Now did you ever train the trainers on the specialized

15 diabetes care?

16 A.  Yes.  I trained a group of about 20 -- what I was told,

17 they were all nursing supervisors, and it would be their

18 responsibility to train their staff in their own facilities,

19 and this was designed -- we originally talked about doing a

20 16-hour training.  We opted instead, and this was put in that

21 three-phase program, or plan, that I would do this as an

22 eight-hour presentation, and that there would be follow-up

23 training.  Rather than doing it all as one event, it would

24 become a process.

25 Q.  A follow-up training that you would participate in?

Linda Edwards - Direct
190

1  A.  Uh-huh, and that never happened.

2  Q.  Well, and that was my next question. Were you ever again
3  contacted by the Department of Corrections to do the
4  specialized diabetes training?

5  A.  No. This training to the nursing supervisors happened in
6  January of '05, in the Springs. And I've had several
7  conversations with Brian Hoffman after that, and when I
8  contacted him in May, because I knew that we were headed into
9  that next training phase, should we meet to begin that process
10 of planning for that, and he said -- this was by e-mail, that
11 they were not -- they had not completed this training. And
12 that's all I heard.

13 Q.  That they were not -- meaning that they weren't going to
14 use you anymore for that training?

15 A.  No, no, that they just weren't ready for the next phase,
16 and I haven't heard anything since.

17 Q.  Okay. So you were led to believe you would be involved in
18 subsequent training, but nobody has ever contacted you?

19 A.  Right. And I did contact them, but they weren't ready for
20 it at that time, and that's the last I've heard.

21 Q.  Okay. Well, you were provided -- Ms. McCann provided
22 materials to my office last Thursday and Friday at 6 o'clock at
23 night which were provided then to you, correct?

24 A.  Yes.

25 Q.  And I take it that's the first time you became aware that

Linda Edwards - Direct

1  there was this specialized diabetes training that occurred a
2  couple of weeks ago?
3  A.  Yes.
4  Q.  And have you had a chance to review the training that was
5  provided at that time?
6  A.  Yes and no.  We were provided the odd numbered pages and
7  not the even numbered pages, so I saw half of it.  But from
8  that I could get sort of a gist of what was there, and it was
9  all accurate information that I saw.
10 Q.  Okay.
11 A.  The first few pages related to diabetes research.  The bulk
12 of it was branded slides provided by the company which makes
13 Lantus insulin, and then there were a few more slides at the
14 end of the presentation.
15 Q.  Okay.  So you're saying in the presentation there is a bulk
16 set of slides that are prepared or distributed by a company
17 selling the insulin?
18 A.  Yes.
19 Q.  Okay.  In terms of looking at the overall training --
20 A.  Yes.
21 Q.  -- do you believe that it was deficient in terms of the
22 types of trainings that you believed needed to occur?
23 A.  It was research -- talks about a number of the studies --
24 the well-known diabetes studies that are presented at diabetes
25 meetings.  Okay?  The information I saw was accurate.  My

Linda Edwards - Direct                                     192

1  concern -- I have several concerns about the information, and
2  one of them is would it fit in the corrections environment,
3  which is how I tried to do my presentations. And my
4  presentations were taking diabetes care information and
5  actual -- from the standards, and I referred to the standard
6  that the -- the American Diabetes Association standards puts
7  out their updates every year, and for the past few years the
8  department of -- or corrections standards of care have been
9  updated the last two years, and those were my main reference
10 for -- plus my experience in talking with corrections people
11 and inmates.
12 Q. Was any of that incorporated into this specialized diabetes
13 training that occurred last week?
14 A. No, no. The training that I provided referred to a broad
15 spectrum of diabetes care issues, brief pathophys, what is
16 diabetes, the treatment requirements, nutrition, medications,
17 activity, hypoglycemia, the acute complications, intermittent
18 complications, chronic complications, and implementing
19 following these guidelines and issues within the corrections
20 environment.
21         MS. GREISEN: I don't believe we have Plaintiffs'
22 Exhibit No. 7 yet, and I would like to tender Plaintiffs'
23 Exhibit No. 7, and I would move into evidence for the previous
24 exhibits as well.
25         THE COURT: Any objection?