```
= OFFENDER TRACK ========== OFFENDER PROFILE ============ 01/21/2010 = Page  1
Doc No: 143978   Name: ELLSWORTH, JOSEPH              CTCF/CH1    PRES FACIL
===============================================================================
   FBI No.:                    SID No:               Inmate Class: MINIMUM RE
 Birthdate: 07/31/1956 53      S.S.N.:                Admit Type: NEW CT COM
       Sex: MALE            Ethnicity: WHITE          Admit Date: 11/25/2008
    Height: 602            Complexion: RUDDY       Est Par Elig: 03/09/2011
    Weight: 230            Pre Co Incr: 0          Est  Mand Rel: 03/09/2014
      Eyes: GREEN          Detain/Warr: NOTIF         Act Par Date:
      Hair: BROWN          Nxt Par Hrg: 2010-12         Par Disch:
 Birthplace: KINGSTON          NY       Case Mgr/Par Off: SANTISTEVEN, MICHELL
 Alerts: ADA, RR
    Crime        # D  Min-Max  ST County  Docket    Fac/Lvg    Location Date
 -------------------------------------------------------------------------------
 N CRT/CORRECTN   A   6Y-6Y    IN DENVER  96CR1477  CTCF/CH1   PRES FAC 01/13/10 +
 N CRT/CORRECTN   A   18M-18M  IN DENVER  96CR1477  CTCF/A&O   PRES FAC 12/25/09
 N FORGERY       A    3Y-3Y    IN DENVER  96CR1477  CTCF/CH1   PRES FAC 03/31/09 +
                                                    CTCF/A&O   PRES FAC 03/26/09
                                                    DRDC/INTAK PRES FAC 03/26/09
                                                    CTCF/CH1   ARAPAHO/ 03/23/09
                                                    DRDC/INTAK PRES FAC 03/23/09
                                                    CTCF/CH1   PRES FAC 12/29/08 +
                                                    CTCF/A&O   PRES FAC 12/10/08
                                                    DRDC/INTAK PRES FAC 12/10/08
                                                    DRDC/UNIT4 PRES FAC 12/05/08 +
                                                    DRDC/UNIT2 PRES FAC 12/04/08 +
                                                    DRDC/UNIT1 PRES FAC 11/28/08 +
                                                    DRDC/INTAK PRES FAC 11/28/08
                                                    DENVER/JB  PRES FAC 11/25/08
 Previous Numbers:
```

EXHIBIT A