```
= OFFENDER TRACK ========== OFFENDER PROFILE ============= 01/21/2010 = Page  1
Doc No: 128941  Name: BERGERUD, ALLEN C           SCF/UNIT04 PRES FACIL
================================================================================
   FBI No.:                SID No:              Inmate Class: CLOSE
 Birthdate: 03/07/1954 55    S.S.N.:              Admit Type: NEW CT COM
       Sex: MALE         Ethnicity: WHITE         Admit Date: 11/18/2005
    Height: 508         Complexion: RUDDY          Par Elig: LIFE NOPAR
    Weight: 150        Pre Co Incr: 0            Inst Disch: LIFE NOPAR
      Eyes: BLUE       Detain/Warr: NO          Act Par Date:
      Hair: BROWN      Nxt Par Hrg:                Par Disch:
Birthplace: FURGIS FALLS    MN       Case Mgr/Par Off: PETERSON, JEAN
Alerts: ADA
    Crime        # D  Min-Max  ST County  Docket   Fac/Lvg     Location Date
    --------------------------------------------------------------------------
 Y MURDER        A  LIFE-NPAR IN WELD    02CR457  SCF/UNIT04 PRES FAC 07/22/09 +
 Y MURDER        A   48Y-48Y  IN WELD    02CR457  SCF/UNIT01 PRES FAC 06/19/09 +
 Y ASSAULT      2A   32Y-32Y  IN WELD    02CR457  SCF/INTAKE PRES FAC 06/19/09
                                                  SCF/UNIT01 PRES FAC 05/15/09 +
                                                  SCF/INTAKE PRES FAC 05/15/09
                                                  SCF/UNIT01 PRES FAC 04/27/09 +
                                                  SCF/INTAKE PRES FAC 04/27/09
                                                  SCF/UNIT01 PRES FAC 03/30/09 +
                                                  SCF/INTAKE PRES FAC 03/30/09
                                                  SCF/INTAKE STRLNG R 03/27/09
                                                  SCF/INTAKE PRES FAC 03/27/09
                                                  SCF/UNIT01 PRES FAC 11/17/06 +
                                                  SCF/SEG    PRES FAC 11/17/06 +
                                                  SCF/UNIT05 PRES FAC 11/16/06 +
                                                  SCF/UNIT01 PRES FAC 11/16/06 +
                                                  SCF/SEG    PRES FAC 11/16/06 +
                                                  SCF/UNIT01 PRES FAC 10/17/06 +
                                                  SCF/INTAKE PRES FAC 10/17/06
                                                  SCF/UNIT01 PRES FAC 08/19/06 +
                                                  SCF/SEG    PRES FAC 07/30/06 +
                                                  SCF/INTAKE PRES FAC 07/30/06
                                                  SCF/UNIT02 PRES FAC 06/04/06 +
                                                  SCF/UNIT01 PRES FAC 05/24/06 +
                                                  SCF/UNIT02 PRES FAC 05/23/06 +
                                                  SCF/UNIT01 PRES FAC 05/19/06 +
                                                  SCF/SEG    PRES FAC 05/16/06 +
                                                  SCF/UNIT02 PRES FAC 03/11/06 +
                                                  SCF/UNIT01 PRES FAC 03/09/06 +
                                                  SCF/SEG    PRES FAC 03/04/06 +
                                                  SCF/INTAKE PRES FAC 03/04/06
                                                  SCF/UNIT01 PRES FAC 02/28/06 +
                                                  SCF/INTAKE PRES FAC 02/28/06
                                                  DRDC/INTAK PRES FAC 02/28/06
                                                  DRDC/UNIT3 PRES FAC 12/02/05 +
                                                  DRDC/UNIT2 PRES FAC 12/01/05 +
                                                  DRDC/UNIT1 PRES FAC 11/29/05 +
                                                  DRDC/SEG   PRES FAC 11/21/05 +
                                                  DRDC/INTAK PRES FAC 11/21/05
                                                  WELD/JB    PRES FAC 11/18/05
Previous Numbers:
```



EXHIBIT B