IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL RITTER, et al.

     Defendants.

---

Claim Number 3-157
Category: III
Claimant: Thomas Snyder, #57207
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

### ORDER OF SPECIAL MASTER
---

THIS MATTER comes before the Special Master on the letter and attachments submitted on behalf of Thomas Snyder. (#4251). These documents will be held in abeyance pending resolution of the jurisdictional issue.

IT IS HEREBY ORDERED that the letter and documents submitted on Claimant's behalf are accepted for filing and will be held in abeyance.

SIGNED this 20th day of January, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master