IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

___

Claim Number X-388
Category: Untimely Filed Claim
Claimant: Mario Primaveri, #133502
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

___

# ORDER OF SPECIAL MASTER
___

    THIS MATTER comes before the Special Master on the additional letter filed on behalf of Mario Primaveri. (#4244). The allegations are that Mr. Primaveri is disabled with serious health conditions. Claimant must file a claim before any additional steps may be taken by the Special master. The letter will be held in abeyance.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **March 1, 2010** in which to file a claim.

    SIGNED this 20th day of January, 2010.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          _____
                                          Richard M. Borchers
                                          Special Master