**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 26 2010**

**GREGORY C. LANGHAM**
**CLERK**

MONTEZ CLAIMANT NO.03-321

92-cv-00870-JLK

Jeffery J.Harris #101324
P.O.BOX 6000 unit 2 B 1-13
Sterling,Colo. 80751

DEAR JUDGE KANE JR.                                          01/25/10

    Dear sir,Im writing in the hopes that you remember me and my claim from 2006/2007.It concerned the ADA issues of CDOC Medical. You had ruled in my favor,awarded me $350.00 legal fees & costs I had spent.Plus Better Care.....

    Well that went sour real fast,all my medical stopped,everything per normal.By Feb.2007 I had a Heart Attack,then 4 more followed and open heart surgery.Now with a 5 valve bipass and the med' to substain some normal life in here,CDOC has begun a new campaine to medically murder me.In my opinion....

    I was taken off all medications,even nitroglycerin,blood meds to thin down clotts,presure issues.Im a diebetic and no med's my finger stick on 01/21/10 was 503,medical still ignores my need to care.

    I was moved from Crowley Corr.Fac. on 01/08/10 to Ch.5,then to DRDC in Denver on 01/14/10.Then told I was going to Sterling,it was the new State Medical Facility.

    To date I have been given NO MEDICATIONS,my breathing machine taken,my ortho boots,and all medications discontinued,Taken and NO MEDICAL STAFF has seen me or attempted to address my issues.I do feel CDOC has sent me here to kill me,medical murder is common in CDOC these days,their Staff write the death certificates and NO autopsies are done.I arrived at SCF on 01/14/10,now after 7days when this letter is being sent to you,no contact with medical or medications given to me.

    Sir I know there are steps to take for legal process,this I fear will result in a delay and the death of me.Im not well and this has gone on long enough,you need to step in and save our lifes because no one else will.

    This Fac. has brought in over 25 Medical Prisoners since my arrival,none are being treated,all medications taken away and the SCF Medical ignores our needs.This is not a letter from some I/M who lives in a fantasy worol,this is real Sir and I need you to safety this Facility and save our lifes here.They are killing us.
HELP SIR YOUR MY LAST HOPE TO STEP IN AND SAVE OUR LIFES HERE....

                      SINCERELY *Jeffery J Harris* 101324