IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-EWN

JESSE MONTEZ, et al,

LAWRENCE WILLIAM FITZGERALD, Claim Number 01-076

v.

BILL RITTER, Jr

Governor.

## MOTION TO SUPPLEMENT THE RECORD

**Comes Now,** Lawrence W. Fitzgerald pro se and respectfully files this motion to supplement the record in good faith and claimant Fitzgerald states as follows in support of:

Lawrence W. Fitzgerald filed his pro se Motion For Leave To File An Amended Complaint pursuant to rules 15(a) and 19(a) Fed.R.Civ.P., request leave to file an amended complaint on the subject matter of relation back doctrine to the original pleadings which Claimant Fitzgerald filed in the past with this along with motion filed was exhibits it was placed in the United States Mail by way of Sterling Correctional Prison Mail Box October 16, 2009.

On the 23rd day of October, 2009 United States District Court Judge Richard M. Borchers Special Master filed an Order Of Special Master reviewed the subject matter of Claimant with exhibits and ruled Claimant has raised a number of issues that occurred since August 27, 2003. Judge Kane has under advisement

this issue of whether the remedial plain allows for the filing of pro se motions by inmates for individual relief. Until that issue is resolved, this motion will be held in abeyance.

IT IS HEREBY ORDERED that Claimants motion for leave to file an amended complaint is accepted for filing and will be held in abeyance.

Claimant Fitzgerald is asking in good faith for this exhibit showing in his MRI to be added to the file showing the deliberate indifference to the true nature of his medical care being reviewed by this Honorable Court in the care of all of Colorado State Prisoners who's medical needs are being overed looked illegally by the medical providers hired by the State of Colorado for incarcerated inmates and this recent MRI taken two years after the accident in the prison gym is only part of Claimants injuries he asked for a full MRI because of his head injury, which has caused head aches and eye problems with balance problems being over looked by medical staff since the accident in the prison gym July 8, 2007.

Claimant is asking this Honorable Court to place a Order for the Claimant to be transfered to the medical facility in Canon which is Colorado Department of Corrections Territorial Facility to be properly treated for his medical needs and his rehabilitation for nerve damages over looked prior by medical staff in his cronic care issues.

Also requested by the Claimant is for a Order for a full MRI of the true nature of all his injuries he recieved in the prison gym own by Corrections Corporations of America, named Kit Carson Correctional Center in Burlington Colorado were at this moment and time in Kit Carson District Court case 08CV9 has caused me to be transfered to Sterling Correctional Facility in retaliation for the pending civil action which was remanded back to the District Court of Burlington Colorado by United District the Honorable Christine M. Aruallo of your Honorable Court in case 08CV01189.

(2)

  Claimant was moved to Sterling Correctional Facility with with ten points which is minimum security points willing knowing the seriousness of his medical needs and has placed Claimant in highest security cell blocks since his arrival and refuse him proper medical attention even after this recent MRI report his pleas for medical help have gone unanswered by medical department who realize after Claimant fell down on the ice in the prison yard early one morning on the way to the chow hall which is 150 yards from the cell house and walking with a cane with a back and neck injury another fall could harm me even more then it has unjustley for this place is a dumping ground for medical prisoners that DOC looks the other way to their medical treatment which this amended motion is all about showing first hand my treatment for this Honorable Court to review.

  WHEREFORE, this Claimant prays this Honorable Court will grant this motion in the interest of justice or what ever the Court deems proper.

Dated January 25, 2010

             Respectfully Submitted

             *[signature]*
             Lawrence W. Fitzgerald
             Sterling Correctional Facility
             Prison Number 66345
             Unit 2-C-!08  Box 6000
             Burlington Colorado 80751

CERTIFICATE OF MAILING

I, Lawrence W. Fitzgerald, placed a correct copy of the foregoing Motion To Supplement The Record in the United States Mail postage prepaid on this 25th day of February 2010, and addressed to the following:

Clerk of Court
Honorable Judge John L. Kane
Honorable Judge Special Master
Richard M. Borchers
Alfred A. Arraj U.S. Courthouse
Room A105
901 19th Street
Denver, Colorado 80294-3589

Office of Correctional Legal Services
AIC(ADA Inmate Coordinator
2862 South Circle Drive, Suite 140
Colorado Springs, Colorado 80906-4195

