UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

January 27, 2010

Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:   Montez v. Romer, et al   In Re: Larry Gordon appeal**

Court of Appeals Case No. 08-1399
District Court Case No. 92-cv-00870-JLK

Dear Clerk:

The notice of appeal in the above entitled case was filed on 10/15/08, in our court. The appellant's fee status is as follows:

A monthly payment for 12/2009 has NOT been made by the appellant, nor has he shown cause why the monthly payment cannot be made.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed
    Deputy Clerk