IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**ORIGINAL**

Civil action No:92-N-870(OES)(Consolidated for all purposes with civil action No:96-N-343) Claim No:03-034,William Gilmore.

Jesse (Jesus) Montez,et al.,
Plaintiffs,

V.

Bill Owens, et al.,
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2010

GREGORY C. LANGHAM
CLERK

## MOTION TO REINSTATE PLAINTIFF GILMORE AS A MEMBER OF THE CLASS, AND MOTION FOR APPROPRIATE ACTION

Comes now the plaintiff William Gilmore, respectfully asking this court to issue an order to reinstate him as a member of the class. As grounds he states the following for your consideration. on 9/27/05 the special master issued an order dismissing Gilmore as a member of the class stating that he did not meet the criteria according to the established standard test.At that time it was determined that he did not have a disability as defined by the special master, Mr. Gilmore was then re-screened and on10/19/09 it was determined that Mr. Gilmore does in fact have a mobility disability.Since Mr.Gilmore is still being denied any help from the DOC medical dept. Eventhough it has been determined that he is disabled, Mr.Gilmore request's to be reinstated as a member of the class. Mr.Gilmore also asks this court to issue an order directing the DOC to supply him with the footwear suggested,Ordered by the many specialists that the DOC has sent him to see and be evaluated by. The non action by DOC in this matter should not go un-noticed by this court, Mr.Gilmore feels that these actions by DOC are diliberate and crul, and he should be monetarily compensated for his continued pain and suffering.

Respectfully Submitted *William Gilmore*

1-1-10

## CERTIFICATE OF MAILING

I William Gilmore certify that on this 25th day of January 2010 I placed in the U.S. mail postage pre paid one copy of a motion to reinstate as a member of the class re;Montez V. Bill Owens. addressed to:
JAMES X. QUINN
Assistant attorney General
1525 Sherman Street,5th floor
Denver, CO.80203

Submitted _William Gilmore_

Notice of ADDRESS CHANGE.
WILLIAM GILMORE #63549
Claim number: 03-034
now residing at LCF(Limon)
49030 State hwy 71
Limon, CO. 80826