Civil Action No. 92-CV-870-CLK

Special Master's &  1-18-2010
United States District Court
901 19th Street, Denver, Co. 80294

I Cora.E. Ferales, DOC #66331 am filing an objection to the order pursuant to Federal Rule of Civil Procedure 53(g)(2)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 29 2010
GREGORY C. LANGHAM
CLERK

(1.) This Article XXXII of Remedial Plan states, I was not impaired and in D.O.C custody on or before Aug. 27, 2003.

(A) I Cora.E. Ferales has been off and on in the custody of DOC since 1991.

(B) I Cora.E. Ferales has always been bottom bunk, 1st floor restricted due to Epilepsy since first in custody to DOC in 1991.

(C) I Cora.E. Ferales also had reconstructed surgery before being in custody in 1991. Which caused me mobility impairment.

Thank You;
Cora Ferales
1-28-10