# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

MONTEZ, et al,

      Plaintiff,

v.

RITTER, et al,

      Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 2 2010

GREGORY C. LANGHAM
CLERK

---

## RECEIPT FOR FILE (Kevin Mark Bretz, 03-138)

---

Received by _____Richard Beachem_____, the following file in the above entitled action:

Claimant: KEVIN MARK BRETZ (Claim No. 03-138)

_____
Deputy Clerk

_____
Special Master

2-2-10
_____
Date

By: _____