```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX025494
Cashier ID: sg
Transaction Date: 02/02/2010
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:        $7.76
------------------------------------
CHECK
 Check/Money Order Num: 593
 Amt Tendered:  $7.76
------------------------------------
Total Due:         $7.76
Total Tendered:    $7.76
Change Amt:        $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399