92-cv-00870-JLK   Rough Draft

STEP_2 GRIEVANCE__ROUGH DRAFT

C-FL09/10-085

Mario Primaveri   133502
2-1-2010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2010

GREGORY C. LANGHAM
CLERK

**Stp-one response:**
"Have not had any other concerns from other offenders that they did not hear the call that day. Medical is not responsible for making announcements to cell houses for movement. Grievance denied."

**STEP TWO:**
Please refer to the Step-One for background information. On it, you will note that the title of the Grievance is, **"Nurse refuses to give out medication."** The response does not address the reason for the grievance. Being only 5 minutes late, I was refused my meds. I gave the reasons why I was late. The nurse gave me the task I must perform in order to receive my medication. Bottom line: DOC staff's mistakes, policy, and attitude prevented me from receiving medication. XXXXXXXXXXXXXXXX   Nothing in the step-one Remedy was addressed. The response was superfluous and irrelevant.
REMEDY: See step-one remedy and implement.

P.S. The fact that the elevators do not transport us in a timely manner is an **ADA** issue.

*[signature: Mario Primaveri]*

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 03 2010

GREGORY C. LANGHAM
CLERK

Your Honor:
This was not filed as an "ADA" Grievance, but you can see how it relates to ADA issues of the elevators. Again. Able-bodied inmates, or those who can, use the stairs and, in do so immediately without any delay because the "Control center" on that floor is located only 10 feet away and has big windows to see that the stairway doors must be unlocked. They are unlocked with the flick of a switch that is located in the control center (which is manned 24/7). The elevators, however, have no switch located in the control center. Instead, the "keyed" switch is located on the wall where buttons would normally be located. The Corrections officer cannot leave the "Secured" control center to key elevator switches. Another C/o must do it with their key. Some wiring and switches from Radio Shack would cure this 5 year old problem. But that would take a pro-active attitude.

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 1/20/10   Case Manager: JC Carter

Grievance Number: D-FL 01/10-055   STEP (Circle One)  1  **2**  3

RECEIVED JAN 20 2010  By ___

| NAME Mario Primaveri | DOC NO. 133502 | FACILITY/UNIT/POD FLCF/5 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: **Adequate Bed**

I had a medical bed before we were all moved down to the 2nd floor for asbestos removal. We all had one. When moved back to the 3rd floor, the beds remained in storage. There are those here with medical beds that are **not** in SMNU or the Infirmary. Not having an adequate bed is making me lose sleep due to excessive pain. Sleep is a major life function as described in the Remedial Plan. Accordingly, I also have privledge and property rights that are at other facilities e.g. The brand new state-of-the-art hospital beds at the infirmary for the temporarily infirmed to help them recover their health with adequate pain-free sleep. I deserve the same privledge of adequate health care. My medical records reflect the massive injuries, broken bones, and severe joint degenerative disease that I have experienced and thus justifiy my legitimate need.

**REMEDY:** Please add the authorization for an adequate medical bed to my Accommodation Resolution.

**TO BE COMPLETED BY OFFENDER:**
DATE: 1-16-2010   OFFENDER SIGNATURE: Mario Primaveri

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 1/20/10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsberry  N Goldsberry #10610
Date ADA grievance sent to AIC: 1/21/10

**RESPONSE**

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: Feb- 2010   OFFENDER SIGNATURE/PRINT NAME & DOC #: Mario Primaveri 133502

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*fmc*
*1/30/09*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 12/1/09   Case Manager: J. Cordova

Grievance Number: D-FLC9/10-055   STEP (Circle One) **1** 2 3

RECEIVED DEC 01 2009 By _____ FLCF / CHS

NAME: MARIO PRIMIVIRI   DOC NO. #133502   FACILITY/UNIT/POD

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

Request medical bed due to neck and back injuries. Present bed causes severe pain, stiffness, and mobility problems and prevents me from getting a good nights sleep.

Resolution get hospital bed

**TO BE COMPLETED BY OFFENDER:**
DATE: 12-1-09   OFFENDER SIGNATURE: Mario Primaveri 133502

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 12/01/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: N Goldsberry N Goldsberry #10610

Date ADA grievance sent to AIC: 12/2/09

**RESPONSE**

RECEIVED JAN 0 8 2010 FLCF By _____

See Attached Response
Katie Baxter #2429
Acting AIC
12/29/09

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 12/8/09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: _____ 14299   RESPONSE DATE: 12/29/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 1-13-2010   OFFENDER SIGNATURE/PRINT NAME & DOC #: Mario Primaveri 133502

