92-CV-570-JLK

Judge, John Kane
U.S. District Court
901 19th Street,
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 9 - 2010

GREGORY C. LANGHAM
CLERK

Dear Judge, J. Kane

    I am also writing a letter to explain the Colorado DOC position or stance regarding the Americans Disability Act. And or, how they look at the Montez et al Remedial Plan. Its obvious from the recent answer I received regarding "health car appliances" under the agreements of the remedial plan.

As far back as of 2003 the DOC and its medical provider have been in non-compliance with all agreements and stipiulations. Mean time my disability has not improve, nor will it. I have been like this since 1963 when I first injured my knee. And over the years re-injured it. I went into the DOC with knee braces, and was issued new neoprene braces back in 1993 when I went through the Denver Diagnostic Center. And was issue a hinged brace at Arkansas Valley Correctional facility medical department. That was Order by the only expert who ever examined me in the DOC. Dr. Jacob Patterson. He wanted to give me some kind of surgery, called arthoscopic kneee surgery. But was denied by DOC medical providers. That is why I submit with this motion the exhibits from my medical record that I have had knee braces since I have been in DOC. Two times my knee braces have been taken away during shakedowns and never returned. I have rags for knee braces or old elastic knee braces. My knees are unstable and at times I am afraid to walk when they are burning or filled with pain. That is the only way i can explain.

The Medical provider just refuses to accommodate me with any knee braces or health care appliances pursuant to the agreements of both Remedial Plan and the Stipulations. I don't know what else to say, only that I hurt and fear because of the stance DOC staff shown. As well as medical, I am subjected to harassment and retaliation daily. And force to a top bunk or 2 or 3 tier. In which I can't climb stairs, putting all weight on one leg or knee at a time. That's when my knees really get unstable.

Also, I wanted to mention. That I have not sent any letters or copies of my last motion to class counsel. As Judge, Borcher indicated I should. Because class counsel has never written back, nor do they care. That is what I believe as well as all other class members I know. But I will send them copies of this last motion, if I can get copies. Its hard to get acces to the law library from this unit 1. Its just like punitive segregation-we are on contant lockdown. And law library is not open for us like other units. Please consider this information and exhibits of medical records-regarding knee braces and the recent grievance as to DOC's stance on ADA.

date February 5, 2010                          Respectfully

                                                   Ronald Corbone
                                                   57350