IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

      The February 9, 2010 "Motion for Relief and to Enforcement [sic] of Montez Remedial Plan" (Doc. 4288)  filed by class member Ronald Cordova is DEEMED a "Declaration" re Compliance/Noncompliance rather than an independent Motion, and is referred to counsel.
_____

Dated February 10, 2010.


Service of this Order shall be made by NEF and by U.S. Mail to

Ronald Cordova