IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Ronald L. Cordova)

    Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

    Defendants.

---

ORDER re OBJECTION (Doc. 3755) TO SPECIAL MASTER FINAL ORDER DATED
JUNE 25, 2008 (Doc. 3478)

---

Kane, J.

    This matter is before me on Claimant Ronald Cordova's Objection to the Special Master Final Order Dated June 25, 2008 (Doc. 3755). This Objection is separate from his Objections related to the Special Master's December 22, 2008 Order, regarding which I have ordered further briefing. *See* 2/10/10 Minute Order (Doc. 4289). I have reviewed the Special Master's Final Order and Mr. Cordova's Objection, and AFFIRM the Special Master. Mr. Cordova has simply failed to demonstrate the Special Master's findings and conclusions were the result of any abuse of discretion, which is the standard of review under the Plan.

    Having said, that, however, I note Mr. Cordova has established membership in the Montez class as being mobility impaired, and has since been diagnosed with diabetes. While he has not demonstrated entitlement to *damages* or other specific relief under Section XXXII of the Montez Remedial Plan, he remains a member of the class who will benefit from ongoing efforts by class counsel to compel and ensure DOC compliance with the needs of disabled inmates. As

such, his Objection (Doc. 3755) is alternatively DEEMED a "Declaration" re Compliance/Noncompliance and is REFERRED to class counsel for consideration at the June 7, 2010 Compliance hearing (Doc. 4283).  The hearing is set to commence at 9 a.m. Monday, June 7 and will continue for four weeks or until completed.  Mr. Cordova is also free, as the Special Master said, to pursue any Eighth Amendment claims for deliberate indifference to serious medical needs in an independent action under 42 U.S.C. § 1983.  Of course, I express no view on the merits of such an action.

Dated February 10, 2010.                              **s/John L. Kane**
                                                     SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Ronald Cordova.