IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Edmund Lloyd Herrera, #76006, Claim 03-307)

Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

Defendants.

ORDER OVERRULING OBJECTION (**Doc. 3606**) TO 3/28/08
FINAL ORDER OF SPECIAL MASTER (**Doc. 3345**)

Kane, J.

This matter is before me on Claimant Edmund Lloyd Herrera's Written Objection to Final Order of Special Master (Doc. 3606).  Mr. Herrera objects to the Special Master's determination, based on testimony and other evidence received at the October 22, 2007 hearing, that Herrera had failed to prove he was either mobility or vision inpaired under the terms of the Montez Remedial Plan.  My review under that Plan is for abuse of discretion.  While it is clear, as the Special Master found, that Mr. Herrera has medical problems involving his feet, knees, low back and shoulders, there is no basis in the Objection or otherwise to conclude the Special Master's further determination that these problems were not substantially limiting was an abuse of discretion.

Mr. Herrera's Objection is OVERRULED and the Final Order of the Special Master (Doc. 3345) is AFFIRMED.

Dated February 10, 2010.    **s/John L. Kane**
                             SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Edmund Lloyd Herrera