IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Kenneth Garcia, Sr. (Deceased), by Kenneth Garcia, Jr. as next of kin)

Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

Defendants.

---

ORDER OVERRULING OBJECTION (**Doc. 3607**) TO 7/14/08
FINAL ORDER OF SPECIAL MASTER (**Doc. 3345**)

---

Kane, J.

This matter is before me on Kenneth Garcia's Objection to Final Order of Special

Master (Doc. 3607).  Garcia filed a claim under Section XXXII of the Montez Remedial

Plan as heir and next of kin of his father, Kenneth Garcia, Sr., who died while serving an

Oklahoma sentence after years of incarceration in Colorado.  The elder Garcia had

been ill for many years, and the son claimed the father died as a result of the DOC's

failure to provide him with dialysis.  Assuming for the sake of the son's claim that this

was true, the Special Master engaged in a thoughtful analysis of why the son's claim

challenging the quality of his father's care could not be adjudicated under the Montez

Remedial Plan.  There being no basis in Garcia's Objection for a determination that the

Special Master's findings of fact or conclusions of law constituted an abuse of discretion,

the Objection is OVERRULED and the 7/14/2008 Final Order of the Special Master

(Doc. 3496) is AFFIRMED.

Dated February 10, 2010.                    **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Kenneth Garcia, Jr.