IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Santos Romero, Jr., Claim # 03-420)

Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

Defendants.

---

ORDER OVERRULING OBJECTION (**Doc. 3777**) TO
FINAL ORDER OF SPECIAL MASTER (**Doc. 3255**)

---

Kane, J.

Claimant Santos Romero's Objection to Final Order of Special Master (Doc.

33255) is OVERRULED.  Mr. Romero objects to the Special Master's determination,

based on testimony and other evidence received at his October 17, 2007 hearing, that

Santos had failed to prove he mobility impaired and therefore not entitled to relief under

Section XXXII of Montez Remedial Plan.  My review of the Special Master's findings

and conclusions under the Plan is for abuse of discretion.  Mr. Romero's Objection

provides no basis for a determination that the Special Master's findings were the result of

an abuse of discretion.  The Final Order of the Special Master is AFFIRMED.

Dated February 11, 2010.                    **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Santos, Romero, Jr.