IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Gerald Hammond, Claim # X-267)

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

ORDER re CLAIMANT'S OBJECTION (**Doc. 3746**) TO SPECIAL
MASTER'S 7/16/08 ORDER OF DISMISSAL (**Doc. 3523**)

Kane, J.

Claimant Gerald Hammond's Objection of the Special Master's July 16, 2008 Order of Dismissal, which is construed as an Appeal under the Montez Remedial Plan, is **OVERRULED**. Hammond acknowledges the Plan was entered as a result of a settlement between the State and class counsel in August 2003 and provides a limited right of action for then-disabled inmates to pursue individual claims under its Section XXXII. Hammond acknowledges he did not come into DOC custody until November 2007 and that he is therefore not a member of the class for whom the Section XXXII claims benefits were negotiated. Mr. Hammond's objection is simply that he is disabled, and should be allowed to pursue a claim under the Plan anyway.

While the continued expansion of the Montez class to include new inmates and new claims for individual relief under the terms of the 2003 settlement undermines the viability of this case as a class action, the question of whether and how new claims may continue to accrue

until the DOC is deemed to be in "substantial compliance" with the settlement's terms remains an open one.  *See* 12/16/09 Rep. and Rec. of Special Masters (Doc. 3471).  A four-week hearing on the Substantial Compliance question is set to commence on June 7, 2010.  Until then, the claims of Mr. Hammond and other non-class members are DENIED without prejudice to their being renewed, if appropriate, after the June 2010 Compliance Hearing.   In the meantime, Mr. Hammond is free to pursue an independent action on his own behalf under the ADA or 42 U.S.C. § 1983.

Dated February 11, 2010.                                  **s/John L. Kane**
                                                                         SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Gerald Hammond