IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Matthew Tazio Redmon)

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

---

**ORDER re OBJECTION (Doc. 3587) TO SPECIAL MASTER'S 8/11/08 ORDER DENYING CLAIM C-007 (Doc. 3554)**

---

Kane, J.

      This matter is before me on Claimant Matthew Tazio Redmon's Objection (Doc. 3587) to the Special Master's Order dated August 11, 2008 (Doc. 3554).  The Special Master's Order was less a ruling on a specific disability discrimination claim as contemplated by Section XXXII of the Montez Remedial Plan than an effort to explain to Mr. Redmon, who was not incarcerated at the time the Plan was executed and whose claims seek to enforce and otherwise compel the the DOC's compliance with Plan obligations, why he is not entitled to pursue individual claims for such relief.  The Order is substantive and on point, and I **ADOPT** it as an Order of the Court. There being no basis in Mr. Redmon's Objection to discern any abuse of discretion on the part of the Special Master, the Objection is **OVERRULED**.

      As the Special Master explained, enforcement and compliance efforts are the responsibility of class counsel, and those efforts are ongoing.  Several of Mr. Redmon's numerous and repeated filings in this matter have already been referred to counsel for the class

and the DOC for consideration and use in those efforts, including the upcoming Compliance Hearing currently set for four weeks in June 2010.  *See* Order dated Feb. 8, 2010 (Doc. 4282)(referring related Redmon filings to class counsel as they relate solely to general compliance issues and denying claims premised on expansion of Montez class without prejudice to their being asserted after June 2010 compliance hearing, if appropriate).   Based on my review of Mr. Redmon's filings and my Orders related thereto,

**IT IS FURTHER ORDERED** that Mr. Redmon shall file no further *pro se* motions, claims, letters, notices, statements or other requests for relief on issues related to enforcement or to individual claims he purports to have under the Montez Plan until after the June 2010 hearing, and only then with leave of the Court upon a proper showing made.  Upon receipt of any filings from Mr. Redmon, the Special Master **SHALL REVIEW** them and **REFER** those deemed relevant to the compliance issues to class counsel, and **DENY/STRIKE** any others with leave to refile, if appropriate, after the June 2010.

Dated February 12, 2010.                                    **s/John L. Kane**
                                                                                SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Matthew Tazio Redmon