92-cv-00870-JLK

ADA GRIEVANCE
STEP TWO
D-FL09/10-066

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2010

GREGORY C. LANGHAM
CLERK

Mario Primaveri   #133502
Fort Lyon Corectional Facility
2-9-2010

## Denial of ADA Accomomdations--Carrying Food Tray --Step Two

See Step-1 for background. The response to the step-one has not addressed the main topic of the ADA Grievance. Refer to title.."**DENIAL**". My ADA Accommodation, as ordered by the Ofice of the AIC, was denied by Corrections Officer Ms Hasui. She made a medical decision when she decided that I could use both hands on my walker and carry a food tray at the same time. Furthermore, her decision to move me to the next wing to eat after I was already at an empty table, was not only draconian, but asinine.  This grievance was filed in a timely manner and received by the AIC office on Jan. 5th. The camera footage could have been retrieved. However, there is no need for the Dec. 26th footage. Any footage on any day will verify.  The response statement that I was not approved for an OCA II is wrong. See quote from current Accommodation ("your OCA II"). I did not have an OCA II at the time, but now one has been assigned to me on  Jan. 18th, 2010. Three months after the Accommodation was issued.
**REMEDY:**  See Step-one.



*Send to Judge Kane*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes X No □

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes X No □
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes X No □
Date received by case manager: 12/30/09 Case Manager: V. Cordova

Grievance Number D-FLC09IO-066          STEP (Circle One) ① 2 3

RECEIVED  ... 0 2009

| NAME Mario Primaveri | DOC NO. 133502 | FACILITY/UNIT/POD FLCF/5 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: **Denial of ADA Accommodation--Carrying Food Tray**
At lunchtime on Dec. 26th, 2009, I received my food tray from the serving window and placed it on the empty table that was 6 feet away in order to sit down and eat at that table. However, Corrections Officer Ms Hasui, told me that I had to eat in the chow hall on the other side, about 100 feet away. I explained to her that I could not because I needed both hands for my walker. She said, "No, you can do it." The kitchen helpers were no where to be seen because they are usually sitting down at a table, visiting with their friends. I pleaded with her again and she said, "Get over there." I was about to leave without eating when an inmate came from several tables over, who had heard the exchange. He carried my food tray for me and I was able to eat. It is obvious that I use a walker and need both hands. My Accommodation Resolution reads: Mobility #11: ASSISTANCE WITH CARRYING AND DISPOSING OF FOOD TRAY CONTENTS BY YOUR OCA II or offenders assigned as dining room workers. Dining room workers are hardly ever on hand to do their job, as seen by all C/O's in the dining room, and I have no OCA II assigned to me. **REMEDY:** Ms Hasui should not be working a position where any kind of ADA decision is made. Also, I need an OCA II and the dining room helpers need to start working.

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 12-28-2009 | OFFENDER SIGNATURE Mario Primaveri |

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: disability
DATE: 12.30.09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Helen Comparoni 10609

Date ADA grievance sent to AIC: 12.30.09

**RESPONSE**

RECEIVED FEB 05 2010 FLCF

See Attached Response
Katie Baxter #2429
Acting, AIC
1/26/10

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 1/5/10 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: 1/26/10 |

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 2-8-2010   OFFENDER SIGNATURE/PRINT NAME & DOC # Mario Primaveri 133502

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
2-8-10                    Attachment "A"
                          Page 1 of 1

**RECEIVED**

JAN 05 2010

Office of Correctional
Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

**Response to Step 1 ADA Grievance**
From:  Adrienne Jacobson, Legal Assistant, Designee
           Office of the AIC (ADA Inmate Coordinator)
Received Grievance: January 5, 2010
Sent Response: January _27_, 2010
Offender Name: PRIMAVERI, MARIO
DOC No: 133502
Facility: FLCF
Grievance No: D-FL0910-066

**DISABILITY STATUS: Per Accommodation Resolution dated October 8, 2009 you were determined TO HAVE a qualifying hearing and lower extremity mobility disability and you ARE diabetic.**

**In the grievance referenced above, you allege the following:**
1. That you had no one available to carry your tray from one side of the dining hall to the other because the "kitchen helpers" were sitting visiting with their friends as ususal.

**Requested Relief/Remedy:**
1a. You want an OCA II and for the dining room workers to start working.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1.  I have been unable to substantiate your claim because the date you allege the incident occurred 12/26/2009 is too long ago to be retrieved by camera.

2. Assuming that your allegation is true, the food services supervisor has been informed that the dining room assistants must be available to assist with trays and should not be visiting with friends during meals.

**CONCLUSION:**
This grievance is DENIED, in part, and GRANTED, in part, based on the information above. You have not been approved to receive an OCA II, therefore I will not be assigning one to you, however, I have reminded the food service supervisor that the dining room assistants must be available to assist in carrying trays and I anticipate that this reminder will remedy the issue.

**GRIEVANCE DENIED IN PART & GRANTED IN PART**

Amel Olier #141456 was assigned as Primavari's OCA II on Jan. 18, 2010.
Number eleven under "Mobility" on the current Accommodation Resolution says, "... your OCA II..."