IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the letter of Claimant filed with the Clerk on February 9, 2010. Claimant has filed also a motion for relief and enforcement.

    On February 8, 2010, Judge Kane ruled on a number of pending motions, including several filed by Claimant. In that order, Judge Kane ruled that systemic issues are to the handled by class counsel. Individual claimants cannot pursue *pro se* any motions dealing with the overall provisions of the Remedial Plan. In other words, Claimant and other members of the class are represented by class counsel and must pursue systemic issues through class counsel.

    Judge Kane left open the issue of whether additional individual claims may be pursued by claimants for something that has occurred since August 27, 2003. Judge Kane has that issue under advisement. Further action on the documents filed by Claimant will be taken only after Judge Kane rules on this issue.

    IT IS HEREBY ORDERED that Claimant's documents will be accepted for filing and will be treated as requests for individual relief; and

    IT IS FURTHER ORDERED that all of the filed documents will be held in abeyance pending resolution of the jurisdictional issue.

    SIGNED this 12th day of February, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master