Case 1:92-cv-00870-CMA-MEH   Document 4311   Filed 02/12/10   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number X-381
Category: Untimely Filed Claim
Claimant: Thomas D. Tillery, #132387
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on a letter submitted by Claimant. *(#4303)* This letter was written by Claimant to the Office of the AIC in DOC. This document will be filed and held in abeyance pending the ruling of Judge Kane concerning claims being filed after August 23, 2003.

IT IS HEREBY ORDERED that Claimant's letter will be held in abeyance pending a determination of the jurisdictional issue

SIGNED this 12th day of February, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master