IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number X-388
Category: Untimely Filed Claim
Claimant: Mario Primaveri, #133502
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER
---

      THIS MATTER comes before the Special Master on the additional documents filed on behalf of Mario Primaveri with the Court on February 12, 2010. (*#4304*). The documents will be held in abeyance.

      IT IS HEREBY ORDERED that the additional documents filed by Claimant will be held in abeyance pending the filing of a claim.

      SIGNED this 12th day of February, 2010.

                                              BY THE COURT:

                                              */s/ Richard M. Borchers*

                                              _____
                                              Richard M. Borchers
                                              Special Master