IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

RECEIVED APR 24 2009

CLAIM NO. X-351

CATEGORY NO. III

## INITIAL CLAIM FORM FOR DAMAGES

Name of Claimant: Allen Fistell    DOC No. 63253

Mailing Address of Claimant: Fort Lyon Correctional Facility, P.O. Box 1000, Ft. Lyon, CO 81038-1000

Dates incarcerated? 11-04-93 to this date.

When is your expected release date? some where in mid 20017

Please check area in which you have a disability:

- ☒ Mobility impaired
- ☐ Hearing impaired
- ☐ Vision impaired
- ☐ Diabetic

Describe each disability and how it affects your life. If you have more than one disability, describe each disability separately (You may use additional pages, if necessary): See attached

**EXHIBIT A**

*DO NOT FORWARD THIS CLAIM FORM TO THE CLERK OF*

_____
_____
_____
_____
_____
_____
_____

Please describe how you believe that you were discriminated against by the Colorado Department of Corrections (You may use additional pages, if necessary): **See attached**
_____
_____
_____
_____
_____
_____
_____
_____

Please describe the harm caused to you because of discrimination by the Colorado Department of Corrections (You may use additional pages, if necessary): **See attached**
_____
_____
_____
_____
_____
_____
_____

Signed this _21st_____ day of _April, 2009_____, ~~2004~~.

_____[signature]_____
Claimant

This initial claim form must be mailed to the following Special Master at the following address:

**Hon. Richard M. Borchers
Special Master
Legal Resolution Center
7907 Zenobia Street
Westminster, CO 80030-4444**

*This Claim must Be Filed with the Special Master
Within 90 Days of the Receipt of the Form by the Claimant.*

*DO NOT FORWARD THIS CLAIM FORM TO THE CLERK OF
THE UNITED STATES DISTRICT COURT*

**Describe each disability and how it effects your life. If you have more than one disability,...**

I have severe back problems which cause lower mobility problems with my legs. I have had four back surgeries, and now have a (SCS) Spinal Cord Stimulator implanted which helps control the pain in my right leg, but does nothing for the pain in my left leg. The SCS was implanted in 2001 or 2002, because of nerve damage (siatica) caused by degenerative disk disease and bulging disks. I am being evaluated for another surgery on my back to help with the problems with my left leg, which will allow the SCS to help the pain in my left leg. The SCS only helps to reduce the pain and does not cure my permanent disability, but allows me to walk with the use of a cane, most of the time. At times I need to also use a Williams Back Brace (ordered by Dr. Koons the Nero Surgeon who did my back surgeries), Canadian Crutches or a wheelchair. At all times I must use at least the SCS and my cane to walk.

**Please describe how you believe that you were discriminated against by the Colorado Department of Corrections....**

I was working at Office Equipment Repair and fired from my job because of the need to ware Tennis Shoes (due to my disability). The shop was out the back gate at FCF, however it was still within the two fence perimeter. There was a blanket policy written that didn't allow anyone out the back gate wearing tennis shoes, or orthopedic shoes regardless of their disabilities. I went through the full grievance process and was denied. Note:I had worked at OER for many years prior to this policy wearing Tennis Shoes with no problem. The discriminatory action was removing my from my employment at OER because of my need to wear tennis shoes due to my disability.

In 2005 FCF removed the handrails from my cell (around the toilet). These handrails were put in specifically for me years before. They were in fact moved from cell to cell when I was moved. I filed a request for accommodation in 2005 after the toilet rails were removed, but was found not to have a "qualifying mobility disability," as per the Remedial Plan. I filed grievances to no avail.

In November of 2008 FCF removed the handrails from the showers. I wrote to Warden Hartley and the Attorney General regarding this and the response from the Warden was "I would be rescreened for the ADA very soon." I was rescreened and removed from FCF and sent to FLCF on an ADA transfer. The discriminatory action by the DOC was the removal of the handrails both toilet and showers without concern for my safety, health and well-being.

The discrimination has now been taken new heights since being transferred to FLCF on an ADA move. I have now had important durable medical equipment taken from me which further impairs my ability to function even close to the level of other inmates. i.e.: Williams Back Brace, Canadian Crutches, Wrist Brace, Heating Pad, Medical Mattress, and Wheelchair, etc. Also of my personal property such as: 1 set of double twelve Dominos (which were destroyed by FLCF and they are refusing to replace), Wash Cloth, Bowls, (they have agreed to replace the wash cloth and bowls).

**Please describe the harm caused to you because of the discrimination....**

1.

I have lost jobs, been refused employment, been physically hurt (during falls), had personal property destroyed (which the DOC is refusing to replace in most cases) and have not been able to fully participate in numerous programs i.e.: Yard, Gym, Religious Programs, Library, Meals, etc. During a rescreening by Dr. Wermers in March of 2009 I was physically abused or assaulted by Dr. Wermers during said ADA screening.

**Answer to questions in order of Special Master.**

1. 1989.

2. 2003-2004 (Tennis Shoes) continued until I was moved from FCF in 2008. Removal of handrails around toilet in 2005, removal of handrails in showers 2007.

3. I did not agree with the Montez Remedial Plan, I felt that it violated State Law C.R.S. 9-5-101 thru 105. I had concerns that if I participated in the Montez Settlement that I would end up losing more rights, which is exactly what has happened. I am now forced by the increasing discrimination to file the Motion for Order to Comply with Remedial Plan, and now this claim as recommended by this court. I did not file with the Court until the issues at FCF and FLCF became so overwhelming and intolerable that I was forced to finally file the motion with the court to comply in 2009. I put up with the discrimination to the best of my ability, until I could no longer properly function, at all.

4. I have been in the DOC from 11-04-93 until this date.

2.