```
= INMATE SCHED ======== QUERY OFFENDER PROGRAMS ========== 06/05/2009 = Page   1
Doc No: 63253   Name: FISTELL, ALLEN I                FLCF/BLDG5 PRES FACIL

Current Custody Level: MINIMUM RESTRICTIVE

 Status    Facility   Program                           Start Date End Date
 --------  ---------- --------------------------------- ---------- ----------
 MPS/ASGN  FT LYON    MAINTENANCE 6 - GEN MAINT         05/19/2009
 MPS/HIST  FT LYON    UNA-KD                            03/17/2009 05/18/2009
 MPS/HIST  FT LYON    CH5 OWLP PROGRAM                  02/04/2009 03/16/2009
 MPS/HIST  FT LYON    UNA-KD                            12/23/2008 02/03/2009
 MPS/HIST  FT LYON    UNA-INTAKE                        12/18/2008 12/22/2008
 MPS/HIST  FREMONT    UNA AVAILABLE                     09/26/2008 12/18/2008
 MPS/HIST  FREMONT    UNA 60 DAYS                       07/02/2008 09/25/2008
 MPS/HIST  FREMONT    LIBRARY                           09/04/2007 07/01/2008
 MPS/HIST  FREMONT    U 3                               08/23/2005 09/03/2007
 MPS/HIST  FREMONT    UNA AVAILABLE                     06/13/2005 08/22/2005
 MPS/HIST  FREMONT    U 3                               12/25/2003 06/12/2005
 MPS/HIST  FREMONT    U3 GAJ UNA                        12/24/2003 12/24/2003
 MPS/HIST  FREMONT    VOC EQUP REPAIR/ELECTRONIC        02/16/2000 12/23/2003
 MPS/HIST  FREMONT    VOC EQUP REPAIR/ELECTRONIC        12/17/1999 02/15/2000
 MPS/HIST  FREMONT    U3 GAJ UNA                        12/15/1999 12/16/1999
 MPS/HIST  FREMONT    U 3                               02/17/1999 12/14/1999
 MPS/HIST  FREMONT    U3 DJM UNA                        02/10/1999 02/16/1999
 MPS/HIST  FREMONT    U 3                               07/03/1998 02/09/1999
 MPS/HIST  FREMONT    U4 DGM UNA                        07/02/1998 07/02/1998
 MPS/HIST  FREMONT    VOC COMPUTER                      02/21/1998 07/01/1998
 MPS/HIST  FREMONT    U4 DGM UNA                        11/19/1997 02/20/1998
 MPS/HIST  FREMONT    U4 DGM UNA MED                    07/09/1997 11/18/1997
 MPS/HIST  FREMONT    U4 DGM UNA                        05/21/1997 07/08/1997
 MPS/HIST  FREMONT    UNA AVAILABLE                     05/01/1997 05/20/1997
 MPS/HIST  FREMONT    UPCOMPUTERS                       09/06/1996 04/30/1997
 MPS/HIST  FREMONT    UNA AVAILABLE                     09/05/1996 09/05/1996
 MPS/HIST  FREMONT    HOUSEKEEPING II                   01/16/1996 09/04/1996
 MPS/HIST  FREMONT    PM HOUSKEEP/JANITORIAL            01/16/1996 06/01/1996
 MPS/NOAC  FREMONT    FURNITURE SHOP                    07/11/1996
 MH/HISTR  BUENAVISTA ASSERTIVENESS TRAINI              01/31/1994 03/02/1994
 MH/HISTR  BUENAVISTA ANGER MANAGEMENT                  03/16/1994 07/27/1994
```

