IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number X-375
Category: Untimely Filed Claim
Claimant: Gregory D. Thomas, #48283
Address of Claimant: DRDC, P.O. Box 392004, Denver, CO 80239

---

### ORDER TO SHOW CAUSE OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim pursuant to Article XXXII of the Remedial Plan and checked the box for diabetes. A order was issued by the Special Master requiring that Claimant submit a supplemental form for diabetes and that he provide additional information by answering the following three questions:

    1. When did Claimant become disabled? -- 2000
    2. When was Claimant subjected to discriminatory treatment by DOC staff and employees? 2005
    3. Why has Claimant waited to file his claim? was told by Att of Montes to file the claim. I was under the impression that I was atmaticly covered by the law firm of King Gree

    Claimant has not responded to the previous order. The Special Master cannot process the claim until the information is provided. Claimant will be given an opportunity to indicate why the claim should not be dismissed.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **October 24, 2009** in which to show cause why his claim should not be dismissed for failure to comply with the order of August 21, 2009.

    SIGNED this 2nd day of October, 2009.



EXHIBIT A

Reason why claim should not be dismissed

① Client only has access to Law library once a month

② Client is also a Dialisis Patient he was transfered to the Hospital and Hospitalized 7-13-09 till 9-16-09.

③ At that time Client Acknowledge the due date of the Order was already exspirered and the Claim was Almost done but wasn't.