IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.                                  CLAIM NO. X-386

    Defendants.                                CATEGORY NO. Untimely Filed Claim

ACTUAL AND CONSTRUCTIVE NOTICE
**REVISED CLAIM FORM FOR DAMAGES**

Name of Claimant: James M. Spencer    DOC No. 141306

Mailing Address of Claimant: James Spencer #141306
Sterling Correctional Facility
P.O. Box 6000,
Sterling, Colorado 80751

During what time periods have you been incarcerated in DOC? From May, 8 2009 to present

When is your expected release date? November 2014

Please check the area/s in which you have a disability:

☐ Mobility impaired    ☐ Hearing impaired    ☐ Vision impaired    ☑ Diabetic

On what date do you believe that you became disabled? Sence I've been at S.C.F. May 29, 2009

Describe each disability and how it affects your life. If you have more than one disability, describe each disability separately (You may use additional pages, if necessary): In type II diabetes and, have a hard time keeping my blood sugar level low. When all the food CDoc feeds me has high levels of starch which only allows me to eat olny a small portion of most food served. There is no "Diabetic Diet" only what everyone else eats. I also get blisters on my feet from Doc shoes. They don't whant to give my soft soul shoes to me..

***DO NOT SEND THIS CLAIM FORM TO THE CLERK OF THE U.S. DISTRICT COURT***


EXHIBIT B

So when I walk to get exercise to bring my blood sugar down my feet get blisters, which sometimes take weeks to go away and heal.

On what date/s were you the victim of discrimination prohibited by the ADA and Rehabilitation Act? In June of 2008 on or about June 24 2008 1st time DOC rejected me from getting shoes.

Please describe how you believe that you were discriminated against by the Colorado Department of Corrections (You may use additional pages, if necessary): Willful failure to obey the law and continues to aid and abet a conspirsey via the utilization of fraud and entrapment to deprive me of my right to be treated with dignity and respect and to have meaningful medical treatment. After I filed Grievance forms they have completly ignored my medical needs no matter how much pain or how bad my problem was.

Please describe the harm caused to you because of discrimination by the Colorado Department of Corrections (You may use additional pages, if necessary): The State has forced under threat, duress and coercion a power-of-Attorney over me, my property and my meaningful medical treatment by the use of Fraud and thereby causing further damage and injury, to wit: pain undew suffering stress + strain by not carring for medical needs when it was needed.

Why have you waited to file your claim? Have not filed until now due to the Colorado Dept. of Corrections lack of full disclosure and willful concealment of facts regarding ADA issues

I hereby swear or affirm that all of the statements made in this claim form are true and accurate to the best of my knowledge.

Signed this 21 day of December, 2009.

_____
Claimant

This revised claim form must be mailed to the Special Master at the following address:

Hon. Richard M. Borchers, Legal Resolution Center,
7907 Zenobia Street, Westminster, CO 80030-4444

This claim form must be filed as soon as possible, but in no event later than a date set by the Special Master.

**DO NOT SEND THIS CLAIM FORM TO THE CLERK OF THE U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number **X-386**
Category: Untimely Filed Claim
Claimant: James M. Spencer, #141306
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the claim form of James M Spencer. Claimant alleges that he is diabetic.

On September 1, 2009, Judge John Kane held a hearing on all aspects of this case. Included in the hearing was a discussion concerning the filing of new claims. Judge Kane has directed that Defendants respond to any new claim if they believe a claimant does not fall within the class. If any objection is filed, class counsel will be given an opportunity to respond. A determination will be made on any objection by the Special Master, subject to an appeal to Judge Kane.

Defendants will be given an opportunity to file an objection to the claim of James M. Spencer. Class counsel and Claimant will be given an opportunity to file any response they may have to the objection of Defendants.

IT IS HEREBY ORDERED that Defendants are granted up to and including **January 25, 2010** in which to file an objection to the processing of the claim of James M. Spencer; and

IT IS FURTHER ORDERED that class counsel and Claimant will be granted up to and including **February 16, 2010** in which to file any response they may have to any objection of Defendants.

SIGNED this 8th day of January, 2010.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 8th day of January, 2010 to the following:

Mr. James M. Spencer
#141306
SCF
P.O. Box 6000
Sterling, CO 80751

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

Susan L. Carter