**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

**STATE SERVICES BUILDING**
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

August 8, 2008

Judge Richard Borchers
Legal Resolution Center
7907 Zenobia St.
Westminster, Co. 80030

RE:   latest phone conference

Dear Judge Borchers:

Our recent telephone call concerned the status and future activities regarding offenders who have filed requests for damages recently. It is my understanding that there are seven of these hearings currently set: Darryl Atteberry, Robert Whitaker, Raymond Goodloe, Cleotis Lewis, Darren Chandler, Brenda Mumford, and George Marin. Scott Newcomb failed to appear at his hearing on July 11, 2008. We agreed in the telephone conference that in these cases, the Defendants may move to dismiss based on the issue of the offender's failure to show good cause for the delay in filing the claim.

With respect to future hearings in these types of situations, we agreed that a conference call could take place between counsel for the Defendants, the Special Master, and the offender regarding good cause for a late filing. The burden will be on the offender to show good cause. If he or she is unable to do so, the claim will be dismissed. If the Special Master finds good cause, the claim may proceed to hearing. Defendants or the offender may submit documents prior to the conference call to support their position; for example, offender profile printouts showing dates of incarceration and any documentation showing receipt of claim forms by inmates. Copies of documents submitted by the Defendants or the offenders will be mailed to the opposing party by the Special Master's office prior to the date of the conference call.

We also discussed the issue of whether the Special Masters would be required to revisit orders previously entered concerning the disability status of offenders. It is the position of the Attorney General's office that Judge Nottingham ruled on this question on Sept. 14, 2007 and held that these decisions would not be revisited.

It is the position of the Plaintiff Class's counsel that the question of whether the Special Masters should revisit decisions already rendered is still open. Counsel for the Plaintiff Class maintains the position that these decisions should be revisited and that this matter is a compliance issue to be determined by Judge Kane at the next compliance hearing.



EXHIBIT C

Page 2

Sincerely,

_Jennifer W Riddle for:_
PAULA GREISEN
King and Greisen, LLP
1670 York St.
Denver, Co. 80206
(303)298-9879
(303) 298-9879 (FAX)
Email: greisen@kinggreisen.com

ELIZABETH H. MCCANN
Deputy Attorney General
Civil Litigation and Employment Law Section
(303) 866-3261
(303) 866-5443 (FAX)
Email: beth.mccann@state.co.us

AG File:          DOCUMENT2