IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (Claimant Raymond D. Goodloe, #51437, Claim 03-445)

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

---

## ORDER re Doc. 4218 - DEFENDANTS' OBJECTION/APPEAL OF SPECIAL MASTER'S 10/30/09 ORDER (DOC. 4175)

Kane, J.

This matter is before me on Defendants' Objection (Doc. 4218) to the Special Master's Order Dated October 30, 2009 (Doc. 4175) regarding Claimant Raymond Goodloe. The Order concerned a Motion Goodloe filed as a follow up to the Special Master's earlier determination that Goodloe was mobility impaired within the meaning of the Montez Remedial Plan and the Special Master's Order that he be accommodated with soft soled shoes and an ankle brace while at DOC. *See* Final Order of the Special Master, dated March 6, 2009 (Doc. 3849). In his Motion, Goodloe complained that the shoes he received were not working and asked to be re-evaluated by an outside podiatrist or orthopedic specialist to determine whether the shoes and ankle brace he had been provided were appropriate. The Special Master granted Goodloe's request and Defendants object. I SUSTAIN the Objection.

No outside podiatrist or orthopedic evaluation is required in this case. Mr. Goodloe shall be RE-EXAMINED by a prison doctor and Defendants' SHALL COMPLY with that doctor's written directions. The October 30, 2009, Order of the Special Master (Doc. 4175) is VACATED.

Dated February 17, 2010.

>  **s/John L. Kane**
>  SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Raymond D. Goodloe, #51437.