```
                                                    FILED
                                            UNITED STATES DISTRICT COURT
                                                 DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO         FEB 17 2010
```

Civil Action No. 92-CV-00870-JLK

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ, et al.

Plaintiffs, as representatives of themselves and all other similarly situated,

v.

BILL RITTER, et al,

Defendants.

---

## MOTION FOR ENLARGEMNET OF TIME TO RESPOND TO ALL MOTIONS RECEIVED FROM U.S. DISTRICT COURT, JUDGE, JOHN KANE, AND HIS ORDERS, DATES:FEBRUARY 8,10, 2010

---

COMES NOW, the Plaintiff, Ronald Cordova, respectfully request an Order for enlargement of time to respond to all motions and oders from Judge, J. Kane and as for grounds states the following:

1. The Plaintif received four legal motions/orders from the U.S. District Court within the last week. And the Plaintiff wants to respond to each and every motion/order properly.

2. The Plaintiff, respectfully request at least 60 or more days to respond for the grounds that he has not been able to access the facility Law library, because its been closed the past 4 days he was approved for access. Plus, the Plaintif he been held in punitive lockdown since his arrival to this Facility as of February 10, 2009.

3. The Plaintiff is subjected to punitive condition and denied Equal Protection as similarly situated prisoners in Sterling Correctional Facility. And basically this is a result of his classification as a ADA inmate. Therefore, the Plaintiff is not able to access and respond as a general population inmates because of these condition.

THEREFORE, the Plaintiff, respectfully request 60 or more days to make a proper response to the Judge's recent motions and orders (Minute Order, 2-10-2010; Minute Order Re Special Master's December 22, 2008 Order DOC 3856 and related objections and filings; Order re pending Motions for Enforcement/Compliance with Montez Remedial Plan; Order re Objection (DOC 3755) to special master final order dated June 25, 2008 (DOC 3478). Plaintiff submit's the above facts, and Prays this Court will grant this motion, and or, an order the Plaintiif access the facility law library as other similarly situated prisoners.

Date February 14, 2010

Respectfully submitted

*Ronald Cordova*

Ronald Cordova, 57350