IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff shall respond to "Defendants' Motion to Order the Special Masters to Stay Individual Damages Claim Hearings Currently Set and Stop Setting New Hearings, Pending Judge Kane's Ruling on the Parties' Position Statements Regarding Report and Recommendation of Special Masters" (doc. #4317), filed February 17, 2010, on or before March 4, 2010.

Dated: February 17, 2010

Service of this order shall be made via NEF.