February 16, 2010

Civil Action No. : 92-CV-870-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 19 2010

GREGORY C. LANGHAM
CLERK

To the Clerk of the Court,

My name is Matthew Tazio Redmon. I am a member of the Plaintiff Class. My last communication wth representatives of the Court was dated November 21, 2009. This commmunication came to me from the Special Masters asssigned to the above named Action, the Honorable Borchers, Pringle and Davidson.

My address has changed, as follows :

## NOTICE OF CHANGE OF ADDRESS

The Movant is a member of the Plaintiff Class, as the Movant is a DEAF Colorado Department of Corrections Inmate, CDOC #140637 and wll remain the same until the date of November 2, 2011.

The Movant's address is changed to :

    Matthew Tazio Redmon
    3812 Anglers Lane
    Largo, FL.  33774

Thank you,

Matthew Tazio Redmon
3812 Anglers Lane
Largo, FL.  33774

02/16/2010

Matthew Perlman
3812 Anglers Drive
Largo, FL 33774

8023442300

U.S. District Court
901 19th St.
Room A 105
Denver, CO 80294-3589

TAMPA FL 336
SAINT PETERSBURG FL
19 FEB 2010 PM 6 T



USA FIRST-CLASS FOREVER