IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

___

Claim Number: 03-058
Category:  III
Claimant: Lawrence R. Warfield, #54622
Address of Claimant: 1707 Ascot Road, Colorado Springs, CO 8096

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on his own motion. Claimant has filed no further pleadings concerning payment. The Special Master will close the file, as payment has been made to satisfy the final order.

IT IS HEREBY ORDERED that this claim is closed, as there has been compliance with the final order.

SIGNED this 5th day of February, 2010.

BY THE COURT:

/s/ Richard M. Borchers

___

Richard M. Borchers
Special Master