IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Lawrence P. Handy, #44727, Dismissed Claim # 03-298)

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

---

### ORDER re Doc. 4054 - MOTION/OBJECTION TO SPECIAL MASTER'S FINAL ORDER DECLINING TO SET ASIDE INDIVIDUAL MONTEZ REMEDIAL PLAN SECTION XXXII SETTLEMENT

Kane, J.

This matter is before me on a filing by long-term DOC inmate Lawrence P. Handy's entitled "Motion Filing Under Federal Civil Procedure Rule # 52; Request to Set Aside and Suppress all Evidence of the Federal Hearing of April 20, 2009 and Order a New Hearing Under Federal Civil Procedure Rule #59 Due to the Outrageous Illegal Misconduct of the Courts" (Doc. 4054).  The filing relates to the Final Order on Motion to Set Aside Settlement signed by Special Master Borchers on April 28, 2009 (Doc. 3942).  The referenced settlement was of an individual claim Mr. Handy pursued, with the aid of an attorney, under Section XXXII of the Montez Remedial Plan.  Mr. Handy's attorney apparently negotiated a settlement on Mr. Handy's behalf for a sum certain, which was paid to and spent by Mr. Handy through his prison account.  As the Special

Master noted, Mr. Handy's complaints about his attorney's handling of his claim must be taken up with his attorney. My authority under the Plan to review Final Orders of the Special Masters on individual claims is limited to review of rulings on Section XXXII claims for an abuse of discretion, which does not appear here. The Objection/Appeal of the Final Order of the Special Master (Doc. 3942) is OVERRULED and the request for a new hearing is DENIED.

Dated February 22, 2010.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Lawrence P. Handy, #44272, CTCF #7.