IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Interested Party Terry Franklin, #55477, non-category untimely filed claim)

    Plaintiffs, as representatives of themselves and all others similarly situated,
v.

**BILL RITTER, et al,**

    Defendants.

---

**ORDER re Doc. 4060, OBJECTION/APPEAL OF
SPECIAL MASTER DECISION ON NON-MONTEZ ADA CLAIM**

---

Kane, J.

Interested party Terry Franklin appeals from the Special Master's June 8, 2009 Order dismissing his Montez Remedial Plan Section XXXII claim.  Franklin's claim was premised on his averred mental illness, and Mr. Franklin completed his claim form by checking and adding a box labeled "mentally impaired" to the vision, hearing and mobility disability categories already identified on it.  As Mr. Franklin explained to the Special Master, he has been denied treatment for his mental illness and says his hallucinations cause him to see and hears things bringing him within the auditory and vision impaired categories of claimants for which Plan Section XXXII provides a remedy.  The Special Master sympathized with Mr. Franklin – characterizing his concerns as "legitimate and real" – but explained the Montez Remedial Plan simply does not provide a remedy for his stated form of ADA disability.  Mr. Franklin may pursue a separate

lawsuit under the ADA, but his claims are not the sort covered by the Montez plan and he is therefore not a Montez class member.

The Special Master's dismissal of Mr. Franklin's claim was not an abuse of discretion and Mr. Franklin's Objection/Appeal is therefore OVERRULED.

Dated February 22, 2010.

s/John L. Kane  
SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Terry L. Franklin, #55477, CTCF, Cañon City, CO.