IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

MONTEZ, et al,

    Plaintiff,

v.

RITTER, et al,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 2 2010

GREGORY C. LANGHAM
CLERK

---

RECEIPT FOR FILE (Gustazo Osuna, 02-493)

---

Received by _Richard Boucher_, the following file in the above entitled action:

Claimant: GUSTAZO OSUNA (Claim No. 02-493)

_____
Deputy Clerk

2/22/10
Date

_____
Special Master

By: _____