

***LRC*** *Legal Resolution Center*

7907 Zenobia Street
Westminster, Colorado 80030
 303-426-7365
 303-426-7714 (FAX)
 1-888-881-7365 (Toll-Free)
 www.legalresolutioncenter.com

February 12, 2010

Ms. Wendi Copello
Deputy Clerk
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

    RE:   *Montez, et al. v. Ritter, et al.*
            **Civil Action No. 92-N-870 (JLK) (Consolidated for all purposes with Civil Action No. 96-N-343)**
            **Claimant: Gustazo Osuna, Claim #: 02-493**

Dear Wendi:

    On behalf of Special Master Borchers, I would like to request the temporary return of the above-referenced *Montez* claimant's file. In an Order issued today, Judge Kane vacated the 2005 Order of Dismissal, and referred Mr. Osuna's claim to the Special Masters for consideration. (To assist you in locating the file, Mr. Osuna's original claim was dismissed by Special Master Borchers on November 29, 2005). Please call our office when you have located the file, and someone will stop by to pick it up.

    We will return the file to the U.S. District Court as soon as possible. We appreciate your kind assistance in this matter. Please call me if you have any questions regarding this matter. Thank you.

Sincerely,

Susan L. Carter
Assistant to the Special Masters