IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al.*,

Defendants.

## DEFENDANTS' EMERGENCY MOTION TO STAY DAMAGES CLAIM HEARINGS

Defendants, through the Colorado Attorney General's office, submit the following Motion to Stay Damages Claim Hearings.

1.   The Special Masters issued Report and Recommendation relating to the jurisdiction of the Special Masters [Doc. No. 3741]. On March 5, 2009, this Court entered an Order Relating to Report and Recommendation of Special Masters [Doc. No. 3839]. Pursuant to that order, both parties filed their position statements concerning the jurisdiction of the Special Masters under the Remedial Plan to continue to allow individual inmates to seek relief from the Court [Doc. Nos. 3937 & 3939]. On September 1, 2009, a hearing was held before Judge Kane during which arguments were presented on this issue. The matter is currently pending before the Court.

2.   On February 17, 2010, Defendants filed their Motion To Order The Special Masters To Stay Individual Damages Claim Hearings Currently Set And Stop Setting New Hearings, Pending Judge Kane's Ruling On The Parties' Position Statements Regarding Report And Recommendation Of Special Masters [Doc. # 4317]. Specifically, Defendants requested a stay of individual damage claim hearings pending a ruling by

1

the Court on the jurisdiction of the Special Masters to continue to set damage claim hearings for untimely filed and otherwise improper hearings.

3. On February 17, 2010, this Court issued an Order requiring Class Counsel to respond to the Motion to Stay on of before March 4, 2010 [Doc. # 4230]. However, the Special Master has set damage claim hearings for February 25 and 26, 2010. Although the jurisdictional issue has not yet been ruled upon by Judge Kane, the Special Masters have continued to set damage claims hearings. They currently have eight (8) hearings set in February and March of 2010.

4. Because Plaintiffs' Counsel's response to the Motion to Stay is not due until March 4, 2010, Defendants request, at the very least, that the Court immediately stay the hearings set for February and March until such time as Plaintiffs' Counsel responds to the Motion To Order The Special Masters To Stay Individual Damages Claim Hearings [Doc. # 4317] and the Court rules on the Motion.

5. Defendants' counsel are diligently preparing for the upcoming compliance hearing. It is Defendants' position that the untimely and otherwise jurisdictionally improper damage claim hearings should not have been set. However, given that Plaintiffs' response is not due until after some of the hearings are to occur, the benefit of the stay will be lost if the currently scheduled hearings progress. Moreover, the State will have spent considerable time and resources for hearings that are jurisdictionally improper.[1] The hearings should not occur until the jurisdictional issue is resolved

---

[1] Examples of the improper nature of the hearings are set forth in Defendants' Motion To Order The Special Masters To Stay Individual Damages Claim Hearings Currently Set And Stop Setting New Hearings, Pending Judge Kane's Ruling On The Parties' Position Statements Regarding Report And Recommendation Of Special Masters [Doc. # 4317].

because any order issued without jurisdiction would be void. *See e.g. O'Connor v. The Florida Bar* 197 Fed.Appx. 741, 742 (10th Cir. 2006).

6. Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel certifies that he attempted in good faith to confer with Plaintiffs' counsel prior to filing this motion. Plaintiffs' counsel, while admitting that they do not represent individual damage claimants, oppose this motion.

WHEREFORE, Defendants respectfully request that the Court stay the damage claim hearings until such time as Plaintiffs respond to the Motion To Order The Special Masters To Stay Individual Damages Claim Hearings Currently Set And Stop Setting New Hearings, Pending Judge Kane's Ruling On The Parties' Position Statements Regarding Report And Recommendation Of Special Masters [Doc. # 4317] and the Court rules on the Motion.

Respectfully submitted this 22nd day of February, 2010.

        JOHN SUTHERS
        Attorney General

        s/ James X. Quinn
        ELIZABETH H. MCCANN*
        Special Assistant Attorney General
        JAMES X. QUINN*
        Senior Assistant Attorney General
        BERINA IBRIŠAGIĆ*
        Assistant Attorney General
        Civil Litigation and Employment Law Section
        Attorneys for Defendants
        1525 Sherman Street, 7th Floor
        Denver, Colorado  80203
        Telephone:  (303) 866-3261
        Facsimile:   (303) 866-3261
        E-mail:      beth.mccann@state.co.us
                        james.quinn@state.co.us
                        berina.ibrisagic@state.co.us
        *Counsel of Record

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 22nd day of February 2010, I electronically filed the foregoing with the Court using the MC/ECF system which will send notification of such filing to the following email addresses:

Special Masters

| | |
|---|---|
| Paula Greisen | Ed Ramey |
| Jennifer Riddle | Lara Marks |
| greisens@kinggreisen.com | Blain Myhre |
| riddle@kinggreisen.com | earamey@ir-law.com |
| | lmarks@ir-law.com |
| | bmyhre@ir-law.com |

            s/ James X. Quinn