IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Robert Blankenship, #52475,Claim 03-467)

      Plaintiffs, as representatives of themselves and all others similarly situated,
v.

**BILL RITTER, et al,**

      Defendants.

---

### ORDER re Doc. 4081, OBJECTION/APPEAL OF FINAL ORDER OF SPECIAL MASTER (Doc. 4018)

---

Kane, J.

DOC inmate Robert Blankenship appeals from the Special Master's June 26, 2009 Final Order dismissing his Montez Remedial Plan Section XXXII claim.  Mr. Blankenship suffers from epilepsy, and premised his claim on the assertion that the DOC has discriminated against him on the basis of his condition.  After an evidentiary hearing held June 19, 2009, the Special Master agreed Blankenship was denied a prison job and entry into a halfway house because of his epilepsy, which causes him to lose consciousness at unpredictable times, but concluded that in the absence of evidence demonstrating his epilepsy caused, or that he also suffered from, mobility or other impairments covered by the Montez Remedial Plan, he was without jurisdiction to afford Mr. Blankenship a remedy under Plan Section XXXII.

My review of the Special Master's decision under the Plan is for an abuse of

discretion. No abuse of discretion appears on the record before me. As the Special Master observed, the Montez Plan covers only four specific disability categories, none of which includes epilepsy. It is a contract, enforceable only as to those categories, and is not a separate or independent source of relief under the Americans with Disabilities Act (ADA). The Special Master also observed, correctly, that epilepsy can constitute an ADA disability, and Mr. Blankenship is free to pursue a remedy under the ADA in a separate action. The Special Master's ruling, which I affirm, is simply that he cannot do so under Section XXXII of the Montez Remedial Plan.

Mr. Blankenship's Objection/Appeal of the Special Master's Final Order (Doc. 4018) is OVERRULED, and the Final Order is AFFIRMED.

Dated February 22, 2010.

s/John L. Kane  
SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Robert Blankenship, #52475, FLCF, Ft. Lyon, CO.