IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Wiley A. Brown, #59211,Claim 03-462)

  Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

  Defendants.

---

### ORDER re Doc. 4193 OBJECTION/APPEAL OF FINAL ORDER OF SPECIAL MASTER (Doc. 4051)

---

Kane, J.

  DOC inmate Wiley Brown Robert Blankenship appeals from the Special Master's June 26, 2009 Final Order rejecting his claim under Section XXXII of the Montez Remedial Plan. After an evidentiary hearing held July 9, 2009, the Special Master determined Brown was mobility impaired within the meaning of Section XXXII, but did not establish he was discriminated against on that basis. The Special Master stated Brown's concerns about his medical care were "not frivolous," but were beyond the jurisdiction of the Special Master under *Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134, 1143 (10th Cir. 2005)(the ADA and Rehabilitation Act are not available for claims for substandard medical treatment). If Mr. Brown were able to establish that his medical treatment rises to the level of deliberate indifference to serious medical need, he might be entitled to pursue a separate action against the DOC under 42 U.S.C. § 1983.

Otherwise, the Special Master's finding that Brown had failed under the Montez Plan rubric to establish he was treated differently than a non-impaired inmate is binding on Mr. Brown unless, on review, I determine the finding constituted an abuse of discretion. On the record before me, I cannot.

Mr. Brown's Objection/Appeal of the Special Master's Final Order (Doc. 4193) is OVERRULED, and the Final Order (Doc. 4051) is AFFIRMED.

Dated February 22, 2010.

                                           **s/John L. Kane**
                                           SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Wiley Brown, #59211, CTCF Cañon City, CO.