IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Michael J. Haley, #105526,Claim 03-469)

Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

Defendants.

---

**ORDER re Doc. 4210, OBJECTION/APPEAL OF FINAL ORDER OF SPECIAL MASTER (Doc. 4144)**

---

Kane, J.

Claimant Michael J. Haley appeals from the Special Master's September 25, 2009

Final Order rejecting his claim under Section XXXII of the Remedial Plan.  After an

evidentiary hearing held on September 11, 2009, the Special Master determined Haley

was mobility impaired within the meaning of Section XXXII, but that he had failed to

establish discrimination on the basis of that impairment as of the August 27, 2003

effective date of the Plan. The Special Master observed Haley's complaints related

chiefly to the quality of his medical care and as such, were beyond the jurisdiction of the

Special Master under *Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134, 1143

(10th Cir. 2005)(the ADA and Rehabilitation Act are not available for claims for

substandard medical treatment).  Under the procedures established under the Montez

Plan, the Special Master's findings are binding unless, on review, I determine they

constituted an abuse of discretion.  On the record before me, no abuse of discretion is apparent.

Mr. Haley's Objection/Appeal of the Special Master's Final Order (Doc. 4210) is OVERRULED, and the Final Order (Doc. 4144) is AFFIRMED.  To the extent Mr. Haley's complaints reflect on the overall compliance by DOC staff with the training and treatment procedures established for the benefit of the Montez class of disabled inmates, they are referred to class counsel for review and consideration at the compliance hearing set to commence in June 2010.

Dated February 22, 2010.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Michael J. Haley, #105526, SCF Sterling.