IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Motion for Enlargement of Time (Doc. 4319), filed February 23, 2010 by Ronald Cordova, is **DENIED**. None of the Orders referenced requires any response from Mr. Cordova, who is represented by class counsel on issues related to the 3/31/08 Stipulation Regarding Status of Compliance (Doc. 3322-2).

Dated: February 23, 2010

Service of this order shall be made via NEF, and by mail only to Ronald Cordova.