IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

>Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

>Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendants' Emergency Motion to Stay Damages Claim Hearings (doc. #4328), filed February 22, 2010, is **DENIED**.

Dated:  February 23, 2010

Service of this order shall be made only via NEF.