| ADMINISTRATIVE REGULATION | REGULATION NUMBER 700-05 | PAGE NUMBER 1 OF 3 |
|---|---|---|
| | CHAPTER: Offender Health Services | |
| COLORADO DEPARTMENT OF CORRECTIONS | SUBJECT: Optometry Scope of Service | |
| RELATED STANDARDS: ACA Standards 2-CO-4E-01 | EFFECTIVE DATE: October 1, 2009 | |
| | SUPERSESSION: 10/01/08 | |
| | Aristedes W. Zavaras  Executive Director | |
| OPR: OCS | REVIEW MONTH: July | |

I. POLICY

It is the policy of the Department of Corrections (DOC) to **provide eye examinations, [2-CO-4E-01]** referrals, and corrective glasses to offenders.

II. PURPOSE

The purpose of this administrative regulation (AR) is to provide guidelines for optometry services and procedures for issuance of eyeglasses to offenders.

III. DEFINITIONS

   A. Contract Worker: Any person employed under contractual arrangement to provide services to the DOC: any person employed by private or public sector agencies who is serving under DOC special assignment to provide services or support to DOC programs. The employee/employer relationship lies with the contractor. All Department agreements are for a specified period and are renewable.

   B. DOC Employee: Someone who occupies a classified, full or part-time, position in the State Personnel System in which the Department has affect over pay, tenure, and status.

   C. Health Care Practitioner: A clinician trained to diagnose and treat patients, e.g., physicians, dentists, psychologists, optometrists, nurse practitioners, and physician assistants.

   D. Ophthalmologist: A physician trained as an eye specialist and licensed by the state of Colorado to practice ophthalmology.

   E. Optometrist: A doctor of Optometry, licensed by the state of Colorado to practice optometry.

   F. Optometry: The practice of testing eyes for defects of vision in order to prescribe corrective glasses.

IV. PROCEDURES

   A. Examinations


EXHIBIT B

1. An offender may receive one routine eye examination every two years. Prior to scheduling a patient to see the optometrist, a record review will be done to ensure proper eligibility.

2. Emergency and medically recommended eye examinations may be ordered by a health care provider and shall be scheduled, if a clinical need is determined.

3. Eye examinations will not be provided to offenders within six months or less to their mandatory release date (MRD), unless ordered by a health care provider.

4. Offenders may request a copy of the results of their most recent eye examination in order to purchase personal glasses from an outside source after discharge. Offender(s) will follow the Clinical Services procedure for release of records.

5. Examinations will be performed within the DOC facility by an optometrist or ophthalmologist licensed by the state of Colorado.

B. Glasses

1. Offenders will be charged a $3.00 co-pay for a "course of optometry treatment." This consists of the initial refraction, one pair of glasses, and the fitting appointment. Visits made in addition to the above "course of optometry treatment" will be charged $3.00 for each course of treatment, unless referred by a health care practitioner.

2. State issue glasses will be provided only in state issue frames.

3. Lenses will be made of tint-free, scratch resistant plastic, in accordance with contract specifications.

4. An offender may not purchase personal glasses (e.g. prescriptive) from an outside source or have them sent in from the community.

5. Glasses will be provided by the DOC free of charge every two years, if the prescription changes, the lenses are significantly damaged, or if clinically indicated.

6. Only one pair of state issued prescription glasses will be issued. Only one pair of prescription glasses are allowed in the offenders' possession, unless a clinical condition warrants an additional pair. Offenders will be provided one pair of bifocal lenses, as clinically needed. Trifocal lenses are not a covered benefit.

   Offenders may purchase reading glasses from Canteen Services. Any Canteen purchased glasses do not count against the one pair of prescription glasses allowed in the offender's possession.

7. Offenders entering the DOC through intake may retain possession of their personal glasses if an updated prescription is not desired or not medically indicated.

   a. The DOC is not responsible for an offender's personal prescription glasses or contact lenses, their damage, loss, repair, or replacement.

   b. If the prescription changes or a medical condition warrants a change in the lenses, state issued glasses will be provided. The offender will then be required to dispose of personal glasses per AR 850-06, *Offender Property*.

C. Services Not Provided

1. Contact lenses: Contact lenses and/or maintenance supplies shall not be provided, prescribed, replaced, nor approved by the DOC, except where medically indicated for specific eye conditions such as kerataconus, aphakia, and prescriptions greater than 10 diopters in one or both eyes. Offenders who arrive at a DOC facility without other eyewear will be allowed to keep contact lenses until state issue glasses are provided. Upon arrival at the intake facility, offenders in possession of contact lenses will be provided with contact lens solution one time only.

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Health Services | Optometry Scope of Service | 700-05 | EFFECTIVE 10/01/09 |

2. Offenders entering the DOC may retain personal glasses unless they choose to submit a sick call request for an optometry appointment, at which time, standard co-pay charges will apply.

3. If an offender's glasses are broken in a work-related accident, the Department will replace the glasses at no cost to the offender. The work related accident must be clearly documented before the replacement glasses are ordered.

4. If it is determined that the offender broke or lost his/her glasses through inappropriate behavior such as neglect, altercations, or willful destruction, the glasses will be replaced with state issued glasses and the offender's account will be charged.

5. Tinted lenses are not provided by DOC, except to those offenders with a medical diagnosis that requires tinted lenses. The tint will not exceed 20 percent.

6. The DOC will only reimburse for or replace personal glasses with state issue glasses.

D. Sunglasses and Reading Glasses

1. Sunglasses and reading glasses are not provided as state issue.

2. Sunglasses and reading glasses may be purchased, in accordance with AR, 850-06, *Offender Property*.

V. RESPONSIBILITY

A. The facility health services' administrators shall ensure that corrective eye glasses and eye examinations by licensed providers are available to offenders according to this administrative regulation.

B. The chief medical officer shall ensure that adequate eye care, including but not limited to, appropriate prescription glasses, is provided to all offenders.

C. DOC contract optometrists or ophthalmologists shall provide eye examinations within the scope and schedule, as directed by the chief medical officer, and will prescribe corrective lenses, as indicated.

VI. AUTHORITY

CRS 12-40-101 to 125. Optometrists.

VII. HISTORY

October 1, 2007
October 1, 2006
October 1, 2005
August 15, 2005
August 15, 2004
August 1, 2004
August 1, 2003
August 1, 2002

ATTACHMENTS: A. AR Form 100-01A, Administrative Regulation Implementation/Adjustments

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Optometry Scope of Service | 700-05 | 10/01/09 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT OF THE AR

(SIGNED) _____ (DATE) _____
        Administrative Head

Attachment "A"
Page 1 of 1