IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Cora Ferales, #66331,Untimely Filed Claim X-374)

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

---

### ORDER re Doc. 4273, OBJECTION/APPEAL OF FINAL ORDER OF SPECIAL MASTER (Doc. 4213)

Kane, J.

      DOC inmate Cora Ferales appeals from the Special Master's December 4, 2009 Final Order dismissing her mobility impairment claim to the extent it seeks relief under Montez Remedial Plan Section XXXII claim because Ferales was not incarcerated at the time the Plan went into effect.  Ferales states she was "off and on" in DOC custody since 1991, and was mobility impaired as the result of reconstructive surgery that took place before 1991.  She offers no further support for her statements.  My review of the Special Master's findings is for an abuse of discretion, and on the record before me, no such abuse is apparent.  Ferales's Objection to the Special Master's dismissal of her claim under Section XXXII of the Plan is OVERRULED.

      To the extent the Special Master ordered any potential claim of Ferales based on events that have occurred since 2007 "held in abeyance" pending a decision on the

expansion of the class of individuals entitled to proceed under Section XXXII, that order is VACATED.  No specific facts or evidence to support such a claim were offered or developed in the events leading up to the Special Master's order, and it is not in the interest of efficiency or pursuing the Montez case to a close to leave such vague and open-ended claims pending indefinitely.  Ferales may pursue an independent ADA action like any currently incarcerated DOC inmate who is not a Montez class member or, if she wishes, she may wait to see what happens here.  In the interim, and to the extent she is currently disabled, system-wide changes in treatment procedures and staff training within DOC that are secured on behalf of Montez class members will, by definition, inure to her benefit as they will to all disabled inmates currently housed at DOC facilities.  It is toward that end that the Court's and counsel's efforts must be focused.

Dated February 24, 2010.

                                            **s/John L. Kane**
                                            SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Cora Ferales, # 66331.