IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      On February 10, 2010, the Court issued a Minute Order (Doc. 4289) directing Defendants to "RESPOND to Docs. 3483, 3484, 3857, and 4031, and to the concerns articulated by the Special Master in his responsive Orders at Docs. 3884, 4026." Having reviewed Defendants' Response (Doc. 4337), and finding it less than illuminating, the Court now requires a similar response from class counsel. To the extent Defendants' Response implies the contrary, Ronald Cordova's Objection/Appeal of the Special Master's December 22, 2008 Order (Doc. 3856) remains at issue, and was not resolved by the Special Master's June 29, 2009, Order treating Cordova's various follow-up letters and objections as motions to compel and denying them.

      Accordingly, class counsel is ORDERED to RESPOND to Doc. 3856 and Cordova's related filings, addressing, as part of its statement, the concerns raised by the Special Master in his Docs. 3884 and 4026 regarding the March 31, 2008 Stipulation. The Court is aware that class counsel does not represent inmates on their individual claims under Section XXXII of the Montez Remedial Plan. However, the Court wishes to hear counsel's response to the issues in Mr. Cordova's filings deemed "legitimate and nonfrivolous" by the Special Master in his Documents 3884 and 4026. Counsel's response is due on or before March 9, 2010.

Dated:  February 24, 2010

Service of this order shall be made via NEF and Ronald Cordova.