```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,
     Plaintiffs,

v.

BILL RITTER, et al.,
     Defendants.
```

Claim Number 03-465
Category III
Claimant: Allen Fistell, #63253
Address of Claimant: FLCF, P.O. Box 1000 Ft. Lyon, CO 81038

## MOTION TO FIND DEFENDANTS OBJECTIONS AS FILED LATE AND DISREGARD SAID OBJECTIONS

Comes now, Allen Fistell, Claimant pro se, requesting that this Court find that Defendants have failed to file their appeal/objections in a timely manner and rule that Defendants have given up said appeal rights by not filing a timely appeal. As grounds Claimant states the following:

1. The Special Master issued his Final Order on September 25, 2009 following a hearing held on June 19, 2009.

2. In the Final Order, the Special Master stated that any objection or appeal of the order must be filed with the Clerk of the United States District Court on or before December 1, 2009.

3. On the 10th day of December 2009 Robert C. Huss #38388 filed for the Defendants a "Motion for Extension of Time to File Objection." The Defendants ask for to and including January 13, 2010 to complete and file Defendants objections.

4. On December 11, 2009 the Special Master granted Defendants "Motion for Extension....", and gave the Defendants up to and including **February 1, 2010** in which to file an objection to the Final Order of the Special Master.

5. On February 16, 2010 the Defendants filed their Objections to the Special Masters Final Order. These Objections were filed (15) Fifteen Days late without leave of the Special master or this Court and therefore should not be excepted or entertained by this Court. The Defendants had plenty of time to file their objections from Sept 26, 2009 to February 1, 2010 which is (18) Eighteen Days past the time Defendants actually requested from the Special Master in order to file their objections, and then took without permission/leave another 15 days in order to file their objections.

Allen Fistell, #63253
FLCF CH-5-217
P.O. Box 1000
Fort Lyon, CO 81038

Ms. Jennifer Riddle, Atty at Law
1670 York St.
Denver, CO 80206

Dear Ms. Riddle,

I hope this letter finds you doing well and in the best of health and spirits.

I spoke to you last week and left you a message on Friday concerning the Atty General's filing a late appeal to my Montez Claim Final Order. Enclosed you will find a copy of the Motions I have put before the Court and the Special Master concerning issues of the appeal and compliance with the Special Masters Order.

I feel that you as the Class Attorneys should file a motion in support of my "Motion to find Defendants objections as filed late and disregard said objections. I know that a motion from you in support of this will help alot in Judge Kane's Court. I also know Judge Kane has ask you to file motions in support of inmates who file claims and the Atty. General office assert that these claims were filed late. I believe this case is nmo different.

I thank you for your time and consideration in this matter and look forward to your assistance.

                                                  Sincerely,

                                                  Allen Fistell, #63253

XC:   Judge Kane
        Judge Richard M. Borchers, Special Master