IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Claimant Allen Fistell's "Motion to Find Defendants Objections as Filed Late and Disregard Said Objections" (doc. #4341), filed February 24, 2010 is DENIED.

Dated: February 25, 2010

Service of this order shall be made via NEF, and by regular mail to Mr. Fistell