UNITED STATES COURT OF APPEALS /10th CIRCUIT

CIVIL ACTION NO: 92-CV-00870-JLK

JESSE MONTEZ, ET AL.,
    Plaintiffs,
RAYMOND ARTHUR PRICE
    VS.
BILL RITTER, ET AL.,
    Defendant's

Claim No: 03-297
Category III
Claimant: Raymond A. Price, #66072
C.S.P., P.O. Box 777,
Canon City, Colo.
Colo. 81215-6777

U.S. COURT OF APPEALS 10th CIRCUIT
RECEIVED
2010 FEB 23 AM 10:15

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2010

GREGORY C. LANGHAM
CLERK

MOTION: TO PROCEED INFORMA PAUPERIS
TO REOPEN U.S.C.A. NO: 08-1049

Comes Now: Claimant, Raymond Price, to proceed Informa Pauperis

GROUNDS:

(1). Because of the indigience of the claimant, and its continuing nature, the Petitioner is entitled to a waiver of any filing fee's, costs, or other expenses in this matter.

(2). Claimant has already has filing fee's do/on/ case no: 08-1049- and this should cover the re-opening of case no: 08-1049.

(3). The claimant, has a meritonius claim, do to the fact District Court did NOT follow Judgment/order Dated: 08-1049- U.S.C.A. ask that the Plaintiff's agreed to the wavier - and as stated within my "Notice of Appeal/on/ Reopen U.S.C.A. No: 08-1049" pg 2

"To the contrary, Plaintiffs position is that claimants in the damage claim process, may continue to appeal their claims through the Normal Appellate process."

(4) So "Kane" made up is opinion, that has nothing to do with the Remedial Plan — also see — from U.S.C.A. Order/Judgment Dated: 1/9/09. pg 4 "The Remedial Plan is silent with respect to appeals from decisions rendered by Judge Kane."

"Kane" cannot make up rules — as he goes along/ nothing listed within the Remedial Plan - pretaining to appeal - wavier isse. moreover, to now state it was INTENDED is bogus.!

(5). I want this Court (U.S.C.A). to answer individual damage claims or I will be denid Justice or is it Just-us!

De Oppresso Liber

Dated: Feb 18/2010

Raymond Arthur Price