# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

February 25, 2010

Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Office of the Clerk
901 19th Street
Denver, CO 80294-3589

RE:   Misdirected Notice of Appeal.  (D.C. No.1: 92-CV-00870-JLK)

Dear Clerk:

Enclosed, please find a misdirected notice of appeal filed by Jesse Montez. In order for your court to take the appropriate steps to provide us with the preliminary record in this matter, the notice of appeal is being sent to you so it can be properly filed as of February 23, 2010. *See* Fed. R. App. P. 4(d).

Please contact this office if you have questions.

Very truly yours,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

EAS:jmn

Encl.

cc: Jesse Montez