

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433

February 26, 2010

SEE NOTICE OF ELECTRONIC FILING

**RE:   Montez, et al v. Ritter, et al**

District Court Case No. 92-cv-00870
MISDIRECTED Notice of Appeal filed by Raymond Price, Interested Party on February 23, 2010
Other pending appeals: none

    Attached are the following documents for the parties in connection with the misdirected notice of appeal:  Copy of the notice of appeal and a copy of the docket sheet.  Attached for the pro se appellant is a letter from the U.S. Court of Appeals and a Pro Se Docketing Statement.

    The appellant has filed a Motion and Affidavit to Proceed on Appeal In Forma Pauperis, which does not appear to comply with 28 U.S.C. § 1915(b) and Fed. R. App. P. 24.  If the appellant intends to move this court to proceed on the appeal pursuant to 28 U.S.C. § 1915(b) and Fed. R. App. P. 24, the proper motion and affidavit form is enclosed.  Please complete and file this as soon as possible.

    Upon determination of the appellant's "fee status", the record on appeal will be transmitted to the Court of Appeals in accordance with the Tenth Circuit Rules.

                                Sincerely,
                                GREGORY C. LANGHAM, Clerk

                           by <u>s/ B. Reed</u>
                              Deputy Clerk

cc:   Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)