*/s/ Lawrence W. Fitzgerald*

# MR L-Spine W/O Contrast

# FITZGERALD, LAWRENCE W - 98383

*Final Report*

Result type:      MR L-Spine W/O Contrast
Result date:      11 December 2009 11:46 MST
Result status:    Auth (Verified)
Result title:     MR L-Spine W/O Contrast
Performed By:     HERLIHY, MD, VINCENT B on 11 December 2009 12:43 MST
Verified by:      HERLIHY, MD, VINCENT B on 11 December 2009 17:01 MST
Encounter info:   45123841, SRM, Outpatient, 12/11/2009 - 12/13/2009

## * Final Report *

**Reason For Exam**
724.2 LUMBAGO

**Report:**
MRI OF THE LUMBAR SPINE WITHOUT CONTRAST, 12/11/09:

CLINICAL SUMMARY: Lower back pain and right leg radiculopathy for 2 years. No history of previous surgery.

COMPARISON: None available.

TECHNIQUE: Routine noncontrast MRI sequences were performed. No intravenous contrast was administered.

FINDINGS: There are five nonrib bearing lumbar type vertebral bodies. The lumbar spine demonstrates normal alignment. The vertebral body heights are maintained, without evidence of compression fracture. The visualized osseous structures demonstrate normal bone marrow signal intensity.

The conus medullaris is not well visualized, although it likely terminates in the region of L1-2.

Individual intervertebral disk levels:

T11-12: Normal in appearance. This level is only visualized on the sagittal sequences.

T12-L1: There is a mild left paracentral disk protrusion, without significant

## MR L-Spine W/O Contrast                   FITZGERALD, LAWRENCE W - 98383

* Final Report *

central canal or foraminal stenosis. This is only visualized on the sagittal sequences.

L1-2: Normal in appearance.

L2-3: There is mild disk desiccation and a moderate left foraminal disk protrusion superimposed on a mild concentric disk bulge. There is mild bilateral facet arthropathy and buckling of the ligamentum flavum. These changes are causing mild to moderate left neural foraminal stenosis. There is no significant central canal stenosis.

L3-4: There is disk desiccation and a moderate concentric disk bulge with a central annular tear. This is causing moderate to severe bilateral neural foraminal stenosis, left greater than right. There is mild central canal stenosis with narrowing of the thecal sac to 9 mm AP.

L4-5: There is disk desiccation and a small central disk protrusion superimposed on a mild concentric disk bulge. There is minimal bilateral facet arthropathy. These changes are causing moderate left and moderate to severe right neural foraminal stenosis. There is mild impression on the anterior aspect of the thecal sac, without significant central canal stenosis.

L5-S1: There is disk desiccation and a mild central disk protrusion superimposed on a mild concentric disk bulge. There is mild bilateral facet arthropathy. These changes are causing mild bilateral neural foraminal stenosis. There is abutment of the right descending S1 nerve roots within the lateral recess by the disk protrusion.

IMPRESSION:
1. Mild central canal and moderate to severe bilateral neural foraminal stenosis, left greater than right, at L3-4. This is secondary to a moderate concentric disk bulge with a central annular tear.

2. Mild to moderate left neural foraminal stenosis at L2-3 secondary to a moderate foraminal disk protrusion superimposed on a concentric disk bulge.

Printed by:   Richards, Rick                                           Page 2 of 3
Printed on:   12/31/2009 13:51 MST                                     (Continued)

**MR L-Spine W/O Contrast**                    FITZGERALD, LAWRENCE W - 98383

\* Final Report \*

3. Moderate to severe bilateral neural foraminal stenosis, right greater than left at L4-5, secondary to a moderate concentric disk bulge and minimal facet arthropathy.

4. Mild bilateral neural foraminal stenosis at L5-S1, secondary to a concentric disk bulge and mild facet arthropathy. There is abutment of the descending right S1 nerve roots within the lateral recess.

#25

VBH/jt
DICTATED: 12/11/2009 14:43:16 ET
TRANSCRIBED: 12/11/2009 14:51:04 ET
40858326
cc:
BARRY GOLDSMITH

**Signature Line**

***** Final Report *****

Transcribed Date: 12/11/2009            Interpreted By: HERLIHY, MD, VINCENT B
Signature Date:   12/11/2009 :VBH                       Electronically Signed

**Completed Action List:**
* Order by MELLOH, KATHLEEN on 08 December 2009 9:57 MST
* Perform by Armstrong, RT, Justin T on 11 December 2009 11:46 MST
* VERIFY by HERLIHY, MD, VINCENT B on 11 December 2009 17:01 MST 11 December 2009 17:01 MST

Printed by:   Richards, Rick                                        Page 3 of 3
Printed on:   12/31/2009 13:51 MST                                (End of Report)