RECEIVED DEC 0 8 2009

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

1-13-10

Office of Correctional Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:  719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From: Adrienne Jacobson, Legal Assistant, Designee
      Office of the AIC (ADA Inmate Coordinator)
Received Grievances: December 8, 2009
Sent Response: December 30, 2009
Offender Name: PRIMAVERI, MARIO
DOC No: 133502
Facility: FLCF
Grievance Nos: D-FL0910-054, D-FL0910-055, D-FL0910-057

**DISABILITY STATUS:** Per Accommodation Resolution dated October 8, 2009 you were determined **TO HAVE** a qualifying (hearing and lower extremity mobility disability. Per Accommodation Resolution dated October 8, 2009 you are a diabetic

**In the grievance referenced above, you allege the following:**
1. That you require the assistance of an OCA II to help you with writing and reading.
2. That you require a medical bed due to back and neck injuries.
3. That you have not received a vibrating watch.

**Requested Relief/Remedy:**
1a. An OCA II.
2a. A medical bed.
3a. A vibrating watch

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. Assignment of an OCA II for assistance with writing and reading was not recommended by the Chief Medical Officer and therefore is not included as an accommodation. You do require assistance obtaining your food tray while in the chow hall and, if you had an OCA II, they could provide that assistance, since you do not require an OCA II, other offenders in the dining room will assist you.
2. The office of the AIC does not recommend medical equipment. A medical bed is only available should you require placement in the special medical unit or infirmary. The decision as to whether you require such placement is clinical in nature and must be made by medical staff at your facility.
3. A vibrating watch was sent to your facility on December 9, 2009. You should receive it soon.

[Handwritten margin note: Many inmates that are not in SNMU have medical beds]

**CONCLUSION:** This grievance is DENIED in part and GRANTED in part. It was not recommended that you have an OCA II for writing and reading assistance. You are to be given assistance obtaining your tray in the dining room if need be. This office cannot give you a medical bed. The determination as to whether you require placement in a special unit with medical beds is clinical in nature and must be made by medical staff at your facility. I have sent a vibrating watch to your facility. It was sent on 12/9/2009. The watch was sent directly to the property officer at your facility and will be placed on your property record and delivered to you as soon as it arrives.
**GRIEVANCE DENIED IN PART & GRANTED IN PART**

GMC
1/13/10

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 1/20/10  Case Manager: J. Cordova

RECEIVED JAN 20 2010 By ___

Grievance Number D-FL09/10-054   STEP (Circle One) 1 ② 3

| NAME Mario Primavari | DOC NO. 133502 | FACILITY/UNIT/POD FLCF/5 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: **Reading & Writing Assistance**

Refer to #1 of the Step-one response: The Chief Medical Officer did not examine me, therefore how can the CMO deny my need for an OCA II to help with reading & writing. We have no doctor here to make those medical decisions. However, the statements made in my medical records, **"Closed head injury, skull fracture, truble remembering, memory loss, etc."** and my statement that I needed help, should have been enough for anyone ~~one~~ to see that I need help. If I had a helper at the time, I would have known what to ask for. Brain injuries are funny that way. It was stated that other offenders would help me with my food tray. Hah! Refer to Grievance #D-FL09/10-066, to get an idea on help available and staff attitude toward the handicapped.

**REMEDY:** See step-one and have my Accommodation Resolution reflect the authorization for an aide to help me read & write. Also, answer this question: Why do you not want me to have the help that I need to keep me on par with the other inmates?

*P.S. I had to find someone to write this grievance for me. If I had been given a helper, then this grievance would not be necessary.

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: 1-16-2010 | OFFENDER SIGNATURE | Mario Primavari |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: |
|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability |
| DATE: 1/20/10 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # N Goldsberry 10610 |
| Date ADA grievance sent to AIC: 1/21/10 |
| RESPONSE |

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE: Feb 20 - 2010 | OFFENDER SIGNATURE/PRINT NAME & DOC # Mario Primaveri 133502 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Jue
11/30/09

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 12/1/09   Case Manager: J. Cordova

Grievance Number: DFL09/10-054   STEP (Circle One) ① 2 3

RECEIVED DEC 01 2009 By ___

NAME: Mario Primiveri   DOC NO. #133502   FACILITY/UNIT/POD: FLCF/5/3

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

Request assistance with writing & reading per Accommodation Request. Resolution stating a need for OCA II Assistance. I need this due to head injury causing memory loss and comprehension problems.

Resolution: To receive assistance. Thank you

**TO BE COMPLETED BY OFFENDER:**
DATE: 12-1-09   OFFENDER SIGNATURE: Mario Primaveri 133502

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 12-1-09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: K Goldsberry / K Goldsberry #10610

Date ADA grievance sent to AIC: 12/1/09

**RESPONSE**

RECEIVED JAN 08 2010 FLCF By___

See Attached Response
Katie Baxter #2429
Acting AIC
12/29/09

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 12/8/09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Julianny Jacobsen 1429   RESPONSE DATE: 12/29/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 1-13-2010   OFFENDER SIGNATURE/PRINT NAME & DOC #: Mario Primaveri 133502

RECEIVED DEC 08 2009 Office of Correctional Legal Services

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

1-13-10

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

**Response to Step 1 ADA Grievance**
From:  Adrienne Jacobson, Legal Assistant, Designee
         Office of the AIC (ADA Inmate Coordinator)
Received Grievances: December 8, 2009
Sent Response:  December 30, 2009
Offender Name:  PRIMAVERI, MARIO
DOC No:  133502
Facility:  FLCF
Grievance Nos:  D-FL0910-054, D-FL0910-055, D-FL0910-057

---

**DISABILITY STATUS:** Per Accommodation Resolution dated October 8, 2009 you were determined **TO HAVE** a qualifying (hearing and lower extremity mobility disability. Per Accommodation Resolution dated October 8, 2009 you are a diabetic

---

**In the grievance referenced above, you allege the following:**
1. That you require the assistance of an OCA II to help you with writing and reading.
2. That you require a medical bed due to back and neck injuries.
3. That you have not received a vibrating watch.

**Requested Relief/Remedy:**
1a. An OCA II.
2a. A medical bed.
3a. A vibrating watch

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. Assignment of an OCA II for assistance with writing and reading was not recommended by the Chief Medical Officer and therefore is not included as an accommodation. You do require assistance obtaining your food tray while in the chow hall and, if you had an OCA II, they could provide that assistance, since you do not require an OCA II, other offenders in the dining room will assist you.
2. The office of the AIC does not recommend medical equipment. A medical bed is only available should you require placement in the special medical unit or infirmary. The decision as to whether you require such placement is clinical in nature and must be made by medical staff at your facility.
3. A vibrating watch was sent to your facility on December 9, 2009. You should receive it soon.

[Handwritten margin note: Yet, it is on the Resolution for an OCA II.]

**CONCLUSION:** This grievance is DENIED in part and GRANTED in part. It was not recommended that you have an OCA II for writing and reading assistance. You are to be given assistance obtaining your tray in the dining room if need be. This office cannot give you a medical bed. The determination as to whether you require placement in a special unit with medical beds is clinical in nature and must be made by medical staff at your facility. I have sent a vibrating watch to your facility. It was sent on 12/9/2009. The watch was sent directly to the property officer at your facility and will be placed on your property record and delivered to you as soon as it arrives.
**GRIEVANCE DENIED IN PART & GRANTED IN PART**

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☒

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☒
Date received by case manager: 12/08/09    Case Manager: J. Cardoza

Grievance Number C-FL09/10-085    STEP (Circle One) ① 2 3

| NAME Mario Primaveri | DOC NO. 133502 | FACILITY/UNIT/POD FLCF/5 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

**Nurse Refuses To Give Out Medication**

Yesterday, 12-23-2009, after the second (re-count) count cleared (1345 hours), "GP Insoline Medline" was announced. Myself and other inmates waited patiently for "GP Medline" to be called over the cell-house speakers. Later, cell-house 5, where I reside, was called to chow. While waiting for the elevator (about 5 minutes), the announcement over the PA stated, "GP Medline Closed." Arriving in the lobby I saw that the Med windows were indeed, closed. I talked to the nuses in medical about my plight, but she refused to give me my much needed medication unless a Corrections Officer vouched for me. Unable to get one to come down to medical to vouch that a mistake had been made in notifying inmates, I was forced to skip my medication. The nurse's unprofessionalism was completely uncalled for. By phone or radio she could have found out if my tardiness was legitimate or not. She perferred to have a negative attitude, with no regard to my medical needs. REMEDY--Medical personal could take a more pro-active attitude to the fulfillment of their responsibilities. Also, Master Control should make the facility-wide announcements instead of relaying them by radio to have the cellhouse controller to announce items they typically forget. Please post in writting.

**TO BE COMPLETED BY OFFENDER:**
DATE: 12-24-2009    OFFENDER SIGNATURE: Mario Primaveri

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical
DATE: 12/30/09    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Dorothy Pearcey

Date ADA grievance sent to AIC:

**RESPONSE:** Have not had any other concerns from other offenders that they did not hear the call that day. Medical is not responsible for making announcements to cell houses for movement.

Grievance Denied

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 1/5/10
RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: R Quick, RN III / R Quick, RN
RESPONSE DATE: 1/27/10

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 2-1-10    OFFENDER SIGNATURE/PRINT NAME & DOC #:

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1